**EXHIBIT 2: WRONGLY CLASSIFIED CLAIMS TO BE RECLASSIFIED**

## WRONGLY CLASSIFIED CLAIMS

| Claim No. | Creditor Name and Address | Stated Basis of Claim as Listed on Proof of Claim |
|---|---|---|
| 229 | John Samani MD PC<br>Attn: Accounts Payable<br>937 N. Opdyke Road<br>Auburn Hills, MI 48326 | "Medical care giver" |
| 230 | John Samani MD PC<br>Attn: Accounts Payable<br>937 N Opdyke Road<br>Auburn Hills, MI 48326 | "Medical care giver" |
| 236 | Renee Jones<br>23838 Shakespeare Ave<br>Eastpointe, MI 48021 | "Permanent nerve damage" |
| 289 | Dynamic Rehabilitation Centers Inc.<br>Attn: Accounts Payable<br>20755 Greenfield 800<br>Southfield, MI 48075 | "Unpaid physical therapy bills" |
| 475 | Tommy Bankston<br>9946 Longacre<br>Detroit, MI 48227 | "Pension 100% no cut" |
| 499 | Marcus Morgan<br>19243 Shadwoods<br>Roseville, MI 48066 | "Accident, August 18, 2012" |
| 508 | Terry Richardson<br>6771 Archdale St.<br>Detroit, MI 48228-3570 | "As a contingent/ unliquidated unsecured" |
| 522 | Juanita Joe<br>5056 Lannoo St.<br>Detroit, MI 48236-2157 | "Basement flooded from street sewer back up" |
| 538 | Property Owner<br>Wilma M. Greer<br>2140 Bryanston Crescent 40<br>Detroit, MI 48207-3818 | "City property taxes" |
| 767 | Property Owner<br>Wendy Nolen<br>11341 Portlance<br>Detroit, MI 48205 | "Real estate" |
| 771 | Tonnia Tooles<br>17208 Asbury Park<br>Detroit, MI 48235-3501 | "Contingent/unliquidated unsecured" |
| 790 | Frank Okolo<br>P.O. Box 1106 | "Issued a check that was not honored" |

|  |  |  |
|---|---|---|
|  | Garden City, MI 48136-1106 |  |
| 937 | Amalgamated Transit Union Local 26 AFL-CIO<br>Jeffrey Freund, Bredhoff & Kaiser, PLLC<br>805 15th St. NW, Suite 1000<br>Washington, DC 20005 | "Pending grievances (omnibus claim)" |
| 940 | Aaron Scott<br>Jeffrey Freund, Bredhoff & Kaiser, PLLC<br>805 15th St. NW, Suite 1000<br>Washington, DC 20005 | "Pending grievances (long-term disability)" |
| 944 | Mitchell Clifton<br>Jeffrey Freund, Bredhoff & Kaiser, PLLC<br>805 15th St. NW, Suite 1000<br>Washington, DC 20005 | "Pending grievances (long-term disability)" |
| 1019 | Patina Pomilee<br>20228 Lochmoor<br>Harper Woods, MI 48225 | "Financial loss" |
| 1071 | Vanita Gray<br>Law Office of Marc J. Shefman<br>17000 W. 10 Mile, Suite 150<br>Southfield, MI 48075 | "Auto accident on 12/12/12. Ms. Gray was a passenger on a City of Detroit buss that was involved in an auto accident and suffered injury in accident" |
| 1085 | Nedra Yvonne Adarandus<br>17606 Kentucky<br>Detroit, MI 48221 | "Lost wages/compensation" |
| 1265 | Kimberlee Davis<br>18828 Wakenden<br>Redford, MI 48240 | "Annuity" |
| 1266 | Kimberlee Davis<br>18828 Wakenden<br>Redford, MI 48240 | "Pension" |
| 1267 | Kimberlee Davis<br>18828 Wakenden<br>Redford, MI 48240 | "10% pay cut" |
| 1268 | Kimberlee Davis<br>18828 Wakenden<br>Redford, MI 48240 | "longevity" |
| 2172 | Alphonso L. Ynclan<br>13261 Jobin<br>Southgate, MI 48195 | "Pension" |
| 2412 | Kumar Family Trust/Rajendra Kumar, M.D. & Kusum Kumar, D.D.S.<br>4117 Woodhaven St.<br>Houston, TX 77025-5718 | "Municipal bonds" |
| 2510 | Masharn Johnson<br>17887 Hull<br>Detroit, MI 48203 | None stated |

| | | |
|---|---|---|
| 2581 | Alim Rashid<br>14628 Ohio<br>Detroit, MI 48238 | "Longevity check" |
| 3149 | Dionne L. Williams<br>3106 Coolidge Hwy Apt 202<br>Royal Oak, MI 48073 | "Lost wages/compensation" |
| 3156 | William G. Johnson<br>Adler Stilman, PLLC<br>30300 Northwestern Highway, Third Floor<br>Farmington Hills, MI 48334 | "Workers' compensation benefits" |
| 3200 | Detroit Medical Center<br>Reginald Mahone<br>7706 Hendrie<br>Detroit, MI 48213 | "Taking out money for insurance before hand" |
| 3496 | Hector J. Salgado-Galicia<br>1581 Brickell Ave., Apt 70G<br>Miami, FL 33129 | "Municipal bond – general obligation – series 2005-A92) insured, AMBAC" |