IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------X
: Chapter 9
IN RE :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Steven W. Rhodes
DEBTOR :
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2014, I electronically filed the following documents (collectively the "Omnibus Objections") with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Omnibus Objections and file a subsequent Proof of Service after it has performed the service.

- Fifth Omnibus Objection to Certain Late-Filed Claims [Dkt. No. 7197]
- Sixth Omnibus Objection to Certain Late-Filed Claims [Dkt. No. 7198]
- Seventh Omnibus Objection to Certain Wrongly Classified Claims [Dkt. No. 7200]

Dated: August 29, 2014

FOLEY & LARDNER LLP

By: */s/ Tamar N. Dolcourt*
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226

313.234.7100
jsimon@foley.com
tdolcourt@foley.com
*Counsel for the Debtor, City of Detroit, Michigan*