# EXHIBIT 1

```
 1                      JAMES CRAIG
 2        IN THE UNITED STATES BANKRUPTCY COURT
 3          FOR THE EASTERN DISTRICT OF MICHIGAN
 4
 5
 6   In re                          ) Chapter 9
 7   CITY OF DETROIT, MICHIGAN,     ) Case No. 13-53846
 8                    Debtor.       ) Hon. Steven W. Rhodes
 9
10   _____
11
12
13        The Videotaped Deposition of JAMES CRAIG,
14        Taken at 1114 Washington Boulevard, HR Room,
15        Detroit, Michigan,
16        Commencing, at 9:07 a.m.,
17        Thursday, July 24, 2014,
18        Before Kathryn L. Janes, CSR-3442, RMR, RPR.
19
20
21
22
23
24
25
```

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt    Doc 7202-1    Filed 08/29/14    Entered 08/29/14 17:33:05    Page 2 of 6

JAMES CRAIG

Q. Sure. And how would you assess the morale of the people that were working under you?

A. There are a couple of ways to do that. Certainly whether or not they're productive, I mean, out performing the job, the department's mission. Certainly, you know, looking at sick time usage, is there a pattern, that's usually one of the things. And again, you're talking about the level of a first line supervisor. As you move up into the more advanced ranks, there's more of a global view of that as opposed to what a first line supervisor would be doing.

Q. And when you say you looked at how productive they were, were there specific metrics that you would look at?

A. Yeah, but, you know, the metrics were different then than certainly they are today. I mean, as Chief of Police, I don't put a focus on pure numbers, I mean police departments historically when you talk about in the '80s, '90s, it was a push to, you know, how many tickets have you written, not that you put a specific number, but policing then would really look at tickets, arrest, calls handled.

JAMES CRAIG

And while those things are -- can show and reveal what an employee is doing during the course of an eight or 12-hour work shift, that's not the absolute way to determine whether or not a person is effectively doing their job. There are other factors such, you know, as how you treat the community, the interaction with the community. Certainly when you look at a person that's had say a series of sustained personnel complaints, coming to work late, their appearance and uniform somewhat shabby, those things are usually indicators that something's wrong and certainly can be attributed to that individual's morale.

Q. Sure. So in order to assess morale, it's not just looking purely at the numbers, you also have to talk to individuals and assess, I guess, their appearance and how they're performing in their day-to-day duties?

A. Right, and again, how I would assess morale as a supervisor in comparison to a manager and then later as a police chief is very different.

Q. How was it different?

A. Well, because, you know, like using -- well, in all three positions I've held now, the third as a

JAMES CRAIG

police chief, certainly each department had morale issues. Portland, Cincinnati and then Detroit, and so I developed a -- I wouldn't call it a technique, but a way of going into a department and having direct conversations with line workers. I put a great deal of emphasis on the line work because the folks that are doing the line work are the ones that are going to make a difference in policing our communities.

And so, in having those conversations, I can determine whether or not morale was high or low or it would be just based on my research coming into an organization knowing that, you know, like using Detroit as an example, clearly it was no secret that coming into Detroit, the morale was extremely low. There was very little work being done, no one was being held accountable, police officers had 10 percent of their pay taken. They were forced to work 12-hour shifts, and so it was very easy to see why that morale was, in fact, down.

Q. Okay.

A. Just using that as an example, Cincinnati similar, morale was down, there was certainly a leadership void and police officers had no voice in the

JAMES CRAIG

organization's business, so morale was down there. And then Portland, morale was down because the department functioned in the way it functioned for many years and they were ready for change.

Q. Okay. I just want to follow up on two things there that you said. So the best way to assess morale, at least in your view, is to have direct conversations with the line workers?

