# **EXHIBIT 2**

## Page 1

MAYOR MICHAEL DUGGAN
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re ) Chapter 9
CITY OF DETROIT, MICHIGAN, ) Case No. 13-53846
Debtor. ) Hon. Steven W. Rhodes

The Videotaped Deposition of MAYOR MICHAEL DUGGAN,
Taken at 2 Woodward Avenue, Suite 500,
Detroit, Michigan,
Commencing at 10:00 a.m.,
Friday, August 1, 2014,
Before Rebecca L. Russo, CSR-2759, RMR, CRR.

## Page 2

MAYOR MICHAEL DUGGAN
APPEARANCES:

WILLIAM E. ARNAULT, ESQ.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
   Appearing on behalf of Syncora Guarantee Inc. and
   Syncora Capital Assurance Inc.

THOMAS F. CULLEN, JR., ESQ.
DAN T. MOSS, ESQ.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
   Appearing on behalf of the City of Detroit.

## Page 3

MAYOR MICHAEL DUGGAN
MELVIN BUTCH HOLLOWELL, ESQ.
City of Detroit
Law Department
Coleman A. Young Municipal Center
2 Woodward Avenue
Suite 500
Detroit, Michigan 48226
   Appearing on behalf of the City of Detroit.

DANIEL MORRIS, ESQ.
Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
   Appearing on behalf of the Retiree Committee.

## Page 4

MAYOR MICHAEL DUGGAN
COURTNEY ROGERS, ESQ. (Via Telephone)
Waller Lansden Dortch & Davis LLP
511 Union Street
Suite 2700
Nashville, Tennessee 37219
   Appearing on behalf of U.S. Bank National Association,
   as Trustee for the Water and Sewer Bonds.

CHRISTOPHER A. GROSMAN, ESQ. (Via Telephone)
Carson Fischer, P.L.C.
4111 Andover Road West - Second Floor
Bloomfield Hills, Michigan 48302
   Appearing on behalf of Oakland County.

1 (Pages 1 to 4)

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt Doc 7202-2 Filed 08/29/14 Entered 08/29/14 17:33:05 Page 2 of 3

Page 125

BY MR. ARNAULT:
Q. And do you know if the decision to cut pensions to GRS and PFRS impacted employee productivity?
A. Again, you know, I didn't objectively measure it. I know it was a source of great anxiety around the, around all of the employment centers.
Q. But you don't know whether it impacted productivity?
A. Again, I didn't do any measure whether February was any different than January. It certainly didn't -- the level of anxiety didn't help anything.
Q. Are you aware that the City intends to utilize a new pension system on a go-forward basis for active employees?
A. Yes.
Q. And this is the hybrid pension plan, is that right?
A. Right.
Q. And under the new pension plan, the employees are going to bear some exposure to market downturns, would that be fair?
    MR. GALLAGHER: Objection, form.
A. Again, I'm not the expert in this.
BY MR. ARNAULT:
Q. Has the City's decision to utilize a new pension system had any impact on active employee morale?
A. You know, I have not canvassed the employees to see,

Page 126

of all the things that they're stressed about, whether the hybrid system is the thing that bothers them the most. I don't know.
Q. So you don't know if the City's decision to utilize a new pension system has any effect on productivity, either, would that be fair?
A. Again, I haven't, I haven't segmented out one thing and surveyed what affect it had, no.
Q. Okay. So you haven't -- when you're looking at productivity, you're not looking at what specific impact certain events have on that productivity, is that right?
A. What I look at is what motivates performance, and certainly the feeling that the employer is treating them and dealing with them fairly is a huge impact on people's performance, and I'm trying to create an environment where people feel like they're being treated fairly.
    Certainly a number of these things have caused them to feel they're being treated unfairly, and I see it in every forum that I go to, but can I tell you it's this slice or that slice individually?
    Collectively, employees have felt treated unfairly and I think recently feel treated less unfairly, but ...

Page 127

Q. Why do you say recently that --
A. Instead of twenty-six percent, they're looking at four-and-a-half percent, so I guess there's a sense they're being treated less unfairly.
Q. Okay. So you are aware that recently the City has reduced the cuts to pensions?
A. Yeah.
Q. Okay. And is it your understanding that the agreement to reduce the cuts to pensions only applies to the retirees?
    MR. MORRIS: Objection, form.
A. I'm not knowledgeable on the ins and outs of all that.
BY MR. ARNAULT:
Q. And so you don't know whether the decision to reduce the cuts to retirees had any impact on employee morale?
    MR. MORRIS: Objection, form.
    Bill, could you speak up just a little bit --
    MR. ARNAULT: Sure.
    MR. MORRIS: -- I'm having some trouble.
A. No. Again, I haven't segmented out -- you're asking me -- I've got 9,000 employees. I have not surveyed them on which things are impacting which. There is a sense of, I think, hope in the city now that wasn't

Page 128

there six months ago. How much of that is pension and how much of that is other things, I don't know.
BY MR. ARNAULT:
Q. Okay. It's not something you can testify about, is that right?
    MR. CULLEN: Objection, foundation, form. He has testified about it. He's given you his testimony.
A. So I've answered as best I can.
BY MR. ARNAULT:
Q. Okay. Are you aware, as a general matter, how much each of the City's creditors are set to receive under the current plan?
A. Only what I saw in the plan of adjustment.
Q. Okay. So you're aware that the City's pensioners are set to receive more than, certainly, the financial creditors?
    MR. CULLEN: Objection, foundation, form.
    MR. MORRIS: Objection, form.
    MR. GALLAGHER: Objection, foundation.
A. I generally understand what the arrangements are, not in any detail.
BY MR. ARNAULT:
Q. What's your general understanding of the arrangements?
A. That, that the retirees are taking in the general fund

32 (Pages 125 to 128)

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7202-2   Filed 08/29/14   Entered 08/29/14 17:33:05   Page 3 of 3