UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
    Debtor.                     Hon. Steven W. Rhodes
_____/

### Order to Strike

On August 11, 2014, Lisa Franklin filed a request to file a late objection to the plan of adjustment, which was construed by the Court as a motion for leave to file a late objection. (Dkt. #6716) The Court issued a Notice of Deficient Pleading on August 14, 2014 (Dkt. #6717) because the motion did not include a Notice of Motion and Opportunity to Object, a Proof of Service or a proposed order as required under L.B.R. 9014-1(b). The deficiency notice set a deadline of August 21, 2014 for filing the missing documents. As of this date the missing documents have not been filed, nor has a request for an extension of time to correct the deficiency been made.

Accordingly, it is hereby ordered that the motion for leave to file late objection (Dkt. #6716) is stricken without prejudice to the movant's right to refile the motion in accordance with the requirements of the local bankruptcy rules.

.

**Signed on August 31, 2014**

                                                                         /s/ Steven Rhodes
                                                                       Steven Rhodes
                                                                       United States Bankruptcy Judge