UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                   Chapter 9
                                                    13-53846-swr
City of Detroit, Michigan                           Judge Steven W. Rhodes

Debtor(s)
_____/

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)

This matter having come before this Court on the Stipulation Granting Relief from the Automatic Stay; the City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and M&T Bank, by and through its counsel, Orlans Associates, P.C having stipulated to the following; and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that the automatic stay is modified to allow M&T Bank, its successors or assigns, to foreclose on the property known as 408 Mount Vernon, Detroit, Michigan 48202; that F.R.B.P.4001(a)(3), is waived; that this order shall be served by M&T Bank on the Debtor and all others with an interest in the subject property.

.

**Signed on August 31, 2014**

                                            **/s/ Steven Rhodes**
                                        **Steven Rhodes**
                                        **United States Bankruptcy Judge**