UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


In re  
City of Detroit,  
        Debtor

Chapter 9  
Case No. 13-53846  
Hon.: Steven W. Rhodes

_____/

## ORDER REGARDING MOTION FOR RECONSIDERATION

This matter having come before the Court on the Motion for Reconsideration filed by Creditor Dennis Taubitz, and the Court being fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED, that Creditor Dennis Taubitz's Motion for Reconsideration is hereby GRANTED.

_____  
UNITED STATES BANKRUPTCY JUDGE