UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Denying Motion in Limine Barring the City from Introducing Communications Protected by the Court's Mediation Order (Dkt. #6979) And Motion in Limine to Preclude the Introduction of Evidence or Testimony Regarding Matters Withheld from Discovery on the Basis of the Mediation Order (Dkt. #6985)

For the reasons stated on the record in open Court on September 2, 2014, it is hereby ordered that Syncora's motion *in limine* barring the City from introducing communications protected by the Court's mediation order (Dkt. #6979) and Financial Guaranty Insurance Company's motion *in limine* to preclude the introduction of evidence or testimony regarding matters withheld from discovery on the basis of the mediation order (Dkt. #6985) are denied without prejudice to the movants' right to object to specific evidence on the grounds asserted in the motions.

.

**Signed on September 02, 2014**

                                          /s/ Steven Rhodes  
                                          **Steven Rhodes**  
                                          **United States Bankruptcy Judge**