# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Granting Motions to Exclude the Testimony and Opinion of Kenneth A. Buckfire (Dkt. #6787 and #6826)

For the reasons stated on the record in open Court on September 2, 2014, it is hereby ordered that Syncora's motion to exclude the testimony of Kenneth A. Buckfire regarding creditor recoveries upon dismissal of the bankruptcy case (Dkt. #6787) and Financial Guaranty Insurance Company's motion to exclude the opinion of Kenneth A. Buckfire regarding plan treatment compared to treatment upon dismissal (Dkt. #6826) are granted.

.

**Signed on September 02, 2014**

                                     **/s/ Steven Rhodes**  
                                     **Steven Rhodes**  
                                     **United States Bankruptcy Judge**