# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Granting City of Detroit's Motion in Limine to Preclude its Counsel, Evan Miller, From Being Called as a Trial Witness (Dkt. #7001)

For the reasons stated on the record in open Court on September 2, 2014, it is hereby ordered that the City of Detroit's motion *in limine* to preclude its counsel, Evan Miller, from being called as a trial witness (Dkt. #7001) is granted.

.

**Signed on September 02, 2014**

                           /s/ Steven Rhodes  
                           **Steven Rhodes**  
                           **United States Bankruptcy Judge**