UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Denying Motion in Limine to Preclude Debtor From Offering Evidence Relating to (A) the Recoveries of Classes 10 and 11 Independent Of Funds from the DIA Funding Parties and the State and (B) the Topics Identified in Syncora's Subpoenas to the Foundations (Dkt. #6978)

For the reasons stated on the record in open Court on September 2, 2014, it is hereby ordered that Syncora's motion *in limine* to preclude debtor from offering evidence relating to (A) the recoveries of classes 10 and 11 independent of funds from the DIA funding parties and the State and (B) the topics identified in Syncora's subpoenas to the foundations (Dkt. #6978) is denied without prejudice to its right to object to specific evidence on the grounds asserted in the motion.

**Signed on September 02, 2014**

                                                /s/ Steven Rhodes  
                                              Steven Rhodes  
                                              United States Bankruptcy Judge