# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Regarding Motion in Limine Barring the City and Plan Supporters From Introducing Evidence Regarding the Potential Personal Hardship of Pensioners (Dkt. #6982) and Motion in Limine to Preclude the Introduction of Evidence or Testimony Regarding Certain Matters Previously Deemed Irrelevant by the Court or the City (Dkt. #6990)

For the reasons stated on the record in open Court on September 2, 2014, it is hereby ordered that Syncora's motion *in limine* barring the City and plan supporters from introducing evidence regarding the potential personal hardship of pensioners (Dkt. #6982) and Financial Guaranty Insurance Company's motion *in limine* to preclude the introduction of evidence or testimony regarding certain matters previously deemed irrelevant by the Court or the City (Dkt. #6990) are denied without prejudice to the movants' right to object to specific evidence on the grounds asserted in the motion.

.

**Signed on September 02, 2014**

                                             /s/ Steven Rhodes  
                                             Steven Rhodes  
                                             United States Bankruptcy Judge