UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
    Debtor.                     Hon. Steven W. Rhodes
_____/

### Order Admitting Exhibits

For the reasons stated on the record in open Court on September 2, 2014, it is hereby ordered that the exhibits on the attached lists are admitted into evidence.

Signed on September 2, 2014

                                          /s/ Steven Rhodes
                                          Steven Rhodes
                                          United States Bankruptcy Judge

**City's Exhibits**
1
3-15
50
85
107
180-185
194
195
207-231
233-271
274-278
280
281
286
287
291
292
294
296
298
299
321
322
325-340
345
348
349
356-391
399
400
404
405
408
410-418
420-423
428-433
455
507
508
600-612

**Committee's Exhibits**
10001-10054
10075
10077
10089
10090
10121
10133-10149
10154
10166
10172-10175
10182
10201-10203
10256-10299
10399
10401-10403
10408
10414-10421
10423
10438
10440
10442
10445
10448
10450
10455
10456
10458
10461-10463
10468
10471
10474
10476-10479
10480
10519
10520
10522-10525
10527
10530-10532
10534
10540
10630
10634
10641
10642
10648
10649
10654
10657-10661
10663
10665
10667
10669
10670
10672
10674
10675
10677
10691
10694
10697
10742
10743
10747
10748
10750-10752
10755-10757
10761-10763
10765-10769
10771-10775
10780
10892
10893
10895
10900-10902
10906
10907
10909
10911
10912
10914
10915
10918
10920
10928
10929
10933
10936-10939
10942
10943
10945-10948

| **Retirement Systems' Exhibits** | 4248-4252 | 4667-4670 |
| --- | --- | --- |
| | 4254-4259 | 4700-4702 |
| 2000-2015 | 4266 | 4713 |
| | 4267 | 4718 |
| | 4271 | 4719 |
| **Syncora's Exhibits** | 4274 | 4724 |
| 4009 | 4276 | 4731-4734 |
| 4011 | 4277 | 4739 |
| 4012 | 4289 | 4740 |
| 4018 | 4292 | 4754 |
| 4020 | 4293 | 4776 |
| 4024 | 4301 | 4778 |
| 4025 | 4302 | 4779 |
| 4037 | 4310 | 4781 |
| 4043-4045 | 4314 | 4782 |
| 4048 | 4317 | 4794-4823 |
| 4053-4056 | 4320 | |
| 4058 | 4325 | |
| 4059 | 4326 | **FGIC's Exhibits** |
| 4061-4063 | 4416 | 3000-3034 |
| 4066 | 4425 | 3039-3051 |
| 4070 | 4428 | 3055-3057 |
| 4073 | 4433 | 3059-3062 |
| 4075 | 4445 | 3065-3067 |
| 4081 | 4458 | 3069 |
| 4083 | 4464 | 3070 |
| 4112 | 4467-4476 | 3072-3080 |
| 4114-4116 | 4491 | 3082-3084 |
| 4120 | 4497 | 3087-3089 |
| 4121 | 4498 | 3092-3100 |
| 4123 | 4530 | 3102-3107 |
| 4124 | 4537-4539 | 3109-3121 |
| 4126-4128 | 4541 | 3124-3127 |
| 4131 | 4543 | 3129-3154 |
| 4135 | 4544 | 3156 |
| 4180 | 4552-4555 | 3157 |
| 4182 | 4559-4568 | 3160-3162 |
| 4186 | 4571 | 3165-3169 |
| 4202 | 4579-4587 | 3171 |
| 4210 | 4589 | 3174 |
| 4211 | 4591 | 3184 |
| 4213 | 4592 | 3185 |
| 4215 | 4595 | 3186 |
| 4216 | 4598-4600 | 3188 |
| 4218-4220 | 4602-4605 | 3190-3214 |
| 4227 | 4665 | 3216-3223 |

| | | |
|---|---|---|
| 3225-3238 | 3507 | 11228-11238 |
| 3240 | 3511 | 11245 |
| 3242 | 3515 | 11246 |
| 3245-3251 | 3517 | 11253-11281 |
| 3254-3256 | 3518 | 11283-11285 |
| 3258-3260 | 3523 | 11287 |
| 3262 | 3524 | 11289-11330 |
| 3266 | 3533 | 11347 |
| 3267 | 3534 | 11401-11403 |
| 3272 | 3536 | 11406 |
| 3275-3277 | 3539 | 11410-11412 |
| 3280 | 3541 | 11415-11417 |
| 3281 | 3543-3545 | 11419-11430 |
| 3283 | 3548 | 11433-11435 |
| 3284 | 3549 | 11441 |
| 3287 | 3554 | 11442 |
| 3289-3291 | 3557 | 11444 |
| 3296 | 3559 | 11445 |
| 3299-3301 | 3560 | 11447-11462 |
| 3315 | 3561 | 11466-11489 |
| 3338 | 3563 | 11499-11507 |
| 3340 | 3572 | 11519-11521 |
| 3365 | 3573 | |
| 3387 | 3576 | |
| 3393 | 3577 | **Ad Hoc COPs Holders'** |
| 3402 | 3578-3902 | **Exhibits** |
| 3420 | | 1001-1004 |
| 3421 | | 1006 |
| 3424 | **DWSD Parties' Exhibits** | 1009 |
| 3425 | 11001-11016 | 1010 |
| 3435 | 11018-11045 | 1014 |
| 3438 | 11047-11060 | 1017 |
| 3439 | 11062-11064 | 1022-1024 |
| 3453 | 11068-11096 | 1032-1035 |
| 3454 | 11102-11105 | 1039 |
| 3458 | 11107-11122 | 1043 |
| 3472-3478 | 11124 | 1056 |
| 3480-3486 | 11185 | |
| 3488 | 11186 | |
| 3489 | 11189-11192 | **UAW's Exhibits** |
| 3491 | 11194-11200 | 8003-8009 |
| 3497 | 11208 | 8013 |
| 3498 | 11210 | 8016-8018 |
| 3502 | 11217 | 8020 |
| 3503 | 11220 | 8021 |
| 3505 | 11222-11226 | 8023 |

8024

**Wayne County's Exhibits**
7001-7005

**Oakland County's Exhibits**
6001-6021
6026
6028-6031
6034
6036
6037
6054
6056
6060
6061
6068
6070
6072-6074
6076
6077
6079-6090


**Macomb County's Exhibits**
5000
5003
5004
5006
5007
5009
5010
5011
5012
5013
5015-5023
5028-5035
5038
5040
5041
5044-5046
5055

5066
5068
5069
5071-5074
5079-5084
5086-5089
5092
5095-5097
5106
5111
5115
5116
5118-5121
5125
5127-5129
5131
5132
5163-5183
5187-5189


**AFSCME's Exhibits**
9001-9003