# EXHIBIT 1

# NEWS

### Joint Statement from Mayor Dave Bing and Coalition Co-Chairs on Tentative Agreement

2/2/2012 - Members of the City's non-uniform coalition of unions reached a tentative agreement with Mayor Bing and his negotiating team last night.

This tentative agreement is the first meaningful step in achieving the necessary concessions and structural changes to resolve the city's financial crisis.

"The tentative agreement we've reached is not just about concessions. It's about how labor and management can work together in a fair and constructive way," said Mayor Dave Bing. "The agreement provides checks and balances that hold both unions and my administration accountable."

Coalition leadership will present the tentative agreement to its members to review and ratify it before a final agreement can be reached.

"The negotiations were challenging, but this agreement is recognition of the contributions our coalition of unions make to the city," said Ed McNeil, special assistant to President Al Garrett, AFSCME Council 25, who co-chaired the coalition's negotiating team. "We used our collective voice to reach an equitable solution."

"It means we can all get back to work with a renewed sense of mission to continue to provide the residents of Detroit with the services they expect," said Joe Valenti, president of Teamsters Local 214, who also co-chaired the coalition's negotiating team.

Tags: no tags

◆Previous Article    ◆Next Article    ◆Back to Article List

2004-2012© City of Detroit ITS/Communications and Creative Services Division
For information about the City of Detroit's Web site, email the Web editor
All material is the property of the City of Detroit and may only be used with permission. Privacy Policy/Disclaimer | Site Map