# EXHIBIT 2

# NEWS

**MEDIA ADVISORY: Statement from Mayor Dave Bing's Chief of Staff Kirk Lewis on Historic Labor Coalition Agreement Ratification**

3/23/2012 - Mayor Bing has said from the beginning that negotiations between the City's non-uniform unions and the City earlier this year were historic and precedent-setting. The tentative agreements reached in early February and ratified today were not just about concessions, but more about shared sacrifice.

These ratified agreements, reached before their existing contracts expired, reflect how labor and management can work together in a fair and constructive way. The agreements also provide checks and balances that hold both unions and Mayor Bing's administration accountable.

The administration looks forward to solidifying its relationship with City workers as we move forward in restoring financial stability to the City.

Tags: no tags

Previous Article     Next Article     Back to Article List

2004-2012© City of Detroit ITS/Communications and Creative Services Division
For information about the City of Detroit's Web site, email the Web editor
All material is the property of the City of Detroit and may only be used with permission. Privacy Policy/Disclaimer | Site Map