# EXHIBIT 4



**CITY OF DETROIT**
HUMAN RESOURCES DEPARTMENT
LABOR RELATIONS DIVISION

COLEMAN A. YOUNG
MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 332
DETROIT, MICHIGAN 48226
PHONE 313•224•3860
FAX 313•224•0738
WWW.DETROITMI.GOV

July 18, 2012

Dear Union Official:

Please find attached a set of City Employment Terms ("CETs") for your bargaining unit. Applicable language of the CETs was approved by the Financial Advisory Board on June 28 and July 12, 2012, and subsequently submitted to City Council for approval.

As you may know, on July 17, 2012 City Council voted not to approve the CETs. Therefore, pursuant to the Financial Stability Agreement entered into by the Mayor and City Council with the State of Michigan, these CETs are being implemented pursuant to order of the Program Management Director, effective July 18, 2012.

If you have any questions regarding this matter, please contact me at 313-224-3860.

Sincerely,

*Lamont D. Satchel*

Lamont D. Satchel
Labor Relations Director

cc: Dave Bing, Mayor
Kirk Lewis, Deputy Mayor
Jack Martin, CFO
William C. Andrews, PMD
Chris Brown, COO
Partick Aquart, Dir. H.R.
Labor Relations Staff