# EXHIBIT 1



Council 25
AFSCME
We Make Michigan Happen

# MICHIGAN COUNCIL 25

American Federation of State, County, and Municipal Employees, AFL-CIO
Detroit Office • 600 W. Lafayette, Ste. 500 • Detroit, Michigan 48226
Phone: 313.964.1711 • 1.800.AFSCME25 • Fax: 313.964.0230 • www.miafscme.org

**Albert Garrett**
*President*

**Lawrence A. Roehrig**
*Secretary-Treasurer*

**Executive Board**

Sylvester Austin
*Region 2*

Carlos Bass
*Region 3*

David Brandt
*Region 9*

Donna Cangemi
*Region 3*

Susan Christensen
*Region 11*

Sandra Crayton
*Region 6*

Barbara Dauble
*Region 3*

Lorna Davison
*Region 2*

Jonathan Drake
*Region 2*

Caryette Fenner
*Region 4*

Michael Harris
*Region 1*

Bennette Hanley
*Region 1*

Lorraine Jacobson
*Region 10*

Keith January
*Region 1*

Laura Kinch
*Region 6*

Arlean King
*Region 1*

J. Phil McGuire
*Region 2*

Phyllis McMillon
*Region 1*

Dennis Moore
*Region 7*

Sam Muma
*Region 6*

Doug Murch
*Region 5*

Lois Murray
*Region 3*

Stephanie Nahas
*Region 3*

Dennis Overmyer
*Region 7*

Gloria Peterson
*Region 4*

Patricia Ramirez
*Region 6*

James Rhodes, Jr.
*Region 5*

Roger Rice
*Region 1*

Ronnie Skorupski
*Region 6*

Cindy Spurlock
*Region 2*

Chris Vandenbussche
*Region 3*

Russell Williams

March 12, 2013

Lamont Satchel, Director
Labor Relations, City of Detroit
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 332
Detroit, MI   48226

Dear Mr. Satchel:

*Re:    Local 1023 ESO Negotiations*

Michigan AFSCME Council 25 and Local 1023 are notifying you of our intent to bargain a new contract for the referenced group.

Please contact me at cphillips@miafscme.org to confirm dates, times and location to begin this process.

Thank you for your immediate attention.

Sincerely,

*Catherine Phillips*

Catherine Phillips
Staff Representative

Sqc/324iuoeaflcio:revised031213

Copy:   A. Garrett
        E. McNeil
        D. Enright
        L. Bronner-Wilson

Via US Mail and Facsimile (313) 224-0738

FILE COPY

RECEIVED by Michigan Court of Appeals 7/11/2013 7:11:31 PM

# STATE OF MICHIGAN
## DEPARTMENT OF LABOR & ECONOMIC GROWTH
## EMPLOYMENT RELATIONS COMMISSION
## MEDIATION DIVISION

### NOTICE OF STATUS OF NEGOTIATIONS - PUBLIC EMPLOYMENT

INSTRUCTIONS: Submit this form at least 60 days before the expiration date of a collective bargaining agreement involving public employees to the Employment Relations Commission. This notice is required by Sec. 7(2) of Act 336 Public Acts of 1947, as amended by Act 25 Public Acts 1973.

1. **Name and Address of Public Employer:**
City of Detroit Labor Relations
2 Woodward Avenue, Suite 332
Detroit, MI 48226

   Phone No.
   313 224-3860

   **Name and Title of Official to Communicate with:**
   Lamont Satchel, Labor Relations Director

   Phone No.
   Same

   Address (if different from above)
   Same

   County: Wayne

2. **Name and Address of Labor Organization:**
Michigan AFSCME Council 25
600 West Lafayette Boulevard
Detroit, MI 48226

   Phone No.
   313-964-1711

   **Name and Title of Official to Communicate with:**
   Catherine Phillips, Staff Representative

   Phone No.
   Same

   Address (if different from above)
   Same

3. Number of Employees Covered by the Agreement: 90

   Description of Bargaining Unit: Local 1023 ESO's

4. Expiration or Reopening Date of Agreement: 6-30-13

5. Status of Negotiations (Use separate sheet if necessary) Opening

6. Name, Title and Address of Official Filing this Notice:
Catherine Phillips, Staff Representative
Michigan AFSCME Council 25
600 West Lafayette Boulevard
Detroit, MI 48226

   Phone No.
   313-964-1711

*Catherine Phillips*
Signature

FILE COPY

March 12, 2013
Date