# EXHIBIT 2

CITY OF DETROIT
HUMAN RESOURCES DEPARTMENT
LABOR RELATIONS DIVISION

COLEMAN A. YOUNG
MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 332
DETROIT, MICHIGAN 48226
PHONE 313•224•3860
FAX 313•224•0738
WWW.DETROITMI.GOV

Sent Via Email and First Class Mail

April 3, 2013

Delia Enright, President, Local #1023
AFSCME - Emergency Services Operators (ESO)
600 W. Lafayette, Ste. L-125
Detroit, Mi 48226

RE:     City of Detroit Receivership Status and Act 312

Dear Ms. Enright:

As you are no doubt aware, effective March 28, 2013, the City of Detroit ("City") is in receivership status pursuant to 2012 PA 436 ("Act 436").

Act 436 provides, in Section 27 (3) that:

> A local government placed in receivership under this act is not subject to section 15(1) of 1947 PA 336, MCL 423.215 for a period of 5 years from the date the local government is placed in receivership or until the time the receivership is terminated, whichever comes first.

In light of the statutory suspension of the duty to bargain under PERA, the City is no longer obligated to participate in collective bargaining, or by extension, Mediation or Act 312 proceedings regarding a successor agreement to [name of union] current Collective Bargaining Agreement ("CBA"), which expires on June 30, 2013. The City therefore will object to, and decline to participate in, such Mediation or Act 312 proceedings or other matters in connection with such proceedings.

The City will continue to abide by the currently effective CBA until its expiration. To the extent any notice of termination is required under the CBA, this letter shall serve as such notice.

The City will honor all currently scheduled meeting dates to discuss, on a consultative basis only, matters of concern to both parties going forward. While the City will not be engaging in traditional PERA collective bargaining, it will seek your organization's input, and provide information regarding the City's position, on relevant matters.

Sincerely,

Lamont D. Satchel, Esq.
Director of Labor Relations

pc:     Mayor Dave Bing
        Kevyn Orr, Esq.
        Jack Martin
        William Andrews
        Albert Garrett

John Willems, Esq.
Craig Schwartz, Esq.
Malcolm Brown, Esq.
Patrick Aquart

RECEIVED by Michigan Court of Appeals 7/11/2013 7:11:31 PM