# EXHIBIT 3



**Michigan Council 25**
American Federation of State, County, and Municipal Employees, AFL-CIO
Detroit Office • 600 W. Lafayette, Ste. 500 • Detroit, Michigan 48226
Phone: 313.964.1711 • 1.800.AFSCME25 • Fax: 313.964.0230 • www.miafscme.org

Albert Garrett
President

Lawrence A. Roehrig
Secretary-Treasurer

Executive Board

Sylvester Austin
Region 2

Carlos Bass
Region 3

David Brandt
Region 9

Donna Cangemi
Region 3

Susan Christensen
Region 11

Sandra Crayton
Region 6

Barbara Dauble
Region 3

Erna Davison
Region 2

Nathan Drake
Region 2

Bryette Fenner
Region 4

Michael Harris
Region 1

Annette Henley
Region 1

Loraine Jacobson
Region 10

Beth January
Region 1

Sara Kinch
Region 6

Sean King
Region 1

Gail McGuire
Region 2

Illis McMillon
Region 1

Janis Moore
Region 7

J Muma
Region 6

Greg Murch
Region 5

J Murray
Region 3

Shanie Nahas
Region 3

Janis Overmyer
Region 7

Maria Peterson
Region 4

Icia Ramirez
Region 6

Es Rhodes, Jr.
Region 5

Er Rice
Region

Nie Skorupski
Region 8

Jy Spurlock
Region 2

Is Vanderbussche

June 3, 2013

*Hand Delivered*
Ruth Anne Okun, Director
Bureau of Employment Relations
Cadillac Place
3026 W. Grand Blvd. Suite 2-750
P.O. Box 02988
Detroit, MI 48202-2988

Re: Petition for ACT 312 Arbitration for:
City of Detroit –and- Michigan AFSCME Council 25 – Local 1023
Case #: D13 C-0331

Dear Ms. Okun:

Enclosed for filing please find enclosed the following documents pertaining to the above referenced matter:

1. An Original and (3) three copies of Local 1023's Petition for Act 312 Arbitration
2. Proof of Service
3. A copy of the most recent labor agreement between the parties

Very truly yours,

*Shawntane Williams*

Shawntane Williams (P72828)
Counsel for Petitioner

Enclosures

Copy: Delia Enright, President for Local 1023
Catherine Phillips – Staff Representative
Kevin Orr, Emergency Manager Hand Delivered June 3, 2013
Lamont Satchel – Labor Relations Director Hand Delivered June 3, 2013
Lansing Master File – L3222-1023-2013

Sqc/32-1iuoeaflcio revised060313

COPY

13-53846-tjt   Doc 7235-3   Filed 09/02/14   Entered 09/02/14 21:50:35   Page 2 of 4



# PETITION FOR ACT 312 ARBITRATION
## EMPLOYMENT RELATIONS COMMISSION
Michigan Department of Licensing and Regulatory Affairs

| AUTHORITY: | P.A. 312 of 1969, as amended |
|---|---|
| COMPLETION: | MANDATORY |
| PENALTY: | CASE WILL NOT BE PROCESSED WITHOUT USE AND COMPLETION OF THIS FORM |

**MEDIATION CASE NO:**

**MEDIATOR:**

**1. PUBLIC EMPLOYER NAME:** City of Detroit Labor Relations

**EMPLOYER CONTACT/REPRESENTATIVE NAME:** Kevin Orr, Emergency Manager and Lamont Satchel, Labor Relations Director

**ADDRESS:** 2 Woodward Ave., Suite 332
**CITY:** Detroit **STATE:** Michigan **ZIP CODE:** 48226
**TELEPHONE:** 313-224-3860 **FAX:** 313-224-0738 **E-MAIL:**

**ADDRESS:** 2 Woodward Ave., Suite 1126
**CITY:** Detroit **STATE:** Michigan **ZIP CODE:** 48226
**TELEPHONE:** 313-224-3400 **FAX:** 313-224-4433 **E-MAIL:**

