# EXHIBIT 4



**STATE OF MICHIGAN**
RICK SNYDER, GOVERNOR

**DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
STEVE ARWOOD, DIRECTOR

EMPLOYMENT RELATIONS COMMISSION
Cadillac Place, Suite 2-750
3026 W. Grand Boulevard, PO Box 02988
Detroit, Michigan 48202-2988
(313) 456-3510
FAX (313) 456-3511

June 21, 2013

Lamont Satchel
c/o City of Detroit
Two Woodward Ave., Suite 332
Detroit, MI 48226

Catherine Phillips
c/o Michigan AFSCME Council 25
600 W. Lafayette, Suite 500
Detroit, MI 48226

RE: Detroit, City of -and- Michigan AFSCME Council 25
MERC Case No. D13 C-0331

Greetings Mr. Satchel and Ms. Phillips:

Recently the Michigan Employment Relations Commission issued a ruling that granted an employer's request to dismiss several pending Act 312 matters. Specifically, the employer had declined to participate in Act 312 arbitration, while operating under receivership status with an appointed emergency manager pursuant to 2012 PA 436. (See attached decision involving the City of Detroit.)

In the instant matter, the Union filed a 312 petition on May 31, 2013. However, the Employer has consistently advised all parties as far back as April 18, 2013 that in accordance with its current status in receivership pursuant to 2012 Act 436, it was unwilling to participate in mediation and Act 312 arbitration at this time.

Based on the reasoning set forth by the Commission in dismissing the City of Detroit's Act 312 cases noted above, the petition filed by the Union in this matter has been dismissed administratively.

Should you have any additional questions, feel free to contact me at mcbrides2@michigan.gov or 313-456-3417.

Very truly yours,

Sidney McBride, Departmental Specialist
Act 312 & Fact-Finding Administration

Enclosures

cc: Commissioners

COPY

RECEIVED JUN 27 2013