# EXHIBIT 5



MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 332
DETROIT, MICHIGAN 48226
PHONE 313-224-3860
FAX 313-224-0738
WWW.DETROITMI.GOV

CITY OF DETROIT
HUMAN RESOURCES DEPARTMENT
LABOR RELATIONS DIVISION

Sent via Email and First Class Mail

February 06, 2013

Ed McNeil, Asst to the President
AFSCME - Asst to the President Council #25
1035 N. Washington
Lansing, MI 48906

RE: Imposition of Budget Required Furlough (BRF) Days

Dear President McNeil:

As you know, the City is in a severe fiscal emergency and faces an impending inability to meet payroll and operational costs if labor costs are not reduced immediately. Our negotiations on this issue with City unions have not uncovered any acceptable alternative to the City's proposed implementation of Budget Required (BRF) days, and therefore the City is compelled to implement BRF days for its workforce at this time to meet immediate cost containment needs. BRF days have already been approved by City Council for non-union Executive and Legislative Branch employees. Accordingly, employees will serve one BRF day on a bi-weekly basis for a one year period, with the specific schedule to be determined by the City. The furloughs will begin for union-represented employees Monday, February 25, 2013.

This is an emergency measure to address an immediate economic crisis, which will not foreclose future negotiations for a new collective bargaining agreement.

Please contact the Labor Relations Division at 224-3860 should you have any questions.

Sincerely,

*Lamont D. Satchel*

Lamont D. Satchel, Esq.
Director, Labor Relations

LDS/ab

cc: Honorable Dave Bing, Mayor
 Kirk Lewis, Deputy Mayor
 Jack Martin, Chief Financial Officer
 Kriss Andrews, Program Management Director
 Patrick Aquart, Human Resources Director
 Labor Relations Staff

> Michigan AFSCME Council 25
> Accounting Department
> FEB 11 2013
> Received by _____