# EXHIBIT 13

STATE OF MICHIGAN
IN THE CIRCUIT FOR THE COUNTY OF WAYNE

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES COUNCIL 25, and its affiliated LOCALS 457, 273 and 1642, ALBERT GARRETT, LAURIE WALKER, SCECILLA HUNT, and GINA THOMPSON, <br><br>  Plaintiffs, <br>vs. <br><br>**CITY OF DETROIT, LORETTA DAVIS and PAMELA MOORE,** <br><br>  Defendants. | /s/ Rita Causey <br><br><br><br> Case No. 12-007708-CL <br> Hon. Wendy M. Baxter <br><br> 12-007708-CL <br> FILED IN MY OFFICE <br> WAYNE COUNTY CLERK <br> 1/8/2013 4:37:23 PM <br> CATHY M. GARRETT |

| | |
|---|---|
| **MILLER COHEN, P.L.C.** <br> Richard G. Mack, Jr. (P58657) <br> Teri L. Dennings (P68884) <br> *Attorneys for Plaintiffs* <br> 600 West Lafayette, Fourth Fl. <br> Detroit, Michigan 48226 <br> (313) 964-4454 | **CITY OF DETROIT LAW DEPARTMENT** <br> Jason McFarlane (P73105) <br> *Attorney for Defendants* <br> 660 Woodward Ave., Ste. 1800 <br> Detroit, MI 48226 <br> (313) 237-0548 |

### ORDER GRANTING PLAINTIFFS MOTION TO ENFORCE ARBITRATION AWARD AND DENYING DEFENDANTS' MOTION TO VACATE ARBITRATION AWARD

At a session of said Court, held in the City of Detroit, County of Wayne, and State of Michigan, on                1/8/2013

Present:    WENDY M BAXTER
               Circuit Court Judge

Upon Arbitrator George Roumell issuing an Arbitration Award, dated September 26, 2012, concerning the dispute in the above-captioned case, following Plaintiffs' grievance, and

Upon the Plaintiffs having filed a Motion to Enforce The Roumell Arbitration Award, following this Court's Order that Plaintiffs' grievance be arbitrated, and

Upon Defendant City of Detroit filing a Motion to Partially Vacate The Roumell Arbitration Award, and the Intervenor Detroit Workforce Development Board filing a brief in Opposition to the Plaintiffs Motion to Enforce The Arbitration Award, and

Upon the Court having heard oral argument on November 16, 2012, the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Enforce the George Roumell Arbitration Award is hereby granted, for the reasons stated on the record. The Arbitration Award is hereby enforced by this Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Partially Vacate the Arbitration Award is denied, for the reasons stated on the record.

**IT IS SO ORDERED.**

Dated: _____

/s/ Wendy M. Baxter
CIRCUIT COURT JUDGE