UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) ) | Case No. 13-53846 |
|  | ) ) | Hon. Steven W. Rhodes |
| _____ | ) ) |  |

**STIPULATION FOR AN ORDER TO ENLARGE TIME FOR MICHIGAN AFSCME COUNCIL 25 AND ITS AFFILIATED DETROIT LOCALS AND THE COALITION OF DETROIT UNIONS TO FILE RESPONSES TO CLAIM OBJECTIONS**

The City of Detroit, Michigan (the "City") and Michigan AFSCME Council 25 and its affiliated Detroit Locals ("AFSCME") and the Coalition of Detroit Unions (the "Coalition" and, collectively with the City and AFSCME, the "Parties"), by and through each of their undersigned counsel, stipulate as follows:

1. On June 18, 2014, the Parties filed a Stipulation (Docket No. 5445) for AFSCME and the Coalition to file responses to the City's Objections to their respective proofs of claim, by September 1, 2014. The Court entered an order to that effect on June 19, 2014. (Docket No. 5454)

2. The Parties hereby stipulate to enlarge the time for AFSCME and the Coalition to file their responses to the City's objections, from September 1st until September 2, 2014, due to technical issues experienced in filing.

3. The Parties, therefore, request that the Court enter the proposed Order attached hereto as <u>Exhibit 1</u> approving this Stipulation. The Parties submit and request that all other aspects of the Parties' Stipulation (Docket No. 5445) and Court's Order (Docket No. 5454) remain unchanged.

Dated: September 3, 2014

| /s/ **[Sharon L. Levine]** | /s/ **[Heather Lennox]** |
|---|---|
| Sharon L. Levine | David G. Heiman (OH 0038271) |
| Philip J. Gross | Heather Lennox (OH 0059649) |
| LOWENSTEIN SANDLER LLP | JONES DAY |
| 65 Livingston Avenue | North Point |
| Roseland, New Jersey 07068 | 901 Lakeside Avenue |
| Telephone: (973) 597-2500 | Cleveland, Ohio 44114 |
| Facsimile: (973) 597-6247 | Telephone: (216) 586-3939 |
| slevine@lowenstein.com | Facsimile: (216) 579-0212 |
| pgross@lowenstein.com | dgheiman@jonesday.com |
| | hlennox@jonesday.com |
| Herbert A. Sanders | |
| THE SANDERS LAW FIRM PC | Bruce Bennett (CA 105430) |
| 615 Griswold St., Suite 913 | JONES DAY |
| Detroit, MI 48226 | 555 South Flower Street |
| Telephone: (313) 962-0099 | Fiftieth Floor |
| Facsimile: (313) 962-0044 | Los Angeles, California 90071 |
| hsanders@miafscme.org | Telephone: (213) 243-2382 |
| | Facsimile: (213) 243-2539 |
| Richard G. Mack, Jr., Esq. | bbennett@jonesday.com |
| MILLER COHEN PLC | |
| 600 West Lafayette Boulevard | Jonathan S. Green (MI P33140) |
| 4th Floor | Stephen S. LaPlante (MI P48063) |
| Detroit, MI 48226-3191 | MILLER, CANFIELD, PADDOCK |
| Telephone: (313) 566-4787 | AND STONE, P.L.C. |
| Facsimile: (313) 964-4490 | 150 West Jefferson |
| richardmack@millercohen.com | Suite 2500 |
| | Detroit, Michigan 48226 |
| ATTORNEYS FOR AFSCME | Telephone: (313) 963-6420 |
| | Facsimile: (313) 496-7500 |
| | green@millercanfield.com |
| | laplante@millercanfield.com |
| | |
| | ATTORNEYS FOR THE CITY |

/s/ **[Richard G. Mack]**
Richard G. Mack, Jr., Esq.
MILLER COHEN PLC
600 West Lafayette Boulevard
4th Floor
Detroit, MI 48226-3191
Telephone: (313) 566-4787
Facsimile: (313) 964-4490
richardmack@millercohen.com

ATTORNEY FOR THE COALITION

**EXHIBIT 1**

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| _____ | ) | |

**ORDER TO ENLARGE TIME FOR MICHIGAN AFSCME COUNCIL 25 AND ITS AFFILIATED DETROIT LOCALS AND THE COALITION OF DETROIT UNIONS TO FILE RESPONSES TO CLAIM OBJECTIONS**

This matter came before the Court on the Stipulation for an Order, concerning Michigan AFSCME Council 25 and its affiliated locals ("AFSCME") and the Coalition of Detroit Unions (the "Coalition") filing responses to the City's objections to their proofs of claim (Docket Nos. 4874 and 4876); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. AFSCME and the Coalition may file responses to the City's objections to their proofs of claim by September 2, 2014. All other aspects of the Court's previous Order (Docket No. 5454) shall remain in full force and effect.

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
|  | ) | Hon. Steven W. Rhodes |
|  | ) |  |
|  | ) |  |

## PROOF OF SERVICE

The undersigned certifies that on September 3, 2014, the *Stipulation for an Order to Enlarge Time for Michigan AFSCME Council 25 and its Affiliated Detroit Locals and the Coalition of Detroit Unions to File Responses to Claim Objections* were electronically with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

/s/ Richard G. Mack, Jr.
Richard G. Mack, Jr., Esq.
MILLER COHEN PLC
600 West Lafayette Blvd., 4th Floor
Detroit, MI 48226-3191
Telephone: (313) 566-4787
Facsimile: (313) 964-4490
richardmack@millercohen.com