UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED

2014 SEP -2 A 11: 02

In Re:

CITY OF DETROIT, MICHIGAN,

Chapter 9.

Debtor,

Case #: 13-53846

Hon. Steven W. Rhodes

_____/

## PETITIONER CHRISTOPHER TRAINOR'S *EX PARTE* MOTION TO FILE BY TRADITIONAL PAPER FILING

Petitioner, Christopher Trainor, submits his *Ex Parte* Motion to File by Traditional Paper Filing in accordance with ECF Procedure 3(b) and states as follows:

1.  Petitioner, Christopher Trainor, is not registered, does not practice in the Bankruptcy Court system and has not taken the seminar for ECF.

2.  Petitioner represents several individuals with cases against the City of Detroit, filed pre-petition.

3.  Petitioner filed Proofs of Claims on those cases with the Bankruptcy Court.

4.  Petitioner now desires to file Motions to Withdraw on those Proofs of Claims for the reasons stated in the Motions to Withdraw.

5.  Petitioner is requesting to file Traditional Paper Filing Motions to Withdraw on the following Proofs of Claims and cases:

    a.  Anthony Baker Proof of Claim # 1129

    b.  Christopher Harris Proof of Claim # 1144

    c.  Derrez Payne Proof of Claim # 1125

    d.  Dwight Miller Proof of Claim #1132

    e.  Earl Gaines, Latoya Carrell, Joshua Harris, Precious Carrell, Ariel Gaines, next friend Latoya Carrell Proof of Claim # 1130

    f.  Jordan Abdullah Proof of Claim # 1157

    g.  Dominique McCArtha as Personal Representative for the Estate of Gregory Phillips Proof of Claim # 1155

    h.  Sherrod Davis Proof of Claim # 1156

## CONCLUSION

For these reasons, this Court should grant Petitioner's *Ex Parte* Motion to File by Traditional Paper Filing so that Petitioner can Withdraw from the Listed Proofs of Claims.

Respectfully Submitted,
CHRISTOPHER TRAINOR & ASSOCIATES

CHRISTOPHER TRAINOR (P42449)
AMY J. DEROUIN (P70514)
SHAWN C. CABOT (P64021)
Attorneys for Plaintiff
9750 Highland Road
White Lake, Michigan 48386
(248) 886-8650

Dated: August 25, 2014
CJT/vjc

## PROOF OF SERVICE

The undersigned certified that on the 26th Day of August, 2014, a copy of the foregoing document was served upon the Bankruptcy Court at its stated business address with pre-paid first-class postage affixed thereto. I declare under penalty of perjury that the foregoing statement is true to the best of my information, knowledge, and belief.

*Shanna Suver*