UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN,

Chapter 9

Case #: 13-53846

Debtor,

Hon. Steven W. Rhodes

_____/

## ORDER GRANTING PETITIONER CHRISTOPHER TRAINOR'S *EX PARTE* MOTION TO FILE BY TRADITIONAL PAPER FILING

This matter coming before the Court on the *ex parte* motion of Petitioner, Christopher Trainor ("Petitioner') for entry of an order granting Petitioner the right to file by traditional paper filing his Motions to Withdraw, the Court having reviewed Petitioner Christopher Trainor's *ex parte* motion and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein:

IT IS HEREBY ORDERED THAT:

    a. Petitioner Christopher Trainor's motion is granted.

    b. The Clerk of the Court is to receive, file and docket Petitioner Christopher Trainor's Motions to Withdraw on the Proofs of Claims for:

        a. Anthony Baker Proof of Claim # 1129

        b. Christopher Harris Proof of Claim # 1144

        c. Derrez Payne Proof of Claim # 1125

        d. Dwight Miller Proof of Claim #1132

        e. Earl Gaines, Latoya Carrell, Joshua Harris, Precious Carrell, Ariel Gaines, next friend Latoya Carrell Proof of Claim # 1130

        f. Jordan Abdullah Proof of Claim # 1157

        g. Dominique McCArtha as Personal Representative for the Estate of Gregory Phillips Proof of Claim # 1155

        h. Sherrod Davis Proof of Claim # 1156

    c. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Steven Rhodes
United States Bankruptcy Judge