UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
:
In re                                             :    Chapter 9
:
CITY OF DETROIT, MICHIGAN,                        :    Case No. 13-53846
:
Debtor.                                           :    Hon. Steven W. Rhodes
:
:
---------------------------------------------------x

# *EX PARTE* MOTION OF THE CITY OF DETROIT FOR ENTRY OF AN ORDER AUTHORIZING IT TO FILE A RESPONSE IN EXCESS OF PAGE LIMIT

The City of Detroit, Michigan (the "City"), as the debtor in the above-captioned case, hereby files this *ex parte* motion (the "Motion") for the entry of an order authorizing the City to file its response required by the Order Requiring City to Respond to Certain *Pro Se* Objections to Confirmation (Docket No. 6640) (the "*Pro Se* Briefing Order") in excess of the 30-page limit for "reply brief[s]" imposed by the Order Establishing Motion Procedure (Docket No. 283) (the "Motion Procedure Order").

1.  On August 11, 2014, the Court issued the *Pro Se* Briefing Order, requiring the City to file "a consolidated response" (the "Response") to certain *pro se* objections (the "Objections") to confirmation of the Sixth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 6908).

2. On August 13, 2014, the Court issued the Eighth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (Docket No. 6699) (the "<u>Scheduling Order</u>"). The Scheduling Order established a deadline of September 5, 2014 for the filing of the Response. Scheduling Order, at ¶ 11.

3. Neither the *Pro Se* Briefing Order nor the Scheduling Order specifies a page limit for the Response.

4. Paragraph 3 of the Motion Procedure Order provides that, "[n]otwithstanding LBR 9014-1(e), a reply brief filed by the City shall not exceed 30 pages." This paragraph further provides, however, that "[t]he City may file a motion to extend this page limit for cause shown." Although it is not clear to the City that this page limit applies to the Response, the City files this Motion out of an abundance of caution.

5. The *Pro Se* Briefing Order requires the City to address 16 discrete topics (and more than 20 sub-topics) in the Response. The *Pro Se* Briefing Order also identifies more than 70 Objections to which the City must respond.

6. The City submits that it requires more than 30 pages to meaningfully address each of the topics and Objections listed in the *Pro Se* Briefing Order. Accordingly, the City respectfully requests that it be (a) granted

relief from the page limit for reply briefs imposed by paragraph 3 of the Motion Procedure Order (to the extent that such page limit applies to the Response) and (b) permitted to file its Response in excess of 30 pages in length.

WHEREFORE, the City respectfully requests that this Court: (i) enter an order substantially in the form attached hereto as <u>Exhibit 1</u>, granting the relief sought herein; and (ii) grant such other and further relief to the City as the Court may deem proper.

Dated: September 3, 2014             Respectfully submitted,

/s/ Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
Thomas A. Wilson (OH 0077047)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com
tawilson@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
    STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE DEBTOR

# SUMMARY OF ATTACHMENTS

The following documents are attached to this Motion, labeled in accordance with Local Rule 9014-1(b).

| | |
|---|---|
| Exhibit 1 | Proposed Form of Order |
| Exhibit 2 | None [Motion Seeks *Ex Parte* Relief] |
| Exhibit 3 | None [Brief Not Required] |
| Exhibit 4 | Certificate of Service |
| Exhibit 5 | None [No Affidavits Filed Specific to This Motion] |
| Exhibit 6 | None [No Documentary Exhibits Filed Specific to this Motion] |

**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
------------------------------------------------------x

# *EX PARTE* ORDER
## AUTHORIZING THE CITY OF DETROIT
## TO FILE A RESPONSE IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte* Motion of the City of Detroit for Entry of an Order Authorizing it to File a Response in Excess of Page Limit (the "Motion"),[1] filed by the City of Detroit, Michigan (the "City"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

2. The City is granted relief from the page limit for reply briefs set forth in paragraph 3 of the Motion Procedure Order and may file its Response in excess of 30 pages.

**EXHIBIT 4**

**CERTIFICATE OF SERVICE**

      I, Heather Lennox, hereby certify that the foregoing *Ex Parte* Motion of the City of Detroit for Entry of an Order Authorizing It to File a Response in Excess of Page Limit was filed and served via the Court's electronic case filing and noticing system on this 3rd day of September, 2014.

                                /s/ Heather Lennox