UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re:<br><br>**CITY OF DETROIT, MICHIGAN,**<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846 (SWR)<br><br>Hon. Steven W. Rhodes |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Parsons Brinckerhoff Michigan, Inc. ("Parsons Brinckerhoff"), a party in interest herein, appears in the above-captioned case pursuant to section 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Bankruptcy Rules 2002, 9007 and 9010, and requests that copies of all pleadings, papers, reports, motions and applications, including notices of assumption of executory contracts or cure amounts, petitions, disclosure statements, plans of adjustment and answer or reply papers filed in the above-captioned case, by mail or otherwise, be served on:

Jeffrey D. Eaton
Schiff Hardin LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
Telephone: (312) 258-5573
Facsimile: (312) 258-5600
jeaton@schiffhardin.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders, complaints, demands, or requests whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver by Parsons Brinckerhoff (1) to have final orders in noncore and matters not arising in or under the Bankruptcy Code entered by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) of any other rights, claims, actions, defenses, setoffs, or recoupments to which Parsons Brinckerhoff is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Parsons Brinckerhoff expressly reserves.

Dated: Chicago, IL
      September 3, 2014

SCHIFF HARDIN LLP,
*Attorneys for Creditor*
*PARSONS BRINCKERHOFF, INC.*

By: */s/ Jeffrey D. Eaton*
      Jeffrey D. Eaton
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606
t. (312) 258-5573
f. (312) 258-5600
jeaton@schiffhardin.com

38734-0002
NY\52168471.1