# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

---

**Order Party: Name, Address and Telephone Number**

Name  **Syncora Guarantee & Syncora Capital Assurance**

Firm  **Kirkland & Ellis LLP**

Address  **300 N. LaSalle**

City, State, Zip  **Chicago, IL 60654**

Phone  **312.862.2200**

Email  **lally.gartel@kirkland.com**

---

**Case/Debtor Name:** City of Detroit, MI

**Case Number:**  13-53846

**Chapter:**  9

**Hearing Judge** Hon. Steven Rhodes

⦿ **Bankruptcy**   ◯ **Adversary**

◯ **Appeal**   **Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 09/03/2014   **Time of Hearing:** 8:30 a.m.  **Title of Hearing:** Plan Confirmation

Please specify portion of hearing requested:  ⦿ **Original/Unredacted**   ◯ **Redacted**   ◯ Copy (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: _____

---

**Type of Request:**

⦿ Ordinary Transcript - $3.65 per page (30 calendar days)

◯ 14-Day Transcript - $4.25 per page (14 calendar days)

◯ Expedited Transcript - $4.85 per page (7 working days)

◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

---

**Signature of Ordering Party:**

_____  Date: **09/03/2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.

---

**FOR COURT USE ONLY**

Transcript To Be Prepared By

| | Date | By |
|---|---|---|

Order Received:

Transcript Ordered

Transcript Received

---

13-53846-tjt   Doc 7257   Filed 09/03/14   Entered 09/03/14 20:27:10   Page 1 of 1