UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
                                                    Case No. 13-53846
City of Detroit, Michigan,                          Hon. Steven W. Rhodes
        Debtor.
_____/

Second Order Overruling Objections to the City's Plan

Several parties have filed a "Joinder in Cecily R. McClellan Objections to Fourth Amended Plan of Adjustment." These objections were filed after the July 11, 2014 deadline set by the Court for individual retirees to file objections to the plan and the objecting parties have not established cause to file an untimely objection. Accordingly, it is ordered that the joinders in Cecily R. McClellan's objections to fourth amended plan of adjustment filed by the individuals listed below are overruled as untimely.

| | |
|---|---|
| Calvin Carter | Dkt. #6349 |
| Robert S. Johnson, Jr. | Dkt. #6350 |
| Cecily McClellan | Dkt. #6351 |
| Jesse J. Florence Sr. | Dkt. #6353 |
| Belinda A. Myers-Florence | Dkt. #6354 |
| Grover Kennedy | Dkt. #6355 |
| Vera C. Magee | Dkt. #6356 |
| William M. Davis | Dkt. #6357 |
| Lulu Millender | Dkt. #6358 |
| Yvonne Williams-Jones | Dkt. #6359 |
| Mary Diane Bukowski | Dkt. #6360 |
| Wanda Jan Hill | Dkt. #6361 |
| Nancy Hurston Carter | Dkt. #6362 |

.

**Signed on September 03, 2014**

                                                /s/ Steven Rhodes
                                              **Steven Rhodes**
                                              **United States Bankruptcy Judge**