UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Denying Amended Motion to Participate (Dkt. #6929)

On August 20, 2014, Gloria Jones filed an amended motion to participate in the plan confirmation hearing (Dkt. #6929). This motion was filed after the August 18, 2014 deadline set by the Court's order of August 7, 2014 regarding participation at the confirmation hearing by creditors who filed objections without an attorney. Accordingly, the motion is denied as untimely.

.

**Signed on September 03, 2014**

                                                        /s/ Steven Rhodes  
                                                        **Steven Rhodes**  
                                                        **United States Bankruptcy Judge**