UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Denying Motion to Participate (Dkt. #6954)

On August 21, 2014, Carl Williams, Hassan Aleem, Michael Mulholland, Lula Millender, Evelyn Owens Smith, LaVern Holloway, Wanda Jan Hill, Benyne Goldston, Gregory T. Waller, Sheila Thompkins, Lehita Thomas, and William M. Davis filed a motion to participate in the confirmation hearing. (Dkt. #6954) This motion was filed after the August 18, 2014 deadline set by the Court's order of August 7, 2014 regarding participation at the confirmation hearing by creditors who filed objections without an attorney. Accordingly, the motion is denied as untimely.

.

**Signed on September 03, 2014**

                                                    /s/ Steven Rhodes  
                                                    Steven Rhodes  
                                                    United States Bankruptcy Judge