UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                  Chapter 9
City of Detroit, Michigan,                              Case No. 13-53846
    Debtor.                         Hon. Steven W. Rhodes
_____/

### Order Denying Corrected Amended Verified Motion to Extend (Dkt. #7033)

On August 25, 2014, Carl Williams and Hassan Aleem filed a "Corrected Amended Verified Motion to Extend the Time and Response to the Orders of Magistrate Judge Steven W. Rhodes Issued August 7 and 13 2014 Docket Nos. 6584 & 6699." (Dkt. #7018)  The Court finds that cause has not been established which would warrant the granting of the request for an extension.  Accordingly, the motion is denied.

.

**Signed on September 03, 2014**

                                                                                           **/s/ Steven Rhodes**
                                                                                            **Steven Rhodes**
                                                                                           **United States Bankruptcy Judge**