**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) ) | Case No. 13-53846 |
|  | ) ) | Hon. Steven W. Rhodes |
| _____ | ) ) |  |

### ORDER TO ENLARGE TIME FOR MICHIGAN AFSCME COUNCIL 25 AND ITS AFFILIATED DETROIT LOCALS AND THE COALITION OF DETROIT UNIONS TO FILE RESPONSES TO CLAIM OBJECTIONS

This matter came before the Court on the Stipulation for an Order, concerning Michigan AFSCME Council 25 and its affiliated locals ("AFSCME") and the Coalition of Detroit Unions (the "Coalition") filing responses to the City's objections to their proofs of claim (Docket Nos. 4874 and 4876); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. AFSCME and the Coalition may file responses to the City's objections to their proofs of claim by September 2, 2014. All other aspects of the Court's previous Order (Docket No. 5454) shall remain

in full force and effect.

**Signed on September 03, 2014**

.

                                                                         /s/ Steven Rhodes
                                                                           **Steven Rhodes**
                                                                            **United States Bankruptcy Judge**