# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In re:                                      Chapter 9
                                            Case No. 13-53846
    City Of Detroit                     Honorable Steven W Rhodes


      Debtor
_____/

### CERTIFICATE OF SERVICE

     The undersigned states that on September 4, 2014 copies of **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)** were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Eric D. Carlson
150 West Jefferson
Suite 2500
Detroit, MI 48226
Email: carlson@millercanfield.com


Sean M. Cowley (UST)
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226
Email: Sean.cowley@usdoj.gov


and I hereby certify that I have mailed by United States Postal Service, postage prepaid, copies of **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3** to the following non-ECF participants:

City Of Detroit
2 Woodward Avenue, Suite 1126
Detroit, MI 48226



Date:    September 4, 2014                    /s/ Myra Gilmore
                                                Myra Gilmore
                                                Bankruptcy Specialist
                                                Orlans Associates, P.C.
                                                Attorneys for M&T Bank
                                                P.O. Box 5041
                                                Troy, MI 48007
                                                (248) 502-1400
                                                Email: eabood-carroll@orlans.com
                                                File Number: 14-012308