UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
------------------------------------------------------x

**NOTICE OF (A) OCCURRENCE OF SETTLEMENT DATE
AND UNIMPAIRMENT OF CLASS 1A CLAIMS AND (B) WITHDRAWAL
OF DWSD PLAN OBJECTIONS BY FINANCIAL CREDITORS**

**PLEASE TAKE NOTICE THAT:**

1. On August 11, 2014, the City of Detroit (the "City")[1] filed the Motion of the Debtor for a Final Order Pursuant to (I) 11 U.S.C. §§ 105, 364(c), 364(d)(1), 364(e), 902, 904, 921, 922 and 928 (A) Approving Postpetition Financing and (B) Granting Liens and (II) Bankruptcy Rule 9019 Approving Settlement of Confirmation Objections [Docket No. 6644] (the "Motion").

2. The Court entered an order granting the Motion on August 25th, 2014 (the "Order") [Docket No. 7028], pursuant to which the City is

---
[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion or the Sixth Amended Plan for the Adjustment of Debts of the City of Detroit, dated August 20, 2014 [Docket No. 6908] (the "Plan").

authorized, among other things, to issue, at the City's discretion, 2014 Revenue and Revenue Refinancing Bonds to fund the purchase or optional redemption of DWSD Tendered Bonds in connection with the DWSD Tender, all as more fully described in the Motion. The period to tender bonds pursuant to the DWSD Tender closed on August 21, 2014 (the "<u>Tender Expiration Date</u>").

3. As of the Tender Expiration Date, pursuant to the DWSD Tender, holders of bonds tendered $1,467,670,000 of bonds (the "<u>DWSD Tendered Bonds</u>"). As described in the Notice of Acceptance of Tender [Docket No. 6989] filed with this Court on August 22, 2014, the City accepted the DWSD Tendered Bonds for purchase or optional redemption on August 22, 2014.

4. On September 4, 2014 (the "<u>Settlement Date</u>"), the City (i) issued 2014 Revenue and Revenue Refinancing Bonds on the terms approved by this Court in the Order, (ii) closed the purchase of the DWSD Tendered Bonds and the refunding of certain other callable bonds and (iii) funded the Settlement Date Fee Payments (as defined in the Order). Pursuant to Section II.B.3.a.ii.A of the Plan, as of the Settlement Date, the Allowed Claims in Class 1A are Unimpaired within the meaning of section 1124 of the Bankruptcy Code and, upon the occurrence of the Effective Date, shall be Reinstated.

5. As of the Settlement Date, the DWSD Plan Objections (as defined in the Motion) are deemed to be withdrawn.

Dated: September 4, 2014	Respectfully submitted,

/s/ Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Brad B. Erens
David A. Hall
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
bberens@jonesday.com
dahall@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
    STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

## CERTIFICATE OF SERVICE

I, Heather Lennox, certify that the foregoing Notice was filed and served via the Court's electronic case filing and noticing system on this 4th day of September, 2014.

/s/ Heather Lennox
Heather Lennox