# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Alfredo R. Pérez

Firm: Weil, Gotshal & Manges LLP

Address: 700 Louisiana Street, Suite 1700

City, State, Zip: Houston, TX 77002

Phone: 713-546-5000

Email: alfredo.perez@weil.com

**Case/Debtor Name:** City of Detroit

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

⊙ Bankruptcy  ○ Adversary

○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for each hearing date requested.)

Date of Hearing: 09/02/2014   Time of Hearing: 8:30   Title of Hearing: Confirmation Trial

Please specify portion of hearing requested:  ⊙ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

⊙ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: Please email to juan.dominguez@weil.com

**Type of Request:**
- ○ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ⊙ Expedited Transcript - $4.85 per page (7 working days)
- ○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Alfredo R. Pérez   Date: 9/5/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

Date    By

Order Received:

Transcript Ordered

Transcript Received