UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Alfredo R. Pérez
Firm: Weil, Gotshal & Manges LLP
Address: 700 Louisiana Street, Suite 1700
City, State, Zip: Houston, TX 77002
Phone: 713-546-5000
Email: alfredo.perez@weil.com

**Case/Debtor Name:** City of Detroit
**Case Number:** 13-53846
**Chapter:** 9
**Hearing Judge:** Hon. Steven Rhodes

- ⦿ Bankruptcy   ○ Adversary
- ○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 09/03/2014   Time of Hearing: 8:30   Title of Hearing: Confirmation Trial

Please specify portion of hearing requested:   ⦿ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

⦿ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: Please email to juan.dominguez@weil.com

**Type of Request:**
- ○ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ⦿ Expedited Transcript - $4.85 per page (7 working days)
- ○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Alfredo R. Pérez   Date: 9/5/2014
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

Date   By

Order Received:
Transcript Ordered
Transcript Received