August 28th, 2014

Judge Steven W. Rhodes

c/o Clerk of the Court

United States Bankruptcy Court

Eastern District of Michigan

Southern Division

211 W. Fort St., Suite 1800

Detroit, Michigan 48226

RE: Case # 13-53846

Dear Honorable Judge Rhodes:

> I am writing this missive to once again appeal to your human side. I have kept up with the media since I was invited to voice my objections in court on July 15, 2014. I did not receive a second letter to speak at the next hearing but I got a letter from the courts to say one of the Attorney's for the city (Brian Plecha) did not sign his name right and if not corrected our case could be thrown out of court.

> What I realized is too many cooks in the kitchen spoils the meal.

> As a retiree In spite of how I feel I am being legally represented, my question to you is who takes care of us when our Legal representation is weak? Protection comes to those who have a strong voice and good representation. We have not been afforded that making the general retirees an easy target.

> My Pension and my Health care is an earned benefit as well as a promise to what lies ahead for me in my retirement years. It was a model presented to me at my exit interview and it should not be changeable.

> I am not asking for more than I deserve. I do ask that I get what I deserve. The ball is in your court I ask that you fix this and not let the model of retirement be changed.

> It is unchristian and unethical for some to wallow in the soft beds of luxury while others sink into the quicksands of poverty.

> Thank You for your Attention,

> Patricia A. Beamon