August 27, 2014

FILED
2014 SEP -2 A 10: 51

Judge Stephen Rhodes:

I am a livelong resident of the City of Detroit. When I was
Growing up on the north end of Detroit. Everybody took care
Of their landscaping. Grass was cut, you never saw mattresses
And junk just throwed out on the curb, and there were few
Abandoned homes. My neighborhood was one I took pride in.
I cannot stand blight and feel that me, and the children in my
Neighborhood should not have to tolerate it.
I am a single homeowner and I try to make a positive difference
In my neighborhood, on my job, at my church, with my family
And in the community. I would like to request money from the
City's budget to board up 2 abandoned homes in my neighbor-
Hood. I have called the Mayor's office, I have called my council-
Man (Scott Benson), and Mr. Gary Bulluck who is over my
Neighborhood. Everybody tells me there is no money to board
Up abandoned houses!!
I make the effort to try to keep my neighborhood nice. For the
Past 2 years, I have paid to have the grass cut on 2 abandoned
Homes in the middle of my block. Because of my work schedule
It is difficult for me to attend community meetings. But, I do

Attend when I can. I attended my first Community Luncheon
Meeting hosted by Black Family Development. It was so nice
And positive. I do plan to attend more meetings when my
Schedule allows.

20314 Goulburn-is a corner house at Collingham off E. 8 Mile
Road. I have been trying since last year to get action on this
House. Francine Adams was trying to help me. The owner was
Taken to court and fined. Yet, he has done nothing to this house.
I called the Mayors office because I felt the house could have
Been saved and rehabed. I was told the house would be
Considered. But, I have heard nothing. I even sent a email
To the Detroit Landbank Authority. Still, I 've heard nothing.
I have paid to have the grass cut on this house. But, the house
Is wide open. The garage was open and a lot of dumping was
Done. I had a friend sit the junk on the curb to be picked up.
I care, but I need some help for my neighborhood. I would
Like for the house and garage to be boarded up.
Because I am a single homeowner I do have to be careful
And look out for my safety. My neighborhood is covered by
The Osborn Neighborhood Association and the Pulsaki block
Club. But, because of my work schedule I am unable to attend
Meetings. But, the issue still is we need money for boarding

Up houses in the neighborhoods. It is so dangerous for our
Children to be walking by these houses on there way to
School.

I heard on the news that Kevin Orr allocated money to city
Council to enlarge their budgets. I was upset because I feel
That money should be allocated to board up homes. Or, split
The money, half to the city council and have for board ups.

I know you took a tour of some blighted neighborhoods. But,
Please if you have time come to the east side of Detroit.
Tour the neighborhoods, East 8 Mile between Van Dyke and
Gratiot. You will see there are a lot of nice bungalow homes
And citizens taking care of their property. You will also see
A lot of blight and open homes that need to be boarded up.
20242 Goulburn-this house needs to be boarded up too. I
Was grateful when the city came through last week and cut
Grass on abandoned homes and lots. But, please allocate
Funds so the abandoned homes can be boarded up. This wil
Help improve safety in our community.

I want you to also know that 20266 Goulburn, the house is for
Sale. When I saw the "for sale", sign I called Gary Bulluck
Because the grass needed to be cut. I was told that when a
Real estate company is selling a house they are responsible

For keeping the grass cut and the landscaping. However, Mr.

*Bulluck told me that the city sells some homes without a*

Maintenance agreement. So, this contributes to the deterioration

Of the neighborhood and blight. I informed my councilman

*Scott Benson, and Council President Brenda Jones but I have*

Not heard anything about changing contracts to include a

Maintenance agreement!


I wrote this letter because I want you to know of my personal

Experience with trying to improve my neighborhood. I truly

Believe one caring person can make a difference. So, consider

Allocating money so abandoned homes can be boarded up.

Please share my letter with Mayor Mike Duggan, Kevin Orr

Etc.

My contact info is Karen Kindell (313) 526-3557. Mornings

Are the best time for contact.

Sincerely,

*Karen Kindell*

Karen Kindell