# UNITED STATES BANKRUPTCY COURT

## EASTERN DICTRICT OF MICHIGAN

## SOUTH DIVISION

In re:

CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

          Debtor

_____/

Chapter 9
Case No: 13-53846
Hon: Steven W. Rhodes

### <u>MOTION</u>

Now comes, <u>Tijuana Morris</u> and Pursuant Federal Court Rules of Civil Procedure 7(b) (1) and the 1st Amendment of the Constitution of the United States. I Object to the Plan of Adjustment for the following reasons and requesting the right to testify, (10 minutes), and provide a witness in support of my issues:

1) I am a Retired Detroit Police Officer, (Pensioner), who filed objections without an attorney. I am requesting the opportunity to be heard and present evidence as well as witnesses at the confirmation hearing.

2) When I signed up to become a Detroit Police Officer, I signed a contract.

3) My Disability Settlement Agreement with the Detroit Police Department is violated.

4) My medical insurance is unaffordable. My medication cost over $3,000.00 per month. It is more than my pension check. I do not qualify in the assistance category. I've had two major surgeries on my spine. I cannot afford to be examined for anything, because I must pay my deductible, $5,000.00 before I can get any percentage off of my prescriptions.

5) I was informed by Social Security, that I was not 65, and that I did not pay into the Social Security in the last 10 years, and that I was not illegible to receive

medical benefits. DHS stated that my income was too high so by law they could not assist me.

6) There is no healthcare protection for the middle class Police and Fire Retirees.

7) Mismanagement of the Detroit Police Department and Federal Monitor failing to engage in making sure departmental procedures are being followed.

8) My Auto Insurance Company, State Farm, placed me under insurance fraud investigation, stating that I sustained my injuries from work related injuries. Their Expert Witness testified to my injuries and the progression process over a period of time, but this does not excuse State Farm from their negligence. I was the victim, (Pedestrian). The Judge stated that there was no fraud and ordered State Farm to remove fraud from my record. I'm appealing the case in the Court of Appeals.

9) I exhausted my annuity account while recovering from the accident. State Farm stop paying for bills after my attorney contacted them. I was penalized for withdrawing my annuity and again when I filed my income tax.

10) State Attorney General Bill Schuette stated that charging the Pensioners was illegal. He stated in the HOFFPOST that he will file an appearance in federal bankruptcy court.

Governor Rick Snyder/ Lansing, owes the City of Detroit $732 million dollars dating back 2003 to 2013. If you add 21 percent interest rate and 6.75 percent claw-back rate that's a lot of money. The State should pay for the cost of Kevyn Orr and Jones Day Group.

This situation that I am in has affected me very badly. The majority of my life, I have assisted those who need my help and now I need HELP!!!

## BRIEF IN SUPPORT

1) DPD Retirement Picture

2) Same as above

3) Disability documents

4) These documents are recorded in the plan of adjustments and bill from hospital

5) Social Security and DHS Denial letters, World Relief Denial letter

6) Same as above

7) Federal Monitor complaint to US Federal Judge Julian Cook
   DPD complaint to Federal Monitor, DPD complaint

8) Appeal Court information and Court Transcript Judge's ruling (upon request if needed)

9) Pension Annuity statements

10) Jonathan Oosting | joosting@mlive.com
    Follow on Twitter

   Witness Bob Sisler in support of me

Truthfully Yours

Tijuana Morris

EXHIBIT

1)   DPD Retirement Picture

    2) Same as above



**Detroit Police Department**

Retired

Tijuana L. Morris
NAME

Police Officer
RANK

11/04/1985
Appointed

07/16/1994
Separated

THIS IS NOT A CCW PERMIT AS DEFINED BY PUBLIC ACT 218

The bearer of this card, whose photograph appears hereon, met the requirements for retirement from the Detroit Police Department. If this card is lost, the finder is requested to mail it to the:

Detroit Police
Chief of Police
1300 Beaubien
Detroit, MI 48226

Telephone 313-596-2540

3/30/1955
DOB

230371
Pension #

EXHIBIT


3) Disability documents



Janet Sharon Lenear, Recording Secretary
Police & Fire Retirement System of the City of Detroit
908 Coleman A. Young Municipal Center
Detroit, Michigan  48226
Phone:  313-224-3362, Extension "255"
Fax Numbers:  313-224-9194, or 313-224-3522
E-MAIL:  JSLENEAR@RSCD.ORG

(((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((((

DATE:  MARCH 11, 2014

TO:  MS. MORRIS

FROM:  MISS LENEAR

A COPY OF THE BELOW-REFERENCED DOCUMENTS (WHICH ARE
ENCLOSED HEREWITH) HAVE BEEN FORWARDED TO MS. GEMMA
FOSTER OF RISK MANAGEMENT:

1) APRIL 16, 1998 BOARD RESOLUTION

2) YOUR MAY 23, 1994 DUTY DISABILITY RETIREMENT
APPLICATION

SAID DOCUMENTS WERE SUBMITTED TO RISK MANAGEMENT
(WORKERS' COMPENSATION) ON APRIL 17, 1998.

THE BOARD'S APRIL 17, 1998 LETTER TO YOU (A COPY OF WHICH
IS ALSO ENCLOSED) WAS NOT SUBMITTED TO MS. FOSTER, AS
SAME IS FOR YOUR RECORDS ONLY.

ENCLOSURES:



POLICEMEN AND FIREMEN
RETIREMENT SYSTEM
OF THE
CITY OF DETROIT

2 WOODWARD AVE. STE. 90
DETROIT, MICHIGAN 48226
PHONE 313•224•3362
TOLL FREE 800•339•8344
FAX 313•224•3522

JULY 28, 2003

RE: TIJUANNA MORRIS - 386602534

TO WHOM THIS MAY CONCERN:

TIJUANNA MORRIS WAS APPROVED A DUTY DISABILITY RETIREMENT ON APRIL 16, 1998 EFFECTIVE JULY 16, 1994, BY THE BOARD OF TRUSTEES OF THE POLICEMEN AND FIREMEN RETIREMENT SYSTEM OF THE CITY OF DETROIT. SHE WAS FOUND, BY THE BOARD OF TRUSTEES, TO BE TOTALLY DISABLED TO PERFORM HIS DUTIES OF EMPLOYMENT AND THAT SUCH DISABILITY WAS DUTY-CONNECTED. THE AMOUNT OF THE DUTY DISABILITY PENSION BENEFIT IS COMPUTED CONSISTENT WITH THE PROVISIONS OF THE RETIREMENT SYSTEM WHICH HAVE THEIR ORGINS IN THE CHARTER, THE MUNICIPAL CODE AND COLLECTIVE BARGINING PROVISIONS.

EMPLOYEES DISABLED DUE TO THEIR EMPLOYMENT ARE ELIGIBLE FOR WORKERS' COMPENSATION BENEFITS PURSANT TO STATE LAW. HOWEVER, MICHIGAN LAW AND PENSION PROVISIONS DO NOT ALLOW A DISABLED POLICE OFFICER OR FIRE FIGHTER TO RECEIVE BOTH A CHARTER-AUTHORIZED DISABILITY PENSION AND WORKERS' COMPENSATION BENEFIT. GENERALLY, AN ELECTION MUST BE MADE BY THE DISABLED EMPLOYEE AS TO WHICH BENEFIT WILL BE PAID. THE DISABILITY BENEFIT IN THE DEFINED BENEFIT PLAN OF THE RETIREMENT SYSTEM IS IN THE NATURE OF AND IN LIEU OF WORKERS' COMPENSATION.

