| City of Detroit, Michigan | FILED | Chapter 9 |
| --- | --- | --- |
| Debtor | 2014 AUG 25 P 3:44 U.S. BANKRUPTCY COURT E.D. MICH - DETROIT | Case No 13-~~153947~~ 53846 |
| Gloria D. Jones | | -Hon. Judge Steven Rhodes |

15403 Baylis

Detroit, MI 48238

313 218-1170

## MOTION TO PARTICIPATE- RECONSIDER QUESTIONS NOT ANSWERED

I Gloria D. Jones did motion the Court to address the issue of Voting Ballots and Voting being done by petitioner in two categories. Petitioner mailed multiple Ballots for Detroit Police and Fire, while, Petitioner was also sent a set of Voting Ballots which were classified Police Sergeants and Lieutenants, therefore, Petitioner voted twice. More important, the issue concerning the Republicans Economic Rosetta Stone which has been made publicly known is wrong. Michigan Republican Senators lived by this model as did Republican Senator Tom Colburn a member of The U.S. House Finance Committee who called the Economic Model, as such must be called as witness. Moreover, the Graduate Student who found the flaws in the Rosetta Stone Spreadsheet must be called to testify if the Economic Model has a flaw in it and it was used to formulate Detroit's Debt crisis, the issue speaks directly to the issue before the Court

*Gloria D. Jones*