UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION – DETROIT In the matter of: CITY OF DETROIT, MICHIGAN   August 27, 2014 Your Honor Judge Rhodes, Case No. 13-53846-swr Chapter 9 Hon. STEVEN W. RHODES

I S. Baxter Jones a resident in Detroit Michigan and a person who is "Accessibility Challenged" hereby request leave for a late objection to the "Plan of Adjustment, "[Court Docket: #6379], and request that I be allowed to testify independently in the matter of the proposed plan of adjustment's lack of provisions and protections for persons who are labeled disabled but who are indeed " Accessibility Challenged. I was arrested while defending the rights of people who are victims of the drastic and indiscriminate campaign of water shut offs, especially those affecting people who are Accessibility Challenged. On July 18, 2014, my Human and Civil Rights were violated. I was transported by the Detroit Police Department in a vehicle that was not equipped to transport a person using a wheelchair; which is illegal and endangered my life. I was placed in the back of a van with no securement straps for my chair and no safety belt for myself. The van did not provide adequate head room for me to sit upright in my wheelchair. This caused my spinal cord, Brain and Nervous System to be reinjured. According to the A.D.A. Project Civic Access, [Exhibit A] (website, www.ada.gov/civicac.htm), in 2004 the City of Detroit entered an agreement with the U.S. Department of Justice to bring up to code and comply with requirements of the Americans with Disabilities Act (A.D.A.). That agreement expired after 3 years, in 2007. Ten years later in 2014, I was transported in a non-accessible Detroit Police Department vehicle. This incident and countless other examples of inaccessibility prove that the City of Detroit has failed in its obligation to fully comply with the spirit and intent of A.D.A. laws as prescribed. I am concerned that public safety will not be included as a significant part of the plan of adjustment. Public safety should be inclusive and not exclusive. Historically, the City of Detroit has minimized or ignored entirely its obligation to comply with the A.D.A. Accessibility Challenged persons within the City of Detroit are disrespected when not allowed the full protection of all the provisions under the Americans with Disabilities Act of 1990. The City of Detroit's resistance and refusal to fully comply with the A.D.A. is discriminatory and continues to disenfranchise persons who are Accessibility Challenged. This apparently will continue under the Emergency Manager's Plan of Adjustment which IS NOT INCLUSIVE AND DOES NOT ADEQUATELY PROTECT OR PROVIDE FOR PERSONS WHO ARE ACCESSIBILITY CHALLENGED. Furthermore I believe it is my Human and Civil Right and the right of others to live a quality lifestyle in an environment that is barrier free and fully accessible. I am also concerned that proposed privatization and outsourcing of Detroit municipal functions could prove to be potentially harmful to persons who are Accessibility Challenged. With important future financing, and quality of life issues being decided in your court, and by your honor, It would be irresponsible of me not to object to this oversight. With all due respect, I ask this court to reflect carefully on these concerns and order the emergency managers proposed "Plan of Adjustment" to include financial considerations for ADA compliant protections, and provisions for Persons who are Accessibility Challenged aka with disabilities.

Mr. S. Baxter Jones - Mailing Address: P.O. Box 441396 Detroit, Michigan 48244