# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit, Michigan                                     Case No. 13-53846  
                                                                                 Chapter 9  
                              Debtor(s).                          Hon. Steven W Rhodes  
_____/

State of Michigan

                 Appellant

    v.

Allen Park Retirees Association

                 Appellee  
_____/

## NOTICE OF TRANSMITTAL OF COMPLETE RECORD
## REGARDING RECORD ON APPEAL

      I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Record on Appeal.

| | | | |
|---|---|---|---|
| ☒ | Notice of Appeal | ☐ | Appellee's Designation of Record |
| ☒ | Bankruptcy Matter Civil Cover Sheet | ☐ | Appellee's Statement of Issues |
| ☒ | Order on Appeal | ☐ | Notice of Deficiency |
| ☒ | Appellant's Designation of Record | ☐ | Motion for Leave to Appeal |
| ☐ | Appellant's Statement of Issues | ☐ | Motion to Withdraw the Reference |
| ☐ | Other | | |

☒   There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13873 and assigned to District Judge Bernard A. Friedman.

☐   This is a new matter and not previously assigned to a District Court Judge.

☒   The Appellee has not filed the Designation of Record.

Dated: 9/5/2014                            Clerk, United States Bankruptcy Court

                                                    By:  /s/ Kristel Trionfi  
                                                               Deputy Clerk