| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

**In re:**

City of Detroit, Michigan,   Case No.: 13-53846

        **Debtor.**
_____/

State of Michigan,   **Adv. No.:**

    **Appellant,**

  v.

Allen Park Retirees Association,

    **Appellee.**

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| __X__ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| ____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ____ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| ____ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

**Date:** __8/6/2014_____   **Name:** __/s/ Steven G. Howell_____

DETROIT 56620-1 1323560
8/6/2014 3:36 pm

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | No. 13-53846<br><br>Chapter 9<br><br>HON. STEVEN W. RHODES |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a)(1) and Federal Rules of Bankruptcy Procedure 8001(a) and 8002(b), the State of Michigan appeals from the order of Bankruptcy Judge Honorable Steven W. Rhodes entered in this case on July 30, 2014 (Doc. No. 6401). The names of all parties to the order appealed from and the names, addresses, telephone numbers, and email addresses of their respective attorneys are as follows:

Party: State of Michigan

Attorneys: Matthew Schneider, Chief Legal Counsel
SchneiderM7@michigan.gov
Aaron D. Lindstrom, Solicitor General
LindstromA@michigan.gov
Erik Graney, Assistant Attorney General

P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203

1

Steven G. Howell, Special Assistant Attorney General
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
(313) 223-3033
SHowell@dickinsonwright.com

Parties: Allen Park Retirees Association

Russell Pillar

Attorney: Mark A. Porter
MARK A. PORTER & ASSOCIATES PLLC
551 East 11 Mile Road, Suite 3-D
P.O. Box 71527
Madison Heights, Michigan 48071-0527
Telephone: (248) 547-1911
Facsimile: (248) 547-1917
mporter@map-law.com

Party: City of Detroit, Michigan

Attorneys: Jonathan S. Green
Stephen S. LaPlante
Timothy A. Fusco
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com
fusco@millercanfield.com

David G. Heiman
Heather Lennox

2

13-53846-tjwr Doc 7286-1 Filed 09/05/14 Entered 09/05/14 13:57:00 Page 3 of 6
13-53846-swr Doc 6853 Filed 08/06/14 Entered 08/06/14 15:46:19 Page 3 of 6

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2389
Facsimile: (213) 243-3539
bbennett@jonesday.com

        Respectfully submitted,

        */s/ Steven G. Howell*
        Steven G. Howell
        Special Assistant Attorney General
        Dickinson Wright PLLC
        500 Woodward Avenue, Suite 4000
        Detroit, Michigan 48226-3425
        (313) 223-3033
        SHowell@dickinsonwright.com
        [P28982]

Dated: August 6, 2014

3

13-53846-tjwr Doc 7286-1 Filed 08/06/14 Entered 08/06/14 13:57:00 Page 4 of 6
13-53846-swr Doc 6853 Filed 08/06/14 Entered 08/06/14 13:46:19 Page 4 of 6

Name and Address of Interested Party:

City of Detroit, Michigan

Attorneys:

    Jonathan S. Green
    Stephen S. LaPlante
    Timothy A. Fusco
    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 963-6420
    Facsimile: (313) 496-7500
    green@millercanfield.com
    laplante@millercanfield.com
    fusco@millercanfield.com

    David G. Heiman
    Heather Lennox
    JONES DAY
    North Point
    901 Lakeside Avenue
    Cleveland, Ohio 44114
    Telephone: (216) 586-3939
    Facsimile: (216) 579-0212
    dgheiman@jonesday.com
    hlennox@jonesday.com

    Bruce Bennett
    JONES DAY
    555 South Flower Street, Fiftieth Floor
    Los Angeles, California 90071
    Telephone: (213) 243-2389
    Facsimile: (213) 243-3539
    bbennett@jonesday.com

4

13-53846-tjwr Doc 7286-1 Filed 09/05/14 Entered 09/05/14 13:57:00 Page 5 of 6
13-53846-swr Doc 6853 Filed 08/06/14 Entered 08/06/14 15:46:19

Allen Park Retirees Association and
Russell Pillar

Attorney:

>	Mark A. Porter
>	MARK A. PORTER & ASSOCIATES PLLC
>	551 East 11 Mile Road, Suite 3-D
>	P.O. Box 71527
>	Madison Heights, Michigan  48071-0527
>	Telephone:  (248) 547-1911
>	Facsimile:  (248) 547-1917
>	mporter@map-law.com

DETROIT 56620-1 1323561
8/6/2014 3:37 pm

5

13-53846-tjt  Doc 7286-1    Filed 08/06/14    Entered 08/06/14 15:47:19    Page 6 of 6
13-53846-swr  Doc 6853    Filed 08/05/14    Entered 08/05/14 15:57:00    Page 6 of 6