UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN,   Chapter 9

    Debtor,   Case #: 13-53846

                                                                         Hon. Steven W. Rhodes

_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused the following document to be served as follows:

Document Served: *Notice of Motion and Opportunity to Object*

Method of Service: Via First Class mail to Earl Gaines and Latoya Carrell both as an individual and as next friend at 22136 Pickford, Detroit, Michigan 48219.

Date of Service: September 4, 2014

_____
CHRISTOPHER J. TRAINOR (P42449)
Christopher Trainor & Associates
9750 Highland Road
White Lake, MI 48386
Phone: (248) 886-8650
shanna.suver@cjtrainor.com

13-53846-tjt   Doc 7292   Filed 09/05/14   Entered 09/05/14 16:29:40   Page 1 of 1