UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN,                    Chapter 9

       Debtor,                               Case #: 13-53846

                              /   Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused the following document to be served as follows:

Document Served: *PLAINTIFF COUNSEL'S MOTION TO WITHDRAW AS COUNSEL AS TO PROOF OF CLAIM #1130*

Method of Service: Via First Class mail to Earl Gaines and Latoya Carrell both as an individual and as next friend at 22136 Pickford, Detroit, Michigan 48219.

Date of Service: August 26, 2014

CHRISTOPHER J. TRAINOR (P42449)
Christopher Trainor & Associates
9750 Highland Road
White Lake, MI 48386
Phone: (248) 886-8650
shanna.suver@cjtrainor.com