# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

Name _____ **Robin Wysocki** _____

Firm _____ **Miller, Canfield, Paddock and Stone, P.L.C.** _____

Address _____ **150 West Jefferson Avenue, Suite 2500** _____

City, State, Zip _____ **Detroit, Michigan 48226** _____

Phone _____ **313-496-7631** _____

Email _____ **wysocki@millercanfield.com** _____

**Case/Debtor Name:** **City of Detroit, Michigan**

**Case Number:** **13-53846**

**Chapter:** **9**

**Hearing Judge** _ **Hon. Steven Rhodes**

'◉ **Bankruptcy**    ◯ **Adversary**

◯ **Appeal**    **Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:**          **Time of Hearing:**          **Title of Hearing:**

Please specify portion of hearing requested:  ◉ **Original/Unredacted** "◯ **Redacted** """◯ **Copy** *◯ 2nd Party)

◉ Entire Hearing       ◯ Ruling/Opinion of Judge       ◯ Testimony of Witness       ◯ Other

Special Instructions: _____

---

**Type of Request:**

[X] Expedited Transcript - $4.85 'r gt'r ci g (7 working days)

**Signature of Ordering Party:**

/s/ Robin Wysocki _____ Date:
By signing, I certify that I will pay all charges upon completion
of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                              Date          By

Order Received:

Transcript Ordered

Transcript Received