# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Notice to Respondent Missing and Proposed Order Missing For Creditor Motion Acceding 'Confirmation Hearing.' (Entry #6633).

is defective as indicated:

- ☐ Acceptable List of Creditors
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Cover Sheet for Amendments (To be filed with corrected document in its entirety as one PDF)
- ☐ Amended Document (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☑ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☑ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 9/3/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:                                                          Case No. 13-53846-swr
City of Detroit, Michigan                                       Chapter 9
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2          User: ckata          Page 1 of 16          Date Rcvd: Sep 03, 2014
                             Form ID: def2         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2014.
cr          Jeffrey Sanders,   16599 Hubbell Street,   Detroit, MI  48235-4030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Daniel M. McDermott
                                                          TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2014 at the address(es) listed below:
          A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
           alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
           edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
          Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
           ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
           ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
           ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alidz  Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           oshagan@legghioisrael.com,  drf@legghioisrael.com
          Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
          Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
           allan.brilliant@dechert.com
          Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
           allan.brilliant@dechert.com
          Allison  Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
           abach@dickinsonwright.com
          Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
           achouprouta@kramerlevin.com
          Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
           acaton@kramerlevin.com,  achouprouta@kramerlevin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
aap43law@gmail.com
Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
Angela  Williams   on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
HollisR@dhcmi.org
Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
ruptcy.com
Arthur  O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
aoreilly@honigman.com, ahatcher@honigman.com
Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
and Agricultural Implement Workers of America bceccotti@cwsny.com
Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
Barbara A. Patek   on behalf of Attorney   Erman, Teicher, Zucker & Freedman, P.C.
bpatek@ermanteicher.com
Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
bpatek@ermanteicher.com
Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
bpatek@ermanteicher.com
Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
bfagan@dibandfagan.com
Benjamin J. Wilensky   on behalf of Creditor Robert  Cole bjw@seikalystewart.com
Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
bbest@schaferandweiner.com, wkyles@schaferandweiner.com
Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
wkyles@schaferandweiner.com
Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
wkyles@schaferandweiner.com
Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
ssikorski@manteselaw.com
Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
joumedian@sspclegal.com
Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com,
joumedian@sspclegal.com
Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
bborder@sspclegal.com, joumedian@sspclegal.com
Brett A. Border   on behalf of Interested Party   Kondaur Capital Corporation
bborder@sspclegal.com, joumedian@sspclegal.com
Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
joumedian@sspclegal.com
Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com
Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
Care Network of Michigan btrumbauer@bodmanlaw.com
Bruce  Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
bbennett@jonesday.com
Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
Carina  Kraatz   on behalf of Interested Party   Resnick & Moss, P.C. ckraatz@resnicklaw.net,
jabdelnour@resnicklaw.net
Carina  Kraatz   on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net,
jabdelnour@resnicklaw.net
Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation
carol.cohen@arentfox.com
Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
Carole  Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
Michigan carole.neville@dentons.com
Carole  Neville   on behalf of Retiree Committee   Official Committee of Retirees
carole.neville@dentons.com,daniel.morris@dentons.com
Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation
caroline.english@arentfox.com
Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation
caroline.english@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
            Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
            charlesID@hotmail.com
            Charles D. Bullock    on behalf of Interested Party  Gabriel, Roeder, Smith & Company
            cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
            Charles N. Ash    on behalf of Creditor  UBS AG cash@wnj.com,  kkranz@wnj.com
            Charles N. Ash    on behalf of Defendant  UBS AG cash@wnj.com,  kkranz@wnj.com
            Charles N. Ash    on behalf of Defendant  Merrill Lynch Capital Services, Inc. cash@wnj.com,
            kkranz@wnj.com
            Charles N. Ash    on behalf of Creditor  Merrill Lynch Capital Services, Inc. cash@wnj.com,
            kkranz@wnj.com
            Christopher A. Grosman    on behalf of Interested Party  BlackRock Financial Management, Inc.
            BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
            Christopher A. Grosman    on behalf of Creditor  Oakland County, Michigan BRCY@CarsonFischer.com,
            cgrosman@carsonfischer.com
            Claude D. Montgomery    on behalf of Retiree Committee  Official Committee of Retirees
            claude.montgomery@dentons.com,docketny@dentons.com,
            carole.neville@dentons.com;sam.alberts@dentons.com
            Claude D. Montgomery    on behalf of Plaintiff  Official Committee of Retirees of the City of
            Detroit, Michigan claude.montgomery@dentons.com,
            carole.neville@dentons.com;sam.alberts@dentons.com
            Courtney M. Rogers    on behalf of Interested Party  U.S. Bank National Association
