211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Notice to Respondent, Proposed Order and Proof of Service Missing Regarding Motion For A Continuance To Elminate All Debts Of Detroit. (Entry #6952).

is defective as indicated:

- ☐ Acceptable List of Creditors
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Cover Sheet for Amendments (To be filed with corrected document in its entirety as one PDF)
- ☐ Amended Document (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☑ Notice to Respondent
- ☐ Original Signature
- ☑ Proof of Service Missing or Non−Compliant
- ☑ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 9/3/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                         United States Bankruptcy Court
                          Eastern District of Michigan
In re:                                                         Case No. 13-53846-swr
City of Detroit, Michigan                                      Chapter 9
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: ckata              Page 1 of 16              Date Rcvd: Sep 03, 2014
                              Form ID: def2            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2014.
cr         +James Davis,   11926 Wisconsin Ave.,   Detroit, MI 48204-5430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust        Daniel M. McDermott
                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2014                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2014 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
               edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff   Peoples Water Board
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff   Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff   National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff   Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com,  drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison Bach    on behalf of Interested Party   State of Michigan, Department of Attorney General
               abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
           acaton@kramerlevin.com,  achouprouta@kramerlevin.com
          Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
           aap43@outlook.com,  aap43law@gmail.com
          Andrew A. Paterson, Jr.    on behalf of Creditor Robert   Davis aap43@outlook.com,
           aap43law@gmail.com
          Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
           agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
          Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
           wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
          Angela   Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
           HollisR@dhcmi.org
          Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
           ruptcy.com
          Arthur   O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
           aoreilly@honigman.com,  ahatcher@honigman.com
          Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
           and Agricultural Implement Workers of America bceccotti@cwsny.com
          Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
          Barbara A. Patek    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
           bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
           bpatek@ermanteicher.com
          Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
           bfagan@dibandfagan.com
          Benjamin J. Wilensky    on behalf of Creditor Robert   Cole bjw@seikalystewart.com
          Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
           bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
          Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
           wkyles@schaferandweiner.com
          Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
           wkyles@schaferandweiner.com
          Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
           ssikorski@manteselaw.com
          Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
           joumedian@sspclegal.com
          Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
           joumedian@sspclegal.com
          Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
           bborder@sspclegal.com,  joumedian@sspclegal.com
          Brett A. Border    on behalf of Interested Party    Kondaur Capital Corporation
           bborder@sspclegal.com,  joumedian@sspclegal.com
          Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
           joumedian@sspclegal.com
          Brian D. O'Keefe    on behalf of Creditor Donald   Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
           bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Donald   Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
           Care Network of Michigan btrumbauer@bodmanlaw.com
          Bruce   Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
           bbennett@jonesday.com
          Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carina   Kraatz    on behalf of Interested Party    Resnick & Moss, P.C. ckraatz@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Carina   Kraatz    on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
           carol.cohen@arentfox.com
          Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole   Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan carole.neville@dentons.com
          Carole   Neville    on behalf of Retiree Committee    Official Committee of Retirees
           carole.neville@dentons.com,daniel.morris@dentons.com
          Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
           caroline.english@arentfox.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
           caroline.english@arentfox.com
          Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
           charlesID@hotmail.com
          Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
           cbullock@sbplclaw.com,    cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com,    kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com,    kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
           BRCY@CarsonFischer.com,    cgrosman@carsonfischer.com
          Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
           cgrosman@carsonfischer.com
          Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
           claude.montgomery@dentons.com,docketny@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
           Detroit, Michigan claude.montgomery@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
           czucker@ermanteicher.com
          Cynthia J. Haffey    on behalf of Defendant    Detroit General Retirement System Service
           Corporation haffey@butzel.com,    smithe@butzel.com
          Cynthia J. Haffey    on behalf of Defendant    Detroit Police And Fire Retirement System Service
           Corporation haffey@butzel.com,    smithe@butzel.com
          Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David E. Hart    on behalf of Creditor    FK Park, LLC deh@maddinhauser.com
          David E. Hart    on behalf of Creditor    FK South, LLC deh@maddinhauser.com
          David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
          David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
           dgheiman@jonesday.com
          David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
          David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
           david.dubrow@arentfox.com
          David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
           nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
           nepc.com
          David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
           kbilpo@seyburn.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
           Dawn R. Copley    on behalf of Interested Party   State of Michigan dcopley@dickinsonwright.com,
            dnavin@dickinsonwright.com
           Dawn R. Copley    on behalf of Interested Party   State of Michigan, Department of Attorney
            General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
           Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
            alexsym@pepperlaw.com
           Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
            alexsym@pepperlaw.com
           Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
            alexsym@pepperlaw.com
           Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
            alexsym@pepperlaw.com
           Deborah  Kovsky-Apap    on behalf of Debtor In Possession   City of Detroit, Michigan
            kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
           Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
            alexsym@pepperlaw.com
           Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
            alexsym@pepperlaw.com
           Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
            alexsym@pepperlaw.com
           Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
            alexsym@pepperlaw.com
           Deborah L. Fish    on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
            allardfishpc@yahoo.com
           Deborah L. Fish    on behalf of Intervenor-Defendant   Panning Capital Management, LP
            dfish@allardfishpc.com,  allardfishpc@yahoo.com
           Deborah L. Fish    on behalf of Interested Party   Bronze Gable, L.L.C. dfish@allardfishpc.com,
            allardfishpc@yahoo.com
           Deborah L. Fish    on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
            allardfishpc@yahoo.com
           Deborah L. Fish    on behalf of Interested Party   Aurelius Capital Management, LP
            dfish@allardfishpc.com,  allardfishpc@yahoo.com
           Deborah L. Fish    on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
            allardfishpc@yahoo.com
           Deborah L. Fish    on behalf of Intervenor-Defendant   Aurelius Capital Management, LP
            dfish@allardfishpc.com,  allardfishpc@yahoo.com
           Deborah L. Fish    on behalf of Interested Party   Monarch Alternative Capital LP
            dfish@allardfishpc.com,  allardfishpc@yahoo.com
           Deborah L. Fish    on behalf of Intervenor-Defendant   BlueMountain Capital Management, LLC
            dfish@allardfishpc.com,  allardfishpc@yahoo.com
           Deborah L. Fish    on behalf of Intervenor-Defendant   Stone Lion Capital Partners L.P.
            dfish@allardfishpc.com,  allardfishpc@yahoo.com
           Deborah L. Fish    on behalf of Interested Party   Stone Lion Capital Partners L.P.
            dfish@allardfishpc.com,  allardfishpc@yahoo.com
           Deborah L. Fish    on behalf of Intervenor-Defendant   Bronze Gable, L.L.C. dfish@allardfishpc.com,
            allardfishpc@yahoo.com
           Deborah L. Fish    on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
            dfish@allardfishpc.com,  allardfishpc@yahoo.com
           Deborah L. Fish    on behalf of Interested Party   Panning Capital Management, LP
            dfish@allardfishpc.com,  allardfishpc@yahoo.com
           Deborah L. Fish    on behalf of Intervenor-Defendant   Monarch Alternative Capital LP
            dfish@allardfishpc.com,  allardfishpc@yahoo.com
           Debra N. Pospiech    on behalf of Interested Party Patricia  Ramirez dpospiech@morganmeyers.com
           Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
            dbeckwith@fosterswift.com
           Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
           Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
           Dirk H. Beckwith    on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
           Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
            dbeckwith@fosterswift.com
           Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
            dbeckwith@fosterswift.com
           Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
            dbeckwith@fosterswift.com
           Donald G. McGuigan, II    on behalf of Interested Party   Mario's Restaurant, Inc.
            don@mcguiganlaw.com
           Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters,
            AFL-CIO, CLC dls@wmlaborlaw.com
           Douglas C. Bernstein    on behalf of Interested Party   Community Foundation for Southeast
            Michigan dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
           Douglas C. Bernstein    on behalf of Interested Party   Hudson-Webber Foundation
            dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
           Douglas C. Bernstein    on behalf of Interested Party   The Fred A. and Barbara M. Erb Family
            Foundation dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
           Douglas C. Bernstein    on behalf of Interested Party   W.K. Kellogg Foundation
            dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
           Douglas C. Bernstein    on behalf of Interested Party   Max M. and Marjorie S. Fisher Foundation
            dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               eerman@ermanteicher.com
              Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
               ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
              Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
               ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
              Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
               litdocket@honigman.com
              Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
               emajoros@glmpc.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
               (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor     M&T Bank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor     EverBank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               ecrowder@sbplclaw.com, lhaas@sbplclaw.com
              Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
              Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
               carlson@millercanfield.com
              Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
               enovetsky@jaffelaw.com
              Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
               bankruptcy.maxwelldunn@gmail.com
              Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit efeldman@clarkhill.com
              Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
               efeldman@clarkhill.com
              Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
              Geoffrey T. Pavlic    on behalf of Creditor    Nuveen Asset Management pavlic@steinbergshapiro.com,
               jbrown@steinbergshapiro.com
              Geoffrey T. Pavlic    on behalf of Creditor    BlackRock Financial Management, Inc.
               pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Geoffrey T. Pavlic    on behalf of Creditor    Ad Hoc Bondholder Committee
               pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
              H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
               jabdelnour@resnicklaw.net
              Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
               ecf-hen@rhoadesmckee.com
              Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
              Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
               Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Heidi  Peterson     hdpeterson75@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Howard R. Hawkins, Jr.   on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
 mark.ellenberg@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr.   on behalf of Creditor    Merrill Lynch Capital Services, Inc.
 howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr.   on behalf of Defendant    Merrill Lynch Capital Services, Inc.
 howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
Howard S. Sher   on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant    Deutsche Bank AG, London
 howard@jacobweingarten.com
Howard S. Sher   on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
 howard@jacobweingarten.com
Howard S. Sher   on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
 Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant    Dexia Holdings, Inc.
 howard@jacobweingarten.com
Howard S. Sher   on behalf of Intervenor-Defendant    Dexia Credit Local howard@jacobweingarten.com
Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
Hugh M. Davis   on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
Ian S. Bolton   on behalf of Creditor    FK Park, LLC ibolton@maddinhauser.com,
 bwislinski@maddinhauser.com;nanderson@maddinhauser.com
Ian S. Bolton   on behalf of Creditor    FK South, LLC ibolton@maddinhauser.com,
 bwislinski@maddinhauser.com;nanderson@maddinhauser.com
James  Sprayregen   on behalf of Interested Party    Syncora Capital Assurance Inc.
 james.sprayregen@kirkland.com
James  Sprayregen   on behalf of Interested Party    Syncora Guarantee Inc.
 james.sprayregen@kirkland.com
James  Sprayregen   on behalf of Interested Party    Syncora Holdings Ltd.
 james.sprayregen@kirkland.com
Jamie Scott Fields   on behalf of Creditor Jamie  Fields jeansartre@msn.com
Jamie Scott Fields   on behalf of Creditor    Retired Detroit Police Members Association
 jeansartre@msn.com
Jason W. Bank   on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
Jason W. Bank   on behalf of Interested Party    New England Fertilizer Company
 jbank@kerr-russell.com
Jeffery R. Sieving   on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
Jeffrey  Rossman   on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
 Lhaidostian@mwe.com
Jeffrey  Rossman   on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
Jeffrey H. Bigelman   on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
Jeffrey S. Grasl   on behalf of Creditor    Sprint Communications Company LP
 jgrasl@mcdonaldhopkins.com,  sharrow@mcdonaldhopkins.com
Jeffrey S. Grasl   on behalf of Creditor    Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
 sharrow@mcdonaldhopkins.com
Jennifer Zbytowski Belveal   on behalf of Defendant    Detroit Entertainment, LLC
 jbelveal@honigman.com,  mjohnson@honigman.com
Jennifer Zbytowski Belveal   on behalf of Defendant    Greektown Casino, LLC
 jbelveal@honigman.com,  mjohnson@honigman.com
Jeremiah Buffalo Wirgau   on behalf of Interested Party    CitiMortgage, Inc. jwirgau@sspclegal.com
Jerome D. Goldberg   on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Creditor David  Sole apclawyer@sbcglobal.net
Jill Kristen Smith   on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
John A. Simon   on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
John A. Stevens   on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 jstevens@mathesonparr.com,  nlmumma@aol.com
John E. Eaton   on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
 pjohnson@bredhoff.com;mforan@bredhoff.com
John Joseph Ramirez   on behalf of Interested Party    Deutsche Bank AG, London
 john.ramirez@kattenlaw.com
John P. Kapitan   on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
John P. Sieger   on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
 john.sieger@kattenlaw.com
John R. Canzano   on behalf of Creditor    Michigan Building and Construction Trades Council
 jcanzano@kmsmc.com
Jonathan S. Green   on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
 green@millercanfield.com
Jonathan S. Green   on behalf of Debtor In Possession    City of Detroit, Michigan
 green@millercanfield.com
Joseph M. Fischer   on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
 jfischer@carsonfischer.com
Joseph R. Sgroi   on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
 litdocket@honigman.com
Joshua A. Gadharf   on behalf of Interested Party    Syncora Capital Assurance Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Interested Party    Syncora Guarantee Inc.
 jgadharf@mcdonaldhopkins.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Joshua A. Gadharf    on behalf of Interested Party   Syncora Holdings Ltd.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Judy B. Calton    on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
 blundberg@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
 jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
 litdocket@honigman.com
Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
 mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
 344 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 jteicher@ermanteicher.com
Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
 karen.dine@kattenlaw.com
Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 Avery@SilvermanMorris.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Karin F. Avery   on behalf of Plaintiff    Detroit Retired City Employees Association
