Debra L. Harper
18421 Hubbell Street
Detroit, MI 48235-2753

September 5, 2014

Clerk of the Court
United States Bankruptcy Court
211 W Fort Street, Suite 2100
Detroit, MI 48226

To Whom It May Concern:

Re: City of Detroit, Michigan
    c/o KCC
    2335 Alaska Av
    El Segundo, CA 90245

    PRF 67710   11749056   000027
    PRF 67710   11790815   000028

I, Debra L. Harper object to my claim being reduced, modified or eliminated. My claim numbers are 3556, 3557, 3619 and 3620.

Respectfully submitted,

*Debra L. Harper*

Debra L. Harper

Case # 13-53846

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

City of Detroit, MI
Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon. Steven W. Rhodes

FILED 2014 SEP -5 A 11:3? U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT

## CERTIFICATE OF SERVICE

I hereby certify that on Fri Sept 5, 2014 (date of mailing), I served copies as follows:

1. Document(s) served:

Objection to my claim being reduced, modified or Eliminated.

2. Served upon [name and address of each person served]:

John A. Simon
Tamar N. Dolcourt
Foley & Lardner LLP
500 Woodward Av, Ste 2700
Detroit, MI         48226

3. By First Class Mail. In Person

Dated: 9.5.14

Debra L. Harper
(Signature of Debtor)

Print Name: Debra L. Harper

_____
(Signature of Co-Debtor)

Print Name: _____