UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street  
Bay City, MI 48708 | 211 W. Fort Street  
17th Floor  
Detroit, MI 48226 | 226 W. Second Street  
Flint, MI 48502 |
|---|---|---|

**Order Party: Name, Address and Telephone Number**

Name: **Ambac Assurance Corporation**

Firm: **Arent Fox LLP**

Address: **1675 Broadway**

City, State, Zip: **New York, NY 10019**

Phone: **212.484.3900**

Email: **miranda.perkins@arentfox.com**

**Case/Debtor Name:**

Case Number: 13-53846

Chapter: 9

Hearing Judge: Hon. Steven Rhodes

◉ Bankruptcy  ○ Adversary

○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 09/03/2014   Time of Hearing: 8:30   Title of Hearing: Hearing - Opening Arguments

Please specify portion of hearing requested:  ◉ Original/Unredacted  ○ Redacted  ○ Copy (2nd Party)

○ Entire Hearing  ○ Ruling/Opinion of Judge  ○ Testimony of Witness  ○ Other

Special Instructions: Please send to miranda.perkins@arentfox.com; mark.angelov@arentfox.com

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

◉ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Mark Angelov      Date: 09/08/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____  
Date          By

Order Received:

Transcript Ordered

Transcript Received

13-53846-tjt   Doc 7324   Filed 09/08/14   Entered 09/08/14 11:55:19   Page 1 of 1