UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order to Strike

On August 21, 2014, Hunter Todd filed a motion in this bankruptcy case. (Dkt. #7100) On August 27, 2014, the Court issued a Notice of Deficient Pleading because the motion did not comply with the requirements of L.B.R. 9014-1(b) in that it was missing the required Notice of Motion and Opportunity to Object, a Certificate of Service, and a proposed order. A deadline of September 3, 2014 was set for correcting that deficiency, however, as of this date, the missing documents have not been filed nor has a request for an extension of time been made.

Accordingly, it is hereby ordered that the motion filed by Hunter Todd (Dkt. #7100) is stricken from the record.

.

**Signed on September 08, 2014**

                                                          /s/ Steven Rhodes  
                                                          **Steven Rhodes**  
                                                          **United States Bankruptcy Judge**