UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |

**OAKLAND COUNTY'S NOTICE OF WITHDRAWAL OF
OAKLAND COUNTY'S OBJECTION TO CONFIRMATION OF THE CITY
OF DETROIT, MICHIGAN'S PROPOSED PLAN OF ADJUSTMENT**

PLEASE TAKE NOTICE that Oakland County, Michigan hereby WITHDRAWS (i) *Oakland County's Objection To Confirmation Of The City Of Detroit, Michigan's Proposed Fourth Amended Plan Of Adjustment* [Docket No. 4627], filed on May 12, 2014, and (ii) *Oakland County's Supplemental Objection To Confirmation Of The City Of Detroit, Michigan's Proposed Plan Of Adjustment* [Docket No. 6648], filed on August 12, 2014.

1

Respectfully Submitted,

Dated: September 9, 2014	**CARSON FISCHER, P.L.C.**

By: */s/ Joseph M. Fischer*
Joseph M. Fischer (P13452)
Robert A. Weisberg (P26698)
Christopher A. Grosman (P58693)
4111 Andover Road, West – 2nd Floor
Bloomfield Hills, Michigan 48302-1924
Telephone: (248) 644-4840
Facsimile: (248) 644-1832
JFischer@CarsonFischer.com
RWeisberg@CarsonFischer.com
CGrosman@CarsonFischer.com

*Co-Counsel for Oakland County, Michigan*

*- and -*

YOUNG & ASSOCIATES
Sara K. MacWilliams (P67805)
Jaye Quadrozzi (P71646)
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
Telephone: (248) 353-8620
efiling@youngpc.com
macwilliams@youngpc.com
quadrozzi@youngpc.com

*Co-Counsel for Oakland County, Michigan*

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I, Joseph M. Fischer, hereby certify that the foregoing *Notice of Withdrawal of Oakland County's Objection To Confirmation Of The City of Detroit, Michigan's Proposed Plan Of Adjustment* was filed and served via the Court's electronic case filing and noticing system on this 9th day of September, 2014.

                                           */s/ Joseph M. Fischer*
                                           Joseph M. Fischer (P13452)