UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:              Chapter 9
                  Case No. 13-53846
 City Of Detroit          Honorable Steven W Rhodes

  Debtor
_____/

## CERTIFICATE OF SERVICE

The undersigned states that on September 9, 2014 copies of **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY** were filed with the Clerk of the Court using the ECF system and I hereby certify that I have mailed by United States Postal Service, postage prepaid, copies of **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY** to the following non-ECF participants:

Barbara J. Abner
408 Mount Vernon St.
Detroit, MI 48202

Bell Financial Group, LLC
36809 Groesbeck Hwy.
Clinton Twp., MI 48305


Date:   September 9, 2014           /s/ Myra Gilmore
                       Myra Gilmore
                       Bankruptcy Specialist
                       Orlans Associates, P.C.
                       Attorneys for M&T Bank
                       P.O. Box 5041
                       Troy, MI 48007
                       (248) 502-1400
                       Email: eabood-carroll@orlans.com
                       File Number: 14-012308