UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN<br><br>Debtor | Case No. 13-53846<br><br>Chapter 9<br><br>Hon. Steven W. Rhodes |

**COUNTY OF MACOMB, MICHIGAN, BY AND THROUGH ITS COUNTY AGENCY, THE MACOMB COUNTY PUBLIC WORKS COMMISSIONER, AND THE MACOMB INTERCEPTOR DRAIN DRAINAGE DISTRICT'S ORDER OF WITNESSES RELATED TO HEARING ON CONFIRMATION OF PLAN OF ADJUSTMENT**

County of Macomb, Michigan, a Michigan Constitutional corporation, by and through its County Agency, Anthony V. Marrocco, the Macomb County Public Works Commissioner ("Macomb"), and the Macomb Interceptor Drain Drainage District (the "MIDDD," and together with Macomb, the "Macomb Parties"), will present their "will call" witnesses in the following order at the hearing (the "Confirmation Hearing") on confirmation of the Sixth Amended Plan for Adjustment of Debts of the City of Detroit (the "Plan"):

| 1. | Jason Matteo, Chief Engineer—Wastewater Services, Macomb County Public Works Office |
|---|---|

The Macomb Parties reserve the right to remove Mr. Matteo from their will call list based on certain considerations including the City's development of its case-in-chief and the time that is remaining. In the event the Macomb Parties decide to remove Mr. Matteo, they will do their best to notify the Court and the other parties involved in the hearing within two business days of a witness's anticipated testimony date. The Macomb Parties reserve the right to offer testimony by deposition designation and/or counter-designation.

The Macomb Parties also hereby identify the following individuals that it may call as fact witnesses at the Confirmation Hearing if they are not called by other parties whose precise order of presentation is not currently knowable:

| | |
|---|---|
| 1. | Sue F. McCormick |
| 2. | Nicolette Bateson |
| 3. | Bart Foster |
| 4. | Cynthia Thomas |
| 5. | Kevyn D. Orr |
| 6. | Kenneth A. Buckfire |
| 7. | Gaurav Malhotra |
| 8. | Vyto Kaunelis |
| 9. | Judith Kermans |

The Macomb Parties reserve the right to call as a witness any may call or will call witness identified by parties supporting or objecting to the Plan. The Macomb Parties reserve the right to call rebuttal witnesses not listed on this witness list.

Dated: September 9, 2014

Respectfully submitted,

DECHERT LLP

By: /s/ Allan S. Brilliant
Allan S. Brilliant
Debra D. O'Gorman
Stephen M. Wolpert
1095 Avenue of the Americas
New York, NY 10016
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
allan.brilliant@dechert.com
deborah.ogorman@dechert.com
stephen.wolpert@dechert.com

*Attorneys for County of Macomb, Michigan by and through its County Agency, Anthony V. Marrocco, the Macomb County Public Works Commissioner, and the Macomb Interceptor Drain Drainage District*

3