UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**ORDER GRANTING JOINT *EX PARTE* MOTION FOR SHORTENED NOTICE AND EXPEDITED HEARING ON JOINT MOTION FOR ADJOURNMENT**

This matter having come before the Court on the joint motion (the "Joint Motion") of Syncora and the City for the entry of an order shortening the notice period and scheduling an expedited hearing on the *Joint Motion of Syncora and the City of Detroit for Adjournment of the Hearing* (the "Motion for Adjournment"), the Court having reviewed the Joint Motion; and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Joint Motion is GRANTED.

2. The hearing with respect to the the Motion for Adjournment shall be held on September 10, 2014 before Hon. Steven Rhodes.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

_____

STEVEN W. RHODES
United States Bankruptcy Judge