**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**


In re:                                                                              Chapter 9

City of Detroit, Michigan,                                              Case No. 13-53846

       Debtor.                                                           Hon. Steven W. Rhodes

_____/


**<u>Order Denying Motion for Leave to File a Late Objection to Plan of Adjustment</u>**
**<u>And to Testify Independently in the Matter of the Proposed Plan of Adjustment</u>**

On August 28, 2014, S. Baxter Jones filed a motion for leave to file a late objection to the

plan of adjustment and to testify independently in the matter of the proposed plan of adjustment.

(Dkt. #7281). The Court finds that cause has not been shown which would warrant the granting

of the motion. Accordingly, the motion is denied.

.


**Signed on September 10, 2014**

                                         **/s/ Steven Rhodes**
                                         **Steven Rhodes**
                                       **United States Bankruptcy Judge**