UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
    Debtor.                     Hon. Steven W. Rhodes
_____/

### Order Denying Motion for Reconsideration

On August 25, 2014, Gloria D. Jones filed a motion for reconsideration of the Court's order issued on August 20, 2014, regarding motions to participate in the confirmation hearing. (Dkt. #7280) This motion is to be decided pursuant to Local Bankruptcy Rule 9024-1(a)(3), which provides:

> Generally, and without restricting the discretion of the Court, a motion for rehearing or reconsideration which merely presents the same issues ruled upon by the Court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the Court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

The Court concludes that nothing in the motion warrants reconsideration of its earlier order. Accordingly, it is hereby ordered that the motion for reconsideration (Dkt. #7280) is denied.

.

**Signed on September 10, 2014**

                                             /s/ Steven Rhodes
                                             Steven Rhodes
                                             United States Bankruptcy Judge