UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br>        Debtor. | Case No. 13-53846<br><br>In Proceedings Under<br>Chapter 9<br><br>Hon. Steven W. Rhodes |

## WITHDRAWAL OF WAYNE COUNTY'S CONCURRENCE IN AND ADOPTION OF THE OBJECTIONS OF MACOMB COUNTY AND OAKLAND COUNTY TO CONFIRMATION OF THE DEBTOR'S FOURTH PLAN OF ADJUSTMENT [DOCKET NO. 4663]

Creditor, Wayne County, by and through its attorneys, Butzel Long, hereby withdrawals its concurrence in and adoption of the objections of Macomb County and Oakland County to confirmation of the Debtor's Fourth Plan of Adjustment [Docket No. 4663].

Respectfully Submitted,

BUTZEL LONG, a professional Corporation

/s/ Max J. Newman
By: Max J. Newman (P51483)
By: Beth Gotthelf (P38951)
Attorneys for Wayne County
Stoneridge West
41000 Woodward Ave
Bloomfield Hills, MI 48304
(248) 258-2907
newman@butzel.com

Dated: September 9, 2014