UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re ) Chapter 9
)
CITY OF DETROIT, MICHIGAN, ) Case No. 13-53846
)
Debtor. ) Hon. Steven W. Rhodes
)

**ORDER GRANTING JOINT MOTION FOR ADJOURNMENT**

This matter having come before the Court on Syncora's and the City's Joint Motion for Adjournment (the "<u>Motion for Adjournment</u>"), the Court having reviewed the Motion for Adjournment, and the Court having determined that the legal and factual bases set forth in the Motion for Adjournment establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion for Adjournment is GRANTED;

2. The hearing on the City's Plan of Adjustment is adjourned until 8:30 a.m. ET on September 15, 2014 in Courtroom 716, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

**Signed on September 10, 2014**

                                                 /s/ Steven Rhodes
                                                 Steven Rhodes
                                                 United States Bankruptcy Judge