UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2014, I electronically served *Withdrawal of Wayne County's Concurrence in and Adoption of the Objections of Macomb County and Oakland County to Confirmation of the Debtor's Fourth Plan of Adjustment [Docket No. 4664]* with the Court using the CM/ECF system.

                                  Respectfully Submitted,

                                  BUTZEL LONG, a professional Corporation

                                  /s/ Max J. Newman
                                By: Max J. Newman (P51483)
                                By: Beth Gotthelf (P38951)
                                Attorneys for Wayne County
                                Stoneridge West
                                41000 Woodward Ave
                                Bloomfield Hills, MI  48304
                                (248) 258-2907
                                newman@butzel.com

Dated: September 10, 2014