# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

111 First Street  
Bay City, MI 48708

211 W. Fort Street  
17th Floor  
Detroit, MI 48226

226 W. Second Street  
Flint, MI 48502

---

**Order Party: Name, Address and Telephone Number**

Name: Alfredo R. Pérez

Firm: Weil, Gotshal & Manges LLP

Address: 700 Louisiana Street, Suite 1700

City, State, Zip: Houston, TX 77002

Phone: 713-546-5000

Email: alfredo.perez@weil.com

**Case/Debtor Name:** City of Detroit

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

☉ Bankruptcy  ○ Adversary

○ Appeal   Appeal No: _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 09/09/2014   Time of Hearing: 8:30   Title of Hearing: Confirmation Trial

Please specify portion of hearing requested: ☉ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

☉ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: Please email to juan.dominguez@weil.com

---

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

☉ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

Date    By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/ Alfredo R. Perez    Date: 9/10/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.