# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | Hon. Gerald E. Rosen |

## ORDER TO CERTAIN PARTIES TO APPEAR FOR CONTINUED MEDIATION ON SEPTEMBER 11, 2014

**TO:** The City of Detroit
Syncora Capital Assurance, Inc.
Syncora Guarantee, Inc.
UBS AG
SBS Financial Products Co., LLC
Merrill Lynch Capital Services, Inc.
Ambac Assurance Corp.
Black Rock Financial Management
Official Committee of Retirees

**IT IS HEREBY ORDERED** that, unless otherwise excused by the mediator, the above-named noticed parties shall appear, with counsel and party-representatives **with full and complete settlement authority**, for continuing mediation on **Thursday, September 11, 2014, at 10:00 a.m.** in Room 722 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.

All parties and counsel are reminded that all proceedings, discussions, negotiation, and writings incident to mediation are be privileged and confidential, and are not to be disclosed to any third-parties. *See* August 13, 2013 Mediation Order, Dkt. # 322.

**SO ORDERED.**

s/Gerald E. Rosen
United States District Chief Judge,
Judicial Mediator

Dated: September 10, 2014