UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |

### OAKLAND COUNTY'S NOTICE OF WITHDRAWAL OF (1) OAKLAND COUNTY'S MOTION TO EXCLUDE TESTIMONY OF MARTHA KOPACZ UNDER FED. R. EVID. 702 IN CONNECTION WITH CERTAIN OF HER EXPERT OPINIONS CONTAINED IN HER EXPERT REPORT, AND (2) OAKLAND COUNTY'S AMENDED MOTION TO EXCLUDE TESTIMONY OF MARTHA KOPACZ UNDER FED. R. EVID. 702 IN CONNECTION WITH CERTAIN OF HER EXPERT OPINIONS CONTAINED IN HER EXPERT REPORT

PLEASE TAKE NOTICE that Oakland County, Michigan hereby WITHDRAWS (i) *Oakland County's Motion to Exclude Testimony of Martha Kopacz under Fed. R. Evid. 702 In Connection with Certain of Her Expert Opinions Contained In Her Expert Report* [Docket No. 6993], filed on August 22, 2014, and (ii) *Oakland County's Amended Motion to Exclude Testimony of Martha Kopacz Under Fed. R. Evid. 702 In Connection with Certain of Her Expert Opinions Contained In Her Expert Report* [Docket No. 6994], filed on August 22, 2014.

1

Respectfully Submitted,

Dated: September 10, 2014            **CARSON FISCHER, P.L.C.**

By: */s/ Joseph M. Fischer*
Joseph M. Fischer (P13452)
Robert A. Weisberg (P26698)
Christopher A. Grosman (P58693)
4111 Andover Road, West ó 2nd Floor
Bloomfield Hills, Michigan 48302-1924
Telephone: (248) 644-4840
Facsimile: (248) 644-1832
JFischer@CarsonFischer.com
RWeisberg@CarsonFischer.com
CGrosman@CarsonFischer.com

*Co-Counsel for Oakland County, Michigan*

*- and -*

YOUNG & ASSOCIATES
Sara K. MacWilliams (P67805)
Jaye Quadrozzi (P71646)
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI  48334
Telephone:  (248) 353-8620
efiling@youngpc.com
macwilliams@youngpc.com
quadrozzi@youngpc.com

*Co-Counsel for Oakland County, Michigan*

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I, Joseph M. Fischer, hereby certify that the foregoing *Notice of Withdrawal of (i) Oakland County's Motion to Exclude Testimony of Martha Kopacz under Fed. R. Evid. 702 In Connection with Certain of Her Expert Opinions Contained In Her Expert Report*, and (ii) *Oakland County's Amended Motion to Exclude Testimony of Martha Kopacz Under Fed. R. Evid. 702 In Connection with Certain of Her Expert Opinions Contained In Her Expert Report* was filed and served via the Court's electronic case filing and noticing system on this 10th day of September, 2014.

                                                                                      */s/ Joseph M. Fischer*
                                                                                       Joseph M. Fischer (P13452)