| | |
|---|---|
| From: | Elizabeth Johnson |
| To: | tim@1wayservice.com |
| Date: | 2/3/2012 4:06 PM |
| Subject: | RE: Section 3 Compliance-City of Detroit |
| CC: | Andrews, Felicia; Ellentuck, Barry; Ford, Nathan; Jackson, Boysie; M... |

Dear Mr. Homrich,

Glad to know the information we previously emailed you on HUD Section 3 was helpful. The two outstanding questions you pose are best addressed by Barry Ellentuck or representatives from the Building, Safety Engineering and Environmental Department.
Regards,

Elizabeth C. Ayana Johnson
HUD Section 3 Compliance Officer
Finance-Purchasing Division
Suite 1008, CAYMC
2 Woodward Avenue
Detroit, MI 48226
(313) 224-5241
Email: johnsonea@detroitmi.gov

*X Compliance Officer non-compliant with her duties* [handwritten annotation]

Dave Bing, Mayor

>>> tim@1wayservice.com> 2/3/2012 1:35 PM >>
Elizabeth,

Thank you for the information, the FAQs were especially helpful. I still have a couple of outstanding questions;
1) Are the section 3 requirements to be incorporated into our current contract? 2) Will you be deciding whether or not our contract will be terminated if we don't comply with the Section 3 requirements? If so, please call me.

Thanks again,

Tim Homrich, President
1 Way Service, Inc.
734-777-6977


-------- Original Message --------
Subject: Re: Section 3 Compliance-City of Detroit
From: "Elizabeth Johnson" <johnsonea@detroitmi.gov>
Date: Tue, January 31, 2012 11:38 am
To: <tim@1wayservice.com>
Cc: <gerry@1wayservice.com>, <fnandrews@aol.com>, "Felicia
Andrews" <AndrewsFel@detroitmi.gov>, "Barry Ellentuck"
<EllentuckB@detroitmi.gov>, "Shirley Scott"
<SScott@detroitmi.gov>, "Valeria Miller" <VMiller@detroitmi.gov>

Dear Mr. Homrich,

Attached are copies of the HUD Section 3 Frequently Asked Questions (FAQ) and the City of Detroit, Section 3 Business Concerns Listing noted as of 12/2/2011. Business Concerns on this list are verified eligible and certified by the City of Detroit, Planning and Development Department, Section 3 Coordinator. Please note the City of Detroit, Section 3 Business Concerns Listing is periodically updated by Ms. Shirley Scott, Section 3 Coordinator. You may also access both documents online via the City of Detroit, Finance-Purchasing Division web site. The Finance-Purchasing Division link appears below:

http://www.ci.detroit.mi.us/DepartmentsandAgencies/Finance/PurchasingDivision/VendorInformation.aspx

Another resource to identify Section 3 Business Concerns, is the HUD Section 3 Business Registry. The Detroit area is one of five pilot cities for the HUD Section 3 Business Registry. Business Concerns on the HUD Section 3 Business Registry self-certify their Section 3 eligibility. Consequently, their Section 3 eligibility must still be verified. On Monday, January 30, 2012, HUD officially launched the HUD Section 3 Business Registry in Detroit. The

# General Statement

_____, as the owner, and _____,
as the general contractor are committed to comply with the Section 3 Act, the Section 3 regulations, and the City of Detroit's Section 3 Guidelines. It is our desire to work together to ensure compliance, <u>to the greatest extent feasible</u>, through the awarding of contracts for work and services to Section 3 companies. We commit to include the Section 3 clause in the construction contract and all subcontracts in excess of $100,000.00. We agree to adhere to compliance with Section 3 by fulfilling one of the following requirements checked below:

A. We are a Section 3 Qualified Business Concern ____

B. We agree to do a joint venture with a Section 3 Business ____

C. We agree to award 10% of the total contract to a Section 3 Business ____

D. We agree to award 3% of the total contract for non-construction to a Section 3 Business ____

E. We are interested in becoming a Section 3 Business Concern:

    1) Company is 51% owned by a Section 3/Low-Income Detroit Resident ____

    2) 30% of our Staff consists of Section 3/Low-Income Detroit Residents (within a prior 3 year period) ____

    3) We will award 25% of the total contract awarded to a business that is Section 3 Qualified ____

We understand that failure to commit to one of the above will render our bid non-responsive.

