# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

111 First Street
Bay City, MI 48708

211 W. Fort Street
17th Floor
Detroit, MI 48226

226 W. Second Street
Flint, MI 48502

---

**Order Party: Name, Address and Telephone Number**

Name _____ **Alfredo R. Pérez** _____

Firm _____ **Weil, Gotshal & Manges LLP** _____

Address _____ **700 Louisiana Street, Suite 1700** _____

City, State, Zip _____ **Houston, TX 77002** _____

Phone _____ **713-546-5000** _____

Email _____ **alfredo.perez@weil.com** _____

**Case/Debtor Name:** City of Detroit

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** _ Hon. Steven Rhodes

⊙ **Bankruptcy**      ○ **Adversary**

○ **Appeal**      **Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 09/10/2014      **Time of Hearing:** 8:30      **Title of Hearing:** Trial Adjournment

Please specify portion of hearing requested:   ⊙ **Original/Unredacted**   ○ **Redacted**      ○ **Copy** (2nd Party)

⊙ Entire Hearing      ○ Ruling/Opinion of Judge      ○ Testimony of Witness      ○ Other

Special Instructions: **Please email to juan.dominguez@weil.com**

---

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

⊙ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free
FTR Record Player™ onto your computer from
www.ftrgold.com

**Signature of Ordering Party:**

/s/ Alfredo R. Perez _____      Date: **9/10/2014** _____

By signing, I certify that I will pay all charges upon completion
of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                              Date          By

Order Received:

Transcript Ordered

Transcript Received

---

13-53846-tjt   Doc 7406   Filed 09/10/14   Entered 09/10/14 16:34:02   Page 1 of 1