UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                    Chapter 9
City of Detroit, Michigan,                Case No. 13-53846
        Debtor.                           Hon. Steven W. Rhodes
_____/

### Order Regarding Order Filed Under Seal (Dkt. #7285)