UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

**Certificate of Service**

The undersigned certifies that on the 5th day of September, 2014, she sent by electronic mail a copy of the Order Filed Under Seal at Dkt. #7285, to the parties who were required to be served with a copy of this order pursuant to the terms of the order.

                        /s/ Christine L. Sikula  
                        Deputy Clerk

Entered on September 11, 2014