**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                           Chapter 9

City of Detroit, Michigan,                                Case No. 13-53846

      Debtor.                                              Hon. Steven W. Rhodes

_____/

### Certificate of Service

The undersigned certifies that on the 10th day of September, 2014, she sent by electronic mail a copy of the Order Regarding Order Filed Under Seal, filed under seal at Dkt. #7409, to the parties who were required to be served with a copy of this order pursuant to the terms of the order.

                                                    /s/ Christine L. Sikula
                                                     Deputy Clerk

Entered on September 11, 2014