# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | Hon. Gerald E. Rosen |

## ORDER FOR CONTINUING MEDIATION

**TO:** The City of Detroit
Syncora Capital Assurance, Inc.
Syncora Guarantee, Inc.
UBS AG
SBS Financial Products Co., LLC
Merrill Lynch Capital Services, Inc.
Ambac Assurance Corp.
Black Rock Financial Management
Official Committee of Retirees
Wilmington Trust Company, National Association, as successor to U.S. Bank
   National Association, as Trustee and Contract Administrator
Financial Guaranty Insurance Corporation

**IT IS HEREBY ORDERED** that, unless otherwise excused by the mediator, the above-named noticed parties shall appear, with counsel and party-representatives **with full and complete settlement authority**, for continuing mediation on **Friday, September 12, 2014, at 10:00 a.m., and continuing day-to-day thereafter as deemed necessary, until released by the mediators,** in Room 722 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.

All parties and counsel are reminded that all proceedings, discussions, negotiation, and writings incident to mediation are privileged and confidential, and are not to be disclosed to any third-parties. *See* August 13, 2013 Mediation Order, Dkt. # 322.

1

**SO ORDERED.**

                                                              s/Gerald E. Rosen
                                                              United States District Chief Judge,
                                                               Judicial Mediator

Dated: September 11, 2014