IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHUGAN

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 13-53846 (SWR) |
| City of Detroit, Michigan | : |  |
|  | : |  |
| Debtors. | : |  |
|  | : |  |

**CERTIFICATE OF SERVICE**

I, Indira Y. Garcia, certify and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned case.

On August 12, 2014, I caused copies of the
- [Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re Docket Nos. 5592, 5750, 5752, 5753, 6414, 6415, 6416, 6452, 6453, 6454, 6488, and 6561]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: September 11, 2014

/s/ Indira Y. Garcia
Indira Y. Garcia
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.823.9000

# EXHIBIT A

## Exhibit A
## Rule 3001(e)(2) or 3001(e)(4)

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ballard Spahr LLP | Attn Vincent J. Marriott, III, Esq | 1735 Market Street, 51st Floor | | Philadelphia | PA | 19103 | | 1360 | $172,560,000.00 | $172,560,000.00 | 6414 | Notice Party |
| Ballard Spahr LLP | Attn Vincent J. Marriott, III, Esq | 1735 Market Street, 51st Floor | | Philadelphia | PA | 19103 | | 1358 | $152,510,000.00 | $152,510,000.00 | 6415 | Notice Party |
| Ballard Spahr LLP | Attn Vincent J. Marriott, III, Esq | 1735 Market Street, 51st Floor | | Philadelphia | PA | 19103 | | 1357 | $200,555,000.00 | $200,555,000.00 | 6416 | Notice Party |
| Bingham McCutchen LLP | Attn: Josh Dorchak | 399 Park Avenue | | New York | NY | 10022 | | 2970 | $55,000,000.00 | $20,000,000.00 | 6488 | Notice Party |
| Bingham McCutchen LLP | Attn: Josh Dorchak | 399 Park Avenue | | New York | NY | 10022 | | 1320 | $175,000,000.00 | $62,500,000.00 | 6561 | Notice Party |
| Bronze Gable, L.L.C. | Attn: Claims@bronzegable.net | PO Box 8446 | | New York | NY | 10150 | | 2970 | $55,000,000.00 | $20,000,000.00 | 6488 | Transferee |
| Bronze Gable, L.L.C. | Attn: Claims@bronzegable.net | PO Box 8446 | | New York | NY | 10150 | | 1320 | $175,000,000.00 | $62,500,000.00 | 6561 | Transferee |
| CitiGroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1320 | $175,000,000.00 | $175,000,000.00 | 5592 | Transferee |
| CitiGroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1320 | $175,000,000.00 | $435,000.00 | 5750 | Transferor |
| CitiGroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1320 | $175,000,000.00 | $1,834,000.00 | 5752 | Transferor |
| CitiGroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1320 | $175,000,000.00 | $231,000.00 | 5753 | Transferor |
| CitiGroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1320 | $175,000,000.00 | $231,000.00 | 6452 | Transferee |
| CitiGroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1320 | $175,000,000.00 | $1,834,000.00 | 6453 | Transferee |
| CitiGroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1320 | $175,000,000.00 | $435,000.00 | 6454 | Transferee |
| CitiGroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 2970 | $55,000,000.00 | $20,000,000.00 | 6488 | Transferor |
| CitiGroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1320 | $175,000,000.00 | $62,500,000.00 | 6561 | Transferor |
| Commerzbank AG London Branch | Attn Simon Bowmer | 30 Gresham Street | PO Box 52715 | London | | EC2P 2XY | England | 1360 | $172,560,000.00 | $172,560,000.00 | 6414 | Transferee |
| Commerzbank AG London Branch | Attn Simon Bowmer | 30 Gresham Street | PO Box 52715 | London | | EC2P 2XY | England | 1358 | $152,510,000.00 | $152,510,000.00 | 6415 | Transferee |
| Commerzbank AG London Branch | Attn Simon Bowmer | 30 Gresham Street | PO Box 52715 | London | | EC2P 2XY | England | 1357 | $200,555,000.00 | $200,555,000.00 | 6416 | Transferee |
| Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A | Attn Clifford Rooke | 1301 Avenue of the Americas, 35th Floor | | New York | NY | 10019 | | 1358 | $152,510,000.00 | $152,510,000.00 | 6415 | Transferor |
| Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A | Attn: Ansgar Herkert | Helfmann-Park 5 | | Eschborn | | 65760 | Germany | 1358 | $152,510,000.00 | $152,510,000.00 | 6415 | Notice Party |
| FMS Wertmanagement AoR | Attn Jonathan Gross | FMS Wertmanagement Service, GmbH | 622 Third Ave, 29th Floor | New York | NY | 10017 | | 1320 | $175,000,000.00 | $175,000,000.00 | 5592 | Transferor |
| HHLF L.P. | Attention Claudia Borg | c/o Stone Lion Partners Capital Partners L.P. | 555 Fifth Avenue, 18th Floor | New York | NY | 10017 | | 1320 | $175,000,000.00 | $435,000.00 | 5750 | Transferee |
| HHLF L.P. | Attention Claudia Borg | c/o Stone Lion Partners Capital Partners L.P | 555 Fifth Avenue, 18th Floor | New York | NY | 10017 | | 1320 | $175,000,000.00 | $435,000.00 | 6454 | Transferor |
| Hypothekenbank Frankfurt AG | Attn Clifford Rooke | 1301 Avenue of the Americas, 35th Floor | | New York | NY | 10019 | | 1360 | $172,560,000.00 | $172,560,000.00 | 6414 | Transferor |
| Hypothekenbank Frankfurt AG | Attn: Ansgar Herkert | Helfmann-Park 5 | | Eschborn | | 65760 | Germany | 1360 | $172,560,000.00 | $172,560,000.00 | 6414 | Notice Party |

