UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                   Chapter 9
                                                         Case No. 13-53846
City of Detroit, Michigan,                               Hon. Steven W. Rhodes
         Debtor.
_____/

Fourth Order Overruling Objections to the City's Plan

Several parties have filed objections to City's Fourth, Fifth and Sixth Amended plans of adjustment. These objections were filed after the July 11, 2014 deadline set by the Court for individual retirees to file objections to the plan and the objecting parties have not established cause to file an untimely objection. Accordingly, the objections filed by the individuals listed below are overruled as untimely.

| | |
|---|---|
| Keith M. Hines | Dkt. #6070 |
| Calvin C. Turner | Dkt. #6071 |
| Vera C. Magee | Dkt. #6074 |
| Ila Tucker Shipp | Dkt. #6075 |
| Jesse J. Florence Sr. | Dkt. #6076 |
| Belinda A. Myers-Florence | Dkt. #6077 |
| Wanda Jan Hill | Dkt. #6079 |
| Earline Jones | Dkt. #6080 |
| Erroll Griffin | Dkt. #6081 |
| Demetria B. Wright | Dkt. #6083 |
| Curtis Brooks | Dkt. #6084 |
| Dolores H. Williams | Dkt. #6085 |
| Grover Kennedy | Dkt. #6086 |
| Brenda Davis | Dkt. #6196 |
| Delores E. Johnson | Dkt. #6198 |
| Gloria Patterson | Dkt. #6199 |
| Linda M. Lovelady | Dkt. #6200 |
| Gwendolyn Flowers | Dkt. #6202 |
| Ruby L. Gater | Dkt. #6203 |
| Calvin Carter | Dkt. #6440, #6441 |
| Daniel Dean | Dkt. #6184 |
| Michelle Weston | Dkt. #6204 |

| | |
|---|---|
| Katrina Henry | Dkt. #6294, #6368 |
| Ronald Danowski | Dkt. #6387 |
| Cecily R. McClellan | Dkt. #6388, #6389 |
| Lula Millender | Dkt. #6390 |
| Yvonne Williams-Jones | Dkt. #6391 |
| Gwendolyn Flowers | Dkt. #6420 |
| Mark L. Smith | Dkt. #6445 |
| Dorothy M. W. Baker | Dkt. #6446, #6626 |
| Judith A. Norwood | Dkt. #6482 |
| Patricia A. Lofton | Dkt. #6526 |
| Dennis Taubitz | Dkt. #6629 |
| Jasper Joseph | Dkt. #6637 |
| Thomas J. Cipollone | Dkt. #6855 |
| Dempsey Addison | Dkt. #6877 |
| Sheryl Davis | Dkt. #6880 |
| Donald Richardson | Dkt. #6881 |
| Katrina Henry | Dkt. #6959 |
| Carl Williams | Dkt. #6961, #6962 |
| Kenneth L. Emerson | Dkt. #7186 |

.

**Signed on September 11, 2014**

                                                    **/s/ Steven Rhodes**
                                                    **Steven Rhodes**
                                                    **United States Bankruptcy Judge**