UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

Order Overruling Objection to the City's Plan (Dkt. #7276)

On September 2, 2014 Patricia A. Beamon filed an objection to the City's Sixth Amended Plan of Adjustment. (Dkt. #7276) The objection was filed after the July 11, 2014 deadline set by the Court for individual retirees to file objections to the Plan and cause has not been established for filing this objection after the deadline. Accordingly, the objection is overruled as untimely.

.

**Signed on September 11, 2014**

                                                                     **/s/ Steven Rhodes**  
                                                                       **Steven Rhodes**  
                                                                        **United States Bankruptcy Judge**