UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Chapter 9
City of Detroit, Michigan,                      Case No. 13-53846
    Debtor.                  Hon. Steven W. Rhodes
_____/

### Order to Strike

On August 11, 2014, creditor Jeffrey Sanders filed a "Motion Acceding 'Confirmation Hearing'." (Dkt. #6633) A Notice of Deficient Pleading was issued by the court on September 3, 2014 because the motion did not have attached a proposed order or a completed form Notice of Motion and Opportunity to Object as required under L.B.R. 9014-1(b). A deadline of September 10, 2014 was set for correcting the deficiency. On September 10, 2014, the movant filed a corrected motion (Dkt. #7396), however, this motion was deficient also in that the required Notice of Motion and Opportunity to Object was not attached.

Accordingly, it is hereby ordered that the motions filed by Jeffrey Sanders (Dkt. ##6633, 7396) are stricken from the record for failure to comply with the motion procedure requirements of L.B.R. 9014-1(b).

.

**Signed on September 11, 2014**

                                                  /s/ Steven Rhodes
                                                  Steven Rhodes
                                                  United States Bankruptcy Judge