UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## COPS CREDITORS ORDER OF WITNESSES
## FOR PLAN CONFIRMATION HEARING

1. Syncora Capital Assurance Inc. and Syncora Guarantee Inc. ("Syncora"), Financial Guaranty Insurance Company ("FGIC") and the Ad Hoc COPs Holders[1] (collectively, with Syncora and FGIC, the "COPs Creditors") will, subject to any reservations contained herein, present their "will call" witnesses in the following order at the Plan confirmation hearing:

| No. | Name |
|---|---|
| 1. | Michael Hall |
| 2. | Kevin Murphy |
| 3. | Stephen Rosen |
| 4. | Cynthia Thomas |

---

[1] The "Ad Hoc COPs Holders" are: Dexia Crédit Local and Dexia Holdings, Inc.; Panning Capital Management, LP, on behalf of funds and accounts managed by it; Monarch Alternative Capital LP, on behalf of funds and accounts managed by it; Bronze Gable, L.L.C.; Aurelius Capital Management, LP, on behalf of its managed entities; Stone Lion Capital Partners L.P., on behalf of funds and accounts managed by it; BlueMountain Capital Management, LLC, on behalf of funds and accounts managed by it; and Deutsche Bank AG, London.

| 5.  | Ryan Bigelow |
| --- | --- |
| 6.  | Judith Kermans |
| 7.  | William "Flick" Fornia |
| 8.  | Victor Weiner |
| 9.  | Elizabeth Von Habsburg |
| 10. | Gary Evanko |
| 11. | Marcel Todd |
| 12. | Glenn D. Meyers |
| 13. | Stephen Spencer |

2. This order is subject to alteration based on the COPs Creditors' ongoing strategic considerations relating to the City's development of its case-in-chief and the time that is remaining. It is highly likely that the COPs Creditors will not call certain of the witnesses listed above, and the COPs Creditors reserve the right to remove witnesses from their will call list. The COPs Creditors reserve the right to offer testimony by deposition designation and/or counter-designation.

3. The COPs Creditors reserve the right to adjust this order of witnesses, as necessary, to accommodate scheduling conflicts. The COPs Creditors will do their best to notify the Court and the other parties involved in the hearing within two business days of a witness's anticipated testimony date if the order outlined above changes.

4. The COPs Creditors also hereby identify the following potential "may call" or rebuttal witnesses, whose precise order of presentation is not currently knowable:

| No. | Name |
| --- | --- |
| 1. | Sonya Mays |
| 2. | Shani Penn |
| 3. | Annemarie Erickson |
| 4. | Graham Beal |

5. The COPs Creditors reserve the right to call as a witness any may call or will call witness identified by parties supporting or objecting to the Plan.

*[Remainder of this page intentionally left blank.]*

Dated: September 9, 2014

Respectfully Submitted,

| | |
|---|---|
| *By: /s/ Alfredo R. Pérez* | KIRKLAND & ELLIS LLP |
| Alfredo R. Pérez | |
| WEIL, GOTSHAL & MANGES LLP | *By: /s/ Stephen C. Hackney* |
| 700 Louisiana Street, Suite 1700 | James H.M. Sprayregen, P.C. |
| Houston, TX 77002 | Ryan Blaine Bennett |
| Telephone: (713) 546-5000 | Stephen C. Hackney |
| Facsimile: (713) 224-9511 | KIRKLAND & ELLIS LLP |
| Email: alfredo.perez@weil.com | 300 North LaSalle |
| | Chicago, Illinois 60654 |
| – and – | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| Edward Soto | |
| WEIL, GOTSHAL & MANGES LLP | - and – |
| 1395 Brickell Avenue, Suite 1200 | |
| Miami, FL 33131 | Stephen M. Gross |
| Telephone: (305) 577-3177 | David A. Agay |
| Email: edward.soto@weil.com | Joshua Gadharf |
| | MCDONALD HOPKINS PLC |
| -and- | 39533 Woodward Avenue |
| | Bloomfield Hills, MI 48304 |
| Ernest J. Essad Jr. | Telephone: (248) 646-5070 |
| Mark R. James | Facsimile: (248) 646-5075 |
| WILLIAMS, WILLIAMS, | |
| RATTNER & PLUNKETT, P.C. | *Attorneys for Syncora Guarantee Inc.* |
| 280 North Old Woodward Avenue, Suite 300 | *and Syncora Capital Assurance Inc.* |
| Birmingham, MI 48009 | |
| Telephone: (248) 642-0333 | |
| Facsimile: (248) 642-0856 | |
| Email: EJEssad@wwrplaw.com | |
| Email: mrjames@wwrplaw.com | |
| | |
| *Attorneys for Financial Guaranty Insurance Company* | |

*By: /s/Kenneth E. Noble*
KATTEN MUCHIN ROSENMAN LLP
 Kenneth E. Noble
John J. Ramirez
575 Madison Avenue
New York, NY 10022-2585
Tel: (212) 715-9393
E-mail:
Kenneth.noble@kattenlaw.com
John. Ramirez@kattenlaw.com

*Counsel for Deutsche Bank AG, London*

*By: /s/ Deborah L. Fish*
ALLARD & FISH, P.C.
Deborah L. Fish
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Telephone: (313) 961-6141
Facsimile: (313) 961-6142

 - and -

KRAMER LEVIN NAFTALIS
& FRANKEL LLP
Thomas Moers Mayer
Jonathan M. Wagner
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for Dexia Crédit Local and Dexia Holdings, Inc., Panning Capital Management, LP, on behalf of funds and accounts managed by it, Monarch Alternative Capital LP, on behalf of funds and accounts managed by it, Bronze Gable, L.L.C., Aurelius Capital Management, LP, on behalf of its managed entities, Stone Lion Capital Partners L.P., on behalf of funds and accounts managed by it and BlueMountain Capital Management, LLC on behalf of funds and accounts managed by it*

5
13-53846-tjt    Doc 7433    Filed 09/11/14    Entered 09/11/14 15:55:42    Page 5 of 6

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                       :
 In re                                                 : Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             : Case No. 13-53846
                                                       :
                    Debtor.                            : Hon. Steven W. Rhodes
                                                       :
                                                       :
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2014 the *COPs Creditors Order of Witnesses for Plan Confirmation Hearing* was filed and served via the Court's electronic case filing and noticing system to all registered users that have appeared in the main Chapter 9 proceeding.

       /s/ Alfredo R. Pérez
Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com

Dated: September 9, 2014      *Attorney for Financial Guaranty Insurance Company*