# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case Number 13-53846<br>Honorable Steven W. Rhodes<br>Chapter 9 |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a)(1) and Federal Rules of Bankruptcy Procedure 8001(a), the City of Detroit appeals from the order of Bankruptcy Judge Honorable Steven W. Rhodes entered on July 30, 2014 (Doc. No. 6401). The names of all parties to the order appealed from and the names, addresses, telephone numbers, and e-mail addresses of their respective attorneys are as follows.

Party: **City of Detroit**

Attorneys: Jonathan S. Green
Stephen S. LaPlante
Timothy A. Fusco
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com
fusco@millercanfield.com

22813348.1\022765-00202
- 1 -
13-53846-tjt  Doc 7441  Filed 09/12/14  Entered 09/12/14 19:26:18  Page 1 of 7
13-53846-swr  Doc 6691  Filed 08/13/14  Entered 08/13/14 19:48:33  Page 1 of 7

David G. Heiman
Heather Lennox
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Party: **State of Michigan**

Attorneys: Matthew Schneider, Chief Legal Counsel
Aaron D. Lindstrom, Solicitor General
P.O. Box 30754
Lansing, Michigan 48909
Telephone: (517) 373-3203
SchneiderM7@michigan.gov
LindstromA@michigan.gov

Steven G. Howell, Special Assistant Attorney General
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3033
SHowell@dickensonwright.com

Parties: **Allen Park Retiree's Association, Inc.**
**Russell Pillar**

Attorneys: Mark A. Porter
MARK A. PORTER & ASSOCIATES, PLLC
551 East 11-Mile Road – Suite 3-D
P.O. Box 71527
Madison Heights, Michigan 48071-0527
(248) 547-1911
Fax: (248) 547-1911
mporter@map-law.com

Dated: August 13, 2014 Respectfully submitted,

By: /s/Timothy A. Fusco
Jonathan S. Green (P33140)
Stephen S. LaPlante (P48063)
Timothy A. Fusco (P13768)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com
fusco@millercanfield.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

ATTORNEYS FOR THE CITY OF DETROIT

**In re:** City of Detroit, Michigan

**Case No.:** 13-53846

**Debtor.**
_____/

City of Detroit, Michigan,

    **Appellant,**

  v.

Allen Park Retiree's Association, Inc. and Russell Pillar,

    **Appellee.**

**Adv. No.:**

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| X | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| ___ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ___ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ___ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| ___ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

**Date:** 8/13/2014

**Name:** /s/ Timothy A. Fusco

| Name and Address of Interested Parties |
|---|

Party: City of Detroit, Michigan

Attorneys:

Jonathan S. Green
Stephen S. LaPlante
Timothy A. Fusco
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. 150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com
fusco@millercanfield.com

David G. Heiman
Heather Lennox
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Party: State of Michigan

Attorneys:

Matthew Schneider, Chief Legal Counsel
Aaron D. Lindstrom, Solicitor General
P.O. Box 30754
Lansing, Michigan 48909
Telephone: (517) 373-3203
SchneiderM7@michigan.gov LindstromA@michigan.gov

Steven G. Howell, Special Assistant Attorney General
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3033
SHowell@dickensonwright.com


Parties: Allen Park Retiree's Association, Inc. and Russell Pillar

Attorney:

Mark A. Porter
MARK A. PORTER & ASSOCIATES, PLLC
551 East 11-Mile Road – Suite 3-D
P.O. Box 71527
Madison Heights, Michigan 48071-0527
(248) 547-1911
Fax: (248) 547-1911
mporter@map-law.com