Case No. 13-53846

Tommy Bankston
9946 Longacre
Detroit Mich. 48227

Response to Debtors Seventh Omnibus to Certain Claims do not change my Claim. Claim No. 475 Pension 100% No Cut

*Tommy Bankston*

FILED
2014 SEP 12 A 10:12
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit, Michigan    CASE NO: 13-53846
                                    CHAPTER: 9
            Debtor.
City_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on 9/12/14 (date of mailing), I served copies as follows:

1. Document(s) served:
   Response to Debtor's Seventh Omnibus Objection to Certain Claims

2. Served upon [name and address of each person served]:
   John A Simon
   Tamar N Dolcourt
   Foley + Lardner LLP
   500 Woodward Ave Ste. 2700
   Detroit Mich 48226

3. By First Class Mail.

Dated: 9/12/14          Tommy Bankston
                        (Signature)
                        Print Name: Tommy Bankston