UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re  
City of Detroit, Michigan  
       Debtor  
_____/

Chapter 9  
Case No. 13-53846  
Hon.: Steven W. Rhodes

## CREDITOR SUBMISSION OF WITNESS

NOW COMES, Creditor Irma Industrious in pro per and for her submission identifying the one (1) witness that she is allowed by this Court's Order dated August 20, 2014 regarding the Confirmation Hearing submits the following:

**Dennis Taubitz**

Respectfully submitted,

_____  
Irma Industrious  
In Pro Per  
Creditor  
3051 Lindenwood Drive,  
Dearborn, MI 48120  
(313) 460-4731

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven Rhodes

Debtor.

## PROOF OF SERVICE

I hereby certify that on September 12, 2014 (date of mailing), I served copies as follows:

1. Document(s) served:
   ① Creditor Submission of Witness
   ② Proof of Service

2. Served upon [name and address of each person served]:

   Heather Lennox
   Bruce Bennett
   Jones Day
   555 South Flower - Fiftieth Floor
   Los Angeles, CA 90071

3. By First Class Mail.

Dated: September 12, 2014

(Signature of ~~Debtor~~) Creditor

Print Name: Irma Industrious

(Signature of Co-Debtor)

Print Name: _____