Sept. 10, 2014

Clerk of the Court  TO: Clerk Case # 3644
USBA
211 W. Fort St.
Detroit, MI 48226

Claim # 3644

Dear Sir:

I have follow all of the rules about filing paper-work in regard to my claim regarding the City of Detroit. I have met every deadline. That is, I filed my claim on time, way before my claim was due.

Every paper work that was sent to me I filled them out and returned them right away.

Your claim is invalid because the claim was sent on time

Even the City of Detroit lawyer said that I would receive $20,000 as soon as the manager over the city funds finish his business with the city

Please be honest and fair and please correct the situation regarding my claim for injury with the City of Detroit.

Truly yours,
Janet Peete

Janet Peete
174 [illegible]
Inkster, MI 48141
1-248-910-0673

13-53846-tjt   Doc 7444   Filed 09/12/14   Entered 09/12/14 12:27:01   Page 1 of 1