UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re ) Chapter 9
)
CITY OF DETROIT, MICHIGAN, ) Case No. 13-53846
)
Debtor. ) Hon. Steven W. Rhodes
)

## SEALED ORDER