# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

In re: CITY OF DETROIT, MICHIGAN      Chapter 9

Debtor.      Case No. 13-53846

     Honorable Steven W. Rhodes

_____

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW STATE COURT AND FEDERAL COURT PERSONAL INJURY ACTIONS TO CONTINUE

Now comes Eddie Adams, a creditor in this case, by and through his attorneys Garris, Garris, Garris & Garris, P.C,, and moves this Court for entry of an Order Granting Relief from the Automatic Stay, and states as follows:

1. This is the Motion of Eddie Adams for relief from the automatic Stay.

2. He is seeking relief from the stay only to the extent that there is insurance coverage to cover his personal injury claim against the Debtor.

3. A proposed Order granting relief requested is attached as **Exhibit 1**.

4. Mr. Adams is a creditor in this Chapter 9 case as a result of a personal injury claim that he has against the Debtor.

5. Mr. Adams obtained a judgment against the City of Detroit in Wayne County Circuit Court on June 17, 2013. (Wayne County Case Number 11-13755-NO)

6. The City of Detroit appealed the judgment to the Michigan Court of Appeals. (**Eddie Adams v City of Detroit**, Michigan Court of Appeals Docket Number 317160)

7. The City's premises liability insurance carrier filed a declaratory action in the United States District Court, Eastern District of Michigan, Southern Division.

LAW OFFICES
**GARRIS, GARRIS, GARRIS & GARRIS, P.C.**
GARRIS LAW BUILDING
300 E. WASHINGTON STREET
ANN ARBOR, MICHIGAN 48104
Telephone: (734) 761-7282

(**Valley Forge Insurance Company v City of Detroit and Eddie Adams**, Case Number 13-11168)

8. Both actions were stayed after the City of Detroit filed for Chapter 9 bankruptcy.

9. On information and belief Debtor has insurance coverage which covers the injuries and losses sustained by Mr. Adams.

10. Mr. Adams wishes to continue with his claims in the State Court of Appeals and the United States District Court, and he has agreed to limit any recovery solely to the limits of the insurance coverage.

11. As indicated in the proposed Order attached as **Exhibit 1**, Mr. Adams requests that the Stay entered in this matter be lifted as to creditor Eddie Adams, for the purpose of proceeding on a claim against the debtor City of Detroit, and its personal injury insurance carrier Valley Forge Insurance Company, for injuries creditor sustained in an incident that occurred on or about November 14, 2009, but only to the extent that there is insurance coverage for this claim.

12. On July 17, 2014, counsel for Mr. Adams sent a proposed stipulated Consent Order Granting Relief from the Automatic Stay to Allow State Court and Federal Court Actions to Continue, and sought concurrence of Debtor's counsels and their insurance carrier's counsel for the relief requested.

13. That although more than 45 days have passed, concurrence has not been granted.

WHEREFORE, Mr. Adams moves this Court for entry of an Order granting relief from the automatic Stay to allow Mr. Adams to pursue his State Court personal

LAW OFFICES
**GARRIS, GARRIS, GARRIS & GARRIS, P.C.**
GARRIS LAW BUILDING
300 E. WASHINGTON STREET
ANN ARBOR, MICHIGAN 48104
Telephone: (734) 761-7282

injury claim, but only to the extent that there is insurance coverage for the claim, and grant him such other and further relief as this Court deems just.

September 12, 2014          /s/  *Jacalen J. Garris*
Jacalen J. Garris (P43576)
Michael J. Garris (P30185)
**GARRIS, GARRIS, GARRIS & GARRIS, P.C.**
Attorneys for Creditor Eddie Adams
300 East Washington Street
Ann Arbor, MI 48104
(734) 761-7282
jackieg70.3@gmail.com

*Mjgsec/adams/ bankruptcy/ motion stay lift/ motion to lift stay 9-12-14 lh*

LAW OFFICES
**GARRIS, GARRIS, GARRIS & GARRIS, P.C.**
GARRIS LAW BUILDING
300 E. WASHINGTON STREET
ANN ARBOR, MICHIGAN 48104
Telephone: (734) 761-7282