# EXHIBIT 1

LAW OFFICES
**GARRIS, GARRIS, GARRIS & GARRIS, P.C.**
GARRIS LAW BUILDING
300 E. WASHINGTON STREET
ANN ARBOR, MICHIGAN 48104
Telephone: (734) 761-7282

GARRIS, GARRIS, GARRIS & GARRIS, P.C.
LAW OFFICES
GARRIS LAW BUILDING
300 E. WASHINGTON STREET
ANN ARBOR, MICHIGAN 48104
Telephone: (734) 761-7282

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

In re: CITY OF DETROIT, MICHIGAN,    Chapter 9

Debtor    Case No. 13-53846

Honorable Steven W. Rhodes

_____

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO ALLOW STATE COURT AND FEDERAL COURT ACTIONS TO CONTINUE

This matter comes before the Court on Creditor Eddie Adams' Motion For Relief from the Automatic Stay to Allow State Court and Federal Court Personal Injury Actions to Continue.

**IT IS HEREBY ORDERED**:

1. Creditor Eddie Adams shall be granted relief from the Stay for the purpose of proceeding on a claim against the debtor **City of Detroit,** and its personal injury liability insurance carrier **Valley Forge Insurance Company**, for injuries creditor sustained in an accident that occurred on or about November 14, 2009, but only to the extent that there is insurance coverage for this claim.

2. Any recovery on the Claim shall be limited to the extent of the insurance coverage on the Claim, and any liability of debtor over the insurance limits shall be discharged under the Chapter 9 proceedings.

3. This lift of Stay applies to both the State Court action in the Michigan Court of Appeals, **Eddie Adams v City of Detroit**, Michigan Court of

2

Appeals Docket Number 317160, (Wayne County Case Number 11-13755-NO), and the Federal Court declaratory action in the United States District Court, Eastern District of Michigan, Southern Division, **Valley Forge Insurance Company v City of Detroit and Eddie Adams**, Case Number 13-11168.

DATE:_____   By: _____
                                                              Steven W. Rhodes
                                                              United States Bankruptcy Judge

*MJGsec/adams/bankruptcy/motion stay lift/order to lift stay Ex 1 9-12-14 lh*

LAW OFFICES
**GARRIS, GARRIS, GARRIS & GARRIS, P.C.**
GARRIS LAW BUILDING
300 E. WASHINGTON STREET
ANN ARBOR, MICHIGAN 48104
Telephone: (734) 761-7282