# EXHIBIT 3

Law Offices
**Garris, Garris, Garris & Garris, P.C.**
Garris Law Building
300 E. Washington Street
Ann Arbor, Michigan 48104
Telephone: (734) 761-7282

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re: CITY OF DETROIT, MICHIGAN     Chapter 9

Debtor.     Case No. 13-53846

    Honorable Steven W. Rhodes

_____

## CERTIFICATE OF SERVICE

Jacalen J. Garris certifies that on September 12, 2014, she filed electronically with the Court's Electronic Case Filing system the following:

- Motion for Relief from the Automatic Stay to Allow State Court and Federal Court Personal Injury Actions to Continue with attached Exhibit 1 (proposed Order)
- Notice of Motion for Relief from the Automatic Stay to Allow State Court and Federal Court Personal Injury Actions to Continue
- Certificate of Service

which will send electronic service to all interested parties via ECF, and by placing same in an envelope with sufficient postage thereon, and depositing same in a United States mail receptacle in the City of Ann Arbor, State of Michigan to:

| | |
|---|---|
| Kerr L. Moyer (P36067) | Ralph C. Chapa (P40612) |
| Straub, Seaman & Allen, P.C. | Kaufman, Payton & Chapa, P.C. |
| Attorney for City of Detroit | Attorney for Valley Forge Ins Co |
| (In State Appellate Action) | 30833 Northwestern Hwy, Suite 200 |
| 3152 Peregrine Dr. N.E., Suite 210 | Farmington Hills, MI 48334 |
| Grand Rapids, MI 49525 | (248) 626-5000 |
| (616) 530-6555 | rcchapa@kaufmanlaw.com |
| kmoyer@lawssa.com | |

September 12, 2014     /s/ Jacalen J. Garris_____
    Jacalen J. Garris (P43576)
    Michael J. Garris (P30185)
    **GARRIS, GARRIS, GARRIS & GARRIS, P.C.**
    Attorneys for Creditor Eddie Adams
    300 East Washington Street
    Ann Arbor, MI 48104
    (734) 761-7282
    jackieg70.3@gmail.com

*MJGsec/Adams/bankruptcy/motion lift stay/ certificate of service 9-12-14 lh*

LAW OFFICES
**GARRIS, GARRIS, GARRIS & GARRIS, P.C.**
GARRIS LAW BUILDING
300 E. WASHINGTON STREET
ANN ARBOR, MICHIGAN 48104
Telephone: (734) 761-7282