# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| In re: <br><br> CITY OF DETROIT, MICHIGAN <br><br> Debtor | Case No. 13-53846 <br><br> Chapter 9 <br><br> Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that the Macomb Interceptor Drain Drainage District filed *Withdrawal of Objections to the Plan of Adjustment of the City of Detroit Filed by Macomb County, by and through its Public Works Commissioner and Maintenance of Objections Filed by Macomb Interceptor Drain Drainage District and Brief on Public Works Commissioner's Authority to Prosecute Objections* [Dkt. No. 7448] with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record and also via electronic mail transmission to Debtors' counsel as detailed below:

| David Heiman - dgheiman@jonesday.com | Heather Lennox – hlennox@jonesday.com |
|---|---|
| Tom Wilson – tawilson@jonesday.com | Bruce Bennett – bbennett@jonesday.com |
| Geoffrey Irwin – girwin@jonesday.com | Gregory Shumaker – gshumaker@jonesday.com |
| Jonathan Green – greenj@millercanfield.com | Stephen LaPlante – laplante@millercanfield.com |

Dated: September 12, 2014

        DECHERT LLP

        By: /s/ *Allan S. Brilliant*
        Allan S. Brilliant
        Stephen M. Wolpert
        1095 Avenue of the Americas
        New York, NY 10016
        Telephone: (212) 698-3500
        Facsimile: (212) 698-3599
        allan.brilliant@dechert.com
        stephen.wolpert@dechert.com

        *Attorneys for Macomb Interceptor Drain Drainage District*