# EXHIBIT 2

Law Offices
**Garris, Garris, Garris & Garris, P.C.**
Garris Law Building
300 E. Washington Street
Ann Arbor, Michigan 48104
Telephone: (734) 761-7282

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re: CITY OF DETROIT, MICHIGAN        Chapter 9

Debtor                                   Case No. 13-53846

                                         Honorable Steven W. Rhodes

_____

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW STATE COURT AND FEDERAL COURT PERSONAL INJURY ACTIONS TO CONTINUE**

Eddie Adams has filed papers with the Court for relief from the Automatic Stay to allow State Court and Federal Court Personal Injury Actions to continue.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, within fourteen (14) days after service, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position at:

   United States Bankruptcy Court
   211 West Fort Street, Suite 2100
   Detroit, MI 48226

If you mail your response to the court for filing, you just mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to: Michael J. Garris-(see address below)

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

September 12, 2014                    /s/ *Jacalen J. Garris*
                                      Jacalen J. Garris (P43576)
                                      Michael J. Garris (P30185)
                                      **GARRIS, GARRIS, GARRIS & GARRIS, P.C.**
                                      Attorneys for Creditor Eddie Adams
                                      300 East Washington Street
                                      Ann Arbor, MI 48104
                                      (734) 761-7282
                                      jackieg70.3@gmail.com

*Mjgsec/adams/ bankruptcy/Motion Lift Stay/Notice 9-12-14*

LAW OFFICES
**GARRIS, GARRIS, GARRIS & GARRIS, P.C.**
GARRIS LAW BUILDING
300 E. WASHINGTON STREET
ANN ARBOR, MICHIGAN 48104
Telephone: (734) 761-7282