## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _Jo Anne G. Mondowney_
on *(date)* 9-11-14

☒ I served the subpoena by delivering a copy to the named person as follows: X Yvette Rice
PERSONAL SERVICE UPON YVETTE RICE, EXECUTIVE ASSISTANT TO
JOANNE MONDOWNEY on *(date)* THURSDAY ; or
SEPTEMBER 11, 2014 @ 2:15 pm

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 9-11-14

_____
*Server's signature*
STEVEN COTKENDALL
PROFESSIONAL INVESTIGATOR
*Printed name and title*
18770 FARMINGTON RD
LIVONIA MI 48152
*Server's address*

Additional information concerning attempted service, etc.: