UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: <br><br> CITY OF DETROIT, MICHIGAN, <br><br> Debtor, | Chapter 9 <br><br> No. 13-53846 <br><br> HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2014, I electronically filed STATE OF MICHIGAN'S CONCURRENCE IN THE CITY OF DETROIT'S BRIEF REGARDING THE AUTHORITY OF THE MACOMB COUNTY PUBLIC WORKS COMMISSIONER TO OBJECT TO CITY'S PLAN ON BEHALF OF MACOMB COUNTY (Docket No. 7457) with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                               */s/Matthew Schneider*
                                               Matthew Schneider
                                               Chief Legal Counsel
                                               Attorney for State of Michigan
                                               P.O. Box 30754
                                               Lansing, Michigan  48909
                                               (517) 373-3203
                                               SchneiderM7@michigan.gov
                                               [P62190]