# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
------------------------------------------------------------x
                                        :
In re                                   :  Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              :  Case No. 13-53846
                                        :
                    Debtor.             :  Hon. Steven W. Rhodes
                                        :
                                        :
------------------------------------------------------------x
```

## FINANCIAL GUARANTY INSURANCE COMPANY'S NOTICE OF WITHDRAWAL OF FINANCIAL GUARANTY INSURANCE COMPANY'S JOINDER IN SYNCORA'S MOTION TO EXCLUDE CERTAIN OF THE EXPERT OPINIONS OF MARTHA KOPACZ UNDER FEDERAL RULE OF EVIDENCE 702

**PLEASE TAKE NOTICE THAT:**

1.      Syncora Capital Assurance Inc. and Syncora Guarantee Inc. ("**Syncora**") filed *Syncora's Motion to Exclude Certain of the Expert Opinions of Martha Kopacz Under Federal Rule of Evidence 702* [Docket No. 6999] (the "**Motion**") on August 22, 2014.

2.      On August 22, 2014, Financial Guaranty Insurance Company ("**FGIC**") filed *FGIC's Joinder in the Motion* [Docket No. 7003] (the "**Joinder**").

3.      FGIC has informed counsel to the City of Detroit (the "**City**") that it would no longer be pursuing the Joinder.  The City has consented to withdrawal.

4.      FGIC hereby withdraws the Joinder [Docket No. 7003].

WEIL:\95090408\1\45259.0007

DATED:      September 12, 2014
            Houston, Texas

                              */s/ Alfredo R. Pérez*
                              Alfredo R. Pérez
                              WEIL, GOTSHAL & MANGES LLP
                              700 Louisiana Street, Suite 1700
                              Houston, TX 77002
                              Telephone: (713) 546-5000
                              Facsimile: (713) 224-9511
                              Email: alfredo.perez@weil.com

                              – and –

                              Edward Soto
                              WEIL, GOTSHAL & MANGES LLP
                              1395 Brickell Avenue, Suite 1200
                              Miami, FL 33131
                              Telephone: (305) 577-3177
                              Email: edward.soto@weil.com

                              – and –

                              Ernest J. Essad Jr.
                              Mark R. James
                              WILLIAMS, WILLIAMS, RATTNER &
                              PLUNKETT, P.C.
                              280 North Old Woodward Avenue, Suite 300
                              Birmingham, MI 48009
                              Telephone: (248) 642-0333
                              Facsimile: (248) 642-0856
                              Email: EJEssad@wwrplaw.com
                              Email: mrjames@wwrplaw.com

                              *Attorneys for Financial Guaranty Insurance
                              Company.*

WEIL:\95090408\1\45259.0007

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------------x
                                           :
 In re                                     : Chapter 9
                                           :
CITY OF DETROIT, MICHIGAN,                 : Case No. 13-53846
                                           :
                        Debtor.            : Hon. Steven W. Rhodes
                                           :
                                           :
------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2014 the *Financial Guaranty Insurance Company's Notice of Withdrawal of Financial Guaranty Insurance Company's Joinder in Syncora's Motion to Exclude Certain of the Expert Opinions of Martha Kopacz under Federal Rule of Evidence 702* was filed and served via the Court's electronic case filing and noticing system to all registered users that have appeared in this Chapter 9 proceeding.

> /s/ Alfredo R. Pérez
> Alfredo R. Pérez
> WEIL, GOTSHAL & MANGES LLP
> 700 Louisiana Street, Suite 1700
> Houston, TX 77002
> Telephone: (713) 546-5000
> Facsimile: (713) 224-9511
> Email: alfredo.perez@weil.com

Dated: September 12, 2014
      Houston, Texas

*Attorney for Financial Guaranty Insurance Company*