```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
```

-----------------------------------------------------------x
:
In re                                    : Chapter 9
:
**CITY OF DETROIT, MICHIGAN,**           : Case No. 13-53846
:
             Debtor.  : Hon. Steven W. Rhodes
:
:
-----------------------------------------------------------x

## JOINT NOTICE OF WITHDRAWAL OF
## MOTIONS TO EXCLUDE EXPERT TESTIMONY

**PLEASE TAKE NOTICE THAT:**

1. On August 22, 2014, Financial Guaranty Insurance Company ("**FGIC**") filed *FGIC's Motion to Exclude the Expert Opinion of Michael Plummer Regarding Discount Factors* [Docket No. 6983] (the "**Plummer Motion**"). On August 27, 2014, the City of Detroit (the "**City**") filed *The City's Opposition to FGIC's Motion to Exclude the Expert Opinion of Michael Plummer Regarding Discount Factors* [Docket No. 7121].

2. On August 22, 2014, the City filed *The City's Motion to Exclude Testimony of Victor Wiener* [Docket No. 7000], later superseded by the City's September 12, 2014 *Corrected Motion to Exclude Testimony of Victor Wiener* [Docket No. 7453] (the "**Wiener Motion**"). On August 27, 2014, FGIC filed *FGIC's Opposition to the City's Motion to Exclude Testimony of Victor Wiener* [Docket No. 7130].

3. The Plummer Motion and the Wiener Motion remain unresolved.

4. FGIC and the City have conferred about the Plummer Motion and the Wiener Motion and have agreed that the parties will no longer pursue these motions.

WEIL:\95090708\2\45259.0007

5. FGIC hereby withdraws the Plummer Motion [Docket No. 6983].

6. The City hereby withdraws the Wiener Motion [Docket No. 7453].

DATED: September 15, 2014

| | |
|---|---|
| */s/ Alfredo R. Pérez* | */s/ Bruce Bennett* |
| Alfredo R. Pérez | Bruce Bennett (CA 105430) |
| WEIL, GOTSHAL & MANGES LLP | JONES DAY |
| 700 Louisiana Street, Suite 1700 | 555 South Flower Street |
| Houston, TX 77002 | Fiftieth Floor |
| Telephone: (713) 546-5000 | Los Angeles, California 90071 |
| Facsimile: (713) 224-9511 | Telephone: (213) 243-2382 |
| Email: alfredo.perez@weil.com | Facsimile: (213) 243-2539 |
| | bbennett@jonesday.com |
| – and – | |
| | – and – |
| Edward Soto | |
| WEIL, GOTSHAL & MANGES LLP | David G. Heiman (OH 0038271) |
| 1395 Brickell Avenue, Suite 1200 | Heather Lennox (OH 0059649) |
| Miami, FL 33131 | JONES DAY |
| Telephone: (305) 577-3177 | North Point |
| Email: edward.soto@weil.com | 901 Lakeside Avenue |
| | Cleveland, Ohio 44114 |
| – and – | Telephone: (216) 586-3939 |
| | Facsimile: (216) 579-0212 |
| Ernest J. Essad Jr. | dgheiman@jonesday.com |
| Mark R. James | hlennox@jonesday.com |
| WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C. | |
| 280 North Old Woodward Avenue, Ste. 300 | – and – |
| Birmingham, MI 48009 | |
| Telephone: (248) 642-0333 | Thomas F. Cullen, Jr. (DC 224733) |
| Facsimile: (248) 642-0856 | Gregory M. Shumaker (DC 416537) |
| Email: EJEssad@wwrplaw.com | Geoffrey S. Stewart (DC 287979) |
| Email: mrjames@wwrplaw.com | JONES DAY |
| | 51 Louisiana Ave., N.W. |
| *Attorneys for Financial Guaranty Insurance Company.* | Washington, D.C. 20001 |
| | Telephone: (202) 879-3939 |
| | Facsimile: (202) 626-1700 |
| | tfcullen@jonesday.com |
| | gshumaker@jonesday.com |
| | gstewart@jonesday.com |

– and –

Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, Michigan 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

*Attorneys for the City of Detroit.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                          :
 In re                                    : Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                : Case No. 13-53846
                                          :
             Debtor.                      : Hon. Steven W. Rhodes
                                          :
                                          :
-------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2014 the *Joint Notice of Withdrawal of Motions to Exclude Expert Testimony* was filed and served via the Court's electronic case filing and noticing system to all registered users that have appeared in this main Chapter 9 proceeding.

                                  /s/ Alfredo R. Pérez
                                  Alfredo R. Pérez
                                  WEIL, GOTSHAL & MANGES LLP
                                  700 Louisiana Street, Suite 1700
                                  Houston, TX 77002
                                  Telephone: (713) 546-5000
                                  Facsimile: (713) 224-9511
                                  Email: alfredo.perez@weil.com

Dated: September 15, 2014             *Attorney for Financial Guaranty Insurance Company.*