UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | Hon. Gerald E. Rosen |

## EMERGENCY ORDER TO APPEAR FOR CONTINUING MEDIATION

**TO:** The City of Detroit
Diana Adams, President and CEO of
 Ambac Assurance Corporation,
Black Rock Financial Management
Official Committee of Retirees

**IT IS HEREBY ORDERED** that the above-named noticed parties with counsel and party-representatives **with full and complete settlement authority**, shall appear for continuing mediation on **Monday, September 15, 2014, at 10:00 a.m.,** in Room 722 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.

All parties and counsel are reminded that all proceedings, discussions, negotiation, and writings incident to mediation are privileged and confidential, and are not to be disclosed to any third-parties. *See* August 13, 2013 Mediation Order, Dkt. # 322.

**SO ORDERED.**

s/Gerald E. Rosen
United States District Chief Judge,
Judicial Mediator

Dated: September 14, 2014

1