# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor | Hon. Steven W. Rhodes |

## STIPULATION FOR WITHDRAWAL OF SATISFIED CLAIM OF ENFORCEMENT TECHNOLOGY, INC.

Enforcement Technology, Inc. ("Enforcement Technology") and the City of Detroit, Michigan (the "City"), by and through their undersigned counsel, stipulate as follows in support of the entry of the *Order Withdrawing Satisfied Claim of Enforcement Technology, Inc.* attached hereto as **Exhibit 1.**

1. On February 13, 2014, Enforcement Technology filed its proof of claim [Claim No. 1013] (the "Claim") in the amount of $75,315.23.

2. The Claim sought $15,295.00 as a claim under Section 503(b)(9) of the Bankruptcy Code and the remainder, $60,020.23, as a general unsecured claim.

3. In the ordinary course of its business, the City has paid Enforcement Technologies all of the amounts sought in the Claim.

4. Enforcement Technology hereby withdraws the Claim in its entirety because the Claim has been fully satisfied.

4. Nothing in this Stipulation or the proposed order attached hereto as Exhibit 1 addresses any post-petition claims which have arisen or may arise between the City and

Enforcement Technology.  Both parties fully reserve all of their respective rights with respect to any post-petition claims.

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** withdrawing the Claim.

Respectfully submitted by:

| **REINHART BOERNER VAN DEUREN, s.c.**<br><br>By: /s/ L. Katie Mason (w/consent)<br>L. Katie Mason<br>1000 North Water Street, Ste. 1700<br>Milwaukee, WI 53202<br>Phone: (414) 298-1000<br>kmason@reinhartlaw.com<br><br><br>*Counsel to Enforcement Technology, Inc.* | **FOLEY & LARDNER, LLP**<br><br>By: /s/ Tamar N. Dolcourt<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jsimon@foley.com<br>tdolcourt@foley.com<br><br>*Counsel to the City of Detroit, Michigan* |
|---|---|

Dated: September 15, 2014

4822-8571-8046.2