To whom it Concerns,    September 9 2014

I Lynnette Benson Am writing this letter in Response to the Debtor's fifth Omnibus Objection to the Certain Claims, Late filed Claims.

I do not want the Court to Eliminate or Change my Claim, or grant the Relief in the fifth omnibus Objection.

Thank you
Lynnette Benson