Claim No. 3564

September 11, 2014

Dennis E. Nessel
5539 Wilde Oak Way
Sarasota, Fl. 34232

Dennis E. Nessel
PMB 222
5824 Bee Ridge Rd.
Sarasota, Fl 34233

941-706-3904
lemonseed12@comcast.net

RE: City of Detroit Chapter 9 Bankruptcy, Case No. 13-53846 Hon. Steven W. Rhodes

Clerk of the Court
United States Bankruptcy Court
211 W. Fort St. Suite 2100
Detroit, Michigan 48226

John A. Simon
Tamar N. Dolcourt
Foley & Lardner LLP
500 Woodward Ave., Ste. 2700
Detroit, Michigan 48226

To all interested parties:

I recently received notice that my claim was disallowed because of late filing. I use a personal mail box for some mail. Unfortunately, all of my mail was not properly transferred since we moved. When I picked up my mail and realized that a claim was due, I signed the claim, immediately, and mailed it on February 19, 2014. It was recorded on February 24, 2014.

Because the loss of my pension would result in a great hardship, I am respectfully requesting the court to honor my proof of claim and not eliminate or change my claim pursuant to the debtor's objection.

In addition, I live in Florida and am requesting to be excused from attending the hearing scheduled for October 1, 2014.

Thank you for your consideration.

Sincerely,

Dennis E. Nessel

Enclosures: 1

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| MACERI, ROBERT J<br>6351 W EDSEL FORD FWY<br>DETROIT, MI 48210-2365 | 3666 | 03/21/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | LATE FILED |
| MCREYNOLDS, DONALD E.<br>10 BRANT CT<br>FREDERICKSBURG, VA 22406 | 3555 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | LATE FILED |
| MILLS, ROSALIND<br>16267 ROSSINI<br>DETROIT, MI 48205 | 3675 | 04/10/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$36,567.20 General Unsecured | LATE FILED |
| MOON, SINA C<br>18279 MONTE VISTA<br>DETROIT, MI 48221 | 3499 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | LATE FILED |
| NESSEL, DENNIS E<br>5824 BEE RIDGE RD. PMB 222<br>SARASOTA, FL 34233 | 3564 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | LATE FILED |
| NEWKIRT, BENJAMIN F JR<br>151 CLEBURNE PKWY, APT# 1204<br>HIKAM, GA 30141 | 3574 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | LATE FILED |
| OATES-FULWILEY, KRYSTAL<br>KRYSTAL FULWILEY<br>3644 MAXWELL<br>DETROIT, MI 48214 | 3603 | 02/25/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$9,180.00 General Unsecured | LATE FILED |
| OCCUPATIONAL AND REHAB<br>ATTN ACCOUNTS PAYABLE<br>P.O. BOX 47730<br>OAK PARK, MI 48237 | 3492 | 02/25/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$38,352.00 General Unsecured | LATE FILED |
| ONORATI, JUDITH<br>41817 LANGLEY DR<br>STERLING HEIGHTS, MI 48313-3131 | 3559 | 02/24/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | LATE FILED |
| PARKER, GINA<br>C/O THE LOBB LAW FIRM, P.C., DANIEL A.<br>GROVES<br>26321 WOODWARD AVE<br>HUNTINGTON WOODS, MI 48070 | 3581 | 02/25/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$50,000.00 General Unsecured | LATE FILED |
| PEETE, JANET<br>174 JOEL CT<br>INKSTER, MI 48141 | 3644 | 03/13/2014 | $0.00 Administrative Priority<br>$0.00 Secured<br>$0.00 Priority<br>$20,000.00 General Unsecured | LATE FILED |