In re: City of Detroit, Michigan                Case No. 13-53846
                                                Court ID (Court Use Only) _____

## NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Bronze Gable, L.L.C. | Name of Transferor:<br>Citigroup Global Markets Inc. |
|---|---|
| Notices to Transferee should be sent to:<br><br>Bronze Gable, L.L.C.<br>PO Box 8446<br>New York, NY 10150<br>Attn: claims@bronzegable.net<br><br>With a copy to:<br><br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022<br>Attn: Josh Dorchak<br>Email: joshua.dorchak@bingham.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#:<br>Name and Address where transferee payments should be sent (if different from above): | Last Four Digits of Acct.#: |
| Transferred Claim Amount: $15,000,000 | *This is a partial transfer of claim* |
| Court Claim No.:<br>1357 | |

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BRONZE GABLE, L.L.C.

By: _____
Name: Jonathan Smith
Title: Authorized Signatory

September 12, 2014

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.*

1

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court")
Attn: Clerk

AND TO: City of Detroit, Michigan (the "Debtor")
Case No. 13-53846 (the "Case")

Proof of Claim Number 1357

CITIGROUP GLOBAL MARKETS INC. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Bronze Gable, L.L.C.**
PO Box 8446
New York, NY 10150
Attn: claims@bronzegable.net

and its successors and assigns ("Purchaser"), all right, title and interest in and to the claims of Seller against the Debtor docketed as Proof of Claim Number 1357, solely to the extent of a $15,000,000 portion thereof (the "Purchased Claim") in the Case in the Bankruptcy Court.

Seller hereby waives any objection to the transfer of the Purchased Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Purchased Claim and recognizing the Purchaser as the sole owner and holder of the Purchased Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Purchased Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 12, 2014.

CITIGROUP GLOBAL MARKETS INC.

Signature: _____
Name/Title: DOUGLAS VISSICCHIO / MANAGING DIRECTOR

BRONZE GABLE, L.L.C.

By: _____
Name: Jonathan Smith
Title: Authorized Signatory

2

A/76274387.2