UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order to Strike

On August 21, 2014, creditor James Davis filed a "Motion for a Continuance to Eliminate All Debts of Detroit." (Dkt. #6952) A Notice of Deficient Pleading was issued by the court on September 3, 2014 because the motion did not have attached a proposed order, a certificate of service, or a completed form Notice of Motion and Opportunity to Object as required under L.B.R. 9014-1(b). A deadline of September 10, 2014 was set for correcting the deficiency. The Court notes that the certificate of service was filed on August 28, 2014, however, as of this date movant has not filed a completed form Notice of Motion and Opportunity to Object or a proposed order.

Accordingly, it is hereby ordered that the motion filed by James Davis (Dkt. #6952) is stricken from the record for failure to comply with the motion procedure requirements of L.B.R. 9014-1(b).

.

**Signed on September 15, 2014**

                                                     /s/ Steven Rhodes  
                                                     **Steven Rhodes**  
                                                     **United States Bankruptcy Judge**