UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  　　　　　　　　　　　　　　　　　　　　　Chapter 9
City of Detroit, Michigan,  　　　　　　　　　　　　Case No. 13-53846
　　　Debtor.  　　　　　　　　　　　　　　　　　Hon. Steven W. Rhodes
_____/

### Order to Strike

On August 29, 2014, creditors Carl Williams and Hassan Aleem filed a "Verified Motion for Summary Judgement and Incorporated Brief of Magistrate Judge Steven W Rhodes Case No. 13-53846 Including Issued Orders August 7 & 13, 2014 Docket Nos. 6584 and 6699." (Dkt. #7283)  A Notice of Deficient Pleading was issued by the court on September 5, 2014 because the motion did not have attached a proposed order or a completed form Notice of Motion and Opportunity to Object as required under L.B.R. 9014-1(b).  A deadline of September 12, 2014 was set for correcting the deficiency. As of this date the missing documents have not been filed, nor has the court received a request for an extension of time to file the documents.

Accordingly, it is hereby ordered that the motion filed by Carl Williams and Hassan Aleem (Dkt. #7283) is stricken from the record for failure to comply with the motion procedure requirements of L.B.R. 9014-1(b).

.

**Signed on September 15, 2014**

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Steven Rhodes
　　　　　　　　　　　　　　　　　　　　　　　　　Steven Rhodes
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge