UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re: CITY OF DETROIT, MICHIGAN　　　　　Chapter 9

Debtor.　　　　　　　　　　　　　　　　　　Case No. 13-53846

　　　　　　　　　　　　　　　　　　　　　Honorable Steven W. Rhodes

_____

## NOTICE OF WITHDRAWAL OF PLEADINGS

　　Jacalen J. Garris, attorney for creditor Eddie Adams hereby withdraws Docket numbers 7449 and 7451.

September 15, 2014　　　　　　　/s/ Jacalen J. Garris
　　　　　　　　　　　　　　　　Jacalen J. Garris (P43576)
　　　　　　　　　　　　　　　　Michael J. Garris (P30185)
　　　　　　　　　　　　　　　　**GARRIS, GARRIS, GARRIS & GARRIS, P.C.**
　　　　　　　　　　　　　　　　Attorneys for Creditor Eddie Adams
　　　　　　　　　　　　　　　　300 East Washington Street
　　　　　　　　　　　　　　　　Ann Arbor, MI 48104
　　　　　　　　　　　　　　　　(734) 761-7282
　　　　　　　　　　　　　　　　jackieg70.3@gmail.com

*MJGsec/Adams/bankruptcy/motion lift stay/ Withdrawal of pleadings 9-15-14*

LAW OFFICES
**GARRIS, GARRIS, GARRIS & GARRIS, P.C.**
GARRIS LAW BUILDING
300 E. WASHINGTON STREET
ANN ARBOR, MICHIGAN 48104
Telephone: (734) 761-7282