# EXHIBIT 3

LAW OFFICES
**GARRIS, GARRIS, GARRIS & GARRIS, P.C.**
GARRIS LAW BUILDING
300 E. WASHINGTON STREET
ANN ARBOR, MICHIGAN 48104
Telephone: (734) 761-7282

LAW OFFICES
GARRIS, GARRIS, GARRIS & GARRIS, P.C.
GARRIS LAW BUILDING
300 E. WASHINGTON STREET
ANN ARBOR, MICHIGAN 48104
Telephone: (734) 761-7282

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

| | |
|---|---|
| In re: CITY OF DETROIT, MICHIGAN | Chapter 9 |
| Debtor. | Case No. 13-53846 |
| | Honorable Steven W. Rhodes |

_____

### CERTIFICATE OF SERVICE

Jacalen J. Garris certifies that on September 12, 2014, she filed electronically with the Court's Electronic Case Filing system the following:

- ➢ Motion for Relief from the Automatic Stay to Allow State Court and Federal Court Personal Injury Actions to Continue with attached Exhibit 1 (proposed Order)
- ➢ Notice of Motion for Relief from the Automatic Stay to Allow State Court and Federal Court Personal Injury Actions to Continue
- ➢ Certificate of Service

which will send electronic service to all interested parties via ECF, and by placing same in an envelope with sufficient postage thereon, and depositing same in a United States mail receptacle in the City of Ann Arbor, State of Michigan to:

| | |
|---|---|
| Kerr L. Moyer (P36067)<br>Straub, Seaman & Allen, P.C.<br>Attorney for City of Detroit<br>(In State Appellate Action)<br>3152 Peregrine Dr. N.E., Suite 210<br>Grand Rapids, MI 49525<br>(616) 530-6555<br>kmoyer@lawssa.com<br>September 15, 2014 | Ralph C. Chapa (P40612)<br>Kaufman, Payton & Chapa, P.C.<br>Attorney for Valley Forge Ins Co<br>30833 Northwestern Hwy, Suite 200<br>Farmington Hills, MI 48334<br>(248) 626-5000<br>rcchapa@kaufmanlaw.com |

                                       /s/ *Jacalen J. Garris*_____
                                        Jacalen J. Garris (P43576)
                                        Michael J. Garris (P30185)
                                        **GARRIS, GARRIS, GARRIS & GARRIS, P.C.**
                                        Attorneys for Creditor Eddie Adams
                                        300 East Washington Street
                                        Ann Arbor, MI 48104
                                        (734) 761-7282
                                        jackieg70.3@gmail.com

*MJGsec/Adams/bankruptcy/motion lift stay/ certificate of service 9-15-14 lh*