Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **10/1/14** at **10:00 AM** to consider and act upon the following:

*6652* – Motion for Relief from Stay Re: Motion to Clarify, or in the Alternative Lift the Automatic Stay . Fee Amount $176, Filed by Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL−CIO (Attachments: # 1 Index Summary of Attached Exhibits # 2 Exhibit Exhibit 1 # 3 Exhibit Exhibit 2 # 4 Exhibit Exhibit 3 # 5 Exhibit Exhibit 4 # 6 Exhibit Exhibit 5 # 7 Exhibit Exhibit 6 # 8 Exhibit Exhibit 7 # 9 Exhibit Exhibit 8 # 10 Exhibit Exhibit 9 # 11 Exhibit Exhibit 10) (Mack, Richard)

Dated: 9/16/14

                BY THE COURT

                Katherine B. Gullo
                Clerk, U.S. Bankruptcy Court

                BY: christine sikula
                Deputy Clerk