# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## SYNCORA GUARANTEE INC. AND SYNCORA CAPITAL ASSURANCE INC.'S NOTICE OF WITHDRAWAL OF PLAN OBJECTIONS

PLEASE TAKE NOTICE that Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (together, "Syncora") are pleased to confirm that a comprehensive settlement has been reached with the Debtor subject to execution and delivery of definitive documentation reasonably acceptable to Syncora and the Debtor, which was described on the record at the hearing commencing September 15, 2014 (the "Settlement").

PLEASE TAKE FURTHER NOTICE that, accordingly, Syncora hereby withdraws its plan objections, filed at Docket Nos. 4679, 5706, 6009, 6651, 7041, 7150, and its participation in Docket No. 7103 (collectively, the "Plan Objections"), without prejudice and subject to Syncora's retaining the right to assert such objections in the event the Settlement is not approved or is otherwise terminated and will support the proposed chapter 9 plan in this case, as amended to reflect the Settlement.

1

PLEASE TAKE FURTHER NOTICE that the Plan Objections will be withdrawn with prejudice upon completion of definitive documentation and confirmation of the plan.

Dated: September 16, 2014          Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By: */s/ Ryan B. Bennett*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*