UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
------------------------------------------------------- x
                                                        :
In re                                                   :    Chapter 9
                                                        :
CITY OF DETROIT, MICHIGAN,                              :    Case No. 13- 53846
                                                        :
                Debtor.                                 :    Hon. Steven W. Rhodes
                                                        :
                                                        :
                                                        :
------------------------------------------------------- x
```

# ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND CREDITORS REGARDING ADJOURNMENT OF THE HEARING ON PLAN CONFIRMATION

The Stipulation By and Between the City of Detroit, Michigan and Creditors Regarding Adjournment of the Hearing on Plan Confirmation (the "**Stipulation**")[1] having been entered into by and between the City of Detroit, Michigan (the "**City**") and Objecting Creditors on September 16, 2014; the Court having reviewed the Stipulation; the Court finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that this is a core proceeding pursuant to 28 U.S.C. § 157 (b); and the Court being fully advised in the premises;

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

This Court finds that:

1. The Stipulation is approved;

2. The hearing on plan confirmation shall be adjourned from Friday, September 19, 2014 until Monday, September 29, 2014 at 8:30 a.m. in Room 100, Theodore Levin U. S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan, and shall follow the Court's Eighth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment [Docket No. 6699] (the "**Scheduling Order**") thereafter;

3. Any supplemental objections to the Seventh Amended Plan shall be filed by Friday, September 19, 2014;

4. Responses to supplemental objections to the Seventh Amended Plan shall be filed by Friday, September 26, 2014;

5. Fact discovery, if any, regarding the Seventh Amended Plan shall occur between September 19, 2014 and September 28, 2014;

6. Supplemental expert reports based on the Seventh Amended Plan, if any, shall be served, but not filed, by September 29, 2014;

7. Any witness serving a such supplemental expert report may be deposed at any time prior to his testimony;

8. The Objecting Creditors may call Mr. Kevin Murphy as an expert witness in support of their objections to the Seventh Amended Plan;

9. The plan supporters may take Mr. Murphy's deposition prior to his testimony;

10. The provisions of the Court's Scheduling Order shall remain in full force and effect except as modified by the Stipulation.

**Signed on September 17, 2014**

                                                **/s/ Steven Rhodes**
                                                **Steven Rhodes**
                                                **United States Bankruptcy Judge**