UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

In re

                                                                           Chapter 9 Case No. 13-53846

CITY OF DETROIT, MICHIGAN       Hon. Steven Rhodes

       Debtor,
_____

## PROOF OF SERVICE

    I hereby certify that on September 16, 2014, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, and I served the papers on the attorney for Anthony Fairgrieve via email.

            /s/Michael M. Muller