IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: ) Chapter 9
)
) Case No. 13-53846
CITY OF DETROIT, MICHIGAN, )
) Hon. Steven W. Rhodes
)
Debtor. )

## ORDER GRANTING EX PARTE MOTION OF EDWARD GEORGE CARTER FOR LEAVE TO FILE RESPONSE TO DEBTOR'S FIFTH OMNIBUS OBJECTION TO CERTAIN CLAIMS IN THE TRADITIONAL MANNER

At a session of said Court, held in the
City of Detroit, County of Wayne, State of
Michigan, on _____.

PRESENT: HONORABLE _____

This matter coming before the Court on the *Ex Parte* Motion of Edward George Carter for Leave to File Response to Debtor's Fifth Omnibus Objection to Certain Claims in the Traditional Manner, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Edward George Carter is granted leave to file his response to the Debtor's objection to his claim in the traditional manner.

_____
UNITED STATES BANKRUPTCY JUDGE