September 15, 2014

FILED
2014 SEP 17 P 3:28
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Dear Court,

My Son Mark is a retired Detroit fireman,

On his graduation day his class wore Black armbands, already several of his classmates were killed in a building that blew up - Why He wanted to keep on is past my understanding, now in his fiftys with a wife and two young sons to feed the City is already going after his medical Coverage, and now his pension.

The money lawyers and those who hired them have never ever pushed open a door to get into a burning house & found dead children on the other side.

They have never had the nightmares firemen have had.

They have never saved a life.

I know you will be fair in your Judgement.

his mom

Thank you   Dolores McWees

13-53846-tjt   Doc 7550   Filed 09/17/14   Entered 09/17/14 16:03:45   Page 1 of 1