Clerk of the court  Sept 3, 2014

US bankruptcy Court

211 W. Fort street, suite 2100

Detroit MI 48226

John A. Simon

Tamar N. Dolcourt

Foley & Lardner LLP

500 Woodward Ave., Ste 2700

Detroit, MI 48226



In re City of Detroit, Michigan 62354

c/o KCC

2335 Alaska Ave.

El Segundo, CA 90245

To the Honorable Judge Rhodes, (My attorneys) Attys KCC, Attys Foley & Lardner LLP;

My case was already on file, filed ( filed by the KCC Attorneys 2335 Alaska Ave, El Segundo, CA 90245....with the Detroit retirees/DEATH DUTY PENSION).

**So my case is and was filed on time. I was seeking to file additional information.** I did not **replace the original filing with the additional info.**

**I sent additional info by certfied mail and it should have arrived on time. This "additional info" is the info that the city is claiming was late.... not the originigal filing by the city of Deroit retiree's**

1

## Attorneys. This should not hinder my case as I am under case # 13-53846 with the rest of the city of Detroit retirees.

I believe this additional info was intentionally held up as I sent it by certified mail. A neighbor (who is in law enforcement) has been arrested, this investigation is ongoing so I can't discuss it. But this neighbor was an accomplice to breaking into my home (about 2008) and stealing among other crimes (including tampering with my mail since 2007), a benefits letter detailing my Pension benefits and taking it to the city of Detroit to have my pension taken away or maybe replaced with maybe a lessor benefit that I wouldn't have agreed with. The city of Detroit will not answer my questions as to why my pension never started.

This will not go away if not resolved with this bankruptcy court. Especially since there has been arrests made. It wll be revisited when the criminal case begans, at that time I will ask for additional considerations (pain and suffering etc) and costs to be met by the city of Detroit. Right now I'm only asking for what was promised to me when my husband died working for the city.

My husband was carelessly killed working for the city of Detroit when I was 8 months pregnant and we had a two year old toddler. I was in my 40s so I was/am an older mom. My late husband was in the hospital recovering from Diabetic ketoacidosis. His supervisors desperately needed someone to drive from Detroit to Port Huron and had visited him in the hospital.

He was the only one willing to drive to Port Huron before he was rushed to the hospital with Diabetic ketoacidosis. He complained about driving to Port Huron shortly after he was released from the hospital, but his supervisors had him driving that long distant shortly after his release from the hospital anyway. They knew no one else would go. They also had him working long hours. He was killed on his way to Port Huron for the city of Detroit, shortly after being released from the hospital with diabetic ketoacidosis.

## The city of Detroit made me fight tooth and nail even to retain my HAP benefits to deliver our child, one month after my husband was carelessly killed ( in the line of duty) working for them and also for my death "benefits" pension. I also had a grieving two year old.

This pension was supposed to start in or about Feb 2009. Again (about 2008) my Death pension benefits letter was stolen from my closet and taken to the city of Detroit, by a neighbor (and his

2

accomplices) who is in law enforcement, he is under investigation for outrageous public corruption against my family. He has been arrested and charged already. I believe he took my benefits letter to Mr Stampor, to try to get him to deny my pension. The city of Detroit have tried to cheat me and my fatherless children out of this pension since then.

I believe they tried to replace it without my permission with a lessor benefit or illegally take it away. Please do not allow this injustice to take place. The city of Detroit refused to answer any of my questions regarding my death duty pension. I DID not agree to any thing other than my death duty pension. I can't show my son (I was 8 months pregnant with him when his father was killed) a picture of his father holding my daughter because he grieves as he never met his father, don't have any memories of his voice, his hugs, touch.

This court preceeding will help my fatherless children and I get answers and finally justice. Please don't allow the city of Detroit to illegally strip us of my husband ...my children's father and now our pension.

This pension is detailed in the letter enclosed (which details what happens when an employee dies, working for the city). The city of Detroit ignores my questions as to why my Pension never started. They give me the runaround or refuse to take my calls. They were not supposed to illegally switch or deny my family of this "DEATH BENEFIT."

Again I am under the attorneys for the city of Detroit retirees"s original filing, which was on time. The additional info does not replace the original filing.

Again This court preceeding will help my fatherless children and I get answers from the city of Detroit and finally justice.

Sincerely

Linda Lynk

case # 13-53846

24510 Manistee

Oak Park, MI 48237

lindaclynk@live.com

3

# SUMMARY OF PLAN BENEFIT PROVISIONS CON'T

a salary level equal to final compensation. The pension is recomputed with additional service credit granted from the date of disability to the conversion date with no maximum.

## NON-DUTY DISABILITY RETIREMENT

**ELIGIBILITY** – Disability from any cause before age 60 with 10 or more years of service.

**ANNUAL AMOUNT** – Computed in the same manner as a regular retirement benefit. Effective January 1, 1999, the maximum annual pension to age 60 is $6,000. Benefit is recomputed at age 60 with no maximum.

## DUTY DEATH BEFORE RETIREMENT

**ELIGIBILITY** – Death from service-related causes. No age or service requirements.

**ANNUAL AMOUNT** – One-third of final compensation to the surviving spouse for life or until remarriage, plus an equal share of 1/4 of final compensation to each unmarried child under age 18. If there is no eligible spouse, eligible children each receive 1/4 of final compensation; if there are more than 2 such children, each child shares an equal part of 1/2 of final compensation. Maximum total amount for spouse and children is $9,000 annually. If there is no eligible spouse or children, dependent parents each receive 1/6 of deceased's final compensation, to a total maximum of $600 annually.

## NON-DUTY DEATH BEFORE RETIREMENT

**ELIGIBILITY** – Death in service at any age with 20 years of service; or age 60 with 10 years of service, or age 65 with 8 years of service.

**ANNUAL AMOUNT** – To Surviving Spouse: Computed as a regular retirement benefit but reduced in accordance with a 100% joint and survivor election. To Dependent Children if no Surviving Spouse: $9,000 payable to age 19 of the youngest child or for life if child is physically or mentally impaired.

**ELIGIBILITY** – Death in service at any age with at least 15 years of service but less than 20 years of service.

**ANNUAL AMOUNT** – To Surviving Spouse: Computed as a regular retirement benefit but reduced in accordance with a 50% joint and survivor election. To Dependent Children if no Surviving Spouse: $6,000 payable to age 19 of the youngest child or for life if child is physically or mentally impaired.

## POST RETIREMENT COST-OF-LIVING ADJUSTMENTS

Benefit is increased annually by 2.25% of the **original pension** amount at retirement.

## MEMBER CONTRIBUTIONS

Members have the option of choosing one of four contribution amounts: (1) 0%; (2) 3.0% of compensation up to the Social Security wage base plus 5.0% of compensation in excess of the Social Security wage base; (3) 5.0% of total compensation; or (4) 7.0% of total compensation.

---

This is the benefit promised to me in a letter from Mr. Stampor, when my husand was killed. This letter was stolen from my home by a neighbor (and his accomplices) in law enforcement. The death duty pension was supposed to be a monthly payment. I can't get answers from the city as to why this pension never started.

8

I have to hide this picture from my son, because I was 8 months pregnant with him when my husand was killed. It's hard for him to see my husand holding his sister as he knows that he will never touch, hug or hear his father's voice. The city of Detroit, took my children's father and my husband and are still trying to cheat us out of benefits promised to our family when he was killed.

