UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Chapter 9
City of Detroit, Michigan,                      Case No. 13-53846
          Debtor.                               Hon. Steven W. Rhodes
_____/

## Notice Regarding Location of Hearings Scheduled for September 29 – October 3, 2014

        Notice is given that all hearings scheduled for September 29 through October 3, 2014 in

the City of Detroit Bankruptcy Case No. 13-53846 will be held in Courtroom 100, Theodore

Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.


Signed on September 18, 2014


                              _____/s/ Steven Rhodes_____
                              Steven Rhodes
                              United States Bankruptcy Judge