**Exhibit 4**

**Certificate of Service**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

    I, Ryan Blaine Bennett, hereby certify that on September 18, 2014, I caused the foregoing *Joint Motion of Appellants and Appellee to Stay Appeal* to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

September 18, 2014           /s/ *Ryan Blaine Bennett*
                                           James H.M. Sprayregen, P.C.
                                           Ryan Blaine Bennett
                                           Stephen C. Hackney
                                           KIRKLAND & ELLIS LLP
                                           300 North LaSalle
                                           Chicago, IL  60654
                                           Telephone:  (312) 862-2000
                                           Facsimile:  (312) 862-2200
                                           *Counsel for Appellants*