# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

------------------------------------------------------------x
:
In re : Chapter 9
:
**CITY OF DETROIT, MICHIGAN,** : Case No. 13-53846
:
              Debtor. : Hon. Steven W. Rhodes
:
:
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2014 the *Notice of Rule 30(b)(6) Deposition and Document Requests of the City Of Detroit* was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

Dated: September 19, 2014       /s/ Mark R. James
                                                  Mark R. James
                                                  Williams, Williams, Rattner & Plunkett, P.C.
                                                  380 North Old Woodward Ave., Suite 300
                                                  Birmingham, MI 48009
                                                  (248) 642-0333
                                                  mrj@wwrplaw.com

                                                  *Attorney for Financial Guaranty*
                                                  *Insurance Company*