UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN

        Debtor

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

FRENCHIE WILLIAMSON
Creditor
44697 Rivergate Drive
Clinton Township, MI 48038
1 (586) 443-6248

## WITNESS LIST

NOW COMES creditor, FRENCHIE WILLIAMSON, by and through himself, and files his Witness List and hereby request the below individual to appear at the Confirmation Hearing in the above-referenced case:

Ms. Cynthia A. Thomas, Executive Director
City of Detroit Pension Board

        Respectfully Submitted,

        _/s/ Frenchie Williamson_
        FRENCHIE WILLIAMSON
        Creditor
        44697 Rivergate Drive
        Clinton Township, MI 48038
        1 (586) 443-6248

Date: September 12, 2014

1