IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| | ) | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | ) | |
| | ) | Hon. Steven W. Rhodes |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING EX PARTE MOTION OF MARVIN SEALES FOR LEAVE TO FILE RESPONSE TO DEBTOR'S SIXTH OMNIBUS OBJECTION TO CERTAIN CLAIMS IN THE TRADITIONAL MANNER

At a session of said Court, held in the
City of Detroit, County of Wayne, State of
Michigan, on _____.

PRESENT: HONORABLE _____

This matter coming before the Court on the *Ex Parte* Motion of Marvin Seales for Leave to File Response to Debtor's Sixth Omnibus Objection to Certain Claims in the Traditional Manner, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Marvin Seales is granted leave to file his response to the Debtor's objection to his claim in the traditional manner.

_____
UNITED STATES BANKRUPTCY JUDGE