# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Honigman Miller Schwartz and Cohn LLP hereby appears in the above-captioned case as counsel for The Detroit Institute of Arts, and requests that any and all notices given or required to be given in this case and any and all papers served in this case be given to and served upon the undersigned at the office and address set forth below:

Jason R. Abel
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7302
Facsimile: (313) 465-7303
Email: jabel@honigman.com

The foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise. The foregoing request also includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By: _/s/ Jason R. Abel_____
Jason R. Abel (P70408)
Arthur T. O'Reilly (P70406)
Scott B. Kitei (P78064)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7000
jabel@honigman.com

September 19, 2014                and

CRAVATH, SWAINE & MOORE LLP
Richard Levin
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
rlevin@cravath.com

Attorneys for The Detroit Institute of Arts

# CERTIFICATE OF SERVICE

On September 19, 2014, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system, which will send a copy to all counsel of record. I certify and declare under penalty of perjury that the foregoing is true and correct.

        HONIGMAN MILLER SCHWARTZ AND COHN LLP

        By: /s/ Jason R. Abel
        Jason R. Abel (P70408)
        Arthur T. O'Reilly (P70406)
        Scott B. Kitei (P78064)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226
        (313) 465-7000
        jabel@honigman.com

September 19, 2014        and

        CRAVATH, SWAINE & MOORE LLP
        Richard Levin
        825 Eighth Avenue
        New York, NY 10019
        (212) 474-1000
        rlevin@cravath.com

        Attorneys for The Detroit Institute of Arts