IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| | ) | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | ) | |
| | ) | Hon. Steven W. Rhodes |
| | ) | |
| Debtor. | ) | |

<u>RESPONSE OF MARVIN SEALES TO
DEBTOR'S SIXTH OMNIBUS OBJECTION TO CERTAIN CLAIMS</u>

NOW COMES MARVIN SEALES, by and through his undersigned counsel, and for his Response to the Debtors' Sixth Omnibus Objection to Certain Claims (Docket #7198) ("Objection") respectfully states as follows:

1. Marvin Seales filed his Proof of Claim, sending it by U.S. Postal Service First Class Mail to the City of Detroit Claims Processing Center in El Segundo, California, on February 11, 2014, as directed. (See Exhibit A – Letter and Copy of Proof of Claim).

2. Mr. Seales' claim was designated Claim Number 3631.

3. Also, Counsel timely mailed three other claims with Mr. Seales' claim that were not objected to by the debtor. (See Exhibit A)

4. By filing the claim, Mr. Seales introduced prima facie evidence that the claim is both valid and accurate. The Debtor cannot shift the burden to prove the validity of the claim without providing evidence showing that the claim is not accurate. Unless the Debtor successfully shifts the burden to Mr. Seales, and the Debtor fails to satisfy the burden, Mr. Seales' claim must prevail. *In re Dow Corning Corp.*, 250 B.R. 298 (Bankr. E.D. Mich. 2000).

5. The sole ground cited in the Objection is that Mr. Seales' claim was not filed timely.

6. It is true that mailing alone does not constitute filing, but that filing requires delivery and receipt by the proper party. *United States v. Lombardo*, 241 U.S. 73, 36 S.Ct. 508, 60 L.Ed. 897 (1916). It is also well recognized, however, that a timely and accurate mailing raises a rebuttable presumption that the mailed material was received, and thereby filed. *Hagner v. United States*, 285 U.S. 427, 430, 52 S.Ct. 417, 76 L.Ed. 861 (1932); *Haag v. Commissioner*, 59 F.2d 516, 517 (7th Cir. 1932).

7. As set forth above, Mr. Seales' Proof of Claim was sent by U.S. Postal Service First Class Mail to the City of Detroit Claims Processing Center in El Segundo, California, on February 11, 2014, as directed, certainly allowing a reasonable amount of time for timely arrival, as the General Bar Date was February 21, 2014. (See Exhibit A).

8. Notwithstanding the above, Bankruptcy Rule 3003 governs the filing of a Proof of Claim in this case, and allows this Court discretion to allow Mr. Seales' claim, even if was not filed timely.

9. Bankruptcy Rule 3003(c)(3) permits this Court to extend the time within which Proofs of Claim or interest may be filed, which may be sought and granted before or after the bar date time has expired.

10. Indeed, the bankruptcy courts are entrusted with **broad equitable powers** to balance the interests of the affected parties. *NLRB v. Bildisco & Bildisco*, 465 U.S. 513 (1984). "Equitable determinations are within the sound discretion of the bankruptcy judge . . ." *In re M.J. Waterman & Associates, Inc.*, 227 F.3d 604, 607 (6 Cir. 2000).

11. The Court should be careful not to "enact too heavy-handed a measure to punish a creditor who may not have strictly adhered to the formalities of the filing requirements, but whose actions were sufficient to put the court and the debtor on notice of his or her intention to seek to hold the debtor liable." *Id.*

12. In *In re Norman R. Hugues,* Case No. 06-14172, (E.D. Mich. 2006), Judge Cox noted that Judge Shapero in *Waterman, supra,* when determining the equities, properly considered that the existence of the claim was clear to both parties.

13. Courts have extended service periods, and noted that time limits may be extended under 9006(b), under an excusable neglect standard. *See e.g., In re Sheehan,* 253 F.3d 607 (9th Cir. 2001).

14. Moreover, Rule 5 of the Federal Rules of Civil Procedure, which applies in Adversary Proceedings pursuant to Bankruptcy Rule 7005, provides that service is complete upon mailing.

15. Considering the above, the Debtor's Objection as to Mr. Seales' claim must be overruled.

16. Mr. Seales' Proof of Claim was sent by First Class Mail, as allowed per court order within a reasonable time to arrive prior to the General Bar Date.

17. Mr. Seales' Proof of Claim concerns his **wrongful imprisonment of 3 weeks.**

18. Mr. Seales' intent to hold Debtor liable was made clear long ago, as his original lawsuit was filed on April 16, 2012 in the United States District Court – Eastern District of Michigan, Case # 4:12-cv-11679, Hon. Gershwin A. Drain presiding.

