Reneé Jones 9/14/14
11700 Morang St, Det, MI
48224

Case No. 236
Case No. 13-53846

My name is Reneé Jones
Case number: 236 (13-53846)
The reason I am writing you this letter is because I understand that the City of Detroit is going through financial difficulties at this time.
However that does not excuse the negligence of your employee while he was transporting passengers.
I suffered and continue to suffer daily. So I feel that 5,000 is not asking for much.

I can send you copies of my physical therapist, Pain Management, neural surgeon that I am seeing at this time.

If by any chance you have decided that I need an attorney please feel free to contact me at 11700 Morang St, apt 3 Detroit, Michigan 48224
c/o (313) 352-5894

Thank you for your understanding

Sincerely

13-53846-tjt    Doc 7587    Filed 09/19/14    Entered 09/19/14 11:44:54    Page 1 of 1