(1.)

Benjamin F. Newkirk
Case No. 13-53846

FILED
2014 SEP 19 A 11:13
U.S. [BANKRUPTCY COURT]
E.D. MICHIGAN-DETROIT

TO WHOM THIS MAY CONCERN:

I received a notice from the "Court", which was titled "Debtor's Sixth Omnibus Objection to Certain Claims". First I would like to state, that I'am opposed the "Objection" to my claim. The matter concerning "Late-Filed Claims".

Previously I received a notice from the "Court" entitled "Information about Deadlines to File Claims". I'am sending you copy of that notice.

My third matter concerns my attending the hearing on October 1, 2014 in Detroit. I'am asking to be excused from attending

(over)

13-53846-tjt    Doc 7588    Filed 09/19/14    Entered 09/19/14 11:51:02    Page 1 of 7

(2.)

Hearing, Because (1.) I live in Georgia,

(2.) I'am under doctors care for heart problem

and (3.) I'am taken a number of prescription

medications.

        Benjamin F. Newkirt Jr.
        *Benjamin F. Newkirt* (signature)
        (313-254-6060)
        Dr. Abdul M. Sheikh, M.D.
        Wellstar Cardiovascular
        Medicine (678-324-4444)



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re                                              :    Chapter 9
:
CITY OF DETROIT, MICHIGAN,                         :    Case No. 13-53846
:
                     Debtor.                       :    Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------x

## INFORMATION ABOUT DEADLINES TO FILE CLAIMS

### OVERVIEW – KEY POINTS

- This document is a legal notice concerning the bankruptcy case of the City of Detroit, Michigan. This document is being sent to all parties that may be owed money by the City (known as "creditors").

- **The Overview on this page describes the key terms of this document. Please read the entire document carefully for further details. On the following pages, each section of this document includes a summary of the main points, followed by more detailed information.**

- In bankruptcy, creditors may be required to file claim forms stating the amount of money owed to them as of the day the bankruptcy was filed. This document explains how to file claims.

- **Many creditors in the City's bankruptcy case <u>are not required</u> to file a claim.** This document explains who is required to file a claim and who is not required to file a claim. If you are not required to file a claim, then you do not need to take any action at this time to preserve your right to vote on or receive payments under a restructuring plan.

- **The following parties are <u>not</u> required to file a claim** *(for further information, see Section 1 of this document)*:

    o **City retirees and their beneficiaries** are not required to file claims for pension or healthcare benefits or other post-employment welfare benefits.

    o **City employees and their beneficiaries** are not required to file claims for pension or healthcare benefits, routine wages or other employment benefits.

    o **Taxpayers** are not required to file claims for routine income tax refunds.

    o **Bondholders** holding any of the bonds identified on the "Schedule of Secured Bonds" on the last two pages of this document and **holders of Certificates of Participation** issued by the City are not required to file claims for the repayment of principal, interest and/or other applicable fees and charges.

    o **Other bondholders** holding general obligation bonds are not required to file claims to receive their *pro rata* share of distributions on account of the amount of principal and interest calculated by the City.

- If you are required to file a claim against the City, you must do so by **February 21, 2014 at 4:00 p.m., Eastern Time**. A form that you may use to file your claim is provided with this document. *For further information, and other special deadlines for certain creditors, see Sections 3 and 4 of this document.*

- Claims may be mailed or hand delivered to the City's agent (Kurtzman Carson Consultants) or to the Court at the addresses provided in Section 5 of this document.

- After reading this document, if you have any questions regarding the filing of a claim, you may contact the City of Detroit Claims Hotline toll-free between the hours of 10:00 a.m. and 6:00 p.m., Eastern Time, at **(877) 298-6236**. Please note that the people answering the hotline phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to a lawyer.

(2.)

