UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

**ORDER GRANTING *EX PARTE* MOTION OF THE ATTORNEY GENERAL FOR ORDER ALLOWING RESPONSE BRIEF TO JOINT PRETRIAL BRIEF OF BOND INSURERS**

After consideration of the Attorney General's motion to file a response brief to the joint pretrial brief of the Bond Insurers, the Court finds good cause to allow the Attorney General to file a response brief.

The Court, therefore, GRANTS the Attorney General's motion.

IT IS HEREBY ORDERED:

That the Attorney General's response brief attached to the *ex parte* motion is accepted as filed with the Court.

_____

Steven Rhodes

United States Bankruptcy Judge