# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                                  Chapter 9
                                                        Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              Hon. Steven W. Rhodes

                         Debtor.

## PROOF OF SERVICE

I hereby certify that on September 19, 2014, I electronically filed 1) *Ex Parte Motion of the Attorney General for Order Allowing Response Brief to Joint Pretrial Brief of Bond Insurers*; proposed *Order Granting Ex Parte Motion of the Attorney General for Order Allowing Response Brief to Joint Pretrial Brief of Bond Insurers*; and 3) *Attorney General's Response to Joint Pretrial Brief of Bond Insurers* with the Clerk of the Court using the ECF System, which will provide electronic notice and copies of such filing of the following to the parties.

BILL SCHUETTE
Attorney General

 */s/ Michael R. Bell*
Michael R. Bell (P47890)
Assistant Attorney General
PO Box 30754
Lansing, MI  48909
517-373-3203
BellM1@michigan.gov

Dated:  September 19, 2014