UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: CITY OF DETROIT, MICHIGAN,  Chapter 9

Debtor  Case No. 13-53846

Honorable Steven W. Rhodes

## ORDER FOR REFUND OF DUPLICATE FILING FEES

This matter comes before the Court on Creditor Eddie Adams' Motion For Refund of Duplicate Filing Fees.

**IT IS HEREBY ORDERED**:

Creditor Eddie Adams' attorneys, Garris, Garris, Garris & Garris, P.C. shall be granted a refund in the amount of $176.00.

Signed on September 19, 2014

/s/ Steven Rhodes
Steven Rhodes
United States Bankruptcy Judge

Law Offices
**Garris, Garris, Garris & Garris, P. C.**
Garris Law Building
300 E. Washington Street
Ann Arbor, Michigan 48104
Telephone: (734) 761-7282