UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 19, 2014, the **letter to Frenchie Williamson, creditor, in response to Witness List filed by him on September 12, 2014 [Dkt. 7580] (advising him of the Court's September 18, 2014 statement from the bench that Cynthia A. Thomas would appear in court on September 30, 2014, for any who wished to question her)** was served via Federal Express upon Mr. Williamson at 44697 Rivergate Drive, Clinton Township, Michigan 48038.

CLARK HILL PLC

*/s/ Shannon L. Deeby*
Shannon L. Deeby (P60242)
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5889
sdeeby@clarkhill.com

Dated: September 19, 2014

*Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*

201392716.1 14893/165083