UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

### ORDER DENIES *EX PARTE* MOTION OF THE ATTORNEY GENERAL FOR ORDER ALLOWING RESPONSE BRIEF TO JOINT PRETRIAL BRIEF OF BOND INSURERS

After consideration of the Attorney General's motion to file a response brief to the joint pretrial brief of the Bond Insurers, the Court finds no good cause to allow the Attorney General to file a response brief.

The Court, therefore, DENIES the Attorney General's motion.

IT IS SO ORDERED.

.

**Signed on September 19, 2014**

                                          /s/ Steven Rhodes
                                        **Steven Rhodes**
                                        **United States Bankruptcy Judge**