UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2014 SEP 19 P 1: 23
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

IN RE:

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven Rhodes

Debtor.
City of Detroit, Michigan

MOTION FOR/TO to allow Walter Gary Knall to file amended Exhibit PS 14704

NOW COMES Debtor(s), and brings this motion for/to to file Amended Exhibit Bankruptcy court to accept PS 14704. Corrected Exhibit PS 14704. In support of Debtor(s)'s motion, Debtor states the following [state the facts]:

1. There were two typo errors for Lines 1 & 2 of Exhibit PS 14704.

2. It should state class 11 not class 10 & have $42,421.64 not 42,4231.64 for Alternative A.

3. Debtor requests the court to concider the corrections.

WHEREFORE, Debtor requests this Court to consider Debtor's Motion for/to to File accept corrected Amended Exhibit PS 14704 and afford Debtor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Dated: 19th September, 2014

Respectfully submitted,
Walter Gary Knall
(Debtor's Signature)
Print Name: Walter Gary Knall

(Co-Debtor's Signature)
Print Name:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: _13-53846_
CHAPTER: _9_
JUDGE: _Steven Rhodes_

Debtor.
_City of Detroit, Michigan_ /

**ORDER GRANTING MOTION FOR/TO** _accept ~~extends~~ corrected Exhibit PS 14704_

This matter having come before the Court on Debtor's motion for/to _correct Exhibit PS 14704_, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

City of Detroit, Michigan,

    Debtor.

Chapter 9
Case No. 13-53846

_____/

## MOTION OF OBJECTOR WALER GARY KNALL
## TO PARTICIPATE AT CONFIRMATION HEARING

Walter Gary Knall states as follows

### INTRODUCTION/ PROCEDURAL BACKGROUND

1. I received a ballot to vote as a holder of a Class 11 *WGK* pension claim

2. The ballot stated that my pension was subject to an Annuity Savings Plan Recoupment of $42,421.64 under Alternative A and $85,201.67 under Alternative B. Exhibit 1, attached. *42,421.64 WGK*

3. There was no explanation as the basis for the claim that I owed either of these amounts, and certainly, I engaged in no fraud or deceit with regard to my annuity which I subscribed to with my own money and on terms that were presented to me by the Pension Board. I concur in the objection of Michael Karkowski, document 5923, to the legality of this annuity recoupment.

4. The ballot made no mention of the 6.75% interest that I subsequently learned is being claimed as part the monthly "annuity repayment."

5. The ballot had no amortization schedule attached to it outlining what percentage of the monthly payment being deducted from my pension was for interest and what percentage was being applied to the principal allegedly owed.

1


EXHIBIT

6. The ballot did not spell out whether the total estimated amount of the annuity savings plan recoupment under either Alternative A or Alternative B included the 6.75% interest rate or how it was calculated.

7. I subsequently received a letter dated June 28, 2014 informing me of the right pay off the annuity recoupment in a single lump sum.    Exhibit 2, attached.  This letter only added to the confusion by not specifying the amount of the lump sum payment, especially in light of the different payback amounts asserted under Alternative A and Alternative B.

8. The inadequacy of the disclosure in the ballot provided and subsequent letter violates basis consumer rights as enumerated in the Truth in Lending Act and under regulations formulated by the Consumer Finance Protection Bureau.

9. The idea that I and my fellow retires should be asked to vote on a plan requiring us to pay tens of thousands of dollars back out of meager pensions on interest earned from our contributions in a plan for which the city solicited our participation, without knowing the precise terms under which the payback is being calculated, is outrageous and illegal.

10. I would ask the court for an opportunity to appear on August 29 to present the exhibits listed above and testify on my own behalf.  I expect my testimony to take about 15 minutes.

11. I will be asking the court to strike the annuity recoupment plan or in the alternative to write into the plan of adjustment the city to be provide each retiree an accounting of how the amount was calculated, and an interest free method of recoupment.

Respectfully submitted,

*Walter Gary Knall*
Walter Gary Knall

15380 Evergreen Rd.

2

Detroit, Michigan 48223

313-534-2744 (home)

3

Form B20A(Official Form 20A)
12/1/10

UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

FILED
2014 SEP 19 P 1:23
U.S. BANKRUPTCY COURT
E.D. MICHIGAN
DETROIT

In re:

City of Detroit, Michigan,
       Debtor(s)

Chapter: 9
Case No.: 13-53846
Judge: Steven Rhodes

Address _____

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): _____

## NOTICE OF [MOTION] [OBJECTION]
To Participate at confirmation Hearing

Debtor has filed papers with the court
to City of Detroit, Michigan
{relief sought in motion or objection}

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

Motion of objection Walter Gary Knall to participate at

If you do not want the court to Confirmation Hearing [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

   **United States Bankruptcy Court**
   211 West Fort Street
   Detroit, Michigan

   If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

   You must also mail a copy to [enter your name and address and name and address of others to be served]: Walter Gary Knall
   15380 Evergreen Rd
   Detroit, Michigan 48223-1741

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 19th September, 2014        Signature Walter Gary Knall
                                  Name
                                  Address 15380 Evergreen Rd
                                  Detroit, Michigan 48223

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

City of Detroit, Michigan, Debtor.

FILED 2014 SEP 19 P 1: 23

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on 9th September, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: Motion of objector Walter Gary Knall to participate at confirmation Hearing

2. Served upon [name and address of each person served]:

   ~~Walter Gary Knall~~
   ~~15380 Evergreen Rd~~
   ~~Detroit, Michigan~~

   Upon City of Detroit Council
   Heather Lennox
   222 E. 41st. St.
   New York, New York 10017
   &
   David Gilbert Heiman
   901 Lakeside ave.
   Cleveland Ohio 44114

3. By First Class Mail.

Dated: 19th September, 2014

_____
(Signature of Debtor)

Print Name: Walter Gary Knall

_____
(Signature of Co-Debtor)

Print Name: _____