UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

FILED (I)

2014 SEP 19 P 12:32

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re:

City of Detroit, Michigan

Debtor. /

Chapter 9

Case No. 13-534846

Hon. Steven W. Rhodes

## NOTICE OF APPEAL

Notice is hereby given that Gloria D. Jones appeal to The United States Court of Appeals for the 6th Circuit from the judgment order Denying Motion to Participate in the Confirming Hearing. (Dkt. #6584) and Order Denying Amended Motion to Particiapte (Dkt. #6929) and Order Denying Motion for Reconsideration of Courts failure to answer questions not answered (Dkt. 7280), all dockets are related.

Date: September 19, 2014

Gloria Jones

In Pro Se

15403 Baylis

Detroit, Michigan 48238

313 218 1170

gjones1762@comcast.net