| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

In re: City OF Detroit, Michigan    Chapter 9

Case No.: 1353846

Debtor.

_____/

Gloria D. Jones
Appellant,

Adv. No.:

v.

Appellee.

FILED (I)
2014 SEP 19 P 12:32
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| ___ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| ✓ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ___ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ___ | [423] 28 U.S.C. 157(c)(1) | Proposed Findings of Fact and Conclusions of Law |
| ___ | [423] 28 U.S.C. 158 (c)(a) | Order of Contempt |

Date: September 19, 2014     Name: Gloria D. Jones

Name and Address of Interested Parties