UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT



In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M. Davis

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
I AM A DWSD pensioner

2. I / we object to the above filing because:
I object to the 7th amenended Plan Also to my objections having to be in Sept. 19, 2014 I am still waiting on a hard copy to come to be review we should have 10 days to review not 2 days

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: William M. Davis
Signature: William M. Davis
Address: 9203 Littlefield
Detroit, Mich. 48228
Email: montybill86@yahoo.com

Dated: 09/19/2014

13-53846-tjt    Doc 7604    Filed 09/19/14    Entered 09/19/14 15:41:57    Page 1 of 1