UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
                                  :

In re                               : Chapter 9

CITY OF DETROIT, MICHIGAN,      : Case No. 13-53846

                 Debtor.            : Hon. Steven W. Rhodes

---------------------------------------------------x

**STIPULATION REGARDING PROPOSED ORDER
MODIFYING ORDER APPROVING STIPULATION BY AND BETWEEN
THE CITY OF DETROIT, MICHIGAN AND CREDITORS REGARDING
<u>ADJOURNMENT OF THE HEARING ON PLAN CONFIRMATION</u>**

The City of Detroit, Michigan (the "<u>City</u>") and Merrill Lynch Capital Services, Inc. and UBS AG (together, the "<u>Swap Counterparties</u>" and, together with the City, the "<u>Parties</u>"), by and through each of their undersigned counsel, stipulate as follows:

      1.       On September 17, 2014, the Court entered that *Order Approving Stipulation by and Between the City of Detroit, Michigan and Creditors Regarding Adjournment of the Hearing on Plan Confirmation* that provided in part that any supplemental objections to the Seventh Amended Plan shall be filed by Friday, September 19, 2014.

2. To facilitate discussion concerning the COP Swap Settlement and the Seventh Amended Plan, the Parties hereby stipulate to enlarge the time for the Swap Counterparties to file supplemental objections to the Seventh Amended Plan from September 19th until September 24, 2014.

Dated: September 19, 2014

| | |
|---|---|
| /s/ Kelley A. Cornish | /s/ Heather Lennox |
| Daniel J. Kramer | David G. Heiman (OH 0038271) |
| Richard A. Rosen | Heather Lennox (OH 0059649) |
| Kelley A. Cornish | Thomas A. Wilson (OH 0077047) |
| Stephen J. Shimshak | JONES DAY |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | North Point |
| | 901 Lakeside Avenue |
| 1285 Avenue of the Americas | Cleveland, Ohio 44114 |
| New York, New York 10019 | Telephone: (216) 586-3939 |
| (212) 373-3000 | Facsimile: (216) 579-0212 |
| dkramer@paulweiss.com | dgheiman@jonesday.com |
| rrosen@paulweiss.com | hlennox@jonesday.com |
| kcornish@paulweiss.com | tawilson@jonesday.com |
| sshimshak@paulweiss.com | |
| | Bruce Bennett (CA 105430) |
| Attorneys for UBS AG | JONES DAY |
| | 555 South Flower Street |
| /s/ Damian S. Schaible | Fiftieth Floor |
| Marshall S. Huebner | Los Angeles, California 90071 |
| Damian S. Schaible | Telephone: (213) 243-2382 |
| Elliot Moskowitz | Facsimile: (213) 243-2539 |
| DAVIS POLK & WARDWELL LLP | bbennett@jonesday.com |
| 450 Lexington Avenue | |
| New York, New York 10017 | Jonathan S. Green (MI P33140) |
| (212) 450-4000 | Stephen S. LaPlante (MI P48063) |
| marshall.huebner@davispolk.com | MILLER, CANFIELD, PADDOCK |
| damian.schaible@davispolk.com | AND STONE, P.L.C. |
| elliot.moskowitz@davispolk.com | 150 West Jefferson |

Attorneys for Merrill Lynch Capital Services, Inc.

Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# **EXHIBIT 1**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
               Debtor. : Hon. Steven W. Rhodes
:
------------------------------------------------------x

## ORDER MODIFYING ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND CREDITORS REGARDING ADJOURNMENT OF THE HEARING ON PLAN CONFIRMATION

This matter came before the Court on the *Stipulation Regarding Proposed Order Modifying Order Approving Stipulation By And Between The City Of Detroit, Michigan And Creditors Regarding Adjournment Of The Hearing On Plan Confirmation* (the "Stipulation"),[1] filed by the City of Detroit (the "City") and the Swap Counterparties; the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being fully advised in the premises;

---

[1] Capitalized terms not defined herein have the meanings given to them in the Stipulation.

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. Any supplemental objections filed by the Swap Counterparties to the Seventh Amended Plan shall be filed by Wednesday, September 24, 2014.

# CERTIFICATE OF SERVICE

      I, Heather Lennox, hereby certify that the foregoing *Stipulation Regarding Proposed Order Modifying Order Approving Stipulation By And Between The City Of Detroit, Michigan And Creditors Regarding Adjournment Of The Hearing On Plan Confirmation* was filed and served via the Court's electronic case filing and noticing system on this 19th day of September 2014.

                                    /s/ Heather Lennox