UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT


FILED
2014 SEP 19 P 1:59
U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____ Debtor_____ /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: William M. Davis

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
   I AM A DWSD pensioner

2. I / we object to the above filing because;
   I Object to the #7 plan of Adjustment due to it not being feasible due to the fact that what I voted on as a member of class has change dealing with the funding from DWSD

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: William M. Davis
Signature: William M. Davis
Address: 9203 Littlefield St.
Detroit, Mich. 48228
Email: montybill86@yahoo.com

Dated: 09/19/2014