UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
--------------------------------------------------x
                                                  :
In re                                             : Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,                        : Case No. 13-53846
                                                  :
              Debtor.                             : Hon. Steven W. Rhodes
                                                  :
--------------------------------------------------x
```

**ORDER MODIFYING ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND CREDITORS REGARDING ADJOURNMENT OF THE HEARING ON PLAN CONFIRMATION**

This matter came before the Court on the *Stipulation Regarding Proposed Order Modifying Order Approving Stipulation By And Between The City Of Detroit, Michigan And Creditors Regarding Adjournment Of The Hearing On Plan Confirmation* (the "Stipulation"),[1] filed by the City of Detroit (the "City") and the Swap Counterparties; the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being fully advised in the premises;

---

[1] Capitalized terms not defined herein have the meanings given to them in the Stipulation.

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. Any supplemental objections filed by the Swap Counterparties to the Seventh Amended Plan shall be filed by Wednesday, September 24, 2014.

**Signed on September 19, 2014**

                                                      /s/ Steven Rhodes
                                                      **Steven Rhodes**
                                                      **United States Bankruptcy Judge**