# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN<br><br>Debtor | Case No. 13-53846<br><br>Chapter 9<br><br>Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that the Macomb Interceptor Drain Drainage District filed *Supplemental Objection of the Macomb Interceptor Drain Drainage District to Seventh Amended Plan for the Adjustment of Debts of the City of Detroit* [Dkt. No. 7612] with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record and also via electronic mail transmission to Debtors' counsel as detailed below:

| | |
|---|---|
| David Heiman - dgheiman@jonesday.com | Heather Lennox – hlennox@jonesday.com |
| Tom Wilson – tawilson@jonesday.com | Bruce Bennett – bbennett@jonesday.com |
| Geoffrey Irwin – girwin@jonesday.com | Gregory Shumaker – gshumaker@jonesday.com |
| Jonathan Green – greenj@millercanfield.com | Stephen LaPlante – laplante@millercanfield.com |

Dated: September 19, 2014

        DECHERT LLP

        By: /s/ *Allan S. Brilliant*
        Allan S. Brilliant
        Stephen M. Wolpert
        1095 Avenue of the Americas
        New York, NY 10016
        Telephone: (212) 698-3500
        Facsimile: (212) 698-3599
        allan.brilliant@dechert.com
        stephen.wolpert@dechert.com

        *Attorneys for Macomb Interceptor Drain Drainage District*