# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATION OF SERVICE

I, Regina Drouillard, hereby certify that on September 19, 2014, I served the following document:

- Joinder to Third Supplemental Objection of financial Guaranty Insurance Company to Confirmation of the Seventh Amended Plan for the Adjustment of Debts of the City of Detroit and Supplemental Objection.

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF system has served all registered users.

ALLARD & FISH, P.C.

/S/Regina Drouillard
535 Griswold
2600 Buhl Building
Detroit MI  48226
(313) 961-6141

Dated:  September 19, 2014
z:\13\079\plds\cos.joinder & 3rd suppl. objection.docx