2811 McGill Terrace NW
Washington, DC  20008
Sept. 9, 2014

Hon. Steven W. Rhodes
US Bankruptcy Court
211 W. Fort St.
Detroit, MI 48226

Re: case 13-53846
Dkt # 2869, 3735

My wife Agatha W. Aurbach and I are holders of Detroit $190,000 Class 7 GO 4/1/2016
bonds (CU 251093Q370).  We purchased these bonds in 2010 at par and have had no role
in the negotiations by the City of Detroit that led to this proceeding.   If our percentage is
to be reduced, the change should be in line with those of other pensioners and bondholder
creditors.  For us uninsured bondholders who apparently are not represented in your case,
I would suggest a percentage similar to the Detroit region creditors but that it should be a
percentage of the purchaser's basis, to avoid unjust enrichment to speculators.

We hope that you will give consideration to the parties outside Detroit in this federal
proceeding.

Sincerely,

Cc: Heather Lennox, Esq.
Jones Day
901 Lakeside Ave.
Cleveland, OH  44114