Judge Steven Rhodes

As I told you I worked for the Detroit Police Department for almost 40 years and retired in 2006. I stayed in the City as required all that time because I was promised first class health insurance and a small pension. I worked Saturdays and Sundays and most Holidays just to make a decent living. I was forced to work a month of midnights, afternoons, and then days. I worked in the Rain and the snow for years and was told my hospitalization and pension was protected.

As you know the governor decided to take income tax from my pension of $200. A month approximately 5%

On March 1st, 2013 you allowed the City of Detroit to just drop my health insurance approximately 55% of my retirement just gone.

Now you have taken half of my annual increase to keep up with inflation approximately another 5%.

You have taken 65% away from my retirement; you are ruining the rest of my life and making my wife sick with worry. Is this your grand bargain?

You lowered the salaries of working police officers by over 30% of their net and then forced them to take the poorest health insurance available with only CVS Caremark for all prescriptions with no other choice. Is this because they were heavy contributors to the governor's election? By the way I see the Governor just gave his cousin a 40 million dollar contract for furniture. They have taken away all their holidays but 3 how many do you get. Do you even work 100 days a year?

Because I never paid into or was allowed to pay for Social Security I am not eligible to receive Medicare or Social Security benefits.

In my sixties I can't start a new career, I can't get my wife's youth returned to me or mine, It's like we paid for something and now it's being stolen. Why would anyone work if their pensions were not secure? Now they expect me to pay $1200. A month for blue Cross from the little money you left me!

I see nothing but corruption with the governor spending money like crazy then sashaying over to Europe to enjoy himself. Why would you allow him to void the State Constitution??

As a Federal Judge what are you doing to protect my Health Insurance, Dental, and Vision care and why would you allow anyone to touch my pension?? Is the State of Michigan broke or just the City of Detroit that the politicians ran into the ground? Is this a Country just for the rich and powerful?

*Dan Headapohl*
Dan Headapohl
52507 Robin's Nest
Chesterfield Township, 48047