# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

## CERTIFICATE OF SERVICE

I, Mark M. Brown, certify and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned case.

On September 16, 2014, at my direction and under my supervision, employees of KCC caused the following documents to be served 1) via Overnight mail on the service list attached hereto as **Exhibit A**, for subsequent distribution to beneficial holders of the securities listed on **Exhibit B**; 2) via First Class mail to the parties on the service list attached hereto as **Exhibit C**; and 3) via E-mail to the parties on the service list attached hereto as **Exhibit D**:

- Notice of COP Settlement Acceptance [attached hereto as **Exhibit E**]; and

- CD-ROM with (i) Seventh Amended Chapter 9 Plan for the Adjustment of Debts of the City of Detroit (September 16, 2014) [Docket No. 7502]; and (ii) Notice of Filing of Redlined Version of Seventh Amended Plan for the Adjustment of Debts of the City of Detroit, dated September 16, 2014 [Docket No. 7503]

Dated: September 22, 2014

/s/ Mark M. Brown
Mark M. Brown
KCC
1290 Avenue of the Americas
9th Floor
New York, NY  10104

# Exhibit A

Exhibit A

| Name | NoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Broadridge | Reorganization Department | 51 Mercedes Way | Jobs E85191 E85192 | Edgewood | NY | 11717 |
| Mediant Communications | Stephanie Fitzhenry | 100 Demarest Dr | | Wayne | NJ | 07470 |
| The Depository Trust Co | Swabera Mohamed | 570 Washington Blvd | | Jersey City | NJ | 07310 |

In re: City of Detroit, Michigan
Chapter 9 Case No. 13-53846 (SWR)
Page 1 of 1
13-53846-tjt    Doc 7632    Filed 09/22/14    Entered 09/22/14 15:20:02    Page 3 of 13

# Exhibit B

Exhibit B

| Description | CUSIP |
|---|---|
| Series 2005-A 4.613% Pension Obl Certs | 25113P AL 9 |
| Series 2005-A 4.813% Pension Obl Certs | 25113P AM 7 |
| Series 2005-A 4.948% Pension Obl Certs | 25113P AN 5 |
| Series 2005-A 4.563% Pension Certs | 25113P AY 1 |
| Series 2006-A 5.989% Cert of Participation | 251228 AA 0 |
| Series 2006-B Var Rate Cert of Participation | 251228 AB 8 |
| Series 2006-B Var Rate Cert of Participation | 251228 AC 6 |

In re: City of Detroit, Michigan
Case No. 13-53846                     Page 1 of 1
  13-53846-tjt    Doc 7632    Filed 09/22/14    Entered 09/22/14 15:20:02    Page 5 of 13

