UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Chapter 9
City of Detroit, Michigan,                                      Case No. 13-53846
    Debtor.                                  Hon. Steven W. Rhodes
_____/

### Order Striking Pleading (Dkt. #7631)

Lucinda Darrah has filed a paper entitled, "Notes for Community Comment re $H_20$ Proposal Meeting Friday." There is nothing in the Federal Rules of Bankruptcy Procedure that authorizes such a filing. Accordingly, it is hereby ordered that this paper is stricken.

.

**Signed on September 22, 2014**

                                                            **/s/ Steven Rhodes**
                                                             **Steven Rhodes**
                                                             **United States Bankruptcy Judge**