Dinah Lynn Bolton
20230 Fenelon Street
Detroit, MI 48234
313-893-3148
dinahtyus@sbcglobal.net

FILED

2014 SEP 23 A 10: 33

U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street
Suite 2100
Detroit, MI 48226

September 21, 2014

Dear Clerk of the Court:

I would like to request that the Court NOT eliminate or change my claim or grant the relief requested in the Fifth Omnibus Objection.

I would also like to request that my attendance is excused by mutual agreement between the parties.

I am responding on my own because I cannot afford an attorney to represent. I only have representation as part of my union.

I have attached proof that I filed my claim in a timely manner. My claim was time stamped by the Court Clerk.


Sincerely,

Dinah Lynn Bolton
Claim # 3522
Case # 13-53846
Hon. Steven W. Rhodes

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | FILED |
|---|---|---|

Name of Debtor: City of Detroit, Michigan  Case Number: 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

FEB 21 2014

US Bankruptcy Court
MI Eastern District

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Dinah Lynn Bolton

Name and address where notices should be sent:
20230 Fenelon
Det, MI 48234

Telephone number: 313 893 3148   email: dinahlynn@sbcglobal.net

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:   email:

1. Amount of Claim as of Date Case Filed:  $ 49,793.19

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim:  See attachments
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: _____    3a. Debtor may have scheduled account as: _____
   (See instruction #3a)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____

Annual Interest Rate (when case was filed) _____% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:  $_____

Basis for perfection: _____

Amount of Secured Claim:  $_____

Amount Unsecured:  $_____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).  $_____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____  $_____

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)  $ 0.00

7. Documents: Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted".) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. Signature: (See instruction # 8)
Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company: _____
Address and telephone number (if different from notice address above):
_____
(Signature) D L Bolton   (Date) 2/21/14

Telephone number: 313 893 3148   email: dinahlynn@sbcglobal.net

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



| Name of Claimant | Claim Number | Date Filed | Claim Amount | | Reason for Disallowance |
|---|---|---|---|---|---|
| ANDERSON-BENTON, PATRICIA<br>4200 PEBBLE CREEK PKWY 1104<br>GOODYEAR, AZ 85395 | 3513 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$77,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| ATTWELL, GEORGE R<br>8225 MODENA AVE.<br>BROOKSVILLE, FL 34613-5814 | 3531 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BAILEY, LADENNA<br>4254 MARYLAND<br>DETROIT, MI 48224 | 3536 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$586.56 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BAILEY, LADENNA<br>4254 MARYLAND<br>DETROIT, MI 48224 | 3541 | 02/24/2014 | $0.00<br>$0.00<br>$29,087.20<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BAILEY, LADENNA<br>4254 MARYLAND<br>DETROIT, MI 48224 | 3542 | 02/24/2014 | $0.00<br>$0.00<br>$121.50<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BAILEY, LADENNA<br>4254 MARYLAND<br>DETROIT, MI 48224 | 3569 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$900.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BENSON, LYNETTE<br>19141 OHIO<br>DETROIT, MI 48221 | 3634 | 03/06/2014 | $0.00<br>$0.00<br>$0.00<br>$1,225.90 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BILLUPS, ANTHONY D<br>17249 MAINE ST<br>DETROIT, MI 48212-1529 | 3594 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$1,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BLODGETT, DAVID<br>P.O. BOX 67000 DEPT 186201<br>DETROIT, MI 48267 | 3607 | 02/25/2014 | $0.00<br>$0.00<br>$0.00<br>$3,645.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BOLTON, DINAH L<br>20230 FENELON STREET<br>DETROIT, MI 48234 | 3522 | 02/24/2014 | $0.00<br>$0.00<br>$0.00<br>$30,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BRODART CO<br>ATTN ACCOUNTS PAYABLE<br>L-3544<br>COLUMBUS, OH 43260 | 3627 | 03/04/2014 | $0.00<br>$0.00<br>$0.00<br>$20,283.39 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |
| BROWN, KATHY L<br>16500 APPOLINE ST<br>DETROIT, MI 48235 | 3545 | 02/24/2014 | $0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | LATE FILED |