FILED (I)

2014 SEP 23 P 2: 24

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
Creditor/Objector

v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Debtor/City of Detroit1

_____/

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

## GOVERNOR RICK SNYDER VIOLATED HIS OATH OF OFFICE BY ORDERING OR AUTHORIZING THE WATER SHUT-OFF IN THE IN DANGERMENT OF PUBLIC HEALTH AND GENERAL WELFARE

WE OBJECT TO THE PLAN OF ADJUSTMENT AND ANY NOTICES, AMENDMENTS AND CONFIRMATION TO THE PLAN WAS UNTIMELY, AFTER THE FACTS, MISRE-PRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN <u>PRESENTED IN A GOOD FAITH MANNER.</u>

The water is an essential element of life that we all need to exist, the land, atmosphere, planets, animals and human being ect, ect, ect, all need it to survive.

When Governor Snyder under his oath of office and color of law disregarded the public health and well being of the citizens general welfare by shutting off the water without an <u>warning</u>, <u>notice</u>, and a <u>hearing</u>.

1

1) The water is an essential element need to exist and is a matter of public health to survive. When Governor Snyder order and/or authorize the water to be shout off to the citizens of Michigan, especially targeting here in the City of Detroit, without any regards to the welfare of citizens. He violated Article IV Section 51 "Public Health and General Welfare" protected under the Michigan State Constitution.

When an state official violates its own law the court has rule this is an "state action." The action of Governor Rick Snyder on the behalf of the state is the chief administrative officer of the State of Michigan, in the execution of his duty and the law constitute "state action," within the purview of the Fourteenth Amendment.

That Amendment govern any action of the state, "whether through its legislature, through its courts or its executive or administrative officers." Mooney v Holohan 294 U.S. 103, 112-113, (1934) citing Carter v. Texas 177 U.S. 442, 447; Roger v Alabama, 192 U.S. 226, 233, 234.

2

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012


Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

Charles McFarland
name

18414 South Drive #75
Address

SouthField, Mi. 48076
City, State & Zip

Brenda Joyce Hosendove McFarland
name

18414 South Drive Apt 75
address

SouthField, Mi. 48076
City, State & Zip

LaVern Holloway
name

18246 Linwood St
Address

Detroit, MF 48221
City, State & Zip

William M. Dann
name

9203 Littlefield
address

Detroit, Mich. 48228
City, State & Zip

Cicily McClellan
Name

111 Calvert
Address

Detroit, MI 48202
City State & Zip

Brandi Jackson / Wanda Ann Hill
Name

16125 Oakfield
Address

Det 4823
City, State & Zip

MARK L. SMITH
_____
name

1754 CAMPAU FARMS CIRCLE
_____
Address

DETROIT, MI 48207
_____
City, State & Zip

Sheila Thompkins
_____
name

2332 Prince Hall Dr
_____
address

Detroit, MI 48207
_____
City, State & Zip

Relonda A. Michol Florence
_____
name

20420 Anglin
_____
Address

Detroit, MI 48234
_____
City, State & Zip

_____
name

_____
address

_____
City, State & Zip

Jesse J. Florence Jr.
_____
Name

20420 Anglin
_____
Address

Detroit, MI 48234
_____
City State & Zip

_____
Name

_____
Address

_____
City, State & Zip



FILED (I)

2014 SEP 23 P 2: 24

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
          Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
          Debtor/City of Detroit

Chapter 9
 Case No. 13-53846
 Judge Steven W Rhodes

 Case No. 14-cv-10434
 Hon. Bernard A. Freidman
 Magistrate Paul J. Komives

_____/

## PROOF OF SERVICES

___Carl Williams___, being first duly sworn deposes and

your name

Say that on September 23 2014. I sent a copy of Objection to Governor Snyder

violating his oath of office by ordering or authorizing the water shut-off in the

in dangerment of Public Health and General Welfare, upon the concern

parties by certified mail at the following address:

Governor Rick Snyder
111 S. Capitol
P.O. Box 30013
Lansing, Michigan 48909


City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____