CARL WILLIAMS AND HASSAN ALEEM

            Creditor/Objector

V

In re:
                                    Chapter 9

CITY OF DETROIT, MICHIGAN
                Case No. 13-53846

AND EMERGENCY MANAGER
                Hon: Steven W. Rhodes

KEVYN D. ORR

               Debtor/City of Detroit1

_____/

## GOVERNOR RICK SNYDER VIOLATED HIS OATH OF OFFICE

WE OBJECT TO THE PLAN OF ADJUSTMENT AND ANY NOTICES,
AMENDMENTS AND CONFIRMATION OF THE PLAN BECAUSE IT
WAS UNTIMELY, AFTER THE FACTS, MISREPRESENTATION OF THE
BANKRUPTCY CODE AND RULES AND HAS NOTBEEN PRESENTED
IN A GOOD FAITH MANNER.

Governor Rick Snyder took an oath to support and upheld the State of

Michigan and Federal Constitutions of the United State, under Article X1 Section 1

of the Constitution of the State of Michigan.

    1) The Governor violated that oath when he authorized the Emergency

Manager, Kevyn Orr to file for bankruptcy without consent and approval of the

1

City of Detroit a violation of 11 USC 904, and was not consented to by the creditors

a violation of 11 USC 903, therefore was not filed in a good faith manner, and he

was not the proper person or party and did not have legal standing to file for chap-

ter 9 bankruptcy, therefore, the court lack legal jurisdiction and the case should be

dismiss. City of Harrisburg Pennsylvania, 465 B.R. 744 (Bankr. M.D.Pa21). Also this is

a procedure due process of law violation of Article 1 Sections 2 and 17 of the Michi-

gan State Constitution and the 5th and 14th Amendment of the Unite State Constitu-

tion.


I/We hereby certify that the statements made herein are true and correct to the
best of my knowledge and belief, under penalty of perjury and contempt of Court
under the laws of the United States of America.

Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

Charles McFarland
_name_

18414 South Drive #75
_Address_

SoutField, MI. 48076
_City, State & Zip_

Brenda Joyce Valentine McFarland
_name_

18414 South Drive apt 75
_address_

Southfield Mi. 48076
_City, State & Zip_

Lader Holloway
_name_

16246 Linwood St
_Address_

Det. MI 48221
_City, State & Zip_

Earline Jones
_name_

17352 Roselawn St
_address_

Detroit, MI 48221
_City, State & Zip_

William M. Davis
_Name_

9203 Littlefield
_Address_

Detroit, Mi. 48228
_City State & Zip_

Cecily McClellan
_Name_

111 Calvert
_Address_

Detroit, MI 48202
_City, State & Zip_

_Wanda Jean Hill_

name

_1615 Oakfield_

Address

_Det 4823_

City, State & Zip

_Belinda J. Micheaux Turner_

name

_20420 Anglin_

Address

_Detroit, Mi 48234_

City, State & Zip

_Jesse J. Howard Jr._

Name

_20420 Anglin_

Address

_Detroit, Mi 48234_

City State & Zip

_MARK L. SMITH_

name

_1754 CAMPAU FARMS CIRCLE_

address

_DETROIT, MI 48207_

City, State & Zip

_Sheila Thompson_

name

_2332 Prince Hall Dr_

address

_Detroit, MI 48207_

City, State & Zip

Name

Address

City, State & Zip

FILED (I)

2014 SEP 23 P 2: 24

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

In re:                              Chapter 9
City OF DETROIT, MICHIGAN        Case No. 13-53846
AND EMERGENCY MANAGER      Judge Steven W Rhodes
KEVYN D. ORR
        Debtor/City of Detroit    Case No. 14-cv-10434
                              Hon. Bernard A. Freidman
_____/    Magistrate Paul J. Komives

## PROOF OF SERVICES

_____, being first duly sworn deposes and
your name

Say that on September 23 ,2014. I sent a copy of Objection of governor Rick

Snyder violating his Oath of office, upon the concern parties by certified mail

at the following address:

Governor Rick Snyder
111 S. Capitol
P.O. Box 30013
Lansing, Michigan 48909

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____