IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor | Hon. Steven W. Rhodes |
| CARLA D. AIKENS, P.C.<br>Carla D. Aikens, (P69530)<br>Attorney for Plaintiffs<br>P.O. Box 6062<br>Vernon Hills, IL 60061<br>(215) 219-7404 | FOLEY & LARDNER LLP<br>John A. Simon<br>Tamar N. Colcourt<br>Attorney for Debtor<br>500 Woodward Ave.<br>Suite 2700<br>Detroit, MI |

## EX PARTE MOTION FOR LEAVE
## TO FILE PLEADING IN PAPER FORM

NOW COMES Claimant, REGINALD WILSON, by and through his attorney, Carla D. Aikens, P.C. and for his Motion for Leave to File Pleading in Paper Form, states as follows:

1. Claimant has a verified claim against the Debtor pursuant to Wayne County Circuit Court Case No. 13-004272-NF.

2. On August 29, 2014, Debtor filed Debtor's Sixth Omnibus Objection to Certain Claims (Late-Filed Claims). Filed therewith was Notice of Debtor's Sixth Omnibus Objection to Certain Claims (Late-Filed Claims), which included the instruction for filing objections, giving a filing deadline of September 24, 2014, and stating that: "All Attorneys are required to file pleadings electronically"

3. In compliance with the Notice of Debtor's Sixth Omnibus Objection to Certain Claims (Late-Filed Claims) on September 18, Claimant's Attorney obtained a

CM\ECF account in order to file Claimant's Objection to Debtor's Sixth Omnibus Objection to Certain Claims (Late-Filed Claims).

4. Claimant's Attorney was given a Creditor's login rather than Attorney's login to the Bankruptcy Court's CM/ECF electronic filing portal, and was informed that no Attorney training is scheduled until Thursday, October 2, 2014, such date being after the filing deadline for Claimant's Response to Debtor's Sixth Omnibus Objection to Certain Claims (Late-Filed Claims).

5. Because Claimant's Attorney cannot timely file Claimant's Response in electronic form, Claimant respectfully requests that this Court grant Claimant leave to file its Response on paper until such time as Plaintiff's Attorney may obtain the necessary Attorney CM/ECF login and password.

WHEREFORE Claimant respectfully requests that this Court grant Claimant leave to file its Response to Debtor's Sixth Omnibus Objection to Certain Claims (Late-Filed Claims) in paper form, and grant any further relief it deems fair and equitable.

Respectfully Submitted,

Carla D. Aikens (P69530)
Attorney for Claimant
Carla D. Aikens, P.C.
P.O. Box 6062
Vernon Hills, IL 60061
(215) 219-7404
carla@aikenslawfirm.com

Dated this 19th day of September, 2014

2 - Claimant's Ex Parte Motion for Leave to File Pleading in Paper Form
13-53846-tjt   Doc 7643   Filed 09/23/14   Entered 09/24/14 09:27:58   Page 2 of 6

## Certificate of Service

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein by mail on September 22, 2014, by:

_____
Carla D. Aikens

# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------x
In re                               :   Chapter 9
                                    :
CITY OF DETROIT, MICHIGAN,          :   Case No. 13-53846
                                    :
                                    :   Hon. Steven W. Rhodes
        Debtor                      :
------------------------------------x

### NOTICE OF DEBTOR'S SIXTH OMNIBUS OBJECTION TO CERTAIN CLAIMS
(Late-filed Claims)

> PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S).

**PLEASE TAKE NOTICE THAT** the Debtor, the City of Detroit, (the "City"), by and through its undersigned counsel, has filed an objection to certain late-filed claims (the "Sixth Omnibus Objection") and for an order disallowing and expunging such claims.

<u>YOUR CLAIM MAY BE REDUCED, MODIFIED OR ELIMINATED. PURSUANT TO FED. R. BANKR. P 3007(e)(1), YOU SHOULD REVIEW EXHIBIT 2 OF THE SIXTH OMNIBUS OBJECTION TO FIND YOUR NAME AND CLAIM. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.</u>

If you do not want the court to eliminate or change your claim, or grant the relief request in the Sixth Omnibus Objection, then on or before <u>September 24, 2014</u>, you or your lawyer must:

1. File with the court, at the address below, a written response to the objection. Unless a written response is filed and served by the date specified, the court may decide that you do not oppose the objection to your claim.

> Clerk of the Court
> United States Bankruptcy Court
> 211 W. Fort Street, Suite 2100
> Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so that the Court will <u>receive</u> it on or before the date stated above. All attorneys are required to file pleadings electronically.

2. A copy of your response must also be mailed to counsel for the City.

> John A. Simon
> Tamar N. Dolcourt
> Foley & Lardner LLP
> 500 Woodward Ave., Ste. 2700
> Detroit, MI 48226

3. You must also attend the hearing on the objection scheduled to be held on <u>October 1, 2014</u> at 10:00 a.m. in Courtroom 716, Theodore Levin Courthouse, 231 W. Lafayette, Detroit, MI 48226 unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled and the objection sustained.**

Date: August 29, 2014

> FOLEY & LARDNER LLP
>
> By: /s/ *Tamar N. Dolcourt*
> John A. Simon (P61866)