IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor | Hon. Steven W. Rhodes |
| CARLA D. AIKENS, P.C.<br>Carla D. Aikens, (P69530)<br>Attorney for Plaintiffs<br>P.O. Box 6062<br>Vernon Hills, IL 60061<br>(215) 219-7404 | FOLEY & LARDNER LLP<br>John A. Simon<br>Tamar N. Colcourt<br>Attorney for Debtor<br>500 Woodward Ave.<br>Suite 2700<br>Detroit, MI |

## ORDER

This matter having come before the Court on _____, upon Claimant Reginald Wilson's Motion for Leave to File Pleading in Paper Form, and the Court being fully advised in the premises;

IT IS ORDERED that Claimant Reginald Wilson's Attorney, Carla D. Aikens be granted Leave to File Pleadings on behalf of Claimant in Paper Form.

IT IS SO ORDERED.

This is not a final Order and does not close this case.

_____
JUDGE STEVEN RHODES
United States Bankruptcy Judge