UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Granting Motion to Allow Amended Exhibit (Dkt. #7597)

On September 19, 2014, Creditor Gary Knall filed a motion to allow the submission of an amended exhibit PS 14704. (Dkt. #7597) Mr. Knall seeks to submit the amended exhibit due to the discovery of two typographical errors on the exhibit he originally submitted to the court for marking. A hearing is not necessary to resolve this matter. The Court finds cause to allow the amended exhibit in place of the exhibit originally marked as PS 14704.

Accordingly, the motion is granted and the amended exhibit attached to the motion shall be substituted in place of the document originally submitted for marking as exhibit PS 14704.
.

**Signed on September 24, 2014**

                                    **/s/ Steven Rhodes**  
                                  **Steven Rhodes**  
                                  **United States Bankruptcy Judge**