UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
------------------------------------------------------x
                                                      :
In re                                                 : Chapter 9
                                                      :
CITY OF DETROIT, MICHIGAN,                            : Case No. 13-53846
                                                      :
                Debtor.                               : Hon. Steven W. Rhodes
                                                      :
------------------------------------------------------x
```

**SECOND STIPULATION REGARDING PROPOSED ORDER
MODIFYING ORDER APPROVING STIPULATION BY AND BETWEEN
THE CITY OF DETROIT, MICHIGAN AND CREDITORS REGARDING
ADJOURNMENT OF THE HEARING ON PLAN CONFIRMATION**

The City of Detroit, Michigan (the "City") and Merrill Lynch Capital Services, Inc. and UBS AG (together, the "Swap Counterparties" and, together with the City, the "Parties"), by and through each of their undersigned counsel, stipulate as follows:

1. On September 17, 2014, the Court entered that *Order Approving Stipulation by and Between the City of Detroit, Michigan and Creditors Regarding Adjournment of the Hearing on Plan Confirmation* that provided in part that any supplemental objections to the Seventh Amended Plan shall be filed by Friday, September 19, 2014.

2. On September 19, 2014, the Court entered that *Order Modifying Order Approving Stipulation by and Between The City of Detroit, Michigan and Creditors Regarding Adjournment of the Hearing on Plan Confirmation*, whereby the time for the Swap Counterparties to file supplemental objections to the Seventh Amended Plan was enlarged from September 19th until September 24, 2014.

3. To facilitate further discussion concerning the COP Swap Settlement and the Seventh Amended Plan, the Parties hereby stipulate to further enlarge the time for the Swap Counterparties to file supplemental objections to the Seventh Amended Plan from September 24th until September 29, 2014 and to file responses to any supplemental objections by the Swap Counterparties to the Seventh Amended Plan from September 26th until October 3, 2014.

Dated: September 24, 2014

| /s/ Kelley A. Cornish | /s/ Heather Lennox |
|---|---|
| Daniel J. Kramer | David G. Heiman (OH 0038271) |
| Richard A. Rosen | Heather Lennox (OH 0059649) |
| Kelley A. Cornish | Thomas A. Wilson (OH 0077047) |
| Stephen J. Shimshak | JONES DAY |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | North Point |
| | 901 Lakeside Avenue |
| 1285 Avenue of the Americas | Cleveland, Ohio 44114 |
| New York, New York 10019 | Telephone: (216) 586-3939 |
| (212) 373-3000 | Facsimile: (216) 579-0212 |
| dkramer@paulweiss.com | dgheiman@jonesday.com |

rrosen@paulweiss.com
kcornish@paulweiss.com
sshimshak@paulweiss.com

Attorneys for UBS AG

/s/ Damian S. Schaible
Marshall S. Huebner
Damian S. Schaible
Elliot Moskowitz
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
marshall.huebner@davispolk.com
damian.schaible@davispolk.com
elliot.moskowitz@davispolk.com

Attorneys for Merrill Lynch Capital Services, Inc.

hlennox@jonesday.com
tawilson@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

ATTORNEYS FOR THE CITY

**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
--------------------------------------------------x
                                                  :
In re                                             : Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,                        : Case No. 13-53846
                                                  :
               Debtor.                            : Hon. Steven W. Rhodes
                                                  :
--------------------------------------------------x
```

**SECOND ORDER MODIFYING ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND CREDITORS REGARDING ADJOURNMENT OF THE HEARING ON PLAN CONFIRMATION**

This matter came before the Court on the *Second Stipulation Regarding Proposed Order Modifying Order Approving Stipulation By And Between The City Of Detroit, Michigan And Creditors Regarding Adjournment Of The Hearing On Plan Confirmation* (the "Stipulation"),[1] filed by the City of Detroit (the "City") and the Swap Counterparties; the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being fully advised in the premises;

---

[1] Capitalized terms not defined herein have the meanings given to them in the Stipulation.

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. Any supplemental objections filed by the Swap Counterparties to the Seventh Amended Plan shall be filed by Monday, September 29, 2014.

3. Responses to any supplemental objections by the Swap Counterparties to the Seventh Amended Plan shall be filed by Friday, October 3, 2014.

# **CERTIFICATE OF SERVICE**

      I, Heather Lennox, hereby certify that the foregoing *Stipulation Regarding Proposed Order Modifying Order Approving Stipulation By And Between The City Of Detroit, Michigan And Creditors Regarding Adjournment Of The Hearing On Plan Confirmation* was filed and served via the Court's electronic case filing and noticing system on this 24th day of September 2014.

                                      /s/ Heather Lennox