UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------x
                                                 :
In re                                            : Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                       : Case No. 13-53846
                                                 :
                    Debtor.                      : Hon. Steven W. Rhodes
                                                 :
-------------------------------------------------x
```

# SECOND ORDER MODIFYING ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND CREDITORS REGARDING ADJOURNMENT OF THE HEARING ON PLAN CONFIRMATION

This matter came before the Court on the *Second Stipulation Regarding Proposed Order Modifying Order Approving Stipulation By And Between The City Of Detroit, Michigan And Creditors Regarding Adjournment Of The Hearing On Plan Confirmation* (the "Stipulation"),[1] filed by the City of Detroit (the "City") and the Swap Counterparties; the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being fully advised in the premises;

---

[1] Capitalized terms not defined herein have the meanings given to them in the Stipulation.

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. Any supplemental objections filed by the Swap Counterparties to the Seventh Amended Plan shall be filed by Monday, September 29, 2014.

3. Responses to any supplemental objections by the Swap Counterparties to the Seventh Amended Plan shall be filed by Friday, October 3, 2014.

**Signed on September 24, 2014**

                                              /s/ Steven Rhodes
                                              **Steven Rhodes**
                                              **United States Bankruptcy Judge**