9-23-2014

35935 Collingwood
Sterling Heights, Mi 48312

FILED

2014 SEP 24 A 10: 14

U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

Clerk of the Court
United Sates Bankruptcy Court
211 W. Fort Street Suit 2100
Detroit, Mi 48226

To whom it may concern,

Re: Lack of legal representation during the current City of Detroit Bankruptcy proceedings and what I believe the Detroit Financial Advisory Board and others are suppressing from the court and public to the detriment of their safety.

Please accept this communication with the understanding that should my presence or presentation on Oct.1,2014, compromise any of the rights I was promised regarding the Grand Bargain, please withdraw my claim immediately.

Otherwise, I believe I can prove that financial information and operational protocols have been suppressed from 1943 to the present.

Sincerely,

*Henry J. Gesing*
Henry J. Gesing

Cc     Foley & Lardner (was sent a copy of this one and separate one to them) **Legal** and all interested parties