UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------x
                                                     :

In re                                       : Chapter 9
                                                     :

CITY OF DETROIT, MICHIGAN,       : Case No. 13-53846
                                                     :

                        Debtor.             : Hon. Steven W. Rhodes
                                                     :
------------------------------------------------------x

**ORDER (I) REFERRING TO FACILITATIVE
MEDIATION OBJECTIONS TO CERTAIN CLAIMS
FILED BY MICHIGAN AFSCME COUNCIL 25 AND ITS
AFFILIATED DETROIT LOCALS AND THE COALITION OF
DETROIT UNIONS, (II) CONTINUING HEARING ON RELATED
CLAIM OBJECTIONS AND (III) MODIFYING BRIEFING SCHEDULE**

This matter came before the Court on the Stipulation for an Order (I) Referring to Facilitative Mediation Objections to Certain Claims Filed by Michigan AFSCME Council 25 and Its Affiliated Detroit Locals and the Coalition of Detroit Unions, (II) Continuing Hearing on Related Claim Objections and (III) Modifying Briefing Schedule (the "Stipulation"),[1] filed by the City of Detroit (the "City"), Michigan AFSCME Council 25 and Its Affiliated Detroit Locals ("AFSCME") and the Coalition of Detroit Unions (the "Coalition" and, collectively

---

[1]     Capitalized terms not defined herein have the meanings given to them in the Stipulation.

with the City and AFSCME, the "Parties"); the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The Claims are referred to facilitative mediation before the Honorable Judge Victoria Roberts (the "Mediation").

3. The Parties shall exchange mediation briefs with respect to the Mediation by September 29, 2014.

4. All information requests and responses among the Parties in connection with the Mediation shall be presented in the first instance to Judge Roberts for a determination as to their reasonableness.

5. The Reply Deadline shall be extended to October 17, 2014.

6. The Parties shall make reasonable efforts to mediate the Claims in good faith.

7. The Hearing on the Objections shall be continued to the hearing reserved for claims objections scheduled for November 5, 2014 at 10:00 a.m., Eastern Time. The Hearing shall proceed at that time as a non-evidentiary status conference for the purpose of advising the Court on progress in the Mediation.

.

**Signed on September 25, 2014**

                                                         **/s/ Steven Rhodes**
                                                  **Steven Rhodes**
                                                  **United States Bankruptcy Judge**