Form B20A(Official Form 20A)
12/1/10

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re: Thomasena Barge AKA Thomasane Barge

Chapter: 9

Case No.: 13-53846

~~DEBTOR/~~ CREDITOR /

Judge: RHODES

Address 5226 Newport Street
Detroit, Michigan 48213

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 9261

*Corrected* NOTICE OF [MOTION] [OBJECTION]
CREDITOR

~~DEBTOR~~ has filed papers with the court to _____
{relief sought in motion or objection}

FILED
2014 SEP 25 A 9 32
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to _____ [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], within __14__ days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

   United States Bankruptcy Court
   *[handwritten address]*
   *Detroit, MI 48226*

   If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

   You must also mail a copy to [enter your name and address and name and address of others to be served]:

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: September ~~18~~ 25, 2014

Signature *Thomasena Barge*
Name Thomasena Barge AKA Thomasene Barge
Address 5226 Newport Street
Detroit, Michigan 48213

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)