# EXHIBIT 1

## PROPOSED ORDER

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____x
|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 9** |
|  | : | **Case No. 13-53846** |
| **CITY OF DETROIT, MICHIGAN**, | : | **Hon. Steven W. Rhodes** |
| Debtor. | : |  |
|  | : |  |
|  | : |  |

_____

### ORDER GRANTING PETITIONERS ROBERT DAVIS' AND CITIZENS UNITED AGAINST CORRUPT GOVERNMENT'S EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This matter coming before the Court on Petitioners Emergency Motion for Relief From the Automatic Stay and the Court having determined that the legal and factual bases as set out in the motion establish just cause for relief;

**IT IS HEREBY ORDERED THAT:**

A. The Emergency Motion for Relief From the Automatic Stay is **GRANTED.**

B. Petitioners shall be allowed to immediately file a civil action in the Wayne County Circuit Court against the Detroit City Council seeking declaratory and injunctive relief for their alleged violations of the Open Meetings Act ("OMA").

C. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

D. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.