# EXHIBIT 2

**NOTICE OF EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY**

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|                                   |   |                        |
|-----------------------------------|---|------------------------|
|                                   | : | **Chapter 9**          |
| In re:                            | : | **Case No. 13-53846**  |
| **CITY OF DETROIT, MICHIGAN**,    | : | **Hon. Steven W. Rhodes** |
| Debtor.                           | : |                        |
|                                   | : |                        |
|                                   | : |                        |

### NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

Petitioners Robert Davis and Citizens United Against Corrupt Government (collectively "Petitioners") have filed papers with the court for an Emergency Motion for Relief From Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant Petitioners' Emergency Motion for Relief From Automatic Stay the time for a party to take any action or file objections to Petitioners' Emergency Motion for Relief From Automatic Stay, or if you want the court to consider your views on the motion, the deadline to file an objection to the Emergency Motion is within fourteen (14) days after service. Objections shall comply with F.R.Civ.P.8(b)(c) and (e). Accordingly, within fourteen (14) days after service, you or your attorney must:

File with the court a written request for a hearing or, if the court requires a written response, an answer, explaining your position at:

United States Bankruptcy Court
211 West Fort
Detroit, MI 48226

If you mail your request/response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

You must also mail a copy to:
Andrew A. Paterson
Attorney for Petitioners
46350 Grand River, Suite C
Novi, MI 48374
(248) 568-9712
Aap43@hotmail.com

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief. If an objection is not timely filed, the court may grant the motion without a hearing.

Dated: September 25, 2014

/s/Andrew A. Paterson
Attorney for Petitioners
46350 Grand River, Suite C
Novi, MI 48374
(248) 568-9712
Aap43@hotmail.com