# EXHIBIT 4

## CERTIFICATE OF SERVICE

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____x
|  |  |  |
|---|---|---|
|  | : | **Chapter 9** |
| **In re:** | : | **Case No. 13-53846** |
| **CITY OF DETROIT, MICHIGAN**, | : | **Hon. Steven W. Rhodes** |
| Debtor. | : |  |
|  | : |  |
|  | : |  |

_____

## CERTIFICATE OF SERVICE

I, ANDREW A. PATERSON, certify that the foregoing *Petitioner's Emergency Motion for Relief From the Automatic Stay* was filed and served via the Court's electronic case filing and noticing system this 25th day of September, 2014, which will send notification of such filing to all attorneys and parties of record registered electronically.

/S/ Andrew A. Paterson_(P18690)_____
Attorney for Petitioners
46350 Grand River, Suite C
Novi, MI 48374
(248) 568-9712
Aap43@hotmail.com
P18690