# EXHIBIT 1

**PROPOSED ORDER**

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
|  | : | **Chapter 9** |
| **In re:** | : | **Case No. 13-53846** |
| **CITY OF DETROIT, MICHIGAN**, | : | **Hon. Steven W. Rhodes** |
| Debtor. | : |  |
|  | : |  |
|  | : |  |

### ORDER GRANTING PETITIONERS' *EX PARTE* MOTION FOR AN ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING

This matter coming before the Court on Petitioners' *Ex Parte* Motion for An Order Shortening Notice and Scheduling an Expedited Hearing with Respect to Petitioners' Emergency Motion for Relief From the Automatic Stay. The Court having reviewed the *Ex Parte* Motion; having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. 157(b), and (iv) notice of the *Ex Parte* Motion was sufficient under the circumstances; having determined after due deliberation that good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

A. The *Ex Parte* Motion is **GRANTED.**

B. A hearing with respect to Petitioners' Emergency Motion for Relief from the Automatic Stay shall be held on Friday, September 26, 2014 at 9:00 a.m. before the Hon. Steven Rhodes in Courtroom 716, Theodore Levin United States Courthouse,

231 W. Lafayette Blvd., Detroit, MI 48226.

C. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

D. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.