# EXHIBIT 4

**CERTIFICATE OF SERVICE FOR *EX PARTE* MOTION**

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____x
:  **Chapter 9**
**In re:**                            :  **Case No. 13-53846**
**CITY OF DETROIT, MICHIGAN**,        :  **Hon. Steven W. Rhodes**
Debtor.                               :
                                      :
                                      :
_____

### CERTIFICATE OF SERVICE

I, ANDREW A. PATERSON, certify that the foregoing *Petitioner's Ex Parte Motion For an Order Shortening Notice And Scheduling An Expedited Hearing With Respect To Petitioners' Emergency Motion for Relief From the Automatic Stay* was filed and served via the Court's electronic case filing and noticing system this 25th day of September, 2014, which will send notification of such filing to all attorneys and parties of record registered electronically.

/S/ Andrew A. Paterson (P18690)
Attorney for Petitioners
46350 Grand River, Suite C
Novi, MI 48374
(248) 568-9712
Aap43@hotmail.com
P18690