September 25, 2014

U.S. Attorney General

Sir, this has to do with my 'Detroit Subway Complaint'. The only person using the Detroit Underground Subway is Moroun. Since Mayor Bing and Moroun are very close, I would say that there is a possibility that Moroun might have asked Mayor Bing to withhold the Detroit Underground Subway from the Bankruptcy since 'nobody else was using it anyways'. Mayor Bing might have omitted the Subway /Seaplane Take off / Landing Area from the Bankruptcy on his own because of his friendship with Moroun. I really don't know for sure except the fact that the Subway (value maybe 250 million dollars) and the Seaplane Take off / Landing Area on the Detroit River were omitted from the Bankruptcy. The only reason that I am telling you is the fact that the City of Detroit is trying to 'get Kevin Orr removed from his position of Emergency Manager this Saturday (September 27, 2014).

All of his paperwork has been submitted to Federal Judge Steven W. Rhodes. If this Bankruptcy goes through without the Subway / Seaway Take off/Landing Area; I know that the Judge and the Creditors will be very upset. I know that President Obama will also be upset since he is taking a personal interest in Detroit's Bankruptcy. The Whole World is watching. Thank you for your time.

Edward J. Partyka

(313) 743-2944

*[Signature: Edward J. Partyka]*

*[Stamp: FILED (I) 2014 SEP 25 P 2:11 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT]*

September 24, 2014

U.S. Attorney General

    Sir, I am asking for your help. Kevin Orr is our Emergency Manager for the World Famous 'Detroit Bankruptcy'.

    The City of Detroit has managed to 'hide our underground Subway' and our 'Seaplane take off/ Landing Area'. I have informed Mayor Duggan, Councilwomen Lopez, Governor Snyder, Senator Smith, Congressman Dingell, Congressman Conyers and Kevin Orr. The Bankruptcy is supposed to be over September 27,

    I, as a taxpayer, do not want to go through this again when Federal Judge Steven W. Rhodes discovers that the Detroit Subway and the Detroit River Seaplane Take off / Landing Area has been skillfully omitted from the Bankruptcy. It is my understanding that all assets / Liabilities have to be summited to Judge Steven W. Rhodes. Thank you for your time.

    Edward J. Partyka

    (313) 743-2944


*ATTENTION KEVIN ORR*

September 23, 2014

FBI

     This concerns Detroit's Underground Subway. Mayor Young sealed the Subway because he didn't want any White people using it to come to Detroit. He tore down Olympia stadium because he had an argument with the Ford Family.

     The Subway is being used every day by Moroun/Salt Company to ship Salt / goods to Canada. This is probably why; Moroun hasn't done anything with the Train Station. He doesn't want any people around to see what he is shipping/doing.

     The Woodward Subway has 4 rails and goes to 13 mile/Rochester. The Michigan Subway has 2 rails. The Livernois Subway has 4 rails and goes to McNicolas/6 Mile. The Fort St. Subway has 4 rails and goes all the way to Meridian/Middle Belt. These streets have Boarding Platforms underground. They just don't have the stairways to the surface/street. There is also a place where cars are added/subtracted to make the train longer/shorter. The 2nd Tunnel will probably be built where the Southwest High School on Fort st. is.

     Morouns trucks do not pay a fee to cross his Bridge. No revenue/taxes for Detroit. How is Detroit collecting on the goods/salt shipped to Canada? What City Department is collecting for Morouns/Salt Company use of the Subway? Who is paying the sewer bill? Who is paying the light bill? How is Customs inspecting the cargo? How is Detroit/charging? By the car?, By the Weight?, etc. Who issues Permits? Who issues Bills of Laden? Where are these receipts/records kept/stored?

     If the Subway is not included in the Bankruptcy, then how is Detroit going to be able to collect Federal Aid/Grant to finish the Subway? If the Seaplane Take off/ Landing Area on the Detroit River is not included in the Bankruptcy, then how can Detroit ever hope to get Federal Money to make it a profitable venture with plane stalls, gasoline, restaurant, etc.? People can land and also go to the Casino's.

                                                                     Edward J. Partyka

                                                                     (313) 743-2944

P.S

Detroit is the 7th MOST POLUTTED City in USA. We need Subway. The New Redwing Center, Fox Theatre, Both Stadiums, and COBO Hall can all be holding an event at the same time. How do you get out of Detroit? Where do you Park? We are building a New Detroit.

*NOTE:*

*RAILS ARE CAR TRACKS*

*2 TRAINS CAN TRAVEL SIDE BY SIDE AT SAME TIME.*

*(1 of 2)*

# DETROIT SUBWAY



Report on
Detroit Street Railway Traffic
and Subway

Made to
Board of Street Commissions
City of Detroit
By
Barclay Parsons & Klapp

Subway is
st. LL there

Edward J Partyka
(313) 743-2944

HP Officejet Pro 8600 N911g Series

Fax Log for
La Carreta Mkt 2
3135542715
Sep 24 2014 12:06PM

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| | | | | Digital Fax | | |
| Sep 24 | 12:05PM | Fax Sent | 12023076777 | 0:48 N/A | 3 | OK |