B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/13)

# UNITED STATES BANKRUPTCY COURT

____Eastern____ District of ____Michigan____

In re ____City of Detroit, Michigan____
Debtor

Case No. ____13-53846____

Chapter ____9____

*(Complete if issued in an adversary proceeding)*

____Gloria D. Jones____
Plaintiff

v.

_____
Defendant

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: ____(MSNBC) NBC Universal Legal Dept. Legal rep. & Chris Hayes____
*(Name of person to whom the subpoena is directed)*

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: ____Segment - Math of Destruction - Reinhart & Rogart____

| PLACE ____211 West. Fort Street Detroit, MI. 48226____ | DATE AND TIME ____09/26/2014____ |
|---|---|

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR

____Gloria Jones In Pro Per____
*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* ____Gloria D. Jones____, who issues or requests this subpoena, are:
____15403 Baylis, Detroit, MI    jones712@comcast.net    3132181170____

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: _Chris Hayes & NBC Universal TROT_
_09-25-2014_ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: _____

_Maria [signature]_
Server's signature

_Gloria D. Jones in Pro Se_
Printed name and title

_15405 Baylis Det MI 48238_
Server's address

Additional information concerning attempted service, etc.:

_gjones1762@comcast.net_
_313 218-1170_

FILED 2014 SEP 25 P 2:31 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

NEW YORK NY 10126     0243

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.79 |

05 Postmark Here

09/25/2014

Sent To: NBC - Universal - Att Legal Dept
Street, Apt. No.; or PO Box No.: 30 Rockella Center
City, State, ZIP+4: NY, NY 10112

PS Form 3800, August 2006     See Reverse for Instructions

7014 3020 0002 2172 0036