UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBERT O'ROURKE,

       Appellant,                                    Civil Action No. 14-CV-13118
                                                    HON. BERNARD A. FRIEDMAN
vs.

CITY OF DETROIT,

       Appellee.
_____/

## ORDER OF DISMISSAL

       Before the Court is an appeal from an order of the bankruptcy court dated June 27, 2014, granting the City of Detroit's (the "City") objection to claim 458 filed by Albert O'Rourke [docket entry 1].  Having reviewed the record on appeal, including the order appealed from, the Court concludes that the bankruptcy court properly expunged claim 458 pursuant to 11 U.S.C. § 502(b)(1) on the ground that it is not enforceable against the City.  The appellant failed to adequately support his claim that the City misplaced or destroyed nuclear research material generated by the "Manhattan Project,"[1] which was allegedly stored at a property located in Detroit, Michigan.

---

[1] The "Manhattan Project" was a research program funded by the United States government that eventually developed the world's first atomic weapons.

Accordingly,

IT IS ORDERED that the appeal from the order of the bankruptcy court dated June 27, 2014, is dismissed.

                                    S/ Bernard A. Friedman_____  
                                    BERNARD A. FRIEDMAN  
                                    SENIOR UNITED STATES DISTRICT JUDGE

Dated: September 24, 2014  
        Detroit, Michigan