# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------x

## PLAN SUPPORTERS' SECOND AMENDED ORDER OF WITNESSES FOR PLAN CONFIRMATION

1. The City of Detroit, Michigan (the "City") and certain parties that are supporting the Plan (together with the City, the "Plan Supporters") will present their "will call" witnesses in the following order at the Plan confirmation hearing:

| No. | First Name | Last Name |
|---|---|---|
| 1. | John | Hill |
| 2. | Charles | Moore |
| 3. | Beth | Niblock |
| 4. | Caroline | Sallee |
| 5. | Edsel | Jenkins |
| 6. | James | Craig |
| 7. | Terri | Renshaw |
| 8. | Glenn | Bowen |
| 9. | Alan | Perry |
| 10. | Vanessa | Fusco |
| 11. | Kim | Nicholl |
| 12. | Ron | Bloom |
| 13. | Sue | McCormick |

| No. | First Name | Last Name |
|---|---|---|
| 14. | Suzanne | Taranto |
| 15. | Michael | Plummer |
| 16. | Annmarie | Erickson |
| 17. | John | Satter |
| 18. | Gaurav | Malhotra |
| 19. | Kenneth | Buckfire |
| 20. | James | Doak |
| 21. | Kevyn | Orr |
| 22. | Vyto | Kaunelis |
| 23. | Roger | Penske |
| 24. | Daniel | Gilbert |
| 25. | Brom | Stibitz |
| 26. | Brenda | Jones |
| 27. | Rip | Rapson |
| 28. | Michael | Duggan |

  2. The Plan Supporters reserve the right to adjust this order of witnesses, as necessary, to accommodate any unavoidable scheduling conflict. The Plan Supporters will do their best to notify the Court and parties objecting to the Plan within two (2) business days of a witness' anticipated testimony date if their order of appearance will change.

  3. The Plan Supporters also hereby identify the following potential "may call" or rebuttal witnesses for the Plan confirmation hearing whose precise order of presentation is not currently knowable.

| First Name | Last Name |
|---|---|
| Michael | Van Overbeke |
| Harold | Atkinson |
| Stuart | Wohl |
| Judith | Kermans |
| Graham | Beal |

| First Name | Last Name |
|---|---|
| Susan | Mosey |
| Mark | Diaz |

    4.    The Plan Supporters reserve the right to supplement its "may call" or rebuttal witness list.

    5.    The Plan Supporters reserve the right to call as a witness during the confirmation hearing any may call or will call witness identified by parties objecting to the Plan.

Dated: September 25, 2014        Respectfully submitted,

  /s/ David G. Heiman
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

ATTORNEYS FOR THE CITY OF DETROIT

## **CERTIFICATE OF SERVICE**

      I, David G. Heiman, hereby certify that the foregoing Plan Supporters' Second Amended Order of Witnesses for Plan Confirmation was filed and served via the Court's electronic case filing and noticing system on this 25th day of September, 2014.

                                                    /s/ David G. Heiman