UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9
Case No.: 13-53846
Hon. Steven W. Rhodes

---

## WITHDRAWAL OF PROOF OF CLAIM

Claimant, Takeya Harper, by her attorneys, The Thurswell Law Firm, by Cary M. Makrouer, hereby withdraws her Proof of Claim, filed on February 20, 2014.

Respectfully submitted,
THE THURSWELL LAW FIRM, P.L.L.C.

BY:   */s/ Cary M. Makrouer*
**CARY M. MAKROUER (P-26831)**
**KEITHA K. COWEN (P-42336)**
Attorneys for Creditor, Takeya Harper
1000 Town Center, Suite 500
Southfield, MI   48075
248-354-2222

DATED:   September 26, 2014

## CERTIFICATE OF SERVICE

I certify that on September 26, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

THE THURSWELL LAW FIRM, P.L.L.C.

BY:   */s/ Cary M. Makrouer*
**CARY M. MAKROUER (P-26831)**
**KEITHA K. COWEN (P-42336)**
Attorneys for Creditor, Takeya Harper
1000 Town Center, Suite 500
Southfield, MI   48075
248-354-2222

DATED:   September 26, 2014