UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                        :
In re                                   :    Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              :    Case No. 13-53846
                                        :
              Debtor.                   :    Hon. Steven W. Rhodes
                                        :
                                        :
-------------------------------------------------------x
```

## *EX PARTE* MOTION OF THE CITY OF DETROIT FOR ENTRY OF AN ORDER AUTHORIZING IT TO FILE A REPLY IN EXCESS OF PAGE LIMIT

The City of Detroit, Michigan (the "City"), as the debtor in the above-captioned case, hereby files this *ex parte* motion (the "Motion") for the entry of an order authorizing the City to file its consolidated reply (the "Reply") to supplemental objections to confirmation of the Seventh Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 7502) (the "Seventh Amended Plan") in excess of the 30-page limit imposed by the Court's Order Establishing Motion Procedure (Docket No. 283) (the "Motion Procedure Order").[1]

1.  The City filed the Seventh Amended Plan on September 16, 2014. On September 17, 2014, the Court issued the Order

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Plan.

Approving Stipulation By and Between the City of Detroit, Michigan and Creditors Regarding Adjournment of the Hearing on Plan Confirmation (Docket No. 7530) (the "Adjournment Order"). The Adjournment Order permitted (a) parties to file supplemental objections to the Seventh Amended Plan (collectively, the "Objections") by September 19, 2014 and (b) the City to file a reply to the Objections by September 26, 2014. A total of nine Objections were filed in response to the Seventh Amended Plan by the deadline set forth in the Adjournment Order, certain of which raised arguments relating to the modifications proposed in the Seventh Amended Plan.

2. Paragraph 3 of the Motion Procedure Order provides that, "[n]otwithstanding LBR 9014-1(e), a reply brief filed by the City shall not exceed 30 pages." This paragraph further provides, however, that "[t]he City may file a motion to extend this page limit for cause shown."

3. The Objections raise several legal and factual arguments and issues related to the modifications incorporated into the Seventh Amended Plan (and the City's comprehensive settlement with Syncora underlying many such modifications). The City submits that it requires more than 30 pages to meaningfully address these arguments and issues. Accordingly, the City respectfully requests that it be (a) granted relief from the page limit for reply briefs

imposed by paragraph 3 of the Motion Procedure Order and (b) permitted to file its Reply in excess of 30 pages in length.

WHEREFORE, the City respectfully requests that this Court: (i) enter an order substantially in the form attached hereto as <u>Exhibit 1</u>, granting the relief sought herein; and (ii) grant such other and further relief to the City as the Court may deem proper.

Dated: September 26, 2014				Respectfully submitted,

/s/ Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
Thomas A. Wilson (OH 0077047)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com
tawilson@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
    STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE DEBTOR

## SUMMARY OF ATTACHMENTS

The following documents are attached to this Motion, labeled in accordance with Local Rule 9014-1(b).

| | |
|---|---|
| Exhibit 1 | Proposed Form of Order |
| Exhibit 2 | None [Motion Seeks *Ex Parte* Relief] |
| Exhibit 3 | None [Brief Not Required] |
| Exhibit 4 | Certificate of Service |
| Exhibit 5 | None [No Affidavits Filed Specific to This Motion] |
| Exhibit 6 | None [No Documentary Exhibits Filed Specific to this Motion] |

# **EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                         :
In re                                                    :    Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               :    Case No. 13-53846
                                                         :
                    Debtor.                              :    Hon. Steven W. Rhodes
                                                         :
                                                         :
---------------------------------------------------------x

# *EX PARTE* ORDER AUTHORIZING
# THE CITY OF DETROIT TO FILE A REPLY IN EXCESS OF PAGE LIMIT

This matter coming before the Court on the *Ex Parte* Motion of the City of Detroit for Entry of an Order Authorizing it to File a Reply in Excess of Page Limit (the "Motion"),[1] filed by the City of Detroit, Michigan (the "City"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

2. The City is granted relief from the page limit for reply briefs set forth in paragraph 3 of the Motion Procedure Order and may file its Reply in excess of 30 pages.

**EXHIBIT 4**

## CERTIFICATE OF SERVICE

I, Heather Lennox, hereby certify that the foregoing *Ex Parte* Motion of the City of Detroit for Entry of an Order Authorizing It to File a Reply in Excess of Page Limit was filed and served via the Court's electronic case filing and noticing system on this 26th day of September, 2014.

/s/  Heather Lennox