THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| Debtor. | ) | Hon. Steven W. Rhodes |

## NOTICE OF WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM OF DINAH LYNN BOLTON (CLAIM NUMBER 3522)

PLEASE TAKE NOTICE that the City of Detroit (the "City"), by and through its attorneys Foley & Lardner LLP, hereby withdraws its Objection to the Claim of Dinah Lynn Bolton (Claim Number 3522) (the "Claim") contained in the City's Fifth Omnibus Objection to Certain Claims [Docket No. 7197] filed August 29, 2014 without prejudice.

PLEASE TAKE FURTHER NOTICE that the City reserves its rights to further object to the Claim on grounds other than whether they were late-filed in the future

Dated: September 26, 2014
Detroit, Michigan

FOLEY & LARDNER LLP

/s/ *Tamar N. Dolcourt*
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
(313) 234-7100 (Telephone)
(313) 234-2800 (Facsimile)
*Counsel for the City of Detroit, Michigan*

4824-5517-8782.1