THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## NOTICE OF WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM OF ROSALIND GRADY (CLAIM NUMBER 3558)

PLEASE TAKE NOTICE that the City of Detroit (the "City"), by and through its attorneys Foley & Lardner LLP, hereby withdraws its Objection to the Claim of Rosalind Grady (Claim Number 3558) (the "Claim") contained in the City's Fifth Omnibus Objection to Certain Claims [Docket No. 7197] filed August 29, 2014 without prejudice.

PLEASE TAKE FURTHER NOTICE that the City reserves its rights to further object to the Claim on grounds other than whether it was late-filed in the future

Dated: September 26, 2014
Detroit, Michigan

FOLEY & LARDNER LLP

/s/ *Tamar N. Dolcourt*
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
(313) 234-7100 (Telephone)
(313) 234-2800 (Facsimile)
*Counsel for the City of Detroit, Michigan*

4825-7347-2286.1