**EXHIBIT 1, CLAIM NO. 475**

4816-1904-1310.1

In its List of Claims, tl unknown amount. To determine if you need to file a claim, please refer to the enclosed Information About Deadlines to File Claims.

Claim #475  Date Filed: 1/3/2014

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 | |

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Bankston, Tommy

Name and address where notices should be sent: NameID: 11528896

Bankston, Tommy
9946 Longacre
Detroit, MI 48227
Telephone number: 836-8726   email:

RECEIVED
JAN 09 2014
KURTZMANCARSONCONSULTANTS

FILED
2014 JAN -9 A 9:01
U.S. BANKRUPTCY 13-53846
E.D. MICHIGAN-DETROIT

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: 13-53846
(if known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Tommy Bankston
9946 Longacre
Detroit Mich 48227
Telephone number: 836-8726  email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ Pension 100% No Cut

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: Pension 100% No Cut
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: 0442  8896

3a. Debtor may have scheduled account as: Tommy Bankston
(See instruction #3a)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☑ Other
Describe:
Value of Property: $ Pension
Annual Interest Rate (when case was filed) _____ % ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $_____
Basis for perfection: Pension 100%
Amount of Secured Claim: $ No Cut
Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2). $ Pension No Cut

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____. $ Pension No Cut

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6) Pension No Cut

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted".) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. Signature: (See instruction # 8) Tommy Bankston 1/3/14
   Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Tommy Bankston
Title: City Employee
Company: Detroit Water + Sewage
Address and telephone number (if different from notice address above):
9946 Longacre
Detroit Mich 48227
836-8726
Telephone number:   email:

(Signature) Tommy Bankston   (Date) 1/3/14

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.