**EXHIBIT 1: CLAIM NO. 236**

4811-9458-8958.1

| | | Claim #236 Date Filed: 12/16/2013 |
|---|---|---|
| B10 (Official Form 10) (04/13) (Modified) | In its List of Claims in an unknown amount. To determine if you need to file a claim, please refer to the enclosed Information About Deadlines to File Claims. | |

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Jones, Renee

Name and address where notices should be sent:   NameID: 11702313

Jones, Renee
23838 Shakespeare Ave
Eastpointe,, Michigan 48021

Telephone number:        email:

RECEIVED
DEC 16 2013
KURTZMAN CARSON CONSULTANTS

**COURT USE ONLY**
☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):
Renee Jones
11020 Nottingham St. Detroit Michigan 48224
Telephone number (313) 605-0565 email: (734) 658-8520

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:**  $ 5,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Permenant nerve damage, etc; Left ankle, leg, hip, Lower back, middle back, lumbar problems
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____
Annual Interest Rate (when case was filed) ____% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection: _____

Amount of Secured Claim: $_____
Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).   $ neogiable

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____.   $ neogable

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Renee Jones
Title: Creditor
Company: Renee Jones Incorporation
Address and telephone number (if different from notice address above):
11020 Nottingham
Detroit Michigan 48224
(313) 605-0565 / 734-658-8520
Telephone number:      email:

(Signature) Renee Jones    (Date) 12-1-13

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Renee Jones 13-53846
11020 Nottingham St.
Det, MI 48224
December 1, 2013

The City of Detroit Claims Processing Center

To whom this letter may concern I (creditor) Renee Jones am writing you this brief letter explaining my situation, circumstances, and lifestyle, including the dramatic changes that have occurred to my body, mind, spirit since my accident on Feb 28, 2013.

I am a burn survivor since Nov 28, 2000 til present. I can't stand to wash dishes, take a shower, brush teeth, laundry or shop, it is especially difficult for me to drive, at some point my right leg will stiffen up making it difficult to drive almost impossible.

I have to employ help to assist me with my everyday chores.

I understand that the city is in financial difficulties, However my accident was caused by the negogince of an employee by the city. I am not asking for monies that are too extravagent merely compansastion for my inconvience, now and in the present.

Thank you

Renee Jones