# EXHIBIT 1: CLAIM NO. 3673

4818-2393-1422.1

In its List of Claim  
unknown amount. To determine if you need to file a claim, please refer to the enclosed Information About Deadlines to File Claims.

Claim #3673  Date Filed: 4/1/2014

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

Name of Debtor: City of Detroit, Michigan    Case Number: 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Gesing, Henry

Name and address where notices should be sent:    NameID: 11545081

Gesing, Henry
35935 Collingwood Dr
Sterling Heights, MI 48312

RECEIVED
APR 08 2014

Telephone number:        email:

Name and address where payment should be sent (if different from above):
KURTZMAN CARSON CONSULTANTS

Telephone number: 586-268-5631   email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

FILED VOID

1. **Amount of Claim as of Date Case Filed:** $ _____

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Attachment A: I have not been adequately represented by legal counsel
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** _____   **3a. Debtor may have scheduled account as:** _____
(See instruction #3a)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of Property:** $_____

**Annual Interest Rate** (when case was filed) _____ % ☐ Fixed or ☐ Variable

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $_____
**Basis for perfection:** _____
**Amount of Secured Claim:** $_____
**Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**   $_____

5b. **Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §** _____   $_____

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (*See instruction #7, and the definition of "redacted".*) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. Would you like copies of letters that have been
If the documents are not available, please explain: Suppressed, that I believe, would prove a conspiracy in Detroit Bankruptcy.

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: HENRY J. GESING
Title: _____
Company: _____
Address and telephone number (if different from notice address above): _____

(Signature) Henry J Gesing   3-31-2014 (Date)

Telephone number: _____   email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Attachment A

## City of Detroit, Michigan Bankruptcy

## Case Number 14-53846

## 3-31-2014

Basis of Claim    I have not been adequately represented by legal counsel

Henry J. Gesing

39935 Collingwood   Sterling Heights Mi 48312

Several days before Gov. Snyder and Andy Dillon was to be disposed by AFSCNE union bankruptcy attorneys, I sent Robert Davis (AFSCME officer) a fax dated Oct.9.2013. It was relative to what I believe is a conspiracy to suppress information contained in numerous USPS certified returned receipt mail delivery's for the evaluation of Detroit's financial crisis by the financial advisory board, state officials, business community, residents and nonresident workers and all others that are within the Detroit city limits for any reason. See attached Fax:

I then went to the Retired Detroit Police and Firefighters association office and advised Vice President Gregory Trozak of my believing there was a conspiracy to suppress information regarding the bankruptcy and that my letters helped, at the time, to secure $ @ $ 700,000.00 in financial aid for the city of Detroit. Mr. Trozak took my name and telephone # to set up an appointment to include President Donald Taylor.

I also offered to assist the association in whatever I could do to assist the retirees as I am an (ex) USA Small Business Consultant   (3 year SCORE member)

I also called three attorneys named in the papers as being representatives of Detroit's city workers or retirees. I called their listed office telephone numbers. Two calls were routed to their voice mail and one was routed to a page where I was required to type in my message. I identified myself as a retired firefighter and told them I was certain I had proof that information was being withheld from the emergency manager, Governor and the Detroit's financial advisory board

I also believe that the letters I generated helped precipitate the Billion dollar contributions that have been committed to the City of Detroit in the last 18 to 24 months by the federal, state and numerous other contributors.

As of this date, I have not received any correspondence or telephone inquiries.



# FedEx Office
FedEx Kinko's is now FedEx Office

# Fax Cover Sheet

Date: Oct 9, 2013

Number of pages _____ (including cover page)

To:
Name: ROBERT DAVIS
Company: AFSCME
Telephone: _____
Fax: 330-784-7193

From:
Name: HENRY J. GESING
Company: Div. Chief DFD Retired
Telephone: 586-776-7378

Comments: Labor union attorneys deposing Gov. Snyder and Treasurer Dillon should talk to me first. Regarding: Conspiracy to suppress information, interference of USPS certified return receipt mail delivery and the Emergency Manager. I am the one who planted the idea for Detroit to receive the $350,000,000.00 of pledged federal, state and business contributions.

7 90363 00711 1  Fax - Local Send
7 90363 00714 2  Fax - Domestic Send
7 90363 00720 3  Fax - International Send

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2009 FedEx. All rights reserved. Products, services and hours vary by location. 610.0P00.009 SEP.09