# EXHIBIT 1:
# LAW DEPARTMENT LETTER

4819-3446-6078.1

CITY OF DETROIT
LAW DEPARTMENT

FIRST NATIONAL BUILDING
660 WOODWARD AVENUE, SUITE 1650
DETROIT, MICHIGAN 48226-3535
PHONE 313-224-4550 TTY:311
FAX 313-224-5505
WWW.DETROITMI.GOV

Lynette Benson
19141 Ohio
Detroit, MI 48224

June 21, 2011

    Claimant: Lynette Benson (Tree Claim: Damage to Vehicle)
    DOL: 4.28.2011
    Claim amount: Not Specified on the Claim Form by the Claimant
    Location: 19141 Ohio

Dear Ms. Benson:

    We received your Claim on June 13, 2011. Your Claim stated, "the tree in front of my neighbor('s) house is very rotted, a large lim broke off crashing on to my car, crunching my hood and bum(p)er." You **did not** specify the amount of damages in item 8 of the Claim's application; you **did not** provide a certificate of title verifying ownership of the vehicle and you **did not** provide a copy of the automobile insurance policy with Starr indemnity & liability Company.

    Please be advised that the pursuant to the laws of the State of Michigan, the City of Detroit is protected by governmental immunity from all liability and damages caused by falling trees or tree limbs. See *Pohutski v. City of Allen Park* 465 Mich 675, 994; 641 NW 2d 219 (2002).

    Also, in accordance with MCL 691.1401 (e): "Highway means a public highway, road, or street that is open for public travel and includes bridges, sidewalks, trailways, crosswalks, and culverts on the highway. **The term highway does not include** alleys, trees, and utility poles.

    Therefore, your claim is denied, since governmental immunity applies to your claim.

    You may appeal this decision to the Auditor General. If you wish to appeal this matter, you must advise the Law Department, within twenty (20) days of June 22, 2011. To request an appeal, please return a copy of this letter and complete the information listed below.

                        Very truly yours,

                        Attorney de Jongh
                        Supervising Assistant Corporation Counsel

---

_yes_     I request an Appeal
Name: _Lynette Benson_ (Print) Address: _19141 Ohio_
Date: _6-24-11_ Signature: _Lynette Benson_