**EXHIBIT 2**
**CLAIM NO. 3634**

4819-3446-6078.1

In its List of Claims, in an unknown amount. To determine if you need to file a claim, please refer to the enclosed Information About Deadlines to File Claims.

Claim #3634 Date Filed: 3/6/2014

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN |
|---|---|

Name of Debtor: City of Detroit, Michigan    Case Number: 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Benson, Lynette

Name and address where notices should be sent:   NameID: 11701509

Benson, Lynette
19141 Ohio
Detroit, MI 48221

Telephone number:           email:

RECEIVED
MAR 06 2014
KURTZMAN CARSON CONSULTANTS
COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

■ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

Telephone number:           email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:**   $ 1225.90

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Property Damage - Car
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** 4466

3a. Debtor may have scheduled account as: _____
   (See instruction #3a)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☒ Motor Vehicle  ☐ Other
Describe: [illegible]

Value of Property: $ [redacted]

Annual Interest Rate (when case was filed) ____% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ _____

Basis for perfection: _____

Amount of Secured Claim: $ _____

Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**   $ _____

5b. **Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____.**   $ _____

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☒ I am the creditor.  ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Lynnette Benson
Title:
Company:
Address and telephone number (if different from notice address above):

(Signature) Lynnette Benson        (Date) 2-11-14

313 258-3981
Telephone number:           email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FIRST NATIONAL BUILDING
660 WOODWARD AVENUE, SUITE 1650
DETROIT, MICHIGAN 48226-3535
PHONE 313-224-4550 TTY:311
FAX 313-224-5505
WWW.DETROITMI.GOV

CITY OF DETROIT
LAW DEPARTMENT

Lynette Benson                                June 21, 2011
19141 Ohio
Detroit, MI 48224

       Claimant: Lynette Benson (Tree Claim: Damage to Vehicle)
       DOL: 4.28.2011
       Claim amount: Not Specified on the Claim Form by the Claimant
       Location: 19141 Ohio

Dear Ms. Benson:

    We received your Claim on June 13, 2011. Your Claim stated, "the tree in front of my neighbor('s) house is very rotted, a large lim broke off crashing on to my car, crunching my hood and bum(p)er." You **did not** specify the amount of damages in item 8 of the Claim's application; you **did not** provide a certificate of title verifying ownership of the vehicle and you **did not** provide a copy of the automobile insurance policy with Starr indemnity & liability Company.

    Please be advised that the pursuant to the laws of the State of Michigan, the City of Detroit is protected by governmental immunity from all liability and damages caused by falling trees or tree limbs. See *Pohutski v. City of Allen Park* 465 Mich 675, 994; 641 NW 2d 219 (2002).

    Also, in accordance with MCL 691.1401 (e): "Highway means a public highway, road, or street that is open for public travel and includes bridges, sidewalks, trailways, crosswalks, and culverts on the highway. **The term highway does not include** alleys, **trees**, and utility poles.

    Therefore, your claim is denied, since governmental immunity applies to your claim.

    You may appeal this decision to the Auditor General. If you wish to appeal this matter, you must advise the Law Department, within twenty (20) days of June 22, 2011. To request an appeal, please return a copy of this letter and complete the information listed below.

                           Very truly yours,

                           Attorney de Jongh
                         Supervising Assistant Corporation Counsel

---

_es_____ I request an Appeal
Name: _Lynette Benson___ (Print) Address: _19141 Ohio_____
Date: _6-24-11_____ Signature: _Lynette Benson_____

To whom it may concern 10-2-?

I have enclosed the information requested and also the request for 3 estimates were enclosed in my last claim.

Damages to my vehicle were stated and estimated on 3 estimates enclosed in the claim forms sent to my Resident.

Olive Street is a public street open for and to the public for travel.

With this I am Requesting no appeal

Copy of letter completed + enclosed

Thank you
Loyeneva Brown

# AL GENDEL'S COLLISION GARAGE

**Bumping - Painting - Insurance - Specialists**
10031 W. 7 Mile Rd. (At Wyoming)
DETROIT, MICHIGAN 48221

BODY AND FENDER REPAIR

REPAIR FACILITY REG. # F216716

NAME: LYNN Benson
ADDRESS: 19141 Ohio, Det.
PHONE: 313-258-3981
DATE: 2/7/14

| YEAR-MODEL-COLOR | MAKE OF CAR | BODY TYPE | LICENSE NO. | SERIAL NO. | MFG. PAINT NO. | MILEAGE |
|---|---|---|---|---|---|---|
| 1974 | Ford | Torino Wag. | | | | |

| REPAIR/REPLACE | Description | SUBLET WORK | PARTS AND MATERIAL | LABOR | TOTAL |
|---|---|---|---|---|---|
| | Hood CKG | | 18000 | 12 | 70 |
| | Lft Fend | | 7700 | | 29 |
| | Front Cover | | | | 32 |
| | Nails | | 980 | | |
| | Paint | 3170 | | | 15 |
| | | 3170 | | | 139 |
| | Labor | 09770 | | | |
| | Totals | | | | |

I certify that vehicle has been
repaired to pre-loss condition
relative to safety and appearance.

Repairer _____ State # _____

TOWING

SUB TOTALS

THIS ESTIMATE IS BASED ON OUR INSPECTION AND DOES NOT COVER ADDITIONAL PARTS OR LABOR WHICH MAY BE REQUIRED AFTER THE WORK HAS BEEN STARTED. AFTER THE WORK HAS STARTED, WORN OR DAMAGED PARTS WHICH ARE NOT EVIDENT ON FIRST INSPECTION MAY BE DISCOVERED. NATURALLY THIS ESTIMATE CANNOT COVER SUCH CONTINGENCIES. PARTS PRICES SUBJECT TO CHANGE WITHOUT NOTICE.

THIS WORK AUTHORIZED BY _____

**ESTIMATE SHEET AND REPAIR ORDER**