IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

--------------------------------------------------------X
                                                                            :     Chapter 9

IN RE                                             :
                                                                            :     Case No. 13-53846

CITY OF DETROIT, MICHIGAN,    :
                                                                            :     Hon. Steven W. Rhodes

                                DEBTOR        :
--------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I hereby certify that on September 26, 2014, I electronically filed the following documents (collectively the "Notices") with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Omnibus Objections and file a subsequent Proof of Service after it has performed the service.

- Notice of Withdrawal of Debtor's Objection to Claims of Debra L. Harper (Claim Nos. 3556, 3557, 3619 and 3620) [dk 7682]

- Notice of Withdrawal of Debtor's Objection to Claim of Reginald Wilson (Claim No. 3596) [dk 7683]

- Notice of Withdrawal of Debtor's Objection to Claim of George R. Attwell (Claim No. 3531) [dk 7686]

- Notice of Withdrawal of Debtor's Objection to Claim of Ladenna Bailey (Claim No. 3541) [dk 7687]

- Notice of Withdrawal of Debtor's Objection to Claim of Dinah Lynn Bolton (Claim No. 3522) [dk 7688]

4816-3945-3726.1

- Notice of Withdrawal of Debtor's Objection to Claim of Betty Collins (Claim No. 3570) [dk 7689]

- Notice of Withdrawal of Debtor's Objection to Claim of Frances B. Freeman (Claim No. 3501) [dk 7690]

- Notice of Withdrawal of Debtor's Objection to Claim of Jimmy L. Goston (Claim No. 3565) [dk 7691]

- Notice of Withdrawal of Debtor's Objection to Claim of Rosalind Grady (Claim No. 3558) [dk 7692]

- Notice of Withdrawal of Debtor's Objection to Claim of Kennedy Grover (Claim No. 3566) [dk 7693]

- Notice of Withdrawal of Debtor's Objection to Claim of Anna Jean Henry (Claim No. 3563) [dk 7694]

- Notice of Withdrawal of Debtor's Objection to Claim of Ricky Jackson (Claim No. 3597) [dk 7695]

- Notice of Withdrawal of Debtor's Objection to Claim of James Virgil Justus (Claim No. 3561) [dk 7697]

- Notice of Withdrawal of Debtor's Objection to Claim of John S. Kaminski (Claim No. 3654) [dk 7698]

Dated: September 26, 2014

FOLEY & LARDNER LLP

By: /s/ Tamar N. Dolcourt
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
jsimon@foley.com
tdolcourt@foley.com
*Counsel for the Debtor, City of Detroit, Michigan*