UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Chapter 9
City of Detroit, Michigan,                                      Case No. 13-53846
    Debtor.                                  Hon. Steven W. Rhodes
_____/

### Order Quashing Subpoena (Dkt. #7670)

Gloria Jones has issued a subpoena to MSNBC and Chris Hayes. (Dkt. #7670) However, the Court previously denied her motion to participate in the hearing on confirmation (Dkt. ##6871 and 6896), as well as her amended motion (Dkt. ##6929 and 7259), and her motion for reconsideration (Dkt. ##7280 and 7387). Accordingly, the subpoena should be quashed.

It is so ordered.

.

**Signed on September 26, 2014**

                                                  /s/ Steven Rhodes
                                                  Steven Rhodes
                                                  United States Bankruptcy Judge