# EXHIBIT 1

| | | Claim #3644 Date Filed: 3/13/2014 |
|---|---|---|
| B10 (Official Form 10) (04/13) (Modified) | In its List of Claims, in an unknown amount. | To determine if you need to file a claim, please refer to the enclosed Information About Deadlines to File Claims. |

| UNITED STATES BANKRUPTCY COURT     EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|
| Name of Debtor: City of Detroit, Michigan     Case Number: 13-53846 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Peete, Janet

Name and address where notices should be sent:     NameID: 11702707

Peete, Janet
174 Joel Ct
Inkster, MI 48141

RECEIVED
MAR 1 3 2014
KURTZMAN CARSON CONSULTANTS

Telephone number:     email:

COURT USE ONLY
☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
    *(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):

SAME

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:     email:

**1. Amount of Claim as of Date Case Filed:**     $ 20,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** FRACTURE RIGHT FOOT LONG TIME HEALING A LOT PAIN & SUFFERING SINCE JUNE/JULY OF 2012 UNTIL TO TODAY
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**     3a. Debtor may have scheduled account as:_____
(See instruction #3a)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $_____

Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Basis for perfection:_____

Value of Property: $_____

Amount of Secured Claim: $_____

Annual Interest Rate (when case was filed)_____% ☐ Fixed or ☐ Variable

Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**     $_____

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____.**     $_____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted".) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

NONE OF THOSE

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: JANET H. PEETE
Title: NONE
Company: NO COMPANY
Address and telephone number (if different from notice address above):

YES 313-722-4337
313-722-4337 NONE
Telephone number:     email:

(Signature) Janet H Peete    2/18/2014 (Date)
I RECEIVED WAYNE STATE BSW FROM UNIVERSITY IN 1984 — AND PLUS 2 CLASSES IN HIGHER LEARNING

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

13-53846-tjt    Doc 7705-1    Filed 09/26/14    Entered 09/26/14