# EXHIBIT 2


City of Detroit
Law Department

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 500
DETROIT, MICHIGAN 48226-3535
PHONE 313•224•4550
FAX 313•224•5505
WWW.DETROITMI.GOV

April 11, 2014

Janet Peete
174 Joel Ct.
Inkster, Michigan 48141

              RE:    CLAIAMANT: Janet Peete
                      CLAIM NUMBER: A32750-004899
                      DATE OF INCIDENT: 7/7/2012

Dear Janet Peete:

      On July 18, 2013 the City of Detroit petitioned the United States Bankruptcy Court, Eastern District of Michigan, Southern Division ("the Court") for protection under Chapter 9 of the Bankruptcy Code. On July 25, 2013 the Court stopped all claims and other legal proceedings against the City of Detroit that arose prior to July 18, 2013. <u>Anyone who filed a claim against the City of Detroit for an incident which occurred before July 18, 2013 was required to file a Proof of Claim in the Court by February 21, 2014.</u>

      You failed to file a Proof of Claim in the Court. Therefore, the City of Detroit is closing your file. Be advised that you cannot re-file a claim with the City of Detroit for the same incident.

                                                          Very Truly Yours,

                                                          Legal Investigator

/ ss