In its List of Claim unknown amount. To determine if you need to file a claim, please refer to the enclosed Information About Deadlines to File Claims.

Claim #3575  Date Filed: 2/24/2014

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

Name of Debtor: **City of Detroit, Michigan**   Case Number: **13-53846**

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Lynk, Linda C

Name and address where notices should be sent:   NameID: 11550092

Lynk, Linda C
24510 Manistee St
Oak Park, MI 48237

Telephone number: 2485820063  email: lindaclynk@live.com

RECEIVED MAR 0 3 2014 KURTZMAN CARSON CONSULTANTS

FILED
COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number: 248 582 0006  email: lindaclynk@live.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed:    $ **80,000.00** Arrearage **plus Death duty pension (continuing)**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: **Death (wrongful)**
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: ____
   3a. Debtor may have scheduled account as: ____
   (See instruction #3a)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____

Annual Interest Rate (when case was filed) _____% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $_____

Basis for perfection: _____

Amount of Secured Claim: $_____

Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).  $_____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____.  $_____

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted.") DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain: **Can not find stub with COLA amount**

8. Signature: (See instruction #8)
Check the appropriate box.

☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Linda Lynk**
Title: ____
Company: ____
Address and telephone number (if different from notice address above): ____

(Signature) *[signed]*    (Date) **Jan 3, 2014**

Telephone number: ____  email: ____

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

13-53846-tjt    Doc 7706-1    Filed 09/26/14    Entered 09/26/14 18:19:39    Page 1 of 7

To whom this may concern;  Case no 13-53846

This is what the city of Detroit took from my family. A hands on Daddy and husband.

They have tried to trick me out of benefits due us since his death when

I was 8 months pregnant with a son who will never touch, hear, hug know his father.

I believe they traded my pension with something else (maybe inferior) but they won't

answer any of my questions.

They owe me COLA as well. In arrears (alone) for my Death Duty Pension and COLA. They owe me approx 80,000.

I did not agree to anything other than my Death Duty Pension. Why are they afraid to tell me what they did? is it inferior to what they were supposed to pay us?

My kids lost their father, due to the carelessness of the city of Detroit. I lost my husband.

Please hold them responsible. Make them answer our questions as to what they did with my

Death Duty Pension.

That 80,000. (that they owe us in arrears alone) could have went a long way in helping with home repairs , schooling, my car is 15 years old.... etc that my late husband is not here to help us with.

Please hold them responsible. Make them answer our questions as to what they did with my

Death Duty Pension.

Sincerely
Linda Lynk

lindaclynk@live.com



Linda Lynk
lindaclynk@live.com
CASE NO
13-53846
See Back Please

13-53846-tjt    Doc 7706-1    Filed 09/26/14    Entered 09/26/14 18:03:42    Page 3 of 7

LF ____696____
CF _____

**STATE OF MICHIGAN**
DEPARTMENT OF COMMUNITY HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 1635973

TYPE PRINT IN PERMANENT BLACK INK

### DECEDENT

| Field | Value |
|---|---|
| 1 DECEDENT'S NAME (First, Middle, Last) | Kenneth Odell Lynk |
| 2 SEX | Male |
| 3 DATE OF DEATH (Month, Day, Year) | June 21, 2001 |
| 4a AGE - Last Birthday (Years) | 43 |
| 4b UNDER 1 YEAR — MONTHS / DAYS | |
| 4c UNDER 1 DAY — HOURS / MINUTES | |
| 5 DATE OF BIRTH | January 15, 1958 |
| 6 COUNTY OF DEATH | St. Clair |
| 7a LOCATION OF DEATH | Westbound I94 East of Range Road |
| 7b IF HOSP. OR INST. | |
| 7c CITY, VILLAGE, OR TOWNSHIP OF DEATH | Kimball Twp. |
| 8 SOCIAL SECURITY NUMBER | 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 |
| 9a USUAL OCCUPATION | Security Guard |
| 9b KIND OF BUSINESS OR INDUSTRY | City Government |
| 10a CURRENT RESIDENCE - STATE | Michigan |
| 10b COUNTY | Oakland |
| 10c LOCALITY | TWP. OF Oak Park |
| 10d STREET AND NUMBER | 12800 W. Nine Mile Rd., #42 |
| 10e ZIP CODE | 48237 |
| 11 BIRTHPLACE | Detroit, MI |
| 12 MARITAL STATUS | Married |
| 13 SURVIVING SPOUSE | Linda Marbly |
| 14 WAS DECEDENT EVER IN U.S. ARMED FORCES? | No |
| 15 ANCESTRY | African-American |
| 16 RACE | Black |
| 17 DECEDENT'S EDUCATION — Elementary/Secondary (0-12) | 12 |

