# EXHIBIT 1

In its List of Claims, th
in an unknown amount. **To determine if you need to file a claim, please refer to the enclosed Information**
**About Deadlines to File Claims.**

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | **RECEIVED** |
|---|---|---|

| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 | **MAR 0 5 2014** |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**Seales, Marvin**

KURTZMAN CARSON CONSULTANTS

| | |
|---|---|
| Name and address where notices should be sent: NameID: 11702504<br>Seales, Marvin<br>~~Shepherd, Martin T.~~ *JAMES S CRAIG*<br>Fieger Law P.C.<br>19390 W. 10 Mile Rd.<br>Southfield, MI 48075<br>Telephone number: *248 355-5555* email: *J CRAIG@ FIEGERLAW.com.* | ☐ Check this box if this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed:** *GREATER THAN* / $ *≥675,000*

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** *PERSONAL INJURY- 42 USC §1983*
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** | **3a. Debtor may have scheduled account as:**_____ (See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
$_____

**Nature of property or right of setoff:** ☐Real Estate ☐Motor Vehicle ☐Other
**Describe:**

**Basis for perfection:** _____

**Value of Property: $**_____

**Amount of Secured Claim:** $_____

**Annual Interest Rate (when case was filed)**_____% ☐Fixed or ☐Variable

**Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** | $_____

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §** _____. | $_____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain: *CIVIL LAWSUIT SEALES v CARFORT, USDC-ED 4;12-CV-11679*
*HON. G. DRAIN*

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor. ☑ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *JAMES S CRAIG (P52691)*
Title: *ATTORNEY*
Company: *FIEGER LAW*
Address and telephone number (if different from notice address above):
*19390 W TEN MILE RD*
*SOUTHFIELD MI 48075*
*(248) 355-5555 J CRAIG@ FIEGERLAW.com*
Telephone number: email:

(Signature) *[signature]* (Date) *2/6/14*

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FIEGER, FIEGER,
KENNEY, GIROUX, DANZIG & HARRINGTON
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW
19390 WEST TEN MILE ROAD
SOUTHFIELD, MICHIGAN 48075-2463
TELEPHONE (248) 355-5555
FAX (248) 355-5148
WEBSITE: www.fiegerlaw.com
E-MAIL: info@fiegerlaw.com

JAMES S. CRAIG

DIRECT DIAL (248) 355-3879
E-MAIL: j.craig@fiegerlaw.com

February 11, 2014

City of Detroit Claims Processing Center
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245

RE:    Proof of Claims

Dear Claims Dept:

Enclosed please find Proof of Claims for the following:

**Known Claims**
Marvin Seales vs. City of Detroit, et al
Case No. 4:12-cv-11679  USDC (EDMI) Hon Drain

**New Claims**
Khalid Shaya vs. City of Detroit, et al
Sergio Love vs. City of Detroit, et al
Robert Cureton vs. City of Detroit, et al

The above claims are either ongoing 42 USC 1983 civil lawsuits or soon to be filed cases.

Should you have any questions or concerns, please feel free to contact the undersigned.

Very truly yours,
**FIEGER, FIEGER, KENNEY, GIROUX,
& HARRINGTON, P.C.**

James S. Craig

JSC/dcs
Enclosure