IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------X
: Chapter 9
IN RE :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Steven W. Rhodes
DEBTOR :
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2014, I electronically filed the following documents (collectively the "Reply Briefs") with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Reply Briefs and file a subsequent Proof of Service after it has performed the service.

- Reply Brief regarding Response filed by Tommy Bankston [Docket No. 7699]
- Reply Brief regarding Response filed by Renee Jones [Docket No. 7700]
- Reply Brief regarding Response filed by Henry Gesing [Docket No. 7701]
- Reply Brief regarding Response filed by Lynette Benson [Docket No. 7702]
- Reply Brief regarding Response filed by Janet Peete [Docket No. 7705]
- Reply Brief regarding Response filed by Linda Lynk [Docket No. 7706]
- Reply Brief regarding Response filed by Edward George Carter [Docket No. 7708]
- Reply Brief regarding Response filed by Marvin Seales [Docket No. 7709]

Dated: September 26, 2014

FOLEY & LARDNER LLP

By: */s/ Tamar N. Dolcourt*
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
jsimon@foley.com
tdolcourt@foley.com
*Counsel for the Debtor, City of Detroit, Michigan*