# EXHIBIT 1

BY COUNCIL MEMBER  

**RESOLVED,** in keeping with the requirements of the Open Meetings Act, MCL 15.268, Section 8(h), a closed session of the Detroit City Council is hereby called for September 23, 2014, at 2:00 p.m., for the purpose of consulting with attorneys from the Law Department, the City Council Legislative Policy Division and any other indispensable parties to discuss privileged and confidential communications and legal memoranda from the Law Department dated September 22, 2014, entitled *"P.A. 436 Transition Matters"*.

LPD: September 22, 2014

## ADOPTED AS FOLLOWS
## COUNCIL MEMBERS

|  | YEAS | NAYS |
|---|---|---|
| ~~Scott~~ BENSON |  |  |
| Raquel CASTANEDA-LOPEZ | ✓ |  |
| *George CUSHINGBERRY, JR. | ✓ |  |
| Saunteel JENKINS | ✓ |  |
| Gabe LELAND | ✓ |  |
| Mary SHEFFIELD | ✓ |  |
| Andre L. SPIVEY | ✓ |  |
| James TATE | ✓ |  |
| Brenda PRESIDENT JONES | ✓ |  |
| *PRESIDENT PRO TEM |  |  |
|  | 8 | 0 |