**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
| Debtor. | ) | Hon. Steven W. Rhodes |

## NOTICE OF WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM OF BERNARD KING (CLAIM NUMBER 3651)

PLEASE TAKE NOTICE that the City of Detroit (the "City"), by and through its attorneys Foley & Lardner LLP, hereby withdraws its Objection to the Claim of Bernard King (Claim Number 3651) (the "Claim") contained in the City's Sixth Omnibus Objection to Certain Claims [Docket No. 7198] filed August 29, 2014 without prejudice.

PLEASE TAKE FURTHER NOTICE that the City reserves its rights to further object to the Claim on grounds other than whether it was late-filed in the future

Dated: September 29, 2014
Detroit, Michigan

FOLEY & LARDNER LLP

/s/  Tamar N. Dolcourt
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
(313) 234-7100 (Telephone)
(313) 234-2800 (Facsimile)
*Counsel for the City of Detroit, Michigan*

4831-1532-3934.1