# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

-------------------------------------------------------X
: Chapter 9
IN RE :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Steven W. Rhodes
DEBTOR :
-------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2014, I electronically filed the following documents (collectively the "Notices") with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Omnibus Objections and file a subsequent Proof of Service after it has performed the service.

- Notice of Withdrawal of Debtor's Objection to Claim of Bernard King (Claim No. 3651) [dk 7716]

- Notice of Withdrawal of Debtor's Objection to Claim of Donald McReynolds (Claim No. 3555) [dk 7717]

- Notice of Withdrawal of Debtor's Objection to Claim of Dennis E. Nessel (Claim No. 3564) [dk 7718]

- Notice of Withdrawal of Debtor's Objection to Claim of Judith Onorati (Claim No. 3559) [dk 7719]

- Notice of Withdrawal of Debtor's Objection to Claim of Linda M. Riley (Claim No. 3624) [dk 7720]

4849-9162-1150.1

- Notice of Withdrawal of Debtor's Objection to Claim of Peter A. Silver (Claim No. 3624) [dk 7721]

- Notice of Withdrawal of Debtor's Objection to Claim of Robert Stanton (Claim No. 3615) [dk 7722]

- Notice of Withdrawal of Debtor's Objection to Claim of Beverly A. Welch (Claim No. 3616) [dk 7723]

- Notice of Withdrawal of Debtor's Objection to Claim of Patricia Anderson-Benton (Claim No. 3513) [dk 7724]

- Notice of Withdrawal of Debtor's Objection to Claim of Benjamin F. Newkirt Jr. (Claim No. 3574) [dk 7725]

Dated: September 29, 2014

FOLEY & LARDNER LLP

By: */s/ Tamar N. Dolcourt*
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
jsimon@foley.com
tdolcourt@foley.com
*Counsel for the Debtor, City of Detroit, Michigan*