UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-----------------------------------------------------------x
                                        :
 In re                                  : Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              : Case No. 13-53846
                                        :
              Debtor.                   : Hon. Steven W. Rhodes
                                        :
                                        :
-----------------------------------------------------------x
```

## NOTICE OF VIDEOTAPED DEPOSITION OF JAMES DOAK

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, Financial Guaranty Insurance Company ("FGIC"), by and through its attorneys of record, will take the deposition of Mr. James Doak, the 30(b)(6) designee for the City of Detroit ("City") in response to FGIC's Notice of Rule 30(b)(6) Deposition and Document Requests of the City of Detroit [Dkt. # 7573], filed on September 18, 2014. The deposition shall be upon oral examination before an officer authorized by law to administer oaths, and will take place on September 30, 2014, at the Westin Book Cadillac, 1114 Washington Blvd., Founders A Room, Detroit, Michigan 48226 at 9:30 a.m., and shall continue day to day until completed or adjourned. The testimony at the deposition will be recorded by stenographic and videographic means for the purpose of discovery, for use in the above-titled action, and for any other purpose permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: September 29, 2014

/s/ Mark R. James_____
Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER &
PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: EJEssad@wwrplaw.com
Email: mrjames@wwrplaw.com

-and-

Edward Soto
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3177
Facsimile: (305) 374-7159
Email: edward.soto@weil.com

– and –

Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com

*Attorneys for Financial Guaranty Insurance Company*

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2014 the *Notice of Videotaped Deposition of James Doak* was filed and served via the Court's electronic case filing and noticing system to all registered users that have appeared in the main Chapter 9 proceeding.

Dated: September 29, 2014

/s/ Mark R. James
Mark R. James
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: mrjames@wwrplaw.com