# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

## ORDER TO CERTAIN PARTIES TO APPEAR FOR MEDIATION ON OCTOBER 7, 2014

**TO:** The City of Detroit  
The Macomb Interceptor Drain Drainage District  
The Macomb County Public Works Commissioner

IT IS HEREBY ORDERED that, unless otherwise excused by the mediator, the above-named parties shall appear, with counsel and party-representatives, **with full and complete settlement authority**, for an all-day mediation session with Eugene Driker on **Tuesday, October 7, 2014, at 9:30 a.m.,** in the Feikens Conference Center, Room 722 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226 (or at such other location that may be designated by the mediator).

All parties and counsel are reminded that all proceedings, discussions, negotiations, and writings incident to mediation are privileged and confidential and are not to be disclosed to any third-parties. *See* August 13, 2013 Mediation Order, Dkt. #322.

    **SO ORDERED.**

Signed on September 29, 2014

                                                                          /s/ Steven Rhodes  
                                                                          Steven Rhodes  
                                                                          United States Bankruptcy Judge