UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                   Chapter 9

City of Detroit, Michigan,            No. 13-53846

        Debtor.                      Hon. Steven W. Rhodes

_____/

## DECLARATION OF THE DFFA THAT IT WITHDRAWS ITS CONCURRENCE IN DPOA'S OBJECTIONS

TAKE NOTICE that the Detroit Fire Fighters Association declares that it withdraws its concurrence in the Detroit Police Officers Association's *Objections to Fourth Amended Plan of Adjustment* [at Docket Numbers 4901, 4938, 5708] regarding §11 U.S.C. 1123(a)(4) (Legal Issue No. 5 in this Court's *Notice of Proposed Order Identifying Legal Issues, Establishing Briefing Schedule and Setting Hearing Date and Procedures* (Docket Number 5172)).

                                   LEGGHIO & ISRAEL, P.C.

                                   /s/Alidz Oshagan
                                   Christopher P. Legghio (P27378)
                                   Alidz Oshagan (P77231)
                                   Counsel for the Detroit Fire Fighters
                                   Association, I.A.F.F., Local 344
                                   306 South Washington Avenue, Suite 600
                                   Royal Oak, Michigan 48067-3837
                                   T: 248 398 5900; F: 248 398 2662
                                   cpl@legghioisrael.com
                                   oshagan@legghioisrael.com

Dated: September 29, 2014

# CERTIFICATE OF SERVICE

I CERTIFY that on September 29, 2014 I electronically filed the **DECLARATION OF THE DFFA THAT IT WITHDRAWS ITS CONCURRENCE IN DPOA'S OBJECTIONS** and this **CERTIFICATE OF SERVICE** by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case.

        LEGGHIO & ISRAEL, P.C.

        */s/Alidz Oshagan*
        Christopher P. Legghio (P27378)
        Alidz Oshagan (P77231)
        Counsel for the Detroit Fire Fighters
        Association, I.A.F.F., Local 344
        306 South Washington Avenue, Suite 600
        Royal Oak, Michigan 48067-3837
        T: 248 398 5900; F: 248 398 2662
        cpl@legghioisrael.com
        oshagan@legghioisrael.com

Dated: September 29, 2014