**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

------------------------------------------------------------x
:
In re : Chapter 9
:
: Case No. 13-53846
:
CITY OF DETROIT, MICHIGAN, :
: Hon. Steven W. Rhodes
:
:
Debtor. :
x

----------------------------------------------------

**THIRD ORDER MODIFYING ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND CREDITORS REGARDING ADJOURNMENT OF THE HEARING ON PLAN <u>CONFIRMATION</u>**

This matter came before the Court on the *Third Stipulation Regarding Proposed Order Modifying Order Approving Stipulation By And Between The City Of Detroit, Michigan And Creditors Regarding Adjournment Of The Hearing On Plan Confirmation* (the "<u>Stipulation</u>"),[1] filed by the City of Detroit (the "<u>City</u>") and the Swap Counterparties; the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C.

---

[1] Capitalized terms not defined herein have the meanings given to them in the Stipulation.

§§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. Any supplemental objections filed by the Swap Counterparties to the Seventh Amended Plan shall be filed by Tuesday, September 30, 2014.

`Signed on September 29, 2014` .

_____/s/ Steven Rhodes_____
**Steven Rhodes**
**United States Bankruptcy Judge**