UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| State of Michigan,<br><br>　　　Appellant,<br>v.<br>Allen Park Retiree's Association, Inc. and Russell Pillar,<br>　　　Appellees. | Case No. 2:14-cv-13471-BAF-PJK<br><br>Honorable Bernard A. Friedman<br><br>Magistrate Judge Honorable Paul J. Komives |
| City of Detroit, Michigan,<br><br>　　　Appellant,<br>v.<br>Allen Park Retiree's Association, Inc. and Russell Pillar,<br>　　　Appellees. | Case No. 2:14-cv-13562-BAF-PJK<br><br>Honorable Bernard A. Friedman<br><br>Magistrate Judge Honorable Paul J. Komives |
| In re:<br>City of Detroit, Michigan,<br>　　　Debtor. | Bankruptcy Case Number 13-53846<br>Honorable Steven W. Rhodes<br>Chapter 9 |

**ORDER COMBINING APPEALS**
**PURSUANT TO FED. R. BANKR. P. 9014(C), 7042, AND 8018(B);**
**FED. R. CIV. P. 42(A)(2); AND E. D. MICH. LR 5.2(C) AND 42.1**

　　The matter having come before the Court on the stipulation of all parties to the two above-captioned appeals; the Court having satisfied itself that the appeals are substantially identical except for the identity of the appellants; and there being good cause to grant the requested relief; NOW THEREFORE IT IS HEREBY ORDERED THAT

　　1.　　The stipulated motion is granted.

2. The two above-captioned appeals are consolidated under case number 2:14-cv-13471-BAF-PJK, in which the appellants now are the State of Michigan and the City of Detroit and appellees now are Allen Park Retiree's Association, Inc. and Rusell Pillar (collectively, the "Parties").

3. The Parties are directed not to file anything further in case number 2:14-cv-13562-BAF-PJK, which will be closed.

4. This consolidation of the appeals does not render any of the Parties actions previously taken untimely in any way.

5. The Court will issue a scheduling order setting appropriate briefing deadlines.

September 29, 2014                s/ Bernard A. Friedman
                                  HON. BERNARD A. FRIEDMAN
                                  SENIOR DISTRICT COURT JUDGE