# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------- x
                                          :    Chapter 9
In re                                     :
                                          :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                :
                                          :    Hon. Steven W. Rhodes
                              Debtor      :
------------------------------------------------------- x
```

## STIPULATION FOR ADJOURNMENT OF HEARING ON DEBTOR'S OBJECTION TO CLAIM NO. 3673 FILED BY HENRY GESING

Henry Gesing, the holder of Claim Number 3673, and the City of Detroit, Michigan (the "City"), by and through its undersigned counsel, hereby stipulate to the entry of the Order attached as **Exhibit 1**, and respectfully request that the Court reschedule the hearing on the City's Fifth Omnibus Objection to Certain Late-Filed Claims (Dkt. No. 7197) as to Claim Number 3673 only, in order to accommodate Mr. Gesing's request for more time to prepare for the hearing, for the date listed on Exhibit 1 hereto or as soon thereafter as the Court may determine and grant such other relief as is proper and just.

Respectfully submitted by:

| | **FOLEY & LARDNER, LLP** |
|---|---|
| By: /s/ Henry Gesing (w/consent)<br>Henry Gesing<br>35935 Collingwood Dr.<br>Sterling Heights, MI 48312<br>Phone: (586) 268-5631<br>hmgesing@hotmail.com | By: /s/ Tamar N. Dolcourt<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jsimon@foley.com<br>tdolcourt@foley.com |
| *Holder of Claim Number 3673* | *Counsel to the City of Detroit, Michigan* |

Dated: September 30, 2014

4822-5779-2798.1