**EXHIBIT 1: PROPOSED ORDER**

4822-5779-2798.1

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
In re                                              :    Chapter 9
                                                   :
                                                   :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                         :
                                                   :    Hon. Steven W. Rhodes
                    Debtor                         :
------------------------------------------------------- x

# ORDER ADJOURNING HEARING ON DEBTOR'S OBJECTION TO CLAIM NUMBER 3673 FILED BY HENRY GESING

Upon the stipulation (the "Stipulation") of the City of Detroit (the "City"), and Henry Gesing, the holder of Claim Number 3673, for entry of an order adjourning the hearing on the City's Fifth Omnibus Objection to Certain Late-Filed Claims (Dkt. No. 7197) as to Claim Number 3673 only (the "Objection"); and the Court being fully advised in the premises;

THE COURT HEREBY ORDERS that:

1. The hearing on the Objection as to Claim Number 3673 only, scheduled to be held on October 1, 2014 at 10:00 a.m., is adjourned to **November 5, 2014 at 10:00 a.m.**

4822-5779-2798.1