UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

# STIPULATION AS TO THE FORM OF THE PROPOSED ORDER GRANTING PETITIONERS ROBERT DAVIS' AND CITIZENS UNITED AGAINST CORRUPT GOVERNMENT'S EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The City of Detroit and Petitioners Robert Davis and Citizens United Against Corrupt Government, stipulate and agree to the form of the proposed order attached as Exhibit 1.

Dated: September 30, 2014

By: /s/ Marc N. Swanson
Jonathan S. Green (P33140)
Stephen S. LaPlante (P48063)
Megan P. Norris (P39318)
Marc N. Swanson (P71149)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

ATTORNEYS FOR THE CITY OF DETROIT


By: /s/ Andrew A. Paterson
Andrew A. Paterson (P18690)
46350 Grand River, Suite C
Novi, MI 48374
(248) 568-9712


ATTORNEY FOR PETITIONERS ROBERT DAVIS
AND CITIZENS UNITED AGAINST CORRUPT
GOVERNMENT