UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
In re : Chapter 9
:
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Steven W. Rhodes
Debtor :
------------------------------------------------------- x

CERTIFICATE OF NO RESPONSE TO DEBTOR'S FIFTH OMNIBUS
OBJECTION TO CERTAIN CLAIMS
(LATE FILED CLAIMS)

(Docket No. 7197)

The undersigned certifies that on August 29, 2014, she caused the Debtor's Fifth Omnibus Objection to Certain Claims (Late Filed Claims) [Docket No. 7197] (the "Objection") and a Notice of the Objection [Docket No. 7197] (the "Notice"), identifying the deadline for responses to the Objection as September 24, 2014, to be filed with the Court and served upon every claimant listed on Exhibit 2 of the Objection via First Class Mail at the addresses listed therein (the "Claimants"). See Certificate of Service [Docket No. 7325] attached hereto as **Exhibit B.**

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") and the Notice, the Claimants were required to file responses to the relief requested in the Objection, if any, on or before September 24, 2014.

The Debtor received formal responses to the Objection from Debra L. Harper [Claim Nos. 3556, 3557, 3619 and 3620], Lynnette Benson [Claim No. 3634], Edward George Carter [Claim No. 3509], Dinah Lynn Bolton [Claim No. 3522] and Henry J. Gesing [Claim No. 3673]. No other responses to the Objection were filed and served.

4833-9503-3374.1

The Debtor subsequently filed a Reply to the responses from Lynnette Benson [Docket No. 7702], Edward George Carter [Docket No. 7708], and Henry Gesing [Docket No. 7701]. The Debtor further filed Notice to Withdraw the Omnibus Objection to Claims of Debra L. Harper [Docket No. 7682], George R. Attwell [Docket No. 7686], Ladenna Bailey [Docket No. 7687], Dinah L. Bolton [Docket No. 7688], Betty Collins [Docket No. 7689], Frances B. Freeman [Docket No. 7690], Jimmy L. Goston [Docket No. 7691], Rosalind Grady [Docket No. 7692], Kennedy Gover [Docket No. 7693]; Anna Jean Henry [Docket No. 7694], Ricky Jackson [Docket No. 7695], and Patricia Anderson-Benton [Docket No. 7724].

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order granting the Objection attached hereto as **Exhibit A**.

Dated: September 30, 2014
Detroit, Michigan

FOLEY & LARDNER LLP

/s/ _Tamar N. Dolcourt_____
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
(313) 234-7100 (Telephone)
(313) 234-2800 (Facsimile)

*Counsel for the Debtor, City of Detroit Michigan*