UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------- x
In re                                                      :   Chapter 9
                                                           :
                                                           :   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                                 :
                                                           :   Hon. Steven W. Rhodes
                    Debtor                                 :
---------------------------------------------------------- x

CERTIFICATE OF NO RESPONSE TO DEBTOR'S SIXTH OMNIBUS
OBJECTION TO CERTAIN CLAIMS
(LATE FILED CLAIMS)

(Docket No. 7198)

The undersigned certifies that on August 29, 2014, she caused the Debtor's Sixth Omnibus Objection to Certain Claims (Late Filed Claims) [Docket No. 7198] (the "Objection") and a Notice of the Objection [Docket No. 7198] (the "Notice"), identifying the deadline for responses to the Objection as September 24, 2014, to be filed with the Court and served upon every claimant listed on Exhibit 2 of the Objection via First Class Mail at the addresses listed therein (the "Claimants"). See Certificate of Service [Docket No. 7325] attached hereto as **Exhibit B.**

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") and the Notice, the Claimants were required to file responses to the relief requested in the Objection, if any, on or before September 24, 2014.

The Debtor received formal responses to the Objection from Janet Peete [Claim No. 3644], Dennis E. Nessel [Claim No. 3564], Linda Lynk [Claim No. 3575, Benjamin F. Newkirt Jr. [Claim No. 3574], Reginald Wilson [Claim No. 3596], and Marvin Seals [Claim No. 3631]. No other responses to the Objection were filed and served.

4824-6809-2702.1

The Debtor subsequently filed a Reply to the responses from Janet Peete [Docket No. 7705], and Linda Lynk [Docket No. 7706]. The Debtor further filed Notice to Withdraw the Omnibus Objection to Claims of Reginald Wilson [Docket No. 7683], James Virgil Justus [Docket No. 7697], John S. Kaminski [Docket No. 7698], Bernard King [Docket No. 7716], Donald McReynolds [Docket No. 7717], Dennis E. Nessel [Docket No. 7718], Judith Onorati [Docket No. 7719], Linda M. Riley [Docket No. 7720], Peter A. Silver [Docket No. 7721], Robert Stanton [Docket No. 7722], Beverly A. Welch [Docket No. 7723], and Benjamin F. Newkirt Jr. [Docket No. 7725].

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order granting the Objection attached hereto as **Exhibit A**.

Dated: September 30, 2014  
Detroit, Michigan

FOLEY & LARDNER LLP

/s/ _Tamar N. Dolcourt_____  
John A. Simon (P61866)  
Tamar N. Dolcourt (P73425)  
One Detroit Center  
500 Woodward Ave., Suite 2700  
Detroit, MI 48226-3489  
(313) 234-7100 (Telephone)  
(313) 234-2800 (Facsimile)

*Counsel for the Debtor, City of Detroit Michigan*

2

4824-6809-2702.1

13-53846-tjt    Doc 7749    Filed 09/30/14    Entered 09/30/14 15:34:39    Page 2 of 2