UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

--------------------------------------------------------- x
                                                 :      Chapter 9

In re                                       :

                                                 :      Case No. 13-53846

CITY OF DETROIT, MICHIGAN,      :

                                                 :      Hon. Steven W. Rhodes

                       Debtor             :
--------------------------------------------------------- x

## CERTIFICATE OF NO RESPONSE TO DEBTOR'S SEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (WRONGLY CLASSIFIED CLAIMS)

(Docket No. 7200)

The undersigned certifies that on August 29, 2014, she caused the Debtor's Seventh Omnibus Objection to Certain Claims (Wrongly Classified Claims) [Docket No. 7200] (the "Objection") and a Notice of the Objection [Docket No. 7200] (the "Notice"), identifying the deadline for responses to the Objection as September 24, 2014, to be filed with the Court and served upon every claimant listed on Exhibit 2 of the Objection via First Class Mail at the addresses listed therein (the "Claimants"). See Certificate of Service [Docket No. 7325] attached hereto as **Exhibit B.**

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") and the Notice, the Claimants were required to file responses to the relief requested in the Objection, if any, on or before September 24, 2014.

The Debtor received formal responses to the Objection from Tommy Bankston [Claim No. 475], and Renee Jones [Claim No. 236] and an informal response which led to a stipulation as to the claims filed by The Amalgamated Transit Union Local 26 AFL-CIO, Aaron Scott and

4827-1660-5470.1

Mitchell Clifton [Claim Nos. 937, 940 and 944]. No other responses to the Objection were filed and served.

The Debtor subsequently filed a Reply to the responses from Tommy Bankston [Docket No. 7699], and Renee Jones [Docket No. 7700]. The Debtor further filed a Stipulation Resolving Omnibus Claims Objection with Respect to Claims Filed by The Amalgamated Transit Union Local 26 AFL-CIO, Aaron Scott and Mitchell Clifton [Docket No. 7639]. The Order resolving objection to those claims was signed on September 24, 2014 [Docket No. 7652].

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order granting the Objection attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: September 30, 2014<br>Detroit, Michigan | FOLEY & LARDNER LLP<br><br>/s/ _Tamar N. Dolcourt_<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>One Detroit Center<br>500 Woodward Ave., Suite 2700<br>Detroit, MI 48226-3489<br>(313) 234-7100 (Telephone)<br>(313) 234-2800 (Facsimile)<br><br>*Counsel for the Debtor, City of Detroit Michigan* |