**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

------------------------------------------------------- x
                                                  :      Chapter 9

In re                                        :

                                                  :      Case No. 13-53846

CITY OF DETROIT, MICHIGAN,    :

                                                  :      Hon. Steven W. Rhodes

                              Debtor        :
------------------------------------------------------- x

**ORDER ADJOURNING HEARING ON DEBTOR'S OBJECTION TO CLAIM
NUMBER 3673 FILED BY HENRY GESING**

Upon the stipulation (the "<u>Stipulation</u>") of the City of Detroit (the "<u>City</u>"), and Henry Gesing, the holder of Claim Number 3673, for entry of an order adjourning the hearing on the City's Fifth Omnibus Objection to Certain Late-Filed Claims (Dkt. No. 7197) as to Claim Number 3673 only (the "<u>Objection</u>"); and the Court being fully advised in the premises;

THE COURT HEREBY ORDERS that:

1.     The hearing on the Objection as to Claim Number 3673 only, scheduled to be held on October 1, 2014 at 10:00 a.m., is adjourned to **November 5, 2014 at 10:00 a.m.** at a courtroom location to be determined by the Court.

.

**Signed on September 30, 2014**

                                                                            /s/ Steven Rhodes
                                                                       **Steven Rhodes
                                                                      United States Bankruptcy Judge**