UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
---------------------------------------------------------x
                                                         :
In re                                                    : Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               : Case No. 13-53846
                                                         :
                    Debtor.                              : Hon. Steven W. Rhodes
                                                         :
---------------------------------------------------------x
```

**ORDER MODIFYING THE SEVENTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT [Docket No. 7502]**

This matter came before the Court on the *Stipulation Regarding Proposed Order Modifying the Seventh Amended Plan for the Adjustment of Debts of the City of Detroit* [Docket No. 7746] (the "Stipulation"),[1] filed by the City of Detroit (the "City"), Syncora and the Swap Counterparties; the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

---

[1] Capitalized terms not defined herein have the meanings given to them in the Stipulation.

2. The City shall amend the Plan in accordance with the Stipulation and otherwise comply with the terms of the Stipulation.

.

**Signed on September 30, 2014**

                                          **/s/ Steven Rhodes**
                                          **Steven Rhodes**
                                          **United States Bankruptcy Judge**