UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------x

**ORDER DISALLOWING AND EXPUNGING: (A) CLAIM NUMBER 1399 FILED BY DR. BRIAN GREENE, AS NEXT FRIEND OF INDIA BOND, A MINOR; (B) CLAIM NUMBER 1401 FILED BY TARIS JACKSON, AS NEXT FRIEND OF ASHLY JACKSON, A MINOR; AND (C) CLAIM NUMBER 1404 FILED BY ERNEST FLAGG, AS NEXT FRIEND OF JONATHON BOND, A MINOR**

This matter coming before the Court on: (a) the Objection of the City of Detroit, Pursuant to Sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1, to Proof of Claim Number 1399 Filed by Dr. Brian Greene, as Next Friend of India Bond, a Minor (Docket No. 4842); (b) the Objection of the City of Detroit, Pursuant to Sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1, to Proof of Claim Number 1401 Filed by Taris Jackson, as Next Friend of Ashly Jackson, a Minor; and (c) the Objection of the City of Detroit, Pursuant to Sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local

Rule 3007-1, to Proof of Claim Number 1404 Filed by Ernest Flagg, as Next Friend of Jonathon Bond, a Minor (Docket No. 4854) (collectively, the "<u>Objections</u>"),[1] filed by the City of Detroit (the "<u>City</u>"); the following responses (collectively, the "<u>Responses</u>") to the Objections having been filed:

    (a) Respondent Dr. Brian Greene's Response to Objection of the City of Detroit, Pursuant to Sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1, to Proof of Claim Number 1399 Filed by Dr. Brian Greene, as Next Friend of India Bond, a Minor (Docket No. 5381);

    (b) Respondent Ernest Flagg's Response to Objection of the City of Detroit, Pursuant to Sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1, to Proof of Claim Number 1404 Filed by Ernest Flagg, as Next Friend of Jonathan Bond, a Minor (Docket No. 5382); and

    (c) Respondent Taris Jackson's Response to Objection of the City of Detroit, Pursuant to Sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1, to Proof of Claim Number 1401 Filed by Taris Jackson, as Next Friend of Ashly Jackson, a Minor (Docket No. 5383).

The City having filed the Consolidated Reply of the City of Detroit in Support of the Objections to: (A) Proof of Claim Number 1399 Filed by Dr. Brian Greene, as Next Friend of India Bond, a Minor; (B) Proof of Claim Number 1401 Filed by Taris Jackson, as Next Friend of Ashly Jackson, a Minor; and (C) Proof of Claim Number 1404 Filed by Ernest Flagg, as Next Friend of Jonathon Bond, a Minor

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Objections.

(Docket No. 5488) (the "Reply"); the Court having reviewed the Objections, the Responses and the Reply and having heard the statements of counsel regarding the relief requested in the Objections at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Objections and the Hearing was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; and the Court having determined that the legal and factual bases set forth in the Objections and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Objections, the Responses and the Reply are RESOLVED as set forth herein.

2. Pursuant to section 502(b) of the Bankruptcy Code, the following proofs of claim are disallowed and expunged in their entirety:

    (a) Proof of claim number 1399 filed by Dr. Brian Greene, as next friend of India Bond, a minor;

    (b) Proof of claim number 1401 filed by Taris Jackson, as next friend of Ashly Jackson, a minor; and

    (c) Proof of claim number 1404 filed by Ernest Flagg, as next friend of Jonathon Bond, a minor.

3. The City, the City's claims and noticing agent and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

4. The parties shall each bear their own costs, expenses and attorneys' fees with respect to the matters addressed herein.

.

**Signed on September 30, 2014**

                                                **/s/ Steven Rhodes**
                                                **Steven Rhodes**
                                                **United States Bankruptcy Judge**