UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:  
CITY OF DETROIT, MICHIGAN,

      Debtor.

_____/

Case No. 13-53846  
Chapter 9 Proceeding  
Hon. Steven W. Rhodes

## **LIMITED APPEARANCE OF ROBERT J. FRANZINGER**

PLEASE TAKE NOTICE that Robert J. Franzinger of Dykema Gossett PLLC (retained by the City as a Professional), hereby enters his limited appearance as counsel for the City of Detroit ("Debtor") in the above-captioned matter. The limited appearance is for the purpose of presenting argument on behalf of Debtor, by and through its Water and Sewerage Department, in opposition to American Federation of State, County And Municipal Employees Michigan Council 25's Motion to Clarify, Or In The Alternative Lift the Automatic Stay (Dkt. #6652).

                Respectfully submitted,

                DYKEMA GOSSETT PLLC

                By: */s/ Jong-Ju Chang*  
                Jong-Ju Chang (P70584)  
                Robert J. Franzinger (P25539)  
                Attorneys for Debtor  
                400 Renaissance Center  
                Detroit, MI 48243  
                Telephone: (313) 568-6800  
                jchang@dykema.com  
                rfranzinger@dykema.com

Dated: September 30, 2014

# CERTIFICATE OF SERVICE

I certify that on September 30, 2014, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, and that a copy of the foregoing was also served on all ECF-registered users for the above captioned case.

DYKEMA GOSSETT PLLC

By: */s/ Jong-Ju Chang*
Jong-Ju Chang (P70584)
Robert J. Franzinger (P25539)
Attorneys for Debtor
400 Renaissance Center
Detroit, MI 48243
jchang@dykema.com
rfranzinger@dykema.com

DET01\1381748.3
ID\SLF - 019956\0999

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243