UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name    Alfredo R. Pérez

Firm    Weil, Gotshal & Manges LLP

Address    700 Louisiana Street, Suite 1700

City, State, Zip    Houston, TX 77002

Phone    713-546-5000

Email    alfredo.perez@weil.com

**Case/Debtor Name:** City of Detroit, MI

**Case Number:**    13-53846

**Chapter:**    9

**Hearing Judge** Hon. Steven Rhodes

◉ Bankruptcy    ○ Adversary

○ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 09/29/2014    Time of Hearing: 8:30    Title of Hearing: Confirmation Trial

Please specify portion of hearing requested:    ◉ Original/Unredacted    ○ Redacted    ○ Copy (2nd Party)

◉ Entire Hearing    ○ Ruling/Opinion of Judge    ○ Testimony of Witness    ○ Other

Special Instructions: Please email to juan.dominguez@weil.com

**Type of Request:**

◉ Ordinary Transcript - $3.65 per page (30 calendar days)
○ 14-Day Transcript - $4.25 per page (14 calendar days)
○ Expedited Transcript - $4.85 per page (7 working days)
○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Alfredo R. Pérez    Date: 10/1/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____

Date    By

Order Received:

Transcript Ordered

Transcript Received

13-53846-tjt    Doc 7761    Filed 10/01/14    Entered 10/01/14 14:08:21    Page 1 of 1