UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditor/Objector

v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

    Debtor/City of Detroit1
_____/

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

## GOVERNOR RICK SNYDER VIOLATED HIS OATH OF OFFICE BY NOT SUPPORTING THE CONSTITUTION TO PROTECT THE PENSIONERS UNDER THE CONSTITUTION

WE OBJECT TO THE PLAN OF ADJUSTMENT AND ANY NOTICES, AMENDMENTS AND CONFIRMATION, THE PLAN WAS UNTIMELY, AFTER THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED IN A GOOD FAITH MANNER.

Governor Rick Snyder took an oath to support and upheld the State of Michigan and Federal Constitutions of the United State, under Article X1 Section 1 of the Constitution of the State of Michigan.

1) The Governor Snyder violated that oath when he authorized the emergency manager, Kevyn Orr to file chapter 9 bankruptcy without support and

1

protection of Article 9 Section 24 of the Michigan State Constitution that states in the pensions plan and retirement system of the state and it political subdivisions in the pertinent part "Shall not be diminished or impaired.

2 ) Governor Rick Snyder could have and should have if he wanted to have bankruptcy filed could have exempted Article 9 Section 24 or he could have allowed it with a "contingency clause" to the protected the Constitution.

3) Governor Snyder could have carryout and fulfilled his legal duty and obligation to support and upheld the constitutions but he chose not to that placed the pensioners in harm way and was derelict in his duties and violated his oath of office of Article X1 Section 1.

When an state official violates its own law the court has rule this is an "state action." The action of Governor Rick Snyder on the behalf of the state is the chief administrative officer of the State of Michigan, in the execution of his duty and the law constitute "state action," within the purview of the Fourteenth Amendment.

That Amendment govern any action of the state, "whether through its legislature, through its courts or its executive or administrative officers." Mooney v Holohan 294 U.S. 103, 112-113, (1934) citing Carter v. Texas 177 U.S. 442, 447; Roger v Alabama, 192 U.S. 226, 233, 234.

2

Charles McFarland
name
18414 South Drive #75
Address
Southfield, MI. 48076
City, State & Zip

Brenda Joyce Hasendone-McFarland
name
18414 South Drive #75
address
Southfield, MI. 48076
City, State & Zip

LaVern Holloway
name
16246 Linwood St
Address
Det. MI, 48221
City, State & Zip

William M. Davis
name
9203 L. Hefield
address
Detroit, Mich. 48228
City, State & Zip

Cecily McClellan
Name
111 Calvert
Address
Detroit, MI 48202
City State & Zip

Wanda fen Heer, Wanda Jan-Hill
Name
16125 Oakfield
Address
Det 48235
City, State & Zip

MARK L. SMITH
name

1754 CAMPAU FARMS CIRCLE
Address

DETROIT MI 48207
City, State & Zip

Sheila Thompkins
Sheila Thompkins
name

2332 Prince Hall Dr
address

Detroit MI 48207
City, State & Zip

Belinda A. M<!-- illegible -->Florence
name

20420 Anglin
Address

Detroit, Mi 48234
City, State & Zip

Katrin Henry
name

510 Trowbridge
address

Det. Mich 48202
City, State & Zip

Eddie J. Florence JR.
Name

20420 Anglin
Address

Detroit Mi 48234
City State & Zip

Name

Address

City, State & Zip

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

*Carl Williams* (signature)

Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

*Hassan Aleem* (signature)

Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,
v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

___Carl Williams___, being first duly sworn deposes and
your name

Say that on September 30, 2014. I sent a copy of Governor Rick Snyder

violated his oath of office by not supporting the Constitution to protect the

pensioners under the constitution, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Dated _September 30, 2014_