# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Shannon Deeby
Firm: Clark Hill PLC
Address: 151 S. Old Woodward Ave., Ste. 200
City, State, Zip: Birmingham, MI 48009
Phone: 248.988.5889
Email: sdeeby@clarkhill.com

**Case/Debtor Name:** City of Detroit, Michigan
**Case Number:** 13-53846
**Chapter:** 9
**Hearing Judge:** Hon. Steven Rhodes

● Bankruptcy  ○ Adversary
○ Appeal  Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 09/29/2014   Time of Hearing: 9:00 a.m.   Title of Hearing: Confirmation

Please specify portion of hearing requested: ○ Original/Unredacted  ○ Redacted  ○ Copy (2nd Party)

● Entire Hearing  ○ Ruling/Opinion of Judge  ○ Testimony of Witness  ○ Other

Special Instructions: _____

**Type of Request:**
- ○ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ● Expedited Transcript - $4.85 per page (7 working days)
- ○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By _____

Date _____ By _____

Order Received: _____
Transcript Ordered _____
Transcript Received _____

**Signature of Ordering Party:**

/s/ Shannon L. Deeby   Date: 10/1/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.

13-53846-tjt   Doc 7765   Filed 10/01/14   Entered 10/01/14 15:52:56   Page 1 of 1