# SQUIRE PATTON BOGGS (US) LLP

Martha Kopacz
Martha E.M. Kopacz
Senior Managing Director
Suite 605 N
10 Post Office Square
Boston, Massachusetts 02109

Invoice Number:   8883177
Invoice Date:     09/16/14
Matter Number:    112677.00001

**City of Detroit**

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 67,776.50 |
| Less Discount on Services: | $ (6,777.65) |
| Disbursements: | $ 11,313.87 |
| **Amount Due for this Invoice:** | **$ 72,312.72** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 91,201.27 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 163,513.99** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Scott A. Kane |
| P.O. Box 643051 | US Bank | Suite 2900 |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | 221 E. Fourth Street |
| Phone: 216.687.3400 | Bank Routing #042000013 | Cincinnati, OH 45202 |
| Fax: 216.687.3401 | Bank Account #576762314 | United States |
| | | Phone: +1.513.361.1200 |
| | For Wires outside the US: | Fax: +1.513.361.1201 |
| | US Bank, USA | email: Scott.Kane@squirepb.com |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

Please Include Reference Number 8883177.112677 with all Payments
Tax Identification Number 34-0648199

# SQUIRE PATTON BOGGS (US) LLP

Martha Kopacz
Martha E.M. Kopacz
Senior Managing Director
Suite 605 N
10 Post Office Square
Boston, Massachusetts 02109

| | |
|---|---|
| Invoice Number: | 8883177 |
| Invoice Date: | 09/16/14 |
| Matter Number: | 112677.00001 |

## REMITTANCE COPY

City of Detroit

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 67,776.50 |
| Less Discount on Services: | $ (6,777.65) |
| Disbursements: | $ 11,313.87 |
| **Amount Due for this Invoice:** | **$ 72,312.72** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 91,201.27 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 163,513.99** |

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Scott A. Kane |
| P.O. Box 643051 | US Bank | Suite 2900 |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | 221 E. Fourth Street |
| Phone: 216.687.3400 | Bank Routing #042000013 | Cincinnati, OH 45202 |
| Fax: 216.687.3401 | Bank Account #576762314 | United States |
| | | Phone: +1.513.361.1200 |
| | **For Wires outside the US:** | Fax: +1.513.361.1201 |
| | US Bank, USA | email: Scott.Kane@squirepb.com |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

Please Include Reference Number 8883177.112677 with all Payments
Tax Identification Number 34-0648199

SQUIRE PATTON BOGGS (US) LLP

09/16/14
Page 1

112677.00001
Martha Kopacz / City of Detroit
Invoice Number: 8883177

## CITY OF DETROIT

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|---|---|---|---|
| 08/01/14 | 7.10 | S. Kane | Day 2 of Kopacz deposition and post-deposition meeting with M. Kopacz and S. Lerner regarding hearing and action items (4.8); return travel from NY (2.3-billed at 50%). |
| 08/01/14 | 7.10 | S. Lerner | Day 2 of Kopacz deposition and post-deposition meeting with M. Kopacz and S. Kane regarding hearing and action items (4.8); return travel from New York (2.3 - billed at 50%). |
| 08/04/14 | 0.50 | S. Kane | Prepare for telephonic hearing with Judge Rhodes to discuss issues related to Kopacz direct testimony and supplemental report. |
| 08/05/14 | 0.80 | S. Kane | Telephone conference with M. Kopacz and S. Lerner regarding follow-up issues from deposition and preparation for hearing with Judge Rhodes (.3); review agenda and issues for hearing(.3); review emails from M. Kopacz (.2). |
| 08/05/14 | 1.30 | S. Lerner | Conference call with M. Kopacz and S. Kane regarding preparation for court status call and potential for submitting supplemental expert report (.4); telephone call with G. Stewart regarding additional document production (.1); review pleadings (.8). |
| 08/06/14 | 3.30 | S. Kane | Telephone conference with Judge Rhodes, counsel for parties, and M. Kopacz regarding scheduling and other issues regarding Kopacz testimony, issues from report, and other matters implicating M. Kopacz -- and prepare written summary of such issues during course of telephonic hearing (2.2); follow-up telephone conference with M. Kopacz to discuss issues from hearing, scheduling, and preparation (.5); review emails from M. Kopacz and docket entries in connection with preparation for telephonic hearing (.4); respond to inquiry from M. Kopacz regarding handling of third party request for copy of report (.2). |
| 08/06/14 | 0.40 | S. Lerner | Conference call with M. Kopacz, B. Gleason and S. Kane regarding report on court status conference and matters regarding testimony and supplemental report. |
| 08/07/14 | 0.20 | S. Kane | Review email correspondence from M. Kopacz and S. Lerner regarding water bond restructuring settlement and potential impact on confirmation hearing. |
| 08/08/14 | 1.50 | S. Kane | Review and analysis of new scheduling order and impact on independent expert testimony (.3); |

