IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  ) Chapter 9
 )
 ) Case No. 13-53846
CITY of DETROIT, MICHIGAN  )
 ) Hon. Steven W. Rhodes
 )
 )
Debtor.  )

## ORDER PERMITTING TRADITIONAL PAPER FILINGS

It is hereby ordered that Carlita Buffington (Claim No. 3582), Melyni Richardson (Claim No. 3586), Gina Parker (Claim No. 3581), Bridgett Scott (Claim No. 3587), Clear Imaging & Michigan Spine & Rehab (Claim No. 3580), Clear Imaging, Michigan Spine & Rehab, Universal Health Group (Claim No. 3585), be permitted to respond to Debtor's Fifth and Sixth Omnibus Objections to Certain Claims (Docket Nos. 7197 and 7198) by way of traditional paper filings.

Hon. Steven W. Rhodes
United States Bankruptcy Judge