IN THE UNITED STATES BANKRUPCTY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                    ) Chapter 9
                                          )
                                          ) Case No. 13-53846
CITY of DETROIT, MICHIGAN                 )
                                          ) Hon. Steven W. Rhodes
                                          )
Debtor.

## Certificate of Service

I hereby certify that on September 26, 2014, I served the following paper:

Response to Fifth and Sixth Omnibus Objections relative to the following clients:

1) Carlita Buffington
2) Melyni Richardson
3) Bridgett Scott
4) Gina Parker
5) Clear Imaging and Michigan Spine & Rehab (Terrance Martin)
6) Clear Imaging and Michigan Spine & Rehab (Lashan Bell)

on the following parties at these addresses:

John A. Simon, Esq, Tamar N. Colcourt, Foley & Lardner, LLP,
   500 Woodward Ave., Ste. 2700, Detroit, MI 48226

By the following means:

First Class U.S. Mail.

THE LOBB LAW FIRM

/s/ Amy Demers

Amy Demers, Legal Assistant to
JOSEPH R. LOBB (P26009)
26321 Woodward Ave.
Huntington Woods, MI 48070
(248) 591-4090

Dated: September 26, 2014