IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: ) Chapter 9
)
) Case No. 13-53846
CITY of DETROIT, MICHIGAN )
)
) Hon. Steven W. Rhodes
Debtor.

## Certificate of Service

I hereby certify that on September 24, 2014, I served the following paper:

Response to Fifth and Sixth Omnibus Objections relative to the following clients:

1) Carlita Buffington
2) Melyni Richardson
3) Bridgett Scott
4) Gina Parker
5) Clear Imaging and Michigan Spine & Rehab (Terrance Martin)
6) Clear Imaging and Michigan Spine & Rehab (Lashan Bell)

on the following parties at these addresses:

Clerk of the United States Bankruptcy Court
    211 W. Fort St., Suite 1800, Detroit, Michigan 48226
Clerk of the Hon. Steven Rhodes
    211 W. Fort St., Suite 1800, Detroit, Michigan 48226

By the following means:

Certified/First Class U.S. Mail.

THE LOBB LAW FIRM

*Amy Demers* (signature)

Amy Demers, Legal Assistant to
JOSEPH R. LOBB (P26009)
26321 Woodward Ave.
Huntington Woods, MI 48070
(248) 591-4090

Dated: September 26, 2014