UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

Order Overruling City's Objection to Claim No. 3631 of Marvin Seales

For the reasons stated on the record in open court on October 1, 2014, it is hereby ordered that the City's objection to Claim No. 3631 of Marvin Seales, identified by the City as a late-filed claim in its Sixth Omnibus Objection to Certain Claims (Dkt. #7198), is overruled.

.

**Signed on October 03, 2014**

                                            /s/ Steven Rhodes  
                                        **Steven Rhodes**  
                                        **United States Bankruptcy Judge**