UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
                                                          Case No. 13-53846
City of Detroit, Michigan,                                Hon. Steven W. Rhodes
        Debtor.
_____/

### Order Overruling City's Objection to Claim No. 3509 of Edward George Carter

For the reasons stated on the record in open court on October 1, 2014, it is hereby ordered

that the City's objection to Claim No. 3509 of Edward George Carter, identified by the City as a

late-filed claim in its Fifth Omnibus Objection to Certain Claims (Dkt. #7197), is overruled.

.

**Signed on October 03, 2014**

                                        _____/s/ Steven Rhodes_____
                                        **Steven Rhodes**
                                        **United States Bankruptcy Judge**