UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Chapter 9
City of Detroit, Michigan,	Case No. 13-53846
    Debtor.	Hon. Steven W. Rhodes
_____/

## Notice Regarding Location of Hearings Scheduled for October 6-7, 2014 and October 14-17, 2014

Notice is given that the hearings scheduled for **October 6-7, 2014** and **October 14-17, 2014** in the City of Detroit Bankruptcy Case No. 13-53846 will be held in Courtroom 242, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

Signed on October 3, 2014

                                                /s/ Steven Rhodes
                                                Steven Rhodes
                                                United States Bankruptcy Judge