

**Phoenix Management Services, LLC**
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

# Invoice

US Bankruptcy Court
City of Detroit
Bankruptcy Case #13-53846

**Invoice Date:** Sept 22, 2014
**Invoice Num:** 2014-5
**Services Rendered** 8/1 - 8/31

**City of Detroit Bankruptcy** - Managed by (Marti Kopacz)

## Professional Services:

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Marti Kopacz - Senior Managing Director | 69.40 | $595.00 | $41,293.00 |
| Brian F. Gleason - Senior Managing Director | 15.40 | $550.00 | $8,470.00 |
| Michael Gaul - Director | 13.60 | $350.00 | $4,760.00 |
| | | **Total Professional Fees:** | **$54,523.00** |
| | | Less Service Credit: | ($5,452.30) |

## Reimbursable Expenses:

| | |
|---|---|
| Air & Rail | $699.10 |
| Courier | $27.93 |
| Lodging | $1,086.73 |
| Meals | $28.76 |
| Parking | $64.00 |
| Taxi | $139.00 |
| **Total Expenses:** | **$2,045.52** |
| **Amount Due This Invoice:** | **$51,116.22** |

*This invoice is due upon receipt*

ACH and Wire Transfer Instructions are as Follows:
National Penn Bank
Account#218151926
ABA#031308784
Telephone: 1-800-822-3321

Page 1 of 1

# Phoenix Management

110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Hours Detail by Project & Task with Memo

Filters Used:
- Time Entry Date:   8/1/2014 to 8/31/2014
- Project ID:       City of Detroit Bankruptcy: to City of Detroit Bankruptcy:

| Date | Name | Duration | Rate | Amount | Notes |
|---|---|---|---|---|---|
| **ADMINISTRATION - BILLABLE TRAVEL** | | | | | |
| 8/1/2014 | Brian F. Gleason | 1.00 | | | Travel from NYC |
| | Subtotal | 1.00 | 550.00 | 550.00 | |
| 8/1/2014 | Marti Kopacz | 1.50 | | | Travel from NY to Boston |
| | Subtotal | 1.50 | 595.00 | 892.50 | |
| | **TOTAL BILLABLE TRAVEL** | **2.50** | | **1,442.50** | |
| **BANKUPTCY - ADMINISTRATION** | | | | | |
| 8/26/2014 | Marti Kopacz | 0.40 | | | Review Squire Patton Boggs July invoice |
| 8/27/2014 | Marti Kopacz | 1.20 | | | Review July 2014 detailed time and expenses for Phoenix team (1.2) |
| | **TOTAL ADMINISTRATION** | **1.60** | 595.00 | **952.00** | |
| **ADMIN - PREPARATION OF FEE APP** | | | | | |
| 8/5/2014 | Marti Kopacz | 1.00 | | | Review detailed time and expenses for Phoenix team for June 2014 |
| 8/6/2014 | Marti Kopacz | 0.50 | | | Finalize June billing statements and submit |
| | **TOTAL PREPARATION OF FEE APP** | **1.50** | 595.00 | **892.50** | |
| **ADVISORY - COURT HEARINGS AND PREP** | | | | | |
| 8/5/2014 | Marti Kopacz | 0.30 | | | Call with Squire Patton Boggs to prep for tomorrow's hearing |
| 8/6/2014 | Marti Kopacz | 3.00 | | | Prep for, attend and debrief with Squire Patton Boggs Court Hearing re: Expert issues and status |
| 8/8/2014 | Marti Kopacz | 1.20 | | | Follow up on Expert matters raised in Aug 6th hearing; review Court Orders, pleadings; email questions to counsel |
| 8/12/2014 | Marti Kopacz | 2.20 | | | Status Conference |
| 8/18/2014 | Marti Kopacz | 5.90 | | | Attend telephonically Robert Cline's testimony and cross examination |
| 8/21/2014 | Marti Kopacz | 1.70 | | | Status Conf. - attend telephonically |
| | **TOTAL ADVISORY - COURT HEARINGS & PREP** | **14.30** | 595.00 | **8,508.50** | |
| **ADVISORY - PREP FOR & ATTEND DEPOSITIONS** | | | | | |
| 8/1/2014 | Marti Kopacz | 5.00 | | | Prep for and attend deposition |
| 8/5/2014 | Marti Kopacz | 2.50 | | | Follow up on requests from depo re: emails and documents; |
| | | 7.50 | 595.00 | 4,462.50 | |
| 8/1/2014 | Brian F. Gleason | 2.90 | | | attend MK depostion |
| | Subtotal | 2.90 | 550.00 | 1,595.00 | |
| | **TOTAL ADVISORY - PREP FOR & ATTEND DEPOSITIONS** | **10.40** | | **6,057.50** | |
| **EXTERNAL COMMUNICATIONS** | | | | | |
| 8/6/2014 | Marti Kopacz | 1.20 | | | Call with Melissa Smiley (City of Detroit) re: additional information re: harmonization of POA projections to Budget (0.7) |
| | | | | | Send request to JD re: same (0.2) |
| | | | | | Call with Dick Ravitch re: today's hearing (0.3) |
| 8/18/2014 | Marti Kopacz | 0.10 | | | Email E&Y and JD re: projections associated with pending Sixth POA |
| | **TOTAL EXTERNAL COMMUNICATIONS** | **1.30** | 595.00 | **773.50** | |
| **COMMUNICATIONS : PHOENIX TEAM** | | | | | |
| 8/1/2014 | Brian F. Gleason | 0.40 | | | Call with MK re deposition and follow up issues |
| 8/15/2014 | Brian F. Gleason | 1.00 | | | Call with Team re report update |
| 8/19/2014 | Brian F. Gleason | 0.90 | | | Call w MK, MG and legal team re new plan to come out, issues with updating report |
| 8/26/2014 | Brian F. Gleason | 0.90 | | | Call with Phoenix Team |
| 8/27/2014 | Brian F. Gleason | 0.80 | | | Call with Phoenix Team |
| | Subtotal | 4.00 | 550.00 | 2,200.00 | |

