September 22, 2014

RE: Detroit Bankruptcy Case

If you, *Judge S. Rhodes*, are a civil servant like I was, you are better educated than I am, especially in law, or politics. But, I am better at investigating than you are; and I have found that you are either knowingly or unknowingly violating the constitutional right of the citizens of Detroit to self-govern (all 701,000).

Included is a letter telling how this came about. It is only the first half of the complete letter that I will be sending to the other 49 states largest city newspapers. Someone will eventually print it. I will also send a copy to Washington D.C. and the U.S. Supreme Court.

I figure that it will take me until mid-October before I am ready to mail it out. It will include a list of all the people that I have written letters to, and have done nothing so far to prevent the bankruptcy from going any further.

You can do whatever you want, it doesn't matter to me, but you can contact me at the phone number listed below, or the following address:

Gregory George Zanke
Retired Detroit Police Officer
3932 Barbara Drive
Prescott, Michigan 48756
989-873-6903

*Gregory G. Zanke*
Gregory George Zanke
Retired Detroit Police Officer

# Detroit, a City without a Constitution

On September 17th, 2014, I read a news article on yahoo about the New Great Lakes Water Board as proposed for the City of Detroit's Bankruptcy case. In it, I found out that State Governor Synder, republican, and ex-Treasurer Dillion, Democrat, made Mr. Kevin Orr, Detroit's Emergency Manager, under state law. They also suspended the city's charter (the city's constitution).

Since both Governor Synder and Orr agree that Michigan's Constitution does not guarantee public pensions as written (Detroit's pensions), Detroit's residents and workers are no longer covered by the State's Constitution.

When both Chief Justice G. Rosen and Judge S. Rhodes pressed forward with the Detroit bankruptcy case which gave all rights to the State, over the true owners of the city (it's tax payers and residents), to take the city into bankruptcy; those owners were denied their rights under the United States Constitution. Those rights are actually to self-govern by electing their own officials to govern them in such matters. We are a republic.

Your city could be next, or just think of it this way;

The United Nations could appoint someone as an Emergency Manager to take this country into World Court stating that we owe 1000 times and much as Detroit. They would also suspend our constitution, and do everything in the name of the United States, maybe even make Hawaii into an international park were you would be able to "buy" a pass to go and visit. The occupants of Hawaii could then be fully employed as servants to the visitors.

*George*

*Copy #3.*