3350 Greenfield Rd. Suite 18      Stephen P. Banicki           248-677-1493
Royal Oak, MI 48073                                  sbanicki@freefreemarkets.com

September 25, 2014

Judge Steven W. Rhodes
U.S. Bankruptcy Court for the Eastern District of Michigan
Southern Division
211 W. Fort St., Suite 1800
Detroit, Michigan 48226
Courtroom 1825

Re: Detroit Bankruptcy and Grand Bargain

I have serious concerns about the Grand Bargain and I would feel remiss if I did not share them with you. The Grand Bargain seems to be more concerned with saving the DIA then saving Detroit. I am not disputing whether the Detroit Institute of Art is a positive force in the city of Detroit and it could continue to be so in the future. What I am questioning is whether it is the best utilization of the $10 billion plus assets owned by the city stored at the DIA.

I have been following the trial via twitter feed provided by the Detroit Free Press. Here is what a Detroit Free Press reporter, Brent Snavely, said Thursday, September 18, 2014 in the daily blog relating to the Detroit bankruptcy court proceedings.

> "It's possible here that McCarthy (FGIC attorney Ed McCarthy, of Weil, Gotshal & Manges) has established, definitively, that city owns the DIA right now. But the real question is if creditors can force the city to sell the art as part of Chapter 9 bankruptcy when city does not want to do that and most other creditors are now on board with that plan." by bsnavely

If the city indeed owns all the art it seems foolish for the city to give away $10 billion in art and in return to get only $880 million paid over 20 years which in present value terms results in about $500 million.

This seems especially true if what Jones Day wrote in a white paper in August 2010 that

> "a municipality does not need the approval of the bankruptcy court to use, sell, or lease property during its chapter 9 case. By contrast, nonmunicipal debtors need court approval to take any action outside the ordinary course of business, such as selling assets or buying significant items." http://lstrn.us/1jdPdIn

I sincerely believe you are searching for the right answers and will come up with the best decision for the city.

Sincerely,

Stephen P. Banicki