*AMENDED*

September 27, 2014

FILED
2014 SEP 29 P 2: 31
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

Judge Steven W. Rhodes

    I did not know that the Detroit Subway wasn't owned by Detroit. I just discovered the error and am going to submit change to my paperwork filed in Bankruptcy Court. This has really been a learning experience. I am just a Detroit Taxpayer who loves Detroit. I am sorry that we are in such bad shape. Nobody has taken any interest in Detroit except you. Thank you for your time.

    Sir, the Detroit Subway should be entered in to the Bankruptcy of Detroit. The Subway is a Liability for the City of Detroit. According to Mayor Duggan, the City of Detroit is experiencing five major water main breaks a day. He reported this to the News. '5,000 water main breaks in the last three years'. If cars, trucks, people fall into a 'sinkhole from the Subway caving in and causing the street to collapse, that is a Liability and should be listed under "Liabilities/Assets of Detroit". The Subway is only 30 feet below the surface.

    I am told that the State of Michigan owns the Subway. It is their responsibility. Since it is 'their responsibility', Governor Snyder / State of Michigan, should tell the Bankruptcy Court, what they plan to do with the Subway. Even if they have 'no plans at present' that statement should be entered in the Bankruptcy, The possible destruction that can be carried out by people who want to do wrong and use the Subway as an escape route is unlimited.

    The Subway has only caved in one time that I know of so far, there are probably more. The cave in happened at Braden/Michigan Ave. when the City of Detroit was removing the old Trolley Lines from Michigan Ave. It happened right in the area in front of what is today McDonalds Restaurant.

    Mayor Francis of Windsor, Canada came over here to oversee the Bankruptcy Area that affected the American/Canadian Tunnel. Windsor owns the Canadian Half. As Mayor of Windsor, it is his responsibility to oversee Canada's interests.

    I am sure that Governor Snyder will also be involved/Court Appearance in the Subway Area that affects the State of Michigan as a whole. The Subway passes through several Cities. They will be experiencing the same Subway defects as the City of Detroit. Thank you for your time.

Edward J. Partyka

6599 Wagner St.

Detroit, Michigan 48210-1625

(313) 743-2944

September 29, 2014

Judge Steven W. Rhodes

Your Honor, I am lead to believe that the Detroit Subway is owned by the State of Michigan.

I think I figured out the reason that Detroit is in such bad shape that we are.

In 1967, Detroit had its' Riots. The City of Detroit never collected the FEMA money to help rebuild. The Mayor Jerome (Jerry) Cavanagh never asked for the money and the Governor never signed the FEMA check. Mayor Cavanagh never wanted the Blacks get any type of Federal Aid to rebuild the City.

Mayor Young became the Mayor and closed the Detroit Subway because he didn't want any White People in 'His City'. They didn't help Detroit get any FEMA money/Federal Aid.

Raymond Wojtowicz kept raising the property value/taxes. The Blacks returned the 'attack on the City', by stealing cars. The Blacks upped the War by introducing Heron/Cocaine/Crack.

Robert Ficano did it one better by introducing a 'legal way to steal cars'; he introduced the 'Manifest'. A piece of paper with 25 lines that you could list 25 cars VIN and have it towed as abandoned, nuisance, and have the car 'crushed'. The first manifests had no serial numbers on each sheet. Later Ficano had the Manifests' serialized. You could still steal cars and have them crushed and then just throw away the 'Manifests' Sheet'. This idea was so profitable that the Detroit Police started to steal cars. The Blacks loved it because they really made a lot of money and they got to 'sock it to the man' again and faster. Everybody's car was a target with a 'tip up wreaker'.

The only person that was hurt was the working man. His property went up (tax wise), his car insurance went up (Highest in the Nation), and Crime went up. People left Detroit in a stampede. Businesses burned the buildings for Insurance.

Over 120 people involved in the City Government, went to jail. Again the poor/working person lost. Drugs are everywhere and the City was dysfunctional. Lack of money kills research/development. No money slows growing. You get stagnation, confusion, and then Chaos! Governor Snyder stopped us from Chaos.

STORY:

The Casinos are full, the two stadiums are full (late baseball season/early football season), Fox is having an event, Redwing Complex is having an event, COBO HALL is having an event, Downtown City Workers are on the job, 10,000 Bridge workers are on the job, Chene Park is having an event and everybody is having fun on Belle Island.

*[signature]*

Question: Where do people park? How do you get everybody out of Detroit at the same time? How do you evacuate the City? Federal Law requires a City have an evacuation plan/route. The light rail system/bus system only slows things down. I will not mention terrorists.

Chicago has light rail, L train, Bus system, taxis and roads that can handle the evacuation.

Your Honor please have Governor Snyder explain his plans for the subway even it is to 'do nothing at the present'. Thank you for your time and I apologies for any legal infractions and inconveniency that I might have caused you. Thank you for your time.

Edward J. Partyka

6599 Wagner St.

Detroit, Michigan 48210-1625

(313) 743-2944