# Letter of Petition and Support for S. Baxter Jones

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION -- DETROIT 211 W. Fort Detroit, Michigan 48226. In the matter of: CITY OF DETROIT, MICHIGAN   Sept. ___, 2014 Your Honor Judge Rhodes, Case No. 13-53846-swr Chapter 9 Hon. STEVEN W. RHODES

I, _____Louis M Novak_____ on behalf of
_____(Organization Name),
humbly petition this court to reconsider S. Baxter Joneses objection, and that he be allowed to testify during these bankruptcy proceedings.

On Friday, July 18, 2014, Mr. S. Baxter Jones, who uses a wheelchair because of spinal cord, nerve damage and traumatic brain injuries sustained in an automobile accident, was arrested while protesting water shutoffs of his neighbors in the city of Detroit. He was placed in a dilapidated van that was not equipped to transport a person in a wheelchair. His wheelchair was not tied down to the van. A vehicle seat belt was not available for him to use. The police violated their own policies and procedures by not securing Mr. Jones in the van. Furthermore, he was forced to bend his spine at the neck while being transported to the detention center because of the low ceiling in the van. This resulted in re-injury and the usage of a collar brace. This incident was yet another example of the City of Detroit's lack of willingness to comply with the Americans with Disabilities Act. of 1990

We, the undersigned, are outraged by this incident and support the objection filed by Mr. S. Baxter Jones. Furthermore we request that this honorable court allow Mr. Jones to testify during these bankruptcy proceedings, and reject any City of Detroit bankruptcy plan of adjustment that;

1. Fails to fully comply with the spirit and intent of The Americans with Disabilities Act (enacted since 1990)
2. Fails to ensure that "Accessibility" be acknowledged as a Human and a Civil Right.
3. Fails to follow ADA acceptable standards for safety practices in all of its interactions with persons who are "Accessibility Challenged".
4. Fails to insure that all its municipal functions including but not limited to buildings, transportation, parking, codes, regulations, permits, licensing, services, and resources be ADA compliant.
5. Fails to enforce the inclusion of ADA approved provisions and protections for persons who are "Accessibility Challenged" in all municipal contracts that are outsourced and/or privatized.
6. Fails to allocate resources for an ADA Compliance and Enforcement Department as required by the Justice Dept..
7. Fails to ensure that adequate financial resources be allocated in the proposed Plan of Adjustment for these considerations.

Organization_____

Individual_____/s/_____

FILED 2014 SEP 23 A 9:13

You need 2 signed copies of this document. The clerk will date and time stamp both and return one for your receipt. If you mail your letter include your return address underneath your signature.

13-53846-tjt    Doc 7809    Filed 09/23/14    Entered 10/03/14 10:18:50    Page 1 of 1