# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Shannon Deeby
Firm: Clark Hill PLC
Address: 151 S. Old Woodward Ave., Ste. 200
City, State, Zip: Birmingham, MI 48009
Phone: 248.988.5889
Email: sdeeby@clarkhill.com

**Case/Debtor Name:** City of Detroit, Michigan
**Case Number:** 13-53846
**Chapter:** 9
**Hearing Judge:** Hon. Steven Rhodes

⦿ Bankruptcy   ◯ Adversary
◯ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 10/02/2014   Time of Hearing: 9:00 a.m.   Title of Hearing: Confirmation

Please specify portion of hearing requested: ◯ Original/Unredacted  ◯ Redacted  ◯ Copy (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: _____

**Type of Request:**

◯ Ordinary Transcript - $3.65 per page (30 calendar days)
◯ 14-Day Transcript - $4.25 per page (14 calendar days)
⦿ Expedited Transcript - $4.85 per page (7 working days)
◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Shannon L. Deeby    Date: 10/3/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

Date    By

Order Received:

Transcript Ordered

Transcript Received