# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 3, 2014, the **letter to Frenchie Williamson, creditor, advising him that the testimony of Cynthia Thomas is being moved to the afternoon of Monday, October 6,** was served via Federal Express upon Mr. Williamson at 44697 Rivergate Drive, Clinton Township, Michigan 48038.

CLARK HILL PLC

*/s/ Shannon L. Deeby*
Shannon L. Deeby (P60242)
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5889
sdeeby@clarkhill.com

Dated: October 3, 2014

*Counsel to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit*