# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## COPS CREDITORS' ORDER OF WITNESSES FOR PLAN CONFIRMATION HEARING

1. Financial Guaranty Insurance Company ("FGIC") and the Ad Hoc COPs Holders[1] (collectively the "COPS Creditors") will, subject to any reservations contained herein, present their "will call" witnesses in the following order at the Plan confirmation hearing:

| No. | Name |
|---|---|
| 1. | Cynthia Thomas |
| 2. | William Fornia[2] |

---

[1] The Ad Hoc COPs Holders include Dexia Crédit Local and Dexia Holdings, Inc., Panning Capital Management, LP, on behalf of funds and accounts managed by it, Monarch Alternative Capital LP, on behalf of funds and accounts managed by it, Bronze Gable, L.L.C., Aurelius Capital Management, LP, on behalf of its managed entities, Stone Lion Capital Partners L.P., on behalf of funds and accounts managed by it, BlueMountain Capital Management, LLC, on behalf of funds and accounts managed by it and Deutsche Bank AG, London. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Seventh Amended Plan.

[2] In colloquy with counsel for the Ad Hoc COPs Holders, the Court agreed that Mr. Fornia would not be called until Tuesday, October 14, 2014, at the earliest.

| No. | Name |
|---|---|
| 3. | Victor Wiener[3] |
| 4. | Stephen Spencer |

2. The COPs Creditors will call the following witnesses by deposition designation[4]:

| No. | Name |
|---|---|
| 1. | Gary Evanko |
| 2. | Michael Hall |
| 3. | Paul Provost |

3. FGIC "may call" Derek Donnelly and, if it does, he would be called to testify before Stephen Spencer.

4. This witness order is subject to alteration based on the COPs Creditors' ongoing strategic considerations relating to the City's development of its case-in-chief and the time that is remaining. The COPs Creditors reserve the right to remove witnesses from its will call list, and the COPs Creditors continue to reserve all of their rights to offer testimony from any witness, in accordance with the applicable rules of procedures and orders of this Court, by deposition designation and/or counter-designation.

---

[3] In colloquy with counsel for FGIC, the Court agreed that Mr. Wiener would not be called until Tuesday, October 14, 2014, at the earliest.

[4] The COPs Creditors reserve the right to call additional witnesses by deposition designation.

5. The COPs Creditors reserve the right to adjust this order of witnesses, as necessary, to accommodate scheduling conflicts. The COPs Creditors will do their best to notify the Court and the other parties involved in the hearing within two business days of a witness's anticipated testimony date if the order outlined above changes.

6. The COPs Creditors also reserve the right to call as a witness any may call or will call witness identified by parties supporting or objecting to the Plan.

[*Rest of Page Left Intentionally Blank*]

Dated: October 4, 2014                    Respectfully submitted,

                                            */s/ Mark R. James*
Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: EJEssad@wwrplaw.com
Email: mrjames@wwrplaw.com

– and –

Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com

– and –

Edward Soto
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3177
Email: edward.soto@weil.com

*Attorneys for Financial Guaranty Insurance Company*

-and-

*/s/ Deborah L. Fish*
Deborah L. Fish
ALLARD & FISH, P.C.
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Telephone: (313) 961-6141
Facsimile: (313) 961-6142

- and -

Thomas Moers Mayer
Jonathan M. Wagner
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for Dexia Crédit Local and Dexia Holdings, Inc., Panning Capital Management, LP, on behalf of funds and accounts managed by it, Monarch Alternative Capital LP, on behalf of funds and accounts managed by it, Bronze Gable, L.L.C., Aurelius Capital Management, LP, on behalf of its managed entities, Stone Lion Capital Partners L.P., on behalf of funds and accounts managed by it and BlueMountain Capital Management, LLC on behalf of funds and accounts managed by it*

- and -

5

Kenneth E. Noble
John J. Ramirez
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Tel: (212) 715-9393
E-mail: kenneth.noble@kattenlaw.com
E-mail: john.ramirez@kattenlaw.com

*Counsel for Deutsche Bank AG, London*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
: 
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2014 the *COPS CREDITORS' ORDER OF WITNESSES FOR PLAN CONFIRMATION HEARING* was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

Dated: October 4, 2014        /s/ Mark R. James
                              Mark R. James
                              Williams, Williams, Rattner & Plunkett, P.C.
                              380 North Old Woodward Ave., Suite 300
                              Birmingham, MI 48009
                              (248) 642-0333
                              mrj@wwrplaw.com

                              *Attorney for Financial Guaranty
                              Insurance Company*