UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: )
)
) Case No. 13-53846
CITY OF DETROIT, MICHIGAN )
) Chapter 9
Debtor )
) Hon. Steven W. Rhodes
)

# MACOMB INTERCEPTOR DRAIN DRAINAGE DISTRICT'S
# ORDER OF WITNESSES FOR PLAN CONFIRMATION HEARING

The Macomb Interceptor Drain Drainage District ("MIDDD"), will, subject to any reservations contained herein, present its "will call" witnesses in the following order at the Plan confirmation hearing:

| No. | Name |
|-----|------|
| 1.  | Cynthia Thomas |
| 2.  | Judith Kermans[1] |

This witness order is subject to alteration based on MIDDD's ongoing strategic considerations relating to the City's development of its case-in-chief and the time that is remaining. MIDDD reserves the right to remove witnesses from its will call list, and MIDDD continues to reserve all of its rights to offer testimony from any witness, in accordance with the applicable rules of procedures and orders of this Court, by deposition designation and/or counter-

---

[1] MIDDD will call Judith Kermans by deposition designation if the City and Plan supporters consent.

1

designation.  MIDDD also reserves the right to call as a witness any may call or will call witness identified by parties supporting or objecting to the Plan.

MIDDD reserves the right to adjust this order of witnesses, as necessary, to accommodate any unavoidable scheduling conflicts.  MIDDD will do its best to notify the Court and the other parties involved in the hearing within two business days of a witness's anticipated testimony date if the order outlined above changes.

Dated:  October 5, 2014

Respectfully submitted,

DECHERT LLP

By:     /s/ Allan S. Brilliant
      Allan S. Brilliant

      Stephen M. Wolpert

1095 Avenue of the Americas
New York, NY 10016
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
allan.brilliant@dechert.com
stephen.wolpert@dechert.com

*Attorneys for the Macomb Interceptor Drain Drainage District*

20094010.3

2

13-53846-tjt    Doc 7826    Filed 10/05/14    Entered 10/05/14 22:50:13    Page 2 of 2