UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Scheduling Order Regarding City's Objection to Proof of Claim No. 3683 Filed by Macomb Interceptor Drain Drainage District (Dkt. #4954)

After consultation with the parties at a status conference held in open court on October 1, 2014, it is hereby ordered that further proceedings in this case regarding the City's corrected objection to proof of claim number 3683 filed by Macomb Interceptor Drain Drainage District, by and through the Macomb County Public Works Commissioner (Dkt. #4954) shall be governed by the following:

**I.**
**Discovery Plan**

Discovery shall be concluded by **April 1, 2015.**

**II.**
**Filing of Joint Final Pretrial Order**

A Joint Final Pretrial Order prepared in accordance with L.B.R. 7016-1 (E.D.M.) must be submitted to Judge's chambers no later than one week before the Final Pretrial Conference. This proposed order must be submitted electronically, through the Court's order submission program. In the portion of the Joint Final Pretrial Order designated "Issues of Law to be Litigated," each party shall provide after each listed issue, that party's three strongest reported cases in support of its view of the law.

**III.**
**Final Pretrial Conference**

A final pretrial conference will be held on **April 13, 2015, at 9:00 a.m**. at the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan (in a courtroom to be determined).

## IV.
## Trial Date(s) in Bankruptcy Court

The trial of this matter will be held on **April 27, 2015, at 9:00 a.m**. at the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan (in a courtroom to be determined).

## V.
## Miscellaneous Matters

(a) Adjournment(s) or Changes in this Order

Requests for adjournment of the trial date are governed by L.B.R. 5071-1(b) and (c) (E.D.M.). Any changes in any other dates or provisions of this order are to be sought in accordance with L.B.R. 9014-1 (E.D.M.), or by written stipulation provided that in any case good cause shall be shown, and approval of the Court is required.

(b) Exhibits and Discovery Disputes

Exhibits to be offered in evidence are to be processed pursuant to L.B.R. 7016-1(a) (9) and (d) (E.D.M.). Note should be taken of L.B.R. 9014-1(h) (E.D.M.) relative to discovery disputes. Parties are encouraged to resolve disputes before a motion regarding discovery is filed, and are directed to strictly comply with L.B.R. 9014-1(g) and (h) (E.D.M.) if a motion is ultimately required.

(c) Settlement

Note should be taken of L.B.R. 9019-1 (E.D.M.) relative to settlements.

(d) Status or Pretrial Conference Request

Any party may request a status conference (or a conference to discuss or further consult in reference to this order) by a communication, in writing, addressed to the Court with copies to opposing or other counsel and/or any pro se parties. Upon receipt of such a request (or sua sponte) the Court will schedule such a conference (in person or by phone) if the Court believes it will advance or be helpful in the disposition of this proceeding.

(e) Non-filing of Discovery Materials

2

See L.B.R. 7026-1(a) (E.D.M.).

.

**Signed on October 06, 2014**

                  __/s/ Steven Rhodes__
                  **Steven Rhodes**
                  **United States Bankruptcy Judge**