# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------- x
                                                        :  Chapter 9
In re                                                   :
                                                        :  Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :
                                                        :  Hon. Steven W. Rhodes
                                       Debtor           :
------------------------------------------------------- x

## ORDER GRANTING DEBTOR'S SEVENTH OMNIBUS OBJECTION TO CLAIM NUMBER 475 FILED BY TOMMY BANKSTON

Upon the seventh omnibus objection to claims, dated August 29, 2014 (the "Objection"),[1] of the Debtor, the City of Detroit, Michigan (the "City"), seeking entry of an order reclassifying certain wrongly classified claims as described in the Objection, and it appearing that this Court has jurisdiction over the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Objection in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Objection is in the best interests of the City, and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and it appearing that no other or further notice of the Objection need be given; and a response having been filed; and the Court finding that the legal and factual bases set forth in the Objection and at the hearing establish just cause for the relief granted; and after due deliberation and good and sufficient cause appearing therefore; it is hereby

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

ORDERED, DECREED AND ADJUDGED that:

1. The Objection is granted as set forth herein.

2. Claim No. 475 hereby reclassified as a general unsecured claim or other such claim as provided for in the Plan.

3. Claim No. 475 is not entitled to the treatment provided for in Section 503(b)(9) of the Bankruptcy Code.

4. The City's claims agent is hereby authorized to update the claims register to reflect the relief granted in this Order.

5. Notwithstanding anything in the Objection or this Order, the City reserves its rights to further object to Claim No. 475 on any basis. This Order has no res judicata, estoppel or other effect in respect of such additional objections to Claim No. 475.

6. The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

7. Notice of the Objection as provided therein is good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a) and the local rules of the Court are satisfied by such notice.

.

**Signed on October 06, 2014**

                                                  **/s/ Steven Rhodes**
                                                **Steven Rhodes**
                                                **United States Bankruptcy Judge**

2

4814-7156-2783.1

13-53846-tjt    Doc 7841    Filed 10/06/14    Entered 10/06/14 17:18:59    Page 2 of 2