# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: **Syncora Guarantee & Syncora Capital Assurance**

Firm: **Kirkland & Ellis LLP**

Address: **300 N. LaSalle**

City, State, Zip: **Chicago, IL 60654**

Phone: **312-862-2000**

Email: **lally.gartel@kirkland.com**

**Case/Debtor Name:** City of Detroit, MI

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

⦿ Bankruptcy   ○ Adversary

○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: **10/01/2014**   Time of Hearing: **8:30 a.m.**   Title of Hearing: **Plan Confirmation**

Please specify portion of hearing requested:   ⦿ Original/Unredacted   ○ Redacted   ○ Copy (2nd Party)

⦿ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: _____

**Type of Request:**

⦿ Ordinary Transcript - $3.65 per page (30 calendar days)
○ 14-Day Transcript - $4.25 per page (14 calendar days)
○ Expedited Transcript - $4.85 per page (7 working days)
○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____ Date _____ By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

_[signature]_   Date: **10/6/2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.

13-53846-tjt   Doc 7845   Filed 10/07/14   Entered 10/07/14 00:34:56   Page 1 of 1