**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
-------------------------------------------------------x
                                                       :
In re                                                  : Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                              : Case No. 13- 53846
                                                       :
                        Debtor.                        : Hon. Steven W. Rhodes
                                                       :
                                                       :
                                                       :
-------------------------------------------------------x
```

**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION FOR AN ORDER**
**SHORTENING NOTICE AND SCHEDULING**
**AN EXPEDITED HEARING**

This matter coming before the Court on the *Ex Parte* Motion for an

Order Shortening Notice and Scheduling an Expedited Hearing with Respect to the

City of Detroit's Motion in *Limine* to Exclude Deposition Testimony of Gary

Evanko and Michael Hall (the "Motion");[1] the Court having reviewed the Motion;

having found that (i) the Court has jurisdiction over this matter pursuant to 28

U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C.

§§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b),

and (iv) notice of the Motion was sufficient under the circumstances; having

determined after due deliberation that the relief requested in the Motion is in the

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

best interests of the Debtor and its creditors; and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

      1.    The Motion is **GRANTED**.

      2.    A hearing with respect to the City of Detroit's Motion in *Limine* to Exclude Deposition Testimony of Gary Evanko and Michale Hall shall be held on **Tuesday, October 14, 2014, at 8:30 a.m.** (prevailing Eastern Time) before the Hon. Steven Rhodes in Courtroom 242 at the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

      3.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

      4.    This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

      5.    Nothing herein or in the Motion is intended to, shall constitute or shall be deemed to constitute the City's consent pursuant to section 904 of the Bankruptcy Code to this Court's interference with (a) any of the political or governmental powers of the City, (b) any of the property or revenues of the City or (c) the City's use or enjoyment of any income-producing property.

.

**Signed on October 07, 2014**

                                        **/s/ Steven Rhodes**
                                        **Steven Rhodes**
                                        **United States Bankruptcy Judge**

13-53846-tjt   Doc 7856   Filed 10/07/14   Entered 10/07/14 10:44:19   Page 2 of 2