UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------x
                                                :
In re                                 :          Chapter 9
                                                :
CITY OF DETROIT, MICHIGAN,     :          Case No. 13-53846
                                                :
                    Debtor.         :          Hon. Steven W. Rhodes
                                                :
                                                :
------------------------------------------------------x

**STATEMENT OF COMPLIANCE WITH
ORDER PERTAINING TO FACILITATIVE MEDIATION**

1. On September 25, 2014, the Court entered the Order (I) Referring to Facilitative Mediation Objections to Certain Claims Filed by Michigan AFSCME Council 25 and its Affiliated Detroit Locals and the Coalition of Detroit Unions, (II) Continuing Hearing on Related Claim Objections and (III) Modifying Briefing Schedule (Docket No. 7663) (the "Mediation Order") in the above-captioned chapter 9 case (the "Chapter 9 Case") of the City of Detroit, Michigan (the "City").

2. Pursuant to the Mediation Order, the Court referred to facilitative mediation (the "Mediation") before the Honorable Victoria A. Roberts, United States District Judge ("Judge Roberts") the following proofs of claim (together, the "Claims") and the City's objections thereto: (a) proof of claim

number 2958, filed by Michigan AFSCME Council 25 and its affiliated Detroit Locals ("AFSCME"); and (b) proof of claim number 2851, filed by the Coalition of Detroit Unions (the "Coalition").

3. On October 3, 2014, the Judge Roberts entered the Order Pertaining to Facilitative Mediation (Docket No. 7812) (the "Order for Information") in the Chapter 9 Case requiring that the City, AFSCME and the Coalition each provide certain additional information with respect to the Claims and the Mediation (the "Supplemental Documents") by no later than noon on October 7, 2014.[1]

4. In compliance with the Order for Information, prior to noon on the date hereof, the City delivered to Judge Roberts' chambers **[and served upon counsel to AFSCME and the Coalition]** the Supplemental Documents requested from the City.

---

[1] Although the Order for Information provided that the parties should electronically file the Supplemental Information, instructions subsequently received from Judge Roberts clarified that the parties should deliver the Supplemental Information to Judge Roberts' chambers and file a Statement of Compliance with the Order for Information.

Dated: October 7, 2014                    Respectfully submitted,

/s/ Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
Thomas A. Wilson (OH 0077047)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com
tawilson@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
    STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# **CERTIFICATE OF SERVICE**

      I, Heather Lennox, hereby certify that the foregoing Statement of Compliance with Order Pertaining to Facilitative Mediation was filed and served via the Court's electronic case filing and noticing system on this 7th day of October, 2014.

                                     /s/ Heather Lennox