# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

- Name: **Deborah L. Fish, Esq.**
- Firm: **Allard & Fish, P.C.**
- Address: **535 Griswold, 2600 Buhl Bldg.**
- City, State, Zip: **Detroit, MI 48226**
- Phone: **313-961-6141**
- Email: **dfish@allardfishpc.com**

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

- ⦿ Bankruptcy   ◯ Adversary
- ◯ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 09/15/2014   **Time of Hearing:** 8:30 a.m.   **Title of Hearing:** Plan Confirmation

Please specify portion of hearing requested:   ⦿ Original/Unredacted   ◯ Redacted   ◯ Copy (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: _____

**Type of Request:**

- ⦿ Ordinary Transcript - $3.65 per page (30 calendar days)
- ◯ 14-Day Transcript - $4.25 per page (14 calendar days)
- ◯ Expedited Transcript - $4.85 per page (7 working days)
- ◯ CD - $30; FTR Gold format ☐ You must download the free FTR Record Player™ onto your computer from ▯▯▯▯rg▯▯▯▯▯▯

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date        By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/ Deborah L. Fish    Date: **Oct. 7, 2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.