# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: **Deborah L. Fish, Esq.**

Firm: **Allard & Fish, P.C.**

Address: **535 Griswold, 2600 Buhl Bldg.**

City, State, Zip: **Detroit, MI 48226**

Phone: **313-961-6141**

Email: **dfish@allardfishpc.com**

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

⦿ Bankruptcy ◯ Adversary

◯ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 09/16/2014   **Time of Hearing:** 8:30 a.m.   **Title of Hearing:** Plan Confirmation

Please specify portion of hearing requested:   ⦿ **Original/Unredacted**   ◯ **Redacted**   ◯ **Copy** (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: _____

**Type of Request:**

⦿ Ordinary Transcript - $3.65 per page (30 calendar days)

◯ 14-Day Transcript - $4.25 per page (14 calendar days)

◯ Expedited Transcript - $4.85 per page (7 working days)

◯ CD - $30; FTR Gold format ☐You must download the free FTR Record Player™ onto your computer from ☐☐☐☐rg☐☐☐☐☐

**Signature of Ordering Party:**

/s/ Deborah L. Fish   Date: **Oct. 7, 2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date           By

Order Received:

Transcript Ordered

Transcript Received

13-53846-tjt   Doc 7859   Filed 10/07/14   Entered 10/07/14 12:58:47   Page 1 of 1