# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: **Deborah L. Fish, Esq.**

Firm: **Allard & Fish, P.C.**

Address: **535 Griswold, 2600 Buhl Bldg.**

City, State, Zip: **Detroit, MI 48226**

Phone: **313-961-6141**

Email: **dfish@allardfishpc.com**

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

◉ Bankruptcy    ○ Adversary

○ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 10/06/2014    **Time of Hearing:** 8:30 a.m.    **Title of Hearing:** Plan Confirmation

Please specify portion of hearing requested:    ◉ Original/Unredacted    ○ Redacted    ○ Copy (2nd Party)

◉ Entire Hearing    ○ Ruling/Opinion of Judge    ○ Testimony of Witness    ○ Other

Special Instructions: _____

**Type of Request:**

◉ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

○ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format ☐You must download the free FTR Record Player™ onto your computer from ▫▫▫▫rg▫▫▫▫▫

**Signature of Ordering Party:**

/s/ Deborah L. Fish    Date: **Oct. 7, 2014**

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date            By

Order Received:

Transcript Ordered

Transcript Received

13-53846-tjt    Doc 7861    Filed 10/07/14    Entered 10/07/14 13:02:20    Page 1 of 1