UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------x

## WITHDRAWAL OF PROOF OF CLAIM NO. 831

Claimant Riverfront Towers Holdings LLC, by its attorneys, hereby withdraws its Proof of Claim No. 831 because it has been satisfied.

                                 Respectfully submitted,

                                 HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                 Attorneys for Riverfront Towers Holdings LLC

                                 By:/s/ Judy B. Calton
                                      Judy B. Calton (P38733)
                                 2290 First National Building
                                 660 Woodward Avenue
                                 Detroit, MI 48226
                                 (313) 465-7344
                                 jcalton@honigman.com

Dated: October 8, 2014

## CERTIFICATE OF SERVICE

I certify that on October 8, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Riverfront Towers Holdings LLC


By:/s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
(313) 465-7344
jcalton@honigman.com