UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------x

## WITHDRAWAL OF PROOF OF CLAIM NO. 1433

Claimant LDM, LLC, by its attorneys, hereby withdraws its Proof of Claim No. 1433 because it has been satisfied.

                                      Respectfully submitted,

                                      HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                      Attorneys for LDM, LLC

                                      By:/s/ Judy B. Calton
                                            Judy B. Calton (P38733)
                                      2290 First National Building
                                      660 Woodward Avenue
                                      Detroit, MI 48226
                                      (313) 465-7344
                                      jcalton@honigman.com

Dated: October 8, 2014

## CERTIFICATE OF SERVICE

I certify that on October 8, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for LDM, LLC

By: /s/ Judy B. Calton
     Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
(313) 465-7344
jcalton@honigman.com