UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                              :
In re                                         :      Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN                     :      Case No. 13-53846
                                              :
              Debtor.                         :      Hon. Steven W. Rhodes
                                              :
                                              :
-------------------------------------------------------------x
```

# WITHDRAWAL OF PROOF OF CLAIM NO. 715

Claimant Abraham & Potestivo, LLC, by its attorneys, hereby withdraws its Proof of Claim No. 715 as moot.

                                                  Respectfully submitted,

                                                  HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                                  Attorneys for Abraham & Potestivo, LLC

                                                  By:/s/ Judy B. Calton
                                                        Judy B. Calton (P38733)
                                                 2290 First National Building
                                                 660 Woodward Avenue
                                                 Detroit, MI  48226
                                                 (313) 465-7344
                                                 jcalton@honigman.com

Dated:  October 8, 2014

## CERTIFICATE OF SERVICE

I certify that on October 8, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Abraham & Potestivo, LLC

By: /s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com