UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 9
                                                             :
CITY OF DETROIT, MICHIGAN                                    :   Case No. 13-53846
                                                             :
                            Debtor.                          :   Hon. Steven W. Rhodes
                                                             :
                                                             :
-------------------------------------------------------------x
```

## **WITHDRAWAL OF PROOF OF CLAIM NO. 727**

Claimant Aziz N. Abraham, by his attorneys, hereby withdraws his Proof of Claim No. 727 as moot.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Aziz N. Abraham

        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI  48226
        (313) 465-7344
        jcalton@honigman.com

Dated:  October 8, 2014

## CERTIFICATE OF SERVICE

I certify that on October 8, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Aziz N. Abraham

By: /s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com