UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                              :
In re                                         :    Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN                     :    Case No. 13-53846
                                              :
                Debtor.                       :    Hon. Steven W. Rhodes
                                              :
                                              :
-------------------------------------------------------------x
```

# WITHDRAWAL OF PROOF OF CLAIM NO. 742

Claimants Aziz & Lorna Abraham, by their attorneys, hereby withdraw their Proof of Claim No. 742 as moot.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Aziz & Lorna Abraham

        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226
        (313) 465-7344
        jcalton@honigman.com

Dated: October 8, 2014

## CERTIFICATE OF SERVICE

I certify that on October 8, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Aziz & Lorna Abraham

        By: /s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI  48226
        (313) 465-7344
        jcalton@honigman.com