UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re                                        :       Chapter 9
:
CITY OF DETROIT, MICHIGAN                    :       Case No. 13-53846
:
                    Debtor.                  :       Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------x

# WITHDRAWAL OF PROOF OF CLAIM NO. 832

Claimant Detroit Thermal, LLC, by its attorneys, hereby withdraws its Proof of Claim No. 832 regarding Michigan Tax Tribunal Docket No. 455166 because it has been satisfied.

                            Respectfully submitted,

                            HONIGMAN MILLER SCHWARTZ AND COHN LLP
                            Attorneys for Detroit Thermal, LLC


                            By:/s/ Judy B. Calton
                                Judy B. Calton (P38733)
                            2290 First National Building
                            660 Woodward Avenue
                            Detroit, MI  48226
                            (313) 465-7344
                            jcalton@honigman.com


Dated:  October 8, 2014

## CERTIFICATE OF SERVICE

I certify that on October 8, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Detroit Thermal, LLC


By:/s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com