EXHIBIT 2

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:   Chapter 9 No. 13-53846

City of Detroit, Michigan   Hon. Steven W. Rhodes

                Debtor

2 Woodward Ave Rm 1126
Detroit, MI 48226-3443

_____/

## NOTICE OF MOTION AND OPPORTUNITY FOR HEARING

Bank of America, N.A. has filed papers with the court to seek relief from the automatic stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may want to consult one.)**

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the Motion, within fourteen (14) days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position, at the United States Bankruptcy Court, 211 W Fort St, Detroit, MI 48226.[1] If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

    You must also mail a copy to:

    Melissa Byrd (P66314 ), 31440 Northwestern Hwy Ste 200, Farmington Hills, MI 48334-5422, 248.642.2515

2. If a response or answer is timely filed, the Clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.**

Dated: October 8, 2014

Respectfully Submitted,
Trott & Trott, P.C.

/S/ John P. Kapitan (P61901)
/S/ Melissa Byrd (P66314 )
Attorney for Bank of America, N.A.
31440 Northwestern Hwy Ste 200
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

TROTT & TROTT, P.C.
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628