## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:  Chapter 11 No. 13-53846

City of Detroit, Michigan

                Debtor.  Hon. Steven W. Rhodes

_____/

Attached is the Statement of Corporate Ownership for the above referenced case.

T&T # 442704B01

/S/ Melissa Byrd (P66314 )
/S/ John P. Kapitan (P61901)
Attorney for Bank of America, N.A.
31440 Northwestern Hwy Ste 200
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

**STATEMENT REGARDING CORPORATE OWNERSHIP OF BANK OF AMERICA, N.A.**

[ X ] The following entities directly or indirectly own 10% or more of any class of the creditor's equity interest:

Name: Bank of America, N.A.

Address: 100 North Tryon Street, Charlotte, NC 28255

Name: BANA Holding Corporation

Address: 100 North Tryon Street, Charlotte, NC 28255

Name: BAC North America Holding Company

Address: 100 North Tryon Street, Charlotte, NC 28255

Name: NB Holdings Corporation

Address: 100 North Tryon Street, Charlotte, NC 28255

(For additional names, attach an addendum to this form)

[ ] There are no entities that directly or indirectly own 10% or more of any class of the creditor's equity interest.

The undersigned is the:

[X] Creditor
[ ] Plaintiff
[ ] Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/8/14

_____
Signature of Authorized Individual
For Corporation

Neil Patak
Print Name

Vice President
Title