3350 Greenfield Rd. Suite 18      Stephen P. Banicki               248-677-1493
Royal Oak, MI 48073                                           sbanicki@freefreemarkets.com

FILED

2014 OCT -7 A 10: 29

U.S. ....
E.D. MICHIGAN DETROIT

October 4, 2014

Judge Steven W. Rhodes
U.S. Bankruptcy Court for the Eastern District of Michigan
Southern Division
211 W. Fort St., Suite 1800
Detroit, Michigan 48226
Courtroom 1825

Re: Save Detroit or pay all debts?

The purpose of a chapter 9 bankruptcy is first to save a municipality and put it on a path to viability while paying as many debts as feasible. A critical component is the city's public school system whether it is operated by a separate governmental agency or part of city government. Here is what a young black man named Darnell Macon stated it in a response to a comment I made in the Free Press.

> "The streets can be glittered in gold but no families will move into a city with a failing school system."

The city of Detroit will not be viable until the Detroit Public Schools are fixed. Although not legally a part of city government, DPS is critical to the city's recovery and future. By default, DPS is part of the critical infrastructure that must be fixed if the city is attractive to middle class families. Fixing the school system is more important than saving the DIA. As DPS becomes one of the premier school districts in Michigan middle class suburbanites will move to the city.

A goal of middle class parents is to help their children have a more prosperous and fulfilling life than they did. Most look at a high quality education as part of the answer in achieving this. Throw in a program that replicates the Kalamazoo Promise and the desire to take advantage of what DPS offers would be hard to resist. A great education and free college tuition and books.

That is why the art should be sold. The good news is it does not need to be sold at a fire sale. It is going to take at least a decade of planning, hard work and money to make this happen. Some keys to success will be good management, a solid plan and vision, proper controls, commitment and a roll up your sleeves attitude that refuses to accept failure. I believe with this approach the prices received for the art would be maximized. Everyone knows the city owns some masterpieces. Once the market knows the city is not in a fire sale mode competition will drive up the price.

Over the last several months I have read in local papers that 70% of the adult population is either unemployed or does not have a college education. In the same papers I read that 80% of students attending DPS is in poverty. I would happily trade a Monet for a reduction of poverty and unemployment. Improving DPS would also have a major impact on reducing crime.

Thank you for allowing me to share my thoughts. I know you will make the right decisions.

Sincerely,

Stephen P. Banicki