# INDEX OF EXHIBITS

1. Proposed Order
2. Notice of Motion and Opportunity to Object
3. Brief in Support of Motion
4. Certificate of Service
5. Affidavits
    - 5-1  Affidavit of Bart Foster
    - 5-2  Affidavit of Robert Walter
    - 5-3  Affidavit of Darryl Latimer
    - 5-4  Declaration of Mark Jacobs
6. Documentary Exhibits
    - 6-1  First Superseding Indictment, *United States of America v. Kilpatrick, et al.*, Case No. 10-20403
    - 6-2  Jury Verdict Forms, *United States of America v. Kilpatrick, et al.*, Case No. 10-20403
    - 6-3  MIDDD's Complaint in *Macomb Interceptor Drain Drainage District v. Kilpatrick et. al.*, Case No. 2:11-cv-13101
    - 6-4  Docket Report from *Macomb Interceptor Drain Drainage District v. Kilpatrick et. al.*, Case No. 2:11-cv-13101
    - 6-5  City of Detroit's Motion to Intervene in *Macomb Interceptor Drain Drainage District v. Kilpatrick et. al.*, Case No. 2:11-cv-13101
    - 6-6  May 7, 2012 Opinion and Order Granting City of Detroit and Detroit Water and Sewerage Department's Motion to Intervene in *Macomb Interceptor Drain Drainage District v. Kilpatrick et. al.*, Case No. 2:11-cv-13101
    - 6-7  May 21, 2012 Intervening Complaint in *Macomb Interceptor Drain Drainage District v. Kilpatrick et. al.*, Case No. 2:11-cv-13101
    - 6-8  September 17, 2012 Opinion and Order Granting Concurring Defendants' Amended Motion for Summary Judgment in *Macomb Interceptor Drain Drainage District v. Kilpatrick et. al.*, Case No. 2:11-cv-13101
    - 6-9  Transcript of the Deposition of Anthony Marrocco
    - 6-10 Transcript of the Deposition of Lyle Winn
    - 6-11 Transcript of the Deposition of Ramesh Shukla
    - 6-12 Brief of the City of Detroit in *United States v. City of Detroit, et. al.*, Case No. 77-71100
    - 6-13 Transcript of the Deposition of Bart Foster

| | |
|---|---|
| 6-14 | Macomb County's Motion for Preliminary Injunction in *United States v. City of Detroit, et. al.*, Case No. 77-71100 |
| 6-15 | Transcript of the Deposition of Craig Hupp |
| 6-16 | Transcript of the Deposition of Mark Jacobs |
| 6-17 | 1977 Feikins Case Docket |
| 6-18 | Transcript of the Deposition of William Misterovich |
| 6-19 | Transcript of the Deposition of Robert Walter |
| 6-20 | May 12, 2009, Global Settlement Agreement |
| 6-21 | September 2, 2010 Acquisition Agreement |
| 6-22 | September 2, 2010 Settlement Agreement |
| 6-23 | Bill of Sale |
| 6-24 | Fourth Superseding Indictment, *United States of America v. Kilpatrick, et al.*, Case No. 10-20403 |
| 6-25 | July 17, 2014 Hearing Transcript |

23059218.1\022765-00202