IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
------------------------------------------------ x
                                                 :
In re                                            :    Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                       :    Case No. 13-53846
                                                 :
         Debtor.                                 :    Hon. Steven W. Rhodes
------------------------------------------------ x
```

## ORDER GRANTING THE CITY'S MOTION FOR SUMMARY JUDGMENT AND DISALLOWING AND EXPUNGING MACOMB COUNTY DRAIN DRAINAGE DISTRICT'S CLAIM NO. 3683

This matter coming before the Court on the Motion For Summary Judgment Pursuant To Federal Rule Of Bankruptcy Procedure 7056 Submitted In Further Support Of Its Objection To Macomb Interceptor Drain Drainage District's Claim No. 3683,[1] filed by the City of Detroit, Michigan (the "City"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1.   The Motion is GRANTED.

2.   Macomb Interceptor Drain Drainage District's Claim No. 3683 is disallowed and expunged in its entirety.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

23058955.2\022765-00202

3. The City, the City's claims and noticing agent and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

23058955.2\022765-00202