## EXHIBIT 2

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------- x
                                            :
In re                                       :          Chapter 9
                                            :
CITY OF DETROIT, MICHIGAN,                  :          Case No. 13-53846
                                            :
           Debtor.                          :          Hon. Steven W. Rhodes
                                            x
```
_____

**NOTICE OF OPPORTUNITY TO RESPOND TO MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7056 SUBMITTED IN FURTHER SUPPORT OF ITS OBJECTION TO MACOMB INTERCEPTOR DRAIN DRAINAGE DISTRICT'S CLAIM NO. 3683**

The City of Detroit, Michigan has filed papers with the Court, asking the Court to grant summary judgment in this matter, as described in the foregoing Motion For Summary Judgment Pursuant To Federal Rule Of Bankruptcy Procedure 7056 Submitted In Further Support Of Its Objection To Macomb Interceptor Drain Drainage District's Claim No. 3683 ("Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to enter an order granting summary judgment in this matter, or if you want the court to consider your views on the Motion, within fourteen (14) days, you or your attorney must:

1.      File with the court a written response or an answer, explaining your position at:[1]

                    United States Bankruptcy Court
                    211 West Fort Street
                    Detroit, Michigan 48226

        If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.  All attorneys are required to file pleadings electronically.

            You must also mail a copy to:

                    Jerome R. Watson
                    Miller, Canfield, Paddock & Stone, PLC
                    150 W. Jefferson, Suite 2500
                    Detroit, MI 48226

2.      If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

23059849.1\022765-00202

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: October 8, 2014          Respectfully submitted,

By: /s/ Stephen S. LaPlante
Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
Jerome R. Watson (MI P27082)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

ATTORNEYS FOR THE CITY OF DETROIT