UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

D-1   **KWAME M. KILPATRICK,**
D-2   **BOBBY W. FERGUSON,**
D-3   **BERNARD N. KILPATRICK,**

                Defendants.

_____/

Case No. CR-10-20403-NGE

HON. NANCY G. EDMUNDS

## VERDICT FORM

We, the Jury, after due deliberation, find the following unanimous verdict on the charges in the fourth superseding indictment:

### Count One: Racketeering Conspiracy

**Defendant Kwame M. Kilpatrick**

    Not Guilty _____ Guilty _X_

**Defendant Bobby W. Ferguson**

    Not Guilty _____ Guilty _X_

**Defendant Bernard N. Kilpatrick**

    Not Guilty _____ Guilty ____

*no consensus for B. Kilpatrick*

## Count Two: Extortion – Sewer Lining Contract (CS 1368)

**Defendant Kwame M. Kilpatrick**

Not Guilty \_\_\_\_\_ Guilty \_X\_

If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

Induced under color of official right \_X\_

Induced by wrongful fear of economic harm \_X\_

**Defendant Bobby W. Ferguson**

Not Guilty \_\_\_\_\_ Guilty \_X\_

If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

Induced under color of official right \_\_\_\_\_

Induced by wrongful fear of economic harm \_X\_

2

**Count Three: Extortion - Amendment to Sewer Lining Contract** (CS 1368)

**Defendant Kwame M. Kilpatrick**

    Not Guilty \_\_\_\_\_ Guilty _X_

    If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

    Induced under color of official right _X_

    Induced by wrongful fear of economic harm _____

**Defendant Bobby W. Ferguson**

    Not Guilty \_\_\_\_\_ Guilty _X_

    If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

    Induced under color of official right _X_

    Induced by wrongful fear of economic harm _X_

3

### Count Four: Extortion – Baby Creek/Patton Park (PC 748)

**Defendant Kwame M. Kilpatrick**

Not Guilty _____ Guilty _X_

If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

Induced under color of official right _X_

Induced by wrongful fear of economic harm _X_

**Defendant Bobby W. Ferguson**

Not Guilty _____ Guilty _X_

If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

Induced under color of official right _X_

Induced by wrongful fear of economic harm _X_

4

**Count Five: Attempted Extortion - Oakwood Pump Station (PC 755)**

**Defendant Kwame M. Kilpatrick**

 Not Guilty \_\_\_\_\_ Guilty _X_

 If you find the defendant guilty of attempted extortion, you must indicate which method(s) you determined, beyond a reasonable doubt, were used to commit the attempted extortion:

 Induced under color of official right _X_

 Induced by wrongful fear of economic harm _X_

**Defendant Bobby W. Ferguson**

 Not Guilty \_\_\_\_\_ Guilty _X_

 If you find the defendant guilty of attempted extortion, you must indicate which method(s) you determined, beyond a reasonable doubt, were used to commit the attempted extortion:

 Induced under color of official right _X_

 Induced by wrongful fear of economic harm _X_

5

**Count Seven: Extortion - Outfalls Contract (DWS 849)**

**Defendant Kwame M. Kilpatrick**

    Not Guilty _____ Guilty _____

    If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

    Induced under color of official right _____

    Induced by wrongful fear of economic harm _____

**Defendant Bobby W. Ferguson**

    Not Guilty _____ Guilty __X__

    If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

    Induced under color of official right _____

    Induced by wrongful fear of economic harm __X__

*No concasus on K. Kilpatrick*

*07-58*

6

## Count Eight: Extortion - Asbestos Abatement

**Defendant Kwame M. Kilpatrick**

    Not Guilty _____ Guilty _____

    If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

    Induced under color of official right _____

    Induced by wrongful fear of economic harm _____

**Defendant Bobby W. Ferguson**

    Not Guilty _____ Guilty _X_

    If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

    Induced under color of official right _____

    Induced by wrongful fear of economic harm _X_

7

**Count Nine: Extortion - Repair of Eastside Water Mains (CM 2014)**

**Defendant Kwame M. Kilpatrick**

Not Guilty _____ Guilty __X__

If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

Induced under color of official right __X__

Induced by wrongful fear of economic harm __X__

**Defendant Bobby W. Ferguson**

Not Guilty _____ Guilty __X__

If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

Induced under color of official right __X__

Induced by wrongful fear of economic harm __X__

8

**Count Ten: Extortion - Eastside Sewer Repair (DWS 865)**

**Defendant Kwame M. Kilpatrick**

    Not Guilty __X__ Guilty _____

    If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

    Induced under color of official right _____

    Induced by wrongful fear of economic harm _____

**Defendant Bobby W. Ferguson**

    Not Guilty __X__ Guilty _____

    If you find the defendant guilty of extortion, you must indicate which method(s)

you determined, beyond a reasonable doubt, were used to commit the extortion:

