UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                     :
In re                    :         Chapter 9
                     :
CITY OF DETROIT, MICHIGAN,    :         Case No. 13-53846
                     :
         Debtor.       :         Hon. Steven W. Rhodes
                     :
                     :
---------------------------------------------------------x

# *EX PARTE* ORDER AUTHORIZING THE
# CITY OF DETROIT TO FILE A MOTION IN EXCESS OF PAGE LIMIT

This matter having come before the Court on the *Ex Parte* Motion of the City of Detroit for an Order Authorizing It to File a Motion in Excess of Page Limit (the "*Ex Parte* Motion")[1], filed by the City of Detroit, Michigan (the "City"); and the Court being fully advised in the premises;

It is hereby ORDERED that:

    1.     The *Ex Parte* Motion is GRANTED.

---

[1]     Capitalized terms not otherwise defined herein have the meanings given to them in the *Ex Parte* Motion.

2. The City is granted relief from the page limit set forth in District Court Local Rule 7.1(d)(3)(A) and may file the Summary Judgment Motion in excess of twenty-five pages.

.

**Signed on October 09, 2014**

                                           /s/ Steven Rhodes
                                           **Steven Rhodes**
                                           **United States Bankruptcy Judge**