IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
------------------------------------------------ x
                                                 :
In re                                            :    Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                       :    Case No. 13-53846
                                                 :
                Debtor.                          :    Hon. Steven W. Rhodes
                                                 x
```

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 9, 2014, he caused a copy of the ***MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7056 SUBMITTED IN FURTHER SUPPORT OF ITS OBJECTION TO MACOMB INTERCEPTOR DRAIN DRAINAGE DISTRICT'S CLAIM NO. 3683*** to be served upon counsel as listed below via First Class United States mail and email as follows:

Allan S. Brilliant
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10016
allan.brilliant@dechert.com

Raechel M. Badalamenti
KIRK, HUTH, LANGE & BADALAMENT
19500 Hall Road, Suite 100
Clinton Township, MI 48038
rbadalamenti@khlblaw.com

By: /s/ Stephen S. LaPlante  
Stephen S. LaPlante  
150 West Jefferson, Suite 2500  
Detroit, Michigan 48226  
Telephone: (313) 963-6420  
Facsimile: (313) 496-7500  

October 9, 2014