UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 9
                                                               :
CITY OF DETROIT, MICHIGAN                                      :    Case No. 13-53846
                                                               :
                              Debtor.                          :    Hon. Steven W. Rhodes
                                                               :
                                                               :
---------------------------------------------------------------x

# WITHDRAWAL OF PROOF OF CLAIM NO. 739

Claimant TSD Solutions LLC, by its attorneys, hereby withdraws its Proof of Claim No. 739 because it has been satisfied.

                                            Respectfully submitted,

                                            HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                            Attorneys for TSD Solutions LLC

                                            By:/s/ Judy B. Calton
                                                  Judy B. Calton (P38733)
                                            2290 First National Building
                                            660 Woodward Avenue
                                            Detroit, MI  48226
                                            (313) 465-7344
                                            jcalton@honigman.com

Dated:  October 9, 2014

**CERTIFICATE OF SERVICE**

I certify that on October 9, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for TSD Solutions LLC


By: /s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
(313) 465-7344
jcalton@honigman.com