UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-----------------------------------------------------------x
                                                           :
In re                                                      :   Chapter 9
                                                           :
CITY OF DETROIT, MICHIGAN                                  :   Case No. 13-53846
                                                           :
                      Debtor.                              :   Hon. Steven W. Rhodes
                                                           :
                                                           :
-----------------------------------------------------------x

# WITHDRAWAL OF PROOF OF CLAIM NO. 747

Claimant Stanne Consulting, LLC, by its attorneys, hereby withdraws its Proof of Claim No. 747 because it has been satisfied.

                          Respectfully submitted,

                          HONIGMAN MILLER SCHWARTZ AND COHN LLP
                          Attorneys for Stanne Consulting, LLC


                          By:/s/ Judy B. Calton
                               Judy B. Calton (P38733)
                          2290 First National Building
                          660 Woodward Avenue
                          Detroit, MI  48226
                          (313) 465-7344
                          jcalton@honigman.com


Dated:  October 9, 2014

## CERTIFICATE OF SERVICE

I certify that on October 9, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Stanne Consulting, LLC

By: /s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com