UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-------------------------------------------------------------x
                                       :

In re                            :            Chapter 9

                                         :

CITY OF DETROIT, MICHIGAN   :            Case No. 13-53846

                                       :

                     Debtor.        :            Hon. Steven W. Rhodes

                                       :

                                       :

-------------------------------------------------------------x

## **WITHDRAWAL OF PROOF OF CLAIM NO. 729**

        Claimant Pont Solutions, LLC, by its attorneys, hereby withdraws its Proof of Claim No.

729 because it has been satisfied.

                     Respectfully submitted,

                     HONIGMAN MILLER SCHWARTZ AND COHN LLP
                     Attorneys for Pont Solutions, LLC

                     By:/s/ Judy B. Calton
                          Judy B. Calton (P38733)
                     2290 First National Building
                     660 Woodward Avenue
                     Detroit, MI  48226
                     (313) 465-7344
                     jcalton@honigman.com

Dated:  October 9, 2014

## CERTIFICATE OF SERVICE

I certify that on October 9, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Pont Solutions, LLC

By: /s/ Judy B. Calton
      Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com

2