UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------x

# WITHDRAWAL OF PROOF OF CLAIM NO. 746

Claimant Singent Consulting LLC, by its attorneys, hereby withdraws its Proof of Claim No. 746 because it has been satisfied.

                                    Respectfully submitted,

                                    HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                    Attorneys for Singent Consulting LLC

                                    By:/s/ Judy B. Calton
                                        Judy B. Calton (P38733)
                                    2290 First National Building
                                    660 Woodward Avenue
                                    Detroit, MI  48226
                                    (313) 465-7344
                                    jcalton@honigman.com

Dated:  October 9, 2014

## CERTIFICATE OF SERVICE

I certify that on October 9, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Singent Consulting LLC


By: /s/ Judy B. Calton
      Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com