UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------x

# WITHDRAWAL OF PROOF OF CLAIM NO. 740

Claimant Singent Consulting LLC, by its attorneys, hereby withdraws its Proof of Claim No. 740 because it has been satisfied.

                Respectfully submitted,

                HONIGMAN MILLER SCHWARTZ AND COHN LLP
                Attorneys for Singent Consulting LLC

                By:/s/ Judy B. Calton
                    Judy B. Calton (P38733)
                2290 First National Building
                660 Woodward Avenue
                Detroit, MI 48226
                (313) 465-7344
                jcalton@honigman.com

Dated: October 9, 2014

## CERTIFICATE OF SERVICE

I certify that on October 9, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Singent Consulting LLC


        By: /s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226
        (313) 465-7344
        jcalton@honigman.com