# EXHIBIT A

```
 1                    MICHAEL HALL

 2        IN THE UNITED STATES BANKRUPTCY COURT

 3        FOR THE EASTERN DISTRICT OF MICHIGAN

 4

 5

 6   In re                      ) Chapter 9

 7   CITY OF DETROIT, MICHIGAN,  ) Case No. 13-53846

 8                  Debtor.  ) Hon. Steven W. Rhodes

 9

10   _____

11

12

13        The Videotaped Deposition of MICHAEL HALL,

14        Taken at 1114 Washington Boulevard,

15        Detroit, Michigan,

16        Commencing at 8:57 a.m.,

17        Wednesday, July 2, 2014,

18        Before Kathryn L. Janes, CSR-3442, RMR, RPR.

19

20

21

22

23

24

25
```

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

| | | |
|---|---|---|
| 1 | | MICHAEL HALL |
| 2 | | what your -- |
| 3 | A. | The last part, last week of September. |
| 4 | Q. | Okay. And then at what point -- so you started |
| 5 | | as just a consultant? |
| 6 | A. | Correct. |
| 7 | Q. | And did you have a consulting contract? |
| 8 | A. | I had a personal service contract with the City. |
| 9 | Q. | Personal service contract. So that's what a PSC |
| 10 | | is? |
| 11 | A. | That's correct. |
| 12 | Q. | You just helped me out with something there. And |
| 13 | | then at what point did it transition to we like |
| 14 | | this gentleman, I think we'd like him to stick |
| 15 | | around on a more full-time basis? |
| 16 | A. | In November I became the director of labor |
| 17 | | relations for the City. |
| 18 | Q. | Okay. And what did you do between the time you |
| 19 | | started in September and November? |
| 20 | A. | I was working over with the police department and |
| 21 | | the fire department. |
| 22 | Q. | And what were you doing, what were your job |
| 23 | | duties? |
| 24 | A. | In labor relations. |
| 25 | Q. | Tell me a little bit more specifically in terms |

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7909-1   Filed 10/09/14   Entered 10/09/14 19:38:02   Page 3 of 14

|     |     |     |
| --- | --- | --- |
| 1   |     | MICHAEL HALL |
| 2   |     | of what you were doing on a day-to-day basis? |
| 3   | A.  | Basically working with the leadership advising |
| 4   |     | them on -- working with them along with the Jones |
| 5   |     | Day team on the labor agreements that we were |
| 6   |     | trying to negotiate. |
| 7   | Q.  | I'm sorry, on the labor? |
| 8   | A.  | Labor agreements we were trying to negotiate. |
| 9   | Q.  | And were there negotiations ongoing at that time? |
| 10  | A.  | Yes. |
| 11  | Q.  | And so was your principal job to advise the City |
| 12  |     | and specifically the police and fire departments |
| 13  |     | on those negotiations? |
| 14  | A.  | Well, I was basically working with the |
| 15  |     | commissioner of the fire department, figuring out |
| 16  |     | okay, what are your real needs that you need and |
| 17  |     | making sure that we were really conveying those on |
| 18  |     | and getting those tied into the labor agreements. |
| 19  |     | And the same thing when I went over to the fire, |
| 20  |     | you know, working with the police -- excuse me, |
| 21  |     | with the police making sure that we are putting |
| 22  |     | into the labor agreements what was going to make |
| 23  |     | the police and fire departments more efficient |
| 24  |     | going forward. |
| 25  | Q.  | And are we primarily talking about here work rule |

