# EXHIBIT B

```
 1              IN THE UNITED STATES BANKRUPTCY COURT
 2              FOR THE EASTERN DISTRICT OF MICHIGAN
 3
 4
 5    In re                          ) Chapter 9
 6    CITY OF DETROIT, MICHIGAN,     ) Case No. 13-53846
 7                   Debtor.         ) Hon. Steven W. Rhodes
 8
 9    _____
10
11
12         The Videotaped Deposition of GARY EVANKO,
13         Taken at 1114 Washington Boulevard,
14         Detroit, Michigan,
15         Commencing at 9:01 a.m.,
16         Tuesday, June 24, 2014,
17         Before Kathryn L. Janes, CSR-3442, RMR, RPR.
18
19
20
21
22
23
24
25
```

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

| | | |
|---|---|---|
| 1 | | to their charter has a Board of Assessors in which |
| 2 | | it's contemplated that there would be thirty persons |
| 3 | | that would serve on that board, one of which must be |
| 4 | | the chief assessor and I was hired to be the chief |
| 5 | | assessor. |
| 6 | Q. | I see. Is it fair to say that you run the Assessor's |
| 7 | | Office? |
| 8 | A. | I run the Assessor's Office jointly with a gentleman |
| 9 | | who I consider my partner, Mr. Alvin Horhn, and we |
| 10 | | divide responsibilities with regard to the management |
| 11 | | of our department. Mr. Horhn is principally |
| 12 | | responsible for administration, personnel and |
| 13 | | technology matters. My responsibilities lie with the |
| 14 | | valuation of property. |
| 15 | Q. | Is Mr. Horhn also a Level 4 assessor? |
| 16 | A. | No, he's not. I am the only Level 4 assessor in the |
| 17 | | Detroit Assessor's Office. |
| 18 | Q. | How did you learn of the opportunity in the Detroit |
| 19 | | office? |
| 20 | A. | I had been recruited by the City of Detroit for quite |
| 21 | | some time. In fact, the first time I was recruited |
| 22 | | was actually under the Archer administration while I |
| 23 | | was still with Wayne County. However, more recently |
| 24 | | during 2012 and 2013, the persons that were serving as |
| 25 | | the assessors and on the Board of Assessors for the |

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt    Doc 7909-2    Filed 10/09/14    Entered 10/09/14 19:38:02    Page 3 of 8

1  A.  I would expect that it would be renewed.
2  Q.  I think it's going to be renewed as well.
3          How would you describe your job duties in
4      the City of Detroit's Assessor's Office?
5  A.  Obviously, I have the responsibilities to assure the
6      lawful compli -- compilation of the annual assessment
7      rolls as well as the tax rolls.  In addition to that,
8      my responsibilities have been to proceed with a
9      general reappraisal of the city of Detroit.
10 Q.  Anything else?
11 A.  Quite frankly, I think that's enough.
12 Q.  It is.  I guess I meant more, I kind of thought that
13     you were the gentleman that ran things in the
14     Assessor's Office in terms of overseeing people in the
15     office and making sure everybody's doing what they're
16     supposed to be doing, but let me know if that's not
17     correct?
18 A.  That's not correct.  As I indicated to you previously,
19     the Board of Assessors consisted of Alvin Horhn and
20     myself, and as I indicated previously, the way we have
21     divided responsibilities is that Mr. Horhn is
22     primarily responsible for administration, personnel,
23     and technology.  And so when it comes to supervising
24     employees, that would be Mr. Horhn's primary
25     responsibility.  You know, given the fact that he is a

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt    Doc 7909-2    Filed 10/09/14    Entered 10/09/14 19:38:02    Page 4 of 8

1           the Assessor's Office?

2    A.    Sure.

3    Q.    What are, what you would describe, as the core

4          functions of the Detroit Assessor's Office?

5    A.    The core --

6    Q.    Or maybe I should -- maybe I should rephrase that,

7          Mr. Evanko, because maybe I should ask you, what are

8          the core functions of a well-operating assessor's

9          office, and then we'll talk about the extent to which

10         those map onto Detroit's.  That may be a more

11         efficient way for us to go forward.

12   A.    An assessor's office obviously has the responsibility

13         to value property.  And in fact, it is the assessor's

14         responsibility to value every property within the

15         jurisdiction that's not specifically exempt, both real

16         and personal property.  The Assessor's Office is also

17         responsible for administering the procedures

18         prescribed by the General Property Tax Act and other

19         related statutes that involved the valuation and

20         taxation of property.

