# EXHIBIT 1

**PROPOSED ORDER**

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____x
: **Chapter 9**
**In re:** : **Case No. 13-53846**
**CITY OF DETROIT, MICHIGAN**, : **Hon. Steven W. Rhodes**
Debtor. :
:
:
_____

CITIZENS UNITED AGAINST
CORRUPT GOVERNMENT,
    Plaintiff,                                      Adv. Case No._____

V

DETROIT CITY COUNCIL,
    Defendant.

_____

### ORDER GRANTING PETITIONERS ROBERT DAVIS' AND CITIZENS UNITED AGAINST CORRUPT GOVERNMENT'S EMERGENCY MOTION FOR REMAND

This matter coming before the Court on Petitioners' Emergency Motion for Remand and the Court having determined that the legal and factual bases as set out in the motion establish just cause for relief;

**IT IS HEREBY ORDERED THAT:**

A. The Emergency Motion for Remand is **GRANTED.**

B. Petitioners' Open Meetings Act lawsuit, Wayne County Case No. 14-012633-AW ("OMA Lawsuit"), shall be and is hereby remanded to the Wayne County Circuit Court. Petitioners' OMA Lawsuit shall be allowed to immediately proceed before

Wayne County Circuit Court Judge Annette J. Berry. The Wayne County Circuit Court is the proper venue and forum to adjudicate Petitioners' claims as alleged in the OMA Lawsuit.

C. Petitioners' request for sanctions against the Detroit City Council and their legal counsel is reserved.

D. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

E. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.