# EXHIBIT 2

## NOTICE OF EMERGENCY MOTION FOR REMAND

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____x
                                            :   **Chapter 9**
**In re:**                                  :   **Case No. 13-53846**
**CITY OF DETROIT, MICHIGAN**,              :   **Hon. Steven W. Rhodes**
      Debtor. :
                                            :
                                            :
_____

CITIZENS UNITED AGAINST
CORRUPT GOVERNMENT,
      Plaintiff,                    Adv. Case No._____

V

DETROIT CITY COUNCIL,
      Defendant.

_____

### NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

Petitioners Robert Davis and Citizens United Against Corrupt Government (collectively "Petitioners") have filed papers with the court for an Emergency Motion for Remand.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant Petitioners' Emergency Motion for Relief From Automatic Stay the time for a party to take any action or file objections to Petitioners' Emergency Motion for Remand, or if you want the court to consider your views on the motion, the deadline to file an objection to the Emergency Motion is within fourteen (14) days after

service.  Objections shall comply with F.R.Civ.P.8(b)(c) and (e).  Accordingly, within fourteen (14) days after service, you or your attorney must:

File with the court a written request for a hearing or, if the court requires a written response, an answer, explaining your position at:

> United States Bankruptcy Court
> 211 West Fort
> Detroit, MI 48226

If you mail your request/response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

You must also mail a copy to:
> Andrew A. Paterson
> Attorney for Petitioners
> 46350 Grand River, Suite C
> Novi, MI 48374
> (248) 568-9712
> Aap43@hotmail.com

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.  If an objection is not timely filed, the court may grant the motion without a hearing.

Dated: October 9, 2014                     /s/Andrew A. Paterson
                                           Attorney for Petitioners
                                           46350 Grand River, Suite C
                                           Novi, MI 48374
                                           (248) 568-9712
                                           Aap43@hotmail.com