# EXHIBIT 4

## CERTIFICATE OF SERVICE

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____x

| | | |
|---|---|---|
| | : | **Chapter 9** |
| **In re:** | : | **Case No. 13-53846** |
| **CITY OF DETROIT, MICHIGAN**, | : | **Hon. Steven W. Rhodes** |
| Debtor. | : | |
| | : | |
| | : | |

_____

CITIZENS UNITED AGAINST
CORRUPT GOVERNMENT,
      Plaintiff,                                   Adv. Case No._____

V

DETROIT CITY COUNCIL,
      Defendant.

_____

## **CERTIFICATE OF SERVICE**

      I, ANDREW A. PATERSON, certify that the foregoing *Petitioner's Emergency Motion for Remand* was filed and served via the Court's electronic case filing and noticing system this 9th day of October, 2014, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                                /S/ Andrew A. Paterson\_(P18690)_____
                                                Attorney for Petitioners
                                                46350 Grand River, Suite C
                                                Novi, MI 48374
                                                (248) 568-9712
                                                Aap43@hotmail.com

P18690