# EXHIBIT 6

## Exhibits A-C

**Exhibit A- Judge Rhodes' September 30, 2014 Order Granting Relief from Automatic Stay**

**Exhibit B- Wayne County Circuit Judge Annette Berry's October 1, 2014 TRO**

**Exhibit C- Detroit City Council's Notice of the Filing of A notice of Removal and Notice of Removal**