# EXHIBIT 1

## PROPOSED ORDER

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____x
                                    :   Chapter 9
**In re:**                          :   Case No. 13-53846
**CITY OF DETROIT, MICHIGAN**,      :   Hon. Steven W. Rhodes
          Debtor.                   :
                                    :
                                    :
_____

**ORDER GRANTING PETITIONERS ROBERT DAVIS' AND CITIZENS UNITED AGAINST CORRUPT GOVERNMENT'S *EX PARTE* MOTION FOR AN ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING**

This matter coming before the Court on Petitioners Robert Davis' and Citizens United Against Corrupt Government's (collectively "Petitioners") *Ex Parte* Motion for An Order Shortening Notice and Scheduling an Expedited Hearing with Respect to Petitioners' Emergency Motion for Remand. The Court having reviewed the *Ex Parte* Motion; having found that (i) the Court has jurisdiction over this matter pursuant to Fed.R.Bankr.P. 9027(d), and 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) notice of the *Ex Parte* Motion was sufficient under the circumstances; having determined after due deliberation that good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

A. The *Ex Parte* Motion is **GRANTED.**

B. A hearing with respect to Petitioners' Emergency Motion for Remand shall be held on Friday, October 9, 2014 at 11:00 a.m. before the Hon. Steven Rhodes in Courtroom 101, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd.,

Detroit, MI 48226.

C. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

D. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.