# EXHIBIT 4

**CERTIFICATE OF SERVICE FOR *EX PARTE* MOTION**

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____x
:  **Chapter 9**
**In re:**  :  **Case No. 13-53846**
**CITY OF DETROIT, MICHIGAN**,  :  **Hon. Steven W. Rhodes**
Debtor.  :
:
:
_____

## CERTIFICATE OF SERVICE

     I, ANDREW A. PATERSON, certify that the foregoing *Petitioner's Ex Parte Motion For an Order Shortening Notice And Scheduling An Expedited Hearing With Respect To Petitioners' Emergency Motion for Remand* was filed and served via the Court's electronic case filing and noticing system this 9th day of October, 2014, which will send notification of such filing to all attorneys and parties of record registered electronically.

          /S/ Andrew A. Paterson_(P18690)_____
          Attorney for Petitioners
          46350 Grand River, Suite C
          Novi, MI 48374
          (248) 568-9712
          Aap43@hotmail.com
          P18690