UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                   Chapter 9
                                                                  13-53846-swr

City of Detroit, Michigan                       Judge Steven W. Rhodes

Debtor(s)
_____/

## STIPULATION GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)

The City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and CitiMortgage, Inc., by and through its counsel, Orlans Associates, P.C., hereby stipulate to the entry of the proposed Order attached as **Exhibit A**.

Approved for entry:

DATED: October 9, 2014

| | |
|---|---|
| /s/   Elizabeth M. Abood-Carroll | /s/ Eric D. Carlson (with consent) |
| Craig B. Rule, P67005 | Eric D. Carlson (P60277) |
| Elizabeth M. Abood-Carroll, P46304 | MILLER, CANFIELD, PADDOCK & |
| Heather D. McGivern, P59393 | STONE, P.L.C. |
| Orlans Associates, P.C. | Attorneys for City of Detroit |
| Attorneys for CitiMortgage, Inc. | 150 West Jefferson |
| P.O. Box 5041 | Suite 2500 |
| Troy, MI 48007 | Detroit, Michigan 48226 |
| (248) 502-1400 | Telephone: (313) 963-6420 |
| Email: eabood-carroll@orlans.com | Facsimile: (313) 496-7500 |
| Orlans file: 14-014779 | carlson@millercanfield.com |

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In The Matter of: | Chapter 9 |
| | 13-53846-swr |
| City of Detroit, Michigan | Judge Steven W. Rhodes |
| Debtor(s) | |
| _____/ | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)**

This matter having come before this Court on the Stipulation Granting Relief from the Automatic Stay; the City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and CitiMortgage, Inc., by and through its counsel, Orlans Associates, P.C having stipulated to the following; and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that the automatic stay is modified to allow CitiMortgage, Inc., its successors or assigns, to foreclose on the property known as 16061 Liberal, Detroit, Michigan 48205; that F.R.B.P.4001(a)(3), is waived; that this order shall be served by CitiMortgage, Inc., on the Debtor and all others with an interest in the subject property.