<pre>
 1                 UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF MICHIGAN
 2                       SOUTHERN DIVISION

 3  IN THE MATTER OF,            Case No. 13-53846
                                 Detroit, Michigan
 4  CITY OF DETROIT, MI          September 10, 2014
    _____/  8:30 a.m.
 5
      IN RE: JOINT MOTION TO ADJOURN HEARING RE: AMENDED CHAPTER 9
 6          PLAN BY SYNCORA AND THE CITY OF DETROIT; TRIAL
                  BEFORE THE HONORABLE STEVEN W. RHODES
 7             TRANSCRIPT ORDERED BY: ROBIN WYSOCKI

 8  APPEARANCES:

 9  For the City of Detroit, MI:  THOMAS CULLEN, ESQ.
                                  Jones, Day
10                                51 Louisiana Avenue, N.W.
                                  Washington, D.C. 20001
11                                202-879-3939

12                                HEATHER LENNOX, ESQ.
                                  Jones, Day
13                                222 East 41st Street
                                  New York, NY 10017-6702
14                                212-326-3939

15  For Syncora Guarantee, Inc.:  RYAN BENNETT, ESQ.
                                  STEPHEN HACKNEY, ESQ.
16                                Kirkland & Ellis
                                  300 N. LaSalle
17                                Chicago, IL 60654
                                  312-861-2000
18
    For FGIC:                     ALFREDO PEREZ, ESQ.
19                                Weil, Gotshal & Manges
                                  700 Louisiana Street
20                                Suite 1600
                                  Houston, TX 77002
21                                713-223-2900

22  For the Official Committee    CLAUDE MONTGOMERY, ESQ.
    Of Retirees:                  Dechert, LLP
23                                12215 Avenue of the Americas
                                  25th Floor
24                                New York, NY 100320-1089
                                  212-698-3500
25
</pre>

```
 1 │ For COPS:                      JONATHAN WAGNER, ESQ.
   │                                Kramer, Levin, Naftalis &
 2 │                                Frankel
   │                                1177 Avenue of the Americas
 3 │                                New York, NY 10036
   │                                212-715-9100
 4 │
   │ Court Recorder:                LaShonda Moss
 5 │
   │ Transcriber:                   Deborah L. Kremlick
 6 │
   │
 7 │
   │ Proceedings recorded by electronic sound recording, transcript
 8 │ produced by transcription service.
   │
 9 │
   │
10 │
   │
11 │
   │
12 │
   │
13 │
   │
14 │
   │
15 │
   │
16 │
   │
17 │
   │
18 │
   │
19 │
   │
20 │
   │
21 │
   │
22 │
   │
23 │
   │
24 │
   │
25 │
```

1    (Court in Session)

2          THE CLERK:  Case number 13-53846.

3          THE COURT:  Good morning.  It appears everyone is

4    here.

5          MR. CULLEN:  May it please the Court, Your Honor,

6    Thomas Cullen of Jones, Day representing the city.

7       Last night we filed a joint motion with Syncora seeking a

8    brief continuance in these proceedings.  Also last night Mr.

9    Orr sent to the city council for approval a settlement

10   agreement with Syncora which we think is a fairly significant

11   development in the case.  May I hand that up to the Court?

12         THE COURT:  Sure.

13         MR. CULLEN:  In light of this settlement in

14   principal and this term sheet, we think it would be useful in

15   order to allow the parties to work together on definitive

16   documentation and to allow the other parties to re-assess

17   their path forward in this litigation in light of these

18   changed circumstances to have a brief continuance in the

19   proceeding.

20      I'm advised by the attorneys for FGIC, and they can of

21   course speak for themselves, that they do not oppose the

22   continuance and they would -- they would like to have it go

23   until Monday.  They think that that would be easier for

24   reasons that they can explain.  We have no -- we have no

25   objection to that.  That's all I have, Your Honor.

