UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN<br><br>Debtor | Case No. 13-53846<br><br>Chapter 9<br><br>Hon. Steven W. Rhodes |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the Macomb Interceptor Drain Drainage District filed (1) *Macomb Interceptor Drain Drainage District's Motion to Extend Response Deadline to Motion for Summary Judgment (I) Pursuant to Rule 56(d) of the Federal Rules of Civil Procedure or (II) Due to Circumstances of Chapter 9 Case* [Dkt. No. 7929] and (2) *Ex Parte Motion of Macomb Interceptor Drain Drainage District for Entry of an Order Shortening Notice and Scheduling an Expedited Hearing with Respect to the Motion to Extend Response Deadline to Motion for Summary Judgment (I) Pursuant to Rule 56(d) of the Federal Rules of Civil Procedure or (II) Due to Circumstances of Chapter 9 Case* [Dkt. No. 7930] with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record and also via electronic mail transmission to Debtors' counsel as detailed below:

| David Heiman - dgheiman@jonesday.com | Heather Lennox – hlennox@jonesday.com |
|---|---|
| Stephen LaPlante – laplante@millercanfield.com | Bruce Bennett – bbennett@jonesday.com |
| Jerome Watson - watson@millercanfield.com | Gregory Shumaker – gshumaker@jonesday.com |
| Jonathan Green – greenj@millercanfield.com | |

Dated: October 13, 2014

                DECHERT LLP

                By: /s/ *Allan S. Brilliant*
                Allan S. Brilliant
                Stephen M. Wolpert
                1095 Avenue of the Americas
                New York, NY 10016
                Telephone: (212) 698-3500
                Facsimile: (212) 698-3599
                allan.brilliant@dechert.com
                stephen.wolpert@dechert.com

                *Attorneys for Macomb Interceptor Drain*
                *Drainage District*