UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

**ORDER APPROVING COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF ATTORNEYS TO THE COURT'S EXPERT WITNESS**

Upon consideration of the application (Dkt. # 7779) (the "Application") of Stephen D. Lerner of Squire Patton Boggs (US) LLP ("Applicant"), for compensation and reimbursement of expenses in respect of services rendered as attorneys for Martha E. M. Kopacz of Phoenix Management Services, the Court's appointed expert witness in the above-captioned case, for the period extending from August 1, 2014 through and including August 31, 2014 (the "Application Period"); this Court having entered an order dated April 22, 2014 (Dkt. # 4215) ("Appointment Order")[1] regarding the appointment of Ms. Kopacz as its expert witness; due and proper notice of the Application having been given to all parties entitled thereto; the Court having jurisdiction over the subject matter of and the parties to the Application; the Court having reviewed the Application and determined that good cause exists to grant the relief sought in the Application; it is hereby ORDERED:

1. The Application is allowed as provided herein.

2. Applicant is hereby allowed $60,998.85 in compensation for fees for the Application Period (the "Allowed Fees").

---

[1] Capitalized terms not otherwise defined carry the same meaning ascribed to them in the Appointment Order.

3. Applicant is hereby allowed $11,313.87 in expense reimbursement for the Application Period (the "<u>Allowed Expenses</u>" and, together with the Allowed Fees, the "<u>Allowed Fees and Expenses</u>").

4. The City is authorized and directed to promptly pay to Applicant the Allowed Fees and Expenses in the aggregate amount of $72,312.72 for the Application Period, in accordance with the payment instructions included in the Application.

.

**Signed on October 14, 2014**

                                                                            /s/ Steven Rhodes
                                                                            **Steven Rhodes**
                                                                            **United States Bankruptcy Judge**