UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
    Debtor.                     Hon. Steven W. Rhodes
_____/

### Order Requiring Additional Information from the Fee Examiner

The Court concludes that its consideration of whether to confirm the City's plan of adjustment would be expedited by obtaining further information from the fee examiner.

Accordingly, it is hereby ordered that by October 17, 2014, the fee examiner shall file a paper disclosing:

(1) The total of each professional's fees that the fee examiner has determined to be reasonable, from the filing of the case through March 31, 2014;

(2) The total of each professional's expenses that the fee examiner has determined to be reasonable, from the filing of the case through March 31, 2014

(3) The sum of such fees and expenses for each professional; and,

(4) The sum of all such fees and expenses.

.

**Signed on October 14, 2014**

                          /s/ Steven Rhodes
                        **Steven Rhodes**
                        **United States Bankruptcy Judge**