UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-SWR
Chapter 9
Hon. Steven W. Rhodes

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that L. Nichole Hunter of the Allen Law Group, P.C. hereby enters her appearance in substitution for Ronald C. Liscombe, and as counsel for the Public Lighting Authority in the above-captioned case.

Respectfully submitted,

/s/ L. Nichole Hunter
L. Nichole Hunter (P70621)
Allen Law Group, P.C.
3011 West Grand Boulevard
2500 Fisher Building
Detroit, MI 48202

Dated: October 14, 2014

nhunter@alglawpc.com