**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**


In re:                                                                    Chapter 9
City of Detroit, Michigan,                                   Case No. 13-53846
      Debtor.                                                     Hon. Steven W. Rhodes
_____/


### Order Denying Motion for Expedited Hearing on Motion to Remand (Dkt. #7911)

      The plaintiffs have filed a motion for an expedited hearing on their "emergency" motion to remand.  The Court concludes that the motion fails to establish any emergency, let alone any prejudice, that warrants granting the extraordinary process that they seek.  Accordingly, it is hereby ordered that the motion for an expedited hearing is denied.


.

**Signed on October 14, 2014**

                                  **/s/ Steven Rhodes**
                                  **Steven Rhodes**
                                  **United States Bankruptcy Judge**