# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Requiring Response to Motion for Reconsideration

The City has filed a motion to reconsider the Order Granting Petitioner Robert Davis' and Citizens United Against Corrupt Government's Emergency Motion for Relief from the Automatic Stay. (Dkt. #7900) Pursuant to LBR 9024-1(a)(2) (E.D. Mich.), it is hereby ordered that the respondents shall file a response to the motion by October 28, 2014.

**Signed on October 14, 2014**

                                                            /s/ Steven Rhodes  
                                                            Steven Rhodes  
                                                            United States Bankruptcy Judge