UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
    Debtor.                     Hon. Steven W. Rhodes
_____/


### Order Denying Motion of Macomb Interceptor Drain Drainage District to Extend Response Deadline to Motion for Summary Judgment (Dkt. #7929) and Denying Motion for Expedited Hearing (Dkt. #7930)

    Macomb Interceptor Drain Drainage District has filed a motion to extend the response deadline to a motion for summary judgment that the City filed on October 8, 2014. The Court concludes that no hearing is necessary to resolve the motion.

    The motion frivolously contends that contrary to the 14-day notice that the City provided with its motion, the appropriate response time is 21 days under the district court's local rules. The local rules of the bankruptcy court apply in this bankruptcy case and under LBR 9014-1 (E.D. Mich.), the deadline to file a response to a motion is 14 days, with certain exceptions not applicable here.

    The motion requests an extension of time until 5 days after the conclusion of discovery (April 6, 2015), or in the alternative, until 30 days after the motion for summary judgment was filed. It contends that discovery is necessary to adequately respond to the motion, which is over 40 pages with over 1000 pages of exhibits.

    The difficulty with the motion to extend is that it more than amply demonstrates that the movant does not need an extension. The motion argues in 8 concise pages why the motion for summary judgment should be denied, and the motion is supported by a detailed and substantive affidavit of 10 pages that could well serve as an affidavit in opposition to the motion for summary judgment.

    The Court further rejects the movant's assertion that its obligations to participate in the mediation process and in the ongoing confirmation hearing interfere with its ability to prepare a timely response. Simply stated, the record does not support this assertion.

    Accordingly, it is hereby ordered that the motion of Macomb Interceptor Drain Drainage District to extend the response deadline to the City's motion for summary judgment and its motion for an expedited hearing are denied.

**Signed on October 14, 2014**

                                                                   **/s/ Steven Rhodes**

**Steven Rhodes**
**United States Bankruptcy Judge**