UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Chapter 9
City of Detroit, Michigan,                                  Case No. 13-53846
    Debtor.                             Hon. Steven W. Rhodes
_____/

### Notice Regarding Plan Confirmation Hearing

Notice is given that the plan confirmation hearing will continue on October 15, 2014 at 8:30 a.m. in Courtroom 242 of the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

On this date the individual objectors without an attorney who were granted leave to participate in the plan confirmation hearing pursuant to the Court's order of August 20, 2014 (Dkt. #6896) will be provided with the opportunity to present testimony or to examine witnesses as authorized in the order.

Signed on October 14, 2014

                                                /s/ Steven Rhodes
                                                Steven Rhodes
                                                United States Bankruptcy Judge