UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                   Chapter 9
                                                    13-53846-swr
City of Detroit, Michigan                           Judge Steven W. Rhodes

Debtor(s)
_____/

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)

This matter having come before this Court on the Stipulation Granting Relief from the Automatic Stay; the City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and CitiMortgage, Inc., by and through its counsel, Orlans Associates, P.C having stipulated to the following; and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that the automatic stay is modified to allow CitiMortgage, Inc., its successors or assigns, to foreclose on the property known as 16061 Liberal, Detroit, Michigan 48205; that F.R.B.P.4001(a)(3), is waived; that this order shall be served by CitiMortgage, Inc., on the Debtor and all others with an interest in the subject property.

.

**Signed on October 14, 2014**

                                                                               /s/ Steven Rhodes
                                                                               **Steven Rhodes**
                                                                               **United States Bankruptcy Judge**