UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Amended Order Regarding Motion to Clarify, or in the Alternative Lift the Automatic Stay Filed by American Federation of State, County and Municipal Employees Michigan Council 25 (Dkt. #6652)

On August 12, 2014, AFSCME filed a motion to clarify, or in the alternative, lift the automatic stay to permit the Michigan Employment Relations Commission ("MERC") to hear AFSCME's unfair labor practice charge ("ULP") and unit clarification petition ("UCP") against the City. The City filed an objection.

The parties disagree as to whether orders issued by Judge Cox in the EPA lawsuit against the City and DWSD preclude MERC from hearing AFSCME's claims.

The Court has determined that it is necessary to give Judge Cox the opportunity to resolve that issue before the Court can determine whether cause exists to lift the stay.

Accordingly, AFSCME shall file a motion with Judge Cox for a determination as to whether his orders in the EPA litigation preclude MERC from hearing AFSCME's claims. **This motion shall be filed by October 21, 2014.** After that question is resolved, the parties shall advise the Court and the Court will schedule a further hearing to resolve the present motion.

It is so ordered.

.

**Signed on October 14, 2014**

                                                      /s/ Steven Rhodes  
                                                    **Steven Rhodes**  
                                                    **United States Bankruptcy Judge**