UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re: CITY OF DETROIT, MICHIGAN   Chapter 9

Debtor   Case No. 13-53846

Honorable Steven W. Rhodes

_____

### NOTICE OF REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS IN A CASE

Please take notice that the Law Office of Garris, Garris, Garris & Garris, P.C. who represents Creditor Eddie Adams in the above-entitled matter request to be removed from receiving electronic filings in this matter, as their representation has resolved the issue in the Bankruptcy Court and no further involvement is necessary in this Court.

October 15, 2014

/s/ *Jacalen J. Garris*
Jacalen J. Garris (P43576)
Michael J. Garris (P30185)
**GARRIS, GARRIS, GARRIS & GARRIS, P.C.**
Attorneys for Creditor Eddie Adams
300 East Washington Street
Ann Arbor, MI 48104
(734) 761-7282
jackieg70.3@gmail.com

*Mjgsec/adams/ bankruptcy/Notice to be removed from electronic filing notice 10-15-14*

LAW OFFICES
GARRIS, GARRIS, GARRIS & GARRIS, P.C.
GARRIS LAW BUILDING
300 E. WASHINGTON STREET
ANN ARBOR, MICHIGAN 48104
Telephone: (734) 761-7282