UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:  Chapter 9
Case No. 13-53846
City of Detroit, Michigan  Honorable Steven W Rhodes

     Debtor
_____/

## CERTIFICATE OF SERVICE

The undersigned states that on October 15, 2014 copies of **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P. 4001(a)(3)** were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Eric D. Carlson
150 West Jefferson
Suite 2500
Detroit, MI 48226
Email: carlson@millercanfield.com

Sean M. Cowley
U.S. Trustee
211 West Fort Street, Suite 700
Detroit, MI 48226
Email: Sean.cowley@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, copies of **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P. 4001(a)(3)** to the following non-ECF participants:

Melody A. Coker
16061 Liberal
Detroit, MI 48205

Harvest Strategy Group, Inc. Assignee of
Harvest Credit Management VII, LLC
c/o Michael R. Stillman
7091 Orchard Lake Rd., Ste. 270
West Bloomfield, MI 48322

Julian Castro, Secretary to HUD
U.S. Department of HUD
451 7th Street S.W.
Washington, DC 20410

Michael L. Polsinelli
Detroit Field Office of HUD
McNamara Federal Building
477 Michigan Ave.
Detroit, MI 48226

Date:   October 15, 2014         /s/ Myra Gilmore
                                 Myra Gilmore
                                 Bankruptcy Specialist
                                 Orlans Associates, P.C.
                                 Attorneys for CitiMortgage, Inc.
                                 P.O. Box 5041
                                 Troy, MI 48007
                                 (248) 502-1400
                                 Email: eabood-carroll@orlans.com
                                 File Number: 14-014779