UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                     Chapter 9
                                                                13-53846-swr

City of Detroit, Michigan              Judge Steven W. Rhodes

Debtor(s)
_____/

## STIPULATION GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)

The City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and CitiMortgage, Inc., successor by merger to ABN AMRO Group, Inc., by and through its counsel, Orlans Associates, P.C., hereby stipulate to the entry of the proposed Order attached as **Exhibit A**.

Approved for entry:

DATED: October 14, 2014

| | |
|---|---|
| /s/ __Elizabeth M. Abood-Carroll | /s/ Eric D. Carlson (with consent) |
| Craig B. Rule, P67005 | Eric D. Carlson (P60277) |
| Elizabeth M. Abood-Carroll, P46304 | MILLER, CANFIELD, PADDOCK & |
| Heather D. McGivern, P59393 | STONE, P.L.C. |
| Orlans Associates, P.C. | Attorneys for City of Detroit |
| Attorneys for CitiMortgage, Inc., successor | 150 West Jefferson |
| by merger to ABN AMRO Group, Inc. | Suite 2500 |
| P.O. Box 5041 | Detroit, Michigan 48226 |
| Troy, MI 48007 | Telephone: (313) 963-6420 |
| (248) 502-1400 | Facsimile: (313) 496-7500 |
| Email: eabood-carroll@orlans.com | carlson@millercanfield.com |
| Orlans file: 14-014621 | |

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:　　　　　　　　　　　　　　Chapter 9
　　　　　　　　　　　　　　　　　　　　　　13-53846-swr
City of Detroit, Michigan　　　　　　　　　　　Judge Steven W. Rhodes

Debtor(s)
_____/

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)

This matter having come before this Court on the Stipulation Granting Relief from the Automatic Stay; the City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and CitiMortgage, Inc., successor by merger to ABN AMRO Group, Inc., by and through its counsel, Orlans Associates, P.C having stipulated to the following; and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that the automatic stay is modified to allow CitiMortgage, Inc., successor by merger to ABN AMRO Group, Inc. its successors or assigns, to foreclose on the property known as 18601 St. Aubin, Detroit, MI 48234; that F.R.B.P.4001(a)(3), is waived; that this order shall be served by CitiMortgage, Inc., successor by merger to ABN AMRO Group, Inc. on the Debtor and all others with an interest in the subject property.