UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:   Chapter 9
                    13-53846-swr

City of Detroit, Michigan   Judge Steven W. Rhodes

Debtor(s)
_____/

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3)

This matter having come before this Court on the Stipulation Granting Relief from the Automatic Stay; the City of Detroit, Michigan, ("Debtor"), by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C., and Rushmore Loan Management Services, LLC as servicing agent for US Bank National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust, by and through its counsel, Orlans Associates, P.C having stipulated to the following; and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that the automatic stay is modified to allow Rushmore Loan Management Services, LLC and/or US Bank National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust, its successors or assigns, to foreclose on the property known as 1285 Saint Anne St., Detroit, Michigan 48216; that F.R.B.P.4001(a)(3), is waived; that this order shall be served by Rushmore Loan Management Services, LLC on the Debtor and all others with an interest in the subject property.

.

**Signed on October 15, 2014**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Steven Rhodes**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Steven Rhodes**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**