# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN<br><br>Debtor | Case No. 13-53846<br><br>Chapter 9<br><br>Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that the Macomb Interceptor Drain Drainage District filed *Macomb Interceptor Drain Drainage District's Response to the Debtor's Ex Parte Motion for an Order Shortening Notice and Scheduling an Expedited Hearing with Respect to the Motion for Summary Judgment* [Dkt. No. 7960] with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record and also via electronic mail transmission to Debtors' counsel as detailed below:

| | |
|---|---|
| David Heiman - dgheiman@jonesday.com | Heather Lennox – hlennox@jonesday.com |
| Stephen LaPlante – laplante@millercanfield.com | Bruce Bennett – bbennett@jonesday.com |
| Jerome Watson - watson@millercanfield.com | Gregory Shumaker – gshumaker@jonesday.com |
| Jonathan Green – greenj@millercanfield.com | |

Dated: October 15, 2014

                DECHERT LLP

                By: /s/ *Allan S. Brilliant*
                Allan S. Brilliant
                Stephen M. Wolpert
                1095 Avenue of the Americas
                New York, NY 10016
                Telephone: (212) 698-3500
                Facsimile: (212) 698-3599
                allan.brilliant@dechert.com
                stephen.wolpert@dechert.com

                *Attorneys for Macomb Interceptor Drain Drainage District*