UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

**Order Denying City's Motion in Limine to Preclude its Counsel,
Heather Lennox, from Being Called as a Trial Witness (Dkt. #7002)**

For the reasons stated on the record in open Court on October 15, 2014, it is hereby ordered that the City's motion *in limine* to preclude its counsel, Heather Lennox, from being called as a trial witness is denied.

.

**Signed on October 15, 2014**

                                              /s/ Steven Rhodes  
                                              **Steven Rhodes**  
                                              **United States Bankruptcy Judge**