UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                                    Chapter 9
City of Detroit, Michigan,                                                   Case No. 13-53846
     Debtor.                                                             Hon. Steven W. Rhodes
_____/

### Order to File Motion for Change of Venue as Adversary Proceeding Complaint and to Show Cause Why This Matter Should Not Be Remanded

On October 15, 2014, William M. Alexander submitted to the court for filing in this bankruptcy case a motion for change of venue relating to 36th District Court Case No. 13-201952GC, *William M. Alexander v. Detroit Water and Sewerage Department*. This should be filed as an adversary proceeding complaint. The Court construes this as a notice of removal to this Court.

Accordingly, it is hereby ordered that the Clerk of the Bankruptcy Court shall process the motion for change of venue submitted by Plaintiff William M. Alexander as a notice of removal. The plaintiff shall pay any required filing fee within 14 days after the entry of this order. If the plaintiff does not comply with this order, the adversary proceeding complaint may be dismissed or remanded without further notice or hearing.

It is further ordered that the plaintiff shall appear at a hearing to be held on **November 5, 2014, at 10:00 a.m.** in Room 716, Theodore Levin U. S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan, to show cause why this matter should not be remanded to the 36th District Court.

.

**Signed on October 16, 2014**

                                                                            /s/ Steven Rhodes
                                                                            Steven Rhodes
                                                                            United States Bankruptcy Judge