UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                      )      Chapter 9
                                            )
CITY OF DETROIT, MICHIGAN,                  )      Case No. 13-53846
                                            )
                          Debtor.           )      Hon. Steven W. Rhodes

**CERTIFICATE OF NO RESPONSE TO THRID INTERIM APPLICATION OF FEE EXAMINER PARTIES FOR ALLOWANCE OF COMPENSATION AND <u>REIMBURSEMENT OF EXPENSES</u>**

Pursuant to LBR 9014-1(c) and ECF Procedure 7(a)(3), Peter J. Roberts hereby certifies that no response to the **Third Interim Application Of Fee Examiner Parties For Allowance Of Compensation And Reimbursement Of Expenses** ("Application") (Dkt. 6527) was timely served upon him, nor has one been received by him to date, nor does the docket maintained by the Clerk of the Court for the above-captioned case reflect any response having been filed. The Application was filed with this Court on August 5, 2014, and it was served on August 5, 2014 upon the parties, and in the manner, reflected on its accompanying Certificate of Service (Ex. 3 to the Application). An accompanying Notice and Opportunity to Respond to the Application (Ex. 2 to the Application) was also filed with this Court on August 5, 2014, and it was likewise served on August 5, 2014 upon the parties, and in the manner, reflected on the Application's accompanying Certificate of Service (Ex. 3 to the Application).

                                            Robert M. Fishman, Fee Examiner

Dated: October 16, 2014              By:  /s/ Peter J. Roberts
                                          One of his attorneys

Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151 telephone
proberts@shawfishman.com

## **CERTIFICATE OF SERVICE**

      Peter J. Roberts, an attorney, certifies that he caused a true copy of the foregoing **Certificate of No Response** to be served pursuant to the Court's CM/ECF System on this 16th day of October, 2014.

                                                    /s/ Peter J. Roberts