UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
--------------------------------------------------------x
                                                        :
In re                                                   : Chapter 9
                                                        :
CITY OF DETROIT, MICHIGAN,                              : Case No. 13-53846
                                                        :
              Debtor.                                   : Hon. Steven W. Rhodes
                                                        :
                                                        :
--------------------------------------------------------x
```

# LIMITED ORDER MODIFYING THE MEDIATION ORDER

This matter coming before the Court on the *Joint Motion Of The City Of Detroit, FGIC And COP Holders For A Limited Order Modifying The Mediation Order* (the "Motion"), filed by the Movants; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Mediation Order is hereby modified solely to the extent necessary to allow the Movants to comply with the provisions of the Confidentiality Agreements, including, but not limited to, the provisions relating to Public Disclosure, Additional Public Disclosure and Further Disclosure (as each is

defined in the Confidentiality Agreements).

**Signed on October 16, 2014**

                                                 **/s/ Steven Rhodes**
                                                **Steven Rhodes**
                                                **United States Bankruptcy Judge**