UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 9
                                                             :
CITY OF DETROIT, MICHIGAN                                    :   Case No. 13-53846
                                                             :
                    Debtor.                                  :   Hon. Steven W. Rhodes
                                                             :
                                                             :
-------------------------------------------------------------x
```

## WITHDRAWAL OF PROOF OF CLAIM NO. 811

Claimant 441 E. Larned LLC, by its attorneys, hereby withdraws its Proof of Claim No. 811 because it has been satisfied.

       Respectfully submitted,

       HONIGMAN MILLER SCHWARTZ AND COHN LLP
       Attorneys for 441 E. Larned LLC


       By: /s/ Judy B. Calton
           Judy B. Calton (P38733)
       2290 First National Building
       660 Woodward Avenue
       Detroit, MI  48226
       (313) 465-7344
       jcalton@honigman.com

Dated: October 16, 2014

## CERTIFICATE OF SERVICE

I certify that on October 16, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for 441 E. Larned LLC

By:/s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com