UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                                  :
In re                                             :   Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN                         :   Case No. 13-53846
                                                  :
                          Debtor.                 :   Hon. Steven W. Rhodes
                                                  :
                                                  :
-------------------------------------------------------------x
```

## WITHDRAWAL OF PROOF OF CLAIM NO. 697

Claimant 440 Congress LLC, by its attorneys, hereby withdraws its Proof of Claim No. 697 because it has been satisfied.

                  Respectfully submitted,

                  HONIGMAN MILLER SCHWARTZ AND COHN LLP
                  Attorneys for 440 Congress LLC

                  By:/s/ Judy B. Calton
                      Judy B. Calton (P38733)
                  2290 First National Building
                  660 Woodward Avenue
                  Detroit, MI 48226
                  (313) 465-7344
                  jcalton@honigman.com

Dated: October 16, 2014

## CERTIFICATE OF SERVICE

I certify that on October 16, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for 440 Congress LLC

By: /s/ Judy B. Calton
     Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com