UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                              :
In re                                         :    Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN                     :    Case No. 13-53846
                                              :
                          Debtor.             :    Hon. Steven W. Rhodes
                                              :
                                              :
-------------------------------------------------------------x
```

## WITHDRAWAL OF PROOF OF CLAIM NO. 718

Claimant Lynch Road Land L.L.C., by its attorneys, hereby withdraws its Proof of Claim No. 718 because it has been satisfied.

                Respectfully submitted,

                HONIGMAN MILLER SCHWARTZ AND COHN LLP
                Attorneys for Lynch Road Land L.L.C.

                By:/s/ Judy B. Calton
                    Judy B. Calton (P38733)
                2290 First National Building
                660 Woodward Avenue
                Detroit, MI  48226
                (313) 465-7344
                jcalton@honigman.com

Dated: October 16, 2014

# CERTIFICATE OF SERVICE

I certify that on October 16, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Lynch Road Land L.L.C.

        By: /s/ Judy B. Calton
             Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226
        (313) 465-7344
        jcalton@honigman.com