UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-----------------------------------------------------------x
                                                           :
In re                                                      :   Chapter 9
                                                           :
CITY OF DETROIT, MICHIGAN                                  :   Case No. 13-53846
                                                           :
                              Debtor.                      :   Hon. Steven W. Rhodes
                                                           :
                                                           :
-----------------------------------------------------------x
```

## WITHDRAWAL OF PROOF OF CLAIM NO. 810

Claimant Oakland Plant Properties, LLC, by its attorneys, hereby withdraws its Proof of Claim No. 810 because it has been satisfied.

      Respectfully submitted,

      HONIGMAN MILLER SCHWARTZ AND COHN LLP
      Attorneys for Oakland Plant Properties, LLC


      By:/s/ Judy B. Calton
          Judy B. Calton (P38733)
      2290 First National Building
      660 Woodward Avenue
      Detroit, MI  48226
      (313) 465-7344
      jcalton@honigman.com

Dated:  October 16, 2014

## CERTIFICATE OF SERVICE

I certify that on October 16, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Oakland Plant Properties, LLC


By:/s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com