# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name <u>Matthew D. Harper, Esq.</u>

Firm <u>Eastman & Smith Ltd.</u>

Address <u>P. O. Box 10032</u>

City, State, Zip <u>Toledo, OH 43699-0032</u>

Phone <u>(419) 241-6000</u>

Email <u>mdharper@eastmansmith.com</u>

**Case/Debtor Name:** City of Detroit, Michigan

**Case Number:** 2013-53846

**Chapter:** 9

**Hearing Judge** <u>Steven W. Rhodes</u>

☒ Bankruptcy ☐ Adversary

☐ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: <u>5/28/2014</u> Time of Hearing: <u>10:01 AM</u> Title of Hearing: <u>Fee Motion Hearing</u>

Please specify portion of hearing requested: ☐ Original/Unredacted  ☐ Redacted  ☒ Copy (2nd Party)

☐ Entire Hearing   ☐ Ruling/Opinion of Judge   ☐ Testimony of Witness   ☒ Other

Special Instructions: *only the first 47.30 minutes of the hearing is requested*

**Type of Request:**

☐ Ordinary Transcript - $3.65 per page (30 calendar days)

☐ 14-Day Transcript - $4.25 per page (14 calendar days)

☒ Expedited Transcript - $4.85 per page (7 working days)

☐ CD - $30; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:** [signature] Date: 10-16-14

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

Date _____ By _____

Order Received:

Transcript Ordered

Transcript Received