Honorable Steven W. Rhodes

U.S. Bankruptcy Court for the Eastern District of Michigan
Southern Division
211 W. Fort St., Suite 1800
Detroit, Michigan 48226
Courtroom 1825

October 3, 2014

To Whom It May Concern:

I am an individual creditor who currently has a judgment against the City of Detroit. Previously I notified the U.S. Bankruptcy Court that I was residing in the People's Republic of China; I have returned back to the United States and my new mailing address is: 15474 Stoepel, Detroit, Michigan.

Sincerely,

M. Dujon Johnson

B.A., M.A., J.D., Ph.D.