Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 242, 231 W. Lafayette, Detroit, MI 48226** on **10/17/14** at **09:00 AM** to consider and act upon the following:

*4876* − Objection to Claim Number of Claimant Michigan AFSCME Council 25 and Its Affiliated Detroit Local. / Objection of the City of Detroit, Pursuant to Sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007−1, to Proof of Claim Number 2958 Filed by the Michigan AFSCME Council 25 and Its Affiliated Detroit Locals Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Exhibit 1 (Part 1) # 2 Exhibit 1 (Part 2) # 3 Certificate of Service) (Lennox, Heather) Hearing scheduled 6/25/2014 at 10:00 AM at Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 6/18/2014.

Dated: 10/16/14

                BY THE COURT

                Katherine B. Gullo
                Clerk, U.S. Bankruptcy Court

                BY: christine sikula
                Deputy Clerk