Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING /CONTINUATION OF PLAN CONFIRMATION HEARING/TRIAL FOCUSING ON OBJECTIONS FILED BY LIBRARY AND COBO HALL EMPLOYEES AND UNIONS

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 242, 231 W. Lafayette, Detroit, MI 48226** on **10/20/14** at **09:00 AM** to consider and act upon the following:

*6699* – Eighth Amended Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment (RE: related document(s)6560 Order Establishing Procedures, Deadlines and Hearing Dates Relating to the Debtor's Plan of Adjustment). Status hearing regarding the plan confirmation process to be held on 8/21/2014 at 09:00 AM. Final Pre−Trial Conference scheduled for 8/29/2014 at 09:00AM. Hearing on the Plan Confirmation shall commence on 8/29/2014 at 11:00 AM. Joint Final Pre−Trial Order due by 8/25/2014. Pretrial Briefs due by 8/27/2014. Response to Supplemental Objections to the Plan Due on 8/27/2014. (AGF)

Continuation of plan confirmation hearing/trial focusing on objections filed by library and Cobo Hall employees and unions will be held on 10/20/2014 at 9AM at the location indicated above.

Dated: 10/16/14

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk