UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In re: | Chapter 9 |
| | Case No. 13-53846 |
| City of Detroit, Michigan | Honorable Steven W Rhodes |
| Debtor_____/ | |

## CERTIFICATE OF SERVICE

The undersigned states that on October 16, 2014 copies of **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P. 4001(a)(3)** were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Eric D. Carlson
MILLER, CANFIELD, PADDOCK &
STONE, P.L.C.
Attorneys for City of Detroit
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
carlson@millercanfield.com

Sean M. Cowley (UST)
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226
(313) 226-3432
Email: Sean.cowley@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, copies of **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P. 4001(a)(3)** to the following non-ECF participants:

Margie Correa-Martin
1285 Sainte Anne Street
Detroit, MI 48216

Asset Acceptance LLC
P.O. Box 2037
Warren, MI 48090

| | |
|---|---|
| Date: October 16, 2014 | /s/ Myra Gilmore |
| | Myra Gilmore |
| | Bankruptcy Specialist |
| | Orlans Associates, P.C. |
| | Attorneys for Rushmore Loan Management |
| | Services, LLC as servicing agent for US Bank |
| | National Association as Legal Title Trustee for |
| | Truman 2013 SC3 Title Trust |
| | P.O. Box 5041 |
| | Troy, MI 48007 |
| | (248) 502-1400 |
| | Email: eabood-carroll@orlans.com |
| | File Number: 14-014587 |