# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In re:                                    Chapter 9
                                          Case No. 13-53846
City of Detroit, Michigan                 Honorable Steven W Rhodes

        Debtor
_____/

## CERTIFICATE OF SERVICE

        The undersigned states that on October 16, 2014 copies of **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P. 4001(a)(3)** were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:
 Eric D. Carlson
MILLER, CANFIELD, PADDOCK &
STONE, P.L.C.
Attorneys for City of Detroit
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
carlson@millercanfield.com

Sean M. Cowley (UST)
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226
(313) 226-3432
Email: Sean.cowley@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, copies of **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P. 4001(a)(3)**   to the following non-ECF participants:

Bridget Collins
18601 St Aubin
Detroit, MI 48234

Date:    October 16, 2014                 /s / Myra Gilmore
                                          Myra Gilmore
                                          Bankruptcy Specialist
                                          Orlans Associates, P.C.
                                          Attorneys for CitiMortgage, Inc., successor by
                                          merger to ABN AMRO Group, Inc.
                                          P.O. Box 5041
                                          Troy, MI 48007
                                          (248) 502-1400
                                          Email: eabood-carroll@orlans.com
                                          File Number: 14-014621