UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**NOTICE OF FILING OF PROPOSED DRAFT SETTLEMENT AGREEMENT
BETWEEN FINANCIAL GUARANTY INSURANCE COMPANY AND AD HOC COPS**

Exhibit A hereto is a proposed draft settlement agreement sent by Financial Guaranty Insurance Company ("FGIC") to the parties in interest identified in footnote 1, as holders of $1,015,270,000 certificates of participation ("COPs") (collectively, the "Ad Hoc COPs")[1] insured by FGIC, to potentially resolve claims by and among the respective parties relating to the City of Detroit's Chapter 9 bankruptcy proceeding.

[Signature page below]

---

[1] The parties in interest are Dexia Crédit Local and Dexia Holdings, Inc., Panning Capital Management, LP, on behalf of funds and accounts managed by it, Monarch Alternative Capital LP, on behalf of funds and accounts managed by it, Bronze Gable, L.L.C., Aurelius Capital Management, LP, on behalf of its managed entities, Stone Lion Capital Partners L.P., on behalf of funds and accounts managed by it, and BlueMountain Capital Management, LLC, on behalf of funds and accounts managed by it.

Dated: October 16, 2014

        RESPECTFULLY SUBMITTED,

        /S/Deborah L. Fish
        ALLARD & FISH, P.C.
        2600 Buhl Building
        535 Griswold
        Detroit, MI 48226
        (313) 961-6141
        Facsimile: (313) 961-6142
        dfish@allardfishpc.com
        P38560

        -and-

        KRAMER LEVIN NAFTALIS
        & FRANKEL LLP
        Thomas Moers Mayer
        Jonathan M. Wagner
        1177 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 715-9100
        Facsimile: (212) 715-8000

        *Counsel for the Ad Hoc COPs*

z:\13\079\plds\notice of settlement.docx