UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
: 
In re : Chapter 9
: 
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
: 
Debtor. : Hon. Steven W. Rhodes
: 
---------------------------------------------------------x

# NOTICE OF PRESENTMENT OF ORDER APPROVING STIPULATION FOR AN ORDER RESOLVING OBJECTIONS TO PROOF OF CLAIM NUMBER 3683 FILED BY MACOMB INTERCEPTOR DRAIN DRAINAGE DISTRICT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. The City of Detroit (the "City") has filed the proposed order attached hereto as Exhibit 1 (the "Proposed Order") approving the Stipulation for an Order Resolving Objections to Proof of Claim Number 3683 Filed by Macomb Interceptor Drain Drainage District, which was filed contemporaneously herewith.

2. Any objection to entry of the Proposed Order (an "Objection") must be filed with the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court") by no later than 10:00 a.m., Eastern Time, on October 20, 2014 (the "Objection Deadline"). Unless an Objection is received by the Objection Deadline, the Bankruptcy Court may sign and enter the Proposed

Order without further notice or a hearing. Objections not filed by the Objection Deadline may not be considered by the Bankruptcy Court.

3. If one or more Objections are properly filed before the Objection Deadline, a hearing to consider entry of the Proposed Order and the Objection(s) on October 20, 2014 at a time to be set by the Bankruptcy Court.

Dated: October 16, 2014                    Respectfully submitted,

/s/ Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
Thomas A. Wilson (OH 0077047)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com
tawilson@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
    STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# **EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                             :

In re                                   : Chapter 9
                                             :

CITY OF DETROIT, MICHIGAN,     : Case No. 13-53846
                                             :

              Debtor.           : Hon. Steven W. Rhodes
                                             :
---------------------------------------------------------x

# ORDER RESOLVING OBJECTIONS TO
# PROOF OF CLAIM NUMBER 3683 FILED BY
# MACOMB INTERCEPTOR DRAIN DRAINAGE DISTRICT

This matter came before the Court on the Stipulation for an Order Resolving Objections to Proof of Claim Number 3683 Filed by Macomb Interceptor Drain Drainage District (the "Stipulation"),[1] filed by the City of Detroit (the "City") and Macomb Interceptor Drain Drainage District ("MIDDD" and, together with the City, the "Parties"); the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) due and adequate notice of the Stipulation has been provided and

---

[1]     Capitalized terms not defined herein have the meanings given to them in the Stipulation.

(d) no further notice is necessary, (e) approval of the Settlement pursuant to Bankruptcy Rule 9019 is appropriate because (i) there is some probability that MIDDD will succeed in the litigation, (ii) the litigation is expected to be complex, expensive and burdensome on the City and (iii) the interests of the City's other creditors are promoted by the Settlement; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

2. Proof of claim number 3683 filed by MIDDD (the "Claim"), the Complaint, the Claim Objection, the Response, the Supplemental Claim Objection, the Summary Judgment Motion and any other papers filed in connection with the Claim and the Claim Objection are RESOLVED.

3. Pursuant to section 502(b) of the Bankruptcy Code, the Claim shall be allowed in the amount of $22 million as an Other Unsecured Claim subject to treatment in Class 14 under the Plan.

4. The City shall service the New B Notes distributed to MIDDD on account of its Allowed Claim from the City's General Fund and shall not allocate such New B Notes to be serviced by payments received from DWSD.

5. All Plan Objections are deemed withdrawn with prejudice.

6. Nothing herein shall be deemed to change or otherwise affect MIDDD's vote to reject the Plan.

## **CERTIFICATE OF SERVICE**

      I, Heather Lennox, hereby certify that the foregoing Notice of Presentment of Order Approving Stipulation for an Order Resolving Objections to Proof of Claim Number 3683 Filed by Macomb Interceptor Drain Drainage District was filed and served via the Court's electronic case filing and noticing system on this 16th day of October, 2014.

      /s/ Heather Lennox