UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

# CERTIFICATE OF NO RESPONSE OR OBJECTION REGARDING JOINT MOTION OF APPELLANTS AND APPELLEE TO STAY APPEAL

On September 18, 2014, Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (collectively "Syncora") and the City filed the Joint Motion of Appellants and Appellees to Stay Appeal [Docket No. 7568] (the "Motion") with this Court and served it on the parties identified in the Certificate of Service attached to the Motion and attached hereto as Exhibit A. Attached as Exhibit 2 to the Motion was a Notice of Hearing identifying October 2, 2014, as the deadline for objections to the Motion (the "Objection Deadline"). A copy of the Notice of Hearing is attached hereto as Exhibit B.

No response or objection to the Motion was filed with the Court by the Objection Deadline. Accordingly, pursuant to Rule 9014-1(c) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District

of Michigan, Syncora and the City respectfully request that the Court enter a final order in the form attached hereto as Exhibit C.

Dated: October 16, 2014	Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By: /s/ *Ryan Blaine Bennett*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

/s/ *Corinne Ball*
Corinne Ball (NY 1125186)
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
cball@jonesday.com

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

*Attorneys for the City of Detroit*