# Exhibit A

## Certificate of Service of Joint Stay Motion

**Exhibit 4**

**Certificate of Service**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I, Ryan Blaine Bennett, hereby certify that on September 18, 2014, I caused the foregoing *Joint Motion of Appellants and Appellee to Stay Appeal* to be filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

September 18, 2014

/s/ *Ryan Blaine Bennett*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*Counsel for Appellants*