# Exhibit B

## Notice of Joint Stay Motion

# Exhibit 2

# Notice of Motion and Opportunity to Object

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

## NOTICE OF JOINT MOTION OF
## APPELLANTS AND APPELLEE TO STAY APPEAL

**PLEASE TAKE NOTICE** that on September 18, 2014, Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (together, "Syncora") and the City of Detroit (the "City") filed the *Joint Motion of Appellants and Appellee to Stay Appeal* (the "Joint Motion") in the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE that your rights may be affected by the relief sought in the Joint Motion. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Bankruptcy Court to grant the Joint Motion or you want the Bankruptcy Court to consider your views on the Motion, by October 2, 2014, you or your attorney must:

KE 33533599

File with the Bankruptcy Court a written response to the Joint Motion, explaining your position, electronically through the Bankruptcy Court's electronic case filing system in accordance with the Local Rules of the Bankruptcy Court or by mailing any objection or response to:[1]

United States Bankruptcy Court
Theodore Levin Courthouse
231 West Lafayette Street
Detroit, MI 48226

You must also serve a copy of any objection or response upon:

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

- and -

Corinne Ball
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

---

[1] A response must comply with F. R. Civ. P. 8(b), (c) and (e).

2

KE 33533599

13-53846-tjt    Doc 7989-2    Filed 10/16/14    Entered 10/16/14 18:39:11    Page 4 of 7
13-53846-swr    Doc 7868-2    Filed 09/18/14    Entered 09/18/14 14:37:11    Page 3 of 6

David G. Heiman
Heather Lennox
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

- and -

Robert S. Hertzberg
Deborah Kovsky-Apap
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700

If an objection or response is timely filed and served, the clerk will schedule a hearing on the Joint Motion and you will be served with a notice of the date, time and location of the hearing.

**PLEASE TAKE FURTHER NOTICE that if you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Joint Motion and may enter an order granting such relief.**

3

KE 33533599
13-53846-swr    Doc 7806-2    Filed 09/16/14    Entered 09/16/14 14:37:11    Page 4 of 6
13-53846-tjt    Doc 7989-2    Filed 10/16/14    Entered 10/16/14 18:39:11    Page 5 of 7

Dated: September 18, 2014          Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By:/s/ *Ryan Blaine Bennett*
James H.M. Sprayregen, P.C.
Ryan Blaine Bennett
Stephen C. Hackney
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

    - and -

Stephen M. Gross
David A. Agay
Joshua Gadharf
MCDONALD HOPKINS PLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Telephone:  (248) 646-5070
Facsimile:   (248) 646-5075

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*

    - and -

/s/ *Corinne Ball*
Corinne Ball
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
cball@jonesday.com

David G. Heiman
Heather Lennox
JONES DAY

KE 33533599
13-53846-swr    Doc 7880-2    Filed 10/16/14    Entered 10/16/14 18:39:11    Page 6 of 7
13-53846-tjt    Doc 7580-2    Filed 09/18/14    Entered 09/18/14 14:37:11    Page 5 of 6

North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Robert S. Hertzberg
Deborah Kovsky-Apap
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

*Attorneys for the City of Detroit*