**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**


In re:                                                    Chapter 9
City of Detroit, Michigan,                                Case No. 13-53846
      Debtor.                                        Hon. Steven W. Rhodes
_____/


## <u>Third Order Admitting Exhibits</u>

Several creditors who filed objections without an attorney appeared before the Court at the plan confirmation hearing on October 3, 2014 and October 15, 2014 to present testimony or to examine witnesses. On those dates, the exhibits identified on the attached list were offered into evidence and there were no objections to the admission of these exhibits. Accordingly, it is hereby ordered that these exhibits are admitted into evidence.


Signed on October 17, 2014

                                  /s/ Steven Rhodes
                                 Steven Rhodes
                                 United States Bankruptcy Judge

City's Exhibit
777

Estella Ball's Exhibits
PS14708
PS14709
PS14710
PS14711
PS14712

Elaine Thayer's Exhibits
PS14003
PS14004
PS14005
PS14006
PS14007
PS14008
PS14009
PS14010
PS14011
PS14012
PS14013
PS14014
PS14015
PS14016
PS14017
PS14018
PS14019

Walter Gary Knall's
Exhibits
PS14704
PS14705
PS14706
PS14707

Wanda Jan Hill's Exhibits
PS14300
PS14301
PS14302
PS14303
PS14304
PS14305
PS14306
PS14307
PS14308

PS14309
PS14310
PS14311
PS14312
PS14313
PS14727
PS14728
PS14729
PS14730
PS14731

Yvonne Williams
Jones/Cecily McClellan's
Exhibits
PS14700
PS14701
PS14702
PS14703

Steven Wojtowicz's
Exhibits
PS14000
PS14001
PS14002

John P. Quinn's Exhibit
PS14020