UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

| | |
|---|---|
| CITY OF DETROIT, MICHIGAN | Chapter 9 |
| | Case no. 13-53846 |
| DEBTOR | Hon. Steven W. Rhodes |

_____

## WITHDRAWAL OF PROOF OF CLAIM

Claimant Katherine Poe through her attorneys, Lippitt O'Keefe Gornbein, PLLC, Harvey R. Weingarden, hereby withdraws her Proof of Claim, Filed on February 19, 2014, reserving the right to re-file this Claim in the event that the Plan ultimately approved requires a Proof of Claim to collect on a post petition judgment after discharge of the Debtor. Irrespective of the reservation, this claim remains a post-petition debt for all purposes.

|  |  |
|---|---|
| | **Respectfully submitted** |
| | LIPPITT O'KEEFE GORNBEIN, PLLC, |
| | |
| | By: /s/ Harvey R. Weingarden |
| | Harvey R. Weingarden (31434) |
| | Attorneys for Creditor, Katherine Poe |
| | 370 East maple Rd., 3rd floor |
| **Dated: October 17, 2014** | Birmingham, Michigan 48009 |

### Certificate of Service

I certify that on October 17, 2014, I filed the foregoing with the U.S. Bankruptcy Court using the electronic filing system for which the court will serve a copy of the attached via electronic mail upon all counsel of record.

|  |  |
|---|---|
| | LIPPITT O'KEEFE GORNBEIN, PLLC, |
| | |
| | By: /s/ Harvey R. Weingarden |
| | Harvey R. Weingarden (31434) |
| | Attorneys for Creditor, Katherine Poe |
| | 370 East Maple Rd., 3rd floor |
| **Dated: October 17, 2014** | Birmingham, Michigan 48009 |

{00214639}1

13-53846-tjt    Doc 7996    Filed 10/17/14    Entered 10/17/14 14:42:08    Page 1 of 3

United States Bankruptcy Court for the Eastern District of Michigan

## **WITHDRAWAL OF CLAIM**

| Debtor Name and Case Number: | City of Detroit, Michigan; 13-53846 |
|---|---|
| Creditor Name and Address: | Katherine, Poe<br>c/o Harvey R Weingarden, Esq., 370 East Maple Rd., 3rd Floor, Birmingham, Michigan 48009 |
| Court Claim Number (if Known): | 1998 |
| Date Claim Filed: | February 19,2014 |
| Total Amount of Claim filed: | $400,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above – referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

**Dated: October 17, 2014**  /s/**Harvey R. Weingarden**
Printed name: Harvey R. Weingarden
Title (if applicable): Atty. for Katherine Poe

---

### DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is call the debtor.

**Creditor**
A creditor is any person corporation or other entity to which the debtor owed a debt.

{00214639}2

**Proof of Claim**
A form filed with eh clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
fill in the name of the federal judicial district where the bankruptcy case was (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed of the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of the claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach a copy of power of attorney, if any).

---

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as power any procedure approved by the court in the above-referenced bankruptcy proceeding.

---

{00214639}3