UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

**FEE EXAMINER'S SUMMARY OF PROFESSIONAL FEES FROM THE FILING OF THE CASE THROUGH MARCH 31, 2014**

Pursuant to the Court's Order Requiring Additional Information from the Fee Examiner dated October 14, 2014 [Docket No. 7934], Robert M. Fishman, the duly appointed fee examiner (the "Fee Examiner"), hereby discloses (1) the total of each professional's fees that the Fee Examiner has determined to be reasonable, from the filing of the case through March 31, 2014 ("Fees"), (2) the total of each professional's expenses that the Fee Examiner has determined to be reasonable, from the filing of the case through March 31, 2014 ("Expenses"), (3) the sum of such Fees and Expenses for each professional ("Sum"), and (4) the sum of all such Fees and Expenses ("Grand Sum").

**Totals and Sum of Each Professional's Fees and Expenses through March 31, 2014**

**City Professionals**

| Conway MacKenzie, Inc. | | |
|---|---|---|
| **Fees** | **Expenses** | **Sum** |
| $8,336,064.21 | $26,351.31 | $8,362,415.52 |

| Jones Day | | |
|---|---|---|
| **Fees** | **Expenses** | **Sum** |
| $25,126,258.89 | $1,022,622.95 | $26,148,881.84 |

| Foley & Lardner LLP | | |
|---|---|---|
| **Fees** | **Expenses** | **Sum** |
| $154,136.00 | $0.00 | $154,136.00 |

| Kurtzman Carson Consultants LLC | | |
|---|---|---|
| **Fees** | **Expenses** | **Sum** |
| $542,330.25 | $779,262.19 | $1,321,592.44 |

| Miller Buckfire & Co. LLC | | |
|---|---|---|
| **Fees** | **Expenses** | **Sum** |
| $3,625,806.45 | $190,765.22 | $3,816,571.67 |

| Miller, Canfield, Paddock & Stone, P.L.C. | | |
|---|---|---|
| **Fees** | **Expenses** | **Sum** |
| $2,340,956.75 | $33,269.04 | $2,374,225.79 |

| Milliman, Inc. | | |
|---|---|---|
| **Fees[1]** | **Expenses** | **Sum** |
| $811,258.10 | $26,854.86 | $838,112.96 |

| Pepper Hamilton LLP | | |
|---|---|---|
| **Fees** | **Expenses** | **Sum** |
| $1,392,347.83 | $19,242.26 | $1,411,590.09 |

| Ernst & Young LLP | | |
|---|---|---|
| **Fees** | **Expenses** | **Sum** |
| $9,870,259.00 | $518,231 | $10,388,490 |

| Kilpatrick & Associates, PC | | |
|---|---|---|
| **Fees** | **Expenses** | **Sum** |
| $75,940.00 | $201.70 | $76,141.70 |

---

[1] The Fees represent those fees that were submitted to the Fee Examiner by Milliman. Milliman and Segal are the only professionals that do not provide some type of discount or limitation for their services.

| Dykema Gossett, PLLC | | |
|---|---|---|
| **Fees** | **Expenses** | **Sum** |
| $226,635.00 | $954.80 | $227,589.80 |

| Ottenwess, Taweel & Schenk, PLC | | |
|---|---|---|
| **Fees** | **Expenses** | **Sum** |
| $30,397.50 | $44.10 | $30,441.60 |

**Committee Professionals**

| Dentons US LLP/Salans FMC SNR Denton Europe LLP | | |
|---|---|---|
| **Fees[2]** | **Expenses** | **Sum** |
| $8,366,329.56 | $420,661.60 | $8,786,991.16 |

| Brooks Wilkins Sharkey & Turco PLLC | | |
|---|---|---|
| **Fees** | **Expenses** | **Sum** |
| $476,244.50 | $8,257.90 | $484,502.40 |

| Lazard Freres & Co. LLC | | |
|---|---|---|
| **Fees** | **Expenses** | **Sum** |
| $1,213,333.33 | $83,209.55 | $1,296,542.88 |

| Segal Consulting | | |
|---|---|---|
| **Fees[3]** | **Expenses** | **Sum** |
| $1,903,894.50 | $73,157.83 | $1,977,052.33 |

---

[2] The Fees represent those fees that the Fee Examiner determined to be reasonable. As the Fee Examiner explained more fully in his Third Quarterly Report, the Fee Examiner disagrees with Denton's fees charged for Media Activities. As of March 31, 2014, the Fee Examiner has determined approximately $67,000 of Denton's fees to be unreasonable, and therefore, they are not included in the Fees.

[3] The Fees represent those fees that were submitted to the Fee Examiner by Segal. Milliman and Segal are the only professionals that do not provide some type of discount or limitation for their services.

### Grand Totals and Sum for all Professionals through March 31, 2014

| Fees | Expenses | Grand Sum |
|---|---|---|
| $64,492,191.87 | $3,203,086.31 | $67,695,278.18 |

Dated:  October 17, 2014                           By:     */s/ Robert M. Fishman*
                                                                    Robert M. Fishman, Fee Examiner

Robert M. Fishman
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL  60654
Phone: (312) 541-0151
rfishman@shawfishman.com