# Exhibit 1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN

Chapter 9

CASE NO: 13-53846
Hon. Steven W. Rhodes

_____/

**ORDER DISMISSING CLAIM FROM MEDIATION**

AFSCME has agreed to withdraw the following claim from its Proof of Claims:

1. POC #2: Violations of local, state or federal law.

Accordingly, the Court **DISMISSES** this claim; it will not be discussed at mediation.

**IT IS ORDERED**.