# Exhibit 5




**MICHIGAN COUNCIL 25**
American Federation of State, County, and Municipal Employees, AFL-CIO
Detroit Office • 600 W. Lafayette, Ste. 500 • Detroit, Michigan 48226
Phone: 313.964.1711 • 1.800.AFSCME25 • Fax: 313.964.0230 • www.miafscme.org

Albert Garrett, President
Lawrence A. Roehrig, Secretary-Treasurer
Executive Board
Sylvester Austin, Region 2
Carlos Bass, Region 3
Mel Brabson, Region 1
David Brandt, Region 9
Donna Cangemi, Region 3
Susan Christensen, Region 11
Sandra Clayton, Region 6
Barbara Dauble, Region 9
Lorna Davison, Region 2
Jonathan Drake, Region 2
Caryette Fenner, Region 4
Lori Hamilton, Region 6
Michael Harris, Region 1
Bennette Henley, Region 1
Keith January, Region 7
Arlean King, Region 1
Phil McGuire, Region 2
Dennis Moore, Region 7
Sam Muma, Region 6
Doug Murch, Region 5
Lois Murray, Region 3
Stephanie Nahas, Region 3
Gloria Peterson, Region 4
Patricia Ramirez, Region 6
James Rhodes, Jr., Region 5
Roger Rice, Region 1
Ronnie Skorupski, Region 8
Cindy Spurlock, Region 2
Chris Vandenbussche, Region 3
Scott Whitman, Region 7
Russell Williams, Region 11
Sam Zettner, Region 3

RECEIVED
JAN 25 2011
CITY OF DETROIT
LABOR RELATIONS DIVISION

January 19, 2011

Joseph P. Martinico
Director of Labor Relations
City of Detroit
Coleman A. Young Municipal Center, Suite 332
Detroit, MI 48226

**RE: 2008-2012 City of Detroit & AFSCME, Council 25 Labor Contracts**

Dear Mr. Martinico:

This letter is intended to clarify AFSCME's position as it relates to bringing closure to the 2008-2012 Labor Agreements between the parties.

As we both know, the City of Detroit and AFSCME have engaged in negotiations over the terms of a collective bargaining agreement for more than two years. The process included mediation and ultimately fact finding before a State appointed Fact Finder. The Fact Finder's report was issued on June 25, 2010 and the parties continued bargaining for more than 60 days following the release of the report, without reaching agreement. Following exhaustion of all of the procedures required by law, the City exercised its right to impose contract terms.

AFSCME understands that the City has lawfully imposed a full agreement on AFSCME and its affiliated units of the City of Detroit. AFSCME understands that this imposition is for the full agreement, including all terms imposed by the City and all other Articles tentatively agreed to by the parties during negotiations, for all five master agreements representing the AFSCME and all units (except the Emergency Services Operators (ESO) unit, as indicated below). AFSCME, and its affiliated City of Detroit unions and locals, accepts the imposed agreements and accepts said terms as final and binding upon the parties and shall withdraw all fact finding petitions filed on behalf of said unions and locals, based upon said understandings.

AFSCME acknowledges that the imposition will be effective for all of its affiliated unions and locals (and their respective bargaining agreements), except for the ESO unit. It is AFSCME's position that ESO's are eligible for arbitration under Act 312 and the City disputes their eligibility at this time. Additionally, the City has informed the union that the application of furlough days for the Crossing Guards (Local 1863), Senior ESOs, Telecommunication Operators (TCOs) and Senior TCOs have been waived for reasons of operational necessity. AFSCME's acceptance of the imposed terms is reliant upon these understandings as well.

RECEIVED
JAN 25 2011
CITY OF DETROIT
LABOR RELATIONS DIVISION



Finally, AFSCME agrees to withdraw and/or refrain from filing any/all claims, charges, grievances or other litigation related in any way to the negotiation process or the imposition of contract terms by the City. This does not limit the union's right to grieve the City's interpretation or application of any of such terms, or any subsequent unfair labor practice charges or grievances.

Very truly yours,

Albert Garrett
President, AFSCME Michigan Council 25

AGREED: Joseph P. Martinico