# Exhibit 5



# MICHIGAN COUNCIL 25

American Federation of State, County, and Municipal Employees, AFL-CIO
Detroit Office • 600 W. Lafayette, Ste. 500 • Detroit, Michigan 48226
Phone: 313.964.1711 • 1.800.AFSCME25 • Fax: 313.964.0230 • www.miafscme.org

Albert Garrett
President

Lawrence A. Roehrig
Secretary-Treasurer

Executive Board

Sylvester Austin
Region 2

Carlos Bass
Region 3

Mel Brabson
Region 1

David Brandt
Region 9

Donna Cangemi
Region 3

Susan Christensen
Region 11

Sandra Clayton
Region 6

Barbara Dauble
Region 9

Lorna Davison
Region 2

Jonathan Drake
Region 2

Caryette Fenner
Region 4

Lori Hamilton
Region 6

Michael Harris
Region 1

Bennette Henley
Region 1

Keith January
Region 1

Arlean King
Region 7

Phil McGuire
Region 2

Dennis Moore
Region 7

Sam Muma
Region 6

Doug Murch
Region 5

Lois Murray
Region 3

Stephanie Nahas
Region 9

Gloria Peterson
Region 4

Patricia Ramirez
Region 6

James Rhodes, Jr.
Region 5

Roger Rice
Region 1

Ronnie Skorupski
Region 8

Cindy Spurlock
Region 2

Chris Vandenbussche
Region 3

Scott Whitman
Region 7

Russell Williams
Region 11

Sam Zettner
Region 3

January 19, 2011

Joseph P. Martinico
Director of Labor Relations
City of Detroit
Coleman A. Young Municipal Center, Suite 332
Detroit, MI 48226

RE: 2008-2012 City of Detroit & AFSCME, Council 25 Labor Contracts

Dear Mr. Martinico:

This letter is intended to clarify AFSCME's position as it relates to bringing closure to the 2008-2012 Labor Agreements between the parties.

As we both know, the City of Detroit and AFSCME have engaged in negotiations over the terms of a collective bargaining agreement for more than two years. The process included mediation and ultimately fact finding before a State appointed Fact Finder. The Fact Finder's report was issued on June 25, 2010 and the parties continued bargaining for more than 60 days following the release of the report, without reaching agreement. Following exhaustion of all of the procedures required by law, the City exercised its right to impose contract terms.

AFSCME understands that the City has lawfully imposed a full agreement on AFSCME and its affiliated units of the City of Detroit. AFSCME understands that this imposition is for the full agreement, including all terms imposed by the City and all other Articles tentatively agreed to by the parties during negotiations, for all five master agreements representing the AFSCME and all units (except the Emergency Services Operators (ESO) unit, as indicated below). AFSCME, and its affiliated City of Detroit unions and locals, accepts the imposed agreements and accepts said terms as final and binding upon the parties and shall withdraw all fact finding petitions filed on behalf of said unions and locals, based upon said understandings.

AFSCME acknowledges that the imposition will be effective for all of its affiliated unions and locals (and their respective bargaining agreements), except for the ESO unit. It is AFSCME's position that ESO's are eligible for arbitration under Act 312 and the City disputes their eligibility at this time. Additionally, the City has informed the union that the application of furlough days for the Crossing Guards (Local 1863), Senior ESOs, Telecommunication Operators (TCOs) and Senior TCOs have been waived for reasons of operational necessity. AFSCME's acceptance of the imposed terms is reliant upon these understandings as well.

RECEIVED JAN 25 2011 CITY OF DETROIT LABOR RELATIONS DIVISION

Page Two

RECEIVED
JAN 25 2011
CITY OF DETROIT
LABOR RELATIONS DIVISION

Finally, AFSCME agrees to withdraw and/or refrain from filing any/all claims, charges, grievances or other litigation related in any way to the negotiation process or the imposition of contract terms by the City. This does not limit the union's right to grieve the City's interpretation or application of any of such terms, or any subsequent unfair labor practice charges or grievances.

Very truly yours,

Albert Garrett
President, AFSCME Michigan Council 25

AGREED: Joseph P. Martinico