# Exhibit 6

ATTACHMENT A

| CASE_NUM | DEPT | ASSOCIATION | GR_NUM | GR_NAME | GR_TYPE | ISSE_DESC | DISPOSITION | MED_DATE | SUMMARY | CITY COST |
|---|---|---|---|---|---|---|---|---|---|---|
| 15899 | POLICE | AFSCME 1023 | ESO-30-11 | KING, KATHERINE | 5 WK DAY SUSP | ATTENDANCE | WITHDRAWN BY UNION | 12/16/2013 | NO PAYMENT | |
| 15015 | POLICE | AFSCME 1023 | ESO-05-10 | BASS, SHEREE ANN | 1 WK DAY SUSP | INSUBORDINATION | GRANTED | 12/16/2013 | PAY 1 DAY | |
| 15016 | POLICE | AFSCME 1023 | ESO-02-10 | KING, KATHERINE | 1 WK DAY SUSP | INSUBORDINATION | DENIED | 12/16/2013 | NO PAYMENT | |
| 15470 | POLICE | AFSCME 1023 | ESO-14-11 | MYLES, MARQUITA | VOLUNTARY QUIT | ATTENDANCE | RETURN TO WORK - ALL TIME OFF AS SUSPENSION | 12/16/2013 | NO BACKPAY | |
| 14686 | POLICE | AFSCME 1023 | ESO-24-09 | JOHNSON, PAMELA | I WK DAY SUSP | FORCED OVERTIME | GRANTED | 12/16/2013 | PAY I DAY | |
| 14212 | POLICE | AFSCME 1023 | ESO-37-08 | MARZETT, ELIZABETH | 10 WK DAY SUSP | INSUBORDINATION | REDUCE TO A FIVE WORK DAY SUSPENSION | 12/16/2013 | PAY 5 DAYS | |
| 14213 | POLICE | AFSCME 1023 | ESO-36-08 | MARZETT, ELIZABETH | 1 WK DAY SUSP | FORCED OVERTIME | DENIED | 12/16/2013 | NO PAYMENT | |
| 14215 | POLICE | AFSCME 1023 | ESO-35-08 | SUTTON, TERRI C. | 1 WK DAY SUSP | INSUBORDINATION | WITHDRAWN BY UNION | 12/16/2013 | NO PAYMENT | |
| 14616 | POLICE | AFSCME 1023 | ESO-17-09 | REYNOLDS, JUANITA | 1 WK DAY SUSP | INSUBORDINATION | RESCINDED | 12/16/2013 | PAY 1 DAY | $183.54 |
| 15514 | POLICE | AFSCME 1023 | DPD-03-11 | JOHNSON, IVA DALE | PAY SHORTAGE | PAY SHORTAGE OF 5 HOURS | GRANTED - PAY 4 HRS. SICK AND 1 HR COMP TIME | 12/16/2013 | PAY 5 HOURS | $77.64 |
| 15390 | POLICE | AFSCME 1023 | ESO-22-10 | KING, KATHERINE | 10 WK DAY SUSP | INTIMIDATION | REDUCE TO A FIVE WORK DAY SUSPENSION | 12/16/2013 | PAY 5 DAYS | $917.60 |
| 15446 | POLICE | AFSCME 1023 | ESO-25-10 | KING, KATHERINE | 30 WK DAY SUSPENSION | VIOLATION OF GENERAL ORDERS | REDUCE TO A 25 WK DAY SUSPENSION PD IN VAC | 12/16/2013 | RESTORE 5 DAYS VAC | |
| 15482 | POLICE | AFSCME 1023 | ESO-09-11 | OWENS, EBONY | 5 WK DAY SUSP | INSUBORDINATION | DENIED | 12/16/2013 | NO PAYMENT | |
| 15481 | POLICE | AFSCME 1023 | ESO-02-11 | OWENS, EBONY | 1 WK DAY SUSP | INSUBORDINATION | WITHDRAWN BY UNION | 12/16/2013 | NO PAYMENT | |
| 15480 | POLICE | AFSCME 1023 | ESO-03-11 | FRANCE, LAKISHA D. | 1 WK DAY SUSP | INSUBORDINATION | WITHDRAWN BY UNION | 12/16/2013 | NO PAYMENT | |
| 15483 | POLICE | AFSCME 1023 | ESO-08-11 | JEFFRIES, SHAWNTEE | 1 WK DAY SUSP | INSUBORDINATION | WITHDRAWN BY UNION | 12/16/2013 | NO PAYMENT | |
| 15732 | POLICE | AFSCME 1023 | DPD-05-11 | TREADWELL, TRACY | 3 WK DAY SUSP | NOT WEARING PROPER HEADSET | REDUCE TO ONE DAY SUSPENSION | 12/16/2013 | PAY 2 DAYS | $235.38 |
| 15734 | POLICE | AFSCME 1023 | ESO-21-11 | HUTCHERSON, ANTOINETTE | 1 WK DAY SUSP | EXCESSIVE TARDINESS | WITHDRAWN BY UNION | 12/16/2013 | NO PAYMENT | |
| 15898 | POLICE | AFSCME 1023 | ESO-29-11 | RALLS, N KNGE A | 1 WK DAY SUSP | EXCESSIVE TARDINESS | WITHDRAWN BY UNION | 12/16/2013 | NO PAYMENT | |
| 15697 | POLICE | AFSCME 1023 | ESO-22-11 | WILLIAMS, LISA | 1 WK DAY SUSP | EXCESSIVE TARDINESS | WITHDRAWN BY UNION | 12/16/2013 | NO PAYMENT | |
| 15164 | POLICE | AFSCME 1023 | DPD-08-10 | COSS. PEDRO | LAYOFF/SENIORITY | IMPROPER LAYOFF | WITHDRAWN BY UNION | 12/16/2013 | NO PAYMENT | |
| 15845 | POLICE | AFSCME 1023 | ESO-13-11 | JACKSON, ALTROSIUS | DISCHARGE | PROBATIONARY DISCHARGE | DENIED | 12/16/2013 | NO PAYMENT | |
| 15347 | POLICE | AFSCME 1023 | DPD-09-10 | UNION POLICY | RADIO MAINTENANCE TECHNICIAN | OUTSOURCING THE INSTALLATION | DENIED | 4/2/2014 | NO PAYMENT | |
| 15165 | POLICE | AFSCME 1023 | DPD-09-11 | UNION POLICY | RADIO MAINTENANCE TECHNICIAN | OUTSOURCING THE INSTALLATION | DENIED | 4/2/2014 | | |
| 14049 | POLICE | AFSCME 1023 | ESO-1308 | YOUNG, GWENDOLYN | PAYROLL ERRORS | ADVANCE CHECKS ISSUED FOR SEVERAL WEEKS | GRANTED - TIME TO BE AUDITED FROM 6/2008 - 9/4/2008 | 4/2/2014 | NO PAYMENT | |
| 14286 | POLICE | AFSCME 1023 | ESO-0309 | UNION POLICY | AIR FILTERS | DEPARTMENT FAILED TO CLEAN FILTERS | GRANTED - AIR FILTERS TO BE CLEANED QUARTERLY | 4/2/2014 | NO PAYMENT | |
