Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 242, 231 W. Lafayette, Detroit, MI 48226** on **10/17/14** at **09:00 AM** to consider and act upon the following:

*4876* − Objection to Claim Number of Claimant Michigan AFSCME Council 25 and Its Affiliated Detroit Local. / Objection of the City of Detroit, Pursuant to Sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007−1, to Proof of Claim Number 2958 Filed by the Michigan AFSCME Council 25 and Its Affiliated Detroit Locals Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Exhibit 1 (Part 1) # 2 Exhibit 1 (Part 2) # 3 Certificate of Service) (Lennox, Heather) Hearing scheduled 6/25/2014 at 10:00 AM at Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 6/18/2014.

Dated: 10/16/14

                                        BY THE COURT

                                        Katherine B. Gullo
                                        Clerk, U.S. Bankruptcy Court

                                        BY: christine sikula
                                        Deputy Clerk

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                  Case No. 13-53846-swr
City of Detroit, Michigan                                               Chapter 9
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2           User: csiku              Page 1 of 17          Date Rcvd: Oct 16, 2014
                               Form ID: ntchrgBK        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2014.
       +Herbert A. Sanders,    The Sanders Lawfirm PC,   615 Griswold St., Suite 913,
    Detroit, MI 48226-3984

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2014                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2014 at the address(es) listed below:
      A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
      Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
       alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
       edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
      Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
       vgray@edwardsjennings.com
      Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
       ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
      Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
       vgray@edwardsjennings.com
      Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
       vgray@edwardsjennings.com
      Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
       vgray@edwardsjennings.com
      Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
       vgray@edwardsjennings.com
      Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
       vgray@edwardsjennings.com
      Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
       vgray@edwardsjennings.com
      Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
       ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
      Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
       vgray@edwardsjennings.com
      Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
       ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
      Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
       vgray@edwardsjennings.com
      Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
       vgray@edwardsjennings.com
      Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
       vgray@edwardsjennings.com
      Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
       oshagan@legghioisrael.com,  drf@legghioisrael.com
      Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
      Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
       allan.brilliant@dechert.com
      Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
       allan.brilliant@dechert.com
      Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
       abach@dickinsonwright.com
      Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
       achouprouta@kramerlevin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
           acaton@kramerlevin.com, achouprouta@kramerlevin.com
          Andrew A. Paterson, Jr.    on behalf of Plaintiff    Citizens United Against Corrupt Government
           aap43@outlook.com, aap43law@gmail.com
          Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
           aap43@outlook.com, aap43law@gmail.com
          Andrew A. Paterson, Jr.    on behalf of Creditor Robert    Davis aap43@outlook.com,
           aap43law@gmail.com
          Andrew J. Gerdes    on behalf of Creditor    Fidelity Management & Research Company
           agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
          Andrew J. Gerdes    on behalf of Creditor    Eaton Vance Management agerdes@gerdesplc.com,
           wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
          Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
           HollisR@dhcmi.org
          Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
           stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com;akochis@ecf.info
           ruptcy.com
          Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
           aoreilly@honigman.com, ahatcher@honigman.com
          Babette A. Ceccotti    on behalf of Creditor    International Union, United Automobile, Aerospace
           and Agricultural Implement Workers of America bceccotti@cwsny.com
          Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
          Barbara A. Patek    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
           bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           bpatek@ermanteicher.com
          Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
           bpatek@ermanteicher.com
          Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
           bfagan@dibandfagan.com
          Benjamin J. Wilensky    on behalf of Creditor Robert    Cole bjw@seikalystewart.com
          Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
           bbest@schaferandweiner.com, wkyles@schaferandweiner.com
          Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
           wkyles@schaferandweiner.com
          Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
           wkyles@schaferandweiner.com
          Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
           ssikorski@manteselaw.com
          Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
           joumedian@sspclegal.com
          Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
           joumedian@sspclegal.com
          Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
           bborder@sspclegal.com, joumedian@sspclegal.com
          Brett A. Border    on behalf of Interested Party    Kondaur Capital Corporation
           bborder@sspclegal.com, joumedian@sspclegal.com
          Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
           joumedian@sspclegal.com
          Brian D. O'Keefe    on behalf of Creditor Donald    Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
           bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighters
           Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Donald    Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
           Care Network of Michigan btrumbauer@bodmanlaw.com
          Bruce Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
           bbennett@jonesday.com
          Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carina Kraatz    on behalf of Interested Party    Resnick & Moss, P.C. ckraatz@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Carina Kraatz    on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
           carol.cohen@arentfox.com
          Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan carole.neville@dentons.com
          Carole Neville    on behalf of Retiree Committee    Official Committee of Retirees
           carole.neville@dentons.com,daniel.morris@dentons.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation caroline.english@arentfox.com
Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation caroline.english@arentfox.com
Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association courtney.rogers@wallerlaw.com
Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association courtney.rogers@wallerlaw.com
Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com
Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com
Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association czucker@ermanteicher.com
