UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit, Michigan                  Case No. 13-53846
                                                         Chapter 9
                    Debtor(s).                        Hon. Steven W Rhodes
_____/

Gloria D. Jones

                Appellant

     v.

City of Detroit, Michigan

                Appellee
_____/

**NOTICE OF TRANSMITTAL OF COMPLETE RECORD
REGARDING RECORD ON APPEAL**

       I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Record on Appeal.

| | | | |
|---|---|---|---|
| ☒ | Notice of Appeal | ☐ | Appellee's Designation of Record |
| ☒ | Bankruptcy Matter Civil Cover Sheet | ☐ | Appellee's Statement of Issues |
| ☒ | Order on Appeal | ☐ | Notice of Deficiency |
| ☐ | Appellant's Designation of Record | ☐ | Motion for Leave to Appeal |
| ☐ | Appellant's Statement of Issues | ☐ | Motion to Withdraw the Reference |
| ☒ | Other : Notice of Appeal Fee Not Paid | | |

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13873 and assigned to District Judge Bernard A. Friedman.

☐ This is a new matter and not previously assigned to a District Court Judge.

☒ The Appellee has not filed the Designation of Record.

Dated: 10/20/2014                           Clerk, United States Bankruptcy Court

                                                              By: /s/ Kristel Trionfi
                                                                          Deputy Clerk