**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                                    Chapter 9

City of Detroit, Michigan,                                      Case No. 13-53846

      Debtor.                                                      Hon. Steven W. Rhodes

_____/

## Order Regarding City's Objection to Proof of Claim #2958
## Filed by AFSCME Council 25 and its Affiliated Detroit Locals
## (Dkt. #4876)

For the reasons set forth in open Court on October 20, 2014, AFSCME's claim entitled "AFSCME Council 25 (13th Check ULP). MERC Case No. C12-E-092" set forth on line #7 of its proof of claim shall be in Class 11. AFSCME's claim entitled "City of Detroit Retirees Health Care: Grievance No. C10 A-025" set forth on line #17 shall be in Class 12.

It is so ordered.

.

**Signed on October 20, 2014**

                                            **/s/ Steven Rhodes**
                                        **Steven Rhodes**
                                        **United States Bankruptcy Judge**