UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re                                                                  Chapter 9

City of Detroit, Michigan,                                   Case No. 13-53846
    Debtor                                               Hon. Steven W. Rhodes

## MOTION TO PRESERVE STAY

| | |
|---|---|
| Service Date: | October 1, 2012 |
| Designated Claimant: | Deborah Taitt |
| Address: | 18420 Wildemere<br>Detroit, MI 48221 |
| Proof of Claim No.: | 1300 |
| Case No.: | 12-017100-CH<br>Gatewood et al v Taitt et al |
| Court: | Wayne County Third District Court |
| Property: | Parcel No. 16038783-9 AKA 16210 James Couzens, Detroit, MI 48221 |

     Claimant Deborah Taitt, acting in pro se moves the court for an order to preserve the stay. Pursuant to section 362 (d) (2) of the Bankruptcy Code, the court shall grant relief from the stay if the debtor does not have an equity interest in such property and such property is not necessary to an effective reorganization. The third party quiet title action against the Debtor includes a dispute as to whether water bill liens based on estimated usage assessed by the debtor for the years 2009 - 2011 constitutes a valid lien interest. In the instant case, the debtor has not released its interest in the subject property. The claimant requests that the court preserve the stay.

Dated October 20, 2014

                                                                                /s/ Deborah Taitt
                                                                                Deborah Taitt, in pro se

Form B20A (Official Form 20A)
12/1/10

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re:

City of Detroit, MI

_____Debtor(s)_____/

Address: 2 Woodward Ave, Ste. 500
Detroit, MI 48226

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): _____

Chapter: 9

Case No.: 13-53846

Judge: Hon. Steven W. Rhodes

FILED (1) 2014 OCT 20 A 11:28 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

## NOTICE OF [MOTION] [OBJECTION]

Claimant ~~Debtor~~ has filed papers with the court to Objection to Stay Modification Notice
{relief sought in motion or objection}.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to Grant Motion to Preserve Stay [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

   **United States Bankruptcy Court**
   211 W. Fort
   Detroit, MI 48226

   If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

   You must also mail a copy to [enter your name and address and name and address of others to be served]:

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: October 20, 2014

Signature: Deborah Taitt
Name: Deborah Taitt
Address: 18420 Wildemere
Detroit, MI 48221

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit, MI

Debtor.
_____/

CASE NO: 13-53846
CHAPTER: 9
JUDGE: ~~Hon. Steven W. Rhodes~~

ORDER GRANTING MOTION ~~FOR~~/TO Preserve Stay

This matter having come before the Court on ~~Debtor~~ Claimant's motion ~~for~~/to Preserve Stay, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re                                                    Chapter 9

City of Detroit, Michigan,                               Case No. 13-53846
    Debtor                                               Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I certify that on October 20, 2014, I filed and served a copy of the Objection to Stay Modification Notice, Motion to Preserve Stay and Certificate of Service. A copy was mailed to:

David J. Demps
Assistant Corporate Counsel
City of Detroit
2 Woodward Avenue, Ste. 500
Detroit, MI 48226

*Deborah Taitt*
Deborah Taitt, in pro se
18420 Wildemere
Detroit, MI 48221
(313) 340-1266