UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re                                                                 Chapter 9

City of Detroit, Michigan,                              Case No. 13-53846
    Debtor                                            Hon. Steven W. Rhodes

## OBJECTION TO STAY MODIFICATION NOTICE

Service Date:            October 1, 2012

Designated Claimant:  Deborah Taitt

Address:                 18420 Wildemere
                         Detroit, MI 48221

Proof of Claim No.:      1300

Case No.:                12-017100-CH
                         Gatewood et al v Taitt et al

Court:                   Wayne County Third District Court

Property:                Parcel No. 16038783-9 AKA 16210 James Couzens, Detroit, MI 48221

Claimant Deborah Taitt, acting in pro se objects to the Stay Modification Notice. Pursuant to section 362 (d) (2) of the Bankruptcy Code, the court shall grant relief from the stay if the debtor does not have an equity interest in such property and such property is not necessary to an effective reorganization. In the instant case, the debtor has not released its interest in the subject property.

Dated October 20, 2014

                                                              Deborah Taitt, in pro se
                                                              18420 Wildemere
                                                              Detroit, MI 48221
                                                              (313) 340-1266

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re                                               Chapter 9

City of Detroit, Michigan,                          Case No. 13-53846
    Debtor                      Hon. Steven W. Rhodes

**CERTIFICATE OF SERVICE**

I certify that on October 20, 2014, I filed and served a copy of the Objection to Stay Modification Notice, Motion to Preserve Stay and Certificate of Service. A copy was mailed to:

David J. Demps
Assistant Corporate Counsel
City of Detroit
2 Woodward Avenue, Ste. 500
Detroit, MI 48226

*Deborah Taitt*
Deborah Taitt, in pro se
18420 Wildemere
Detroit, MI 48221
(313) 340-1266

