IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| In re:<br><br>City of Detroit, Michigan<br><br>Debtors. | Chapter 11<br><br>Case No. 13-53846 (SWR) |

### CERTIFICATE OF SERVICE

I, Indira Y. Garcia, certify and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned case.

On or before October 13, 2014, I caused copies of the
- [Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re Docket Nos. 6485, 6486, and 7492]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: October 16, 2014

/s/ Indira Y. Garcia
Indira Y. Garcia
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.823.9000

# EXHIBIT A

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bingham McCutchen LLP | Attn Josh Dorchak | 399 Park Avenue | | New York | NY | 10022 | | 1357 | $83,485,000.00 | $15,000,000.00 | 7492 | Notice Party |
| Bronze Gable, L.L.C. | Attn Claims@bronzegable.net | PO Box 8446 | | New York | NY | 10150 | | 1357 | $83,485,000.00 | $15,000,000.00 | 7492 | Transferee |
| CitiGroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1357 | $200,555,000.00 | $83,485,000.00 | 6485 | Transferee |
| CitiGroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1360 | $172,560,000.00 | $33,275,000.00 | 6486 | Transferee |
| CitiGroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1357 | $83,485,000.00 | $15,000,000.00 | 7492 | Transferor |
| Commerzbank AG London Branch | Attn Simon Bowmer | 30 Gresham Street | PO Box 52715 | London | | EC2P 2XY | England | 1357 | $200,555,000.00 | $83,485,000.00 | 6485 | Transferor |
| Commerzbank AG London Branch | Attn Simon Bowmer | 30 Gresham Street | PO Box 52715 | London | | EC2P 2XY | England | 1360 | $172,560,000.00 | $33,275,000.00 | 6486 | Transferor |