UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
------------------------------------------------------x
                                                      :
In re                                                 : Chapter 9
                                                      :
CITY OF DETROIT, MICHIGAN,                            : Case No. 13-53846
                                                      :
                    Debtor.                           : Hon. Steven W. Rhodes
                                                      :
------------------------------------------------------x
```

# ORDER RESOLVING OBJECTIONS TO
# PROOF OF CLAIM NUMBER 3683 FILED BY
# MACOMB INTERCEPTOR DRAIN DRAINAGE DISTRICT

This matter came before the Court on the Stipulation for an Order Resolving Objections to Proof of Claim Number 3683 Filed by Macomb Interceptor Drain Drainage District (the "Stipulation"),[1] filed by the City of Detroit (the "City") and Macomb Interceptor Drain Drainage District ("MIDDD" and, together with the City, the "Parties"); the Court having reviewed the Stipulation; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) due and adequate notice of the Stipulation has been provided and

---

[1] Capitalized terms not defined herein have the meanings given to them in the Stipulation.

(d) no further notice is necessary, (e) approval of the Settlement pursuant to Bankruptcy Rule 9019 is appropriate because (i) there is some probability that MIDDD will succeed in the litigation, (ii) the litigation is expected to be complex, expensive and burdensome on the City and (iii) the interests of the City's other creditors are promoted by the Settlement; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

2. Proof of claim number 3683 filed by MIDDD (the "Claim"), the Complaint, the Claim Objection, the Response, the Supplemental Claim Objection, the Summary Judgment Motion and any other papers filed in connection with the Claim and the Claim Objection are RESOLVED.

3. Pursuant to section 502(b) of the Bankruptcy Code, the Claim shall be allowed in the amount of $22 million as an Other Unsecured Claim subject to treatment in Class 14 under the Plan.

4. The City shall service the New B Notes distributed to MIDDD on account of its Allowed Claim from the City's General Fund and shall not allocate such New B Notes to be serviced by payments received from DWSD.

ATI-102623729v1
-2-
13-53846-tjt    Doc 8025    Filed 10/20/14    Entered 10/20/14 16:52:58    Page 2 of 3

5. All Plan Objections are deemed withdrawn with prejudice.

6. Nothing herein shall be deemed to change or otherwise affect MIDDD's vote to reject the Plan.

.

**Signed on October 20, 2014**

                                                            /s/ Steven Rhodes
                                                            **Steven Rhodes**
                                                            **United States Bankruptcy Judge**