# EXHIBIT A

EXHIBIT 3

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

ROBERT DAVIS,

    Plaintiff-Counter Defendant.

v.

DEBRA HUMPHREY,

    Defendant-Counter Plaintiff.

_____/

DAVIS, ROBERT v HUMPHREY, DEBRA J
Hon. Amy P. Hathaway     06/22/2010

10-007095-AW

JEHAN CRUMP-GIBSON (P73178)
Attorney for Plaintiff-Counter Defendant.
151 W. Fort Street, Suite 301
Detroit, Michigan 48226
(888) 315-5793

PEGGY K. MADDEN (P39308)
Attorney for Defendant-Counter Plaintiff.
615 Griswold, Suite 1116
Detroit, Michigan 48226
(313) 963-3377

_____/

## ORDER OF THE COURT

At a session of the Court on NOV -9 2010
Honorable AMY HATHAWAY, Circuit Court Judge

This matter having come before the Court on Defendant/Counter Plaintiff's Motion for Attorney Fees, Sanctions and Restrictive Order and the Court being advised:

IT IS ORDERED that the Plaintiff-Counter Defendant, ROBERT DAVIS, must post a bond of One Thousand dollars prior to filing any action as a Plaintiff in the Third Judicial Circuit Court.

IT IS FURTHER ORDERED that the Motion for Attorney fees is denied as premature and is reserved for later consideration.

IT IS FURTHER ORDERED that the Motion for Sanctions is DENIED.

A TRUE COPY
CATHY M. GARRETT
WAYNE COUNTY CLERK
BY _____

AMY P. HATHAWAY
CIRCUIT COURT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

_____
Peggy K. Madden (P39308)

_____
Jehan Crump-Gibson (P73178)

# EXHIBIT B

# Third Judicial Circuit of Michigan - Case Records Search Results

Skip to Main Content   Logout   My Account   Search Menu   New Case Search   Refine Search

Location : Non-Criminal Cases        Web Access Instruction Manual

Record Count: 22
Search By: Party   Exact Name: on   Party Search Mode: Business Name   Last Name: citizens united against corrupt government   Case Status: All   Sort By: Filed Date

| Case Number | Style | Filed/Location | Type/Status |
|---|---|---|---|
| 12-010432-AW | CITIZENS UNTIED AGAINST CORRUPT GOVERNMENT v DETROIT WAYNE COUNTY PORT AUTHORITY | 08/06/2012 Civil Division | (AW) - Writs Final |
| 12-014077-AW | CITIZENS UNITED AGAINST CORRUPT GOVERNMENT VS HIGHLAND PARK PUBLIC SCHOOL ACADEMY SYSTEM HIGHLAND PARK PUBLIC SCHOOL ACADEMY SYSTEM BOARD OF DIRECTORS | 10/24/2012 Civil Division | (AW) - Writs Final |
| 12-014164-AW | CITIZENS UNITED AGAINST CORRUPT GOVERNMENT V HIGHLAND PARK BOARD OF CANVASSERS, AND BRENDA GREEN | 10/25/2012 Civil Division | (AW) - Writs Final |
| 12-014256-AW | CITIZENS UNITED AGAINST CORRUPT GOVERNMENT VS DEANDRE WINDOM CHRIS WOODARD RODNEY PATRICK | 10/26/2012 Civil Division | (AW) - Writs Final |
| 12-015520-AW | CITIZENS UNITED AGAINST CORRUPT GOVERNMENT V. JOYCE PARKER AND CITY OF ECORSE | 11/21/2012 Civil Division | (AW) - Writs Final |
| 12-015884-AW | CITIZENS UNITED AGAINST CORRUPT GOVERNMENT v WAYNE COUNTY AIRPORT AUTHORITY , et al. | 11/30/2012 Civil Division | (AW) - Writs Final |
| 12-015933-CZ | CITIZENS UNITED AGAINST CORRUPT GOVERNMENT , et al. v CITY OF DETROIT , et al. | 12/03/2012 Civil Division | (CZ) - General Civil Final |
| 13-001702-AW | CITIZENS UNITED AGAINST CORRUPT GOVERNMENT vs GROSSE POINTE PARK CITY COUNCIL | 02/04/2013 Civil Division | (AW) - Writs Final |
| 13-004353-AW | CITIZENS UNITED AGAINST CORRUPT GOVERNMENT v ORR, KEVYN , et al. | 04/01/2013 Civil Division | (AW) - Writs Final |
| 13-004610-AW | CITIZENS UNITED AGAINST CORRUPT GOVERNMENT V HIGHLAND PARK BOARD OF EDUCATION, ET AL | 04/05/2013 Civil Division | (AW) - Writs Final |
| 13-005523-AW | CITIZENS UNITED AGAINST CORRUPT GOVERNMENT VS DR. DONALD WEATHERSPOON, HIGHLAND PARK SCHOOL DISTRICT | 04/26/2013 Civil Division | (AW) - Writs Final |
| 13-007225-AW | CITIZENS UNITED AGAINST CORRUPT GOVERNMENT v HIGHLAND PARK HOUSING COMMISSION | 06/03/2013 Civil Division | (AW) - Writs Final |
| 13-008926-AW | BARROW, TOM , et al. v CITY OF DETROIT ELECTION COMMISSION , et al. | 07/08/2013 Civil Division | (AW) - Writs Final |
| 13-010208-AW | Wilcoxon, D Etta , et al. v CITY OF DETROIT ELECTION COMMISSION , et al. | 08/02/2013 Civil Division | (AW) - Writs Final |
| 13-010901-AW | CITIZENS UNITED AGAINST CORRUPT GOVERNMENT V SAUNTEEL JENKINS | 08/20/2013 Civil Division | (AW) - Writs Final |
| 13-012502-AW | Wilcoxon, D. Etta , et al. v Winfrey, Janice M. , et al. | 09/25/2013 Civil Division | (AW) - Writs Stay |
| 13-012957-AW | Citizens United Against Corrupt Government v Wayne County Board of Canvassers | 10/04/2013 Civil Division | (AW) - Writs Final |
| 14-000700-AW | Citizens United Against Corrupt Government v Wayne County Board of Canvassers | 01/21/2014 Civil Division | (AW) - Writs Final |
| 14-001428-CZ | Citizens United Against Corrupt Government v Highland Park Board of Education | 02/05/2014 Civil Division | (CZ) - General Civil Closed |
| 14-008360-AW | Citizens United Against Corrupt Government v Detroit/Wayne County Port Authority | 06/27/2014 Civil Division | (AW) - Writs Final |
| 14-010590-AW | | 08/15/2014 | (AW) - Writs |

