THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____x

|  |  |  |
|---|---|---|
|  | : | Chapter 9 |
| **In re:** | : | Case No. 13-53846 |
| **CITY OF DETROIT, MICHIGAN**, | : | Hon. Steven W. Rhodes |
| Debtor. | : |  |
|  | : |  |

_____x

**CITIZENS UNITED AGAINST
CORRUPT GOVERNMENT,**
       Plaintiff,                                       Adv. Case No. 14-05059

                                                                Hon. Steven W. Rhodes

V

**DETROIT CITY COUNCIL,**
       Defendant**.**
_____

### CERTIFICATE OF SERVICE

      I, ANDREW A. PATERSON, certify that the foregoing (i) *Respondents Robert Davis; and Citizens United Against Corrupt Government's Response to The City of Detroit's Motion for Reconsideration of Order Granting Petitioners Robert Davis' and Citizens United Against Corrupt Government's Emergency Motion for Relief from Automatic Stay* was filed and served via the Court's electronic case filing and noticing system this 20th day of October, 2014, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                                /S/ Andrew A. Paterson_(P18690)
                                                Attorney for Respondents/Petitioners
                                                46350 Grand River, Suite C
                                               Novi, MI 48374
                                               (248) 568-9712
                                               Aap43@outlook.com