UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

111 First Street
Bay City, MI 48708

211 W. Fort Street
17th Floor
Detroit, MI 48226

226 W. Second Street
Flint, MI 48502

---

**Order Party: Name, Address and Telephone Number**

Name _Syncora Guarantee & Syncora Capital Assurance_

Firm _____ **Kirkland & Ellis LLP** _____

Address _____ **300 N. LaSalle** _____

City, State, Zip _____ **Chicago, IL 60654** _____

Phone _____ **312-862-2000** _____

Email _____ **lally.gartel@kirkland.com** _____

**Case/Debtor Name:** City of Detroit, MI

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** _Hon. Steven Rhodes

◉ Bankruptcy ○ Adversary

○ Appeal   Appeal No: _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 10/20/2014   **Time of Hearing:** 9:00 a.m.  **Title of Hearing:** Plan Confirmation

Please specify portion of hearing requested: ◉ **Original/Unredacted** ○ **Redacted** ○ Copy (2ⁿᵈ Party)

◉ Entire Hearing   ○ Ruling/Opinion of Judge   ○ Testimony of Witness   ○ Other

Special Instructions: _____

---

**Type of Request:**

◉ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

○ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free
FTR Record Player™ onto your computer from
www.ftrgold.com

FOR COURT USE ONLY

Transcript To Be Prepared By

_____

Date         By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

Date: 10/21/2014

By signing, I certify that I will pay all charges upon completion
of the transcript request.