Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 123, Detroit, MI 48226** on **11/12/14** at **09:00 AM** to consider and act upon the following:

*7900* − Motion for Reconsideration/Rehearing (related documents 7754 Order on Motion for Relief from Stay and Waiving FRBP 4001 (a)(3)) Filed by Debtor In Possession City of Detroit, Michigan (Swanson, Marc)

The City is ordered to bring to the Court at the time of the hearing all minutes, transcripts or other recorded materials that relate to the meetings that Petitioners/Plaintiffs contend violated the Open Meetings Act.

Dated: 10/22/14

                                      BY THE COURT

                                      Katherine B. Gullo
                                      Clerk, U.S. Bankruptcy Court

                                      BY: christine sikula
                                      Deputy Clerk