UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9
City of Detroit, Michigan,  Case No. 13-53846
    Debtor.  Hon. Steven W. Rhodes
_____/

## Notice Regarding Continuation of Plan Confirmation Hearing

Notice is given that the plan confirmation hearing is scheduled to continue on October 27, 2014 at 9:00 a.m. in Courtroom 242 of the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

Signed on October 22, 2014

                                                      /s/ Steven Rhodes
                                                   Steven Rhodes
                                                   United States Bankruptcy Judge