UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 9
                                                             :
CITY OF DETROIT, MICHIGAN                                    :    Case No. 13-53846
                                                             :
                   Debtor.                                   :    Hon. Steven W. Rhodes
                                                             :
                                                             :
-------------------------------------------------------------x
```

# WITHDRAWAL OF PROOF OF CLAIM NO. 817

Claimant Cass Community Social Services, Inc., by its attorneys, hereby withdraws its Proof of Claim No. 817 because it has been satisfied.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Cass Community Social Services, Inc.

        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI  48226
        (313) 465-7344
        jcalton@honigman.com

Dated:  October 23, 2014

## CERTIFICATE OF SERVICE

I certify that on October 23, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Cass Community Social Services, Inc.


        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI  48226
        (313) 465-7344
        jcalton@honigman.com