UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

# TRANSCRIPT ORDER FORM

111 First Street
Bay City, MI 48708

211 W. Fort Street
17th Floor
Detroit, MI 48226

226 W. Second Street
Flint, MI 48502

**Order Party: Name, Address and Telephone Number**

Name Bill Sweeney

Firm CKM Legal Research, Inc.

Address 8 Wadsworth Ter.

City, State, Zip Cranford, NJ 07016

Phone 908-272-4046

Email ckm08@comcast.net

**Case/Debtor Name:** City of Detroit

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge** Hon. Steven Rhodes

(●) **Bankruptcy** ( ) **Adversary**

( ) **Appeal** **Appeal No:** ____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 10/22/2014 **Time of Hearing:** 8:30 am **Title of Hearing:** Plan confirmation

Please specify portion of hearing requested: (●) **Original/Unredacted** ( ) **Redacted** ( ) **Copy** (2nd Party)

(●) Entire Hearing ( ) Ruling/Opinion of Judge ( ) Testimony of Witness ( ) Other

Special Instructions: ____

**Type of Request:**

( ) Ordinary Transcript - $3.65 per page (30 calendar days)
( ) 14-Day Transcript - $4.25 per page (14 calendar days)
(●) Expedited Transcript - $4.85 per page (7 working days)
( ) CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/William R. Sweeney Jr. Date: 10/23/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

Date By

Order Received:

Transcript Ordered

Transcript Received