Hon. Judge Steven W. Rhodes

Federal Bankruptcy Court, E.D

211 W. Fort Street

Detroit, Mi 48226



City of Detroit – case # 13-53846

Dear Judge Rhodes,

Enclosed is the Petition to 'Preserve Detroit Water and Sewerage Department (DWSD) pensions' signed by some of the DWSD employees.

Our pensions have been paid by the water ratepayers. It need to be separated and protected by the bankruptcy court from General pension.

Sincerely,

*[signature]* 10-16-14

Vinod Sharma

1553 Boyd Street

Troy, MI 48083

248-703-1597

vsharma3248@gmail.com

Dated: 10-16-14

# PETITION TO PRESERVE DWSD PENSIONS

Hon. Steven W. Rhodes

Federal Bankruptcy Court

Detroit, MI 48226

We, workers of Detroit Water and Sewerage Department (DWSD), state that our pensions have been paid by ratepayers without any interruption and continue to be paid by ratepayers. Thus our pensions have to be seprated and protected by the Bankruptcy Court in re the City of Detroit, Debtor, Chapter 9 case No. 13-53846, Hon. Steven W. Rhodes.

| Name | Signature |
|---|---|
| Mauria Davis | Mauria Davis |
| Wesley Brent | Wesley G B |
| James Dyson | [signature] |
| John Clark | John Clark |
| Mallell Dns | [signature] |
| Mr. Marcel Coleman | Mr. Marcel Coleman |
| Adam Guthridge | Adam Guthridge |
| Dwight Cammon | Dwight Cammon |
| Cletus Greenwood | [signature] |
| Keithia Flanders | Keithia Flanders |
| Thomas Manning | Thom Mn |
| RONALD HENRY | Ronald Henry |
| Michael [...] | Michael [...] |

# PETITION TO PRESERVE DWSD PENSIONS

Hon. Steven W. Rhodes

Federal Bankruptcy Court

Detroit, MI 48226

We, workers of Detroit Water and Sewerage Department (DWSD), state that our pensions have been paid by ratepayers without any interruption and continue to be paid by ratepayers. Thus our pensions have to be seprated and protected by the Bankruptcy Court in re the City of Detroit, Debtor, Chapter 9 case No. 13-53846, Hon. Steven W. Rhodes.

| Name | Signature |
|---|---|
| Carlton Reynolds | Carlton Reynolds |
| Alim Rashid | Alim Rashid |
| Bennie E Cloud | Bennie E Cloud |
| Robert Thomas | Robert A. Thomas |
| Cheval Brock | Cheval Brock |
| Richard Larkin | Richard Larkin |
| Erica Benson | Erica Benson |
| Marvin Thornton | Marvin Thornton |
| Krystal Wells | Krystal Wells |
| Darcyl Mitchell | Darcyl Mitchell |
| Machera Hayes-Parks | Machera Hayes-Parks |
| Michael Dunn | Michael Dunn |
| Michael Stanberry | Michael Stanberry |
| Stanley (unclear) | (unclear) |
| Shawn Williams | Shawn Williams |

# PETITION TO PRESERVE DWSD PENSIONS

Hon. Steven W. Rhodes

Federal Bankruptcy Court

Detroit, MI 48226

We, workers of Detroit Water and Sewerage Department (DWSD), state that our pensions have been paid by ratepayers without any interruption and continue to be paid by ratepayers. Thus our pensions have to be seprated and protected by the Bankruptcy Court in re the City of Detroit, Debtor, Chapter 9 case No. 13-53846, Hon. Steven W. Rhodes.

| Name | Signature |
|---|---|
| Cherita Anderson | Cherita Anderson |
| Samuel White Sr | S. White |
| Albert Thomas | Albert Thomas |
| Derrick Turner | Derrick Turner |
| Marcus Hall | Marcus Hall |
| James Zetthmyer | [signature] |
| Ronald Thomas | R. Thomas |
| [struck through] | [signature] |
| Antonio Ratliff | [signature] |
| Rondell Royst | Rondell Royst |
| Michael P. Baber | Michael P. Baber |
| Edward K. Grace | Edward K. G. |
| Charles W Remes 2 | Ch. [signature] |
| Leon Boyd Jr | [signature] |
| Godwin Odemelam | [signature] |

# PETITION TO PRESERVE DWSD PENSIONS

Hon. Steven W. Rhodes

Federal Bankruptcy Court

Detroit, MI 48226

We, workers of Detroit Water and Sewerage Department (DWSD), state that our pensions have been paid by ratepayers without any interruption and continue to be paid by ratepayers. Thus our pensions have to be seprated and protected by the Bankruptcy Court in re the City of Detroit, Debtor, Chapter 9 case No. 13-53846, Hon. Steven W. Rhodes.

