UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | No. 13-53846 |
| Debtor, | HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2014, I electronically filed APPELLANTS STATE OF MICHIGAN AND CITY OF DETROIT, MICHIGAN'S DESIGNATION OF THE CONTENTS OF THE RECORD AND STATEMENT OF ISSUES ON APPEAL [Docket No. 8070] with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                            */s/Matthew Schneider*
                                            Matthew Schneider
                                            Chief Legal Counsel
                                            Attorney for State of Michigan
                                            P.O. Box 30754
                                            Lansing, Michigan  48909
                                            (517) 373-3203
                                            SchneiderM7@michigan.gov
                                            [P62190]