# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

        Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

_____

## NOTICE OF WITHDRAWAL OF CITY OF DETROIT'S RESPONSE TO PETITIONERS ROBERT DAVIS' AND CITIZENS UNITED AGAINST CORRUPT GOVERNMENT'S EMERGENCY MOTION FOR REMAND OF OPEN MEETINGS ACT ("OMA") CASE AGAINST THE DETROIT CITY COUNCIL

PLEASE TAKE NOTICE that the City of Detroit, Michigan, by its attorneys Miller, Canfield, Paddock and Stone, P.L.C., hereby withdraws the City Of Detroit's Response To Petitioners Robert Davis' And Citizens United Against Corrupt Government's Emergency Motion For Remand Of Open Meetings Act ("OMA") Case Against The Detroit City Council, filed in this matter as docket number 8073. The City has refiled the response at docket number 11 in Adversary Proceeding Case Number 14-05059.

Respectfully submitted,

By: /s/ Marc N. Swanson
Jonathan S. Green (P33140)
Marc N. Swanson (P71149)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
swanson@millercanfield.com
green@millercanfield.com

Charles N. Raimi (P29746)
Deputy Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Coleman A. Young Municipal Center
Detroit, Michigan  48226
Telephone: (313) 237-5037
Facsimile: (313) 224-5505
raimic@detroitmi.gov

ATTORNEYS FOR THE CITY OF DETROIT

Dated:  October 23, 2014