UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------x
                                                 :
In re                                            : Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                       : Case No. 13-53846
                                                 :
                         Debtor.                 : Hon. Steven W. Rhodes
                                                 :
-------------------------------------------------x
```

**STIPULATION FOR AN ORDER REGARDING
ORDINARY COURSE SETTLEMENT OF UAW GRIEVANCE CLAIM**

The City of Detroit (the "City"), the International Union, UAW and UAW Local Unions 2211, 412 and 212 (collectively, the "UAW" and, together with the City, the "Parties"), by and through their respective undersigned counsel, stipulate as follows:

1. On February 21, 2014, the UAW filed proof of claim number 3420 (the "Claim") against the City on behalf of UAW-represented employees of the City and the Detroit Library Commission (collectively, the "UAW-Represented Employees"), asserting liabilities relating to employee compensation and employee and retiree benefits.

2. Although the Claim is unliquidated in the aggregate, certain liabilities asserted in the Claim are liquidated (the "Liquidated Liabilities"). The Liquidated Liabilities include liabilities associated with grievance claim

number 02-13 (the "Grievance"), asserted by UAW-Represented Employees Yoniqua Coleman and Carolyn Nichols in the amount of $70,000.[1]

3. The Parties and the Grievants have agreed on the terms of a settlement of the Grievance (the "Ordinary Course Settlement"), which will be excluded from the Claim and paid in the ordinary course of the City's operations.

4. Accordingly, the Parties have agreed that: (a) the UAW will withdraw that portion of the Claim that arises from the Grievance, subject to the terms of the Ordinary Course Settlement; and (b) the Claim shall thereby be deemed reduced in the amount of $70,000, subject to the City's right to object further to the Claim (as so reduced), and the UAW's right to respond to any such objection, on any and all available grounds.

5. The Parties therefore request that the Court enter the proposed Order attached hereto as Exhibit 1 approving this Stipulation.

---

[1] As defined herein, the Grievance includes certain similar liabilities asserted against the City by UAW-Represented Employee Jessica Hunter (collectively with Ms. Coleman and Ms. Nichols, the "Grievants") although these liabilities are not expressly identified in the Claim.

Dated: October 24, 2014

| | |
|---|---|
| /s/ Babette Ceccotti | /s/ Heather Lennox |
| Babette Ceccotti | David G. Heiman (OH 0038271) |
| COHEN, WEISS AND SIMON LLP | Heather Lennox (OH 0059649) |
| 330 West 42nd Street | JONES DAY |
| New York, NY 10036-6979 | North Point |
| Telephone: (212) 356-0227 | 901 Lakeside Avenue |
| Facsimile: (646) 473-8227 | Cleveland, Ohio 44114 |
| | Telephone: (216) 586-3939 |
| ATTORNEYS | Facsimile: (216) 579-0212 |
| FOR THE UAW | dgheiman@jonesday.com |
| | hlennox@jonesday.com |
| | |
| | Bruce Bennett (CA 105430) |
| | JONES DAY |
| | 555 South Flower Street |
| | Fiftieth Floor |
| | Los Angeles, California 90071 |
| | Telephone: (213) 243-2382 |
| | Facsimile: (213) 243-2539 |
| | bbennett@jonesday.com |
| | |
| | Jonathan S. Green (MI P33140) |
| | Stephen S. LaPlante (MI P48063) |
| | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| | 150 West Jefferson |
| | Suite 2500 |
| | Detroit, Michigan 48226 |
| | Telephone: (313) 963-6420 |
| | Facsimile: (313) 496-7500 |
| | green@millercanfield.com |
| | laplante@millercanfield.com |
| | |
| | ATTORNEYS FOR THE CITY |

# **EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                                         :
In re                                                    : Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               : Case No. 13-53846
                                                         :
                    Debtor.                              : Hon. Steven W. Rhodes
                                                         :
---------------------------------------------------------x

# ORDER REGARDING ORDINARY COURSE
# SETTLEMENT OF UAW GRIEVANCE CLAIM

This matter came before the Court on the Stipulation for an Order Regarding Ordinary Course Settlement of UAW Grievance Claim (the "Stipulation"),[1] filed by the City of Detroit (the "City") the International Union, UAW and UAW Local Unions 2211, 412 and 212 (collectively, the "UAW" and, together with the City, the "Parties"). The Court has reviewed the Stipulation and finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (c) and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Stipulation.

2. That portion of the Claim that arises from the Grievance is withdrawn, subject to the terms of the Ordinary Course Settlement among the Parties and the Grievants, and the Claim is thereby reduced in the amount of $70,000, subject to the City's right to object further to the Claim (as so reduced), and the UAW's right to respond to any such objection, on any and all available grounds.

# **CERTIFICATE OF SERVICE**

      I, Heather Lennox, hereby certify that the foregoing Stipulation for an Order Regarding Ordinary Course Settlement of UAW Grievance Claim, was filed and served via the Court's electronic case filing and noticing system on this 24th day of October, 2014.

                                            /s/ Heather Lennox