# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street | 211 W. Fort Street | 226 W. Second Street |
| --- | --- | --- |
| Bay City, MI 48708 | 17th Floor | Flint, MI 48502 |
| | Detroit, MI 48226 | |

**Order Party: Name, Address and Telephone Number**

Name: Alfredo R. Perez

Firm: Weil, Gotshal & Manges LLP

Address: 700 Louisiana Street, Suite 1700

City, State, Zip: Houston, TX 77002

Phone: 713-546-5000

Email: alfredo.perez@weil.com

**Case/Debtor Name:** City of Detroit, MI

**Case Number:** 13-53846

**Chapter:** 9

**Hearing Judge:** Hon. Steven Rhodes

◉ Bankruptcy  ○ Adversary

○ Appeal  Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 10/21/2014  Time of Hearing: 9:00 AM  Title of Hearing: Confirmation Trial

Please specify portion of hearing requested:  ◉ Original/Unredacted  ○ Redacted  ○ Copy (2nd Party)

◉ Entire Hearing  ○ Ruling/Opinion of Judge  ○ Testimony of Witness  ○ Other

Special Instructions: Please email to juan.dominguez@weil.com

**Type of Request:**

◉ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

○ Expedited Transcript - $4.85 per page (7 working days)

○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____

Date         By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

/s/ Alfredo R. Perez  Date: 10/24/2014

By signing, I certify that I will pay all charges upon completion of the transcript request.