**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
                 Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------------x

## ORDER REGARDING ORDINARY COURSE SETTLEMENT OF UAW GRIEVANCE CLAIM

This matter came before the Court on the Stipulation for an Order Regarding Ordinary Course Settlement of UAW Grievance Claim (the "Stipulation"),[1] filed by the City of Detroit (the "City") the International Union, UAW and UAW Local Unions 2211, 412 and 212 (collectively, the "UAW" and, together with the City, the "Parties"). The Court has reviewed the Stipulation and finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (c) and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Stipulation.

2.          That portion of the Claim that arises from the Grievance is withdrawn, subject to the terms of the Ordinary Course Settlement among the Parties and the Grievants, and the Claim is thereby reduced in the amount of $70,000, subject to the City's right to object further to the Claim (as so reduced), and the UAW's right to respond to any such objection, on any and all available grounds.

**Signed on October 24, 2014**

       /s/ Steven Rhodes
       **Steven Rhodes**
       **United States Bankruptcy Judge**