UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

## NOTICE OF FILING OF FE MONTHLY INVOICE [AUGUST 2014]

**PLEASE TAKE NOTICE** that, pursuant to paragraph 27 of the Court's Fee Review Order dated September 11, 2013 (Docket No. 810), Robert M. Fishman, the Court appointed fee examiner in the above-captioned case ("Fee Examiner"), caused to be filed the attached monthly invoice of the Fee Examiner Parties, which (i) requests an aggregate amount of $60,374.40 in fees and $292.40 in expenses, and (ii) consists of detailed statements of the fees and expenses requested for the month of August 2014 by (A) the Fee Examiner (*see* Exhibit A, requesting $21,444.60 in fees and $0 in expenses), (B) counsel to the Fee Examiner (*see* Exhibit B, requesting $26,328.00 in fees and $292.40 in expenses), and (C) the financial advisor to the Fee Examiner (*see* Exhibit C, requesting $12,601.80 in fees and $0 in expenses), a true copy of which is herewith served upon you.

Robert M. Fishman, Fee Examiner

Dated: October 24, 2014

By: /s/ Peter J. Roberts
One of his attorneys

Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151 telephone
proberts@shawfishman.com

## CERTIFICATE OF SERVICE

Peter J. Roberts, an attorney, certifies that he caused a true copy of the foregoing **Notice Of Filing Of FE Monthly Invoice** to be served pursuant to the Court's CM/ECF System on this 24th day of October, 2014.

/s/ Peter J. Roberts

{10661-001 NTC A0388937.DOCX}