# EXHIBIT A

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 15957
August 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 8/31/2014

**Please include Invoice Number with Payment**

| | | |
|---|---|---|
| Balance Forward | | 75,090.90 |
| Current Fees | 21,444.60 | |
| Total Current Charges | | 21,444.60 |
| **Total Due** | | **96,535.50** |

## Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---|---|---|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 20,859.00 | 3,681.00 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| 02/28/14 | 13624 | 45,979.20 | 39,082.32 | 6,896.88 |
| 02/28/14 | 13792 | 27,871.80 | 23,691.03 | 4,180.77 |
| 03/31/14 | 14118 | 27,501.00 | 23,375.85 | 4,125.15 |
| 04/30/14 | 14290 | 25,708.80 | 21,852.48 | 3,856.32 |
| 05/31/14 | 14683 | 42,629.69 | 36,390.98 | 6,238.71 |
| 06/30/14 | 14952 | 19,537.81 | 16,608.49 | 2,929.32 |
| 07/31/14 | 15721 | 33,372.00 | 0.00 | 33,372.00 |
| | **Totals** | **314,437.50** | **239,346.60** | **75,090.90** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-002 - RMF  
Re: Robert Fishman

August 31, 2014  
Invoice 15957

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/14 | RMF | Continued organizing, reviewing and revising March Final Monthly Report (1.4). Continued reviewing, finalizing and transmitting April Preliminary Reports (1.1). Reviewed and revised Third Interim Fee Application for Fee Examiner Parties (.8). Discussed same with A. Hudson (.1). Spoke to D. Doyle re various March Final Report inserts and April Preliminary Reports (.2). | 3.60 | 618.00 | 2,224.80 |
| 08/04/14 | RMF | Continued organizing, reviewing and revising March Final Monthly Report (1.3). Continued reviewing and revising Third Quarterly Report (1.3). Continued reviewing, finalizing and transmitting April Preliminary Reports (1.6). | 4.20 | 618.00 | 2,595.60 |
| 08/05/14 | RMF | Continued organizing, reviewing and revising March Final Monthly Report (.7). Continued reviewing and revising Third Quarterly Report (1.6). Discussed same with I. Bodenstein (.2), G. Gouveia (.1) and P. Roberts (.1). Discussed Final Monthly Reports for Jan, Feb and March, and Third Quarterly Report, with A. Hudson (.3). Spoke to D. Doyle several times re Dentons and Jones Day March Final Reports (.3). Final review of and revisions to January, February and March Final Monthly Reports and Third Quarterly Report (2.8). | 6.10 | 618.00 | 3,769.80 |
| 08/07/14 | RMF | Spoke to P. Roberts re Supplement to Second Quarterly Report re EY and Dentons (.2). Spoke to S. Alberts re Dentons invoice issues (.2). Began reviewing May invoices (1.2). | 1.60 | 618.00 | 988.80 |
| 08/08/14 | RMF | Reviewed May invoices. | 1.80 | 618.00 | 1,112.40 |
| 08/19/14 | RMF | Reviewed May invoices. | 2.00 | 618.00 | 1,236.00 |
| 08/20/14 | RMF | Reviewed May invoices (2.8). Spoke to J. Ellman re plan and confirmation hearing issues (.2). Reviewed Kapila June and July invoices (.3). | 3.30 | 618.00 | 2,039.40 |
| 08/21/14 | RMF | Continued review of May invoices. | 2.80 | 618.00 | 1,730.40 |
| 08/22/14 | RMF | Continued review of May invoices. | 1.70 | 618.00 | 1,050.60 |
| 08/25/14 | RMF | Continued review of May invoice. | 4.20 | 618.00 | 2,595.60 |
| 08/27/14 | RMF | Continued review of May invoices. | 2.30 | 618.00 | 1,421.40 |
| 08/29/14 | RMF | Began review of, revisions to and transmittal of May Preliminary Reports. | 1.10 | 618.00 | 679.80 |
| | | **Total Fees** | **34.70** | | **21,444.60** |

| | |
|---|---|
| **Total Fees and Disbursements** | 21,444.60 |
| **Total Current Charges** | 21,444.60 |

