Form ntchrgadj

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF ADJOURNMENT of HEARINGS CURRENTLY SET FOR NOVEMBER 5, 2014

**PLEASE TAKE NOTICE** that the Objections to Claims hearing on 11/5/2014 at 10:00 AM to consider and act upon the following:

*4874* − Objection to Claim Number of Claimant Coalition of Detroit Unions. / Objection of the City of Detroit, Pursuant to Sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007−1, to Proof of Claim Number 2851 Filed by the Coalition of Detroit Unions Filed by Debtor In Possession City of Detroit, Michigan (Lennox, Heather) Hearing scheduled 6/25/2014 at 10:00 AM at Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 6/18/2014.

*4876* − Objection to Claim Number of Claimant Michigan AFSCME Council 25 and Its Affiliated Detroit Local. / Objection of the City of Detroit, Pursuant to Sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007−1, to Proof of Claim Number 2958 Filed by the Michigan AFSCME Council 25 and Its Affiliated Detroit Locals Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Exhibit 1 (Part 1) # 2 Exhibit 1 (Part 2) # 3 Certificate of Service) (Lennox, Heather) Hearing scheduled 6/25/2014 at 10:00 AM at Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 6/18/2014.

*7197* − Objection to Claim Number of Claimant Fifth Omnibus Objection to Late−Filed Claims Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Notice of Objection # 2 Exhibit 1: Proposed Order # 3 Exhibit 2: List of late−filed claims) (Dolcourt, Tamar) Hearing scheduled 10/1/2014 at 10:00 AM at Courtroom 716, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 9/24/2014.

*7198* − Objection to Claim Number of Claimant Sixth Omnibus Objection to Late−Filed Claims Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Notice of Objection # 2 Exhibit 1: Proposed Order # 3 Exhibit 2: List of Late Filed Claims) (Dolcourt, Tamar) Hearing scheduled 10/1/2014 at 10:00 AM at Courtroom 716, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 9/24/2014.

is hereby adjourned to **U.S. Courthouse, Courtroom 123, Detroit, MI 48226** on **11/12/14** at**09:00 AM**. The hearing on Debtor's Fifth Omnibus Objection to Late−Filed Claims (#7197) relates to claim No. 3673 of Henry Gesing. The hearing on Debtor's Sixth Omnibus Objection to Late−Filed Claims (#7198) relates to claim No. 3644 of Janet Peete.

Dated: 10/23/14

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                    Case No. 13-53846-swr
City of Detroit, Michigan                                                 Chapter 9
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0645-2           User: csiku                  Page 1 of 17         Date Rcvd: Oct 23, 2014
                               Form ID: ntchrgaj            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2014.
              +Henry Gesing,    35935 Collingwood,    Sterling Heights, MI 48312-4337
              +Janet Peete,    174 Joel Ct.,   Inkster, MI 48141-1266
cr            +Mohinder P. S. Kashyap,    31129 Sturbridge,    Farmington Hills, MI 48331-1357
              +Tamar N. Dolcourt,    Foley & Lardner LLP,    500 Woodward Ave., Ste. 2700,
               Detroit, MI 48226-3489
22645056      +Jackie's Transport, Inc.,    c/o Yuliy Osipov, Esq.,    20700 Civic Center Dr., Ste. 420,
               Southfield, MI 48076-4140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2014                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2014 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
               edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com,  drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Allison Bach     on behalf of Interested Party     State of Michigan, Department of Attorney General abach@dickinsonwright.com

        Amy D. Caton     on behalf of Creditor     Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com

        Amy D. Caton     on behalf of Creditor     BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com

        Andrew A. Paterson, Jr.     on behalf of Plaintiff     Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com

        Andrew A. Paterson, Jr.     on behalf of Creditor     Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com

        Andrew A. Paterson, Jr.     on behalf of Creditor Robert Davis aap43@outlook.com, aap43law@gmail.com

        Andrew J. Gerdes     on behalf of Creditor     Fidelity Management & Research Company agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com

        Andrew J. Gerdes     on behalf of Creditor     Eaton Vance Management agerdes@gerdesplc.com, wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com

        Angela Williams     on behalf of Creditor     Detroit Housing Commission williamsa@dhcmi.org, HollisR@dhcmi.org

        Anthony J. Kochis     on behalf of Creditor     The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com

        Arthur O'Reilly     on behalf of Interested Party     Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com

