# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
----------------------------------------------------------------x
                                          :
  In re                                   : Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                 : Case No. 13-53846
                                          :
             Debtor.                      : Hon. Steven W. Rhodes
                                          :
                                          :
----------------------------------------------------------------x
```

## NOTICE OF FILING OF FINAL TERM SHEET AMONG FGIC AND COP HOLDERS

Financial Guaranty Insurance Company ("**FGIC**") hereby files this Notice of Filing of the Final Proposed Plan Structure Term Sheet Among FGIC and the FGIC-Insured COP Holders (the "**Final Term Sheet**"). A copy of the Final Term Sheet is attached hereto as **Exhibit 1**. On October 22, 2014, FGIC filed a Draft Proposed Plan Structure Term Sheet Among FGIC and the FGIC-Insured COP Holders (the "**Draft Term Sheet**"). A redline of the Final Term Sheet compared to the Draft Term Sheet is attached hereto as **Exhibit 2**.

Dated: October 27, 2014

Respectfully Submitted,

*/s/Alfredo R. Pérez*
Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com

– and –

Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER &
PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite
300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: EJEssad@wwrplaw.com
Email: mrjames@wwrplaw.com

*ATTORNEYS FOR FINANCIAL
GUARANTY INSURANCE COMPANY*