UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2014 the *Notice of Filing of Final Term Sheet Among FGIC and COP Holders* was filed and served via the Court's electronic case filing and noticing system to all registered users that have appeared in this main Chapter 9 proceeding.

                                                       */s/ Alfredo R. Pérez*
                                                     Alfredo R. Pérez
                                                     WEIL, GOTSHAL & MANGES LLP
                                                    700 Louisiana Street, Suite 1700
                                                    Houston, TX 77002
                                                    Telephone: (713) 546-5000
                                                    Facsimile: (713) 224-9511
                                                    Email: alfredo.perez@weil.com

Dated: October 27, 2014           *ATTORNEY FOR FINANCIAL GUARANTY INSURANCE COMPANY.*

WEIL:\44476936\3\45259.0007