UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED (I)
2014 OCT 24 P 3:37
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Debtor /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M. Davis

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I/(we) am/are interested in the Bankruptcy of the City of Detroit because As A DWSD Pensioner & President of Detroit Active & Retired Employee Association AKA DAREA

2. I/(we) object to the above filing because: The Annuity Saving fund interest rate added on 6.75% to the Recoupment information was Not on the Ballots information And was Not made Available to All pensioners and Active employees

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: William M. Davis
Signature: William M. Davis
Address: 9203 Littlefield
Detroit, Mich. 48228
Email: montyhill86@yahoo.com

Dated: 10/23/14

DARA
P.O. Box 3724
Highland Park, Mich. 48203
detroit2700plus@gmail.com

13-53846-tjt    Doc 8101    Filed 10/24/14    Entered 10/27/14 09:28:27    Page 1 of 1