UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Debtor          /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M Davis

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF 8th ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because As a DWSD Pensioner & President of Detroit Active & Retired Employee Association AKA DAREA

2. I / we object to the above filing because: According to the United Nations International Convention on the Elimination of All forms of Racial Discrimination, The State of Michigan has conspired to deny the fundamental rights under domestic law to protect the rights of residents of this majority African American municipality

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: William M. Davis Pres.
Signature: William M. Davis
Address: 9203 Littlefield St
Detroit, Mich 48228
Email: montybill86@yahoo.com

Dated: Oct. 24, 2014

DAREA
P.O. Box 3724
Highland Park, Mich. 48203
detroit2700plus@gmail.com