UNITED STATES BANKRUPTCY COURT FILED (I)
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 OCT 24  P 3: 38

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____ Debtor____ /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: William M. Davis

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S 8th PLAN OF ADJUSTMENT

for the following reasons.

1.  I /(we) am/are interested in the Bankruptcy of the City of Detroit because
As a DWSD Pensioner & President of Detroit Active And
Retired Employee Association AKA  DAREA

2.  I /(we) object to the above filing because:
The State of Michigan intervened in a financial mess
that it help to cause by running revenue sharing
And reneging on a deal to return 100's of million dollars
to the City And maybe the only one benefiting by
getting control of Belle Isle for free

3.  I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of
perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: William M Davis  Pres.

Signature: William M. Davis

Address: 9203 Littlefield St

Detroit Mich. 48228

Email: montybill86@yahoo.com

Dated:
Oct. 23, 2014

DARA
P.O. BOX 3724
Highland Park, Mich. 48203
detroit2700plus@gmail.com