UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M. Davis

hereby states his/her/their OBJECTION TO: The 8th

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I /(we) am/are interested in the Bankruptcy of the City of Detroit because As a DWSD Pensioner And as President of Detroit Active & Retired Employee Association AKA DAREA

2. I / we object to the above filing because: Reading the voting information for my class 11 Ballot voting on the 4th plan of Adjustment the clawback aka recoupment the ASF Added on 6.75% interest rate was not on the ballot information but is now stated clearly stated in the 8th plan very late for the voter's.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: William M. Davis
Signature: William M. Davis
Address: 9203 Littlefield St
Detroit, Mich. 48228
Email: montybill86@yahoo.com

DAREA
P.O. Box 3724
Highland Park, Mich. 48203
detroit2700plus@gmail.com

Dated: 10-27-2014

13-53846-tjt    Doc 8111    Filed 10/27/14    Entered 10/27/14 09:44:18    Page 1 of 1