UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9 No. 13-53846
City of Detroit, Michigan
          Debtor.                              Hon. Steven W. Rhodes
_____/

## STIPULATION GRANTING RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISIONS OF FED. R. BANKR. P. 4001 (a) (3) AS TO BANK OF AMERICA, N.A.

The City of Detroit, Michigan, by and through its counsel, Miller, Canfield, Paddock, and Stone, P.L.C. and Bank of America, N.A., by and through counsel, Trott & Trott, P.C., stipulate to the entry of the proposed order attached as Exhibit A.

Wherefore, the parties respectfully requests that the aforementioned relief be granted.

**AGREED:**

TROTT & TROTT, P.C.

By /S/ Melissa Byrd
Melissa Byrd
Attorneys for Bank of America, N.A.
31440 Northwestern Hwy, Suite 200
Farmington Hills, MI 48334
(248) 723-5067
easternECF@trottlaw.com

(P66314)

MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.

By:
Eric D. Carlson
Attorneys for the City of Detroit, Michigan
150 W. Jefferson Ave, Ste 2500
Detroit, MI 48226
(313) 963-6420
carlson@millercanfield.com

(P60277)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan  
        Debtor.

Chapter 9 No. 13-53846

Hon. Steven W. Rhodes

_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISIONS OF FED. R. BANKR. P. 4001 (a) (3) AS TO BANK OF AMERICA, N.A

This matter having come before this Court on the *Motion for Relief from the Automatic Stay and Entry of Order Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3)* (the "Motion") filed by Bank of America, N.A.; the City of Detroit, Michigan, by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C. and Bank of America, N.A.,, by and through its counsel, Trott & Trott, P.C.; having stipulated to the following; and the Court being otherwise advised in the premises:

**IT IS HEREBY ORDERED** that the Automatic Stay is hereby modified so that Movant (and any successor or assign) may proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and/or obtain possession of the property located at 5384 Hereford St., Detroit, MI 48224-2126

**IT IS FURTHER ORDERED** that Fed. R. Bankr. P. 4001(a)(3) is waived.