UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED (I)
2014 OCT 29 A 9: 12
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M. Davis

hereby states his/her/their OBJECTION TO: The 8th

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
As a Detroit Pensioner, Taxpayer & President of Detroit Active and Retired Employee Association AKA DAREA

2. I / we object to the above filing because:
The Retiree Settlement including The ASF Settlement and the OPEB Settlement because it is unfair and unequitable it shows unfair treatment due to the fact that over 78% Debt Reduction come Retirees Legacy →

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

DAREA
P.O. Box 3724
Highland Park 48203
detroit2700plus@gmail.com

Name: William M. Davis Pres.
Signature: William M. Davis
Address: 9203 Littlefield St
Detroit, Mich. 48228
Email: montybill86@yahoo.com

Dated:
10-27-2014

Costs, Pension Cuts & ASF Recoupment AKA The Clawback. The Plan reduce 5.1 Billion Dollars over 40 years Legacy cost for Healthcare, the Plan takes $140,000,000 a year from Pensioners' Healthcare a form of Ethnic Cleansing to give to white people to move into the city of Detroit and to Displace people of color Black, Brown, Red and Yellow

William M. Davis
Pres. of DAREA & Pensioner