UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT



In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____ Debtor___/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M. Davis

hereby states his/her/their OBJECTION TO: The 8th

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I /(we) am/are interested in the Bankruptcy of the City of Detroit because As a DWSD Pensioner & President of Detroit Active & Retired Employee Association AKA DAREA

2. I /(we) object to the above filing because: The DIA Settlement maybe illegal it would effectively sell the Art to "bankruptcy-proof entity at below-market price. The DIA was appraised at 8.1 billion by Art Capital, an investment firm that is offering loans collateralized by the Art

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

DAREA
P.O. Box 3724
Highland Park, M. 48203
detroit2700plus@gmail.com

Name: William M. Davis Pres.
Signature: William M. Davis
Address: 9203 Littlefield
Detroit, Mich. 48228
Email: montybill86@yahoo.com

Dated: 10-27-2014