UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED (I) 2014 OCT 29 A 9:12 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

                         Debtor____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M. Davis

hereby states his/her/their OBJECTION TO: The 8th

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because As a DWSD Pensioner & President of Detroit Active & Retired Employee Association AKA DAREA

2. I / we object to the above filing because: The State Contribution Agreement is not in the best interest of the City of Detroit, The Pensioner's and The Taxpayers

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

DAREA
P.O. Box 3724
Highland Park, Mi. 48203

detroit2700plus@gmail.com

Name: William M. Davis Pres.
Signature: William M Davis
Address: 9203 Littlefield
Detroit, Mich. 48228
Email: montybill86@yahoo.com

Dated: 10-27-2014

13-53846-tjt    Doc 8130    Filed 10/29/14    Entered 10/29/14 10:58:36    Page 1 of 1