UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9
City of Detroit, Michigan,  Case No. 13-53846
    Debtor.  Hon. Steven W. Rhodes
_____/

### Notice of Bench Decision

Notice is given that the Court will give its decision regarding plan confirmation on November 7, 2014 at 2:00 p.m. in Courtroom 242 of the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. Counsel are invited, but not required to appear. The Court will issue a written decision at a later date.

Due to security screening, the Court encourages the individuals who plan to attend this hearing to arrive at the courthouse at least 60 minutes earlier than the start time of the bench decision.

Signed on October 29, 2014

                                              /s/ Steven Rhodes
                                              Steven Rhodes
                                              United States Bankruptcy Judge