UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED (I) 2014 OCT 29 A 9 12
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____ Debtor ____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M. Davis

hereby states his/her/their OBJECTION TO: The 8th

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I /(we) am/are interested in the Bankruptcy of the City of Detroit because City of Detroit Pensioner & Taxpayer / President of Detroit Active & Retired Employee Association AKA DAREA

2. I /(we) object to the above filing because: Kevin Orr, Jones Day was not acting in the best interest of the City of Detroit Taxpayers it appears to many they was here to represent the largest financial Institutions, DWSD payed hundreds of millions of dollars Early, And Finacial Institutions Illegal Transactions That the city should not had payed

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

DARA
P.O. BOX
HighLand Park, Mi. 48203
detroit2700plus@gmail.com

Name: William M. Davis Pres.
Signature: William M. Davis
Address: 9203 Littlefield
Detroit, Mich. 48228
Email: montybill86@yahoo.com

Dated: 10-27-2014

13-53846-tjt    Doc 8133    Filed 10/29/14    Entered 10/29/14 12:23:24    Page 1 of 1