# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Chapter 9 No. 13-53846
City of Detroit, Michigan
        Debtor.  Hon. Steven W. Rhodes
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISIONS OF FED. R. BANKR. P. 4001 (a) (3) AS TO BANK OF AMERICA, N.A

This matter having come before this Court on the *Motion for Relief from the Automatic Stay and Entry of Order Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3)* (the "Motion") filed by Bank of America, N.A.; the City of Detroit, Michigan, by and through its counsel, Miller, Canfield, Paddock and Stone, P.L.C. and Bank of America, N.A.,, by and through its counsel, Trott & Trott, P.C.; having stipulated to the following; and the Court being otherwise advised in the premises:

**IT IS HEREBY ORDERED** that the Automatic Stay is hereby modified so that Movant (and any successor or assign) may proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and/or obtain possession of the property located at 5384 Hereford St., Detroit, MI 48224-2126

**IT IS FURTHER ORDERED** that Fed. R. Bankr. P. 4001(a)(3) is waived.

.

**Signed on October 29, 2014**

                                                        /s/ Steven Rhodes
                                                        Steven Rhodes
                                                      United States Bankruptcy Judge