**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:  Chapter 9 No.13-53846
City of Detroit, Michigan  Hon. Steven W. Rhodes

                Debtor(s).
_____/

## CERTIFICATE OF SERVICE

The undersigned states that copies of Bank of America, N.A.'s ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISIONS OF FED. R. BANKR. P. 4001 (a) (3) AS TO BANK OF AMERICA, N.A were served upon the following parties, either electronically or by depositing said copies on October 31, 2014 in the U.S. mail, postage prepaid, properly addressed as follows:

| | |
|---|---|
| Melinda R. Cox<br>5384 Hereford St<br>Detroit, MI 48224-2126 | City of Detroit, Michigan<br>2 Woodward Ave Rm 1126<br>Detroit, MI 48226-3443 |
| Eric D. Carlson<br>Miller Canfield Paddock & Stone PLC<br>150 W Jefferson Ave Ste 2500<br>Detroit, MI 48226-4415 | Bruce Bennett<br>555 S Flower St Fl 50<br>Los Angeles, CA 90071-2452 |
| Timothy A. Fusco<br>150 W Jefferson Ave Ste 2500<br>Detroit, MI 48226-4415 | Tamar Dolcourt<br>500 Woodward Ave Ste 2700<br>Detroit, MI 48226-3489 |
| Eric B. Gaabo<br>660 Woodward Ave Ste 1650<br>Detroit, MI 48226-3519 | Judy B. Calton<br>2290 First National Building<br>Detroit, MI 48226 |
| Jonathan S. Green<br>150 W Jefferson Ave Ste 2500<br>Detroit, MI 48226-4415 | David Gilbert Heiman<br>901 Lakeside Ave E<br>Cleveland, OH 44114-1163 |
| Robert S. Hertzberg<br>4000 Town Ctr Ste 1800<br>Southfield, MI 48075-1505 | John A. Simon<br>500 Woodward Ave Ste 2700<br>Detroit, MI 48226-3489 |
| Deborah Kovsky-Apap<br>4000 Town Ctr Ste 1800<br>Southfield, MI 48075-1505 | Kay Standridge Kress<br>4000 Town Ctr<br>Southfield, MI 48075-1410 |
| Stephen S. LaPlante<br>150 W Jefferson Ave Ste 2500<br>Detroit, MI 48226-4415 | Heather Lennox<br>222 E 41st St<br>New York, NY 10017-6739 |

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

| | |
|---|---|
| Marc N. Swanson<br>150 W Jefferson Ave Ste 2500<br>Detroit, MI 48226-4415 | Daniel M. McDermott - United States Trustee<br>125 Ottawa Ave NW Ste 200<br>Grand Rapids, MI 49503-2865 |
| Sean M. Cowley - United States Trustee<br>211 W Fort St Ste 700<br>Detroit, MI 48226-3263 | Richard A. Roble - United States Trustee<br>211 W Fort St Ste 700<br>Detroit, MI 48226-3263 |
| Sam J. Alberts<br>1301 K St NW Ste 600<br>Washington, DC 20005-3317 | Paula A. Hall<br>401 S Old Woodward Ave Ste 400<br>Birmingham, MI 48009-6613 |
| Claude D. Montgomery<br>620 5th Ave<br>New York, NY 10020-2402 | Carole Neville<br>1221 Avenue of the Americas Fl 25<br>New York, NY 10020-1001 |
| Matthew Wilkins<br>401 S Old Woodward Ave Ste 400<br>Birmingham, MI 48009-6613 | City of Detroit Water and Sewerage Department<br>615 Griswold St Ste 1708<br>Detroit, MI 48226-3990 |
| Douglas C. Bernestein, Esq.<br>38505 Woodward Ave Ste 2000<br>Bloomfield Hills, MI 48304-5096 | Gary Segatti<br>20700 Civic Center Dr Ste 420<br>Southfield, MI 48076-4140 |
| Michigan Property Tax Relief, LLC<br>20700 Civic Center Dr Ste 310<br>Southfield, MI 48076-4155 | P.P.T.A., Inc.<br>20700 Civic Center Dr Ste 420<br>Southfield, MI 48076-4140 |
| City of Detroit<br>65 Cadillac Sq Fl 19<br>Detroit, MI 48226-2857 | |
| | /S/ Shauna Rinehart<br>Legal Assistant<br>Trott & Trott, P.C.<br>Attorney for Bank of America, N.A.<br>31440 Northwestern Hwy Ste 200<br>Farmington Hills, MI 48334-5422<br>248.642.2515<br>Email: EasternECF@trottlaw.com |

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628