# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                                          Chapter 9
City of Detroit, Michigan,                                      Case No. 13-53846
    Debtor.                                 Hon. Steven W. Rhodes
_____/

## Order Denying Motion to Clarify, or in the Alternative Lift the Automatic Stay Filed by American Federation of State, County and Municipal Employees Michigan Council 25 (Dkt. #6652)

On October 14, 2014, the Court entered an amended order regarding AFSCME's motion to clarify, or in the alternative lift the automatic stay (Dkt. #7949). This order set a deadline of October 21, 2014 for AFSCME to file a motion with Judge Cox for a determination as to whether his orders in the EPA litigation preclude MERC from hearing AFSCME's claims. The Court is advised that as of this date the motion has not been filed with Judge Cox.

Accordingly, it is hereby ordered that AFSCME's motion to clarify, or in the alternative lift the automatic stay (Dkt. #6652) is denied for failure to comply with the order of the Court.

.

**Signed on October 31, 2014**

                                          **/s/ Steven Rhodes**
                                          **Steven Rhodes**
                                          **United States Bankruptcy Judge**