# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
|     Debtor. | Hon. Steven W. Rhodes |

### Order Regarding Filing of Papers Relating to Fee Issue under 11 U.S.C. § 943(b)(3)

In the interest of justice and pursuant to 11 U.S.C. § 105(a), it is hereby ordered that all parties are prohibited and enjoined from filing any papers with the Court relating to the reasonableness of fees under 11 U.S.C. § 943(b)(3) until the further order of the Court.

Nothing in this order limits the authority of the mediator to require the production of documents or other materials relating to the reasonableness of fees.

.

**Signed on October 31, 2014**

                                                               /s/ Steven Rhodes
                                                               Steven Rhodes
                                                               United States Bankruptcy Judge