UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON



CARL WILLIAMS AND HASSAN ALEEM et al
Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Debtors/City of Detroit

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

## OBJECTION TO THE FILING OF REDLINED VERSION OF EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT BECAUSE OF UNCLEAN HAND

We/I OBJECT TO THE REDLINED VERISON OF THE EIGHTH AMENDED PLAN OF ADJUSTMENT FOR THE DEBTS OF THE CITY OF DETRIOIT AND CONFIRMATION OF THE PLAN, THERE WAS NO NOTICE, IT WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENT ED AND CONDUCED IN A GOOD FAITH MANNER.

We/I object to the filing of redlined version of the Eighth Amended

Plan of Adjustment for the debts of the city of Detroit and confirmation of any

Plan stemming from or connected to this plan of Adjustment and show the

following:

1

1) We object to the Eighth Amended Plan of Adjustment and any confirmation of the plan of adjustment because the state filed the plan of adjustment without "Clean Hands." The state through the Emergency Manager filed bankruptcy owing the City of Detroit $224,000,000.00 in 2012 and $224,000,000.00 2013 plus interest for revenue sharing. This is an unrestricted revenue sharing in according to State Revenue Sharing Act 140 of 1971 the debt owed to Detroit by the state is over a half billion and climbing. This is a violation of state law and the Bankruptcy code you cannot file bankruptcy to avoid paying your responsebility or your debt. This is another example of failure to file in good faith, thus a violation of 11 USC 921 of the Bankruptcy code

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl Williams_
Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

_Hassan Aleem_
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

| | |
|---|---|
| Martha Jones<br>name | Dorothea Harris<br>name |
| 10132 Curtis St<br>Address | 20552 Huntington<br>address |
| Det Mi 48224<br>City, State & Zip | Harper Woods MI 48225<br>City, State & Zip |
| Anthony James<br>name | Keith M 9/—<br>name |
| 29270 Everett<br>Address | 832 CHALMERS<br>address |
| Southfield, MI 48026<br>City, State & Zip | Det. Mi. 48215<br>City, State & Zip |
| William M Dav—<br>Name | Tijuana Morris<br>Name |
| 9203 Littlefield<br>Address | 14841 Joy Rd Apt 2<br>Address |
| Detroit, Mi 48228<br>City State & Zip | Detroit MI 48228<br>City, State & Zip |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON



CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/ | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

__Carl B Williams__, being first duly sworn deposes and
your name

Say that on October __30__ 2014. I sent a copy of Objection to the filing of relined version of eighth Amended plan for the Adjustment of Debts of the City of Detroit because of, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl B Williams_