UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:     Chapter 9
City of Detroit, Michigan,     Case No. 13-53846
    Debtor.     Hon. Steven W. Rhodes
_____/

### Notice Regarding Change in Time and Location of Bench Decision Scheduled for November 7, 2014

Notice is given that the time and location of the Court's bench decision scheduled for November 7, 2014 has been changed.

The Court will give its decision regarding plan confirmation on **November 7, 2014 at 1:00 p.m. in Courtroom 716** of the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. Counsel who will be present in the courtroom and who intend to place their appearance on the record shall do so by signing in prior to entering the courtroom.

The Court will conduct a status conference on this date immediately following the bench decision.

Signed on November 3, 2014

                                         /s/ Steven Rhodes
                                         Steven Rhodes
                                         United States Bankruptcy Judge