UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order to Strike

On October 31, 2014, Johnathan Brown filed a supplemental authority in support of interested parties/§1983 plaintiffs' previously filed objections on the constitutionality of allowing the diminishment of the fundamental right to damages remedy for the violation of constitutional rights (Dkt. #8153). This brief was filed after the Court had taken the matter under advisement and without leave of the Court.

Accordingly, it is hereby ordered that the supplemental brief filed by Johnathan Brown (Dkt. #8153) is stricken from the record.

.

**Signed on November 03, 2014**

                /s/ Steven Rhodes  
                Steven Rhodes  
                United States Bankruptcy Judge