UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM et al
    Creditors/Objectors,

v

In re:                                      Chapter 9
City OF DETROIT, MICHIGAN          Case No. 13-53846
AND EMERGENCY MANAGER         Judge Steven W Rhodes
KEVYN D. ORR
        Debtors/City of Detroit      Case No. 14-cv-10434
                                           Hon. Bernard A. Freidman
_____/    Magistrate Paul J. Komives

## OBJECTION TO THE FILING OF REDLINED VERSION OF EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT FOR FAILURE TO FILE PROPER NOTICE

We/I OBJECT TO THE REDLINED VERISON OF THE EIGHTH AMENDED PLAN OF ADJUSTMENT FOR THE DEBTS OF THE CITY OF DETRIOIT AND CONFIRMATION OF THE PLAN, THERE WAS NO NOTICE, IT WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENT ED AND CONDUCED IN A GOOD FAITH MANNER.

We/I object to the filing of redlined version of the Eighth Amended

Plan of Adjustment for the debts of the city of Detroit and confirmation of any

Plan stemming from or connected to this plan of Adjustment and show the

following:

1

1) We object because the City of Detroit has failed to comply with 11 USC 1125 and 1126 no proper notice and hearing on the Plans One, Two Three,, Four Five Six Seven and now the Eighth Amended Plan of Adjustment or the Disclosure Statement as required." See In re City of Stockton, California Ch 9, Case No. 2012-32118D.C. No. OHS-15, Pg 11-12.

2) To clarify and to reiterate for the record the Creditors Hassan Aleem, Carl Williams and the public **were not notified at all, not personally or publicly.** In our Reconsideration of Objections to chapter 9 Bankruptcy we stated: "most creditors and anyone of interest <u>never received a notice that</u> violated. 11 U.S.C. 923 of the Bankruptcy code. The Bankruptcy rule provides that the clerk, or such other person as the court may direct is to give notice Fed. R. Bankr. P 2002 (f). The notice must also be published "at least once a week for three successive weeks in at least one newspaper of general circulation published within the district in which the case commenced and in such other newspaper having a general circulation among bond dealers and bondholders as the court designates," in title 11 U.S.C. sect 923 of the Bankruptcy code. This simply was not done or we should say do not meet the requirements of title 11 or chapter 9 bankruptcy procedures, which a failure to comply with the bankruptcy rule and code that is grounds for dismissal and denial of due process and equal protection

2

of the law of the 5th 14th Amendment of the Constitution of the United States.

This is the fourth or more times we have informed the court that they have failed to comply with 11 USC 923 to notify the public and they continue to show an inveterate attitude against the bank process.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_____
Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

_____
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

Martha Jones
Name
10132 Curtis St.
Address
Det mi 48221
City State & Zip

William M. Davis
Name
9203 Littlefield
Address
Detroit, Mi. 48228
City, State & Zip

Gloria Ann Sensley
name
7355 S Chrysler Drive
Address
Detroit, Mi 4821
City, State & Zip

Dorothea Harris
Name
20552 Huntington
Address
Harper Woods, MI 48225
City, State & Zip

Keith M Hopez
Name
832 CHALMERS
Address
DET., Mi. 48215
City, State & Zip

Tijuan Morris
name
14841 Joy Rd Apt 2
address
Detroit MI 48228
City, State & Zip

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON



CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,
v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/ | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
|                             / | Magistrate Paul J. Komives |

## PROOF OF SERVICES

_Carl B Williams_, being first duly sworn deposes and
your name

Say that on October _30_ 2014. I sent a copy of Objection to the filing of relined version of eighth Amended plan for the Adjustment of Debts of the City of Detroit for failure to file proper notice, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226



Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____