UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                              Chapter 9

City of Detroit, Michigan,               No. 13-53846

         Debtor.                           Hon. Steven W. Rhodes

_____/

**DFFA'S NOTICE OF WITHDRAWAL OF OBJECTIONS TO CITY'S PLAN OF ADJUSTMENT**

TAKE NOTICE that the Detroit Fire Fighters Association withdraws its *Objections to the City's Fourth Amended Plan of Adjustment* [Docket No. 4918], filed on May 16, 2014, and its *Supplemental Brief in Support of its Objections to City's Fourth Amended Plan of Adjustment* [Docket No. 5702], filed on June 30, 2014.

                                            LEGGHIO & ISRAEL, P.C.

                                            */s/Alidz Oshagan*
                                            Christopher P. Legghio (P27378)
                                            Alidz Oshagan (P77231)
                                            Counsel for the Detroit Fire Fighters
                                            Association, I.A.F.F., Local 344
                                            306 South Washington Avenue, Suite 600
                                            Royal Oak, Michigan 48067-3837
                                            T: 248 398 5900; F: 248 398 2662
                                            cpl@legghioisrael.com
                                            oshagan@legghioisrael.com

Dated: November 4, 2014

# CERTIFICATE OF SERVICE

**I CERTIFY** that on November 4, 2014 I electronically filed the **DFFA'S NOTICE OF WITHDRAWAL OF OBJECTIONS TO CITY'S PLAN OF ADJUSTMENT** and this **CERTIFICATE OF SERVICE** by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case.

> LEGGHIO & ISRAEL, P.C.
>
> */s/Alidz Oshagan*
> Christopher P. Legghio (P27378)
> Alidz Oshagan (P77231)
> Counsel for the Detroit Fire Fighters
> Association, I.A.F.F., Local 344
> 306 South Washington Avenue, Suite 600
> Royal Oak, Michigan 48067-3837
> T: 248 398 5900; F: 248 398 2662
> cpl@legghioisrael.com
> oshagan@legghioisrael.com

Dated: November 4, 2014