UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

### ORDER GRANTING *EX PARTE* MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF INTERESTED PARTIES/§1983 PLAINTIFFS' PREVIOUSLY FILED OBJECTIONS (Dckts. #4099, #4224) ON THE CONSTITUTIONALITY OF ALLOWING THE DIMINISHMENT OF THE FUNDAMENTAL RIGHT TO A DAMAGES REMEDY FOR THE VIOLATION OF CONSTITUTIONAL RIGHTS

This matter coming before the Court on the *Ex Parte* Motion of Johnathan Brown for leave to file a supplemental brief in support of Interested Parties/§1983 Plaintiffs' previously filed objections to the Debtor's proposed Plan of Adjustment.

The Court has reviewed the Motion and finds that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and good cause for the relief requested in the motion has been established.

IT IS HEREBY ORDERED THAT the motion for leave to file a supplemental brief is GRANTED.

.

**Signed on November 04, 2014**

                                                  /s/ Steven Rhodes
                                                  Steven Rhodes
                                                  United States Bankruptcy Judge