UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

Re:  CASE NUMBER 13-53846   DATE: 11/4/14

NAME(S): City of Detroit

## STATEMENT OF CHANGE OF
## MAILING ADDRESS OF CREDITOR

Dear Clerk of the Court:

The Creditor in the above entitled case do hereby request that the mailing address listed in the above-stated case be changed;

From: 20001 Schaefer Hwy, Detroit, MI 48235

To: 15294 Steel St, Detroit, MI. 48227

Sincerely,

Creditor: Darrell X. Marshall
Darrell Lamar Marshall

***If you would like a copy of this form returned to you, mail two (2) copies of this form and a self-addressed stamped envelope directly to the Clerk of the Court at 211 West Fort Street, Detroit, MI 48226.*

FILED 2014 NOV -4 P 1:20 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT