UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case Number 13-53846<br><br>Honorable Steven W. Rhodes<br><br>Chapter 9 |

## ORDER GRANTING RONALD COOK
## AN ALLOWED, UNSECURED CLAIM IN THE AMOUNT OF $25,000

This matter comes before the Court on (a) the *Stipulation for an Order Granting Ronald Cook an Allowed, Unsecured Claim in the Amount of $25,000* (the "Stipulation") filed by Ronald Cook (the "Claimant") and the City of Detroit (the "City"); the Court having reviewed the Stipulation and the prior docket entries related to the Stipulation; and determining that there is just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT Claimant is granted an allowed, unsecured claim of $25,000 in the City's chapter 9 bankruptcy case.

.

**Signed on November 04, 2014**

                                                                           /s/ Steven Rhodes
                                                                           **Steven Rhodes**
                                                                            **United States Bankruptcy Judge**