UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------------------------------------x
                                        :
In re                                   :
                                        :    CHAPTER 9
CITY OF DETROIT, MICHIGAN               :
                                        :    CASE NO. 13-53846
                       Debtor.          :
                                        :    Hon. Steven W. Rhodes
----------------------------------------x

Refer to: **CLAIM NO. 550**
          **DARRELL LAMAR MARSHALL**

**DARRELL LAMAR MARSHALL'S
OBJECTION TO SETTLEMENT OF THE CITY OF DETROIT
BANKRUPTCY CASE**

Now comes, claimant Darrell Lamar Marshall and object to the settlement of the City of Detroit bankruptcy case pursuant to the State of Michigan statute of limitations, <u>Personal Disabilities, Insanity §2.5 and Fraudulent Concealment, §2.13.</u>

Claimant further object to the settlement of the City's Bankruptcy case based on the fact that, it was unlawful and erroneous to classify claimant's claim a tort claim, (Core Proceeding).

**ARGUMENT**

Claimant was declared mentally disabled by the Social Security Administration and the State of Michigan on April 20, 1983. See exhi-

(1)

bit (A). Claimant has filed several complaints against Michigan Rehabilitation Services and several physicians for concealing the true nature of claimant's disability. Refer to State of Michigan, Department of Licensing and Regulatory Affairs, Bureau of Health Care Services file number 135003, 134704, 134777, and Michigan Administrative Haering System Docket number 14-015633-DHS.

Pursuant to, **MICHIGAN STATUTE OF LIMITATIONS, PERSONAL DISABILITIES, (INSANITY),** have until the disability is removed to bring suit. The disability, (paranoid schizophrenia delusional type), have not been removed.

It was erroneous to classify claimant's claim a tort claim, (Core Proceeding) and disallow and expung the claim based on the fact that a City of Detroit, police officer struck claimant with a pistol. The butt of the gun struck claimant below the left and the barrel of the gun struck claimant in the left temple area causing a severe head injury. The Detroit police further destroyed the arrest record of the incident and made it appear that cliamant was hallucinating about the police for the past thirty years.

It was the traumatic brian injury, post traumatic stress and incompetency that caused claimant to become mentally deranged to the point that claimant was unable to ccomprehend his legal rights.

DARRELL LAMAR MARSHALL
15794 STEEL ST.
DETROIT, MI. 48227
313-9787334

# CERTIFICATE OF SERVICE

I, Darrell Lamar Marshall certify that, on October 31, 2014 I personally delivered a copy of this objection to attorneys Jonathan S. Green and Stephen S. Laplante of MILLER, CANFIELD, PADDOCK and STONE, P.L.C. at 150 West Jefferson Suite 2500 Detroit, Michigan 48226.

*Darrell Marshall*
DARRELL LAMAR MARSHALL
15794 STEEL
DETROIT, MI. 48227

Ph. (313) 978-7334

SOCIAL SECURITY ADMINISTRATION

Date: October 30, 2014
Claim Number: XXX-XX-0829A
XXX-XX-0829DI

DARRELL L MARSHALL
15794 STEEL ST
DETROIT MI 48227-4036

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Supplemental Security Income Payments

Beginning January 2014, the current
Supplemental Security Income payment is...............$ 721.00

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Date of Birth Information

The date of birth shown on our records is September 19, 1956.

Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

SUSPECT SOCIAL SECURITY FRAUD?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).