UNITED STATES BANKRUPTCY COURT FILED
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

2014 NOV -5 P 1:38

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

-----------------------------------X
:
IN RE                              :
CITY OF DETROIT, MICHIGAN          :   Chapter 9
                                   :
         Debtor.                   :   Case No. 13-53846
                                   :
-----------------------------------X   Hon. Steven W. Rhodes

Refer to: **CLAIM NO. 550**
         **DARRELL LAMAR MARSHALL**

## CERTIFICATE OF SERVICE

I, Darrell L. Marshall certify that, on November 5 2014 I mailed by U.S. first class mail a copy of claimant's objection to attorney Bruce Bennett at Jones Day, 555 South Flower street Fifticth Floor Los Angeles, California 90071, and attorney David G. Heiman, Jones Day North Point, 901 Lakeside Avenue Cleveland, Ohio 44114.

I, Darrell L. Marshall further certify that, on November 5, 2014 I personally delivered a copy of claimant's objection to attorney John A. Simon at Foley & Lardner LLP 500 Woodward Avenue, Suite 2700 Detroit, Michigan 48226.

DARRELL LAMAR MARSHALL
15794 STEEL
DETROIT, MI. 48227