IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------X
                                              :    Chapter 9
IN RE                                         :
                                              :    Case No. 13-53846
City Of Detroit, Michigan,                    :
                                              :
                        DEBTOR                :    Hon. Steven W. Rhodes
-------------------------------------------------------X
```

### STIPULATION TO WITHDRAW DUPLICATE CLAIM NO. 2481 FILED BY UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ON BEHALF OF <u>SHERELL STANLEY</u>

The United States Equal Employment Opportunity Commission ("EEOC") and the City of Detroit, Michigan (the "Debtor"), by and through their undersigned counsel, state as follows in support of the entry of the *Order Withdrawing Duplicate Claim No. 2481* attached hereto as **Exhibit 1.**

1.  On February 24, 2014, the EEOC filed a proof of claim [Claim No. 2481] in the amount of $136,006.55 on behalf of Sherell Stanley.

2.  On March 19, 2014, the EEOC filed a modified proof of claim on behalf of Ms. Stanley [Claim No. 3665], also in the amount of $136,006.55.

3.  On July 23, 2014, the City filed a Stay Modification Notice with respect to Claim No. 3665 [Dkt. No. 6240].

4.  Upon discussion by the parties, the EEOC has agreed that Claim No. 2481 is duplicative of Claim No. 3665 and agreed to withdraw it.

5. The City and the EEOC each respectively reserves all of their rights with respect to Claim No. 3665.

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** approving the parties' stipulation.

Respectfully submitted by:

| **FOLEY & LARDNER, LLP**<br><br>By: /s/ Tamar N. Dolcourt<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jsimon@foley.com<br>tdolcourt@foley.com<br>*Counsel to the Debtor, City of Detroit Michigan*<br><br><br>Dated: November 5, 2014 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>By: /s/ Dale Price (w/consent)<br>Kenneth Bird<br>Dale Price (P55578)<br>Senior Trial Attorney<br>477 Michigan Avenue, Room 865<br>Detroit, MI 48226<br>Phone: (313) 226-7808<br>Dale.price@eeoc.gov<br><br>*Counsel to the Equal Employment Opportunity Commission* |