# **EXHIBIT 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ------------------------------------------------------X | : | Chapter 9 |
| IN RE | : | |
| | : | Case No. 13-53846 |
| City Of Detroit, Michigan, | : | |
| | : | |
| DEBTOR | : | Hon. Steven W. Rhodes |
| ------------------------------------------------------X | | |

### ORDER APPROVING STIPULATION TO WITHDRAW DUPLICATE CLAIM NO. 2481 FILED BY UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ON BEHALF OF SHERELL STANLEY

This matter having come before the Court on the *Stipulation to Entry of Order Withdrawing Duplicate Claim No. 2481* (the "Stipulation"); the EEOC[1] having filed Claim Nos. 2481 and 3665 in the above-captioned bankruptcy case; the parties having agreed that Claim Nos. 2481 and 3665 are duplicative of each other; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. Claim No. 2481 filed by the EEOC is withdrawn and disallowed in its entirety.

2. Claim No. 3665 filed by the EEOC, asserting a claim in the amount of $136,006.55, will remain on the Claims Register.

3. Notwithstanding any provision of this Order, the Stay Modification Notice filed by the City will remain in effect with respect to Claim No. 3665.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

4. Notwithstanding any provision of this Order, the City and the EEOC each respectively reserves their rights with respect to Claim No. 3665.