UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 9 |
| City of Detroit, Michigan, | No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL STATEMENT OF THE DETROIT POLICE OFFICERS ASSOCIATION INCLUDING COLLECTIVE BARGAINING AGREEMENT LANGUAGE IN SUPPORT OF DISCHARGE OF INDIRECT EMPLOYEE INDEMNIFICATION CLAIMS**

The Detroit Police Officers Association (the "DPOA"), through its counsel Erman, Teicher, Zucker & Freedman, P.C. files this Ex Parte Motion for Leave to File Supplemental Statement of the Detroit Police Officers Association Including Collective Bargaining Agreement Language in Support of Discharge of Indirect Employee Indemnification Claims (the "Ex Parte Motion"):

1. At the confirmation hearing held on October 27, 2014, this Court raised questions about the City's request to discharge the Indirect Employee Indemnification Claims specifically related to whether the City's obligation to indemnify was discretionary. This Ex Parte Motion seeks an order in the form attached as Exhibit 1 granting the DPOA leave to file its proposed Supplemental

Statement of the Detroit Police Officers Association Including Collective Bargaining Agreement Language in Support of Discharge of Indirect Employee Indemnification Claims ("Supplemental Statement).

2. The Supplemental Statement, which is attached hereto as Exhibit 6, provides the precise language that addresses the City's obligation.

## RELIEF REQUESTED

WHEREFORE, the Detroit Police Officers Association respectfully requests that this Court grant the relief requested by this Ex Parte Motion and enter an order in the form attached as Exhibit 1, granting the Detroit Police Officers Association leave to file its supplemental statement.

    Respectfully submitted,

    ERMAN, TEICHER, ZUCKER & FREEDMAN, P.C.

    By: /s/ Barbara A. Patek
        Earle I. Erman (P24296)
        Craig E. Zucker (P39907)
        Barbara A. Patek (P34666)
        Counsel for the Detroit Police Officers Association
        400 Galleria Officentre, Suite 444
        Southfield, MI 48034
        Telephone: (248) 827-4100
        Facsimile: (248) 827-4106
        E-mail: bpatek@ermanteicher.com

DATED: November 5, 2014

F:\CHAP 9\DETROIT\Plan of Adjustment\ex parte Motion for Leave to File Supplemental Statement Including CBA Language In Support of Discharge of Indirect Employee Indemnification Claims.docx