## SUMMARY OF ATTACHMENTS

The following documents are attached to this Motion, labeled in accordance with Local Rule 9014-1(b).

Exhibit 1   Proposed Form of Order

Exhibit 2   None [Motion Seeks Ex Parte Relief]

Exhibit 3   None [Brief Not Required]

Exhibit 4   None [Separate Certificate of Service to be Filed]

Exhibit 5   None [No Affidavits Filed Specific to This Motion]

Exhibit 6   Proposed Supplemental Statement