# EXHIBIT 6-B

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 14290
April 30, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 4/30/2014

### Please include Invoice Number with Payment

| | | |
|---|---:|---:|
| Balance Forward | | 75,761.43 |
| Current Fees | 25,708.80 | |
| Total Current Charges | | 25,708.80 |
| **Total Due** | | 101,470.23 |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 20,859.00 | 3,681.00 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| 02/28/14 | 13624 | 45,979.20 | 39,082.32 | 6,896.88 |
| 02/28/14 | 13792 | 27,871.80 | 0.00 | 27,871.80 |
| 03/31/14 | 14118 | 27,501.00 | 0.00 | 27,501.00 |
| **Totals** | | **193,189.20** | **117,427.77** | **75,761.43** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-002 - RMF  
Re: Robert Fishman

April 30, 2014  
Invoice 14290

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/14 | RMF | Reviewed Redacted July-October invoices from Kilpatrick (.3) and discussed same with A. Hudson (.3). Reviewed additional December invoices (.8). Further drafting of November Final Monthly Report (.7). Reviewed Kapila and Company February invoice and emailed S. Kapila re same (.5). | 2.60 | 618.00 | 1,606.80 |
| 04/02/14 | RMF | Reviewed and revised numerous draft December Preliminary Reports and accompanying spreadsheets (4.7). Additional drafting of October Final Monthly Report (.6). | 5.30 | 618.00 | 3,275.40 |
| 04/03/14 | RMF | Reviewed and revised Numerous draft December Preliminary Reports and attached spreadsheets. | 4.20 | 618.00 | 2,595.60 |
| 04/04/14 | RMF | Conference call with S. Alberts, I. Bodenstein and D. Doyle re Dentons' Invoices and Preliminary Report issues (.5). Revised and finalized nine December Preliminary Reports and transmitted same to applicable firms (2.6). Continued drafting November Final Monthly Report (.3). | 3.40 | 618.00 | 2,101.20 |
| 04/07/14 | RMF | Finalized and transmitted more December Preliminary Reports (1.3). Spoke to S. Alberts (.2) and then I. Bodenstein (.1) re Dentons reduction for media related services. | 1.60 | 618.00 | 988.80 |
| 04/08/14 | RMF | Began review of January invoices. | 2.10 | 618.00 | 1,297.80 |
| 04/09/14 | RMF | Spoke to S. Alberts re Dentons' invoice (.2). Reviewed draft Motion to Modify Fee Review Order (.4). Discussed same with R. Kilpatrick (.2). Additional review of January invoices (1.3). | 2.10 | 618.00 | 1,297.80 |
| 04/10/14 | RMF | Reviewed and revised July-Oct Preliminary Report for Dykema. | 0.60 | 618.00 | 370.80 |
| 04/11/14 | RMF | Reviewed and revised comments on July-Nov Dykema spreadsheet (.8). Spoke to S. Toby re Dykema invoices (.5). Drafted email to Dykema re Preliminary Reports for July-Nov. (.4). Finalized and sent July-November Preliminary Report re Dykema (.7). | 2.40 | 618.00 | 1,483.20 |
| 04/14/14 | RMF | Reviewed January invoices. | 3.30 | 618.00 | 2,039.40 |
| 04/15/14 | RMF | Continued to review January invoices. | 2.70 | 618.00 | 1,668.60 |
| 04/17/14 | RMF | Continued review of January invoices. | 2.80 | 618.00 | 1,730.40 |
| 04/18/14 | RMF | Spoke to S. Toby re Dykema invoices and issues. | 0.50 | 618.00 | 309.00 |
| 04/18/14 | RMF | Continued reviewing January invoices. | 1.70 | 618.00 | 1,050.60 |
| 04/20/14 | RMF | Reviewed January invoices. | 2.10 | 618.00 | 1,297.80 |
| 04/21/14 | RMF | Reviewed and revised March Detailed Statements of Services Rendered of Robert Fishman and Shaw Fishman (1.1). Continued drafting October Final Monthly Report and November Final Monthly Report (1.7). Drafted a detailed email to the team re all outstanding items needed to finalize Second Quarterly Report to be filed in early | 3.40 | 618.00 | 2,101.20 |

