# EXHIBIT 6-D


Kapila & Company
Certified Public Accountants

**CITY OF DETROIT, MICHIGAN**
**Client ID: 90000**
**Invoice #97543 - 04/30/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| JOSEPH GILLIS - Senior Consultant, CPA* | 10.10 | 272.00 | 2,747.20 |
| SONEET RAVI KAPILA - Partner, CPA*, CFF, CIRA, CFE | 0.10 | 450.00 | 45.00 |
| MARY MCMICKLE - Partner, CPA*, CIRA | 12.30 | 342.00 | 4,206.60 |
| MARK PARISI - Forensic Analyst CPA*, CFE, | 33.10 | 156.00 | 5,163.60 |
| TOTAL | 55.60 | | $12,162.40 |
| | BLENDED RATE | $218.75 | |
| | TOTAL EXPENSES | | 0.30 |
| TOTAL AMOUNT OF THIS INVOICE | | | $12,162.70 |

CPA - Certified Public Accountant
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

* Regulated by the State of Florida

*1000 S. Federal Highway Suite 200 Fort Lauderdale, Florida 33316*
*Member Florida Institute of Certified Public Accountants American Institute of Certified Public Accountants - Private Companies Practice Section*
*Affiliated office in London, England*

# Kapila & Company

Certified Public Accountants
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilaco.com
EIN #65-0311031

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 97543
04/30/2014

Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| | | BUSINESS ANALYSIS (BANKRUPTCY) | | |
| 04/01/2014 | MCP | BEGIN PREPARING SPREADSHEET COMPARING ORIGINAL INVOICE WITH REVISED INVOICE FOR PURPOSES OF REVIEWING RESPONSES FROM MILLER CANFIELD | 1.10 | 171.60 |
| 04/01/2014 | MCP | CONTINUE COMPARISON OF MILLER CANFIELD'S ORIGINAL INVOICE, REVISED INVOICE AND SPREADSHEET CONTAINING RESPONSES TO FEE EXAMINER'S COMMENTS | 2.90 | 452.40 |
| 04/01/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE SEGAL JANUARY 2014 INVOICE. | 1.60 | 249.60 |
| 04/01/2014 | MCP | REFORMAT JONES DAY DECEMBER 2013 INVOICE TO DISPLAY INFORMATION IN CELLS. | 0.70 | 109.20 |
| 04/01/2014 | MMM | REVIEW COMPARISON BETWEEN SPREADSHEETS WITH FEE EXAMINER COMMENTS AND REVISED INVOICE SUBMITTED BY MILLER CANFIELD AND IDENTIFY INCONSISTENCIES BETWEEN THE DOCUMENTS. | 1.20 | 410.40 |
| 04/01/2014 | MMM | SECOND REVIEW OF ELEVEN JANUARY SPREADSHEETS FOR CORRECTIONS MADE AFTER INITIAL REVIEW. | 0.60 | 205.20 |
| 04/01/2014 | MMM | RESEARCH AND RESPOND TO D. DOYLE RE: EXCEL ISSUE WITH JONES DAY SPREADSHEET TRUNCATING LINES FROM VIEWING. | 0.20 | 68.40 |
| 04/02/2014 | MCP | TELEPHONE CONFERENCE WITH M. MCMICKLE RE: REVISING FORMAT OF DENTONS JANUARY SUMMARY INVOICE. | 0.20 | 31.20 |
| 04/02/2014 | MCP | TELEPHONE CONFERENCE WITH M. MCMICKLE RE: DISCUSS PREPARATION OF SPREADSHEET FOR DYKEMA TO INCLUDE JULY/AUG, SEPT AND OCTOBER PER FEE REVIEWER REQUEST. | 0.10 | 15.60 |
| 04/02/2014 | MMM | TELEPHONE CONFERENCE WITH M. PARISI RE: MODIFICATIONS TO DENTONS JANUARY SPREADSHEET. | 0.20 | 68.40 |
| 04/02/2014 | MCP | REVISE CONWAY MACKENZIE JANUARY 2014 INVOICE RATES FOR E. PETROVSKI. | 0.20 | 31.20 |
| 04/02/2014 | MCP | COMBINE AND FORMAT DYKEMA JULY THROUGH OCTOBER 2013 INVOICES (1.6); ADD NOVEMBER TO SCHEDULE AND REFORMAT (.5). | 2.10 | 327.60 |
| 04/02/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE DYKEMA NOVEMBER 2013 INVOICE. | 0.40 | 62.40 |
| 04/02/2014 | SRK | READ R. FISHMAN E-MAIL REGARDING SECOND QUARTERLY REPORT | 0.10 | 45.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/2014 | MMM | TRANSMIT FOURTEEN SPREADSHEETS FOR JANUARY INVOICE REVIEW TO FEE EXAMINER TEAMS. | 0.40 | 136.80 |
| 04/02/2014 | MMM | RESEARCH AND RESPOND TO ISSUES RAISED BY CONWAY MACKENZIE RE: RESPONSES TO NOVEMBER INVOICE REVIEW. | 0.40 | 136.80 |
| 04/02/2014 | MMM | TELEPHONE CONFERENCE WITH M. PARISI RE: DISCUSS PREPARATION OF CONSOLIDATED SPREADSHEETS FOR DYKEMA. | 0.10 | 34.20 |
| 04/02/2014 | MMM | REVIEW CONSOLIDATED SPREADSHEET FOR DYKEMA (JULY,AUG,SEPT,OCT,NOV) PRIOR TO SENDING TO FEE EXAMINER REVIEW TEAM. | 0.40 | 136.80 |
| 04/02/2014 | JEG | ERNST & YOUNG JANUARY INVOICE REVIEW: COMPARE JANUARY SUMMARY INVOICE TO PRIOR MONTHS FOR CONSISTENCY. | 0.30 | 81.60 |
| 04/02/2014 | JEG | ERNST & YOUNG JANUARY INVOICE REVIEW: REVIEW FOR INSTANCES OF IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.50 | 136.00 |
| 04/02/2014 | JEG | ERNST & YOUNG JANUARY INVOICE REVIEW: REVIEW FOR INSTANCES OF INSUFFICIENT DESCRIPTION AND DUPLICATE ENTRIES. | 2.30 | 625.60 |
| 04/03/2014 | MCP | FORMAT AND SUMMARIZE CONWAY MACKENZIE REVISED FEBRUARY INVOICE. | 1.10 | 171.60 |
| 04/03/2014 | MCP | REFORMAT ERNST AND YOUNG REVISED SEPTEMBER 2013 SPREADSHEET IN ORDER TO REVIEW ERNST AND YOUNG RESPONSES. | 0.60 | 93.60 |
| 04/03/2014 | MMM | REVIEW ERNST & YOUNG RESPONSES TO FEE EXAMINER'S COMMENTS FOR ADEQUACY AND COMPLETENESS. | 1.70 | 581.40 |
| 04/03/2014 | MMM | DRAFT EMAIL TO P. ROBERTS WITH SUMMARY AND ASSESSMENT OF ERNST & YOUNG RESPONSES. | 0.30 | 102.60 |
| 04/03/2014 | JEG | ERNST & YOUNG JANUARY INVOICE REVIEW: CONTINUE REVIEW FOR INSTANCES OF INSUFFICIENT DESCRIPTION AND DUPLICATE ENTRIES. | 0.70 | 190.40 |
| 04/03/2014 | JEG | ERNST & YOUNG JANUARY INVOICE REVIEW: REVIEW FOR INSTANCES OF INCONSISTENT TIME ENTRIES. | 4.90 | 1,332.80 |
| 04/03/2014 | JEG | ERNST & YOUNG JANUARY INVOICE REVIEW: REVIEW FOR TOTAL HOURS CHARGED TO PARTICIPATION IN WEB SEMINAR FOR DISCUSSION W/ FEE EXAMINER TEAM. | 0.40 | 108.80 |
| 04/03/2014 | JEG | ERNST & YOUNG JANUARY INVOICE REVIEW: REVIEW EXPENSES FOR REASONABLENESS. | 0.30 | 81.60 |
| 04/03/2014 | JEG | ERNST & YOUNG JANUARY INVOICE REVIEW: SUMMARIZE REVIEW RESULTS FOR DISCUSSION W/ M.MCMICKLE. | 0.40 | 108.80 |
| 04/03/2014 | JEG | CORRESPONDENCE WITH M.MCMICKLE REGARDING DETAIL INVOICE REVIEW SUGGESTIONS. | 0.20 | 54.40 |
| 04/04/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE JONES DAY FEBRUARY 2014 INVOICE (3.5); RECALCULATE HOURS IN DESCRIPTION CELLS (.9); REFORMAT ROWS TO ENSURE DESCRIPTIONS ARE VIEWABLE (.8) | 5.20 | 811.20 |
| 04/07/2014 | JEG | ERNST & YOUNG DECEMBER INVOICE - REVIEW FEE | 0.10 | 27.20 |

