Form B20A(Official Form 20A)
12/1/10

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Michigan**

**In re:**

|  |  |  |
|---|---|---|
|  | ) | **Chapter 9** |
|  | ) |  |
| **CITY OF DETROIT, MICHIGAN,** | ) | **Case No. 13-53846** |
|  | ) |  |
| **Debtor.** | ) | **Hon. Steven W. Rhodes** |

Address: 2 Woodward Avenue, Suite 1126
 Detroit, Michigan 48226

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 38-6004606

**NOTICE OF MOTION AND OPPORTUNITY TO RESPOND ON
FOURTH INTERIM APPLICATION OF FEE EXAMINER PARTIES
FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES**

Robert M. Fishman, the court appointed fee examiner in the above-captioned case ("Fee Examiner") has filed papers with the court seeking an order authorizing the interim allowance and payment to the Fee Examiner Parties (consisting of the Fee Examiner, Shaw Fishman Glantz & Towbin LLC, and Kapila & Company) of the aggregate amount of $247,063.30 for services rendered ("Fees") and the aggregate amount of $1,361.11 for reimbursement of expenses ("Expenses") incurred by the Fee Examiner Parties in the time period from April 1, 2014 through June 30, 2014 (the "Application"). Pursuant to the Court's Fee Review Order of September 11, 2013 (Dkt. No. 810), the Fee Examiner Parties have conditionally applied payments totaling $203,795.06 thus far by the City on account of the Fees and Expenses for which the Fee Examiner Parties seek compensation and reimbursement pursuant to the Application.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the Application, or if you want the court to consider your views on the Application, within twenty-one (21) days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early
enough so the court will **receive** it on or before the date stated above.
All attorneys are required to file pleadings electronically.

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

You must also mail a copy to:

>Robert M. Fishman
>Peter J. Roberts
>Shaw Fishman Glantz & Towbin LLC
>321 North Clark Street, Suite 800
>Chicago, IL 60654

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Application and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in Application and may enter an order granting that relief.**

Respectfully submitted,

Robert M. Fishman, Fee Examiner

Dated: November 5, 2014         By:  /s/ Peter J. Roberts
                                     One of his attorneys

Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
P: (312) 541-0151
F: (312) 980-3888
E: proberts@shawfishman.com