UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 9 |
| City of Detroit, Michigan, | No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**EX PARTE ORDER GRANTING THE DETROIT POLICE OFFICERS ASSOCIATION LEAVE TO FILE SUPPLEMENTAL STATEMENT INCLUDING COLLECTIVE BARGAINING AGREEMENT LANGUAGE IN SUPPORT OF DISCHARGE OF INDIRECT EMPLOYEE INDEMNIFICATION CLAIMS**

This matter is before the Court on the Ex Parte Motion for Leave to File Supplemental Statement of the Detroit Police Officers Association Including Collective Bargaining Agreement Language in Support of Discharge of Indirect Employee Indemnification Claims (the "Motion"). The Court has reviewed the Motion, finds that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that there is good cause for the relief requested by the Motion.

IT IS HEREBY ORDERED that the Motion is **GRANTED.**

.

**Signed on November 06, 2014**

/s/ Steven Rhodes

**Steven Rhodes**
**United States Bankruptcy Judge**