B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MICHIGAN

In re City of Detroit, Michigan　　　　　　　　　　　Case No. 13-53846

## *AMENDED* PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Morgan Stanley & Co. LLC | Commerzbank AG London Branch |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
1585 Broadway, 2nd Floor
New York, NY 10036
Attention: Kieran Hennigan

Phone: (212) 761-1312
Last Four Digits of Acct. #: N/A

Court Claim # (if known): 1357
Original Amount of Claim: No less than $200,555,000
Amount Being Transferred: 58.37301488% of Original Amount of Claim (no less than $117,070,000)
Date Claim Filed: February 20, 2014
Phone: +44 (0)20 7475 3824
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Same as above.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY & CO. LLC

By: _____/s/ Adam Savarese_____　　　　　　　　Date: __11/04/2014__
　　　Transferee/Transferee's Agent
　　　Adam Savarese
　　　Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

844377v.2 892/04639