UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                                Chapter 9

City of Detroit, Michigan,                                            No. 13-53846

         Debtor.                                                Hon. Steven W. Rhodes
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 5, 2014, the Ex Parte Motion for Leave to File Supplemental Statement of the Detroit Police Officers Association Including Collective Bargaining Agreement Language in Support of Discharge of Indirect Employee Indemnification Claims and Certificate of Service were electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                        ERMAN, TEICHER, ZUCKER & FREEDMAN, P.C.

                                        By:   */s/ Barbara A. Patek*
                                                Barbara A. Patek (P34666)
                                                Earle I. Erman (P24296)
                                                Counsel for the Detroit Police Officers Association
                                                400 Galleria Officentre, Suite 444
                                                Southfield, MI 48034
                                                Telephone: (248) 827-4100
                                                Facsimile: (248) 827-4106
                                                E-mail: bpatek@ermanteicher.com

DATED: November 6, 2014