# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
--------------------------------------------------------X
                                               :    Chapter 9
IN RE                                          :
                                               :    Case No. 13-53846
City Of Detroit, Michigan,                     :
                                               :
                    DEBTOR                     :    Hon. Steven W. Rhodes
--------------------------------------------------------X
```

## STIPULATION TO ALLOW CLAIM NO. 479 FILED BY GENE'S TOWING AS A GENERAL UNSECURED CLAIM IN A REDUCED AMOUNT

Gene's Towing ("Gene's") and the City of Detroit, Michigan (the "Debtor"), by and through their undersigned counsel, state as follows in support of the entry of the *Order Allowing Claim No. 479 in a Reduced Amount* attached hereto as **Exhibit 1.**

1.      On January 3, 2014, Gene's filed a proof of claim [Claim No. 479] in the amount of $50,905.00.

2.      Upon discussion between the parties, Gene's Towing has agreed that it received payments from the City in the amount of $16,945.00, thereby reducing its claim to $33,960.00.

3.      Therefore, the parties have agreed to allow Claim No. 479 as a general unsecured claim in the amount of $33,960.00, which constitutes the only pre-petition claim of Gene's.

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** approving the parties' stipulation.

Respectfully submitted by:

| FOLEY & LARDNER, LLP | |
|---|---|
| By: /s/ Tamar N. Dolcourt<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jsimon@foley.com<br>tdolcourt@foley.com<br>*Counsel to the Debtor, City of Detroit*<br>*Michigan* | By: /s/ Nicholas J. Bachand (w/consent)<br>Nicholas J. Bachand (P67447)<br>2411 Vinewood<br>Detroit, MI 48216<br>Office: 313-228-0860<br>Cell: 586-491-3372<br>Fax: 313-447-2158<br>attorneybachand@gmail.com<br><br>*Counsel to Gene's Towing* |
| Dated: November 7, 2014 | |