# **<u>EXHIBIT 1</u>**

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

--------------------------------------------------------X
                                                        :    Chapter 9
IN RE                                                   :
                                                        :    Case No. 13-53846
City Of Detroit, Michigan,                              :
                                                        :
                        DEBTOR                          :    Hon. Steven W. Rhodes
--------------------------------------------------------X

**ORDER APPROVING STIPULATION TO ALLOW CLAIM NO. 479 AS A GENERAL UNSECURED CLAIM IN A REDUCED AMOUNT**

This matter having come before the Court on the *Stipulation to Entry of Order Allowing Claim No. 479 as a General Unsecured Claim in a Reduced Amount* (the "Stipulation"); Gene's[1] having filed Claim No. 479 in the above-captioned bankruptcy case; the parties having agreed that Claim No. 479 should be allowed as a general unsecured claim in a reduced amount; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. Claim No. 479 filed by Gene's shall be allowed as a general unsecured claim in the amount of $33,960.00, which constitutes the only pre-petition claim of Gene's.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.