UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

**Notice of Hearing Regarding Form of Order of Confirmation**
**and**
**<u>Notice of Status Conference</u>**

Notice is given that a hearing regarding the form of the order of confirmation will be held on November 10, 2014, at 12:00 p.m. in Courtroom 716 of the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

The Court will conduct a status conference on this date immediately after the hearing on the form of the order of confirmation.

Signed on November 7, 2014

                                                        /s/ Steven Rhodes  
                                                        Steven Rhodes  
                                                        United States Bankruptcy Judge