JOHN G. VANDEN BOOM

20330 CHALON

ST. CLAIR SHORES, MI 48080

586-552-8848

Honorable Steven Rhodes

U.S. Bankruptcy Court

211 W. Fort St.

Detroit, MI 48226

Dear Judge Rhodes:

    I am a 77 year old retired Senior Fire Inspector for the City of Detroit. I retired from DFD in 1986. My wife and I are on a fixed income. Of course, our retirement planning was based on the health care package promised to us at the time of my retirement. I have been through a series of medical issues; doctor visits; physical therapy; medicine costs; and, $25/copays. We simply cannot afford to absorb increases in our medical costs.

    I am asking whether you can help us and all firefighters who are in similar circumstances. Thank you for your time and consideration, I remain

                                      Very truly yours,

                                      John G. Vanden Boom

JGV/scw