UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN  Case No. 13-53846-swr
  Chapter 9
_____ Debtor____/  Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M. Davis

_____ hereby states his/her/their OBJECTION TO: 8th

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I /we am/are interested in the Bankruptcy of the City of Detroit because As President of the Detroit Active & Retired Employee Association and One of Thousands in Class 11 who voted No

2. I /we object to the above filing because; The 14 Day waiting should not be waive and I have ask and still ask for a free hard copy the "8 POA and would like a free copy of your opinion and ruling we will file Official Form 17 Notice of Appeal before the end of the 14 days.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: William M. Davis
Signature: William M. Davis
Address: 9203 Littlefield St
Detroit, Mich. 48228
Email: montybill86@yahoo.com

Dated: Nov. 10, 2014

DARA
P.O. Box 3724
Highland Park, Mich. 48203
detroit2700plus@gmail.com