UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit, Michigan                                      Case No. 13-53846
                                                               Chapter 9
               Debtor(s).                          Hon. Steven W Rhodes
_____/

State of Michigan
City of Detroit, Michigan

               Appellant

    v.

Michigan Council 25 of the American Federation of State,
County and Municipal Employees, AFL-CIO

               Appellee
_____/

## NOTICE OF TRANSMITTAL OF COMPLETE RECORD
## REGARDING RECORD ON APPEAL

     I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Record on Appeal.

| | | | |
|---|---|---|---|
| ☒ | Notice of Appeal | ☐ | Appellee's Designation of Record |
| ☒ | Bankruptcy Matter Civil Cover Sheet | ☐ | Appellee's Statement of Issues |
| ☒ | Order on Appeal | ☐ | Notice of Deficiency |
| ☒ | Appellant's Designation of Record | ☐ | Motion for Leave to Appeal |
| ☐ | Appellant's Statement of Issues | ☐ | Motion to Withdraw the Reference |
| ☐ | Other | | |

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13873 and assigned to District Judge Bernard A Friedman.

☐ This is a new matter and not previously assigned to a District Court Judge.

☒ The Appellee has not filed the Designation of Record.

Dated: 11/10/2014                           Clerk, United States Bankruptcy Court

                                            By: /s/ Kristel Trionfi
                                                Deputy Clerk