| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

**In re:**

City of Detroit, Michigan,  **Case No.:** 13-53846

               **Debtor.**

_____/

State of Michigan,
City of Detroit, Michigan               **Adv. No.:**

          **Appellants,**

     **v.**

Michigan Council 25 of the American
Federation of State, County and
Municipal Employees, AFL-CIO

          **Appellee.**

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| __X__ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| _____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| _____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| _____ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| _____ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

**Date:** __10/10/2014_____           **Name:** __/s/ Matthew Schneider_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**JOINT NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 158(a)(1) and Federal Rules of Bankruptcy Procedure 8001(a) and 8002(b), the State of Michigan and the City of Detroit jointly appeal from the order of Bankruptcy Judge Honorable Steven W. Rhodes entered in this case on September 26, 2014 (Doc. No. 7679). The names of all parties to the order appealed from and the names, addresses, telephone numbers, and email addresses of their respective attorneys are as follows:

Parties:   State of Michigan
           City of Detroit, Michigan
Attorneys: Matthew Schneider, Chief Legal Counsel
           SchneiderM7@michigan.gov
           Aaron D. Lindstrom, Solicitor General
           LindstromA@michigan.gov
           Erik Graney, Assistant Attorney General

           P.O. Box 30754
           Lansing, Michigan 48909
           Telephone: (517) 373-3203

1

Steven G. Howell, Special Assistant Attorney General
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Telephone: (313) 223-3033
SHowell@dickinsonwright.com

Attorneys for Appellant State of Michigan

Jonathan S. Green
Stephen S. LaPlante
Timothy A. Fusco
MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com
fusco@millercanfield.com

David G. Heiman
Heather Lennox
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

|  | Bruce Bennett |
|---|---|
|  | JONES DAY |
|  | 555 South Flower Street, Fiftieth Floor |
|  | Los Angeles, California 90071 |
|  | Telephone: (213) 243-2389 |
|  | Facsimile: (213) 243-3539 |
|  | bbennett@jonesday.com |

Attorneys for Appellant City of Detroit, Michigan

| Party: | Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO |
|---|---|
| Attorneys: | Richard G. Mack, Jr. |
|  | Jack W. Schulz |
|  | MILLER COHEN PLC |
|  | 600 West Lafayette Blvd., 4th Floor |
|  | Detroit, MI 48226-3191 |
|  | Telephone: (313) 964-4454 |
|  | Facsimile: (313) 964-4490 |
|  | richardmack@millercohen.com |
|  | jschulz@millercohen.com |
|  |  |
|  | Herbert A. Sanders |
|  | THE SANDERS LAW FIRM PC |
|  | 615 Griswold St., Ste. 913 |
|  | Detroit, MI 48226 |
|  | Telephone: (313) 962-0099 |
|  | Facsimile: (313) 962-0044 |
|  | hsanders@miafscme.org |

Respectfully submitted,

/s/ Matthew Schneider
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]

and

By: /s/ Timothy A. Fusco
Timothy A. Fusco
MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
fusco@millercanfield.com
[P13768]

Dated: October 10, 2014

4