UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM et al
        Creditors/Objectors,

v

In re:                                       Chapter 9
City OF DETROIT, MICHIGAN           Case No. 13-53846
AND EMERGENCY MANAGER         Judge Steven W Rhodes
KEVYN D. ORR

        Debtors/City of Detroit        Case No. 14-cv-10434
                                            Hon. Bernard A. Freidman
_____/   Magistrate Paul J. Komives

## OBJECTION TO THE FILING OF REDLINED VERSION OF EIGHT AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT AND THE CONFIRMATION FILED OCTOBER 31, 2014

We/I OBJECT TO THE REDLINED VERISON OF THE EIGHTH AMENDED PLAN OF ADJUSTMENT FOR THE DEBTS OF THE CITY OF DETRIOIT AND CONFIRMATION OF THE PLAN, THERE WAS NO NOTICE, IT WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENT ED AND CONDUCED IN A GOOD FAITH MANNER.

We/I object to the filing of redlined version of the Eighth Amended

Plan of Adjustment for the debts of the city of Detroit and confirmation of any

Plan stemming from or connected to this plan of Adjustment and show the

following:

1

1) We object because the opposing party has not replied to any of our objections and they are admitted when not denied and assumed to be true.

2) We object to the opposing party not responding to any of our objecttions and the court cannot supply the deficiency of the opposing party failure to respond or their lack of talents and rule on opposing party behalf when they never <u>asked for confirmation</u>, <u>objected to a confirmation</u>, <u>briefed for a confirmation</u>, or <u>argued</u> <u>for confirmation</u>, and never <u>responded</u> Percy Harris Jr. v City of Detroit Court of Appeals 257345(2003); Tringali v Lal Michigan 164 App 299, 300-301 (1987); The court has stated the court cannot grant relief on an issue neither <u>brief</u> nor <u>argued</u>. Celotex v Catrett, 477 U.S. 317, 322-326 (1985) Anderson v Liberty Lobby, Inc 477 U.S. 242,106 S.Ct 2505, 2511, 91 L.ED.2d.

3) The opposing party (the City of Detroit) have not answer any of our objections and the court has shown material prejudice and bias by prosecuting the case for the opposing side the debtor, the city of Detroit. The court action is one of the prosecutor and the decision maker which has been prohibited by the Supreme Court years ago in Wong Yang Sung v McGrath 339 U.S. 33, 41 (1949); The purpose to curtail and change the practice of embodying in one person or agency the duties of prosecutor and judge.

2

4) The City of Detroit came come up with a plan at any time but once the city come up with a plan that become the plan 11 USC 946

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_____
Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

_____
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

| | |
|---|---|
| Katrina Henry<br>Name | name |
| 510 Trowbridge<br>Address | Address |
| Det. Mich. 48202<br>City State & Zip | City, State & Zip code |
| Name | name |
| Address | Address |
| City State & Zip | City, State & Zip code |
| Name | name |
| Address | Address |
| City State & Zip | City, State & Zip code |
| Name | name |
| Address | Address |
| City State & Zip | City, State & Zip code |
| Name | name |
| Address | Address |
| City State & Zip | City, State & Zip code |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

In re:                                     Chapter 9
City OF DETROIT, MICHIGAN         Case No. 13-53846
AND EMERGENCY MANAGER        Judge Steven W Rhodes
KEVYN D. ORR
        Debtor/City of Detroit       Case No. 14-cv-10434
                                     Hon. Bernard A. Freidman
_____/          Magistrate Paul J. Komives

## PROOF OF SERVICES

_Carl Williams_____, being first duly sworn deposes and your name

Say that on November _10th_ 2014. I sent a copy of Objection to the filing of redlined version of Eight Amended Plan for the Adjustment of Debts of the City of Detroit and the Confirmation of the Plan filed October 31, 2014 on November _8th_, 2014, Upon the concern parties by certified mail at

the following address:
City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____


Dated _November 6, 2014_____