UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM et al
        Creditors/Objectors,
v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtors/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

**OBJECTION TO THE FILING OF REDLINED VERSION OF EIGHT AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT FOR BIAS AND PREMATURE FILED OCTOBER 31, 2014**

We/I OBJECT TO THE REDLINED VERISON OF THE EIGHTH AMENDED PLAN OF ADJUSTMENT FOR THE DEBTS OF THE CITY OF DETRIOIT AND CONFIRMATION OF THE PLAN, THERE WAS NO NOTICE, IT WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENT ED AND CONDUCED IN A GOOD FAITH MANNER.

We/I object to the filing of redlined version of the Eighth Amended

Plan of Adjustment for the debts of the city of Detroit and confirmation of any

Plan stemming from or connected to this plan of Adjustment and show that

following:

1

1) We object to the Plan of Adjustment and any Confirmation of the Plan Adjustment, due to it is discrimination against retirees, pensioners, creditors and any one that opposes the Plan of Adjustment and Confirmation to the plan or plans. (a) If anyone opposed the plan they will be discriminated against because in the judge statement in the one of confirmation orders he has alleged you couldn't repeat the same offense or objections and the kevyn Orr has repeated some of same amendments over and place the creditors at an disadvantage and the bankruptcy process has not been conducted or proceeded in good faith and have been prejudice against the creditors and has affected the outcome of this case. This case has not shown where it was in the best interest of the creditors and a violation of the bankruptcy code and rules, not to mention the election statutes that govern the election process. This clearly contravened 11 USC 921 of bankruptcy code and rules.

We object to the Judge Steven W Rhodes order on November 7, 2014 on the confirmation of the plan, since the eighth amended plan was filed on the October 31, 2014 that any creditors and objector are entitled to 14 day to respond. The earliest day the judge could have legally filed or issued an order without infringing on the opposing parties right to respond or object is the 14th of November 2014, not the seventh of November. This clearly demonstrate the court through Judge Steven W Rhodes is premature and bias against the creditors and has denied creditors due

process and equal opportunity to respond in according to the rules in violation of the 5th and 14th Amendment of the Constitution of the United States.

2) We object to the Plan of Adjustment and any Confirmation to any Plan of the city objection to the 13th check that was an inflation adjustment from the 1970s.

The 13th check is divided into three parts the active employee annuity funds under approximately 30%, the retiree under 20% and 55% goes back to the city.

The emergency manager Kevyn Orr, nor the city has not cited one statute or any violation that was committed, therefore, the claim on the 13th check is moot point.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_____
Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

_____
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

| | |
|---|---|
| City State & Zip | City, State & Zip code |
| Name: Katrina Henry | name |
| Address: 510 Trowbridge | Address |
| City State & Zip: Det. Mich. 48202 | City, State & Zip code |
| Name | name |
| Address | Address |
| City State & Zip | City, State & Zip code |
| Name | name |
| Address | Address |
| City State & Zip | City, State & Zip code |
| Name | name |
| Address | Address |
| City State & Zip | City, State & Zip code |
| Name | name |
| Address | Address |
| City State & Zip | City, State & Zip code |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
            Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

_Carl Williams_, being first duly sworn deposes and your name

Say that on November _10th_ 2014. I sent a copy of Objection to the filing of redlined version of Eight Amended Plan for the Adjustment of Debts of the City of Detroit for bias and prematurely filed October 31, 2014 Plan on November _8th_, 2014, Upon the concern parties by certified mail at the

following address:
City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____

Dated _November 1, 2014_____