UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM et al
           Creditors/Objectors,

v

In re:                                        Chapter 9
City OF DETROIT, MICHIGAN         Case No. 13-53846
AND EMERGENCY MANAGER        Judge Steven W Rhodes
KEVYN D. ORR
          Debtors/City of Detroit         Case No. 14-cv-10434
                                               Hon. Bernard A. Freidman
_____/   Magistrate Paul J. Komives

## OBJECTION TO THE FILING OF REDLINED VERSION OF EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT Of ANY PLAN OR AGREEMENT TO RELEASE THE CITY FROM IT'S LIABILITIES OF OCTOBER 31 2014

We/I OBJECT TO THE REDLINED VERISON OF THE EIGHTH AMENDED PLAN OF ADJUSTMENT FOR THE DEBTS OF THE CITY OF DETRIOT AND CONFIRMATION OF THE PLAN, THERE WAS NO NOTICE, IT WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCED IN A GOOD FAITH MANNER.

    We/I object to the filing of redlined version of the Eighth Amended Plan of Adjustment for the debts of the city of Detroit and confirmation of any Plan stemming from or connected to this plan of Adjustment and show the following:

1) We object to q classes 9 of the eighth amended plan or any agreement to release the city from all liability arising from or related to the city, the ch 9 case, P.A. 436 and its predecessor or replacement of statutes and article 9 section 24 of the Michigan Constitution. It should be noted that under no circumstance will we give up any constitutional rights period.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

*Carl Williams* (signature)
Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

*Hassan Aleem* (signature)
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

| | |
|---|---|
| Katrina Henry<br>Name | name |
| 510 Trowbridge<br>Address | Address |
| Det. Mich. 48202<br>City State & Zip | City, State & Zip code |
| Name | name |
| Address | Address |
| City State & Zip | City, State & Zip code |
| Name | name |
| Address | Address |
| City State & Zip | City, State & Zip code |
| Name | name |
| Address | Address |
| City State & Zip | City, State & Zip code |
| Name | name |
| Address | Address |
| City State & Zip | City, State & Zip code |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,
v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

_Carl Williams_, being first duly sworn deposes and your name

Say that on November _10th_ 2014. I sent a copy of Objection to the filing of redlined version of Eight Amended Plan for the Adjustment of Debts of the City of Detroit of any plan or agreement to release the City from its liabilities on October 31, 2014 Plan on November _8th_, 2014, Upon the concern parties by certified mail at the following address:
City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign_____Carl B Williams_____

Dated__November 10 2014_____