UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM et al
           Creditors/Objectors,

v

In re:　　　　　　　　　　　　　　　　　　　　　　Chapter 9
City OF DETROIT, MICHIGAN　　　　　　　　　Case No. 13-53846
AND EMERGENCY MANAGER　　　　　　　　　Judge Steven W Rhodes
KEVYN D. ORR
        Debtors/City of Detroit　　　　　　Case No. 14-cv-10434
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Bernard A. Freidman
_____/　　　Magistrate Paul J. Komives

## OBJECTION TO THE FILING OF REDLINED VERSION OF EIGHT AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT AND THE CONFIRMATION FILED OCTOBER 31, 2014

We/I OBJECT TO THE REDLINED VERISON OF THE EIGHTH AMENDED PLAN OF ADJUSTMENT FOR THE DEBTS OF THE CITY OF DETRIOIT AND CONFIRMATION OF THE PLAN, THERE WAS NO NOTICE, IT WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENT ED AND CONDUCED IN A GOOD FAITH MANNER.

We/I object to the filing of redlined version of the Eighth Amended

Plan of Adjustment for the debts of the city of Detroit and confirmation of any

Plan stemming from or connected to this plan of Adjustment and show the

following:

1

1) We object to the Plan of Adjustment and any Confirmation of the Plan Adjustment, due to the order confirming the plan on November 7, 2014 is premature and prejudice and bias against retirees, pensioners, creditors and any one that opposes the Plan of Adjustment and Confirmation to the plan or plans.

(a) The Eighth Amended plan of Adjustment was issued October 31, 2014 and according to the bankruptcy rule and code objectors are entitled 14 days to reply.

(b) The bankruptcy court filing of a conformation plan on November 7, 2014 is a total of seven (7) days and deprived creditors, pensioners, retiree and anyone that opposes the plan and confirmation of the plan equal time to reply according to the rules and code of the bankruptcy proceeding. The court has failed and refuses to legally follow the bankruptcy process.

(c) The bankruptcy court has failed to follow the rules and code of the bankruptcy procedure and has thus, has failed to conduct and proceed the bankruptcy process in good faith manner violating 11 USC 921 and contravening due process and equal protection of the law of the 5th and 14th Amendments of the Constitution of the United States of America.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl Williams_
Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

_Hassan Aleem_
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

| | |
|---|---|
| Katrina Henry<br>Name | _____<br>name |
| 510 Trowbridge<br>Address | _____<br>Address |
| Det, Mich 48202<br>City State & Zip | _____<br>City, State & Zip code |
| _____<br>Name | _____<br>name |
| _____<br>Address | _____<br>Address |
| _____<br>City State & Zip | _____<br>City, State & Zip code |
| _____<br>Name | _____<br>name |
| _____<br>Address | _____<br>Address |
| _____<br>City State & Zip | _____<br>City, State & Zip code |
| _____<br>Name | _____<br>name |
| _____<br>Address | _____<br>Address |
| _____<br>City State & Zip | _____<br>City, State & Zip code |
| _____<br>Name | _____<br>name |
| _____<br>Address | _____<br>Address |
| _____<br>City State & Zip | _____<br>City, State & Zip code |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

_____Carl Williams_____, being first duly sworn deposes and your name

Say that on November _10th_ 2014. I sent a copy of Objection to the filing of redlined version of Eight Amended Plan for the Adjustment of Debts of the City of Detroit and the Confirmation of the Plan filed October 31, 2014 on November _9th_, 2014, Upon the concern parties by certified mail at the following address:
City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____

Dated _November 10 2014_____