UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM et al
        Creditors/Objectors,

v

In re:                                             Chapter 9
City OF DETROIT, MICHIGAN             Case No. 13-53846
AND EMERGENCY MANAGER           Judge Steven W Rhodes
KEVYN D. ORR
        Debtors/City of Detroit        Case No. 14-cv-10434
                                                  Hon. Bernard A. Freidman
_____/    Magistrate Paul J. Komives

## OBJECTION TO THE FILING OF REDLINED VERSION OF EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT BECAUSE OF UNCLEAN HAND FILED OCTOBER 31, 2014

We/I OBJECT TO THE REDLINED VERISON OF THE EIGHTH AMENDED
PLAN OF ADJUSTMENT FOR THE DEBTS OF THE CITY OF DETRIOIT AND
CONFIRMATION OF THE PLAN, THERE WAS NO NOTICE, IT WAS AFTER
THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION
OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENT
ED AND CONDUCED IN A GOOD FAITH MANNER.

     We/I object to the filing of redlined version of the Eighth Amended

Plan of Adjustment for the debts of the city of Detroit and confirmation of any

Plan stemming from or connected to this plan of Adjustment and show the

following:

1

1) We object to the Eighth Amended Plan of Adjustment and any confirmation of the plan of adjustment because the state filed the plan of adjustment without "Clean Hands." The state through the Emergency Manager filed bankruptcy owing the City of Detroit $224,000,000.00 in 2012 and $224,000,000.00 2013 plus interest for revenue sharing. This is an unrestricted revenue sharing in according to State Revenue Sharing Act 140 of 1971 the debt owed to Detroit by the state is over a half billion and climbing. This is a violation of state law and the Bankruptcy code you cannot file bankruptcy to avoid paying your responsebility or your debt. This is another example of failure to file in good faith, thus a violation of 11 USC 921 of the Bankruptcy code

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_____
Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

_____
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

| | |
|---|---|
| **Name:** William M Davis | **name:** Calvin Turner |
| **Address:** 9203 Littlefield St | **Address:** 16091 Edmore Dr. |
| **City State & Zip:** Detroit, Mich 48228 | **City, State & Zip code:** Det MI. 48205 |
| **Name:** Gregory T. Waller | **name:** Katrina Henry |
| **Address:** 11310 Cheyenne St. | **Address:** 510 Trowbridge |
| **City State & Zip:** Detroit, MI 48227 | **City, State & Zip code:** Det. MI 48202 |
| **Name:** Lony Parks | **name:** Keith M. Hines |
| **Address:** 5679 W. Hickory Hollow | **Address:** 832 Chalmers |
| **City State & Zip:** Wayne MI 48184 | **City, State & Zip code:** Det., Mich. 48215 |
| **Name:** Tijuana Morris | **name:** |
| **Address:** 14841 Joy Rd. Apt 2 | **Address:** |
| **City State & Zip:** Detroit MI 48228 | **City, State & Zip code:** |
| **Name:** Sandra Howard | **name:** |
| **Address:** 15967 Coyle St | **Address:** |
| **City State & Zip:** Det MI 48227 | **City, State & Zip code:** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
               Creditors/Objectors,
v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>        Debtor/City of Detroit<br>_____/ | Chapter 9<br>Case No. 13-53846<br>Judge Steven W Rhodes<br><br>Case No. 14-cv-10434<br>Hon. Bernard A. Freidman<br>Magistrate Paul J. Komives |

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and your name

Say that on November __10th__ 2014. I sent a copy of Objection to the filing of redlined version of Eight Amended Plan for the Adjustment of Debts of the City of Detroit because of unclean hands file October 31, 2014 Plan on November __8th__, 2014, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____


Dated __November 1, 2014_____