Form ntchrg

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 123, Detroit, MI 48226** on **11/12/14** at **09:00 AM** to consider and act upon the following:

*8060* − Motion of the City of Detroit, Pursuant to Section 105(a) of the Bankruptcy Code, for an Order Confirming that the Automatic Stay Does Not Apply to Disciplinary Proceedings Initiated by the City Against City Officers and Employees Filed by Debtor In Possession City of Detroit, Michigan (Lennox, Heather)

Dated: 11/10/14

                              BY THE COURT

                              Katherine B. Gullo
                              Clerk, U.S. Bankruptcy Court

                              BY: christine sikula
                              Deputy Clerk