Form ntchrgadj

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13–53846–swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226
Social Security No.:

Employer's Tax I.D. No.:
    38–6004606

## NOTICE OF ADJOURNMENT /CONTINUATION OF HEARING REGARDING FORM OF ORDER OF CONFIRMATION

**PLEASE TAKE NOTICE** that the hearing on 11/10/2014 at 12:00 PM to consider and act upon the following:

*8045* – Eighth Amended Chapter 9 Plan for the Adjustment of Debts of the City of Detroit Filed by Debtor In Possession City of Detroit, Michigan (RE: related document(s)2708 Chapter 9 Plan). (Attachments: # 1 Exhibit I.A.9 through I.A.354 # 2 Exhibit I.A.360–Part 1 # 3 Exhibit I.A.360–Part 2 # 4 Exhibit I.A.360–Part 3 # 5 Exhibit I.A.360–Part 4 # 6 Exhibit I.A.360–Part 5 # 7 Exhibit I.A.360–Part 6 # 8 Exhibit I.A.360–Part 7 # 9 Exhibit I.A.360–Part 8 # 10 Exhibit II.B.3.q.ii.A through III.D.2) (Heiman, David)

is hereby adjourned to **U.S. Courthouse, Courtroom 123, Detroit, MI 48226** on **11/12/14** at**09:00 AM**. Hearing held 11/10/2014 regarding the form of the order of confirmation is adjourned/continued to 11/12/2014 at 9AM as indicated above.

Dated: 11/10/14

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk