THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____x

|                              |   |                        |
|------------------------------|---|------------------------|
|                              | : | **Chapter 9**          |
| **In re:**                   | : | **Case No. 13-53846**  |
| **CITY OF DETROIT, MICHIGAN,**| : | **Hon. Steven W. Rhodes**|
| Debtor.                      | : |                        |
|                              | : |                        |

_____x

## CERTIFICATE OF SERVICE

     I, ANDREW A. PATERSON, certify that the foregoing (i) **Supplemental Brief to Plaintiff's Response to City of Detroit's Motion for Reconsideration and Reply to the City of Detroit's Response to Plaintiff's Emergency Motion and Brief for Mandatory Abstention Pursuant to 28 U.S.C. §1334(C)(2)** was filed and served via the Court's electronic case filing and noticing system this 11th day of November, 2014, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                         /S/ Andrew A. Paterson_ (P18690)
                                         Attorney for Plaintiff/Respondent Citizens United
                                         46350 Grand River, Suite C
                                         Novi, MI 48374
                                         (248) 568-9712
                                         Aap43@outlook.com