UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Steven W. Rhodes |

**CERTIFICATION OF SERVICE**

I, Regina Drouillard, hereby certify that on November 11, 2014, I served the following document:

- Filing of Assignment Agreement Between Financial Guaranty Insurance Company and Certain Holders of Certificates of Participation Insured by Financial Guaranty Insurance Company.

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF system has served all registered users.

ALLARD & FISH, P.C.

/S/Regina Drouillard
535 Griswold
2600 Buhl Building
Detroit MI 48226
(313) 961-6141

Dated: November 11, 2014
z:\13\079\plds\cos.notice.11.11.14.docx