# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
| Debtor. | ) | Hon. Steven W. Rhodes |
|  | ) |  |

## NOTICE OF APPEAL OF ORDER REGARDING CITY'S OBJECTION TO PROOF OF CLAIM #2958 FILED BY AFSCME COUNCIL 25 AND ITS AFFILIATED DETROIT LOCALS (Dkt. #4876)

**PLEASE TAKE NOTICE THAT** AFSCME Council 25 and its Affiliated Detroit Locals ("AFSCME"), pursuant to 28 U.S.C. § 158(a) and Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), file this notice of appeal to the United States District Court for the Eastern District of Michigan, Southern Division from the order of the United States Bankruptcy Court for the Eastern District of Michigan (the Honorable Steven W. Rhodes, presiding) [Docket No. 8015, entered October 20, 2014] (the attached). This notice of appeal is timely filed pursuant to Bankruptcy Rule 8002(a). The names of the parties to the Order appealed from and the names, addresses, telephone and facsimile numbers of their respective attorneys are as follows:

**Appellants**

AFSCME Council 25 and its affiliated Detroit Locals, represented by:

1

13-53846-tjt Doc 8274-13 Filed 11/12/14 Entered 11/12/14 17:08:28 Page 1 of 9
13-53846-swr Doc 8439 Filed 10/30/14 Entered 10/30/14 17:45:19 Page 1 of 9

Richard G. Mack, Jr., Esq.
Jack W. Schulz, Esq.
MILLER COHEN PLC
600 West Lafayette Blvd., 4th Floor
Detroit, MI 48226-3191
Telephone: (313) 964-4454
Facsimile: (313) 964-4490
richardmack@millercohen.com
jschulz@millercohen.com

**Appellee**

City of Detroit, represented by:

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

2

13-53846-tjt / 13-53846-swr  Doc 8274-3 / Doc 8439  Filed 11/12/14 / Filed 10/30/14  Entered 11/12/14 17:08:28 / Entered 10/30/14 17:45:19  Page 2 of 9

Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

Dated: October 30, 2014  Respectfully submitted,

 /s/ Richard G. Mack, Jr.
Richard G. Mack, Jr., Esq.
Jack W. Schulz, Esq.
MILLER COHEN PLC
600 West Lafayette Blvd., 4th Floor
Detroit, MI 48226-3191
Telephone: (313) 964-4454
Facsimile: (313) 964-4490
richardmack@millercohen.com
jschulz@millercohen.com

*Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO*

3

13-53846-tjt·swr Doc 8274-3·3 Filed 10/30/14 Entered 10/30/14 17:08:28 Page 3 of 9
13-53846-swr Doc 8439 Filed 10/30/14 Entered 10/30/14 17:45:19 Page 3 of 9

| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

**In re:**

**CITY OF DETROIT, MICHIGAN**  Case No.: 13-53846

        **Debtor.**
_____/

**AFSCME Council 25**
**and its Affiliated Detroit Locals**

        **Appellant,**  Adv. No.:

    **v.**

**City of Detroit, Michigan**,

        **Appellee.**

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| __X__ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| _____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| _____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| _____ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| _____ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

**Date:** _____  **Name:** _____

1
13-53846-tjt  Doc 8274-13  Filed 11/12/14  Entered 11/12/14 17:08:28  Page 4 of 9
13-53846-swr  Doc 8439  Filed 10/30/14  Entered 10/30/14 17:45:19  Page 4 of 9

Dated: October 30, 2014  Respectfully submitted,

 /s/ Richard G. Mack, Jr.
Richard G. Mack, Jr., Esq.
Jack W. Schulz, Esq.
MILLER COHEN PLC
600 West Lafayette Blvd., 4th Floor
Detroit, MI 48226-3191
Telephone: (313) 964-4454
Facsimile: (313) 964-4490
richardmack@millercohen.com
jschulz@millercohen.com

*Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO*

2

13-53846-tjtswr Doc 8274-13 Doc 8439 Filed 11/12/14 Filed 10/30/14 Entered 11/12/14 17:08:28 Entered 10/30/14 17:45:19 Page 5 of 9

Name and Address of Interested Parties:

Richard G. Mack, Jr., Esq.
Jack W. Schulz, Esq.
MILLER COHEN PLC
600 West Lafayette Blvd., 4th Floor
Detroit, MI 48226-3191
Telephone: (313) 964-4454
Facsimile: (313) 964-4490
richardmack@millercohen.com
jschulz@millercohen.com

**Appellee**

City of Detroit, represented by:

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

3

13-53846-tjt·sw-r Doc·8274·13 Filed·11/12/14 Entered·11/12/14·17:08:28 Page·6·of·9
13-53846-swr Doc·8439 Filed·10/30/14 Entered·10/30/14·17:45:19 Page·6·of·9

Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com

Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

4

13-53846-tjt  Doc 8274-3  Filed 11/12/14  Entered 11/12/14 17:08:28  Page 7 of 9
13-53846-swr  Doc 8439   Filed 10/30/14  Entered 10/30/14 17:45:19  Page 7 of 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:
City of Detroit, Michigan,
    Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

### Order Regarding City's Objection to Proof of Claim #2958 Filed by AFSCME Council 25 and its Affiliated Detroit Locals (Dkt. #4876)

For the reasons set forth in open Court on October 20, 2014, AFSCME's claim entitled "AFSCME Council 25 (13th Check ULP). MERC Case No. C12-E-092" set forth on line #7 of its proof of claim shall be in Class 11. AFSCME's claim entitled "City of Detroit Retirees Health Care: Grievance No. C10 A-025" set forth on line #17 shall be in Class 12.

It is so ordered.

Signed on October 20, 2014

                                                       /s/ Steven Rhodes
                                                       Steven Rhodes
                                                       United States Bankruptcy Judge

13-53846-swr   Doc 8015   Filed 10/20/14   Entered 10/20/14 12:19:00   Page 1 of 1

1

13-53846-swr   Doc 8274-13   Filed 11/12/14   Entered 11/12/14 17:08:28   Page 8 of 9
13-53846-swr   Doc 8439   Filed 10/30/14   Entered 10/30/14 17:45:19   Page 8 of 9

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
|  | ) | Hon. Steven W. Rhodes |
|  | ) |  |
|  | ) |  |

## PROOF OF SERVICE

The undersigned certifies that on October 30, 2014, the American Federation of State, County and Municipal Employees Council 25 (AFSCME) filed *Notice of Appeal of Order Regarding City's Objection to Proof Of Claim #2958 Filed By AFSCME Council 25 and Its Affiliated Detroit Locals (Dkt. #4876)* electronically with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

/s/ Richard G. Mack, Jr.
Richard G. Mack, Jr., Esq.
MILLER COHEN PLC
600 West Lafayette Boulevard, 4th Floor
Detroit, MI 48226-3191
Telephone: (313) 566-4787
Facsimile: (313) 964-4490
richardmack@millercohen.com

1

13-53846-tjt Doc 8274-13 Filed 11/12/14 Entered 11/12/14 17:08:28 Page 9 of 9
13-53846-swr Doc 8439 Filed 10/30/14 Entered 10/30/14 17:45:19 Page 9 of 9