UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-----------------------------------------------------------x
                                                           :
In re                                                      : Chapter 9
                                                           :
CITY OF DETROIT, MICHIGAN,                                 : Case No. 13-53846
                                                           :
                 Debtor.                                   : Hon. Steven W. Rhodes
                                                           :
                                                           :
-----------------------------------------------------------x
```

## NOTICE OF ELECTION REGARDING FGIC COP INSURANCE POLICIES

Financial Guaranty Insurance Company ("**FGIC**") hereby files this Notice of Election Regarding FGIC COP Insurance Policies[1] ("**Election Notice**") pursuant to paragraph 66 of the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit, dated November 12, 2014. Pursuant to this Election Notice, FGIC hereby elects to treat all of the outstanding principal owing on all series of the FGIC-insured COPs as having been accelerated and currently "Due for Payment" (as such term is defined in the applicable FGIC COP Insurance Policy for purposes of such policy) as of the Effective Date.

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014).

Dated: November 12, 2014

Respectfully Submitted,

/s/ Alfredo R. Pérez_____
Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com

– and –
Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: EJEssad@wwrplaw.com
Email: mrjames@wwrplaw.com

*ATTORNEYS FOR FINANCIAL GUARANTY INSURANCE COMPANY*

WEIL:\95152203\1\45259.0007
13-53846-tjt    Doc 8277    Filed 11/12/14    Entered 11/12/14 19:49:24    Page 2 of 2