211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−swr
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Original Signature For Creditor Hassan Aleem is missing on Objection, (Entry #8235). Please file a corrected Objection with original signature for Hassan Aleem for Entry #8235 only.

is defective as indicated:

- ☐ Acceptable List of Creditors
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Cover Sheet for Amendments (To be filed with corrected document in its entirety as one PDF)
- ☐ Amended Document (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☒ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 11/10/14

                            BY THE COURT

                            Katherine B. Gullo , Clerk of Court
                            U.S. Bankruptcy Court

In re:  
City of Detroit, Michigan  
    Debtor

Case No. 13-53846-swr  
Chapter 9

# CERTIFICATE OF NOTICE

District/off: 0645-2    User: ckata    Page 1 of 17    Date Rcvd: Nov 10, 2014  
Form ID: def2    Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2014.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Daniel M. McDermott
cr           Carl Williams
                                                                TOTALS: 2, * 0, ## 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2014            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2014 at the address(es) listed below:

    A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com  
    Alfredo R. Perez   on behalf of Creditor   Financial Guaranty Insurance Company alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com, edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com  
    Alice Bonita Jennings   on behalf of Plaintiff John   Smith ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings   on behalf of Plaintiff   Peoples Water Board ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings   on behalf of Plaintiff Sylvia   Taylor ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings   on behalf of Plaintiff Rosalyn   Walker ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings   on behalf of Plaintiff Tammika   Williams ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings   on behalf of Plaintiff John   Jackson ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings   on behalf of Plaintiff Janice   Ward ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings   on behalf of Plaintiff   Moratorium Now! ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings   on behalf of Plaintiff   National Action Network--Michigan Chapter ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings   on behalf of Plaintiff Rosalyn   Parham ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings   on behalf of Plaintiff   Michigan Welfare Rights Organization ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings   on behalf of Plaintiff Maurika   Lyda ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings   on behalf of Plaintiff Nicole   Hill ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings   on behalf of Plaintiff Scott   Eubank ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alidz Oshagan   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 oshagan@legghioisrael.com, drf@legghioisrael.com  
    Allan S. Brilliant   on behalf of Creditor   Macomb County allan.brilliant@dechert.com  
    Allan S. Brilliant   on behalf of Creditor   Macomb Interceptor Drain Drainage District allan.brilliant@dechert.com  
    Allan S. Brilliant   on behalf of Creditor   County of Macomb, Michigan allan.brilliant@dechert.com  
    Allison Bach   on behalf of Interested Party   State of Michigan, Department of Attorney General abach@dickinsonwright.com  
    Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com  
    Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Andrew A. Paterson, Jr.    on behalf of Plaintiff    Citizens United Against Corrupt Government
        aap43@outlook.com,  aap43law@gmail.com
        Andrew A. Paterson, Jr.    on behalf of Creditor     Citizens United Against Corrupt Government
        aap43@outlook.com,  aap43law@gmail.com
        Andrew A. Paterson, Jr.    on behalf of Creditor Robert   Davis aap43@outlook.com,
        aap43law@gmail.com
        Andrew J. Gerdes    on behalf of Creditor     Fidelity Management & Research Company
        agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Andrew J. Gerdes    on behalf of Creditor     Eaton Vance Management agerdes@gerdesplc.com,
        wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
        Angela  Williams    on behalf of Creditor     Detroit Housing Commission williamsa@dhcmi.org,
        HollisR@dhcmi.org
        Anthony J. Kochis    on behalf of Creditor     The Bank Of New York Mellon akochis@wolfsonbolton.com,
        stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
        Arthur  O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
        aoreilly@honigman.com,  ahatcher@honigman.com
        Babette A. Ceccotti    on behalf of Creditor     International Union, United Automobile, Aerospace
        and Agricultural Implement Workers of America bceccotti@cwsny.com
        Babette A. Ceccotti    on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
        Barbara A. Patek    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
        bpatek@ermanteicher.com
        Barbara A. Patek    on behalf of Creditor     Detroit Fire Fighters Association, I.A.F.F. Local 344
        bpatek@ermanteicher.com
        Barbara A. Patek    on behalf of Creditor     Detroit Police Officers Association
        bpatek@ermanteicher.com
        Barry S. Fagan    on behalf of Creditor     Bankruptcy Estate of Simeon Chisara Ohakpo
        bfagan@dibandfagan.com
        Benjamin J. Wilensky    on behalf of Creditor Robert   Cole bjw@seikalystewart.com
        Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
        bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
        Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
        wkyles@schaferandweiner.com
        Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
        wkyles@schaferandweiner.com
        Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
        ssikorski@manteselaw.com
        Brett A. Border    on behalf of Creditor     U.S. Bank, N.A. bborder@sspclegal.com,
        joumedian@sspclegal.com
        Brett A. Border    on behalf of Creditor     U.S. Bank National Association bborder@sspclegal.com,
        joumedian@sspclegal.com
        Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
        bborder@sspclegal.com,  joumedian@sspclegal.com
        Brett A. Border    on behalf of Interested Party    Kondaur Capital Corporation
        bborder@sspclegal.com,  joumedian@sspclegal.com
        Brett A. Border    on behalf of Creditor     Flagstar Bank, FSB bborder@sspclegal.com,
        joumedian@sspclegal.com
        Brian D. O'Keefe    on behalf of Creditor Donald   Taylor bokeefe@lippittokeefe.com,
        TReitzloff@lippittokeefe.com
        Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
        bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
        Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
        Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
        Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
        TReitzloff@lippittokeefe.com
        Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
        TReitzloff@lippittokeefe.com
        Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
