UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM et al
          Creditors/Objectors,

v

In re:                                        Chapter 9
City OF DETROIT, MICHIGAN             Case No. 13-53846
AND EMERGENCY MANAGER            Judge Steven W Rhodes
KEVYN D. ORR
          Debtors/City of Detroit         Case No. 14-cv-10434
                                              Hon. Bernard A. Freidman
_____/     Magistrate Paul J. Komives

## OBJECTION TO THE FILING OF REDLINED VERSION OF EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT BECAUSE OF EMBEZZLEMENT TO DEFRAUD THE CITY OUT OF FEES

We/I OBJECT TO THE REDLINED VERISON OF THE EIGHTH AMENDED PLAN OF ADJUSTMENT FOR THE DEBTS OF THE CITY OF DETRIOIT AND CONFIRMATION OF THE PLAN, THERE WAS NO NOTICE, IT WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCED IN A GOOD FAITH MANNER.

We/I object to the filing of redlined version of the Eighth Amended

Plan of Adjustment for the debts of the city of Detroit and confirmation of any

Plan stemming from or connected to this plan of Adjustment and show the

following:

1

1) We object to the confirmation of the Eighth Amended Plan of Adjustment, due to the legal firm Jones Day is collecting money under false pretense to embezzle the city out of funds. The court denied or rejected the objectors or creditors objections. After the fact the court made its ruling on those objections and there were nothing to respond to the firm continued to filing frivolous pleading and billings the city embezzling them out of thousands of dollars.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

*Carl Williams*
Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

*Hassan Aleem*
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and your name

Say that on November 12, 2014. I sent a copy of Objection to the filing of redlined version of Eight Amended Plan for the Adjustment of Debts of the City of Detroit because of embezzlement to defraud the city out of fees, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226



13-53846-tjt    Doc 8281    Filed 11/12/14    Entered 11/13/14 08:54:42    Page 3 of 4

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Dated _November 11, 2014_