# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

City of Detroit, Michigan,
    Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## Order Setting Hearing

For the reasons stated on the record on November 12, 2014, it is hereby ordered that a hearing will be held on November 24, 2014 at 10:00 a.m. on whether the professional fees of the GRS and PFRS are subject to the Court's review under 11 U.S.C. § 943(b)(3). Parties may file briefs and supporting documentation by November 21, 2014.

The hearing will be held in Courtroom 123 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

.

**Signed on November 13, 2014**

                                                    **/s/ Steven Rhodes**
                                                  **Steven Rhodes**
                                                  **United States Bankruptcy Judge**