UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,
    Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

### Order Denying Motion for Contempt Against Wayne County Treasurer (Dkt. #8018) and Motion to Preserve Stay (Dkt. #8016)

Deborah Taitt has filed a motion for contempt against the Wayne County Treasurer. The Treasurer has filed a response. The Court concludes that a hearing is not necessary to resolve the motion.

Taitt contends that the Treasurer violated the automatic stay of 11 U.S.C § 362 by conducting a post-petition foreclosure sale on property in Detroit.

The Treasurer properly asserts that Taitt has no interest in the subject property because on March 28, 2013, which was before the City of Detroit filed this case, the Wayne County Circuit Court entered a Judgment of Foreclosure that terminated all existing property interests, including any such interests that Taitt may have held.

That judgment vested fee simple title in the Treasurer and extinguished all liens. As a matter of law, it precludes Taitt from asserting in this Court any interest in the subject property and any claim for a stay violation regarding this property.

Accordingly, it is hereby ordered that the motion for contempt is denied. For the same reason, the motion to preserve stay is denied.

.

**Signed on November 13, 2014**

                                                   /s/ Steven Rhodes
                                                  Steven Rhodes
                                                  United States Bankruptcy Judge