IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------ x
:   Chapter 9
In re :
:   Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
:   Hon. Steven W. Rhodes
Debtor :
------------------------------------------------------------ x

## ORDER OVERRULING DEBTOR'S SIXTH OMNIBUS OBJECTION AS TO CLAIM NO. 3644 FILED BY JANET PEETE

For the reasons stated on the record in open court on November 12, 2014, it is hereby ORDERED, ADJUDGED and DECREED that the City of Detroit's objection to Claim No. 3644 of Janet Peete, identified by the City as a late-filed claim in its Sixth Omnibus Objection to Certain Claims (Dkt. #7198), is overruled. This Order does not affect the City of Detroit's ability to object to Claim No. 3644 on any other grounds.

.

**Signed on November 13, 2014**

                                                                                           /s/ Steven Rhodes
                                                                                          Steven Rhodes
                                                                                          United States Bankruptcy Judge