UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,   Chapter 9
                             Case No. 13-53846-SWR
        Debtor.              Hon. Steven W. Rhodes

_____

**NOTICE OF WITHDRAWAL OF NOTICE OF PARTIAL
TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

**PLEASE TAKE NOTICE** that the Notice of Partial Transfer of Claim Other Than For Security filed on behalf of Monarch Alternative Capital LP on August 15, 2014, Docket No. 6749, is hereby withdrawn.

> /S/Deborah L. Fish
> Deborah L. Fish
> ALLARD & FISH, P.C.
> 2600 Buhl Building
> 535 Griswold
> Detroit, MI 48226
> Telephone: (313) 961-6141
> Facsimile: (313) 961-6142
> dfish@allardfishpc.com
> P36580
>
> and
>
> KRAMER LEVIN NAFTALIS
> & FRANKEL LLP
> Thomas Moers Mayer
> Jonathan M. Wagner
> 1177 Avenue of the Americas
> New York, New York 10036
> Telephone: (212) 715-9100
> Facsimile: (212) 715-8000
>
> *Counsel for the Monarch Alternative Capital LP*

Dated: Detroit, Michigan
       November 13, 2014

z:\13\079\plds\withdrawal of transfer of claim.6749.docx