UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,   Chapter 9
                             Case No. 13-53846-SWR
   Debtor.                   Hon. Steven W. Rhodes

_____

## NOTICE OF WITHDRAWAL OF NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that the Notice of Partial Transfer of Claim Other Than For Security filed on behalf of Monarch Alternative Capital LP on September 9, 2014, Docket No. 7354, is hereby withdrawn.

/S/Deborah L. Fish
Deborah L. Fish
ALLARD & FISH, P.C.
2600 Buhl Building
535 Griswold
Detroit, MI 48226
Telephone: (313) 961-6141
Facsimile: (313) 961-6142
dfish@allardfishpc.com
P36580

and

KRAMER LEVIN NAFTALIS
& FRANKEL LLP
Thomas Moers Mayer
Jonathan M. Wagner
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Monarch Alternative Capital LP*

Dated: Detroit, Michigan
       November 13, 2014

z:\13\079\plds\withdrawal of transfer of claim.7354.docx