# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re City of Detroit, Michigan      Case No. 13-53846

                         Debtor.    Chapter 9

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Morgan Stanley & Co. LLC | Monarch Alternative Capital LP[1] |
| Name of Alleged Transferor | Name of Transferee |

Name and Address where notices to Transferee should be sent:     Court Claim #: 1360[2]

Monarch Alternative Capital LP
Attn: Andrew J. Herenstein
535 Madison Avenue
New York, New York, 10022
Email: andrew.herenstein@monarchlp.com

Date Claim Filed: February 20, 2014

Debtor: City of Detroit, Michigan

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MONARCH ALTERNATIVE CAPITAL LP,
By: Monarch Alternative Capital LP, as agent
for and on behalf of the entities identified on     Date:
Exhibit A hereto

By: _/s/ Michael A. Weinstock_
Name: Michael A. Weinstock
Title: Chief Executive Officer

---

[1] Monarch Alternative Capital LP is agent for and on behalf of the entities identified on Exhibit A hereto.

[2] The partial transfer referenced herein is only with respect to 7.28% of the contingent and unliquidated claim set forth in Court Claim number 1360. Nothing about this notice or any prior transfer notices shall be deemed to modify, amend or expand in any way the basis for Court Claim number 1360 as set forth in the Supplement to Court Claim number 1360.

# EXHIBIT A

| |
|---|
| Monarch Debt Recovery Master Fund Ltd |
| Monarch Opportunities Master Fund Ltd |
| Monarch Capital Master Partners III LP |
| Monarch Capital Master Partners III-A LP |
| P Monarch Recovery Ltd |
| Monarch Alternative Solutions Master Fund Ltd |