UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM et al
          Creditors/Objectors,

v

In re:                                         Chapter 9
City OF DETROIT, MICHIGAN              Case No. 13-53846
AND EMERGENCY MANAGER            Judge Steven W Rhodes
KEVYN D. ORR
          Debtors/City of Detroit         Case No. 14-cv-10434
                                                Hon. Bernard A. Freidman
_____/       Magistrate Paul J. Komives

## OBJECTION TO THE FILING OF REDLINED VERSION OF EIGHT AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT DISCRIMINATION AGAINST THE CREDITORS OF OCTOBER 31 PLAN

    We/I OBJECT TO THE REDLINED VERISON OF THE EIGHTH AMENDED PLAN OF ADJUSTM ENT FOR THE DEBTS OF THE CITY OF DETRIOIT AND CONFIRMATION OF THE PLAN, THERE WAS NO NOTICE, IT WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENT ED AND CONDUCED IN A GOOD FAITH MANNER.

    We/I object to the filing of redlined version of the Eighth Amended Plan of Adjustment for the debts of the city of Detroit and confirmation of any Plan stemming from or connected to this plan of Adjustment and show the following:

1

1) We object to the Plan of Adjustment and any confirmation of the plan because the court has discriminated against objectors who oppose the plan(1) the court sent our complaint back alleging they were forwarding the records to the District Court and instructed Carl Williams and Hassan Aleem to file in the district Court and not the bankruptcy court which was incorrect, (2) When Carl Williams went to file objections he was harass and treated like a common criminal without any legal cause and not allowed to go up and file his objections unless he was escorted by the Marshall or guard as directed by bankruptcy Judge Steven W Rhodes. If no Marshall was their he would have to wait until a Marshall arrived,(3) The court has alleged that we were untimely and allowed other parties to file after the creditors, (4) The court has refuse to give evidentiary hearing on the fraud, (5) The court refuse to address the question of lack of jurisdiction and evidentiary hearing on the lack of jurisdiction in our objecttion,(6)How do you confirm the plan when there was never a legal vote as required (1) No legal official ballot 14 was used,( 2) We/I object to the plan of adjustment and confirmation to the plan, because the material included with the voting packages has some solicitation for a yes votes with letters from Shirley Lightsey a representative of the retiree committee, Donald Taylor president of Detroit retiree, Police and Fire Fighters on the behalf of the board of directors

2

and the Emergency Manager, Kevyn Orr encouraging a Yes votes in violation of the Michigan Election Statute 168.485 (See attached a copy of the Michigan Election Statute 168.485 MEL) that states the language used shall not create no prejudice for or against the issue or proposal. As a result of these violation they had affect on the members voting yes in violation of the Michigan Election Law and that influence and determine the outcome of the vote and clearly prejudice against any creditor or one against the plan. This also contravened 1965 civil voting right statute. We demand a vote be held on the adjustment of the plan and confirmation of the plan immediately.

I/We hereby certify that the statements ma de herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

*Carl Williams* (signature)

Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

*Hassan Aleem* (signature)

Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and your name

Say that on November __14__ 2014. I sent a copy of Objection to the filing of redlined version of Eight Amended Plan for the Adjustment of Debts of the City of Detroit Discrimination against the creditors of October 31, Plan, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

FILED
2014 NOV 14 P 3 20
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Dated _November 14 2014_