UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                    )        Chapter 9
                                          )
CITY OF DETROIT, MICHIGAN,                )        Case No. 13-53846
                                          )
                                          )        Hon. Steven W. Rhodes
                    Debtor.               )

**Notice of Appearance and Request for Service**

To:   Clerk of the Bankruptcy Court

Mark H. Shapiro of the firm Steinberg Shapiro & Clark, filed this Notice of Appearance as counsel for Greenhill & Co., LLC in the above-captioned case. Mr. Shapiro requests that all filings in this case be served at the following email address via notice of electronic filing:

Mark H. Shapiro, Esq.
shapiro@steinbergshapiro.com

STEINBERG SHAPIRO & CLARK

 /s/ Mark H. Shapiro (P43134)
Counsel for Greenhill & Co., LLC
25925 Telegraph Road, Suite 203
Southfield  MI  48033
248-352-4700
shapiro@steinbergshapiro.com

Date: November 14, 2014