UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM et al
          Creditors/Objectors,
v

In re:                                               Chapter 9
City OF DETROIT, MICHIGAN                            Case No. 13-53846
AND EMERGENCY MANAGER                                Judge Steven W Rhodes
KEVYN D. ORR
       Debtors/City of Detroit        Case No. 14-cv-10434
                                                     Hon. Bernard A. Freidman
_____/                   Magistrate Paul J. Komives


## OBJECTION TO THE RECOUPMENT AND FILING OF REDLINED VERSION OF EIGHT AMENDED ASF OF OCTOBER 31, 2014 PLAN

We/I OBJECT TO THE REDLINED VERISON OF THE EIGHTH AMENDED PLAN OF ADJUSTMENT FOR THE DEBTS OF THE CITY OF DETRIOIT AND CONFIRMATION OF THE PLAN, THERE WAS NO NOTICE, IT WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENT ED AND CONDUCED IN A GOOD FAITH MANNER

We/I object to the filing of redlined version of the Eighth Amended

Plan of Adjustment for the debts of the city of Detroit and confirmation of any

Plan stemming from or connected to this plan of Adjustment and show the

following:

1

1) We object and totally disagree with Jones Day, Milan, Buckfirer and the emergency Manager Kevyn Orr, sealing money in broad day light from the pensioners by fabricating figures under false pretense, to deceive and trick pensioners to pay money that they never owed under the craw-back.

2) We object to Article 1. A. 22 of any recoupment without a statutes or law of authority in place to legally charge 6.75% interest rate on the craw-back.

The state nor the city has invested any financial funds in the annuity to even have standing to object to how much the pensioners make or the interest rate, as long as it was within the law. The annuity is an insurance contract that cannot be change and, therefore the contract has been breached and violations of Article 1 section 10 ex post facto law of the State Constitution and Article 1 Section 9 of the Federal Constitution.

The city and the emergency manager, Kevyn Orr wanted to go back to 2003 on the craw-back that is a violation of the two years statute of limitation and they are only allowed to go back two years under the statute of limitation if this craw-back was legally binding.

The city or the emergency manager have not cited any statute violations in regard to the craw-back and the court is allowing this charade to continue without

any legal basis of authority.

      2) We object to Article numbers or sections 23 thru 35 of the Annuity Saving Funds (ASF) makes it to confusing ASF could mean anything according to the way you apply it and a person could easily misinterpret what you mean with all the different meaning.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

*Carl Williams* (signature)

Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

*Hassan Aleem* (signature)

Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and your name

Say that on November __14__ 2014. I sent a copy of Objection to the recoupment filing of eight Amended ASF of October 31, plan , Upon the concern parties by certified mail at the following address

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

FILED 2014 NOV 14 P 3:20 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____

Dated _November 14 2014_____