UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM et al
        Creditors/Objectors,

v

In re:                                      Chapter 9
City OF DETROIT, MICHIGAN             Case No. 13-53846
AND EMERGENCY MANAGER          Judge Steven W Rhodes
KEVYN D. ORR
        Debtors/City of Detroit        Case No. 14-cv-10434
                                                Hon. Bernard A. Freidman
_____/    Magistrate Paul J. Komives

# OBJECTION TO THE FILING OF REDLINED VERSION OF EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT OF THE FALSE REPORTS ON THE PENSION ON OCTOBER 31, 2014

We/I OBJECT TO THE REDLINED VERISON OF THE EIGHTH AMENDED PLAN OF ADJUSTM ENT FOR THE DEBTS OF THE CITY OF DETRIOIT AND CONFIRMATION OF THE PLAN, THERE WAS NO NOTICE, IT WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENT ED AND CONDUCED IN A GOOD FAITH MANNER.

We/I object to the filing of redlined version of the Eighth Amended

Plan of Adjustment for the debts of the city of Detroit and confirmation of any

Plan stemming from or connected to this plan of Adjustment and show the

following:

1

The Detroit Press falsely reported that the police and fireman pension funds was under funded to justify the bankruptcy and to loot the firemen and police pensions.

It was reported that the police and firemen made 18 1/2 % in 2012 and the market has continue to go up. The pension from 2012 to 2014 at 18 1/2% made over $550,000,000.00 for the three years, therefore, the pension couldn't possibly be under funded. This is a clear example of fraud to conceal the facts to deceive the people that the pensioners made money instead of losing money according to the false facts reported.

The false reports that the pension was under funded to deceive the people under fraud to justify and support this illegal bankruptcy is a violation of MCL 600.5855 fraudulent concealment to cover-up and/or conceal the looting of the firemen and police pensions and justify this illegal bankruptcy.

I/We hereby certify that the statements ma de herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

*Carl Williams* (signature)

Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

*Hassan Aleem* (signature)

Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|   Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

_____Carl Williams_____, being first duly sworn deposes and your name

Say that on November __14__ 2014. I sent a copy of Objection to the filing

of redlined version of Eight Amended Plan for the Adjustment of Debts of the City

of Detroit of the false reports on the pension on October 21, plan, Upon the

concern parties by certified mail at the following address

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

FILED
2014 NOV 14 P 3 20
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____

Dated _November 14, 2014_____