UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM et al
        Creditors/Objectors,

v

In re:                                                                                              Chapter 9
City OF D ETROIT, MICHIGAN                                          Case No. 13-53846
AND EMERGENCY MANAGER                                        Judge Steven W Rhodes
KEVYN D. ORR
        Debtors/City of Detroit                              Case No. 14-cv-10434
                                                                              Hon. Bernard A. Freidman
_____/        Magistrate Paul J. Komives

# OBJECTION TO THE FILING OF REDLINED VERSION OF EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT NONCOMPLIANCE OF THE OFFICIAL FORM 14 BALLOT AND THE VOTING PROCESS AND DEMAND A VOTE OF OCTOBER 31 PLAN

We/I OBJECT TO THE REDLINED VERISON OF THE EIGHTH AMENDED PLAN OF ADJUSTMENT FOR THE DEBTS OF THE CITY OF DETRIOIT AND CONFIRMATION OF THE PLAN, THERE WAS NO NOTICE, IT WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENT ED AND CONDUCED IN A GOOD FAITH MANNER.

We/I object to the filing of redlined version of the Eighth Amended

Plan of Adjustment for the debts of the city of Detroit and confirmation of any

Plan stemming from or connected to this plan of Adjustment and show the

following:

1

1) We object to section or number 38 regarding the ballot because it is counterfeit and is not an official form 14 ballot.

2) That the voting ballots and the process were bias and kind of confusing because the way it was worded you only could vote yes. For example if you vote yes to accept the plan we will take or you will give up 20%. If you vote no to reject the plan we will take or you will give up 27%. Plus you give up your constitutional right to redress the government for grievances or plainly put it, the right to suit.

Not to mention they want you to give up your constitutional guarantee right of Article 9 section 24 of the Michigan State Constitution that protected your pensions. The way that it was worded you couldn't say no you didn't want the plan at all. In other words there was no "No" vote.

This is simply was "extortion" and "rigging the voting process through the voting ballots" and contrary to the Michigan Election Laws MCL 168.485 that states:

> Any question submitted to the electors of this state or the electors of any subdivision of this state shall, to the extent that it will not confuse the electorate, be worded in the following manner: A "yes" vote will be a vote in favor of the subject matter of the proposal or issue and a "no" vote will be a vote against the subject matter of the proposal or issue. Question shall be worded so as to apprise the voters of the subject matter of the proposal or issue, but need not be legally precise. The language used shall create no prejudice for or against the issue or proposal.

2

13-53846-tjt    Doc 8311    Filed 11/14/14    Entered 11/14/14 16:04:02    Page 2 of 7

3) We/I object to the plan of adjustment and confirmation to the plan, because the material included with the voting packages has some solicitation for a yes votes with letters from Shirley Lightsey a representative of the retiree committee, Donald Taylor president of Detroit retiree, Police and Fire Fighters on the behalf of the board of directors and the Emergency Manager, Kevyn Orr encouraging a Yes votes in violation of the Michigan Election Statute 168.485 (See attached a copy of the Michigan Election Statute 168.485 MEL) that states the language used shall not create no prejudice for or against the issue or proposal.

This doesn't secure or support a process that demonstrate the purity of the election process. The whole process has been fraudulent from the start when the Emergency Manager, Kevyn Orr impersonated an elected official when he filed for the bankruptcy. When the law states only a municipality and elected officials can file for bankruptcy. This clearly a violation of MEL 168.485, thus a 5th Amendment Procedure due process and 14th Amendment of equal protection of the law of the Constitution of the United States.

4) The counterfeit voting ballots was not a legal official form 14 ballot and fraudulent, due to the signatures was on a separate page from the voting box and could be easily manipulated and was not conducted to preserve the purity of the election process.

a) The Plan of Adjustment has been Amended seven or eight times and none of

3

those plans have been voted on including the fourth Plan of Adjustment, which is null and void. Once you Amended the plan it supersede any previous plan or plans and become the plan under 11 USC 940 to 946 they are invalid and have no legal affect and no longer legally binding, only the last plan would be legally binding. There has been no legal vote on the first, second, third, fourth, fifth, sixth, seven or the eighth plan of adjustment, therefore, no legal confirmation can exist without a vote. The only proper and legal way to rectify or correct the plan is to dismiss the case and start over.

This is a procedure due process of law violation of Article 1 Sections 2 and 17 of the Michigan State Constitution and the 5th and 14th Amendment of the United State Constitution. If the court was to approve the plan of adjustment under these circumstance without a vote the confirmation would be invalid.

When an state official violates its own law the court has rule this is an "state action." The action of Governor Rick Snyder through the Emergency Manager Kevyn Orr on the behalf of the state is the chief administrative officer of the State of Michigan, in the execution of his duty and the law constitute "state action," within the purview of the Fourteenth Amendment.

That Amendment govern any action of the state, "whether through its legislature, through its courts or its executive or administrative officers." Mooney v

4

Holohan 294 U.S. 103, 112-113, (1934) citing Carter v. Texas 177 U.S. 442, 447; Roger v Alabama, 192 U.S. 226, 233, 234.

If the Eighth Amended Plan of Adjustment is allowed and approved under these circumstance the whole process would be invalid. We demand a vote on the Plan and confirmation of the plan or the adjustment of the plan and confirmation of the plan is not legally binding and have no effect. We Demand a vote on the plan of adjustment and confirmation of the plan.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_____
Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

_____
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,
v

In re:                                               Chapter 9
City OF DETROIT, MICHIGAN              Case No. 13-53846
AND EMERGENCY MANAGER             Judge Steven W Rhodes
KEVYN D. ORR
        Debtor/City of Detroit         Case No. 14-cv-10434
                                                 Hon. Bernard A. Freidman
_____/   Magistrate Paul J. Komives

## PROOF OF SERVICES

_____, being first duly sworn deposes and your name

Say that on November _____ 2014. I sent a copy of Objection to the filing of redlined version of Eight Amended Plan for the Adjustment of Debts of the City of Detroit noncompliance of the Official Form 14 Ballot and the voting process and Demand a vote of October 21, plan , Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

FILED
2014 NOV 14 P 3:19
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Dated _November 1? 2014_