UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM et al
                Creditors/Objectors,

v

In re:                                            Chapter 9
City OF DETROIT, MICHIGAN               Case No. 13-53846
AND EMERGENCY MANAGER               Judge Steven W Rhodes
KEVYN D. ORR
                Debtors/City of Detroit      Case No. 14-cv-10434
                                                  Hon. Bernard A. Freidman
_____/    Magistrate Paul J. Komives

## OBJECTION TO THE FILING OF REDLINED VERSION OF EIGHTH AMENDED FRUADULENT PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT OF OCTOBER 31 2014 PLAN

We/I OBJECT TO THE REDLINED VERISON OF THE EIGHTH AMENDED PLAN OF ADJUSTMENT FOR THE DEBTS OF THE CITY OF DETRIOIT AND CONFIRMATION OF THE PLAN, THERE WAS NO NOTICE, IT WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENT ED AND CONDUCED IN A GOOD FAITH MANNER.

We/I object to the filing of redlined version of the Eighth Amended

Plan of Adjustment for the debts of the city of Detroit and confirmation of any

Plan stemming from or connected to this plan of Adjustment and show the

following:

1

1) The State of Michigan through the Governor Rick Snyder appointed emergency manager, Kevyn Orr has deceived the city and the public throughout the country to believing that the City of Detroit consented to filing bankruptcy. When in fact the State of Michigan filed under the disguise of the city of Detroit with the bankruptcy court blessing.

(a) We all agree that only a municipality can file for bankruptcy as stated in P.A. 436 and the bankruptcy code and/or rule provides. (b) The emergency manager Kevyn Orr is not an elected official, therefore, not the proper person and either impersonated an elected official and the court has abused its authority to allow the state under false pretense to file for the City of Detroit but in this case both,(c) **The City of Detroit never legally <u>approved</u>, <u>agreed</u> or <u>consented</u> to** the Emergency Manager, Kevyn Orr, filing for bankruptcy.(d) The chapter 9 bankruptcy was said to be by voluntary consent, which is not the case in this present action, (e)The city council nor the mayor never addressed bankruptcy prior to bankruptcy filing.

2) We/I object to the Eighth Amended Plans of Adjustment because we have been denied and deprived hearings on issues presented in our objections such as: A evidentiary hearing on fraud to determine whether or not there were any fraud and who committed the fraud.

2

This is a denial of procedural due process and equal protection of the law of the 5th and 14th Amendments of the Constitution of the United State.

**The City of Detroit never legally <u>approved</u>, <u>agreed</u> or <u>consented</u>** to the Emergency Manager, Kevyn Orr, filing for bankruptcy and Kevyn Orr concealed this fact from the people by his action and contravened **MCL 600.5855 Fraudulent Concealment** where a party alleges that fraud has been committed on the court, it is generally **an abuse of discretion** for the court to decide the motion without first conducting an evidentiary hearing into the allegations. Rapaport v Rapaport 185 Mich App 12 (1990) citing Michigan Bank-Midwest v DJ Reynaert, Inc, 165 Mich App 630, 643, 419 NW2d 439 (1988); St Clair Commercial & Savings Bank v Macaulley, 66 Mich App 210, 214-215; 238 NW2d 806 (1975), lv den 396 NW2d 864 (1976).

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_____
Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

_____
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
      Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

___Carl 3Williams___, being first duly sworn deposes and your name

Say that on November _14_ 2014. I sent a copy of Objection to the filing of redlined version of Eight Amended Fraudulent Plan for the Adjustment of Debts of the City of Detroit of October 31, Plan, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

FILED 2014 NOV 14 P 3:19 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl 3 Williams_

Dated _November 14 2014_