Jamie S. Fields (P-52808)\
Attorney-at-Law
555 Brush #2409
Detroit, Michigan 48226
313-570-3906
jeansartre@msn.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re | CHAPTER 9 |
| City of Detroit | |
| Debtor | CASE NO. 13-53846 |
| | HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2014, I electronically filed a *Notice of Appeal of the Order* (Doc. 8272) *Confirming Eighth plan of Adjustment of Debts of the City of Detroit* (Doc. 8045), *Amended Notice of Appeal, Motion for Limited Stay Pending Appeal* and *Proposed Order Granting Stay Pending Appeal and United States District Court Bankruptcy Civil Cover Sheet* on the City of Detroit with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

/s/Jamie S. Fields_____
Jamie S. Fields (P-52808)
555 Brush #2409
(313) 570-3906
Detroit, Michigan 48226
jeansartre@msn.com