# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| Debtor. | ) | Hon. Steven W. Rhodes |

## NOTICE OF WITHDRAWAL OF TRANSCRIPT REQUEST

**PLEASE TAKE NOTICE** that the *American Federation of State, County and Municipal Employees Council 25's* Transcript Request, filed as Docket No. 8337 and filed by Richard G. Mack, Jr. on November 19, 2014, is hereby withdrawn.

                                                          /s/ Richard G. Mack, Jr.
                                                          Richard G. Mack, Jr., Esq.
                                                           MILLER COHEN PLC
                                                          600 West Lafayette Blvd., 4th Floor
                                                          Detroit, MI 48226-3191
                                                          Telephone: (313) 964-4454
                                                          Facsimile: (313) 964-4490
                                                          richardmack@millercohen.com

Dated: November 19, 2014

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 19, 2014, the *Notice of Withdrawal of Transcript Request*, with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

/s/ Richard G. Mack, Jr.
Richard G. Mack, Jr., Esq.
MILLER COHEN PLC
600 West Lafayette Boulevard, 4th Floor
Detroit, MI 48226-3191
Telephone: (313) 566-4787
Facsimile: (313) 964-4490
richardmack@millercohen.com

Dated: November 19, 2014