Jamie S. Fields (P-52808)
555 Brush #2409
Detroit, Mich. 48226
(313) 570-3906
jeansartre@msn.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| City of Detroit, | ) | Case No. 13-5384 |
| | ) | |
| Debtor, | ) | Hon. Steven W. Rhodes |
| | ) | |
| William Ochadleus, *et. al.*, | ) | |
| | ) | |
| Appellants | ) | |
| _____ | ) | |

**AMENDED NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 158(a) (1) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, Ochadleus Appellants' (collectively, the "Appellants") (Appendix A), hereby file this Amended Notice of appeal of the Court's Order Confirming Eighth Plan of Adjustment (Doc. 8045) of the Debts of the City of Detroit (Doc. 8272) entered on November 12, 2014. This notice of appeal is timely filed pursuant to Bankruptcy Rule 8002(a).

1. The names of the parties to the Order appealed from and the names, addresses, telephone and facsimile numbers of their respective attorneys are as follows:

/s/ Jamie S. Fields
Jamie S. Fields (P52808)
555 Brush 2409
Detroit, Michigan 48226
313-570-3906
jeansartre@msn.com

City of Detroit represented by:

David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

2

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com
Thomas F. Cullen, Jr. (DC 224733)
Gregory M. Shumaker (DC 416537)
Geoffrey S. Stewart (DC 287979)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
gshumaker@jonesday.com
gstewart@jonesday.com
Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7300
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

Retired Detroit Police Members Association
Represented by:

STROBL & SHARP, P.C.
Lynn M. Brimer (P43291)
Meredith E. Taunt (P69698)
Mallory A. Field (P75289)
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
Telephone: (248)540-2300
Facsimile: (248) 645-2690
lbrimer@stroblpc.com

mtaunt@stroblpc.com
mfield@stroblpc.com

The Police and Fire Retirement System of the City of Detroit The
General Retirement System of the City of Detroit
Represented by:

CLARK HILL PLC
Robert D. Gordon (P48627)
Shannon L. Deeby (P60242)
Jennifer K. Green (P690 19)
Evan J. Feldman (P73437)
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
Facsimile: (248) 988-2502
rgordon@clarkhill.com


ARNOLD & PORTER LLP Lisa
Hill Penning 777 South Figueroa
Street 44th Floor
Los Angeles, California 90017
Telephone: (213)243-4000
Facsimile: (213) 243-4199
lisa.fenning@aporter,com


MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Jonathan S. Green (MI P33 140)
Stephen S. LaPlante (MI P48063)
150 West Jefferson Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500 green@millercanfield.com
laplante@millercaniield.com

The Detroit Fire Fighters Association
The Detroit Police Officers Association
The Detroit Police Lieutenants & Sergeants Association
The Detroit Police Command Officers Association
Represented by:

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P C.
Earle I. Erman (P24296)
Craig E. Zucker (P39907)
Barbara A. Patek (P34666)
400 Galleria Offieentre, Suite 444
Southfield, MI 48034
Telephone: (249) 827-4100
Facsimile: (248) 827-4106
bpatek@ermanteicher.com


International Union of Operating Engineers, Local 324
Represented by:
SACHS WALDMAN, P.C.
Andrew Nickelhoff (P37990).
Mami Kato (P74237)
221 1 East Jefferson Avenue, Suite 200
Detroit, MI 48207
Telephone: (313)496-9429
Facsimile: (313)965-4602
anickelhoff@sachswaldman.com
mkato@sachswaldman.com

Service Employees International Union, Local 517M
Represented by:
SACHS WALDMAN, P.C.
Andrew Nickelhoff (P37990)
Mami Kato (P74237)
221 1 East Jefferson Avenue, Suite 200
Detroit, MI 48207
Telephone: (313)496-9429
Facsimile: (313)965-4602
anickelhoff@sachswaIdman.com
mkato@sachswaldman.com

