## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## (DETROIT)

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **CITY OF DETROIT, MICHIGAN,** | ) | **CASE NO.: 13-53846** |
| | ) | |
| | ) | **CHAPTER 9** |
| **Debtor.** | ) | |
| | ) | **Hon. Steven W. Rhodes** |
| | ) | |

___

### NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICE

Please take notice that Geoffrey T. Pavlic of Steinberg Shapiro & Clark requests that the Clerk's Office remove him from the Court's mailing and electronic notice matrix and terminate all electronic notices in the above case to all addresses for Geoffrey T. Pavlic, including, but not limited to, pavlic@steinbergshapiro.com and pavlic@ssc-law.com.

STEINBERG SHAPIRO & CLARK

/s/ Geoffrey T. Pavlic (P53770)
25925 Telegraph Road
Suite 203
Southfield, MI 48033
Tel: (248) 352-4700
Fax: (248) 352-4488
pavlic@steinbergshapiro.com

Date: November 19, 2014