UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                         Chapter 9
                                               Case No. 13-53846
City of Detroit, Michigan,                     Hon. Steven W. Rhodes
        Debtor.
_____/

Order Regarding Motions for Stay Pending Appeal

Jamie Fields has filed a motion for stay pending appeal. In the interests of judicial economy, it is hereby ordered that:

1. The deadline for other parties to file motions for stay pending appeal is November 24, 2014. (Parties shall use the correct ECF event code.)

2. The deadline for parties to file responses to motions for stay pending appeal is November 26, 2014. (Each responding party may file a consolidated response to all such motions.)

3. A hearing on all timely motions for stay pending appeal will be held on December 1, 2014 at 2:00 p.m. in Courtroom 100, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

.

**Signed on November 19, 2014**

                                                             **/s/ Steven Rhodes**
                                                 **Steven Rhodes**
                                                 **United States Bankruptcy Judge**