**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**(Southern Division)**

In re

CITY OF DETROIT, MICHIGAN,

       Debtor.

Chapter 9

Case No. 13-53846-swr

Hon. Steven W. Rhodes

_____

**REQUEST TO BE REMOVED FROM**
**RECEIVING ELECTRONIC FILING NOTICES**

Please remove attorney Howard S. Sher in connection with creditors Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., whose e-mail address is howard@jacobweingarten.com, from receiving electronic filing notices in the above captioned case.


Dated: November 19, 2014.    Respectfully submitted,

                         /s/ Howard S. Sher
                         Howard S. Sher, (38337)
                         Jacob & Weingarten, P.C.
                         Somerset Place
                         2301 W. Big Beaver Road, Suite 777
                         Troy, Michigan 48084
                         Tel: (248) 649-1900
                         Fax: (248) 649-2920
                         E-mail:howard@jacobweingarten.com