# EXHIBIT A

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 16216
September 30, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 9/30/2014

## Please include Invoice Number with Payment

| | | |
|---|---:|---:|
| Previous Balance | | 96,535.50 |
| Payments | | -46,594.11 |
| Balance Forward | | 49,941.39 |
| Current Fees | 22,804.20 | |
| Total Current Charges | | 22,804.20 |
| **Total Due** | | **72,745.59** |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 20,859.00 | 3,681.00 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| 02/28/14 | 13624 | 45,979.20 | 39,082.32 | 6,896.88 |
| 02/28/14 | 13792 | 27,871.80 | 23,691.03 | 4,180.77 |
| 03/31/14 | 14118 | 27,501.00 | 23,375.85 | 4,125.15 |
| 04/30/14 | 14290 | 25,708.80 | 21,852.48 | 3,856.32 |
| 05/31/14 | 14683 | 42,629.69 | 36,390.98 | 6,238.71 |
| 06/30/14 | 14952 | 19,537.81 | 16,608.49 | 2,929.32 |
| 07/31/14 | 15721 | 33,372.00 | 28,366.20 | 5,005.80 |
| 08/31/14 | 15957 | 21,444.60 | 18,227.91 | 3,216.69 |
| | **Totals** | **335,882.10** | **285,940.71** | **49,941.39** |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner
I.D. 10661-002 - RMF
Re: Robert Fishman

September 30, 2014
Invoice 16216

| | | Fees | | | |
|---|---|---|---|---|---|
| Date | Atty | Description | Hours | Rate | Amount |
| 09/02/14 | RMF | Continued to review May invoices. | 1.10 | 618.00 | 679.80 |
| 09/03/14 | RMF | Completed review of May invoices. | 3.20 | 618.00 | 1,977.60 |
| 09/04/14 | RMF | Reviewed, revised, finalized and transmitted multiple May Preliminary Reports to various professionals, including speaking to members of my team re questions respecting such reports. | 4.10 | 618.00 | 2,533.80 |
| 09/07/14 | RMF | Reviewed and revised Supplement to Quarterly Report for Jan, Feb and March 2014. | 0.60 | 618.00 | 370.80 |
| 09/08/14 | RMF | Reviewed and revised Supplement to Quarterly Report for Jan, Feb and March 2014. | 0.40 | 618.00 | 247.20 |
| 09/11/14 | RMF | Reviewed, revised, finalized and transmitted additional May Preliminary Reports, including several discussions with D. Doyle re same. | 3.40 | 618.00 | 2,101.20 |
| 09/12/14 | RMF | Began review of June invoices. | 1.80 | 618.00 | 1,112.40 |
| 09/15/14 | RMF | Continued to review June invoices. | 2.60 | 618.00 | 1,606.80 |
| 09/16/14 | RMF | Continued reviewing June invoices (1.8). Exchanged emails with J. Ellman re breakdown of asset and mediation categories in June Jones Day invoice (.1). | 1.90 | 618.00 | 1,174.20 |
| 09/17/14 | RMF | Continued reviewing June invoices. | 1.30 | 618.00 | 803.40 |
| 09/18/14 | RMF | Reviewed and revised Supplements to Quarterly Reports for July/Sept 2013 and Oct/Dec 2013 (1.1). Continued reviewing June invoices (1.2). | 2.30 | 618.00 | 1,421.40 |
| 09/19/14 | RMF | Continued to review June invoices. | 2.80 | 618.00 | 1,730.40 |
| 09/21/14 | RMF | Continued review of June invoices. | 2.70 | 618.00 | 1,668.60 |
| 09/23/14 | RMF | Continued review of June invoices. | 4.80 | 618.00 | 2,966.40 |
| 09/24/14 | RMF | Completed review of June invoices. | 3.90 | 618.00 | 2,410.20 |

| | | |
|---|---|---|
| **Total Fees** | **36.90** | **22,804.20** |

| | |
|---|---|
| **Total Fees and Disbursements** | **22,804.20** |
| **Total Current Charges** | **22,804.20** |
| Balance Forward | 49,941.39 |
| **Total Amount Due** | **72,745.59** |

