UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | CHAPTER 9 |
|---|---|
| City of Detroit | |
| Debtor | CASE NO. 13-53846 |
| William Ochadleus, *et. al.* | |
| Appellants | HON. STEVEN W. RHODES |

## *EX PARTE* MOTION TO WAIVE DUPLICATE FEES

Due to an electronic filing error, two Notices of Appeals for these same Appellants were opened within a 24-hour time period. The intent of the Appellants was to only submit one appeal. The Court struck Docket numbers 8319 and 8323. Appellants respectfully requests that the excess filing fees collected ($298) be refunded.

/s/Jamie S. Fields
Jamie S. Fields (P-52808)
555 Brush #2409
Detroit, Michigan 48226
313-570-3906
jeansartre@msn.com

Respectfully submitted: November 19, 2014

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | CHAPTER 9 |
| City of Detroit | |
| Debtor | CASE NO. 13-53846 |
| William Ochadleus, *et. al.* | |
| Appellants | HON. STEVEN W. RHODES |

## ORDER

This matter having come before the Court on an *Ex Parte Motion to Waive Duplicate Fees*, the Court having reviewed the motion, and the Court having determined that the factual bases set forth in the motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. **The Motion is GRANTED.**