# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | CHAPTER 9 |
| City of Detroit | |
| Debtor | CASE NO. 13-53846 |
| William Ochadleus, *et. al.* | |
| Appellants | HON. STEVEN W. RHODES |

## ORDER GRANTING *EX PARTE* MOTION
## TO WAIVE DUPLICATE FEES

This matter having come before the Court on an *Ex Parte Motion to Waive Duplicate Fees*, the Court having reviewed the motion, and the Court having determined that the factual bases set forth in the motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. **The Motion is GRANTED.**

.

**Signed on November 20, 2014**

                                                       /s/ Steven Rhodes
                                                     **Steven Rhodes**
                                                     **United States Bankruptcy Judge**