211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

---

Case No.:  13–53846–swr
Chapter:  9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:


Employer's Tax I.D. No.:
   38–6004606

---

NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non–Compliant:

Notice of Appeal

is defective as indicated:

- ☐ Acceptable List of Creditors
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Cover Sheet for Amendments (To be filed with corrected document in its entirety as one PDF)
- ☐ Amended Document (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010–1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☑ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances – Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non–Compliant (LBR 9010–1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service Missing or Non–Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet

☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 11/18/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:                                                              Case No. 13-53846-swr
City of Detroit, Michigan                                          Chapter 9
           Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2          User: ktrio              Page 1 of 17          Date Rcvd: Nov 18, 2014
                             Form ID: def2            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2014.
cr              Jamie Fields,   detroit, mi   48226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Daniel M. McDermott

                                                                       TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2014                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2014 at the address(es) listed below:
          A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
          alfredo.perez@weil.com,kelly.diblasi@weil.com,debora.hoehne@weil.com,elizabeth.hendee@weil.com,
          edward.soto@weil.com,Edward.McCarthy@weil.com,brenda.funk@weil.com
          Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
          ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
          ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
          ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
          Alidz  Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
          oshagan@legghioisrael.com,  drf@legghioisrael.com
          Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
          Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
          allan.brilliant@dechert.com
          Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
          allan.brilliant@dechert.com
          Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
          abach@dickinsonwright.com
          Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
          achouprouta@kramerlevin.com
          Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
          acaton@kramerlevin.com,  achouprouta@kramerlevin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Andrew A. Paterson, Jr.   on behalf of Plaintiff   Citizens United Against Corrupt Government
aap43@outlook.com,  aap43law@gmail.com
Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
aap43@outlook.com,  aap43law@gmail.com
Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
aap43law@gmail.com
Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com
Angela Williams   on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
HollisR@dhcmi.org
Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
aoreilly@honigman.com,  ahatcher@honigman.com
Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
and Agricultural Implement Workers of America bceccotti@cwsny.com
Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
Barbara A. Patek   on behalf of Attorney   Erman, Teicher, Zucker & Freedman, P.C.
bpatek@ermanteicher.com
Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
bpatek@ermanteicher.com
Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
bpatek@ermanteicher.com
Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
bfagan@dibandfagan.com
Benjamin J. Wilensky   on behalf of Creditor Robert  Cole bjw@seikalystewart.com
Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
bbest@schaferandweiner.com,  wkyles@schaferandweiner.com
Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
wkyles@schaferandweiner.com
Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
wkyles@schaferandweiner.com
Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
ssikorski@manteselaw.com
Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
joumedian@sspclegal.com
Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com,
joumedian@sspclegal.com
Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
bborder@sspclegal.com,  joumedian@sspclegal.com
Brett A. Border   on behalf of Interested Party   Kondaur Capital Corporation
bborder@sspclegal.com,  joumedian@sspclegal.com
Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
joumedian@sspclegal.com
Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com
Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
Care Network of Michigan btrumbauer@bodmanlaw.com
Bruce Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
bbennett@jonesday.com
Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
Carina Kraatz   on behalf of Interested Party   Resnick & Moss, P.C. ckraatz@resnicklaw.net,
jabdelnour@resnicklaw.net
Carina Kraatz   on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net,
jabdelnour@resnicklaw.net
Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation
carol.cohen@arentfox.com
Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
Carole Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
Michigan carole.neville@dentons.com
Carole Neville   on behalf of Retiree Committee   Official Committee of Retirees
carole.neville@dentons.com,daniel.morris@dentons.com
Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation
caroline.english@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation
       caroline.english@arentfox.com
    Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
    Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
       charlesID@hotmail.com
    Charles D. Bullock    on behalf of Interested Party   Gabriel, Roeder, Smith & Company
       cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
    Charles N. Ash   on behalf of Creditor    UBS AG cash@wnj.com,  kkranz@wnj.com
    Charles N. Ash   on behalf of Defendant   UBS AG cash@wnj.com,  kkranz@wnj.com
    Charles N. Ash   on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
       kkranz@wnj.com
    Charles N. Ash   on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
       kkranz@wnj.com
    Christopher A. Grosman   on behalf of Interested Party    BlackRock Financial Management, Inc.
       BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
    Christopher A. Grosman   on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
       cgrosman@carsonfischer.com
    Cindy  Tsai   on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
    Claude D. Montgomery   on behalf of Retiree Committee    Official Committee of Retirees
       claude.montgomery@dentons.com,.docketny@dentons.com,
       carole.neville@dentons.com;sam.alberts@dentons.com
    Claude D. Montgomery   on behalf of Plaintiff    Official Committee of Retirees of the City of
       Detroit, Michigan claude.montgomery@dentons.com,
       carole.neville@dentons.com;sam.alberts@dentons.com
    Courtney M. Rogers   on behalf of Interested Party    U.S. Bank National Association
       courtney.rogers@wallerlaw.com
    Courtney M. Rogers   on behalf of Creditor    U.S. Bank National Association
       courtney.rogers@wallerlaw.com
    Craig B. Rule   on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
       ANHSOA@earthlink.net
    Craig E. Zucker   on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
       czucker@ermanteicher.com
    Craig E. Zucker   on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
       czucker@ermanteicher.com
    Craig E. Zucker   on behalf of Creditor    Detroit Police Officers Association
       czucker@ermanteicher.com
    Cynthia J. Haffey   on behalf of Defendant    Detroit General Retirement System Service
