**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**(Southern Division)**

In re

CITY OF DETROIT, MICHIGAN,

        Debtor.

Chapter 9

Case No. 13-53846-swr

Hon. Steven W. Rhodes

**REQUEST TO BE REMOVED FROM**
**RECEIVING ELECTRONIC FILING NOTICES**

Please remove attorney Howard S. Sher in connection with creditors Deutsche Bank AG, London, Dexia Credit Local, and Dexia Holdings, Inc., whose e-mail address is howard@jacobweingarten.com, from receiving electronic filing notices in the above captioned case.

Dated: November 21, 2014.    Respectfully submitted,

    /s/ Howard S. Sher
    Howard S. Sher, (38337)
    Jacob & Weingarten, P.C.
    Somerset Place
    2301 W. Big Beaver Road, Suite 777
    Troy, Michigan 48084
    Tel: (248) 649-1900
    Fax: (248) 649-2920
    E-mail: howard@jacobweingarten.com