UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
                                                   :
In re                                              :   Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         :   Case No. 13-53846
                                                   :
                Debtor.                            :   Hon. Steven W. Rhodes
                                                   :
                                                   :
---------------------------------------------------x

# DEBTOR'S STATEMENT REGARDING MOTION TO FILE A LATE CLAIM FILED BY THOMASENA BARGE

The City of Detroit (the "City") hereby files this statement regarding the Motion to File a Late Claim (Docket No. 7581) (the "Motion") filed by Thomasena Barge.[1]

      1.      On September 18, 2014, Thomasena Barge, a retired City employee, filed the Motion. Although styled as a motion to file a late claim, the Motion, in substance, appears to constitute an objection to (a) confirmation of the Plan and (b) the application of ASF Recoupment to Ms. Barge's Claim.

      2.      Because (a) individual retirees were not required to file proofs of claim in the City's chapter 9 case and (b) the Court has confirmed the Plan and

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 8045) (the "Plan").

established the treatment of pension-related obligations, any relief granted to Ms. Barge pursuant to the Motion would have no effect upon the treatment of Ms. Barge's Claim under the Plan. Accordingly, the Motion is moot.

3. As to Ms. Barge's apparent concerns, the City has determined that she is not subject to ASF Recoupment based on her particular facts and circumstances. In addition, the ballot Ms. Barge received did not suggest that her pension would be subject to ASF Recoupment. At the City's request, representatives of the GRS have reached out to Ms. Barge to explain this situation in an effort to alleviate her concerns. The City further understands that Ms. Barge will receive notice of, and an application for, the Income Stabilization Benefit with her December 1, 2014 pension check.

Dated: November 21, 2014                          Respectfully submitted,

/s/ Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
Thomas A. Wilson (OH 0077047)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com
tawilson@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
    STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# CERTIFICATE OF SERVICE

    I, Heather Lennox, hereby certify that the foregoing Debtor's Statement Regarding Motion to File a Late Claim Filed by Thomasena Barge was filed and served via the Court's electronic case filing and noticing system on this 21st day of November, 2014.

                                              /s/ Heather Lennox