**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2014, I electronically filed *Response by the City of Detroit (Represented by its Mayor and Corporation Counsel) to the Detroit Retirement Systems' and Greenhill's Limited Objections to Entry of Proposed Order Confirming Eighth Amended Plan of Adjustment* with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

Dated: November 21, 2014      */s/ Schuyler von Oeyen*
Schuyler von Oeyen (P74048)
FINK + ASSOCIATES LAW
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI 48304
(248) 971-2500
svonoeyen@finkandassociateslaw.com