UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Chapter 9
City of Detroit, Michigan,                                      Case No. 13-53846
    Debtor.                                  Hon. Steven W. Rhodes
_____/

### Order Modifying Fee Review Order of September 11, 2013

For the reasons stated on the record in open Court on November 7, 2014, it is hereby ordered that this Court's Fee Review Order of September 11, 2013[1] is modified as follows:

1. The Fee Examiner shall combine his Preliminary Reports for August and September 2014 into one Preliminary Report, which shall be transmitted in accordance with the terms of the Fee Review Order on or about December 3, 2014.

2. The Resolution Period for the combined August and September 2014 Preliminary Report is reduced from 14 days to 7 days.

3. The Fee Examiner shall file his Quarterly Report for July, August and September 2014 on or before December 22, 2014.

4. The Invoice Deadlines, within which each Professional must provide its Monthly Invoice to the Fee Examiner, is reduced for October and November 2014 as follows:

   a. The Invoice Deadline for October 2014 Monthly Invoices is November 30, 2014.

   b. The Invoice Deadline for November 2014 Monthly Invoices is December 18, 2014.

.

**Signed on November 21, 2014**

                                          /s/ Steven Rhodes
                                          Steven Rhodes
                                          United States Bankruptcy Judge

---

[1] Capitalized terms carry the same meaning ascribed to them in the Fee Review Order.