UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

**CONCURRENCE OF GREENHILL & CO., LLC TO THE DETROIT RETIREMENT SYSTEMS' BRIEF IN SUPPORT OF LIMITED OBJECTION TO ENTRY OF PROPOSED ORDER CONFIRMING EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

Greenhill & Co., LLC ("Greenhill"), hereby respectfully (a) asserts this limited objection (the "Limited Objection") to entry of the Order Confirming Eighth Amended Plan for Adjustment of Debts of the City of Detroit (the "Proposed Confirmation Order"), appended as Annex A to the *Notice of Filing of Revised Proposed Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* [Docket No. 8249], filed on November 11, 2014 by the above-captioned Debtor (the "Debtor"), and (b) concurs in *The Detroit Retirement Systems' Brief in Support of Limited Objection To Entry Of Proposed Order Confirming Eighth Amended Plan For The Adjustment Of Debts Of The City Of Detroit* [Docket No. 8393] (the "Brief in Support of Retirement Systems

Objection"), filed on November 21, 2014 by the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS" and together with the PFRS, the "Retirement Systems").  In further support of the present Concurrence, Greenhill provides the Declaration of Bradley A. Robins, attached hereto.

Dated:  November 21, 2014					Respectfully submitted,

GREENHILL & CO., LLC

  /s/   *Patricia Moran*
Patricia Moran
Chief Legal Officer
300 Park Avenue
New York, NY  10022
(212) 389-1625
patricia.moran@greenhill.com

- and-

STEINBERG SHAPIRO & CLARK

  /s/ Mark H. Shapiro (P43134)
Counsel for Greenhill & Co., LLC
25925 Telegraph Road, Suite 203
Southfield  MI  48033
248-352-4700
shapiro@steinbergshapiro.com