# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

## DECLARATION OF BRADLEY A. ROBINS

I, Bradley A. Robins, being duly sworn, make the following declaration:

1. My declaration is based upon my personal knowledge and my review and understanding of the policies and practices of Greenhill & Co., LLC ("Greenhill"), generally, as well as particularly, with respect to Greenhill's engagement by the General Retirement System and the Police and Fire Retirement System of the City of Detroit (the "GRS" and "PFRS" respectively, and together, the "RSCD").

2. I am presently employed as a Managing Director of Greenhill & Co., LLC, which is located at 300 Park Avenue, New York, New York 10022. I have been employed with Greenhill since 2001.

3. As a Managing Director, I am the Head of Financing Advisory & Restructuring for North America.

4. In my position as a Managing Director, I actively participated on behalf of Greenhill in the process run by GRS and PFRS in interviewing, selecting, retaining and compensating Greenhill with connection in our engagement. Greenhill was interviewed and

engaged to provide financial advisory services to assist the RSCD in the discharge of its duties on behalf of the plans and their participants.

5. The payment obligations under Greenhill's engagement letter ("Engagement Letter") run solely from the RSCD to Greenhill.

6. At the time that the RSCD engaged the services of Greenhill as its financial advisor, GRS and PFRS negotiated the terms of Greenhill's engagement and successfully sought and obtained concessions from Greenhill from the terms of Greenhill's original proposal.

7. The City of Detroit had no role whatsoever in the selection or contracting of Greenhill for its services as financial advisor to the RSCD, and the RSCD did not indicate in any way that Greenhill's fees would be subject to review by the City.

8. To the best of my knowledge and belief, (i) the RSCD has never been entitled to reimbursement of the fees of Greenhill or any other professional engaged by the RSCD from the City of Detroit (ii) the RSCD has never sought such reimbursement of the fees of Greenhill or any other professional engaged by the RSCD, and (iii) the City of Detroit has never offered to make any such reimbursement.

9. At no time during the negotiation of the Engagement Letter was there ever any discussion or understanding whatsoever that the costs and fees of Greenhill would be borne by any party other than the RSCD or that Greenhill would be required, directly or indirectly, to look to any other party for payment of those fees and expenses.

10. Leading up to and following the City of Detroit's July 18, 2013 Chapter 9 filing, Greenhill has fully performed the requested services and has been compensated by the RSCD consistent with the Engagement Letter.

11. I declare that the foregoing is true and accurate and can testify competently to these facts.

*[signature]*
By: Bradley A. Robins
Managing Director
Greenhill & Co., LLC