# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

**NOTICE OF WITHDRAWAL OF CONCURRENCE [DOCKET NO. 8394]**

    Greenhill & Co., LLC ("Greenhill") hereby withdraws its Concurrence filed at Docket No. 8394.

Dated: November 22, 2014        Respectfully submitted,

                                        GREENHILL & CO., LLC

                                        /s/ *Patricia Moran*
                                        Patricia Moran
                                        Chief Legal Officer
                                        300 Park Avenue
                                        New York, NY 10022
                                        (212) 389-1625
                                        patricia.moran@greenhill.com

                                        - and-

                                        STEINBERG SHAPIRO & CLARK

                                        /s/ Mark H. Shapiro (P43134)
                                        Counsel for Greenhill & Co., LLC
                                        25925 Telegraph Road, Suite 203
                                        Southfield MI 48033
                                        248-352-4700
                                        shapiro@steinbergshapiro.com