# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditor/Petitioners

v

In re:                                           Chapter 9
City OF DETROIT, MICHIGAN          Case No. 13-53846
AND EMERGENCY MANAGER         Magistrate Judge:
      KEVYN D.ORR                     Steven W. Rhodes
    Debtors/Respondent
_____/

# NOTICE OF SECOND VERIFIED MOTION FOR SUMMARY JUDGEMENT AND INCORPORATED BRIEF OF MAGISTRATE JUDGE STEVEN W RHODES
## CASE NO. 13-53846

Notice is hereby given that Carl Williams and Hassan Aleem, petitioners/creditors above named, moves the court for Second verified Motion for Summary Judgment and incorporated brief of the Plan of Adjustment and Confirmation of the plan on this day of November 21, 2014.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

In re:  
CITY OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR  
    Nh

                    Debtor

Chapter 9  
Case No. 13-53846  
Hon: Steven W. Rhodes

_____/

## PROOF OF SERVICE

__Carl Williams__, being first duly sworn deposes and Say that on November 21 2014. I sent a copy of Second verified motion of Summary Judgment and incorporated brief in support and notice, Upon the concern parties by certified mail at the following address:

City of Detroit  
Corporation Council  
First National Building  
600 Woodward Ave  
Detroit, Michigan 48226

Emergency Manager  
Kenyn Orr  
Coleman A Young Municipal Center  
2 Woodward 11th floor  
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Date: November 21, 2014