Form ntchrgadj

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing on 11/24/2014 at 10:00 AM to consider and act upon the following:

*7581* − Motion To File A Late Claim, Notice Of Motion, Certificate of Service, Filed by Creditor Thomasena Barge (ckata)

is hereby adjourned to **U.S. Courthouse, Courtroom 123, Detroit, MI 48226** on **12/15/14** at**10:00 AM**.

Dated: 11/24/14

                                BY THE COURT

                                Katherine B. Gullo
                                Clerk, U.S. Bankruptcy Court

                                BY: christine sikula
                                Deputy Clerk