UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Notice of Status Conference

Notice is given that the Court will conduct a status conference on December 15, 2014 at 10:00 a.m. in Courtroom 123 of the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

In addition to any matters that any of the parties raise, the Court gives notice of the following matters on the agenda for this status conference:

1. Plan implementation.

2. Consideration of the attached proposed order.

Signed on November 24, 2014

                                                    /s/ Steven Rhodes  
                                                  Steven Rhodes  
                                                  United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Chapter 9
                                                Case No. 13-53846
City of Detroit, Michigan,                      Hon. Steven W. Rhodes
        Debtor.
_____/

**PROPOSED**
Order Regarding Process to Determine the Disclosure and
<u>Reasonableness of Fees Under 11 U.S.C. § 943(b)(3)</u>

Remaining for adjudication is the disclosure and reasonableness of fees under 11 U.S.C. § 943(b)(3). Accordingly, it is hereby ordered:

1. Beginning on January 5, 2015, parties may file comments on the disclosure and reasonableness of fees under 11 U.S.C. § 943(b)(3). The deadline for filing comments is January 19, 2015.

2. Parties shall use the chapter 9 ECF event code "Comments on Fees."

3. Each party may file one set of comments. A party's comments may address the fees of its own professionals as well as the fees of other parties' professionals, either to support or to suggest a reduction.

4. Most helpful to the Court will be comments that are specific, fact-based, supported in the record or in attached declarations, and civil, and that suggest specific reduction amounts. Comments that simply state that the fees of _____ are too high will not be helpful. The Court invites comparisons to the fees in other bankruptcy cases of similar size, complexity and duration. The Court also invites comments on the extent to which professionals have already reduced their fees in the case and comments that disclose any agreements regarding the reasonableness of fees resulting from mediation or otherwise.

5. After reviewing the comments, the Court will determine whether and to what extent it will permit responses or a hearing.

6. Except as modified in this order, the order of October 31, 2014 entitled "Order Regarding Filing of Papers Relating to Fee Issue under 11 U.S.C. § 943(b)(3)" remains in effect.

7. The confidentiality provisions of the Court's mediation orders also remain in effect.