Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **12/1/14** at **02:00 PM** to consider and act upon the following:

*8413* – John P. Quinn's Motion For Partial Stay Pending Appeal, Notice Of John P. Quinn's Motion, Brief In Support and Certificate of Service. (related documents 8369 Notice of Appeal) Filed by Creditor John P. Quinn (ckata)

Dated: 11/24/14

                                      BY THE COURT

                                      Katherine B. Gullo
                                      Clerk, U.S. Bankruptcy Court

                                      BY: christine sikula
                                      Deputy Clerk