**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
-------------------------------------------------------------x
                                        :
In re                                   :        Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              :        Case No. 13-53846
                                        :
                  Debtor.               :        Hon. Steven W. Rhodes
                                        :
                                        :
-------------------------------------------------------------x
```

**ORDER:  (A) EXPUNGING PROOFS OF CLAIM NOS. 1120, 1136 AND 1197
FILED BY WILMINGTON TRUST, N.A.; (B) REDUCING PROOF OF CLAIM
NO. 1138 FILED BY WILMINGTON TRUST, N.A.; AND (C) PROVIDING
FOR THE WITHDRAWAL WITH PREJUDICE OF (1) OBJECTIONS
TO CONFIRMATION AND (2) RESPONSE TO THE REJECTION
OF THE COPS SERVICE CONTRACTS, FILED BY WILMINGTON TRUST, N.A.**

This matter came before the Court on the *Stipulation for an Order (A) Expunging Proofs of Claim Nos. 1120, 1136 and 1197 Filed by Wilmington Trust, N.A.; (B) Reducing Proof of Claim No. 1138 Filed by Wilmington Trust, N.A.; and (C) Providing for the Withdrawal With Prejudice of (1) Objections to Confirmation and (2) Response to the Rejection of the COPs Service Contracts, Filed By Wilmington Trust, N.A.* (the "Stipulation"), filed by the City of Detroit (the "City") and Wilmington Trust, National Association.  The Court has reviewed the Stipulation and finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (c) and the Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1.      The Stipulation is APPROVED.

2.     Upon the date hereof:   (a) the amount of WTNA COPs Proofs of Claim number 1138 (the "Remaining Claim") shall be reduced to $644,277.66; (b) the Remaining Claim shall be deemed (i) an Other Unsecured Claim within the meaning of Section I.A.262 of the Plan and (ii) classified in Class 14 under the Plan; (c) WTNA COPs Proofs of Claim numbers 1120 and 1136 shall be expunged; (d) the Wilmington Response and the City's Reply shall be deemed withdrawn with prejudice; and (e) Claim 1197 shall be expunged.

3.     The Parties shall retain any and all of their respective rights with respect to the Remaining Claim, including but not limited to (a) the City's right to object to the Remaining Claim on any and all available grounds and (b) WTNA's right to assert any and all available defenses to any such objections.

.

**Signed on November 24, 2014**

**_/s/ Steven Rhodes_**
**Steven Rhodes**
**United States Bankruptcy Judge**