| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |

\# 565388

In re:

Case No.: 13-53846

Debtor.
_____/

Carl William & Hassan Aleem
Dorothea Harris                    Adv. No.:

**Appellant,**

v.

City of Detroit Michigan

**Appellee.**

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| XVI | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| ___ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ___ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ___ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| ___ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

Date: 11/24/14            Name: Carl Williams & Hassan Aleem

| Name and Address of Interested Parties |
| --- |

Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521 5012
CWhazz@gmail.com

Hasson Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager: Kevyn Orr
Coleman A. Young Municipal Center
2 Woodward 11th Floor
Detroit, Michigan 48226