UNITED STATES BANKRUPTCY COURT

EASTERN DICTRICT OF MICHIGAN

SOUTH DIVISION



In re:

CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
          Debtor

Chapter 9
Case No: 13-53846
Hon: Steven W. Rhodes

November 24, 2014

## Objection to the 8th amendment to the plan of adjustment

I object to the 8th amendment plan of adjustment because, of my 5th amendment rights to due process have been violated.

I filed a complaint with the Detroit Police Commissioners Board. After a long delayed process, due to their negligence, I received a denial letter from the Detroit Police Department. Under the City Charter complaints concerning the Detroit Police Department, will be investigated and determined by the Detroit Police Commissioner's Board. At this time the Detroit Police Commissioners Board have no authority to make any decisions. Therefore determinations are made by the Authorities in charge of the Detroit Department, such as the Chief of Police and higher up to the Emergency Manager Kevyn D. Orr. This issue occurred during the time when Kevyn Orr was in charge.

I am requesting time to speak at the next court session concerning this issue.

Respectfully Yours,
Tijuana Morris
Ph: 313 208 8323
14841 Joy Road Apt 2
Detroit Mi 48228

*Tijuana Morris*

13-53846-tjt    Doc 8427    Filed 11/24/14    Entered 11/25/14 09:28:16    Page 1 of 1