UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



In re

CITY OF DETROIT, MICHIGAN,

    Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## JOINDER IN JOHN P. QUINN'S
## MOTION FOR PARTIAL STAY PENDING APPEAL

I have or intend to file a timely Notice of Appeal to the United States District Court for the Eastern District of Michigan from this Court's Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Doc. No. 8272, 11/12/14). I Join in John P. Quinn's Motion for Partial Stay Pending Appeal, filed today, and request that Mr. Quinn requests in that motion be granted to me as well.

Signature: Belinda Florence-Meyers
Printed Name: Belinda Florence-Meyers
Address: 20420 Anglin
Det, MI 48234
Phone: (313) 893-9435
email: BElindaFlo2@gmail.com

Dated: November 24, 2014