UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED (I)

2014 NOV 24 P 1: 55

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re                                         Chapter 9

CITY OF DETROIT, MICHIGAN,                    Case No. 13-53846

            Debtor.                           Hon. Steven W. Rhodes

_____/

JOINDER IN JOHN P. QUINN'S
MOTION FOR PARTIAL STAY PENDING APPEAL

I have or intend to file a timely Notice of Appeal to the United States District Court for

the Eastern District of Michigan from this Court's Order Confirming Eighth Amended Plan for

the Adjustment of Debts of the City of Detroit (Doc. No. 8272, 11/12/14). I Join in John P.

Quinn's Motion for Partial Stay Pending Appeal, filed today, and request that Mr. Quinn requests

in that motion be granted to me as well.

Signature: _Mary Diane Bukowski_

Printed Name: _MARY DIANE BUKOWSKI_

Address: _9000 E. Jefferson #28-2_

_Detroit, MI  48214_

Phone: _313- 825-6126_

email: _diane_bukowski@hotmail._
_com_

Dated: November 24, 2014