UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


FILED (I)
2014 NOV 24 P 1:55
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re

CITY OF DETROIT, MICHIGAN,

Debtor.
_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## JOINDER IN JOHN P. QUINN'S
## MOTION FOR PARTIAL STAY PENDING APPEAL

I have or intend to file a timely Notice of Appeal to the United States District Court for the Eastern District of Michigan from this Court's Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Doc. No. 8272, 11/12/14). I Join in John P. Quinn's Motion for Partial Stay Pending Appeal, filed today, and request that Mr. Quinn requests in that motion be granted to me as well.

Signature: *Mark L. Smith*

Printed Name: MARK L. SMITH

Address: 1754 CAMPAU FARMS CIRCLE
DETROIT MI 48207

Phone: 313-259-2320

email: msmich9995@AOL.com

Dated: November 24, 2014