UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

JOINDER IN JOHN P. QUINN'S
MOTION FOR PARTIAL STAY PENDING APPEAL

I have or intend to file a timely Notice of Appeal to the United States District Court for the Eastern District of Michigan from this Court's Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Doc. No. 8272, 11/12/14). I Join in John P. Quinn's Motion for Partial Stay Pending Appeal, filed today, and request that Mr. Quinn requests in that motion be granted to me as well.

Signature: _David D Espie_

Printed Name: David D. Espie

Address: 9330 Faust
Det, Mi 48228

Phone: 313-510-6636

email: Despy@Att.Net

Dated: November 24, 2014