FILED (I)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

2014 NOV 24 P 1: 55

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

*Wanda Jan Hill*

In re

CITY OF DETROIT, MICHIGAN,

Debtor.

_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## JOINDER IN JOHN P. QUINN'S
## MOTION FOR PARTIAL STAY PENDING APPEAL

I have or intend to file a timely Notice of Appeal to the United States District Court for

the Eastern District of Michigan from this Court's Order Confirming Eighth Amended Plan for

the Adjustment of Debts of the City of Detroit (Doc. No. 8272, 11/12/14). I Join in John P.

Quinn's Motion for Partial Stay Pending Appeal, filed today, and request that Mr. Quinn requests

in that motion be granted to me as well.

Signature: *Wanda Jan Hill*

Printed Name: *Wanda Jan Hill*

Address: *16125 Oakfield St*

*Det 48235 5908*

Phone: *313 949 8908*

email: *wjhill7250@yahoo.com*

Dated: November 24, 2014