CITY OF DETROIT, MICHIGAN,    Case No. 13-53846

Debtor.    Hon. Steven W. Rh[odes]

_____/

## JOINDER IN JOHN P. QUINN'S
## MOTION FOR PARTIAL STAY PENDING APPEAL

I have or intend to file a timely Notice of Appeal to the United States Di[strict Court for] the Eastern District of Michigan from this Court's Order Confirming Eighth Am[ended Plan for] the Adjustment of Debts of the City of Detroit (Doc. No. 8272, 11/12/14). I Join [in] Quinn's Motion for Partial Stay Pending Appeal, filed today, and request that [the relief requested] in that motion be granted to me as well.

Signature: _[signed]_

Printed Name: BENYUE GOLDSTON

Address: 17385 PARKSIDE
DETROIT, MI 48221

Phone: 313 580 1274

email: BESTNDETROIT@YAHOO.COM

Dated: November 24, 2014

FILED 2014 NOV 24 P 3:35 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT