# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
　City of Detroit, Michigan
　2 Woodward Avenue
　Suite 1126
　Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
　38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **12/1/14** at **02:00 PM** to consider and act upon the following:

*8426* – Petitioner's Motion To Stay And Memorandum Of Law On The Confirmation Of The Plan And Opinion Of Magistrate Judge Steven W Rhodes (related documents 8424 Notice of Appeal) Filed by Creditors Dorothea Harris , Hassan Aleem , Carl Williams (ckata)

*8429* – Joint Motion To Join Joh P. Quinn's Motion For Partial Stay Pending Appeal, Filed by Creditors Irma Industrious , Dennis Taubitz (ckata)

Dated: 11/25/14

　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　Katherine B. Gullo
　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　BY: christine sikula
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk