UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Chapter 9
City of Detroit, Michigan,                      Case No. 13-53846
    Debtor.                 Hon. Steven W. Rhodes
_____/

## Order Regarding Filing of Papers

On November 19, 2014, the Court received for filing a multitude of papers from James Cole, Jr. The Court concludes that these papers are frivolous and scurrilous and the filing of such papers is inappropriate.

Accordingly, the clerk is directed not to file the papers submitted by Mr. Cole. The clerk shall return the papers to him by first-class mail.

.

**Signed on November 25, 2014**

                                                                                                /s/ Steven Rhodes
                                                                                                **Steven Rhodes**
                                                                                                **United States Bankruptcy Judge**