UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit, Michigan,

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

Debtor.

MOTION FOR/TO File, on paper, Appeal Order Confirming Eighth Amended Plan of Adjustment

NOW COMES Debtor(s), and brings this motion for/to Appeal Order Confirming Eighth Amended Plan of Adjustment. In support of Debtor(s)'s motion, Debtor states the following

[state the facts]:

1. Appellant is acting "In Propria Persona"

2. Appellant does not have access to electronic filing.

3. Debtor requests Right to file appeal on paper and to continue filing on paper during appeal.

WHEREFORE, Debtor requests this Court to consider Debtor's Motion for/to Appeal Order Confirming Eighth Amended Plan of Adjustment and afford Debtor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Respectfully submitted,

Dated: 11-25-14

Thomas J. Cipollone
(Debtor's Signature)
Print Name: THOMAS J. CIPOLLONE

_____
(Co-Debtor's Signature)
Print Name: _____

FILED 2014 NOV 25 P 2:0[?]
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

13-53846-tjt   Doc 8460   Filed 11/25/14   Entered 11/25/14 15:08:56   Page 1 of 1