UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit, Michigan

Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

ORDER GRANTING MOTION TO/FOR File, on Paper, Appeal Order Confirming Eighth Amended Plan of Adjustment on paper and to continue to file on paper during the appeal.

This matter having come before the Court on Debtor's motion to/for the above motion, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted, for filings in Bankruptcy Court only.

Signed on November 25, 2014

/s/ Steven Rhodes
Steven Rhodes
United States Bankruptcy Judge

FILED 2014 NOV 25 P 2:04 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT