UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

          Debtor.

_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## THOMAS J. CIPOLLONE'S NOTICE OF APPEAL FROM ORDER CONFIRMING EIGHTH AMENDED PLAN OF ADJUSTMENT

I am appealing to the United States District Court for the Eastern District of Michigan from this Court's Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Doc. No. 8272, 11/12/14). This appeal is authorized by 28 U.S.C § 158(a)(1) and Fed. R. Bnkr. P. 8001(a) [effective until 12/1/14]. It is timely under Fed. R. Civ. P. 8002(a).

In compliance with Local Bankruptcy Rule 8001-1, I am attaching, as Exhibit A, a completed Bankruptcy Matter Civil Case Cover Sheet, which includes names of interested parties and names, addresses, telephone numbers and facsimile numbers of their respective attorneys.

Dated: November 25, 2014



Thomas J. Cipollone
49850 Joy Road
Plymouth, MI 48170
(313) 582-1898
cipollonet@yahoo.com

## CERTIFICATE OF SERVICE

I certify that on November 25, 2014, I am filing a hard copy of the above document with the Clerk of the Court. I understand the Clerk will promptly scan that hard copy and file the resulting pdf version using ECF, thus effecting service on all persons entitled to service in this action.

Dated: November 25, 2014

*Thomas J. Cipollone*
Thomas J. Cipollone
49850 Joy Road
Plymouth, MI 48170
(313) 582-1898
cipollonet@yahoo.com

EXHIBIT A

BANKRUPTCY MATTER CIVIL COVER SHEET

| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

In re:

City of Detroit

      Debtor.

_____/

Case No.: 13-53846

Adv. No.:

Thomas J. Cipollone

**Appellant,**

v.

City of Detroit, Michigan

      **Appellee.**

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| XX | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| ___ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ___ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ___ | [423] 28 U.S.C. 157(c)(1) | Proposed Findings of Fact and Conclusions of Law |
| ___ | [423] 28 U.S.C. 158 (c)(a) | Order of Contempt |

Date: 11-25-2014

Name: Thomas J. Cipollone

FILED 2014 NOV 25 P 2:20 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT

Name and Address of Interested Parties:

Thomas J. Cipollone, Objector and Appellant
In Propria Persona
49850 Joy Road
Plymouth, MI 48170
Tel: (313) 582-1898
cipollonet@yahoo.com

City of Detroit, Debtor and Appellee
by Bruce Bennett (CA 105430)   and   Jonathan S. Green (P-33140)
Jones Day                            Miller, Canfield, Paddock and Stone PLC
555 South Flower Street              150 W. Jefferson Ave., Ste. 2500
Fiftieth Floor                       Detroit, MI 48226
Los Angeles, California 90071        Tel: (313) 496-7997
Tel: (213) 243-2382                  Fax: (313) 496-8450
Fax: (213) 243-2539                  green@millercanfield.com
bbennett@jonesday.com

The Retiree Committee of the City of Detroit
by Sam J. Alberts
Dentons US LLP
Suite 600, East Tower
Washington, DC 20005-3364
Tel: (202) 408-6400
Fax: (202) 408-6399
sam.alberts@dentons.com

General Retirement System of the City of Detroit
by Robert D. Gordon (P-48627)
Clark Hill PLC
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Tel: (248) 988-5882
Fax: (248) 988-2502
rgordon@clarkhill.com

Detroit Retired City Employees Association
by Ryan C. Plecha (P-71957)
Lippitt O'Keefe, PLLC
370 East Maple Road, 3rd Floor
Birmingham, MI 48009
Tel: (248) 646-8292
rplecha@lippittokeefe.com