UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re                                                    Chapter 9
City of Detroit, Michigan                                Case No. 13-53846
      Debtor                       Hon.: Steven W. Rhodes
_____/

**JOINT NOTICE OF DENNIS TAUBITZ AND IRMA INDUSTRIOUS OF APPEAL FROM ORDER CONFIRMING EIGHT AMENDED PLAN OF ADJUSTMENT**

     We are appealing to the United States District Court for the Eastern District of Michigan from this Court's Order Confirming Eight Amended Plan of Adjustment of Debts of the City of Detroit (Doc. No. 872, 11/12/14). The appeal is authorized by 28 U.S.C. § 158(a)(1) and Fed. R. Bankr. P. 8001(a) [effective until 12/1/14], it is timely under Fed.R.Civ.P. 8002(a).

In compliance with Local Bankruptcy Rule 8001-1, we are attaching as Exhibit A, a Completed Bankruptcy Matter Civil Case Cover Sheet, which includes names of interested parties and names, addresses, telephone numbers and facsimile numbers of their respective attorneys.

                            Respectfully submitted,

                            /s/ Dennis Taubitz
                            /s/ Irma Industrious

                            Dennis Taubitz
                            Irma Industrious
                            In Pro Per
                            Creditors
                            6002 Diamond Ruby – Suite 3
                            PMB 255
                            Christiansted, St. Croix, V.I. 00820
                            (313) 271-9842/ (340) 332-0006
                            iindustrious@yahoo.com

Dated: November 26, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re  
City of Detroit, Michigan  
        Debtor  
_____/

Chapter 9  
Case No. 13-53846  
Hon.: Steven W. Rhodes

**CERTIFICATE OF SERVICE**

We certify that on November 26, 2014, we filed the aforementioned document with the Clerk of the Court pursuant to the Court Electronic Filing System (ECF), we understand that by utilizing ECF, service on all persons entitled to service in this action is effected.

/s/ Dennis Taubitz  
/s/ Irma Industrious

Dennis Taubitz  
Irma Industrious  
In Pro Per  
Creditors  
6002 Diamond Ruby – Suite 3  
PMB 255  
Christiansted, St. Croix, V.I. 00820  
(313) 271-9842/ (340) 332-0006  
iindustrious@yahoo.com

Dated: November 26, 2014