# EXHIBIT A

# BANKRUPTCY MATTER CIVIL COVER SHEET

| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

In re: City of Detroit

Case No.: 13-53846

**Debtor.**
_____/

Dennis Taubitz and
Irma Industrious

Adv. No.:

**Appellants,**

v.

City of Detroit, Michigan

**Appellee.**

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| XX | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
|---|---|---|
| ____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ____ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| ____ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

Date: **November 25, 2014**            Name: **Dennis Taubitz and Irma Industrious**

**Name and Address of Interested Parties**

Dennis Taubitz, Objector and Applicant
6002 Diamond Ruby – Suite 3
PMB 255
Christiansted, St. Croix, V.I. 00820
(313) 271-9842/ (340) 332-0006
iindustrious@yahoo.com


Irma Industrious, Objector and Applicant
6002 Diamond Ruby – Suite 3
PMB 255
Christiansted, St. Croix, V.I. 00820
(313) 271-9842/ (340) 332-0006
iindustrious@yahoo.com


| City of Detroit, Debtor and Appellee | | |
|---|---|---|
| by Bruce Bennett (CA 105430) | | |
| Jones Day | and | Johnathan S. Green (P-33140) |
| 555 South Flower Street | | Miller, Canfield, Paddock and Stone PLC |
| Fiftieth Street | | 150 W. Jefferson Ave., Ste 2500 |
| Los Angeles, California 900071 | | Detroit, MI 48226 |
| Tel: (213) 243-2382 | | Tel: (313) 496-7997 |
| Fax: (213) 243-2539 | | Fax: (313) 496-8450 |
| bbennett@jonesday.com | | green@millercanfield.com |

The Retiree Committee of the City of Detroit
by Sam J. Alberts
Dentons US LLP
Suite 600, East Tower
Washington DC 20005-3364
Tel: (202) 408-6400
Fax: (202) 408-6399
sam.alberts@dentons.com

General Retirement System of the City of Detroit
by Robert D. Gordon (P-48627)
Clark Hill PLC
151 South Old Woodward Avenue, Suite 200
Birmingham, MI 48009
Tel: (248) 988-5882
Fax: (248) 988-2502
rgordon@clarkhill.com


Detroit Retired City Employees Association
by Ryan C. Plecha (P71957)
370 East Maple Road, 3rd Floor
Birmingham, MI 48009
Tel: (248) 646-8292
rplecha@lippittokeefe.com