# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
  Debtor.  
_____/

Chapter 9  
Case No. 13-53486  
Hon. Steven W. Rhodes

## Mediation Order

Pursuant to 11 U.S.C. §105, the Court concludes that it is necessary and appropriate to order the parties to continue to engage in facilitative mediation of any matters regarding the formation of the Great Lakes Water Authority in order to allow for successful implementation of the Plan of Adjustment and the Confirmation Order in this case. Accordingly, it is ordered:

1. With his consent, District Judge Sean Cox, United States District Court, Eastern District of Michigan, shall continue to serve as a judicial mediator in this case for the purposes of facilitative mediation of matters regarding the Great Lakes Water Authority. As such, he is authorized to enter any order necessary for the facilitation of mediation proceedings on such matters.

2. Judge Sean Cox may, in his discretion, direct the parties to engage in facilitative mediation on substantive issues, process, and issues regarding information development and exchanges.

3. All parties are reminded that proceedings, discussions, negotiation, and writings incident to mediation shall be privileged and confidential, and shall not be disclosed, filed or placed in evidence.

4. If a settlement is reached as a result of such mediation, it may not be implemented unless all required governmental approvals, including but not limited to those of the Great Lakes Water Authority, are secured in compliance with applicable law.

5. For each mediation session, Judge Cox shall have the authority to establish the mediation process, including the submission of documents, the attendance of parties with authority to settle, the procedure governing the mediation, and the schedule for the mediation.

6. The judicial mediator shall not be called as a witness.

7. After due notice to the parties and pursuant to E.D. Mich. LBR 9029-1, the applicability of E.D. Mich. LBR 7016-2 shall remain suspended in this case to allow the foregoing alternative mediation process.

8. All mediations under this order shall not extend beyond 200 days from the date of the creation of the Great Lakes Water Authority.

**Signed on November 26, 2014**

                                                  **/s/ Steven Rhodes**
                                                  **Steven Rhodes**
                                                  **United States Bankruptcy Judge**