# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Certificate of Service

The undersigned certifies that on the 26th day of November, 2014, a copy of the Court's Order Regarding Filing of Papers (Dkt. #8458), and the papers referenced in the order were sent by first-class mail to James Cole, Jr. at P. O. Box 7434, Detroit, MI 48207.

                                        /s/ Christine L. Sikula  
                                          Deputy Clerk

Entered on November 26, 2014