| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label<br>FILED<br>2014 NOV 26 P 12:30<br>U.S. BANKRUPTCY COURT<br>E.D. MICHIGAN-DETROIT |
|---|---|---|

In re: City of Detroit

Case No.: 13-53846

Debtor.

_____/

Cornell E Squires

Adv. No.:

**Appellant,**

v.

In Re City of Detroit

**Appellee.**

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| ✓ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| --- | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| --- | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| --- | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| --- | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

Date: 11/27/14            Name: Cornell E Squires

Name and Address of Interested Parties