UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CORNELL E. SQUIRES** | Chapter 9- Case 13-53846 |
| | JUDGE Steven W. Rhodes |
| **PETITIONER** | |
| CREDITOR / OBJECTOR/RETIREE | |
| | Case 14-cv 10434 |
| | Hon Bernard A. Freidman |
| | Magistrate Paul J. Komvies |
| VS | |
| | |
| In RE | |
| City of Detroit Municipal | |
| And Emergency Manager | |
| KEVYN D. Orr | |
| | |
| Debtor/ City of Detroit | |
| _____ / | |
| Cornell E. Squires, Petitioner | |
| 3380 Electric | |
| Detroit Michigan 48217 | |
| (313) 460 2175 | |
| _____ / | |

TO THE CLERK OF THE COURTAND
ALL INTERESTED PERSONS, PARTIES
AND ATTORNEYS OF RECORD:

### PETITIONER MOTION TO WAIVE FILING FEES ON
### NOTICE OF APPEAL PROCEED IN FORMA PAUPER -28 U.S.C 158

Now comes Petitioner Cornell E. Squires disable worker and a retiree who been granted non duty pension benefits on January 16, 2002 a former employee with the Detroit Fire Department EMS division but has not received monthly pension check petitioner only income comes from Social security benefits.

1. That petitioner filed numerous pension applications in the last two years October of 2012, to the General Retirement System administration misplaced application.

2. That petitioner submitted second pension application in November 27, 2013, still not received monthly pension benefits.

3. That petitioner monthly income comes from Social Security Administration disability benefits.

4. That petitioner been approved his pension by the board of trustee and have been granted a non duty pension and is considered a retiree without monthly benefits.

**Wherefore Petitioner request Honorable Federal Judge of this Eastern District Bankruptcy court to:**

**A). Grant Petitioner Motion to proceed in FORMA PAPERS**

**B) Waive the filing Fees of $ 298.00 Dollars**

Respectfully Submitted

*Cornell E. Squires* (signature)

**Cornell E. Squires**
**3380 Electric St.**
**Detroit, Michigan 48217**
(313) 460-3175

Dated: November 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORNELL E. SQUIRES

    PETITIONER
CREDITOR / OBJECTOR/RETIREE

vs.

In RE
City of Detroit Municipal
And Emergency Manager
KEVYN D. Orr

    Debtor/ City of Detroit
_____/

Chapter 9- Case 13-53846
JUDGE Steven W. Rhodes

Case 14-cv 10434
Hon Bernard A. Freidman
Magistrate Paul J. Komvies

Cornell E. Squires, Petitioner
3380 Electric
Detroit Michigan 48217
(313) 460 3175
_____/

**TO THE CLERK OF THE COURT AND
ALL INTERESTED PERSONS, PARTIES
AND ATTORNEYS OF RECORD:**

AFFIDAVIT OF INDIGENCY

I, Cornell E. Squires of a sound mind and legal age stating the following facts:

1. I currently disable from my former employer Detroit Fire Department (EMS division) And I have not worked on the job every since October 26, 1993.

2. I currently receiving Social Security Disability monthly benefits from job related disability since February 1996.

3. My current vehicle own is a 1998 Volkswagen Passat with 154.000 Thousand miles

4. I currently living in my home whereas my furnace is malfunction need to be replaced.

5. I currently on a payment plan with the Detroit Water & Sewage.

6. I currently paying inaccurate property tax bill around a $100.oo a month to Keep from my home from tax foreclosure next year

7. I unable to afford filing fees for this Appeal request the Federal court waive filing fees

Under the penalty of perjury the above statement are true to best of my knowledge.

Respectfully Submitted

*Cornell E. Squires* —Petitioner

Subscribed and Sworn to before a Notary Public

On this day 26TH of November 2014

JERRY GALAVIZ   County WAYNE

Print Notary Public Name

Notary Public, State of Michigan, County of WAYNE

_____ Commission expires 4/4/2014

Signature of Notary Public

JERRY GALAVIZ
Notary Public, State of Michigan
County of Wayne
My Commission Expires 04/04/2015
Acting in the County of WAYNE

Social Security Administration
# Retirement, Survivors and Disability Insurance
Important Information

Great Lakes Program Service Center  
600 West Madison Street  
Chicago, Illinois 60661-2474  
Date: December 14, 2011  
Claim Number: 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HA

CORNELL SQUIRES  
3354 ELECTRIC  
DETROIT MI 48217-1135

There has been a change in the amount withheld for your Medicare prescription drug plan costs.

## What We Will Pay And When

- You will receive $1,560.80 for December 2011 around January 3, 2012.
- After that you will receive $1,560.80 on or about the third of each month.

## Information About Your Medicare Prescription Drug Plan Costs

If you have any questions about your Medicare prescription drug plan costs, please contact your Medicare prescription drug plan.

## Information About Your Health Plan Premiums and Medicare Prescription Drug Plan Costs

We deducted $75.00 for your health plan premiums and $44.20 for your Medicare prescription drug plan costs from the check you will receive for December 2011 on or about January 3, 2012.

This represents all health plan premiums and Medicare prescription drug plan costs due to date.

Each month, we will continue to deduct $75.00 for your health plan premiums and $44.20 for your Medicare prescription drug plan costs.

If you have any questions about your health plan premiums and your Medicare prescription drug plan costs, please contact your health plan and your Medicare prescription drug plan.

C See Next Page

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-964-7407. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 3620 BIDDLE AVE
> WYANDOTTE, MI 48192

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Phyllis M. Smith*
Phyllis M. Smith
Assistant Regional Commissioner
   Processing Center Operations