FILED
2014 NOV 26 PM 2:42
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

Debtor.
_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## NOTICE OF APPEAL FROM
## ORDER CONFIRMING EIGHTH AMENDED PLAN OF ADJUSTMENT

We are appealing to the United States District Court for the Eastern District of Michigan from this Court's Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Doc. No. 8272, 11/12/14). This appeal is authorized by 28 U.S.C. § 158(a)(1) and Fed. R. Bnkr. P. 8001(a) [effective until 12/1/14]. It is timely under Fed. R. Civ. P. 8002(a).

In compliance with Local Bankruptcy Rule 8001-1, We are attaching as Exhibit A a completed Bankruptcy Matter Civil Case Cover Sheet, which includes names of interested parties and names, addresses, telephone numbers and facsimile numbers of their respective attorneys.

[SIGNATURE BLOCKS]

Dated: November 23, 2014

## CERTIFICATE OF SERVICE

I certify that on November 23, 2014, I am filing a hard copy of the above document with the Clerk of the Court. I understand the Clerk will promptly scan that hard copy and file the resulting pdf version using ECF, thus effecting service on all persons entitled to service in this action.

Signature: *Lucinda Darrah*
Printed Name: Lucinda D. Darrah
Address: 492 Peterboro

Phone: (313) 414 5181 cell
email: cindydarrah@gmail.com

Dated: November 23, 2014