| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

In re:

    City of Detroit            Case No.: 13-53846

        Debtor.

_____/

_____     Adv. No.:

et al.,

Lucinda J. Darrah et al. Appellants,

v.

City of Detroit, Michigan

        Appellee.

**Cause of Action/Nature of Suit:** (This matter is referred to the district court for the following reasons)

| XX | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
|---|---|---|
| ___ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ___ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ___ | [423] 28 U.S.C. 157(c)(1) | Proposed Findings of Fact and Conclusions of Law |
| ___ | [423] 28 U.S.C. 158(c)(a) | Order of Contempt |

Date: 11/26/14                 Name: [signature]

FILED 2014 NOV 26 P 2:47 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

Name and Address of Interested Parties

See attached list of appallants.

City of Detroit, Debtor and Appellee
by Bruce Bennett (CA 105430)     and     Jonathan S. Green (P-33140)
Jones Day                                 Miller, Canfield, Paddock and Stone PLC
555 South Flower Street                   150 W. Jefferson Ave., Ste. 2500
Fiftieth Floor                            Detroit, MI 48226
Los Angeles, California 90071             Tel: (313) 496-7997
Tel: (213) 243-2382                       Fax: (313) 496-8450
Fax: (213) 243-2539                       green@millercanfield.com
bbennett@jonesday.com

The Retiree Committee of the City of Detroit
by Sam J. Alberts
Dentons US LLP
Suite 600, East Tower
Washington, DC 20005-3364
Tel: (202) 408-6400
Fax: (202) 408-6399
sam.alberts@dentons.com

General Retirement System of the City of Detroit
by Robert D. Gordon (P-48627)
Clark Hill PLC
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Tel: (248) 988-5882
Fax: (248) 988-2502
rgordon@clarkhill.com

Detroit Retired City Employees Association
by Ryan C. Plecha (P-71957)
Lippitt O'Keefe, PLLC
370 East Maple Road, 3rd Floor
Birmingham, MI 48009
Tel: (248) 646-8292
rplecha@lippittokeefe.com