UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORNELL E. SQUIRES

PETITIONER
CREDITOR / OBJECTOR/RETIREE

VS

In RE
City of Detroit Municipal
And Emergency Manager
KEVYN D. Orr

   Debtor/ City of Detroit
_____/

Cornell E. Squires, Petitioner
3380 Electric
Detroit Michigan 48217
(313) 460 2175
_____/

Chapter 9- Case 13-53846
JUDGE Steven W. Rhodes

Case 14-cv 10434
Hon Bernard A. Freidman
Magistrate Paul J. Komvies

FILED (I)
2014 NOV 26 P 12:30
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

TO THE CLERK OF THE COURT AND
ALL INTERESTED PERSONS, PARTIES
AND ATTORNEYS OF RECORD:

### Petitioner Motion to STAY Pension Reduction of the General Retirement System Pension and Benefits

Now comes the Petitioner Cornell E. Squires ' Motion To STAY" the reduction pension benefits any current and future Pension benefits General Retirement System Pension Plan until all final Order- rulings by the Court of Appeal until all APPEALS PROCESS adjudicated exhausted by Order of Higher court Judge(s) - Judgment, ORDERS – of Appeals.

Respectfully Submitted
*Cornell E. Squires*
Cornell E. Squires/Petitioner