UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                               :

In re                             :         Chapter 9

CITY OF DETROIT, MICHIGAN,     :         Case No. 13-53846

               Debtor.             :         Hon. Steven W. Rhodes

---------------------------------------------------------x

**COUNTERDESIGNATION OF THE CITY OF DETROIT IN
RESPONSE TO AFSCME COUNCIL 25 AND ITS AFFILIATED
DETROIT LOCALS' DESIGNATION OF THE CONTENTS
OF THE RECORD AND STATEMENT OF ISSUES ON APPEAL**

The City of Detroit, Michigan (the "City") hereby files this Counterdesignation pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, in response to AFSCME Council 25 and Its Affiliated Detroit Locals' Designation of the Contents of the Record and Statement of Issues on Appeal (Docket No. 8274) (the "Designation") filed on November 12, 2014 by AFSCME Council 25 and Its Affiliated Detroit Locals ("AFSCME").[1] For its Counterdesignation, the City states as follows:

---

[1] The City reserves all of its rights with respect to any attempt by AFSCME, through the Designation, to supplement the record on appeal in this matter.

# COUNTERDESIGNATION OF ITEMS
# TO BE INCLUDED IN THE RECORD ON APPEAL[2]

| Item Number | Docket Number (if applicable) | Date | Description |
|---|---|---|---|
| 1 | 1782 | 11/21/2013 | Order, Pursuant to Sections 105, 501 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof |
| 2 |  | 2/21/2014 | Proof of claim number 2958 |
| 3 | 4421 | 5/6/2014 | Certificate of Service |
| 4 | 4961 | 5/20/2014 | Certificate of Service |
| 5 | 7235 | 9/2/2014 | Creditor Michigan AFSCME Council 25 and Its Affiliated Detroit Locals' Response to Debtor's Objection to Proofs of Claim (Docket Number 2958) |
| 6 | 7502 | 9/16/2014 | Seventh Amended Chapter 9 Plan for the Adjustment of Debts of the City of Detroit |
| 7 | 7557 | 9/17/2014 | Certificate of Service |
| 8 | 7877 | 10/8/2014 | Order Dismissing Claims from Mediation |

---

[2]  The items designated herein by the City include all exhibits, attachments, certificates of service and other papers included within the docket entry for each item.

| Item Number | Docket Number (if applicable) | Date | Description |
|---|---|---|---|
| 9 | 7981 | 10/16/2014 | Supplemental Brief of the City of Detroit in Support of Objection of the City of Detroit, Pursuant to Sections 105 and 502(B) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1, to Proof of Claim Number 2958 Filed by Michigan AFSCME Council 25 and Its Affiliated Detroit Locals |
| 10 | 8336 | 11/19/2014 | Transcript of hearing held on October 17, 2014 |
| 11 | 8003 | 10/18/2014 | Corrected Reply in Support of Objection to Proof of Claim Number 2958 Filed by Michigan AFSCME Council 25 and Its Affiliated Detroit Locals |
| 12 | 8015 | 10/20/2014 | Order Regarding City's Objection to Proof of Claim #2958 Filed by AFSCME Council 25 and its Affiliated Detroit Locals (Dkt. #4876) |
| 13 | 8020 | 10/20/2014 | Certificate of Service |
| 14 | 8031 | 10/21/2014 | Transcript of hearing held on October 20, 2014 |
| 15 | 8045 | 10/22/2014 | Eighth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 16 | 8061 | 10/22/2014 | Certificate of Service |
| 17 | 8091 | 10/24/2014 | Certificate of Service |
| 18 | 8118 | 10/27/2014 | Certificate of Service |

| Item Number | Docket Number (if applicable) | Date | Description |
|---|---|---|---|
| 19 | 8272 | 11/12/2014 | Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 20 | 8321 | 11/17/2014 | Certificate of Service |

The City reserves all of its rights with respect to this appeal.

Dated: November 26, 2014   Respectfully submitted,

 /s/  Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
Telephone:  (313) 234-7100
Facsimile:  (313) 234-2800
jsimon@foley.com
tdolcourt@foley.com

ATTORNEYS FOR THE CITY

# **CERTIFICATE OF SERVICE**

      I, Heather Lennox, hereby certify that the foregoing Counterdesignation of the City of Detroit in response to AFSCME Council 25 and Its Affiliated Detroit Locals' Designation of the Contents of the Record and Statement of Issues on Appeal was filed and served via the Court's electronic case filing and noticing system on this 26th day of November, 2014.

                                      /s/ Heather Lennox