# **ITEM 8**

In re

CITY OF DETROIT, MICHIGAN

_____/

Chapter 9

CASE NO: 13-53846
Hon. Steven W. Rhodes

## ORDER DISMISSING CLAIMS FROM MEDIATION

AFSCME has agreed to withdraw the following claims from its Proof of Claims:

1. "Underfunded pension and post employment benefit obligations."

2. "Negotiation of Local 542 Supplemental Agreement" MERC Case Number C07 LO-033."

Accordingly, the Court **DISMISSES** those claims; they will not be discussed at mediation.

**IT IS ORDERED**

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: October 8, 2014