# ITEM 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Regarding City's Objection to Proof of Claim #2958 Filed by AFSCME Council 25 and its Affiliated Detroit Locals (Dkt. #4876)

For the reasons set forth in open Court on October 20, 2014, AFSCME's claim entitled "AFSCME Council 25 (13th Check ULP). MERC Case No. C12-E-092" set forth on line #7 of its proof of claim shall be in Class 11. AFSCME's claim entitled "City of Detroit Retirees Health Care: Grievance No. C10 A-025" set forth on line #17 shall be in Class 12.

    It is so ordered.

Signed on October 20, 2014

                                                  /s/ Steven Rhodes  
                                                  Steven Rhodes  
                                                  United States Bankruptcy Judge