Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13–53846–swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38–6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **12/1/14** at **02:00 PM** to consider and act upon the following:

*8483* – Motion To Stay Pending Appeal (related documents 8477 Notice of Appeal) Filed by Creditor Cornell E. Squires (Cotton, N)

Dated: 11/26/14

        BY THE COURT

        Katherine B. Gullo
        Clerk, U.S. Bankruptcy Court

        BY: christine sikula
        Deputy Clerk