UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

STIPULATION FOR AN ORDER
ALLOWING ERMAN TEICHER TO WITHDRAW AS CO-COUNSEL FOR
THE DETROIT FIRE FIGHTERS ASSOCIATION, ONLY

The Detroit Fire Fighters Association (the "DFFA"), through their co-counsel, Legghio & Israel, P.C., and Erman, Teicher, Zucker & Freedman, P.C. stipulate to entry of the proposed Order Allowing Erman Teicher to Withdraw As Co-Counsel for the Detroit Fire Fighters Association, Only Pursuant to LR 9010-1(g) attached hereto as **Exhibit A**.

| | |
|---|---|
| /s/ Barbara A. Patek<br>Barbara A. Patek (P34666)<br>Earle I. Erman (P24296)<br>ERMAN, TEICHER, ZUCKER & FREEDMAN, P.C.<br>400 Galleria Officentre, Suite 444<br>Southfield, MI 48034<br>Telephone: (248) 827-4100<br>Facsimile: (248) 827-4106<br>E-mail: bpatek@ermanteicher.com<br>Co- Counsel for the Detroit Fire Fighters Association<br><br>Dated: November 26, 2014 | /s/ Alidz Oshagan<br>Alidz Oshagan (P77231)<br>Christopher P. Legghio (P27378)<br>Legghio & Israel, P.C.<br>306 South Washington, Suite 600<br>Royal Oak, MI 48067<br>Telephone: (248) 398-5900<br>Facsimile: (248) 398-2662<br>Email: oshagan@legghioisrael.com<br>cpl@legghioisrael.com<br>Co-Counsel for the Detroit Fire Fighters Association |

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                          Chapter 9

City of Detroit, Michigan,                                      Case No. 13-53846

        Debtor.                                                 Hon. Steven W. Rhodes

_____/

**ORDER ALLOWING ERMAN TEICHER TO WITHDRAW AS CO-COUNSEL FOR THE DETROIT FIRE FIGHTERS ASSOCIATION**

    This matter is before the Court upon the stipulation of the Detroit Fire Fighters Association, through their undersigned co-counsel Legghio & Israel, P.C., and Erman, Teicher, Zucker & Freedman, P.C. ("Erman Teicher") allowing Erman Teicher to withdraw as co-counsel for the DFFA pursuant to LBR 9010-1(g) (the "Stipulation"). Legghio & Israel, P.C. has previously filed its appearance as co-counsel for the DFFA in these proceedings.

    The Court has read the Stipulation, is fully advised in the premises and finds good cause for granting the relief requested by the Stipulation.

    NOW, THEREFORE,

IT IS HEREBY ORDERED that the firm of Erman, Teicher, Zucker & Freedman, P.C. may withdraw as counsel of record for the Detroit Fire Fighters Association, only.