UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

_____/

## ORDER ALLOWING ERMAN TEICHER TO WITHDRAW AS CO-COUNSEL FOR THE DETROIT FIRE FIGHTERS ASSOCIATION

This matter is before the Court upon the stipulation of the Detroit Fire Fighters Association, through their undersigned co-counsel Legghio & Israel, P.C., and Erman, Teicher, Zucker & Freedman, P.C. ("Erman Teicher") allowing Erman Teicher to withdraw as co-counsel for the DFFA pursuant to LBR 9010-1(g) (the "Stipulation"). Legghio & Israel, P.C. has previously filed its appearance as co-counsel for the DFFA in these proceedings.

The Court has read the Stipulation, is fully advised in the premises and finds good cause for granting the relief requested by the Stipulation.

NOW, THEREFORE,

IT IS HEREBY ORDERED that the firm of Erman, Teicher, Zucker & Freedman, P.C. may withdraw as counsel of record for the Detroit Fire Fighters Association, only.

.

**Signed on November 26, 2014**

                                               /s/ Steven Rhodes
                                             **Steven Rhodes**
                                             **United States Bankruptcy Judge**