UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Chapter 9 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | No. 13-53846 |
| Debtor, | HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2014, I electronically filed State of Michigan's Consolidated Response in Opposition to Motions to Stay Confirmation Order Pending Appeal (Docket No. 8489) with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                              */s/Matthew Schneider*
                                              Matthew Schneider
                                              Chief Legal Counsel
                                              Attorney for State of Michigan
                                              P.O. Box 30754
                                              Lansing, Michigan  48909
                                              (517) 373-3203
                                              SchneiderM7@michigan.gov
                                              [P62190]