UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re :                                                                                           Chapter 9

CITY OF DETROIT, MICHIGAN,                                              Case No. 13-53846

        Debtor.                                                                          Hon. Steven W. Rhodes

_____/

**MICHAEL J. KARWOSKI'S NOTICE OF NON-APPELLANT STATUS AS PART OF WILLIAM M. DAVIS AND ADDITIONAL APPELLANTS GROUP FILING**

     William M. Davis filed a "Notice of Appeal from William M. Davis and the Attached List of Additional Appellants" (Doc. No. 8473, entered November 26, 2014). My name is inadvertently included in the attached list of additional Appellants.

     I am not an Appellant as part of the William M. Davis group Notice of Appeal.

                                                /s/ Michael J. Karwoski
                                               Michael J. Karwoski (P26658)
                                               26015 Felicity Landing
                                               Harrison Township, MI 48045
                                               (313) 378-7642
                                               mjkarwoski@alumni.nd.edu

Dated: November 26, 2014

## CERTIFICATE OF SERVICE

      I certify that on November 26, 2014, I am filing the above "Notice of Non-Appellant Status as Part of William M. Davis and Additional Appellants Group Filing" with the Clerk of the Court using the Court's ECF filing and noticing system which provides electronic service to all parties entitled to service in this manner.

      /s/ Michael J. Karwoski
Michael J. Karwoski (P26658)
26015 Felicity Landing
Harrison Township, MI 48045
313-378-7642
mjkarwoski@alumni.nd.edu