# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | Hon. Steven W. Rhodes |
| _____ | ) | |

## COALITION OF DETROIT UNIONS MOTION FOR ABSTENTION AND TO REMAND THE CLAIMS CONTAINED IN PROOF OF CLAIM #2851 (Dkt. #4874)

NOW COMES the Coalition of Detroit Unions (Coalition or Claimant) for its Motion for Abstention and to Remand the Claims Contained in Proof of Claim #2851 (Dkt. #4874) and states as follows:

For its motion, the Coalition incorporates herein by reference the arguments from the AFSCME motion for abstention [Docket No 8492], filed November 26, 2014, and the claim description for claim number #8.

WHEREFORE, the Coalition of Detroit Unions respectfully request this Court grant its motion to abstain from hearing these matters.

Dated: November 26, 2014

           /s/ Richard G. Mack, Jr.
           Richard G. Mack, Jr., Esq.
           Jack W. Schulz, Esq.
           MILLER COHEN PLC
           600 West Lafayette Blvd., 4th Floor
           Detroit, MI 48226-3191
           Telephone: (313) 964-4454
           Facsimile: (313) 964-4490
           richardmack@millercohen.com
           jschulz@millercohen.com

*Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO*

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|   |   |   |
|---|---|---|
| In re | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
|  | ) | Hon. Steven W. Rhodes |
|  | ) |  |
|  | ) |  |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 26, 2014, the *Coalition of Detroit Unions' Motion for Abstention and to Remand the Claims Contained In Proof of Claim #2851 (Dkt. #4874)*, with the Clerk of the Court for the United States District Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

/s/ Richard G. Mack, Jr.
Richard G. Mack, Jr.
Jack W. Schulz
MILLER COHEN, P.L.C.
600 West Lafayette Boulevard, 4th Floor
Detroit, MI 48226-3191
Telephone: (313) 566-4787
Facsimile: (313) 964-4490
richardmack@millercohen.com