UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

# CERTIFICATE OF SERVICE

The undersigned certifies that on November 26, 2014, the following document was filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

**CONCURRENCE OF THE RETIREE ASSOCIATION PARTIES IN: (1) CITY OF DETROIT'S CONSOLIDATED OBJECTION TO APPELLANTS' MOTIONS FOR STAY PENDING APPEAL AND (2) CONSOLIDATED RESPONSE OF THE OFFICIAL COMMITTEE OF RETIREES IN OPPOSITION TO MOTIONS FOR STAY PENDING APPEAL OF ORDER OF CONFIRMATION OF THE CITY'S EIGHT AMEDED PLAN OF ADJUSMENT**

Respectfully submitted,

/s/ Ryan C. Plecha
Ryan C. Plecha
Lippitt O'Keefe Gornbein, PLLC
370 E. Maple Rd., 3rd Floor
Birmingham, MI 48009
(248) 646-8292
rplecha@lippittokeefe.com

Dated: November 26, 2014