Form ntchrg

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13–53846–swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38–6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **12/1/14** at **02:00 PM** to consider and act upon the following:

*8413* – John P. Quinn's Motion For Partial Stay Pending Appeal, Notice Of John P. Quinn's Motion, Brief In Support and Certificate of Service. (related documents 8369 Notice of Appeal) Filed by Creditor John P. Quinn (ckata)

Dated: 11/24/14

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk

```
                      United States Bankruptcy Court
                      Eastern District of Michigan
In re:                                                      Case No. 13-53846-swr
City of Detroit, Michigan                                   Chapter 9
        Debtor                 CERTIFICATE OF NOTICE

District/off: 0645-2        User: csiku          Page 1 of 17        Date Rcvd: Nov 24, 2014
                            Form ID: ntchrgBK    Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 26, 2014.
cr              Jamie Fields,   detroit, mi  48226
cr             +John P. Quinn,   2003 Military Street,   Detroit, MI 48209-1634
22270046       +Quill.com,   Attn: Daneen Kastanek,   1 Environmental Way,   Broomfield CO 80021-3415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2014                           Signature:  /s/Joseph Speetjens
```

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 24, 2014 at the address(es) listed below:
          A. Stephen Ramadan   on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Alfredo R. Perez   on behalf of Creditor   Financial Guaranty Insurance Company
           alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
          Alice Bonita Jennings   on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings   on behalf of Plaintiff   Peoples Water Board
           ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
          Alice Bonita Jennings   on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings   on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings   on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings   on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings   on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings   on behalf of Plaintiff   Moratorium Now! ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings   on behalf of Plaintiff   National Action Network--Michigan Chapter
           ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
          Alice Bonita Jennings   on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings   on behalf of Plaintiff   Michigan Welfare Rights Organization
           ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
          Alice Bonita Jennings   on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings   on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings   on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alidz  Oshagan   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
           oshagan@legghioisrael.com,  drf@legghioisrael.com
          Allan S. Brilliant   on behalf of Creditor   Macomb County allan.brilliant@dechert.com
          Allan S. Brilliant   on behalf of Creditor   Macomb Interceptor Drain Drainage District
           allan.brilliant@dechert.com
          Allan S. Brilliant   on behalf of Creditor   County of Macomb, Michigan
           allan.brilliant@dechert.com
          Allison  Bach   on behalf of Interested Party   State of Michigan, Department of Attorney General
           abach@dickinsonwright.com
          Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
           achouprouta@kramerlevin.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
        acaton@kramerlevin.com,  achouprouta@kramerlevin.com

        Andrew A. Paterson, Jr.   on behalf of Plaintiff   Citizens United Against Corrupt Government
        aap43@outlook.com,  aap43law@gmail.com

        Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
        aap43@outlook.com,  aap43law@gmail.com

        Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
        aap43law@gmail.com

        Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
        agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com

        Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
        wwkannel@mintz.com,awalker@mintz.com,  ajg-ecf@hotmail.com

        Angela  Williams   on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
        HollisR@dhcmi.org

        Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
        stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com

        Arthur  O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
        aoreilly@honigman.com,  ahatcher@honigman.com

        Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
        and Agricultural Implement Workers of America bceccotti@cwsny.com

        Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com

        Barbara A. Patek   on behalf of Attorney   Erman, Teicher, Zucker & Freedman, P.C.
        bpatek@ermanteicher.com

        Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
        bpatek@ermanteicher.com

        Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
        bpatek@ermanteicher.com

        Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
        bfagan@dibandfagan.com

        Benjamin J. Wilensky   on behalf of Creditor Robert  Cole bjw@seikalystewart.com

        Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
        bbest@schaferandweiner.com,  wkyles@schaferandweiner.com

        Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
        wkyles@schaferandweiner.com

        Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
        wkyles@schaferandweiner.com

        Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
        ssikorski@manteselaw.com

        Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
        joumedian@sspclegal.com

        Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com,
        joumedian@sspclegal.com

        Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
        bborder@sspclegal.com,  joumedian@sspclegal.com

        Brett A. Border   on behalf of Interested Party   Kondaur Capital Corporation
        bborder@sspclegal.com,  joumedian@sspclegal.com

        Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
        joumedian@sspclegal.com

        Brian  Keck   on behalf of Interested Party Denise  Gardner bkeck@morganmeyers.com,
        aworlen@morganmeyers.com

