Form designat

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−53846−swr**

In Re: (NAME OF DEBTOR(S))

City of Detroit, Michigan

__________________________/

## NOTICE OF REQUIREMENT TO FILE DESIGNATION

**NOTICE IS HEREBY GIVEN** that an appeal was filed on **11/26/2014** from an order entered by Judge **Steven W. Rhodes** on **11/12/2014** .

Pursuant to Bankruptcy Rule 8006, within 14 days after the filing of the notice of appeal, entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding of a type specified in Rule 8002(b), whichever is later, the appellant shall file **with the Clerk of the Bankruptcy Court** and serve on the appellee a designation of the items to be included in the record on appeal and a statement of issues to be presented.

Within 14 days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal.

If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall immediately file with the Clerk of the Bankruptcy Court a transcript request on the order form available on the Clerk's Office web site.

Failure to comply with the filing of the designation of record and the statement of issues in the time prescribed by the rules and failure to comply with the transcript requirements may result in the dismissal of this appeal by the District Court pursuant to Bankruptcy Rule 8001(a).

Dated: 11/26/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Eastern District of Michigan

In re:
City of Detroit, Michigan
Debtor

Case No. 13-53846-swr
Chapter 9

## CERTIFICATE OF NOTICE

District/off: 0645-2 User: ktrio Page 1 of 17 Date Rcvd: Nov 26, 2014
Form ID: designat Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2014.
cr +Dennis Taubitz, 3051Lindenwood Drive, Dearborn, MI 48120-1311
cr +Irma Industrious, 3051 Lindenwood Drive, Dearborn, MI 48120-1311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp 1983 Claimants
cr ##+Dennis Taubitz, 4190 Devonshire Rd., Detroit, MI 48224-3636
TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2014 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2014 at the address(es) listed below:

