Form designat

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**

In Re: (NAME OF DEBTOR(S))

City of Detroit, Michigan

_____/

## NOTICE OF REQUIREMENT TO FILE DESIGNATION

**NOTICE IS HEREBY GIVEN** that an appeal was filed on **11/26/2014** from an order entered by Judge **Steven W. Rhodes** on **11/12/2014** .

Pursuant to Bankruptcy Rule 8006, within 14 days after the filing of the notice of appeal, entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding of a type specified in Rule 8002(b), whichever is later, the appellant shall file **with the Clerk of the Bankruptcy Court** and serve on the appellee a designation of the items to be included in the record on appeal and a statement of issues to be presented.

Within 14 days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal.

If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall immediately file with the Clerk of the Bankruptcy Court a transcript request on the order form available on the Clerk's Office web site.

Failure to comply with the filing of the designation of record and the statement of issues in the time prescribed by the rules and failure to comply with the transcript requirements may result in the dismissal of this appeal by the District Court pursuant to Bankruptcy Rule 8001(a).

Dated: 11/26/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT

In re:                                                              Case No. 13-53846-swr
City of Detroit, Michigan                                          Chapter 9
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2          User: ktrio              Page 1 of 17              Date Rcvd: Nov 26, 2014
                             Form ID: designat         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2014.
cr              +Lucinda J. Darrah,    492 Peterboro,    Detroit, MI 48201-2302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2014

Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2014 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
              alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John   Smith ajennings@edwardsjennings.com,
              vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff   Peoples Water Board
              ajennings@edwardsjennings.com,   vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia   Taylor ajennings@edwardsjennings.com,
              vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn   Walker ajennings@edwardsjennings.com,
              vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika   Williams ajennings@edwardsjennings.com,
              vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John   Jackson ajennings@edwardsjennings.com,
              vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice   Ward ajennings@edwardsjennings.com,
              vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
              vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
              ajennings@edwardsjennings.com,   vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn   Parham ajennings@edwardsjennings.com,
              vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
              ajennings@edwardsjennings.com,   vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika   Lyda ajennings@edwardsjennings.com,
              vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole   Hill ajennings@edwardsjennings.com,
              vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott   Eubank ajennings@edwardsjennings.com,
              vgray@edwardsjennings.com
              Alidz Oshagan    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
              oshagan@legghioisrael.com,   drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor   Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor   Macomb Interceptor Drain Drainage District
              allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor   County of Macomb, Michigan
              allan.brilliant@dechert.com
              Allison  Bach    on behalf of Interested Party   State of Michigan, Department of Attorney General
              abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
              achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor   BlackRock Financial Management, Inc.
              acaton@kramerlevin.com,   achouprouta@kramerlevin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Andrew A. Paterson, Jr.   on behalf of Plaintiff   Citizens United Against Corrupt Government
          aap43@outlook.com, aap43law@gmail.com
          Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
          aap43@outlook.com, aap43law@gmail.com
          Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
          aap43law@gmail.com
          Andrew J. Gerdes   on behalf of Creditor   Fidelity Management & Research Company
          agerdes@gerdesplc.com,wwkannel@mintz.com, ajg-ecf@hotmail.com
          Andrew J. Gerdes   on behalf of Creditor   Eaton Vance Management agerdes@gerdesplc.com,
          wwkannel@mintz.com,awalker@mintz.com, ajg-ecf@hotmail.com
          Angela  Williams   on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
          HollisR@dhcmi.org
          Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
          stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
          Arthur  O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
          aoreilly@honigman.com, ahatcher@honigman.com
          Babette A. Ceccotti   on behalf of Creditor   International Union, United Automobile, Aerospace
          and Agricultural Implement Workers of America bceccotti@cwsny.com
          Babette A. Ceccotti   on behalf of Creditor Robbie Lee Flowers bceccotti@cwsny.com
          Barbara A. Patek   on behalf of Attorney   Erman, Teicher, Zucker & Freedman, P.C.
