UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
                                                    :
In re                                               :   Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN,                          :   Case No. 13-53846
                                                    :
                    Debtor.                         :   Hon. Steven W. Rhodes
                                                    :
                                                    :
---------------------------------------------------x

# DISCLOSURE PURSUANT TO RULE 1.10 (B) OF THE MICHIGAN RULES OF PROFESSIONAL CONDUCT

Miller, Canfield, Paddock and Stone, P.L.C. notifies you, in accordance with the requirements of MRCP 1.10(b), that the firm has invited Lisa J. Zigterman, Esq. to join us in the practice of law in our Detroit office. Ms. Zigterman practiced with Sidley Austin LLP in its Chicago, Illinois office. Our firm represents the City of Detroit in this bankruptcy case. The Sidley Austin LLP firm represents National Public Finance Guarantee Corporation in this bankruptcy case. While Ms. Zigterman does not believe that she was involved in, or gained any information related to, this case while at Sidley Austin LLP, we have taken the precaution to screen her from any contact or involvement with our representation of the City in the bankruptcy case and to prevent her from being apportioned any part of our fee. Likewise, we are taking the precaution of informing you of our hiring of Ms. Zigterman and of our screening of her.

Dated: December 1, 2014

Respectfully submitted,

By: /s/ Jonathan S. Green
Jonathan S. Green (MI P33140)

MILLER, CANFIELD, PADDOCK AND
  STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

Attorneys for the City