November 15, 2014

Judge Steven Rhodes
U.S. Bankruptcy Court
211 W. Fort St/. Suite 1800
Detroit, MI 48226

FILED
2014 NOV 20 A 10 27

Re: case #13-53846

Judge Rhodes, your decision has put retirees in a financial hardship. It seems as if the City of Detroit, the Banks, DIA, Jones Day Law firm and all the many consultants on this case benefited at the expense of the retirees.

I strongly object to this decision of yours, I was very disappointed and sadden that you did not uphold the Michigan State constitution, whereas the pension benefits should not be diminished or impaired. The so call grand bargain only benefited the DIA, and big businesses.

All retirees were not treated fairly even within a certain class of peoples voting. I don't even believe the votes were done fairly, that was a sham. The so call claw back of our annuity is so unfair, why should we be penalized for the pension board investing our money, and paying us a return on it, and why was Ken Orr allowed to go back ten years for a so call claw back. Where is statue of limitation?

I hope you think about each of us struggling retirees, and the hardship we are faced with because of your decision.

Linda Lovelady
City Of Detroit Retiree