# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditor/Petitioners

v

In re:                                         Chapter 9
City OF DETROIT, MICHIGAN         Case No. 13-53846
AND EMERGENCY MANAGER       Magistrate Judge:
      KEVYN D.ORR                  Steven W. Rhodes
      Debtors/Respondent
_____/

## REPLY TO NOTICE OF DEFICIENT DOC No. 8402 AND CORRECTED NOTICE OF SECOND VERIFIED MOTION FOR SUMMARY JUDGMENT AND INCORPORATED BRIEF OF MAGISTRATE JUDGE STEVEN W RHODES CASE NO. 13-53846

NOW COMES the creditors/objectors in the above caption and herein this motion duly sworn depose and say: that we move this court under oath to the correction of Notice of Deficient according to the Notice and move for Summary Judgment, pursuant to Federal Rule of Civil Procedures Rule 56 and of the bankruptcy Rule and show the following:

    1) Petitioners submitted a corrected notice of Summary Judgment

    2) Petitioners submitted a corrected notice of Second Verified Motion for Summary Judgment including original signature.

    3) Petitioners submitted Prove of Service

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____

Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

Sign _Hassan Aleem_____

Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-435

2of2

13-53846-tjt    Doc 8515    Filed 11/26/14    Entered 12/01/14 09:42:58    Page 2 of 2