# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditor/Petitioners

v

In re:                                            Chapter 9
City OF DETROIT, MICHIGAN          Case No. 13-53846
AND EMERGENCY MANAGER         Magistrate Judge:
    KEVYN D.ORR                         Steven W. Rhodes
    Debtors/Respondent
_____/

## CORRECTED NOTICE OF SECOND VERIFIED MOTION FOR SUMMARY JUDGEMENT AND INCORPORATED BRIEF TO MAGISTRATE JUDGE STEVEN W RHODES CASE NO. 13-53846

The corrected 2nd Notice is hereby given that Carl Williams and Hassan Aleem, petitioners/creditors above named, place the City of Detroit and the Emergency Manager, Kevyn Orr on notice for the court Second Verified Motion for Summary Judgment and incorporated brief of the Plan of Adjustment and Confirmation of the plan. The respondents in the above caption have 21 days to respond from the day that it is received on this day of November 26, 2014.

1of2

We hereby certify that the statements made herein this verified motion for summary judgment are true and correct and if called to testify can and will give testimony competently, under the laws of the United States of America, to the best of our knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _____
Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

Sign _____
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353