# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

In re:  
CITY OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR  

Chapter 9  
Case No. 13-53846  
Hon: Steven W. Rhodes  

Debtor
_____/

## PROOF OF SERVICE

Carl Williams, being first duly sworn deposes and Say that on November 26 2014. I sent a copy of Reply to notice of deficient Doc 8402 and Corrected Notice of Second Verified Motion for Summary Judgment and incorporated Brief and Original signature in support and notice, Upon the concern parties by certified mail at the following address:

City of Detroit  
Corporation Council  
First National Building  
600 Woodward Ave  
Detroit, Michigan 48226  

Emergency Manager  
Kenyn Orr  
Coleman A Young Municipal Center  
2 Woodward 11th floor  
Detroit, Michigan 48226  



13-53846-tjt    Doc 8517    Filed 11/26/14    Entered 12/01/14 10:00:48    Page 1 of 2

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl W. Williams_

Date: November 26, 2014