UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN<br><br>Debtor. | Chapter 9<br><br>Case No.: 13-53846<br><br>Hon. Steven W. Rhodes |

# *EX PARTE* ORDER AUTHORIZING THE CITY TO FILE A CONSOLIDATED OBJECTION TO APPELLANTS' MOTIONS FOR STAY PENDING APPEAL IN EXCESS OF POTENTIALLY APPLICABLE PAGE LIMITS

This matter having come before the Court on the *Ex Parte* Motion of the City of Detroit for an Order Authorizing It To File a Consolidated Opposition to Appellants' Motions for Stay Pending Appeal in Excess of Potentially Applicable Page Limits (the "*Ex Parte* Motion"), filed by the City of Detroit, Michigan (the "City"); and the Court being fully advised in the premises;

It is hereby ORDERED that:

1. The *Ex Parte* Motion is Granted.

2. The City is granted relief from any applicable page limits and may file its consolidated opposition to the stay motions in excess of 30 pages but not to exceed 35 pages.

.

**Signed on December 01, 2014**

                                                                         /s/ Steven Rhodes
                                                                         **Steven Rhodes**
                                                                         **United States Bankruptcy Judge**