UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

/

JOINDER IN JOHN P. QUINN'S
MOTION FOR PARTIAL STAY PENDING APPEAL

I have or intend to file a timely Notice of Appeal to the United States District Court for the Eastern District of Michigan from this Court's Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Doc. No. 8272, 11/12/14). I Join in John P. Quinn's Motion for Partial Stay Pending Appeal, filed today, and request that Mr. Quinn requests in that motion be granted to me as well.

Signature: *Rita Dickerson*

Printed Name: Rita Dickerson

Address: 19200 Prairie

Phone: 313-864-4127

email: retd@att.net

Dated: November 24, 2014

FILED 2014 NOV 26 P 12:43 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT

13-53846-tjt    Doc 8522    Filed 11/26/14    Entered 12/01/14 11:47:53    Page 1 of 1