UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## JOINDER IN JOHN P. QUINN'S
## MOTION FOR PARTIAL STAY PENDING APPEAL

I have or intend to file a timely Notice of Appeal to the United States District Court for the Eastern District of Michigan from this Court's Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Doc. No. 8272, 11/12/14). I Join in John P. Quinn's Motion for Partial Stay Pending Appeal, filed today, and request that Mr. Quinn requests in that motion be granted to me as well.

Signature: /s/ Gwendolyn Davis

Printed Name: Gwendolyn Davis

Address: 12746 Monte Vista
Detroit MI 48238

Phone: (313) 834-2265

email: N/A

Dated: November 24, 2014

FILED 2014 NOV 26 P 12:43 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT