**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

CITY OF DETROIT, MICHIGAN,   Chapter 9
　　　　　　　　　　　　　　　　　　　　Case No. 13-53846-SWR
　　　Debtor.　　　　　　　　　　　　　Hon. Steven W. Rhodes

_____

**COPS HOLDERS' JOINDER IN THE CITY OF DETROIT'S CONSOLIDATED OBJECTION TO APPELLANTS' MOTIONS FOR STAY PENDING APPEAL AND FINANCIAL GUARANTY INSURANCE COMPANY'S JOINDER**

The undersigned, through their respective counsel, hereby joins in the City of Detroit's Consolidated Objection to Appellants' Motions for Stay Pending Appeal [Docket No. 8496] (the "Objection") and Financial Guaranty Insurance Company's Joinder in the City of Detroit's Consolidated Objection to Appellants' Motions for Stay Pending Appeal [Docket No. 8499] (the "Joinder"), and in support thereof, adopt and incorporate the arguments in the Objection and the Joinder as if fully set forth herein.

[Signatures contained on the following page.]

<pre>
                          /S/Deborah L. Fish
                          ALLARD & FISH, P.C.
                          2600 Buhl Building
                          535 Griswold
                          Detroit, MI 48226
                          Telephone: (313) 961-6141
                          Facsimile: (313) 961-6142
                          dfish@allardfishpc.com
                          P36580

                          and

                          KRAMER LEVIN NAFTALIS
                          & FRANKEL LLP
                          Thomas Moers Mayer
                          Jonathan M. Wagner
                          1177 Avenue of the Americas
                          New York, New York 10036
                          Telephone: (212) 715-9100
                          Facsimile:  (212) 715-8000

                          *Counsel for the Ad Hoc COPs Holders*[1]
</pre>

Dated: Detroit, Michigan
       December 1, 2014

z:\13\079\plds\12.1.14.Joinder.docx

2

---

[1] The Ad Hoc COPs Holders consist of Dexia Crédit Local and Dexia Holdings, Inc., Panning Capital Management, LP, on behalf of funds and accounts managed by it, Monarch Alternative Capital LP, on behalf of funds and accounts managed by it, Bronze Gable, LL.C., Aurelius Capital Management, LP, on behalf of its managed entities, Stone Lion Capital Partners L.P., on behalf of funds and accounts managed by it, and BlueMountain Capital Management, LLC on behalf of funds and accounts managed by it.

In re:

CITY OF DETROIT, MICHIGAN,

       Debtor.

_____

Chapter 9
Case No. 13-53846-SWR
Hon. Steven W. Rhodes

## CERTIFICATION OF SERVICE

I, Regina Drouillard, hereby certify that on December 1, 2014, I electronically filed the following:

- COPs Holders' Joinder in the City of Detroit's Consolidated Objection to Appellants' Motions for Stay Pending Appeal and Financial Guaranty Insurance Company's Joinder

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF system has served all registered users.

ALLARD & FISH, P.C.

/S/Regina Drouillard
535 Griswold
2600 Buhl Building
Detroit MI 48226
(313) 961-6141

Dated: December 1, 2014
z:\13\079\plds\12.1.14.Joinder.docx