In rei City of Detroit
13-53846

11/26/14

I, Lucinda Darrah, general fund retiree of the City of Detroit, would like to join John Quinn's appeal of the bankruptcy confirmation of the 8th Plan of Adjustment. I would like to join any other appeals of the confirmation order as well.

Lucinda Darrah
492 Peterboro
Det, MI 48201
(313) 414 5181

FILED
2014 NOV 26 P 2:50
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 8527    Filed 11/26/14    Entered 12/01/14 14:26:49    Page 1 of 1