UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
|  | ) | Hon. Steven W. Rhodes |
|  | ) |  |
| _____ | ) |  |

**CORRECTED COALITION OF DETROIT UNIONS MOTION FOR ABSTENTION AND TO REMAND THE CLAIMS CONTAINED IN PROOF OF CLAIM #2851**

NOW COMES the Coalition of Detroit Unions (Coalition or Claimant) for its Motion for Abstention and to Remand the Claims Contained in Proof of Claim #2851 and states as follows:

For its motion, the Coalition incorporates herein by reference the arguments from the AFSCME motion for abstention [Docket No 8492], filed November 26, 2014 and subsequently filed corrected motion, and the claim description for claim number #8.

WHEREFORE, the Coalition of Detroit Unions respectfully request this Court grant its motion to abstain from hearing these matters.

Dated: December 2, 2014

      /s/ Richard G. Mack, Jr.
Richard G. Mack, Jr., Esq.
Jack W. Schulz, Esq.
MILLER COHEN PLC
600 West Lafayette Blvd., 4th Floor
Detroit, MI 48226-3191
Telephone: (313) 964-4454
Facsimile: (313) 964-4490
richardmack@millercohen.com
jschulz@millercohen.com

*Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO*