# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| | ) | |
| _____ | ) | |

**PROPOSED ORDER GRANTING COALITION OF DETROIT UNIONS
CORRECTED MOTION FOR ABSTENTION AND TO REMAND THE
CLAIMS CONTAINED IN PROOF OF CLAIM #2851**

This matter having come before the Court on the Motion of the Coalition of Detroit Unions ("Coalition") requesting this Court to abstain from hearing and remand the remaining claims contained within Proof of Claim #2851, filed by the Coalition; and the Court being fully advised in the premises;

It is hereby ORDERED that:

1. This Court abstains from adjudicating the remaining claims contained within Proof of Claim #2851, as identified in the Coalition's motion;

2. This Court remands the individual claims contained within Proof of Claim #2851 to be adjudicated before the Michigan Employment Relations Commission, as identified in the Proof of Claim #2851, to determine liquidated value.

_____
STEPHEN RHODES
UNITED STATES BANKRUPTCY JUDGE