# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
|  | ) | Hon. Steven W. Rhodes |
|  | ) |  |
| _____ | ) |  |

**PROPOSED ORDER GRANTING MICHIGAN AFSCME COUNCIL 25
AND AFFILIATED LOCALS CORRECTED MOTION FOR
ABSTENTION AND TO REMAND THE CLAIMS
CONTAINED IN PROOF OF CLAIM #2958**

This matter having come before the Court on the Motion of the Michigan
AFSCME Council 25 and affiliated Locals ("AFSCME") requesting this Court to
abstain from hearing and remand the remaining claims contained within Proof of
Claim #2958, filed by the AFSCME; and the Court being fully advised in the
premises;

It is hereby ORDERED that:

1.  This Court abstains from adjudicating the remaining claims contained within
    Proof of Claim #2958, as identified in AFSCME's motion;

2.  This Court remands the individual claims contained within Proof of Claim
    #2958 to be adjudicated before the Michigan Employment Relations
    Commission, state court, arbitrators and other tribunals, as identified in the
    Proof of Claim #2958, to determine liquidated value.

_____
STEPHEN RHODES
UNITED STATES BANKRUPTCY JUDGE