# EXHIBIT 2

Form B20A(Official Form 20A)
12/1/10

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan

In re:

City of Detroit, Michigan
2 Woodward Avenue
Suite 1126
Detroit, MI 48226

**Chapter: 9**

**Case No. 13-53846**

**Debtor(s)**

**Hon. Steven W. Rhodes**

Address: City of Detroit, Michigan
2 Woodward Avenue
Suite 1126
Detroit, MI 48226

Employer's Tax Identification (EIN): 38−6004606

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

AFSCME Council 25 and its Affiliated Detroit Locals has filed papers with the court to request the court permissively abstain and to remand the claims contained in Proof of Claim #2958

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to permissively abstain and to remand the claims contained in Proof of Claim #2958, or if you want the court to consider your views on the motion, within 14 days, you or your attorney must:

1.     File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
211 West Fort Street
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Richard G. Mack, Jr., Esq.
MILLER COHEN PLC
600 West Lafayette Blvd., 4th Floor
Detroit, MI 48226-3191
Telephone: (313) 964-4454
Facsimile: (313) 964-4490
richardmack@millercohen.com

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

2.  If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: December 2, 2014

/s/ Richard G. Mack, Jr.
Richard G. Mack, Jr., Esq.
Jack W. Schulz, Esq.
MILLER COHEN PLC
600 West Lafayette Blvd., 4th Floor
Detroit, MI 48226-3191
Telephone: (313) 964-4454
Facsimile: (313) 964-4490
richardmack@millercohen.com
jschulz@millercohen.com

Herbert A. Sanders
THE SANDERS LAW FIRM PC
615 Griswold St., Ste. 913
Detroit, MI 48226
Telephone: (313) 962-0099
Facsimile: (313) 962-0044
hsanders@miafscme.org

*Counsel to Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO*