UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re :	Chapter 9

CITY OF DETROIT, MICHIGAN,	Case No. 13-53846

Debtor.	Hon. Steven W. Rhodes

_____/

**MICHAEL J. KARWOSKI'S AMENDED DECLARATION
OF NON-APPELLANT STATUS AS PART OF WILLIAM M. DAVIS
AND ADDITIONAL APPELLANTS GROUP FILING**

This document is amended only to enable it to be filed as a "Declaration" (rather than a "Notice" or "Statement of Intent") in order to link it through the ECF system to the documents to which it relates. The substance below is unchanged from the original (Doc. No. 8491, 11/26/14).

William M. Davis filed a "Notice of Appeal from William M. Davis and the Attached List of Additional Appellants" (Doc. No. 8473, entered November 26, 2014). My name is inadvertently included in the attached list of additional Appellants.

I am not an Appellant as part of the William M. Davis group Notice of Appeal.

/s/ Michael J. Karwoski
Michael J. Karwoski (P26658)
26015 Felicity Landing
Harrison Township, MI 48045
(313) 378-7642
mjkarwoski@alumni.nd.edu

Dated: December 4, 2014

1

**CERTIFICATE OF SERVICE**

      I certify that on December 4, 2014, I am filing "Michael J. Karwoski's Amended Declaration of Non-Appellant Status as Part of William M. Davis and Additional Appellants Group Filing" with the Clerk of the Court using the Court's ECF filing and noticing system which provides electronic service to all parties entitled to service in this manner.

      /s/ Michael J. Karwoski
      Michael J. Karwoski (P26658)
      26015 Felicity Landing
      Harrison Township, MI 48045
      313-378-7642
      mjkarwoski@alumni.nd.edu