UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------x

# WITHDRAWAL OF PROOF OF CLAIM NO. 834

Claimant Detroit Thermal, LLC, by its attorneys, hereby withdraws its Proof of Claim No. 834 regarding Michigan Tax Tribunal Docket No. 454971 because it has been satisfied.

    Respectfully submitted,

    HONIGMAN MILLER SCHWARTZ AND COHN LLP
    Attorneys for Detroit Thermal, LLC

    By: /s/ Judy B. Calton
        Judy B. Calton (P38733)
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI 48226
    (313) 465-7344
    jcalton@honigman.com

Dated: December 5, 2014

## **CERTIFICATE OF SERVICE**

I certify that on December 5, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Detroit Thermal, LLC

By: /s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
(313) 465-7344
jcalton@honigman.com

16144217.1