UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-----------------------------------------------------------x
:
In re                                                     :     Chapter 9
                                                          :
CITY OF DETROIT, MICHIGAN                                 :     Case No. 13-53846
                                                          :
                    Debtor.                               :     Hon. Steven W. Rhodes
                                                          :
                                                          :
-----------------------------------------------------------x

## WITHDRAWAL OF PROOF OF CLAIM NO. 709

Claimant Bean Little Investments, LLC, by its attorneys, hereby withdraws its Proof of Claim No. 709 because it has been satisfied.

                Respectfully submitted,

                HONIGMAN MILLER SCHWARTZ AND COHN LLP
                Attorneys for Bean Little Investments, LLC

                By:/s/ Judy B. Calton
                   Judy B. Calton (P38733)
                2290 First National Building
                660 Woodward Avenue
                Detroit, MI  48226
                (313) 465-7344
                jcalton@honigman.com

Dated:  December 5, 2014

## CERTIFICATE OF SERVICE

I certify that on December 5, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Bean Little Investments, LLC


By: /s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com