UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 9
                                                               :
CITY OF DETROIT, MICHIGAN                                      :   Case No. 13-53846
                                                               :
                         Debtor.                               :   Hon. Steven W. Rhodes
                                                               :
                                                               :
---------------------------------------------------------------x

# WITHDRAWAL OF PROOF OF CLAIM NO. 814

Claimant Regency Owner LLC, by its attorneys, hereby withdraws its Proof of Claim No. 814 because it has been satisfied.

                    Respectfully submitted,

                    HONIGMAN MILLER SCHWARTZ AND COHN LLP
                    Attorneys for Regency Owner LLC

                    By:/s/ Judy B. Calton
                        Judy B. Calton (P38733)
                    2290 First National Building
                    660 Woodward Avenue
                    Detroit, MI 48226
                    (313) 465-7344
                    jcalton@honigman.com

Dated: December 5, 2014

## CERTIFICATE OF SERVICE

I certify that on December 5, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Regency Owner LLC

By: /s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com