UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re                                              :         Chapter 9
:
CITY OF DETROIT, MICHIGAN       :         Case No. 13-53846
:
            Debtor.                          :         Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------x

# WITHDRAWAL OF PROOF OF CLAIM NO. 745

Claimant Delbruck Technology, LLC, by its attorneys, hereby withdraws its Proof of Claim No. 745 as moot.

> Respectfully submitted,
>
> HONIGMAN MILLER SCHWARTZ AND COHN LLP
> Attorneys for Delbruck Technology, LLC
>
>
> By:/s/ Judy B. Calton
>     Judy B. Calton (P38733)
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI  48226
> (313) 465-7344
> jcalton@honigman.com

Dated:  December 5, 2014

## **CERTIFICATE OF SERVICE**

I certify that on December 5, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Delbruck Technology, LLC

By: /s/ Judy B. Calton
     Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com