UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-------------------------------------------------------------x
                              :

In re                              :               Chapter 9
                              :

CITY OF DETROIT, MICHIGAN      :         Case No. 13-53846
                              :

                  Debtor.       :         Hon. Steven W. Rhodes
                              :
                              :
-------------------------------------------------------------x

## <u>WITHDRAWAL OF PROOF OF CLAIM NO. 830</u>

Claimant 3100 East Jefferson, LLC, by its attorneys, hereby withdraws its Proof of Claim

No. 830 because it has been satisfied.

                          Respectfully submitted,

                          HONIGMAN MILLER SCHWARTZ AND COHN LLP
                          Attorneys for 3100 East Jefferson, LLC


                          By:/s/ Judy B. Calton
                             Judy B. Calton (P38733)
                          2290 First National Building
                          660 Woodward Avenue
                          Detroit, MI  48226
                          (313) 465-7344
                          jcalton@honigman.com


Dated:  December 5, 2014

**CERTIFICATE OF SERVICE**

I certify that on December 5, 2014 I electronically filed the foregoing paper with the

Clerk of the Court using the ECF system which will send notification of such filing all counsel of

record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for 3100 East Jefferson, LLC

By:/s/ Judy B. Calton
      Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
(313) 465-7344
jcalton@honigman.com

16144266.1
13-53846-tjt    Doc 8572    Filed 12/05/14    Entered 12/05/14 11:26:38    Page 2 of 2