# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

-------------------------------------------------------x
                                            :
In re                                       :        Chapter 9
                                            :
CITY OF DETROIT, MICHIGAN,                  :        Case No. 13-53846
                                            :
                        Debtor.             :        Hon. Steven W. Rhodes
                                            :
                                            :
--------------------------------------------------------x

## NOTICE OF AMENDMENT TO NON-EXCLUSIVE LIST
## OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## TO BE ASSUMED PURSUANT TO EIGHTH AMENDED PLAN
## FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On October 22, 2014, the City of Detroit (the "City"), filed the

Eighth Amended Plan for the Adjustment of Debts of the City of Detroit

(Docket No. 8045) (the "Plan").[1]   On November 12, 2014, the Bankruptcy Court

entered the Order Confirming Eighth Amended Plan for the Adjustment of Debts

of the City of Detroit (Docket No. 8272).

2.      On August 4, 2014, the Bankruptcy Court entered an Order

(the "Contract Procedures Order") approving certain procedures with respect to the

_____

[1]     Capitalized terms not otherwise defined herein have the meanings given to
        them in the Plan.

proposed assumption or assumption and assignment of Executory Contracts and Unexpired Leases pursuant to the Plan (Docket No. 6512).

3. On November 21, 2014, the City filed the Notice of Filing Non-Exclusive List of Executory Contracts and Unexpired Leases to Be Assumed Pursuant to the Plan (Docket No. 8387) (the "Non-Exclusive Plan Assumption List").

4. In accordance with the Contract Procedures Order, the City hereby amends the Non-Exclusive Plan Assumption List. Specifically, the City hereby removes the Executory Contract or Unexpired Lease described in the attached Annex A from the Non-Exclusive Plan Assumption List.

Dated: December 5, 2014                    Respectfully submitted,


                                           /s/ Heather Lennox
                                           David G. Heiman (OH 0038271)
                                           Heather Lennox (OH 0059649)
                                           Thomas A. Wilson (OH 0077047)
                                           JONES DAY
                                           North Point
                                           901 Lakeside Avenue
                                           Cleveland, Ohio  44114
                                           Telephone:  (216) 586-3939
                                           Facsimile:  (216) 579-0212
                                           dgheiman@jonesday.com
                                           hlennox@jonesday.com
                                           tawilson@jonesday.com

                                           Bruce Bennett (CA 105430)
                                           JONES DAY
                                           555 South Flower Street
                                           Fiftieth Floor
                                           Los Angeles, California  90071
                                           Telephone:  (213) 243-2382
                                           Facsimile:  (213) 243-2539
                                           bbennett@jonesday.com

                                           Jonathan S. Green (MI P33140)
                                           Stephen S. LaPlante (MI P48063)
                                           MILLER, CANFIELD, PADDOCK AND
                                               STONE, P.L.C.
                                           150 West Jefferson
                                           Suite 2500
                                           Detroit, Michigan  48226
                                           Telephone:  (313) 963-6420
                                           Facsimile:  (313) 496-7500
                                           green@millercanfield.com
                                           laplante@millercanfield.com

                                           ATTORNEYS FOR THE CITY

# ANNEX A

Executory Contract or Unexpired Lease Removed From Non-Exclusive Plan Assumption List

| Name of Counterparty | Vendor # | Contract # | Description | City Department | Cure Amount |
|---|---|---|---|---|---|
| 660 Woodward Associates LLC | 1117401 | 2830227 | | Non-Departmental | $0 |

# CERTIFICATE OF SERVICE

I, Heather Lennox, hereby certify that the foregoing Notice of Amendment to Non-Exclusive List of Executory Contracts and Unexpired Leases to Be Assumed Pursuant to Eighth Amended Plan for the Adjustment of Debts of the City of Detroit was filed and served via the Court's electronic case filing and noticing system on this 5th day of December, 2014.


/s/ Heather Lennox