UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

        Debtor.
_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

John P. Quinn,
        Appellant.
v.

City of Detroit, Michigan,
        Appellee.
_____/

APPELLANT JOHN P. QUINN'S DESIGNATION OF
THE CONTENTS OF THE RECORD AND STATEMENT OF ISSUES ON APPEAL

I am filing and serving this Designation and Statement to comply with Fed. R. Bnkr. P. 8009(a)(1) [Effective December 1, 2014]. The Designation and Statement relate to the appeal I started by filing a Notice of Appeal (Doc. No. 8369) on November 21, 2014.

I.    DESIGNATION OF RECORD ON APPEAL.

| Item No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 1 | 7/18/13 | 0001 | Voluntary Petition for City of Detroit, Michigan |
| 2 | 12/5/13 | 1945 | Opinion Regarding Eligibility |
| 3 | 2/21/14 | 2708 | Plan for the Adjustment of Debts of the City of Detroit |
| 4 | 2/21/14 | 2709 | Disclosure Statement with Respect to Plan for the Adjustment of the Debts of the City of Detroit |

| Item No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 5 | 3/31/14 | 3380 | Amended Plan for the Adjustment of Debts of the City of Detroit |
| 6 | 3/31/14 | 3382 | Amended Disclosure with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit |
| 7 | 3/31/14 | 3390 | John P. Quinn's Objections to Disclosure Statement |
| 8 | 3/31/14 | 3392 | Appearance of John P. Quinn on his Own Behalf and Consent to Electronic Service |
| 9 | 4/15/14 | 4140 | Second Amended Plan for the Adjustment of Debts of the City of Detroit |
| 10 | 4/16/14 | 4141 | Second Amended Disclosure Statement with Respect to Second Amended Plan for the Adjustment of Debts of the City of Detroit |
| 11 | 4/25/14 | 4271 | Third Amended Plan for the Adjustment of Debts of the City of Detroit |
| 12 | 4/25/14 | 4272 | Third Amended Disclosure Statement with Respect to Second Amended Plan for the Adjustment of Debts of the City of Detroit |
| 13 | 5/5/14 | 4391 | Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment if the Debts of the City of Detroit |
| 14 | 5/5/14 | 4392 | Fourth Amended Plan for the Adjustment if the Debts of the City of Detroit |
| 15 | 5/26/14 | 5034 | Consolidated Reply to Certain Objections to Confirmation of Fourth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 16 | 5/27/14 | 5049 | John P. Quinn's Attempted Compliance with Order Regarding Identifying Legal Issues Relating to Confirmation |
| 17 | 7/1/14 | 5723 | John P. Quinn's Objections to Fourth Amended Plan of Adjustment |

| Item No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 18 | 7/22/14 | 6197 | Joint Motion of Objecting Creditors Michael J. Karwoski and John P. Quinn for Briefing Schedule and Hearing on Certain of Movants' Objections to Fourth Amended Plan of Adjustment |
| 19 | 7/25/14 | 6257 | Fifth Amended Plan for the Adjustment if the Debts of the City of Detroit |
| 20 | 7/28/14 | 6379 | Corrected Fifth Amended Plan for the Adjustment of the Debts of the City of Detroit |
| 21 | 8/4/14 | 6508 | Official Committee of Retirees' Memorandum of Law in Support of Confirmation of Fifth Amended Plan for Adjustment of Debts Filed by the City of Detroit, Michigan |
| 22 | 8/20/14 | 6908 | Sixth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 23 | 9/5/14 | 7303 | Consolidated Response to Certain Pro Se Objections to Confirmation of the Sixth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 24 | 9/16/14 | 7502 | Seventh Amended Chapter 9 Plan for the Adjustment of Debts of the City of Detroit |
| 25 | 10/17/14 | 7995 | Third Order Admitting Exhibits |
| 26 | 10/21/14 | 8029 | Notice of Filing of Draft Eight Amended Plan for the Adjustment of the Debts of the City of Detroit, |
| 27 | 10/22/14 | 8045 | Eighth Amended Plan for the Adjustment of the Debts of the City of Detroit |
| 28 | 10/31/14 | 8154 | Notice of Filing Proposed Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit, including attached proposed order |
| 29 | 11/11/14 | 8249 | Notice of Filing Revised Proposed Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit, including attached proposed order |
| 30 | 11/12/14 | 8272 | Order Confirming Eighth Amended Plan of Adjustment of Debts of the City of Detroit |

