UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                         :

In re                                        :          Chapter 9

CITY OF DETROIT, MICHIGAN,       :          Case No. 13-53846

                       Debtor.           :          Hon. Steven W. Rhodes

---------------------------------------------------------x

**NOTICE OF AMENDMENT TO EXHIBIT II.D.6
(EXECUTORY CONTRACTS AND UNEXPIRED LEASES
TO BE REJECTED) TO EIGHTH AMENDED PLAN FOR
THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      1.     On October 22, 2014, the City of Detroit (the "City"), filed the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 8045) (the "Plan").[1] On November 12, 2014 the Bankruptcy Court entered the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 8272) (the "Confirmation Order").

      2.     Attached to the Plan as Exhibit II.D.6 are the executory contracts and unexpired leases to be rejected pursuant to the Plan (the "Rejection

---

[1]     Capitalized terms not otherwise defined herein have the meanings given to them in the Plan.

Exhibit"). In accordance with Section II.D.6 of the Plan, and as approved in paragraph 48 of the Confirmation Order, the City has reserved the right, at any time through the Effective Date, to amend the Rejection Exhibit to add or delete any contract or lease identified thereon.

3. The lease listed on Annex A hereto is hereby added to the Rejection Exhibit, thus providing for its rejection pursuant to Section II.D.6 of the Plan.

4. The lease listed on Annex B hereto is hereby amended in the Rejection Exhibit to reflect a change in the name of the counterparty to the lease.

Dated: December 5, 2014                    Respectfully submitted,

/s/ Heather Lennox
David G. Heiman (OH 0038271)
Heather Lennox (OH 0059649)
Thomas A. Wilson (OH 0077047)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com
tawilson@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071
Telephone:  (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

Jonathan S. Green (MI P33140)
Stephen S. LaPlante (MI P48063)
MILLER, CANFIELD, PADDOCK AND
    STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan  48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# ANNEX A

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| SKY GROUP GRAND LLC | 1093208 | 2723083 | LEASE AGREEMENT BETWEEN SKY GROUP GRAND LLC AND CITY OF DETROIT, DATED NOVEMBER 16, 2006, FOR THE LEASE OF SPACE LOCATED AT 7310 WOODWARD AVENUE, DETROIT, MICHIGAN | POLICE DEPARTMENT |

# ANNEX B

The following lease on the Rejection Exhibit is amended as follows:

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| 660 WOODWARD ASSOCIATES<br><br>~~CSFB 1998 P1 WOODWARD OFFICE LLC~~ | 1074168 | 2652205 | | FINANCE DEPARTMENT |

**CERTIFICATE OF SERVICE**

      I, Heather Lennox , hereby certify that the foregoing Notice of Amendment to Exhibit II.D.6 (Executory Contracts and Unexpired Leases to be Rejected) to Eighth Amended Plan for the Adjustment of Debts of the City of Detroit was filed and served via the Court's electronic case filing and noticing system on this 5th day of December, 2014.

                                    /s/ Heather Lennox