UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____/

In re

CITY OF DETROIT, MICHIGAN,

                  Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

_____/

John P. Quinn,

                  Appellant.

     v.

City of Detroit, Michigan,

                  Appellee.

_____/

FILED (1)

2014 DEC -4 P 12: 55

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

## APPELLANT JOHN P. QUINN'S CERTIFICATE REGARDING ORDERING OF TRANSCRIPT FOR APPEAL

*I make this certification with reference to the appeal I started by filing a Notice of Appeal (Doc. No. 8369) on November 21, 2014. In compliance with Fed. R. Bnkr. P. 8009(b)(1)(B) [effective December 1, 2014], I certify that, because I will raise only questions of law and there is no need for a transcript to resolve any issue I will raise in this appeal, I am not ordering a transcript.*

                                    John P. Quinn
                                    2003 Military Street
                                    Detroit, MI 48209
                                    (313) 673-9548
Dated: December 4, 2014                    quinjohn@umich.edu

## CERTIFICATE OF SERVICE

I certify that on December 4, 2014 I am filing a hard copy of the above document and any attachment(s) or exhibit(s) with the Clerk of the Court. I understand the Clerk will promptly scan that hard copy and file the resulting pdf version using ECF, thus effecting service on all persons entitled to service in this action.

I further certify that on December 4, 2014, I am emailing pdf copies of the above document and any attachment(s) or exhibit(s) as follows:

to Heather Lennox, representing the City, at hlennox@jonesday.com;

to Sam J. Alberts, representing the Retiree Committee at sam.alberts@dentons.com;

to Robert D. Gordon, representing GRS, at rgordon@clarkhill.com;

to Ryan C. Plecha, representing DRCEA, at rplecha@lippittokeefe.com; and

To Matthew Scheider, representing the State of Michigan, at SchneiderM7@michigan.gov.

John P. Quinn
2003 Military Street
Detroit, MI 48209
(313) 673-9548

Dated: December 4, 2014                      quinjohn@umich.edu

-2-