UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Chapter 9
City of Detroit, Michigan,                                  Case No. 13-53846
    Debtor.                              Hon. Steven W. Rhodes
_____/

## Order Staying Proceedings

On November 21, 2014, creditors Carl Williams and Hassan Aleem filed a "Second Verified Motion for Summary Judgement and Incorporated Brief of Magistrate Judge Steven W Rhodes Case No. 13-53846 Including Notice and Oral Opinion on the Record." (Dkt. #8401). Further proceedings relating to this motion shall be stayed until the further order of the Court.

It is so ordered.

.

**Signed on December 05, 2014**

                                                          /s/ Steven Rhodes
                                                    **Steven Rhodes**
                                                    **United States Bankruptcy Judge**