UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Regarding Notice of Direct Appeal

On November 24, 2014, creditors Carl Williams and Hassan Aleem filed a "Notice of Taking Direct Appeal to the Court of Appeals from the United States Bankruptcy Court Case No. 13-53846 on the Plan of Adjustment, Any Confirmation on the Plan and Oral or Any Other Opinion on the Record." (Dkt. #8424) There is no provision in the rules to file a notice of direct appeal.

Accordingly, it is hereby ordered that this notice of direct appeal is stricken from the record. This paper shall be construed to be a notice of appeal under bankruptcy rule 8001, and the appellants shall complete the filing within 7 days.

.

**Signed on December 05, 2014**

                                                  /s/ Steven Rhodes  
                                                Steven Rhodes  
                                                United States Bankruptcy Judge