UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-----------------------------------------------------------------x
                                        :
In re                                   : Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              : Case No. 13-53846
                                        :
                    Debtor.             : Hon. Steven W. Rhodes
                                        :
-----------------------------------------------------------------x
```

### FINANCIAL GUARANTY INSURANCE COMPANY'S CONFIRMATION OF WITHDRAWAL OF PLAN OBJECTIONS

PLEASE TAKE NOTICE that pursuant to (a) paragraph 3 of the *Stipulation Regarding FGIC Plan COP Settlement and FGIC COP Swap Settlement*, included as part of Exhibit I.A.197 to the *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* [Docket No. 8045] (the "**Plan**") and approved by the Court pursuant to paragraph 16 of the *Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit*, dated November 11, 2014 [Docket No. 8272] (the "**Confirmation Order**") and (b) paragraph 3 of the Confirmation Order, all of the objections to the Plan filed by Financial Guaranty Insurance Company ("**FGIC**"), including Docket Nos. 4660, 6674, 7046, 7102 and 7103 (collectively, the "**Plan Objections**"), have been deemed withdrawn.

PLEASE TAKE FURTHER NOTICE that, for purposes of clarifying the record, FGIC hereby confirms the withdrawal of the Plan Objections.

Dated: December 5, 2014
       Houston, Texas

Respectfully submitted,

*/s/ Alfredo R. Pérez*
Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  alfredo.perez@weil.com

 – and –

Ernest J. Essad Jr.
Mark R. James
WILLIAMS, WILLIAMS, RATTNER &
PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone:  (248) 642-0333
Facsimile:  (248) 642-0856
Email:  EJEssad@wwrplaw.com
Email:  mrjames@wwrplaw.com

*Attorneys for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2014, *Financial Guaranty Insurance Company's Confirmation of Withdrawal of Plan Objections* was filed and served via the Court's electronic case filing and noticing system to all registered users that have appeared in the main Chapter 9 proceeding.

>  */s/ Alfredo R. Pérez*
>  Alfredo R. Pérez
>  WEIL, GOTSHAL & MANGES LLP
>  700 Louisiana Street, Suite 1600
>  Houston, TX 77002
>  Telephone: (713) 546-5000
>  Facsimile: (713) 224-9511
>  Email: alfredo.perez@weil.com

Dated: December 5, 2014

WEIL:\95178212\2\45259.0007