UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------x
                                   :

In re                                :        Chapter 9

CITY OF DETROIT, MICHIGAN,      :        Case No. 13-53846

               Debtor.             :        Hon. Steven W. Rhodes

------------------------------------------------------------x

## OBJECTION TO PROPOSED CURE AMOUNT
## FOR ASSUMED COMPUWARE CORPORATION CONTRACTS

Compuware Corporation ("**Compuware**"), for its Objection to Proposed Cure Amount For Assumed Compuware Corporation Contracts, states:

1. The City of Detroit has given notice of its intent to assume six contracts with Compuware, each with a cure cost of $0.00.

2. According to Compuware's records, there is an aggregate of $205,490.95 outstanding to it on its contracts with the City.

3. Compuware and the City are working to reconcile their differences.

4. Compuware believes that it and the City should be able to resolve this cure cost objection without the necessity of a hearing.

Wherefore, Compuware requests that no hearing be scheduled at this time, without prejudice to Compuware's ability to request a hearing if the City and Compuware are unable to consensually resolve the cure cost amount.

Respectfully submitted,
Attorneys for Detroit Institute of Arts

By: /s/ Judy B. Calton
    Judy B. Calton
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
Suite 2290
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com

Dated: December 8, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the ECF system, and will send notification of such filing to all ECF participants registered in this matter.

Respectfully submitted,
Attorneys for Marketing Technologies Group, LLC

By: /s/ Judy B. Calton
　　Judy B. Calton
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
Suite 2290
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com

Dated: December 8, 2014

16156630.1