# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re

City of Detroit, Michigan,
    Debtor

Chapter 9

Case No. 13-53846
Hon. Steven W. Rhodes

## NOTICE OF APPEAL

| | |
|---|---|
| Service Date: | October 1, 2012 |
| Designated Claimant: | Deborah Taitt |
| Address: | 18420 Wildemere<br>Detroit, MI 48221 |
| Proof of Claim No.: | 1300 |
| Case No.: | 12-017100-CH<br>Gatewood et al v Taitt et al |
| Court: | Wayne County Third Circuit Court |
| Property: | Parcel No. 16038783-9 AKA 16210 James Couzens, Detroit, MI 48221 |

Deborah Taitt claimant in the above named case files this Notice of Appeal of the bankruptcy judge's Order Denying the Claimant's Motion for Reconsideration (Doc 8455) to the district court. Pursuant to rule 8001 an order of a bankruptcy judge's order may be appealed to the district court pursuant to 28 USC 158 (a) (1) in this matter. The parties to the order include Taitt, Wayne County Treasurer and the City of Detroit. Pursuant to rule 8002 the Notice of Appeal shall be filed within 14 days of the date of entry of the order. The name and address of the attorneys of parties to the order are noted below. Taitt is unrepresented by counsel.

Wayne County Treasurer:

Kilpatrick & Associates, P.C.
Leonora K. Baughman
615 Griswold, Suite 1708
Detroit, MI 48226

City of Detroit:

David J. Demps
Assistant Corporate Counsel
City of Detroit
2 Woodward Avenue, Ste. 500
Detroit, MI 48226

Dated December 8, 2014

_Deborah Taitt_
Deborah Taitt, in pro se
18420 Wildemere
Detroit, MI 48221
(313) 340-1266