# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE:                                             Case No. 13-53846
City of Detroit, Michigan                          Chapter   9
                Debtor(s).          Hon. Steven W Rhodes
_____/
Deborah Taitt
             Appellant,
    v.

City of Detroit, Michigan

             Appellee.
_____/

## NOTICE OF TRANSMITTAL OF NOTICE OF APPEAL/MOTION TO WITHDRAW THE REFERENCE

       I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Notice of Appeal/Motion to Withdraw the Reference.

- ☒  Notice of Appeal
- ☐  Bankruptcy Matter Civil Cover Sheet
- ☒  Order on Appeal
- ☒  Notice of Deficiency
- ☐  Motion for Leave to Appeal
- ☐  Motion to Withdraw the Reference
- ☒  Other: Motion to Proceed On Appeal in District Court Without Paying

**NOTE:**

☒ There is a previous civil matter in this bankruptcy.  That matter was given civil case number 13-13873  and assigned to District Judge Bernard A. Friedman

☐ This is a new matter and not previously assigned to a District Court Judge.

☐ The Appellant has not paid the filing fee.
.

Dated:  12/08/2014                                 Clerk, United States Bankruptcy Court


                    By:  _/s/  Kristel Trionfi_____
                      Deputy Clerk