UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

City of Detroit, Michigan,
    Debtor

Chapter 9

Case No. 13-53846
Hon. Steven W. Rhodes

## NOTICE OF APPEAL

Service Date:     October 1, 2012

Designated Claimant: Deborah Taitt

Address:     18420 Wildemere
    Detroit, MI 48221

Proof of Claim No.:     1300

Case No.:     12-017100-CH
    Gatewood et al v Taitt et al

Court:     Wayne County Third Circuit Court

Property:     Parcel No. 16038783-9 AKA 16210 James Couzens, Detroit, MI 48221

Deborah Taitt claimant in the above named case files this Notice of Appeal of the bankruptcy judge's Order Denying the Claimant's Motion for Reconsideration (Doc 8455) to the district court. Pursuant to rule 8001 an order of a bankruptcy judge's order may be appealed to the district court pursuant to 28 USC 158 (a) (1) in this matter. The parties to the order include Taitt, Wayne County Treasurer and the City of Detroit. Pursuant to rule 8002 the Notice of Appeal shall be filed within 14 days of the date of entry of the order. The name and address of the attorneys of parties to the order are noted below. Taitt is unrepresented by counsel.

13-53846-swr Doc 8802 Filed 12/08/14 Entered 12/08/14 16:27:04 Page 1 of 2

Wayne County Treasurer:

Kilpatrick & Associates, P.C.
Leonora K. Baughman
615 Griswold, Suite 1708
Detroit, MI 48226


City of Detroit:

David J. Demps
Assistant Corporate Counsel
City of Detroit
2 Woodward Avenue, Ste. 500
Detroit, MI 48226


Dated December 8, 2014

_____
Deborah Taitt, in pro se
18420 Wildemere
Detroit, MI 48221
(313) 340-1266