UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                       Chapter 9
                                                            Case No. 13-53846

City of Detroit, Michigan,                    Hon. Steven W. Rhodes
       Debtor.
_____/

### Order Denying Motion to Alter or Amend

On December 3, 2014, Creditor Michael Beydoun filed a motion to alter or amend the order confirming the eighth amended plan for the adjustment of debts of the City of Detroit, which the Court construes as a motion for reconsideration. This motion is to be decided pursuant to Local Bankruptcy Rule 9024-1(a)(3), which provides:

> Generally, and without restricting the discretion of the Court, a motion for rehearing or reconsideration which merely presents the same issues ruled upon by the Court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the Court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

The Court concludes that nothing in this motion warrants reconsideration of its earlier order. The Court further concludes that the motion is untimely under Local Bankruptcy Rule 9024-1(a)(1) and Fed. R. Bankr. P. 9023. Accordingly, it is hereby ordered that the motion to alter or amend (Dkt. #8544) is denied.

.

**Signed on December 08, 2014**

                                                            _____/s/ Steven Rhodes_____
                                                                     Steven Rhodes
                                                                     United States Bankruptcy Judge