**EXHIBIT A**

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 06, 2014

Mr. Darryl G. Bressack
Law Offices
100 W. Long Lake Road
Suite 111
Bloomfield Hills, MI 48304

Mr. John Michael Connolly
Wiley Rein
1776 K Street, N.W.
Washington, DC 20006

Mr. William Spencer Consovoy
Wiley Rein
1776 K Street, N.W.
Washington, DC 20006

Ms. Lauren DuVal Donofrio
Law Offices
29199 Ryan Road
Warren, MI 48092-4243

Mr. David H. Fink
Law Offices
100 W. Long Lake Road
Suite 111
Bloomfield Hills, MI 48304

Mr. Robert G Kidwell
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
701 Pennsylvania Avenue, N.W.
Washington, DC 20004

Mr. Timothy J. Lundgren

Varnum
P.O. Box 352
Grand Rapids, MI 49501

Mr. Stephen Fisher MacGuidwin
Varnum
P.O. Box 352
Grand Rapids, MI 49501

Mr. John W. Pestle
Varnum
P.O. Box 352
Grand Rapids, MI 49501

Mr. Aaron M. Phelps
Varnum
P.O. Box 352
Grand Rapids, MI 49501

Mr. Spencer Adam Sattler
Office of the Michigan Attorney General
6520 Mercantile Way
Suite 1
Lansing, MI 48911

Mr. Jeffery V. Stuckey
Dickinson Wright
215 S. Washington Square
Suite 200
Lansing, MI 48933

Mr. Joseph Leonard Van Eaton
Best, Best & Krieger
2000 Pennsylvania Avenue, N.W.
Suite 4300
Washington, DC 20006

Ms. Helgi C. Walker
Gibson, Dunn & Crutcher
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Mr. Michael J. Watza
Kitch, Drutchas, Wagner, Valitutti & Sherbrook
One Woodward Avenue

Suite 2400
Detroit, MI 48226

Re: Case No. 13-2004/13-2005/13-2006
*City of Detroit v. Comcast of Detroit, et al*
Originating Case No. : 2:10-cv-12427

Dear Sir or Madam,

The motion for substitution of counsel filed by David Fink is GRANTED.

Sincerely yours,

s/Julie Brock
Case Manager
Direct Dial No. 513-564-7011