# EXHIBIT B

Case Nos. 13-2004/13-2005/13-2006

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| CITY OF DETROIT, | ) |
| Plaintiff - Appellee Cross-Appellant, | ) |
| and | ) |
| ATTORNEY GENERAL FOR THE STATE OF MICHIGAN, | ) |
| Intervenor - Appellee Cross-Appellant, | ) |
| v. | )   O R D E R |
| COMCAST OF DETROIT, a Michigan general partnership, | ) |
| Defendant - Appellant Cross-Appellee. | ) |

Before: GRIFFIN and DONALD, Circuit Judges; and GRAHAM, District Judge.[*]

In light of the stipulation of the parties to dismiss these appeals voluntarily, it is **ORDERED** that these appeals be, and hereby are, **DISMISSED** with prejudice, with each party to bear its own costs, and that the district court's Opinion and Order of July 10, 2012, granting in part and denying in part motions for partial summary judgment (Dkt. #76) be, and hereby is, **VACATED**. It is further **ORDERED** that the case be, and hereby is, **REMANDED** to the district court with instructions to dismiss with prejudice the underlying civil action, No. 2:10-cv-12427.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

---

[*] The Honorable James L. Graham, Senior United States District Judge for the Southern District of Ohio, sitting by designation.