UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

CITY OF DETROIT, MICHIGAN,                          Case No. 13-53846

    Debtor.                                         Hon. Steven W. Rhodes
_____/

## REQUEST TO BE REMOVED FROM
## RECEIVING ELECTRONIC FILING NOTICES

Please remove attorney Thomas B. Radom in connection with Defendants, Detroit General Retirement System Service Corporation and Detroit Police And Fire Retirement System Service Corporation, whose e-mail address is Radom@butzel.com, from receiving electronic notices in the above captioned case.

    BUTZEL LONG, a professional corporation

    By:    /s/   Thomas B. Radom
        Thomas B. Radom (P24631)
        Stoneridge West
        41000 Woodward Avenue
        Bloomfield Hills, Michigan  48304
        Tel:  (248) 258-1413
        Fax:  (248) 258-1439
        E-mail:  Radom@butzel.com

Dated:   December 9, 2014