## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### OFFICE OF THE CLERK OF COURT

| | | |
|---|---|---|
| 226 WEST SECOND ST. | 211 WEST FORT STREET, SUITE 2100 | 111 FIRST STREET |
| FLINT, MI 48502 | DETROIT, MICHIGAN 48226-3211 | BAY CITY, MI 48707 |
| (810) 235-4126 | (313) 234-0065 / WWW.MIEB.USCOURTS.GOV | (989) 894-8840 |

December 9, 2014

Cornell E Squires
3380 S. Electric St.
Detroit, MI 48217

RE: Case #13-53846
Fee for Notice of Appeal filed November 26, 2014

Dear Mr. Squires,

A fee of **$298.00** is owed for the Notice of Appeal that you filed on November 26, 2014. The fee must be paid no later than December 19, 2014.

If you have any questions regarding this matter, please call me at (313) 234-0054.

Sincerely,

/s/ Lisa Heneka
Lisa Heneka
Financial Administrator

**NO PERSONAL CHECKS, DEBIT OR CREDIT CARDS will be accepted from a debtor. Payments submitted to the clerk must be cash, cashiers' check or money order. Business checks, debit or credit cards will only be accepted from attorneys and non-debtor businesses.**

cc: Court file