| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

**In re:**

**City of Detroit, Michigan,**

                **Debtor.**         /

Case No. 13-53846
Honorable Steven W. Rhodes
Chapter 9

Name, Address & Telephone Number of Attorney for filing party:
    Mark H. Shapiro (P43134)
    Steinberg Shapiro & Clark
    25925 Telegraph Rd., Suite 203
    Southfield, MI 48033
    (248) 352-4700
    shapiro@steinbergshapiro.com

**CAUSE OF ACTION/NATURE OF SUIT:**   (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| __X__ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| _____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| _____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| _____ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| _____ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

Date: December 9, 2014          Signature:   /s/  Mark H. Shapiro (P43134)

**Bankruptcy Staff Use Only**

**Please check as appropriate pursuant to LF 83.50(e)**

_____     There is a previous civil matter in this bankruptcy case. That matter was given civil case number _____ and assigned to District Judge _____.

_____     This is a new matter and not previously assigned to a district court judge.

Revised 05/01/2008