**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE: | Case No. 13-53846 |
| City of Detroit, Michigan | Chapter 9 |
|                 Debtor(s). | Hon. Steven W Rhodes |

_____/

Greenhill & Co, LLC,
Police and Fire Retirement System of the City of Detroit,
General Retirement System of the City of Detroit and
Retirement Systems

                Appellant,
  v.

City of Detroit, Michigan

                Appellee.
_____/

**NOTICE OF TRANSMITTAL OF NOTICE OF APPEAL/MOTION TO WITHDRAW THE REFERENCE**

     I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Notice of Appeal/Motion to Withdraw the Reference.

☒    Notice of Appeal

☒    Bankruptcy Matter Civil Cover Sheet

☒    Order on Appeal

☐    Notice of Deficiency

☐    Motion for Leave to Appeal

☐    Motion to Withdraw the Reference

☐    Other: Click here to enter text.

**NOTE:**

☒  There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13873 and assigned to District Judge Bernard A Friedman

☐  This is a new matter and not previously assigned to a District Court Judge.

☐  The Appellant has not paid the filing fee.
.

Dated: 12/09/2014                                                 Clerk, United States Bankruptcy Court

                                                              By: /s/ Kristel Trionfi
                                                                   Deputy Clerk