UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
CITY OF DETROIT, MICHIGAN,　　　　　　　　　　Case no. 13-53846
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 9
　　　　　　　　Debtor.　　　　　　　　　　　　Hon. Steven W. Rhodes
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 9, 2014 a copy of LIMITED OBJECTION TO NOTICE REGARDING EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO §365 OF THE BANKRUPTCY CODE AND RELATED PROCEDURES was served upon the following persons/entities through the court's CM/ECF electronic mail (email) system at the address(es) listed below:

| Heather Lennox, Esq. | Bruce Bennett, Esq. | Jonathan S. Green, Esq. |
| Jones Day | Jones Day | Miller Canfield |
| 901 Lakeside Avenue | 555 S. Flower Street | 150 W. Jefferson Avenue |
| North Point | 15th Floor | Suite 2500 |
| Cleveland, OH 44114 | Los Angeles, CA 90071 | Detroit, MI 48226 |

And all parties who are registered ECF filers in this matter via the Court's Electronic filing system

Respectfully submitted,

Plunkett Cooney


By: /s/DAVID A. LERNER
DAVID A. LERNER – P44829
Attorney for Waste Management
38505 Woodward Ave., Ste. 2000
Bloomfield Hills, MI 48304
(248) 901-4010
dlerner@plunkettcooney.com

Open.18961.32165.14862793-1