UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                    Chapter 9
                                          Case No. 13-53846
City of Detroit, Michigan,                Hon. Steven W. Rhodes
        Debtor.
_____/

### Order Denying Motion for Summary Judgment

Carl Williams and Hassan Aleem have filed a motion for summary judgment relating to confirmation of the City's plan of adjustment. (Dkt. #8401) The Court concludes that no response and no hearing are necessary to resolve the motion.

Because the Court has already entered a confirmation order in this case, the motion is plainly untimely.

Accordingly, it is hereby ordered that this motion for summary judgment is denied.
.

**Signed on December 10, 2014**

                    /s/ Steven Rhodes
                    Steven Rhodes
                    United States Bankruptcy Judge