UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

    Debtor.
_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

Thomas J. Cipollone,

    Appellant.

v.

City of Detroit, Michigan,

    Appellee.
_____/

## APPELLANT THOMAS J. CIPOLLONE'S CERTIFICATE REGARDING ORDERING OF TRANSCRIPT FOR APPEAL

I make this certification with reference to the appeal I started by filing a Notice of Appeal (Doc. No. 8462) on November 25, 2014. In compliance with Fed. R. Bnkr. P. 8009(b)(1)(B) [effective December 1, 2014], I certify that, because I will raise only questions of law based on the record excluding a transcript and there is no need for a transcript to resolve any issue I will raise in this appeal, I am not ordering a transcript.

                                                          */s/ Thomas J. Cipollone*
                                                          Thomas J. Cipollone
                                                          49850 Joy Road
                                                          Plymouth, MI 48170
                                                          (313) 582-1898
Dated: December 10, 2014                    cipollonet@yahoo.com

## CERTIFICATE OF SERVICE

I certify that on December 10, 2014 I am filing a hard copy of the above document and any attachment(s) or exhibit(s) with the Clerk of the Court. I understand the Clerk will promptly scan that hard copy and file the resulting pdf version using ECF, thus effecting service on all persons entitled to service in this action.

Dated: December 10, 2014

_Thomas J. Cipollone_
Thomas J. Cipollone
49850 Joy Road
Plymouth, MI 48170
(313) 582-1898
cipollonet@yahoo.com