UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN,   Chapter 9

    Debtor,   Case #: 13-53846

    Hon. Steven W. Rhodes

_____/

## ORDER GRANTING PETITIONER, CHRISTOPHER TRAINOR'S MOTION TO WITHDRAW FROM PROOF OF CLAIM #1125

Upon consideration of the motion of Petitioner, Christopher Trainor

IT IS hereby ORDERED that the Christopher Trainor is Withdrawn as Counsel for Derrez Payne as his representation relates to Proof of Claim #1125 and as to the case filed in the Circuit Court for the County of Wayne

    Steven Rhodes
    United States Bankruptcy Judge