UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN,

    Debtor,

Chapter 9

Case #: 13-53846

Hon. Steven W. Rhodes

_____/

## ORDER GRANTING PETITIONER, CHRISTOPHER TRAINOR'S MOTION TO WITHDRAW FROM PROOF OF CLAIM #1129

Upon consideration of the motion of Petitioner, Christopher Trainor

IT IS hereby ORDERED that the Christopher Trainor is Withdrawn as Counsel for Anthony Baker as his representation relates to Proof of Claim #1129 and as to the case filed in the Eastern District of Michigan, Southern Division

                                              Steven Rhodes
                                              United States Bankruptcy Judge