UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN,

    Debtor,

Chapter 9

Case #: 13-53846

Hon. Steven W. Rhodes

_____/

## ORDER GRANTING PETITIONER, CHRISTOPHER TRAINOR'S MOTION TO WITHDRAW FROM PROOF OF CLAIM #1156

Upon consideration of the motion of Petitioner, Christopher Trainor

IT IS hereby ORDERED that the Christopher Trainor is Withdrawn as Counsel for Sherrod Davis as his representation relates to Proof of Claim #1156 and as to the case filed in the Circuit Court for the County of Wayne.

_____
Steven Rhodes
United States Bankruptcy Judge