UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN,

Debtor,

Chapter 9

Case #: 13-53846

Hon. Steven W. Rhodes

_____/

## CERTIFICATE OF NO RESPONSE TO PLAINTIFF COUNSEL'S MOTION TO WITHDRAW AS COUNSEL AS TO PROOF OF CLAIM #1132 (DOCKET #7315)

Pursuant to LBR 9014-1(c), Christopher J. Trainor hereby certifies that no response to Plaintiff Counsel's Motion to Withdraw as Counsel as to Proof of Claim #1132 (Docket #7315) was timely served upon him, nor was one received by him to date, nor does the docket maintained by the Clerk of the Court for the above-captioned case reflect any response having been filed. The Motion to Withdraw as Counsel was filed with this Court on September 2, 2014, and it was served on August 26, 2014 upon the parties, and in the manner, reflected on its accompanying Certificate of Service. **(Exhibit A).** An accompanying Notice and Opportunity to respond to the Motion to Withdraw was also filed with this Court on September 2, 2014, and it was likewise served on September 4, 2014 upon the parties, and in the manner, reflected on the accompanying Certificate of Service. **(Exhibit B).**

**WHEREFORE**, the undersigned respectfully requests that this Court enter an order granting Petitioner, Christopher Trainor's Motion to Withdraw from Proof of Claim #1132 attached hereto as **Exhibit C**.

Dated: December 4, 2014

*/s/*

_____
CHRISTOPHER J. TRAINOR (P42449)
Christopher Trainor & Associates
9750 Highland Road
White Lake, MI 48386
Phone: (248) 886-8650
shanna.suver@cjtrainor.com

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN,   Chapter 9

    Debtor,   Case #: 13-53846

                                          Hon. Steven W. Rhodes

_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused the following document to be served as follows:

Document Served: *PLAINTIFF COUNSEL'S MOTION TO WITHDRAW AS COUNSEL AS TO PROOF OF CLAIM #1132*

Method of Service: Via First Class mail to Dwight Miller 1390 Stamford Rd., Ypsilanti, Michigan 48198

Date of Service: August 26, 2014

_____
CHRISTOPHER J. TRAINOR (P42449)
Christopher Trainor & Associates
9750 Highland Road
White Lake, MI 48386
Phone: (248) 886-8650
shanna.suver@cjtrainor.com

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN,

Debtor,

Chapter 9

Case #: 13-53846

Hon. Steven W. Rhodes

_____/

### CERTIFICATE OF SERVICE

The undersigned certifies that he caused the following document to be served as follows:

Document Served: *Notice of Motion and Opportunity to Object*

Method of Service: Via First Class mail to Dwight Miller 1390 Stamford Rd., Ypsilanti, Michigan 48198

Date of Service: September 4, 2014

CHRISTOPHER J. TRAINOR (P42449)
Christopher Trainor & Associates
9750 Highland Road
White Lake, MI 48386
Phone: (248) 886-8650
shanna.suver@cjtrainor.com