# SQUIRE PATTON BOGGS (US) LLP

Martha Kopacz
Martha E.M. Kopacz
Senior Managing Director
Suite 605 N
10 Post Office Square
Boston, Massachusetts 02109

Invoice Number: 8897563
Invoice Date: 10/15/14
Matter Number: 112677.00001

City of Detroit

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 36,217.50 |
| Less Discount on Services: | $ (3,621.75) |
| Disbursements: | $ 6,276.73 |
| **Amount Due for this Invoice:** | **$ 38,872.48** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 5,529.40 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 44,401.88** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Scott A. Kane |
| P.O. Box 643051 | US Bank | Suite 2900 |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | 221 E. Fourth Street |
| Phone: 216.687.3400 | Bank Routing #042000013 | Cincinnati, OH 45202 |
| Fax: 216.687.3401 | Bank Account #576762314 | United States |
| | | Phone: +1.513.361.1200 |
| | **For Wires outside the US:** | Fax: +1.513.361.1201 |
| | US Bank, USA | email: Scott.Kane@squirepb.com |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

Please Include Reference Number 8897563.112677 with all Payments
Tax Identification Number 34-0648199

FILED 2014 DEC 11 A 8:55 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT

# SQUIRE PATTON BOGGS (US) LLP

Martha Kopacz  
Martha E.M. Kopacz  
Senior Managing Director  
Suite 605 N  
10 Post Office Square  
Boston, Massachusetts 02109

Invoice Number: 8897563  
Invoice Date: 10/15/14  
Matter Number: 112677.00001

## REMITTANCE COPY

**City of Detroit**

| INVOICE SUMMARY | |
|---|---:|
| Fees: | $ 36,217.50 |
| Less Discount on Services: | $ (3,621.75) |
| Disbursements: | $ 6,276.73 |
| **Amount Due for this Invoice:** | **$ 38,872.48** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 5,529.40 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 44,401.88** |

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP<br>P.O. Box 643051<br>Cincinnati, OH 45264<br>Phone: 216.687.3400<br>Fax: 216.687.3401 | Squire Patton Boggs (US) LLP<br>US Bank<br>425 Walnut St. Cincinnati, OH 45264<br>Bank Routing #042000013<br>Bank Account #576762314<br><br>**For Wires outside the US:**<br>US Bank, USA<br>SWIFT Code: USBKUS44IMT<br>Bank Account #576762314 | Scott A. Kane<br>Suite 2900<br>221 E. Fourth Street<br>Cincinnati, OH 45202<br>United States<br>Phone: +1.513.361.1200<br>Fax: +1.513.361.1201<br>email: Scott.Kane@squirepb.com |

Please Include Reference Number 8897563.112677 with all Payments  
Tax Identification Number 34-0648199

10/15/14
Page 1

112677.00001
Martha Kopacz / City of Detroit
Invoice Number: 8897563

## CITY OF DETROIT

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|---|---|---|---|
| 09/02/14 | 1.40 | S. Kane | Participate in telephonic hearing regarding pretrial issues and motions in limine (1.0); communications with S. Lerner regarding trial preparation for M. Kopacz (.4). |
| 09/02/14 | 2.50 | S. Lerner | Participate telephonically in final pre-trial hearing and motions in limine (.5); conference with S. Kane regarding preparation of M. Kopacz for trial testimony (.4); review M. Kopacz deposition transcripts in preparation for preparing M. Kopacz for confirmation hearing testimony (1.6). |
| 09/03/14 | 0.30 | S. Kane | Communication to M. Kopacz responding to questions concerning hearing issues and expert testimony. |
| 09/03/14 | 3.00 | S. Lerner | Travel to New York for meetings to prepare M. Kopacz for confirmation hearing testimony (1.7 - billed at 50%); preparation for meeting with M. Kopacz (1.1); emails with M. Kopacz and S. Kane regarding same (.2). |
| 09/04/14 | 7.30 | S. Kane | Meeting with M. Kopacz, Phoenix team, and S. Lerner regarding preparation for Kopacz testimony at confirmation hearing and Daubert hearing (6.5); prepare outline of issues for Kopacz hearing preparation (.8). |
| 09/04/14 | 7.60 | S. Lerner | Prepare for meeting with M. Kopacz to prep for testimony (1.1); meeting with M. Kopacz, Phoenix team, and S. Kane regarding preparation for Kopacz testimony at confirmation hearing and Daubert hearing (6.5). |
| 09/05/14 | 5.10 | S. Kane | Prepare M. Kopacz for hearing testimony, including both confirmation hearing and Daubert hearing (4.0); return travel from New York (to be billed at 50%) (2.1). |
| 09/05/14 | 5.60 | S. Lerner | Continued meeting with M. Kopacz, Phoenix team, and S. Kane regarding preparation for Kopacz testimony at confirmation hearing and Daubert hearing (3.5 - partial participation); return travel to Cincinnati 2.1 - billed at 50%). |
| 09/09/14 | 0.60 | S. Kane | Prepare draft email to chambers regarding hearing and counsel issues (.5); email with M. Kopacz and S. Lerner regarding hearing issues (.1). |

