IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------- x
                                                              :    Chapter 9

In re                                           :

                                                            :    Case No. 13-53846

CITY OF DETROIT, MICHIGAN,    :

                                                            :    Hon. Steven W. Rhodes

                           Debtor                :

---------------------------------------------------------- x

## STIPULATION FOR WITHDRAWAL OF
## SATISFIED CLAIM OF GENUINE PARTS COMPANY

Genuine Parts Company ("Genuine Parts") and the City of Detroit, Michigan (the "City"), by and through their undersigned counsel, stipulate as follows in support of the entry of the *Order Withdrawing Satisfied Claim of Genuine Parts Company* attached hereto as **Exhibit 1.**

1. On February 21, 2014, Genuine Parts filed its proof of claim [Claim No. 2342] (the "Claim") in the amount of $1,659,379.

2. The Claim sought $290,241 as a claim under Section 503(b)(9) of the Bankruptcy Code and the remainder, $1,369,138, as a general unsecured claim.

3. In the ordinary course of its business, the City has paid Genuine Parts all of the amounts sought in the Claim.

4. Genuine Parts hereby withdraws the Claim in its entirety because the Claim has been fully satisfied.

4. Nothing in this Stipulation or the proposed order attached hereto as Exhibit 1 addresses any post-petition claims which have arisen or may arise between the City and Genuine Parts. Both parties fully reserve all of their respective rights with respect to any post-petition claims.

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** withdrawing the Claim.

Respectfully submitted by:

| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | FOLEY & LARDNER, LLP |
|---|---|
| /s/ Kimberly J. Robinson<br>Kimberly J. Robinson (IL 6194420)<br>200 West Madison Street, Suite 3900<br>Chicago, IL 60606<br>Phone: (312) 984-3100<br>kim.robinson@bfkn.com<br><br>*Counsel for Genuine Parts Company* | By: /s/ John A. Simon<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jsimon@foley.com<br>tdolcourt@foley.com<br><br>*Counsel to the City of Detroit, Michigan* |

Dated: December 11, 2014