

**Phoenix Management Services, LLC**
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

## Invoice

US Bankruptcy Court
City of Detroit
Bankruptcy Case #13-53846

Invoice Date: Dec 4, 2014
Invoice Num: 2014-5
Services Rendered 9/1 - 9/30

**City of Detroit Bankruptcy** - Managed by (Marti Kopacz)

### Professional Services:
**Professional**

| | Hours | Rate | Amount |
|---|---|---|---|
| Marti Kopacz - Senior Managing Director | 82.30 | $595.00 | $48,968.50 |
| Brian F. Gleason - Senior Managing Director | 29.00 | $550.00 | $15,950.00 |
| Michael Gaul - Director | 29.80 | $350.00 | $10,430.00 |
| Kevin Barr - Associate | 21.40 | $275.00 | $5,885.00 |
| | | Total Professional Fees: | $81,233.50 |
| | | Less Service Credit: | ($ 8,123.35) |

### Reimbursable Expenses:
| | |
|---|---|
| Air & Rail | $1,074.20 |
| Internet | $13.73 |
| Lodging | $1,078.22 |
| Meals | $285.90 |
| Telephone | $16.77 |
| Taxi | $675.95 |
| Total Expenses: | $3,144.77 |
| Amount Due This Invoice: | $76,254.92 |

*This invoice is due upon receipt*

ACH and Wire Transfer Instructions are as Follows:
National Penn Bank
Account#218151926
ABA#031308784
Telephone:1-800-822-3321

Page 1 of 1

*FILED 2014 DEC 11 AM 21 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT*

**Phoenix Management**
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Detroit Time Detail by Project & Employee

Printed on: 12/4/2014
Page 1 of 3

Filters Used:
- Time Entry Date: 9/1/2014 to 9/30/2014
- Project ID: City of Detroit Bankruptcy: to City of Detroit Bankruptcy:

*▩ = Invoiced (mouse over for #), ▩ = Marked as Billed, ▩ = Non-Billable, ▩ = Xtra*

