UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor | Hon. Steven W. Rhodes |

William M. Davis and Detroit Active and Retired Employee Association (DAREA)

Appellant.

v.

City of Detroit, Michigan,

Appellee.

APPELLANT WILLIAM M. DAVIS AND ADDITIONAL LIST OF APPELLANTS (ATTACHMENT A), KNOWN AS DAREA DESIGNATION OF THE CONTENT OF THE RECORD AND STATEMENT OF ISSUES ON APPEAL

I/We are filing and serving this Designation and Statement to comply with Fed.R. Bnkr. P. 8009(a)(1) [Effective December 1, 2014]. The Designation and Statement relate to the appeal I/We started by filing a Notice of Appeal (Dc. N. 8369) on November 21, 2014.

I. DESIGNATION OF RECORD ON APPEAL:

| Item No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 1 | 7/18/2013 | 0001 | Voluntary Petition for City of Detroit, Michigan |
| 2 | 12/5/2013 | 1945 | Opinion Regarding Eligibility |
| 3 | 2/21/2014 | 2708 | Plan for the Adjustment of Debts of the City of Detroit |

| | | | |
|---|---|---|---|
| 4 | 2/21/2014 | 2709 | Disclosure Statement with Respect to the Adjustment of Debts of the City of Detroit |
| 5 | 3/6/2014 | 2872 | Yvonne Williams Jones Objection to violates of State of Michigan Constitution |
| 6 | 3/31/2014 | 3380 | Amended Plan for the Adjustment of Debts of the City of Detroit |
| 7 | 3/31/2014 | 3382 | Amended Disclosure with Respect to Amended Plan for the Adjustment of Debts of City of Detroit |
| 8 | 3/31/2014 | 3390 | John P. Quinn Objection to Disclosure Statement |
| 9 | 4/1/2014 | 3706 | Jesse J. Florence, Sr. Objection to Plan of Adjustment impact of Health Care cuts to Retirees |
| 10 | 4/1/2014 | 3515 | Amru Meah, Objection to Plan of Adjustment of Debts, Health Care cuts to Retirees |
| 11 | 4/15/2014 | 4140 | Second Amended Plan for the Adjustment of Debts of the City of Detroit |
| 12 | 4/16/2014 | 4141 | Second Amended Disclosure Statement with Respect to Second Amended for the Adjustment of Debts if the City of Detroit |
| 13 | 4/25/2014 | 4271 | Third Amended Plan for the Adjustment of Debts of the City of Detroit |
| 14 | 4/25/2014 | 4272 | Third Amended Disclosure Statement with Respect to 2nd Amended Plan for the Adjustment of Debts of the City of Detroit |
| 15 | 5/5/2014 | 4391 | 4th Amended Disclosure Statement with respect to 4th Amended Plan for the Adjustment of the Debts for the City of Detroit |
| 16 | 5/5/2014 | 4392 | 4th Amended Plan of the Adjustment of the Debts of the City of Detroit |
| 17 | 5/26/2014 | 5034 | Consolidated reply to certain Objections to Confirmation of Fourth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 18 | 5/27/2014 | 5049 | John P. Quinn's Attempted Compliance with Order Regarding identifying Legal issues relating to Confirmation |
| 19 | 6/27/2014 | 5659 | William M. Davis, Objection to City of Detroit Plan of Adjustment, Recoupment of ASF Interest & Impacts African-America retirees |
| 20 | 7/1/2014 | 5723 | John P. Quinn's Objections to 4th Amended Plan of Adjustment of Debts |
| 21 | 7/10/2014 | 5909 | Objection to Plan of Adjustment for Adjusting Pensions |
| 22 | 7/11/2014 | 5945 | Objection to Plan of Adjustment of Debts of the City of Detroit, and the effect it have on Detroit Retirees |
| 23 | 7/22/2014 | 6197 | Joint Motion of Objecting Creditors Michael J. Karwoski and John P. Quinn for briefing schedule and hearing on certain of Movants. Objections to 4th Amended Plan of Adjustment |
| 24 | 7/25/2014 | 6257 | 5th Amended Plan for the Adjustment of the Debts of the City of Detroit |
| 25 | 7/28/2014 | 6379 | Corrected 5th Amended Plan for the Adjustment of the Debts of the City of Detroit |

