UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CITY OF DETROIT, MICHIGAN,
    Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

_____/

William M. Davis and Detroit Active and Retired Employee Association as listed,

    Appellants.

v.

City of Detroit, Michigan,

    Appellee.

_____/

APPELLANTS WILLIAM M. DAVIS'S AND DETROIT ACTIVE AND RETIRED EMPLOYEE ASSOCIATION (DAREA) AS LISTED

CERTIFICATE REGARDING ORDERING OF TRANSCRIPT FOR APPEAL

I/We make this certification with reference to the appeal I started by filing a Notice of Appeal ( Doc. No. 8474) on November 26, 2014. In compliance with Fed. R. Bnkr. P. 8009(b)(1)(B) (effective December 1, 2014), I certify that, because I will raise only questions of law and there is no need for a transcript to resolve any issue I will raise in this appeal, I am not ordering a transcript.

December 9, 2014

*William M. Davis* (signature)

William M. Davis
9203 Littlefield
Detroit, Michigan 48228
313-622-6430
Montybill86@yahoo.com

## CERTIFICATE OF SERVICE

I certify that on December 10, 2014 I am filing a hard copy of the above document with the Clerk of the Court. I understand the Clerk will promptly scan that hard copy and file the resulting pdf version using ECF, thus effecting service on all persons entitled to service in this action.

Signature _William M. Davis_
Printed Name  William M. Davis
Address  9203 Littlefield
Phone:  313-622-6430
Email:  montybill86@yahoo.com

Dated: December 10, 2014