UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | Chapter 9 |
|     CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
|         Debtor. | Hon. Steven W. Rhodes |
| _____ | |
| Johnathan Brown, on behalf of himself and a class of others similarly situated, | |
|         Appellant. | |
| v. | |
| City of Detroit, | |
|         Appellee. | |
| _____ | |

## CERTIFICATE OF SERVICE

      I hereby certify that on December 12, 2014, I electronically filed the foregoing ***Appellant Johnathan Browns' Amended Designation Of The Contents Of The Record And Statement Of Issues On Appeal, Record on Appeal Court Documents and Certificate of Service*** with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

      I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: **None**.

                                    /s/ Stacey Bellich
                                    STACEY BELLICH
                                    Legal Administrative Assistant
                                    Foley & Mansfield, PLLP
                                    130 East Nine Mile Road
                                    Ferndale, MI 48220
                                    Phone: (248) 721-4200
                                    Sbellich@foleymansfield.com