UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re<br><br>    CITY OF DETROIT, MICHIGAN,<br><br>        Debtor.<br>_____<br><br>Johnathan Brown, on behalf of himself and<br>a class of others similarly situated,<br><br>        Appellant.<br>v.<br><br>City of Detroit,<br><br>        Appellee.<br>_____ | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

## **CERTIFICATE OF SERVICE**

       I hereby certify that on December 12, 2014, I electronically filed the foregoing ***Appellant Johnathan Browns' Amended Designation Of The Contents Of The Record And Statement Of Issues On Appeal, Record on Appeal Court Documents and Certificate of Service*** with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

       I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: **None**.

                                /s/ Stacey Bellich
                                STACEY BELLICH
                                Legal Administrative Assistant
                                Foley & Mansfield, PLLP
                                130 East Nine Mile Road
                                Ferndale, MI 48220
                                Phone: (248) 721-4200
                                Sbellich@foleymansfield.com