# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**OFFICE OF THE CLERK OF COURT**

| | | |
|---|---|---|
| 226 WEST SECOND ST. | 211 WEST FORT STREET, SUITE 2100 | 111 FIRST STREET |
| FLINT, MI 48502 | DETROIT, MICHIGAN 48226-3211 | BAY CITY, MI 48707 |
| (810) 235-4126 | (313) 234-0065 / WWW.MIEB.USCOURTS.GOV | (989) 894-8840 |

Date: 12/12/14
Debtor: City of Detroit, Michigan
Case #: 13-53846-swr

To: William M. Davis
9203 Littlefield
Detroit, MI 48228

On  12/10/14  the Clerk's Office received Appellant Designation of the Contents for Inclusion in Record on Appeal. Copies of the designated items on appeal were not filed. Failure to file the documents within 5 days will result in the Clerk's Office preparing the copies at the party's expense. See Rule 8006.

Sincerely

/s/ Kristel Trionfi

Deputy Clerk