UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

In Re:

    CITY OF DETROIT, MICHIGAN,           Case No. 13-53846-SWR

                                                                         Chapter 9

                                                                         Hon: Steven W. Rhodes

_____/

STIPULATED WITHDRAWAL OF CLAIM

Creditor Name:     Pro Care Health Plan Medicaid

Claim No.            1202

Amount of Claim:   $983.27

      The undersigned counsel on behalf of Creditor, Pro Care Health Care Plan Medicaid and Interested Party, City of Detroit Law Department stipulate to the withdrawal of claim filed as noted above. The above creditor's claim will be resolved with the Medicaid recipient's attorney and will not be included in any disbursements under the Debtor's Plan of Adjustment .
.

/s/ Nicole M. Beauchamp                             /s/ Mary Beth Cobbs

Nicole M. Beauchamp (P72759)               Mary Beth Cobbs (P40080)
Attorney for                                                   Assistant Corporation Counsel
First Recovery Group on                         City of Detroit Law Department
Behalf of Pro Care Medicaid                    2 Woodward Ave, Ste 500
26899 Northwestern Hwy, Ste 280         Detroit, MI 48226
Southfield, MI 48033                             (313) 237-3075
(248) 443-4800 Ext 283                        cobbm@detroitmi.gov
nbeavchap@firstrecoverygroup.com

# CERTIFICATE OF SERVICE

**MARY BETH COBBS,** certifies that on December 12,2014, she served a copy of this **STIPULATED WITHDRAWAL OF CLAIM** and this **CERTIFICATE OF SERVICE** on all attorneys of record by electronically filing the foregoing with the Clerk of the Court using the EFC system which will send notification of such filing.

I declare that the statements above are true to the best of my information, knowledge and belief.

Respectfully submitted,

CITY OF DETROIT LAW DEPARTMENT

/s/Mary Beth Cobbs
Mary Beth Cobbs(P40080)
Assistant Corporation Counsel
2 Woodward Ave, Set 500
Detroit, MI 48237-3075
cobbm@detroitmi.gov

Dated: December 12, 2014