UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                    Chapter 9
                                          Case No. 13-53846
City of Detroit, Michigan,                Hon. Steven W. Rhodes
        Debtor.
_____/

**Scheduling Order Regarding Process to Determine the**
**Disclosure and Reasonableness of Fees Under 11 U.S.C. § 943(b)(3)**

For the reasons stated on the record in open Court on December 15, 2014, the Court establishes the following deadlines for the adjudication of the disclosure and reasonableness of fees under 11 U.S.C. § 943(b)(3):

1. The deadline for all professionals to submit to the City final statements for fees and expenses incurred through the plan effective date is December 22, 2014.

2. The deadline for the City to file its final disclosure of fees and expenses is December 30, 2014.

Upon its review of the City's disclosure, the Court will determine what further process is appropriate to determine the reasonableness of fees under 11 U.S.C. § 943(b)(3).

.

**Signed on December 15, 2014**

                                                    /s/ Steven Rhodes
                                                   Steven Rhodes
                                                   United States Bankruptcy Judge