UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

_____

Johnathan Brown, on behalf of himself and
a class of others similarly situated,

               Appellant.

v.

City of Detroit,

               Appellee.

_____

**APPELLANT JOHNATHAN BROWNS' AMENDED DESIGNATION OF THE CONTENTS OF
THE RECORD AND STATEMENT OF ISSUES ON APPEAL**

      Appellant Johnathan Brown, on behalf of himself and a class of others similarly

situated, respectfully submits the following Designation of Contents and Statement of

Issues pursuant to Fed. R. Bnkr. P. 8009(a)(1). This Designation and Statement relates to

the Appeal filed on November 26, 2014. (See Notice of Appeal, Dckt. 8469).

## I.    DESIGNATION OF RECORD ON APPEAL

| Item # | Date Filed | Court Docket # | Document Name |
|---|---|---|---|
| 1 | 7/18/2013 | 0001 | Voluntary Petition for City of Detroit, Michigan |
| 2 | 12/5/2013 | 1945 | Opinion Regarding Eligibility |
| 3 | 2/21/2014 | 2708 | Plan for the Adjustment of Debts of the City of Detroit |
| 4 | 2/21/2014 | 2709 | Disclosure Statement with Respect to Plan for the Adjustment of Debts of the City of Detroit |

| Item # | Date Filed | Court Docket # | Document Name |
|---|---|---|---|
| 5 | 3/31/2014 | 3380 | Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014) |
| 6 | 3/31/2014 | 3382 | Amended Disclosure Statement With Respect to Amended Plan for the Adjustment of Debts of the City of Detroit |
| 7 | 4/15/2014 | 4099 | Objections of Creditors Deborah Ryan, Walter Swift, Cristobal Mendoza and Annica Cuppetelli, Interested Parties, to Amended Plan for the Adjustment of Debts of the City of Detroit |
| 8 | 4/16/2014 | 4140 | Second Amended 9 Plan for the Adjustment of Debts of the City of Detroit (April 16, 2014) |
| 9 | 4/22/2014 | 4224 | Objections of Creditors Dwayne Provience, Richard Mack, and Gerald and Alecia Wilcox, Interested Parties, to Amended Plan for the Adjustment of Debts of the City of Detroit |
| 10 | 4/22/2014 | 4226 | Amended Objections of Creditors Deborah Ryan, Walter Swift, Cristobal Mendoza and Annica Cuppetelli, Interested Parties, to Amended Plan for the Adjustment of Debts of the City of Detroit and Certificate of Service |
| 11 | 4/23/2014 | 4228 | Amended "Corrected" Objections of Creditors Deborah Ryan, Walter Swift, Cristobal Mendoza and Annica Cuppetelli, Interested Parties, to Amended Plan for the Adjustment of Debts of the City of Detroit and Certificate of Service |
| 12 | 4/25/2014 | 4271 | Third Amended Chapter 9 Plan for the Adjustment of Debts of the City of Detroit (April 25, 2014) |
| 13 | 4/25/2014 | 4272 | Third Amended Disclosure Statement with Respect to Third Amended Plan for the Adjustment of Debts of the City of Detroit |
| 14 | 5/5/2014 | 4391 | Fourth Amended Disclosure Statement With Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 15 | 5/5/2014 | 4392 | Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (May 5, 2014) |

