UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------------------------------------------------------

In re                                                                                          Chapter 9

CITY OF DETROIT, MICHIGAN,                                        Case No. 13-53846

             Debtor.                                                         Hon. Steven W. Rhodes

**BRIEF IN CONCURRENCE OF CREDITORS DWAYNE PROVIENCE,
RICHARD MACK, AND GERALD AND ALECIA WILCOX,
INTERESTED PARTIES, TO DEBORAH RYAN, WALTER SWIFT, CRISTOBAL
MENDOZA and ANNICA CUPPETELLI, INTERESTED PARTIES, SUPPLEMENTAL
BRIEF [Dkt. #5690] IN SUPPORT OF THE INSTANT CREDITORS' PREVIOUSLY-
FILED OBJECTIONS [Dkts. #4224 and #4618] TO DEBTOR, CITY OF DETROIT'S,
PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT, AND
CERTIFICATE OF SERVICE**

      NOW COME DWAYNE PROVIENCE, RICHARD MACK, AND GERALD and ALECIA WILCOX, interested parties, and concur in Interested Parties, DEBORAH RYAN, WALTER SWIFT, CRISTOBAL MENDOZA and ANNICA CUPPETELLI'S Supplemental Brief, **[Dkt. #5690]**, in accordance with this Court's Order **[Dkt. #5235]**. In support of the instant concurrence, the interested parties state the following:

      1.     Interested parties, PROVIENCE, MACK, and WILCOX, incorporate by reference their previously filed objections **[Dkt. #4224 and #4618]** to the City of Detroit's Plan of Adjustment and all Amended Plans.

      2.     Interested party, DWAYNE PROVIENCE, was wrongfully convicted of second-degree murder in 2001, and spent nearly 10 years in prison as a result of a Detroit police sergeant's violation of Provience's constitutional right to due process. Specifically, the individual officer withheld material exculpatory and impeachment evidence from the prosecutor and defense attorney showing that the police officer, as Officer-in-Charge of the homicide

investigation, knew Provience was not the killer.

3. Interested party, RICHARD MACK, suffered permanent and debilitating back and neck injuries when he was assaulted by two Detroit police officers after seeking their assistance in a domestic violence situation involving his daughter and her boyfriend. MACK has undergone multiple spinal fusion surgeries as a result of the individual officers' use of excessive force.

4. Interested parties GERALD and ALECIA WILCOX, suffered damages as a result of GERALD WILCOX being jailed for two weeks and charged with armed robbery, when the individual officer in charge of the investigation, who knew he had arrested the wrong man, went on vacation while WILCOX was in jail. WILCOX was set free when the officer admitted at the preliminary exam that he knew he had arrested the wrong man.

5. The individual officers in each of the three cases set forth above are being sued in their individual capacities. As set forth in the Ryan Supplemental Brief, **[Dkt. #5690]**, the bankruptcy laws should be manipulated by individual officers to discharge any of their potential debts in the event of an adverse judgment. Moreover, the City's Proposed Plan of Adjustment violates the Constitution of the United States, and the bankruptcy statutes do not trump an individual's right to redress under 42 U.S.C. § 1983.

WHEREFORE, for the reasons stated above, these Petitioners respectfully request that this Court issue an Order stating that the City's Proposed Plan of Adjustment is unconstitutional as to § 1983 Plaintiffs.

2

13-53846-tjt  Doc 8763  Filed 12/15/14  Entered 12/15/14 15:07:34  Page 2 of 4
13-53846-swr  Doc 5693  Filed 06/30/14  Entered 06/30/14 15:42:23  Page 2 of 4

Respectfully submitted,

OLSMAN, MUELLER, WALLACE
& MacKENZIE, P.C.

/s/Wolfgang Mueller
WOLFGANG MUELLER (P43728)
Attorney for Creditors, Dwayne Provience,
Richard Mack and Gerald and Alecia Wilcox
2684 W. 11 Mile Road
Berkley, MI 48072
(248) 591-2300
wmueller@olsmanlaw.com

Date: June 30, 2014

3

In re

CITY OF DETROIT, MICHIGAN,

    Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2014, I served the following Paper:

Brief in Concurrence of Creditors Dwayne Provience, Richard Mack, and Gerald and Alecia Wilcox, Interested Parties, to Deborah Ryan, Walter Swift, Cristobal Mendoza and Annica Cuppetelli, Interested Parties, Supplemental Brief [Dkt # 5690] in Support of the Instant Creditors' Previously Filed Objections [Dkts. #4224 and #4618] to Debtor, City of Detroit's, Plan for the Adjustment of Debts of the City of Detroit

on the following parties:

| | | |
|---|---|---|
| David G. Heiman | Bruce Bennett | Jonathan S. Green |
| Heather Lennox | JONES DAY | Stephen S. LaPlante |
| Thomas A. Wilson | 555 South Flower Street | MILLER, CANFIELD, |
| JONES DAY | Fiftieth Floor |   PADDOCK AND STONE, PLC |
| North Point | Los Angeles, CA 90071 | 150 West Jefferson |
| 901 Lakeside Avenue | bbennett@jonesday.com | Suite 2500 |
| Cleveland, OH 44114 | | Detroit, MI 48226 |
| dgheiman@jonesday.com | | green@millercanfield.com |
| hlennox@jonesday.com | | laplante@millercanfield.com |
| tawilson@jonesday.com | | |

by the following means: the Court's ECF system.

                              Respectfully submitted,

                              /s/Wolfgang Mueller
                              Attorney for Creditors, Dwayne Provience,
                              Richard Mack and Gerald and Alecia Wilcox
                              2684 West Eleven Mile Road
                              Berkley, MI 48072
                              (248) 591-2300
                              wmueller@olsmanlaw.com
                              (P43728)

4

13-53846-tjt Doc 8763 Filed 02/15/14 Entered 02/15/14 15:07:34 Page 4 of 4
13-53846-swr Doc 5693 Filed 06/30/14 Entered 06/30/14 17:42:23 Page 4 of 4