UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,
    Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

### Third Order Overruling Objections to the City's Plan

Several parties have filed a "Joinder in Michael J. Karwoski's and John P. Quinn's Objections to Fourth amended Plan of Adjustment." These objections were filed after the July 11, 2014 deadline set by the Court for individual retirees to file objections to the plan and the objecting parties have not established cause to file an untimely objection. Accordingly, it is ordered that the joinders in Michael J. Karwoski's and John P. Quinn's objections to the Fourth Amended Plan of Adjustment listed below are overruled as untimely:

| | |
|---|---|
| Lula Millender | Dkt. #6315 |
| Benyne Goldston | Dkt. #6318 |
| Evelyn Owens Smith | Dkt. #6319 |
| Yvonne Williams-Jones | Dkt. #6320 |
| Viola Tyler | Dkt. #6321 |
| Jesse J. Florence | Dkt. #6322 |
| Belinda A. Myers-Florence | Dkt. #6323 |
| Harold W. Collins | Dkt. #6324 |
| Jed Roberson | Dkt. #6325 |
| Gwendolyn Flowers | Dkt. #6326 |
| James R. Jackson | Dkt. #6328 |
| Laura Wilson | Dkt. #6329 |
| William M. Davis | Dkt. #6330 |
| Robert S. Johnson | Dkt. #6331 |
| Calvin C. Turner | Dkt. #6332 |
| Nancy Hurston Carter | Dkt. #6333 |
| Earline Jones | Dkt. #6334 |
| Dorothy M. W. Baker | Dkt. #6364 |
| Amru Meah | Dkt. #6366 |
| Cheryl I. LaBash | Dkt. #6371 |

| | |
|---|---|
| David J. Fedenis | Dkt. #6372 |
| Daniel Lopez | Dkt. #6373 |
| Thomas J. Cippolone | Dkt. #6374 |
| Patricia Granberry | Dkt. #6403 |
| Linda Lovelady | Dkt. #6404 |
| Michael Ogletree | Dkt. #6417 |
| Bruce Bushon | Dkt. #6418 |
| James W. Hoogstra | Dkt. #6419 |
| Charlene Carter | Dkt. #6421 |
| Terrance James Sims | Dkt. #6422 |
| Hope Strange | Dkt. #6430 |
| Wanda Riley | Dkt. #6431 |
| Norman Trotter | Dkt. #6432 |
| Anthony Smith | Dkt. #6433 |
| Teresa Pembroke | Dkt. #6434 |
| Randall Thomas | Dkt. #6435 |
| Diane L. Onuigbo | Dkt. #6436 |
| Michelle Duff | Dkt. #6437 |
| Diane Martin-Parker | Dkt. #6442 |
| Mark L. Smith | Dkt. #6444 |
| Michael Wells | Dkt. #6443 |
| Sabu Paul | Dkt. #6448 |
| Glenn G. Murray | Dkt. #6449 |
| Eric C. Heckmann | Dkt. #6450 |
| Matthew A. Mangatt | Dkt. #6479 |
| Frank E. Barbee | Dkt. #6481 |
| Benoy Elias | Dkt. #6525 |
| Annie Philip | Dkt. #6534 |
| Charles Harmon | Dkt. #6535 |
| Audrey Jackson | Dkt. #6543 |
| Andre Lowe | Dkt. #6577 |
| Laura Wilson | Dkt. #6603 |
| Raju K. Markose | Dkt. #6604 |
| Vincen K. Raju | Dkt. #6605 |
| Dennis E. Ketelhut | Dkt. #6606 |
| Alan Rhoades | Dkt. #6607 |
| Michael Diegel | Dkt. #6608 |
| James G. Draus | Dkt. #6623 |
| Swatantra Kumar Bitta | Dkt. #6624 |
| Sunny Jacob | Dkt. #6625 |
| Praful Patel | Dkt. #6627 |
| Kamlesh Kumar | Dkt. #6628 |
| Irma Industrious | Dkt. #6630 |
| Samuel H. Owen | Dkt. #6638 |
| Christine Steary | Dkt. #6653 |
| Ancy K. Cheeramvelil | Dkt. #6654 |

2

13-53846-tjt Doc 7287 Filed 08/05/14 Entered 08/05/14 15:12:58 Page 2 of 4
13-53846-swr Doc 7264 Filed 09/04/14 Entered 09/04/14 15:32:22 Page 2 of 4

| Name | Docket |
|---|---|
| K. Cheeramvelil | Dkt. #6655 |
| Sushil K. Batra | Dkt. #6656 |
| Mohinder P. S. Kashyap | Dkt. #6657 |
| Vera A. Lee | Dkt. #6658 |
| Raju K. Markose | Dkt. #6709 |
| Frank Czyz | Dkt. #6710 |
| Pawan K. Wadehra | Dkt. #6712 |
| Gurbakhsh R. Kapur | Dkt. #6713 |
| Chaten Khurana | Dkt. #6714 |
| Vincen Raju | Dkt. #6715 |
| Salman Abrou | Dkt. #6719 |
| Jeffery E. Moyer | Dkt. #6720 |
| Jonathan V. Moyer | Dkt. #6721 |
| James C. Anderson | Dkt. #6722 |
| John Pittman | Dkt. #6723 |
| Michael Mannion | Dkt. #6724 |
| Subrahmanyam Kottamasu | Dkt. #6725 |
| Thomas C. Ford | Dkt. #6726 |
| John Pittman | Dkt. #6727 |
| Teneia Clement | Dkt. #6750 |
| Rosily Jais | Dkt. #6751 |
| Godwin Odoemelam | Dkt. #6753 |
| Stephen A. Shuk | Dkt. #6759 |
| Steven Wojtowicz | Dkt. #6793 |
| Cicy Jacob | Dkt. #6812 |
| Jacob Philip Kovoor | Dkt. #6813 |
| Meenu Wadehra | Dkt. #6814 |
| Shawn Joshua | Dkt. #6815 |
| Fiorenzo Fabris | Dkt. #6816 |
| Patel Kanalyalal | Dkt. #6817 |
| Kailash C. Mahajan | Dkt. #6818 |
| Richard Shovein | Dkt. #6819 |
| Michael Watson | Dkt. #7020 |
| Michael J. Yukmirovich | Dkt. #7021 |
| Derrick Moore | Dkt. #7022 |
| Rao M. Manyam | Dkt. #7026 |
| Satyasri R. Manyam | Dkt. #7029 |
| Bobby R. Davis | Dkt. #7089 |
| Rita Dickerson | Dkt. #7090 |
| Kelsie J. Davis | Dkt. #7166 |
| Conuetta Wright | Dkt. #7219 |

Leonard Caruso                    Dkt. #7220

.

**Signed on September 04, 2014**

                                                                                                                            /s/ Steven Rhodes
                                                           **Steven Rhodes**
                                                           **United States Bankruptcy Judge**