# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 100, 231 W. Lafayette, Detroit, MI 48226** on **12/22/14** at **10:00 AM** to consider and act upon the following:

*8536* – Corrected Motion for Abstention and to Remand the Claims Contained in Proof of Claim #2851 Filed by Creditor Coalition of Detroit Unions (Attachments: # 1 Proposed Order Exhibit 1 # 2 Exhibit Notice of Motion and Opportunity to Object # 3 Exhibit Certificate of Service) (Mack, Richard)

*8537* – Corrected Motion for Abstention and to Remand the Claims Contained in Proof of Claim #2958 Filed by Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL−CIO (Attachments: # 1 Proposed Order # 2 Exhibit Notice of Motion and Opportunity to Object # 3 Exhibit Certificate of Service) (Mack, Richard)

Dated: 12/15/14

                                                   BY THE COURT

                                                   Katherine B. Gullo
                                                 Clerk, U.S. Bankruptcy Court

                                                 BY: christine sikula
                                                 Deputy Clerk