UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re<br><br>    CITY OF DETROIT, MICHIGAN,<br><br>        Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |
| Johnathan Brown, on behalf of himself and a class of others similarly situated,<br><br>        Appellant.<br>v.<br><br>City of Detroit,<br><br>        Appellee. | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2014, I electronically filed the foregoing *Appellant Johnathan Browns' Amended Designation Of The Contents Of The Record And Statement Of Issues On Appeal, Record on Appeal Court Documents and Certificate of Service* with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: **None**.

/s/ Cindy Tsai