Jamie S. Fields (P-52808)
Attorney-at-Law
555 Brush #2409
Detroit, Michigan 48226
313-570-3906
jeansartre@msn.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| City of Detroit, | Case No. 13-5384 |
| Debtor | Hon. Steven W. Rhodes |

MOTION REQUESTING PARTICIPATION AT THE CONFIRMATION HEARING
PURSUANT TO THE COURT'S ORDER ALLOWING *PRO SE*
CREDITORS AN OPPORTUNITY TO PARTICIPATE

1. On August 7, 2014, the Court entered an Order (Doc. 6584) to allow, pursuant to a Motion approved by the Court, *pro se* creditor's participation at the confirmation hearing and to present evidence, by either (1) presenting his or her own witnesses (including himself or herself), or (2) questioning other parties' witnesses.

2. On August 11, 2014, this Court entered an *Order Requiring City to Respond to Certain Pro Se Objections.* There were sixteen general categories of objections and within those categories were eight objections raised by Creditor Jamie S. Fields (Doc. 4404).

3. It is respectfully requested that creditor Jamie S. Fields, retired Detroit Police Department (DPD) uniformed employee, attorney acting *pro se,* be allowed to participate in the confirmation hearing pursuant to guidelines established by the Court. In support of the Motion he submits the following:

## The Name of the Witness sought to be questioned, the Subject Matter of the Proposed Testimony and the Expected Time Duration of the Testimony

| Name/Title | Testimony Topics | Time Requested |
|---|---|---|
| Charles M. Moore, Senior Managing Director at Conway MacKenzie, Inc., operational restructuring advisors to the City of Detroit | <ul><li>Plan feasibility</li><li>The City's ability to provide adequate levels of municipal services</li><li>Effect of deferral of City's annual pension contributions</li></ul> | 1 hour |

## The Proposed Evidence will not be Duplicative of other Evidence

This Motion is limited to the following two issues that were raised by creditor Jamie S. Fields and that were identified in the Court's Order of August 11, 2014 in paragraphs 5(b) and 6.

**5. The Plan is Not Feasible**

  b. The POA does not contain city service benchmarks to show whether reinvestment initiatives are working.

**6. The Plan violates the Michigan Constitution because....the Plan gives the City a ten-year holiday from plan payments**.

The foregoing issues bear directly and substantially upon the specific matter under consideration by the Court, and are neither cumulative, redundant, related, or are only tangentially related, to any opposition creditor arguments to the City's Plan of Adjustment. The witness identified in this Motion has been designated by the City as a "fact" witness. The witness has the experience, training and background to provide a lay opinion on both of the aforementioned issues and such opinion would be helpful to the Court in making a determination of the Plan's feasibility.

2

A List of Possible Exhibits to be offered into Evidence during the Proposed Testimony

| Exhibits Considered by Witness in Preparation of his Report |
|---|
| Response times- City to City, American Police Beat. |
| Calculating Police Response Times, Police Executive Review Forum. |
| DPD 2014 Plan of Action (January 2014). |
| How Crime in the United States is Measured (January 2008) |
| Conway Mackenzie City Council Restructuring Presentation (April 2013) |
| Performance Management Benchmarking for Wisconsin Local Governments (2009) |
| Unfunded Accrued Liability Plan |
| Expert Report of Charles M. Moore (July 2014) |

| Possible Exhibits to be Offered into Evidence during the Proposed Testimony Pursuant to FRE 902 (5) (6) |
|---|
| Giving No Time to Misleading Stats, Wall Street Journal, August 3, 2013 |
| "DREAMS" was a Nightmare from the start, Crain's Detroit Business (June 2014) |
| Denver Police Audit Report Response Times (June 2014) |
| Detroit New Top Cop Must Show he is Worth Top Dollar, Detroit Free Press (July 2013) |
| Bill Bratton Sworn in as NYPD Commissioner, NY Daily News (January 2014) |
| Crime in the United States, FBI UCR, 2012 |
| Government Accounting Office (GAO) State/Local Government Pension Plans (2012) |
| City of Detroit FAB Discussion 2/11/13; 4/18/13 and; 5/11/13 |
| Moody's: New York's Pension Deferment Plan has Long Term Risks, 4/9/13 |
| DOJ "A Performance Based Approach to Police Staffing" (November 2012) |
| Q & A with Charles Moore, MLive, 6-10-14 |
| Rochelle Riley: Detroit Firefighters to get help they need, Detroit News, 8-13-13 |

| Possible Exhibits to be Offered Pursuant to FRE 32 (a) (2) through (8) |
|---|
| Deposition of Charles Moore, *In re Stockton*, 3/27/14 |
| Deposition of Charles Moore, *In re Detroit*, 9/18/13 |

If this Motion is approved, Creditor Jamie S. Fields, will comply with LBR 7016 1(d).

/s/ Jamie S. Fields
Jamie S. Fields (P-52808)
555 Brush #2409
Detroit, Mich. 48226
(313) 570-3906

Date: August 17, 2014

3

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | CHAPTER 9 |
| City of Detroit | CASE NO. 13-53846 |
| Debtor | HON. STEVEN W. RHODES |

**ORDER GRANTING CREDITOR JAMIE S. FIELDS MOTION REQUESTING PARTICIPATION AT THE CONFIRMATION HEARING PURSUANT TO THE COURT'S ORDER ALLOWING *PRO SE* CREDITORS AN OPPORTUNITY TO PARTICIPATE**

This matter coming before the Court on Creditor Jamie S. Fields' Motion for an Order Allowing Participation at the Confirmation Hearing. The Court having reviewed the Motion; having found that the Motion complies with the Court's Order entered on August 7, 2014 (Doc. 6584) to allow, pursuant to a Motion approved by the Court, *pro se* creditor's participation at the confirmation hearing and to present evidence, by either (1) presenting his or her own witnesses (including himself or herself), or (2) questioning other parties' witnesses.

**IT IS HEREBY ORDERED THAT:**

The Motion is GRANTED.

[PLEADING TITLE] - 1