UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan  
    Debtor

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

Elaine E. Thayer,  
    Creditor

Order Regarding Participation at the Confirmation Hearing
by Creditors Who Filed Objections Without an Attorney

As a creditor, without counsel, who filed an objection to the City's plan of adjustment and spoke at the hearing on July 15, 2014, I respectfully request the opportunity to file a motion to present evidence at the confirmation hearing by creditors to support my objections.

I plan to apply the following procedures when presenting evidence at the confirmation hearing if my motion to appear is approved.
1) I will speak to my objections without calling on witnesses
2) The subject matter of my testimony is as follows
    a) The affects of Pension and COLA reductions as they apply to x- spouses
    b) The City's failure to contribute to the Pension System
    c) The issues surrounding the Annuity Savings Account Fund Recoupment
    d) The City's "New Accrued Pension" Plan effective July 1, 2014
    e) The basis for pension earnings
3) I anticipate the time to merely read my objections without having to reference any of my supporting documents will take approximately one half hour.
4) Based on the hearing that I spoke at on July 15, 2014, the issue of EDRO's was not brought up by anyone else in attendance and many of the issues surrounding the ASF recoupment that I plan to address have yet to appear in any documents I have read. I have no way of knowing who else would be speaking or their subject matter so for me to state in a matter-of-fact manner that my proposed evidence will not be duplicative of other evidence is impossible.
5) The documents that I will offer into evidence during my testimony will include the following:
    a) A copy of the EDRO for Gregory Penney that was filed with the City of Detroit
    b) Various quotes from the Notice Regarding Proposed Changes to Pensions in the City's Plan of Adjustment and Your Right To Vote On The Plan
    c) Referencing the statement made by Steven Wojtowicz at the July 15, 2014 hearing
    d) Referencing various quotes from the Letter From The Official Committee of Retirees to All Retirees
    e) Referencing information contained in the ballot sent to Gregory M. Penney, retiree

In re:  
City of Detroit, Michigan  
    Debtor

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

Elaine E. Thayer,  
    Creditor

    f) Referencing information contained in the document sent out by the City of Detroit titled "Making Your Choice for Active Employees The General Retirement System 1973 Defined Benefit/Defined Contribution Plan OR The 1998 Defined Contribution Plan.
    g) Reference an interview with Carole Neville on March 20, 2014 regarding pensions and COLA.
    h) Reference a USA Today article dated May 28, 2014 regarding the ballots sent with errors.
    i) Reference to the June 28, 2014 information sent out regarding the calculation of the ASF Recoupment.
    j) Reference to the questions and answers regarding the "New GRS Pension".
    k) Reference the letter I sent to the major decision makers in the Proposed Plan of Adjustment.
    l) References to the 2005 – 2008 City of Detroit and the Detroit Building and Construction Trades Council Master Agreement.

I would appreciate the Court accepting my motion to participate in the upcoming confirmation hearing. I would also appreciate a prompt response to my request to appear so that I can set aside that day and time.

Respectively yours,

*Elaine E. Thayer*

ELAINE E. THAYER