UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                Chapter 9
City of Detroit, Michigan,                            Case No. 13-53846
    Debtor.                                       Hon. Steven W. Rhodes
_____/

## Order Admitting Exhibits

For the reasons stated on the record in open Court on September 2, 2014, it is hereby ordered that the exhibits on the attached lists are admitted into evidence.

Signed on September 2, 2014

                                                   /s/ Steven Rhodes
                                                 Steven Rhodes
                                                 United States Bankruptcy Judge

| **City's Exhibits** | 10077 | 10663 |
| --- | --- | --- |
| 1 | 10089 | 10665 |
| 3-15 | 10090 | 10667 |
| 50 | 10121 | 10669 |
| 85 | 10133-10149 | 10670 |
| 107 | 10154 | 10672 |
| 180-185 | 10166 | 10674 |
| 194 | 10172-10175 | 10675 |
| 195 | 10182 | 10677 |
| 207-231 | 10201-10203 | 10691 |
| 233-271 | 10256-10299 | 10694 |
| 274-278 | 10399 | 10697 |
| 280 | 10401-10403 | 10742 |
| 281 | 10408 | 10743 |
| 286 | 10414-10421 | 10747 |
| 287 | 10423 | 10748 |
| 291 | 10438 | 10750-10752 |
| 292 | 10440 | 10755-10757 |
| 294 | 10442 | 10761-10763 |
| 296 | 10445 | 10765-10769 |
| 298 | 10448 | 10771-10775 |
| 299 | 10450 | 10780 |
| 321 | 10455 | 10892 |
| 322 | 10456 | 10893 |
| 325-340 | 10458 | 10895 |
| 345 | 10461-10463 | 10900-10902 |
| 348 | 10468 | 10906 |
| 349 | 10471 | 10907 |
| 356-391 | 10474 | 10909 |
| 399 | 10476-10479 | 10911 |
| 400 | 10480 | 10912 |
| 404 | 10519 | 10914 |
| 405 | 10520 | 10915 |
| 408 | 10522-10525 | 10918 |
| 410-418 | 10527 | 10920 |
| 420-423 | 10530-10532 | 10928 |
| 428-433 | 10534 | 10929 |
| 455 | 10540 | 10933 |
| 507 | 10630 | 10936-10939 |
| 508 | 10634 | 10942 |
| 600-612 | 10641 | 10943 |
| | 10642 | 10945-10948 |
| | 10648 | |
| **Committee's Exhibits** | 10649 | |
| 10001-10054 | 10654 | |
| 10075 | 10657-10661 | |

| **Retirement Systems' Exhibits** | **Syncora's Exhibits (cont.)** | **Syncora's Exhibits (cont.)** |
|---|---|---|
| 2000-2015 | 4248-4252 | 4667-4670 |
| | 4254-4259 | 4700-4702 |
| | 4266 | 4713 |
| | 4267 | 4718 |
| **Syncora's Exhibits** | 4271 | 4719 |
| 4009 | 4274 | 4724 |
| 4011 | 4276 | 4731-4734 |
| 4012 | 4277 | 4739 |
| 4018 | 4289 | 4740 |
| 4020 | 4292 | 4754 |
| 4024 | 4293 | 4776 |
| 4025 | 4301 | 4778 |
| 4037 | 4302 | 4779 |
| 4043-4045 | 4310 | 4781 |
| 4048 | 4314 | 4782 |
| 4053-4056 | 4317 | 4794-4823 |
| 4058 | 4320 | |
| 4059 | 4325 | |
| 4061-4063 | 4326 | **FGIC's Exhibits** |
| 4066 | 4416 | 3000-3034 |
| 4070 | 4425 | 3039-3051 |
| 4073 | 4428 | 3055-3057 |
| 4075 | 4433 | 3059-3062 |
| 4081 | 4445 | 3065-3067 |
| 4083 | 4458 | 3069 |
| 4112 | 4464 | 3070 |
| 4114-4116 | 4467-4476 | 3072-3080 |
| 4120 | 4491 | 3082-3084 |
| 4121 | 4497 | 3087-3089 |
| 4123 | 4498 | 3092-3100 |
| 4124 | 4530 | 3102-3107 |
| 4126-4128 | 4537-4539 | 3109-3121 |
| 4131 | 4541 | 3124-3127 |
| 4135 | 4543 | 3129-3154 |
| 4180 | 4544 | 3156 |
| 4182 | 4552-4555 | 3157 |
| 4186 | 4559-4568 | 3160-3162 |
| 4202 | 4571 | 3165-3169 |
| 4210 | 4579-4587 | 3171 |
| 4211 | 4589 | 3174 |
| 4213 | 4591 | 3184 |
| 4215 | 4592 | 3185 |
| 4216 | 4595 | 3186 |
| 4218-4220 | 4598-4600 | 3188 |
| 4227 | 4602-4605 | 3190-3214 |
| | 4665 | 3216-3223 |

