UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.

_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## Second Order Admitting Exhibits

The objections to the City's exhibits on the attached list have been withdrawn.

Accordingly, it is hereby ordered that these exhibits are admitted into evidence.

Signed on October 2, 2014

                                                   /s/ Steven Rhodes
                                                 Steven Rhodes
                                                 United States Bankruptcy Judge

**City's Exhibits**

3
22
23
25
29
32-37
39-49
51
53
61
62
64
65
75
79-82
86-94
96-104
109-113
118-123
125-131
133
134
136-145
147
148
150-157
161-166
169
177-179
192
232
323
403
424-427
442-448
451-454
468
469
499-501
521
533
534-538
541
542
550

613
621
638-643
705

2