A. That's one way.

Q. One way.

A. Not only, but yeah, that's my personal style.

Q. Okay.

A. I like to go directly and talk with line employees to determine --

Q. Right.

A. -- the state of the state.

Q. And then when you came into Detroit, you said that the morale was very low?

A. Yes.

Q. Okay. And you gave a couple reasons, I just want to make sure I have all those reasons, number one was the pay cut?

A. Pay cut was one that came up, but not the sole issue.

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt    Doc 7202-1    Filed 08/29/14    Entered 08/29/14 17:33:05    Page 3 of 6

## Page 22

1  JAMES CRAIG
2  Q. Sure. And the second reason was the lack of
3     accountability?
4  A. Lack of accountability by their bosses. In fact,
5     I remember it very distinctly, going to a meeting,
6     a union meeting that I attended just prior to my
7     start and trying to make assessments on morale and
8     the issues in the department. A police officer
9     quickly stated, and I won't use his exact
10    verbiage, but he thought it would be a good idea
11    to fire everyone at the rank of then inspector and
12    above.
13 Q. Okay. And that impacted morale, I take it?
14 A. It does impact because the view of the department
15    then was that, you know, people selected for these
16    ranking positions is based on what has been
17    affectionately referred to in Detroit as friends
18    and family, that people were put in positions
19    because they were associated with an elected
20    official like the mayor, it's a buddy system, and
21    people just believed it was unfair and certainly
22    that has an effect on morale.
23 Q. Okay.
24 A. And then when unqual -- if the perception is or
25    factually unqualified people are being promoted,

## Page 23

1  JAMES CRAIG
2     then that certainly has a negative impact on
3     morale.
4  Q. Okay. You call that an atmosphere of unfair
5     working conditions?
6           MR. HERTZBERG: Objection to form.
7  A. Well, I mean, that's one way to describe it.
8     That's one factor.
9  BY MR. ARNAULT:
10 Q. Sure, so pay cuts, lack of accountability, what
11    I'm calling unfair working conditions, are there
12    any other factors that were affecting morale that
13    you can think of?
14 A. Just working conditions and the dilapidated police
15    vehicles, police vehicles that certainly should
16    have been replaced, police stations that were in
17    need, sorely in need of repair. And so when you
18    talk about the work environment and the perception
19    by the officers is that no one cared and, you
20    know, my view of the department coming in was that
21    there was an absence or a lack of investment in
22    not only the police department, but the people
23    that worked here for many years, and so that has a
24    -- is a factor in morale as well.
25 Q. Okay. And that would be poor equipment, lack of

## Page 24

1  JAMES CRAIG
2     investment?
3  A. Poor equipment, lack of investment. And when I
4     talk about investment, some of that investment is,
5     you know, development, you know, preparing, you
6     know, line and supervisory employees for positions
7     of increased advancement and not a lot of
8     mentoring and development existed.
9  Q. All right. Any other factors you can think of
10    that impacted morale in Detroit?
11 A. I would say not a sole factor, but one factor,
12    just the nature of the work, there's no secret
13    that, and I've said it publicly, Detroit is
14    probably one of the most challenging cities to
15    police in America given the crime rate and
16    certainly I factor in again when you talk about
17    challenging, these police officers know that
18    they're working in the most challenging
19    environment or at least one of them. But yet
20    their pay is not consistent with what other places
21    are paying, like an LA or -- or even a local
22    university that actually plays (sic) more money
23    than Detroit police officers.
24 Q. Right, so the nature of the work affecting
25    morale?

## Page 25

1  JAMES CRAIG
2  A. The nature of the work can have an impact on it.
3  Q. Any other factors that we haven't talked about
4     that you can think of?
5  A. Not right now, I think that pretty much sums it
6     up.
7  Q. Okay. And these are all factors that directly
8     impacted the employees; would that be fair?
9  A. Yes. And I did talk about leadership or absence
10    thereof, supervision.
11 Q. Uh-huh.
12 A. You know, the department also has been under
13    consent judgment for now -- now 11 years, and
14    certainly there have been some conditions placed
15    on the department that has also had an effect
16    on -- on morale as well because of the type of
17    supervisor -- supervision that's necessary to
18    ensure that the department is compliant with the
19    mandates of the decree.
20 Q. Okay. And leadership is something that directly
21    affects the employees, right?
22 A. Directly affects. In fact, I would probably say
23    that that's a larger factor than even pay. Even
24    though pay is an issue and certainly not to take
25    that out of the equation, I find that when people

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7202-1   Filed 08/29/14   Entered 08/29/14 17:33:05   Page 4 of 6