**2. LABOR ORGANIZATION NAME:** Michigan AFSCME Council 25 - Local 1023

**LABOR CONTACT/REPRESENTATIVE NAME:** Shawntane Williams, Staff Attorney

**ADDRESS:** 600 W. Lafayette Blvd., Suite 500
**CITY:** Detroit **STATE:** Michigan **ZIP CODE:** 48226
**TELEPHONE:** 313-964-1711 **FAX:** 313-964-0230 **E-MAIL:**

**ADDRESS:** 600 W. Lafayette Blvd., Suite 500
**CITY:** Detroit **STATE:** Michigan **ZIP CODE:** 48226
**TELEPHONE:** 313-964-1711 ext. 2263 **FAX:** 313-964-0230 **E-MAIL:** swilliams@miafscme.org

PURSUANT TO RULE 423.505, THE FOLLOWING DOCUMENTS MUST BE ATTACHED TO THIS PETITION:
- [X] A COPY OF THE MOST RECENT LABOR AGREEMENT BETWEEN THE PARTIES
- [ ] A COPY OF THE ISSUES IN DISPUTE
- [ ] THE ISSUES HAVE BEEN IDENTIFIED AS EITHER ECONOMIC OR NON-ECONOMIC

**THIS PETITION IS FILED BY:** [ ] EMPLOYER [X] UNION

**DATE MEDIATION REQUESTED:** March 12, 2013

**DATES AND TIMES OF MEDIATION MEETINGS:** Employer has refused to bargain or participate in Mediation

**UNIT DESCRIPTION:** Local 1023 Emergency Service Operators

**NO. OF EMPLOYEES IN UNIT:** 90

**CONTRACT EXPIRATION DATE:** 6/30/13

THE PETITIONER HAS ENGAGED IN GOOD FAITH BARGAINING AND MEDIATION, AND THE PARTIES HAVE NOT SUCCEEDED IN RESOLVING THE DISPUTED MATTERS.

I HAVE READ THE ABOVE PETITION AND THE STATEMENTS THEREIN ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

**PRINT NAME/TITLE:** Shawntane Williams, Staff Attorney
**DATE:** 6/3/13

**SIGNATURE:** *Shawntane Williams*

COPY

SERVE ORIGINAL PETITION ON THE OTHER PARTY OR ITS REPRESENTATIVE AND FILE THREE COPIES AND A PROOF OF SERVICE WITH THE COMMISSION. ALSO ATTACH A COPY OF THE DOCUMENTS DESCRIBED ABOVE.

*The Department of Licensing and Regulatory Affairs will not discriminate against any individual or group because of race, sex, religion, age, national origin, color, marital status, handicap or political beliefs.*

**OFFICE USE ONLY:** Date Petition Received: ___ Date Panel Issued: ___ Date of Last Best Offer: ___ Date of Hearing: ___ Date of Final Award: ___

rev 02/13

STATE OF MICHIGAN
EMPLOYMENT RELATIONS COMMISSION
LABOR RELATIONS DIVISION

In the Matter of:

CITY OF DETROIT
    Respondent - Public Employer,

-and-

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
MICHIGAN COUNCIL 25, LOCAL 1023
    Petition - Labor Organization.

Petition for Act 312 Arbitration
Case #: D13 C-0331

## PROOF OF SERVICE

I HEREBY CERTIFY that I served by hand delivery, a copy of Petitioner's Petition for Act 312 Arbitration and a copy of this proof of service upon:

City of Detroit
Attn: Kevin Orr
2 Woodward Ave., Suite 1126
Detroit, MI 48226

City of Detroit Labor Relations Department
Attn: Lamont Satchel, Labor Relations Director
2 Woodward Ave., Suite 332
Detroit, MI 48226

I declare that the statements above are true to the best of my information, knowledge, and belief.

Dated: June 3, 2013

By: _____
Support Staff