THE POLICEMEN AND FIREMEN PENSION PROVISIONS REQUIRE THAT UPON REACHING THE DATE THAT A DISABILITY RETIREE WOULD HAVE BEEN ELIGIBLE TO RETIRE ON A SERVICE PENSION, SUCH DISABILITY RETIREE IS CONSIDERED TO BE ON A REDUCED DUTY DISABILITY RETIREMENT. BECAUSE OF THIS RETIREE'S YEARS OF SERVICE, HE IS THEREFORE, CONSIDERED TO BE A REDUCED DUTY DISABILITY RETIREE AND SHOULD CONSULT A TAX ADVISOR REGARDING THE TAX TREATMENT OF THESE RETIREMENT BENEFITS.

VERY TRULY YOURS,

NICHOLAS H. DEGEL
EXECUTIVE SECRETARY



POLICEMEN AND FIREMEN
RETIREMENT SYSTEM
OF THE
CITY OF DETROIT



908 CITY-COUNTY BUILDING
DETROIT, MICHIGAN 48226
PHONE 313*224*3362
FAX 313*224*3522

April 17, 1998

Tijuanna Morris
15334 Burt Road
Detroit, Michigan  48223

Having read and considered the Medical Board of Review reports regarding your case, the Board of Trustees, on Thursday, April 16, 1998, approved your application for Duty Disability Retirement for the following injuries:

Neck
Chest
Back

Sincerely,

Janet Sharon Lenear, Recording Secretary

Copy Receiver:        Worker Compensation

Valerie I. Johnson Secretary  Nicholas Doyel Administrative Secretary
Medical Director  Reginald F. O Neal D.O.  Ronald Zajac  Legal Counsel
Thomas Zdrodowski  Executive Secretary

BOARD OF TRUSTEES

Ex Officio Members  Dennis W. Archer  Mayor  Gil Hill  Council Designate
Shafter Terry III  Treasurer  Isaiah McKinnon  Chief of Police
Harold D. Watkins Sr  Fire Commissioner
George Orzech  Mark Knoules  Dennis F. Royal  Ronald Newton

## MEDICAL BOARD OF REVIEW OF TIJUANA MORRIS

BY MR. ORZECH
SUPPORTED BY MR. KNOWLES

WHEREAS, THE BOARD HAS READ AND CONSIDERED THE MEDICAL BOARD OF REVIEW REPORTS REGARDING TIJUANA MORRIS' CASE, THEREFORE BE IT

RESOLVED, THAT THE BOARD APPROVE MS. MORRIS' APPLICATION FOR DUTY DISABILITY RETIREMENT FOR **CHEST, NECK** AND **BACK** INJURIES, AND BE IT FURTHER

RESOLVED, THAT A COPY OF THIS RESOLUTION BE PROVIDED MS. MORRIS AND WORKER COMPENSATION:

Yeas – Trustees Abdelnour, Clark, Knowles, Orzech, Sexton,
        Stempin, Terry and Chairman Royal – **8**

Nays – **None**

Reginald O'Neal, D.O.
Board Certified Internal Medicine
2600 Martin Luther King Jr. Blvd.    Suite 220
Detroit, MI 48208-2596

July 10, 1996

Board of Trustees
Police & Fireman Retirement System
908 City County Building
Detroit, MI 48226

RE:    Morris, Tijuana
SS #:  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

Dear Board Members:

Police Officer Tijuana Morris was seen at your request for reevaluation for determination of continued Duty Related Disability Retirement. Officer Morris was granted this retirement secondary to development of cervical myositis on the left along with left upper extremity tendonitis and depression. She reports that she continues to have numbness, tingling and stiffness in the left lower extremity and neck area. She states she continues to have chest discomfort that is intermittent, episodic and aggravated by any type of physical activity. She has developed muscle spasms in both lower extremities. She states that they are uncontrollable and can occur any time. She has also developed swelling of the left arm whenever staying in an independent position.

Police Officer Morris is receiving treatment by Dr. Laran Lerner a specialist in physical medicine. She states she sees him on a weekly basis and receives ultrasound treatment, wax treatment and heat packs applied to her neck and upper extremities. In addition to the above mentioned therapeutic measures she continues to wear a back brace for support when ambulating and walks with a cane.

Physical Exam: Age . 41 Wt. 180, Ht. 5' 4", BP. 110/70, Temp. 98.8, Pulse 100.

General: Well nourished, well developed male who is alert and oriented to person, place and time who walks with very measured gait secondary to, "The pain she feels with movement." HEENT Pupils are equal and reactive to light accommodation. Extraocular muscles are intact. Heart has a regular rate and rhythm, without murmur S3, S4 auscultated. Lungs are essentially clear to auscultation, no rales or rhonchi appreciated. Abdomen is soft and nontender with bowel sounds in all four quadrants. No

Hepatosplenomegaly is appreciated. **Extremities:** Patient is severely tender in area of left cervical musculature and left paraspinal muscle in the thoracic area. Evaluation of grip strength is severely restricted on the left rated as 1/5. It is worth to note that the patient is left handed and should have more strength in her left than the right. She resists elevating her left upper extremity more than approximately 45° from midline. She was positive for pain in straight leg raising on the left at approximately 15° and on the right 40°. She states the pain is localized into her lower back area.

**Conclusion:**
Police Officer Tijuana Morris continues to received treatment for depression in the form of Buspar and Zoloft. She continues to exhibit severe myofascial. We therefore recommend that his disability be continued with reevaluation in one year.

Sincerely,

_____

Reginald E. O'Neal, D.O., Medical Director

_____

Luis A. Murrain, D.O.

## LARAN LERNER, D.O.
### PHYSICAL MEDICINE AND REHABILITATION
**Michigan Health Center**
2600 Martin Luther King Jr Blvd  Suite 280
Detroit, MI 48208
313-721-0011

May 28, 1996

RE  TIJUANA MORRIS

This patient has remained under my medical treatment and care from May 2, 1994 until the present time

This patient continued to complain of neck pain radiating to her left upper extremity with numbness and paresthesia  She complained of low back pain radiating to her left lower extremity with numbness and paresthesia  She complained of mid back pain, pain in her left shoulder, pain in her chest, and pain in her left elbow  She complained of shortness of breath and dyspnea on exertion  She uses a cane for assistance with her gait  She stated any activity such as bending, twisting, turning, lifting, or overhead reaching seem to aggravate her neck, low back, left shoulder, and left chest wall symptoms

PHYSICAL EXAMINATION

This patient's affect appeared flat and depressed

Examination of the cervical, dorsal, and lumbar spine has revealed decreased range of motion with tenderness to palpation  There has been intermittent trigger point areas and muscle spasm in this patient's dorsal and cervical areas

Examination of the left shoulder revealed restricted range of motion  There was tenderness to palpation of the left shoulder rotator cuff muscles

Examination of the left elbow revealed tenderness to palpation over the left elbow lateral epicondyle and along the extensor tendons and muscles of the left forearm

There was tenderness to palpation of the left costochondral junction over the anterior chest wall  The chest was clear to auscultation and percussion  The heart had regular rate and rhythm

Muscle testing of the lower extremities was normal bilaterally

Deep tendon reflexes in the lower extremities were normal bilaterally

Sensation was intact in the lower extremities

X-rays of the cervical spine and CT-Scan of the cervical spine performed on October 6, 1995 revealed straightening of the cervical curve which was secondary to muscle spasm

X-rays of the lumbosacral spine as well as CT-Scan of the lumbosacral spine also performed on October 6, 1995 revealed degenerative changes in the lower thoracic spine   There was a mild diffuse posterior disc bulge at the L4-5 level