            courtney.rogers@wallerlaw.com
            Courtney M. Rogers    on behalf of Creditor  U.S. Bank National Association
            courtney.rogers@wallerlaw.com
            Craig B. Rule    on behalf of Creditor  Everhome Mortgage Company bankruptcy@orlans.com,
            ANHSOA@earthlink.net
            Craig E. Zucker    on behalf of Creditor  Detroit Fire Fighters Association, I.A.F.F. Local 344
            czucker@ermanteicher.com
            Craig E. Zucker    on behalf of Creditor  Detroit Police Lieutenants and Sergeants Association
            czucker@ermanteicher.com
            Craig E. Zucker    on behalf of Creditor  Detroit Police Officers Association
            czucker@ermanteicher.com
            Cynthia J. Haffey    on behalf of Defendant  Detroit General Retirement System Service
            Corporation haffey@butzel.com,  smithe@butzel.com
            Cynthia J. Haffey    on behalf of Defendant  Detroit Police And Fire Retirement System Service
            Corporation haffey@butzel.com,  smithe@butzel.com
            Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
            Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
            Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
            Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
            Dan  Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
            Dan  Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
            Dan  Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
            Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
            Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
            Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
            Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
            Dan  Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
            Daniel J. Weiner    on behalf of Plaintiff  Ambac Assurance Corporation
            dweiner@schaferandweiner.com
            Daniel J. Weiner    on behalf of Interested Party  Ambac Assurance Corporation
            dweiner@schaferandweiner.com
            David  Eisenberg    on behalf of Creditor  Detroit Police Officers Association
            deisenberg@ermanteicher.com
            David  Eisenberg    on behalf of Creditor  Detroit Police Lieutenants and Sergeants Association
            deisenberg@ermanteicher.com
            David  Eisenberg    on behalf of Creditor  Detroit Fire Fighters Association, I.A.F.F. Local 344
            deisenberg@ermanteicher.com
            David A. Lerner    on behalf of Creditor  Waste Management Inc. etal dlerner@plunkettcooney.com,
            nwinagar@plunkettcooney.com
            David E. Hart    on behalf of Creditor  FK Park, LLC deh@maddinhauser.com
            David E. Hart    on behalf of Creditor  FK South, LLC deh@maddinhauser.com
            David E. Lemke    on behalf of Creditor  U.S. Bank National Association david.lemke@wallerlaw.com
            David Gilbert Heiman    on behalf of Defendant  City of Detroit, Michigan dgheiman@jonesday.com
            David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
            David Gilbert Heiman    on behalf of Debtor In Possession  City of Detroit, Michigan
            dgheiman@jonesday.com
            David L. Dubrow    on behalf of Plaintiff  Ambac Assurance Corporation david.dubrow@arentfox.com
            David L. Dubrow    on behalf of Interested Party  Ambac Assurance Corporation
            david.dubrow@arentfox.com
            David M. Zack    on behalf of Other Professional  McAlpine PC dmzack@mcalpinelawfirm.com,
            nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
            nepc.com
            David T. Lin    on behalf of Interested Party  The Kales Grand Circus Park, LLC dlin@seyburn.com,
            kbilpo@seyburn.com
            Dawn R. Copley    on behalf of Interested Party  State of Michigan dcopley@dickinsonwright.com,
            dpavin@dickinsonwright.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney
          General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap   on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan
          kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Panning Capital Management, LP
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Bronze Gable, L.L.C. dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Aurelius Capital Management, LP
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Aurelius Capital Management, LP
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Monarch Alternative Capital LP
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   BlueMountain Capital Management, LLC
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Stone Lion Capital Partners L.P.
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Stone Lion Capital Partners L.P.
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Bronze Gable, L.L.C. dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Panning Capital Management, LP
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Monarch Alternative Capital LP
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Debra N. Pospiech   on behalf of Interested Party Patricia  Ramirez dpospiech@morganmeyers.com
          Dirk H. Beckwith   on behalf of Interested Party   Detroit Retirement Systems Funding Trust 2005
          dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Defendant   Wilmington Trust, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association
          dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006
          dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association
          dbeckwith@fosterswift.com
          Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
          don@mcguiganlaw.com
          Douglas  Steele   on behalf of Interested Party   International Association of Fire Fighters,
          AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein   on behalf of Interested Party   Community Foundation for Southeast
          Michigan dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   Hudson-Webber Foundation
          dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   The Fred A. and Barbara M. Erb Family
          Foundation dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   W.K. Kellogg Foundation
          dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   Max M. and Marjorie S. Fisher Foundation
          dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   The Ford Foundation
          dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
            dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
            Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
            dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
            Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
            dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
            Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
            dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
            Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
            dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
            Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
            eerman@ermanteicher.com
            Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
            eerman@ermanteicher.com
            Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
            eerman@ermanteicher.com
            Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
            ejgudeman@gudemanlaw.com,   ecf@gudemanlaw.com
            Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
            ejgudeman@gudemanlaw.com,   ecf@gudemanlaw.com
            Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
            litdocket@honigman.com
            Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
            emajoros@glmpc.com
            Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
            bankruptcy@orlans.com,   ANHSOA@earthlink.com
            Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
            (Fannie Mae) bankruptcy@orlans.com,   ANHSOA@earthlink.net
            Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
            ANHSOA@earthlink.net
            Elizabeth M. Abood-Carroll    on behalf of Creditor    M&T Bank bankruptcy@orlans.com,
            ANHSOA@earthlink.net
            Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
            ANHSOA@earthlink.net
            Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
            bankruptcy@orlans.com,   ANHSOA@earthlink.net
            Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
            bankruptcy@orlans.com,   ANHSOA@earthlink.net
            Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
            ecrowder@sbplclaw.com,   lhaas@sbplclaw.com
            Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
            Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
            carlson@millercanfield.com
            Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
            enovetsky@jaffelaw.com
            Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
            bankruptcy.maxwelldunn@gmail.com
            Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
            Detroit efeldman@clarkhill.com
            Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
            efeldman@clarkhill.com
            Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
            Geoffrey T. Pavlic    on behalf of Creditor    Nuveen Asset Management pavlic@steinbergshapiro.com,
            jbrown@steinbergshapiro.com
            Geoffrey T. Pavlic    on behalf of Creditor    BlackRock Financial Management, Inc.
            pavlic@steinbergshapiro.com,   jbrown@steinbergshapiro.com
            Geoffrey T. Pavlic    on behalf of Creditor    Ad Hoc Bondholder Committee
            pavlic@steinbergshapiro.com,   jbrown@steinbergshapiro.com
            H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
            jabdelnour@resnicklaw.net
            Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
            ecf-hen@rhoadesmckee.com
            Harold E. Nelson    on behalf of Creditor Brendan    Mylewski ecf-hen@rhoadesmckee.com
            Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
            Heath.Rosenblat@dbr.com,   Jennifer.Roussi@dbr.com;Daniel.Northrop@dbr.com
            Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
            Heath.Rosenblat@dbr.com,   Jennifer.Roussi@dbr.com;Daniel.Northrop@dbr.com
            Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
            Heath.Rosenblat@dbr.com,   Jennifer.Roussi@dbr.com;Daniel.Northrop@dbr.com
            Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
            Jennifer.Roussi@dbr.com;Daniel.Northrop@dbr.com
            Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
            hlennox@jonesday.com
            Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
            Heidi Peterson    hdpeterson75@gmail.com
            Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
            mark.ellenberg@cwt.com;ellen.halstead@cwt.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Howard R. Hawkins, Jr.   on behalf of Creditor    Merrill Lynch Capital Services, Inc.
             howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.   on behalf of Defendant    Merrill Lynch Capital Services, Inc.
             howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant    Deutsche Bank AG, London
             howard@jacobweingarten.com
          Howard S. Sher   on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
             howard@jacobweingarten.com
          Howard S. Sher   on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
             Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant    Dexia Holdings, Inc.
             howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant    Dexia Credit Local howard@jacobweingarten.com
          Howard Yale Lederman   on behalf of Creditor Ernest    Flagg hlederman@normanyatooma.com
          Howard Yale Lederman   on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
          Howard Yale Lederman   on behalf of Creditor Brian   Greene hlederman@normanyatooma.com
          Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
          Hugh M. Davis   on behalf of Creditor Thomas   Stephens Info@ConLitPC.com
          Ian S. Bolton   on behalf of Creditor    FK Park, LLC ibolton@maddinhauser.com,
             bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          Ian S. Bolton   on behalf of Creditor    FK South, LLC ibolton@maddinhauser.com,
             bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          James   Sprayregen   on behalf of Interested Party    Syncora Capital Assurance Inc.
             james.sprayregen@kirkland.com
          James   Sprayregen   on behalf of Interested Party    Syncora Guarantee Inc.
             james.sprayregen@kirkland.com
          James   Sprayregen   on behalf of Interested Party    Syncora Holdings Ltd.
             james.sprayregen@kirkland.com
          Jamie Scott Fields   on behalf of Creditor Jamie   Fields jeansartre@msn.com
          Jamie Scott Fields   on behalf of Creditor    Retired Detroit Police Members Association
             jeansartre@msn.com
          Jason W. Bank   on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
          Jason W. Bank   on behalf of Interested Party    New England Fertilizer Company
             jbank@kerr-russell.com
          Jeffery R. Sieving   on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey Rossman   on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
             Lhaidostian@mwe.com
          Jeffrey Rossman   on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com