         Avery@SilvermanMorris.com
        Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
         kressk@pepperlaw.com, alexsym@pepperlaw.com
        Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
         kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
        Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
         kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
        Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
         kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
        Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
         kschneider@schneidermiller.com
        Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
         kevin.baum@kattenlaw.com
        Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
         ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
        Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
        Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
         Kristin.Going@dbr.com
        Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
         Kristin.Going@dbr.com
        Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
         kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
         kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association
         kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization
         kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization
         kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
         kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
         llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
        Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
         llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
        Leah Montesano    on behalf of Interested Party    Ambac Assurance Corporation
         leah.montesano@arentfox.com
        Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
        Lisa Okasinski    on behalf of Creditor    HRT Enterprises lisa@demolaw.com
        Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
         Lisa.Fenning@aporter.com
        Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
         Detroit Lisa.Fenning@aporter.com
        Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
         lrochkind@jaffelaw.com, dburris@jaffelaw.com
        Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
         lrochkind@jaffelaw.com, dburris@jaffelaw.com
        Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
         lbrimer@stroblpc.com, kvanakin@stroblpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
      dwhadden@umich.edu
      Mallory  Field    on behalf of Creditor    Retired Detroit Police Members Association
      MField@stroblpc.com, pfourne@stroblpc.com
      Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
      324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
      pmerchak@sachswaldman.com
      Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
      pmerchak@sachswaldman.com
      Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
      pmerchak@sachswaldman.com
      Mami  Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
      pmerchak@sachswaldman.com
      Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
      mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami  Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
      pmerchak@sachswaldman.com
      Mami  Kato    on behalf of Creditor    Detroit Police Command Officers Association
      mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami  Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
      pmerchak@sachswaldman.com
      Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
      swansonm@millercanfield.com
      Marc N. Swanson    on behalf of Defendant    City of Detroit, Michigan swansonm@millercanfield.com
      Mark  Wasvary    on behalf of Creditor    Hyde Park Co-Operative, et al. mark@wasvarylaw.com
      Mark  Wasvary    on behalf of Creditor    Plymouth Square Ltd. Housing Association
      mark@wasvarylaw.com
      Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
      Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
      mark.angelov@arentfox.com
      Mark Allan Porter    on behalf of Other Professional    Allen Park Retirees Assn
      maplawat911@msn.com, map-law.pllc@att.net
      Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
      jbrown@steinbergshapiro.com
      Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets
      Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
      shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
      mrj@wwrplaw.com
      Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
      Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
      Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
      bankrout@davispolk.com
      Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
      mbcobbs@flash.net
      Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
      cobbm@detroitmi.gov, mbcobbs@flash.net
      Matthew  Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
      Matthew  Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
      Matthew  Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
      Michigan wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew  Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
      wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew  Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
      wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew  Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
      wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew  Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
      wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew  Wilkins    on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City
      of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
      Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
      Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
      Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
      summersm@ballardspahr.com
      Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
      summersm@ballardspahr.com
      Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
      Melissa Demorest LeDuc    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
      paula@demolaw.com
      Melissa Demorest LeDuc    on behalf of Creditor John  Denis melissa@demolaw.com, paula@demolaw.com
      Melissa Demorest LeDuc    on behalf of Creditor    John W. and Vivian M. Denis Trust
      melissa@demolaw.com, paula@demolaw.com
      Melissa Demorest LeDuc    on behalf of Creditor James  Herbert melissa@demolaw.com,
      paula@demolaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Melissa Demorest LeDuc   on behalf of Creditor   HRT Enterprises melissa@demolaw.com, paula@demolaw.com

Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com

Meredith Taunt   on behalf of Creditor   Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com

Michael Anthony Karman   on behalf of Creditor   Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com

Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com

Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com

Michael C. Hammer   on behalf of Interested Party   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com

Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu

Michael R. Bell   on behalf of Interested Party Bill   Schuette BellM1@michigan.gov

Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com

Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com

My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com

Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com

Nabih H. Ayad   on behalf of Interested Party Rashida   Tlaib ayadlaw@hotmail.com

Nabih H. Ayad   on behalf of Interested Party Maureen   Taylor ayadlaw@hotmail.com

Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP ayadlaw@hotmail.com

Nabih H. Ayad   on behalf of Interested Party Donnell   White ayadlaw@hotmail.com

Nabih H. Ayad   on behalf of Interested Party Thomas   Stallworth III ayadlaw@hotmail.com

Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net

Noah J. Ornstein   on behalf of Interested Party   Syncora Guarantee Inc. noah.ornstein@kirkland.com

Noah J. Ornstein   on behalf of Interested Party   Syncora Capital Assurance Inc. noah.ornstein@kirkland.com

Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com

Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com

Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan pmears@btlaw.com

Paul H. Saint-Antoine   on behalf of Defendant   Wilmington Trust, N.A. Paul.Saint-Antoine@dbr.com, Todd.Hutchison@dbr.com;James.Williamson@dbr.com

Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com

Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com

Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com

Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com

Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation pcanzano@sidley.com

Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation ralph.taylor@arentfox.com

Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com

Randall A. Brater   on behalf of Interested Party   Ambac Assurance Corporation randall.brater@arentfox.com

Randall A. Pentiuk   on behalf of Interested Party   Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

Randall A. Pentiuk   on behalf of Interested Party   Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

Randall A. Pentiuk   on behalf of Interested Party   Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

Randall A. Pentiuk   on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

Randall A. Pentiuk   on behalf of Interested Party   St. James Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

Randall A. Pentiuk   on behalf of Interested Party   Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

Raymond  Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com

Raymond  Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Richard Levin on behalf of Interested Party Detroit Institute of Arts rlevin@cravath.com, mao@cravath.com

Richard A. Roble (UST) on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov

Richard G. Mack, Jr. on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com

Richard G. Mack, Jr. on behalf of Creditor Coalition of Detroit Unions richardmack@millercohen.com, mcoil@millercohen.com

Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com

Richardo I. Kilpatrick on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com

Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov

Robert Fetter on behalf of Interested Party Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

Robert Fetter on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

Robert Fetter on behalf of Interested Party Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

Robert A. Weisberg on behalf of Creditor Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com

Robert D. Gordon on behalf of Creditor General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

Robert D. Gordon on behalf of Creditor Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

Robert J. Diehl, Jr. on behalf of Interested Party U.S. Bank N.A. rdiehl@bodmanlaw.com