Submitted to City of Detroit or Sub recipient thereof

*Sample Commitment from Contractor*

Date: _____

**OWNER/DEVELOPER:**

_____
(Print/type name)

By: _____

_____
(Print/type name and title)

Date: _____

**GENERAL CONTRACTOR:**

_____
(Print/type name)

By: _____

_____
(Print/type name and title)

State of Michigan

County of _____

Subscribed and sworn to before me this _____ day of _____ 2013

_____
Notary Public
My Commission Expires: _____

| | |
|---|---|
| **From:** | Valeria Miller |
| **To:** | Shirley Scott |
| **Date:** | 10/1/2012 1:29 PM |
| **Subject:** | UPDATE |
| **CC:** | Marja Winters; Robert Anderson |

Shirley, although you indicated the report was due over the weekend on September 30th, management still wants you assemble the information you have today (October 1st) so that you can submit an electronic submission today. Rob and Marja is in the office today to sign the cover letter to show proof of authorization before submission. Please obtain one of their signatures before you submit the report electronically today. Just in case, please have 2 cover letters ready, one from the Deputy and the other from the Director and whomever is available can sign the document. Also, Renee Cunningham is cued up to assist you with the electronic documents if needed. Please advise if you need assistance with anything to aid in getting the report in today. Besides a brief meeting at 3 pm, I should be in the office all afternoon.

*harassed into reporting information from contractors corrupt practices continued*

| | |
|---|---|
| **From:** | Valeria Miller |
| **To:** | Shirley Scott |
| **Date:** | 10/5/2012 12:29 PM |
| **Subject:** | STATUS-SECTION 3 REPORT |
| **CC:** | Marja Winters;  Robert Anderson |
| **Attachments:** | UPDATE |

Shirley, just to reiterate our conversation earlier today regarding the status of the Section 3 Annual Report that was due Sept 30/Oct 1, the report you forwarded to me for review this past Monday (Oct 1st), was for the CDBG activities only.  You stated that you could have the remaining reports for the other grants (i.e. NSP, HOME) completed and ready for submission by the end of today, October 5th.  We also discussed (again) that management wanted the reports submitted with information received thus far and that as needed, revisions will be submitted should additional information be received.

Finally, although the reports will be submitted electronically, please be reminded that we need to provide evidence of management's approval before submission.  So again, please draft a cover letter for Executive Management's (Director/Deputy) approval.  Please remember to include hard copies of the support documents with the letter.  Just in case, please have 2 cover letters ready, one from the Deputy and the other from the Director and whomever is available can sign the document.  For questions, please see me.  Thanks

*Harrassment*

| | |
|---|---|
| **From:** | Elizabeth Johnson |
| **To:** | JohnB@DAPCOcompanies.com |
| **Date:** | 12/12/2012 12:59 PM |
| **Subject:** | HUD Section 3 and Davis Bacon Prevailing Wage Determinations |
| **CC:** | Davis, Dionne; Jackson, Boysie; Miller, Valeria; Saad, John; Scott, ... |

Dear Mr. Brochu,

Thank you for the opportunity to address your questions about HUD Section 3. Your call was forwarded to me by Ms. Lena Willis, Finance-Purchasing Division. Currently, the City of Detroit, Finance-Purchasing Division, HUD Section 3 Compliance Office is primarily directed to monitor and address HUD Section 3 compliance for the City of Detroit's pilot Demolition Program. However, I emailed you a copy of the HUD Section 3 Frequently Asked Questions (FAQ) to address some of your HUD Section 3 questions. I hope the HUD Section 3 FAQ was helpful. If you have additional questions about HUD Section 3, please contact Ms. Shirley Scott, Section 3 Coordinator, City of Detroit Planning and Development Department, Finance and Resource Management Division, Labor Standards Unit (313-224-2378) or SScott@detroitmi.gov

Additionally in our conversation on Friday, you mentioned the Focus Hope construction project that you plan to submit a proposal for will be reimbursed by City of Detroit HUD funds. I verified that Mr. Carl Weber, Facilities Architect, Focus Hope is coordinating the Focus Hope project with the City of Detroit Planning and Development Department, Real Estate-Development Division. Some of your questions about local prevailing wage determinations may be answered by visiting the Department of Labor web page. Use the Selection Criteria for States and Counties. I've provided a link below.

http://www.wdol.gov/dba.aspx

If you have more specific questions regarding the Davis Bacon Prevailing Wages, please contact Ms. Valeria Miller (313-224-9002) or Ms. Angela Thompson, City of Detroit Planning and Development Department, Finance and Resource Management Division, Labor Standards Unit. You may reach Ms. Miller or Ms. Thompson by email:

VMiller@detroitmi.gov

AThompson@detroitmi.gov

I hope this information proves helpful.