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hypothekenbank Frankfurt International S.A. | Attn Clifford Rooke | 1301 Avenue of the Americas, 35th Floor | | New York | NY | 10019 | | 1357 | $200,555,000.00 | $200,555,000.00 | 6416 | Transferor |
| Hypothekenbank Frankfurt International S.A. | Attn: Ansgar Herkert | Helfmann-Park 5 | | Eschborn | | 65760 | Germany | 1357 | $200,555,000.00 | $200,555,000.00 | 6416 | Notice Party |
| LLSM L.P. | Attention Claudia Borg | c/o Stone Lion Partners Capital Partners L.P. | 555 Fifth Avenue, 18th Floor | New York | NY | 10017 | | 1320 | $175,000,000.00 | $1,834,000.00 | 5752 | Transferee |
| LLSM L.P. | Attention Claudia Borg | c/o Stone Lion Partners Capital Partners L.P | 555 Fifth Avenue, 18th Floor | New York | NY | 10017 | | 1320 | $175,000,000.00 | $1,834,000.00 | 6453 | Transferor |
| Permal Stone Lion Fund Ltd. | Attention Claudia Borg | c/o Stone Lion Partners Capital Partners L.P. | 555 Fifth Avenue, 18th Floor | New York | NY | 10017 | | 1320 | $175,000,000.00 | $231,000.00 | 5753 | Transferee |
| Permal Stone Lion Fund Ltd. | Attention Claudia Borg | c/o Stone Lion Partners Capital Partners L.P | 555 Fifth Avenue, 18th Floor | New York | NY | 10017 | | 1320 | $175,000,000.00 | $231,000.00 | 6452 | Transferor |
| Schiff Hardin LLP | Attn Rick L. Frimmer, J. Mark Fisher | 233 S. Wacker Drive, Ste 6600 | | Chicago | IL | 60606 | | 1320 | $175,000,000.00 | $175,000,000.00 | 5592 | Notice Party |

In re: City of Detroit, Michigan  
USBC Case No. 13-53846 (SWR)  
Page 2 of 2  
13-53846-tjt   Doc 7423   Filed 09/11/14   Entered 09/11/14 13:39:38   Page 4 of 4