19. A balance of the equities can yield only one result --- Mr. Seales' claim should be allowed.

WHEREFORE, MARVIN SEALES respectfully requests that the Court overrule Debtor's Objection as to his claim, Claim Number 3631, and that his claim be deemed allowed as a general unsecured claim, together with such other and further relief as is proper and just.

Respectfully submitted,

FIEGER, FIEGER, KENNEY, GIROUX & HARRINGTON, P.C.

GEOFFREY N. FIEGER (P30441)
JAMES S. CRAIG (P52691)
Attorneys for Marvin Seales
19390 W. Ten Mile Road
Southfield, MI 48075
(248) 355-5555

September 16, 2014

4

A

In its List of Claims, the City listed your claim as a contingent, unliquidated, and disputed unsecured claim in an unknown amount. To determine if you need to file a claim, please refer to the enclosed Information About Deadlines to File Claims.

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT  EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|

Name of Debtor: City of Detroit, Michigan     Case Number: 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Seales, Marvin

Name and address where notices should be sent:  NameID: 11702504

Seales, Marvin
~~Shepherd, Martin T.~~  JAMES S CRAIG
Fieger Law P.C.
19390 W. 10 Mile Rd.
Southfield, MI 48075
Telephone number: 248 355-5555   email: JCRAIG@FIEGERLAW.COM

COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:      email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: GREATER THAN / $ 675,000

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: PERSONAL INJURY - 42 USC §1983
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: ____     3a. Debtor may have scheduled account as: ____
   (See instruction #3a)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ ____

Nature of property or right of setoff: ☐Real Estate ☐Motor Vehicle ☐Other
Describe:

Basis for perfection: ____

Value of Property: $ ____         Amount of Secured Claim: $ ____

Annual Interest Rate (when case was filed) ___% ☐Fixed or ☐Variable     Amount Unsecured: $ ____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).  $ ____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § ____.  $ ____

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (*See instruction #7, and the definition of "redacted".*) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: CIVIL LAWSUIT SEALES V CITY OF DET. USDC-ED 4:12-CV-11679
HON. G. DRAIN

8. Signature: (See instruction #8)
Check the appropriate box.

☐ I am the creditor.   ☒ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent.   ☐ I am a guarantor, surety, indorser, or other codebtor.
(See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: JAMES S CRAIG (P52691)
Title: ATTORNEY
Company: FIEGER LAW
Address and telephone number (if different from notice address above):
19390 W. TEN MILE RD
SOUTHFIELD MI 48075
(248) 355-5555   JCRAIG@FIEGERLAW.COM
Telephone number:     email:

(Signature)   2/6/14 (Date)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# FIEGER, FIEGER,
## KENNEY, GIROUX, DANZIG & HARRINGTON
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW
19390 WEST TEN MILE ROAD
SOUTHFIELD, MICHIGAN 48075-2463
TELEPHONE (248) 355-5555
FAX (248) 355-5148
WEBSITE: www.fiegerlaw.com
E-MAIL: info@fiegerlaw.com

JAMES S. CRAIG

DIRECT DIAL (248) 355-3879
E-MAIL: j.craig@fiegerlaw.com

February 11, 2014

City of Detroit Claims Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

RE: Proof of Claims

Dear Claims Dept:

Enclosed please find Proof of Claims for the following:

**Known Claims**
Marvin Seales vs. City of Detroit, et al
Case No. 4:12-cv-11679 USDC (EDMI) Hon Drain

**New Claims**
Khalid Shaya vs. City of Detroit, et al
Sergio Love vs. City of Detroit, et al
Robert Cureton vs. City of Detroit, et al

The above claims are either ongoing 42 USC 1983 civil lawsuits or soon to be filed cases.

Should you have any questions or concerns, please feel free to contact the undersigned.

Very truly yours,
**FIEGER, FIEGER, KENNEY, GIROUX,
& HARRINGTON, P.C.**

James S. Craig

JSC/dcs
Enclosure

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| | ) | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | ) | |
| | ) | Hon. Steven W. Rhodes |
| | ) | |
| Debtor. | ) | |

## PROOF OF SERVICE

On September 16, 2014, I ROBERT MILLS, personally served, a copy of the *Ex Parte Motion of Marvin Seales for Leave to File Response to Debtor's Sixth Omnibus Objection to Certain Claims in the Traditional Manner, Response of Marvin Seales to Debtor's Sixth Omnibus Objection to Certain Claims* and this *Proof of Service* upon:

> John A. Simon
> Tamar N. Dolcourt
> Foley & Lardner LLP
> 500 Woodward Ave., Ste. 2700
> Detroit, MI 48226

and declare under penalty of perjury that this statement is true to the best of my knowledge, information and belief.

_____
ROBERT MILLS