## SECTION 1 — WHO IS NOT REQUIRED TO FILE A PROOF OF CLAIM

> **SUMMARY**
> 
> - Section 1 describes which of the City's creditors <u>are not required</u> to file claims. It states that the following creditors, among others, are **not** required to file claims:
>   - **City retirees and their beneficiaries** are not required to file claims for pension or healthcare benefits or other post-employment welfare benefits. *The City will work with retiree representatives to establish an appropriate process for retirees and their beneficiaries to vote on and receive payments under any restructuring plan.*
>   - **City employees and their beneficiaries** are not required to file claims for pension or healthcare benefits, routine wages or other employment benefits. *The City will work with employee representatives to establish an appropriate process for employees to vote on and receive payments under any restructuring plan.*
>   - **Taxpayers** are not required to file claims for routine income tax refunds. *The City will continue to process routine income tax refunds according to its usual procedures.*
>   - **Bondholders** holding any of the bonds identified on the "Schedule of Secured Bonds" on the last two pages of this Notice and **holders of Certificates of Participation** issued by the City are not required to file claims for the repayment of principal, interest and/or other applicable fees and charges. *In each case, the applicable trustee or other agent has agreed to file the claim on behalf of the holders.*
>   - **Other bondholders** holding general obligation bonds are not required to file claims to receive their *pro rata* share of distributions on account of the amount of principal and interest listed on the City's list of claims. *See Section 8 for more details about the list of claims.*
> - A restructuring plan is a document that explains how the City proposes to pay the amounts it owes to its creditors. Once filed, this plan will be available for creditors to review. **If you are not required to file a claim, you do not need to complete and return a claim form, and you will still keep your rights to vote on a restructuring plan and receive payments under the plan.** Who gets to vote on the plan will be determined at a later date. The amount you may receive under the plan also will be determined later. The plan may propose that you receive less than the amount you are owed.
> - **Even if you are not required to file a claim form, you are permitted to do so.**

The Bar Date Order provides that entities holding the following claims **are not required** to file proofs of claim on account of such claims to preserve any right they may have to receive distributions from the City and vote on any chapter 9 plan of adjustment (a "<u>Plan</u>") proposed by the City:

 Claims of retirees, employees or other beneficiaries for (i) post-employment benefits under the City's Health and Life Insurance Benefit Plan, the Supplemental Death Benefit Plan or other non-pension post-employment welfare benefits, including unfunded actuarially accrued liabilities (any such claim, a "<u>Retirement Healthcare Claim</u>") and (ii) pension benefits (any such claim, a "<u>Pension Claim</u>") under the City's two retirement systems, the General Retirement System and the Police and Fire Retirement System (together, the "<u>Retirement Systems</u>"). In consultation with the Official Committee of Retirees appointed in the Chapter 9 Case (the "<u>Retiree Committee</u>"), other groups representing the interests of current and future recipients of post-employment healthcare and pension benefits and, in the case of Pension Claims, the Retirement Systems, the City intends to establish an appropriate mechanism for such retirees, employees or other beneficiaries to vote on any Plan with respect to any pension and healthcare claims they may possess.

(b)  Claims of active employees for ordinary course compensation and employment benefits including, without limitation, wages, salaries, employee medical benefits and insurance benefits ("<u>Ordinary Course Compensation Claims</u>"). The City intends to continue to pay Ordinary Course Compensation Claims in the normal course. Accordingly, active employees need not file proofs of claim on account of Ordinary Course Compensation Claims. For the avoidance of doubt, claims asserted or to be asserted in any lawsuit or similar proceeding are not Ordinary Course

-3-



WELLSTAR

Benjamin F Newkirt Jr.
151 Cleburne Pkwy Apt 1204
Hiram GA 30141

**Benjamin F Newkirt Jr.**
9/5/2014 9:45 AM   Hospital Follow-up

Department: **WellStar Cardiovascular Medicine Hiram**
Dept Phone: **678-324-4444**

Description: **Male DOB: 2/12/1951**
Provider: **Abdul M Sheikh, MD**

## Your Visit Summary

### Reason for Visit
Hypertension

### Diagnoses this Encounter
| | | |
|---|---|---|
| CAD (coronary artery disease) | - Primary | 414.00 |
| Hypertension | | 401.9 |
| Hyperlipidemia | | 272.4 |

### Problem List as of 9/5/2014
Other and unspecified hyperlipidemia
Essential hypertension, benign
Other abnormal glucose
CAD (coronary artery disease)
Syncope and collapse
Nausea
Hypertension
Hyperlipidemia
Abnormal EKG

### Allergies
No Known Allergies

### Vital Signs - Last Recorded

| Blood Pressure | Pulse | Height | Weight | Body Mass Index | Smoking Status |
|---|---|---|---|---|---|
| 132/80 | 64 | 66" (1.676 m) | 66.225 kg (146 lb) | 23.58 kg/m2 | Current Every Day Smoker |

## Medications

If you have any questions about this medication list, please talk to your doctor at your next appointment. You may use this form to make notes about any medications that you have stopped or started taking, including over the counter medications. Bring the form with you to the appointment as a reminder to discuss with your doctor.

Newkirt, Benjamin F Jr. (MR # 561300179) DOB: 02/12/1951                                              Page 1 of 3
Printed by Robin L Herbick [25801] at 9/5/14 10:39 AM

13-53846-tjt    Doc 7588    Filed 09/19/14    Entered 09/19/14 11:51:02    Page 5 of 7

(2.)