# Exhibit C

Exhibit C

| Name | NoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| BNY Mellon | Enis Suljic | 525 William Penn Pl | Rm 300 | Pittsburgh | PA | 15259 |
| Charles Schwab & Co Inc | Nancy Brim | 2423 E Lincoln Dr | PHX PEAK 02 K130 | Phoenix | AZ | 85016 |
| Citibank NA | Sandra Hernandez | 3800 Citibank Center B3 12 | | Tampa | FL | 33610 |
| Credit Suisse Securities USA LLC | Adam Miranda | 1 Madison Ave | 2nd Fl | New York | NY | 10010 |
| ETrade Clearing LLC | Mandatory & Voluntary Reorg Teams | 1981 Marcus Ave | Ste 100 | Lake Success | NY | 11042 |
| First Southwest Co | Misty Thacker | 325 N St Paul | Ste 800 | Dallas | TX | 75201 |
| Goldman Sachs & Co | Reorg Dept | 30 Hudson St | | Jersey City | NJ | 07302-4699 |
| J P Morgan Clearing Corp | Christian Garcia | 14201 N Dallas Pkwy | 12th Fl | Dallas | TX | 75254 |
| JP Morgan Securities Inc Fixed | Jack Dickson | 14201 N Dallas Tollway | 12 th Fl | Dallas | TX | 75254 |
| JPMorgan Chase Bank NA | Reorg Dept | 14201 Dallas Pkwy | | Dallas | TX | 75254 |
| Merrill Lynch Pierce Fenner & Smith | Corp Actions Notifications Jax | 4804 Deer Lake Dr E | 4th Fl Bldg 3 | Jacksonville | FL | 32246 |
| Morgan Stanley Smith Barney | Suzanne Mundle | Harborside Financial Ctr | 230 Plz Three 6th Fl | Jersey City | NJ | 07311 |
| Pershing LLC Securities Corporation | Helen Bialer | 1 Pershing Plz | | Jersey City | NJ | 07399-0000 |
| RBC Capital Markets Corporation | Steve Schafer Jr | 60 S 6th ST - P09 | | Minneapolis | MN | 55402-4400 |
| State ST Bank and Trust Co | Sandra Polizio | Corp Actions JAB5E | 1776 Heritage Dr | North Quincy | MA | 02171-0000 |
| Stifel Nicolaus & Co Inc | Chris Wiegand | 501 N Broadway | 7th Fl | St Louis | MO | 63102 |
| TD Ameritrade Clearing Inc | Mandi Foster | 1005 Ameritrade Pl | | Bellevue | NE | 68005 |
| The Bank of New York Mellon | Beth Stiffler | 525 William Penn Pl | Rm 300 | Pittsburgh | PA | 15259 |
| The Bank of New York Mellon/Dbag Lon | Donna Steinman | One Wall St | | New York | NY | 10286 |
| UBS Financial Services LLC | Salvatore Schiavone | 1200 Harbor Blvd | | Weehawken | NJ | 07086-0000 |

# Exhibit D

Exhibit D

| Company | Email |
|---|---|
| Bank of America DTC #773 #5198 | cpactionslitigation@ml.com |
| Bank of America DTC #773 #5198 | corpactionsproxy@ml.com |
| Bank of America DTC #773 #5198 | corporateactionsnotifications@baml.com |
| Bank of America DTC #2251 | tss.corporate.actions@bankofamerica.com |
| Barclays #229 | nyvoluntary@barclays.com |
| BNP Paribas | NYK_DG_CORPORATE_ACTION@US.BNPPARIBAS.COM |
| BNY Mellon #954 | Beth.Stiffler@bnymellon.com |
| BNY Mellon #954 | jason.wolney@bnymellon.com |
| Bloomberg | release@bloomberg.net |
| Broadridge | BBTRProxyOps@broadridge.com |
| Brown Brothers | shannon.leung@bbh.com |
| Brown Brothers | michael.lerman@bbh.com |
| Citi #908 | gts.caec.tpa@citi.com |
| Clearstream International SA | ca_mandatory.events@clearstream.com |
| Clearstream International SA | ca_luxembourg@clearstream.com |
| Clearstream International SA | CA_general.events@clearstream.com |
| Credit Suisse Securities (USA) LLC | list.nyevtintgrp@credit-suisse.com |
| Credit Suisse Securities (USA) LLC | raequel.packenham@credit-suisse.com |
| Credit Suisse Securities (USA) LLC | asset.servnotification@credit-suisse.com |
| Deutsche Bank Securities Inc | jaxca.notifications@db.com |
| Euroclear Bank S.A./N.V. | drit@euroclear.com |
| Euroclear Bank S.A./N.V. | kent.s.roddy@jpmchase.com |
| Euroclear Bank S.A./N.V. | kent.s.roddy@jpmorgan.com |
| Foliofn Investments | proxyservices@folioinvesting.com |
| Goldman Sachs & Co | GS-as-ny-proxy@ny.email.gs.com |
| Inveshare | issuerservices@inveshare.com |
| Inveshare | michael.maillard@inveshare.com |
| JPMorgan Chase Bank | JPMorganInformation.Services@JPMChase.com |
| JPMorgan Clearing | Christine.Fahey@jpmorgan.com |
| JPMorgan Clearing | Christian.Garcia@jpmorgan.com |
| JPMorgan Clearing | Nimeh.Barakat@jpmorgan.com |
| Mediant Communications | documents@mediantonline.com |
| Mitsubishi UFJ Trust & Banking Corp #2932 | corporateactions-dl@us.tr.mufg.jp |
| Morgan Stanley | usproxies@morganstanley.com |
| Morgan Stanley | proxy.balt@morganstanley.com |
| Morgan Stanley | cavsdom@morganstanley.com |
| Morgan Stanley | Raquel.Del.Monte@morganstanley.com |
| Morgan Stanley | john.falco@morganstanley.com |
| Morgan Stanley | robert.cregan@morganstanley.com |
| Northern Trust Company | cs_notifications@ntrs.com |
| PNC Bank NA #2616 | caspr@pnc.com |
| Royal Bank of Canada | donald.garcia@rbc.com |
| SEI PV/GWP #2663 | gwsusopscaincome@seic.com |
| SIS SegaInterSettle AG | corpactionsoverseas.group@sisclear.com |
| Southwest Securities | proxy@swst.com |
| State Street Bank and Trust Company | rjray@statestreet.com |
| State Street Bank and Trust Company | scpolizio@statestreet.com |
| State Street Bank and Trust Company | jkkyan@statestreet.com |
| State Street Bank and Trust Company | USCAResearch@statestreet.com |
| The Bank of New York Mellon #901 | pgheventcreation@bnymellon.com |
| The Bank of New York Mellon #901 | justin.whitehouse@bnymellon.com |
| The Bank of New York Mellon #901 | brian.marnell@bnymellon.com |
| The Canadian Depository | sies-cainfo@cds.ca |
| The Canadian Depository | fabrahim@cds.ca |