### PARENTS

| 18 FATHER'S NAME | Thomas Lynk |
| 19 MOTHER'S NAME (before first married) | Etter Johnson |

### INFORMANT

| 20a INFORMANT'S NAME | Linda Lynk |
| 20b MAILING ADDRESS | 12800 W. Nine Mile Rd., #42, Oak Park, MI 48237 |

### DISPOSITION

| 21 METHOD OF DISPOSITION | Burial |
| 22a PLACE OF DISPOSITION | Mt. Hope Memorial Gardens |
| 22b LOCATION | Livonia, MI |
| 23 SIGNATURE OF FUNERAL SERVICE LICENSEE | (signed) |
| 24 LICENSE NUMBER | 6208 |
| 25 NAME AND ADDRESS OF FACILITY | Wilson-Akins Funeral Homes, 527 Owen Avenue, Detroit, MI 48202 |

### CAUSE OF DEATH

26 PART I
Immediate Cause (a): Blunt Force Head, Neck and Chest Trauma — Approximate Interval Between Onset and Death: Minutes

PART II — Other significant conditions: (blank)

| 27a WAS AN AUTOPSY PERFORMED? | Yes |
| 27b WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? | Yes |

### CERTIFIER

| 28 ACTUAL PLACE OF DEATH | State Highway |
| 29 WAS CASE REFERRED TO MEDICAL EXAMINER? | Yes |
| 31a | X — On the basis of examination and of investigation, in my opinion death occurred at the time, date and place and due to the cause(s) and manner stated |
| Certifier | D. Hislop, M.D., Cty. Med. Exam. |
| 31b DATE SIGNED | June 21, 2001 |
| 31c CASE NUMBER | 01-0227 |
| 31d PRONOUNCED DEAD | June 21, 2001 |
| 31e TIME OF DEATH | 0632 hrs. M |
| 32a NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | D. Hislop, M.D., Cty. Med. Exam., 3 415 28th St., Port Huron, MI 48060 |
| 32b LICENSE NUMBER | 29260 |

### MEDICAL EXAMINER

| 33a ACC, SUICIDE, HOM., NATURAL | Accident |
| 33b DATE OF INJURY | June 21, 2001 |
| 33c TIME OF INJURY | 0611 hrs. M |
| 33d DESCRIBE HOW INJURY OCCURRED | Driver killed in two car collision |
| 33e INJURY AT WORK | Yes |
| 33f PLACE OF INJURY | State Highway |
| 33g LOCATION | WB I94 East of Range, Kimball, MI |
| 34a REGISTRAR'S SIGNATURE | Marilyn Dunn |
| 34b DATE FILED | June 26, 2001 |

H-0483 10/98 (formerly B-36)

---

(STATE OF MICHIGAN)
(COUNTY OF ST. CLAIR)
(PORT HURON, MICHIGAN)

I, MARILYN DUNN, CLERK OF THE COUNTY OF ST. CLAIR AND THE CIRCUIT COURT, THEREOF, THE SAME BEING A COURT OF RECORD HAVING A SEAL, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY NOW REMAINING IN MY OFFICE.
  IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THE CIRCUIT COURT THIS 25TH DAY OF JUNE A. D. 2001.

MARILYN DUNN
ST. CLAIR COUNTY CLERK
(signed) Dawn Marie Cowles

**CASE NO**

Case 13-53846
Linda Lynk

# letter

**From:** Tiffany Lynk (lindaclynk@live.com)
**Sent:** Sun 2/16/14 6:38 PM
**To:** Tiffany Lynk (lindaclynk@live.com)

My name is Linda Lynk. My husband Kenneth Lynk was killed while working for the city of Detroit, in 2001. He had been in the hospital and since no one wanted to drive to Port Huron. They used him and even again, shortly after he was released from the hospital for a serious diabetes attack. They lied and promised that there would always be two people driving from Detroit to Port Huron. He was alone when he was killed Driving up there.

I was an older mom, took us years to have our first child (we were both in our 40s) I was 8 months pregnant at the time and had a grieving two year old. I had to fight the city, tooth and nail trying to keep my health benefits WHILE being 8 months pregnant. I had to fight for other benefits they were trying to trick me out of as well.