SQUIRE PATTON BOGGS (US) LLP

09/16/14  
Page 2

112677.00001  
Martha Kopacz / City of Detroit  
Invoice Number: 8883177

|  |  |  |  |
|---|---|---|---|
|  |  |  | communications with M. Kopacz regarding scheduling order and related issues (.4); review and analysis of order regarding early testimony by E&Y expert and multiple communications with M. Kopacz and Court Call regarding M. Kopacz telephonic attendance at hearing (.6); email correspondence to counsel for City regarding anticipated length of case-in-chief and estimate of date window for Kopacz testimony (.2). |
| 08/08/14 | 0.90 | S. Lerner | Emails with M. Kopacz and S. Kane regarding confirmation hearing-related matters (.3); review pleadings regarding confirmation hearing and process (.4); emails with M. Kopacz and S. Kane regarding follow up work and potential supplemental report (.2). |
| 08/11/14 | 0.50 | S. Kane | Multiple communications with M. Kopacz and chambers for Judge Rhodes regarding telephonic participation and scheduling conference (.3); email correspondence with M. Kopacz and S. Lerner regarding review of reports of experts for other parties (.2). |
| 08/12/14 | 2.30 | S. Kane | Prepare for and attend telephonic conference with M. Kopacz, Judge Rhodes, and counsel for numerous parties (2.2); follow-up communications regarding scheduling issues for Kopacz motion and testimony (.1). |
| 08/12/14 | 2.40 | S. Lerner | Participate telephonically in court hearing on plan confirmation hearing scheduling, M. Kopacz testimony-related matters and other matters. |
| 08/13/14 | 1.10 | S. Kane | Review email correspondence from counsel for retirement systems concerning potential motion to strike portion of expert report, and communication to M. Kopacz regarding same (.5); analysis of issues involving supplemental report and potential challenges to M. Kopacz (.3); review sections of report in response to inquiry from counsel for retirement system (.3). |
| 08/13/14 | 1.70 | S. Lerner | Review pleadings related to plan confirmation process (1.1); review 8th amended scheduling order (.3); emails with M. Kopacz regarding same (.1); review emails from S. Kane and counsel to the Retirement Systems (.2). |
| 08/14/14 | 1.30 | S. Kane | Email to counsel for Retirement Systems responding to meet and confer regarding motion to strike testimony (.7); communications with M. Kopacz regarding motions to strike (.6). |
| 08/15/14 | 5.00 | F. Czernin | Conference call with S. Kane (.1); conduct legal research regarding motion to exclude (4.9). |
| 08/18/14 | 1.20 | S. Kane | Email correspondence with M. Kopacz and S. Lerner regarding objection to admission of report (.4); review and analysis of Syncora filing regarding Kopacz report (.3); preliminary analysis concerning report admissibility (.3); email with M. Kopacz regarding supplementation of report (.2). |

| Date | Hours | Timekeeper | Description |
|---|---|---|---|
| 08/18/14 | 1.20 | S. Lerner | Emails with M. Kopacz regarding preparation of supplemental report and related matters (.1); review and analyze Syncora brief in opposition to admissibility of M. Kopacz expert report (.8); review forms of proposed orders approving M. Kopacz and Squire Patton Boggs June fees (.2); emails with M. Kopacz regarding same (.1). |
| 08/18/14 | 0.70 | A. Simon | Prepare and send fee statements and proposed orders to expert witness for review. |
| 08/19/14 | 1.90 | S. Kane | Telephone conference with M. Kopacz and Phoenix team and S. Lerner regarding issues related to preparation for confirmation hearing, upcoming scheduling meeting, and discussion of issues related to motions to exclude report (.8); email correspondence to M. Kopacz regarding issues for discussion and summary of motions to exclude report (.2); analysis of Doubert issues related to court-appointed expert (.5); analysis of motion to exclude filed by Detroit Retirement Systems and communications to M. Kopacz regarding same (.4). |
| 08/19/14 | 3.40 | S. Lerner | Review and analyze brief of City of Detroit in support of admission of M. Kopacz expert report (.6); conference call with M. Kopacz, B. Gleason, S. Kane regarding briefing on admission of expert report, preparation of supplemental report, preparation for Thursday status conference and related matters (.8); review and analyze Detroit Retirement System opposition to admission of M. Kopacz expert report (.9); review M. Kopacz deposition transcripts (1.1). |
| 08/20/14 | 1.20 | S. Kane | Communications to M. Kopacz regarding preparation for court hearing (.2); prepare for Daubert motion and response by M. Kopacz (1.0). |
| 08/20/14 | 0.60 | S. Lerner | Review pleadings regarding confirmation hearing scheduling and related matters. |
| 08/20/14 | 5.30 | C. Toth | Research regarding 6th Circuit Daubert decisions, Daubert as applied to court appointed experts, and qualifications of financial experts. |
| 08/21/14 | 0.90 | S. Kane | Participate in telephonic hearing regarding scheduling issues (.6); communications with M. Kopacz and team regarding recent filings, including 6th Amended Plan (.3). |
| 08/21/14 | 1.70 | S. Lerner | Participate telephonically in status conference on confirmation hearing (1.5); follow up emails with M. Kopacz and S. Kane (.2). |
| 08/23/14 | 1.10 | S. Kane | Analysis of motions seeing to exclude M. Kopacz testimony (.9); communications to M. Kopacz and S. Lerner regarding motions (.2). |
| 08/23/14 | 1.20 | C. Toth | Review Sychora's motion to exclude M. Kopacz testimony. |