| Date | Name | Duration | Rate | Amount | Notes |
|---|---|---|---|---|---|
| 8/4/2014 | Marti Kopacz | 0.40 | | | Call with B Gleason re: deposition follow up items; |
| 8/11/2014 | Marti Kopacz | 0.50 | | | Calls and emails with Squire Patton Boggs, Phoenix team re: other expert reports; follow up on supplemental report |
| 8/13/2014 | Marti Kopacz | 0.60 | | | Emails and call with Scott Kane re: Clark Hill request to strike portion of Expert Report |
| 8/15/2014 | Marti Kopacz | 1.30 | | | Call with B Gleason and M Gaul re: follow up on deposition questions; additional pension sensitivity analysis by City (1.0) |
| | | | | | Call with Scott Kane (Squire) re: same (0.3) |
| 8/18/2014 | Marti Kopacz | 0.20 | | | Call with Dick Ravitch re: press articles re: City borrowing (0.2); email to M Gaul re: same and follow up |
| 8/19/2014 | Marti Kopacz | 0.90 | | | Update call with Squire and Phoenix team |
| 8/26/2014 | Marti Kopacz | 0.90 | | | Call with Squire, Phoenix Team re: response to Daubert motions and supplemental report (0.9) |
| 8/27/2014 | Marti Kopacz | 1.50 | | | Call with S. Lerner, S. Kane and M. Gaul re: supplemental report and response to Daubert Motions (0.6) |
| | | | | | Call with M.Gaul re: edits to supplemental report (0.4) |
| | | | | | Call with B. Gleason re: response to objections and supplemental report (0.5) |
| | | Subtotal 6.30 | 595.00 | 3,748.50 | |
| 8/15/2014 | Michael Gaul | 1.00 | | | Conference call with M Kopacz and B Gleason to discuss potential revisions/updates to Phoenix's report |
| 8/19/2014 | Michael Gaul | 0.90 | | | Conference call with Squire Boggs, M Kopacz, and B Gleason to discuss upcoming Report Amendments and BK calendar |
| 8/26/2014 | Michael Gaul | 0.90 | | | Conference call with M Kopacz, B Gleason, and Squire Patton Boggs counsel to discuss Phoenix's Supplemental Report |
| 8/27/2014 | Michael Gaul | 1.50 | | | Conference calls with M Kopacz, B Gleason, and Squire Patton Boggs counsel to discuss Phoenix's Supplemental Report |
| | | Subtotal 4.30 | 350.00 | 1,505.00 | |
| | **TOTAL COMMUNICATIONS - PHOENIX TEAM** | 14.60 | | 7,453.50 | |