    Induced under color of official right _____

    Induced by wrongful fear of economic harm _____

9

**Count Fifteen: Attempted Extortion - Sludge Contract**

**Defendant Bernard N. Kilpatrick**

Not Guilty __X__ Guilty _____

If you find the defendant guilty of attempted extortion, you must indicate which method(s) you determined, beyond a reasonable doubt, were used to commit the attempted extortion:

Induced under color of official right _____

Induced by wrongful fear of economic harm _____

10

**Count Sixteen: Bribery - $90,000 Bribe**

*NO Consensus on #16*

**Defendant Kwame M. Kilpatrick**

    Not Guilty _____ Guilty _____

**Defendant Bobby W. Ferguson**

    Not Guilty _____ Guilty _____


**Count Seventeen: Bribery - $75,000 Bribe**

**Defendant Kwame M. Kilpatrick**

    Not Guilty _____ Guilty X

**Defendant Bobby W. Ferguson**

    Not Guilty _____ Guilty X

11

**Count Eighteen: Mail Fraud**

**Defendant Kwame M. Kilpatrick**

Not Guilty _____ Guilty _X__

**Count Nineteen: Mail Fraud**

**Defendant Kwame M. Kilpatrick**

Not Guilty _____ Guilty _X__

12

**<u>Count Twenty: Mail Fraud</u>**

**Defendant Kwame M. Kilpatrick**

    **Not Guilty** _____ **Guilty** _X_

**<u>Count Twenty-One: Mail Fraud</u>**

**Defendant Kwame M. Kilpatrick**

    **Not Guilty** _____ **Guilty** _X_

**Count Twenty-Two: Mail Fraud**

**Defendant Kwame M. Kilpatrick**

Not Guilty _____ Guilty _X_

**Count Twenty-Three: Mail Fraud**

**Defendant Kwame M. Kilpatrick**

Not Guilty _____ Guilty _X_

14

**<u>Count Twenty-Four: Mail Fraud</u>**

**Defendant Kwame M. Kilpatrick**

      Not Guilty \_\_\_\_\_ Guilty _X_

**<u>Count Twenty-Five: Mail Fraud</u>**

**Defendant Kwame M. Kilpatrick**

      Not Guilty \_\_\_\_\_ Guilty _X_

**Count Twenty-Six: Mail Fraud**

**Defendant Kwame M. Kilpatrick**

Not Guilty _____ Guilty _X_

**Count Twenty-Seven: Mail Fraud**

**Defendant Kwame M. Kilpatrick**

Not Guilty _X_ Guilty _____

16

**Count Twenty-Eight: Wire Fraud**

**Defendant Kwame M. Kilpatrick**

Not Guilty _____ Guilty _X_

**Count Twenty-Nine: Wire Fraud**

**Defendant Kwame M. Kilpatrick**

Not Guilty _X_ Guilty _____

17

**Count Thirty: Wire Fraud**

**Defendant Kwame M. Kilpatrick**

    Not Guilty _____ Guilty _X_


**Count Thirty-One: Subscribing False Tax Return**

**Defendant Kwame M. Kilpatrick**

    Not Guilty _____ Guilty _X_

**Count Thirty-Two: Subscribing False Tax Return**

**Defendant Kwame M. Kilpatrick**

   Not Guilty _____ Guilty _X__

**Count Thirty-Three: Subscribing False Tax Return**

**Defendant Kwame M. Kilpatrick**

   Not Guilty _____ Guilty _X__

**Count Thirty-Four: Subscribing False Tax Return**

**Defendant Kwame M. Kilpatrick**

Not Guilty _____ Guilty _X_

**Count Thirty-Five: Subscribing False Tax Return**

**Defendant Kwame M. Kilpatrick**

Not Guilty _____ Guilty _X_

**Count Thirty-Six: Income Tax Evasion**

**Defendant Kwame M. Kilpatrick**

Not Guilty _____ Guilty _X__

**Count Thirty-Seven: Subscribing False Tax Return**

**Defendant Bernard N. Kilpatrick**

Not Guilty _X__ Guilty _____

21

## Count Thirty-Eight: Subscribing False Tax Return

**Defendant Bernard N. Kilpatrick**

Not Guilty _____ Guilty _X_

s/Jury Foreperson

In compliance with the Privacy Policy adopted by
the Judicial Conference, the verdict form with the
original signature has been filed under seal.

Dated: 3/8/13

22