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7909-1   Filed 10/09/14   Entered 10/09/14 19:38:02   Page 4 of 14

| | | |
|---|---|---|
| 1 | | MICHAEL HALL |
| 2 | | agreements and you were also overseeing health |
| 3 | | care for active and retired employees? |
| 4 | A. | That's correct. |
| 5 | Q. | Any other principal job functions? |
| 6 | A. | That's it. |
| 7 | Q. | I take it, you were also, when you say you were |
| 8 | | responsible for the administration of collective |
| 9 | | bargaining agreements, does that also include |
| 10 | | negotiating new collective bargaining agreements? |
| 11 | A. | That's correct. |
| 12 | Q. | Is it true when you joined the City -- when you |
| 13 | | became the director of labor relations for the |
| 14 | | City, and did you say that was in November of |
| 15 | | 2013? |
| 16 | A. | That's correct. |
| 17 | Q. | When you became the director of labor relations |
| 18 | | in November of 2013, is it true that the City's |
| 19 | | collective bargaining agreements had all expired? |
| 20 | A. | To the best of my knowledge. |
| 21 | Q. | And is it also true that the City's union |
| 22 | | employees were working under what are called the |
| 23 | | CETs or City employment terms? |
| 24 | A. | That's correct. |
| 25 | Q. | Okay.  So was one of your principal focuses upon |

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7909-1   Filed 10/09/14   Entered 10/09/14 19:38:02   Page 5 of 14

```
 1                    MICHAEL HALL
 2    Q.   I'm sorry, who was it when you were -- when you
 3         started there, I should say?
 4    A.   Valerie Colbert.
 5    Q.   Valerie Colbert, and who was the manager, did you
 6         say of benefits?
 7    A.   Yeah, Wendy Brown was manager of benefits at the
 8         time.
 9    Q.   Now, it looks to me like today you have a
10         different title from director of labor relations;
11         is that correct?
12    A.   I am also the interim director of human resources.
13    Q.   Okay.  So at some point did Mr. Tyler leave?
14    A.   Mr. Tyler -- when the new mayor was elected, he
15         came in in January the 1st and mid January,
16         Mr. Tyler left and the mayor asked me to assume
17         the role of interim director of human resource as
18         well as the labor relations director's job.
19    Q.   So you had two jobs instead of one?
20    A.   That's correct.
21    Q.   And have you been doing Mr. Tyler's job ever
22         since?
23    A.   Yes.
24    Q.   Did you get a raise?
25    A.   No.
```

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7909-1   Filed 10/09/14   Entered 10/09/14 19:38:02   Page 6 of 14

| | | |
|---|---|---|
| 1 | | MICHAEL HALL |
| 2 | | Mr. Tyler was doing so I know what you took over |
| 3 | | for him. So you talked about earlier about the |
| 4 | | fact that he was -- he had general HR |
| 5 | | responsibility for nonunion employees and then |
| 6 | | some union related obligations; do you remember |
| 7 | | that testimony? |
| 8 | A. | Yes. |
| 9 | Q. | Okay. So what -- what were his job functions |
| 10 | | with respect to nonunion employees? |
| 11 | A. | Well, responsible for all the hiring. |
| 12 | Q. | Okay. |
| 13 | A. | All the transfers, promotions, you know, staffing |
| 14 | | for the City, for all the employees. |
| 15 | Q. | I take it that, so it must be quite a different |
| 16 | | animal when you have nonunion employees when it |
| 17 | | comes to setting wages and work rules and so on |
| 18 | | and so forth; is that true? |
| 19 | A. | Pretty much so. |
| 20 | Q. | And how do you do it? Does the City just impose, |
| 21 | | you know, whatever salary it wants to for a |
| 22 | | position rather than having to bargain like it |
| 23 | | would in the labor context? |
| 24 | A. | Well, they have established salary ranges that are |
| 25 | | evaluated on a regular basis. |

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7909-1   Filed 10/09/14   Entered 10/09/14 19:38:02   Page 7 of 14