21   Q.    Any other functions that you would consider core?

22   A.    Assisting the public.

23   Q.    Okay.  Let me give you an example of one that I

24         thought you might say, and you can tell me.  I had

25         also thought that a core function of the Assessor's

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt    Doc 7909-2    Filed 10/09/14    Entered 10/09/14 19:38:02    Page 5 of 8

204

| | | |
|---|---|---|
| 1 | Q. | Is there anyone else in the Assessor's Office that you |
| 2 | | know is having these types of conversations with Ernst |
| 3 | | & Young about future property revenues? |
| 4 | A. | There's -- there's nobody in my office that could |
| 5 | | assist there. If I -- if I don't know what's |
| 6 | | happening next year, I don't know who would be bold |
| 7 | | enough to say they know what's going to happen next |
| 8 | | year or the year after. |
| 9 | Q. | Well, that was my next question, which is: Isn't it |
| 10 | | fair to say that you're the person that's the most -- |
| 11 | | likely the most knowledgeable in the City of Detroit |
| 12 | | government regarding what property tax revenues are |
| 13 | | likely to be in the future? |
| 14 | A. | I guess to the extent that I survived six months, that |
| 15 | | makes me the expert, right? |
| 16 | Q. | That's how I -- that's how I view it. |
| 17 | A. | Okay. |
| 18 | Q. | But do you agree with my -- do you agree with my |
| 19 | | statement? |
| 20 | A. | And the statement was what again? |
| 21 | Q. | That you are likely the person that is the most |
| 22 | | knowledgeable in the City of Detroit government |
| 23 | | regarding what property tax revenues are likely to be |
| 24 | | in the future? |
| 25 | | MR. STEWART: Objection. |

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7909-2   Filed 10/09/14   Entered 10/09/14 19:38:02   Page 6 of 8

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7909-2   Filed 10/09/14   Entered 10/09/14 19:38:02   Page 6 of 8

```
 1    A.   To the extent that I am the chief assessor for the
 2         City of Detroit am responsible for valuing property, I
 3         am the closest, but yet I can tell you today that I
 4         cannot tell you whether the assessments in any class
 5         are going to be going up, down or staying the same
 6         next year.
 7  BY MR. HACKNEY:
 8    Q.   Okay.  Or in future years?
 9    A.   If I don't know next year, the year after is totally
10         out of the question.
11    Q.   And I take it, that you have not provided any
12         documents to Ernst & Young in connection with property
13         valuation or property tax forecasts?
14    A.   I can tell you that I've provided Ernst & Young with
15         no documents.
16    Q.   And by that I mean, e-mail communications, reports,
17         anything?
18    A.   Again, I mean, there's e-mails, I mean, but it was
19         questions with regard to historical numbers.
20    Q.   Okay.  That was on the ad valorem taxes?
21    A.   Versus Renaissance, yes.
22    Q.   I'm putting that to one side.  I'm talking about
23         future property valuations, future property revenues,
24         you have not had any communications, written or
25         electronic, with Ernst & Young on that subject?
```

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt    Doc 7909-2    Filed 10/09/14    Entered 10/09/14 19:38:02    Page 7 of 8

1   A.   No.

2   Q.   Okay. So even if we got a list of land bank property,

3       you wouldn't have an assessed value for that property?

4   A.   To the extent that it was owned by the city or owned

5       by the land bank, as of December 31 of 2013, it would

6       have a zero assessment for 2014.

7   Q.   Okay. Even though it has zero taxability, you don't

8       assess it, right? I just want to be clear on that.

9   A.   Any property that qualifies for exemption is not being

10      assessed.

11   Q.   Okay. Thank you.

12            MR. ESSAD: I have nothing further.

13            THE WITNESS: Thank you.

14            MR. HACKNEY: We can go off the record, I

15      think, unless Mr. Stewart has redirect.

16            MR. STEWART: No, no, I don't, thank you.

17            VIDEO TECHNICIAN: The time is 5:10 p.m.,

18      we are off the record.

19            (The deposition was concluded at 5:10 p.m.

20          Signature of the witness was not requested by

21          counsel for the respective parties hereto.)

22

23

24

25

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

13-53846-tjt   Doc 7909-2   Filed 10/09/14   Entered 10/09/14 19:38:02   Page 8 of 8