1      THE COURT:  Thank you.  Would anyone like to be

2  heard regarding --

3      MR. CULLEN:  Oh, one other -- one other -- I'm

4  sorry.  I also have with -- here in the courtroom today, Ms.

5  Ball who can speak to the terms and procedures of the

6  settlement to the extent that the Court thinks it's

7  appropriate.  Ms. Lennox who can speak to where we -- where we

8  are in terms of folding this settlement into the plan in terms

9  of additional documentation and in terms of papers that were

10  placed -- be placed before the Court.

11      THE COURT:  Okay.  Well, I guess I would like to

12  hear from Ms. Lennox on that question.

13      MR. CULLEN:  Yes.

14      MS. LENNOX:  Thank you, Your Honor.  Good morning.

15  Heather Lennox, Jones, Day.

16      Obviously this settlement would have to be reflected in a

17  new amended plan because it does change and improve the

18  treatment for the Class 9 claimants.  There are other factors

19  of the settlement that would also have to be put into the

20  plan.

21      We are in the process of re-drafting the plan right now.

22  There are a few mechanical issues that need to be worked out.

23  And so until definitive documentation is complete, we won't be

24  able to complete the new draft of the plan.

25      Again, we don't expect the changes to be extensive in

1  terms of verbiage, but they would be significant in terms of

2  settlement.  So we would expect that when the definitive

3  documentation is completed to be filing a seventh amended plan

4  with the Court.

5          THE COURT:  Okay.  Would anyone else like to be

6  heard regarding this matter?

7          MR. BENNETT:  Good morning, Your Honor.  Ryan

8  Bennett of Kirkland and Ellis on behalf of Syncora.

9      Your Honor, over the past couple weeks Syncora worked

10  with the city and the mediators to develop a set of creative

11  transactions which we seek to unlock additional value in

12  connection with the city's restructuring.  This intended

13  result is not just a partnership of plan confirmation, but a

14  partnership for the future of Detroit.

15      The proposed transaction currently contains certain

16  contingencies that are going to need to be worked out over the

17  next couple of days, specifically one with respect to Syncora

18  and the city and the city's swap providers, Bank of America

19  and UBS.  Specifically for Syncora and Detroit to get the --

20  the benefit out of the deal.  The UBS and Bank of America are

21  going to need to provide Syncora with the same release that

22  they're providing to -- that they're -- that they're -- the

23  same release that the city is providing to them.

24      Syncora believes that given its counter claims and

25  defenses, a release should not be a material concession.

1        MR. CULLEN:  I'm sorry, no.  We're moving toward the

2   same side of the aisle.  But I think we're getting -- I think

3   we're getting into mediation protected areas now.  And I don't

4   think that's appropriate for the Court.

5        THE COURT:  I don't feel the need to have all of

6   this put on the record now.  Is that okay with you, sir?

7        MR. BENNETT:  Understood, sir, yes.  We're hopeful

8   that we reach an agreement with UBS, and Bank of America, and

9   the city.  Thank you.

10       MR. PEREZ:  Good morning, Your Honor.  Alfredo Perez

11  on behalf of FGIC.

12       Your Honor, we learned about this last night and Ms. Ball

13  was kind enough to provide us copies of the documents late

14  last night.  But, Your Honor, we would request that the

15  continued be till Monday.  At that time we'll be able to

16  better assess what it is that we're going to have to -- what

17  we're going to tell you.

18       We need to understand it's not -- I've read it twice and

19  it's still -- I'm still having a hard time understanding it.

20  We certainly don't have any value -- any values, so we're

21  trying to figure out what the values are.  Obviously we

22  haven't had a chance to consult with the client, we're going

23  to need to do that.

24       In addition, Your Honor, you know, by our count there's

25  probably ten to 15 witnesses that we're going to have to

1  rejigger in order -- in order to go forward.  So I would

2  request that we really -- first of all, we'd like to see the

3  definitive documents.  We'd like to see the plan amendment.  I

4  don't know whether there's going to be a supplemental

5  disclosure statement which describes the values attributable

6  and the -- and the recoveries.