| 14630 | 311 CALL CENTER | AFSCME 1023 | 311-0509 | UNION POLICY | IMPROPER LAY-OFF NOTICE | IMPROPER NOTIFICATION TO UNION | WITHDRAWN BY UNION | 4/2/2014 | NO PAYMENT | |
| 15056 | POLICE | AFSCME 1023 | SPJ-32-09 | AYERS-JOHNSON, LOLITA | MANAGEMENT AUTHORITY | FAILURE TO PROCESS STATUS CHANGE | WITHDRAWN BY UNION | 4/2/2014 | NO PAYMENT | |
| 15346 | POLICE | AFSCME 1023 | DPD-14-10 | COSS, PEDRO | PAROLL ERRORS | PAY SHORTAGE | WITHDRAWN BY UNION | 4/2/2014 | NO PAYMENT | |
| 15388 | POLICE | AFSCME 1023 | DPD-15-10 | UNION POLICY | OUT-OF-CLASS ASSIGNMENTS | DEPARTMENT FAILED TO REQUEST VOLUNTEERS | CEASE AND DESIST OF PICKING ARBITRARILY | 4/2/2014 | NO PAYMENT | |
| 15469 | POLICE | AFSCME 1023 | ESO-11-11 | CUNNINGHAM, ADRIENNE | MEDICAL BENEFITS | BRAND NAME PRESCRIPTIONS | WITHDRAWN BY UNION | 4/2/2014 | NO PAYMENT | |
| 15471 | POLICE | AFSCME 1023 | ESO-18-11 | NEALY, JANISS | OVERTIME POLLING POLICY | DEPARTMENT FAILED TO FOLLOW POLLING | GRANTED - DEPT TO FOLLOW OVERTIME POLLING | 4/2/2014 | NO PAYMENT | |
| 15517 | POLICE | AFSCME 1023 | ESO-17-11 | LASTER, VERONICA | WRONG PAY RATE | PAY RATE INCORRECT FROM REHIRE DATE | GRANTED - SHOULD HAVE BEEN PAID AT NEW ESO RATE | 4/2/2014 | $1,000 | $1,000 |
| 15525 | POLICE | AFSCME 1023 | ESO-16-11 | WILLIAMS, LISA | WRONG PAY RATE | PAY RATE INCORRECT - HAD ADVANCES | DENIED | 4/2/2014 | NO PAYMENT | |
| 16277 | MAYOR'S OFFICE | AFSCME 1023 | NCH-03-12 | UNION POLICY | CONTRACTING OUT | NON BU MEMBERS PERFORMING WORK | WITHDRAWN BY UNION | 4/2/2014 | NO PAYMENT | |
| 15590 | POLICE | AFSCME 1023 | DPD-07-11 | UNION POLICY | IMPROPER LAY-OFF NOTICE | IMPROPER NOTIFICATION TO UNION | WITHDRAWN BY UNION | 4/2/2014 | NO PAYMENT | |
| 15589 | MAYOR'S OFFICE | AFSCME 1023 | NCH-01-11 | UNION POLICY | IMPROPER LAY-OFF NOTICE | IMPROPER ISSUANCE OF LAYOFF NOTICES | WITHDRAWN BY UNION | 4/2/2014 | NO PAYMENT | |
| 14687 | POLICE | AFSCME 1023 | ESO-2509 | UNION POLICY | UNION DUES | UNION DUES WRONGFULLY TERMINATED FOR 2 WEEKS | GRANTED | 4/2/2014 | $1,000 | $1,000 |
| 16149 | MPD | AFSCME 62 | 01-12MPD | TAYLOR, TERRANCE | DISCHARGE | AWOL | DENIED | 10/30/2013 | NO PAYMENT | |
| 16278 | MPD | AFSCME 62 | 52-12MP | PORTER, LEO | HOURS | SHORTED HOURS | RESOLVED | 10/30/2013 | MPD PAYMENT | |
| 16200 | HR | AFSCME 62 | 04-23-HR | MURRIEL, BRIDGET | IMPROPER LAYOFF | IMPROPER LAYOFF AND WRONG SENIORITY | WITHDRAWN BY UNION | 10/30/2013 | NO PAYMENT | |
| 14820 | DPW | AFSCME 62 | 020609DPW | SMITH, SAMANTHA | DISCHARGE | EXCESSIVE ATTENDANCE & TARDINESS | DENIED | 10/30/2013 | NO PAYMENT | |
| 14958 | BSE | AFSCME 62 | 07-10-BSE | WATTS, EMILIA | WRITTEN REPRIMAND | MISCONDUCT | WITHDRAWN BY UNION | 10/30/2013 | BSE PAYMENT | |
| 16198 | ITS | AFSCME 62 | 40-05-ITS | THOMAS, JOE | LAYOFF & DEMOTION | LAYOFF/ELIMINATION OF JOB | WITHDRAWN BY UNION | 10/30/2013 | NO PAYMENT | |
| 14629 | ITS | AFSCME 62 | 15-09ITS | MCKINNEY, JOEL | DISCHARGE | UNACCEPTABLE WORK BEHAVIOR | DENIED | 10/30/2013 | NO PAYMENT | |
| 15594 | GSD | AFSCME 229 | 11-16 SM | BIVENS, RODNEY | VOLUNTARY QUIT | FAILURE TO REPORT/NO CALL/NO SHOW | RETURN TO ELIGIBLE REGISTER AS LABORER A | 10/30/2013 | NO PAYMENT | |
| 15593 | GSD | AFSCME 229 | 11-06V | McCLURE, MARLANDO | 15 WK DAY SUSP | CONDUCT UNBECOMING A CITY EMPLOYEE | WITHDRAWN BY UNION | 10/30/2013 | NO PAYMENT | |
| 15595 | DPW | AFSCME 229 | 11-15 SM | GLADNEY, WILLIAM N. | 30 WK DAY SUSP | EXCESSIVE ABSENTEEISM | DENIED | 10/30/2013 | NO PAYMENT | |
| 15586 | GSD | AFSCME 229 | 11-04 V | SMITH, TYRONE | SICK TIME | DENIED SICK TIME USAGE | GRANTED - PAY ONE SICK DAY | 10/30/2013 | PAY 1 SICK DAY | $160.32 |
| 15027 | GSD | AFSCME 229 | 09-31 V | DANFORTH, ALBERT | 10 WK DAY SUSP | UNSATISFACTORY WORK PERFORMANCE | REDUCE TO FIVE WORK DAY | 10/30/2013 | PAY 5 DAYS | $832.80 |
| 16242 | GSD | AFSCME 229 | 11-11 V | AGENS, THOMAS A. | 3 WK DAY SUSP | POOR WORK PERFORMANCE | GRANTED - PAY THREE DAYS | 10/30/2013 | PAY 3 DAYS | $500.40 |
| 14245 | DPW | AFSCME 229 | 08-28SM | GRAY, BRENDA | 5 WK DAY SUSPENSION | INSUBORDINATION | WITHDRAWN BY UNION | 10/30/2013 | NO PAYMENT | |
| 14956 | DPW | AFSCME 229 | 10-05S | PALMER, DEXTER | DISCHARGE | SUBSTANCE ABUSE | RTW ON 2 YR. LCA - ALL TIME OFF AS SUSPENSION | 10/30/2013 | NO PAYMENT | |