Cynthia J. Haffey    on behalf of Defendant    Detroit General Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
Cynthia J. Haffey    on behalf of Defendant    Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation dweiner@schaferandweiner.com
Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation dweiner@schaferandweiner.com
David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association deisenberg@ermanteicher.com
David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com
David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com
David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
David E. Hart    on behalf of Creditor    FK Park, LLC deh@maddinhauser.com
David E. Hart    on behalf of Creditor    FK South, LLC deh@maddinhauser.com
David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan dgheiman@jonesday.com
David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation david.dubrow@arentfox.com
David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com

```
District/off: 0645-2           User: csiku                  Page 4 of 17                Date Rcvd: Oct 16, 2014
                               Form ID: ntchrgBK            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com

          Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

          Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com, alexsym@pepperlaw.com

          Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com, alexsym@pepperlaw.com

          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com, alexsym@pepperlaw.com

          Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com, alexsym@pepperlaw.com

          Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com, alexsym@pepperlaw.com

          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com

          Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

          Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com

          Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

          Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

          Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com

          Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com

          Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com

          Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

          Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com

          Deborah L. Fish    on behalf of Intervenor-Defendant    BlueMountain Capital Management, LLC dfish@allardfishpc.com, allardfishpc@yahoo.com

          Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com

          Deborah L. Fish    on behalf of Interested Party    Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com

          Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com

          Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com

          Deborah L. Fish    on behalf of Interested Party    Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

          Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com

          Debra N. Pospiech    on behalf of Interested Party Patricia  Ramirez dpospiech@morganmeyers.com

          Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005 dbeckwith@fosterswift.com

          Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com

          Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com

          Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com

          Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association dbeckwith@fosterswift.com

          Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006 dbeckwith@fosterswift.com

          Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association dbeckwith@fosterswift.com

          Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc. don@mcguiganlaw.com

          Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com

          Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

          Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

          Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

          Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party   Douglas C. Bernstein
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
           eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           eerman@ermanteicher.com
          Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
           ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
           ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
          Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
           litdocket@honigman.com
          Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
           emajoros@glmpc.com
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
           (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    CitiMortgage, Inc. bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor     M&T Bank bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    M&T Bank bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Rushmore Loan Management Services, LLC
           bankruptcy@orlans.com, ANHSOA@earthlink.net
          Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
           ecrowder@sbplclaw.com, lhaas@sbplclaw.com
          Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
          Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
           carlson@millercanfield.com
          Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
           enovetsky@jaffelaw.com
          Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
           bankruptcy.maxwelldunn@gmail.com
          Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit efeldman@clarkhill.com
          Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
           efeldman@clarkhill.com
          Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
          Geoffrey T. Pavlic    on behalf of Creditor    Nuveen Asset Management pavlic@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic    on behalf of Creditor    BlackRock Financial Management, Inc.
           pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic    on behalf of    Ad Hoc Bondholder Committee
           pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
          H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
           ecf-hen@rhoadesmckee.com
          Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
          Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
           Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
           Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
               Heath.Rosenblat@dbr.com,    Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
               Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Heidi Peterson     hdpeterson75@gmail.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
               mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com,    mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com,    mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
               Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Holdings, Inc.
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Credit Local howard@jacobweingarten.com
              Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
              Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
              Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
              Ian S. Bolton    on behalf of Creditor    FK Park, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              Ian S. Bolton    on behalf of Creditor    FK South, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              Irma Industrious    on behalf of Interested Party    City of Detroit Law Department
               indui@detroitmi.gov
              James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
              Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
               jeansartre@msn.com
              Jason Abel    on behalf of Interested Party    Detroit Institute of Arts jpa@honigman.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
              Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
               jbank@kerr-russell.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
              Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
               Lhaidostian@mwe.com
              Jeffrey David Eaton    on behalf of Creditor    Parsons Brinckerhoff Michigan, Inc.