| | Citizens United Against Corrupt Government v Highland Park Public School Academy System, et al. | Civil Division | Final |
|---|---|---|---|
| 14-012633-AW | Citizens United Against Corrupt Government v Detroit City Council | 10/01/2014 Civil Division | (AW) - Writs Final |

# EXHIBIT C

EXHIBIT 4

BCS/CD-502 (Rev 04/11)

**MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
**BUREAU OF COMMERCIAL SERVICES**

| Date Received | | FILED |
|---|---|---|
| JUN 20 2012 | This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document. | JUN 21 2012 |

Administrator
BUREAU OF COMMERCIAL SERVICES

Name: Robert Davis
Address: 180 Eason
City: Highland Park  State: MI  ZIP Code: 48203

Document will be returned to the name and address you enter above. If left blank, document will be returned to the registered office.

EFFECTIVE DATE:

71073X

## ARTICLES OF INCORPORATION
For use by Domestic Nonprofit Corporations
(Please read information and instructions on the last page)

Pursuant to the provisions of Act 162, Public Acts of 1982, the undersigned corporation executes the following Articles:

**ARTICLE I**

The name of the corporation is:

Citizens United Against Corrupt Government

**ARTICLE II**

The purpose or purposes for which the corporation is organized are:

This civic nonprofit organization is organized for the purpose of promoting and ensuring a corrupt-free and law-abiding government through social and legal/court actions aimed at eliminating unlawful actions by all governmental officials and representatives on all levels of government.

**ARTICLE III**

1. The corporation is organized upon a ____Nonstock____ basis.
   (Stock or Nonstock)

2. If organized on a stock basis, the total number of shares which the corporation has authority to issue is ____N/A____. If the shares are, or are to be, divided into classes, the designation of each class, the number of shares in each class, and the relative rights, preferences and limitations of the shares of each class are as follows:

$20.00 CA44j 59884

## ARTICLE III (cont.)

3. a. If organized on a nonstock basis, the description and value of its real property assets are: (If none, insert "none")

None

b. The description and value of its personal property assets are: (If none, insert "none")

None

c. The corporation is to be financed under the following general plan:

With the personal funds of Robert Davis, its incorporator, and with voluntary donations and fundraisers.

d. The corporation is organized on a __Directorship__ basis.
(Membership or Directorship)

## ARTICLE IV

1. The name of the resident agent at the registered office is:

Robert Davis

2. The address of its registered office in Michigan is:

180 Eason (Street Address), Highland Park (City), Michigan 48203 (ZIP Code)

3. The mailing address of the registered office in Michigan if different than above:

_____ (Street Address or PO Box), _____ (City), Michigan _____ (ZIP Code)

## ARTICLE V

The name(s) and address(es) of the incorporator(s) is (are) as follows:

| Name | Residence or Business Address |
|---|---|
| Robert Davis | 180 Eason, Highland Park, MI 48203 |
| Desmond M. White | 18453 Lauder, Detroit, MI 48235 |

Use space below for additional Articles or for continuation of previous Articles. Please identify any Article being continued or added. Attach additional pages if needed.

I, (We), the undersigned sign my (our) name(s) this ___19th___ day of ___June 2012___ 2012

*[signature]*

Desmond M. White