| Name | Signature |
|---|---|
| RAO MANYAM | Rao M. ... |
| VINOD SHARMA | Vinod Sharma |
| TERRENCE HARVIN | Terence Harvin |
| IKE OKONKWO | Ike Okonkwo |
| JAMES IBIRONKE | Ibironke |
| Richard Murphy | R.P. Murphy |
| NICOLAS NICOLAS | [signature] |
| aby [illegible] | [signature] |
| Kashmira Patel | K. Patel |
| Broderick Ward | Broderick Ward |
| Saulius Simoliunas | Saulius Simoliunas |
| JAMES D. LIGON | James D. Ligon |
| JASON williams | Jan Williams |
| RAVI YELAMANCHI | [signature] |
| MEENA SHARMA | |

13-53846-tjt   Doc 8067   Filed 10/20/14   Entered 10/23/14 12:19:48   Page 5 of 14

# PETITION TO PRESERVE DWSD PENSIONS

Hon. Steven W. Rhodes

Federal Bankruptcy Court

Detroit, MI 48226

We, workers of Detroit Water and Sewerage Department (DWSD), state that our pensions have been paid by ratepayers without any interruption and continue to be paid by ratepayers. Thus our pensions have to be seprated and protected by the Bankruptcy Court in re the City of Detroit, Debtor, Chapter 9 case No. 13-53846, Hon. Steven W. Rhodes.

| Name | Signature |
|---|---|
| Tamara Taylor | Tamara Taylor |
| Katherine Brooks | Katherine Brooks |
| R. Chittyji (Ramu Chittyji) | R. Chitty |
| Sherry Rainey | Sherry Rainey |
| Sherice Townsend | Sherice Townsend |
| Sanjay K Patel | Sanjay Patel |
| DARREN DAVENPORT | D. Davenport |
| KENNETH SINGLETON | Kenneth Singleton |
| Xiaowei Zhang | XZ |
| STEPHEN A. SHUK | Stephen A. Shuk |
| Edward Sing (Edward Singleton) | Edward Sing |
| ALPESH PATEL | alpesh patel |
| Harold Robinson | Harold Robinson |

# PETITION TO PRESERVE DWSD PENSIONS

Hon. Steven W. Rhodes

Federal Bankruptcy Court

Detroit, MI 48226

We, workers of Detroit Water and Sewerage Department (DWSD), state that our pensions have been paid by ratepayers without any interruption and continue to be paid by ratepayers. Thus our pensions have to be seprated and protected by the Bankruptcy Court in re the City of Detroit, Debtor, Chapter 9 case No. 13-53846, Hon. Steven W. Rhodes.

| Name | Signature |
|---|---|
| PARTHO GHOSH | *(signed)* |
| Christopher Pierre | *(signed)* |
| NAthan McKinney | *(signed)* |
| SHAKIL AHMED | *(signed)* |

# PETITION TO PRESERVE DWSD PENSIONS

Hon. Steven W. Rhodes

Federal Bankruptcy Court

Detroit, MI 48226

We, workers of Detroit Water and Sewerage Department (DWSD), state that our pensions have been paid by ratepayers without any interruption and continue to be paid by ratepayers. Thus our pensions have to be seprated and protected by the Bankruptcy Court in re the City of Detroit, Debtor, Chapter 9 case No. 13-53846, Hon. Steven W. Rhodes.

| # | Name | Signature |
|---|---|---|
| 1. | GEORGE VANNILAN, ANALYTICAL CHEMIST | /s/ George Vanila |
| 2. | JACOB PHILIP KOVOOR, ANALYTICAL CHEMIST | /s/ Jacob Philip Kovoor |
| 3) | VIJAY L MAHENDRA, ANALYTICAL CHEMIST | /s/ Vijay L Mahendra |
| 4 | ARUNA MANDAVA, Sr Analytical Chemist | /s/ Aruna Mandava |
| 5 | Olini Ramarledly, Analytical chemist | /s/ Olinikerdely |
| 6. | DILWARA BEGUM, ANALYTICAL CHEMIST | |

# PETITION TO PRESERVE DWSD PENSIONS

Hon. Steven W. Rhodes

Federal Bankruptcy Court

Detroit, MI 48226

We, workers of Detroit Water and Sewerage Department (DWSD), state that our pensions have been paid by ratepayers without any interruption and continue to be paid by ratepayers. Thus our pensions have to be seprated and protected by the Bankruptcy Court in re the City of Detroit, Debtor, Chapter 9 case No. 13-53846, Hon. Steven W. Rhodes.

| Name | Signature |
|---|---|
| 7. VINCEN RAJU<br>ANALYTICAL CHEMIST | *Vincen Raju* |
| 8. CICY JACOB<br>Analytical Chemist | *Cicy Jacob* |
| 9. Rosily Jais<br>Analytical Chemist | *Rosily Jais* |
| 10. Betty Korula<br>Analytical Chemist | *Betty Korula* |
| 11. Bindu E.S. Kallinkil<br>Analytical chemist | *Bindu Kallinkil* |
| 12. Lissy Joseph<br>Analytical Chemist | *Lissy Joseph* |