Shaw Fishman Glantz & Towbin LLC

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | August 31, 2014 |
| I.D. 10661-002 - RMF | Invoice 15957 |
| Re: Robert Fishman | |

| | |
|---|---|
| Balance Forward | 75,090.90 |
| **Total Amount Due** | **96,535.50** |

# EXHIBIT B

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 15958
August 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-001 - RMF

Re: Chapter 9 case

For Services Rendered Through 8/31/2014

**Please include Invoice Number with Payment**

| | | |
|---|---:|---:|
| Balance Forward | | 102,820.60 |
| Current Fees | 26,328.00 | |
| Current Disbursements | 292.40 | |
| Total Current Charges | | 26,620.40 |
| **Total Due** | | **129,441.00** |

## Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11728 | 14,028.70 | 11,392.67 | 2,636.03 |
| 09/30/13 | 12045 | 7,662.77 | 6,442.57 | 1,220.20 |
| 10/31/13 | 12413 | 30,352.80 | 25,832.77 | 4,520.03 |
| 12/31/13 | 12979 | 51,396.80 | 43,690.40 | 7,706.40 |
| 01/31/14 | 13351 | 37,702.39 | 32,125.99 | 5,576.40 |
| 02/28/14 | 13625 | 71,014.86 | 60,374.82 | 10,640.04 |
| 02/28/14 | 13793 | 44,703.88 | 38,017.20 | 6,686.68 |
| 03/31/14 | 14117 | 40,290.80 | 34,257.58 | 6,033.22 |
| 04/30/14 | 14291 | 46,810.69 | 39,817.78 | 6,992.91 |
| 05/31/14 | 14684 | 46,311.87 | 39,379.61 | 6,932.26 |
| 06/30/14 | 14951 | 22,796.20 | 19,378.27 | 3,417.93 |
| 07/31/14 | 15722 | 40,458.50 | 0.00 | 40,458.50 |
| **Totals** | | **453,530.26** | **350,709.66** | **102,820.60** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

August 31, 2014  
Invoice 15958

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/14 | IB | Review and approve Dentons April 2014 preliminary report and spreadsheet draft from D. Doyle. | 0.30 | 434.00 | 130.20 |
| 08/01/14 | IB | Review and approve A. Hudson draft of Milliman March 2014 final report insert | 0.10 | 434.00 | 43.40 |
| 08/01/14 | IB | Phone call with S. Marken re: March 2014 preliminary report (.1); prepare March 2014 final report insert and send to R. Fishman (.5) | 0.60 | 434.00 | 260.40 |
| 08/01/14 | IB | Review and approve form of Brooks Wilkins April 2014 preliminary report from D. Doyle | 0.30 | 434.00 | 130.20 |
| 08/01/14 | AH | Draft Milliman March final report excerpt (.4); review revisions to third interim fee app from R. Fishman (.1); update the February final report with receipt dates of Professionals' February invoices and other information (.5); revise third interim fee application in accordance with comments from R. Fishman (.5). | 1.50 | 248.00 | 372.00 |
| 08/01/14 | DRD | Review Brooks Wilkins (1.7) and Lazard (.1) invoices for April 2014; draft preliminary reports for same (.3). | 2.10 | 267.00 | 560.70 |
| 08/01/14 | PJR | Confer with M. Reiser regarding KCC April preliminary report. | 0.10 | 419.00 | 41.90 |
| 08/01/14 | PJR | Brief review of Foley June invoice. | 0.10 | 419.00 | 41.90 |
| 08/01/14 | GEG | Review email and redacted March invoice from Conway MacKenzie | 0.10 | 347.00 | 34.70 |
| 08/01/14 | MSR | Review KCC's April invoice and speak with R. Fishman re: issues. | 3.40 | 267.00 | 907.80 |
| 08/03/14 | DRD | Draft final report inserts for Jones Day (1.1) and Brooks Wilkins (.3) and communications with R. Fishman, B. Smith (Lazard) and S. Alberts (Dentons) regarding same (.4). | 1.80 | 267.00 | 480.60 |
| 08/04/14 | IB | Review Bodman spreadsheet of April 2014 invoice and mark up for A. Hudson to prepare preliminary report. | 0.30 | 434.00 | 130.20 |
| 08/04/14 | IB | Review and approve March 2014 final report insert for Kilpatrick from A. Hudson. | 0.10 | 434.00 | 43.40 |
| 08/04/14 | IB | Review and revise draft of quarterly report for first quarter 2014 and give to R. Fishman. | 0.50 | 434.00 | 217.00 |
| 08/04/14 | GEG | Email correspondence with M. Hausman (Conway) regarding status of Fee Examiner's quarterly report (.1); office conference with M. Reiser regarding Pepper Hamilton response to April preliminary report (.1); review email correspondence from R. Fishman and S. Kapila regarding draft quarterly report (.2) | 0.40 | 347.00 | 138.80 |
| 08/04/14 | DRD | Review March 2014 invoice of Jones Day and draft email to J. Ellman regarding same (1.2); communications with Lazard regarding March 2014 invoice and response to preliminary report (.4); communications with R. Fishman regarding same (.1); communications with M. Wilkins regarding redacted invoices (.1); | 2.50 | 267.00 | 667.50 |