        Babette A. Ceccotti     on behalf of Creditor     International Union, United Automobile, Aerospace and Agricultural Implement Workers of America bceccotti@cwsny.com

        Babette A. Ceccotti     on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com

        Barbara A. Patek     on behalf of Attorney     Erman, Teicher, Zucker & Freedman, P.C. bpatek@ermanteicher.com

        Barbara A. Patek     on behalf of Creditor     Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com

        Barbara A. Patek     on behalf of Creditor     Detroit Police Officers Association bpatek@ermanteicher.com

        Barry S. Fagan     on behalf of Creditor     Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com

        Benjamin J. Wilensky     on behalf of Creditor Robert Cole bjw@seikalystewart.com

        Brendan G. Best     on behalf of Interested Party     Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com

        Brendan G. Best     on behalf of Plaintiff     Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com

        Brendan G. Best     on behalf of Defendant     Syncora Guarantee, Inc. bbest@schaferandweiner.com, wkyles@schaferandweiner.com

        Brendan H. Frey     on behalf of Defendant     Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com

        Brett A. Border     on behalf of Creditor     U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com

        Brett A. Border     on behalf of Creditor     U.S. Bank National Association bborder@sspclegal.com, joumedian@sspclegal.com

        Brett A. Border     on behalf of Interested Party     Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com

        Brett A. Border     on behalf of Interested Party     Kondaur Capital Corporation bborder@sspclegal.com, joumedian@sspclegal.com

        Brett A. Border     on behalf of Creditor     Flagstar Bank, FSB bborder@sspclegal.com, joumedian@sspclegal.com

        Brian D. O'Keefe     on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe     on behalf of Interested Party     Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe     on behalf of Interested Party     Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe     on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe     on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian D. O'Keefe     on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

        Brian R. Trumbauer     on behalf of Interested Party     Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

        Bruce Bennett     on behalf of Debtor In Possession     City of Detroit, Michigan bbennett@jonesday.com

        Caralyce M. Lassner     on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

        Carina Kraatz     on behalf of Interested Party     Resnick & Moss, P.C. ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net

        Carina Kraatz     on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net

        Carla Orman Andres     on behalf of Interested Party     Godfrey & Kahn, S.C. candres@gklaw.com

        Carol Connor Cohen     on behalf of Interested Party     Ambac Assurance Corporation carol.cohen@arentfox.com