Shaw Fishman Glantz & Towbin LLC

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | April 30, 2014 |
| I.D. 10661-002 - RMF | Invoice 14290 |
| Re: Robert Fishman | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | May (.6). | | | |
| 04/22/14 | RMF | Spoke to J. Ellman re Dykema invoices (.2). Reviewed Order Appointing Expert Witness (.2). Spoke to M. Kopacz re same, case in general and fee review process (.4). | 0.80 | 618.00 | 494.40 |
| | | Total Fees | 41.60 | | 25,708.80 |

| | |
|---|---|
| Total Fees and Disbursements | 25,708.80 |
| Total Current Charges | 25,708.80 |
| Balance Forward | 75,761.43 |
| **Total Amount Due** | **101,470.23** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 14683
May 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 5/31/2014

### Please include Invoice Number with Payment

| | | |
|---|---:|---:|
| Previous Balance | | 101,470.23 |
| Payments | | -23,691.03 |
| Balance Forward | | 77,779.20 |
| Current Fees | 41,591.40 | |
| Current Disbursements | 1,038.29 | |
| Total Current Charges | | 42,629.69 |
| **Total Due** | | **120,408.89** |

#### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 20,859.00 | 3,681.00 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| 02/28/14 | 13624 | 45,979.20 | 39,082.32 | 6,896.88 |
| 02/28/14 | 13792 | 27,871.80 | 23,691.03 | 4,180.77 |
| 03/31/14 | 14118 | 27,501.00 | 0.00 | 27,501.00 |
| 04/30/14 | 14290 | 25,708.80 | 0.00 | 25,708.80 |
| | Totals | 218,898.00 | 141,118.80 | 77,779.20 |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| Robert Fishman as Detroit Fee Examiner | May 31, 2014 |
|---|---|
| I.D. 10661-002 - RMF | Invoice 14683 |
| Re: Robert Fishman | |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/04/14 | RMF | Reviewed and revised inserts for October and November Final Monthly Reports. | 3.10 | 618.00 | 1,915.80 |
| 05/05/14 | RMF | Reviewed and revised inserts for, and text of, October, November and December Final Monthly Reports (8.7). Numerous email and conversations with members of the team respecting certain invoices and issues raised thereby (1.1). Spoke to J. Ellman re Jones Day invoices (.8). | 10.60 | 618.00 | 6,550.80 |
| 05/06/14 | RMF | Reviewed and revised several drafts of Second Interim Fee Application for Fee Examiner Parties (1.1). Discussed same with A. Hudson (.1). Reviewed and revised inserts for, and text of, October, November and December Final Monthly Reports (3.2). Numerous email and conversations with members of the team respecting certain invoices and issues raised thereby (.7). Reviewed letter from Jones Day re Segal invoices (.2). Spoke to A. Hudson re same (.1). Spoke to J. Ellman re Jones Day invoice issues and Segal invoices (.4). Drafted Second Quarterly Report of Fee Examiner (1.6). Spoke to P. Roberts (.1) and A. Hudson (.1) re same. Further review of and revisions to Second Quarterly Report (1.7). | 9.30 | 618.00 | 5,747.40 |
| 05/07/14 | RMF | Began drafting EY July-September 2013 Final Monthly Report, reviewing numerous emails and exhibits respecting the same (3.1). Spoke to P. Roberts re same (.1). | 3.20 | 618.00 | 1,977.60 |
| 05/08/14 | RMF | Spoke to R. Kilpatrick re DWSD Motion to Modify Fee Review Order (.2). Reviewed, revised and finalized 11 January Preliminary Reports and related materials and emailed same to applicable firms (6.2). | 6.40 | 618.00 | 3,955.20 |
| 05/12/14 | RMF | Reviewed and revised Milliman and Conway draft January Preliminary Reports and Spreadsheets. | 1.20 | 618.00 | 741.60 |
| 05/13/14 | RMF | Reviewed J. Ellman emails re Asset and Mediation categories in Jones Day invoices (.1). Discussed same with D. Doyle (.1). Exchanged emails with J. Ellman re same (.2). Reviewed and revised Fee Examiner and Shaw Fishman April Detailed Statements of Services Rendered (1.1). | 1.50 | 618.00 | 927.00 |
| 05/14/14 | RMF | Began reviewing February invoices. | 1.70 | 618.00 | 1,050.60 |
| 05/15/14 | RMF | Spoke to J. Ellman re DWSD Motion to add Bond Trustee to Fee Review Process and Plan treatment of Fee Review Process (.6). Reviewed, revised and finalized January Preliminary Reports and spreadsheets for EY and Conway and transmitted same (.8). | 1.40 | 618.00 | 865.20 |
| 05/16/14 | RMF | Reviewed, revised and finalized January Preliminary Reports for | 3.80 | 618.00 | 2,348.40 |