| Date | Prof | Description | Hours | Amount |
|---|---|---|---|---|
| | | EXAMINER'S PRELIMINARY REPORT. | | |
| 04/14/2014 | MCP | EXTRACT, FORMAT, SUMMARIZE MILLER CANFIELD FEBRUARY 2014 INVOICE. | 1.60 | 249.60 |
| 04/14/2014 | MMM | DRAFT EMAIL TO G. GOUVEIA RE: SUMMARY OF CONWAY MACKENZIE JANUARY INVOICE REVIEW. | 0.20 | 68.40 |
| 04/14/2014 | MMM | REVIEW ERNST & YOUNG JANUARY INVOICE AND PROVIDE ADDITIONAL COMMENTS ON FEE EXAMINER SPREADSHEET. | 1.90 | 649.80 |
| 04/14/2014 | MMM | PREPARE SPREADSHEET SHOWING GLOBAL ALLOCATION OF PROFESSIONAL FEES BETWEEN SENIOR AND JUNIOR PROFESSIONALS. | 0.40 | 136.80 |
| 04/15/2014 | MCP | REFORMAT ERNST AND YOUNG JANUARY 2014 INVOICE IN EXCEL 2013. | 0.30 | 46.80 |
| 04/15/2014 | MMM | COMPARE REVISED INVOICE FOR NOVEMBER SUBMITTED BY CONWAY MACKENZIE WITH AGREED UPON RESOLUTION WITH FEE EXAMINER. | 0.80 | 273.60 |
| 04/15/2014 | MMM | PREPARE EMAIL TO P. ROBERTS SUMMARIZING REVIEW OF ERNST & YOUNG JANUARY INVOICE. | 0.40 | 136.80 |
| 04/21/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE PEPPER HAMILTON FEBRUARY 2014 INVOICE. | 1.80 | 280.80 |
| 04/21/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KILPATRICK AND ASSOCIATES FEBRUARY 2014 INVOICE. | 0.70 | 109.20 |
| 04/21/2014 | MMM | TRACK RECEIPT AND PRELIMINARY REVIEW OF ERNST & YOUNG AND KILPATRICK FEBRUARY INVOICES. | 0.20 | 68.40 |
| 04/21/2014 | MMM | REVIEW RESPONSES MADE BY CONWAY MACKENZIE TO FEE EXAMINER COMMENTS FOR DECEMBER INVOICE (.6) AND SUMMARIZE FOR G. GOUVEIA (.1). | 0.70 | 239.40 |
| 04/22/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE ERNST AND YOUNG FEBRUARY 2014 INVOICE. | 2.80 | 436.80 |
| 04/22/2014 | MMM | REVIEW ERNST & YOUNG'S RESPONSES TO FEE EXAMINER COMMENTS FOR DECEMBER INVOICE REVIEW FOR COMPLETENESS AND ADEQUACY. | 0.60 | 205.20 |
| 04/23/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE BROOKS WILKINS MARCH 2014 INVOICE. | 1.70 | 265.20 |
| 04/25/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE SEGAL JANUARY 2014 REVISED INVOICE. | 0.60 | 93.60 |
| 04/27/2014 | MMM | REVIEW ELEVEN FEBRUARY SPREADSHEETS PRIOR TO SENDING TO FEE EXAMINER TEAMS. | 0.70 | 239.40 |
| 04/28/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE MILLER BUCKFIRE FEBRUARY 2014 INVOICE | 0.60 | 93.60 |
| 04/28/2014 | MCP | REVIEW PEPPER HAMILTON FEBRUARY 2014 INVOICE FOR DISCREPANCY BETWEEN DETAIL AND SUMMARY PAGE. | 0.10 | 15.60 |
| 04/28/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE JONES DAY MARCH 2014 INVOICE (2.8); RECALCULATE HOURS IN DESCRIPTION AND COMPARE TO HOURS BILLED (.9) | 3.70 | 577.20 |
| 04/28/2014 | MMM | RESEARCH AND RESPOND TO A. HUDSON INQUIRY RE: NEW SPREADSHEET FOR SEGAL REVISED INVOICE FOR JANUARY. | 0.10 | 34.20 |