        TReitzloff@lippittokeefe.com
        Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
        Care Network of Michigan btrumbauer@bodmanlaw.com
        Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
        bbennett@jonesday.com
        Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
        Carina  Kraatz    on behalf of Interested Party    Resnick & Moss, P.C. ckraatz@resnicklaw.net,
        jabdelnour@resnicklaw.net
        Carina  Kraatz    on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net,
        jabdelnour@resnicklaw.net
        Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
        Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
        carol.cohen@arentfox.com
        Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
        Carole  Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
        Michigan carole.neville@dentons.com
        Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
        carole.neville@dentons.com,daniel.morris@dentons.com
        Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
        caroline.english@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
           caroline.english@arentfox.com
          Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
           charlesID@hotmail.com
          Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
           cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
           BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
          Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
           cgrosman@carsonfischer.com
          Cindy  Tsai    on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
          Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
           claude.montgomery@dentons.com,docketny@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
           Detroit, Michigan claude.montgomery@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
           czucker@ermanteicher.com
          Cynthia J. Haffey    on behalf of Defendant    Detroit General Retirement System Service
           Corporation haffey@butzel.com,  smithe@butzel.com
          Cynthia J. Haffey    on behalf of Defendant    Detroit Police And Fire Retirement System Service
           Corporation haffey@butzel.com,  smithe@butzel.com
          Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David E. Hart    on behalf of Creditor    FK Park, LLC deh@maddinhauser.com
          David E. Hart    on behalf of Creditor    FK South, LLC deh@maddinhauser.com
          David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
          David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
           dgheiman@jonesday.com
          David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
          David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
           david.dubrow@arentfox.com
          David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
           nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
           nepc.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          David T. Lin     on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
           kbilpo@seyburn.com
          Dawn R. Copley     on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com,
           dnavin@dickinsonwright.com
          Dawn R. Copley     on behalf of Interested Party    State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap     on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap     on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap     on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap     on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap     on behalf of Debtor In Possession    City of Detroit, Michigan
           kovskyd@pepperlaw.com, alexsym@pepperlaw.com
          Deborah  Kovsky-Apap     on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap     on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap     on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah  Kovsky-Apap     on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
           alexsym@pepperlaw.com
          Deborah L. Fish     on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish     on behalf of Intervenor-Defendant    Panning Capital Management, LP
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish     on behalf of Interested Party    Aurelius Capital Management, LP
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish     on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish     on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish     on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish     on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish     on behalf of Interested Party    Monarch Alternative Capital LP
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish     on behalf of Intervenor-Defendant    BlueMountain Capital Management, LLC
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish     on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P.
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish     on behalf of Interested Party    Stone Lion Capital Partners L.P.
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish     on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish     on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish     on behalf of Interested Party    Panning Capital Management, LP
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish     on behalf of Intervenor-Defendant    Monarch Alternative Capital LP
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Debra N. Pospiech     on behalf of Interested Party Patricia  Ramirez dpospiech@morganmeyers.com
          Dirk H. Beckwith     on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
           dbeckwith@fosterswift.com
          Dirk H. Beckwith     on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith     on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith     on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith     on behalf of Creditor    Wilmington Trust Company, National Association
           dbeckwith@fosterswift.com
          Dirk H. Beckwith     on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
           dbeckwith@fosterswift.com
          Dirk H. Beckwith     on behalf of Creditor    U.S. Bank National Association
           dbeckwith@fosterswift.com
          Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
           don@mcguiganlaw.com
          Douglas  Steele     on behalf of Interested Party    International Association of Fire Fighters,
           AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein     on behalf of Interested Party    Hudson-Webber Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein     on behalf of Interested Party    Community Foundation for Southeast
           Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein     on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
           Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein     on behalf of Interested Party    W.K. Kellogg Foundation
           dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Douglas C. Bernstein   on behalf of Interested Party   Max M. and Marjorie S. Fisher Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   The Ford Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   Charles Stewart Mott Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   William Davidson Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   McGregor Fund