| | |
|---|---|
| 1 | |
| 2 | David Sole |
| 3 | Represented by: |
| 4 | JEROME D. GOLDBERG, PLLC |
|   | Jerome D. Goldberg (P61678) |
| 5 | 2921 East Jefferson, Suite 205 |
|   | Detroit, MI 48207 |
| 6 | Telephone: (313)393-6001 |
| 7 | Facsimile: (313)393-6007 |
|   | apclawyer@sbcglobal.net |
| 8 | |
| 9 | The Retired Detroit Police & Fire Fighters Association |
|   | Donald Taylor, individually and as President of the Retired Detroit Police & |
| 10 | Fire Fighters Association |
|   | The Detroit Retired City Employees Association |
| 11 | Shirley V. Lightsey, individually and as President of the Detroit Retired City |
| 12 | Employees Association |
|   | Represented by: |
| 13 | |
| 14 | LIPPITT O'KEEFE, PLLC Brian D. O'Keefe |
|   | (P39603) Ryan C. Plecha (P71957) 370 East |
| 15 | Maple Road, 3rd Floor Birmingham, MI |
|   | 48009 Telephone: (248) 646-8292 |
| 16 | rplecha@lippittokeefe.com |
| 17 | SILVERMAN & MORRIS, P.L.L.C. |
| 18 | Thomas R. Morris (P39141) |
|   | 30500 Northwestern Highway, Suite 200 |
| 19 | Farmington Hills, MI 48334 |
|   | (248) 539-1330 |
| 20 | morris@silvermanmorris.com |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Robbie Flowers
Michael Wells Janet
Whitson Mary
Washington Bruce
Goldman
Represented by:

William A. Wertheimer (P26275)
30515 Timberbrook Lane
Bingham Farms, MI 48025
Telephone: (248) 644-9200

Michigan Council 25 of the American Federation of State, County & Municipal
Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (AFSCME)
Represented by:

LOWENSTEIN SANDLER LLP
Sharon L. Levine, Esq.
Wojciech F. Jung, Esq.
Philip J. Gross, Esq.
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-6247
slevine@lowenstein.com
wjung@lowenstein.com
pgross@lowenstem.com


THE SANDERS LAW FIRM PC
Herbert A. Sanders, Esq. 615 Griswold
St., Suite 913 Detroit, MI 48226
Telephone: (313)962-0099 Facsimile:
(313)962-0044)
sanders@miafscme.org

MILLER COHEN, P.L.C. Richard G. Mack, Jr.,
Esq. 600 West Lafayette Boulevard 4th Floor
Detroit, MI 48226

7

International Union, United Automobile, Aerospace and Agricultural Implement
Workers of America
Represented by:

COHEN, WEISS AND SIMON LLP
Babette A. Ceccotti
Keith E. Secular
Thomas N. Ciantra
Joshua J. Ellison
330 West 42nd Street
New York, NY 10036
Telephone: (212) 563-4100
Facsimile: (212) 695-5436
bceccotti@cwsny.com

Niraj R. Ganatra (P63150) Michael
Nicholson (P33421) 8000 East
Jefferson Avenue Detroit, MI 48214
Telephone: (313)926-5216
Facsimile: (313)926-5240
nganatra@uaw.net
mnicholson@uaw.net


Center for Community Justice and
Advocacy
Represented by:

VANESSA G. FLUKER, ESQ. PLLC
Vanessa G. Fluker, Esq. PLLC
2921 East Jefferson, Suite 200
Detroit, MI 48207
Telephone: (3 13) 393-6005
Facsimile: (313) 393-6007
vgflawyer@sbcglobal.net


The Retiree Committee of the City of Detroit
Represented by:

DENTON S US LLP
Carole Neville

8

1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
carole.neville@dentons.com

DENTONS US LLP
Sam J. Alberts
1301 K Street, NW Suite 600, East Tower
Washington, DC 20005-3364
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
sam.alberts@dentons.com

SALANS FMC SNR DENTON EUROPE LLP
Claude D. Montgomery (P29212)
Rockefeller Center
620 Fifth Avenue
New York, New York 10020
Telephone: (212) 632-8390
claude.montgomery@dentons.com

BROOKS WILKINS SHARKEY & TURCO PLLC
Matthew E. Wilkins (P56697)
Paula A. Hall (P61101)
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Telephone: (248) 971-1711
Facsimile: (248) 971-1801
wilkins@bwst-law.com
hall@bwst-law.com

/s/ Jamie S. Fields
Jamie S. Fields (P52808)
555 Brush, #2409
Detroit, Michigan 48226
Tel: 313-570-3906
Email: jeansartre@msn.com