# EXHIBIT B

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice  16215
September 30, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-001 - RMF

Re:  Chapter 9 case

For Services Rendered Through  9/30/2014

## Please include Invoice Number with Payment

| | | |
|---|---:|---:|
| Previous Balance | | 129,441.00 |
| Payments | | -57,060.92 |
| Balance Forward | | 72,380.08 |
| Current Fees | 20,273.10 | |
| Current Disbursements | 76.70 | |
| Total Current Charges | | 20,349.80 |
| **Total Due** | | **92,729.88** |

## Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11728 | 14,028.70 | 11,392.67 | 2,636.03 |
| 09/30/13 | 12045 | 7,662.77 | 6,442.57 | 1,220.20 |
| 10/31/13 | 12413 | 30,352.80 | 25,832.77 | 4,520.03 |
| 12/31/13 | 12979 | 51,396.80 | 43,690.40 | 7,706.40 |
| 01/31/14 | 13351 | 37,702.39 | 32,125.99 | 5,576.40 |
| 02/28/14 | 13625 | 71,014.86 | 60,374.82 | 10,640.04 |
| 02/28/14 | 13793 | 44,703.88 | 38,017.20 | 6,686.68 |
| 03/31/14 | 14117 | 40,290.80 | 34,257.58 | 6,033.22 |
| 04/30/14 | 14291 | 46,810.69 | 39,817.78 | 6,992.91 |
| 05/31/14 | 14684 | 46,311.87 | 39,379.61 | 6,932.26 |
| 06/30/14 | 14951 | 22,796.20 | 19,378.27 | 3,417.93 |
| 07/31/14 | 15722 | 40,458.50 | 34,389.72 | 6,068.78 |
| 08/31/14 | 15958 | 26,620.40 | 22,671.20 | 3,949.20 |
| Totals | | 480,150.66 | 407,770.58 | 72,380.08 |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151
Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner
I.D. 10661-001 - RMF
Re: Chapter 9 case

September 30, 2014
Invoice 16215

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/01/14 | DRD | Review May 2014 invoice of Jones Day. | 0.90 | 267.00 | 240.30 |
| 09/01/14 | PJR | Edits to 1Q 2014 Quarterly Report to address EY corrections (1.5); email to R. Fishman on same (.2). | 1.70 | 419.00 | 712.30 |
| 09/02/14 | GEG | Email correspondence with R. Fishman regarding resolution comments for Conway April invoice | 0.10 | 347.00 | 34.70 |
| 09/02/14 | DRD | Continue review of Dentons May 2014 invoice. | 0.50 | 267.00 | 133.50 |
| 09/03/14 | AH | Review Waller April invoice and continue working on spreadsheet. | 2.80 | 248.00 | 694.40 |
| 09/04/14 | IB | Review Dentons May 2014 invoice/spreadsheet for preliminary report. | 1.10 | 434.00 | 477.40 |
| 09/04/14 | GEG | Email correspondence with R. Fishman regarding resolution discussions for Conway April invoice (.1); email correspondence with M. Hausman (Conway) and R. Fishman regarding extension of time to respond to May preliminary report (.1); email correspondence with R. Fishman and A. Hudson regarding May preliminary report (.1) | 0.30 | 347.00 | 104.10 |
| 09/04/14 | DRD | Communications with I. Bodenstein regarding revisions to Dentons May 2014 preliminary report (.2); draft May preliminary report for Jones Day (3.1). | 3.30 | 267.00 | 881.10 |
| 09/04/14 | AH | Draft May preliminary reports for Milliman, Segal and Kilpatrick (.9); continue working on spreadsheet for Waller April invoice (.7). | 1.60 | 248.00 | 396.80 |
| 09/05/14 | IB | Discuss Denton's May 2014 invoice with R. Fishman | 0.20 | 434.00 | 86.80 |
| 09/05/14 | IB | Review Denton's March-June 2014 invoices re: non-legal employee designations | 0.50 | 434.00 | 217.00 |
| 09/05/14 | IB | Review Brooks Wilkins May 2014 invoice and spreadsheet for preliminary report | 0.40 | 434.00 | 173.60 |
| 09/05/14 | GEG | Review R. Fishman transmittal email to Miller Canfield regarding May preliminary report and calendar deadline for resolution discussions (.1); email correspondence with R. Fishman regarding resolution discussions for Conway April invoice (.1); phone call (.1) and email correspondence (.1) with M. Hausman (Conway) regarding April invoice resolution comments | 0.40 | 347.00 | 138.80 |
| 09/05/14 | DRD | Continue review of Jones Day May 2014 invoice and finalize preliminary report (2.1); communications with J. Ellman and R. Fishman regarding supplement to March 2014 report (.1); draft Brooks Wilkins preliminary report for May 2014 (.2); draft Lazard preliminary report for May 2014 (.2); prepare Dentons preliminary report for May 2014 (.4); communications with I. Bodenstein regarding Dentons and Brooks Wilkins May 2014 invoices (.1). | 3.10 | 267.00 | 827.70 |