       Corporation haffey@butzel.com,  smithe@butzel.com
    Cynthia J. Haffey   on behalf of Defendant    Detroit Police And Fire Retirement System Service
       Corporation haffey@butzel.com,  smithe@butzel.com
    Dan  Korobkin   on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
    Dan  Korobkin   on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
    Dan  Korobkin   on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
    Dan  Korobkin   on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
    Dan  Korobkin   on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
    Dan  Korobkin   on behalf of Interested Party James  Washington dkorobkin@aclumich.org
    Dan  Korobkin   on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
    Dan  Korobkin   on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
    Dan  Korobkin   on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
    Dan  Korobkin   on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
    Dan  Korobkin   on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
    Dan  Korobkin   on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
    Daniel J. Weiner   on behalf of Plaintiff    Ambac Assurance Corporation
       dweiner@schaferandweiner.com
    Daniel J. Weiner   on behalf of Interested Party    Ambac Assurance Corporation
       dweiner@schaferandweiner.com
    David  Eisenberg   on behalf of Creditor    Detroit Police Officers Association
       deisenberg@ermanteicher.com
    David  Eisenberg   on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
       deisenberg@ermanteicher.com
    David  Eisenberg   on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
       deisenberg@ermanteicher.com
    David A. Lerner   on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
       nwinman@plunkettcooney.com
    David E. Hart   on behalf of Creditor    FK Park, LLC deh@maddinhauser.com
    David E. Hart   on behalf of Creditor    FK South, LLC deh@maddinhauser.com
    David E. Lemke   on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
    David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
    David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
    David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
       dgheiman@jonesday.com
    David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
    David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
       david.dubrow@arentfox.com
    David M. Zack   on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
       nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
       nepc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          David T. Lin   on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
          kbilpo@seyburn.com
          Dawn R. Copley   on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com,
          dnavin@dickinsonwright.com
          Dawn R. Copley   on behalf of Interested Party    State of Michigan, Department of Attorney
          General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap   on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Debtor In Possession  City of Detroit, Michigan
          kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Plaintiff  City of Detroit, Michigan kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com,
          alexsym@pepperlaw.com
          Deborah L. Fish   on behalf of Interested Party  Ad Hoc COPs Holders dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Panning Capital Management, LP
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party  Aurelius Capital Management, LP
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party  Bronze Gable, L.L.C. dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party  Dexia Credit Local dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party  Dexia Holdings, Inc. dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Aurelius Capital Management, LP
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party  Monarch Alternative Capital LP
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   BlueMountain Capital Management, LLC
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Stone Lion Capital Partners L.P.
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party  Stone Lion Capital Partners L.P.
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Bronze Gable, L.L.C. dfish@allardfishpc.com,
          allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party  Norddeutsche Landesbank Luxembourg, S.A.
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party  Panning Capital Management, LP
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Monarch Alternative Capital LP
          dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Debra N. Pospiech   on behalf of Interested Party Patricia  Ramirez dpospiech@morganmeyers.com
          Dirk H. Beckwith   on behalf of Defendant  Detroit Retirement Systems Funding Trust 2005
          dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Defendant   Wilmington Trust, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association
          dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006
          dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association
          dbeckwith@fosterswift.com
          Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
          don@mcguiganlaw.com
          Douglas  Steele   on behalf of Interested Party   International Association of Fire Fighters,
          AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein   on behalf of Interested Party   Hudson-Webber Foundation
          dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   Community Foundation for Southeast
          Michigan dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   The Fred A. and Barbara M. Erb Family
          Foundation dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   W.K. Kellogg Foundation
          dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Douglas C. Bernstein    on behalf of Interested Party   Max M. and Marjorie S. Fisher Foundation
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party   The Ford Foundation
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party   Charles Stewart Mott Foundation
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party   William Davidson Foundation
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party   McGregor Fund
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party   A. Paul and Carol C. Schaap Foundation
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Earle I. Erman    on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
           eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor   Detroit Police Officers Association
           eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
           eerman@ermanteicher.com
          Edward J. Gudeman    on behalf of Interested Party   Enjoi Transportation, LLC
           ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
          Edward J. Gudeman    on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
           ejgudeman@gudemanlaw.com,  ecf@gudemanlaw.com
          Edward Todd Sable    on behalf of Interested Party   General Motors LLC tsable@honigman.com,
           litdocket@honigman.com
          Elias T. Majoros    on behalf of Interested Party   US Health & Life Insurance Company
           emajoros@glmpc.com
          Elizabeth M. Abood-Carroll    on behalf of Creditor   Champion Mortgage Company
           bankruptcy@orlans.com,  ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor   Federal National Mortgage Association
           (Fannie Mae) bankruptcy@orlans.com,  ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor   Wells Fargo Bank, NA bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor   CitiMortgage, Inc. bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor   M&T Bank bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor   M&T Bank bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor   EverBank bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor   Champion Mortgage Company
           bankruptcy@orlans.com,  ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor   Rushmore Loan Management Services, LLC