        Brian  Keck   on behalf of Interested Party Patricia  Ramirez bkeck@morganmeyers.com,
        aworlen@morganmeyers.com

        Brian  Keck   on behalf of Interested Party Kimberly  James bkeck@morganmeyers.com,
        aworlen@morganmeyers.com

        Brian  Keck   on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com,
        aworlen@morganmeyers.com

        Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
        TReitzloff@lippittokeefe.com

        Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
        bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com

        Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
        Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com

        Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
        TReitzloff@lippittokeefe.com

        Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
        TReitzloff@lippittokeefe.com

        Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
        TReitzloff@lippittokeefe.com

        Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
        Care Network of Michigan btrumbauer@bodmanlaw.com

        Bruce  Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
        bbennett@jonesday.com

        Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

        Carina  Kraatz   on behalf of Interested Party   Resnick & Moss, P.C. ckraatz@resnicklaw.net,
        jabdelnour@resnicklaw.net

        Carina  Kraatz   on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net,
        jabdelnour@resnicklaw.net

        Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
           carol.cohen@arentfox.com
          Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan carole.neville@dentons.com
          Carole Neville    on behalf of Retiree Committee    Official Committee of Retirees
           carole.neville@dentons.com,daniel.morris@dentons.com
          Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
           caroline.english@arentfox.com
          Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
           caroline.english@arentfox.com
          Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
           charlesID@hotmail.com
          Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
           cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com,  kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com,  kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
           BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
          Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
           cgrosman@carsonfischer.com
          Cindy  Tsai    on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
          Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
           claude.montgomery@dentons.com,docketny@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
           Detroit, Michigan claude.montgomery@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Craig E. Zucker    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           czucker@ermanteicher.com
          Craig E. Zucker    on behalf of Creditor    Detroit Police Officers Association
           czucker@ermanteicher.com
          Cynthia J. Haffey    on behalf of Defendant    Detroit General Retirement System Service
           Corporation haffey@butzel.com,  smithe@butzel.com
          Cynthia J. Haffey    on behalf of Defendant    Detroit Police And Fire Retirement System Service
           Corporation haffey@butzel.com,  smithe@butzel.com
          Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David E. Hart    on behalf of Creditor    FK Park, LLC deh@maddinhauser.com
          David E. Hart    on behalf of Creditor    FK South, LLC deh@maddinhauser.com
          David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
          David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            David Gilbert Heiman    on behalf of Debtor In Possession   City of Detroit, Michigan
             dgheiman@jonesday.com
            David L. Dubrow    on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com
            David L. Dubrow    on behalf of Interested Party   Ambac Assurance Corporation
             david.dubrow@arentfox.com
            David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
             nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
             nepc.com
            David T. Lin    on behalf of Interested Party   The Kales Grand Circus Park, LLC dlin@seyburn.com,
             kbilpo@seyburn.com
            Dawn R. Copley    on behalf of Interested Party   State of Michigan dcopley@dickinsonwright.com,
             dnavin@dickinsonwright.com
            Dawn R. Copley    on behalf of Interested Party   State of Michigan, Department of Attorney
             General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
            Deborah  Kovsky-Apap   on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
             alexsym@pepperlaw.com
            Deborah  Kovsky-Apap   on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
             alexsym@pepperlaw.com
            Deborah  Kovsky-Apap   on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
             alexsym@pepperlaw.com
            Deborah  Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
             alexsym@pepperlaw.com
            Deborah  Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan
             kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
            Deborah  Kovsky-Apap   on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
             alexsym@pepperlaw.com
            Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com,
             alexsym@pepperlaw.com
            Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com,
             alexsym@pepperlaw.com
            Deborah  Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com,
             alexsym@pepperlaw.com
            Deborah L. Fish    on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
             allardfishpc@yahoo.com
            Deborah L. Fish    on behalf of Intervenor-Defendant   Panning Capital Management, LP
             dfish@allardfishpc.com,  allardfishpc@yahoo.com
            Deborah L. Fish    on behalf of Interested Party   Aurelius Capital Management, LP
             dfish@allardfishpc.com,  allardfishpc@yahoo.com
            Deborah L. Fish    on behalf of Interested Party   Bronze Gable, L.L.C. dfish@allardfishpc.com,
             allardfishpc@yahoo.com
            Deborah L. Fish    on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
             allardfishpc@yahoo.com
            Deborah L. Fish    on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
             allardfishpc@yahoo.com
            Deborah L. Fish    on behalf of Intervenor-Defendant   Aurelius Capital Management, LP
             dfish@allardfishpc.com,  allardfishpc@yahoo.com
            Deborah L. Fish    on behalf of Interested Party   Monarch Alternative Capital LP
             dfish@allardfishpc.com,  allardfishpc@yahoo.com
            Deborah L. Fish    on behalf of Intervenor-Defendant   BlueMountain Capital Management, LLC
             dfish@allardfishpc.com,  allardfishpc@yahoo.com
            Deborah L. Fish    on behalf of Intervenor-Defendant   Stone Lion Capital Partners L.P.
             dfish@allardfishpc.com,  allardfishpc@yahoo.com
            Deborah L. Fish    on behalf of Interested Party   Stone Lion Capital Partners L.P.
             dfish@allardfishpc.com,  allardfishpc@yahoo.com