A. Stephen Ramadan on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
Alfredo R. Perez on behalf of Creditor Financial Guaranty Insurance Company alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
Alice Bonita Jennings on behalf of Plaintiff John Smith ajennings@edwardsjennings.com, vgray@edwardsjennings.com
Alice Bonita Jennings on behalf of Plaintiff Peoples Water Board ajennings@edwardsjennings.com, vgray@edwardsjennings.com
Alice Bonita Jennings on behalf of Plaintiff Sylvia Taylor ajennings@edwardsjennings.com, vgray@edwardsjennings.com
Alice Bonita Jennings on behalf of Plaintiff Rosalyn Walker ajennings@edwardsjennings.com, vgray@edwardsjennings.com
Alice Bonita Jennings on behalf of Plaintiff Tammika Williams ajennings@edwardsjennings.com, vgray@edwardsjennings.com
Alice Bonita Jennings on behalf of Plaintiff John Jackson ajennings@edwardsjennings.com, vgray@edwardsjennings.com
Alice Bonita Jennings on behalf of Plaintiff Janice Ward ajennings@edwardsjennings.com, vgray@edwardsjennings.com
Alice Bonita Jennings on behalf of Plaintiff Moratorium Now! ajennings@edwardsjennings.com, vgray@edwardsjennings.com
Alice Bonita Jennings on behalf of Plaintiff National Action Network--Michigan Chapter ajennings@edwardsjennings.com, vgray@edwardsjennings.com
Alice Bonita Jennings on behalf of Plaintiff Rosalyn Parham ajennings@edwardsjennings.com, vgray@edwardsjennings.com
Alice Bonita Jennings on behalf of Plaintiff Michigan Welfare Rights Organization ajennings@edwardsjennings.com, vgray@edwardsjennings.com
Alice Bonita Jennings on behalf of Plaintiff Maurika Lyda ajennings@edwardsjennings.com, vgray@edwardsjennings.com
Alice Bonita Jennings on behalf of Plaintiff Nicole Hill ajennings@edwardsjennings.com, vgray@edwardsjennings.com
Alice Bonita Jennings on behalf of Plaintiff Scott Eubank ajennings@edwardsjennings.com, vgray@edwardsjennings.com
Alidz Oshagan on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 oshagan@legghioisrael.com, drf@legghioisrael.com
Allan S. Brilliant on behalf of Creditor Macomb County allan.brilliant@dechert.com
Allan S. Brilliant on behalf of Creditor Macomb Interceptor Drain Drainage District allan.brilliant@dechert.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Allan S. Brilliant on behalf of Creditor County of Macomb, Michigan allan.brilliant@dechert.com
Allison Bach on behalf of Interested Party State of Michigan, Department of Attorney General abach@dickinsonwright.com
Amy D. Caton on behalf of Creditor Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com
Amy D. Caton on behalf of Creditor BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com
Andrew A. Paterson, Jr. on behalf of Plaintiff Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr. on behalf of Creditor Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr. on behalf of Creditor Robert Davis aap43@outlook.com, aap43law@gmail.com
Andrew J. Gerdes on behalf of Creditor Fidelity Management & Research Company agerdes@gerdesplc.com,wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
Andrew J. Gerdes on behalf of Creditor Eaton Vance Management agerdes@gerdesplc.com, wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
Angela Williams on behalf of Creditor Detroit Housing Commission williamsa@dhcmi.org, HollisR@dhcmi.org
Anthony J. Kochis on behalf of Creditor The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
Arthur O’Reilly on behalf of Interested Party Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com
Babette A. Ceccotti on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America bceccotti@cwsny.com
Babette A. Ceccotti on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
Barbara A. Patek on behalf of Attorney Erman, Teicher, Zucker & Freedman, P.C. bpatek@ermanteicher.com
Barbara A. Patek on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com
Barbara A. Patek on behalf of Creditor Detroit Police Officers Association bpatek@ermanteicher.com
Barry S. Fagan on behalf of Creditor Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com
Benjamin J. Wilensky on behalf of Creditor Robert Cole bjw@seikalystewart.com
Brendan G. Best on behalf of Interested Party Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com
Brendan G. Best on behalf of Plaintiff Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com
Brendan G. Best on behalf of Defendant Syncora Guarantee, Inc. bbest@schaferandweiner.com, wkyles@schaferandweiner.com
Brendan H. Frey on behalf of Defendant Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com
Brett A. Border on behalf of Creditor U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com
Brett A. Border on behalf of Creditor U.S. Bank National Association bborder@sspclegal.com, joumedian@sspclegal.com
Brett A. Border on behalf of Interested Party Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com
Brett A. Border on behalf of Interested Party Kondaur Capital Corporation bborder@sspclegal.com, joumedian@sspclegal.com
Brett A. Border on behalf of Creditor Flagstar Bank, FSB bborder@sspclegal.com, joumedian@sspclegal.com
Brian Keck on behalf of Interested Party Denise Gardner bkeck@morganmeyers.com, aworlen@morganmeyers.com
Brian Keck on behalf of Interested Party Patricia Ramirez bkeck@morganmeyers.com, aworlen@morganmeyers.com
Brian Keck on behalf of Interested Party Kimberly James bkeck@morganmeyers.com, aworlen@morganmeyers.com
Brian Keck on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com, aworlen@morganmeyers.com
Brian D. O’Keefe on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O’Keefe on behalf of Interested Party Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O’Keefe on behalf of Interested Party Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O’Keefe on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O’Keefe on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O’Keefe on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian R. Trumbauer on behalf of Interested Party Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
Bruce Bennett on behalf of Debtor In Possession City of Detroit, Michigan bbennett@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Caralyce M. Lassner on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
Carina Kraatz on behalf of Interested Party Resnick & Moss, P.C. ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net
Carina Kraatz on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net
Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen on behalf of Interested Party Ambac Assurance Corporation carol.cohen@arentfox.com
Carol Connor Cohen on behalf of Plaintiff Ambac Assurance Corporation carol.cohen@arentfox.com
Carole Neville on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
Carole Neville on behalf of Retiree Committee Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com
Caroline Turner English on behalf of Interested Party Ambac Assurance Corporation caroline.english@arentfox.com
Caroline Turner English on behalf of Plaintiff Ambac Assurance Corporation caroline.english@arentfox.com
Carolyn Beth Markowitz on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM
Charles Bruce Idelsohn on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
Charles D. Bullock on behalf of Interested Party Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
Charles N. Ash on behalf of Creditor UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash on behalf of Defendant UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash on behalf of Defendant Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
Charles N. Ash on behalf of Creditor Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
Christopher A. Grosman on behalf of Interested Party BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
Christopher A. Grosman on behalf of Creditor Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
Cindy Tsai on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
Claude D. Montgomery on behalf of Retiree Committee Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
Claude D. Montgomery on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
Courtney M. Rogers on behalf of Interested Party U.S. Bank National Association courtney.rogers@wallerlaw.com
Courtney M. Rogers on behalf of Creditor U.S. Bank National Association courtney.rogers@wallerlaw.com
Craig B. Rule on behalf of Creditor Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
Craig E. Zucker on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 czucker@ermanteicher.com
Craig E. Zucker on behalf of Creditor Detroit Police Lieutenants and Sergeants Association czucker@ermanteicher.com
Craig E. Zucker on behalf of Creditor Detroit Police Officers Association czucker@ermanteicher.com
Cynthia J. Haffey on behalf of Defendant Detroit General Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
Cynthia J. Haffey on behalf of Defendant Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
Dan Korobkin on behalf of Interested Party Ian Mobley dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Nathaniel Price dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Jerome Pierce dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Paul Kaiser dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Jason Leverette-Saunders dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party James Washington dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Laura Malher dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Darlene Hellenberg dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Angie Wong dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Stephanie Hollander dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Kimberly Mobley dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Wanda Leverette dkorobkin@aclumich.org
Daniel J. Weiner on behalf of Plaintiff Ambac Assurance Corporation dweiner@schaferandweiner.com
Daniel J. Weiner on behalf of Interested Party Ambac Assurance Corporation dweiner@schaferandweiner.com
David Eisenberg on behalf of Creditor Detroit Police Officers Association deisenberg@ermanteicher.com
David Eisenberg on behalf of Creditor Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com
David Eisenberg on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