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          bpatek@ermanteicher.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
          bpatek@ermanteicher.com
          Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
          bfagan@dibandfagan.com
          Benjamin J. Wilensky   on behalf of Creditor Robert  Cole bjw@seikalystewart.com
          Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
          bbest@schaferandweiner.com, wkyles@schaferandweiner.com
          Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com
          Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
          wkyles@schaferandweiner.com
          Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
          ssikorski@manteselaw.com
          Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
          bborder@sspclegal.com, joumedian@sspclegal.com
          Brett A. Border   on behalf of Interested Party   Kondaur Capital Corporation
          bborder@sspclegal.com, joumedian@sspclegal.com
          Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
          joumedian@sspclegal.com
          Brian  Keck   on behalf of Interested Party Denise  Gardner bkeck@morganmeyers.com,
          aworlen@morganmeyers.com
          Brian  Keck   on behalf of Interested Party Patricia  Ramirez bkeck@morganmeyers.com,
          aworlen@morganmeyers.com
          Brian  Keck   on behalf of Interested Party Kimberly  James bkeck@morganmeyers.com,
          aworlen@morganmeyers.com
          Brian  Keck   on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com,
          aworlen@morganmeyers.com
          Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
          bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
          Care Network of Michigan btrumbauer@bodmanlaw.com
          Bruce  Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
          bbennett@jonesday.com
          Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
          Carina  Kraatz   on behalf of Interested Party   Resnick & Moss, P.C. ckraatz@resnicklaw.net,
          jabdelnour@resnicklaw.net
          Carina  Kraatz   on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net,
          jabdelnour@resnicklaw.net
          Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation
          carol.cohen@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
        Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
        Carole Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
         Michigan carole.neville@dentons.com
        Carole Neville   on behalf of Retiree Committee   Official Committee of Retirees
         carole.neville@dentons.com,daniel.morris@dentons.com
        Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation
         caroline.english@arentfox.com
        Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation
         caroline.english@arentfox.com
        Carolyn Beth Markowitz   on behalf of Interested Party Kevin   Lewis DVCCOUNSEL@AOL.COM
        Charles Bruce Idelsohn   on behalf of Creditor Heidi   Peterson charlesidelsohnattorney@yahoo.com,
         charlesID@hotmail.com
        Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
         cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
        Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com,  kkranz@wnj.com
        Charles N. Ash   on behalf of Defendant   UBS AG cash@wnj.com,  kkranz@wnj.com
        Charles N. Ash   on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com,
         kkranz@wnj.com
        Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
         kkranz@wnj.com
        Christopher A. Grosman   on behalf of Interested Party   BlackRock Financial Management, Inc.
         BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
        Christopher A. Grosman   on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com,
         cgrosman@carsonfischer.com
        Cindy  Tsai   on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
        Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees
         claude.montgomery@dentons.com,docketny@dentons.com,
         carole.neville@dentons.com;sam.alberts@dentons.com
        Claude D. Montgomery   on behalf of Plaintiff   Official Committee of Retirees of the City of
         Detroit, Michigan claude.montgomery@dentons.com,
         carole.neville@dentons.com;sam.alberts@dentons.com
        Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association
         courtney.rogers@wallerlaw.com
        Courtney M. Rogers   on behalf of Interested Party   U.S. Bank National Association
         courtney.rogers@wallerlaw.com
        Craig B. Rule   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com,
         ANHSOA@earthlink.net
        Craig E. Zucker   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
         czucker@ermanteicher.com
        Craig E. Zucker   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
         czucker@ermanteicher.com
        Craig E. Zucker   on behalf of Creditor   Detroit Police Officers Association
         czucker@ermanteicher.com
        Cynthia J. Haffey   on behalf of Defendant   Detroit General Retirement System Service
         Corporation haffey@butzel.com,  smithe@butzel.com
        Cynthia J. Haffey   on behalf of Defendant   Detroit Police And Fire Retirement System Service
         Corporation haffey@butzel.com,  smithe@butzel.com
        Dan  Korobkin   on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party James  Washington dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
        Dan  Korobkin   on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
        Daniel J. Weiner   on behalf of Plaintiff   Ambac Assurance Corporation
         dweiner@schaferandweiner.com
        Daniel J. Weiner   on behalf of Interested Party   Ambac Assurance Corporation
         dweiner@schaferandweiner.com
        David  Eisenberg   on behalf of Creditor   Detroit Police Officers Association
         deisenberg@ermanteicher.com
        David  Eisenberg   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
         deisenberg@ermanteicher.com
        David  Eisenberg   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
         deisenberg@ermanteicher.com
        David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com,
         nwinagar@plunkettcooney.com
        David E. Hart   on behalf of Creditor   FK Park, LLC deh@maddinhauser.com
        David E. Hart   on behalf of Creditor   FK South, LLC deh@maddinhauser.com
        David E. Lemke   on behalf of Creditor   U.S. Bank National Association david.lemke@wallerlaw.com
        David Gilbert Heiman   on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com
        David Gilbert Heiman   on behalf of Defendant Kevyn   Orr dgheiman@jonesday.com
        David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan
         dgheiman@jonesday.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        David L. Dubrow   on behalf of Plaintiff  Ambac Assurance Corporation david.dubrow@arentfox.com
        David L. Dubrow   on behalf of Interested Party  Ambac Assurance Corporation
        david.dubrow@arentfox.com
        David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com,
        nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
        nepc.com
        David T. Lin   on behalf of Interested Party  The Kales Grand Circus Park, LLC dlin@seyburn.com,
        kbilpo@seyburn.com
        Dawn R. Copley   on behalf of Interested Party   State of Michigan dcopley@dickinsonwright.com,
        dnavin@dickinsonwright.com
        Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney
        General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
        Deborah Kovsky-Apap   on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan
        kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah L. Fish   on behalf of Interested Party  Ad Hoc COPs Holders dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant  Panning Capital Management, LP
        dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party  Aurelius Capital Management, LP
        dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party  Bronze Gable, L.L.C. dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party  Dexia Credit Local dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party  Dexia Holdings, Inc. dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant  Aurelius Capital Management, LP
        dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party  Monarch Alternative Capital LP
        dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant  BlueMountain Capital Management, LLC
        dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant  Stone Lion Capital Partners L.P.
        dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party  Stone Lion Capital Partners L.P.
        dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant  Bronze Gable, L.L.C. dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party  Norddeutsche Landesbank Luxembourg, S.A.
        dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party  Panning Capital Management, LP
        dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant  Monarch Alternative Capital LP
        dfish@allardfishpc.com, allardfishpc@yahoo.com
        Debra N. Pospiech   on behalf of Interested Party Patricia  Ramirez dpospiech@morganmeyers.com
        Dirk H. Beckwith   on behalf of Defendant  Detroit Retirement Systems Funding Trust 2005
        dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Defendant  U.S. Bank, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Defendant  Wilmington Trust, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Interested Party  U.S. Bank N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Creditor  Wilmington Trust Company, National Association
        dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Defendant  Detroit Retirement Systems Funding Trust 2006
        dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Creditor  U.S. Bank National Association
        dbeckwith@fosterswift.com
        Donald G. McGuigan, II   on behalf of Interested Party  Mario's Restaurant, Inc.
        don@mcguiganlaw.com
        Douglas Steele   on behalf of Interested Party  International Association of Fire Fighters,
        AFL-CIO, CLC dls@wmlaborlaw.com
        Douglas C. Bernstein   on behalf of Interested Party  Hudson-Webber Foundation
        dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Douglas C. Bernstein   on behalf of Interested Party   Community Foundation for Southeast
          Michigan dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   The Fred A. and Barbara M. Erb Family
          Foundation dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   W.K. Kellogg Foundation
          dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   Max M. and Marjorie S. Fisher Foundation
          dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   The Ford Foundation
          dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
          dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   Charles Stewart Mott Foundation
          dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   William Davidson Foundation
          dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   McGregor Fund
          dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   A. Paul and Carol C. Schaap Foundation
          dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
          Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
          eerman@ermanteicher.com
          Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association
          eerman@ermanteicher.com
          Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          eerman@ermanteicher.com
          Edward J. Gudeman   on behalf of Interested Party   Enjoi Transportation, LLC
          ejgudeman@gudemanlaw.com,   ecf@gudemanlaw.com
          Edward J. Gudeman   on behalf of Interested Party   Upright Wrecking & Demolition, L.L.C.
          ejgudeman@gudemanlaw.com,   ecf@gudemanlaw.com
          Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
          litdocket@honigman.com
          Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
          emajoros@glmpc.com
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
          bankruptcy@orlans.com,   ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association
          (Fannie Mae) bankruptcy@orlans.com,   ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Wells Fargo Bank, NA bankruptcy@orlans.com,
          ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   CitiMortgage, Inc. bankruptcy@orlans.com,
          ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   M&T Bank bankruptcy@orlans.com,
          ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   M&T Bank bankruptcy@orlans.com,
          ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com,
          ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company
          bankruptcy@orlans.com,   ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
          bankruptcy@orlans.com,   ANHSOA@earthlink.net
          Elizabeth M. Abood-Carroll   on behalf of Creditor   Rushmore Loan Management Services, LLC
          bankruptcy@orlans.com,   ANHSOA@earthlink.net
          Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
          ecrowder@sbplclaw.com,   lhaas@sbplclaw.com
          Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
          Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
          carlson@millercanfield.com
          Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation
          enovetsky@jaffelaw.com
          Ethan D. Dunn   on behalf of Creditor   Hercules & Hercules, Inc. bankruptcy@maxwelldunnlaw.com,
          bankruptcy.maxwelldunn@gmail.com
          Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of
          Detroit efeldman@clarkhill.com
          Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit
          efeldman@clarkhill.com
          Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
          H. Nathan Resnick   on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
          jabdelnour@resnicklaw.net
          Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc.
          ecf-hen@rhoadesmckee.com
          Harold E. Nelson   on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
          Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A.
          Heath.Rosenblat@dbr.com,   Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association
          Heath.Rosenblat@dbr.com,   Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    Heath Douglas Rosenblat  on behalf of Creditor  Wilmington Trust, National Association
      Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
    Heath Douglas Rosenblat  on behalf of Defendant  Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
      Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
    Heather Lennox  on behalf of Debtor In Possession  City of Detroit, Michigan
      hlennox@jonesday.com
    Heather Lennox  on behalf of Defendant  City of Detroit, Michigan hlennox@jonesday.com
    Heidi Peterson  hdpeterson75@gmail.com
    Howard R. Hawkins, Jr.  on behalf of Defendant  UBS AG howard.hawkins@cwt.com,
      mark.ellenberg@cwt.com;ellen.halstead@cwt.com
    Howard R. Hawkins, Jr.  on behalf of Creditor  Merrill Lynch Capital Services, Inc.
      howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
    Howard R. Hawkins, Jr.  on behalf of Defendant  Merrill Lynch Capital Services, Inc.
      howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
    Howard Yale Lederman  on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
    Howard Yale Lederman  on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
    Howard Yale Lederman  on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
    Hugh M. Davis  on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
    Hugh M. Davis  on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
    Ian S. Bolton  on behalf of Creditor  FK Park, LLC ibolton@maddinhauser.com,
      bwislinski@maddinhauser.com;nanderson@maddinhauser.com
    Ian S. Bolton  on behalf of Creditor  FK South, LLC ibolton@maddinhauser.com,
      bwislinski@maddinhauser.com;nanderson@maddinhauser.com
    Irma Industrious  on behalf of Interested Party  City of Detroit Law Department
      iindustrious@yahoo.com
    Irma Industrious  on behalf of Creditor Irma  Industrious iindustrious@yahoo.com
    James Sprayregen  on behalf of Interested Party  Syncora Capital Assurance Inc.