13-53846-tjt   Doc 8574   Filed 12/04/14   Entered 12/05/14 13:53:16   Page 3 of 6

| Item No. | Date Filed | Docket No. | Description |
| --- | --- | --- | --- |
| 31 | 11/21/14 | 8369 | John P. Quinn's Notice of Appeal from Order Confirming Eighth Amended Plan of Adjustment |
| 32 | 11/24/14 | 8413 | John P. Quinn's Motion for Partial Stay Pending Appeal |
| 33 | 11/26/14 | 8489 | State of Michigan's Consolidated Response in Opposition to Motions to Stay Confirmation Order Pending Appeal |
| 34 | 11/26/14 | 8496 | City of Detroit's Consolidated Objection to Appellants' Motions for Stay Pending Appeal |
| 35 | 12/1/14 | 8533 | Order Denying Motions for Stay Pending Appeal |
| 36 | Not yet entered. | Not yet docketed | Opinion on Confirmation of Eighth Amended Plan for the Adjustment of Debts of the City of Detroit |

I reserve the right to supplement or amend this Designation to the extent permitted by law or court rule.

II. STATEMENT OF ISSUES ON APPEAL.

I intend to raise the following issues on appeal:

1. Did the bankruptcy court err as a matter of law by confirming the Eighth Amended Plan for the Adjustment of the Debts of the City of Detroit ("Plan") even though, by attempting to impose the ASF recoupment on claims whose retiree holders have not individually agreed to its application to their claims, the Plan imposes non-consensual less favorable treatment on those claims than on other claims in class 11, in violation of 11 U.S.C. § 1123(a)(4)?

2. Did the bankruptcy court err as a matter of law by confirming the Plan even though it purports to adjust not only the City's liability, if any, on the

claims included in Class 11, but also the liability of the General Retirement System ("GRS"), which is not a debtor in this case, on those claims, in violation of 11 U.S.C. § 941?

3. Did the bankruptcy court err as a matter of law by directing GRS to act as an agent of the City in deducting the Annuity Savings Fund Excess Amount from the Annuity Savings Fund account of each ASF Current Participant?

4. Did the bankruptcy court err as a matter of law by relieving GRS, which is not a debtor in this case, from liability for deducting the Annuity Savings Fund Excess Amount from the Annuity Savings Fund account of each ASF Current Participant?

5. Did the bankruptcy court err as a matter of law by relieving GRS, which is not a debtor in this case, from liability for deducting monthly annuity amounts from certain ASF Distribution Recipients' monthly pension checks?

6. Did the bankruptcy court err as a matter of law by enjoining all individuals affected by the ASF recoupment from commencing any proceedings against the GRS and its trustees, officers, employees or professionals, none of whom are debtors in this case, arising from GRS's compliance with the Plan or the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit?

7. Is each of the errors mentioned in Issues 1 - 6, above, reversible?

In the course of discussing these issues I may address related issues and sub-issues. I reserve the rights to raise additional issues and to supplement or amend this Statement the extent permitted by law or court rule.

*John P. Quinn*
John P. Quinn
2003 Military Street
Detroit, MI 48209
(313) 673-9548
quinjohn@umich.edu

Dated: December 4, 2014

## CERTIFICATE OF SERVICE

I certify that on December 4, 2014, I am filing a hard copy of the above document and the attached Exhibit A with the Clerk of the Court. I understand the Clerk will promptly scan that hard copy and file the resulting pdf version using ECF, thus effecting service on all persons entitled to service in this action.

I further certify that on December 4, 2014, I am emailing pdf copies of the above document as follows:

to Heather Lennox, representing the City, at hlennox@jonesday.com;

to Sam J. Alberts, representing the Retiree Committee at sam.alberts@dentons.com;

to Robert D. Gordon, representing GRS, at rgordon@clarkhill.com; and

to Ryan C. Plecha, representing DRCEA, at rplecha@lippittokeefe.com; and

To Matthew Scheider, representing the State of Michigan, at SchneiderM7@michigan.gov.

*John P. Quinn*
John P. Quinn
2003 Military Street
Detroit, MI 48209
(313) 673-9548
quinjohn@umich.edu

Dated: December 4, 2014