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 09/09/14 | 0.30 | S. Lerner | Review and comment on draft email from M. Kopacz to Judge Rhodes regarding hearing logistics (.2); review email from M. Kopacz to Judge Rhodes regarding hearing logistics (.1). |
| 09/10/14 | 0.50 | S. Kane | Communications with M. Kopacz and Phoenix team regarding preparation for hearing and issues regarding Syncora settlement (.3); email to G. Stewart requesting information relating to hearing preparation (.2). |
| 09/10/14 | 1.60 | S. Lerner | Emails with C. Sikula and M. Kopacz regarding Judge Rhodes request for conference call (.1); conference call with M. Kopacz and B. Gleason regarding call with Judge Rhodes (.2); conference call with J. Rhodes and M. Kopacz regarding logistics for Daubert hearing and plan confirmation testimony (.8); follow up calls with M. Kopacz and S. Kane (.3); emails to G. Stewart regarding question whether City is preparing updated plan projections in light of settlements with Syncora and others (.2). |
| 09/11/14 | 0.90 | S. Lerner | Telephone call with G. Stewart regarding Monday hearing on motions to exclude M. Kopacz testimony and expert report (.4); email update to M. Kopacz, Phoenix Management team and S. Kane (.1); review pleadings (.4). |
| 09/12/14 | 3.00 | S. Kane | Telephone conference with M. Kopacz to review direct examination questions from Court, to discussion Daubert issues, and to prepare for testimony. |
| 09/12/14 | 3.10 | S. Lerner | Review draft questions prepared by J. Rhodes for Daubert hearing testimony (.5); review M. Kopacz comments on draft questions for Daubert hearing testimony (.3); conference call with M. Kopacz, B. Gleason and S. Kane regarding preparation for Daubert hearing (2.1 - partial participation); emails with S. Kane regarding follow up to prep (.2). |
| 09/16/14 | 0.40 | S. Kane | Review order regarding expert testimony of Martha Kopacz and denial of motion to exclude (.2); email correspondence with M. Kopacz regarding issues related to new financial projections and impact on Kopacz work and supplemental report (.2). |
| 09/16/14 | 1.10 | S. Lerner | Circulate 7th Amended Plan of Adjustment and exhibits to Phoenix team (.3); review redline of 7th Amended Plan (.5); review order allowing M. Kopacz expert testimony (.2); emails with M. Kopacz, Phoenix team and S. Kane regarding same (.1). |
| 09/18/14 | 0.20 | S. Lerner | Review order adjourning confirmation hearing (.1); email to Phoenix Management team regarding same (.1). |
| 09/23/14 | 0.20 | S. Kane | Email correspondence with M. Kopacz regarding communications with financial advisors for City and status of updated financial projections. |