### Project ID - Name (Manager): City of Detroit Bankruptcy: - *City of Detroit Bankruptcy (Marti Kopacz)*

| Day | Date | Task ID | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| **B Gleason - *Brian F. Gleason*,** *Senior Managing Director* | | | | | | | |
| Wed | 9/3/2014 | BK-ADVIS-BG:CH | Bankruptcy - Court Hearing & Preparation | 4.50 | 4.50 | $2,475.00 | ▩ |
| Wed | 9/3/2014 | BK-ADMIN-BG:TR | Bankruptcy - Administration Travel | 1.00 | 1.00 | $550.00 | ▩ |
| Thur | 9/4/2014 | BK-ADVIS-BG:CH | Bankruptcy - Court Hearing & Preparation | 6.20 | 6.20 | $3,410.00 | ▩ |
| Fri | 9/5/2014 | BK-ADVIS-BG:CH | Bankruptcy - Court Hearing & Preparation | 4.70 | 4.70 | $2,585.00 | ▩ |
| Fri | 9/5/2014 | BK-ADMIN-BG:TR | Bankruptcy - Administration Travel | 1.00 | 1.00 | $550.00 | ▩ |
| Fri | 9/12/2014 | BK-ADVIS-BG:CH | Bankruptcy - Court Hearing & Preparation | 0.80 | 0.80 | $440.00 | ▩ |
| Fri | 9/19/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 1.20 | 1.20 | $660.00 | ▩ |
| Tues | 9/23/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 2.50 | 2.50 | $1,375.00 | ▩ |
| Wed | 9/24/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 1.20 | 1.20 | $660.00 | ▩ |
| Thur | 9/25/2014 | BK-COM-BG:PT | Communications with Phoenix team members | 1.20 | 1.20 | $660.00 | ▩ |
| Fri | 9/26/2014 | BK-FIN-BG:RA | Review and Analysis of Core Documents | 1.40 | 1.40 | $770.00 | ▩ |
| Fri | 9/26/2014 | BK-COM-BG:PT | Communications with Phoenix team members | 1.00 | 1.00 | $550.00 | ▩ |
| Mon | 9/29/2014 | BK-COM-BG:PT | Communications with Phoenix team members | 1.20 | 1.20 | $660.00 | ▩ |
| Tues | 9/30/2014 | BK-FIN-BG:AF | Analysis of Financials, Models, etc. | 1.10 | 1.10 | $605.00 | ▩ |
| | | | **B Gleason Total:** | **29.00** | **29.00** | **$15,950.00** | |
| **K Barr - *Kevin Barr*,** *Associate* | | | | | | | |
| Thur | 9/25/2014 | BK-COM-KB:EX | Communications with external parties of interest | 0.80 | 0.80 | $220.00 | ▩ |
| Thur | 9/25/2014 | BK-FIN-KB:AF | Analysis of Financials, Models, etc. | 2.10 | 2.10 | $577.50 | ▩ |
| Fri | 9/26/2014 | BK-COM-KB:EX | Communications with external parties of interest | 0.10 | 0.10 | $27.50 | ▩ |
| Fri | 9/26/2014 | BK-COM-KB:PT | Communications with Phoenix team members | 1.00 | 1.00 | $275.00 | ▩ |
| Fri | 9/26/2014 | BK-FIN-KB:AF | Analysis of Financials, Models, etc. | 3.30 | 3.30 | $907.50 | ▩ |
| Sat | 9/27/2014 | BK-COM-KB:EX | Communications with external parties of interest | 0.60 | 0.60 | $165.00 | ▩ |
| Mon | 9/29/2014 | BK-FIN-KB:AF | Analysis of Financials, Models, etc. | 6.20 | 6.20 | $1,705.00 | ▩ |
| Mon | 9/29/2014 | BK-COM-KB:EX | Communications with external parties of interest | 0.60 | 0.60 | $165.00 | ▩ |
| Mon | 9/29/2014 | BK-COM-KB:PT | Communications with Phoenix team members | 1.20 | 1.20 | $330.00 | ▩ |
| Tues | 9/30/2014 | BK-COM-KB:EX | Communications with external parties of interest | 0.20 | 0.20 | $55.00 | ▩ |
| Tues | 9/30/2014 | BK-COM-KB:PT | Communications with Phoenix team members | 0.90 | 0.90 | $247.50 | ▩ |
| Tues | 9/30/2014 | BK-DEV-KB:RD | Report development | 2.70 | 2.70 | $742.50 | ▩ |
| Tues | 9/30/2014 | BK-DEV-KB:RD | Report development | 1.70 | 1.70 | $467.50 | ▩ |
| | | | **K Barr Total:** | **21.40** | **21.40** | **$5,885.00** | |
| **M Gaul - *Michael Gaul*,** *Director* | | | | | | | |
| Wed | 9/3/2014 | BK-FIN-MG:RA | Review and Analysis of Core Documents | 4.20 | 4.20 | $1,470.00 | ▩ |
| Thur | 9/4/2014 | BK-ADMIN-MG:TR | Bankruptcy - Administration Travel | 1.00 | 1.00 | $350.00 | ▩ |
| Thur | 9/4/2014 | BK-ADVIS-MG:CH | Bankruptcy - Court Hearing & Preparation | 4.40 | 4.40 | $1,540.00 | ▩ |
| Fri | 9/5/2014 | BK-ADVIS-MG:CH | Bankruptcy - Court Hearing & Preparation | 3.80 | 3.80 | $1,330.00 | ▩ |
| Wed | 9/17/2014 | BK-FIN-MG:RA | Review and Analysis of Core Documents | 3.60 | 3.60 | $1,260.00 | ▩ |
| Fri | 9/26/2014 | BK-FIN-MG:AF | Analysis of Financials, Models, etc. | 1.20 | 1.20 | $420.00 | ▩ |
| Fri | 9/26/2014 | BK-COM-MG:PT | Communications with Phoenix team members | 1.00 | 1.00 | $350.00 | ▩ |
| Mon | 9/29/2014 | BK-COM-MG:PT | Communications with Phoenix team members | 1.20 | 1.20 | $420.00 | ▩ |

**Phoenix Management**
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Detroit Time Detail by Project & Employee

Printed on: 12/4/2014
Page 2 of 3

Filters Used:
- Time Entry Date: 9/1/2014 to 9/30/2014
- Project ID: City of Detroit Bankruptcy: to City of Detroit Bankruptcy:

▲ ▨ = Invoiced (mouse over for #), ▨ = Marked as Billed, ▨ = Non-Billable, ▨ = Xtra