| | | | |
|---|---|---|---|
| 26 | 8/4/2014 | 6508 | Official Committee of Retirees" Memorandum of Law in support of Confirmation of Fifth Amended Plan for Adjustment of Debts Filed by the City of Detroit, MI |
| 27 | 8/18/2014 | 6864 | Yvonne Williams Jones and Cecily McClellan, Motion to object to 5th Amendment Plan and all corrections, as relates to funding level of pension fund. |
| 28 | 8/20/2014 | 6908 | Six Amended Plan for the Adjustment of Debts of the City of Detroit |
| 29 | 9/5/2014 | 7303 | Consolidated Response to Certain Pro Se Objections to Confirmation of the sixth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 30 | 9/16/2014 | 7502 | 7th Amended Chapter 9 Plan for the Adjustment of Debts of the City of Detroit |
| 31 | 10/17/2014 | 7995 | Third Order Admitting Exhibits |
| 32 | 10/22/2014 | 8045 | Eighth Amended Plan for the Adjustment of the Debts of the City of Detroit |
| 33 | 10/24/2014 | 8109 | William Davis Objection to Eighth Amended Plan of Adjustment of Debts of the City of Detroit, discriminates against African-American |
| 34 | 10/24/2014 | 8108 | William Davis Objection to Eighth Amended Plan of Adjustment of Debts of the City of Detroit, violates the Protection of Public Pensions under State of Michigan Constitution |
| 35 | 10/31/2014 | 8145 | Notice of Filing Proposed Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit, including attached proposed order |
| 36 | 11/11/2014 | 8249 | Notice of Filing Revised Proposed Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit, including attached proposed order |
| 37 | 11/12/2014 | 8272 | Order Confirming Eighth Amended Plan of Adjustment of Debts of the City of Detroit |
| 38 | 11/24/2014 | 8414 | John P. Quinn's Motion for Partial Stay Pending Appeal |
| 39 | 11/26/2014 | 8489 | State of Michigan's Consolidated Response in Opposition to Motions to Stay Confirmation Order Pending Appeal |
| 40 | 11/26/2014 | 8496 | City of Detroit's Consolidated Objection to Appellants' Motions for Stay Pending Appeal |
| 41 | 11/26/2014 | 8474 | William M. Davis and the attached list of additional appellants, Notice of Appeal to Confirmation of Plan of Adjustment |
| 42 | 12/1/2014 | 8533 | Order Denying Motions for Stay Pending Appeal |

I/We reserve the right to supplement or amend this Designation to the extent permitted by law or court rule.

II.  STATEMENT OF ISSUES ON APPEAL.

I/We intend to raise the following issues on appeal:

-3-

1. Did the bankruptcy court err as a matter of law by confirming the Eighth Amended Plan for the Debt of the City of Detroit ("Plan") even though, by attempting to impose a diminished or impaired contractually obligated pension payments, which is unconstitutional in the State of Michigan (MI Const., Article IX, § 25 and violates due process and equal protection under the law of the United States of America Constitution, Amendment XIV, Section 1, Section 4?

2. Did the bankruptcy court err as a matter of law by confirming the Plan even though it purports to treat all individuals in the Plan equally, but disproportionately discriminates against African Americans, who have historically been identified as a disparate class as a race , also that the claw-back recoupment period is 2004-2013, over seventy percent 70%) of the retirees during this period in Class 11 were African American, also, that the Plan disproportionately imposes Annuity Saving Fund (ASF) claw-back recoupment on African Americans, in that this Plan violated the Civil Rights Act of 1964?

3. Did the bankruptcy court err as a matter of law by confirming the Plan with regard to the annuity claw-backs," negotiated and agreed to by court appointed "Retiree Committee, when in the fact the annuities were agreed to by individual retirees, by contributing their own funds, and when the impact of the annuity claw-back is disproportionate within the class where a significant percentage of retirees did not participate in the annuity plan or retired before the claw back was effective?

4. Did the bankruptcy court err as a matter of law by allowing health care benefits for retirees less than 65 years of age to be eliminated and drastically reduce

-4-

benefits to retiree over 65 years of age, in that, these health care benefits were contractually agreed upon and were reduced or eliminated without discussion or a vote?

5. Did the bankruptcy court err as a matter of law by confirming the Eight Amendment of the Debts of the City of Detroit ("Plan") even though, by attempting to impose the ASF claw-back recoupment on claims, the Plan imposes non-consensual less favorable treatment on those claims than on other claims in Class 11, in violation of 11U.S.C. § 1123(a)(4)?

6. Did the bankruptcy court err as a matter of law by confirming the Plan even though it purports to adjust not only the City's liability, if any, on the claims included in Class 11, but also the liability of the General Retirement System ("GRS"), Which is not a debtor in this case, on those claims, in violation of 11 U.S.C. § 941?

7. Did the bankruptcy court err as a matter of law by directing GRS to act as an agent of the City in deducting the Annuity Saving Fund excess amount from the ASF account of each ASF current participant?