| Item # | Date Filed | Court Docket # | Document Name |
|---|---|---|---|
| 16 | 5/12/2014 | 4608 | Second Amended Objections of Creditors Deborah Ryan, Walter Swift, Cristobal Mendoza and Annica Cuppetelli, Interested Parties, to the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit and Certificate of Service |
| 17 | 6/30/2014 | 5690 | Supplemental Brief of Ryan, Swift, Mendoza and Cuppetelli, Interested Parties, in Support of their Objections Previously Filed [Dkts. #4099, #4228, #4608] Insofar as §II.B.3.U.I. of the Proposed Plan Violates The Fourteenth Amendment, Impairing the Relief Available to them as Victims of Constitutional Violations Under 42 U.S.C. §1983 |
| 18 | 6/30/2014 | 5693 | Brief in Concurrence of Creditors Dwayne Provience, Richard Mack, and Gerald and Alecia Wilcox, Interested Parties, to Deborah Ryan, Walter Swift, Cristobal Mendoza and Annica Cuppetelli, Interested Parties, Supplemental Brief [Dkt. #5690] in Support of the Instant Creditors' Previously-Filed Objections [Dkts. #4224 and #4618] to Debtor, City of Detroit's, Plan for the Adjustment of Debts of the City of Detroit, and Certificate of Service |
| 19 | 7/11/2014 | 5925 | Order of Certification Pursuant to 28 U.S.C. § 2403(a) |
| 20 | 7/25/2014 | 6257 | Fifth Amended Chapter 9 Plan for the Adjustment of Debts of the City of Detroit |
| 21 | 7/29/2014 | 6379 | Corrected Fifth Amended Plan for the Adjustment of Debts of the City of Detroit (July 29, 2014) |
| 22 | 8/12/2014 | 6664 | United States of America's Brief in Response to Order of Certification Pursuant to 28 U.S.C. § 2403(a) |
| 23 | 8/15/2014 | 6758 | Ex Parte Motion, for Leave to File a Second Supplemental Brief of Ryan, Swift, Mendoza and Cuppetelli, Interested Parties/§1983 Plaintiffs, in Support of their Objections Previously Filed [Dkts. #4099, #4228, #4608, #5690] on the Constitutionality of Allowing the Diminishment of the Fundamental Right to a Damages Remedy for the Violation of Constitutional Rights |

| Item # | Date Filed | Court Docket # | Document Name |
|--------|-----------|----------------|---------------|
| 24 | 8/15/2014 | 6763 | Order Granting Ex Parte Motion of Ryan, Swift, Mendoza and Cuppetelli, Interested Parties/§1983 Plaintiffs, in Support of their Objections Previously Filed [Dkts. #4099, #4228, #4608, #5690] for Leave to File a Second Supplemental Brief Regarding the Issues Raised at the July 16, 2014 Hearing and Subsequently Addressed by the U.S. Attorney General's Office [Docket No. 6664] on the Constitutionality of Allowing the Diminishment of the Fundamental Right to a Remedy for the Violation of Constitutional Rights |
| 25 | 8/15/2014 | 6764 | Second Supplemental Brief of Ryan, Swift, Mendoza and Cuppetelli, Interested Parties/§1983 Plaintiffs, in Support of their Objections Previously Filed [Dkts. #4099, #4228, #4608, #5690] on the Constitutionality of Allowing the Diminishment of the Fundamental Right to a Damages Remedy for the Violation of Constitutional Rights |
| 26 | 8/20/2014 | 6900 | Brief in Concurrence of Creditors Dwayne Provience, Richard Mack, and Gerald and Alecia Wilcox, Interested Parties, to Deborah Ryan, Walter Swift, Cristobal Mendoza and Annica Cuppetelli, Interested Parties, Second Supplemental Brief [Dkt. #6764] in Support of the Instant Creditors' Previously-Filed Objections [Dkts. #4224 and #4618] to Debtor, City of Detroit's, Plan for the Adjustment of Debts of the City of Detroit, and Certificate of Service |
| 27 | 8/20/2014 | 6908 | Sixth Amended Plan for the Adjustment of Debts of the City of Detroit (August 20, 2014) |
| 28 | 8/21/2014 | 6911 | § 1983 Plaintiff's Concurrence of Interested Parties Ryan, Swift, Mendoza, and Cuppetelli, Second Supplemental Brief in Support of their Objections Previously Filed [Dkts. #4099, #4228, #4608, #5690] on the Constitutionality of Allowing the Diminishment of the Fundamental Right to a Damages Remedy for the Violation of Constitutional Rights |