| | | |
|---|---|---|
| 3225-3238 | 3507 | 11228-11238 |
| 3240 | 3511 | 11245 |
| 3242 | 3515 | 11246 |
| 3245-3251 | 3517 | 11253-11281 |
| 3254-3256 | 3518 | 11283-11285 |
| 3258-3260 | 3523 | 11287 |
| 3262 | 3524 | 11289-11330 |
| 3266 | 3533 | 11347 |
| 3267 | 3534 | 11401-11403 |
| 3272 | 3536 | 11406 |
| 3275-3277 | 3539 | 11410-11412 |
| 3280 | 3541 | 11415-11417 |
| 3281 | 3543-3545 | 11419-11430 |
| 3283 | 3548 | 11433-11435 |
| 3284 | 3549 | 11441 |
| 3287 | 3554 | 11442 |
| 3289-3291 | 3557 | 11444 |
| 3296 | 3559 | 11445 |
| 3299-3301 | 3560 | 11447-11462 |
| 3315 | 3561 | 11466-11489 |
| 3338 | 3563 | 11499-11507 |
| 3340 | 3572 | 11519-11521 |
| 3365 | 3573 | |
| 3387 | 3576 | |
| 3393 | 3577 | **Ad Hoc COPs Holders'** |
| 3402 | 3578-3902 | **Exhibits** |
| 3420 | | 1001-1004 |
| 3421 | | 1006 |
| 3424 | **DWSD Parties' Exhibits** | 1009 |
| 3425 | 11001-11016 | 1010 |
| 3435 | 11018-11045 | 1014 |
| 3438 | 11047-11060 | 1017 |
| 3439 | 11062-11064 | 1022-1024 |
| 3453 | 11068-11096 | 1032-1035 |
| 3454 | 11102-11105 | 1039 |
| 3458 | 11107-11122 | 1043 |
| 3472-3478 | 11124 | 1056 |
| 3480-3486 | 11185 | |
| 3488 | 11186 | |
| 3489 | 11189-11192 | **UAW's Exhibits** |
| 3491 | 11194-11200 | 8003-8009 |
| 3497 | 11208 | 8013 |
| 3498 | 11210 | 8016-8018 |
| 3502 | 11217 | 8020 |
| 3503 | 11220 | 8021 |
| 3505 | 11222-11226 | 8023 |

8024

**Wayne County's Exhibits**
7001-7005

**Oakland County's Exhibits**
6001-6021
6026
6028-6031
6034
6036
6037
6054
6056
6060
6061
6068
6070
6072-6074
6076
6077
6079-6090

**Macomb County's Exhibits**
5000
5003
5004
5006
5007
5009
5010
5011
5012
5013
5015-5023
5028-5035
5038
5040
5041
5044-5046
5055

5066
5068
5069
5071-5074
5079-5084
5086-5089
5092
5095-5097
5106
5111
5115
5116
5118-5121
5125
5127-5129
5131
5132
5163-5183
5187-5189

**AFSCME's Exhibits**
9001-9003