### Page 178

1  JAMES CRAIG
2  MR. HERTZBERG: You're right. My
3  mistake, I am the one. I screwed it up, we are on
4  number 9, my mistake.
5  MS. KOVSKY-APAP: What is number 9?
6  MR. HERTZBERG: What is?
7  MS. KOVSKY-APAP: Where is it?
8  MR. HERTZBERG: Right there, the City
9  plan, the Fourth Amended Plan.
10  MARKED FOR IDENTIFICATION:
11  DEPOSITION EXHIBIT 9
12  BY MR. ARNAULT:
13  Q. I'm showing you what has been marked as Craig
14  Exhibit 9, now that we've gotten to the bottom of
15  that, have you seen this document before?
16  A. I have not.
17  Q. So I take it, you didn't assist in its preparation?
18  A. I did not.
19  Q. Are you aware as part of the City's Plan of
20  Adjustment, it contemplates investing
21  approximately $1.4 billion into the city?
22  A. I've probably read somewhere in the news articles.
23  Q. If you'll turn to page 162 of this document, and
24  you'll see at the top here, that the City details
25  the -- how it intends to distribute the $1.4

### Page 179

1  JAMES CRAIG
2  billion in reinvestment initiatives; do you see that?
3  A. On page 162?
4  Q. Yeah -- or page 161, sorry.
5  MR. HERTZBERG: Oh, look here. Don't
6  look at the small ones.
7  MR. ARNAULT: Sorry.
8  MR. HERTZBERG: It's the little one,
9  ignore the bottom.
10  THE WITNESS: Oh, look at the --
11  MR. HERTZBERG: Yeah, the small one is
12  page 161.
13  THE WITNESS: The small one, okay, I'm
14  sorry.
15  MR. HERTZBERG: Yeah, page 161, the
16  small one, ignore the other stuff on the bottom.
17  THE WITNESS: Okay, 161.
18  MR. HERTZBERG: Perfect, you're there.
19  BY MR. ARNAULT:
20  Q. There you go, at the top. And here the City
21  lists out how it intends to distribute the
22  $1.4 billion in the reinvestment initiatives; is
23  that right?
24  A. I see it.
25  Q. Have you seen these numbers before?

### Page 180

1  JAMES CRAIG
2  A. I have not.
3  Q. Then if you flip over to little 162, the
4  Disclosure Statement specifically discusses how
5  much money it plans to invest in DPD?
6  A. Yes.
7  Q. And then right about the middle of the page, the
8  Disclosure Statement says: To combat these
9  problems, the City has proposed to make targeted
10  investments in the DPD totaling $274.2 million;
11  do you see that?
12  A. I do.
13  Q. And have you seen that $274.2 million number
14  before?
15  A. I have.
16  Q. And is it your understanding that that
17  $274.2 million number is the amount of money that
18  it will take to achieve all the goals and
19  implement all the changes in your Plan of Action?
20  A. I believe so.
21  Q. In other words, this -- the spending in the
22  Fourth Amended Disclosure Statement maps on to
23  the Plan of Adjustment that we looked at or the
24  Plan of Action that we looked at earlier?
25  MR. HERTZBERG: Objection to form.

### Page 181

1  JAMES CRAIG
2  A. I can't say that it mirrors this or it fits nicely
3  into that, no, I can't say that the 274.2 million
4  addresses everything in the Plan of Action.
5  BY MR. ARNAULT:
6  Q. Okay. Is the 274.2 million what the City needs
7  to spend on DPD in order to develop it into a
8  premier law enforcement agency?
9  A. I would offer that as we continue to move forward,
10  this is an opinion, based on retaining qualified
11  police officers, what's not factored in certainly
12  in the 274 is salaries of police officers over
13  that ten year -- I mean, it's factored in, but not
14  to the degree it would bring the salaries of the
15  police officers up to where they should be in
16  comparison to other agencies. So that, of course,
17  we pump that number higher, so when you ask that
18  question, that's how I would view 274.2 million as
19  a little short of reaching what I believe the
20  ultimate goal of raising the salaries commensurate
21  with other police officers in other
22  municipalities.
23  Q. Right. So the -- the part missing from this
24  274.2 is whatever bump you need to provide --
25  A. Right.