IMPRESSION

1  Chronic cervical, dorsal, and lumbar myofascial ligamentous strain

2  Chronic left cervical radiculopathy

3  Chronic myofascial pain syndrome

4  Chronic left shoulder rotator cuff tendinitis

5  Left anterior chest wall costochondritis with possible myocardial ischemia and angina

6  Depression

7  Chronic left elbow lateral epicondylitis

8  Degenerative thoracic disc disease

9  L4-5 lumbar disc bulging

RECOMMENDATIONS

I have advised this patient to refrain from engaging in any strenuous avocational, vocational, or household activities that would tend to aggravate this condition   The prognosis is guarded I recommended additional intermittent outpatient physical therapy treatment   I also recommended analgesic and muscle relaxant medications   I recommended continued use of the lumbar corset and standard cane for this patient

Sincerely,

Laran Lerner, D O
Board Certified
Physical Medicine and Rehabilitation

TEL: 535-6315

Membership Number
230371

Disability Number

| 1. Claimant's Name | 7. Are you applying for duty disability retirement |
|---|---|
| TIJUANA L. MORRIS | or non-duty disability retirement ☐ |
| 2. Residence Address | 8. State whether your disability is permanent or temporary |
| 15334 BURT RD, DETROIT, MI 48223 | PERMANENT |
| 3. Date of birth | 9. When did you first notice your disability (Give date) |
| Month MARCH Day 30 Year 1955 | 12-16-93 |
| 4. Department employed in | 10. When did you first consult a physician about your disability? 12-29-94 |
| OLICE DEPT | |
| (a) Division | 11. Are you receiving or have you made application for disability benefits from any other source? NO |
| (b) Title on Payroll | |
| (c) POLICE OFFICER | 12. If your disability is the result of an accident, give names and addresses of witnesses. |
| (d) Name of immediate superior | |
| 5. Give date you started to work for the city. | |
| 6. Date you last attended to your duties with the City. STILL WORKING | |

13. **GIVE FULL EXPLANATION OF THE NATURE AND CAUSES OF YOUR DISABILITY**

CHEST, BACK, NECK, ARM INJURIES

14. Names and addresses of physicians you have consulted in connection with your disability

| Name | Address | Dates of Attendance |
|---|---|---|
| R GEORGE SAWABINI | 4420 E. DAVISON DETROIT, MI 48212 | |
| DR. LERNER | 2600 MARTIN LUTHER KING DR. BLVD DETROIT, MI 48206 | |
| MAD KATI | 26555 EVERGREEN SOUTHFIELD, MI 48075 | |

The undersigned member hereby makes claim to the Policemen and Firemen Retirement System of the City of Detroit for disability benefits and authorizes the above named physicians, who have attended him to report directly to the Medical Director of the Policemen and Firemen Retirement System regarding his physical condition. The undersigned member agrees that the furnishing of this form or other forms supplemental thereto by the Policemen and Firemen Retirement System is not to be considered nor constitute an admission of liability by the City of Detroit Policemen and Firemen Retirement System.

Dated at DETROIT, MI 48226 This 23 Day of MAY 1994

_____
Signature of Witness

_____
Signature of Member



POLICEMEN AND FIREMEN
RETIREMENT SYSTEM
OF THE
CITY OF DETROIT

908 CITY COUNTY BUILDING
DETROIT MICHIGAN 48226
PHONE 313•224•3362
FAX 313•22 (•3522

May 18, 1995

Tijuana L. Morris
15334 Burt Road
Detroit MI 48223

Dear Ms. Morris:

On May 18, 1995, the Board of Trustees approved your application for Duty Disability Retirement for arm injury and denied your application for Duty Disability Retirement for chest, neck and back injuries.

In the event you wish to have your application for Duty Disability Retirement for chest, neck and back injuries reconsidered by a Medical Board of Review, We enclose the provisions in the City Charter regarding procedures for a Medical Board of Review. If you go to a Medical Board of Review, you must provide this writer with the complete name, address, zip code and telephone number of the physician you wish to represent you on said Medical Board of Review. This must be done in writing within 30 days.

Sincerely,

Janet S. Lenear
Recording Secretary

Enclosure:

Eric M Tucker Secretary Nicholas Degel Administrative Secretary
Medical Director Reginald I O'Neal D.O Ronald Zajac Legal Counsel
Thomas Zdrodou In Executive Secretary

BOARD OF TRUSTEES

Ex Officio Members Dennis W Archer Mayor Gil Hill Council Designate
Earl C Cabbell Treasurer Isaiah McKinnon Chief of Police
Harold D Watkins Sr Fire Commissioner
Elected Members Samuel Abd Inour John Clark

### (MEDICAL BOARD OF REVIEW)

If the Board of Trustees, any member, any beneficiary or any other person claiming benefits hereunder, shall disagree with any medical findings of the Medical Director, the Board of Trustees, may, on its own motion, or on the petition of any such member, beneficiary or person claiming benefits hereunder, refer the matter in dispute to a Medical Board of Review, consisting of 3 physicians or surgeons, of whom 1 shall be named by the Board of Trustees, 1 shall be named by the affected member, beneficiary, or other person claiming benefits, and the 3rd shall be named by the 2 so named. THE MEDICAL DIRECTOR SHALL IN NO CASE BE A MEMBER OF THE MEDICAL BOARD OF REVIEW.

Such Medical Board of Review shall be named within 10 days after the filing of such petition. The Medical Board of review shall promptly examine the medical findings in dispute and shall, within 60 days from its appointment, file with the Board of Trustees a written report of its findings, WHICH SHALL BE FINAL AND BINDING AS TO THE MEDICAL FINDINGS.

The REASONABLE FEES (EXPENSES) of such Medical Board of Review shall be paid from the Expense Fund.

City of Detroit Policemen and Firemen Retirement System 908 City/County Building, Detroit MI 48226 (313-224-3360)

City Charter — Title IX — Chapter VII — Article III — Section XII — Paragraph C

# Reginald E. O'Neal, D.O.

**Board Certified Internal Medicine**

2600 M.L. KING JR. BLVD., Suite 260
Detroit, Michigan 48208-2596

(313) 895-3137

FAX (313) 899-5604

May 10, 1995

Board of Trustees
Police and Fire
Retirement System
908 City-County Building
Detroit, Michigan 48226

BOARD OF TRUSTEES
POLICE & FIRE
PENSION SYSTEM
Action  APPROVE
Date  MAY 18 1995

RE: Tijuana Morris
SS: 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

Dear Board Members:

Police officer Morris has requested a Duty Disability Retirement for chest, back, neck, and arm injuries.

HISTORY OF ILLNESS: On 12/16/93 she was involved in a physical struggle with an individual who was suffering from a confused mental state. While arrest of the person required physical restraint she and her partner were able to help the EMS crew keep the lady strapped to the stretcher. After completing the paper work to commit the lady, who she struggled with, to the Detroit Receiving she noted pain in the left chest, shoulder, and arm. Over the next couple of weeks she continued to experience left sided chest pain. On 12/29/93 the pain was so severe that she sought treatment at Grace Hospital on Outer Drive. She was admitted and released two days later at her request. Officer Morris continued to have chest pain. Because of the continued pain a coronary artery catheterization was completed and no evidence of heart disease was found. Since that injury she continues to suffer from pain in the left chest and left shoulder and arm. She reports that the pain is always present unless she receives an injection of the left elbow or upper left back area. The injection will provide relief for a couple of days. If she lays down for a hour or longer she will have lessening of the pain. She reports swelling of the entire left arm if she uses the arm too much, ie. picking up a two liter pop will cause pain as well as writing (left handed).