          Jeffrey H. Bigelman   on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
          Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP
             jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
          Jeffrey S. Grasl   on behalf of Creditor    Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
             sharrow@mcdonaldhopkins.com
          Jennifer  Zbytowski Belveal   on behalf of Defendant    Detroit Entertainment, LLC
             jbelveal@honigman.com, mjohnson@honigman.com
          Jennifer  Zbytowski Belveal   on behalf of Defendant    Greektown Casino, LLC
             jbelveal@honigman.com, mjohnson@honigman.com
          Jeremiah Buffalo Wirgau   on behalf of Interested Party    CitiMortgage, Inc. jwirgau@sspclegal.com
          Jerome D. Goldberg   on behalf of Interested Party Jerome   Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg   on behalf of Creditor David   Sole apclawyer@sbcglobal.net
          Jill Kristen Smith   on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
          John A. Simon   on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
          John A. Stevens   on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
             jstevens@mathesonparr.com, nlmumma@aol.com
          John E. Eaton   on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
             pjohnson@bredhoff.com;mforan@bredhoff.com
          John Joseph Ramirez   on behalf of Interested Party    Deutsche Bank AG, London
             john.ramirez@kattenlaw.com
          John P. Kapitan   on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger   on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
             john.sieger@kattenlaw.com
          John R. Canzano   on behalf of Creditor    Michigan Building and Construction Trades Council
             jcanzano@kmsmc.com
          Jonathan S. Green   on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
             green@millercanfield.com
          Jonathan S. Green   on behalf of Debtor In Possession    City of Detroit, Michigan
             green@millercanfield.com
          Joseph M. Fischer   on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
             jfischer@carsonfischer.com
          Joseph R. Sgroi   on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
             litdocket@honigman.com
          Joshua A. Gadharf   on behalf of Interested Party    Syncora Capital Assurance Inc.
             jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf   on behalf of Interested Party    Syncora Guarantee Inc.
             jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf   on behalf of Interested Party    Syncora Holdings Ltd.
             jgadharf@mcdonaldhopkins.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
              Judy B. Calton    on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party  Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party  Detroit Institute of Arts jcalton@honigman.com,
               blundberg@honigman.com,  litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
               jcalton@honigman.com,  litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party  Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
               litdocket@honigman.com
              Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
               mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
               344 jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jteicher@ermanteicher.com
              Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
               karen.dine@kattenlaw.com
              Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
              Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
              Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
               Avery@SilvermanMorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan
          kressk@pepperlaw.com, alexsym@pepperlaw.com
          Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank AG, London
          kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth E. Noble   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
          kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc.
          kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider
          kschneider@schneidermiller.com
          Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc.
          kevin.baum@kattenlaw.com
          Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc.
          ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
          Kristin K. Going   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006
          Kristin.Going@dbr.com
          Kristin K. Going   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2005
          Kristin.Going@dbr.com
          Kurt Thornbladh   on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff   Peoples Water Board kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff   National Action Network--Michigan Chapter
          kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Interested Party   Housing is a Human Right Coalition
          kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff   Moratorium Now! kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Creditor   Plymouth Square Ltd. Housing Association
          kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Creditor   Michigan Welfare Rights Organization
          kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff   Michigan Welfare Rights Organization
          kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc.
          kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp.
          llarose@chadbourne.com; skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Lawrence A. Larose   on behalf of Plaintiff   Assured Guaranty Municipal Corp.
          llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Leah Montesano   on behalf of Interested Party   Ambac Assurance Corporation
          leah.montesano@arentfox.com
          Leland Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
          Lisa Okasinski   on behalf of Creditor   HRT Enterprises lisa@demolaw.com
          Lisa Hill Fenning   on behalf of Creditor   General Retirement System of the City of Detroit
          Lisa.Fenning@aporter.com
          Lisa Hill Fenning   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit Lisa.Fenning@aporter.com
          Louis P. Rochkind   on behalf of Plaintiff   National Public Finance Guarantee Corporation
          lrochkind@jaffelaw.com, dburris@jaffelaw.com
          Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation
          lrochkind@jaffelaw.com, dburris@jaffelaw.com
          Lynn M. Brimer   on behalf of Creditor   Retired Detroit Police Members Association
          lbrimer@stroblpc.com, kvanakin@stroblpc.com
          M. Ellen Dennis   on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
          dwhadden@umich.edu