Robert M. Fishman rfishman@shawfishman.com

Robert N. Bassel on behalf of Interested Party Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

Robert N. Bassel on behalf of Interested Party Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com

Robert N. Bassel on behalf of Interested Party Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

Robert N. Bassel on behalf of Interested Party St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com

Robert N. Bassel on behalf of Interested Party Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

Robert S. Hertzberg on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg on behalf of Defendant City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg on behalf of Plaintiff City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg on behalf of Debtor In Possession City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg on behalf of Plaintiff City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Ronald C. Liscombe on behalf of Creditor Public Lighting Authority rliscombe@alglawpc.com

Rozanne M. Giunta on behalf of Interested Party State of Michigan rmgiunta@lambertleser.com

Ryan Cochran on behalf of Creditor U.S. Bank National Association ryan.cochran@wallerlaw.com

Ryan Plecha on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha on behalf of Interested Party Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha on behalf of Interested Party Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha on behalf of Plaintiff Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
           justin.bernbrock@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
           justin.bernbrock@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
           ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;dan.hill@kirkla
           nd.com;noah.ornstein@kirkland.com
          Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
           sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           japfel@chadbourne.com;sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
           soconnor@glmpc.com
          Sara Klettke MacWilliams    on behalf of Creditor    Oakland County, Michigan
           macwilliams@youngpc.com,  efiling@youngpc.com
          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
          Scott B. Kitei    on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com
          Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
          Scott R. Murphy    on behalf of Creditor    36th District Court for the State of Michigan
           smurphy@btlaw.com,  Roslyn.Thoits@btlaw.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shanna Marie Kaminski    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com,  skaminski@kaalaw.com
          Shannon L. Deeby    on behalf of Interested Party    General Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Interested Party    Police and Fire Retirement System of the City
           of Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
           sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
           State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
           slevine@lowenstein.com
          Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
           lawtoll@comcast.net
          Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
           dguerrero@dykema.com
          Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
           dguerrero@dykema.com
          Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
          Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd. stephen.hackney@kirkland.com

    Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc. stephen.hackney@kirkland.com

    Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc. stephen.hackney@kirkland.com

    Stephen C. Hackney   on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com

    Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

    Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

    Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

    Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

    Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

    Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

    Stephen S. LaPlante   on behalf of Plaintiff   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

    Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

    Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com

    Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov

    Steven G. Howell   on behalf of Interested Party   State of Michigan showell@dickinsonwright.com

    Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney General showell@dickinsonwright.com

    Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com

    Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

    Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

    Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com

    Tamar Dolcourt   on behalf of Debtor In Possession   City of Detroit, Michigan tdolcourt@foley.com

    Thomas B. Radom   on behalf of Creditor   Stroh Properties, Inc. Radom@butzel.com

    Thomas B. Radom   on behalf of Defendant   Detroit Police And Fire Retirement System Service Corporation Radom@butzel.com

    Thomas B. Radom   on behalf of Defendant   Detroit General Retirement System Service Corporation Radom@butzel.com

    Thomas P. Christy   on behalf of Creditor   Berkshire Hathaway Assurance Corporation tchristy@garanlucow.com

    Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Interested Party Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Creditor Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

    Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com

    Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan fusco@millercanfield.com

    Timothy A. Fusco   on behalf of Defendant   City of Detroit, Michigan fusco@millercanfield.com

    Timothy R. Graves   on behalf of Interested Party   Bronze Gable, L.L.C. tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Aurelius Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Stone Lion Capital Partners L.P. tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Timothy R. Graves   on behalf of Interested Party   Panning Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

          Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

          Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com

          Trevor J. Zamborsky   on behalf of Creditor Teran Brown tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Melvin Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Ezekiel Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Wendy Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Doug Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Rodney Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Angela Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Yvette Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Eddie Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Otis Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor John Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Gary Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Marily Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Phyllis Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Jeffrey Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Donna Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Jeremiah Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Mario Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Jennifer Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Jermaine Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Taesean Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Raymond   Thompson, Jr. tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
          William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water Authority wlistman@davislistman.com
          William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
          William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
          Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com
          Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com, jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com, jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com, jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com, jsmith@olsmanlaw.com
          Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                                                                TOTAL: 636