Best regards,

*[handwritten: ✱ Compliance Office created for demolition activities and not the City of Detroit as a whole) fraud]*

Elizabeth C. Ayana Johnson
HUD Section 3 Compliance Officer
Finance-Purchasing Division
Suite 1008, CAYMC
2 Woodward Avenue
Detroit, MI 48226
(313) 224-5241
Email: johnsonea@detroitmi.gov

Dave Bing, Mayor

**From:** Yllka Gorani-Manushi <yllkag@gmail.com>
**To:** Valeria Miller <VMiller@detroitmi.gov>
**Date:** 2/12/2013 1:15 PM
**Subject:** Re: HUD 60002 Section 3 Summary Report
**CC:** "Banyai, James" <jbanyai@kpmg.com>, <SScott@detroitmi.gov>

Dear Ms. Miller,
From the e-mail below I do not see a stream of evidence where the reports have been reviewed by you and approved by the Director. Also, in the e-mail you are mentioning cover letters, if that is the procedure this year could you please provide me with cover letters that will show evidence of approval for the following reports:

CDBG - HUD 60002 Report
CDBG-R HUD 60002 Report
NSP-1 HUD 60002 Report
HOME HUD 60002 Report

*Auditor requested Proof from Supervisor*

Please, let me know if you have any questions.

Regards,
Stella

On Tue, Feb 12, 2013 at 11:45 AM, Valeria Miller <VMiller@detroitmi.gov> wrote:
Please see attached.

>>> Yllka Gorani-Manushi <yllkag@gmail.com> 2/6/2013 9:46 AM >>>

Hello Ms. Miller,
Per my discussion with Ms. Scott, it appears that the process is still the same for Section 3 Summary Report as last year. Ms. Scott is the one who prepares the reports and Ms. Miller is the one who reviews the reports. Could you please provide me with official communication (last year it was via e-mail) that the reports are reviewed by Ms. Miller for the following:

CDBG - HUD 60002 Report
CDBG-R HUD 60002 Report
NSP-1 HUD 60002 Report
HOME HUD 60002 Report

Please, let me know if you have any questions.

Regards,
Stella

Click here to report this email as spam.

This message has been scanned for malware by SurfControl plc. www.surfcontrol.com

---------- Forwarded message ----------
From: "Valeria Miller" <VMiller@detroitmi.gov>
To: "Shirley Scott" <SScott@detroitmi.gov>

| | |
|---|---|
| **From:** | Valeria Miller |
| **To:** | Shirley Scott |
| **Date:** | 2/13/2013 8:21 PM |
| **Subject:** | Fwd: HUD 6002 Reports |
| **CC:** | Marja Winters |
| **Attachments:** | HUD 6002 Reports |

Shirley, as you revised the reports, please respond to the attached questions from Stella regarding the purpose of the revisions. Please email your response to me **by 1 pm February 14th**. This information is needed for a meeting with the auditors. Thanks

*\* Harrassed into submitting incomplete information and expected to explain why she directed me to send in incomplete information*



| | |
|---|---|
| **From:** | Valeria Miller |
| **To:** | Shirley Scott |
| **Date:** | 2/15/2013 8:51 PM |
| **Subject:** | Re: HUD Reports |
| **CC:** | Marja Winters |

Shirley, while mishaps do occur, the expectation is that the author of reports (you in this case), will apply careful attention in completing documents free from errors. The reviewer of your work should only need to do a cursory review. But even with that, obviously mistakes can still occur. I apologize for not catching the errors and pledge to review your work more closely in the future.

Secondly, you are also expected to follow up with the various team leads, division heads and/or other departments for requested information on a consistent basis. We can not continue to submit late or incomplete reports with the excuse of waiting for staff, other divisions and departments to submit information. Therefore, effectively immediately, the following procedure must be used in preparation for the annual reports:

1. You are to make quarterly requests for information throughout the year within 2 weeks after a quarter ends, from the various divisions and departments with projects subject to Section 3. This request must also be made to the Labor Standards Manager, as well. The first quarterly request must be made no later than April 12, 2013. Please advise if you are unaware who to forward a request to.
2. Information requests must be made in writing (preferably via email), with copies to me or whomever serves as your manager or supervisor to show evidence that you requested the information. Please advise if you do not receive a response within 2 weeks after the request is made.
3. As the annual report is due to HUD by October 1st each year, a last request for information for that years' report must be made to staff no later than the first business day in September. If staff do not respond or comply within 2 weeks before the report is due, please notify me (or your designated manager or supervisor) and/or Marja for assistance.
4. To ensure sufficient review and approval time, the completed draft report must be submitted to me no later than 1 week before the report is due to HUD. The draft must include an approval cover sheet (that you will create), where I (or your designated manager or supervisor) and the Deputy Director or Director will initial to evidence review and/or authorization of the report. Upon my sign off, you are to draft the cover letter for the Director or Deputy Director's signature and forward the complete packet to their office as directed. Upon their approval, you are to forward copies of the complete authorized packet (including the signed cover memo and approval cover sheet) to me (or your designated manager or supervisor) and the Director or Deputy Director based on which person signed the cover letter, within 24 hours after the packet is submitted to HUD. If the reports are emailed, I (or your designated manager or supervisor, must be copied on the email submission.
5. Should you discover that revisions are needed to the reports after submission to HUD, please draft a memo (with your signature) to the Director or Deputy Director explaining the purpose of the revision and follow the same approval procedure under #4 above for the revised reports. Your memo must be attached to the revised packet when submitting for approval. The cover letter for the Director or Deputy Director's signature must also include the purpose of the revision.
6. No reports are to be submitted to HUD without proper management approval.