## Medications (continued)

### Your Current Medications Are
- amLODIPine (NORVASC) 5 MG tablet (Taking)
- aspirin 81 MG EC tablet (Taking)
- clopidogrel (PLAVIX) tablet (Taking)
- garlic Cap (Taking)
- indomethacin (INDOCIN) 50 MG capsule (Taking)
- isosorbide mononitrate (IMDUR) 30 MG 24 hr tablet (Taking)
- metoprolol tartrate (LOPRESSOR) 50 MG tablet (Taking)
- omega-3 fatty acids-vitamin E 1,000 mg capsule (Taking)
- oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet (Taking)
- pravastatin (PRAVACHOL) 40 MG tablet (Taking)

### Today's Medication Changes

> **These changes are accurate as of: 9/5/14 10:39 AM.** If you have any questions, ask your nurse or doctor.

#### CONTINUE taking these medications

**amLODIPine 5 MG tablet**
Commonly known as: NORVASC
Take 1 tablet (5 mg total) by mouth daily.

**aspirin 81 MG EC tablet**
Take 1 tablet (81 mg total) by mouth daily.

**clopidogrel 75 mg tablet**
Commonly known as: PLAVIX
Take 1 tablet (75 mg total) by mouth daily.

**garlic Cap**

**indomethacin 50 MG capsule**
Commonly known as: INDOCIN
Take 1 capsule (50 mg total) by mouth 2 (two) times a day with meals for 90 days.

**isosorbide mononitrate 30 MG 24 hr tablet**
Commonly known as: IMDUR
Take 1 tablet (30 mg total) by mouth daily.

**metoprolol tartrate 50 MG tablet**
Commonly known as: LOPRESSOR
Take 1 tablet (50 mg total) by mouth 2 (two) times a day.

**omega-3 fatty acids-vitamin E 1,000 mg capsule**

**oxyCODONE-acetaminophen 5-325 mg per tablet**
Commonly known as: PERCOCET
Take 1 tablet by mouth every 6 (six) hours as needed for pain.

**pravastatin 40 MG tablet**
Commonly known as: PRAVACHOL
Take 1 tablet (40 mg total) by mouth nightly.

### Pharmacy
**WAL-MART PHARMACY 618 - HIRAM, GA - 4166 JIMMY LEE SMITH PKWY**
4166 JIMMY LEE SMITH PKWY HIRAM GA 30141
Phone: 770-439-2952 Fax: 770-439-2976
Open 24 Hours?: No

### Follow-up and Disposition
Return in about 1 month (around 10/5/2014).

Newkirt, Benjamin F Jr. (MR # 561300179) DOB: 02/12/1951                                      Page 2 of 3
Printed by Robin L Herbick [25801] at 9/5/14 10:39 AM

13-53846-tjt    Doc 7588    Filed 09/19/14    Entered 09/19/14 11:51:02    Page 6 of 7



## Issues Addressed
**Heart disease due to blocked artery**
**High cholesterol or triglycerides**
**High blood pressure**

## Current Immunizations
Never Reviewed

No immunizations on file.

## Follow-up Instructions
Return in about 1 month (around 10/5/2014).

## To Do List
| | |
|---|---|
| 10/8/2014 11:30 AM | Appointment with Abdul M Sheikh, MD at WellStar Cardiovascular Medicine Hiram (678-324-4444)<br>Address: 148 Bill Carruth Parkway Suite 100 |

# MyChart Activation

MyChart allows you to send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more. To sign up, go to http://mychart.wellstar.org/mychart and click on the **Sign Up Now** link in the New User box. Enter your MyChart Activation Code exactly as it appears below along with the last four digits of your Social Security Number and your Date of Birth to complete the sign-up process. If you do not sign up before the expiration date, you must request a new code.

MyChart Activation Code: WPE2P-8WY9Q-3H4HX
Expires: 10/21/2014  4:57 PM

If you have questions, please contact the MyChart HELP DESK Monday through Friday 8:30 - 5:00 at 470-644-0419 to talk to our MyChart staff. Remember, MyChart is NOT to be used for urgent needs. For medical emergencies, dial **911**.

Newkirt, Benjamin F Jr. (MR # 561300179) DOB: 02/12/1951
Printed by Robin L Herbick [25801] at 9/5/14 10:39 AM
Page 3 of 3
13-53846-tjt    Doc 7588    Filed 09/19/14    Entered 09/19/14 11:51:02    Page 7 of 7