Exhibit D

| Company | Email |
|---|---|
| The Depository Trust Co | MarkitCorporateActions@markit.com |
| The Depository Trust Co | cscotto@dtcc.com |
| The Depository Trust Co | lensnotices@dtcc.com |
| The Depository Trust Co | mandatoryreorgannouncements@dtcc.com |
| The Depository Trust Co | voluntaryreorgannouncements@dtcc.com |
| UBS Securities LLC | OL-EVENTMANAGEMENT@ubs.com |
| UBS Securities LLC | thomas.torrillo@ubs.com |
| Wells Fargo Securities | wfsecuritiesreorg@wellsfargo.com |
| Wells Fargo Advisors | corpactionsvoluntary.ops@firstclearing.com |

# Exhibit E

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                          :
In re                                     :    Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                :    Case No. 13-53846
                                          :
                    Debtor.               :    Hon. Steven W. Rhodes
                                          :
                                          :
---------------------------------------------------------x

# NOTICE OF COP SETTLEMENT ACCEPTANCE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On September 16, 2014, the City of Detroit (the "City"), filed the Seventh Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 7502) (the "Seventh Amended Plan").[1]

2. Section II.B.3.p.iii.A of the Seventh Amended Plan provides as follows: "Each holder of a COP Claim may settle issues related to the allowance and treatment thereof and become a Settling COP Claimant as to all of the COP Claims held by such holder and its Affiliates by submitting to the City a Notice of COP Settlement Acceptance prior to the Effective Date." Seventh Amended Plan, at § II.B.3.p.iii.A (the "Plan COP Settlement").

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Seventh Amended Plan.

3. The undersigned Holder of the COP Claim(s) identified below hereby accepts the terms of the Plan COP Settlement as set forth in the Seventh Amended Plan and elects, by this notice, to become a Settling COP Claimant. This notice shall constitute a Notice of COP Settlement Acceptance as such term is defined in the Seventh Amended Plan.

4. To submit this notice to the City, you must deliver it by overnight delivery service, facsimile transmission, courier service or messenger to:

> David G. Heiman, Esq.
> Heather Lennox, Esq.
> Thomas A. Wilson, Esq.
> JONES DAY
> North Point
> 901 Lakeside Avenue
> Cleveland, Ohio 44114
> Telephone: (216) 586-3939
> Facsimile: (216) 579-0212

Date: _____  Signature: _____

Claim Number(s) of COP Claim(s): _____

Become a Settling COP Claimant with respect to $_____ in principal amount of COPs.