One of these benefits is my Death Duty pension. I should have began receiving it I believe years ago. I received a letter confirming that I was supposed to receive it. That letter was stolen by a corrupt neighbor and taken to Mr Stampor. I believe they are once again trying to take that benefit away or have replaced it with a lessor benefit, the city of Detroit ignores my requests for answers.

The city also owes me COLA dating back to at least 2002. They ignore my requests for payment and answers concerning this as well. My son never met his daddy due to the carelessness of the city of Detroit. My daughter still grieves losing her father at 2 years old.
Nothing can take their pain away. My kids will be 13 and 16 this year. The least the City of Detroit can do for me and my kids is to pay the benefits due us.

PLEASE GIVE this letter to the Detroit Retirees attorney. I recently decided to change my landline phone for a cell phone. For whatever reason I can text but not hear anything. You can text me at 248 955-8745. Or email lindaclynk@live.com or lindaClynk@live.com

mailing address
Linda Lynk
24510 Manistee
Oak Park MI 48237

Retirement code-70-4-3
My pension number is 257273

My pension should have amounted to approx. 900.00 to 1,000 per month dating from I believe Feb 2009.

They owe me approx. 55,000.00 in back pay, for my death duty pension.

They also owe me approx. 25,000.00 in back pay for COLA.

I still have a copy of the letter that I sent to Mr. Stampor in about 2003 demanding my death duty payment (He had responded to this letter, this letter was stolen by a neighbor and took to him), even though my pension was supposed to start several years later. I did not agree to them to take away my pension or replace it with a lessor benefit so I don't know why they are ignoring my requests for answers. PLEASE DON'T ALLOW THE city of Detroit TO ROB A WIDOW AND KIDS OUT OF OUR PENSION or replace it with a lessor benefit that I didn't agree with. Thank you very much!!!!! Linda Lynk

★ It was stolen from my home and given to Mr Stampor or someone in that office

October 31, 2013

My sweet amazing child[...]

Info Sent to me from the Stampers
City of Detroit
Case 13-53846
Linda Lynk

# Summary of Plan Benefit Provisions Con't

a salary level equal to final compensation. The pension is recomputed with additional service credit granted from the date of disability to the conversion date with no maximum.

### NON-DUTY DISABILITY RETIREMENT

**ELIGIBILITY** – Disability from any cause before age 60 with 10 or more years of service.

**ANNUAL AMOUNT** – Computed in the same manner as a regular retirement benefit. Effective January 1, 1999, the maximum annual pension to age 60 is $6,000. Benefit is recomputed at age 60 with no maximum.

### DUTY DEATH BEFORE RETIREMENT

**ELIGIBILITY** – Death from service-related causes. No age or service requirements.

**ANNUAL AMOUNT** – One-third of final compensation to the surviving spouse for life or until remarriage, plus an equal share of 1/4 of final compensation to each unmarried child under age 18. If there is no eligible spouse, eligible children each receive 1/4 of final compensation; if there are more than 2 such children, each child shares an equal part of 1/2 of final compensation. Maximum total amount for spouse and children is $9,000 annually. If there is no eligible spouse or children, dependent parents each receive 1/6 of deceased's final compensation, to a total maximum of $600 annually.

### NON-DUTY DEATH BEFORE RETIREMENT

**ELIGIBILITY** – Death in service at any age with 20 years of service; or age 60 with 10 years of service, or age 65 with 8 years of service.

**ANNUAL AMOUNT** – To Surviving Spouse: Computed as a regular retirement benefit but reduced in accordance with a 100% joint and survivor election. To Dependent Children if no Surviving Spouse: $9,000 payable to age 19 of the youngest child or for life if child is physically or mentally impaired.

**ELIGIBILITY** – Death in service at any age with at least 15 years of service but less than 20 years of service.

**ANNUAL AMOUNT** – To Surviving Spouse: Computed as a regular retirement benefit but reduced in accordance

with a 50% joint and survivor election. To Dependent Children if no Surviving S[pouse]: $6,000 payable to age 19 youngest child or for life child is physically or men[tally] impaired.

### POST RETIREMENT COST-OF-LIVING ADJUSTMENT

Benefit is increased annua[lly] 2.25% of the original pe[nsion] amount at retirement.

### MEMBER CONTRIBUTION

Members have the option [of] choosing one of four con[tri]bution amounts: (1) 0%, [(2)] 3.0% of compensation up [to] the Social Security wage [base] plus 5.0% of compensatio[n in] excess of the Social Secur[ity] wage base; (3) 5.0% of to[tal] compensation; or (4) 7.0% of total compensation.

Page 2  8