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 08/24/14 | 3.40 | S. Lerner | Review and analyze Oakland County Daubert Motion regarding Kopacz Report (.5); review 6th amended plan (1.1); review M. Kopacz deposition transcript (1.8). |
| 08/24/14 | 3.20 | C. Toth | Draft outline of response to Syncora's motion to exclude testimony; research regarding applicability of Daubert factors to nonscientific expert. |
| 08/25/14 | 5.90 | S. Kane | Analysis of motions to exclude (1.3); work on opposition to motions to exclude (3.8); written communications to Judge Rhodes' chambers regarding procedural issues and Kopacz response to motions to exclude (.4); email to M. Kopacz regarding status report (.1); communications to D. Marinucci and C. Toth regarding issues for analysis concerning response to motions to exclude (.3). |
| 08/25/14 | 1.40 | S. Lerner | Review pleadings regarding plan confirmation (1.2); emails with M. Kopacz regarding supplemental report (.2). |
| 08/25/14 | 5.60 | D. Marinucci | Attention to email correspondence with S. Kane regarding research related to Daubert challenge of M. Kopacz (.2); legal research regarding M. Kopacz's qualifications and reliability under Daubert [4.4]; legal issue; telephone conference with S. Kane regarding Daubert research (.1); review motion to exclude report of M. Kopacz (.3); review Court's order regarding M. Kopacz's opinion (.1); review M. Kopacz's qualifications (.5). |
| 08/25/14 | 3.50 | C. Toth | Research and analysis regarding Daubert factors. |
| 08/26/14 | 7.90 | S. Kane | Telephone conference with M. Kopacz and S. Lerner regarding Supplemental Report and responses to motion to exclude (.9); email correspondence to M. Kopacz regarding issues related to motion to exclude (.3); communications to G. Stewart (counsel for City) regarding potential need for service assistance (.1); drafting argument and analysis regarding response to motions to exclude (6.6). |
| 08/26/14 | 6.80 | S. Lerner | Conference call with M. Kopacz, B. Gleason, M. Gaul and S. Kane regarding review of motions to exclude testimony, preparation of response, general status and related matters (.9); follow up analysis regarding response to motions (.7); review Retirement Systems motion to exclude certain portions of Kopacz testimony (.9); review and comment on draft supplemental report (1.1); emails to M. Kopacz and S. Kane regarding same (.3); review pleadings regarding plan objections (2.9). |
| 08/26/14 | 3.20 | D. Marinucci | Legal research regarding M. Kopacz's opinion and Daubert issues (2.7); draft email memorandum to S. Kane regarding Daubert research (.4); attention to email correspondence with S. Kane regarding same (.1). |
| 08/26/14 | 1.40 | C. Toth | Research regarding Daubert principles as applied to bench trials. |