**REPORT DEVELOPMENT**

| Date | Name | Duration | Rate | Amount | Notes |
|---|---|---|---|---|---|
| 8/14/2014 | Brian F. Gleason | 2.10 | | | Research issue re Chuck Moore Footnote 47, development of new footnote |
| | | Subtotal 2.10 | 550.00 | 1,155.00 | |
| 8/26/2014 | Marti Kopacz | 6.20 | | | Prepare and draft Supplemental Report |
| 8/27/2014 | Marti Kopacz | 1.10 | | | Review edits to Supplemental report (0.3) |
| | | | | | Finalize report with Squire (0.8) |
| | | Subtotal 7.30 | 595.00 | 4,343.50 | |
| 8/15/2014 | Michael Gaul | 1.80 | | | Review of Phoenix report; updating source data for Pension section of Phoenix report |
| 8/23/2014 | Michael Gaul | 2.40 | | | Drafting Pension section for Phoenix's Supplemental Report |
| 8/26/2014 | Michael Gaul | 1.70 | | | Drafting sections of Supplemental Report |
| 8/27/2014 | Michael Gaul | 2.10 | | | Drafting sections of Supplemental Report |
| | | Subtotal 8.00 | 350.00 | 2,800.00 | |
| | **TOTAL REPORT DEVELOPMENT** | 17.40 | | 8,298.50 | |

**FINANCIAL REVIEW & ANALYSIS OF CORE DOCUMENTS**

| Date | Name | Duration | Rate | Amount | Notes |
|---|---|---|---|---|---|
| 8/1/2014 | Brian F. Gleason | 0.50 | | | review report issue |
| 8/5/2014 | Brian F. Gleason | 0.60 | | | Review of report and issues re footnote |
| 8/18/2014 | Brian F. Gleason | 1.20 | | | Review of docket issues for objections to MK report and other pertinent subjects |
| 8/24/2014 | Brian F. Gleason | 0.80 | | | review of objections to MK report |
| 8/25/2014 | Brian F. Gleason | 1.10 | | | Review of various filings in case re references to MK reports |
| 8/29/2014 | Brian F. Gleason | 1.20 | | | Review various objections and filings for reference to MK report and issues to prep MK re testimony |
| | | Subtotal 5.40 | 550.00 | 2,970.00 | |
| 8/5/2014 | Marti Kopacz | 2.60 | | | Review some CBA related docs |
| 8/6/2014 | Marti Kopacz | 3.10 | | | Review recent court filings and CBA documents |
| 8/9/2014 | Marti Kopacz | 2.20 | | | Review recent filings re: DWSD and impact on POA |
| 8/10/2014 | Marti Kopacz | 3.40 | | | Review Fifth Amended POA |
| 8/11/2014 | Marti Kopacz | 1.30 | | | Review various filings, objections re: confirmation |
| 8/13/2014 | Marti Kopacz | 2.80 | | | Review Court filings - City, Counties, Creditors re: POA objections; DWSD possible settlement |
| 8/15/2014 | Marti Kopacz | 2.30 | | | Review Cline Expert Report and City revenue projections in July projections |