|   |   |   |
|---|---|---|
| 1 |   | MICHAEL HALL |
| 2 | A. | I'm not sure. |
| 3 | Q. | Okay. And who reports to you on the interim HR |
| 4 |   | side of the house? |
| 5 | A. | I have a deputy that reports to me. |
| 6 | Q. | And who is that? |
| 7 | A. | She just retired last week. |
| 8 | Q. | Oh, man. What was her name? |
| 9 | A. | Kathy Haves. |
| 10 | Q. | Okay. So -- |
| 11 | A. | So I should put all three hats on up here now? |
| 12 | Q. | So she is the only one? |
| 13 | A. | Yes. |
| 14 | Q. | So is the HR department currently just you -- |
| 15 |   | well, I asked you about your direct reports, how |
| 16 |   | big is the HR department including HR and labor |
| 17 |   | relations? |
| 18 | A. | HR, labor, benefits total, I think, 93 people. |
| 19 | Q. | Oh, 93 people, okay. So two of whom report |
| 20 |   | directly to you? |
| 21 | A. | Correct. |
| 22 | Q. | And everybody else reports directly or indirectly |
| 23 |   | up into them? |
| 24 | A. | That's correct. |
| 25 | Q. | Or Ms. Haves until she left? |

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7909-1   Filed 10/09/14   Entered 10/09/14 19:38:02   Page 8 of 14

|     |     | MICHAEL HALL |
|-----|-----|--------------|
| 1   |     |              |
| 2   | A.  | Until Ms. Haves, Valerie, and then the benefits |
| 3   |     | section, so I also had the benefits section |
| 4   |     | reporting directly to me. |
| 5   | Q.  | Okay. So how do -- how, if at all, do pensions |
| 6   |     | factor into the HR department? |
| 7   | A.  | They don't. |
| 8   | Q.  | Okay. So that's a separate -- |
| 9   | A.  | Totally separate. |
| 10  | Q.  | -- function? |
| 11  | A.  | Function. |
| 12  | Q.  | And who handles pensions within the city? |
| 13  |     | MS. KOVSKY-APAP: Objection, form. |
| 14  | BY MR. HACKNEY: | |
| 15  | Q.  | I mean like administration, negotiation, et |
| 16  |     | cetera? |
| 17  | A.  | They have their own team. |
| 18  | Q.  | Okay. Whoever it is, it's not you? |
| 19  | A.  | I don't have any part of it. |
| 20  | Q.  | Okay. Is it fair to say that part of your job as |
| 21  |     | interim HR director and director of labor |
| 22  |     | relations is to keep your finger on the pulse of |
| 23  |     | the City's workforce? |
| 24  |     | MS. KOVSKY-APAP: Objection, form. |
| 25  | A.  | I have to have a good feel of what's going on. |

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7909-1   Filed 10/09/14   Entered 10/09/14 19:38:02   Page 9 of 14

```
 1                         MICHAEL HALL
 2     BY MR. HACKNEY:
 3     Q.   Do you agree with my statement, that that's part
 4          of your job?
 5     A.   Yes.
 6     Q.   And is it fair to say that part of your job is to
 7          be on top of issues that are affecting the City's
 8          ability to retain employees?
 9               MS. KOVSKY-APAP:  Objection to form.
10     A.   Repeat that, please?
11     BY MR. HACKNEY:
12     Q.   You bet.  Is it fair to say that part of your job
13          is to be on top of issues that are affecting the
14          City's ability to retain employees?
15     A.   Correct.
16     Q.   And is it fair to say that part of your job is to
17          be on top of issues that are affecting the City's
18          ability to hire new employees?
19     A.   Correct.
20               MS. KOVSKY-APAP:  Objection to form.
21     BY MR. HACKNEY:
22     Q.   Is it fair to say that part of your job is to be
23          on top of issues that are affecting employee
24          morale of City employees?
25               MS. KOVSKY-APAP:  Objection, form.
```

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7909-1   Filed 10/09/14   Entered 10/09/14 19:38:02   Page 10 of 14

```
 1                        MICHAEL HALL
 2      A.   Yes.
 3   BY MR. HACKNEY:
 4      Q.   Fair to say that part of your job is to be on top
 5           of issues that are affecting the effectiveness of
 6           City employees?
 7                MS. KOVSKY-APAP:  Objection, form.
 8      A.   Yes.
 9   BY MR. HACKNEY:
10      Q.   Those are important parts of your job, right?
11      A.   All parts are important.
12      Q.   Yeah.  And those would be also included in that,
13           correct, as important?
14      A.   Yes.
15      Q.   When you joined the City, whether you consider it
16           in your role as a consultant or director of labor
17           relations, did you take steps to familiarize
18           yourself with the state of the City's workforce
19           upon -- upon joining the City?
20      A.   Would you repeat that?
21      Q.   Sure.  So you come to a new job with the City of
22           Detroit, did you take steps to familiarize
23           yourself with the state of the workforce?
24      A.   Yes.
25      Q.   How many City employees were there when you
```