7      So I -- I leave that to them.  But we're going to need

8  to, you know, have an opportunity to fully explore all of that

9  before we're going to be in a -- in a -- in a good position to

10  -- to continue.

11          THE COURT:  Well, I -- I want to share some of the

12  concern that you have expressed here.  And I'm certainly

13  willing to adjourn the trial until Monday.  But if you want

14  any relief beyond that, we're going to have to have a further

15  conversation about it.

16          MR. PEREZ:  Your Honor, and -- and -- and --

17          THE COURT:  In the absence of a further order of the

18  Court you should be prepared to proceed with trial Monday

19  morning.

20          MR. PEREZ:  And, Your Honor, understood.  But I hope

21  the Court is also fair given -- given the circumstances that

22  we don't even really know what's happening yet.

23          THE COURT:  Always.

24          MR. PEREZ:  Thank you.  And Your Honor, to the

25  extent -- we'll file the appropriate pleading to the extent

1 that -- that we need relief.

2     THE COURT:  Of course.  All right.  I want to ask

3 you, sir, to be extremely circumspect in what you put on the

4 record right now.  In fact, I want you to consider whether you

5 need to put anything on the record.

6     MR. MONTGOMERY:  Yes, Your Honor.  We are not

7 objecting to the continuance.  We are, as you know, a plan

8 supporter.  We are, as you know -- Claude Montgomery, by the

9 way, Your Honor, for the committee.

10    We are in fact plan supporters of the sixth amended plan.

11 We do not know what our position is with respect to this

12 document that was circulated last night.  And I just wanted

13 the Court to understand that.

14     THE COURT:  Anyone else want to be heard?

15     MR. WAGNER:  Your Honor, Jonathan Wagner from

16 Kramer, Levin on behalf of the COPS.  We join in FGIC's

17 request.  I'd also note that I believe the first day of trial

18 you said September 15th is the date to hear the Kopacz motion.

19 I want to just put that on your radar screen and note that

20 that may have to be put off as well.

21     THE COURT:  I did remember that.  Thank you.

22    All right.  For the record, I will enter an order

23 adjourning the trial until Monday morning at 8:30.  I do feel

24 the need, however, to speak to Ms. Lennox and Mr. Bennett

25 briefly at the side of the bench before we adjourn for the

1 | day.  So everyone please just stand by while we do that.

2 |     (Off the Record Discussion at Side Bar)

3 |         THE COURT:  All right.  Thank you for your patience.

4 | At this time we will be in recess until Monday at 8:30.  I

5 | would, however, like to see one representative of the city and

6 | one representative of FGIC in my office, or in Ms. Cook's

7 | office back here.

8 |         MR. HACKNEY:  Your Honor, I'm sorry.  I was just

9 | wondering if I could follow up on what Mr. Wagner said which

10 | is could we -- could we impose upon the Court to specify in

11 | the order whether or not Monday will still be Ms. Kopacz's day

12 | or not.

13 |         THE COURT:  Oh.  I -- I intended it to be.

14 |         MR. HACKNEY:  Okay.  So --

15 |         THE COURT:  Is there -- is there some reason why we

16 | should reconsider that?

17 |         MR. HACKNEY:  There isn't, I just wanted to know.

18 |         THE COURT:  Yeah.

19 |         MR. HACKNEY:  Yeah.

20 |         THE COURT:  Okay.  Well, I -- yeah.  She's -- she's

21 | planning to be here and --

22 |         MR. HACKNEY:  Makes sense to me.

23 |         THE COURT:  I think we should just proceed with our

24 | order.  Okay.

25 |     (Court Adjourned at 8:41 a.m.)

1

2

3

4

5

6

7   We certify that the foregoing is a correct transcript from the

8   electronic sound recording of the proceedings in the

9   above-entitled matter.

10

11  /s/Deborah L. Kremlick, CER-4872          Dated: 9-14-14
    LaShonda Moss
12

13

14

15

16

17

18

19

20

21

22

23

24

25