| 15446 | HEALTH | AFSCME 457 | 10-18H | EVANS, LINDA | 5 WK DAY SUSP | SLEEPING ON THE JOB | REDUCE TO THREE DAY SUSP - PAY 2 DAYS | 10/30/2013 | PAY 2 DAYS | $213.07 |
| 15442 | HEALTH | AFSCME 457 | 10-13H | McADORY, TAMMY | 15 WK DAY SUSP | INSUBORDINATION | GRANTED - PAY 9 DAYS BACK PAY & 6 VAC DAYS | 10/30/2013 | PAY 9 DAYS & 6 VAC | $1,093.82 |
| 15443 | HEALTH | AFSCME 457 | 10-14H | UNION POLICY | CONTRACTING OUT | WORK PERFORMED BY NON BU MEMBERS | WITHDRAWN BY UNION | 10/30/2013 | NO PAYMENT | |

| ID | Department | Union | Case | Name | Issue | Reason | Resolution | Date | Payment | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 15445 | HEALTH | AFSCME 457 | 10-16H | UNION POLICY | CONTRACTING OUT | WORK PERFORMED BY NON BU MEMBERS | WITHDRAWN BY UNION | 10/30/2013 | NO PAYMENT | |
| 15415 | RECREATION | AFSCME 836 | 3-600-2011 | WILLIAMS, MIKE | SHIFT PREMIUM | DENIED AFTERNOON SHIFT PREMIUM | GRANTED - PAY 88 HRS OF AFTERNOON SFT. PRE | 11/15/2013 | PAY 88 HRS SHIFT PREM | $44.00 |
| 15415 | RECREATION | AFSCME 836 | 3-600-2011 | WEST, MICHAEL | SHIFT PREMIUM | DENIED AFTERNOON SHIFT PREMIUM | GRANTED - PAY 56 HRS OF AFTERNOON SFT PRE | 11/15/2013 | PAY 56 HRS SHIFT PREM | $28.00 |
| 15415 | RECREATION | AFSCME 836 | 3-600-2011 | JONES, KIM | SHIFT PREMIUM | DENIED AFTERNOON SHIFT PREMIUM | GRANTED - PAY 16 HRS OF AFTERNOON SFT PRE | 11/15/2013 | PAY 16 HRS SH PREM | $8.00 |
| 15415 | RECREATION | AFSCME 836 | 3-600-2011 | JONES, KIM | SHIFT PREMIUM | DENIED HOLIDAY SHIFT PREMIUM | GRANTED - PAY 16 HRS OF AFTERNN HOL. SFT PRE | 11/15/2013 | PAY 16 HRS HOL SH PREM | $12.00 |
| 15431 | RECREATION | AFSCME 836 | 3-400-2011 | JONES, KIM | DENIAL OF SICK TIME | DENIAL OF BENEFITS | WITHDRAWN BY UNION | 11/15/2013 | NO PAYMENT | |
| 15147 | RECREATION | AFSCME 836 | 10-100-05-08 | WILLIAMS, MICHAEL | VACATION TIME | TIME NOT PAID | GRANTED - PAY 46 HRS OF VACATION | 11/15/2013 | PAY 46 HRS. OF VACATION | $961.35 |
| 15258 | RECREATION | AFSCME 836 | 200-10-10 | WILLIAMS, MICHAEL | OT NOT PAID INCORRECTLY | PAID AT STRAIGHT TIME INSTEAD OF 1.5 | GRANTED - PAY ADJUSTED OT AMOUNT | 11/15/2013 | PAY ADJUSTMENT | $408.98 |
| 11834 | RECREATION | AFSCME 836 | 2005-07-200 | KOKOZKA, VALERIE | OUT OF CLASS | NOT PAID OUT OF CLASS | WITHDRAWN BY UNION | 11/15/2013 | NO PAYMENT | |
| 11835 | RECREATION | AFSCME 836 | 2005-06-200 | KOKOZKA, VALERIE | OUT OF CLASS | NOT PAID OUT OF CLASS | WITHDRAWN BY UNION | 11/15/2013 | NO PAYMENT | |
| 14324 | BSE | AFSCME 1227 | JW514 | BOYD, SOLOMON | 3 WK DAY SUSP | POOR WORKMANSHIP | REDUCE TO ONE AND ONE HALF DAY SUSPENSION | 11/15/2013 | PAY 1.5 DAYS | $308.07 |
| 14561 | BSE | AFSCME 1227 | JW517 | SOLOMON, JOSEPH | DENIED OVERTIME | DENIED OVERTIME 6/4 AND 6/6/09 | GRANTED IN PART - PAY 4 HOURS OVERTIME | 11/15/2013 | PAY 4 HOURS OT | $164.42 |
| 15301 | BSE | AFSCME 1227 | JW531 | SHARPE, ANTHONY | DISCHARGE | CONFLICT OF INTEREST WITH PRIVATE BS | WITHDRAWN BY UNION | 11/15/2013 | NO PAYMENT | |
| 15413 | BSE | AFSCME 1227 | JW 535 | REILLY, DAVID | 3 WRK DAY SUSPENSION | NEGLIGENCE IN PERFORMANCE | GRANTED BY DEPT. (NOT PAID) - PAY 3 DAYS | 11/15/2013 | PAY 3 DAYS | $657.69 |
| 15703 | BSE | AFSCME 1227 | JW522 | REILLY, DAVID | OVERTIME | DENIED OVERTIME 8/26/09 | GRANTED - PAY 2 HOURS OVERTIIME | 11/15/2013 | PAY 2 HOURS OT | $82.21 |
| 14700 | BSE | AFSCME 1227 | JW521 | SOLOMON, JOSEPH | DENIED OVERTIME | DENIED OVERTIME 6/9/09 & 8/29/09 | GRANTED PAY 4 HOURS OVERTIME | 11/15/2013 | PAY 4 HOURS OT | $164.42 |
| 16528 | FINANCE | AFCEM 2799 | PA 06-2012 | JONES, SHARNISE | DISCHARGE | FRAUD | GIP - RTW ON 3 YR LCA ALL TIME OFF AS SUSPENSION | 11/15/2013 | NO PAYMENT | |
| 15328 | FINANCE | AFSCME 2799 | FIN 05-2010 | TOLES, JANETTA | DISCHARGE | WILLFUL NEGLECT | GIP - RTW ON 2 YR LCA ALL TIME OFF AS SUSPENSION | 11/15/2013 | NO PAYMENT | |
| 16257 | FINANCE | AFSCME 2799 | PA 05-2012 | KHADIJAH, AHMAD | DISCHARE | FRAUD | DENIED | 11/15/2013 | NO PAYMENT | |
| 15753 | FINANCE | AFSCME 2799 | FIN 07-2011 | HALE, MARY | DENIED LEAVE TIME | DENIED SICK LEAVE | WITHDRAWN BY UNION | 11/15/2013 | NO PAYMENT | |
| 15297 | FINANCE | AFSCME 2799 | FIN.INT 03-2010 | WOODS, TANYA | 3 WK DAY SUSP | INSUBORDINATION | WITHDRAWN BY UNION | 11/15/2013 | NO PAYMENT | |