               jeaton@schiffhardin.com
              Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,    tc@osbig.com
              Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
               jgrasl@mcdonaldhopkins.com,    sharrow@mcdonaldhopkins.com
              Jeffrey S. Grasl    on behalf of Creditor    Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
               sharrow@mcdonaldhopkins.com
              Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
               jbelveal@honigman.com,    mjohnson@honigman.com
              Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
               jbelveal@honigman.com,    mjohnson@honigman.com
              Jeremiah Buffalo Wirgau    on behalf of Interested Party    CitiMortgage, Inc. jwirgau@sspclegal.com
              Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Jerome D. Goldberg    on behalf of Plaintiff Tammika   Williams apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Sylvia   Taylor apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Creditor David   Sole apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Maurika   Lyda apclawyer@sbcglobal.net
              Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
              John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
              John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jstevens@mathesonparr.com, nlmumma@aol.com
              John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
               pjohnson@bredhoff.com;mforan@bredhoff.com
              John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
               john.ramirez@kattenlaw.com
              John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
              John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               john.sieger@kattenlaw.com
              John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
               jcanzano@kmsmc.com
              Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
               green@millercanfield.com
              Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
               green@millercanfield.com
              Jong-Ju Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
               jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
              Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
               jfischer@carsonfischer.com
              Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
              Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Singent Consulting LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Mound Road Enterprises L.L.C. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    LDM, LLC jcalton@honigman.com, litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    TSD Solutions LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor Aziz & Lorna   Abraham jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    440 Congress LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Stanne Consulting, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Taggart Technologies LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party Michael   Duggan, Mayor jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
 blundberg@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Oakland Plant Properties, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Magnolia Properties, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
 jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
 mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
 344 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 jteicher@ermanteicher.com
Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
 karen.dine@kattenlaw.com
Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
 kressk@pepperlaw.com, alexsym@pepperlaw.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
 kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
 kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
 kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
 kschneider@schneidermiller.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Kevin M. Baum     on behalf of Interested Party    Deutsche Bank Securities Inc.
               kevin.baum@kattenlaw.com
              Kevin N. Summers     on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
               ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
              Kimberly Joan Robinson     on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
              Kristin K. Going     on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
               Kristin.Going@dbr.com
              Kristin K. Going     on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
               Kristin.Going@dbr.com
              Kurt Thornbladh     on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Plaintiff    National Action Network--Michigan Chapter
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Interested Party    Housing is a Human Right Coalition
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Creditor    Plymouth Square Ltd. Housing Association
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Creditor    Michigan Welfare Rights Organization
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Plaintiff    Michigan Welfare Rights Organization
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt Thornbladh     on behalf of Creditor    Michigan Auto Recovery Service, Inc.
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              L. Nichole Hunter     on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com,
               sobrien@alglawpc.com
              Lawrence A. Larose     on behalf of Creditor    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
              Lawrence A. Larose     on behalf of Plaintiff    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
              Leah Montesano     on behalf of Interested Party    Ambac Assurance Corporation
               leah.montesano@arentfox.com
              Leland Prince     on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
              Lisa Okasinski     on behalf of Creditor    HRT Enterprises lisa@demolaw.com
              Lisa Hill Fenning     on behalf of Creditor    General Retirement System of the City of Detroit
               Lisa.Fenning@aporter.com
              Lisa Hill Fenning     on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit Lisa.Fenning@aporter.com
              Louis P. Rochkind     on behalf of Plaintiff    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com, dburris@jaffelaw.com
              Louis P. Rochkind     on behalf of Creditor    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com, dburris@jaffelaw.com
              Lynn M. Brimer     on behalf of Creditor    Retired Detroit Police Members Association
               lbrimer@stroblpc.com, kvanakin@stroblpc.com
              M. Ellen Dennis     on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
               dwhadden@umich.edu
              Mallory Field     on behalf of Creditor    Retired Detroit Police Members Association
               MField@stroblpc.com, pfourne@stroblpc.com
              Mami Kato     on behalf of Interested Party    International Union of Operating Engineers, Local
               324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
              Mami Kato     on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami Kato     on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
      Marc N. Swanson on behalf of Defendant City of Detroit, Michigan swansonm@millercanfield.com
      Marc N. Swanson on behalf of Defendant Detroit City Council swansonm@millercanfield.com
      Mark Wasvary on behalf of Creditor Hyde Park Co-Operative, et al. mark@wasvarylaw.com
      Mark Wasvary on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
      Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
      Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
      Mark Allan Porter on behalf of Other Professional Allen Park Retirees Assn maplawat911@msn.com, map-law.pllc@att.net
      Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark H. Shapiro on behalf of Creditor BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark R. James on behalf of Interested Party Financial Guaranty Insurance Company mrj@wwrplaw.com
      Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
      Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
      Marshall S. Huebner on behalf of Creditor Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
      Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
      Mary Beth Cobbs on behalf of Interested Party City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
      Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
      Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
      Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Intervenor-Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew D. Harper on behalf of Interested Party City of Detroit Water and Sewerage Department mdharper@eastmansmith.com
      Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
      Matthew Gernet Summers on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com
      Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
      Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt AG summersm@ballardspahr.com
      Max J. Newman on behalf of Interested Party Wayne County Corporation newman@butzel.com
      Melissa Demorest LeDuc on behalf of Creditor T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
      Melissa Demorest LeDuc on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
      Melissa Demorest LeDuc on behalf of Creditor John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
      Melissa Demorest LeDuc on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
      Melissa Demorest LeDuc on behalf of Creditor HRT Enterprises melissa@demolaw.com, paula@demolaw.com
      Melissa S. Byrd on behalf of Creditor Bank of America, N.A. Easternecf@trottlaw.com
      Mercedes Varasteh Dordeski on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
      Meredith Taunt on behalf of Creditor Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
 makarmanesq@gmail.com
Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC
 mchammer2@dickinsonwright.com
Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell    on behalf of Interested Party    State of Michigan, Department of Attorney
 General BellM1@michigan.gov
Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association
 mike.paslay@wallerlaw.com,
 Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
 rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
 msl@maddinhauser.com,  bac@maddinhauser.com
My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
 mao-bk-ecf@debevoise.com
Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
 ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and
 Agricultural Implement Workers of America Nganatra@uaw.net
Noah J. Ornstein    on behalf of Interested Party    Syncora Guarantee Inc.
 noah.ornstein@kirkland.com
Noah J. Ornstein    on behalf of Interested Party    Syncora Capital Assurance Inc.
 noah.ornstein@kirkland.com
Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
 Paige.Barr@kattenlaw.com
Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
 mkisell@plunkettcooney.com
Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
 pmears@btlaw.com
Paul H. Saint-Antoine    on behalf of Defendant    Wilmington Trust, N.A.
 Paul.Saint-Antoine@dbr.com,  Todd.Hutchison@dbr.com;James.Williamson@dbr.com
Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
 phage@jaffelaw.com,  jtravick@jaffelaw.com
Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
 phage@jaffelaw.com,  jtravick@jaffelaw.com
Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
 Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
 marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
 Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
 pcanzano@sidley.com
Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
 ralph.taylor@arentfox.com
Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation
 randall.brater@arentfox.com
Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
 RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
 RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
 RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
 Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
 Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
 RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
Richard  Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
 mao@cravath.com
Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
 richardmack@millercohen.com,  mcoil@millercohen.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Richard G. Mack, Jr.   on behalf of Creditor    Coalition of Detroit Unions
     richardmack@millercohen.com, mcoil@millercohen.com
    Richard G. Mack, Jr.   on behalf of Creditor    Michigan Council 25 of the American Federation of
     State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
    Richard G. Mack, Jr.   on behalf of Creditor    Michigan Council 25 of the American Federation of
     State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
     mcoil@millercohen.com
    Ricardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
     Department ecf@kaalaw.com, wjackson@KAALaw.com
    Robert Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
     robert.darnell@usdoj.gov
    Robert Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
     County and Municipal Employees rfetter@millercohen.com,
     richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
     com
    Robert Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
     rfetter@millercohen.com,
     richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
     com
    Robert Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
     County and Municipal Employees rfetter@millercohen.com,
     richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
     com
    Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
     rweisberg@carsonfischer.com
    Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
     rgordon@clarkhill.com, lbellguzzo@clarkhill.com
    Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
     Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
    Robert J. Diehl, Jr.   on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
    Robert M. Fishman    rfishman@shawfishman.com
    Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
     bbassel@gmail.com, robertbassel@hotmail.com
    Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
     robertbassel@hotmail.com
    Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
     robertbassel@hotmail.com
    Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
     bbassel@gmail.com, robertbassel@hotmail.com
    Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
     bbassel@gmail.com, robertbassel@hotmail.com
    Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
     alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
     alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
     alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
     alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
     hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
     alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
     alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
     alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
     alexsym@pepperlaw.com;kuschj@pepperlaw.com
    Rozanne M. Giunta    on behalf of Interested Party    State of Michigan rmgiunta@lambertleser.com
    Ryan Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
    Ryan Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
     jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
     Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
     rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
     jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
     rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
     rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
     jgreeniajdobrzycki@lippittokeefe.com
    Ryan Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
     jgreeniajdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
 ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
 justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
 justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
 ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
Sam J. Alberts    on behalf of Retiree Committee    Official Committee of Retirees
 sam.alberts@dentons.com, dan.barnowski@dentons.com
Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
 sbloomfield@chadbourne.com;lschapira@chadbourne.com
Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
 sbloomfield@chadbourne.com;lschapira@chadbourne.com
Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
 soconnor@glmpc.com
Sara Klettke MacWilliams    on behalf of Creditor    Oakland County, Michigan
 macwilliams@youngpc.com, efiling@youngpc.com
Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
 david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
 stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com;hkrstich@ecf.inforuptcy.com
Scott B. Kitei    on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com
Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
Scott R. Murphy    on behalf of Creditor    36th District Court for the State of Michigan
 smurphy@btlaw.com, Roslyn.Thoits@btlaw.com
Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
Shanna Marie Kaminski    on behalf of Interested Party    City of Detroit Water and Sewerage
 Department ecf@kaalaw.com, skaminski@kaalaw.com
Shannon L. Deeby    on behalf of Interested Party    General Retirement System of the City of
 Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Interested Party    Police and Fire Retirement System of the City
 of Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
 sdeeby@clarkhill.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
 State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
 State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
 State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
 slevine@lowenstein.com
Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
 lawtoll@comcast.net
Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
 dguerrero@dykema.com
Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
 dguerrero@dykema.com
Stephen Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
 stephen.hackney@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
 stephen.hackney@kirkland.com
Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
 stephen.hackney@kirkland.com
Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc.  stephen.hackney@kirkland.com
Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
 shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
 sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
 shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
 sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
 sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
 laplante@millercanfield.com,  skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
 laplante@millercanfield.com,  skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
 laplante@millercanfield.com,  skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
 laplante@millercanfield.com,  skoczylas@millercanfield.com
Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
 General showell@dickinsonwright.com
Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
 susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
 susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
 mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
 rdin.com
Tamar Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
 tdolcourt@foley.com
Thomas B. Radom    on behalf of Creditor    Stroh Properties, Inc. Radom@butzel.com
Thomas B. Radom    on behalf of Defendant    Detroit Police And Fire Retirement System Service
 Corporation Radom@butzel.com
Thomas B. Radom    on behalf of Defendant    Detroit General Retirement System Service Corporation
 Radom@butzel.com
Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
 tchristy@garanlucow.com
Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
 morris@silvermanmorris.com,  marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
 marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
 marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 morris@silvermanmorris.com,  marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
 marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
 morris@silvermanmorris.com,  marlene@silvermanmorris.com
Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
 marlene@silvermanmorris.com
Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
 fusco@millercanfield.com
Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
 tgraves@allardfishpc.com,  allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
 tgraves@allardfishpc.com,  allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
 tgraves@allardfishpc.com,  allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP
 tgraves@allardfishpc.com,  allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Trevor J. Zamborsky   on behalf of Creditor Orlando Marion tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Teran Brown tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Melvin Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Ezekiel Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Wendy Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Doug Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Rodney Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Angela Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Yvette Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Eddie Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Otis Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor John Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Gary Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Marily Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Phyllis Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Mario Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Jeffrey Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Donna Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Jeremiah Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Jennifer Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Jermaine Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

      Trevor J. Zamborsky   on behalf of Creditor Taesean Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor David  Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Vanessa G. Fluker    on behalf of Interested Party   Center for Community Justice and Advocacy
               vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
              William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
              William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
              William C. Blasses    on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
              William C. Blasses    on behalf of Interested Party   Michigan Property Tax Relief, LLC
               wcb@osbig.com
              William C. Blasses    on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
              William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
              William Norman Listman    on behalf of Interested Party   Southeastern Oakland County Water
               Authority wlistman@davislistman.com
              William Pfeiffer Smith    on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
              William W. Kannel    on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
              Winnifred P. Boylan    on behalf of Interested Party   State of Michigan wpboylan@lambertleser.com
              Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Yuliy  Osipov    on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party   Michigan Property Tax Relief, LLC
               yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 681