# PETITION TO PRESERVE DWSD PENSIONS

Hon. Steven W. Rhodes

Federal Bankruptcy Court

Detroit, MI 48226

We, workers of Detroit Water and Sewerage Department (DWSD), state that our pensions have been paid by ratepayers without any interruption and continue to be paid by ratepayers. Thus our pensions have to be seprated and protected by the Bankruptcy Court in re the City of Detroit, Debtor, Chapter 9 case No. 13-53846, Hon. Steven W. Rhodes.

| # | Name | Signature |
|---|---|---|
| 13. | ANNIE PARAYIL — ANALYTICAL CHEMIST | *signed* |
| 14. | Abdul H Rahman — ANALYTICAL CHEMIST | A. Rah— |
| 15. | GAYATRI PINNAMANENI — ANALYTICAL CHEMIST | gayatri.pinnamaneni |

# PETITION TO PRESERVE DWSD PENSIONS

Hon. Steven W. Rhodes

Federal Bankruptcy Court

Detroit, MI 48226

We, workers of Detroit Water and Sewerage Department (DWSD), state that our pensions have been paid by ratepayers without any interruption and continue to be paid by ratepayers. Thus our pensions have to be seprated and protected by the Bankruptcy Court in re the City of Detroit, Debtor, Chapter 9 case No. 13-53846, Hon. Steven W. Rhodes.

| Name | Signature |
|---|---|
| Cornell Amerson | Cornell Amerson |
| Linda Grice | Linda Grice |
| YASHAWN GIPSON | Yashawn Gipson |
| DENNIS Ketelhut | [signature] |

# PETITION TO PRESERVE DWSD PENSIONS

Hon. Steven W. Rhodes

Federal Bankruptcy Court

Detroit, MI 48226

We, workers of Detroit Water and Sewerage Department (DWSD), state that our pensions have been paid by ratepayers without any interruption and continue to be paid by ratepayers. Thus our pensions have to be seprated and protected by the Bankruptcy Court in re the City of Detroit, Debtor, Chapter 9 case No. 13-53846, Hon. Steven W. Rhodes.

| Name | Signature |
|---|---|
| Derek A. Bennett | Derek A. Bennett |
| Mazin Malallah | Mazin Malallah |
| Kobi C. Smith SR | [signature] |
| Alfredo S. Lava | [signature] |
| Tuyana Readus | Tuyana Readus |
| John Miller III | John Miller III |
| Cynthia L. Stokes | Cynthia Stokes |
| Beena Chackunkal | Beena Chackunkal |
| Carol L. Johnson | Carol L. Johnson |
| Sanjay M. Patel | Sanjay Patel |
| Lori J. Smith | Lori Smith |
| George Galofen | [signature] |
| Keith A. Luszczynski | Keith Luszczynski |

# PETITION TO PRESERVE DWSD PENSIONS

Hon. Steven W. Rhodes
Federal Bankruptcy Court
Detroit, MI 48226

We, workers of Detroit Water and Sewerage Department (DWSD), state that our pensions have been paid by ratepayers without any interruption and continue to be paid by ratepayers. Thus, our pensions have to be separated and protected by the Bankruptcy Court in re the City of Detroit, Debtor, Chapter 9 case No. 13-53846, Hon. Steven W. Rhodes.

| Name | Signature |
|---|---|
| SUBHASH C. BERI | SCB |
| P. Wadehra | P. Wadehra |
| Swatantra Jha | Susilla |
| Radhey S. Misra | Radhey S. Misra |
| SUBRAHMANYAM KOTTAMASU | S. Kottamasu |
| GURBAKHSH R. KAPUR | Shafur / GKKapur |
| Chaten Khurana | |
| RAVIKARA SHIRAVANTHE | Ravikara |
| EDWARD CURRIE | Edward Curry |

# PETITION TO PRESERVE DWSD PENSIONS

Hon. Steven W. Rhodes

Federal Bankruptcy Court

Detroit, MI 48226

We, workers of Detroit Water and Sewerage Department (DWSD), state that our pensions have been paid by ratepayers without any interruption and continue to be paid by ratepayers. Thus our pensions have to be seprated and protected by the Bankruptcy Court in re the City of Detroit, Debtor, Chapter 9 case No. 13-53846, Hon. Steven W. Rhodes.

| Name | Signature |
|---|---|
| Parsan Kapila | Parsan Kapila |
| Wendy Booker | Wendy Booker |
| GEORGE CHAKKALAMURIYL | G. Body |
| Darnell Tyson | Darnell Tyson |
| Dennis Wilson | Dennis Wilson |
| Karen Holmes | |
| Kevin Williams | Kevin Williams |
| Aaron Butler | |
| Ronald Haye | |
| Vijay Valecha | V. Valecha |