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

August 31, 2014  
Invoice 15958

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | communications with A. Hudson regarding same (.1); communications with J. Ellman regarding redacted invoices (.2); communications with S. Alberts and R. Fishman regarding March 2014 preliminary report and invoice (.4). | | | |
| 08/04/14 | PJR | Review draft of Third Quarterly Report and related emails. | 0.40 | 419.00 | 167.60 |
| 08/05/14 | IB | Review Dentons spreadsheet response and revised March 2014 invoice for March final report insert. | 0.50 | 434.00 | 217.00 |
| 08/05/14 | IB | Review G. Gouveia and S. Kapila comments to form of quarterly report (.2) and discuss with R. Fishman (.1) | 0.30 | 434.00 | 130.20 |
| 08/05/14 | GEG | Review and edit draft quarterly report (.3) and email correspondence with R. Fishman regarding same (.1) | 0.40 | 347.00 | 138.80 |
| 08/05/14 | PJR | Review drafts of quarterly report and related emails (.7); confer with R. Fishman on same (.1); review Fee Examiner fee application (.3); confer with A. Hudson on same (.1). | 1.20 | 419.00 | 502.80 |
| 08/05/14 | DRD | Communications with J. Ellman regarding March 2014 invoice (.3); communications with R. Fishman regarding Jones Day March 2014 invoice (.2); communications with A. Hudson regarding February and March 2014 invoice of Jones Day (.3); review and revise January, February and March 2014 final reports (1.8); draft correspondence to Jones Day regarding February 2014 reduction after calculating deduction (1.3). | 3.90 | 267.00 | 1,041.30 |
| 08/05/14 | AH | Updating February and March Monthly final reports and reviewing second quarterly report on ECF to prepare for filing (1.2); compiling and organizing professionals' January, February, and March monthly invoices to include with third quarterly report (2.2); make revisions to third quarterly report, including adding monthly summary charts (1.8); work with J. Hampton on getting third quarterly report and attendant exhibits on system and organized for filing (.7); finalize and compile exhibits for third interim fee application for filing (.5); revising final January monthly report (.5); file third quarterly report (.7) | 7.60 | 248.00 | 1,884.80 |
| 08/06/14 | DRD | Communication with R. Fishman regarding report supplements. | 0.10 | 267.00 | 26.70 |
| 08/08/14 | PJR | Review Segal response to April preliminary report. | 0.10 | 419.00 | 41.90 |
| 08/11/14 | PJR | Exchange emails with M. McMickle regarding US Bank invoices. | 0.20 | 419.00 | 83.80 |
| 08/11/14 | PJR | Review Dykema revised April invoice (.3); draft and edit Dykema April final report insert (.5); email to JJ Chang on final April Dykema invoice (.1). | 0.90 | 419.00 | 377.10 |
| 08/13/14 | PJR | Brief review of EY May spreadsheet and associated summary from M. McMickle. | 0.30 | 419.00 | 125.70 |
| 08/13/14 | GEG | Phone call with Jon Green (Miller Canfield) regarding billing categorization question. | 0.10 | 347.00 | 34.70 |
| 08/14/14 | GEG | Email correspondence with A. Hudson regarding Miller Canfield May invoice review (.1); email correspondence with M. Reiser regarding Pepper Hamilton May invoice review (.1) | 0.20 | 347.00 | 69.40 |
| 08/14/14 | DRD | Communications with J. Ellman regarding supplement to Jones Day | 0.10 | 267.00 | 26.70 |