        Carol Connor Cohen     on behalf of Plaintiff     Ambac Assurance Corporation carol.cohen@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Carole Neville on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
        Carole Neville on behalf of Retiree Committee Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com
        Caroline Turner English on behalf of Interested Party Ambac Assurance Corporation caroline.english@arentfox.com
        Caroline Turner English on behalf of Plaintiff Ambac Assurance Corporation caroline.english@arentfox.com
        Carolyn Beth Markowitz on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM
        Charles Bruce Idelsohn on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
        Charles D. Bullock on behalf of Interested Party Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
        Charles N. Ash on behalf of Creditor UBS AG cash@wnj.com, kkranz@wnj.com
        Charles N. Ash on behalf of Defendant UBS AG cash@wnj.com, kkranz@wnj.com
        Charles N. Ash on behalf of Defendant Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
        Charles N. Ash on behalf of Creditor Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
        Christopher A. Grosman on behalf of Interested Party BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
        Christopher A. Grosman on behalf of Creditor Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
        Claude D. Montgomery on behalf of Retiree Committee Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
        Claude D. Montgomery on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
        Courtney M. Rogers on behalf of Interested Party U.S. Bank National Association courtney.rogers@wallerlaw.com
        Courtney M. Rogers on behalf of Creditor U.S. Bank National Association courtney.rogers@wallerlaw.com
        Craig B. Rule on behalf of Creditor Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
        Craig E. Zucker on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com
        Craig E. Zucker on behalf of Creditor Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com
        Craig E. Zucker on behalf of Creditor Detroit Police Officers Association czucker@ermanteicher.com
        Cynthia J. Haffey on behalf of Defendant Detroit General Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
        Cynthia J. Haffey on behalf of Defendant Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
        Dan Korobkin on behalf of Interested Party Wanda Leverette dkorobkin@aclumich.org
        Dan Korobkin on behalf of Interested Party Ian Mobley dkorobkin@aclumich.org
        Dan Korobkin on behalf of Interested Party Nathaniel Price dkorobkin@aclumich.org
        Dan Korobkin on behalf of Interested Party Jerome Pierce dkorobkin@aclumich.org
        Dan Korobkin on behalf of Interested Party Paul Kaiser dkorobkin@aclumich.org
        Dan Korobkin on behalf of Interested Party Jason Leverette-Saunders dkorobkin@aclumich.org
        Dan Korobkin on behalf of Interested Party James Washington dkorobkin@aclumich.org
        Dan Korobkin on behalf of Interested Party Laura Malher dkorobkin@aclumich.org
        Dan Korobkin on behalf of Interested Party Darlene Hellenberg dkorobkin@aclumich.org
        Dan Korobkin on behalf of Interested Party Angie Wong dkorobkin@aclumich.org
        Dan Korobkin on behalf of Interested Party Stephanie Hollander dkorobkin@aclumich.org
        Dan Korobkin on behalf of Interested Party Kimberly Mobley dkorobkin@aclumich.org
        Daniel J. Weiner on behalf of Plaintiff Ambac Assurance Corporation dweiner@schaferandweiner.com
        Daniel J. Weiner on behalf of Interested Party Ambac Assurance Corporation dweiner@schaferandweiner.com
        David Eisenberg on behalf of Creditor Detroit Police Officers Association deisenberg@ermanteicher.com
        David Eisenberg on behalf of Creditor Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com
        David Eisenberg on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com
        David A. Lerner on behalf of Creditor Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
        David E. Hart on behalf of Creditor FK Park, LLC deh@maddinhauser.com
        David E. Hart on behalf of Creditor FK South, LLC deh@maddinhauser.com
        David E. Lemke on behalf of Creditor U.S. Bank National Association david.lemke@wallerlaw.com
        David Gilbert Heiman on behalf of Defendant City of Detroit, Michigan dgheiman@jonesday.com
        David Gilbert Heiman on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
        David Gilbert Heiman on behalf of Debtor In Possession City of Detroit, Michigan dgheiman@jonesday.com
        David L. Dubrow on behalf of Plaintiff Ambac Assurance Corporation david.dubrow@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation david.dubrow@arentfox.com

      David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com

      David T. Lin   on behalf of Interested Party   The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com

      Dawn R. Copley   on behalf of Interested Party   State of Michigan dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

      Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

      Deborah Kovsky-Apap   on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com, alexsym@pepperlaw.com

      Deborah Kovsky-Apap   on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com, alexsym@pepperlaw.com

      Deborah Kovsky-Apap   on behalf of Defendant John Naglik kovskyd@pepperlaw.com, alexsym@pepperlaw.com

      Deborah Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com, alexsym@pepperlaw.com

      Deborah Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

      Deborah Kovsky-Apap   on behalf of Defendant John Naglick kovskyd@pepperlaw.com, alexsym@pepperlaw.com

      Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

      Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com

      Deborah Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com

      Deborah L. Fish   on behalf of Intervenor-Defendant   Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Interested Party   Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Interested Party   Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Intervenor-Defendant   Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Interested Party   Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Intervenor-Defendant   BlueMountain Capital Management, LLC dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Intervenor-Defendant   Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Interested Party   Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Intervenor-Defendant   Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Interested Party   Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Intervenor-Defendant   Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com

      Debra N. Pospiech   on behalf of Interested Party Patricia Ramirez dpospiech@morganmeyers.com

      Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2005 dbeckwith@fosterswift.com

      Dirk H. Beckwith   on behalf of Defendant   Wilmington Trust, N.A. dbeckwith@fosterswift.com

      Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com

      Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com

      Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association dbeckwith@fosterswift.com

      Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006 dbeckwith@fosterswift.com

      Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association dbeckwith@fosterswift.com

      Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc. don@mcguiganlaw.com

      Douglas Steele   on behalf of Interested Party   International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com