Shaw Fishman Glantz & Towbin LLC

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | May 31, 2014 |
| I.D. 10661-002 - RMF | | | | | Invoice 14683 |
| Re: Robert Fishman | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Dykema and KCC, and transmitted same (1.1). Reviewed February invoices (2.7). | | | |
| 05/17/14 | RMF | Reviewed February invoices. | 1.60 | 618.00 | 988.80 |
| 05/19/14 | RMF | Continued review of February invoices. | 2.10 | 618.00 | 1,297.80 |
| 05/20/14 | RMF | Continued review of February invoices. | 2.30 | 618.00 | 1,421.40 |
| 05/21/14 | RMF | Finished review of February invoices. | 3.20 | 618.00 | 1,977.60 |
| 05/27/14 | RMF | Revised, finalized and transmitted February Preliminary Reports (2.1). Spoke to D. Doyle re questions respecting Jones Day February Report (.1). Reviewed various pleadings and orders in preparation for tomorrow's hearing (.9). | 3.10 | 618.00 | 1,915.80 |
| 05/27/14 | RMF | Travel time - Flew from Chicago to Detroit to attend hearing on DWSD Motion to Modify Fee Review Order (delays on account of bad weather). | 5.00 | 309.00 | 1,545.00 |
| 05/28/14 | RMF | Travel time - Flew from Detroit to Chicago after attending hearing on DWSD Motion to Modify Fee Review Order. | 3.40 | 309.00 | 1,050.60 |
| 05/28/14 | RMF | Attended hearing on DWSD Motion to Modify Fee Review Order and the remainder of the morning court session. | 2.50 | 618.00 | 1,545.00 |
| 05/29/14 | RMF | Discussed hearing and Order Amending Fee Review Order with P. Roberts (.3). Made suggested revisions thereto (.6). Spoke to J. Ellman re DWSD hearing from yesterday (.5). Detailed review of Fee Review Order in preparation for call with US Bank and DWSD (.7). Participated in conference call with representatives of DWSD, the City and US Bank to discuss implementation of Amended Fee Review Order (.6). | 2.70 | 618.00 | 1,668.60 |
| 05/30/14 | RMF | Reviewed, revised and finalized additional February Preliminary Reports and transmitted them to the respective professionals. | 3.40 | 618.00 | 2,101.20 |
| | | **Total Fees** | **71.50** | | **41,591.40** |

### Disbursements

| Date | Description | | | Amount |
|---|---|---|---|---|
| 05/05/14 | Photocopy; Report (J. Hampton) | 1438 @ | 0.10 | 143.80 |
| 05/06/14 | Photocopy; Report (J. Hampton) | 557 @ | 0.10 | 55.70 |
| 05/28/14 | Travel; Airfare - Detroit - Attend Hearing on DWSD Motion to Amend Fee (RMF); Robert M. Fishman | | | 427.00 |
| 05/28/14 | Travel; Ground Transportation - Detroit - Attend Hearing on DWSD Motion to Amend Fee (RMF); Robert M. Fishman | | | 112.00 |
| 05/28/14 | Travel; Hotel - Detroit - Attend Hearing on DWSD Motion to Amend Fee (RMF); Robert M. Fishman | | | 212.75 |
| 05/28/14 | Working Meals; Meals - Detroit - Attend Hearing on DWSD Motion to Amend Fee (RMF); Robert M. Fishman | | | 50.04 |
| 05/28/14 | Parking/Taxi; Parking at O'Hare - Travel to Detroit - Attend Hearing on DWSD Motion to Amend Fee (RMF); Robert M. Fishman | | | 37.00 |

Shaw Fishman Glantz & Towbin LLC

| Robert Fishman as Detroit Fee Examiner | | May 31, 2014 |
| I.D. 10661-002 - RMF | | Invoice 14683 |
| Re: Robert Fishman | | |

| Date | Description | Amount |
|------|-------------|-------:|
|      | Total Disbursements | 1,038.29 |
|      | | |
|      | Total Fees and Disbursements | 42,629.69 |
|      | Total Current Charges | 42,629.69 |
|      | Balance Forward | 77,779.20 |
|      | **Total Amount Due** | **120,408.89** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 14952
June 30, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 6/30/2014

**Please include Invoice Number with Payment**

| | | |
|---|---|---|
| Previous Balance | | 120,408.89 |
| Payments | | -23,375.85 |
| Balance Forward | | 97,033.04 |
| Current Fees | 19,528.80 | |
| Current Disbursements | 9.01 | |
| Total Current Charges | | 19,537.81 |
| **Total Due** | | **116,570.85** |

## Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---|---|---|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 20,859.00 | 3,681.00 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| 02/28/14 | 13624 | 45,979.20 | 39,082.32 | 6,896.88 |
| 02/28/14 | 13792 | 27,871.80 | 23,691.03 | 4,180.77 |
| 03/31/14 | 14118 | 27,501.00 | 23,375.85 | 4,125.15 |
| 04/30/14 | 14290 | 25,708.80 | 0.00 | 25,708.80 |
| 05/31/14 | 14683 | 42,629.69 | 0.00 | 42,629.69 |
| **Totals** | | **261,527.69** | **164,494.65** | **97,033.04** |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-002 - RMF  
Re: Robert Fishman

June 30, 2014  
Invoice 14952

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/02/14 | RMF | Reviewed and made comments to certain invoices supplied by US Bank to assist them in getting their invoices in a form ready for Fee Examiner review. | 1.60 | 618.00 | 988.80 |
| 06/03/14 | RMF | Reviewed and made comments to certain invoices supplied by US Bank to assist them in getting their invoices in a form ready for Fee Examiner review. | 2.60 | 618.00 | 1,606.80 |
| 06/05/14 | RMF | Reviewed draft Segal February Preliminary Report (.3) and exchanged emails with A. Hudson and P. Roberts re same (.2). | 0.50 | 618.00 | 309.00 |
| 06/06/14 | RMF | Reviewed, revised, finalized and transmitted Segal February 2014 Preliminary Report. | 0.60 | 618.00 | 370.80 |
| 06/10/14 | RMF | Began review of March 2014 invoices. | 1.80 | 618.00 | 1,112.40 |
| 06/11/14 | RMF | Reviewed draft Stipulation re BONY, as Trustee and emailed J. Ellman re same (.3). Reviewed proposed mediation subcategories from Jones Day (re Feb and Mar) and emailed S. Alberts re same (.3). Continued review of March invoices (1.3). | 1.90 | 618.00 | 1,174.20 |
| 06/16/14 | RMF | Reviewed March invoices. | 3.60 | 618.00 | 2,224.80 |
| 06/17/14 | RMF | Reviewed Kapila May invoice (.3). Reviewed proposed invoice categories from Waller firm and emailed team re same (.3). Continued review of March invoices (2.8). | 3.40 | 618.00 | 2,101.20 |
| 06/19/14 | RMF | Reviewed and revised May Detailed Statement of Services Rendered by Shaw Fishman and the Fee Examiner. | 0.80 | 618.00 | 494.40 |
| 06/23/14 | RMF | Continued review of and comments to March invoices. | 3.80 | 618.00 | 2,348.40 |
| 06/24/14 | RMF | Continued review of March invoices (.8). Spoke to I. Bodenstein re US Bank submissions (.2). Began work on January Final Monthly Report (1.4). Reviewed, revised and transmitted several March Preliminary Reports (1.3). | 3.70 | 618.00 | 2,286.60 |
| 06/25/14 | RMF | Spoke to I. Bodenstein re US Bank related invoices and review (.3). Spoke to D. Lemke re same (.2). Spoke to J. Ellman re issue of Christie's counsel submitting fees to Fee Examiner and plan issues (.4). | 0.90 | 618.00 | 556.20 |
| 06/26/14 | RMF | Reviewed and commented on invoice from US Bank internal personnel (1.1). Drafted email to D. Lemke re same (.5). | 1.60 | 618.00 | 988.80 |
| 06/27/14 | RMF | Began review of materials received from US Bank (.8). Emailed team re same (.1). | 0.90 | 618.00 | 556.20 |
| 06/30/14 | RMF | Reviewed, revised and finalized numerous March Preliminary Reports (2.6). Reviewed, revised and incorporated January Final Monthly Report inserts in January Report (1.3). | 3.90 | 618.00 | 2,410.20 |
| | | **Total Fees** | **31.60** | | **19,528.80** |

Shaw Fishman Glantz & Towbin LLC

| Robert Fishman as Detroit Fee Examiner | June 30, 2014 |
| I.D. 10661-002 - RMF | Invoice 14952 |
| Re: Robert Fishman | |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 05/29/14 | Conference Call; (RMF); AT&T TeleConference Services | 9.01 |
| | Total Disbursements | 9.01 |

| | |
|---|---|
| Total Fees and Disbursements | 19,537.81 |
| Total Current Charges | 19,537.81 |
| Balance Forward | 97,033.04 |
| **Total Amount Due** | 116,570.85 |