| Date | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 04/29/2014 | MMM | TRANSMIT ELEVEN SPREADSHEETS TO FEE EXAMINER REVIEW TEAM FOR FEBRUARY INVOICES. | 0.40 | 136.80 |
| 04/30/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KURTZMAN CARSON JANUARY 2014 INVOICE. | 1.60 | 249.60 |
| 04/30/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KURTZMAN CARSON FEBRUARY 2014 INVOICE. | 1.40 | 218.40 |
| 04/30/2014 | MMM | REVIEW AND TRANSMIT KURTZMAN CARSON SPREADSHEETS FOR JANUARY AND FEBRUARY TO FEE EXAMINER TEAM REVIEWERS. | 0.40 | 136.80 |

|  |  |
|---|---|
|  | 12,162.40 |

**EXPENSES**

| Date | Code | Description | Amount |
|---|---|---|---|
| 04/30/2014 | EXP | COPY CHARGE | 0.30 |

|  |  |
|---|---|
|  | 0.30 |
| Total amount of this Invoice | $12,162.70 |

Invoice payable upon receipt. Thank you for this opportunity to be of service.



**Kapila/Mukamal**
CPAs, Forensic and Insolvency Advisors

| | CITY OF DETROIT, MICHIGAN | | |
| | Client ID: 90000 | | |
| | Invoice # 129 - 05/31/14 | | |

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SONEET R. KAPILA, CPA*, CIRA, CFF, CFE, Partner | 0.90 | 450.00 | $ 405.00 |
| SONEET R. KAPILA, CPA*, CIRA, CFF, CFE, Partner | 2.90 | 450.00 | N/C |
| MARY M. MCMICKLE, CPA*, CIRA, Partner | 15.10 | 342.00 | 5,164.20 |
| MARY M. MCMICKLE, CPA*, CIRA, Partner | 2.50 | 342.00 | N/C |
| JOSEPH E. GILLIS, CPA*, Senior Consultant | 20.50 | 272.00 | 5,576.00 |
| MARK C. PARISI, CPA*, CFE, Forensic Analyst | 28.70 | 156.00 | 4,477.20 |
| TOTAL FEES | 70.60 | | $ 15,622.40 |
| | Blended Rate | $221.28 | |
| TOTAL EXPENSES | | | 12.45 |
| TOTAL AMOUNT OF THIS INVOICE | | | $ 15,634.85 |

CPA - Certified Public Accountant
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