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   A. Paul and Carol C. Schaap Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
 eerman@ermanteicher.com
Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association
 eerman@ermanteicher.com
Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
 eerman@ermanteicher.com
Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
 ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
 ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
 litdocket@honigman.com
Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
 emajoros@glmpc.com
Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
 bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association
 (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   Wells Fargo Bank, NA bankruptcy@orlans.com,
 ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   CitiMortgage, Inc. bankruptcy@orlans.com,
 ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor    M&T Bank bankruptcy@orlans.com,
 ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   M&T Bank bankruptcy@orlans.com,
 ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com,
 ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
 bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   Rushmore Loan Management Services, LLC
 bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company
 bankruptcy@orlans.com, ANHSOA@earthlink.net
Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
 ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
 carlson@millercanfield.com
Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation
 enovetsky@jaffelaw.com
Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
 bankruptcy.maxwelldunn@gmail.com
Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of
 Detroit efeldman@clarkhill.com
Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit
 efeldman@clarkhill.com
Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
Geoffrey T. Pavlic   on behalf of Creditor   Nuveen Asset Management pavlic@steinbergshapiro.com,
 jbrown@steinbergshapiro.com
Geoffrey T. Pavlic   on behalf of Creditor   BlackRock Financial Management, Inc.
 pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
Geoffrey T. Pavlic   on behalf of   Ad Hoc Bondholder Committee
 pavlic@steinbergshapiro.com, jbrown@steinbergshapiro.com
H. Nathan Resnick   on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
 jabdelnour@resnicklaw.net
Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc.
 ecf-hen@rhoadesmckee.com
Harold E. Nelson   on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A.
 Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association
 Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
               Heath.Rosenblat@dbr.com,    Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
               Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather  Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Heidi  Peterson    hdpeterson75@gmail.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
               mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com,    mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com,    mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt AG howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank
               Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Holdings, Inc.
               howard@jacobweingarten.com
              Howard S. Sher    on behalf of Intervenor-Defendant    Dexia Credit Local howard@jacobweingarten.com
              Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
              Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
              Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
              Ian S. Bolton    on behalf of Creditor    FK Park, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              Ian S. Bolton    on behalf of Creditor    FK South, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              Irma  Industrious    on behalf of Interested Party    City of Detroit Law Department
               indui@detroitmi.gov
              James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
              Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
               jeansartre@msn.com
              Jason  Abel    on behalf of Interested Party    Detroit Institute of Arts jpa@honigman.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com
              Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
               jbank@kerr-russell.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey  Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
               Lhaidostian@mwe.com
              Jeffrey  Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
              Jeffrey David Eaton    on behalf of Creditor    Parsons Brinckerhoff Michigan, Inc.
               jeaton@schiffhardin.com
              Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,    tc@osbig.com
              Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
               jgrasl@mcdonaldhopkins.com,    sharrow@mcdonaldhopkins.com
              Jeffrey S. Grasl    on behalf of Creditor    Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
               sharrow@mcdonaldhopkins.com
              Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
               jbelveal@honigman.com,    mjohnson@honigman.com
              Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
               jbelveal@honigman.com,    mjohnson@honigman.com
              Jeremiah Buffalo Wirgau    on behalf of Interested Party    CitiMortgage, Inc. jwirgau@sspclegal.com
              Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
          Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
          John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
          John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jstevens@mathesonparr.com,  nlmumma@aol.com
          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
           pjohnson@bredhoff.com;mforan@bredhoff.com
          John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
           john.ramirez@kattenlaw.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           john.sieger@kattenlaw.com
          John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
           jcanzano@kmsmc.com
          Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
           green@millercanfield.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
           green@millercanfield.com
          Jong-Ju Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
           jchang@dykema.com,  dkelley@dykema.com;docket@dykema.com
          Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
           jfischer@carsonfischer.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Singent Consulting LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Mound Road Enterprises L.L.C. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    LDM, LLC jcalton@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    TSD Solutions LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    440 Congress LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Stanne Consulting, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Taggart Technologies LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Cass Community Social Services, Inc.
           jcalton@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