Respectfully submitted November 18, 2014

9

# APPELLANTS

WILLIAM OCHADLEUS, SHELTON HAYES, SHIRLEY BERGER, JOHN CLARK, FREDERICK T. McCLURE JR., JIM BENCI, JANICE BUTLER, MORRIS WELLS, DEBORAH WARD, MELVIN F. WILLIAMS SR., SARAH GIDDENS, JOE SMITH, KIMBERLY ANN SANDERS, JACKIE FULBRIGHT, GAIL WILSON TURNER, ED GAINES, CATHERINE TUTTLE, RITA SERRA, MARTIN TREADWELL, JOHN J. O'NEILL, BARBARA TRIPLETT-DECREASE, ROY MCCALISTER, POLLY MCCALISTER, JESSIE BANKS, HENRY ELLIS, MICHAEL A. ADAMS, LOLETHA PORTER COLEMAN, AFFORD COLEMAN, LESTER COLEMAN, DEBORAH LARK, MOSES LARK, SHARON COWLING, MICHAEL COWLING, ROBERT JACKSON, RASHELLE PETTWAY, JOHN HAWKINS, LAURA ISOM, DUANE MCKISSIC, HERBERT MORELAND, CYNTHIAN DIANE MORELAND, KEITH JACKSON SR., DEBORAH ROBINSON, JAMES ALEXANDER JR., BRENDA GOSS ANDREWS, LAWRENCE PORTER, JAMIE FIELDS, MIKE FOLEY, RICARDO C. JENKINS, JACQUELINE JACKSON, TOMMIE CARODINE, DEBRA J. FAIR, ROBBIN RIVERS, JAMES R. YOUNGER, ROSCOE MAYFIELD, CHARLES BARBIERI, JAMES JONES, CRAIG SCHWARTZ, REGGIE BARNES, GLENDA COLE-DIXON, WALTER LONG JR., GEORGE GRAVES, PAULA DAY, CALVIN ADKINS, JACK ALIOTTA, TERRANCE ANDERSON, DAVID ANDERSON, NANCY YOUNG FOWLER, GEORGE CHESTER, ANTHONY KLUKOWSKI JR, TODD KLUKOWSKI, ROGER KLUKOWSKI, LOIS KLUKOWSKI-HOGEN, ANDY SMITH, PATRICIA E. MCCABE, PATTI GRAVES, ANDREW WHITE, JEANNETTA WASHINGTON, GREG JONES, DEBORAH MCCREARY, GREG JONES, CHRISTINE MARIE JEPSEN, JOHN JEPSEN, ALICIA TERRY, JOYCE DANIEL, BRYAN GLOVER, TOBI ASCIONE YOUNG, GREG HUIZAR, LORI GALLMAN, BEVERLY HOFFMAN-NICHOLS, BARABARA STAFFORD, MICELLE PIERSON, SHELLEY I. FOY, PARRIE LEE HIGHGATE, JIM LEMAUX, RENEE ELLIS-SUMPTER, DAVID POMEROY, SHELLEY HOLDERBAUM, KEITH OLENIACZ, EDGARDO APONTE, JON GARDNER, JUDITH NORWOOD, KENNETH EMERSON, PATRICIA LOFTON, DANIEL P. ROOT, KAREN LESKIE, ROOSEVELT LAWRENCE JR., SONJA HOLLIS, DEREK HICKS, ERIC HECKMAN, MARSHA THOMPSON-KIDD, WILLIAM ANDERSON, YVONNE WILLIAMS JONES, LULA MILLENDER, WILLIAM DAVIS, EVELYN OWEN SMITH, VAUGHN BROWN, CECILY MCCLELLAN, PAULETTE BROWN, JESSE J. FLORENCE SR., BELINDA A. MYERS-FLORENCE, LINDA WHITE, STEVE LEGGATT, WANDA HILL, VICKIE L. SHAKLEFORD, EARLINE JONES, MARK L. SMITH, RITA DICKERSON, J. ASHA WALIDAH, PAULETTE BROWN, BENYNE GOLDSTON, WILLIAM M. DAVIS, EVELYN OWEN SMITH, WALTER GARY KNALL