Page: 1

# Shaw Fishman Glantz & Towbin LLC

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/06/14 | IB | Review and revise D. Doyle draft of Dentons May 2104 preliminary report (.3); review and approve D. Doyle draft of Brooks Wilkins May 2014 preliminary report (.1) | 0.40 | 434.00 | 173.60 |
| 09/08/14 | DRD | Finalize supplement to Third Final Quarterly Report and coordinate filing (.4); communications with J. Ellman regarding same (.1); communications with R. Fishman and P. Roberts regarding same (.1); revise preliminary report for Dentons May 2014, communications with I. Bodenstein regarding same, and send to R. Fishman (.4). | 1.00 | 267.00 | 267.00 |
| 09/08/14 | AH | Correspondence with Fee Examiner Team re review status of US Bank professionals. | 0.20 | 248.00 | 49.60 |
| 09/08/14 | PJR | Review R. Fishman email regarding supplement to 1Q 2014 Report (.1); confer with D. Doyle on same (.1); review final version of same (.2). | 0.40 | 419.00 | 167.60 |
| 09/08/14 | PJR | Review A. Hudson email on US Bank professionals and exchange emails with M. McMickle on same. | 0.10 | 419.00 | 41.90 |
| 09/09/14 | GEG | Email correspondence with M. McMickle and M. Reiser regarding Pepper Hamilton August invoice broken down into two parts | 0.10 | 347.00 | 34.70 |
| 09/11/14 | DRD | Communications with R. Fishman regarding Lazard May 2014 invoice. | 0.20 | 267.00 | 53.40 |
| 09/11/14 | PJR | Exchange emails with W. Flick on EY supplemental reports. | 0.20 | 419.00 | 83.80 |
| 09/15/14 | PJR | Brief review of EY June invoice and related email from M. McMickle. | 0.40 | 419.00 | 167.60 |
| 09/16/14 | DRD | Draft supplement to Dentons December 2013 Monthly Report. | 0.80 | 267.00 | 213.60 |
| 09/16/14 | PJR | Draft and edit revised supplement to 3Q 2013 report and associated Final Monthly Report of EY (1.9); draft and edit supplement to 4Q 2013 report (.9); draft and edit associated final report of EY for 4Q 2013 (1.9); confer with D. Doyle on Dentons insert in 4Q 2013 supplemental report (.1). | 4.80 | 419.00 | 2,011.20 |
| 09/17/14 | PJR | Edits to supplemental quarterly reports for 3Q and 4Q 2013. | 2.20 | 419.00 | 921.80 |
| 09/18/14 | GEG | Email correspondence with M. Hausman (Conway) regarding response to May preliminary report (.1); follow up correspondence with M. McMickle (Kapila) regarding same (.1); review Pepper Hamilton response to May preliminary report (.2) and email correspondence with M. Reiser regarding same (.1); review email and July invoice submission from M. Swanson (Miller Canfield) (.1) | 0.60 | 347.00 | 208.20 |
| 09/18/14 | AH | Compile Detroit supplemental filings (.3); discussion with K. Janecki re PDF sizes and format for supplemental filings (.1); work with K. Janecki on getting supplemental quarterly reports filed (.2). | 0.60 | 248.00 | 148.80 |
| 09/18/14 | PJR | Further edits to 2013 3Q and 4Q quarterly reports (1.1); exchange emails with A. Hudson and R. Fishman on same (.3). | 1.40 | 419.00 | 586.60 |
| 09/19/14 | IB | Email to J. Witten re: no need to submit Bodman invoices | 0.10 | 434.00 | 43.40 |
| 09/19/14 | PJR | Brief review of EY July invoice and related email transmittal correspondence. | 0.30 | 419.00 | 125.70 |