           bankruptcy@orlans.com,  ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor   Everhome Mortgage Company
           bankruptcy@orlans.com,  ANHSOA@earthlink.net
          Elliot G. Crowder    on behalf of Interested Party   Gabriel, Roeder, Smith & Company
           ecrowder@sbplclaw.com,  lhaas@sbplclaw.com
          Eric B. Gaabo    on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
          Eric D. Carlson    on behalf of Debtor In Possession   City of Detroit, Michigan
           carlson@millercanfield.com
          Eric David Novetsky    on behalf of Creditor   National Public Finance Guarantee Corporation
           enovetsky@jaffelaw.com
          Ethan D. Dunn    on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
           bankruptcy.maxwelldunn@gmail.com
          Evan Justin Feldman    on behalf of Creditor   Police and Fire Retirement System of the City of
           Detroit efeldman@clarkhill.com
          Evan Justin Feldman    on behalf of Creditor   General Retirement System of the City of Detroit
           efeldman@clarkhill.com
          Fred Neufeld    on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
          Geoffrey T. Pavlic    on behalf of Creditor   Nuveen Asset Management pavlic@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic    on behalf of Creditor   BlackRock Financial Management, Inc.
           pavlic@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Geoffrey T. Pavlic    on behalf of Creditor   Ad Hoc Bondholder Committee
           pavlic@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
           jabdelnour@resnicklaw.com
          Harold E. Nelson    on behalf of Creditor   Advisacare Health Care Solutions, Inc.
           ecf-hen@rhoadesmckee.com
          Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
          Heath Douglas Rosenblat    on behalf of Counter-Claimant   Wilmington Trust, N.A.
           Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Creditor   Wilmington Trust Company, National Association
           Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust, National Association
            Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat   on behalf of Defendant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
            Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan
            hlennox@jonesday.com
          Heather Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com
          Heidi Peterson   hdpeterson75@gmail.com
          Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com,
            mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
            howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc.
            howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt AG howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
            howard@jacobweingarten.com
          Howard S. Sher   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
            howard@jacobweingarten.com
          Howard S. Sher   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank
            Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Holdings, Inc.
            howard@jacobweingarten.com
          Howard S. Sher   on behalf of Intervenor-Defendant   Dexia Credit Local howard@jacobweingarten.com
          Howard Yale Lederman   on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
          Howard Yale Lederman   on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
          Howard Yale Lederman   on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
          Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
          Hugh M. Davis   on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
          Ian S. Bolton   on behalf of Creditor   FK Park, LLC ibolton@maddinhauser.com,
            bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          Ian S. Bolton   on behalf of Creditor   FK South, LLC ibolton@maddinhauser.com,
            bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          Irma  Industrious   on behalf of Interested Party   City of Detroit Law Department
            indui@detroitmi.gov
          James  Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc.
            james.sprayregen@kirkland.com
          James  Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc.
            james.sprayregen@kirkland.com
          James  Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd.
            james.sprayregen@kirkland.com
          Jamie Scott Fields   on behalf of Creditor Jamie  Fields jeansartre@msn.com
          Jamie Scott Fields   on behalf of Creditor   Retired Detroit Police Members Association
            jeansartre@msn.com
          Jason Abel   on behalf of Interested Party   Detroit Institute of Arts jpa@honigman.com
          Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
          Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company
            jbank@kerr-russell.com
          Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey  Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
            Lhaidostian@mwe.com
          Jeffrey  Rossman   on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com
          Jeffrey David Eaton   on behalf of Creditor   Parsons Brinckerhoff Michigan, Inc.
            jeaton@schiffhardin.com
          Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
          Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP
            jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
          Jeffrey S. Grasl   on behalf of Creditor   Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
            sharrow@mcdonaldhopkins.com
          Jennifer  Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC
            jbelveal@honigman.com, mjohnson@honigman.com
          Jennifer  Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC
            jbelveal@honigman.com, mjohnson@honigman.com
          Jeremiah Buffalo Wirgau   on behalf of Interested Party   CitiMortgage, Inc. jwirgau@sspclegal.com
          Jerome D. Goldberg   on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
          Jerome D. Goldberg   on behalf of Plaintiff   National Action Network--Michigan Chapter
            apclawyer@sbcglobal.net
          Jerome D. Goldberg   on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
          Jerome D. Goldberg   on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
          Jerome D. Goldberg   on behalf of Plaintiff   Michigan Welfare Rights Organization
            apclawyer@sbcglobal.net
          Jerome D. Goldberg   on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
          Jerome D. Goldberg   on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
          Jerome D. Goldberg   on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
          Jerome D. Goldberg   on behalf of Plaintiff   Peoples Water Board apclawyer@sbcglobal.net
          Jerome D. Goldberg   on behalf of Plaintiff   Moratorium Now! apclawyer@sbcglobal.net
          Jerome D. Goldberg   on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg   on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
          Jill Kristen Smith    on behalf of Creditor  Macomb County Jill.Smith@macombgov.org
          John A. Simon    on behalf of Debtor In Possession  City of Detroit, Michigan jsimon@foley.com
          John A. Stevens    on behalf of Creditor  Detroit Police Lieutenants and Sergeants Association
          jstevens@mathesonparr.com,  nlmumma@aol.com
          John E. Eaton    on behalf of Creditor  Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
          pjohnson@bredhoff.com;mforan@bredhoff.com
          John Joseph Ramirez    on behalf of Interested Party  Deutsche Bank AG, London
          john.ramirez@kattenlaw.com
          John P. Kapitan    on behalf of Creditor  Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger    on behalf of Creditor  Michigan Bell Telephone Company d/b/a AT&T Michigan
          john.sieger@kattenlaw.com
          John R. Canzano    on behalf of Creditor  Michigan Building and Construction Trades Council
          jcanzano@kmsmc.com
          Jonathan S. Green    on behalf of Interested Party  Miller, Canfield, Paddock and Stone, PLC