            Deborah L. Fish    on behalf of Intervenor-Defendant   Bronze Gable, L.L.C. dfish@allardfishpc.com,
             allardfishpc@yahoo.com
            Deborah L. Fish    on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
             dfish@allardfishpc.com,  allardfishpc@yahoo.com
            Deborah L. Fish    on behalf of Interested Party   Panning Capital Management, LP
             dfish@allardfishpc.com,  allardfishpc@yahoo.com
            Deborah L. Fish    on behalf of Intervenor-Defendant   Monarch Alternative Capital LP
             dfish@allardfishpc.com,  allardfishpc@yahoo.com
            Debra N. Pospiech    on behalf of Interested Party Patricia  Ramirez dpospiech@morganmeyers.com
            Dirk H. Beckwith    on behalf of Defendant   Detroit Retirement Systems Funding Trust 2005
             dbeckwith@fosterswift.com
            Dirk H. Beckwith    on behalf of Defendant   Wilmington Trust, N.A. dbeckwith@fosterswift.com
            Dirk H. Beckwith    on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
            Dirk H. Beckwith    on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
            Dirk H. Beckwith    on behalf of Creditor   Wilmington Trust Company, National Association
             dbeckwith@fosterswift.com
            Dirk H. Beckwith    on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006
             dbeckwith@fosterswift.com
            Dirk H. Beckwith    on behalf of Creditor   U.S. Bank National Association
             dbeckwith@fosterswift.com
            Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
             don@mcguiganlaw.com
            Douglas  Steele    on behalf of Interested Party   International Association of Fire Fighters,
             AFL-CIO, CLC dls@wmlaborlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation
           dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast
           Michigan dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
           Foundation dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation
           dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
           dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
           dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
           dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
           dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
           dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
           dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
           dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
           eerman@ermanteicher.com
          Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           eerman@ermanteicher.com
          Edward J. Gudeman    on behalf of Interested Party    Enjoi Transportation, LLC
           ejgudeman@gudemanlaw.com,   ecf@gudemanlaw.com
          Edward J. Gudeman    on behalf of Interested Party    Upright Wrecking & Demolition, L.L.C.
           ejgudeman@gudemanlaw.com,   ecf@gudemanlaw.com
          Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
           litdocket@honigman.com
          Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
           emajoros@glmpc.com
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
           bankruptcy@orlans.com,   ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
           (Fannie Mae) bankruptcy@orlans.com,   ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    CitiMortgage, Inc. bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    M&T Bank bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    M&T Bank bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
           bankruptcy@orlans.com,   ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Rushmore Loan Management Services, LLC
           bankruptcy@orlans.com,   ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
           bankruptcy@orlans.com,   ANHSOA@earthlink.net
          Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
           ecrowder@sbplclaw.com,   lhaas@sbplclaw.com
          Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
          Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
           carlson@millercanfield.com
          Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
           enovetsky@jaffelaw.com
          Ethan D. Dunn    on behalf of Creditor    Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
           bankruptcy.maxwelldunn@gmail.com
          Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit efeldman@clarkhill.com
          Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
           efeldman@clarkhill.com
          Fred  Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
          H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
           ecf-hen@rhoadesmckee.com
          Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
          Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
           Heath.Rosenblat@dbr.com,   Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
           Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
           Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Defendant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
           Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heather Lennox    on behalf of Debtor In Possession   City of Detroit, Michigan
           hlennox@jonesday.com
          Heather Lennox    on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com
          Heidi Peterson    hdpeterson75@gmail.com
          Howard R. Hawkins, Jr.    on behalf of Defendant   UBS AG howard.hawkins@cwt.com,
           mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.    on behalf of Creditor   Merrill Lynch Capital Services, Inc.
           howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard R. Hawkins, Jr.    on behalf of Defendant   Merrill Lynch Capital Services, Inc.
           howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
          Howard S. Sher    on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt AG
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant   Deutsche Bank AG, London
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant   Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant   Dexia Holdings, Inc.
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant   Hypothekenbank Frankfurt International S.A.
           howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant   Dexia Credit Local howard@jacobweingarten.com
          Howard S. Sher    on behalf of Intervenor-Defendant   FMS Wertmanagement AR
           howard@jacobweingarten.com
          Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
          Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
          Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
          Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
          Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
          Ian S. Bolton    on behalf of Creditor   FK Park, LLC ibolton@maddinhauser.com,
           bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          Ian S. Bolton    on behalf of Creditor   FK South, LLC ibolton@maddinhauser.com,
           bwislinski@maddinhauser.com;nanderson@maddinhauser.com
          Irma Industrious    on behalf of Interested Party   City of Detroit Law Department
           indui@detroitmi.gov
          James Sprayregen    on behalf of Interested Party   Syncora Capital Assurance Inc.
           james.sprayregen@kirkland.com