David A. Lerner on behalf of Creditor Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
David E. Hart on behalf of Creditor FK Park, LLC deh@maddinhauser.com
David E. Hart on behalf of Creditor FK South, LLC deh@maddinhauser.com
David E. Lemke on behalf of Creditor U.S. Bank National Association david.lemke@wallerlaw.com
David Gilbert Heiman on behalf of Defendant City of Detroit, Michigan dgheiman@jonesday.com
David Gilbert Heiman on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
David Gilbert Heiman on behalf of Debtor In Possession City of Detroit, Michigan dgheiman@jonesday.com
David L. Dubrow on behalf of Plaintiff Ambac Assurance Corporation david.dubrow@arentfox.com
David L. Dubrow on behalf of Interested Party Ambac Assurance Corporation david.dubrow@arentfox.com
David M. Zack on behalf of Other Professional McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
David T. Lin on behalf of Interested Party The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com
Dawn R. Copley on behalf of Interested Party State of Michigan dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
Dawn R. Copley on behalf of Interested Party State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
Deborah Kovsky-Apap on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Defendant John Naglik kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Debtor In Possession City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Defendant John Naglick kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Plaintiff City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Plaintiff City of Detroit kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah Kovsky-Apap on behalf of Defendant City of Detroit, Michigan kovskyd@pepperlaw.com, alexsym@pepperlaw.com
Deborah L. Fish on behalf of Intervenor-Defendant Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Intervenor-Defendant Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Intervenor-Defendant BlueMountain Capital Management, LLC dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Intervenor-Defendant Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Intervenor-Defendant Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Intervenor-Defendant Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Debra N. Pospiech on behalf of Interested Party Patricia Ramirez dpospiech@morganmeyers.com
Dirk H. Beckwith on behalf of Defendant Detroit Retirement Systems Funding Trust 2005 dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Defendant Wilmington Trust, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Defendant U.S. Bank, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Interested Party U.S. Bank N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Creditor Wilmington Trust Company, National Association dbeckwith@fosterswift.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Dirk H. Beckwith on behalf of Defendant Detroit Retirement Systems Funding Trust 2006 dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Creditor U.S. Bank National Association dbeckwith@fosterswift.com
Donald G. McGuigan, II on behalf of Interested Party Mario’s Restaurant, Inc. don@mcguiganlaw.com
Douglas Steele on behalf of Interested Party International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
Douglas C. Bernstein on behalf of Interested Party A. Paul and Carol C. Schaap Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party Hudson-Webber Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party W.K. Kellogg Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party Max M. and Marjorie S. Fisher Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party The Ford Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party Charles Stewart Mott Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party William Davidson Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party McGregor Fund dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Earle I. Erman on behalf of Creditor Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
Earle I. Erman on behalf of Creditor Detroit Police Officers Association eerman@ermanteicher.com
Earle I. Erman on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com
Edward J. Gudeman on behalf of Interested Party Enjoi Transportation, LLC ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward J. Gudeman on behalf of Interested Party Upright Wrecking & Demolition, L.L.C. ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com
Edward Todd Sable on behalf of Interested Party General Motors LLC tsable@honigman.com, litdocket@honigman.com
Elias T. Majoros on behalf of Interested Party US Health & Life Insurance Company emajoros@glmpc.com
Elizabeth M. Abood-Carroll on behalf of Creditor Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll on behalf of Creditor Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll on behalf of Creditor Wells Fargo Bank, NA bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll on behalf of Creditor CitiMortgage, Inc. bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll on behalf of Creditor M&T Bank bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll on behalf of Creditor M&T Bank bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll on behalf of Creditor EverBank bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll on behalf of Creditor Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll on behalf of Creditor Rushmore Loan Management Services, LLC bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll on behalf of Creditor Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
Elliot G. Crowder on behalf of Interested Party Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric B. Gaabo on behalf of Debtor In Possession City of Detroit, Michigan gaabe@detroitmi.gov
Eric D. Carlson on behalf of Debtor In Possession City of Detroit, Michigan carlson@millercanfield.com
Eric David Novetsky on behalf of Creditor National Public Finance Guarantee Corporation enovetsky@jaffelaw.com
Ethan D. Dunn on behalf of Creditor Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com
Evan Justin Feldman on behalf of Creditor Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com
Evan Justin Feldman on behalf of Creditor General Retirement System of the City of Detroit efeldman@clarkhill.com
Fred Neufeld on behalf of Interested Party Courtesy Notice fneufeld@sycr.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