      james.sprayregen@kirkland.com
    James Sprayregen  on behalf of Interested Party  Syncora Guarantee Inc.
      james.sprayregen@kirkland.com
    James Sprayregen  on behalf of Interested Party  Syncora Holdings Ltd.
      james.sprayregen@kirkland.com
    Jamie Scott Fields  on behalf of Creditor Jamie  Fields jeansartre@msn.com
    Jamie Scott Fields  on behalf of Creditor  Retired Detroit Police Members Association
      jeansartre@msn.com
    Jason Abel  on behalf of Interested Party  Detroit Institute of Arts jpa@honigman.com
    Jason W. Bank  on behalf of Interested Party  Wade Trim Associates, Inc. jbank@kerr-russell.com
    Jason W. Bank  on behalf of Interested Party  New England Fertilizer Company
      jbank@kerr-russell.com
    Jeffery R. Sieving  on behalf of Creditor  International Outdoor, Inc. jeff@iobillboard.com
    Jeffrey Rossman  on behalf of Creditor  U.S. Bank National Association jrossman@mwe.com
    Jeffrey Rossman  on behalf of Defendant  U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
      Lhaidostian@mwe.com
    Jeffrey David Eaton  on behalf of Creditor  Parsons Brinckerhoff Michigan, Inc.
      jeaton@schiffhardin.com
    Jeffrey H. Bigelman  on behalf of Creditor  Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
    Jeffrey S. Grasl  on behalf of Creditor  Sprint Communications Company LP
      jgrasl@mcdonaldhopkins.com,  sharrow@mcdonaldhopkins.com
    Jeffrey S. Grasl  on behalf of Creditor  Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
      sharrow@mcdonaldhopkins.com
    Jennifer Zbytowski Belveal  on behalf of Defendant  Detroit Entertainment, LLC
      jbelveal@honigman.com, mjohnson@honigman.com
    Jennifer Zbytowski Belveal  on behalf of Defendant  Greektown Casino, LLC
      jbelveal@honigman.com, mjohnson@honigman.com
    Jeremiah Buffalo Wirgau  on behalf of Interested Party  CitiMortgage, Inc. jwirgau@sspclegal.com
    Jerome D. Goldberg  on behalf of Plaintiff John  Smith aplawyer@sbcglobal.net
    Jerome D. Goldberg  on behalf of Plaintiff  National Action Network--Michigan Chapter
      aplawyer@sbcglobal.net
    Jerome D. Goldberg  on behalf of Plaintiff Nicole  Hill aplawyer@sbcglobal.net
    Jerome D. Goldberg  on behalf of Plaintiff Rosalyn  Parham aplawyer@sbcglobal.net
    Jerome D. Goldberg  on behalf of Plaintiff  Michigan Welfare Rights Organization
      aplawyer@sbcglobal.net
    Jerome D. Goldberg  on behalf of Plaintiff Scott  Eubank aplawyer@sbcglobal.net
    Jerome D. Goldberg  on behalf of Plaintiff Rosalyn  Walker aplawyer@sbcglobal.net
    Jerome D. Goldberg  on behalf of Plaintiff Janice  Ward aplawyer@sbcglobal.net
    Jerome D. Goldberg  on behalf of Plaintiff  Peoples Water Board aplawyer@sbcglobal.net
    Jerome D. Goldberg  on behalf of Plaintiff  Moratorium Now! aplawyer@sbcglobal.net
    Jerome D. Goldberg  on behalf of Interested Party Jerome  Moore aplawyer@sbcglobal.net
    Jerome D. Goldberg  on behalf of Plaintiff John  Jackson aplawyer@sbcglobal.net
    Jerome D. Goldberg  on behalf of Plaintiff Tammika  Williams aplawyer@sbcglobal.net
    Jerome D. Goldberg  on behalf of Plaintiff Sylvia  Taylor aplawyer@sbcglobal.net
    Jerome D. Goldberg  on behalf of Creditor David  Sole aplawyer@sbcglobal.net
    Jerome D. Goldberg  on behalf of Plaintiff Maurika  Lyda aplawyer@sbcglobal.net
    Jill Kristen Smith  on behalf of Creditor  Macomb County Jill.Smith@macombgov.org
    John A. Simon  on behalf of Debtor In Possession  City of Detroit, Michigan jsimon@foley.com
    John A. Stevens  on behalf of Creditor  Detroit Police Lieutenants and Sergeants Association
      jstevens@mathesonparr.com, nlmumma@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
          pjohnson@bredhoff.com;mforan@bredhoff.com
          John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
          john.ramirez@kattenlaw.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
          john.sieger@kattenlaw.com
          John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
          jcanzano@kmsmc.com
          Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
          green@millercanfield.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
          green@millercanfield.com
          Jong-Ju  Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
          jchang@dykema.com,  dkelley@dykema.com;docket@dykema.com
          Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
          jfischer@carsonfischer.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
          litdocket@honigman.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Singent Consulting LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Mound Road Enterprises L.L.C. jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    LDM, LLC jcalton@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    TSD Solutions LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    440 Congress LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Stanne Consulting, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Taggart Technologies LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Cass Community Social Services, Inc.