SQUIRE PATTON BOGGS (US) LLP

10/15/14
Page 3

112677.00001
Martha Kopacz / City of Detroit
Invoice Number: 8897563

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 09/25/14 | 0.60 | S. Kane | Communications with G. Stewart (Jones Day) and potential timing for Kopacz testimony (.3); communications with M. Kopacz regarding new projections, trial schedule, and review of E&Y testimony (.3). |
| 09/26/14 | 0.50 | S. Kane | Communications with M. Kopacz regarding trial schedule and supplemental report (.3); email with G. Stewart (Jones Day) regarding witness list and trial schedule. |
| 09/27/14 | 0.20 | S. Kane | Communications with M. Kopacz regarding confirmation hearing and deadline for supplement report. |
| 09/28/14 | 0.20 | S. Lerner | Emails with M. Kopacz regarding review of new projections and supplemental report. |
| 09/29/14 | 0.50 | S. Kane | Communications with M. Kopacz regarding trial preparation and hearing schedule (0.3); communications with G. Stewart (Jones Day) regarding request for exhibits and other materials concerning testimony by other experts (0.2). |
| 09/30/14 | 0.40 | S. Kane | Communications to M. Hale (Jones Day) requesting supplemental expert reports (.2); communications with M. Kopacz regarding supplemental report and request for information (.2). |

TOTAL SERVICES: $ 36,217.50

### TIME SUMMARY

| TIMEKEEPER | HOURLY RATE | HOURS | TOTAL |
|---|---|---|---|
| S. Kane | 575.00 | 21.00 | 12,075.00 |
| S. Lerner | 925.00 | 26.10 | 24,142.50 |
| TOTAL SERVICES: | | 47.10 | $ 36,217.50 |

SQUIRE PATTON BOGGS (US) LLP

10/15/14

Page 4

112677.00001

Martha Kopacz / City of Detroit

Invoice Number: 8897563

## DISBURSEMENT SUMMARY

| | | |
|---|---|---:|
| Airfare through SS&D Travel Service | VENDOR: Travel - Financial Accounting use only INVOICE#: 58551_082414 DATE: 8/24/2014<br>Airfare for KANE/SCOTT A - ticket # 7411274741 - depart 09/04/2014 - CVG/LGA/CVG | 1,094.20 |
| Airfare through SS&D Travel Service | VENDOR: Travel - Financial Accounting use only INVOICE#: 58551_082414 DATE: 8/24/2014<br>Airfare for KANE/SCOTT A - ticket # 7411274741 - depart 09/04/2014 | 20.00 |
| Court Costs | VENDOR: BB&T Financial FSB INVOICE#: 86507_90514_PH5011 DATE: 9/5/2014<br>COURTCALL  *#6407570  Telephonic court hearing appearance | 86.00 |
| Filing Service Fee | VENDOR: BB&T Financial FSB INVOICE#: 86507_90514_ PH6083 DATE: 9/5/2014<br><br>COURTCALL   *CDA83034  M. Kopacz- S. Kane - U.S. Bankruptcy Court- City of Detroit | 158.00 |
| Local Transportation | VENDOR: Elite Limousine Plus, Inc.; INVOICE#: 1606740; DATE: 9/5/2014 - NY - 09/05/2014 - S Lerner/09-05-14/Local Transportation | 77.41 |
| Meals | VENDOR: Cucina & Co.; INVOICE#: 2251455236; DATE: 7/31/2014 - NY - 07/31/2014 - 07/31/2014 - S Lerner/07-31-14/Food Delivery | 142.65 |
| Meals | VENDOR: Kane, Scott A.; INVOICE#: 09152014; DATE: 9/15/2014 - cin-Travel to Detroit, MI to attend City of Detroit bankruptcy hearing-meals | 59.98 |
| Meals | VENDOR: Kane, Scott A.; INVOICE#: 09042014; DATE: 9/4/2014 - cin-Travel to New York, NY to prepare M. Kopacz for 9-15 hrg & conf. hearing testimony-meals New York, NY Sept. 4-5, 2014 | 25.31 |
| Meals | VENDOR: Stephen D. Lerner; INVOICE#: 09052014; DATE: 9/5/2014 - cin-Travel to New York, NY to prepare M. Kopacz for 9-15 hrg & conf. hearing testimony-meal expenses, New York, NY, Sept 3-5, 2014 | 15.20 |
| Meals | VENDOR: FOOD MERCHANTS; INVOICE#: EK3J3UYXJE; DATE: 9/2/2014 - 08.01.14/ NY - 09/02/2014 - S Lerner/08-01-14/Food Delivery | 173.90 |
| Meals | VENDOR: FOOD MERCHANTS; INVOICE#: EK72WEEXUG; DATE: 9/2/2014 - NY - 09/02/2014 - 08/01/2014 - S Lerner/08-01-14/Food Delivery | 371.23 |
| Meals | VENDOR: FOOD MERCHANTS; INVOICE#: EK7EKR3WUG; DATE: 9/2/2014 - NY - 09/02/2014 -08/01/2014 - S Lerner/08-1-14/Food Delivery | 114.80 |
| Miscellaneous | VENDOR: BB&T Financial FSB INVOICE#: 86507_90514_ PH6083 DATE: 9/5/2014<br><br>COURTCALL   *CDA83034  M. Kopacz- S. Kane - U.S. Bankruptcy Court- City of Detroit | 188.00 |
| Miscellaneous | VENDOR: Elisa Dreier Reporting Corp.; INVOICE#: 45309; DATE: 9/3/2014 - cin- | 60.75 |