**Project ID - Name (Manager): City of Detroit Bankruptcy: - *City of Detroit Bankruptcy* (Marti Kopacz)**

| Day | Date | Task ID | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| **M Gaul - *Michael Gaul*, *Director*** | | | | | | | |
| Mon | 9/29/2014 | BK-COM-MG:EX | Communications with external parties of interest | 0.80 | 0.80 | $280.00 | ▨ |
| Tues | 9/30/2014 | BK-COM-MG:PT | Communications with Phoenix team members | 1.00 | 1.00 | $350.00 | ▨ |
| Tues | 9/30/2014 | BK-DEV-MG:RD | Report development | 2.40 | 2.40 | $840.00 | ▨ |
| Tues | 9/30/2014 | BK-COM-MG:PT | Communications with Phoenix team members | 0.90 | 0.90 | $315.00 | ▨ |
| Tues | 9/30/2014 | BK-FIN-MG:AF | Analysis of Financials, Models, etc. | 4.30 | 4.30 | $1,505.00 | ▨ |
| | | | **M Gaul Total:** | **29.80** | **29.80** | **$10,430.00** | |
| **M Kopacz - *Marti Kopacz*, *Senior Managing Director*** | | | | | | | |
| Tues | 9/2/2014 | BK-ADVIS-MEK:CH | Bankruptcy - Court Hearing & Preparation | 3.00 | 3.00 | $1,785.00 | ▨ |
| Wed | 9/3/2014 | BK-ADVIS-MEK:CH | Bankruptcy - Court Hearing & Preparation | 6.00 | 6.00 | $3,570.00 | ▨ |
| Thur | 9/4/2014 | BK-ADMIN-MEK:TR | Bankruptcy - Administration Travel | 2.00 | 2.00 | $1,190.00 | ▨ |
| Thur | 9/4/2014 | BK-ADVIS-MEK:CH | Bankruptcy - Court Hearing & Preparation | 5.50 | 5.50 | $3,272.50 | ▨ |
| Fri | 9/5/2014 | BK-ADMIN-MEK:TR | Bankruptcy - Administration Travel | 2.00 | 2.00 | $1,190.00 | |
| Fri | 9/5/2014 | BK-ADVIS-MEK:CH | Bankruptcy - Court Hearing & Preparation | 3.50 | 3.50 | $2,082.50 | |
| Tues | 9/9/2014 | BK-ADVIS-MEK:CH | Bankruptcy - Court Hearing & Preparation | 3.00 | 3.00 | $1,785.00 | ▨ |
| Wed | 9/10/2014 | BK-ADVIS-MEK:CH | Bankruptcy - Court Hearing & Preparation | 4.90 | 4.90 | $2,915.50 | ▨ |
| Thur | 9/11/2014 | BK-ADVIS-MEK:CH | Bankruptcy - Court Hearing & Preparation | 3.50 | 3.50 | $2,082.50 | ▨ |
| Fri | 9/12/2014 | BK-ADVIS-MEK:CH | Bankruptcy - Court Hearing & Preparation | 7.10 | 7.10 | $4,224.50 | ▨ |
| Sun | 9/14/2014 | BK-ADMIN-MEK:TR | Bankruptcy - Administration Travel | 1.50 | 1.50 | $892.50 | ▨ |
| Mon | 9/15/2014 | BK-ADMIN-MEK:TR | Bankruptcy - Administration Travel | 1.50 | 1.50 | $892.50 | ▨ |
| Mon | 9/15/2014 | BK-ADVIS-MEK:CH | Bankruptcy - Court Hearing & Preparation | 7.50 | 7.50 | $4,462.50 | ▨ |
| Tues | 9/16/2014 | BK-COM-MEK:EX | Communications with external parties of interest | 0.30 | 0.30 | $178.50 | ▨ |
| Tues | 9/16/2014 | BK-FIN-MEK:RA | Review and Analysis of Core Documents | 2.00 | 2.00 | $1,190.00 | ▨ |
| Wed | 9/17/2014 | BK-FIN-MEK:RA | Review and Analysis of Core Documents | 2.50 | 2.50 | $1,487.50 | ▨ |
| Wed | 9/17/2014 | BK-COM-MEK:PT | Communications with Phoenix team members | 0.50 | 0.50 | $297.50 | ▨ |
| Thur | 9/18/2014 | BK-FIN-MEK:RA | Review and Analysis of Core Documents | 2.50 | 2.50 | $1,487.50 | ▨ |
| Fri | 9/19/2014 | BK-COM-MEK:EX | Communications with external parties of interest | 0.30 | 0.30 | $178.50 | ▨ |
| Fri | 9/19/2014 | BK-ADMIN-MEK:FE | Bankruptcy - Admin Preparation of Fee App | 0.70 | 0.70 | $416.50 | ▨ |
| Mon | 9/22/2014 | BK-ADMIN-MEK:AD | Bankruptcy - Administration | 0.30 | 0.30 | $178.50 | ▨ |
| Mon | 9/22/2014 | BK-COM-MEK:EX | Communications with external parties of interest | 0.20 | 0.20 | $119.00 | ▨ |
| Mon | 9/22/2014 | BK-ADMIN-MEK:FE | Bankruptcy - Admin Preparation of Fee App | 0.30 | 0.30 | $178.50 | ▨ |
| Wed | 9/24/2014 | BK-COM-MEK:EX | Communications with external parties of interest | 0.50 | 0.50 | $297.50 | ▨ |
| Thur | 9/25/2014 | BK-FIN-MEK:AF | Analysis of Financials, Models, etc. | 3.50 | 3.50 | $2,082.50 | ▨ |
| Thur | 9/25/2014 | BK-COM-MEK:EX | Communications with external parties of interest | 1.20 | 1.20 | $714.00 | ▨ |
| Fri | 9/26/2014 | BK-ADMIN-MEK:AD | Bankruptcy - Administration | 0.30 | 0.30 | $178.50 | ▨ |
| Fri | 9/26/2014 | BK-FIN-MEK:AF | Analysis of Financials, Models, etc. | 0.50 | 0.50 | $297.50 | ▨ |
| Fri | 9/26/2014 | BK-COM-MEK:PT | Communications with Phoenix team members | 1.00 | 1.00 | $595.00 | ▨ |
| Mon | 9/29/2014 | BK-COM-MEK:PT | Communications with Phoenix team members | 1.20 | 1.20 | $714.00 | ▨ |
| Mon | 9/29/2014 | BK-ADVIS-MEK:CH | Bankruptcy - Court Hearing & Preparation | 5.00 | 5.00 | $2,975.00 | ▨ |
| Mon | 9/29/2014 | BK-COM-MEK:EX | Communications with external parties of interest | 0.10 | 0.10 | $59.50 | ▨ |
| Mon | 9/29/2014 | BK-DEV-MEK:RD | Report development | 1.00 | 1.00 | $595.00 | ▨ |
| Mon | 9/29/2014 | BK-FIN-MEK:AF | Analysis of Financials, Models, etc. | 0.20 | 0.20 | $119.00 | ▨ |