8. Did the bankruptcy court err as a matter of law by relieving GRS, which is not a debtor in this case, from liability for deducting the ASF excess amount from the ASF account of each ASF current participant?

9. Did the bankruptcy court err as a matter of law by relieving GRS, which is not a debtor in this case, from deducting monthly annuity amounts from certain ASF 'Distribution Recipients 'monthly pension checks?

-5-

10. Did the bankruptcy court err as a matter of law by enjoining all individuals affected by the ASF recoupment from commencing any proceeding against the GRS and its trustees, officers, employees or professionals, none of whom are debtors in this case, arising from GRS's compliance with the Plan or the Oder Confirming Eighth Amended Plan for the Adjustment of the City of Detroit?

11. Is each of the errors mentioned in issues 1-10, above, reversible

In the course of discussing these issues I/We may address related issues and sub-issues. I/We reserve the right to raise additional issues and to supplement or amend this statement the extent permitted by law or the court.

*William M. Davis*

William M. Davis and DACREA

Date: December 10, 2014

9203 Littlefield
Detroit, Michigan 48228
313-622-6430
Montybill86@yahoo.com

## CERTIFICATE OF SERVICE

I certify that on December 10, 2014, I am filing a hardy copy of the above document and the attached Exhibit A with the Clerk of the Court I understand the clerk will promptly scan that hard copy and file the resulting pdf version using ECF, thus effecting service on all persons entitled to service in this action.

I further certify that on December 10, 2014, I am emailing pdf copies of the above documents as follow:

-6-

to Heather Lennox, representing the City, at hiennox@jonesday.com;

to Sam J. Albert, representing the Retiree Committee at sam.alberts@dentons.com;

to Robert D. Gordon, representing GRS, at rgordon@clarkhill.com; and

to Ryan C. Plecha, representing DRCEA, at rplecha@lippittokeefe.com; and

to Matthew scheider, representing the State of Michigan, at SchneiderM7@michigan.gov.

Dated: December 10, 2014

*William M. Davis*
William M. Davis
9203 Littlefield
Detroit, Michigan 48228
313-622-6
Montybill86@yahoo.com

## ATTACHMENT A

### LIST OF ADDITIONAL APPELLANTS

### DETROIT ACTIVE AND RETIRED EMPLOYEES ASSOCIATION

| | |
|---|---|
| HASSAN ALEEM | 2440 Taylor Detroit, MI. 48205 |
| VAUGHN BROWN | 9323 E. Walden Drive Belleville MI 48111 |
| PAULETTE BROWN | P. O. Box 23207 Detroit MI. 48223 |
| CINDY DARRAH | 492 Peterboro Detroit, MI. 48201 |
| WILLIAM DAVIS | 9203 Littlefield Detroit, MI. 48228 |
| GWEN DAVIS | 12746 Monte Vista Detroit, MI. 48238 |
| RITA DICKERSON | 19200 Prairie Detroit, MI. 48221 |
| BARBARA DOUGLAS | 1920 Lincolnshire Detroit, MI. 48203 |
| DAVID ESPIC | 9330 Faust Detroit MI. 48228 |
| BELINDA FLORENCE | 20420 Anglin Detroit, MI. 48234 |
| JESSE J. FLORENCE SR. | 20420 Anglin Detroit, MI. 48234 |
| WALTER GARYKNALL | 15380 Evergreen Detroit, MI.48223 |
| BENYE GOLDSTONE | 17385 Parkside Detroit, MI.48221 |
| BELINDA HERNADEX | 17160 Harlow Detroit, MI.48235 |
| KENNETH HINES | 832 Chandler Park Drive Detroit Mi. 48215 |
| YVONNE JONES | 153 Arden Park Detroit, MI. 48202 |
| VERA MAGEE | 5165 Iroquois Detroit, MI.48213 |
| CECILY MCCLELLAN | 111 Calvert Detroit, MI. 48202 |
| AMRU MEAH | 30815 Billington Court Beverly Hills MI. 48025 |
| LULA MILLENDER | 3763 W. Buena Vista Detroit MI. 48238 |
| NORA MOORE | 1001 E. Brentwood Morristown Tenn. 37814 |
| VICKIE SHACKLEFORE | 500 River Place #5159 Detroit, MI. 48207 |
| EVELYN SMITH | 19450 Glouchester Drive Detroit, MI.48203 |
| MARK SMITH | 1754 Campau Farms Circle Detroit, MI. 48207 |
| SHEILA THOMPKINS | 2332 Prince Hall Detroit, MI. 48207 |
| CALVIN TURNER | 16091 Edmore DriveDetroit, MI. 48205 |
| CARL WILLIAMS | 10112 Somerset Detroit, MI. 48224 |