| Item # | Date Filed | Court Docket # | Document Name |
|---|---|---|---|
| 29 | 8/22/2014 | 6955 | § 1983 Plaintiff's Concurrence of Interested Parties Ryan, Swift, Mendoza, and Cuppetelli, Second Supplemental Brief in Support of their Objections Previously Filed [Dkts. #4099, #4228, #4608, #5690] on the Constitutionality of Allowing the Diminishment of the Fundamental Right to a Damages Remedy for the Violation of Constitutional Rights |
| 30 | 9/4/2014 | 7264 | Third Order Overruling Objections to the City's Plan |
| 31 | 9/16/2014 | 7502 | Seventh Amended Chapter 9 Plan for the Adjustment of Debts of the City of Detroit (September 16, 2014) |
| 32 | 10/22/2014 | 8045 | Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014) |
| 33 | 11/3/2014 | 8162 | Ex Parte Motion for Leave to File Supplemental Brief in Support of Interested Parties/§1983 Plaintiffs' Previously Filed Objections (Dckts. #4099, #4224) on the Constitutionality of Allowing the Diminishment of the Fundamental Right to a Damages Remedy for the Violation of Constitutional Rights |
| 34 | 11/4/2014 | 8167 | Order Granting Ex Parte Motion for Leave to File a Supplemental Brief in Support of Interested Parties/§1983 Plaintiffs' Previously Filed Objections (Dckts. #4099, #4224) on the Constitutionality of Allowing the Diminishment of the Fundamental Right to a Damages Remedy for the Violation of Constitutional Rights |
| 35 | 11/4/2014 | 8170 | Supplemental Authority in Support of Interested Parties/§1983 Plaintiffs' Previously Filed Objections (Dckts. #4099, #4224) on the Constitutionality of Allowing the Diminishment of the Fundamental Right to a Damages Remedy for the Violation of Constitutional Rights |
| 36 | 11/6/2014 | 8190 | Submission of the City of Detroit in Response to Court Inquiries at Closing Argument Regarding the Treatment of Indirect Employee Indemnity Claims |

| Item # | Date Filed | Court Docket # | Document Name |
|--------|-----------|----------------|---------------|
| 37 | 11/6/2014 | 8191 | Supplemental Statement of the Detroit Police Officers Association Including Collective Bargaining Agreement Language in Support of Discharge of Indirect Employee Indemnification Claims |
| 38 | 11/12/2014 | 8256 | Order Confirming that the Automatic Stay Does Not Apply to Disciplinary Proceedings Initiated by the City Against City Officers and Employees |
| 39 | 11/12/2014 | 8272 | Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 40 | 11/26/2014 | 8489 | State of Michigan's Consolidated Response in Opposition to Motions to Stay Confirmation Order Pending Appeal |
| 41 | 11/26/2014 | 8496 | City of Detroit's Consolidated Objection to Appellants' Motions for Stay Pending Appeal |
| 42 | 12/1/2014 | 8533 | Order Denying Motions for Stay Pending Appeal |
| 43 | Not Yet Entered | Not Yet Docketed | Opinion on Confirmation of Eighth amended Plan for the Adjustment of Debts of the City of Detroit |

Appellant reserves the right to supplement or amend this Designation of Record on Appeal.

## II.   STATEMENT OF ISSUES

Appellant intends on raising the following issues on appeal:

1.   Did the Bankruptcy Court err as matter of law by confirming the Eight Amended Plan for the Adjustment of Debts of the City of Detroit ("Plan") even though the Plan categorizes 42 U.S.C § 1983 claims as part of the class of other unsecured claims (Class 14)?

2.   Does the Plan violate the United States Constitution when it diminishes and depletes the fundamental right to a remedy for the violation of Constitutional rights, pursuant to 42 U.S.C. §1983?

3.   Is the right to remedies for violations of constitutional rights found inherently in the United States Constitution?

4.   Is the diminishment or depletion to the right of action for damages resulting from constitutional violations unconstitutional?

5.      Does the Bankruptcy Court's err in confirming the Plan that diminishes and depletes individuals' right of action for damages arising out of constitutional violations constitute reversible error?

In the course of discussing these issues, Appellant may address related issues and reserve the right to raise additional issues and to supplement or amend this Statement.

Respectfully submitted,

/s/ Cindy Tsai
Counsel for Appellant

Arthur Loevy
Michael Kanovitz
Jon Loevy
Cindy Tsai
Loevy & Loevy
Attorneys for the Plaintiffs
312 North May Street, Suite 100
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902

David L. Haron
Mercedes Varasteh Dordeski
Foley & Mansfield PLLP
130 East Nine Mile Road
Ferndale, MI 48220
Telephone: (248) 721-4200
Facsimile: (248) 721-4201