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7202-1   Filed 08/29/14   Entered 08/29/14 17:33:05   Page 5 of 6

## Page 182

1  JAMES CRAIG
2  Q. -- to the employees to provide them with
3     commensurate salaries?
4  A. Right.
5  Q. Do you know how much of a bump that would be?
6  A. I think that would require a little more research.
7     I'm not saying they certainly shouldn't make, even
8     though I've testified that police officers in
9     Detroit are working the most challenging
10    environment, recognizing that the cost of living
11    in Detroit is very different than say that of
12    California, wouldn't expect that a Detroit police
13    officer would make that. But when you just look
14    at the region, I said I think off camera or on
15    camera just comparing what a Chicago police
16    officer is paid, a new Chicago police officer
17    comes in at a rate much higher than that of a
18    Detroit police officer. In fact, as it was
19    pointed out, a Chicago police officer's beginning
20    step is pretty much what a top step Detroit police
21    officer makes, a tenured, so that's -- where would
22    a Detroit police officer fall in that equation.
23 Q. All right. And if you wanted to award people for
24    working in a challenging employment environment
25    like Detroit, pay is the number one thing; is

## Page 183

1  JAMES CRAIG
2     that right?
3  A. Pay and it helps recruitment. It certainly helps
4     with retention.
5  Q. Are there any other things that you would want to
6     do to help with recruitment or attrition or
7     retention?
8  A. Well, I've already testified that I think the work
9     environment, equipment, those things are always
10    necessary in -- in terms of attracting and hiring
11    the best.
12 Q. Essentially the benefits that affect the
13    employees directly, right?
14 A. Exactly.
15           MR. MORRIS: Objection, form.
16 BY MR. ARNAULT:
17 Q. Now, if we go down just a little bit on this
18    page, it breaks out the specific spending that I
19    assume makes up the 274.2; do you see that?
20 A. I see it.
21 Q. Okay. And the first one is 101.3 million to
22    initiate and maintain a fleet vehicle replacement
23    program, and that's something we had talked about
24    that earlier, right?
25 A. Yes, I -- we have.

## Page 184

1  JAMES CRAIG
2  Q. But we hadn't talked about the $101.3 million
3     number had we?
4  A. I will say in advance if you're going to ask me if
5     I think that's sufficient funding to maintain, I
6     can't respond to that because I didn't do the
7     research on --
8  Q. Okay, so --
9  A. -- what it would take to maintain the fleet
10    replacement and factoring in repairs.
11 Q. Right. So when we're looking at cost
12    information, that's not something that you looked
13    into?
14 A. No.
15 Q. Okay.
16 A. I didn't do the research on that.
17 Q. Right. So if I was to ask you where this $101.3
18    million number came from?
19 A. I could not testify to that.
20 Q. Okay. And that may streamline a lot of my
21    questions because I was going to go through and
22    ask about the 75.2, the 38.2, all the numbers
23    that are listed here?
24 A. Understand.
25 Q. And would --

## Page 185

1  JAMES CRAIG
2  A. That's not numbers I personally came up with or
3     that I was directly involved with in the -- that
4     was based on the consultants and staff working
5     together that came up with the best number to
6     accomplish the goal of a -- in the case of a fleet
7     replacement, so I can't testify that 101.3 looks
8     like it will work.
9  Q. Right. So if I was to ask you if any of these
10    numbers worked, you just -- you wouldn't be able
11    to do that?
12 A. I would not be able to testify to that.
13 Q. And I imagine you have the same answer if we go
14    to page 163, where it breaks out the fiscal year
15    spending 2014, 2018; do you see that?
16 A. And that's based on the amounts that were -- that
17    came from what we just last talked about, and so
18    this gives it condensed, so I can't likewise. I
19    don't have the insights into what it would cost
20    over a ten-year period to maintain.
21 Q. Fair enough. And --
22 A. I can talk about why it's important to replace a
23    fleet every three years which I've already
24    testified to.
25 Q. But you can (sic) testify about exactly how much

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7202-1   Filed 08/29/14   Entered 08/29/14 17:33:05   Page 6 of 6