TEL: 535-6315

Membership Number

230371

Disability Number

1 Claimant's Name

TIJUANA L. MORRIS

2 Residence Address

15334 BURT RD, DETROIT, MI 48223

3 Date of birth

Month **MARCH** Day **30** Year **1955**

4 Department employed in

POLICE DEPT

(a) Division

(b) Title on Payroll

(c) **POLICE OFFICER**

(d) Name of immediate superior

5 Give date you started to work for the city

6 Date you last attended to your duties with the City. **STILL WORKING**

7. Are you applying for duty disability retirement **XXX**

or non-duty disability retirement ☐

8. State whether your disability is permanent or temporary

**PERMANENT**

9. When did you first notice your disability (Give date)

**12-16-93**

10. When did you first consult a physician about your disability? **12-29-94**

11. Are you receiving or have you made application for disability benefits from any other source? **NO**

12. If your disability is the result of an accident, give names and addresses of witnesses.

13. GIVE FULL EXPLANATION OF THE NATURE AND CAUSES OF YOUR DISABILITY

CHEST, BACK, NECK, ARM INJURIES

14. Names and addresses of physicians you have consulted in connection with your disability

| Name | Address | Dates of Attendance |
|---|---|---|
| DR GEORGE SAWABINI | 4420 E. DAVISON DETROIT, MI 48212 | |
| DR. LERNER | 2600 MARTIN LUTHER KING DR. BLVD DETROIT, MI 48206 | |
| HMAD KAFI | 26555 EVERGREEN SOUTHFIELD, MI 48075 | |

The undersigned member hereby makes claim to the Policemen and Firemen Retirement System of the City of Detroit for disability benefits and authorizes the above named physicians, who have attended him to report directly to the Medical Director of the Policemen and Firemen Retirement System regarding his physical condition. The undersigned member agrees that the furnishing of this form or other forms supplemental thereto by the Policemen and Firemen Retirement System is not to be considered nor constitute an admission of liability by the City of Detroit Policemen and Firemen Retirement System.

Dated at _____ DETROIT, MI 48226 _____ This _**23**_ Day of _**MAY**_ _**1994**_

Signature of Witness

Signature of Member

Address of Witness

TEL: 535-6315

## CITY OF DETROIT POLICEMEN AND FIREMEN RETIREMENT SYSTEM
### APPLICATION FOR DISABILITY RETIREMENT
#### (To be filled out in ink)

Membership Number: 230371

Disability Number: [illegible]

1. Claimant's Name
   TIJUANA L. MORRIS

2. Residence Address
   15334 BURT RD, DETROIT, MI 48223

3. Date of birth
   Month MARCH   Day 30   Year 1955

Department employed in
OLICE DEPT
   (a) Division

   (b) Title on Payroll
       POLICE OFFICER

   (c) Name of immediate superior

   (d)

5. Give date you started to work for the city

6. Date you last attended to your duties with the City.   STILL WORKING

7. Are you applying for duty disability retirement [XXX]
   or   non-duty disability retirement [ ]

8. State whether your disability is permanent or temporary
   PERMANENT

9. When did you first notice your disability (Give date)
   12-16-93

10. When did you first consult a physician about your disability?   12-29-94

11. Are you receiving or have you made application for disability benefits from any other source?   NO

12. If your disability is the result of an accident, give names and addresses of witnesses.

13. GIVE FULL EXPLANATION OF THE NATURE AND CAUSES OF YOUR DISABILITY

CHEST, BACK, NECK, ARM INJURIES

14. Names and addresses of physicians you have consulted in connection with your disability

| Name | Address | Dates of Attendance |
|---|---|---|
| R GEORGE SAWABINI | 4420 E. DAVISON DETROIT, MI 48212 | |
| DR. LERNER | 2600 MARTIN LUTHER KING DR. BLVD DETROIT, MI 48206 | |
| MAD KAFI | 26555 EVERGREEN SOUTHFIELD, MI 48075 | |

The undersigned member hereby makes claim to the Policemen and Firemen Retirement System of the City of Detroit for disability benefits and authorizes the above named physicians, who have attended him to report directly to the Medical Director of the Policemen and Firemen Retirement System regarding his physical condition. The undersigned member agrees that the furnishing of this form or other forms supplemental thereto by the Policemen and Firemen Retirement System is not to be considered nor constitute an admission of liability by the City of Detroit Policemen and Firemen Retirement System.

Dated at   DETROIT, MI 48226   This 23   Day of   MAY   1994

_____
Signature of Witness

_____
Signature of Member

_____
Address of Witness

# PENSION STATEMENT



Police and Fire Retirement System
of the City of Detroit
2 Woodward Ave Ste 908
Detroit, MI 48226-3455

| | |
|---|---|
| Page 001 of 001 | |
| Period Beginning: | 04/01/2014 |
| Period Ending: | 04/30/2014 |
| Check Date: | 05/01/2014 |
| Check Number: | 7000158479 |
| Batch Number: | 000000000537 |

Retirement Code B-41-0-7

MORRIS,TIJUANA L
PO BOX 23712
DETROIT MI 48223-0712

Tax Code No Withholding
Pension No 230371
Social Security No XXX-XX-2534

| EARNINGS | RATE | ADJUSTMENT | CURRENT | YTD | DEDUCTIONS | DEDUCTION CODE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| Pension | 3018.93 | 0.00 | 3018.93 | 15094.65 | Federal Income Tax | | 0.00 | 0.00 |
| Annuity | 0.00 | 0.00 | 0.00 | 0.00 | Michigan Income Tax | | 0.00 | 0.00 |
| | | | | | Death Benefit | 00040210 | 0.09 | 0.45 |
| | | | | | DPOA Group Ins | 00040620 | 45.33 | 197.99 |
| | | | | | Police Benefit & Pro | 00040315 | 18.55 | 92.75 |
| | | | | | Retired Assoc Dues | 00080100 | 3.00 | 15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Gross Pay | | 3018.93 | 15094.65 | Total Deductions | 66.97 | 647.89 |
| | | | | Net Pay | $2,951.96 | |

IMPORTANT NOTES

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross Distribution $35,781.75 | OMB No.1545-0119 | Distributions from Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT WOODWARD AVE RM 908 DETROIT, MI 48226-3455 | 2a Taxable Amount $0.00 | 2013 Form 1099R | |
| PAYER'S Federal Identification number   RECIPIENT'S Identification number  8-2465279 | 2b Taxable amount not determined ☐   Total Distribution ☐ | | |
| | 3 Capital gain (included in box 2a) | 4 Federal Income tax withheld $0.00 | Copy C For Recipient's Records |
| REDUCED DUTY DISABILITY * RECIPIENT'S Name and Address | 5 Employee Contributions /Designated Roth Contributions or insurance premiums | 6 Net unrealized appreciation in employer's securities | |
| | 7 Distribution Code(s)   IRA/SEP/ SIMPLE  3 | 8 Other | This information is being furnished to the Internal Revenue Service. |
| MORRIS TIJUANA L PO BOX 23712 DETROIT, MI 48223-0712 | 9a Your percentage of total distribution | 9b Total employee contributions | |
| Amount allocable to IRR within 5 years | 11 1st Yr of Desig Roth contrib. | 12 State tax withheld | 13 State/Payer's state no | 14 State distribution |
| Account Number 383018 | 15 Local tax withheld | 16 Name of locality | 17 Local distribution |

Form 1099-R

Department of the Treasury - Internal Revenue Service

EXHIBIT

5)    Social Security and DHS Denial letters, World Relief
Denial letter

6)    Same as above

EXHIBIT

4) These documents are recorded in the plan of
   adjustments and bill from hospital

SUMMIT PHYSICIANS GROUP PLLC

DETROIT MI 48277-1721

FOR BILLING INFORMATION, PLEASE CALL
248-593-9780

TIJUANA MORRIS
14841 JOY RD APT JA
DETROIT, MI 48228

SUMMIT PHYSICIANS GROUP PLLC
DEPT 771721 PO BOX 77000
DETROIT MI 48277-1721

| AMOUNT DUE NOW | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENC |
|---|---|---|---|
| 3080.00 | 05/01/14 | 17180 | |

PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS.