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mallory  Field   on behalf of Creditor   Retired Detroit Police Members Association
          MField@stroblpc.com,  pfourne@stroblpc.com
          Mami  Kato   on behalf of Interested Party   International Union of Operating Engineers, Local
          324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Interested Party   Service Employees International Union, Local 517M
          mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor   Detroit Police Command Officers Association
          mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan
          swansonm@millercanfield.com
          Marc N. Swanson   on behalf of Defendant   City of Detroit, Michigan swansonm@millercanfield.com
          Mark  Wasvary   on behalf of Creditor   Hyde Park Co-Operative, et al. mark@wasvarylaw.com
          Mark  Wasvary   on behalf of Creditor   Plymouth Square Ltd. Housing Association
          mark@wasvarylaw.com
          Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com
          Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation
          mark.angelov@arentfox.com
          Mark Allan Porter   on behalf of Other Professional   Allen Park Retirees Assn
          maplawat9ll@msn.com,  map-law.pllc@att.net
          Mark H. Shapiro   on behalf of Creditor   Nuveen Asset Management shapiro@steinbergshapiro.com,
          jbrown@steinbergshapiro.com
          Mark H. Shapiro   on behalf of Interested Party   The Securities Industry and Financial Markets
          Association shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark H. Shapiro   on behalf of Creditor   BlackRock Financial Management, Inc.
          shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark R. James   on behalf of Interested Party   Financial Guaranty Insurance Company
          mrj@wwrplaw.com
          Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
          Marshall S. Huebner   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
          bankrout@davispolk.com
          Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
          mbcobbs@flash.net
          Mary Beth Cobbs   on behalf of Interested Party   City of Detroit Law Department
          cobbm@detroitmi.gov,  mbcobbs@flash.net
          Matthew  Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
          Matthew  Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
          Matthew  Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
          Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
          wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Retiree Committee   Official Committee of Retirees
          wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association
          wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
          wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Intervenor-Plaintiff   Official Committee of Retirees of the City
          of Detroit, Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und
          Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   FMS Wertmanagement summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
          summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG
          summersm@ballardspahr.com
          Max J. Newman   on behalf of Interested Party   Wayne County Corporation newman@butzel.com
          Melissa Demorest LeDuc   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com,
          paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor John  Denis melissa@demolaw.com,  paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor   John W. and Vivian M. Denis Trust
          melissa@demolaw.com,  paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor James  Herbert melissa@demolaw.com,
          paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
          paula@demolaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
    mdordeski@foleymansfield.com,cindy@loevy.com
Meredith  Taunt    on behalf of Creditor    Retired Detroit Police Members Association
    mtaunt@stroblpc.com,   KVanAkin@stroblpc.com
Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
    makarmanesq@gmail.com
Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC
    mchammer2@dickinsonwright.com
Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell    on behalf of Interested Party Bill  Schuette BellMl@michigan.gov
Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
    mike.paslay@wallerlaw.com,
    Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
    rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
    msl@maddinhauser.com,   bac@maddinhauser.com
My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
    mao-bk-ecf@debevoise.com
Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
    ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
    Agricultural Implement Workers of America Nganatra@uaw.net
Noah J. Ornstein    on behalf of Interested Party    Syncora Guarantee Inc.
    noah.ornstein@kirkland.com
Noah J. Ornstein    on behalf of Interested Party    Syncora Capital Assurance Inc.
    noah.ornstein@kirkland.com
Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
    Paige.Barr@kattenlaw.com
Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
    mkisell@plunkettcooney.com
Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
    pmears@btlaw.com
Paul H. Saint-Antoine    on behalf of Defendant    Wilmington Trust, N.A.
    Paul.Saint-Antoine@dbr.com,   Todd.Hutchison@dbr.com;James.Williamson@dbr.com
Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
    phage@jaffelaw.com,   jtravick@jaffelaw.com
Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
    phage@jaffelaw.com,   jtravick@jaffelaw.com
Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
    Michigan hall@bwst-law.com,   marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
    Detroit, Michigan hall@bwst-law.com,   marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
    marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
    Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
    pcanzano@sidley.com
Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
    ralph.taylor@arentfox.com
Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation
    randall.brater@arentfox.com
Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
    RPentiuk@PCK-Law.Com,   Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
    RPentiuk@PCK-Law.Com,   Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
    RPentiuk@PCK-Law.Com,   Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
    Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
    Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
    RPentiuk@PCK-Law.Com,   Pentiukpc@aol.com
Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
Richard  Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
    mao@cravath.com
Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Richard G. Mack, Jr.   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
richardmack@millercohen.com, mcoil@millercohen.com

Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of
State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com

Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage
Department ecf@kaalaw.com, wjackson@KAALaw.com

Robert  Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission
robert.darnell@usdoj.gov

Robert  Fetter   on behalf of Interested Party   Local 3308 of the American Federation of State,
County and Municipal Employees rfetter@millercohen.com,
richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
com

Robert  Fetter   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
rfetter@millercohen.com,
richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
com

Robert  Fetter   on behalf of Interested Party   Local 917 of the American Federation of State,
County and Municipal Employees rfetter@millercohen.com,
richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
com

Robert A. Weisberg   on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM,
rweisberg@carsonfischer.com

Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit
rgordon@clarkhill.com, lbellguzzo@clarkhill.com

Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of
Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com

Robert M. Fishman   rfishman@shawfishman.com

Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
bbassel@gmail.com, robertbassel@hotmail.com

Robert N. Bassel   on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com,
robertbassel@hotmail.com

Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association
bbassel@gmail.com, robertbassel@hotmail.com

Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com,
robertbassel@hotmail.com

Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
bbassel@gmail.com, robertbassel@hotmail.com

Robert S. Hertzberg   on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan
hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
alexsym@pepperlaw.com;kuschj@pepperlaw.com

Ronald C. Liscombe   on behalf of Creditor   Public Lighting Authority rliscombe@alglawpc.com

Rozanne M. Giunta   on behalf of Interested Party   State of Michigan rmgiunta@lambertleser.com

Ryan  Cochran   on behalf of Creditor   U.S. Bank National Association ryan.cochran@wallerlaw.com

Ryan  Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com

Ryan  Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan  Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan  Plecha   on behalf of Interested Party   Detroit Retired City Employees Association
rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan  Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com

Ryan  Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association
rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan  Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com

Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
jgreeniajdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Ryan Blaine Bennett   on behalf of Interested Party    Syncora Guarantee Inc.
    ryan.bennett@kirkland.com,
    dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
    nd.com;noah.ornstein@kirkland.com
    Ryan Blaine Bennett   on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
    dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
    nd.com;noah.ornstein@kirkland.com
    Ryan Blaine Bennett   on behalf of Interested Party    Syncora Capital Assurance Inc.
    ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
    justin.bernbrock@kirkland.com,
    dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
    nd.com;noah.ornstein@kirkland.com
    Ryan Blaine Bennett   on behalf of Interested Party    Syncora Guarantee Inc.
    ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
    justin.bernbrock@kirkland.com,
    dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
    nd.com;noah.ornstein@kirkland.com
    Ryan Blaine Bennett   on behalf of Interested Party    Syncora Holdings Ltd.
    ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
    dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
    nd.com;noah.ornstein@kirkland.com
    Sam J. Alberts   on behalf of Retiree Committee    Official Committee of Retirees
    sam.alberts@dentons.com,  dan.barnowski@dentons.com
    Sam J. Alberts   on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
    Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
    Samuel S. Kohn   on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
    japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
    Samuel S. Kohn   on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
    japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
    Sandra L. O'Connor   on behalf of Interested Party    US Health & Life Insurance Company
    soconnor@glmpc.com
    Sara Klettke MacWilliams   on behalf of Creditor    Oakland County, Michigan
    macwilliams@youngpc.com,  efiling@youngpc.com
    Scott A. Wolfson   on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
    david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
    stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
    Scott B. Kitei   on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com
    Scott M. Watson   on behalf of Creditor    UBS AG swatson@wnj.com
    Scott R. Murphy   on behalf of Creditor    36th District Court for the State of Michigan
    smurphy@btlaw.com,  Roslyn.Thoits@btlaw.com
    Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
    Shanna Marie Kaminski   on behalf of Interested Party    City of Detroit Water and Sewerage
    Department ecf@kaalaw.com,  skaminski@kaalaw.com
    Shannon L. Deeby   on behalf of Interested Party    General Retirement System of the City of
    Detroit sdeeby@clarkhill.com
    Shannon L. Deeby   on behalf of Interested Party    Police and Fire Retirement System of the City
    of Detroit sdeeby@clarkhill.com