For questions regarding this process, please see me. Thanks

>>> Shirley Scott 2/14/2013 12:31 PM >>>
I think you requested information from Housing Services in September of last year. If you cannot get the information and I cannot get the information, the director or deputy will have to instruct them to provide the information requested when due. Purchasing and Landbank had nothing to report. Angela accidentally submitted her information late, but I at least had the opportunity to submit something with the information she provided. There will be audit findings because of the review process. If they find simple errors like a date or a wrong figure, they will know that it is because the forms have not been reviewed.

Management needs to enforce Section 3 in the day-to-day operations of the department.

# INTEROFFICE MEMORANDUM

TO:      SHIRLEY SCOTT
         SECTION 3 COMPLIANCE

FROM:     ANGELA THOMPSON
         INTERIM LABOR STANDARDS SUPV.

SUBJECT:    NOTIFICATION OF CONTRACT AWARD REPORTS

DATE:      OCTOBER 5, 2011

PLEASE FIND ATTACHED THE NOTIFICATION OF CONTRACT AWARD FORMS RECEIVED IN THE LABOR STANDARDS UNIT FOR THE PERIOD OF JULY 1, 2011 TO SEPTEMBER 30. THE NEXT REPORT WILL BE FOR THE PERIOD ENDING DECEMBER 31, 2011.

*Still expected to use the same corrupt procedure*

ATTACHMENTS
RYB/AT

## NOTIFICATION OF CONTRACT AWARD

| 1) Hud Assisted Project | Name of Program<br>LANIER COURT APARTMENTS | Location<br>3801 HOLCOMB, DETROIT, MI | Number<br>HOME PROJECT |
|---|---|---|---|
| | Sponsor<br>CITY OF DETROIT | | Percent Minority Sponsorship<br>N/A |

| 2) Prime or Sole Contractor | Business Name<br>PAINIA DEVELOPMENT CORP | Name of Principal Owner<br>███████████ |
|---|---|---|
| | Address(Street-City/State/Zip)<br>28 W. ADAMS, STE 500, DETROIT, MI 48226 | Telephone No. (area code/number)<br>███████████ |
| | Internal Revenue Number<br>███████████ | Principal Owner (check applicable boxes) ☒ Male ☐ Female<br>☒ Black ☐ Hispanic ☐ Am Indian ☐ Asian ☐ White |

| 3) Sub-Contractor (if applicable) | Business Name<br>NELSON TILE AND MARBLE | Name of Principal Owner<br>███████████ |
|---|---|---|
| | Address (Street-City/State/Zip)<br>6480 MACK RD, HOWELL, MI 48855 | Telephone No. (area code/number)<br>███████████ |
| | Internal Revenue Number<br>███████████ | Principal Owner (check applicable boxes) ☒ Male ☐ Female<br>☐ Black ☐ Hispanic ☐ Am Indian ☐ Asian ☒ White |

| 4) Contract Awarded | Type of Contract (state trade or service)<br>FLOOR TILE INSTALLATION | check<br>applicable<br>box | ☒ Construction<br>☐ Service<br>☐ Supply |
|---|---|---|---|
| | Total Dollar Value<br>$3,168.00 | Check Tier<br>☐ Prime ☒ Sub ☐ Sub/Sub | |
| | Award Date<br>MAY 29, 2011 | If Joint Venture Amount of Minority $ N/A<br>Amount of Minority $ | |

This serves as such notification for the above contract.

RECEIVED
JUL 07 2011
CITY OF DETROIT
PLANNING AND DEVELOPMENT
LABOR STANDARDS

NELSON TILE AND MARBLE
_____
(name of contractor or sub-contractor)

By _____
(Signature)

Type/Print ██████████ - OWNER
Name and Title

Date 6/1/2011

✗ Sample, company did not meet the Section 3 threshold

# Contract and Subcontract Activity

## U.S. Department of Housing and Urban Development

OMB Approval No.: 2535-0117 (exp. 11/20/2009)

Public Reporting Burden for this collection of information is estimated to average .50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This information is voluntary. HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB Control Number.