| Date | Hours | Timekeeper | Description |
|---|---|---|---|
| 08/27/14 | 4.60 | S. Kane | Telephone conference with Kopacz and Phoenix team, and S. Lerner, to discuss Supplemental Report and potential response to motions to exclude (.6); analysis and drafting regarding response to motions to exclude (2.2); finalize Supplemental Report, including citations, with M. Kopacz and Phoenix team (1.8). |
| 08/27/14 | 2.70 | S. Lerner | Conference call with M. Kopacz, M. Gaul and S. Kane regarding finalizing supplemental expert report and draft response to motions to exclude testimony (.4); follow up telephone call with S. Kane (.1); review and comment on supplemental expert report (.3); email to C. Sikula seeking direction from the Court on supplemental report and potential response to motions to exclude testimony (.2); telephone call from C. Sikula regarding same (.1); email to client team regarding direction from Court (.1); review emails from clients with additional comments on supplemental report (.4); make further revisions to supplemental report (.7); emails with Jones Day regarding service of report (.2); follow up emails with M. Kopacz (.2). |
| 08/27/14 | 0.60 | D. Marinucci | Review and edit opposition to motion to exclude testimony of M. Kopacz (.5); to email correspondence to S. Kane regarding opposition to motion to exclude testimony of M. Kopacz. |
| 08/28/14 | 1.10 | S. Kane | Review and analysis of City opposition to motions to exclude Kopacz testimony (.8); update M. Kopacz regarding City opposition and status from Court regarding direct response (.3). |
| 08/28/14 | 1.30 | S. Lerner | Email Chambers with Phoenix Management and Squire Patton Boggs July invoices (.1); review City of Detroit's oppositions to motions to exclude M. Kopacz testimony filed by Syncora and Retirement Systems (1.1); email to S. Kane regarding same (.1). |
| 08/29/14 | 1.00 | S. Kane | Analysis of order regarding motions to exclude testimony (.4); communications with M. Kopacz and S. Lerner regarding motion to exclude, trial preparation, and recent orders and filings (.6). |
| 08/29/14 | 0.50 | S. Lerner | Review order regarding motions in limine and setting 9/15 hearing on motions to exclude testimony of M. Kopacz (.1); email order to M. Kopacz, Phoenix Management team and S. Kane (.1); emails with M. Kopacz regarding 9/15 hearing and related matters (.3). |

**TOTAL SERVICES:**     $ 67,776.50

## TIME SUMMARY

| TIMEKEEPER | HOURLY RATE | HOURS | TOTAL |
|---|---|---|---|

SQUIRE PATTON BOGGS (US) LLP

09/16/14
Page 6

112677.00001
Martha Kopacz / City of Detroit
Invoice Number: 8883177

| | | | |
|---|---|---|---|
| S. Kane | 575.00 | 45.40 | 26,105.00 |
| S. Lerner | 925.00 | 36.80 | 34,040.00 |
| F. Czernin | 280.00 | 5.00 | 1,400.00 |
| D. Marinucci | 240.00 | 9.40 | 2,256.00 |
| A. Simon | 465.00 | 0.70 | 325.50 |
| C. Toth | 250.00 | 14.60 | 3,650.00 |
| **TOTAL SERVICES:** | | **111.90** | **$ 67,776.50** |

## DISBURSEMENT SUMMARY

| | | |
|---|---|---|
| Court Costs | VENDOR: BB&T Financial FSB INVOICE#: 86507_80514_PH 5011 DATE: 8/05/14 COURTCALL *#6353604 Telephonic court appearance | 65.00 |
| Express Mail - Fedex | VENDOR: FEDERAL EXPRESS INVOICE#: 273963334 DATE: 8/6/2014 FedEx Delivery; Tracking :780066044926 Send By: Scott A Kane-Squire Patton Boggs (US) LLP Shipped On: 07282014; Shipped to: Scott Kane (Visitor), Squire Patton Boggs (US) LLP, ; 30 Rockefeller Plaza, NEW YORK CITY, NY 10112; Received On: 07292014; 112677.00001 | 44.19 |
| Express Mail - Fedex | VENDOR: FEDERAL EXPRESS INVOICE#: 273946793 DATE: 8/6/2014 FedEx Delivery; Tracking :780083790695 Send By: Scott A Kane-Squire Patton Boggs (US) LLP Shipped On: 08012014; Shipped to: SCOTT KANE, SQUIRE PATTON BOGGS, ; 221 E 4TH ST STE 2900, CINCINNATI, OH 45202; Received On: 08042014; 112677.00001 | 27.74 |
| Local Transportation | VENDOR: Elite; INVOICE#: 1603397; DATE: 8/1/2014 - cin-7/28/14 Stephen Lerner LGA/As directed | 96.46 |
| Local Transportation | VENDOR: Elite; INVOICE#: 1603397; DATE: 8/1/2014 - cin-7/29/2014: Scott Kane LGA/30 Rockefeller Plz | 101.69 |
| Local Transportation | VENDOR: Elite; INVOICE#: 1604059; DATE: 8/8/2014 - NY - 08/08/2014 - S Lerner/08/01/14/Local Transportation | 205.61 |
| Meals | VENDOR: Savory; INVOICE#: E05312; DATE: 7/30/2014 - NY - 07/30/2014 - S Lerner/07-30-14/Food Delivery - Deposition | 224.62 |
| Meals | VENDOR: Kane, Scott A.; INVOICE#: 08012014; DATE: 8/1/2014 - cin-Travel to | 134.17 |