| Date | Name | Duration | Rate | Amount | Notes |
|---|---|---|---|---|---|
| 8/18/2014 | Marti Kopacz | 0.30 | | | Review objection from Syncora re: admissobility of Expert Report |
| 8/25/2014 | Marti Kopacz | 8.70 | | | Review motions re: admissibility of expert report (1.9) |
| | | | | | Review Syncora Daubert motion and exhibits, prepare notes re: response (3.2) |
| | | | | | Review Sixth POA (3.4) |
| 8/27/2014 | Marti Kopacz | 0.40 | | | Review Daubert Motion filed by Retirement Systems |
| 8/28/2014 | Marti Kopacz | 0.60 | | | Review City's responses to Daubert motions of Syncora and Retirement Systems (0.6) |
| | Subtotal | 27.70 | 595.00 | 16,481.50 | |
| 8/29/2014 | Michael Gaul | 1.30 | | | Review and analysis of recent Court filings |
| | Subtotal | 1.30 | 350.00 | 455.00 | |
| **TOTAL REVIEW & ANALYSIS OF CORE DOCUMENTS** | | 34.40 | | 19,906.50 | |

ANALYSIS OF FINANCIALS, MODELS, ETC

| Date | Name | Duration | Rate | Amount | Notes |
|---|---|---|---|---|---|
| 8/25/2014 | Marti Kopacz | 0.40 | | | Review Milliman GRS sensitivity |
| **TOTAL ANALYSIS OF FINANCIALS, MODELS, ETC** | | 0.40 | 595.00 | 238.00 | |
| Total for City of Detroit Bankruptcy: City of Detroit Bankruptcy | | 98.40 | | 54,523.00 | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700  Fax: 610-358-9377

Printed on: 9/22/2014
Page 1 of 1

Filters Used:
- Expense Log Date:     8/1/2014 to 8/31/2014
- Expense Log Project ID:    City of Detroit Bankruptcy: to City of Detroit Bankruptcy:

| Date | Employee ID | Project ID | Units | Cost | Reimb Cost |
|---|---|---|---|---|---|
| **Air & Rail** | | | | | |
| 8/1/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $164.00 | $164.00 |
| 8/1/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $453.10 | $453.10 |
| 8/1/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $82.00 | $82.00 |
| | | | Sub-Total: | $699.10 | $699.10 |
| **Courier** | | | | | |
| 8/25/2014 | Administrative | City of Detroit Bankruptcy: | 1.00 | $27.93 | $27.93 |
| | | | Sub-Total: | $27.93 | $27.93 |
| **Lodging** | | | | | |
| 8/1/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $762.51 | $762.51 |
| 8/1/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $324.22 | $324.22 |
| | | | Sub-Total: | $1,086.73 | $1,086.73 |
| **Meals** | | | | | |
| 8/1/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $16.30 | $16.30 |
| 8/1/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $12.46 | $12.46 |
| | | | Sub-Total: | $28.76 | $28.76 |
| **Parking** | | | | | |
| 8/1/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $64.00 | $64.00 |
| | | | Sub-Total: | $64.00 | $64.00 |
| **Taxi** | | | | | |
| 8/1/2014 | B Gleason | City of Detroit Bankruptcy: | 1.00 | $33.00 | $33.00 |
| 8/1/2014 | M Kopacz | City of Detroit Bankruptcy: | 1.00 | $106.00 | $106.00 |
| | | | Sub-Total: | $139.00 | $139.00 |
| | | | **Grand Total:** | **$2,045.52** | **$2,045.52** |

**Phoenix Management**
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 9/22/2014
Page 1 of 5

Filters Used:
- Time Entry Date: 8/1/2014 to 8/31/2014
- Project ID: City of Detroit Bankruptcy: to City of Detroit Bankruptcy:

## Employee Name: Brian F. Gleason

| Date | | Task ID | Description | Hours | B-Hrs | Billable | Approved |
|---|---|---|---|---|---|---|---|
| City of Detroit Bankruptcy: - City of Detroit Bankruptcy | | | | | | | |
| FRI | 8/1/2014 | BK-COM-BG:PT | Communications with Phoenix team members | 0.40 | 0.40 | ■ | ■ |
| | | | Call with MK re deposition and follow up issues | | | | |
| FRI | 8/1/2014 | BK-ADMIN-BG:TR | Bankruptcy - Administration Travel | 1.00 | 1.00 | ■ | ■ |
| | | | Travel from NYC | | | | |
| FRI | 8/1/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 0.50 | 0.50 | ■ | ■ |
| | | | review report issue | | | | |
| FRI | 8/1/2014 | BK-ADVIS-MEK:DP | Prep for and attend depositions | 2.90 | 2.90 | ■ | ■ |
| | | | attend MK depostion | | | | |
| TUES | 8/5/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 0.60 | 0.60 | ■ | ■ |
| | | | Review of report and issues re footnote | | | | |
| THUR | 8/14/2014 | BK-DEV-BG:RD | Report development | 2.10 | 2.10 | ■ | ■ |
| | | | Research issue re Chuck Moore Footnote 47, development of new footnote | | | | |
| FRI | 8/15/2014 | BK-COM-BG:PT | Communications with Phoenix team members | 1.00 | 1.00 | ■ | ■ |
| | | | Call with Team re report update | | | | |
| MON | 8/18/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 1.20 | 1.20 | ■ | ■ |
| | | | Review of docket issues for objections to MK report and other pertinent subjects | | | | |
| TUES | 8/19/2014 | BK-COM-BG:PT | Communications with Phoenix team members | 0.90 | 0.90 | ■ | ■ |
| | | | Call w MK, MG and legal team re new plan to come out, issues with updating report | | | | |
| SUN | 8/24/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 0.80 | 0.80 | ■ | ■ |
| | | | review of objections to MK report | | | | |
| MON | 8/25/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 1.10 | 1.10 | ■ | ■ |
| | | | Review of various filings in case re references to MK reports | | | | |
| TUES | 8/26/2014 | BK-COM-BG:PT | Communications with Phoenix team members | 0.90 | 0.90 | ■ | ■ |
| | | | Call with Phoenix Team | | | | |
| WED | 8/27/2014 | BK-COM-BG:PT | Communications with Phoenix team members | 0.80 | 0.80 | ■ | ■ |
| | | | Call with Phoenix Team | | | | |
| FRI | 8/29/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 1.20 | 1.20 | ■ | ■ |
| | | | Review various objections and filings for reference to MK report and issues to prep MK re testimony | | | | |
| | | | **Project Total:** | 15.40 | 15.40 | | |
| | | | **Employee Total:** | 15.40 | 15.40 | | |

Signature..............................................

# Phoenix Management
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Hours Detail by Employee & Project with Memos

Filters Used:
- Time Entry Date: 8/1/2014 to 8/31/2014
- Project ID: City of Detroit Bankruptcy: to City of Detroit Bankruptcy:

## Employee Name: Michael Gaul

| Date | | Task ID | Description | Hours | B-Hrs | Billable | Approved |
|---|---|---|---|---|---|---|---|
| City of Detroit Bankruptcy: - City of Detroit Bankruptcy | | | | | | | |
| FRI | 8/15/2014 | BK-DEV-MG:RD | Report development | 1.80 | 1.80 | ■ | ■ |
| | | | Review of Phoenix report; updating source data for Pension section of Phoenix report | | | | |
| FRI | 8/15/2014 | BK-COM-MG:PT | Communications with Phoenix team members | 1.00 | 1.00 | ■ | ■ |
| | | | Conference call with M Kopacz and B Gleason to discuss potential revisions/updates to Phoenix's report | | | | |
| TUES | 8/19/2014 | BK-COM-MG:PT | Communications with Phoenix team members | 0.90 | 0.90 | ■ | ■ |
| | | | Conference call with Squire Boggs, M Kopacz, and B Gleason to discuss upcoming Report Amendments and BK calendar | | | | |
| SAT | 8/23/2014 | BK-DEV-MG:RD | Report development | 2.40 | 2.40 | ■ | ■ |
| | | | Drafting Pension section for Phoenix's Supplemental Report | | | | |
| TUES | 8/26/2014 | BK-DEV-MG:RD | Report development | 1.70 | 1.70 | ■ | ■ |
| | | | Drafting sections of Supplemental Report | | | | |
| TUES | 8/26/2014 | BK-COM-MG:PT | Communications with Phoenix team members | 0.90 | 0.90 | ■ | ■ |
| | | | Conference call with M Kopacz, B Gleason, and Squire Patton Boggs counsel to discuss Phoenix's Supplemental Report | | | | |
| WED | 8/27/2014 | BK-COM-MG:PT | Communications with Phoenix team members | 1.50 | 1.50 | ■ | ■ |
| | | | Conference calls with M Kopacz, B Gleason, and Squire Patton Boggs counsel to discuss Phoenix's Supplemental Report | | | | |
| WED | 8/27/2014 | BK-DEV-MG:RD | Report development | 2.10 | 2.10 | ■ | ■ |
| | | | Drafting sections of Supplemental Report | | | | |
| FRI | 8/29/2014 | BK-FIN-MG:RA | Review and Analysis of Core Documents | 1.30 | 1.30 | ■ | ■ |
| | | | Review and analysis of recent Court filings | | | | |
| | | | **Project Total:** | **13.60** | **13.60** | | |
| | | | **Employee Total:** | **13.60** | **13.60** | | |