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7909-1   Filed 10/09/14   Entered 10/09/14 19:38:02   Page 11 of 14

```
 1                    MICHAEL HALL
 2        costed, you know.  You know.
 3   BY MR. HACKNEY:
 4   Q.   You remember that you talked about when you were
 5        in the consultant phase of your time with the
 6        City how you were consulting on negotiations with
 7        the police and fire labor unions?
 8   A.   Correct.
 9   Q.   Since you became director of labor relations,
10        have you also been involved in the negotiations
11        with all of the City's unions?
12   A.   Yes.
13   Q.   What has your role been in those negotiations,
14        meaning where do you fit, are you the lead
15        negotiator for the City?
16   A.   Lead negotiator for the City, yes.  Lead
17        negotiator for the negotiations, our negotiations
18        are really being headed up by the Jones Day team.
19   Q.   Okay.  So you're the -- you're the City contact
20        with respect to collective bargaining agreement
21        negotiations, correct?
22   A.   That's correct.
23   Q.   Are you saying a lot of the negotiating is
24        happening between the lawyers for the union and
25        for the City?
```

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7909-1   Filed 10/09/14   Entered 10/09/14 19:38:02   Page 12 of 14

```
 1                      MICHAEL HALL
 2     A.   That's correct.
 3     Q.   Okay.  So your role is principally consulting
 4          with the Jones Day lawyers about how the
 5          negotiations are going?
 6     A.   And sometimes directly at the table.
 7     Q.   And at some times you're directly there?
 8     A.   Right.
 9     Q.   Okay.  So it's either you're talking to them
10          about what they're talking about with the union's
11          lawyers or you're in a meeting as a principal
12          with the union's principal and counsel?
13     A.   Correct.
14     Q.   The City -- just so you know, this is my
15          knowledge about where you're at on collective
16          bargaining agreements.  There's been an
17          announcement of how would you put it, to have an
18          agreement in principal, however you want, there's
19          been an announcement that some level of agreement
20          has been struck with some number of unions, but
21          not all of them?
22     A.   That's correct.
23     Q.   And do you know whether those agreements have
24          been reduced to collective bargaining agreements
25          yet, formally executed documents?
```

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7909-1   Filed 10/09/14   Entered 10/09/14 19:38:02   Page 13 of 14

1                    MICHAEL HALL
2     questions.
3              MR. MARRIOTT:  Actually I don't think I
4     will.  I think I'm good.
5              MR. HACKNEY:  Lucky day, my friend.
6              MS. KOVSKY-APAP:  Actually just give us
7     about five minutes, if you don't mind.
8              MR. HACKNEY:  Oh, sure.  There may be
9     some redirect.
10             VIDEO TECHNICIAN:  You want to go off?
11             MS. KOVSKY-APAP:  Yes.
12             VIDEO TECHNICIAN:  The time is 1:22
13    p.m., we are off the record.
14                  (Recess taken at 1:22 p.m.)
15                  (Back on the record at 1:28 p.m.)
16             VIDEO TECHNICIAN:  The time is 1:28
17    p.m., we are now on the record.
18             MS. KOVSKY-APAP:  I have no redirect,
19    Mr. Hall.  Thank you very much for your time.
20             THE WITNESS:  Thank you.
21             VIDEO TECHNICIAN:  This concludes the
22    video deposition of Michael Hall.  The time is
23    1:29 p.m., we are now off the record.
24             (The deposition was concluded at 1:29 p.m.
25    Signature of the witness was not requested by

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7909-1   Filed 10/09/14   Entered 10/09/14 19:38:02   Page 14 of 14