| 15838 | FINANCE | AFSCME 2799 | 2/28/2000 | FOSTER, GEMMA | DEMOTION | IMPROPER DEMOTION | WITHDRAWN BY UNION | 11/15/2013 | NO PAYMENT | |
| 15073 | FINANCE | AFSCME 2799 | PA-13-2010 | TOLES, JANETTA | HARASSMENT | HARASSMENT | DENIED | 11/15/2013 | NO PAYMENT | |
| | LAW | AFSCME 2799 | LAW 03-2013 | STEWART, SALENE | 2 WORK DAY SUSPENSION | UNSATISFACTORY WORK PERFORMANCE | GRANTED BY DEPT. (NOT PAID) - PAY 2 DAYS | 2/18/2014 | PAY 2 DAYS | $200.77 |
| 14557 | PLD | AFSCME 207 | 0107-09 | HORTON, PEAVY | 5 WK DAY SUSPENSION | LEAVING WORKSITE WITH PERMISSION | REDUCED TO A TWO WK DAY SUSP. - PAY 3 DAYS | 11/15/2013 | PAY 3 DAYS | $422.64 |
| 14739 | PLD | AFSCME 207 | 0281-09 | HORTON, PEAVY | 15 WK DAY SUSPENSION | LEAVING WORKSITE WITH PERMISSION | REDUCED TO A EIGHT DAY SUSP. - PAY 7 DAYS | 11/15/2013 | PAY 7 DAYS | $845.28 |
| 14747 | POLICE | AFSCME 2394 | 09-24P | MUIR, RONALD D. | 3 WK DAY SUSPENSION | UNSATISFACTORY WORK PERFORMANCE | WITHDRAWN BY UNION | 11/15/2013 | NO PAYMENT | |
| 15408 | POLICE | AFSCME 2394 | 11-02P | STANLEY, DAWNZELLA | 3 WK DAY SUSPENSION | UNSATISFACTORY WORK PERFORMANCE | WITHDRAWN BY UNION | 11/15/2013 | NO PAYMENT | |
| 15711 | POLICE | AFSCME 2394 | 11-07-B | WOODS, ARCHIE | SUSPENSION/DISCHARGE | SUBSTANCE ABUSE | WITHDRAWN BY UNION | 11/15/2013 | NO PAYMENT | |
| 15298 | HUMAN SERVICES | AFSCME 1642 | 001-JL-06-10TT | TURNER, TERRANCE | 5 WK DAY SUSPENSION | OUTSIDE JOB - UNAUTHORIZED BUSINESS | RESCINDED - PAY 5 DAYS | 11/15/2013 | PAY 5 DAYS | $532.69 |
| 14543 | RECREATION | AFSCME 542 | 721JUN.09 | BOOKER, ANESIA | 29 1/2 DAY SUSPENSION | UNACCEPTABLE WORK BEHAVIOR | WITHDRAWN BY UNION | 11/22/2013 | NO PAYMENT | |
| 15534 | RECREATION | AFSCME 542 | 716MAY11 | VAUGHN, ALVON | DISCHARGE | SUBSTANCE ABUSE | GIP - ALLOWED TO BE PLACED ON ELIGIBLE REGISTER | 11/22/2013 | NO PAYMENT | |
| 15535 | RECREATION | AFSCME 542 | 717MAY11 | WILSON, RONA A. | 29 1/2 WK DAY SUSPENSION | UNACCEPTABLE WORK BEHAVIOR | WITHDRAWN BY UNION | 11/22/2013 | NO PAYMENT | |
| 15658 | RECREATION | AFSCME 542 | 1004JUL11 | RATLIFF, JAMES | 3 WK DAY SUSPENSION | TALKING ON CELL PHONE WHILE ON POOL DECK | REDUCED TO A ONE AND ONE-HALF DAY SUSPENSION | 11/22/2013 | PAY 1.5 DAYS | $138 |
| 15660 | RECREATION | AFSCME 542 | | HAYES, CLARA | DISCHARGE | UNACCEPTABLE WORK BEHAVIOR | WITHDRAWN BY UNION | 11/22/2013 | NO PAYMENT | |
| 15714 | GSD | AFSCME 542 | 720JUL11 | FAVORS, ROBERT | VOLUNTARY QUIT | AVAILABLE FOR WORK - INCARCERATED | DENIED | 11/22/2013 | NO PAYMENT | |
| 15713 | GSD | AFSCME 542 | 719JUL11 | SIMPSON, GARRICK | 3 WK DAY SUSPENSION | INSUBORDINATION | WITHDRAWN BY UNION | 11/22/2013 | NO PAYMENT | |
| 15358 | GSD | AFSCME 542 | 702JAN11 | HAYNESWORTH, ROSEMARY | 3 WK DAY SUSPENSION | INSUBORDINATION | WITHDRAWN BY UNION | 11/22/2013 | NO PAYMENT | |
| 15373 | GSD | AFSCME 542 | 1000JAN11 | PATTON, JONATHAN | SUSPENSION | MISCONDUCT | WITHDRAWN BY UNION | 11/22/2013 | NO PAYMENT | |
| 15395 | GSD | AFSCME 542 | 705FEB11 | WILSON, RONA A. | 10 WK DAY SUSPENSION | MISCONDUCT | WITHDRAWN BY UNION | 11/22/2013 | NO PAYMENT | |
| 15394 | GSD | AFSCME 542 | 704FEB11 | JOHNSON, JAMES | SUSPENSION | INSUBORDINATION | WITHDRAWN BY UNION | 11/22/2013 | NO PAYMENT | |
| 15293 | GSD | AFSCME 542 | 770OCT10 | SMITH, BRADLEY | SUSPENSION | TARDINESS | WITHDRAWN BY UNION | 11/22/2013 | NO PAYMENT | |
| 15775 | GSD | AFSCME 542 | 730OCT11 | BROWN, RICHARD | SUSPENSION | UNACCEPTABLE WORK BEHAVIOR | WITHDRAWN BY UNION | 11/22/2013 | NO PAYMENT | |
| 16264 | GSD | AFSCME 542 | 708MAY13 | HOBBS, MARK | WRITTEN REPRIMAND | TARDINESS | WITHDRAWN BY UNION | 11/22/2013 | NO PAYMENT | |
| 16244 | GSD | AFSCME 542 | 725NOV12 | HOBBS, MARK | SUSPENSION | POOR WORK PERFORMANCE | DENIED | 11/22/2013 | NO PAYMENT | |
| 16245 | GSD | AFSCME 542 | 726NOV | HOBBS, MARK | SUSPENSION | POOR WORK PERFORMANCE | WITHDRAWN BY UNION | 11/22/2013 | NO PAYMENT | |
| 16256 | GSD | AFSCME 542 | 703APR13 | FORD, KEISHA | 3 WK DAY SUSPENSION | INSUBORDINATION | REDUCED TO A ONE WORK DAY SUSPENSION | 11/22/2013 | PAY 2 DAYS | $193.04 |
| 16257 | GSD | AFSCME 542 | 704APR13 | JOHNSON, DOROTHY | 3 WK DAY SUSPENSION | ABSENT WITHOUT LEAVE | REDUCED TO A ONE WORK DAY SUSPENSION | 11/22/2013 | PAY 2 DAYS | $193.04 |