| Robert Fishman as Detroit Fee Examiner | August 31, 2014 |
|---|---|
| I.D. 10661-001 - RMF | Invoice 15958 |
| Re: Chapter 9 case | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | report. | | | |
| 08/14/14 | PJR | Review and analysis of EY April invoice. | 2.20 | 419.00 | 921.80 |
| 08/15/14 | DRD | Prepare amended final report for Dentons December 2013 invoice (.8) and Jones Day March 2014 invoice (.7). | 1.50 | 267.00 | 400.50 |
| 08/15/14 | PJR | Confer with D. Doyle regarding supplement to 4Q 2013 Report (.1); review emails and attachments from D. Doyle on same (.3). | 0.40 | 419.00 | 167.60 |
| 08/17/14 | GEG | Review emails and July invoice submissions from M. Hausman (Conway) | 0.10 | 347.00 | 34.70 |
| 08/18/14 | PJR | Continued review and analysis of EY April invoice (2.9); brief review of EY June invoice (.3); | 3.20 | 419.00 | 1,340.80 |
| 08/18/14 | AH | Reviewing Miller Canfield May Invoice. | 2.20 | 248.00 | 545.60 |
| 08/19/14 | AH | Continue review of Miller Canfield May invoice. | 1.10 | 248.00 | 272.80 |
| 08/19/14 | PJR | Exchange emails with M. McMickle regarding EY invoices (.1); review W. Flick email regarding EY holdback issues and exchange emails with him on same (.3). | 0.40 | 419.00 | 167.60 |
| 08/20/14 | AH | Continue review of Miller Canfield May Invoice | 1.30 | 248.00 | 322.40 |
| 08/21/14 | DRD | Communications with R. Fishman regarding May preliminary reports. | 0.10 | 267.00 | 26.70 |
| 08/21/14 | AH | Complete review and spreadsheet of Miller Canfield May invoice and send to G. Gouveia for comment | 1.40 | 248.00 | 347.20 |
| 08/22/14 | GEG | Email correspondence with R. Fishman and M. Reiser regarding status of May invoice review and preliminary report for Pepper Hamilton, Conway Mackenzie and Miller Canfield (.1); review City verification forms for April invoices of Pepper Hamilton, Conway Mackenzie and Miller Canfield (.1) | 0.20 | 347.00 | 69.40 |
| 08/22/14 | DRD | Communications with J. Ellman regarding amended supplemental report for March 2014. | 0.20 | 267.00 | 53.40 |
| 08/22/14 | MSR | Review May invoices for Pepper Hamilton, KCC, and Foley. | 4.70 | 267.00 | 1,254.90 |
| 08/24/14 | GEG | Review and edit resolution comments for Conway MacKenzie April invoice (.9); email correspondence with M. McMickle and R. Fishman regarding same (.2); email correspondence with M. Hausman (Conway) regarding status of April resolution discussions and May preliminary report (.1); review and edit review spreadsheet for Miller Canfield May invoice (1.5) and email correspondence with A. Hudson regarding same (.1) review and edit review spreadsheet for Conway MacKenzie May invoice (2.4), draft preliminary report (.2) and email correspondence with R. Fishman regarding same (.1) | 5.50 | 347.00 | 1,908.50 |
| 08/24/14 | PJR | Continuing review and analysis of EY April invoice. | 3.40 | 419.00 | 1,424.60 |
| 08/25/14 | IB | Review and approve Milliman May 2014 preliminary report and spreadsheet. | 0.20 | 434.00 | 86.80 |
| 08/25/14 | IB | Review and approve Kilpatrick May 2014 preliminary report and spreadsheet. | 0.20 | 434.00 | 86.80 |
| 08/25/14 | PJR | Review Segal May invoice (.2); review draft preliminary report and spreadsheet on same (.2); exchange emails with A. Hudson on same (.1). | 0.50 | 419.00 | 209.50 |