      Douglas C. Bernstein   on behalf of Interested Party   A. Paul and Carol C. Schaap Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast
               Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
               Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               eerman@ermanteicher.com
              Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
               ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
              Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
               ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
              Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
               litdocket@honigman.com
              Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
               emajoros@glmpc.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
               (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    CitiMortgage, Inc. bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor     M&T Bank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor     M&T Bank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor     EverBank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Rushmore Loan Management Services, LLC
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               ecrowder@sbplclaw.com, lhaas@sbplclaw.com
              Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
              Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
               carlson@millercanfield.com
              Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
               enovetsky@jaffelaw.com
              Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
               bankruptcy.maxwelldunn@gmail.com
              Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit efeldman@clarkhill.com
              Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
               efeldman@clarkhill.com
              Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
              Geoffrey T. Pavlic    on behalf of Creditor    Nuveen Asset Management pavlic@steinbergshapiro.com,
               jbrown@steinbergshapiro.com
              Geoffrey T. Pavlic    on behalf of Creditor    BlackRock Financial Management, Inc.
               pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Geoffrey T. Pavlic    on behalf of Creditor    Ad Hoc Bondholder Committee
               pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
              H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
               jabdelnour@resnicklaw.net
              Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
               ecf-hen@rhoadesmckee.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
              Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
               Heath.Rosenblat@dbr.com,    Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
               Heath.Rosenblat@dbr.com,    Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
               Heath.Rosenblat@dbr.com,    Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
               Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Heidi Peterson    hdpeterson75@gmail.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
               mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com,    mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com,    mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
               Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Holdings, Inc.
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Credit Local howard@jacobweingarten.com
              Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
              Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
              Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
              Ian S. Bolton    on behalf of Creditor    FK Park, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              Ian S. Bolton    on behalf of Creditor    FK South, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              Irma Industrious    on behalf of Interested Party    City of Detroit Law Department
               indui@detroitmi.gov
              James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
              Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
               jeansartre@msn.com
              Jason Abel    on behalf of Interested Party    Detroit Institute of Arts jpa@honigman.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
              Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
               jbank@kerr-russell.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
               Lhaidostian@mwe.com
              Jeffrey Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
              Jeffrey David Eaton    on behalf of Creditor    Parsons Brinckerhoff Michigan, Inc.
               jeaton@schiffhardin.com
              Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,  tc@osbig.com
              Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
               jgrasl@mcdonaldhopkins.com,    sharrow@mcdonaldhopkins.com
              Jeffrey S. Grasl    on behalf of Creditor    Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
               sharrow@mcdonaldhopkins.com
              Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
               jbelveal@honigman.com,    mjohnson@honigman.com
              Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
               jbelveal@honigman.com,    mjohnson@honigman.com
              Jeremiah Buffalo Wirgau    on behalf of Interested Party    CitiMortgage, Inc. jwirgau@ssplegal.com
              Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff  Rosalyn  Parham apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff   Peoples Water Board apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff   Moratorium Now! apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
Jill Kristen Smith    on behalf of Creditor   Macomb County Jill.Smith@macombgov.org
John A. Simon    on behalf of Debtor In Possession   City of Detroit, Michigan jsimon@foley.com
John A. Stevens    on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
  jstevens@mathesonparr.com,   nlmumma@aol.com
John E. Eaton    on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
  pjohnson@bredhoff.com;mforan@bredhoff.com
John Joseph Ramirez    on behalf of Interested Party   Deutsche Bank AG, London
  john.ramirez@kattenlaw.com
John P. Kapitan    on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
John P. Sieger    on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
  john.sieger@kattenlaw.com
John R. Canzano    on behalf of Creditor   Michigan Building and Construction Trades Council
  jcanzano@kmsmc.com
Jonathan S. Green    on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC
  green@millercanfield.com
Jonathan S. Green    on behalf of Debtor In Possession   City of Detroit, Michigan
  green@millercanfield.com
Jong-Ju Chang    on behalf of Interested Party   City of Detroit, Water and Sewerage Department
  jchang@dykema.com,  dkelley@dykema.com;docket@dykema.com
Joseph M. Fischer    on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com,
  jfischer@carsonfischer.com
Joseph R. Sgroi    on behalf of Interested Party   General Motors LLC jsgroi@honigman.com,
  litdocket@honigman.com
Joshua A. Gadharf    on behalf of Interested Party   Syncora Capital Assurance Inc.
  jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party   Syncora Guarantee Inc.
  jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party   Syncora Holdings Ltd.
  jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Judy B. Calton    on behalf of Creditor   120 W. Montcalm Properties LLC jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor   Singent Consulting LLC jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor   Kennedy Square Garage LLC jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor   Mound Road Enterprises L.L.C. jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor   Country West Apartments, LLC jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    LDM, LLC jcalton@honigman.com,  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    TSD Solutions LLC jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    440 Congress LLC jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Stanne Consulting, LLC jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Taggart Technologies LLC jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Cass Community Social Services, Inc.
  jcalton@honigman.com,  litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com,
  litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
  litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
 blundberg@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Oakland Plant Properties, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Magnolia Properties, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
 jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
 mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
 344 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 jteicher@ermanteicher.com
Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
 karen.dine@kattenlaw.com
Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
 kressk@pepperlaw.com, alexsym@pepperlaw.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
 kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
               kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
              Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
              Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
               kschneider@schneidermiller.com
              Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kevin.baum@kattenlaw.com
              Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
               ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
              Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
              Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
               Kristin.Going@dbr.com
              Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
               Kristin.Going@dbr.com
              Kurt  Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
               thornbladh.kurt3@gmail.com
              Kurt  Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
               kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
              L. Nichole Hunter    on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com,
               sobrien@alglawpc.com
              Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
              Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
              Leah  Montesano    on behalf of Interested Party    Ambac Assurance Corporation
               leah.montesano@arentfox.com
              Leland  Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
              Lisa  Okasinski    on behalf of Creditor    HRT Enterprises lisa@demolaw.com
              Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
               Lisa.Fenning@aporter.com
              Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit Lisa.Fenning@aporter.com
              Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com, dburris@jaffelaw.com
              Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com, dburris@jaffelaw.com
              Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
               lbrimer@stroblpc.com, kvanakin@stroblpc.com
              M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
               dwhadden@umich.edu
              Mallory  Field    on behalf of Creditor    Retired Detroit Police Members Association
               MField@stroblpc.com, pfourne@stroblpc.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Marc N. Swanson on behalf of Defendant Detroit City Council swansonm@millercanfield.com
      Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
      Marc N. Swanson on behalf of Defendant City of Detroit, Michigan swansonm@millercanfield.com
      Mark Wasvary on behalf of Creditor Hyde Park Co-Operative, et al. mark@wasvarylaw.com
      Mark Wasvary on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
      Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
      Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
      Mark Allan Porter on behalf of Other Professional Allen Park Retirees Assn maplawat911@msn.com, map-law.pllc@att.net
      Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark H. Shapiro on behalf of Creditor BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark R. James on behalf of Interested Party Financial Guaranty Insurance Company mrj@wwrplaw.com
      Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
      Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
      Marshall S. Huebner on behalf of Creditor Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
      Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
      Mary Beth Cobbs on behalf of Interested Party City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
      Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
      Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
      Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Intervenor-Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew D. Harper on behalf of Interested Party City of Detroit Water and Sewerage Department mdharper@eastmansmith.com
      Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
      Matthew Gernet Summers on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com
      Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
      Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt AG summersm@ballardspahr.com
      Max J. Newman on behalf of Interested Party Wayne County Corporation newman@butzel.com
      Melissa Demorest LeDuc on behalf of Creditor T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
      Melissa Demorest LeDuc on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
      Melissa Demorest LeDuc on behalf of Creditor John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
      Melissa Demorest LeDuc on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Melissa Demorest LeDuc    on behalf of Creditor    HRT Enterprises melissa@demolaw.com, paula@demolaw.com
Melissa S. Byrd    on behalf of Creditor    Bank of America, N.A. Easternecf@trottlaw.com
Mercedes Varasteh Dordeski    on behalf of Creditor    Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
Meredith Taunt    on behalf of Creditor    Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell    on behalf of Interested Party    State of Michigan, Department of Attorney General BellM1@michigan.gov
Michael R. Bell    on behalf of Interested Party Bill Schuette BellM1@michigan.gov
Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Donnell White ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
Noah J. Ornstein    on behalf of Interested Party    Syncora Guarantee Inc. noah.ornstein@kirkland.com
Noah J. Ornstein    on behalf of Interested Party    Syncora Capital Assurance Inc. noah.ornstein@kirkland.com
Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan pmears@btlaw.com
Paul H. Saint-Antoine    on behalf of Defendant    Wilmington Trust, N.A. Paul.Saint-Antoine@dbr.com, Todd.Hutchison@dbr.com;James.Williamson@dbr.com
Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation pcanzano@sidley.com
Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation ralph.taylor@arentfox.com
Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation randall.brater@arentfox.com
Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Raymond  Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
          Raymond  Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richard Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
           mao@cravath.com
          Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Coalition of Detroit Unions
           richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