* Regulated by the State of Florida



## Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 129
05/31/2014

Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 05/01/2014 | MMM | REVIEW FEBRUARY SPREADSHEET FOR LAZARD AND TRANSMIT TO FEE EXAMINER REVIEW TEAM. | 0.20 | 68.40 |
| 05/01/2014 | JEG | CONWAY MACKENZIE FEBRUARY INVOICE: REVIEW FOR IMPROPER ALLOCATION OF RESOURCES. | 0.70 | 190.40 |
| 05/01/2014 | JEG | CONWAY MACKENZIE FEBRUARY INVOICE: REVIEW FOR INSUFFICIENT DESCRIPTION AND DUPLICATE ENTRIES. | 1.90 | 516.80 |
| 05/01/2014 | JEG | CONWAY MACKENZIE FEBRUARY INVOICE: INITIATE REVIEW FOR INCONSISTENT TIME ENTRIES. | 0.80 | 217.60 |
| 05/02/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE FOLEY AND LARDNER MARCH 2014 INVOICE. | 0.80 | 124.80 |
| 05/02/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE OTTENWESS MARCH 2014 INVOICE. | 0.60 | 93.60 |
| 05/02/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE PEPPER HAMILTON MARCH 2014 INVOICE. | 1.80 | 280.80 |
| 05/02/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE LAZARD FEBRUARY 2014 INVOICE. | 0.30 | 46.80 |
| 05/02/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE LAZARD MARCH 2014 INVOICE. | 0.60 | 93.60 |
| 05/02/2014 | MCP | FORMAT AND SUMMARIZE CONWAY MACKENZIE MARCH 2014 INVOICE. | 1.10 | 171.60 |
| 05/02/2014 | JEG | CONWAY MACKENZIE FEBRUARY INVOICE: CONTINUE REVIEW FOR INCONSISTENT TIME ENTRIES. | 1.80 | 489.60 |
| 05/03/2014 | MMM | REVIEW REVISED DECEMBER INVOICE FROM CONWAY MACKENZIE FOR PROPER DISPOSITION OF FEE EXAMINER'S REVIEW COMMENTS. | 0.60 | 205.20 |
| 05/05/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE DENTONS MARCH 2014 INVOICE (1.8). RECALCULATE HOURS IN DESCRIPTION CELLS AND COMPARE TO AMOUNT BILLED (1.1). | 2.90 | 452.40 |
| 05/05/2014 | JEG | CONWAY MACKENZIE FEBRUARY INVOICE: CONTINUE REVIEW FOR INCONSISTENT TIME ENTRIES. | 2.40 | 652.80 |
| 05/06/2014 | SRK | MEETING WITH J. GILLIS RE: CONTRACTUAL LIMITATIONS ON CONWAY MACKENZIE FEES. | 0.10 | 45.00 |
| 05/06/2014 | JEG | MEETING WITH S.KAPILA TO DISCUSS CONTRACTUAL LIMITATIONS ON CONWAY MACKENZIE FEES. | 0.10 | 27.20 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/06/2014 | SRK | READ JONES DAY/JEFF ELLMAN EMAIL REGARDING INPUT ON SEPTEMBER 2013 TO JANUARY 2014 INVOICES OF SEGAL TIME AND FOLLOW UP WITH EMAIL TO FEE EXAMINER | 0.20 | 90.00 |
| 05/06/2014 | SRK | REVIEW EMAIL FROM R. FISHMAN AND FEE EXAMINER'S FINAL REPORT ON OCTOBER AND NOVEMBER INVOICES | 2.20 | N/C |
| 05/06/2014 | MMM | READ FINAL MONTHLY REPORTS FOR OCT, NOV AND DEC, CONFIRM AMOUNTS REFLECTED FOR INVOICES AND PROVIDE COMMMENTS. | 1.70 | N/C |
| 05/07/2014 | MMM | TELEPHONE CONFERENCE WITH S. KAPILA RE: REVIEW COMMENTS ON OCT AND NOV FINAL REPORTS. | 0.40 | N/C |
| 05/07/2014 | SRK | TELEPHONE CALL WITH M. MCMICKLE TO DISCUSS COMMENTS/EDITS TO MONTHLY FINAL REPORTS FOR OCTOBER, NOVEMBER, AND DECEMBER | 0.40 | N/C |
| 05/07/2014 | SRK | REVIEW DECEMBER MONTHLY FINAL REPORT | 0.30 | N/C |
| 05/07/2014 | MMM | REVIEW AND PROVIDE COMMENTS ON DRAFT DEC FINAL REPORT. | 0.40 | N/C |
| 05/08/2014 | JEG | ERNST & YOUNG FEBRUARY INVOICE REVIEW: PREPARE ANALYSIS COMPARING CURRENT TO PRIOR MONTHS' EXPENSES TO IDENTIFY SIGNIFICANT INCREASES | 0.50 | 136.00 |
| 05/08/2014 | JEG | ERNST & YOUNG FEBRUARY INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.60 | 163.20 |
| 05/08/2014 | JEG | ERNST & YOUNG FEBRUARY INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE TIME ENTRIES. | 1.60 | 435.20 |
| 05/08/2014 | JEG | ERNST & YOUNG FEBRUARY INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 3.40 | 924.80 |
| 05/08/2014 | JEG | ERNST & YOUNG FEBRUARY INVOICE REVIEW: DRAFT EMAIL TO M. MCMICKLE WITH SUMMARY OF INVOICE REVIEW INCLUDING ANALYSIS AND STATISTICS OF DEFICIENCIES. | 0.50 | 136.00 |
| 05/09/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE OTTENWESS JANUARY 2014 REVISED INVOICE. | 0.90 | 140.40 |
| 05/09/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE SEGAL JANUARY 2014 REVISED INVOICE. | 1.10 | 171.60 |
| 05/09/2014 | MMM | TRACK RECEIPT OF FEBRUARY AND MARCH INVOICES. | 0.20 | 68.40 |
| 05/09/2014 | MMM | REVIEW CONWAY MACKENZIE FEBRUARY INVOICE AND PROVIDE ADDITIONAL REVIEW COMMENTS TO SPREADSHEET. | 1.80 | 615.60 |
| 05/11/2014 | MMM | BEGIN REVIEW OF ERNST & YOUNG FEBRUARY INVOICE AND PROVIDE ADDITIONAL COMMENTS TO SPREADSHEET. | 0.90 | 307.80 |
| 05/12/2014 | MMM | SUMMARIZE HIGHLIGHTS OF FEBRUARY INVOICE REVIEW FOR CONWAY MACKENZIE AND TRANSMIT TO G. GOUVEIA. | 0.40 | 136.80 |
| 05/13/2014 | MMM | INCORPORATE REVIEW COMMENTS FROM R. FISHMAN INTO CONWAY MACKENZIE SPREADSHEET FOR JANUARY. | 0.80 | 273.60 |
| 05/13/2014 | MMM | CONTINUE REVIEW OF ERNST & YOUNG FEBRUARY INVOICE AND ADD COMMENTS TO SPREADSHEET. | 0.70 | 239.40 |
| 05/13/2014 | MMM | READ PRELIMINARY REPORT FOR ERNST & YOUNG FOR JANUARY AND PROVIDE COMMENTS. | 0.40 | 136.80 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/15/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE DYKEMA JANUARY 2014 INVOICE. | 1.40 | 218.40 |
| 05/15/2014 | MMM | TRACK RECEIPT OF INVOICES FOR BROOKS WILKINS AND DYKEMA. | 0.10 | 34.20 |
| 05/15/2014 | MMM | COMPLETE REVIEW OF ERNST & YOUNG FEBRUARY PROFESSIONAL FEES AND ADD COMMENTS TO SPREADSHEET. | 1.40 | 478.80 |