  Judy B. Calton  on behalf of Creditor  TC Manor House, LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Interested Party  Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  Oakland Plant Properties, LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  5801 Southfield Service Drive Corp. jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  Magnolia Properties, LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  Fox Parking Garage, LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  Chene Square, LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  Parkrite Holdings LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Debtor In Possession  City of Detroit, Michigan jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  Elizabeth Street Properties, LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  Detroit Thermal, LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  Atwater Group jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  Abraham & Potestivo, LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  Blenheim Building, LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  441 E. Larned LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  Pont Solutions, LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  Country House Apartments jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  Columbia Parking LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Defendant  Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  Lynch Road Land L.L.C. jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  Imperial Manor House, LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  Riverfront Towers Holdings LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Creditor  Ivey & Associates LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Interested Party  Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
  Judy B. Calton  on behalf of Defendant  Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
  Julia A. Caroff  on behalf of Interested Party  United States of America julia.caroff@usdoj.gov, mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
  Julie Beth Teicher  on behalf of Creditor  Detroit Police Officers Association jteicher@ermanteicher.com
  Julie Beth Teicher  on behalf of Creditor  Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com
  Julie Beth Teicher  on behalf of Creditor  Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
  Karen B. Dine  on behalf of Interested Party  Deutsche Bank Securities Inc. karen.dine@kattenlaw.com
  Karen Vivian Newbury  on behalf of Creditor  DEPFA Bank PLC knewbury@schiffhardin.com
  Karen Vivian Newbury  on behalf of Creditor  FMS Wertmanagement knewbury@schiffhardin.com
  Karin F. Avery  on behalf of Interested Party  Detroit Retired City Employees Association Avery@SilvermanMorris.com
  Karin F. Avery  on behalf of Interested Party  Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
  Karin F. Avery  on behalf of Plaintiff  Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com
  Karin F. Avery  on behalf of Plaintiff  Detroit Retired City Employees Association Avery@SilvermanMorris.com
  Kay Standridge Kress  on behalf of Debtor In Possession  City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com
  Kenneth E. Noble  on behalf of Interested Party  Deutsche Bank AG, London kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
  Kenneth E. Noble  on behalf of Intervenor-Defendant  Deutsche Bank AG, London kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
  Kenneth E. Noble  on behalf of Interested Party  Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Kenneth M. Schneider    on behalf of Interested Party   Kenneth M. Schneider
 kschneider@schneidermiller.com
Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
 kevin.baum@kattenlaw.com
Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
 ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
 Kristin.Going@dbr.com
Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
 Kristin.Going@dbr.com
Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
 kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
 kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association
 kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization
 kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization
 kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
 kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
L. Nichole Hunter    on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com,
 sobrien@alglawpc.com
Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
 llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
 llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
Leah Montesano    on behalf of Interested Party    Ambac Assurance Corporation
 leah.montesano@arentfox.com
Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
Leonora K. Baughman    on behalf of Respondent    Wayne County Treasurer ecf@kaalaw.com
Lisa Okasinski    on behalf of Creditor    HRT Enterprises lisa@demolaw.com
Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
 Lisa.Fenning@aporter.com
Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit Lisa.Fenning@aporter.com
Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
 lrochkind@jaffelaw.com, dburris@jaffelaw.com
Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
 lrochkind@jaffelaw.com, dburris@jaffelaw.com
Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
 lbrimer@stroblpc.com, kvanakin@stroblpc.com
M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
 dwhadden@umich.edu
Mallory Field    on behalf of Creditor    Retired Detroit Police Members Association
 MField@stroblpc.com, pfourne@stroblpc.com
Mami Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
 pmerchak@sachswaldman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

 Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
 Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
 Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
 Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
 Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
 Mami Kato on behalf of Creditor Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
 Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
 Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
 Marc N. Swanson on behalf of Defendant City of Detroit, Michigan swansonm@millercanfield.com
 Marc N. Swanson on behalf of Defendant Detroit City Council swansonm@millercanfield.com
 Mark Wasvary on behalf of Creditor Hyde Park Co-Operative, et al. mark@wasvarylaw.com
 Mark Wasvary on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
 Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
 Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
 Mark Allan Porter on behalf of Other Professional Allen Park Retirees Assn maplawat911@msn.com, map-law.pllc@att.net
 Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
 Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
 Mark H. Shapiro on behalf of Creditor BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
 Mark R. James on behalf of Interested Party Financial Guaranty Insurance Company mrj@wwrplaw.com
 Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
 Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
 Marshall S. Huebner on behalf of Creditor Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
 Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
 Mary Beth Cobbs on behalf of Interested Party City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
 Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
 Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
 Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
 Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
 Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
 Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
 Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
 Matthew Wilkins on behalf of Intervenor-Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
 Matthew D. Harper on behalf of Interested Party City of Detroit Water and Sewerage Department mdharper@eastmansmith.com
 Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
 Matthew Gernet Summers on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com
 Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
 Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt AG summersm@ballardspahr.com
 Max J. Newman on behalf of Interested Party Wayne County Corporation newman@butzel.com
 Melissa Demorest LeDuc on behalf of Creditor T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
 Melissa Demorest LeDuc on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
 Melissa Demorest LeDuc on behalf of Creditor John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
 Melissa Demorest LeDuc on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
 Melissa Demorest LeDuc on behalf of Creditor HRT Enterprises melissa@demolaw.com, paula@demolaw.com
 Melissa S. Byrd on behalf of Creditor Bank of America, N.A. Easternecf@trottlaw.com
 Mercedes Varasteh Dordeski on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Meredith Taunt    on behalf of Creditor    Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
        Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
        Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
        Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
        Michael C. Hammer    on behalf of Interested Party    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
        Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
        Michael R. Bell    on behalf of Interested Party    State of Michigan, Department of Attorney General BellM1@michigan.gov
        Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
        Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
        Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
        My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
        Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
        Niraj R. Ganatra    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
        Noah J. Ornstein    on behalf of Interested Party    Syncora Guarantee Inc. noah.ornstein@kirkland.com
        Noah J. Ornstein    on behalf of Interested Party    Syncora Capital Assurance Inc. noah.ornstein@kirkland.com
        Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
        Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
        Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan pmears@btlaw.com
        Paul H. Saint-Antoine    on behalf of Defendant    Wilmington Trust, N.A. Paul.Saint-Antoine@dbr.com, Todd.Hutchison@dbr.com;James.Williamson@dbr.com
        Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
        Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
        Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
        Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
        Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
        Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
        Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
        Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation pcanzano@sidley.com
        Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation ralph.taylor@arentfox.com
        Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
        Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation randall.brater@arentfox.com
        Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
        Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
        Richard  Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com, mao@cravath.com
        Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Richard G. Mack, Jr.   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com