Robert Fishman as Detroit Fee Examiner
I.D. 10661-001 - RMF
Re: Chapter 9 case

September 30, 2014
Invoice 16215

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/21/14 | GEG | Review M. McMickle proposed resolution comments for Conway May invoice (.4) and email correspondence with M. McMickle and R. Fishman regarding same (.1) | 0.50 | 347.00 | 173.50 |
| 09/23/14 | GEG | Email correspondence with A. Hudson regarding status of invoice review and reporting for Miller Canfield April, May and June invoices | 0.10 | 347.00 | 34.70 |
| 09/23/14 | PJR | Begin review and analysis of EY May invoice. | 1.70 | 419.00 | 712.30 |
| 09/24/14 | GEG | Briefly review email and September invoice from Pepper Hamilton (.1); email correspondence with M. Reiser regarding status of invoice review and reporting for Pepper Hamilton April, May and June invoices (.1). | 0.20 | 347.00 | 69.40 |
| 09/24/14 | IB | Review Brooks Wilkins June 2014 monthly invoice and give comments to D. Doyle for preliminary report. | 0.40 | 434.00 | 173.60 |
| 09/24/14 | IB | Review Miller Buckfire June 2014 invoice re: preliminary report. | 0.30 | 434.00 | 130.20 |
| 09/24/14 | PJR | Exchange emails with W. Flick regarding 3Q and 4Q 2013 supplemental reports. | 0.20 | 419.00 | 83.80 |
| 09/25/14 | IB | Review Miller Buckfire June 2014 invoice and prepare preliminary report | 0.40 | 434.00 | 173.60 |
| 09/25/14 | IB | Review Milliman June 2014 invoice and spreadsheet for preliminary report | 0.30 | 434.00 | 130.20 |
| 09/25/14 | PJR | Review W. Flick email regarding EY April invoice. | 0.10 | 419.00 | 41.90 |
| 09/26/14 | IB | Finalize and send Miller Buckfire June 2014 preliminary report and spreadsheet to R. Fishman. | 0.20 | 434.00 | 86.80 |
| 09/28/14 | AH | Review Miller Canfield June Invoice. | 2.50 | 248.00 | 620.00 |
| 09/29/14 | GEG | Review and comment on Miller Canfield June invoice review spreadsheet (.9) and email correspondence with A. Hudson regarding same (.2) | 1.10 | 347.00 | 381.70 |
| 09/29/14 | DRD | Review Dentons June 2014 invoice and draft preliminary report (3.1); review Jones Day June 2014 invoice and draft preliminary report (2.1). | 5.20 | 267.00 | 1,388.40 |
| 09/29/14 | AH | Complete review of Miller Canfield June invoice and excel sheet comments (2.3); draft Milliman June report (.2); review Kilpatrick June Invoice and draft preliminary report (.7); review Segal June invoice (.2). | 3.40 | 248.00 | 843.20 |
| 09/29/14 | MSR | Review June monthly invoices for Pepper Hamilton, Ottenwess and Foley. | 4.50 | 267.00 | 1,201.50 |
| 09/29/14 | PJR | Exchange emails with M. McMickle regarding EY April invoice. | 0.20 | 419.00 | 83.80 |
| 09/30/14 | GEG | Review and edit draft resolution comments for Miller Canfield April invoice (.5); review and edit draft resolution comments for Miller Canfield May invoice (.3); review and edit Conway June invoice review spreadsheet (2.4) | 3.20 | 347.00 | 1,110.40 |
| 09/30/14 | DRD | Continue preparing and finalize Jones Day preliminary report for June 2014. | 4.30 | 267.00 | 1,148.10 |
| 09/30/14 | AH | Resolution comments for May and April invoice spreadsheets. | 1.40 | 248.00 | 347.20 |
| 09/30/14 | PJR | Continued analysis of EY May invoice. | 2.20 | 419.00 | 921.80 |