          green@millercanfield.com
          Jonathan S. Green    on behalf of Debtor In Possession  City of Detroit, Michigan
          green@millercanfield.com
          Jong-Ju  Chang    on behalf of Interested Party  City of Detroit, Water and Sewerage Department
          jchang@dykema.com,  dkelley@dykema.com;docket@dykema.com
          Joseph M. Fischer    on behalf of Creditor  Oakland County, Michigan brcy@carsonfischer.com,
          jfischer@carsonfischer.com
          Joseph R. Sgroi    on behalf of Interested Party  General Motors LLC jsgroi@honigman.com,
          litdocket@honigman.com
          Joshua A. Gadharf    on behalf of Interested Party  Syncora Capital Assurance Inc.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party  Syncora Guarantee Inc.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party  Syncora Holdings Ltd.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Plaintiff  Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judy B. Calton    on behalf of Creditor  120 W. Montcalm Properties LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Singent Consulting LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Kennedy Square Garage LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Mound Road Enterprises L.L.C. jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Country West Apartments, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  LDM, LLC jcalton@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  3250 Associated LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  TSD Solutions LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  136 Bagley LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  440 Congress LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Stanne Consulting, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Olympia Office Building, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Olympia Development of Michigan LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Skyline Partners LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Sunrise Parking LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Taggart Technologies LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Cass Community Social Services, Inc.
          jcalton@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Arrow Uniform Rental, Inc. jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party  Detroit Entertainment, LLC jcalton@honigman.com,
          litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
          blundberg@honigman.com, litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Oakland Plant Properties, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Magnolia Properties, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
          jcalton@honigman.com, litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Columbia Parking jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
          mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
          jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
          344 jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
          jteicher@ermanteicher.com
          Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
          karen.dine@kattenlaw.com
          Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
          Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
          Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
          Association Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
          Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
          Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
          kressk@pepperlaw.com, alexsym@pepperlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
          kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
          kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
          kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
           kschneider@schneidermiller.com
          Kevin M. Baum    on behalf of Interested Party   Deutsche Bank Securities Inc.
           kevin.baum@kattenlaw.com
          Kevin N. Summers    on behalf of Creditor   National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson    on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
          Kristin K. Going    on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006
           Kristin.Going@dbr.com
          Kristin K. Going    on behalf of Defendant   Detroit Retirement Systems Funding Trust 2005
           Kristin.Going@dbr.com
          Kurt  Thornbladh    on behalf of Plaintiff   Peoples Water Board kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff   National Action Network--Michigan Chapter
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Interested Party   Housing is a Human Right Coalition
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff   Moratorium Now! kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor   Plymouth Square Ltd. Housing Association
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor   Michigan Welfare Rights Organization
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff   Michigan Welfare Rights Organization
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor   Michigan Auto Recovery Service, Inc.
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          L. Nichole Hunter    on behalf of Creditor   Public Lighting Authority nhunter@alglawpc.com,
           sobrien@alglawpc.com
          Lawrence A. Larose    on behalf of Creditor   Assured Guaranty Municipal Corp.
           llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Lawrence A. Larose    on behalf of Plaintiff   Assured Guaranty Municipal Corp.
           llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Leah  Montesano    on behalf of Interested Party   Ambac Assurance Corporation
           leah.montesano@arentfox.com
          Leland  Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
          Leonora K. Baughman    on behalf of Respondent   Wayne County Treasurer ecf@kaalaw.com
          Lisa  Okasinski    on behalf of Creditor   HRT Enterprises lisa@demolaw.com
          Lisa Hill Fenning    on behalf of Creditor   General Retirement System of the City of Detroit
           Lisa.Fenning@aporter.com
          Lisa Hill Fenning    on behalf of Creditor   Police and Fire Retirement System of the City of
           Detroit Lisa.Fenning@aporter.com
          Louis P. Rochkind    on behalf of Plaintiff   National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com,  dburris@jaffelaw.com
          Louis P. Rochkind    on behalf of Creditor   National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com,  dburris@jaffelaw.com
          Lynn M. Brimer    on behalf of Creditor   Retired Detroit Police Members Association
           lbrimer@stroblpc.com,  kvanakin@stroblpc.com
          M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
           dwhadden@umich.edu
          Mallory  Field    on behalf of Creditor   Retired Detroit Police Members Association
           MField@stroblpc.com,  pfourne@stroblpc.com
          Mami  Kato    on behalf of Interested Party   International Union of Operating Engineers, Local
           324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
           pmerchak@sachswaldman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Mami  Kato   on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
              pmerchak@sachswaldman.com
              Mami  Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
              pmerchak@sachswaldman.com
              Mami  Kato   on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
              pmerchak@sachswaldman.com
              Mami  Kato   on behalf of Interested Party   Service Employees International Union, Local 517M
              mkato@sachswaldman.com,  pmerchak@sachswaldman.com
              Mami  Kato   on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
              pmerchak@sachswaldman.com
              Mami  Kato   on behalf of Creditor   Detroit Police Command Officers Association
              mkato@sachswaldman.com,  pmerchak@sachswaldman.com
              Mami  Kato   on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
              pmerchak@sachswaldman.com
              Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan
              swansonm@millercanfield.com
              Marc N. Swanson   on behalf of Defendant   City of Detroit, Michigan swansonm@millercanfield.com
              Marc N. Swanson   on behalf of Defendant   Detroit City Council swansonm@millercanfield.com
              Mark  Wasvary   on behalf of Creditor   Hyde Park Co-Operative, et al. mark@wasvarylaw.com
              Mark  Wasvary   on behalf of Creditor   Plymouth Square Ltd. Housing Association
              mark@wasvarylaw.com
              Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com
              Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation
              mark.angelov@arentfox.com
              Mark Allan Porter   on behalf of Other Professional   Allen Park Retirees Assn
              maplawat911@msn.com,  map-law.pllc@att.net
              Mark H. Shapiro   on behalf of Creditor   Nuveen Asset Management shapiro@steinbergshapiro.com,
              jbrown@steinbergshapiro.com
              Mark H. Shapiro   on behalf of Interested Party   The Securities Industry and Financial Markets
              Association shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
              Mark H. Shapiro   on behalf of Creditor   BlackRock Financial Management, Inc.
              shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
              Mark H. Shapiro   on behalf of Interested Party   Greenhill & Co., LLC
              shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
              Mark R. James   on behalf of Interested Party   Financial Guaranty Insurance Company
              mrj@wwrplaw.com
              Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
              Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
              Marshall S. Huebner   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
              bankrout@davispolk.com
              Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
              mbcobbs@flash.net
              Mary Beth Cobbs   on behalf of Interested Party   City of Detroit Law Department
              cobbm@detroitmi.gov,  mbcobbs@flash.net
              Matthew  Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
              Matthew  Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
              Matthew  Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
              Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
              wilkins@bwst-law.com,  marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Retiree Committee   Official Committee of Retirees
              wilkins@bwst-law.com,  marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association
              wilkins@bwst-law.com,  marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
              wilkins@bwst-law.com,  marbury@bwst-law.com
              Matthew  Wilkins   on behalf of Intervenor-Plaintiff   Official Committee of Retirees of the City
              of Detroit, Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
              Matthew D. Harper   on behalf of Interested Party   City of Detroit Water and Sewerage Department
              mdharper@eastmansmith.com
              Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und
              Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
              Matthew Gernet Summers   on behalf of Creditor   FMS Wertmanagement summersm@ballardspahr.com
              Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
              summersm@ballardspahr.com
              Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG
              summersm@ballardspahr.com
              Max J. Newman   on behalf of Interested Party   Wayne County Corporation newman@butzel.com
              Melissa Demorest LeDuc   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com,
              paula@demolaw.com
              Melissa Demorest LeDuc   on behalf of Creditor John  Denis melissa@demolaw.com,  paula@demolaw.com
              Melissa Demorest LeDuc   on behalf of Creditor   John W. and Vivian M. Denis Trust
              melissa@demolaw.com,  paula@demolaw.com
              Melissa Demorest LeDuc   on behalf of Creditor James  Herbert melissa@demolaw.com,
              paula@demolaw.com
              Melissa Demorest LeDuc   on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
              paula@demolaw.com
              Melissa S. Byrd   on behalf of Creditor   Bank of America  N.A. Easternecf@trottlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown
  mdordeski@foleymansfield.com,cindy@loevy.com
Meredith  Taunt   on behalf of Creditor   Retired Detroit Police Members Association
  mtaunt@stroblpc.com,  KVanAkin@stroblpc.com
Michael Anthony Karman   on behalf of Creditor   Fountain Court Consumer Housing Cooperative
  makarmanesq@gmail.com
Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael C. Hammer   on behalf of Interested Party   MGM Grand Detroit, LLC
  mchammer2@dickinsonwright.com
Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell   on behalf of Interested Party   State of Michigan, Department of Attorney
  General BellMl@michigan.gov
Michael R. Bell   on behalf of Interested Party Bill  Schuette BellMl@michigan.gov
Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association
  mike.paslay@wallerlaw.com,
  Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
  rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
  msl@maddinhauser.com,  bac@maddinhauser.com
My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
  mao-bk-ecf@debevoise.com
Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP
  ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and
  Agricultural Implement Workers of America Nganatra@uaw.net
Noah J. Ornstein   on behalf of Interested Party   Syncora Guarantee Inc.
  noah.ornstein@kirkland.com
Noah J. Ornstein   on behalf of Interested Party   Syncora Capital Assurance Inc.
  noah.ornstein@kirkland.com
Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
  Paige.Barr@kattenlaw.com
Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
  mkisell@plunkettcooney.com
Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan
  pmears@btlaw.com
Paul H. Saint-Antoine   on behalf of Defendant   Wilmington Trust, N.A.
  Paul.Saint-Antoine@dbr.com,  Todd.Hutchison@dbr.com;James.Williamson@dbr.com
Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
  phage@jaffelaw.com,  jtravick@jaffelaw.com
Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation
  phage@jaffelaw.com,  jtravick@jaffelaw.com
Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
  Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of
  Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
  marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and
  Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation
  pcanzano@sidley.com
Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation
  ralph.taylor@arentfox.com
Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
Randall A. Brater   on behalf of Interested Party   Ambac Assurance Corporation
  randall.brater@arentfox.com
Randall A. Pentiuk   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
  RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
Randall A. Pentiuk   on behalf of Interested Party   Joliet Town Houses Cooperative Association
  RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
Randall A. Pentiuk   on behalf of Interested Party   Lafayette Town Houses, Inc.
  RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
Randall A. Pentiuk   on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com,
  Pentiukpc@aol.com
Randall A. Pentiuk   on behalf of Interested Party   St. James Cooperative RPentiuk@PCK-Law.Com,
  Pentiukpc@aol.com
Randall A. Pentiuk   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
  RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
Raymond  Guzall, III   on behalf of Creditor   Johnnie Leon Cato rayguzall@attorneyguzall.com
Raymond  Guzall, III   on behalf of Creditor   Michael Amine Beydoun rayguzall@attorneyguzall.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Richard  Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
    mao@cravath.com

    Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov

    Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
    richardmack@millercohen.com,  mcoil@millercohen.com

    Richard G. Mack, Jr.    on behalf of Creditor    Coalition of Detroit Unions
    richardmack@millercohen.com,  mcoil@millercohen.com

    Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
    State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com,  mcoil@millercohen.com

    Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
    State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
    mcoil@millercohen.com

    Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
    Department ecf@kaalaw.com,  wjackson@KAALaw.com

    Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
    robert.darnell@usdoj.gov

    Robert  Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
    County and Municipal Employees rfetter@millercohen.com,
    richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
    com

    Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
    rfetter@millercohen.com,
    richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
    com

    Robert  Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
    County and Municipal Employees rfetter@millercohen.com,
    richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
    com

    Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
    rweisberg@carsonfischer.com

    Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
    Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com

    Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
    rgordon@clarkhill.com,  lbellguzzo@clarkhill.com

    Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com

    Robert M. Fishman    rfishman@shawfishman.com

    Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
    bbassel@gmail.com,  robertbassel@hotmail.com

    Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
    robertbassel@hotmail.com

    Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
    robertbassel@hotmail.com

    Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
    bbassel@gmail.com,  robertbassel@hotmail.com

    Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
    bbassel@gmail.com,  robertbassel@hotmail.com

    Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
    alexsym@pepperlaw.com;kuschj@pepperlaw.com

    Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
    alexsym@pepperlaw.com;kuschj@pepperlaw.com

    Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
    alexsym@pepperlaw.com;kuschj@pepperlaw.com

    Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
    alexsym@pepperlaw.com;kuschj@pepperlaw.com

    Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
    hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com;kuschj@pepperlaw.com

    Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
    alexsym@pepperlaw.com;kuschj@pepperlaw.com

    Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
    alexsym@pepperlaw.com;kuschj@pepperlaw.com

    Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
    alexsym@pepperlaw.com;kuschj@pepperlaw.com

    Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
    alexsym@pepperlaw.com;kuschj@pepperlaw.com

    Roxanne M. Giunta    on behalf of Interested Party    State of Michigan rmgiunta@lambertleser.com

    Ryan  Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com

    Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
    jgreeniajdobrzycki@lippittokeefe.com

    Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
    Association rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com

    Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
    rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com

    Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
    jgreeniajdobrzycki@lippittokeefe.com

    Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
    rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com

    Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
    rplecha@lippittokeefe.com,  jgreeniajdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Ryan  Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
     jgreeniajdobrzycki@lippittokeefe.com
Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
     jgreeniajdobrzycki@lippittokeefe.com
Ryan Blaine Bennett   on behalf of Interested Party    Syncora Guarantee Inc.
     ryan.bennett@kirkland.com,
     dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
     irkland.com
Ryan Blaine Bennett   on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
     dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
     irkland.com
Ryan Blaine Bennett   on behalf of Interested Party    Syncora Capital Assurance Inc.
     ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
     justin.bernbrock@kirkland.com,
     dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
     irkland.com
Ryan Blaine Bennett   on behalf of Interested Party    Syncora Guarantee Inc.
     ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
     justin.bernbrock@kirkland.com,
     dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
     irkland.com
Ryan Blaine Bennett   on behalf of Interested Party    Syncora Holdings Ltd.
     ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
     dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
     irkland.com
Sam J. Alberts   on behalf of Retiree Committee    Official Committee of Retirees
     sam.alberts@dentons.com,  dan.barnowski@dentons.com
Sam J. Alberts   on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
     Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
Samuel S. Kohn   on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
     sbloomfield@chadbourne.com;lschapira@chadbourne.com
Samuel S. Kohn   on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
     sbloomfield@chadbourne.com;lschapira@chadbourne.com
Sandra L. O'Connor   on behalf of Interested Party    US Health & Life Insurance Company
     soconnor@glmpc.com
Sara Klettke MacWilliams   on behalf of Creditor    Oakland County, Michigan
     macwilliams@youngpc.com,  efiling@youngpc.com
Scott A. Wolfson   on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
     david.rosenzweig@nortonrosefulbright.com,melanie.keiter@nortonrosefulbright.com,
     stravis@wolfsonbolton.com
Scott B. Kitei   on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com
Scott M. Watson   on behalf of Creditor    UBS AG swatson@wnj.com
Scott R. Murphy   on behalf of Creditor    36th District Court for the State of Michigan
     smurphy@btlaw.com,  Roslyn.Thoits@btlaw.com
Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
Shanna Marie Kaminski   on behalf of Interested Party    City of Detroit Water and Sewerage
     Department ecf@kaalaw.com,  skaminski@kaalaw.com
Shanna Marie Kaminski   on behalf of Defendant    Detroit Water and Sewerage Department
     ecf@kaalaw.com,  skaminski@kaalaw.com
Shannon L. Deeby   on behalf of Interested Party    General Retirement System of the City of
     Detroit sdeeby@clarkhill.com
Shannon L. Deeby   on behalf of Interested Party    Police and Fire Retirement System of the City
     of Detroit sdeeby@clarkhill.com
Shannon L. Deeby   on behalf of Creditor    Police and Fire Retirement System of the City of
     Detroit sdeeby@clarkhill.com
Shannon L. Deeby   on behalf of Creditor    General Retirement System of the City of Detroit
     sdeeby@clarkhill.com
Sharon L. Levine   on behalf of Creditor    Michigan Council 25 of the American Federation of
     State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine   on behalf of Creditor    Michigan Council 25 of the American Federation of
     State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine   on behalf of Creditor    Michigan Council 25 Of The American Federation of
     State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
     slevine@lowenstein.com
Sheldon S. Toll   on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
     lawtoll@comcast.net
Sherrie L. Farrell   on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
     mpearson@dykema.com;docket@dykema.com
Sherrie L. Farrell   on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
     mpearson@dykema.com;docket@dykema.com
Sheryl L. Toby   on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
     dguerrero@dykema.com
Sheryl L. Toby   on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
     dguerrero@dykema.com
Stephen Wolpert   on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
Stephen B. Grow   on behalf of Creditor    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
Stephen B. Grow   on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
     kfrantz@wnj.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Stephen B. Grow     on behalf of Defendant     Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
    kfrantz@wnj.com
    Stephen B. Grow     on behalf of Defendant     UBS AG sgrow@wnj.com,  kfrantz@wnj.com
    Stephen C. Hackney     on behalf of Interested Party     Syncora Holdings Ltd.
    stephen.hackney@kirkland.com
    Stephen C. Hackney     on behalf of Interested Party     Syncora Capital Assurance Inc.
    stephen.hackney@kirkland.com
    Stephen C. Hackney     on behalf of Interested Party     Syncora Guarantee Inc.
    stephen.hackney@kirkland.com
    Stephen C. Hackney     on behalf of Defendant     Syncora Guarantee, Inc. stephen.hackney@kirkland.com
    Stephen M. Gross     on behalf of Plaintiff     Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
    shelly.harrow@gmail.com
    Stephen M. Gross     on behalf of Interested Party     Syncora Guarantee Inc.
    sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
    Stephen M. Gross     on behalf of Creditor     Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
    shelly.harrow@gmail.com
    Stephen M. Gross     on behalf of Interested Party     Syncora Holdings Ltd.
    sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
    Stephen M. Gross     on behalf of Interested Party     Syncora Capital Assurance Inc.
    sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
    Stephen S. LaPlante     on behalf of Interested Party     Detroit Institute of Arts
    laplante@millercanfield.com,  skoczylas@millercanfield.com
    Stephen S. LaPlante     on behalf of Defendant     City of Detroit, Michigan
    laplante@millercanfield.com,  skoczylas@millercanfield.com
    Stephen S. LaPlante     on behalf of Plaintiff     City of Detroit, Michigan
    laplante@millercanfield.com,  skoczylas@millercanfield.com
    Stephen S. LaPlante     on behalf of Defendant     Detroit City Council laplante@millercanfield.com,
    skoczylas@millercanfield.com
    Stephen S. LaPlante     on behalf of Debtor In Possession     City of Detroit, Michigan
    laplante@millercanfield.com,  skoczylas@millercanfield.com