          James Sprayregen    on behalf of Interested Party   Syncora Guarantee Inc.
           james.sprayregen@kirkland.com
          James Sprayregen    on behalf of Interested Party   Syncora Holdings Ltd.
           james.sprayregen@kirkland.com
          Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
          Jamie Scott Fields    on behalf of Creditor   Retired Detroit Police Members Association
           jeansartre@msn.com
          Jason Abel    on behalf of Interested Party   Detroit Institute of Arts jpa@honigman.com
          Jason W. Bank    on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com
          Jason W. Bank    on behalf of Interested Party   New England Fertilizer Company
           jbank@kerr-russell.com
          Jeffery R. Sieving    on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey Rossman    on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
           Lhaidostian@mwe.com
          Jeffrey Rossman    on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com
          Jeffrey David Eaton    on behalf of Creditor   Parsons Brinckerhoff Michigan, Inc.
           jeaton@schiffhardin.com
          Jeffrey H. Bigelman    on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com,  tc@osbig.com
          Jeffrey S. Grasl    on behalf of Creditor   Sprint Communications Company LP
           jgrasl@mcdonaldhopkins.com,  sharrow@mcdonaldhopkins.com
          Jeffrey S. Grasl    on behalf of Creditor   Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
           sharrow@mcdonaldhopkins.com
          Jennifer Zbytowski Belveal    on behalf of Defendant   Detroit Entertainment, LLC
           jbelveal@honigman.com,  mjohnson@honigman.com
          Jennifer Zbytowski Belveal    on behalf of Defendant   Greektown Casino, LLC
           jbelveal@honigman.com,  mjohnson@honigman.com
          Jeremiah Buffalo Wirgau    on behalf of Interested Party   CitiMortgage, Inc. jwirgau@sspclegal.com
          Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff   National Action Network--Michigan Chapter
           apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff   Michigan Welfare Rights Organization
           apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff  Peoples Water Board apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff  Moratorium Now! apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
          Jill Kristen Smith    on behalf of Creditor  Macomb County Jill.Smith@macombgov.org
          John A. Simon    on behalf of Debtor In Possession  City of Detroit, Michigan jsimon@foley.com
          John A. Stevens    on behalf of Creditor  Detroit Police Lieutenants and Sergeants Association
           jstevens@mathesonparr.com,  nlmumma@aol.com
          John E. Eaton    on behalf of Creditor  Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
           pjohnson@bredhoff.com;mforan@bredhoff.com
          John Joseph Ramirez    on behalf of Interested Party  Deutsche Bank AG, London
           john.ramirez@kattenlaw.com
          John P. Kapitan    on behalf of Creditor  Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger    on behalf of Creditor  Michigan Bell Telephone Company d/b/a AT&T Michigan
           john.sieger@kattenlaw.com
          John R. Canzano    on behalf of Creditor  Michigan Building and Construction Trades Council
           jcanzano@kmsmc.com
          Jonathan S. Green    on behalf of Interested Party  Miller, Canfield, Paddock and Stone, PLC
           green@millercanfield.com
          Jonathan S. Green    on behalf of Debtor In Possession  City of Detroit, Michigan
           green@millercanfield.com
          Jong-Ju  Chang    on behalf of Interested Party  City of Detroit, Water and Sewerage Department
           jchang@dykema.com,  dkelley@dykema.com;docket@dykema.com
          Joseph M. Fischer    on behalf of Creditor  Oakland County, Michigan brcy@carsonfischer.com,
           jfischer@carsonfischer.com
          Joseph R. Sgroi    on behalf of Interested Party  General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua A. Gadharf    on behalf of Interested Party  Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party  Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party  Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Plaintiff  Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judy B. Calton    on behalf of Creditor  120 W. Montcalm Properties LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Singent Consulting LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Kennedy Square Garage LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Mound Road Enterprises L.L.C. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Country West Apartments, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  LDM, LLC jcalton@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  3250 Associated LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  TSD Solutions LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  136 Bagley LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  440 Congress LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Stanne Consulting, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Olympia Office Building, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Olympia Development of Michigan LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Sunrise Parking LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Taggart Technologies LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Skyline Partners LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor  Cass Community Social Services, Inc.
           jcalton@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
           litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
           blundberg@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Oakland Plant Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Magnolia Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
           jcalton@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
           mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
           jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
           344 jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jteicher@ermanteicher.com
          Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
           karen.dine@kattenlaw.com
          Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
          Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
           kressk@pepperlaw.com,  alexsym@pepperlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
           kenneth.noble@kattenlaw.com,  nyc_bknotices@kattenlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
             kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
            Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
             kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
            Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
             kschneider@schneidermiller.com
            Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
             kevin.baum@kattenlaw.com
            Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
             ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
            Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
            Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
             Kristin.Going@dbr.com
            Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
             Kristin.Going@dbr.com
            Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
             kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
             kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association
             kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization
             kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization
             kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
             thornbladh.kurt3@gmail.com
            Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
             kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
            L. Nichole Hunter    on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com,
             sobrien@alglawpc.com
            Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
             llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
            Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
             llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
            Leah Montesano    on behalf of Interested Party    Ambac Assurance Corporation
             leah.montesano@arentfox.com
            Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
            Leonora K. Baughman    on behalf of Respondent    Wayne County Treasurer ecf@kaalaw.com
            Lisa Okasinski    on behalf of Creditor    HRT Enterprises lisa@demolaw.com
            Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
             Lisa.Fenning@aporter.com
            Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
             Detroit Lisa.Fenning@aporter.com
            Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
             lrochkind@jaffelaw.com,  dburris@jaffelaw.com
            Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
             lrochkind@jaffelaw.com,  dburris@jaffelaw.com
            Lynn M. Brimer    on behalf of Creditor    Retired Detroit Police Members Association
             lbrimer@stroblpc.com,  kvanakin@stroblpc.com
            M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
             dwhadden@umich.edu
            Mallory Field    on behalf of Creditor    Retired Detroit Police Members Association
             MField@stroblpc.com,  pfourne@stroblpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Mami  Kato   on behalf of Interested Party   International Union of Operating Engineers, Local
        324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
        Mami  Kato   on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
        Mami  Kato   on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
        Mami  Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
        Mami  Kato   on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
        Mami  Kato   on behalf of Interested Party   Service Employees International Union, Local 517M
        mkato@sachswaldman.com,  pmerchak@sachswaldman.com
        Mami  Kato   on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
        Mami  Kato   on behalf of Creditor   Detroit Police Command Officers Association
        mkato@sachswaldman.com,  pmerchak@sachswaldman.com
        Mami  Kato   on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
        Marc N. Swanson   on behalf of Defendant   Detroit City Council swansonm@millercanfield.com
        Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan
        swansonm@millercanfield.com
        Marc N. Swanson   on behalf of Defendant   City of Detroit, Michigan swansonm@millercanfield.com
        Mark  Wasvary   on behalf of Creditor   Hyde Park Co-Operative, et al. mark@wasvarylaw.com
        Mark  Wasvary   on behalf of Creditor   Plymouth Square Ltd. Housing Association
        mark@wasvarylaw.com
        Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com
        Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation
        mark.angelov@arentfox.com
        Mark Allan Porter   on behalf of Other Professional   Allen Park Retirees Assn
        maplawat911@msn.com,  map-law.pllc@att.net
        Mark H. Shapiro   on behalf of Creditor   Nuveen Asset Management shapiro@steinbergshapiro.com,
        jbrown@steinbergshapiro.com
        Mark H. Shapiro   on behalf of Interested Party   The Securities Industry and Financial Markets
        Association shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
        Mark H. Shapiro   on behalf of Creditor   BlackRock Financial Management, Inc.
        shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
        Mark H. Shapiro   on behalf of Interested Party   Greenhill & Co., LLC
        shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
        Mark R. James   on behalf of Interested Party   Financial Guaranty Insurance Company
        mrj@wwrplaw.com
        Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
        Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
        Marshall S. Huebner   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
        bankrout@davispolk.com
        Mary Beth Cobbs   on behalf of Interested Party   City of Detroit Law Department
        cobbm@detroitmi.gov,  mbcobbs@flash.net
        Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
        mbcobbs@flash.net
        Matthew  Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
        Matthew  Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
        Matthew  Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
        Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
        Matthew  Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
        wilkins@bwst-law.com,  marbury@bwst-law.com
        Matthew  Wilkins   on behalf of Retiree Committee   Official Committee of Retirees
        wilkins@bwst-law.com,  marbury@bwst-law.com
        Matthew  Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association
        wilkins@bwst-law.com,  marbury@bwst-law.com
        Matthew  Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
        wilkins@bwst-law.com,  marbury@bwst-law.com
        Matthew  Wilkins   on behalf of Intervenor-Plaintiff   Official Committee of Retirees of the City
        of Detroit, Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
        Matthew D. Harper   on behalf of Interested Party   City of Detroit Water and Sewerage Department
        mdharper@eastmansmith.com
        Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und
        Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
        Matthew Gernet Summers   on behalf of Creditor   FMS Wertmanagement summersm@ballardspahr.com
        Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
        summersm@ballardspahr.com
        Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG
        summersm@ballardspahr.com
        Max J. Newman   on behalf of Interested Party   Wayne County Corporation newman@butzel.com
        Melissa Demorest LeDuc   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com,
        paula@demolaw.com
        Melissa Demorest LeDuc   on behalf of Creditor John  Denis melissa@demolaw.com,  paula@demolaw.com
        Melissa Demorest LeDuc   on behalf of Creditor   John W. and Vivian M. Denis Trust
        melissa@demolaw.com,  paula@demolaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Melissa Demorest LeDuc    on behalf of Creditor James  Herbert melissa@demolaw.com,
           paula@demolaw.com
          Melissa Demorest LeDuc    on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
           paula@demolaw.com
          Melissa S. Byrd    on behalf of Creditor   Bank of America, N.A. Easternecf@trottlaw.com
          Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
           mdordeski@foleymansfield.com,cindy@loevy.com
          Meredith Taunt    on behalf of Creditor   Retired Detroit Police Members Association
           mtaunt@stroblpc.com,  KVanAkin@stroblpc.com
          Michael Anthony Karman    on behalf of Creditor   Fountain Court Consumer Housing Cooperative
           makarmanesq@gmail.com
          Michael Anthony Karman    on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
          Michael C. Hammer    on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
          Michael C. Hammer    on behalf of Interested Party   MGM Grand Detroit, LLC
           mchammer2@dickinsonwright.com
          Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell    on behalf of Interested Party   State of Michigan, Department of Attorney
           General BellM1@michigan.gov
          Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
          Michael R. Paslay    on behalf of Creditor   U.S. Bank National Association
           mike.paslay@wallerlaw.com,
           Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
           rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
          Michael S. Leib    on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
           msl@maddinhauser.com,  bac@maddinhauser.com
          My Chi To    on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
           mao-bk-ecf@debevoise.com
          Nabih H. Ayad    on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party   Michigan State Conference NAACP
           ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
          Niraj R. Ganatra    on behalf of Creditor   International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America Nganatra@uaw.net
          Noah J. Ornstein    on behalf of Interested Party   Syncora Guarantee Inc.
           noah.ornstein@kirkland.com
          Noah J. Ornstein    on behalf of Interested Party   Syncora Capital Assurance Inc.
           noah.ornstein@kirkland.com
          Paige E. Barr    on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
           Paige.Barr@kattenlaw.com
          Patrick C. Lannen    on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
           mkisell@plunkettcooney.com
          Patrick E. Mears    on behalf of Creditor   36th District Court for the State of Michigan
           pmears@btlaw.com
          Paul H. Saint-Antoine    on behalf of Defendant   Wilmington Trust, N.A.
           Paul.Saint-Antoine@dbr.com,  Todd.Hutchison@dbr.com;James.Williamson@dbr.com
          Paul R. Hage    on behalf of Creditor   National Public Finance Guarantee Corporation
           phage@jaffelaw.com,  jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Plaintiff   National Public Finance Guarantee Corporation
           phage@jaffelaw.com,  jtravick@jaffelaw.com
          Paula A. Hall    on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
           Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Interested Party   Official Committee of Retirees of the City of
           Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
           marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor   International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano    on behalf of Creditor   National Public Finance Guarantee Corporation
           pcanzano@sidley.com
          Ralph A. Taylor    on behalf of Interested Party   Ambac Assurance Corporation
           ralph.taylor@arentfox.com
          Ralph A. Taylor    on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
          Randall A. Brater    on behalf of Interested Party   Ambac Assurance Corporation
           randall.brater@arentfox.com
          Randall A. Pentiuk    on behalf of Interested Party   Lasalle Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party   Joliet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party   Lafayette Town Houses, Inc.
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party   St. James Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
         RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
         Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
         Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
         Richard  Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
         mao@cravath.com
         Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
         Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
         richardmack@millercohen.com,  mcoil@millercohen.com
         Richard G. Mack, Jr.    on behalf of Creditor    Coalition of Detroit Unions
         richardmack@millercohen.com,  mcoil@millercohen.com
         Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
         State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com,  mcoil@millercohen.com
         Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
         State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
         mcoil@millercohen.com
         Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
         Department ecf@kaalaw.com,  wjackson@KAALaw.com
         Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
         robert.darnell@usdoj.gov
         Robert  Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
         County and Municipal Employees rfetter@millercohen.com,
         richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
         com
         Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
         rfetter@millercohen.com,
         richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
         com
         Robert  Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
         County and Municipal Employees rfetter@millercohen.com,
         richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
         com
         Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
         rweisberg@carsonfischer.com
         Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
         Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
         Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
         rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
         Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
         Robert M. Fishman    rfishman@shawfishman.com
         Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
         bbassel@gmail.com,  robertbassel@hotmail.com
         Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
         robertbassel@hotmail.com
         Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
         robertbassel@hotmail.com
         Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
         bbassel@gmail.com,  robertbassel@hotmail.com
         Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
         bbassel@gmail.com,  robertbassel@hotmail.com
         Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
         alexsym@pepperlaw.com;kuschj@pepperlaw.com
         Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
         alexsym@pepperlaw.com;kuschj@pepperlaw.com
         Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
         alexsym@pepperlaw.com;kuschj@pepperlaw.com
         Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
         alexsym@pepperlaw.com;kuschj@pepperlaw.com
         Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
         hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com;kuschj@pepperlaw.com
         Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