H. Nathan Resnick on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net, jabdelnour@resnicklaw.net
Harold E. Nelson on behalf of Creditor Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com
Harold E. Nelson on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com
Heath Douglas Rosenblat on behalf of Counter-Claimant Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat on behalf of Creditor Wilmington Trust Company, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat on behalf of Creditor Wilmington Trust, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat on behalf of Defendant Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heather Lennox on behalf of Debtor In Possession City of Detroit, Michigan hlennox@jonesday.com
Heather Lennox on behalf of Defendant City of Detroit, Michigan hlennox@jonesday.com
Heidi Peterson hdpeterson75@gmail.com
Howard R. Hawkins, Jr. on behalf of Defendant UBS AG howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr. on behalf of Creditor Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr. on behalf of Defendant Merrill Lynch Capital Services, Inc. howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
Howard Yale Lederman on behalf of Creditor Ernest Flagg hlederman@normanyatooma.com
Howard Yale Lederman on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
Howard Yale Lederman on behalf of Creditor Brian Greene hlederman@normanyatooma.com
Hugh M. Davis on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
Hugh M. Davis on behalf of Creditor Thomas Stephens Info@ConLitPC.com
Ian S. Bolton on behalf of Creditor FK Park, LLC ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com
Ian S. Bolton on behalf of Creditor FK South, LLC ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com
Irma Industrious on behalf of Interested Party City of Detroit Law Department iindustrious@yahoo.com
Irma Industrious on behalf of Creditor Irma Industrious iindustrious@yahoo.com
James Sprayregen on behalf of Interested Party Syncora Capital Assurance Inc. james.sprayregen@kirkland.com
James Sprayregen on behalf of Interested Party Syncora Guarantee Inc. james.sprayregen@kirkland.com
James Sprayregen on behalf of Interested Party Syncora Holdings Ltd. james.sprayregen@kirkland.com
Jamie Scott Fields on behalf of Creditor Jamie Fields jeansartre@msn.com
Jamie Scott Fields on behalf of Creditor Retired Detroit Police Members Association jeansartre@msn.com
Jason Abel on behalf of Interested Party Detroit Institute of Arts jpa@honigman.com
Jason W. Bank on behalf of Interested Party Wade Trim Associates, Inc. jbank@kerr-russell.com
Jason W. Bank on behalf of Interested Party New England Fertilizer Company jbank@kerr-russell.com
Jeffery R. Sieving on behalf of Creditor International Outdoor, Inc. jeff@iobillboard.com
Jeffrey Rossman on behalf of Defendant U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com, Lhaidostian@mwe.com
Jeffrey Rossman on behalf of Creditor U.S. Bank National Association jrossman@mwe.com
Jeffrey David Eaton on behalf of Creditor Parsons Brinckerhoff Michigan, Inc. jeaton@schiffhardin.com
Jeffrey H. Bigelman on behalf of Creditor Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
Jeffrey S. Grasl on behalf of Creditor Sprint Communications Company LP jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
Jeffrey S. Grasl on behalf of Creditor Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
Jennifer Zbytowski Belveal on behalf of Defendant Detroit Entertainment, LLC jbelveal@honigman.com, mjohnson@honigman.com
Jennifer Zbytowski Belveal on behalf of Defendant Greektown Casino, LLC jbelveal@honigman.com, mjohnson@honigman.com
Jeremiah Buffalo Wirgau on behalf of Interested Party CitiMortgage, Inc. jwirgau@sspclegal.com
Jerome D. Goldberg on behalf of Plaintiff John Smith apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff National Action Network--Michigan Chapter apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Nicole Hill apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Rosalyn Parham apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Michigan Welfare Rights Organization apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Scott Eubank apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Rosalyn Walker apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Janice Ward apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Peoples Water Board apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Moratorium Now! apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff John Jackson apclawyer@sbcglobal.net