          jcalton@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
          blundberg@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Oakland Plant Properties, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
          litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Judy B. Calton    on behalf of Creditor    Magnolia Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
           jcalton@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Abraham & Potestivo jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Julia A. Caroff    on behalf of Interested Party    United States of America julia.caroff@usdoj.gov,
           mary.compeau@usdoj.gov;michele.gangler@usdoj.gov;jennifer.bielecki@usdoj.gov
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
           jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
           344 jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jteicher@ermanteicher.com
          Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
           karen.dine@kattenlaw.com
          Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
          Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
           kressk@pepperlaw.com,  alexsym@pepperlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
           kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
           kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
           kschneider@schneidermiller.com
          Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kevin.baum@kattenlaw.com
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Kristin K. Going   on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
    Kristin.Going@dbr.com
Kristin K. Going   on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
    Kristin.Going@dbr.com
Kurt  Thornbladh   on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
    thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
    thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
    thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Plaintiff    National Action Network--Michigan Chapter
    kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
    thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Interested Party   Housing is a Human Right Coalition
    kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
    thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
    thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
    thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
    thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
    thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Creditor    Plymouth Square Ltd. Housing Association
    kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Creditor    Michigan Welfare Rights Organization
    kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Plaintiff    Michigan Welfare Rights Organization
    kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
    thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
    thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
    thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
    thornbladh.kurt3@gmail.com
Kurt  Thornbladh   on behalf of Creditor    Michigan Auto Recovery Service, Inc.
    kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
L. Nichole Hunter   on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com,
    sobrien@alglawpc.com
Lawrence A. Larose   on behalf of Creditor    Assured Guaranty Municipal Corp.
    llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
Lawrence A. Larose   on behalf of Plaintiff    Assured Guaranty Municipal Corp.
    llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
Leah  Montesano   on behalf of Interested Party    Ambac Assurance Corporation
    leah.montesano@arentfox.com
Leland  Prince   on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
Leonora K. Baughman   on behalf of Respondent    Wayne County Treasurer ecf@kaalaw.com
Lisa  Okasinski   on behalf of Creditor    HRT Enterprises lisa@demolaw.com
Lisa Hill Fenning   on behalf of Creditor    General Retirement System of the City of Detroit
    Lisa.Fenning@aporter.com
Lisa Hill Fenning   on behalf of Creditor    Police and Fire Retirement System of the City of
    Detroit Lisa.Fenning@aporter.com
Louis P. Rochkind   on behalf of Plaintiff    National Public Finance Guarantee Corporation
    lrochkind@jaffelaw.com,  dburris@jaffelaw.com
Louis P. Rochkind   on behalf of Creditor    National Public Finance Guarantee Corporation
    lrochkind@jaffelaw.com,  dburris@jaffelaw.com
Lynn M. Brimer   on behalf of Creditor    Retired Detroit Police Members Association
    lbrimer@stroblpc.com,  kvanakin@stroblpc.com
M. Ellen Dennis   on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
    dwhadden@umich.edu
Mallory  Field   on behalf of Creditor    Retired Detroit Police Members Association
    MField@stroblpc.com,  pfourne@stroblpc.com
Mami  Kato   on behalf of Interested Party    International Union of Operating Engineers, Local
    324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
    pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
    pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
    pmerchak@sachswaldman.com
Mami  Kato   on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
    pmerchak@sachswaldman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mami  Kato   on behalf of Interested Party   Service Employees International Union, Local 517M
             mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
             pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor   Detroit Police Command Officers Association
             mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
             pmerchak@sachswaldman.com
          Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan
             swansonm@millercanfield.com
          Marc N. Swanson   on behalf of Defendant   City of Detroit, Michigan swansonm@millercanfield.com
          Marc N. Swanson   on behalf of Defendant   Detroit City Council swansonm@millercanfield.com
          Mark  Wasvary   on behalf of Creditor   Hyde Park Co-Operative, et al. mark@wasvarylaw.com
          Mark  Wasvary   on behalf of Creditor   Plymouth Square Ltd. Housing Association
             mark@wasvarylaw.com
          Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com
          Mark A. Angelov   on behalf of Interested Party   Ambac Assurance Corporation
             mark.angelov@arentfox.com
          Mark Allan Porter   on behalf of Other Professional   Allen Park Retirees Assn
             maplawat9ll@msn.com,  map-law.pllc@att.net
          Mark H. Shapiro   on behalf of Creditor   Nuveen Asset Management shapiro@steinbergshapiro.com,
             jbrown@steinbergshapiro.com
          Mark H. Shapiro   on behalf of Interested Party   The Securities Industry and Financial Markets
             Association shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark H. Shapiro   on behalf of Creditor   BlackRock Financial Management, Inc.
             shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark H. Shapiro   on behalf of Interested Party   Greenhill & Co., LLC
             shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark R. James   on behalf of Interested Party   Financial Guaranty Insurance Company
             mrj@wwrplaw.com
          Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com
          Marshall S. Huebner   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
             bankrout@davispolk.com
          Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
             mbcobbs@flash.net
          Mary Beth Cobbs   on behalf of Interested Party   City of Detroit Law Department
             cobbm@detroitmi.gov,  mbcobbs@flash.net
          Matthew  Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
          Matthew  Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
          Matthew  Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
             Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
             wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Retiree Committee   Official Committee of Retirees
             wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association
             wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
             wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Intervenor-Plaintiff   Official Committee of Retirees of the City
             of Detroit, Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew D. Harper   on behalf of Interested Party   City of Detroit Water and Sewerage Department
             mdharper@eastmansmith.com
          Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und
             Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   FMS Wertmanagement summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
             summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG
             summersm@ballardspahr.com
          Max J. Newman   on behalf of Interested Party   Wayne County Corporation newman@butzel.com
          Melissa Demorest LeDuc   on behalf of Creditor   T&T Management, Inc. melissa@demolaw.com,
             paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor John  Denis melissa@demolaw.com,  paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor   John W. and Vivian M. Denis Trust
             melissa@demolaw.com,  paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor James  Herbert melissa@demolaw.com,
             paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
             paula@demolaw.com
          Melissa S. Byrd   on behalf of Creditor   Bank of America, N.A. Easternecf@trottlaw.com
          Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown
             mdordeski@foleymansfield.com,cindy@loevy.com
          Meredith  Taunt   on behalf of Creditor   Retired Detroit Police Members Association
             mtaunt@stroblpc.com,  KVanAkins@stroblpc.com
          Michael Anthony Karman   on behalf of Creditor   Fountain Court Consumer Housing Cooperative
             makarmanesq@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael C. Hammer   on behalf of Interested Party   MGM Grand Detroit, LLC
 mchammer2@dickinsonwright.com
Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell   on behalf of Interested Party   State of Michigan, Department of Attorney
 General BellM1@michigan.gov
Michael R. Bell   on behalf of Interested Party Bill   Schuette BellM1@michigan.gov
Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association
 mike.paslay@wallerlaw.com,
 Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
 rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
 msl@maddinhauser.com,   bac@maddinhauser.com
My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
 mao-bk-ecf@debevoise.com
Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Rashida   Tlaib ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Maureen   Taylor ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP
 ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Donnell   White ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Thomas   Stallworth III ayadlaw@hotmail.com
Niraj R. Ganatra   on behalf of Creditor   International Union, United Automobile, Aerospace and
 Agricultural Implement Workers of America Nganatra@uaw.net
Noah J. Ornstein   on behalf of Interested Party   Syncora Guarantee Inc.
 noah.ornstein@kirkland.com
Noah J. Ornstein   on behalf of Interested Party   Syncora Capital Assurance Inc.
 noah.ornstein@kirkland.com
Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
 Paige.Barr@kattenlaw.com
Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
 mkisell@plunkettcooney.com
Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan
 pmears@btlaw.com
Paul H. Saint-Antoine   on behalf of Defendant   Wilmington Trust, N.A.
 Paul.Saint-Antoine@dbr.com,   Todd.Hutchison@dbr.com;James.Williamson@dbr.com
Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
 phage@jaffelaw.com,   jtravick@jaffelaw.com
Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation
 phage@jaffelaw.com,   jtravick@jaffelaw.com
Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
 Michigan hall@bwst-law.com,   marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of
 Detroit, Michigan hall@bwst-law.com,   marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
 marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and
 Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts   on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation
 pcanzano@sidley.com
Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation
 ralph.taylor@arentfox.com
Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
Randall A. Brater   on behalf of Interested Party   Ambac Assurance Corporation
 randall.brater@arentfox.com
Randall A. Pentiuk   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
 RPentiuk@PCK-Law.Com,   Pentiukpc@aol.com
Randall A. Pentiuk   on behalf of Interested Party   Joliet Town Houses Cooperative Association
 RPentiuk@PCK-Law.Com,   Pentiukpc@aol.com
Randall A. Pentiuk   on behalf of Interested Party   Lafayette Town Houses, Inc.