SQUIRE PATTON BOGGS (US) LLP

10/15/14
Page 5

112677.00001
Martha Kopacz / City of Detroit
Invoice Number: 8897563

| | | |
|---|---|---:|
| Miscellaneous | Original Exhibit (Marti Kopacz)<br>VENDOR: BB&T Financial FSB INVOICE#: 86507_90514_ PH6083 DATE: 9/5/2014 | 184.00 |
| Stenographic Reporting/Video Duplication/Transcript | COURTCALL  *CDA83034  M. Kopacz- U.S. Bankruptcy Court- City of Detroilt<br>VENDOR: Elisa Dreier Reporting Corp.; INVOICE#: 45310; DATE: 9/3/2014 - cin-Original Exhibit (Marti Kopacz) | 35.50 |
| Travel | VENDOR: Stephen D. Lerner; INVOICE#: 09052014; DATE: 9/5/2014 - cin-Travel to New York, NY to prepare M. Kopacz for 9-15 hrg & conf. hearing testimony-travel expenses, New York, NY, Sept 3-5, 2014 | 2,289.92 |
| Travel | VENDOR: Kane, Scott A.; INVOICE#: 09042014; DATE: 9/4/2014 - cin-Travel to New York, NY to prepare M. Kopacz for 9-15 hrg & conf. hearing testimony-travel expenses New York, NY Sept. 4-5, 2014 | 559.62 |
| Travel | VENDOR: Elite Limousine Plus, Inc.; INVOICE#: 1607432; DATE: 9/12/2014 - cin-9/3/014: Stephen Lerner LGA/W Hotel (49/LEX) | 79.41 |
| Travel | VENDOR: Elite Limousine Plus, Inc.; INVOICE#: 1607432; DATE: 9/12/2014 - cin-9/4/014: Scott Kane LGA/30 Rockefeller Plz | 81.42 |
| Binding Charges - Velo Bind | | 6.00 |
| Printing/duplicating-in-house | | 126.90 |
| Telephone | | 326.53 |
| **TOTAL DISBURSEMENTS:** | | **$ 6,276.73** |

## MATTER TOTAL

| | |
|---|---:|
| SUBTOTAL SERVICES: | $ 36,217.50 |
| LESS 10.0% DISCOUNT: | $ (3,621.75) |
| SERVICES LESS DISCOUNT: | $ 32,595.75 |
| TOTAL DISBURSEMENTS: | $ 6,276.73 |
| TOTAL AMOUNT DUE FOR THIS MATTER: | $ 38,872.48 |

SQUIRE PATTON BOGGS (US) LLP

10/15/14

Page 6

112677.00001

Martha Kopacz / City of Detroit

Invoice Number: 8897563

| | PREVIOUS INVOICES OUTSTANDING AS OF THIS DATE | | | |
|---|---|---|---|---|
| Invoice Number | Invoice Date | Amount Billed | Amount Paid | Balance Due |
| TOTAL: | | | | $ 5,529.40 |