## Phoenix Management
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Filters Used:
- Time Entry Date:   9/1/2014 to 9/30/2014
- Project ID:   City of Detroit Bankruptcy:  to  City of Detroit Bankruptcy:

\* ▣ = Invoiced (mouse over for #), ▣ = Marked as Billed, ▣ = Non-Billable, ▣ = Xtra

**Project ID - Name (Manager): City of Detroit Bankruptcy: -** *City of Detroit Bankruptcy* **(Marti Kopacz)**

| Day | Date | Task ID | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| **M Kopacz - Marti Kopacz**, *Senior Managing Director* | | | | | | | |
| Tues | 9/30/2014 | BK-COM-MEK:EX | Communications with external parties of interest | 0.30 | 0.30 | $178.50 | ▣ |
| Tues | 9/30/2014 | BK-ADVIS-MEK:CH | Bankruptcy - Court Hearing & Preparation | 6.00 | 6.00 | $3,570.00 | ▣ |
| Tues | 9/30/2014 | BK-COM-MEK:PT | Communications with Phoenix team members | 0.90 | 0.90 | $535.50 | ▣ |
| | | | **M Kopacz Total:** | 82.30 | 82.30 | $48,968.50 | |
| | | | **Project City of Detroit Bankruptcy: Total:** | 162.50 | 162.50 | $81,233.50 | |
| | | | **Grand Total:** | 162.50 | 162.50 | $81,233.50 | |

## Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Filters Used:
- Time Entry Date: 9/1/2014 to 9/30/2014
- Project ID: City of Detroit Bankruptcy: to City of Detroit Bankruptcy:

| Date | Name | Duration | Rate | Amount | Notes |
|---|---|---|---|---|---|
| Project (Name) - City of Detroit Bankruptcy: (City of Detroit Bankruptcy) | | | | | |
| **ADMINISTRATION - BILLABLE TRAVEL** | | | | | |
| 9/3/2014 | Brian F. Gleason | 1.00 | | | To NYC for meetings |
| 9/5/2014 | Brian F. Gleason | 1.00 | | | From NYC for meeting |
| | Total for BK-ADMIN-BG:TR | 2.00 | 550.00 | 1,100.00 | |
| 9/4/2014 | Marti Kopacz | 2.00 | | | Travel from Boston to New York for testimony/hearing prep - 4 hrs x 50% |
| 9/5/2014 | Marti Kopacz | 2.00 | | | Amtrak from NYP to RTE (4 hours at 50%) |
| 9/14/2014 | Marti Kopacz | 1.50 | | | Travel Boston to Detroit |
| 9/15/2014 | Marti Kopacz | 1.50 | | | Travel - DTW to BOS 3 hrs @ 50% |
| | Total for BK-ADMIN-MEK:TR | 7.00 | 595.00 | 4,165.00 | |
| 9/4/2014 | Michael Gaul | 1.00 | | | |
| | Total for BK-ADMIN-MG:TR | 1.00 | 350.00 | 350.00 | |
| | **TOTAL BILLABLE TRAVEL** | 10.00 | | 5,615.00 | |
| **BANKUPTCY - ADMINISTRATION** | | | | | |
| 9/22/2014 | Marti Kopacz | 0.30 | | | Review Squire Patton Boggs' August billing |
| 9/26/2014 | Marti Kopacz | 0.30 | | | Scheduling for trial and travel reservations |
| | **TOTAL ADMINISTRATION** | 0.60 | 595.00 | 357.00 | |
| **ADMIN - PREPARATION OF FEE APP** | | | | | |
| 9/19/2014 | Marti Kopacz | 0.70 | | | Review team's time detail and expenses for August billing. |
| 9/22/2014 | Marti Kopacz | 0.30 | | | Finalize August billing |
| | **TOTAL PREP OF FEE APP** | 1.00 | 595.00 | 595.00 | |
| **COURT HEARING & PREPARATION** | | | | | |
| 9/3/2014 | Brian F. Gleason | 4.50 | | | Review of objections and deposition testimony in preparation for meeting with Marti and Counsel |
| 9/4/2014 | Brian F. Gleason | 6.20 | | | Meeting with Marti and Counsel to review objections to report and testimony and to review questions in deposition |
| 9/5/2014 | Brian F. Gleason | 4.70 | | | Meeting with Marti and Counsel to review objections to report and testimony and to review questions in deposition |
| 9/12/2014 | Brian F. Gleason | 0.80 | | | Call with Counsel and Marti to review testimony and any open issues, and issues with changes to Plan from settlements. |
| | Total for BK-ADVIS-BG:CH | 16.20 | 550.00 | 8,910.00 | |
| 9/2/2014 | Marti Kopacz | 3.00 | | | Buckfire Daubert motion hearing; City's Opening Statement |
| 9/3/2014 | Marti Kopacz | 6.00 | | | City's and Supporters' Opening Statements; Objectors' Opening Statements |
| 9/4/2014 | Marti Kopacz | 5.50 | | | Prep for hearing and trial testimony with Squire, B Gleason and M Gaul |
| 9/5/2014 | Marti Kopacz | 3.50 | | | Prep with Squire and B Gleason for hearing and trial testimony |
| 9/9/2014 | Marti Kopacz | 3.00 | | | Read Deposition testimony |
| 9/10/2014 | Marti Kopacz | 4.90 | | | Call with Squire re: hearing prep (0.5) Call with S Lerner and Judge Rhodes re: hearing on motions to exclude testimony (0.8) Review Expert Report and exhibits; Review proposal and interview testimony (3.6) |
| 9/11/2014 | Marti Kopacz | 3.50 | | | Review objections (1.4) Review contact logs and time records re: team's work; review team credentials (2.1) |
| 9/12/2014 | Marti Kopacz | 7.10 | | | Review Deposition Exhibits (1.3) Review questions from Judge Rhodes and outline answers (2.5) Prep call with S. Lerner and S. Kane of Squire re: questions (3.0) Review other expert's reports (1.2) Call with Judge Rhodes re: developments that could impact hearing on Monday (0.1) |
| 9/15/2014 | Marti Kopacz | 7.50 | | | Review questions, report, deposition testimony (2.5) Prep with Scott Kane and Stephen Lerner (2) Court Hearing and Testimony (3.0) |
| 9/29/2014 | Marti Kopacz | 5.00 | | | Telephonically attend Gaurav Malhotra's testimony |

| Date | Name | Duration | Rate | Amount | Notes |
|---|---|---|---|---|---|
| 9/30/2014 | Marti Kopacz | 6.00 | | | Telephonically attend hearing - Buckfire testimony |
| | Total for BK-ADVIS-MEK:CH | 55.00 | 595.00 | 32,725.00 | |
| 9/4/2014 | Michael Gaul | 4.40 | | | Internal team preparation relating to M Kopacz upcoming testimony |
| 9/5/2014 | Michael Gaul | 3.80 | | | Internal team preparation relating to M Kopacz upcoming testimony |
| | Total for BK-ADVIS-MG:CH | 8.20 | 350.00 | 2,870.00 | |
| | TOTAL PREP OF FEE APP | 79.40 | | 44,505.00 | |