Name: TIJUANA MORRIS

| DATE | PATIENT | DESCRIPTION | ACCOUNT ACTIVITY | |
|---|---|---|---|---|
| | | | INSURANCE | PATIENT |
| | Date | Statement from 04/01/2014 to 05/01/2014 | | |
| 04/28/2014 | TRABA | TRANSFER BALANCE | | 308( |
| 04/28/2014 | | (INFO NOT RETURNED BY POS3,000.00 09/12/14 MRI CERVICAL W/O CONTRAST | | |

| | BALANCE | 0.00 | 3080 |
|---|---|---|---|

IF YOU HAVE ANY QUESTIONS PLEASE CONTACT CHARO AT (248) 593-9780 X 230

| | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS | ACCT: |
|---|---|---|---|---|---|---|
| | 3080.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17180 |
| | | | | | | TIJUANA MORR |

MAKE CHECKS
PAYABLE TO:

SUMMIT PHYSICIANS GROUP PLLC

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Disapproved Claim

Great Lakes Program Service Center
600 West Madison Street
Chicago, Illinois 60661-2474
Date: June 27, 2014
Claim Number: ████████████

001697 1 MB 0.435 0009 LR M08P4 0623 01

TIJUANA L MORRIS
14841 JOY RD APT 2
DETROIT, MI 48228-2470

We are writing to tell you that you do not qualify for disability benefits.

## Why We Cannot Pay You

You do not qualify for disability benefits because you have not worked long enough under Social Security.

We figure work under Social Security in credits. Please read the enclosed pamphlet, "How You Earn Social Security Credits," which explains how the credits are earned and how many a person must have to receive benefits.

Since you do not have enough work credits to qualify for benefits, we did not make a decision about whether you are disabled under our rules.

## Other Social Security Benefits

You are not due any other Social Security benefits. In the future, if you think you may qualify for benefits from us, you will need to apply again.

## Need Help Getting A Job?

If you want to ask about counseling, training, and other services to help you in going to work, contact the nearest State vocational rehabilitation office. Their phone number is in the blue pages of your telephone book under State Government. You can also go to our Office of Employment Support Programs' website at www.chooseworkttw.net/resource/jsp/searchByState.jsp. Click on the State where you live and it will provide your local vocational rehabilitation agency's address and telephone number.

Enclosure(s):
Pub 05-10072



C

See Next Page

## Do You Disagree With The Decision?

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

## New Application

You have the right to file a new application at any time, but filing a new application is not the same thing as appealing this decision. If you disagree with this decision and you file a new application instead of appealing:

- you might lose some benefits, or not qualify for any benefits, and

- we could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should file an appeal within 60 days.

## If You Want Help With Your Appeal

You can have a friend, representative, or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There are also representatives who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.



## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-888-366-6152. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
26840 W SEVEN MILE RD
REDFORD MI 48240

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*





STATE OF MICHIGAN
## DEPARTMENT OF HUMAN SERVICES
WAYNE COUNTY



MAURA CORRIGAN
DIRECTOR

RICK SNYDER
GOVERNOR

July 1, 2014

Morris, Tijuana                                    Bridges Case Number:   115086200
Apt 2
14841 Joy Rd
Detroit, MI 48228

Dear Sir/Madam:

The Department of Human Services has prepared the enclosed Hearing Summary because you have requested a hearing.  It explains the actions taken on your case and lists the policy items used in taking these actions.

Also enclosed are copies of the documents the Agency plans to present as evidence at your hearing.  Please review these documents and bring them with you to the hearing.  You may call if you have questions at  937-5220 .

Copies of this information have been sent to Administrative Hearings in Lansing and to your authorized hearings representative, if you have one.  Administrative Hearings will notify you of the date, time, and location of the hearing by letter.

Sincerely,

E. Luther
Casework Supervisor
Wayne County D.H.S.

Copies to:   Client's representative
             Hearings Coordinator

District 35 Office, 27260 Plymouth Road, Redford, Michigan 48239
www.michigan.gov



## HEARING SUMMARY
### Michigan Department of Human Services
### ADMINISTRATIVE HEARINGS

Case Name: **Tijuana Morris**
Case Number: **115086200**
Date: **06/25/2014**
DHS Office: **WAYNE CO DHS REDFORD SERVICE CENTER**

Specialist: **T. Baker**
Phone: **(313) 937-5261**
Fax: **(313) 937-4326**
Specialist ID: **bakert8**

### CLIENT REQUESTED HEARING REGARDING ASSISTANCE OR SERVICE ACTIONS:

| 1. Date DHS Received Hearing Request | 2. Date Client Notified of Department Action | 3. Action Effective Date |
|---|---|---|
| 06/27/2014 | 05/12/2014 | 05/12/2014 |

| 4. Date of Administrative Review | 5. Actions Prompting Hearing Request | 6. Hearing Request Recorded in Bridges |
|---|---|---|
| 06/25/2014 | ☐ Termination  ☒ Denied Application  ☐ CPS Expunction Denial  ☐ Reduction  ☐ Other: | ☒ Yes  ☐ No |

| 7. Benefits Restored? | 8. Date Claimant Offered Case Conference | 9. Date DHS-1560 Sent |
|---|---|---|
| ☐ Yes  ☒ No | 06/25/2014  ☒ Accepted  ☐ Rejected | 06/20/2014 |

| 10. Amount of Monthly Benefits | 11. Benefits Before Negative Action | 12. Benefits After Negative Action | 13. Employment Related Activities? |
|---|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 | ☐ Yes  ☒ No |

**14. Programs Impacted By the Department Action:**

| ☐ FIP | ☐ FAP | ☐ MA Eligibility | ☐ HMP | ☐ CDC | ☐ ADOPTION SUBSIDY |
|---|---|---|---|---|---|
| ☒ SER | ☐ PATH | ☐ MA Disability | ☐ SDA Eligibility ☐ SDA Disability | ☐ Other ☐ CPS | ☐ EXPEDITED |

**15. Case Address**

Tijuana Lee Morris   Apt 2   14841 Joy Rd   Detroit MI 48228        (313) 208-8323

### DEPARTMENT REQUESTED HEARING:

| ☐ Intentional Program Violation (IPV) | ☐ Debt Collection |
|---|---|

Explanation of action taken and facts and fact sources used in taking action:

Client requested a hearing due to denial for the State Emergency Relief Program. Self-attested monthly income of $3018.00 reported by client on DHS-1004 signed on 05/09/2014(Exhibit 1 DHS-1004 PAGES 4-6) is higher than the maximum allowed for state emergency relief. Income verified via pension statement with a check date of 05/01/2014(Exhibit 2 PAGE 7).

Law and regulation(s) or manual item(s) used in taking action:

ERM 103

| Prepared by | Date |
|---|---|
| T.Baker | 06/25/2014 |

Attach a copy of papers to be used at the hearing, INCLUDING MEDICAL INFORMATION where at issue. Submit original Hearing Summary WITHIN 15 DAYS of receipt of the hearing request to: DHS, Administrative Hearings, P.O. Box 30639, Lansing, MI 48909-8139. DISTRIBUTE one copy of this Summary, with all attachments, to claimant/attorney and retain one copy.

Department of Human Services (DHS) will not discriminate against any individual or group because of race, religion, age, national origin, color, height, weight, marital status, sex, sexual orientation, gender identity or expression, political beliefs or disability. If you need help with reading, writing, hearing, etc., under the Americans with Disabilities Act, you are invited to make your needs known to a DHS office in your area.