    Shannon L. Deeby   on behalf of Creditor    Police and Fire Retirement System of the City of
    Detroit sdeeby@clarkhill.com
    Shannon L. Deeby   on behalf of Creditor    General Retirement System of the City of Detroit
    sdeeby@clarkhill.com
    Sharon L. Levine   on behalf of Creditor    Michigan Council 25 of the American Federation of
    State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
    Sharon L. Levine   on behalf of Creditor    Michigan Council 25 of the American Federation of
    State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
    Sharon L. Levine   on behalf of Creditor    Michigan Council 25 Of The American Federation of
    State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
    slevine@lowenstein.com
    Sheldon S. Toll   on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
    lawtoll@comcast.net
    Sherrie L. Farrell   on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
    mpearson@dykema.com;docket@dykema.com
    Sherrie L. Farrell   on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
    mpearson@dykema.com;docket@dykema.com
    Sheryl L. Toby   on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
    dguerrero@dykema.com
    Sheryl L. Toby   on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
    dguerrero@dykema.com
    Stephen Wolpert   on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
    Stephen B. Grow   on behalf of Creditor    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
    Stephen B. Grow   on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
    kfrantz@wnj.com
    Stephen B. Grow   on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
    kfrantz@wnj.com
    Stephen B. Grow   on behalf of Defendant    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
    Stephen C. Hackney   on behalf of Interested Party    Syncora Holdings Ltd.
    stephen.hackney@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
              stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
              stephen.hackney@kirkland.com
              Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
              Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
              shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
              sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
              shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
              sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
              sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
              laplante@millercanfield.com, skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
              laplante@millercanfield.com, skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
              laplante@millercanfield.com, skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
              laplante@millercanfield.com, skoczylas@millercanfield.com
              Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
              Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
              Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
              General showell@dickinsonwright.com
              Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
              Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
              susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
              Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
              susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
              Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
              mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmissisian@schiffhardin.com;edocket@schiffha
              rdin.com
              Tamar Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
              tdolcourt@foley.com
              Thomas B. Radom    on behalf of Creditor    Stroh Properties, Inc. Radom@butzel.com
              Thomas B. Radom    on behalf of Defendant    Detroit Police And Fire Retirement System Service
              Corporation Radom@butzel.com
              Thomas B. Radom    on behalf of Defendant    Detroit General Retirement System Service Corporation
              Radom@butzel.com
              Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
              tchristy@garanlucow.com
              Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
              morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
              marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
              marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
              Association morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
              morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
              marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
              morris@silvermanmorris.com, marlene@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
              marlene@silvermanmorris.com
              Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
              Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
              fusco@millercanfield.com
              Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
              Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com,
              allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
              tgraves@allardfishpc.com, allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
              tgraves@allardfishpc.com, allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
              tgraves@allardfishpc.com, allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
              allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
              allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP
              tgraves@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