Executive Order 12421 dated July 14, 1983, directs the Minority Business Development Plans shall be developed by each Federal Agency and that these annual plans shall establish minority business development objectives. The information is used by HUD to monitor and evaluate MBE activities against the total program activity and the designated minority business enterprise (MBE) goals. The Department requires the information to provide guidance and oversight for programs for the development of minority business enterprise concerning Minority Business Development. If the information is not collected HUD would not be able to establish meaningful MBE goals nor evaluate MBE performance against these goals.
While no assurances of confidentiality is pledged to respondents, HUD generally discloses this data only in response to a Freedom of Information request.

Privacy Act Notice - The United States Department of Housing and Urban Development, Federal Housing Administration, is authorized to solicit the information requested in this form by virtue of Title 12, United States Code, Section 1701 et seq., and regulations promulgated thereunder at Title 12, Code of Federal Regulations. It will not be disclosed or released outside the United States Department of Housing and Urban Development without your consent, except as required or permitted by law.

| Check if: | | |
|---|---|---|
| PHA | | |
| IHA | | |

| 4. Reporting Period | 5. Program Code (Not applicable for CPD programs). |
|---|---|
| Oct. 1 - Sept. 30 (Annual-FY) | See explanation of codes at bottom of page. Use a separate sheet for each program code. |

| 1. Grantee/Project Owner/Developer/Sponsor/Broker/Agency | | | | | | | | | | 2. Location (City, State, ZIP Code) | 6. Date Submitted to Field Office |
|---|---|---|---|---|---|---|---|---|---|---|---|

3a. Name of Contract Person

3b. Phone Number (Including Area Code)

| Grant/Project Number or HUD Case Number or other identification of property, subdivision, dwelling unit, etc. | Amount of Contract or Subcontract | Type of Trade Code (See below) | Contractor or Subcontractor Racial/Ethnic Code | Woman Owned Business (Yes or No) | Prime Contractor Identification (ID) Number | Subcontractor Identification (ID) Number | Sec. 3 | | Contractor/Subcontractor Name and Address 7j. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Name | Street | City | State | Zip Code |
| 7a. | 7b. | 7c. | 7d. | 7e. | 7f. | 7i. | 7g. | 7h. | |

## 7c: Type of Trade Codes:

CPD:
1 = New Construction
2 = Education/Training
3 = Other

Housing/Public Housing:
1 = New Construction
2 = Substantial Rehab.
3 = Repair
4 = Service
5 = Project Mangt.
6 = Professional
7 = Tenant Services
8 = Education/Training
9 = Arch./Engrg. Appraisal
0 = Other

## 7d: Racial/Ethnic Codes:
1 = White Americans
2 = Black Americans
3 = Native Americans
4 = Hispanic Americans
5 = Asian/Pacific Americans
6 = Hasidic Jews

## 5: Program Codes (Complete for Housing and Indian Housing programs only):
1 = All insured, including Section 8
2 = Flexible Subsidy
3 = Section 8 Noninsured, Non-HFDA
4 = Insured (Management)
5 = Section 202
6 = HUD-Held (Management)
7 = Public/Indian Housing

Previous editions are obsolete.

form HUD-2516 (8/98)

2300 CADILLAC TOWER
DETROIT, MICHIGAN 48226
PHONE 313•224•6380
FAX 313•224•1629
WWW.DETROITMI.GOV

CITY OF DETROIT
PLANNING AND DEVELOPMENT DEPARTMENT

February 4, 2013

U. S. Department of Housing and Urban Development
Office of Fair Housing and Equal Opportunity
Midwest Regional Office, Region V
Ralph H. Metcalfe Federal Building
77 West Jackson Boulevard – Room 2101
Chicago, Illinois 60604

Re: City of Detroit

To Whom It May Concern:

Attached please find Complaint against the City of Detroit.

The retaliation against me is ongoing. I believe I need the intervention of a federal judge to assist me. However, I have not found a prevailing case where a municipal employee or private citizen can file a claim of retaliation against an employer under Section 3. My salary comes from federally assisted funds, and I am unable to perform the duties associated with this essential service because of the retaliation tactics of the Mayor, director and deputy director, and manager II of the Planning and Development Department.

More importantly, the residents of Detroit are not receiving the economic opportunities they are entitled to. I cannot force the City to enlist my services in the pre-bid process or allow me to enforce compliance by withholding payments. The Financial Resources Management Division needs to be restructured. The Complainant should have enforcement authority. Representatives of the City think I can take a Notification of Contract Award Form and report on Section 3 Compliance. Compliance with Section 3 is not that simple. I have requested a meeting with the Mayor, but again there was no response. City officials turn a deaf ear with regard to Section 3, and I believe it is illegal to coerce an employee into reporting contractual information, when the employee cannot verify what contracts were actually awarded and the funding source used.