SQUIRE PATTON BOGGS (US) LLP

| | | 112677.00001 |
|---|---|---|
| 09/16/14 | | Martha Kopacz / City of Detroit |
| Page 7 | | Invoice Number: 8883177 |

| | | |
|---|---|---:|
| | New York, NY for M. Kopacz deposition and preparation-meals | |
| Meals | VENDOR: Stephen D. Lerner; INVOICE#: 08012014; DATE: 8/1/2014 - cin-Travel to New York, NY for M. Kopacz deposition & preparation-meals July 28-Aug. 1, 2014 | 76.44 |
| Meals | VENDOR: FOOD MERCHANTS; INVOICE#: EK6U93X259; DATE: 8/4/2014 - NY - 08/04/2014 - 07/29/2014 - S Lerner/07-29-14/Food Delivery - Deposition | 182.41 |
| Meals | VENDOR: FOOD MERCHANTS; INVOICE#: EK5K357399; DATE: 8/4/2014 - NY - 08/04/2014 - 07/30/2014 - S Lerner/07/30/2014/Food Delivery - Deposition | 127.94 |
| Meals | VENDOR: FOOD MERCHANTS; INVOICE#: EK39WRKU2W; DATE: 8/4/2014 - NY - 08/04/2014 - 07/31/2014 - S Lerner/07-31-14/Food Delivery - Deposition | 114.80 |
| Meals | VENDOR: FOOD MERCHANTS; INVOICE#: EK3EXY3E2W; DATE: 8/4/2014 - NY - 08/04/2014 - 07/31/2014 - S Lerner/07-31-14/Food Delivery - Deposition | 206.76 |
| Meals | VENDOR: FOOD MERCHANTS; INVOICE#: EKJWEE59WW; DATE: 8/4/2014 - NY - 08/04/2014 - 07/31/2014 - S Lerner/07-31-14/Food Delivery - Deposition | 578.12 |
| Online services - Lexis/Nexis | | 94.50 |
| Online services - Lexis/Nexis | | 1,075.50 |
| Online services - Lexis/Nexis | | 90.00 |
| Online services - Lexis/Nexis | | 610.20 |
| Online services - Lexis/Nexis | | 150.30 |
| Online services - Lexis/Nexis | | 54.00 |
| Online services - Lexis/Nexis | | 11.25 |
| Online services - Lexis/Nexis | | 6.98 |
| Online services - Lexis/Nexis | | 49.50 |
| Online services - Lexis/Nexis | | 1,579.50 |
| Online services - Lexis/Nexis | | 72.00 |
| Online services - Lexis/Nexis | | 393.30 |
| Travel | VENDOR: Stephen D. Lerner; INVOICE#: 08012014; DATE: 8/1/2014 - cin-Travel to New York, NY for M. Kopacz deposition & preparation | 3,048.26 |
| Travel | VENDOR: Kane, Scott A.; INVOICE#: 08012014; DATE: 8/1/2014 - cin-Travel to New York, NY for M. Kopacz deposition and preparation | 1,775.07 |
| Printing/duplicating-in-house | | 68.40 |
| Telephone | | 49.16 |
| **TOTAL DISBURSEMENTS:** | | **$11,313.87** |

SQUIRE PATTON BOGGS (US) LLP

09/16/14
Page 8

112677.00001
Martha Kopacz / City of Detroit
Invoice Number: 8883177

## MATTER TOTAL

| | |
|---|---|
| SUBTOTAL SERVICES: | $ 67,776.50 |
| LESS 10.0% DISCOUNT: | $ (6,777.65) |
| SERVICES LESS DISCOUNT: | $ 60,998.85 |
| TOTAL DISBURSEMENTS: | $ 11,313.87 |
| TOTAL AMOUNT DUE FOR THIS MATTER: | $ 72,312.72 |

## PREVIOUS INVOICES OUTSTANDING AS OF THIS DATE

| Invoice Number | Invoice Date | Amount Billed | Amount Paid | Balance Due |
|---|---|---|---|---|
| 8871454 | 07/14/14 | $ 19,093.81 | $ 0.00 | $ 19,093.81 |
| 8875591 | 08/08/14 | $ 72,107.46 | $ 0.00 | $ 72,107.46 |
| TOTAL: | | | | $ 91,201.27 |