Signature.................................................

**Phoenix Management**
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Hours Detail by Employee & Project with Memos

Printed on: 9/22/2014
Page 3 of 5

Filters Used:
- Time Entry Date: 8/1/2014 to 8/31/2014
- Project ID: City of Detroit Bankruptcy: to City of Detroit Bankruptcy:

## Employee Name: Marti Kopacz

| Date | | Task ID | Description | Hours | B-Hrs | Billable | Approved |
|---|---|---|---|---|---|---|---|
| City of Detroit Bankruptcy: - City of Detroit Bankruptcy | | | | | | | |
| FRI | 8/1/2014 | BK-ADVIS-MEK:DP | Prep for and attend depositions | 5.00 | 5.00 | ■ | ■ |
| | | | Prep for and attend deposition | | | | |
| FRI | 8/1/2014 | BK-ADMIN-MEK:TR | Bankruptcy - Administration Travel | 1.50 | 1.50 | ■ | ■ |
| | | | Travel from NY to Boston | | | | |
| MON | 8/4/2014 | BK-COM-MEK:PT | Communications with Phoenix team members | 0.40 | 0.40 | ■ | ■ |
| | | | Call with B Gleason re: deposition follow up items; | | | | |
| TUES | 8/5/2014 | BK-ADMIN-MEK:FE | Bankruptcy - Admin Preparation of Fee App | 1.00 | 1.00 | ■ | ■ |
| | | | Review detailed time and expenses for Phoenix team for June 2014 | | | | |
| TUES | 8/5/2014 | BK-FIN-MEK:RA | Review and Analysis of Core Documents | 2.60 | 2.60 | ■ | ■ |
| | | | Review some CBA related docs | | | | |
| TUES | 8/5/2014 | BK-ADVIS-MEK:CH | Bankruptcy - Court Hearing & Preparation | 0.30 | 0.30 | ■ | ■ |
| | | | Call with Squire Patton Boggs to prep for tomorrow's hearing | | | | |
| TUES | 8/5/2014 | BK-ADVIS-MEK:DP | Prep for and attend depositions | 2.50 | 2.50 | ■ | ■ |
| | | | Follow up on requests from depo re: emails and documents; | | | | |
| WED | 8/6/2014 | BK-COM-MEK:EX | Communications with external parties of interest | 1.20 | 1.20 | ■ | ■ |
| | | | Call with Melissa Smiley (City of Detroit) re: additional information re: harmonization of POA projections to Budget (0.7) Send request to JD re: same (0.2) Call with Dick Ravitch re: today's hearing (0.3) | | | | |
| WED | 8/6/2014 | BK-ADMIN-MEK:FE | Bankruptcy - Admin Preparation of Fee App | 0.50 | 0.50 | ■ | ■ |
| | | | Finalize June billing statements and submit | | | | |
| WED | 8/6/2014 | BK-FIN-MEK:RA | Review and Analysis of Core Documents | 3.10 | 3.10 | ■ | ■ |
| | | | Review recent court filings and CBA documents | | | | |
| WED | 8/6/2014 | BK-ADVIS-MEK:CH | Bankruptcy - Court Hearing & Preparation | 3.00 | 3.00 | ■ | ■ |
| | | | Prep for, attend and debrief with Squire Patton Boggs Court Hearing re: Expert issues and status | | | | |
| FRI | 8/8/2014 | BK-ADVIS-MEK:CH | Bankruptcy - Court Hearing & Preparation | 1.20 | 1.20 | ■ | ■ |
| | | | Follow up on Expert matters raised in Aug 6th hearing; review Court Orders, pleadings; email questions to counsel | | | | |
| SAT | 8/9/2014 | BK-FIN-MEK:RA | Review and Analysis of Core Documents | 2.20 | 2.20 | ■ | ■ |
| | | | Review recent filings re: DWSD and impact on POA | | | | |
| SUN | 8/10/2014 | BK-FIN-MEK:RA | Review and Analysis of Core Documents | 3.40 | 3.40 | ■ | ■ |
| | | | Review Fifth Amended POA | | | | |
| MON | 8/11/2014 | BK-FIN-MEK:RA | Review and Analysis of Core Documents | 1.30 | 1.30 | ■ | ■ |
| | | | Review various filings, objections re: confirmation | | | | |
| MON | 8/11/2014 | BK-COM-MEK:PT | Communications with Phoenix team members | 0.50 | 0.50 | ■ | ■ |
| | | | Calls and emails with Squire Patton Boggs, Phoenix team re: other expert reports; follow up on supplemental report | | | | |