| 16258 | GSD | AFSCME 542 | 705APR13 | JOHNSON, EARL | 3 WK DAY SUSPENSION | ABSENT WITHOUT LEAVE | REDUCED TO A ONE WORK DAY SUSPENSION | 11/22/2013 | PAY 2 DAYS | $193.04 |
| 16259 | GSD | AFSCME 542 | 706APR13 | FLOWERS, ROBERT | 3 WK DAY SUSPENSION | ABSENT WITHOUT LEAVE | REDUCED TO A ONE WORK DAY SUSPENSION | 11/22/2013 | PAY 2 DAYS | $185.28 |
| 16262 | GSD | AFSCME 542 | 707APR13 | BAILEY, LaDENNA | 1 WORK DAY SUSPENSION | FAILURE TO WORK MANDATORY OVERTIME | DENIED | 11/22/2013 | NO PAYMENT | |
| 16263 | GSD | AFSCME 542 | 708APR13 | MACK, RODNEY | 1 WORK DAY SUSPENSION | FAILURE TO WORK MANDATORY OVERTIME | DENIED | 11/22/2013 | NO PAYMENT | |
| 16265 | GSD | AFSCME 542 | 709APR13 | WILKERSON, ALVIN | 1 WORK DAY SUSPENSION | FAILURE TO WORK MANDATORY OVERTIME | DENIED | 11/22/2013 | NO PAYMENT | |
| 16284 | GSD | AFSCME 542 | 714JUN12 | McBRAYER, ROBERT | 3 WORK DAY SUSPENSION | INSUBORDINATION | REDUCED TO A TWO WK DAY SUSP. - PAY 1 DAY | 11/22/2013 | PAY 1 DAY | $81.04 |
| 16251 | GSD | AFSCME 542 | 716OCT10 | SMITH, BRADLEY | 3 WORK DAY SUSPENSION | UNACCEPTABLE ATTENDANCE | WITHDRAWN BY UNION | 11/22/2013 | NO PAYMENT | |
| 16133 | GSD | AFSCME 542 | 711APR12 | BAILEY, LaDENNA | 3 WORK DAY SUSPENSION | INSUBORDINATION | REDUCED TO A ONE AND ONE-HALF DAY SUSP | 11/22/2013 | PAY 1.5 DAYS | $146.94 |
| 15718 | GSD | AFSCME 542 | 724AUG11 | ROBINSON, LUCREASIA | 3 WORK DAY SUSPENSION | INSUBORDINATION | REDUCED TO A ONE DAY SUSPENSION | 12/3/2013 | PAY 2 DAYS | $188.80 |
| 15157 | RECREATION | AFSCME 542 | 1011JUL10 | NORRIS, MARCUS | 3 WORK DAY SUSPENSION | LEAVING WORKSITE WITH PERMISSION | REDUCED TO A ONE AND ONE-HALF DAY SUSP | 12/3/2013 | PAY 1.5 DAYS | $138 |
| 15158 | RECREATION | AFSCME 542 | 1012JUL10 | ROBERTSON, HORACE | 5 WORK DAY SUSPENSION | EXCESSIVE TARDINESS | REDUCED TO A TWO AND ONE-HALF DAY SUSP | 12/3/2013 | PAY 2.5 DAYS | $156.20 |

| ID | Dept | Union | Ref | Name | Type | Issue | Resolution | Date | Payment | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 15159 | RECREATION | AFSCME 542 | 1013JUL10 | STURDIVANT, IZAAK | 3 WORK DAY SUSPENSION | ABSENT WITHOUT LEAVE | REDUCED TO A ONE AND ONE-HALF DAY SUSP | 12/3/2013 | PAY 1.5 DAYS | $111.84 |
| 15116 | RECREATION | AFSCME 542 | 729JUN10 | WILCOXSON-PICKENS, LESLIE | NOT PAID SICK TIME OR SHIFT PR | OWED 4 HRS SICK AND 4 HRS AFT SHIFT PRE | GRANTED - PAY 4 HRS SICK & 4 HRS AFT. SHIFT PRE | 2/10/2014 | PAY 4 HRS SICK & 4 HRS SP | $47.36 |
| 16101 | FIRE | AFSCME 542 | 14AUG11F | MCGHEE, DARROL | OVERTIME | SHORTED 8 HRS OVERTIME 7/30/11 | GRANTED - DEPART APPROVED NOT PAID | 2/10/2014 | PAY 8 HRS OVERTIME | $250.20 |
| | GSD | AFSCME 542 | 714JUL13 | WYCHE, YOLANDA | 3 WORK DAY SUSPENSION | INSUBORDINATION | RESCINDED - PAY 3 DAYS | 2/10/2014 | PAY 3 DAYS | $266.52 |
| 15259 | RECREATION | AFSCME 542 | 1027SEPT10 | BROWN, DARRYL E. | SUSPENSION | LEAVING WORKSITE WITH PERMISSION | WITHDRAWN BY UNION | 2/10/2014 | NO PAYMENT | |
| 14980 | RECREATION | AFSCME 542 | 1040OCT09 | DRUMGOOLE, DORIS | SHIFT PREMIUM | DENIED SHIFT PREMIUM | WITHDRAWN BY UNION | 2/10/2014 | NO PAYMENT | |
| 16285 | GSD | AFSCME 542 | 718JUL12 | WHEATLEY, OSCAR | OVERTIME | SHORTED 8 HRS OVERTIME 07/07/12 | GRANTED - PA Y 8 HRS OVERTIME FOR 7/7/2012 | 2/10/2014 | PAY 8 HRS OVERTIME | $160.92 |
| 16253 | RECREATION | AFSCME 542 | 1008OVT12 | BENSON, MARICO | IMPROPER LAYOFF | FAILED TO BE RECALLED TO DEPT | DENIED | 2/10/2014 | NO PAYMENT | |
| 15787 | RECREATION | AFSCME 542 | 1019SEPT11 | STOVALL, PATRICIA | OVERTIME | NOT OFFERED OVERTIME ASSIGNMENT | WITHDRAWN BY UNION | 2/10/2014 | NO PAYMENT | |
| 16299 | GSD | AFSCME 542 | 701FEB13 | UNION POLICY | OVERTIME | EQUALIZATION OF OVERTIME | WITHDRAWN BY UNION | 2/10/2014 | NO PAYMENT | |
| 15699 | RECREATION | AFSCME 542 | 1010AUG11 | TITUS, KIANDRA | OVERTIME | EQUALIZATION OF OVERTIME | WITHDRAWN BY UNION | 2/10/2014 | NO PAYMENT | |
| 15750 | GSD | AFSCME 542 | 04SEPT11G | POWELL, DAVID | OVERTIME | EQUALIZATION OF OVERTIME | WITHDRAWN BY UNION | 2/10/2014 | NO PAYMENT | |
| 15320 | GSD | AFSCME 542 | 773DEC10 | PERAULT, RENEE | OUT OF CLASS | NOT PAID OUT OF CLASS | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 14789 | GSD | AFSCME 542 | 702JAN10 | RIEVES, EDWIN | UNIFORM ALLOWANCE | NOT PAID $350 UNIFORM ALLOWANCE | GRANTED - PAY UNIFORM ALLOWANCE | 2/10/2014 | PAY $350 | $350.00 |