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

August 31, 2014  
Invoice 15958

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/25/14 | PJR | Draft and edit EY April preliminary report (.4); edits to associated spreadsheet (.3). | 0.70 | 419.00 | 293.30 |
| 08/25/14 | IB | Prepare draft of Miller Buckfire May 2014 Preliminary Report and Spreadsheet (.6); revise and send to R. Fishman (.2) | 0.80 | 434.00 | 347.20 |
| 08/25/14 | GEG | Email correspondence with A. Hudson regarding Miller Canfield May invoice review and issues related to preliminary report (.1); office conference with M. Reiser regarding Pepper Hamilton May invoice review (.1); review draft preliminary report for Miller Canfield May invoice (.1) | 0.30 | 347.00 | 104.10 |
| 08/25/14 | PJR | Review and analyze Dykema May invoice (.5); draft and edit preliminary report on Dykema May invoice (.4). | 0.90 | 419.00 | 377.10 |
| 08/25/14 | DRD | Draft supplement to third quarterly report and related exhibit. | 2.10 | 267.00 | 560.70 |
| 08/25/14 | PJR | Review Fee Examiner invoices for June (.2); draft and edit notice of Fee Examiner invoices for June (.4). | 0.60 | 419.00 | 251.40 |
| 08/25/14 | PJR | Review EY correspondence on 1Q 2014 discrepancies and analyze same. | 0.60 | 419.00 | 251.40 |
| 08/25/14 | AH | Review of and draft report for Milliman May invoice (.4); review of and draft report for Kilpatrick May invoice (.5); review of and draft reports for Segal May Invoice and Bodman April invoices (1.1); review of Waller April Invoice and begin drafting spreadsheet of comments (4.0). | 6.00 | 248.00 | 1,488.00 |
| 08/26/14 | GEG | Review Pepper Hamilton May invoice (.7); email correspondence with M. Reiser regarding comments to Pepper Hamilton May invoice review spreadsheet and preliminary report (.1) | 0.80 | 347.00 | 277.60 |
| 08/26/14 | IB | Review and revise Bodman April 2014 preliminary report draft from A. Hudson. | 0.30 | 434.00 | 130.20 |
| 08/26/14 | IB | Review Brooks Wilkins response to April 2014 preliminary report (.4); phone call with M. Wilkins and D. Doyle re: resolution discussion (.4) | 0.80 | 434.00 | 347.20 |
| 08/26/14 | DRD | Review and revise supplement to third quarterly report (1.1) and confer with P. Roberts regarding same (.1). | 1.20 | 267.00 | 320.40 |
| 08/27/14 | PJR | Review S. Wohl email regarding 1Q report on Segal (.1); email with A. Hudson on same (.1). | 0.20 | 419.00 | 83.80 |
| 08/27/14 | MSR | May review and preliminary reports | 6.80 | 267.00 | 1,815.60 |
| 08/28/14 | DRD | Review May 2014 invoice of Dentons (.9); coordinate filing of supplement to third quarterly report (.3). | 1.20 | 267.00 | 320.40 |
| 08/29/14 | GEG | Review R. Fishman transmittal email to M. Hausman (Conway) regarding May preliminary report and calendar deadline to complete resolution discussions. | 0.10 | 347.00 | 34.70 |
| 08/29/14 | DRD | Continue review of Dentons May 2014 invoice (1.9); communications with P. Roberts, J. Ellman, and R. Fishman regarding supplement to third quarterly report (.4). | 2.30 | 267.00 | 614.10 |
| | | **Total Fees** | **85.00** | | **26,328.00** |

Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

August 31, 2014  
Invoice 15958

## Disbursements

| Date | Description | | | Amount |
|---|---|---|---|---|
| 08/04/14 | Photocopy; Quarterly fee report (J. Hampton) | 1984 @ | 0.10 | 198.40 |
| 08/05/14 | Photocopy; Quarterly fee report (J. Hampton) | 940 @ | 0.10 | 94.00 |
| | **Total Disbursements** | | | 292.40 |

| | |
|---|---|
| **Total Fees and Disbursements** | 26,620.40 |
| **Total Current Charges** | 26,620.40 |
| Balance Forward | 102,820.60 |
| **Total Amount Due** | 129,441.00 |

# EXHIBIT C



## Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors

**CITY OF DETROIT, MICHIGAN**
**Client ID: 90000**
**Invoice #353 - 08/31/14**

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| JOSEPH GILLIS - Senior Consultant, CPA | 10.50 | 272.00 | 2,856.00 |
| SONEET RAVI KAPILA - Partner, CPA, CFF, CIRA, CFE | 1.10 | 450.00 | 495.00 |
| MARY MCMICKLE - Partner, CPA, CIRA | 10.40 | 342.00 | 3,556.80 |
| MARK PARISI - Forensic Analyst CPA, CFE | 36.50 | 156.00 | 5,694.00 |
| TOTAL | 58.50 | | $12,601.80 |
| | BLENDED RATE | $215.42 | |

TOTAL AMOUNT OF THIS INVOICE $12,601.80

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011  F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771  F 786-517.5772