           mcoil@millercohen.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com, wjackson@KAALaw.com
          Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert  Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert  Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
           rweisberg@carsonfischer.com
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman    rfishman@shawfishman.com
          Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Rozanne M. Giunta    on behalf of Interested Party    State of Michigan rmgiunta@lambertleser.com
          Ryan  Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
          Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
           jgreeniajdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Ryan  Plecha    on behalf of Interested Party   Retired Detroit Police and Fire Fighers
 Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
 jgreeniajdobrzycki@lippittokeefe.com
Ryan Blaine Bennett    on behalf of Interested Party   Syncora Guarantee Inc.
 ryan.bennett@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
 irkland.com
Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
 irkland.com
Ryan Blaine Bennett    on behalf of Interested Party   Syncora Capital Assurance Inc.
 ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
 justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
 irkland.com
Ryan Blaine Bennett    on behalf of Interested Party   Syncora Guarantee Inc.
 ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
 justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
 irkland.com
Ryan Blaine Bennett    on behalf of Interested Party   Syncora Holdings Ltd.
 ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
 irkland.com
Sam J. Alberts    on behalf of Retiree Committee   Official Committee of Retirees
 sam.alberts@dentons.com, dan.barnowski@dentons.com
Sam J. Alberts    on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
 Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
Samuel S. Kohn    on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
 sbloomfield@chadbourne.com;lschapira@chadbourne.com
Samuel S. Kohn    on behalf of Plaintiff   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
 sbloomfield@chadbourne.com;lschapira@chadbourne.com
Sandra L. O'Connor    on behalf of Interested Party   US Health & Life Insurance Company
 soconnor@glmpc.com
Sara Klettke MacWilliams    on behalf of Creditor   Oakland County, Michigan
 macwilliams@youngpc.com, efiling@youngpc.com
Scott A. Wolfson    on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com,
 david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
 stravis@wolfsonbolton.com
Scott B. Kitei    on behalf of Interested Party   Detroit Institute of Arts skitei@honigman.com
Scott M. Watson    on behalf of Creditor   UBS AG swatson@wnj.com
Scott R. Murphy    on behalf of Creditor   36th District Court for the State of Michigan
 smurphy@btlaw.com, Roslyn.Thoits@btlaw.com
Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
Shanna Marie Kaminski    on behalf of Interested Party   City of Detroit Water and Sewerage
 Department ecf@kaalaw.com, skaminski@kaalaw.com
Shannon L. Deeby    on behalf of Interested Party   General Retirement System of the City of
 Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Interested Party   Police and Fire Retirement System of the City
 of Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor   Police and Fire Retirement System of the City of
 Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor   General Retirement System of the City of Detroit
 sdeeby@clarkhill.com
Sharon L. Levine    on behalf of Creditor   Michigan Council 25 of the American Federation of
 State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor   Michigan Council 25 of the American Federation of
 State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor   Michigan Council 25 Of The American Federation of
 State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
 slevine@lowenstein.com
Sheldon S. Toll    on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
 lawtoll@comcast.net
Sherrie L. Farrell    on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sherrie L. Farrell    on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sheryl L. Toby    on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com,
 dguerrero@dykema.com
Sheryl L. Toby    on behalf of Creditor   Downtown Development Authority stoby@dykema.com,
 dguerrero@dykema.com
Stephen  Wolpert    on behalf of Creditor   Macomb County stephen.wolpert@dechert.com
Stephen B. Grow    on behalf of Creditor   UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow    on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Holdings Ltd.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Guarantee Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Interested Party    Syncora Capital Assurance Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
           sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
           sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
           sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
          Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Susheel  Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
           rdin.com
          Tamar  Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
           tdolcourt@foley.com
          Thomas B. Radom    on behalf of Creditor    Stroh Properties, Inc. Radom@butzel.com
          Thomas B. Radom    on behalf of Defendant    Detroit Police And Fire Retirement System Service
           Corporation Radom@butzel.com
          Thomas B. Radom    on behalf of Defendant    Detroit General Retirement System Service Corporation
           Radom@butzel.com
          Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
           tchristy@garanlucow.com
          Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
           morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
           morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
          Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com,  allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
           tgraves@allardfishpc.com,  allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
           tgraves@allardfishpc.com,  allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Panning Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Trevor J. Zamborsky   on behalf of Creditor Orlando Marion tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Teran Brown tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Samiya Speed tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Melvin Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Ezekiel Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Wendy Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Doug Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Rodney Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Angela Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Yvette Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Eddie Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Otis Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor John Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Gary Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Marily Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Phyllis Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Jeffrey Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Donna Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Jeremiah Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
           vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
          William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
           Authority wlistman@davislistman.com
          William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
          William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
          Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com
          Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 682
```