| 05/15/2014 | MMM | PREPARE SPREADSHEET SORTED BY JUNIOR AND SENIOR PROFESSIONALS FOR GLOBAL ANALYSIS OF FEE ALLOCATION RE: ERNST & YOUNG FEBRUARY INVOICE. | 0.20 | 68.40 |
| 05/15/2014 | MMM | REVIEW EXPENSES INCLUDED IN ERNST & YOUNG FEBRUARY INVOICE AND ADD COMMENTS TO SPREADSHEET. | 0.60 | 205.20 |
| 05/15/2014 | MMM | DRAFT EMAIL TO P. ROBERTS WITH SUMMARY OF FEBRUARY INVOICE REVIEW FOR ERNST & YOUNG. | 0.60 | 205.20 |
| 05/16/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE BROOKS WILKINS APRIL 2014 INVOICE. | 1.90 | 296.40 |
| 05/19/2014 | MMM | READ AND REVIEW ERNST & YOUNG RESPONSES TO OCT., NOV AND DEC PRELIMINARY REPORT. | 0.30 | 102.60 |
| 05/19/2014 | MCP | BEGIN EXTRACTING, FORMATTING, AND SCHEDULING MILLER CANFIELD MARCH 2014 INVOICE. | 0.80 | 124.80 |
| 05/20/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE MILLER CANFIELD MARCH 2014 INVOICE. | 1.10 | 171.60 |
| 05/20/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KILPATRICK MARCH 2014 INVOICE. | 0.80 | 124.80 |
| 05/20/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE ERNST AND YOUNG MARCH 2014 INVOICE. | 2.60 | 405.60 |
| 05/21/2014 | MMM | TRACK RECEIPT OF INVOICES FOR DENTONS, ERNST & YOUNG, KILPATRICK AND MILLER CANFIELD. | 0.30 | 102.60 |
| 05/22/2014 | MCP | BEGIN TO EXTRACT, FORMAT DENTONS APRIL 2014 INVOICE. | 1.10 | 171.60 |
| 05/22/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE DYKEMA FEBRUARY 2014 INVOICE. | 0.60 | 93.60 |
| 05/22/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE SEGAL FEBRUARY 2014 INVOICE. | 1.30 | 202.80 |
| 05/22/2014 | MMM | TRACK RECEIPT OF INVOICES FOR CONWAY MACKENZIE, DENTONS, DYKEMA AND SEGAL. | 0.30 | 102.60 |
| 05/22/2014 | MMM | RESEARCH AND DRAFT EMAIL TO A. HUDSON WITH EXPLANATION OF DISCREPANCIES IN SEGAL FEBRUARY INVOICE. | 0.20 | 68.40 |
| 05/23/2014 | MCP | COMPLETE EXTRACTION, FORMATTING, AND SUMMARIZING DENTON'S APRIL 2014 INVOICE (.9). RECALCULATE HOURS IN DESCRIPTIONS AND COMPARE TO AMOUNT BILLED (.8). | 1.70 | 265.20 |
| 05/26/2014 | MMM | REVIEW THIRTEEN MARCH SPREADSHEETS BEFORE TRANSMITTING TO FEE EXAMINER REVIEW TEAM (.8) AND RESEARCH ANY INCONSISTENCIES WITH AMOUNTS ON INVOICES (.9). | 1.70 | 581.40 |
| 05/26/2014 | MMM | TRANSMIT THIRTEEN MARCH SPREADSHEETS TO FEE EXAMINER REVIEW TEAM WITH COMMENTS. | 0.60 | 205.20 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 05/26/2014 | MMM | RESEARCH AND RESPOND TO M. REISER INQUIRY RE: DISCREPANCY IN FEBRUARY INVOICE FOR PEPPER HAMILTON. | 0.30 | 102.60 |
| 05/27/2014 | SRK | REVIEW CONWAY MACKENZIE FEBRUARY DRAFT PRELIMINARY REPORT RECEIVED FROM G. GOUVEIA | 0.20 | 90.00 |
| 05/27/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE MILLER BUCKFIRE MARCH 2014 INVOICE. | 0.60 | 93.60 |
| 05/27/2014 | MCP | FORMAT AND SUMMARIZE FEES AND EXTRACT FORMAT AND SUMMARIZE EXPENSES FOR CONWAY MACKENIZE APRIL 2014 INVOICE. | 1.70 | 265.20 |
| 05/27/2014 | MCP | CORRECTIONS TO VARIOUS INVOICES FOR REDUCTIONS BASED ON FEE REVIEWER COMMENTS. | 0.30 | 46.80 |
| 05/28/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE LAZARD'S APRIL 2014 INVOICE. | 0.90 | 140.40 |
| 05/28/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE SEGAL'S FEBRUARY REVISED INVOICE. | 0.90 | 140.40 |
| 05/28/2014 | SRK | READ NUMEROUS E-MAILS FROM FEE EXAMINER TO PROFESSIONALS TRANSMITTING PRELIMINARY REPORTS AND MARCH SPREADSHEETS TRANSMITTED BY M. MCMICKLE | 0.40 | 180.00 |
| 05/29/2014 | MMM | TELEPHONE CONFERENCE WITH G. GOUVEIA RE: DISCUSS FEE REVIEWER COMMENTS MADE IN JANUARY PRELIMINARY REPORT IN PREPARATION FOR CALL WITH CONWAY MACKENZIE TEAM. | 0.20 | 68.40 |
| 05/29/2014 | MMM | TELEPHONE CONFERENCE WITH M. HAUSMAN AND C. MOORE OF CONWAY MACKENZIE AND G. GOUVEIA RE: DISCUSS FEE EXAMINER'S COMMENTS IN JANUARY PRELIMINARY REPORT. | 0.50 | 171.00 |
| 05/29/2014 | MMM | REVIEW CONWAY MACKENZIE RESPONSES TO FEE EXAMINER COMMENTS FOR JANUARY INVOICE FOR ADEQUACY AND COMPLETENESS. | 1.10 | 376.20 |
| 05/29/2014 | MMM | DRAFT EMAIL TO G. GOUVEIA SUMMARIZING ASSESSMENT OF CONWAY MACKENZIE RESPONSES TO FEE EXAMINER COMMENTS FOR JANUARY. | 0.40 | 136.80 |
| 05/30/2014 | MCP | REFORMAT CONWAY MACKENZIE JANUARY SPREADSHEET TO INCORPORATE RESPONSES TO FEE EXAMINER COMMENTS. | 0.90 | 140.40 |
| 05/30/2014 | MMM | REVIEW RESPONSES FROM CONWAY MACKENZIE TO FEE EXAMINER'S COMMENTS RELATED TO EXPENSE CHARGES FOR JANUARY INVOICE FOR ADEQUACY AND COMPLETENESS. | 0.30 | 102.60 |
| 05/30/2014 | JEG | CONWAY MACKENZIE MARCH 2014 INVOICE REVIEW: COMPARE MARCH INVOICE SUMMARY TO PRIOR MONTHS FOR EXCEPTIONS. | 0.30 | 81.60 |
| 05/30/2014 | JEG | CONWAY MACKENZIE MARCH 2014 INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 1.10 | 299.20 |
| 05/30/2014 | JEG | CONWAY MACKENZIE MARCH 2014 INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE ENTRIES. | 2.10 | 571.20 |
| 05/30/2014 | JEG | CONWAY MACKENZIE MARCH 2014 INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 2.70 | 734.40 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | 15,622.40 |
| EXPENSES |  |  |  |  |
| 05/14/2014 | EXP | LONG DISTANCE BILL - 05.14.14 |  | 9.75 |
| 05/30/2014 | EXP | COPY CHARGE |  | 2.70 |
|  |  |  |  | 12.45 |
|  |  |  | Total amount of this Invoice | $15,634.85 |