Richard G. Mack, Jr.   on behalf of Creditor   Coalition of Detroit Unions richardmack@millercohen.com, mcoil@millercohen.com

Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com

Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com

Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com

Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission robert.darnell@usdoj.gov

Robert Fetter   on behalf of Interested Party   Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

Robert Fetter   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

Robert Fetter   on behalf of Interested Party   Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

Robert A. Weisberg   on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com

Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com

Robert M. Fishman    rfishman@shawfishman.com

Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com

Robert N. Bassel   on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com

Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

Robert S. Hertzberg   on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com

Rozanne M. Giunta   on behalf of Interested Party   State of Michigan rmgiunta@lambertleser.com

Ryan Cochran   on behalf of Creditor   U.S. Bank National Association ryan.cochran@wallerlaw.com

Ryan Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha   on behalf of Interested Party   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

Ryan Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Ryan Plecha on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jgreeniajdobrzycki@lippittokeefe.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Defendant Syncora Guarantee, Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Capital Assurance Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Holdings Ltd. ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
- Sam J. Alberts on behalf of Retiree Committee Official Committee of Retirees sam.alberts@dentons.com, dan.barnowski@dentons.com
- Sam J. Alberts on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
- Samuel S. Kohn on behalf of Creditor Assured Guaranty Municipal Corp. skohn@chadbourne.com, sbloomfield@chadbourne.com;lschapira@chadbourne.com
- Samuel S. Kohn on behalf of Plaintiff Assured Guaranty Municipal Corp. skohn@chadbourne.com, sbloomfield@chadbourne.com;lschapira@chadbourne.com
- Sandra L. O'Connor on behalf of Interested Party US Health & Life Insurance Company soconnor@glmpc.com
- Sara Klettke MacWilliams on behalf of Creditor Oakland County, Michigan macwilliams@youngpc.com, efiling@youngpc.com
- Scott A. Wolfson on behalf of Creditor The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com
- Scott B. Kitei on behalf of Interested Party Detroit Institute of Arts skitei@honigman.com
- Scott M. Watson on behalf of Creditor UBS AG swatson@wnj.com
- Scott R. Murphy on behalf of Creditor 36th District Court for the State of Michigan smurphy@btlaw.com, Roslyn.Thoits@btlaw.com
- Sean M. Cowley (UST) on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
- Shanna Marie Kaminski on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com, skaminski@kaalaw.com
- Shanna Marie Kaminski on behalf of Defendant Detroit Water and Sewerage Department ecf@kaalaw.com, skaminski@kaalaw.com
- Shannon L. Deeby on behalf of Interested Party General Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Interested Party Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor General Retirement System of the City of Detroit sdeeby@clarkhill.com
- Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
- Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
- Sharon L. Levine on behalf of Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
- Sheldon S. Toll on behalf of Interested Party Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net
- Sherrie L. Farrell on behalf of Attorney Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
- Sherrie L. Farrell on behalf of Creditor Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
- Sheryl L. Toby on behalf of Interested Party Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com
- Sheryl L. Toby on behalf of Creditor Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com
- Stephen Wolpert on behalf of Creditor Macomb County stephen.wolpert@dechert.com
- Stephen B. Grow on behalf of Creditor UBS AG sgrow@wnj.com, kfrantz@wnj.com
- Stephen B. Grow on behalf of Creditor Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
- Stephen B. Grow on behalf of Defendant Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Stephen B. Grow on behalf of Defendant UBS AG sgrow@wnj.com, kfrantz@wnj.com
- Stephen C. Hackney on behalf of Interested Party Syncora Holdings Ltd. stephen.hackney@kirkland.com
- Stephen C. Hackney on behalf of Interested Party Syncora Guarantee Inc. stephen.hackney@kirkland.com
- Stephen C. Hackney on behalf of Interested Party Syncora Capital Assurance Inc. stephen.hackney@kirkland.com
- Stephen C. Hackney on behalf of Defendant Syncora Guarantee, Inc. stephen.hackney@kirkland.com
- Stephen M. Gross on behalf of Plaintiff Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen M. Gross on behalf of Interested Party Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen M. Gross on behalf of Creditor Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen M. Gross on behalf of Interested Party Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen M. Gross on behalf of Interested Party Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Stephen S. LaPlante on behalf of Interested Party Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com