Robert Fishman as Detroit Fee Examiner
I.D. 10661-001 - RMF
Re: Chapter 9 case

September 30, 2014
Invoice 16215

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | **Total Fees** | **63.10** | | **20,273.10** |

| | Disbursements | | | |
|------|-------------|-------|------|--------|

| Date | Description | | | Amount |
|------|-------------|-------|------|--------|
| 08/29/14 | Photocopy; Jones Day - May 2014 Reports (KXJ) | 391 @ 0.10 | | 39.10 |
| 09/30/14 | Pacer Research; Filings & Docket (KXJ) | | | 37.60 |
| | **Total Disbursements** | | | **76.70** |

| | | |
|------|------|--------|
| **Total Fees and Disbursements** | | **20,349.80** |
| **Total Current Charges** | | **20,349.80** |
| Balance Forward | | 72,380.08 |
| **Total Amount Due** | | **92,729.88** |

# EXHIBIT C



**Kapila/Mukamal**

CPAs, Forensic and Insolvency Advisors

---

**CITY OF DETROIT, MICHIGAN**
**Client ID: 90000**
**Invoice #433 - 09/30/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| JOSEPH GILLIS - Senior Consultant, CPA | 18.40 | 272.00 | 5,004.80 |
| MARY MCMICKLE - Partner, CPA, CIRA | 8.60 | 342.00 | 2,941.20 |
| MARK PARISI - Forensic Analyst CPA, CFE | 17.70 | 156.00 | 2,761.20 |
| TOTAL | 44.70 | | $10,707.20 |
| | BLENDED RATE | $239.53 | |
| | TOTAL EXPENSES | | 0.30 |
| TOTAL AMOUNT OF THIS INVOICE | | | $10,707.50 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786-517.5772