    Steven B. Flancher     on behalf of Interested Party     State of Michigan flanchers@michigan.gov
    Steven G. Howell     on behalf of Interested Party     State of Michigan showell@dickinsonwright.com
    Steven G. Howell     on behalf of Interested Party     State of Michigan, Department of Attorney
    General showell@dickinsonwright.com
    Stuart A. Gold     on behalf of Creditor     Detroit Public Library sgold@glmpc.com
    Susheel Kirpalani     on behalf of Plaintiff     Syncora Guarantee Inc.
    susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
    Susheel Kirpalani     on behalf of Interested Party     Syncora Guarantee Inc.
    susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
    Suzanne L. Wahl     on behalf of Creditor     DEPFA Bank PLC swahl@schiffhardin.com,
    mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmissian@schiffhardin.com;edocket@schiffha
    rdin.com
    Tamar  Dolcourt     on behalf of Debtor In Possession     City of Detroit, Michigan
    tdolcourt@foley.com
    Thomas B. Radom     on behalf of Creditor     Stroh Properties, Inc. Radom@butzel.com
    Thomas B. Radom     on behalf of Defendant     Detroit Police And Fire Retirement System Service
    Corporation Radom@butzel.com
    Thomas B. Radom     on behalf of Defendant     Detroit General Retirement System Service Corporation
    Radom@butzel.com
    Thomas P. Christy     on behalf of Creditor     Berkshire Hathaway Assurance Corporation
    tchristy@garanlucow.com
    Thomas R. Morris     on behalf of Plaintiff     Detroit Retired City Employees Association
    morris@silvermanmorris.com,  marlene@silvermanmorris.com
    Thomas R. Morris     on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
    marlene@silvermanmorris.com
    Thomas R. Morris     on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
    marlene@silvermanmorris.com
    Thomas R. Morris     on behalf of Interested Party     Retired Detroit Police and Fire Fighers
    Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
    Thomas R. Morris     on behalf of Plaintiff     Retired Detroit Police and Fire Fighters Association
    morris@silvermanmorris.com,  marlene@silvermanmorris.com
    Thomas R. Morris     on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
    marlene@silvermanmorris.com
    Thomas R. Morris     on behalf of Interested Party     Detroit Retired City Employees Association
    morris@silvermanmorris.com,  marlene@silvermanmorris.com
    Thomas R. Morris     on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
    marlene@silvermanmorris.com
    Timothy A. Fusco     on behalf of Interested Party     Meijer, Inc. fusco@millercanfield.com
    Timothy A. Fusco     on behalf of Debtor In Possession     City of Detroit, Michigan
    fusco@millercanfield.com
    Timothy A. Fusco     on behalf of Defendant     City of Detroit, Michigan fusco@millercanfield.com
    Timothy R. Graves     on behalf of Interested Party     Bronze Gable, L.L.C. tgraves@allardfishpc.com,
    allardfishpc@yahoo.com
    Timothy R. Graves     on behalf of Interested Party     Norddeutsche Landesbank Luxembourg, S.A.
    tgraves@allardfishpc.com,  allardfishpc@yahoo.com
    Timothy R. Graves     on behalf of Interested Party     Aurelius Capital Management, LP
    tgraves@allardfishpc.com,  allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Timothy R. Graves   on behalf of Interested Party   Stone Lion Capital Partners L.P.
        tgraves@allardfishpc.com,  allardfishpc@yahoo.com
    Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
        allardfishpc@yahoo.com
    Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
        allardfishpc@yahoo.com
    Timothy R. Graves   on behalf of Interested Party   Panning Capital Management, LP
        tgraves@allardfishpc.com,  allardfishpc@yahoo.com
    Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP
        tgraves@allardfishpc.com,  allardfishpc@yahoo.com
    Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
        allardfishpc@yahoo.com
    Trevor J. Zamborsky   on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Nicholas  Martin tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
            trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
       trevor.zamborsky@gmail.com
    Vanessa G. Fluker    on behalf of Interested Party   Center for Community Justice and Advocacy
      vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
    William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
    William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
    William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
    William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
    William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
    William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
    William C. Blasses    on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
    William C. Blasses    on behalf of Interested Party  Michigan Property Tax Relief, LLC
      wcb@osbig.com
    William C. Blasses    on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
    William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
    William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
    William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
    William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
    William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
    William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
    William Norman Listman    on behalf of Interested Party   Southeastern Oakland County Water
      Authority wlistman@davislistman.com
    William Pfeiffer Smith    on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
    William W. Kannel    on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
    William W. Kannel    on behalf of Creditor   Fidelity Management & Research Company
      wkannel@mintz.com
    Winnifred P. Boylan    on behalf of Interested Party   State of Michigan wpboylan@lambertleser.com
    Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
      jsmith@olsmanlaw.com
    Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
      jsmith@olsmanlaw.com
    Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
      jsmith@olsmanlaw.com
    Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
      jsmith@olsmanlaw.com
    Yuliy  Osipov    on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
      yo_ecf@osbig.com;tc_ecf@osbig.com
    Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
      yo_ecf@osbig.com;tc_ecf@osbig.com
    Yuliy  Osipov    on behalf of Interested Party   Michigan Property Tax Relief, LLC
      yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
    Yuliy  Osipov    on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
      yo_ecf@osbig.com;tc_ecf@osbig.com

                                               TOTAL: 688