         alexsym@pepperlaw.com;kuschj@pepperlaw.com
         Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
         alexsym@pepperlaw.com;kuschj@pepperlaw.com
         Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
         alexsym@pepperlaw.com;kuschj@pepperlaw.com
         Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
         alexsym@pepperlaw.com;kuschj@pepperlaw.com
         Rozanne M. Giunta    on behalf of Interested Party    State of Michigan rmgiunta@lambertleser.com
         Ryan  Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
         Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
         jdobrzycki@lippittokeefe.com
         Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
         rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
         Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
         jdobrzycki@lippittokeefe.com
         Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
         rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ryan  Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association
           rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
           Association rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
           jdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
           jdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
           ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
           irkland.com
          Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
           irkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
           justin.bernbrock@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
           irkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
           ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
           justin.bernbrock@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
           irkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd.
           ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
           irkland.com
          Sam J. Alberts  on behalf of Retiree Committee   Official Committee of Retirees
           sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Sam J. Alberts  on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
           Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Samuel S. Kohn   on behalf of Plaintiff   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company
           soconnor@glmpc.com
          Sara Klettke MacWilliams   on behalf of Creditor   Oakland County, Michigan
           macwilliams@youngpc.com,  efiling@youngpc.com
          Schuyler  Von Oeyen   on behalf of Interested Party   City of Detroit Law Department
           svonoeyen@finkandassociateslaw.com,  tpringle@finkandassociateslaw.com
          Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com
          Scott B. Kitei   on behalf of Interested Party   Detroit Institute of Arts skitei@honigman.com
          Scott M. Watson   on behalf of Creditor   UBS AG swatson@wnj.com
          Scott R. Murphy   on behalf of Creditor   36th District Court for the State of Michigan
           smurphy@btlaw.com,  Roslyn.Thoits@btlaw.com
          Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shanna Marie Kaminski   on behalf of Interested Party   City of Detroit Water and Sewerage
           Department ecf@kaalaw.com,  skaminski@kaalaw.com
          Shanna Marie Kaminski   on behalf of Defendant   Detroit Water and Sewerage Department
           ecf@kaalaw.com,  skaminski@kaalaw.com
          Shannon L. Deeby   on behalf of Interested Party   General Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Interested Party   Police and Fire Retirement System of the City
           of Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit
           sdeeby@clarkhill.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of
           State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
           slevine@lowenstein.com
          Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
           lawtoll@comcast.net
          Sherrie L. Farrell   on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby   on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com,
           dguerrero@dykema.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com,
           dguerrero@dykema.com
          Stephen Wolpert   on behalf of Creditor   Macomb County stephen.wolpert@dechert.com
          Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com,   kfrantz@wnj.com
          Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow   on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow   on behalf of Defendant   UBS AG sgrow@wnj.com,   kfrantz@wnj.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd.
           stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc.
           stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc.
           sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd.
           sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc.
           sgross@mcdonaldhopkins.com,   shelly.harrow@gmail.com
          Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts
           laplante@millercanfield.com,   skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan
           laplante@millercanfield.com,   skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Plaintiff   City of Detroit, Michigan
           laplante@millercanfield.com,   skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Defendant   Detroit City Council laplante@millercanfield.com,
           skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan
           laplante@millercanfield.com,   skoczylas@millercanfield.com
          Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
          Steven G. Howell   on behalf of Interested Party   State of Michigan showell@dickinsonwright.com
          Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com
          Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,   monicatarazi@quinnemanuel.com
          Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,   monicatarazi@quinnemanuel.com
          Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
           rdin.com
          Tamar Dolcourt   on behalf of Debtor In Possession   City of Detroit, Michigan
           tdolcourt@foley.com
          Thomas B. Radom   on behalf of Creditor   Stroh Properties, Inc. Radom@butzel.com
          Thomas B. Radom   on behalf of Defendant   Detroit Police And Fire Retirement System Service
           Corporation Radom@butzel.com
          Thomas B. Radom   on behalf of Defendant   Detroit General Retirement System Service Corporation
           Radom@butzel.com
          Thomas P. Christy   on behalf of Creditor   Berkshire Hathaway Assurance Corporation
           tchristy@garanlucow.com
          Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association
           morris@silvermanmorris.com,   marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party Donald Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Creditor Donald Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com,   marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
           morris@silvermanmorris.com,   marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association
           morris@silvermanmorris.com,   marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy A. Fusco   on behalf of Defendant   City of Detroit, Michigan fusco@millercanfield.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