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Jerome D. Goldberg on behalf of Plaintiff Tammika Williams apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Sylvia Taylor apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Creditor David Sole apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Maurika Lyda apclawyer@sbcglobal.net
Jill Kristen Smith on behalf of Creditor Macomb County Jill.Smith@macombgov.org
John A. Simon on behalf of Debtor In Possession City of Detroit, Michigan jsimon@foley.com
John A. Stevens on behalf of Creditor Detroit Police Lieutenants and Sergeants Association jstevens@mathesonparr.com, nlmumma@aol.com
John E. Eaton on behalf of Creditor Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com;mforan@bredhoff.com
John Joseph Ramirez on behalf of Interested Party Deutsche Bank AG, London john.ramirez@kattenlaw.com
John P. Kapitan on behalf of Creditor Fifth Third Mortgage Company easternecf@trottlaw.com
John P. Sieger on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com
John R. Canzano on behalf of Creditor Michigan Building and Construction Trades Council jcanzano@kmsmc.com
Jonathan S. Green on behalf of Interested Party Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com
Jonathan S. Green on behalf of Debtor In Possession City of Detroit, Michigan green@millercanfield.com
Jong-Ju Chang on behalf of Interested Party City of Detroit, Water and Sewerage Department jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
Joseph M. Fischer on behalf of Creditor Oakland County, Michigan brcy@carsonfischer.com, jfischer@carsonfischer.com
Joseph R. Sgroi on behalf of Interested Party General Motors LLC jsgroi@honigman.com, litdocket@honigman.com
Joshua A. Gadharf on behalf of Interested Party Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf on behalf of Interested Party Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf on behalf of Interested Party Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf on behalf of Plaintiff Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Judy B. Calton on behalf of Creditor 120 W. Montcalm Properties LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Singent Consulting LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Kennedy Square Garage LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Mound Road Enterprises L.L.C. jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Country West Apartments, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Aziz N. Abraham jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor LDM, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor 3250 Associated LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor TSD Solutions LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor 136 Bagley LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Aziz & Lorna Abraham jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor 440 Congress LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Stanne Consulting, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Olympia Office Building, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Olympia Development of Michigan LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Sunrise Parking LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Taggart Technologies LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Skyline Partners LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Cass Community Social Services, Inc. jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Interested Party Michael Duggan, Mayor jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Arrow Uniform Rental, Inc. jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Interested Party Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Judy B. Calton on behalf of Creditor TC Manor House, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Interested Party Detroit Institute of Arts jcalton@honigman.com, blundberg@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Oakland Plant Properties, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor 5801 Southfield Service Drive Corp. jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Magnolia Properties, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Fox Parking Garage, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Chene Square, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Parkrite Holdings LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Debtor In Possession City of Detroit, Michigan jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Elizabeth Street Properties, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Detroit Thermal, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Atwater Group jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Abraham & Potestivo, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Blenheim Building, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor 441 E. Larned LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Pont Solutions, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Country House Apartments jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Columbia Parking LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Defendant Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Lynch Road Land L.L.C. jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Imperial Manor House, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Riverfront Towers Holdings LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Creditor Ivey & Associates LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Interested Party Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton on behalf of Defendant Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
Julia A. Caroff on behalf of Interested Party United States of America julia.caroff@usdoj.gov, mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
Julie Beth Teicher on behalf of Creditor Detroit Police Officers Association jteicher@ermanteicher.com
Julie Beth Teicher on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com
Julie Beth Teicher on behalf of Creditor Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
Karen B. Dine on behalf of Interested Party Deutsche Bank Securities Inc. karen.dine@kattenlaw.com
Karen Vivian Newbury on behalf of Creditor DEPFA Bank PLC knewbury@schiffhardin.com
Karen Vivian Newbury on behalf of Creditor FMS Wertmanagement knewbury@schiffhardin.com
Karin F. Avery on behalf of Interested Party Detroit Retired City Employees Association Avery@SilvermanMorris.com
Karin F. Avery on behalf of Interested Party Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
Karin F. Avery on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com
Karin F. Avery on behalf of Plaintiff Detroit Retired City Employees Association Avery@SilvermanMorris.com
Kay Standridge Kress on behalf of Debtor In Possession City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com
Kenneth E. Noble on behalf of Interested Party Deutsche Bank AG, London kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth E. Noble on behalf of Intervenor-Defendant Deutsche Bank AG, London kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth E. Noble on behalf of Interested Party Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Kenneth M. Schneider on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com
Kevin M. Baum on behalf of Interested Party Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com
Kevin N. Summers on behalf of Creditor National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Joan Robinson on behalf of Creditor Genuine Parts Company kim.robinson@bfkn.com
Kristin K. Going on behalf of Defendant Detroit Retirement Systems Funding Trust 2006 Kristin.Going@dbr.com
Kristin K. Going on behalf of Defendant Detroit Retirement Systems Funding Trust 2005 Kristin.Going@dbr.com
Kurt Thornbladh on behalf of Plaintiff Nicole Hill kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff Peoples Water Board kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff Scott Eubank kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff National Action Network--Michigan Chapter kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Creditor Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Interested Party Housing is a Human Right Coalition kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff Maurika Lyda kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff Moratorium Now! kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff Sylvia Taylor kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff Rosalyn Walker kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff Rosalyn Parham kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Creditor Plymouth Square Ltd. Housing Association kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Creditor Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff Janice Ward kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff John Smith kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff Tammika Williams kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff John Jackson kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Creditor Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
L. Nichole Hunter on behalf of Creditor Public Lighting Authority nhunter@alglawpc.com, sobrien@alglawpc.com
Lawrence A. Larose on behalf of Creditor Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
Lawrence A. Larose on behalf of Plaintiff Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
Leah Montesano on behalf of Interested Party Ambac Assurance Corporation leah.montesano@arentfox.com
Leland Prince on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
Leonora K. Baughman on behalf of Respondent Wayne County Treasurer ecf@kaalaw.com
Lisa Okasinski on behalf of Creditor HRT Enterprises lisa@demolaw.com
Lisa Hill Fenning on behalf of Creditor General Retirement System of the City of Detroit Lisa.Fenning@aporter.com
Lisa Hill Fenning on behalf of Creditor Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com
Louis P. Rochkind on behalf of Plaintiff National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
Louis P. Rochkind on behalf of Creditor National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
Lynn M. Brimer on behalf of Creditor Retired Detroit Police Members Association lbrimer@stroblpc.com, kvanakin@stroblpc.com
M. Ellen Dennis on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu
Mallory Field on behalf of Creditor Retired Detroit Police Members Association MField@stroblpc.com, pfourne@stroblpc.com
Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
Marc N. Swanson on behalf of Defendant Detroit City Council swansonm@millercanfield.com
Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
Marc N. Swanson on behalf of Defendant City of Detroit, Michigan swansonm@millercanfield.com
Mark Wasvary on behalf of Creditor Hyde Park Co-Operative, et al. mark@wasvarylaw.com
Mark Wasvary on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
Mark Allan Porter on behalf of Other Professional Allen Park Retirees Assn maplawat911@msn.com, map-law.pllc@att.net
Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