 RPentiuk@PCK-Law.Com,   Pentiukpc@aol.com
Randall A. Pentiuk   on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com,
 Pentiukpc@aol.com
Randall A. Pentiuk   on behalf of Interested Party   St. James Cooperative RPentiuk@PCK-Law.Com,
 Pentiukpc@aol.com
Randall A. Pentiuk   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
 RPentiuk@PCK-Law.Com,   Pentiukpc@aol.com
Raymond  Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
Raymond  Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
Richard  Levin   on behalf of Interested Party   Detroit Institute of Arts rlevin@cravath.com,
 mao@cravath.com
Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
Richard G. Mack, Jr.   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
 richardmack@millercohen.com,   mcoil@millercohen.com
Richard G. Mack, Jr.   on behalf of Plaintiff   Coalition of Detroit Unions
 richardmack@millercohen.com,   mcoil@millercohen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Richard G. Mack, Jr.  on behalf of Creditor  Michigan Council 25 of the American Federation of
          State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.  on behalf of Creditor  Michigan Council 25 of the American Federation of
          State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
          mcoil@millercohen.com
          Richardo I. Kilpatrick  on behalf of Interested Party  City of Detroit Water and Sewerage
          Department ecf@kaalaw.com, wjackson@KAALaw.com
          Robert Darnell  on behalf of Interested Party  United States Nuclear Regulatory Commission
          robert.darnell@usdoj.gov
          Robert Fetter  on behalf of Interested Party  Local 3308 of the American Federation of State,
          County and Municipal Employees rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert  Fetter  on behalf of Plaintiff  AFSCME Sub-Chapter 98, City of Detroit Retirees
          rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert  Fetter  on behalf of Interested Party  Local 917 of the American Federation of State,
          County and Municipal Employees rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert A. Weisberg  on behalf of Creditor  Oakland County, Michigan BRCY@CARSONFISCHER.COM,
          rweisberg@carsonfischer.com
          Robert D. Gordon  on behalf of Creditor  Police and Fire Retirement System of the City of
          Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert D. Gordon  on behalf of Creditor  General Retirement System of the City of Detroit
          rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.  on behalf of Interested Party  U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman  rfishman@shawfishman.com
          Robert N. Bassel  on behalf of Interested Party  Lasalle Town Houses Cooperative Association
          bbassel@gmail.com,  robertbassel@hotmail.com
          Robert N. Bassel  on behalf of Interested Party  St. James Cooperative bbassel@gmail.com,
          robertbassel@hotmail.com
          Robert N. Bassel  on behalf of Interested Party  Lafayette Town Houses, Inc. bbassel@gmail.com,
          robertbassel@hotmail.com
          Robert N. Bassel  on behalf of Interested Party  Joliet Town Houses Cooperative Association
          bbassel@gmail.com,  robertbassel@hotmail.com
          Robert N. Bassel  on behalf of Interested Party  Nicolet Town Houses Cooperative Association
          bbassel@gmail.com,  robertbassel@hotmail.com
          Robert S. Hertzberg  on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg  on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg  on behalf of Defendant  City of Detroit, Michigan hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg  on behalf of Plaintiff  City of Detroit hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg  on behalf of Debtor In Possession  City of Detroit, Michigan
          hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg  on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg  on behalf of Plaintiff  City of Detroit, Michigan hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg  on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg  on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
          alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Rozanne M. Giunta  on behalf of Interested Party  State of Michigan rmgiunta@lambertleser.com
          Ryan  Cochran  on behalf of Interested Party  U.S. Bank National Association ryan.cochran@wallerlaw.com
          Ryan  Plecha  on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
          jdobrzycki@lippittokeefe.com
          Ryan  Plecha  on behalf of Interested Party  Retired Detroit Police and Fire Fighers
          Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
          Ryan  Plecha  on behalf of Plaintiff  Retired Detroit Police and Fire Fighters Association
          rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
          Ryan  Plecha  on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
          jdobrzycki@lippittokeefe.com
          Ryan  Plecha  on behalf of Interested Party  Detroit Retired City Employees Association
          rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
          Ryan  Plecha  on behalf of Plaintiff  Detroit Retired City Employees Association
          rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
          Ryan  Plecha  on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
          jdobrzycki@lippittokeefe.com
          Ryan  Plecha  on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
          jdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
    ryan.bennett@kirkland.com,
    dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
    irkland.com
    Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
    dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
    irkland.com
    Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc.
    ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
    justin.bernbrock@kirkland.com,
    dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
    irkland.com
    Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
    ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
    justin.bernbrock@kirkland.com,
    dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
    irkland.com
    Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd.
    ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
    dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
    irkland.com
    Sam J. Alberts   on behalf of Retiree Committee   Official Committee of Retirees
    sam.alberts@dentons.com,  dan.barnowski@dentons.com
    Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
    Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
    Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
    sbloomfield@chadbourne.com;lschapira@chadbourne.com
    Samuel S. Kohn   on behalf of Plaintiff   Assured Guaranty Municipal Corp. skohn@chadbourne.com,
    sbloomfield@chadbourne.com;lschapira@chadbourne.com
    Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company
    soconnor@glmpc.com
    Sara Klettke MacWilliams   on behalf of Creditor   Oakland County, Michigan
    macwilliams@youngpc.com,  efiling@youngpc.com
    Schuyler Von Oeyen   on behalf of Interested Party   City of Detroit Law Department
    svonoeyen@finkandassociateslaw.com,  tpringle@finkandassociateslaw.com
    Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com,
    david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
    stravis@wolfsonbolton.com
    Scott B. Kitei   on behalf of Interested Party   Detroit Institute of Arts skitei@honigman.com
    Scott M. Watson   on behalf of Creditor   UBS AG swatson@wnj.com
    Scott R. Murphy   on behalf of Creditor   36th District Court for the State of Michigan
    smurphy@btlaw.com,  Roslyn.Thoits@btlaw.com
    Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
    Shanna Marie Kaminski   on behalf of Interested Party   City of Detroit Water and Sewerage
    Department ecf@kaalaw.com,  skaminski@kaalaw.com
    Shanna Marie Kaminski   on behalf of Defendant   Detroit Water and Sewerage Department
    ecf@kaalaw.com,  skaminski@kaalaw.com
    Shannon L. Deeby   on behalf of Interested Party   General Retirement System of the City of
    Detroit sdeeby@clarkhill.com
    Shannon L. Deeby   on behalf of Interested Party   Police and Fire Retirement System of the City
    of Detroit sdeeby@clarkhill.com
    Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of
    Detroit sdeeby@clarkhill.com
    Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit
    sdeeby@clarkhill.com
    Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
    State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
    Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
    State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
    Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of
    State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
    slevine@lowenstein.com
    Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
    lawtoll@comcast.net
    Sherrie L. Farrell   on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com,
    mpearson@dykema.com;docket@dykema.com
    Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com,
    mpearson@dykema.com;docket@dykema.com
    Sheryl L. Toby   on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com,
    dguerrero@dykema.com
    Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com,
    dguerrero@dykema.com
    Stanley L. de Jongh   on behalf of Interested Party   City of Detroit Law Department
    jongsl@detroitmi.gov
    Stephen Wolpert   on behalf of Creditor   Macomb County stephen.wolpert@dechert.com
    Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com,  kfrantz@wnj.com
    Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
    kfrantz@wnj.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Stephen B. Grow   on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
          kfrantz@wnj.com
          Stephen B. Grow   on behalf of Defendant   UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Holdings Ltd.
          stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Capital Assurance Inc.
          stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Interested Party   Syncora Guarantee Inc.
          stephen.hackney@kirkland.com
          Stephen C. Hackney   on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
          shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Guarantee Inc.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Creditor   Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
          shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Holdings Ltd.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross   on behalf of Interested Party   Syncora Capital Assurance Inc.
          sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Plaintiff   City of Detroit, Michigan
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Defendant   Detroit City Council laplante@millercanfield.com,
          skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan
          laplante@millercanfield.com,  skoczylas@millercanfield.com
          Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
          Steven G. Howell   on behalf of Interested Party   State of Michigan showell@dickinsonwright.com
          Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney
          General showell@dickinsonwright.com
          Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com
          Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc.
          susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc.
          susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
          mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmissian@schiffhardin.com;edocket@schiffha
          rdin.com
          Tamar  Dolcourt   on behalf of Debtor In Possession   City of Detroit, Michigan
          tdolcourt@foley.com
          Thomas B. Radom   on behalf of Creditor   Stroh Properties, Inc. Radom@butzel.com
          Thomas B. Radom   on behalf of Defendant   Detroit Police And Fire Retirement System Service
          Corporation Radom@butzel.com
          Thomas B. Radom   on behalf of Defendant   Detroit General Retirement System Service Corporation
          Radom@butzel.com
          Thomas P. Christy   on behalf of Creditor   Berkshire Hathaway Assurance Corporation
          tchristy@garanlucow.com
          Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association
          morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
          marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
          marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
          Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
          morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
          marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association
          morris@silvermanmorris.com,  marlene@silvermanmorris.com
          Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
          marlene@silvermanmorris.com
          Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan
          fusco@millercanfield.com
          Timothy A. Fusco   on behalf of Defendant   City of Detroit, Michigan fusco@millercanfield.com
          Timothy R. Graves   on behalf of Interested Party   Bronze Gable, L.L.C. tgraves@allardfishpc.com,
          allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
          tgraves@allardfishpc.com,  allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Aurelius Capital Management, LP
          tgraves@allardfishpc.com,  allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Timothy R. Graves   on behalf of Interested Party   Stone Lion Capital Partners L.P.
              tgraves@allardfishpc.com, allardfishpc@yahoo.com
              Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
              allardfishpc@yahoo.com
              Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
              allardfishpc@yahoo.com
              Timothy R. Graves   on behalf of Interested Party   Panning Capital Management, LP
              tgraves@allardfishpc.com, allardfishpc@yahoo.com
              Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP
              tgraves@allardfishpc.com, allardfishpc@yahoo.com
              Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
              allardfishpc@yahoo.com
              Trevor J. Zamborsky   on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Nicholas  Martin tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com
              Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
              trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
          trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
  trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
  trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
  trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
  trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
  trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
  trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
  trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
  trevor.zamborsky@gmail.com
Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy
  vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
William C. Blasses   on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
William C. Blasses   on behalf of Interested Party   Michigan Property Tax Relief, LLC
  wcb@osbig.com
William C. Blasses   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
William H. Goodman   on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
William H. Goodman   on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
William H. Goodman   on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
William H. Goodman   on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
William Norman Listman   on behalf of Interested Party   Southeastern Oakland County Water
  Authority wlistman@davislistman.com
William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
William W. Kannel   on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
William W. Kannel   on behalf of Creditor   Fidelity Management & Research Company
  wkannel@mintz.com
Winnifred P. Boylan   on behalf of Interested Party   State of Michigan wpboylan@lambertleser.com
Wolfgang  Mueller   on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
  jsmith@olsmanlaw.com
Wolfgang  Mueller   on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
  jsmith@olsmanlaw.com
Wolfgang  Mueller   on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
  jsmith@olsmanlaw.com
Wolfgang  Mueller   on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
  jsmith@olsmanlaw.com
Yuliy  Osipov   on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
  yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
  yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC
  yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
  yo_ecf@osbig.com;tc_ecf@osbig.com

TOTAL: 686