**COMMUNICATIONS: PHOENIX TEAM**

| Date | Name | Duration | Rate | Amount | Notes |
|---|---|---|---|---|---|
| 9/25/2014 | Brian F. Gleason | 1.20 | | | Call with Team regarding new plan available |
| 9/26/2014 | Brian F. Gleason | 1.00 | | | Call with team re questions on forecasts |
| 9/29/2014 | Brian F. Gleason | 1.20 | | | Internal calls re new report |
| | Total for BK-COM-BG:PT | 3.40 | 550.00 | 1,870.00 | |
| 9/26/2014 | Kevin Barr | 1.00 | | | Call to discuss changes to the financial model. |
| 9/29/2014 | Kevin Barr | 1.20 | | | Call with internal Phoenix team to discuss the updated model. |
| 9/30/2014 | Kevin Barr | 0.90 | | | Internal Phoenix call to discuss the supplemental report outline. |
| | Total for BK-COM-KB:PT | 3.10 | 275.00 | 852.50 | |
| 9/17/2014 | Marti Kopacz | 0.50 | | | Call with B Gleason re: supplemental report and case developments (0.3) Team emails re: forthcoming new projections (0.2) Emails with counsel re: same |
| 9/26/2014 | Marti Kopacz | 1.00 | | | Team call re: new projections and supplemental report |
| 9/29/2014 | Marti Kopacz | 1.20 | | | Call with team to outline supplemental report and discuss Q&A with E&Y today |
| 9/30/2014 | Marti Kopacz | 0.90 | | | Team conference call re: progress made on analysis and supplemental report |
| | Total for BK-COM-MEK:PT | 3.60 | 595.00 | 2,142.00 | |
| 9/26/2014 | Michael Gaul | 1.00 | | | Internal conference call to review new City projections |
| 9/29/2014 | Michael Gaul | 1.20 | | | Conf call with M Kopacz, B Gleason, and K Barr re: new POA projections |
| 9/30/2014 | Michael Gaul | 1.00 | | | Meeting with K Barr to discuss Supplemental Report draft |
| 9/30/2014 | Michael Gaul | 0.90 | | | Conf call with M Kopacz, B Gleason, and K Barr re: new POA projections and drafting of proposed Supplemental Report |
| | Total for BK-COM-MG:PT | 4.10 | 350.00 | 1,435.00 | |
| | TOTAL COMMUNICATIONS - PHOENIX TEAM | 14.20 | | 6,299.50 | |

**EXTERNAL COMMUNICATIONS**

| Date | Name | Duration | Rate | Amount | Notes |
|---|---|---|---|---|---|
| 9/25/2014 | Kevin Barr | 0.80 | | | Call to discuss the updated model with E&Y. |
| 9/26/2014 | Kevin Barr | 0.10 | | | Email to E&Y requesting a call to discuss the changes. |
| 9/27/2014 | Kevin Barr | 0.60 | | | Development of questions for a call with E&Y |
| 9/29/2014 | Kevin Barr | 0.60 | | | Call with Ernst & Young team to discuss changes to the model. |
| 9/30/2014 | Kevin Barr | 0.20 | | | Call with Glenn Kushiner of Conway Mackenzie to discuss additional deferrals of the RRIs. |
| | Total for BK-COM-KB:EX | 2.30 | 275.00 | 632.50 | |
| 9/16/2014 | Marti Kopacz | 0.30 | | | Call to/from G. Malhotra (E&Y) re: new projections |
| 9/19/2014 | Marti Kopacz | 0.30 | | | Call with Gaurav Malhotra (0.1) and Melissa Smiley (0.1) re: updated projections; email team and chambers re: delay (0.1) |
| 9/22/2014 | Marti Kopacz | 0.20 | | | Email with Mayor's office re: updated projections |
| 9/24/2014 | Marti Kopacz | 0.50 | | | Emails with E&Y and City and Call with City re: new projections |
| 9/25/2014 | Marti Kopacz | 1.20 | | | Call with E&Y and Jones Day and Pheonix team re: new projections |
| 9/29/2014 | Marti Kopacz | 0.10 | | | Emails to SPB re: trial exhibits and transcript request |
| 9/30/2014 | Marti Kopacz | 0.30 | | | Calls to/from Gaurav Malhotra re: Exit Financing and possibility of new projections (0.2) Call with Judge Rhodes re: scheduling (0.1) |
| | Total for BK-COM-MEK:EX | 2.90 | 595.00 | 1,725.50 | |
| 9/29/2014 | Michael Gaul | 0.80 | | | Conference call with K Barr and E&Y team re: changes to POA projections |