DHS-3050 (Rev. 3-14) Bridges



# REQUEST FOR HEARING
## State of Michigan
## Family Independence Agency

**INSTRUCTIONS:** Complete items 10 through 16 below. Please type or print. DELIVER OR MAIL completed form to your local FIA office, Attn: Hearing Coordinator. A date-stamped copy will be returned to you by the local office.

| | |
|---|---|
| 1. Case Name (Last) MORRIS | (First) Lizana |
| 2. Program(s) in Dispute SER | 3. Case Number 1150862.00 |
| 4. County | 5. District | 6. Unit | 7. Worker T. Baker / Luther |
| 9. Telephone Number | 8. Date Received |

Esta forma se usa para solicitar una audiencia con un juez de ley administrativa cuando usted no está de acuerdo con una decisión que se hizo tocante a su caso. Si usted no entiende esta forma o necesita ayuda para completarla, comuníquese con su oficina local de la Agencia para la Independencia de la Familia al número de teléfono indicado en esta forma.

هذه الاستمارة تستعمل لطلب المرافعة مع حاكم قضائي إداري عندما لا توافق على قرار يتخذ بخصوص قضيتك. إذا لم تستطع فهم هذه الاستمارة أو احتجت الى مساعدة لملء الاستمارة أتصل بالمكتب المحلي لوكالة الخدمات العائلية على الرقم المبين في الاستمارة.

AUTHORITY: MCL 400.9, MSA 16,409
RESPONSE: Voluntary.
PENALTY: None

The Family Independence Agency will not discriminate against any individual or group because of race, sex, religion, age, national origin, color, marital status, political beliefs or disability. If you need help with reading, writing, hearing, etc., under the Americans with Disabilities Act, you are invited to make your needs known to an FIA office in your county.

10. I request a hearing before an Administrative Law Judge regarding the decision of the _____ County Family Independence Agency. Following are my reasons for requesting a hearing:   *Name of County*

I'm Requesting an in PERSON HEARING CONCERNING My Request OFOR DIE ASSISTANCE I HAVE BEEN WAITING FOR A MONTH, I TALKED TO PERSONS AT THE FRONT DESK OF DHS TWO TIMES. I WAS TOLD THAT MY CASE'S PENDING, I HAVE NO DHS ASSISTANCE OR CASEWORKER

JUN 20 2014

Due 6-27-14 tr

By my signature below, I acknowledge that I understand that if a proposed action is not taken because I have requested a hearing and the Agency's proposed action is upheld, or if I later agree that the Agency's proposed action was correct and withdraw my hearing request, or if I do not appear for the hearing, then I will be required to repay any assistance which I would not have received if I had not asked for a hearing.

I [ ] DO  [ ] DO NOT want to continue receiving the amount of food stamps I now receive until after my hearing.

| 11. Signature of Person Requesting Hearing (AH must receive an original signature. If this form is signed by an authorized hearing representative, documentation of authorization must be attached.) *Lizana Morris* | 12. Telephone Number 313-208-8323 | 13. Date 6-18-14 |
| 14. Street Address or Route Number 14841 Joy Rd. Apt 2 | 15. City, State and Zip Code DETROIT MI 48228 | |
| 16. Are special arrangements required for you to participate in a hearing? [ ] Yes [ ] No  Explain: | | |

THIS SECTION TO BE COMPLETED ONLY IF SOMEONE HAS AGREED TO REPRESENT YOU AT THE HEARING.

| 17. Name of Authorized Hearing Representative | 18. Telephone Number | 19. Title |
| 20. Street Address or Route Number | 21. City, State, and Zip Code | |

FIA-18 (Rev. 3-98) (E) Previous edition may be used.

P2

ADMINISTRATIVE HEARINGS

WAYNE CO DHS
REDFORD SERVICE CENTER
27260 PLYMOUTH
REDFORD MI 48239

Case Name: MORRIS, TIJUANA
Case Number: 115086200
Date: 06/20/14
DHS Office: WAYNE CO DHS
Specialist / ID: T. Baker /
Phone: 313 937-5261
Fax: 313 937-4326
Individual ID: bakert8

## STATE OF MICHIGAN
### Department of Human Services

If you do not understand this, call a DHS office in your area.
DHS employees are prohibited by law from providing legal advice.
Si usted no entiende esto, llame a una oficina de DHS en su área.
La ley prohíbe a los empleados de DHS proporcionar asesoría legal.
إذا واجهت صعوبة في فهم هذا الطلب، فاتصل بمكتب DHS الموجود في منطقتك.
يُحرّم القانون على موظفي DHS إعطاء النصيحة القانونية.

Tijuana Morris
APT 2
14841 JOY RD
DETROIT, MI 48228

Department of Human Services (DHS) will not discriminate
against any individual or group because of race, religion, age,
national origin, color, height, weight, marital status, sex, sexual
orientation, gender identity or expression, political beliefs or
disability. If you need help with reading, writing, hearing, etc.,
under the Americans with Disabilities Act, you are invited to
make your needs known to a DHS office in your area.

"USDA is an equal opportunity provider and employer."

### PRE-HEARING CONFERENCE

We have received your administrative hearing request for the    SER                     program(s). The
first step in this process is a pre-hearing conference with the caseworker and the DHS supervisor. At this conference
you will have an opportunity to further explain the reason(s) for your hearing request and the Department will explain
the action(s) taken on the program(s). You may also want to present additional information you feel is important to the
hearing issue. This conference does not in any way affect your right to a hearing but is an attempt to quickly resolve
the issue, if at all possible.

The conference is scheduled for  07/01/14      at   9:00AM        at our office   Redford - DHS

If this date and time is not convenient for you, please call to discuss or reschedule the appointment.

Sincerely,


Ms. Luther
Supervisor
Title

Telephone Number   313-937-5220

DHS-1560 (Rev. 12-07) MS Word

If you do not understand this, call a DHS office in your area.
DHS employees are prohibited by law from providing legal advice.
Si usted no entiende esto, llame a una oficina de DHS en su área.
La ley prohíbe a los empleados de DHS proporcionar asesoría legal.
إذا راجهت صعوبة في فهم هذا الطلب، فأتصل بمكتب DHS الموجود في منطقتك.
يحرّم القانون على موظفي DHS إعطاء النصيحة القانونية.

## STATE OF MICHIGAN
### Department of Human Services

TIJUANA LEE MORRIS
APT 2
14841 JOY RD
DETROIT MI 48228

WAYNE CO DHS REDFORD SERVICE CENTER
27260 PLYMOUTH RD
REDFORD MI 48239-9984

# HEALTH CARE COVERAGE SUPPLEMENTAL QUESTIONNAIRE

**Due Date:** 05/12/2014

**Why Are You Getting This Notice?** We need some additional information to find the most beneficial health care coverage for you or a member of your family.