       Timothy R. Graves  on behalf of Interested Party   Monarch Alternative Capital LP
       tgraves@allardfishpc.com,  allardfishpc@yahoo.com
       Timothy R. Graves  on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
       allardfishpc@yahoo.com
       Trevor J. Zamborsky  on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
       Trevor J. Zamborsky  on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Trevor J. Zamborsky   on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
     trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
     trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
     trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
     trevor.zamborsky@gmail.com

    Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy
     vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com

    William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com

    William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com

    William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com

    William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com

    William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com

    William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com

    William C. Blasses   on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com

    William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC
     wcb@osbig.com

    William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com

    William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com

    William H. Goodman   on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com

    William H. Goodman   on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com

    William H. Goodman   on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com

    William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com

    William H. Goodman   on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com

    William Norman Listman   on behalf of Interested Party   Southeastern Oakland County Water
     Authority wlistman@davislistman.com

    William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com

    William W. Kannel   on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com

    Winnifred P. Boylan   on behalf of Interested Party   State of Michigan wpboylan@lambertleser.com

    Wolfgang  Mueller   on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
     jsmith@olsmanlaw.com

    Wolfgang  Mueller   on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
     jsmith@olsmanlaw.com

    Wolfgang  Mueller   on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
     jsmith@olsmanlaw.com

    Wolfgang  Mueller   on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
     jsmith@olsmanlaw.com

    Yuliy  Osipov   on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
     yo_ecf@osbig.com;tc_ecf@osbig.com

    Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
     yo_ecf@osbig.com;tc_ecf@osbig.com

    Yuliy  Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC
     yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com

    Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
     yo_ecf@osbig.com;tc_ecf@osbig.com

                                 TOTAL: 635