I hope to finally resolve this issue with the City with an official complaint from you. If you need additional information, please feel free to contact me at (313) 224-2378 or (313) 469-3984.

Warm regards,

Shirley Scott
Enclosures

*I could not file a second complaint but HUD advised the City and I was suspended

G.    **10:50 A.M. – PUBLIC HEARING – RE:** Proposed Ordinance to amend Chapter 61 of the 1984 Detroit City Code, 'Zoning,' Commonly Known as the Detroit Zoning Ordinance, ETC. (Motor City Casino) **(City Council City Planning Commission, Fiscal Analysis and Research and Analysis Divisions; Finance and Law departments)**

## UNFINISHED BUSINESS

1.    Status of **Council Member Kwame Kenyatta** request for Report about a Mass Demolition taking place on the Eastside of Detroit. **(AWAITING WRITTEN REPORT FROM ADMINISTRATION AND BUILDINGS, SAFETY ENGINEERING & ENVIROMENTAL DEPARTMENT) (BROUGHT BACK AS DIRECTED ON 2-14-13)**

2.    Status of **Council Member Watson's** request for a report from Planning and Development Department relative to Section 3 compliance to HUD funds. **(STILL AWAITING A RESPONSE FROM ADMINISTRATION) (BROUGHT BACK AS DIRECTED ON 2-14-13)**

3.    Status of **Council Member Watson's** request for the City Council to receive HUD correspondence that was sent to the Administration and then routed to the Planning and Development Department. **(STILL AWAITING HUD CORRESPONDENCE FROM ADMINISTRATION) (BROUGHT BACK AS DIRECTED ON 2-14-13)**

4.    Status of complaint from Ms. Francis Lewis Relative to Mayor Bing Project 14 Program as it relates to citizens of Detroit **(PULLED FROM THE EVENING COMMUNITY MEETING OF 1-15-13 – BROUGHT BACK AS DIRECTED)**

## NEW BUSINESS

**FINANCE DEPARTMENT/ADMINISTRATION**

5.    Submitting reso. autho. **Contract No. 86328 -** 100% City Funding – To Provide Zoning Appeals Services under the Director of Board of Zoning Appeals – Lyall T. Hoggatt, 7336 Abington, Detroit, MI 48228 – Contract Period:  March 1, 2013 through June 30, 2013 – $47.62 per hour – $380.96 per diem – Contract Amount Not to Exceed: $32,000.00.  **BOARD OF ZONING APPEALS (REFERRED TO THE PLANNING AND ECONOMIC DEVELOPMENT STANDING COMMITTEE ON 2-21-13)**

**CITY PLANNING COMMISSION**

6.    Submitting report relative to Proposal to amend the Zoning Ordinance, Chapter 61, Article XVII, District Maps Nos. 15A, 55, 56, and 70 by rezoning properties generally ranging from 8227 to 13600 Joy Road (including the Joy Road properties known as 8651 Roselawn, 8801 Dawes, 8700 Schaefer, 8800 Schaefer, and the B4 frontage of 8900 Cheyenne) from B4 to B2.  **(RECOMMEND APPROVAL) (REFERRED TO THE PLANNING AND ECONOMIC DEVELOPMENT STANDING COMMITTEE ON 2-21-13)**

| | |
|---|---|
| **From:** | Valeria Miller |
| **To:** | Shirley Scott |
| **Date:** | 3/4/2013 5:28 PM |
| **Subject:** | PROJECT INFORMATION |
| **CC:** | Angela Thompson |

Shirley, in an effort to provide you as much information as possible for Section 3 purposes, please be advised that Labor Standards will begin forwarding you copies of the "Request for Wage Decision" as received by the project managers. These documents include the project funding information that will assist you in identifying and tracking the funding source for the contract awards, as listed on the copies of the Notification of Contract Award (NOCA) Forms received from the Labor Standards Team. Please be reminded that the NOCA letters are prepared by the contractors and vendors who generally are unaware of the specific funding source (i.e. HOME, CDBG, NSP) on a project. However, as you begin to receive NOCA documents for future projects, you will notice that an "Internal use only" box has been added on the revised form. Feel free to use this area on the copies you receive to document the appropriate funding source for the stated contract, as identified on the copy of the "Request for Wage Decision" previously received. Should you find that our department provided multiple funding sources on a contract (i.e. HOME & NSP), you may need to contact the project manager for clarity as to the financing for each contract award on the project. For example, the NSP dollars may be used for acquisition and the HOME funds are allocated for rehabilitation work. So again, hopefully this will better assist you in tracking the contractors' awards throughout the year for Section 3 purposes. For questions, please contact me.
Thanks



# CITY OF DETROIT
## Human Resources Department
### Employee Services

Date of Application: <u>3-25-13</u>

Name: <u>Shirley A. Scott</u>                Social Security Number: ▆▆▆▆▆▆▆

Title: <u>Principal Dev. Spec.</u>            Pension Number: <u>211496</u>

Department: <u>Planning & Dev.</u>          Oracle Number: <u>4028</u>

Last Day of Work: <u>3-25-13</u>

     Your benefit banks are as follow: <u>0.0</u> Current Vacation Time <u>3.5</u> hrs.
Comp time <u>0.0</u> hrs. Swing Holiday and you will be prorated for <u>80.0</u> hrs
of Vacation time.