**Phoenix Management**
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Hours Detail by Employee & Project with Memos

Printed on: 9/22/2014
Page 4 of 5

Filters Used:
- Time Entry Date: 8/1/2014 to 8/31/2014
- Project ID: City of Detroit Bankruptcy: to City of Detroit Bankruptcy:

## Employee Name: Marti Kopacz

| Date | | Task ID | Description | Hours | B-Hrs | Billable | Approved |
|---|---|---|---|---|---|---|---|
| **City of Detroit Bankruptcy: - City of Detroit Bankruptcy** | | | | | | | |
| TUES | 8/12/2014 | BK-ADVIS-MEK:CH | Bankruptcy - Court Hearing & Preparation | 2.20 | 2.20 | ■ | ■ |
| | | | Status Conference | | | | |
| WED | 8/13/2014 | BK-COM-MEK:PT | Communications with Phoenix team members | 0.60 | 0.60 | ■ | ■ |
| | | | Emails and call with Scott Kane re: Clark Hill request to strike portion of Expert Report | | | | |
| WED | 8/13/2014 | BK-FIN-MEK:RA | Review and Analysis of Core Documents | 2.80 | 2.80 | ■ | ■ |
| | | | Review Court filings - City, Counties, Creditors re: POA objections; DWSD possible settlement | | | | |
| FRI | 8/15/2014 | BK-COM-MEK:PT | Communications with Phoenix team members | 1.30 | 1.30 | ■ | ■ |
| | | | Call with B Gleason and M Gaul re: follow up on deposition questions; additional pension sensitivity analysis by City (1.0) | | | | |
| | | | Call with Scott Kane (Squire) re: same (0.3) | | | | |
| FRI | 8/15/2014 | BK-FIN-MEK:RA | Review and Analysis of Core Documents | 2.30 | 2.30 | ■ | ■ |
| | | | Review Cline Expert Report and City revenue projections in July projections | | | | |
| MON | 8/18/2014 | BK-COM-MEK:PT | Communications with Phoenix team members | 0.20 | 0.20 | ■ | ■ |
| | | | Call with Dick Ravitch re: press articles re: City borrowing (0.2); email to M Gaul re: same and follow up | | | | |
| MON | 8/18/2014 | BK-ADVIS-MEK:CH | Bankruptcy - Court Hearing & Preparation | 5.90 | 5.90 | ■ | ■ |
| | | | Attend telephonically Robert Cline's testimony and cross examination | | | | |
| MON | 8/18/2014 | BK-FIN-MEK:RA | Review and Analysis of Core Documents | 0.30 | 0.30 | ■ | ■ |
| | | | Review objection from Syncora re: admissability of Expert Report | | | | |
| MON | 8/18/2014 | BK-COM-MEK:EX | Communications with external parties of interest | 0.10 | 0.10 | ■ | ■ |
| | | | Email E&Y and JD re: projections associated with pending Sixth POA | | | | |
| TUES | 8/19/2014 | BK-COM-MEK:PT | Communications with Phoenix team members | 0.90 | 0.90 | ■ | ■ |
| | | | Update call with Squire and Phoenix team | | | | |
| THUR | 8/21/2014 | BK-ADVIS-MEK:CH | Bankruptcy - Court Hearing & Preparation | 1.70 | 1.70 | ■ | ■ |
| | | | Status Conf. - attend telephonically | | | | |
| MON | 8/25/2014 | BK-FIN-MEK:AF | Analysis of Financials, Models, etc. | 0.40 | 0.40 | ■ | ■ |
| | | | Review Milliman GRS sensitivity | | | | |
| MON | 8/25/2014 | BK-FIN-MEK:RA | Review and Analysis of Core Documents | 8.70 | 8.70 | ■ | ■ |
| | | | Review motions re: admissibility of expert report (1.9) | | | | |
| | | | Review Syncora Daubert motion and exhibits, prepare notes re: response (3.2) | | | | |
| | | | Review Sixth POA (3.4) | | | | |
| TUES | 8/26/2014 | BK-DEV-MEK:RD | Report development | 6.20 | 6.20 | ■ | ■ |
| | | | Prepare and draft Supplemental Report | | | | |
| TUES | 8/26/2014 | BK-COM-MEK:PT | Communications with Phoenix team members | 0.90 | 0.90 | ■ | ■ |