| 15597 | RECREATION | AFSCME 542 | 1001MAY11 | WALKER, JONATHAN | PUT ON NO WORK STATUS | CERTIFICATION WASN'T EXPIRED | GRANTED IN PART - PAY 1.5 DAYS | 2/10/2014 | $138.00 | $138.00 |
| 16203 | FIRE | AFSCME 542 | 14JUNE12F | UNION POLICY | PERFORMING BU WORK | OTHER UNION PERFORMING BU WORK | CEASE AND DESIST OF USING NON BU MEMBERS | 2/18/2014 | NO PAYMENT | |
| 15128 | GSD | AFSCME 542 | 743JULY10 | MAY, JR., HARRY | WRITTEN REPRIMAND | UNSATISFACTORY WORK PERFORMANCE | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15407 | GSD | AFSCME 542 | 708FEB11 | JOHNSON, ANGELO | WRITTEN REPRIMAND | UNSATISFACTORY ATTENDANCE | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 16255 | GSD | AFSCME 542 | 702FEB13 | JELKS, NORMA | WRITTEN REPRIMAND | UNSATISFACTORY ATTENDANCE | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 14160 | RECREATION | AFSCME 542 | 1005APR08 | BROWN, ALVIN | SUSPENSION | THREATENING PHYSICAL VIOLENCE | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 16099 | FIRE | AFSCME 542 | 6MAR12F | UNION POLICY | SUBCONTRACTING | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 16100 | FIRE | AFSCME 542 | 09MAR12F | UNION POLICY (Johnny Morrison) | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | GIP - WILL BE PAID 4 HRS OVERTIME | 2/18/2014 | PAY 4 HOURS OVERTIME | $125.10 |
| 16012 | FIRE | AFSCME 542 | 3FEB12F | UNION POLICY | SUBCONTRACTING | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 16014 | FIRE | AFSCME 542 | 5FEB12F | UNION POLICY | SUBCONTRACTING | NON BU EMPLOYEES PERFORMING WORK | CEASE AND DESIST OF USING NON BU MEMBERS | 2/18/2014 | NO PAYMENT | |
| 16011 | FIRE | AFSCME 542 | 2FEB12F | UNION POLICY | SUBCONTRACTING | NON BU EMPLOYEES PERFORMING WORK | CEASE AND DESIST OF USING NON BU MEMBERS | 2/18/2014 | NO PAYMENT | |
| 15260 | RECREATION | AFSCME 542 | 1029SEPT10 | WOFFORD, MAURICE | BENEFITS | EMPLOYEE BENEFITS NOT ACTIVATED | GRANTED, EMPLOYEE'S BENEFITS RESTORED | 2/18/2014 | NO PAYMENT | |
| 13922 | FIRE | AFSCME 542 | 752JULY08 | UNION POLICY | CONTRACTING OUT | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15396 | FIRE | AFSCME 542 | 706FEB01 | UNION POLICY | SUBCONTRACTING | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15419 | FIRE | AFSCME 542 | 05MAR11F | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15418 | FIRE | AFSCME 542 | 06MAR11F | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15126 | FIRE | AFSCME 542 | 735JUN10 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15391 | RECREATION | AFSCME 542 | 795DEC10 | WILLIAMS, JULIUS | SUSPENSION | UNSATISFACTORY WORK PERFORMANCE | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15550 | FIRE | AFSCME 542 | 714MAY11 | UNION POLICY | CONTRACTING OUT | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15551 | FIRE | AFSCME 542 | 715MAY11 | UNION POLICY | CONTRACTING OUT | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15511 | FIRE | AFSCME 542 | 20MAY11F | UNION POLICY | CONTRACTING OUT | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15513 | FIRE | AFSCME 542 | 22MAY.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15467 | POLICE | AFSCME 1023 | ESO 05-11 | BLACK, BRENDA | FMLA LEAVE | EFFECTIVE DATE OF FMLA | GRANTED | 4/2/2014 | PAY $500 | $500 |
| 15515 | POLICE | AFSCME 1023 | ESO 06-11 | BLACK, BRENDA | DUTY DISABILITY | DENIED DUTY DISABILITY | DENIED | 4/2/2014 | NO PAYMENT | |
| 15516 | POLICE | AFSCME 1023 | ESO 15-11 | BLACK, BRENDA | LEAVE OF ABSENCE | DENIED LEAVE OF ABSENCE | DENIED | 4/2/2014 | NO PAYMENT | |
| 15530 | FIRE | AFSCME 542 | 11APR.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15531 | FIRE | AFSCME 542 | 12APR.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15533 | FIRE | AFSCME 542 | 14APR.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15547 | GSD | AFSCME 542 | 16DEC.10 | UNION POLICY | SPECIAL CONFERENCE | FAILURE TO FOLLOW PROCEDURES | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 14987 | GSD | AFSCME 542 | 708MAR.10 | UNION POLICY | TRANSFER | DEPARTMENT DID NOT FOLLOW CONTRACT | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15508 | FIRE | AFSCME 542 | 15APR.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15785 | RECREATION | AFSCME 542 | 1016SEPT.11 | AUSTIN, BRANDI | ADVANCE PAYCHECK | EMPLOYEE DID NOT PAID CORRECTLY | DENIED | 2/10/2014 | NO PAYMENT | |