**Kapila/Mukamal**
CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL  60654

Invoice: 353
08/31/2014
Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 08/01/2014 | MMM | TRACK RECEIPT OF JONES DAY AND CONWAY MACKENZIE JUNE INVOICES. | 0.10 | 34.20 |
| 08/01/2014 | MMM | REVIEW CONWAY MACKENZIE MAY INVOICES AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 2.30 | 786.60 |
| 08/04/2014 | SRK | REVIEW E-MAIL FROM FEE EXAMINER REGARDING THIRD QUARTERLY REPORT TOGETHER WITH REVIEWING DRAFT THIRD QUARTERLY REPORT ATTACHED TO SAME E-MAIL, AND PROVIDE COMMENTS TO R. FISHMAN AS REQUESTED. | 0.90 | 405.00 |
| 08/04/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE BODMAN APRIL 2014 INVOICES. | 0.80 | 124.80 |
| 08/04/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE FOLEY LARDNER MAY 2014 INVOICE. | 0.40 | 62.40 |
| 08/04/2014 | MCP | FORMAT AND SUMMARIZE CONWAY MACKENZIE JUNE 2014 INVOICE. | 1.20 | 187.20 |
| 08/04/2014 | MMM | READ DRAFT QUARTERLY REPORT AND RESPOND TO EMAIL. | 0.20 | 68.40 |
| 08/04/2014 | JEG | CONWAY MACKENZIE JUNE INVOICE REVIEW: PREPARE ANALYSIS COMPARING CURRENT MONTH FEES, SUBCONTRACTOR CHARGES AND EXPENSES TO HISTORICAL AVERAGES SINCE INCEPTION. | 0.70 | 190.40 |
| 08/04/2014 | JEG | CONWAY MACKENZIE JUNE INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 1.50 | 408.00 |
| 08/04/2014 | JEG | CONWAY MACKENZIE JUNE 2014 INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE TIME ENTRIES. | 1.60 | 435.20 |
| 08/04/2014 | JEG | CONWAY MACKENZIE JUNE 2014 INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 2.90 | 788.80 |
| 08/05/2014 | SRK | READ EMAIL AND REVISIONS TO THIRD QUARTERLY REPORT SENT BY G. GOUVEIA | 0.20 | 90.00 |
| 08/05/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE SEGAL JUNE 2014 INVOICE. | 0.80 | 124.80 |
| 08/05/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE DENTONS JUNE 2014 INVOICE (1.7). RECALCULATE HOURS IN DESCRPTION AND COMPARE TO AMOUNTS BILLED (.8) | 2.50 | 390.00 |
| 08/05/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE JONES DAY JUNE 2014 | 4.10 | 639.60 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | INVOICE. | | |
| 08/05/2014 | JEG | PERFORM DETAIL REVIEW OF QUARTERLY REPORT; RELATED CORRESPONDENCE WITH M.MCMICKLE. | 0.50 | 136.00 |
| 08/05/2014 | JEG | CONWAY MACKENZIE JUNE 2014 INVOICE REVIEW: CONTINUE CHECKING FOR INCONSISTENT TIME ENTRIES. | 2.40 | 652.80 |
| 08/06/2014 | MCP | RECALCULATE HOURS IN JONES DAY JUNE 2014 INVOICE AND COMPARE TO HOURS BILLED. | 1.30 | 202.80 |
| 08/06/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE FOLEY AND LARDNER JUNE 2014 INVOICE. | 0.60 | 93.60 |
| 08/06/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE LAZARD JUNE 2014 INVOICE. | 0.60 | 93.60 |
| 08/06/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE MILLIMAN JUNE 2014 INVOICE. | 0.40 | 62.40 |
| 08/06/2014 | JEG | CONWAY MACKENZIE JUNE 2014 INVOICE REVIEW: SUMMARIZE RESULTS OF INVOICE REVIEW FOR DISCUSSION WITH M.MCMICKLE. | 0.90 | 244.80 |
| 08/08/2014 | MCP | REFORMAT CONWAY MACKENZIE JUNE 2014 INVOICE. | 0.70 | 109.20 |
| 08/08/2014 | MCP | REFORMAT CONWAY MACKENZIE MAY 2014 INVOICE. | 0.90 | 140.40 |
| 08/08/2014 | MMM | PREPARE ANALYSIS OF GLOBAL ALLOCATION OF FEES BETWEEN JUNIOR AND SENIOR LEVEL PROFESSIONALS RE: CONWAY MACKENZIE MAY INVOICE. | 0.30 | 102.60 |
| 08/08/2014 | MMM | DRAFT EMAIL TO G. GOUVEIA SUMMARIZING REVIEW OF CONWAY MACKENZIE MAY INVOICE. | 0.30 | 102.60 |
| 08/08/2014 | MMM | FINAL REVIEW OF CONWAY MACKENZIE'S MAY INVOICE AND SPREADSHEET. | 0.20 | 68.40 |
| 08/11/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE PEPPER HAMILTON JUNE 2014 INVOICE. | 1.10 | 171.60 |
| 08/11/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE BODMAN JUNE 2014 INVOICES. | 0.40 | 62.40 |
| 08/11/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE PEPPER HAMILTON JULY 2014 INVOICE. | 1.10 | 171.60 |
| 08/11/2014 | MMM | TRACK RECEIPT OF MAY AND JUNE INVOICES. | 0.20 | 68.40 |
| 08/11/2014 | MMM | REVIEW CONWAY MACKENZIE RESPONSES TO FEE EXAMINER'S COMMENTS FOR ADEQUACY AND COMPLETENESS RE: APRIL INVOICE. | 1.10 | 376.20 |