Invoice payable upon receipt. Thank you for this opportunity to be of service.



# Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

**CITY OF DETROIT, MICHIGAN**
**Client ID: 90000**
**Invoice #180 - 06/30/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| JOSEPH GILLIS - Senior Consultant, CPA* | 22.80 | 272.00 | 6,201.60 |
| SONEET RAVI KAPILA - Partner, CPA*, CFF, CIRA, CFE | 0.40 | 450.00 | 180.00 |
| MARY MCMICKLE - Partner, CPA*, CIRA | 17.00 | 342.00 | 5,814.00 |
| MARK PARISI - Forensic Analyst CPA*, CFE, | 29.70 | 156.00 | 4,633.20 |
| TOTAL | 69.90 | | $16,828.80 |
| | BLENDED RATE | $240.76 | |
| | TOTAL EXPENSES | | 3.00 |
| TOTAL AMOUNT OF THIS INVOICE | | | $16,831.80 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011  F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771  F 786.517.5772



## Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 180
06/30/2014
Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 06/02/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE SEGAL APRIL 2014 INVOICE. | 1.20 | 187.20 |
| 06/02/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE MILLIMAN MARCH 2014 INVOICE. | 0.80 | 124.80 |
| 06/02/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE MILLIMAN APRIL 2014 INVOICE. | 0.70 | 109.20 |
| 06/02/2014 | MCP | BEGIN TO FORMAT, EXTRACT, AND SUMMARIZE PEPPER HAMILTON APRIL INVOICE. | 1.10 | 171.60 |
| 06/02/2014 | MMM | TRACK RECEIPT AND PRELIMINARY REVIEW OF MULTIPLE INVOICES FOR MARCH AND APRIL. | 0.40 | 136.80 |
| 06/02/2014 | JEG | CONWAY MACKENZIE MARCH 2014 INVOICE REVIEW: CONTINUE CHECKING FOR INCONSISTENT TIME ENTRIES. | 2.50 | 680.00 |
| 06/02/2014 | JEG | CONWAY MACKENZIE MARCH 2014 INVOICE REVIEW: SUMMARIZE RESULTS OF MARCH INVOICE REVIEW FOR DISCUSSION WITH M.MCMICKLE. | 0.60 | 163.20 |
| 06/03/2014 | MCP | COMPLETE FORMATTING AND EXTRACTING PEPPER HAMILTON APRIL 2014 INVOICE. | 0.60 | 93.60 |
| 06/03/2014 | MCP | REFORMAT ERNST AND YOUNG JANUARY INVOICE. | 0.40 | 62.40 |
| 06/03/2014 | MMM | REVIEW ERNST & YOUNG RESPONSES TO FEE EXAMINER COMMENTS FOR ADEQUACY AND COMPLETENESS RE: JANUARY INVOICE. | 1.20 | 410.40 |
| 06/03/2014 | MMM | DRAFT EMAIL TO P. ROBERTS SUMMARIZING REVIEW OF ERNST & YOUNG RESPONSES AND IDENTIFYING EXCEPTIONS. | 0.30 | 102.60 |
| 06/03/2014 | MMM | REVIEW AND TRANSMIT MARCH SPREADSHEET FOR MILLIMAN TO REVIEW TEAM. | 0.10 | 34.20 |
| 06/03/2014 | JEG | ERNST & YOUNG MARCH INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 3.30 | 897.60 |
| 06/03/2014 | JEG | ERNST & YOUNG MARCH INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTON AND DUPLICATE OR REPETITIVE TIME ENTRIES. | 1.00 | 272.00 |
| 06/03/2014 | JEG | ERNST & YOUNG MARCH INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES RELATED TO MEETINGS AND TELEPHONE CONFERENCES. | 0.20 | 54.40 |
| 06/04/2014 | MCP | TROUBLESHOOT JONES DAY COMPRESSED PDF INVOICE AND | 6.20 | 967.20 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | RESOLVE ISSUES WITH CHARACTER LIMITS (1.7), EXTRACT, FORMAT AND SUMMARIZE JONES DAY APRIL 2014 INVOICE (3.4). RECALCULATE HOURS IN DESCRIPTION AND COMPARE TO AMOUNT BILLED (1.1) | | |
| 06/04/2014 | JEG | ERNST & YOUNG MARCH INVOICE REVIEW: CONTINUE CHECKING FOR INCONSISTENT TIME ENTRIES. | 1.40 | 380.80 |
| 06/04/2014 | JEG | ERNST & YOUNG MARCH 2014 INVOICE REVIEW: SUMMARIZE RESULTS OF MARCH INVOICE REVIEW FOR DISCUSSION WITH M.MCMICKLE. | 0.40 | 108.80 |
| 06/05/2014 | MMM | REVIEW CONWAY MACKENZIE MARCH INVOICE AND PROVIDE ADDITIONAL COMMENTS PURSUANT TO THE FEE REVIEW ORDER. | 3.40 | 1,162.80 |
| 06/06/2014 | JEG | CONWAY MACKENZIE MARCH INVOICE REVIEW: CONFERENCE WITH M.MCMICKLE TO ANSWER QUESTIONS RE: MARCH INVOICE REVIEW. | 0.10 | 27.20 |
| 06/06/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE BROOKS WILKINS MAY 2014 INVOICE. | 1.40 | 218.40 |
| 06/06/2014 | MCP | REFORMAT CONWAY MACKENZIE MARCH 2014 INVOICE | 0.40 | 62.40 |
| 06/06/2014 | MMM | PREPARE ANALYSIS OF GLOBAL ALLOCATION OF CONWAY MACKENZIE PROFESSIONAL FEES BETWEEN JUNIOR AND SENIOR PROFESSIONALS IN CONNECTION WITH REVIEW OF MARCH INVOICE. | 0.30 | 102.60 |