- Stephen S. LaPlante on behalf of Defendant City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
- Stephen S. LaPlante on behalf of Plaintiff City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
- Stephen S. LaPlante on behalf of Debtor In Possession City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
- Steven B. Flancher on behalf of Interested Party State of Michigan flanchers@michigan.gov
- Steven G. Howell on behalf of Interested Party State of Michigan showell@dickinsonwright.com
- Steven G. Howell on behalf of Interested Party State of Michigan, Department of Attorney General showell@dickinsonwright.com
- Stuart A. Gold on behalf of Creditor Detroit Public Library sgold@glmpc.com
- Susheel Kirpalani on behalf of Plaintiff Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
- Susheel Kirpalani on behalf of Interested Party Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
- Suzanne L. Wahl on behalf of Creditor DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
- Tamar Dolcourt on behalf of Debtor In Possession City of Detroit, Michigan tdolcourt@foley.com
- Thomas B. Radom on behalf of Creditor Stroh Properties, Inc. Radom@butzel.com
- Thomas B. Radom on behalf of Defendant Detroit Police And Fire Retirement System Service Corporation Radom@butzel.com
- Thomas B. Radom on behalf of Defendant Detroit General Retirement System Service Corporation Radom@butzel.com
- Thomas P. Christy on behalf of Creditor Berkshire Hathaway Assurance Corporation tchristy@garanlucow.com
- Thomas R. Morris on behalf of Plaintiff Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris on behalf of Interested Party Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris on behalf of Creditor Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris on behalf of Interested Party Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris on behalf of Interested Party Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
- Thomas R. Morris on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
- Timothy A. Fusco on behalf of Interested Party Meijer, Inc. fusco@millercanfield.com
- Timothy A. Fusco on behalf of Debtor In Possession City of Detroit, Michigan fusco@millercanfield.com
- Timothy A. Fusco on behalf of Defendant City of Detroit, Michigan fusco@millercanfield.com
- Timothy R. Graves on behalf of Interested Party Bronze Gable, L.L.C. tgraves@allardfishpc.com, allardfishpc@yahoo.com
- Timothy R. Graves on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com
- Timothy R. Graves on behalf of Interested Party Aurelius Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com
- Timothy R. Graves on behalf of Interested Party Stone Lion Capital Partners L.P. tgraves@allardfishpc.com, allardfishpc@yahoo.com
- Timothy R. Graves on behalf of Interested Party Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

　　Timothy R. Graves　on behalf of Interested Party　Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
　　Timothy R. Graves　on behalf of Interested Party　Panning Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com
　　Timothy R. Graves　on behalf of Interested Party　Monarch Alternative Capital LP tgraves@allardfishpc.com, allardfishpc@yahoo.com
　　Timothy R. Graves　on behalf of Interested Party　Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
　　Trevor J. Zamborsky　on behalf of Creditor Orlando Marion tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Teran Brown tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Melvin Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Ezekiel Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Wendy Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Doug Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Interested Party　1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Rodney Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Angela Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Yvette Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Eddie Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Otis Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor John Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Gary Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Marily Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Phyllis Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Jeffrey Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Donna Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Mario Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Jeremiah Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
　　Trevor J. Zamborsky　on behalf of Creditor Jennifer Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
 vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
 wcb@osbig.com
William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
William Norman Listman   on behalf of Interested Party    Southeastern Oakland County Water
 Authority wlistman@davislistman.com
William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
William W. Kannel    on behalf of Creditor    Fidelity Management & Research Company
 wkannel@mintz.com
Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com
Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
 jsmith@olsmanlaw.com
Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
 jsmith@olsmanlaw.com
Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
 jsmith@olsmanlaw.com
Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
 jsmith@olsmanlaw.com
Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
 yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                        TOTAL: 686
```