**Kapila/Mukamal**

CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL  60654

Invoice: 433

09/30/2014

Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|------|-------|-------------|-----|--------|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 09/02/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE SEGAL JULY 2014 INVOICE. | 0.70 | 109.20 |
| 09/03/2014 | MMM | PREPARE GLOBAL ANALYSIS OF FEES SPLIT BETWEEN JUNIOR AND SENIOR PROFESSIONALS REGARDING CONWAY MACKENZIE JUNE INVOICE | 0.30 | 102.60 |
| 09/03/2014 | MMM | DRAFT EMAIL TO G. GOUVEIA SUMMARIZING REVIEW OF JUNE INVOICE FOR CONWAY MACKENZIE. | 0.20 | 68.40 |
| 09/03/2014 | MMM | REVIEW CONWAY MACKENZIE INVOICE FOR JUNE AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 1.80 | 615.60 |
| 09/04/2014 | MCP | REFORMAT CONWAY MACKENZIE JUNE 2014 INVOICE. | 0.60 | 93.60 |
| 09/04/2014 | JEG | REVIEW ERNST & YOUNG JUNE INVOICE: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.50 | 136.00 |
| 09/04/2014 | MCP | BEGIN TO REFORMAT ERNST AND YOUNG JUNE 2014 INVOICE. | 0.40 | 62.40 |
| 09/04/2014 | JEG | REVIEW ERNST & YOUNG JUNE INVOICE: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE ENTRIES. | 2.10 | 571.20 |
| 09/05/2014 | JEG | REVIEW ERNST & YOUNG JUNE INVOICE: CHECK FOR INCONSISTENT TIME ENTRIES. | 2.50 | 680.00 |
| 09/05/2014 | JEG | REVIEW ERNST & YOUNG JUNE INVOICE: PREPARE SUMMARY REPORT OF REVIEW FINDINGS FOR DISCUSSION WITH M.MCMICKLE. | 0.60 | 163.20 |
| 09/08/2014 | JEG | REVIEW CONWAY MACKENZIE JULY 2014 INVOICE: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE TIME ENTRIES. | 1.00 | 272.00 |
| 09/08/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE BROOKS WILKINS AUGUST 2014 INVOICE. | 0.70 | 109.20 |
| 09/08/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE MILLER BUCKFIRE JUNE 2014 INVOICE. | 0.30 | 46.80 |
| 09/08/2014 | MMM | BEGIN REVIEW OF ERNST & YOUNG JUNE INVOICE AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 0.90 | 307.80 |
| 09/08/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE PEPPER HAMILTON AUGUST 2014 INVOICE. | 0.70 | 109.20 |
| 09/08/2014 | JEG | REVIEW CONWAY MACKENZIE JULY 2014 INVOICE: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 1.70 | 462.40 |

| 09/09/2014 | JEG | REVIEW CONWAY MACKENZIE JULY 2014 INVOICE: PREPARE SUMMARY OF REVIEW RESULTS FOR DISCUSSION WITH M.MCMICKLE. | 0.40 | 108.80 |
|---|---|---|---|---|
| 09/09/2014 | MMM | CONTINUE REVIEW OF ERNST & YOUNG'S JUNE INVOICE AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 0.90 | 307.80 |
| 09/09/2014 | JEG | REVIEW CONWAY MACKENZIE JULY 2014 INVOICE: CONTINUE CHECKING FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE TIME ENTRIES. | 1.30 | 353.60 |
| 09/09/2014 | JEG | REVIEW CONWAY MACKENZIE JULY 2014 INVOICE: CHECK FOR INCONSISTENT TIME ENTRIES. | 3.60 | 979.20 |
| 09/10/2014 | MCP | BEGIN TO EXTRACT THE SECOND HALF OF PEPPER HAMILTON'S AUGUST INVOICE. | 0.40 | 62.40 |
| 09/10/2014 | MMM | TRACK RECEIPT OF AUGUST INVOICES FOR JONES DAY, CONWAY MACKENZIE AND PEPPER HAMILTON. | 0.20 | 68.40 |
| 09/11/2014 | MCP | FORMAT AND SUMMARIZE CONWAY MACKENZIE AUGUST 2014 INVOICE. | 0.90 | 140.40 |
| 09/11/2014 | MCP | COMPLETE PEPPER HAMILTON INVOICE FOR THE SECOND HALF OF AUGUST 2014 AND REFOMAT WITH FIRST PART OF AUGUST. | 0.60 | 93.60 |
| 09/11/2014 | MCP | BEGIN TO EXTRACT, FORMAT AND SUMMARIZE JONES DAY AUGUST 2014 INVOICE (3.8). RECALCULATE HOURS IN DESCRIPTION AND COMPARE TO HOURS BILLED( .8). | 4.60 | 717.60 |
| 09/15/2014 | MMM | COMPLETE REVIEW OF ERNST & YOUNG JUNE INVOICE. | 0.40 | 136.80 |
| 09/15/2014 | MCP | REFORMAT ERNST AND YOUNG JUNE 2014 INVOICE. | 0.70 | 109.20 |
| 09/15/2014 | MMM | DRAFT EMAIL TO P. ROBERTS WITH SUMMARY OF ERNST & YOUNG JUNE INVOICE REVIEW. | 0.30 | 102.60 |
| 09/17/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE OTTENWESS AUGUST 2014 INVOICE | 0.20 | 31.20 |
| 09/18/2014 | MMM | REVIEW CONWAY MACKENZIE'S RESPONSES TO FEE REVIEWER'S COMMENTS FOR ADEQUACY AND COMPLETENESS RE: MAY INVOICE. | 0.40 | 136.80 |
| 09/18/2014 | MMM | TRACK RECEIPT OF JULY INVOICES FOR MILLER CANFIELD AND KILPATRICK. | 0.10 | 34.20 |
| 09/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE ERNST AND YOUNG JULY 2014 INVOICE. | 0.90 | 140.40 |
| 09/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE DYKEMA JULY 2014 INVOICE. | 0.70 | 109.20 |
| 09/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KILPATRICK JULY 2014 INVOICE. | 0.60 | 93.60 |
| 09/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE MILLER CANFIELD JULY 2014 INVOICE. | 1.10 | 171.60 |
| 09/19/2014 | MMM | TRACK RECEIPT OF MILLER CANFIELD AND DYKEMA JULY INVOICES. | 0.10 | 34.20 |
| 09/22/2014 | MCP | BEGIN TO EXTRACT, FORMAT AND SUMMARIZE MILLIMAN AUGUST 2014 INVOICE. | 0.20 | 31.20 |
| 09/26/2014 | MMM | REVIEW ELEVEN SPREADSHEETS FOR CITY PROFESSIONALS | 0.90 | 307.80 |