             Timothy R. Graves   on behalf of Interested Party   Bronze Gable, L.L.C. tgraves@allardfishpc.com,
              allardfishpc@yahoo.com
             Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
              tgraves@allardfishpc.com,  allardfishpc@yahoo.com
             Timothy R. Graves   on behalf of Interested Party   Aurelius Capital Management, LP
              tgraves@allardfishpc.com,  allardfishpc@yahoo.com
             Timothy R. Graves   on behalf of Interested Party   Stone Lion Capital Partners L.P.
              tgraves@allardfishpc.com,  allardfishpc@yahoo.com
             Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
              allardfishpc@yahoo.com
             Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
              allardfishpc@yahoo.com
             Timothy R. Graves   on behalf of Interested Party   Panning Capital Management, LP
              tgraves@allardfishpc.com,  allardfishpc@yahoo.com
             Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP
              tgraves@allardfishpc.com,  allardfishpc@yahoo.com
             Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
              allardfishpc@yahoo.com
             Trevor J. Zamborsky   on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
             Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy
           vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
          William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses   on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
          William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC
           wcb@osbig.com
          William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William Norman Listman   on behalf of Interested Party   Southeastern Oakland County Water
           Authority wlistman@davislistman.com
          William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
          William W. Kannel   on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
          William W. Kannel   on behalf of Creditor   Fidelity Management & Research Company
           wkannel@mintz.com
          Winnifred P. Boylan   on behalf of Interested Party   State of Michigan wpboylan@lambertleser.com
          Wolfgang  Mueller   on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller   on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller   on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller   on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Yuliy  Osipov   on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC
           yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                              TOTAL: 691