Mark H. Shapiro on behalf of Creditor BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
Mark H. Shapiro on behalf of Interested Party Greenhill & Co., LLC shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
Mark R. James on behalf of Interested Party Financial Guaranty Insurance Company mrj@wwrplaw.com
Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
Marshall S. Huebner on behalf of Creditor Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
Mary Beth Cobbs on behalf of Interested Party City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins on behalf of Intervenor-Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
Matthew D. Harper on behalf of Interested Party City of Detroit Water and Sewerage Department mdharper@eastmansmith.com
Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
Matthew Gernet Summers on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com
Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt AG summersm@ballardspahr.com
Max J. Newman on behalf of Interested Party Wayne County Corporation newman@butzel.com
Melissa Demorest LeDuc on behalf of Creditor T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
Melissa Demorest LeDuc on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
Melissa Demorest LeDuc on behalf of Creditor John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
Melissa Demorest LeDuc on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
Melissa Demorest LeDuc on behalf of Creditor HRT Enterprises melissa@demolaw.com, paula@demolaw.com
Melissa S. Byrd on behalf of Creditor Bank of America, N.A. Easternecf@trottlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Mercedes Varasteh Dordeski on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
Meredith Taunt on behalf of Creditor Retired Detroit Police Members Association mtaunt@stroblpc.com, KVanAkin@stroblpc.com
Michael Anthony Karman on behalf of Creditor Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
Michael Anthony Karman on behalf of Creditor St. Martins Cooperative makarmanesq@gmail.com
Michael C. Hammer on behalf of Defendant MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael C. Hammer on behalf of Interested Party MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell on behalf of Interested Party State of Michigan, Department of Attorney General BellM1@michigan.gov
Michael R. Bell on behalf of Interested Party Bill Schuette BellM1@michigan.gov
Michael R. Paslay on behalf of Creditor U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib on behalf of Interested Party Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
My Chi To on behalf of Creditor Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
Nabih H. Ayad on behalf of Interested Party Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Michigan State Conference NAACP ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Donnell White ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
Nabih H. Ayad on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
Niraj R. Ganatra on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Nganatra@uaw.net
Noah J. Ornstein on behalf of Interested Party Syncora Guarantee Inc. noah.ornstein@kirkland.com
Noah J. Ornstein on behalf of Interested Party Syncora Capital Assurance Inc. noah.ornstein@kirkland.com
Paige E. Barr on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
Patrick C. Lannen on behalf of Creditor Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
Patrick E. Mears on behalf of Creditor 36th District Court for the State of Michigan pmears@btlaw.com
Paul H. Saint-Antoine on behalf of Defendant Wilmington Trust, N.A. Paul.Saint-Antoine@dbr.com, Todd.Hutchison@dbr.com;James.Williamson@dbr.com
Paul R. Hage on behalf of Creditor National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
Paul R. Hage on behalf of Plaintiff National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
Paula A. Hall on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall on behalf of Interested Party Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall on behalf of Retiree Committee Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
Peter L. Canzano on behalf of Creditor National Public Finance Guarantee Corporation pcanzano@sidley.com
Ralph A. Taylor on behalf of Interested Party Ambac Assurance Corporation ralph.taylor@arentfox.com
Ralph A. Taylor on behalf of Plaintiff Ambac Assurance Corporation ralph.taylor@arentfox.com
Randall A. Brater on behalf of Interested Party Ambac Assurance Corporation randall.brater@arentfox.com
Randall A. Pentiuk on behalf of Interested Party Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk on behalf of Interested Party Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk on behalf of Interested Party Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk on behalf of Creditor St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk on behalf of Interested Party St. James Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk on behalf of Interested Party Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Raymond Guzall, III on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
Raymond Guzall, III on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Richard Levin on behalf of Interested Party Detroit Institute of Arts rlevin@cravath.com, mao@cravath.com
Richard A. Roble (UST) on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
Richard G. Mack, Jr. on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com
Richard G. Mack, Jr. on behalf of Creditor Coalition of Detroit Unions richardmack@millercohen.com, mcoil@millercohen.com
Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
Richardo I. Kilpatrick on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com
Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
Robert Fetter on behalf of Interested Party Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
Robert Fetter on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
Robert Fetter on behalf of Interested Party Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
Robert A. Weisberg on behalf of Creditor Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com
Robert D. Gordon on behalf of Creditor Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
Robert D. Gordon on behalf of Creditor General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
Robert J. Diehl, Jr. on behalf of Interested Party U.S. Bank N.A. rdiehl@bodmanlaw.com
Robert M. Fishman rfishman@shawfishman.com
Robert N. Bassel on behalf of Interested Party Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
Robert N. Bassel on behalf of Interested Party Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com
Robert N. Bassel on behalf of Interested Party Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
Robert N. Bassel on behalf of Interested Party St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com
Robert N. Bassel on behalf of Interested Party Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
Robert S. Hertzberg on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg on behalf of Defendant City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg on behalf of Plaintiff City of Detroit hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg on behalf of Debtor In Possession City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg on behalf of Plaintiff City of Detroit, Michigan hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Rozanne M. Giunta on behalf of Interested Party State of Michigan rmgiunta@lambertleser.com
Ryan Cochran on behalf of Creditor U.S. Bank National Association ryan.cochran@wallerlaw.com
Ryan Plecha on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Ryan Plecha on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Ryan Plecha on behalf of Interested Party Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Ryan Plecha on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Ryan Plecha on behalf of Plaintiff Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Ryan Plecha on behalf of Interested Party Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Ryan Plecha on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Ryan Plecha on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett on behalf of Defendant Syncora Guarantee, Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett on behalf of Interested Party Syncora Capital Assurance Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
Ryan Blaine Bennett on behalf of Interested Party Syncora Holdings Ltd. ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
Sam J. Alberts on behalf of Retiree Committee Official Committee of Retirees sam.alberts@dentons.com, dan.barnowski@dentons.com
Sam J. Alberts on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
Samuel S. Kohn on behalf of Creditor Assured Guaranty Municipal Corp. skohn@chadbourne.com, sbloomfield@chadbourne.com;lschapira@chadbourne.com
Samuel S. Kohn on behalf of Plaintiff Assured Guaranty Municipal Corp. skohn@chadbourne.com, sbloomfield@chadbourne.com;lschapira@chadbourne.com
Sandra L. O'Connor on behalf of Interested Party US Health & Life Insurance Company soconnor@glmpc.com
Sara Klettke MacWilliams on behalf of Creditor Oakland County, Michigan macwilliams@youngpc.com, efiling@youngpc.com
Schuyler Von Oeyen on behalf of Interested Party City of Detroit Law Department svonoeyen@finkandassociateslaw.com, tpringle@finkandassociateslaw.com
Scott A. Wolfson on behalf of Creditor The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com
Scott B. Kitei on behalf of Interested Party Detroit Institute of Arts skitei@honigman.com
Scott M. Watson on behalf of Creditor UBS AG swatson@wnj.com
Scott R. Murphy on behalf of Creditor 36th District Court for the State of Michigan smurphy@btlaw.com, Roslyn.Thoits@btlaw.com
Sean M. Cowley (UST) on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
Shanna Marie Kaminski on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com, skaminski@kaalaw.com
Shanna Marie Kaminski on behalf of Defendant Detroit Water and Sewerage Department ecf@kaalaw.com, skaminski@kaalaw.com
Shannon L. Deeby on behalf of Creditor General Retirement System of the City of Detroit sdeeby@clarkhill.com
Shannon L. Deeby on behalf of Interested Party General Retirement System of the City of Detroit sdeeby@clarkhill.com
Shannon L. Deeby on behalf of Interested Party Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
Shannon L. Deeby on behalf of Creditor Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine on behalf of Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
Sheldon S. Toll on behalf of Interested Party Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net
Sherrie L. Farrell on behalf of Attorney Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
Sherrie L. Farrell on behalf of Creditor Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
Sheryl L. Toby on behalf of Interested Party Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com
Sheryl L. Toby on behalf of Creditor Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com
Stanley L. de Jongh on behalf of Interested Party City of Detroit Law Department jongsl@detroitmi.gov