| Date | Name | Duration | Rate | Amount | Notes |
|---|---|---|---|---|---|
| | Total for BK-COM-MG:EX | 0.80 | 350.00 | 280.00 | |
| | **TOTAL EXTERNAL COMMUNICATIONS** | 6.00 | | 2,638.00 | |

### REPORT DEVELOPMENT

| Date | Name | Duration | Rate | Amount | Notes |
|---|---|---|---|---|---|
| 9/30/2014 | Kevin Barr | 2.70 | | | Review of the Expert Report and first supplemental report to determine what changed and to develop an outline for the new report. |
| 9/30/2014 | Kevin Barr | 1.70 | | | Worked on drafting sections of the report including development of charts. |
| | Total for BK-DEV-KB:RD | 4.40 | 275.00 | 1,210.00 | |
| 9/29/2014 | Marti Kopacz | 1.00 | | | Review July Expert report and identify issues for supplemental report (0.6) Reveiw K Barr's updated analysis of new projections (0.4) |
| | Total for BK-DEV-MEK:RD | 1.00 | 595.00 | 595.00 | |
| 9/30/2014 | Michael Gaul | 2.40 | | | Drafting multiple section of Supplemental Report |
| | Total for BK-DEV-MG:RD | 2.40 | 350.00 | 840.00 | |
| | **TOTAL REPORT DEVELOPMENT** | 7.80 | | 2,645.00 | |

### ANALYSIS OF FINANCIALS, MODELS, ETC

| Date | Name | Duration | Rate | Amount | Notes |
|---|---|---|---|---|---|
| 9/30/2014 | Brian F. Gleason | 1.10 | | | Exit financing interest rate calc. |
| | Total for BK-FIN-BG:AF | 1.10 | 550.00 | 605.00 | |
| 9/25/2014 | Kevin Barr | 2.10 | | | Detailed review of model and analysis of changes. |
| 9/26/2014 | Kevin Barr | 3.30 | | | Detailed review of model and analysis of changes. |
| 9/29/2014 | Kevin Barr | 6.20 | | | Review of updated POA including variance analysis from prior version. Put together charts comparing the two versions. |
| | Total for BK-FIN-KB:AF | 11.60 | 275.00 | 3,190.00 | |
| 9/25/2014 | Marti Kopacz | 3.50 | | | Review projections |
| 9/26/2014 | Marti Kopacz | 0.50 | | | Review KBarr's analysis of changes from July 2nd to Sept 25th projections |
| 9/29/2014 | Marti Kopacz | 0.20 | | | Review E&Y "bridge" on 10 year |
| | Total for BK-FIN-MEK:AF | 4.20 | 595.00 | 2,499.00 | |
| 9/26/2014 | Michael Gaul | 1.20 | | | Analysis of new City POA projections |
| 9/30/2014 | Michael Gaul | 4.30 | | | Analysis of quarterly EM reports Review/analysis of latest POA and corresponding projections |
| | Total for BK-FIN-MG:AF | 5.50 | 350.00 | 1,925.00 | |
| | **TOTAL ANALYSIS OF FINANCIALS, MODELS, ETC** | 22.40 | | 8,219.00 | |