---

- **What Steps Should You Take?**
  - You must complete, sign, and date this form, and return it by the due date.
  - Include a copy of all proofs that are listed in each section of this form.
    - Original documents which are received as proof may not be returned.
  - The completed form and a copy of all proofs must be returned by the due date listed above. Please make sure your name is on all proofs.
- **What Happens If You Do Not Return the Completed Form and Required Proofs by the Due Date?**
  - For new applicants: If you do NOT return this form and all of the required proofs by the due date, your request for health care coverage may be denied.
  - For existing Medicaid recipients: Your benefits will continue at the current level.
  - If you receive Medicare: A determination for the Medicare Savings Program may not be made.
- If you do not understand this form and need help completing it, contact the specialist listed above before the due date.
- Complete this form to allow us to determine the most beneficial health care coverage. If you need additional space to provide your answers, use Client Comments Section on page 3.
- To apply for additional programs, please visit www.michigan.gov/mibridges, or contact the DHS office in your area.
- If you have questions or problems getting the proofs before the due date, please contact the specialist listed above. If you ask for help getting your proofs, your specialist may be able to assist you.

over

HS-1004 (Rev. 2-14) Bridges

| Case Name | Case Number | Specialist |
|---|---|---|
| Tijuana Morris | 115086200 | T. Baker / bakert8 |

**MEMBERS OF HOUSEHOLD** – Below are the names of people we show living in your household. Cross out incorrect information and write the correct information in the space provided. Add names and information about people living with you who do not appear on this form. Complete all columns. If more space is needed, report additional information in Client Comment Section on page 3.

| Name | Date of Birth | Relationship to you | Social Security Number | Gender (please circle) | U.S. Citizen? Yes/No | Pregnant now/in last 3 months? Yes/No | If Pregnant, Expected Due Date |
|---|---|---|---|---|---|---|---|
| Tijuana Lee Morris | 03/30/1955 | SELF | | M (F) | Yes | No | |
| | | | | M F | | | |
| | | | | M F | | | |
| | | | | M F | | | |
| | | | | M F | | | |
| | | | | M F | | | |

**FACILITY** – List any person in your household who lives in a facility.

| Patient's Name | Name of Facility | Date of Facility Admission | Address Where You Lived Before You Entered the Facility |
|---|---|---|---|
| | | | |

| | Yes | No | Amount | How Often Paid |
|---|---|---|---|---|
| Do you and/or your spouse have a rent, mortgage or other shelter expense? | ☐ | ☐ | | |

**DISABILITY** – List any person in your home who is blind or has a disability.

| Name | Medical Condition | Is this person able to work? |
|---|---|---|
| SELF | PLEASE SEE ATTACHED DOCUMENT FOR NECK BACK RIGHT ARM AREAS FINGERS | ☑ Yes ☐ No |
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |

**INCOME SOURCE** - Report all sources of earned and unearned income. Send proof of all income your household received. Send proof of the last 30 days for employment, unemployment, social security benefits, pension, etc. Send proof of the last 90 days for child support and self-employment income/expenses records. Examples of proof include check stubs, a statement from source of income.

| Recipient's Name | Income Source | Gross Amount (Before deductions) | *Number of Expected Hours of Work Per Pay Period | Frequency (Weekly, Bi-weekly, Monthly) | Start/End/ Change Date |
|---|---|---|---|---|---|
| SELF | DISABILITY PENSION DETROIT POLICE DEPARTMENT | 3018.00 | | | |
| | | | | | |
| | | | | | |

IS-1004 (Rev. 2-14) Bridges

| Case Name | Case Number | Specialist |
|---|---|---|
| Tijuana Morris | 115086200 | T. Baker / bakert8 |

## EXPENSES YOU OR YOUR SPOUSE ARE RESPONSIBLE TO PAY - Send proof of all expenses with your name on it.

| Type of expense to report | Name of Person Who Incurred the Expense | Type of Expense | Amount of Expense | Amount You are Responsible to Pay |
|---|---|---|---|---|
| • Guardian<br>• Conservator<br>• Child Support - court-ordered<br>• Care for Adult with Disabilities<br>• Employment-related<br>• Dependent Care Expenses<br>• Medical | Self<br>" | MEDICAL | 3,090.00 | 3090.00 |
| | | MEDICATION | 3,000.00 Plus | 3000.00 Plus |

## ASSETS – Report all assets. This may include: bank accounts, land, cars, other vehicles, boats, life insurance, investments, lawsuit settlements, trusts, annuities or any other property (including in trust). Report if anyone bought, sold, transferred, gave away or received any asset in the last 60 months. Provide proof with your name on it. If more space is needed, use the Client Comment Section below.

| | Name of Owner | Financial Institution | Account Number | Balance | New/Change Date |
|---|---|---|---|---|---|
| Savings | Tijuana Morris | First Independence | | 200.00 | |
| Checking | 072001074-0 | 087023730 | | | |
| Other | Credit Card - Capital One | | 5440-4560-2102-5102 | 500.00 | |
| | | | 5155-9700-3224505 | 600.00 | |
| | Car Insurance Self | State Farm Ins | 284 4450-B02-22C | $356.00 per month | |

## PENALTY WARNING

Under penalties of perjury, I swear or affirm that this application has been examined by or read to me, and, to the best of my knowledge, the facts are true and complete. If I am a third party applying on behalf of another person, I swear or affirm that this application has been examined by or read to the applicant, and, to the best of his/her knowledge, the facts are true and complete."

I certify, under penalty of perjury, that all the information I have written on this form or told to my DHS specialist or my representative is true. I understand I can be prosecuted for perjury if I have intentionally given false or misleading information, misrepresented, hidden or withheld facts which caused me to receive assistance I should not have received or more assistance than I should have received. I can be prosecuted for fraud and/or required to repay the amount wrongfully received. I understand I may be asked to show proof of any information I have given.

| Signature of Client or Authorized Representative | Date | Telephone Number | Signature of Department Witness | Date |
|---|---|---|---|---|
| Tijuana Morris | 5-9-14 | (313) 208-8323 | | |

Telephone Number where you can be reached or where we can leave a message

## CLIENT COMMENTS (may also report additional information here)

LEASE CAR. 2013 HYUNDAI Plate # HJJL60 $280.00 PER MONTH STORAGE $65.00 COURT ORDER JUDGEMENT $106,947.35 + 10,486.33 RENT $350.00 PER MONTH I PAY PEOPLE TO HELP WITH MY PERSONAL NEEDS WHEN I CAN AFFORD IT AND HOME CARE. UTILITIES 150.00 PER MONTH. I HAVE NO HEALTH INSURANCE I AM A RETIRED DETROIT POLICE OFFICER PLEASE SEE ATTACHMENT DPD STOPPED THERE INS. COUR

Department of Human Services (DHS) will not discriminate against any individual or group because of race, religion, age, national origin, color, height, weight, marital status, sex, sexual orientation, gender identity or expression, political beliefs or disability. If you need help with reading, writing, hearing, etc., under the Americans with Disabilities Act, you are invited to make your needs known to a DHS office in your area.

DHS-1004 (Rev. 2-14) Bridges

COVERAGE

RECEIVED
MAY 16 2014

13-53846-tjt   Doc 7279   Filed 08/28/14   Entered 09/05/14 12:57:59   Page 34 of 40   P6

# PENSION STATEMENT



Police and Fire Retirement System
of the City of Detroit
2 Woodward Ave Ste 908
Detroit, MI 48226-3455

Page 001 of 001
Period Beginning: 04/01/2014
Period Ending: 04/30/2014
Check Date: 05/01/2014
Check Number: 7000158479
Batch Number: 000000000537

Retirement Code B-41-0-7

Tax Code No Withholding
Pension No 230371
Social Security No XXX-XX-2534

MORRIS,TIJUANA L
PO BOX 23712
DETROIT MI 48223-0712

| EARNINGS | RATE | ADJUSTMENT | CURRENT | YTD | DEDUCTIONS | DEDUCTION CODE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| Pension | 3018.93 | 0.00 | 3018.93 | 15094.65 | Federal Income Tax | | 0.00 | 0.00 |
| Annuity | 0.00 | 0.00 | 0.00 | 0.00 | Michigan Income Tax | | 0.00 | 0.00 |
| | | | | | Death Benefit | 00040210 | 0.09 | 0.45 |
| | | | | | DPOA Group Ins | 00040620 | 45.33 | 197.99 |
| | | | | | Police Benefit & Pro | 00040315 | 18.55 | 92.75 |
| | | | | | Retired Assoc Dues | 00080100 | 3.00 | 15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Gross Pay | | 3018.93 | 15094.65 | Total Deductions | 66.97 | 647.89 |
| | | | | Net Pay | $2,951.96 | |

IMPORTANT NOTES

©1996, 2006, ADP, Inc. All Rights Reserved.