Your last day on the payroll will be: <u>4-10-13</u>
Your effective date of retirement will be: <u>4-11-13</u>

Any change in the last date worked, or if fringe bank time is used outside of the
calculations indicated above, could result in a delay in retirement processing. You
must contact the Finance Department-Pension Bureau on 224-3362 for an
appointment at least thirty (30) days prior to the projected retirement date.
Additionally the employee must complete the "Unused Sick Leave Declaration
Form" available from the Finance Department-Pension Bureau during the
interview process. Failure to complete the "Unused Sick Leave Declaration Form"
could result in a delay in retirement sick leave (RSL) payout.

I have reviewed all of the information indicated above and concur with the contents
of this application:

*Shirley Scott*
**Employee Name-Print**

*Shirley Scott*
**Employee Signature**

*Gloria Williams*
Gloria Williams

**Sr. Personnel and Payroll Clerk**
Title

C:   HRM/HRA
     HR Payroll Manager
     Pension Bureau
     Payroll

*With support no support from anyone I left after being suspended for insubordination*

GENERAL RETIREMENT SYSTEM
OF THE
CITY OF DETROIT

DETROIT, MI 48226-3413
PHONE 313-224-3362
TOLL FREE 800-339-8344
FAX 313-224-3522

August 15, 2013

SHIRLEY SCOTT
15654 SPRING GARDEN ST
DETROIT MI 48205-3529

Re: S-211496

Dear Ms. Scott:

On August 14, 2013, the Board of Trustees approved your Early Retirement, effective April 11, 2013.

You selected the Straight Life Retirement Allowance. Upon your death, your retirement allowance will stop. Your accumulated contributions from the Annuity Savings Fund will be refunded to you.

Your benefit will be approximately $1,805.65 per month. Your first check covering the period from April 11, 2013 through August 31, 2013 will be mailed to you on or about September 1, 2013.

Very truly yours,

**BOARD OF TRUSTEES**

General Retirement System

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

<u>Order Denying Motion for Relief from Automatic Stay</u>

On August 2, 2013, Shirley A. Scott filed a motion for relief from the automatic stay to pursue a "Retaliation Case against the Debtor." The City of Detroit filed a response to the motion on August 16, 2103. The Court has fully considered both the motion and the response and finds that a hearing would not aid the Court in its decision. The Court holds that there is no cause for relief from the automatic stay. Accordingly, the motion is DENIED.

**Signed on August 22, 2013**

                                    **/s/ Steven Rhodes**
                                    **Steven Rhodes**
                                    **United States Bankruptcy Judge**

*[handwritten annotation]* ✱ I had not officially retired when the attorney submitted their response

Shirley A. Scott
15654 Spring Garden St.
Detroit, MI 48205

May 27, 2014

The Honorable Mike Duggan, Mayor
City of Detroit
2 Woodward Avenue, Suite 1126
Detroit, MI 48226

Re: Reinstatement/Rehire and Whistleblower Protections

Dear Mayor Duggan:

Anti-retaliation laws were put in place to protect employees who report non-compliance with the law to supervisors or to government regulators. Whistleblower protections take a number of forms such as prohibiting employers from "discriminating," "retaliating" or taking "adverse employment actions" against employees for "filing complaints," "making protected disclosures" or reporting wrongdoing to government regulators with authority to investigate and stop the wrongdoing. After four years (4) of reporting non-compliance to City of Detroit Planning and Development Department's administrative staff, the former Mayor's Office, and former City Council persons, I filed a federal complaint against the City of Detroit because the City was non-compliant with Section 3 of the HUD Act of 1968, Complaint No. 05-11-006-3.