# Phoenix Management
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Hours Detail by Employee & Project with Memos

Filters Used:
- Time Entry Date: 8/1/2014 to 8/31/2014
- Project ID: City of Detroit Bankruptcy: to City of Detroit Bankruptcy:

## Employee Name: Marti Kopacz

| Date | | Task ID | Description | Hours | B-Hrs | Billable | Approved |
|---|---|---|---|---|---|---|---|
| City of Detroit Bankruptcy: - City of Detroit Bankruptcy | | | | | | | |
| | | | Call with Squire, Phoenix Team re: response to Daubert motions and supplemental report (0.9) | | | | |
| TUES | 8/26/2014 | BK-ADMIN-MEK:AD | Bankruptcy - Administration | 0.40 | 0.40 | ■ | ■ |
| | | | Review Squire Patton Boggs July Invoice | | | | |
| WED | 8/27/2014 | BK-ADMIN-MEK:AD | Bankruptcy - Administration | 1.20 | 1.20 | ■ | ■ |
| | | | Review July 2014 detailed time and expenses for Phoenix team (1.2) | | | | |
| WED | 8/27/2014 | BK-COM-MEK:PT | Communications with Phoenix team members | 1.50 | 1.50 | ■ | ■ |
| | | | Call with S. Lerner, S. Kane and M. Gaul re: supplemental report and response to Daubert Motions (0.6) | | | | |
| | | | Call with M.Gaul re: edits to supplemental report (0.4) | | | | |
| | | | Call with B. Gleason re: response to objections and supplemental report (0.5) | | | | |
| WED | 8/27/2014 | BK-FIN-MEK:RA | Review and Analysis of Core Documents | 0.40 | 0.40 | ■ | ■ |
| | | | Review Daubert Motion filed by Retirement Systems | | | | |
| WED | 8/27/2014 | BK-DEV-MEK:RD | Report development | 1.10 | 1.10 | ■ | ■ |
| | | | Review edits to Supplemental report (0.3) | | | | |
| | | | Finalize report with Squire (0.8) | | | | |
| THUR | 8/28/2014 | BK-FIN-MEK:RA | Review and Analysis of Core Documents | 0.60 | 0.60 | ■ | ■ |
| | | | Review City's responses to Daubert motions of Syncora and Retirement Systems (0.6) | | | | |
| | | | Project Total: | 69.40 | 69.40 | | |
| | | | Employee Total: | 69.40 | 69.40 | | |

Signature...................................................