| 15355 | GSD | AFSCME 542 | 700JAN.11 | UNION POLICY | SIGNING FOR DOCUMENTS | VIOLATON OF GRIEVANCE PROCEDURE | DENIED | 2/18/2014 | NO PAYMENT | |
| 15318 | FIRE | AFSCME 542 | 13DEC.10 | UNION POLICY | CONTRACTING OUT | NON BU EMPLOYEES PERFORMING WORK | DENIED | 2/18/2014 | NO PAYMENT | |
| 15124 | GSD | AFSCME 542 | 736JUL.10 | UNION POLICY | CONTRACTING OUT | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15839 | GSD | AFSCME 542 | 11SEPT.11 | POWELL, DAVID | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | GIP - WILL BE PAID 2 HRS OVERTIME | 2/18/2014 | PAY 2 HOURS OVERTIME | $62.55 |
| 15510 | FIRE | AFSCME 542 | 19APR.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | CEASE AND DESIST OF USING NON BU MEMBERS | 2/18/2014 | NO PAYMENT | |
| 16286 | RECREATION | AFSCME 542 | 1004JUL.12 | UNION POLICY (DAVID MITCHELL) | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 16278 | RECREATION | AFSCME 542 | 1005JUL.12 | UNION POLICY | NON WORKING TELEPHONES | HEALTH AND SAFETY CONDITIONS | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 16299 | GSD | AFSCME 542 | 701FEB13 | UNION POLICY | MANDATORY OVERTIME | EXCESSIVE USAGE BY MANAGEMENT | GRANTED - DEPARTMENT WILL CREATE OT POLICY | 2/18/2014 | NO PAYMENT | |
| 15739 | GSD | AFSCME  POLICY | 10AUG.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | CEASE AND DESIST OF USING NON BU MEMBERS | 2/18/2014 | NO PAYMENT | |
| 15700 | RECREATION | AFSCME 542 | 1012.SEPT.11 | UNION POLICY | PROPER LAYOFF NOTICE | EMPLOYEE NOT GIVEN NOTICE OF LAYOFF | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15719 | GSD | AFSCME 542 | 726AUG.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 16098 | GSD | AFSCME 542 | 708APR.12 | UNION POLICY | JOB SPECIFICATIONS CHANGED | EMPLOYER SHOULD HAVE MET WITH UNION | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 16097 | GSD | AFSCME 542 | 706APR. 12 | UNION POLICY | DISRESPECTING THE UNION | MANAGEMENT TO RESPECT THE UNION | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 15841 | GSD | AFSCME 542 | 735NOV.11 | UNION POLICY | SPECIAL CONFERENCE | DEPT DID NOT FOLLOW CONTRACT | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15840 | GSD | AFSCME 542 | 73 1OCT.11 | MACK, RODNEY | ATTENDANCE CONTROL | EMPLOYEE HAD NOT RECEIVED AN ORAL | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15512 | FIRE | AFSCME 542 | 21MAY.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15627 | FIRE | AFSCME 542 | 15JULY.11 | GAJEWSKI, SANDY | OVERTIME | FAILED TO BE REQUESTED TO WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15626 | FIRE | AFSCME 542 | 30JUN.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15623 | FIRE | AFSCME 542 | 27JUN.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15624 | FIRE | AFSCME 542 | 28JUN.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15625 | FIRE | AFSCME 542 | 29JUN.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15628 | FIRE | AFSCME 542 | 4JUL.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15570 | FIRE | AFSCME 542 | 24MAY.11 | UNION POLICY | GAM NOT OFFERED OVERTIME | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15571 | FIRE | AFSCME 542 | 25MAY.11 | UNION POLICY | GAM NOT OFFERED OVERTIME | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15204 | RECREATION | AFSCME 542 | 1028SEPT.10 | UNION POLICY | UNION POLICY | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15569 | FIRE | AFSCME 542 | 23MAY.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15748 | FIRE | AFSCME 542 | 2SEPT.11 | UNION POLICY (DAVID POWELL) | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | GIP - WILL BE PAID 2 HRS OVERTIME | 2/18/2014 | PAY 2 HOURS OVERTIME | $62.55 |
| 15747 | FIRE | AFSCME 542 | 13SEPT.11 | UNION POLICY (SAM MOORE) | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | GIP - WILL BE PAID 2 HRS OVERTIME | 2/18/2014 | PAY 2 HOURS OVERTIME | $62.55 |
| 15744 | FIRE | AFSCME 542 | 7JUL.11 | UNION POLICY (Johnny Morrison) | GAM NOT OFFERED OVERTIME | NON BU EMPLOYEES PERFORMING WORK | GIP - WILL BE PAID 2 HRS OVERTIME | 2/18/2014 | PAY 2 HOURS OVERTIME | $62.55 |