| 08/11/2014 | MMM | BEGIN REVIEW ERNST & YOUNG INVOICE FOR MAY, IDENTIFY ADDITIONAL DEFICIENCIES AND ADD COMMENTS TO SPREADSHEET. | 1.60 | 547.20 |
| 08/12/2014 | MMM | TRACK RECEIPT OF OTTENWESS JULY INVOICE AND MILLER BUCKFIRE MAY INVOICE. | 0.10 | 34.20 |
| 08/12/2014 | MMM | CONTINUE REVIEW OF ERNST & YOUNG MAY INVOICE, IDENTIFY DEFICIENCIES AND ADD COMMENTS TO SPREADSHEET. | 1.20 | 410.40 |
| 08/12/2014 | MMM | PREPARE SCHEDULE OF GLOBAL ALLOCATION OF FEES BETWEEN SENIOR AND JUNIOR PROFESSIONALS REGARDING ERNST & YOUNG MAY INVOICE | 0.30 | 102.60 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/12/2014 | MMM | DRAFT EMAIL TO P. ROBERTS SUMMARIZING REVIEW OF ERNST & YOUNG'S MAY INVOICE. | 0.30 | 102.60 |
| 08/13/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE MILLER BUCKFIRE MAY 2014 INVOICE. | 0.30 | 46.80 |
| 08/13/2014 | MCP | REFORMAT ERNST AND YOUNG MAY 2014 INVOICE. | 0.70 | 109.20 |
| 08/13/2014 | MMM | REVIEW MILLER BUCKFIRE MAY INVOICE SPREADSHEET AND TRANSMIT TO FEE EXAMINER REVIEW TEAM. | 0.10 | 34.20 |
| 08/13/2014 | MMM | REVIEW ERNST & YOUNG EXPENSES INCLUDED WITH MAY INVOICE. | 0.40 | 136.80 |
| 08/14/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE OTTENWESS JULY 2014 INVOICE | 0.40 | 62.40 |
| 08/18/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE CONWAY MACKENZIE JULY 2014 INVOICE. | 0.90 | 140.40 |
| 08/18/2014 | MMM | TRACK RECEIPT OF JUNE INVOICES FOR DYKEMA, MILLER CANFIELD AND KILPATRICK. | 0.20 | 68.40 |
| 08/19/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE ERNST AND YOUNG JUNE 2014 INVOICE. | 1.80 | 280.80 |
| 08/22/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE MILLER CANFIELD JUNE 2014 INVOICE. | 1.10 | 171.60 |
| 08/22/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KILPATRICK JUNE 2014 INVOICE. | 0.40 | 62.40 |
| 08/22/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE DYKEMA JUNE 2014 INVOICE. | 0.80 | 124.80 |
| 08/25/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE MILLIMAN JULY 2014 INVOICE. | 0.60 | 93.60 |
| 08/25/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE LAZARD JULY 2014 INVOICE. | 0.30 | 46.80 |
| 08/25/2014 | MMM | RESEARCH AND RESPOND TO REQUEST FOR REVISED SPREADSHEET RE: WALLER APRIL INVOICES. | 0.10 | 34.20 |
| 08/26/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE KURTZMAN CARSON MAY 2014 INVOICE | 1.20 | 187.20 |
| 08/26/2014 | MMM | REVIEW SPREADSHEET FOR KURTZMAN CARSON FOR MAY AND TRANSMIT TO FEE REVIEW TEAM. | 0.20 | 68.40 |
| 08/27/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE BODMAN JULY 2014 INVOICES. | 0.80 | 124.80 |
| 08/27/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE BROOKS WILKINS JULY 2014 INVOICE. | 1.30 | 202.80 |
| 08/27/2014 | MCP | BEGIN TO EXTRACT, FORMAT AND SUMMARIZE JONES DAY JULY INVOICE. | 0.60 | 93.60 |
| 08/27/2014 | MCP | MAKE VARIOUS REVISIONS TO JUNE 2014 INVOICES. | 0.30 | 46.80 |
| 08/27/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE BROOKS WILKINS JUNE 2014 INVOICE | 1.10 | 171.60 |
| 08/27/2014 | MMM | TRACK RECEIPT OF JONES DAY JULY INVOICE. | 0.10 | 34.20 |
| 08/27/2014 | MMM | REVIEW FIFTEEN SPREADSHEETS FOR JUNE INVOICES (.6); DRAFT EMAIL TO STAFF WITH EDITS (.1). | 0.70 | 239.40 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/28/2014 | MCP | COMPLETE JONES DAY JULY INVOICE (2.8). RECALCULATE HOURS IN DESCRIPTION AND COMPARE TO HOURS BILLED (1.1) | 3.90 | 608.40 |
| 08/28/2014 | MMM | TRANSMIT JUNE SPREADSHEETS TO REVIEW TEAMS. | 0.40 | 136.80 |
| 08/29/2014 | MCP | REVIEW OF JONES DAY JUNE 2014 INVOICE FOR PROPER CELL DISPLAY | 0.40 | 62.40 |
| 08/29/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE DENTONS JULY 2014 INVOICE (1.6). RECALCULATE HOURS AND COMPARE TO AMOUNT BILLED (.8) | 2.40 | 374.40 |
| 08/29/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE FOLEY LARDNER JULY 2014 INVOICE. | 0.30 | 46.80 |

                                                                12,601.80

                                Total amount of this invoice    $12,601.80

Invoice payable upon receipt. Thank you for this opportunity to be of service.