| 06/06/2014 | MMM | REVIEW MARCH EXPENSES SUBMITTED BY CONWAY MACKENZIE. | 0.30 | 102.60 |
| 06/06/2014 | MMM | TELEPHONE CONFERENCE WITH J. GILLIS RE: DISCUSS AND RESOLVE ITEMS FLAGGED AS IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES RE: CONWAY MACKENZIE MARCH INVOICE REVIEW. | 0.10 | 34.20 |
| 06/06/2014 | MMM | DRAFT EMAIL TO G. GOUVEIA WITH SUMMARY ASSESSMENT OF CONWAY MACKENZIE'S MARCH INVOICE REVEW. | 0.30 | 102.60 |
| 06/06/2014 | MMM | REVIEW ERNST & YOUNG'S MARCH INVOICE AND PROVIDE ADDITIONAL COMMENTS TO SPREADSHEET. | 3.10 | 1,060.20 |
| 06/09/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE DYKEMA MARCH 2014 INVOICE. | 1.10 | 171.60 |
| 06/09/2014 | MCP | REFORMAT ERNST AND YOUNG MARCH INVOICE. | 0.40 | 62.40 |
| 06/09/2014 | MMM | PREPARE SPREADSHEET ANALYZING GLOBAL ALLOCATION OF ERNST & YOUNG PROFESSIONAL FEES BETWEEN SENIOR AND JUNIOR PROFESSIONALS FOR MARCH INVOICE. | 0.30 | 102.60 |
| 06/09/2014 | MMM | FINAL REVIEW OF ERNST & YOUNG MARCH INVOICE AND COMMENTS MADE ON SPREADSHEET. | 0.40 | 136.80 |
| 06/09/2014 | MMM | DRAFT EMAIL TO P. ROBERTS SUMMARIZING REVIEW OF ERNST & YOUNG MARCH INVOICE. | 0.40 | 136.80 |
| 06/09/2014 | MMM | REVIEW CONWAY MACKENZIE RESPONSES TO FEE REVIEWER'S COMMENTS FOR FEBRUARY FOR ADEQUACY AND COMPLETENESS. | 1.30 | 444.60 |
| 06/10/2014 | MMM | REVIEW ERNST & YOUNG REVISED JULY AND SEPTEMBER INVOICES AND CONFIRM FEE REVIEWER COMMENTS AND DUPLICATE EXPENSES WERE ADDRESSED. | 0.50 | 171.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/16/2014 | SRK | REVIEW LAZARD JANUARY 2014 FINAL REPORT AND RESPOND TO FEE EXAMINER | 0.20 | 90.00 |
| 06/16/2014 | MMM | TRACK RECEIPT OF OTTENWESS AND BROOKS WILKINS INVOICES. | 0.10 | 34.20 |
| 06/17/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE OTTENWESS MAY 2014 INVOICE. | 0.40 | 62.40 |
| 06/18/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE MILLER CANFIELD APRIL 2014 INVOICE. | 1.60 | 249.60 |
| 06/18/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE KILPATRICK APRIL 2014 INVOICE. | 0.40 | 62.40 |
| 06/18/2014 | JEG | CONWAY MACKENZIE APRIL 2014 INVOICE REVIEW: COMPARE APRIL INVOICE SUMMARY TO PRIOR MONTHS FOR CONSISTENCY. | 0.10 | 27.20 |
| 06/18/2014 | JEG | CONWAY MACKENZIE APRIL 2014 INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 1.10 | 299.20 |
| 06/18/2014 | JEG | CONWAY MACKENZIE APRIL 2014 INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE TIME ENTRIES. | 1.90 | 516.80 |
| 06/19/2014 | MMM | REVIEW CONWAY MACKENZIE'S RESPONSES TO FEE EXAMINERS' COMMENTS FOR FEBRUARY INVOICE FOR ADEQUACY AND COMPLETENESS. | 1.10 | 376.20 |
| 06/19/2014 | MMM | REVIEW REVISED INVOICE SUBMITTED BY CONWAY MACKENZIE FOR JANUARY AND CONFIRM ALL ADJUSTMENTS FOR FEE EXAMINER COMMENTS WERE PROPERLY MADE. | 0.30 | 102.60 |
| 06/19/2014 | MMM | TRACK RECEIPT OF ERNST & YOUNG AND MILLER CANFIELD INVOICES. | 0.10 | 34.20 |
| 06/19/2014 | JEG | CONWAY MACKENZIE APRIL 2014 INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 3.40 | 924.80 |
| 06/20/2014 | MCP | EXTRACT, FORMAT, SUMMARIZE ERNST AND YOUNG APRIL 2014. | 2.80 | 436.80 |
| 06/25/2014 | MCP | REVIEW APRIL 2014 SPREADSHEETS FOR PROPER AND CONSISTENT FORMATTING | 1.10 | 171.60 |
| 06/25/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE BROOKS WILKINS APRIL 2014 REVISED INVOICE. | 0.60 | 93.60 |
| 06/25/2014 | MMM | REVIEW TWELVE APRIL SPREADSHEETS PRIOR TO TRANSMITTING TO FEE EXAMINER REVIEW TEAMS (1.2); DRAFT EMAIL WITH REVIEW COMMENTS TO STAFF CONSULTANT(.1). | 1.30 | 444.60 |
| 06/25/2014 | MMM | TRANSMIT TWELVE SPREADSHEETS TO FEE EXAMINER REVIEW TEAMS. | 0.40 | 136.80 |
| 06/25/2014 | JEG | CONWAY MACKENZIE APRIL 2014 INVOICE REVIEW: CONTINUE CHECKING FOR INCONSISTENT TIME ENTRIES. | 2.80 | 761.60 |
| 06/25/2014 | JEG | CONWAY MACKENZIE APRIL 2014 INVOICE REVIEW: PREPARE SUMMARY OF REVIEW RESULTS FOR DISCUSSION WITH M.MCMICKLE. | 0.50 | 136.00 |
| 06/26/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE DYKEMA REVISED APRIL 2014 INVOICE. | 0.90 | 140.40 |
| 06/26/2014 | MMM | REVIEW DYKEMA SPREADSHEET FOR APRIL PRIOR TO TRANSMITTING TO FEE EXAMINER REVIEW TEAM. | 0.10 | 34.20 |