|  |  | FOR JULY AND PREPARE COMMENTS TO STAFF FOR EDITING. |  |  |
|---|---|---|---|---|
| 09/29/2014 | MMM | COMPLETE REVIEW OF SPREADSHEETS FOR COMMITTEE PROFESSIONALS' INVOICES FOR JULY. | 0.30 | 102.60 |
| 09/29/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE LAZARD JULY 2014 INVOICE. | 0.20 | 31.20 |
| 09/29/2014 | MMM | TRANSMIT FIFTEEN JULY SPREADSHEETS TO FEE EXAMINER TEAM MEMBERS. | 0.40 | 136.80 |
| 09/29/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE MILLER BUCKFIRE JULY 2014 INVOICE. | 0.30 | 46.80 |
| 09/29/2014 | MMM | REVIEW ERNST & YOUNG RESPONSES TO FEE EXAMINER'S COMMENTS FOR ADEQUACY AND COMPLETENESS. | 0.80 | 273.60 |
| 09/29/2014 | MCP | MAKE VARIOUS CORRECTIONS TO JULY 2014 SPREADSHEETS. | 0.60 | 93.60 |
| 09/30/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE MILLIMAN AUGUST 2014 INVOICE. | 0.40 | 62.40 |
| 09/30/2014 | JEG | ERNST & YOUNG JULY 2014 INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 2.80 | 761.60 |
| 09/30/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE DENTONS AUGUST 2014 INVOICE (1.2). RECALCULATE HOURS IN DESCRIPTION AND COMPARE TO AMOUNT BILLED (.7) | 1.90 | 296.40 |
| 09/30/2014 | JEG | ERNST & YOUNG JULY 2014 INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.50 | 136.00 |
| 09/30/2014 | JEG | ERNST & YOUNG JULY 2014 INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE & REPETITIVE TIME ENTRIES. | 1.10 | 299.20 |
| 09/30/2014 | JEG | ERNST & YOUNG JULY 2014 INVOICE REVIEW: SUMMARIZE RESULTS FROM REVIEW FOR DISCUSSION WITH M.MCMICKLE. | 0.30 | 81.60 |
| 09/30/2014 | MMM | CONFIRM REVISIONS MADE TO CONWAY MACKENZIE APRIL INVOICE BASED ON FEE EXAMINER COMMENTS. | 0.60 | 205.20 |

10,707.20

EXPENSES

| 09/30/2014 | EXP | COPY CHARGE | 0.30 |
|---|---|---|---|

0.30

Total amount of this invoice    $10,707.50

Invoice payable upon receipt.  Thank you for this opportunity to be of service.