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Stephen Wolpert on behalf of Creditor Macomb County stephen.wolpert@dechert.com
Stephen B. Grow on behalf of Creditor UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow on behalf of Creditor Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow on behalf of Defendant Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow on behalf of Defendant UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen C. Hackney on behalf of Interested Party Syncora Holdings Ltd. stephen.hackney@kirkland.com
Stephen C. Hackney on behalf of Interested Party Syncora Guarantee Inc. stephen.hackney@kirkland.com
Stephen C. Hackney on behalf of Interested Party Syncora Capital Assurance Inc. stephen.hackney@kirkland.com
Stephen C. Hackney on behalf of Defendant Syncora Guarantee, Inc. stephen.hackney@kirkland.com
Stephen M. Gross on behalf of Plaintiff Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross on behalf of Interested Party Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross on behalf of Creditor Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross on behalf of Interested Party Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross on behalf of Interested Party Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen S. LaPlante on behalf of Interested Party Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante on behalf of Defendant City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante on behalf of Plaintiff City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante on behalf of Defendant Detroit City Council laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante on behalf of Debtor In Possession City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
Steven B. Flancher on behalf of Interested Party State of Michigan flanchers@michigan.gov
Steven G. Howell on behalf of Interested Party State of Michigan showell@dickinsonwright.com
Steven G. Howell on behalf of Interested Party State of Michigan, Department of Attorney General showell@dickinsonwright.com
Stuart A. Gold on behalf of Creditor Detroit Public Library sgold@glmpc.com
Susheel Kirpalani on behalf of Plaintiff Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
Susheel Kirpalani on behalf of Interested Party Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
Suzanne L. Wahl on behalf of Creditor DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
Tamar Dolcourt on behalf of Debtor In Possession City of Detroit, Michigan tdolcourt@foley.com
Thomas B. Radom on behalf of Creditor Stroh Properties, Inc. Radom@butzel.com
Thomas B. Radom on behalf of Defendant Detroit Police And Fire Retirement System Service Corporation Radom@butzel.com
Thomas B. Radom on behalf of Defendant Detroit General Retirement System Service Corporation Radom@butzel.com
Thomas P. Christy on behalf of Creditor Berkshire Hathaway Assurance Corporation tchristy@garanlucow.com
Thomas R. Morris on behalf of Plaintiff Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
Thomas R. Morris on behalf of Interested Party Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
Thomas R. Morris on behalf of Creditor Donald Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
Thomas R. Morris on behalf of Interested Party Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com
Thomas R. Morris on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, marlene@silvermanmorris.com
Thomas R. Morris on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
Thomas R. Morris on behalf of Interested Party Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
Thomas R. Morris on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
Timothy A. Fusco on behalf of Interested Party Meijer, Inc. fusco@millercanfield.com
Timothy A. Fusco on behalf of Debtor In Possession City of Detroit, Michigan fusco@millercanfield.com
Timothy A. Fusco on behalf of Defendant City of Detroit, Michigan fusco@millercanfield.com
Timothy R. Graves on behalf of Interested Party Bronze Gable, L.L.C. tgraves@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Timothy R. Graves on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com