### FINANCIAL REVIEW & ANALYSIS OF CORE DOCUMENTS

| Date | Name | Duration | Rate | Amount | Notes |
|---|---|---|---|---|---|
| 9/19/2014 | Brian F. Gleason | 1.20 | | | prelim review of 7th amended plan |
| 9/23/2014 | Brian F. Gleason | 2.50 | | | Review of new plan and docket info |
| 9/24/2014 | Brian F. Gleason | 1.20 | | | review of new plan. |
| 9/26/2014 | Brian F. Gleason | 1.40 | | | Review Cash flow models prepared by K Barr |
| | Total for BK-FIN-BG:RA | 6.30 | 550.00 | 3,465.00 | |
| 9/16/2014 | Marti Kopacz | 2.00 | | | Reveiw 7th POA |
| 9/17/2014 | Marti Kopacz | 2.50 | | | Continue review of 7th POA |
| 9/18/2014 | Marti Kopacz | 2.50 | | | Review trial testimony to date |
| | Total for BK-FIN-MEK:RA | 7.00 | 595.00 | 4,165.00 | |
| 9/3/2014 | Michael Gaul | 4.20 | | | Review of recently filed BK documents; arguments for and objections to admission of M Kopacz's report; review of updates to BK trial |
| 9/17/2014 | Michael Gaul | 3.60 | | | Review of new Plan of Adjustment and redlined versions as compared to previous POAs |
| | Total for BK-FIN-MG:RA | 7.80 | 350.00 | 2,730.00 | |
| | **TOTAL REVIEW & ANALYSIS OF CORE DOCUMENTS** | 21.10 | | 10,360.00 | |
| | **Total for City of Detroit Bankruptcy: City of Detroit Bankruptcy** | 162.50 | | 81,233.50 | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Filters Used:
- Expense Log Date: 9/1/2014 to 9/30/2014
- Expense Log Project ID: City of Detroit Bankruptcy; to City of Detroit Bankruptcy;

| Date | Employee ID | Project ID | Units | Cost | Reimb Cost |
|---|---|---|---|---|---|
| **Air & Rail** | | | | | |
| 9/2/2014 | M Kopacz | City of Detroit Bankruptcy; | 1.00 | $862.20 | $862.20 |
| 9/14/2014 | M Kopacz | City of Detroit Bankruptcy; | 1.00 | $25.00 | $25.00 |
| 9/15/2014 | M Kopacz | City of Detroit Bankruptcy; | 1.00 | $25.00 | $25.00 |
| 9/29/2014 | M Gaul | City of Detroit Bankruptcy; | 1.00 | $162.00 | $162.00 |
| | | Sub-Total: | | $1,074.20 | $1,074.20 |
| **Internet** | | | | | |
| 9/14/2014 | M Kopacz | City of Detroit Bankruptcy; | 1.00 | $13.73 | $13.73 |
| | | Sub-Total: | | $13.73 | $13.73 |
| **Lodging** | | | | | |
| 9/5/2014 | M Gaul | City of Detroit Bankruptcy; | 1.00 | $369.56 | $369.56 |
| 9/5/2014 | M Kopacz | City of Detroit Bankruptcy; | 1.00 | $433.81 | $433.81 |
| 9/14/2014 | M Kopacz | City of Detroit Bankruptcy; | 1.00 | $274.85 | $274.85 |
| | | Sub-Total: | | $1,078.22 | $1,078.22 |
| **Meals** | | | | | |
| 9/4/2014 | M Kopacz | City of Detroit Bankruptcy; | 1.00 | $9.50 | $9.50 |
| 9/4/2014 | M Gaul | City of Detroit Bankruptcy; | 1.00 | $48.12 | $48.12 |
| 9/5/2014 | M Kopacz | City of Detroit Bankruptcy; | 1.00 | $119.00 | $119.00 |
| 9/14/2014 | M Kopacz | City of Detroit Bankruptcy; | 1.00 | $48.80 | $48.80 |
| 9/15/2014 | M Kopacz | City of Detroit Bankruptcy; | 1.00 | $60.48 | $60.48 |
| | | Sub-Total: | | $285.90 | $285.90 |
| **Taxi** | | | | | |
| 9/4/2014 | M Gaul | City of Detroit Bankruptcy; | 1.00 | $12.00 | $12.00 |
| 9/4/2014 | M Kopacz | City of Detroit Bankruptcy; | 1.00 | $109.40 | $109.40 |
| 9/5/2014 | M Gaul | City of Detroit Bankruptcy; | 1.00 | $12.00 | $12.00 |
| 9/5/2014 | M Kopacz | City of Detroit Bankruptcy; | 1.00 | $108.80 | $108.80 |
| 9/14/2014 | M Kopacz | City of Detroit Bankruptcy; | 1.00 | $102.75 | $102.75 |
| 9/15/2014 | M Kopacz | City of Detroit Bankruptcy; | 1.00 | $331.00 | $331.00 |
| | | Sub-Total: | | $675.95 | $675.95 |
| **Telephone** | | | | | |
| 9/15/2014 | Administrative | City of Detroit Bankruptcy; | 1.00 | $16.77 | $16.77 |
| | | Sub-Total: | | $16.77 | $16.77 |
| | | **Grand Total:** | | **$3,144.77** | **$3,144.77** |