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross Distribution | OMB No.1545-0119 | Distributions from |
|---|---|---|---|
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT 2 WOODWARD AVE RM 908 DETROIT, MI 48226-3455 | $35,781.75 | **2013** | Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
| | 2a Taxable Amount $0.00 | Form **1099R** | |

| PAYER'S Federal Identification number | RECIPIENT'S Identification number | 2b Taxable amount not determined ☐ | Total Distribution ☐ | |
|---|---|---|---|---|
| 38-2465279 | | 3 Capital gain (included in box 2a) | 4 Federal Income tax withheld $0.00 | Copy C |
| REDUCED DUTY DISABILITY* | | 5 Employee Contributions /Designated Roth Contributions or insurance premiums | 6 Net unrealized appreciation in employer's securities | For Recipient's Records |
| RECIPIENT'S Name and Address | | 7 Distribution Code(s) 3 | IRA/SEP/ SIMPLE ☐ | 8 Other |
| MORRIS TIJUANA L PO BOX 23712 DETROIT, MI 48223-0712 | | 9a Your percentage of total distribution | 9b Total employee contributions | This information is being furnished to the Internal Revenue Service. |
| Account Number | | 12 State tax withheld | 13 State/Payer's state no. | 14 State distribution |
| 10 Amount allocable to IRR within 5 years | 11 1st Yr of Desig Roth contrib. | | | |

# DO YOU OR SOMEONE YOU KNOW NEED HELP WITH PRESCRIPTION DRUGS?



## WORLD MEDICAL RELIEF'S
## *AFFORDABLE PRESCRIPTIONS PROGRAM*
### MAY BE THE ANSWER!

| | |
|---|---|
| Safe: | State-licensed pharmacy |
| Affordable: | $8.30 per RX |
| Convenient: | In most cases, your medicine can be mailed directly to your home. |

### You may qualify if you:

- Are 18 years of age or older

- Earn $21,780 or less per year if you are single; $29,420 for a couple. (Add $300 for each additional dependent).

- Do not have prescription drug coverage, even though you may have health insurance.

- Are not currently enrolled in Medicaid

**You may still qualify if you have a discount prescription card or are a senior on Medicare Part D. Documentation of income is required.**
### PLEASE CALL OR STOP IN FOR AN APPLICATION.

---

### WORLD MEDICAL RELIEF, INC.
**11745 Rosa Parks Blvd., Detroit, MI 48206 313-866-5333, fax: 313-866-5588, email: info@worldmedicalrelief.org, website www.worldmedicalrelief.org**



---

*Other services available through World Medical Relief include durable medical equipment such as a hospital bed, wheelchair, shower chair, walker, cane, commode, etc. We also carry basic medical, diabetic, and colostomy supplies, liquid nutrition, and incontinent products.*

Revised 7/11   13-53846-tjt   Doc 7279   Filed 08/28/14   Entered 09/05/14 12:57:59   Page 36 of 40

EXHIBIT

# 7) Federal Monitor complaint
- To US Federal Judge Julian Cook
- DPD complaint to Federal Monitor
- DPD complaint concerning Officer

*Fight for Your Rights Investigations Inc*

220 Bagley Ste. 809
Detroit Michigan 48226
313-208-8323
mst3211@yahoo.com



December 01, 2012

US Eastern District Federal Court
US Federal Honorable
Judge Julian Cook
231 W Lafayette Room 718
Detroit Mi 48226
Ph# 313-234-5100

RE:     Resolution of Complaint Sec. 7-1109, concerning the complaint filed on May 28, 2009, (complaint # 44337,BPC09-629), at the Commissioner Board meeting, concerning Traffic Officer Fitzgerald Harris badge #1440 S/8 a pedestrian/vehicle accident report in the parking lot of a CVS Store (13580 Grand River).

Judge Cook,

I sent a complaint with the Federal Monitor, Robert Warshaw via Email:rohtopcop@aol.com on October 11, 2012. I have not received a response concerning the above issue. I talked to your Clerk Kay. She requested that I mail this complaint to your office and that the complaint would be forward to the Federal Monitor.

I would like to thank you for your time and consideration. If you need more information please call me at 313-208-8323. I have enclosed the complaint that I sent to the Monitor and an Annual Report of the case work that I have done in the past.

Sincerely,

Tijuana Morris
Investigator

JOYFIELD STATION
DETROIT, Michigan
482269096
2824950228-0098
12/04/2012 (313)272-6519 05:18:20 PM

============= Sales Receipt =============

Product          Sale Unit      Fina
Description       Qty  Price     Price

DETROIT MI 48226                 $2.10
Zone-1 First-Class
Large Env
9.83 oz.
Expected Delivery: Thu 12/06/12
Certified                        $2.95
Label #: 70091410000185424950
                              ==========
Issue PVI:                       $5.05

                              ==========
Total:                           $5.05

Paid by:
Debit Card                       $5.05
  Account #:    XXXXXXXXXXXX1280
  Approval #:   491065
  Transaction #: 564
  23303040210
  Receipt #:    000740

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clickship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.

**********************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
**********************************
**********************************

Bill#:1000201446803
Clerk:07

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
**********************************
**********************************
HELP US SERVE YOU BETTER

Go to:
https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
**********************************
**********************************

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage          $      $2.10          626

Certified Fee           $2.95                    0?

Return Receipt Fee
(Endorsement Required)  $6.00                  Postmark
                                                 Here
Restricted Delivery Fee
(Endorsement Required)  $9.00

Total Postage & Fees    $      $5.05    12-04-2012

Sent To   James Smith Cook

Street, Apt. No.;  13191 Lakepointe Km 718
or PO Box No.

City, State, ZIP+4   DETROIT MI 48226

PS Form 3800, August 2006          See Reverse for Instructions



October 07, 2012

Consent Decree
Federal Monitor
Robert Warshaw
Email: rohtopcop@aol.com

RE:        Resolution of Complaint Sec. 7-1109, concerning the complaint filed on May 28, 2009, (complaint # 44337,BPC09-629), at the Commissioner Board meeting, concerning Traffic Officer Fitzgerald Harris badge #1440 S/8 a pedestrian/vehicle accident report in the parking lot of a CVS Store (13580 Grand River).

Mr. Warshaw,

    My name is Tijuana Morris, I'm a licensed investigator, as well as a Retired Detroit Police Officer. This complaint, (complaint # 44337, BPC09-629), should have been investigated thoroughly in a timely manner.  The above situation has been an ongoing problem with filing a citizen's complaint. On April 19, 2012, Celia Washington, appointed Attorney for the Detroit Police Commissioners' Board, recommended that I file the above solution. I hand delivered the document to her on April 26. This situation has not been resolved. There has been no corrective action taken to make sure that the paid responsible Investigator/Attorney, do the work, in compliance with the Consent Agreement. Attorney Washington has not contacted me concerning this situation in a timely manor.

    The last time I addressed the issue, in July 2012 at a Commissioner's Board meeting. Ms Washington informed me that they could arrange a meeting within the week. I told her that I would be having surgery and unavailable. The thirty day window frame, according to the new City Charter, had already past. I don't have faith that the Board would be impartial.

    Attorney Celia Banks Washington contacted me on face book in August of this year, stating that this was the only way that she could contact me. This was not true, because she has my documents with my letter head, which has all of my contact information on it.  She has my home address as well. I use to attend the Board meetings on a regular basis, until the accident in 2009. The Detroit Police Department check and balance system, procedures are not adhered to properly when complaints are filed against some police officers.

    After I filed the complaint on the officer, I was contacted by Antonio Jones, on May 29, 2009. He informed me that their office was working on my complaint. I never heard from the O.I.C. anymore. On several occasions I've asked about the update, but never got a response. I

1