Compliance Whistleblowers who report wrongdoing in violations have protection under more than one law. Under federal laws, the Compliance Whistleblower can obtain reinstatement, back pay and compensatory damages for reputational harm and pain and suffering if an employer takes any of the following "adverse actions" against a Compliance Whistleblower:

- Firing or laying off
- Blacklisting
- Denying Promotion
- Suspension
- Failure to hire or rehire
- Intimidation
- Making Threats
- Reassignment affecting prospects for promotion

*Tried to work under a new administration*

As a Compliance Whistleblower, all of the above "adverse actions" have been taken against me except "firing or laying off." I requested early retirement in March 2013 after having been suspended for insubordination by Valeria Miller, one of the Defendants in a closed case I have against her and the City of Detroit, in violation of the Whistleblower Protection Act of 1989 and in retaliation for having filed another federal complaint against the City of Detroit in February 2013 for non-compliance with Section 3 of the HUD Act of 1968 and fraud in contracting.

Although I have not obtained counsel to represent me with regard to the Whistleblower Protection Act and the False Claims Act, I am still entitled to be reinstated by the City of Detroit. Gary Brown is a Whistleblower. Mr. Brown sued the City of Detroit, and a Wayne County jury awarded him over $3 million dollars in damages. Mayor, if you can appoint Mr. Brown as part of your administrative staff, with all due respect sir, I can be reinstated to manage Section 3 Compliance. Failure to rehire or reinstate me, no response will be construed as a denial to rehire/reinstate, will be in violation of the Whistleblower Protection Act and Sex Discrimination under Title VII.

On March 7, 2014, I met with Cassandra Farley of Human Resources and requested to be reinstated. As of today's date, I have not received the form to sign to be reinstated. This letter serves as a formal request to the City of Detroit for reinstatement. Should the City of Detroit create positions or contract positions with regard to federal compliance and/or monitoring and deny me the opportunity to apply and/or be reinstated, the City will be in violation of the Whistleblower Protection Act and other federal laws.

I could not rescind my early retirement request last year because my mother was diagnosed with bladder cancer, and I had to provide care for her. Dr. Frank of Channel 4 did an informative documentary on her, and she is featured in DMC Neighbors Spring 2014.

If you have any questions or need any additional information, please contact me at (313) 469-3984 or correspond at the above address.

Regards,

Shirley Scott

Cc: Brenda Jones, City Council President
Letitia Jones, City of Detroit Law Department

Patient Instructions (continued)
Allergies as of 8/20/2014
  No Known Drug Allergies

Your Vitals Were - Last Recorded

  OB Status                    Smoking Status
  Postmenopausal               Never Smoker

Ongoing Medical Issues

| ICD-9-CM | Noted - Resolved |
|---|---|
| Elevated hemoglobin A1c | 6/9/2014 - Present |
| Obesity | 6/9/2014 - Present |
| Vitamin D deficiency | 6/9/2014 - Present |
| H/O colonoscopy, normal 2/2010 | 6/9/2014 - Present |
| Unspecified retinal detachment--s/p SB OD-- 7/22/09 | 10/1/2013 - Present |
| Glaucoma suspect of both eyes | Unknown - Present |
| High myopia  -6.00 OU | Unknown - Present |
| Retinal hole or tear, right | Unknown - Present |
| Major depressive disorder, recurrent severe without psychotic features | 7/14/2009 - Present |

Immunizations Administered During the Admission Administered on Date of Encounter - 8/20/2014
  None

Result Summary

Health Maintenance Summary

| PAP SMEAR | | |
|---|---|---|
| MAMMOGRAM | | |
| HEPATITIS C SCREENING | | |
| LIPID PANEL | | |
| ADULT TDAP VACCINE | | |
| ADULT TD VACCINE | | |
| COLON CANCER SCREENING | Next Due | 2/9/2020 |
| HFHS ANNUAL SCREEN FOR DEPRESSION | Next Due | 6/23/2015 |
| INFLUENZA VACCINE | Next Due | 9/1/2014 |

*[handwritten: As a result of physical and pain and suffering caused by years of harassment]*

MyChart Signup

Henry Ford MyChart, our secure online patient portal, allows you to conveniently manage your health care needs from your home or office computer. As a registered user, you can send messages to your doctor, view test results, renew prescriptions, request appointments and more. To activate your account, go to www.HenryFord.com/MyChart.

Click on "Log in to MyChart Account" and then click on "Activate your Account" under the 'New User?' heading to access the new member activation page. Enter your MyChart Activation Code exactly as it appears below, your Medical Record Number (MRN), without leading zeros, and your Date of Birth (mm/dd/yyyy), then click Next. You will then be prompted to create a MyChart Login Username & Password, and enter a password reset security question & answer. Finally, you will need to enter your e-mail address to complete the activation process.

If you do not activate your account before the expiration date, you must request a new code.

    **MyChart Activation Code**: XSGZZ-HMW6X-5Q3WC
    Expires: 8/22/2014  1:23 PM

If you have questions, you can email HFMyChart@hfhs.org or call 1-800-HenryFord (800-436-7936). Remember, MyChart is **not** to be used for urgent needs. For medical emergencies, dial **911**.