| 15742 | FIRE | AFSCME 542 | 5JUL.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15741 | FIRE | AFSCME 542 | 3JUL.11 | UNION POLICY (DARROL McGHEE) | GAM NOT OFFERED OVERTIME | NON BU EMPLOYEES PERFORMING WORK | GIP - WILL BE PAID 2 HRS OVERTIME | 2/18/2014 | PAY 2 HOURS OVERTIME | $62.55 |
| 15749 | FIRE | AFSCME 542 | 3SEPT.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | CEASE AND DESIST OF USING NON BU MEMBERS | 2/18/2014 | NO PAYMENT | |
| 16243 | FIRE | AFSCME 542 | 727DEC.12 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | DENIED | 2/18/2014 | NO PAYMENT | |
| 16251 | FIRE | AFSCME 542 | 20DEC.12 | SMITH, BRADLEY | NOT OFFERED OVERTIME | DENIED THE OPPORTUNITY TO WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 16250 | FIRE | AFSCME 542 | 19DEC.12 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 16247 | FIRE | AFSCME 542 | 21DEC.12 | UNION POLICY (GAJEWSKI, SANDY) | OVERTIME | FAILED TO ASK UNION STEWARD | GIP - WILL BE PAID 2 HRS OVERTIME | 2/18/2014 | PAY 2 HOURS OVERTIME | $70.00 |
| 15842 | GSD | AFSCME 542 | 732OCT.11 | ATTENDANCE MONITORING | DID FOLLOW DEPARTMENT RULES | SHOULD NOT HAVE RECEIVED REVIEW | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15319 | GSD | AFSCME 542 | 15DEC.10 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | DENIED | 2/18/2014 | NO PAYMENT | |
| 15532 | FIRE | AFSCME 542 | 13APR.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15417 | FIRE | AFSCME 542 | 07MAR.11 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15123 | FIRE | AFSCME 542 | 737JUL.10 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 14119 | FIRE | AFSCME 542 | 802NOV.08 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 14524 | RECREATION | AFSCME 542 | 1010MAY.09 | UNION POLICY | REASSIGNMENT | PLAYLEADER RE-ASSIGNED IN ERROR | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 13798 | FIRE | AFSCME 542 | 1MAR.08 | UNION POLICY | POSITION RECALL | SENIOR CLERK NOT RECALL BY SENIORITY | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 16204 | FIRE | AFSCME 542 | 15JUNE.12 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 16205 | FIRE | AFSCME 542 | 16JUNE.12 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15509 | FIRE | AFSCME 542 | 16APR.12 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 16281 | GSD | AFSCME 542 | 713JUN.13 | UNION POLICY | WAGES | NOT OFFERED OVERTIME ASSIGNMENT | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15596 | RECREATION | AFSCME 542 | 03JUNE.12 | WIGGINS, CANTELL | SUSPENSION | PARKING VEHICLE IN UNSECURE LOCATION | GIP - REDUCE SUSP TO A ONE AND ONE-HALF DAY | 2/18/2014 | PAY 1.5 DAYS | $104.64 |
| 15309 | RECREATION | AFSCME 542 | 1031OCT.10 | SIMS, JENELLE | NOT OFFERED OVERTIME | DENIED THE OPPORTUNITY TO WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15720 | GSD | AFSCME 542 | 727SEP.11 | UNION POLICY | REQUESTED SPECIAL CONFERENCE | DEPARTMENT DID NOT FOLLOW CONTRACT | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15782 | GSD | AFSCME 542 | 81 1OCT.11 | UNION POLICY | IMPROPER LAYOFF | CITY'S FAILURE TO PROPERLY NOTIFY UNION | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15089 | GSD | AFSCME 542 | 721APR.10 | UNION POLICY | PERFORMING BU WORK | BU WORK PERFORMED BY CLEAN SWEEP | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 14990 | GSD | AFSCME 542 | 706MAR.10 | UNION POLIICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15084 | GSD | AFSCME 542 | 710APR.10 | UNION POLICY | HEALTH AND SAFETY | VIOLATION OF MIOSHA SANITATION STANDARD | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15529 | GSD | AFSCME 542 | 17DEC.10 | UNION POLICY | SCHEDULING | UNION STEWARD SHIFT SCHEDULE | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15305 | GSD | AFSCME 542 | 05DEC.10 | UNION POLICY | SPECIAL CONFERENCE | MANAGEMENT AUTHORITY | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15294 | GSD | AFSCME 542 | 771NOV.10 | UNION POLICY | SPECIAL CONFERENCE | MANAGEMENT AUTHORITY | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| 15463 | GSD | AFSCME 542 | 711APR.11 | UNION POLICY | CONTRACTING OUT | STOEPEL PARK | DENIED | 2/18/2014 | NO PAYMENT | |
| 16010 | FIRE | AFSCME 542 | 01FEB.12 | UNION POLICY | PERFORMING BU WORK | NON BU EMPLOYEES PERFORMING WORK | WITHDRAWN BY UNION | 2/18/2014 | NO PAYMENT | |
| | | | | | | | | | | $15,105.80 |