| Date | Prof | Description | Hours | Amount |
|---|---|---|---|---|
| 06/26/2014 | JEG | ERNST & YOUNG APRIL INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.70 | 190.40 |
| 06/26/2014 | JEG | ERNST & YOUNG APRIL INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE OR REPETITIVE ENTRIES. | 0.80 | 217.60 |
| 06/26/2014 | JEG | ERNST & YOUNG APRIL INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 2.00 | 544.00 |
| 06/30/2014 | SRK | REVIEW NUMEROUS E-MAILS FROM FEE EXAMINER TRANSMITTING MARCH PRELIMINARY REPORTS | 0.20 | 90.00 |
| 06/30/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE MILLIMAN MAY 2014 INVOICE. | 0.80 | 124.80 |
| 06/30/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE GLC ADVISORS APRIL 2014 INVOICE | 1.00 | 156.00 |
| 06/30/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE WALLER LANDSEN APRIL 2014 WATER AND SEWER INVOICES. | 5.40 | 842.40 |
| 06/30/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE JOHN S YOUNG APRIL 2014 INVOICE. | 0.40 | 62.40 |
| 06/30/2014 | MMM | TRACK RECEIPT OF MULTIPLE MAY INVOICES. | 0.60 | 205.20 |
| 06/30/2014 | MMM | TRACK RECEIPT AND PRELIMINARY REVIEW OF INVOICES FOR NEW PROFESSIONALS (.4); DRAFT EMAIL TO STAFF WITH SPECIFIC INSTRUCTIONS TO PREPARE INITIAL SPREADSHEETS FOR EACH (.2). | 0.60 | 205.20 |
| | | | | 16,828.80 |

**EXPENSES**

| Date | Prof | Description | | Amount |
|---|---|---|---|---|
| 06/30/2014 | EXP | PRINTED COPY CHARGE JUNE 2014 | | 3.00 |
| | | | | 3.00 |

| | | Total amount of this invoice | $16,831.80 |
|---|---|---|---|

Invoice payable upon receipt. Thank you for this opportunity to be of service.