Timothy R. Graves on behalf of Interested Party Aurelius Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

Timothy R. Graves on behalf of Interested Party Stone Lion Capital Partners L.P. tgraves@allardfishpc.com, allardfishpc@yahoo.com

Timothy R. Graves on behalf of Interested Party Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

Timothy R. Graves on behalf of Interested Party Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com

Timothy R. Graves on behalf of Interested Party Panning Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

Timothy R. Graves on behalf of Interested Party Monarch Alternative Capital LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

Timothy R. Graves on behalf of Interested Party Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com

Trevor J. Zamborsky on behalf of Creditor Orlando Marion tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Teran Brown tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Samiya Speed tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Melvin Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Ezekiel Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Wendy Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Doug Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Interested Party 1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Rodney Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Angela Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Yvette Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Eddie Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Otis Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor John Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Gary Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Marily Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Phyllis Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

Trevor J. Zamborsky on behalf of Creditor Jeffrey Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Trevor J. Zamborsky on behalf of Creditor Donna Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Jeremiah Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Mario Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Jennifer Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Jermaine Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Taesean Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Tarita Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Brandon Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Gregory Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Robert Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Terry Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Henry Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Woodrow Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Daniel Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Antonio Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Carolyn Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Ray Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Landon Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Raymond Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Winter Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Lucy Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Darnell Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Darchella Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Hondra Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Shumithia Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Clenette Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Bradley Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor David Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Floyd Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Kevin Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Taralyn Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Joseph Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Raymond Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Brandon Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Brady Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Victoria Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Jamie Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Bernard White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Trevor J. Zamborsky on behalf of Creditor James Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Curtis Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Jerry Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Quentin King tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Daniel Soto tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Leinathian Jelks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Rhonda Craig tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Velma Denson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Sharon Pettway tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Shelton Bell, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Vanessa G. Fluker on behalf of Interested Party Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
William A. Wertheimer, Jr. on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
William A. Wertheimer, Jr. on behalf of Creditor Mary Washington billwertheimer@gmail.com
William A. Wertheimer, Jr. on behalf of Creditor Michael Wells billwertheimer@gmail.com
William A. Wertheimer, Jr. on behalf of Creditor Mary Whitson billwertheimer@gmail.com
William A. Wertheimer, Jr. on behalf of Creditor Bruce Goldman billwertheimer@gmail.com
William C. Blasses on behalf of Interested Party Gary Segatti wcb@osbig.com
William C. Blasses on behalf of Creditor Jackie’s Transport, Inc. wcb@osbig.com
William C. Blasses on behalf of Interested Party Michigan Property Tax Relief, LLC wcb@osbig.com
William C. Blasses on behalf of Interested Party P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
William H. Goodman on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
William H. Goodman on behalf of Creditor Dwayne Provience mail@goodmanhurwitz.com
William H. Goodman on behalf of Creditor Christobal Mendoza mail@goodmanhurwitz.com
William H. Goodman on behalf of Creditor Annica Cuppetelli mail@goodmanhurwitz.com
William H. Goodman on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
William H. Goodman on behalf of Creditor Walter Swift mail@goodmanhurwitz.com
William Norman Listman on behalf of Interested Party Southeastern Oakland County Water Authority wlistman@davislistman.com
William Pfeiffer Smith on behalf of Creditor U.S. Bank National Association wsmith@mwe.com
William W. Kannel on behalf of Creditor Ad Hoc Bondholder Committee wkannel@mintz.com
William W. Kannel on behalf of Creditor Fidelity Management & Research Company wkannel@mintz.com
Winnifred P. Boylan on behalf of Interested Party State of Michigan wpboylan@lambertleser.com
Wolfgang Mueller on behalf of Creditor Richard Mack wmueller@olsmanlaw.com, jsmith@olsmanlaw.com
Wolfgang Mueller on behalf of Creditor Alecia Wilcox wmueller@olsmanlaw.com, jsmith@olsmanlaw.com
Wolfgang Mueller on behalf of Creditor Dwayne Provience wmueller@olsmanlaw.com, jsmith@olsmanlaw.com
Wolfgang Mueller on behalf of Creditor Gerald Wilcox wmueller@olsmanlaw.com, jsmith@olsmanlaw.com
Yuliy Osipov on behalf of Creditor Jackie’s Transport, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov on behalf of Interested Party Gary Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov on behalf of Interested Party Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov on behalf of Interested Party P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

TOTAL: 686