## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

-------------------------------------------------------x
                                            :

In re                                   :           Chapter 9
                                            :

CITY OF DETROIT, MICHIGAN,   :           Case No. 13-53846
                                            :

                   Debtor.       :           Hon. Steven W. Rhodes
                                            :
                                            :
-------------------------------------------------------x

## CITY OF DETROIT'S STATEMENT REGARDING
## DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL

The City of Detroit, Michigan (the "City") is the Debtor in this chapter 9 case and appellee with respect to various appeals of this Court's *Order Confirming the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 8272) (the "Confirmation Order"). On December 12, 2014, Mr. Jonathan Brown filed a *Amended Designation of the Contents of the Record and Statement of Issues on Appeal* (Docket No. 8695). The City states that it filed its counter-designation of the record pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure in response thereto on December 15, 2014 (Docket No. 8758), which is incorporated herein by reference.

Dated:  December 15, 2014                    Respectfully submitted,


/s/ Heather Lennox
David G. Heiman (OH 0038271)          Thomas F. Cullen, Jr. (DC 224733)
Heather Lennox (OH 0059649)          Gregory M. Shumaker (DC 416537)
JONES DAY                             Daniel T. Moss (DC 983269)
North Point                           JONES DAY
901 Lakeside Avenue                   51 Louisiana Ave., N.W.
Cleveland, Ohio  44114                Washington, D.C. 20001
Telephone:  (216) 586-3939           Telephone: (202) 879-3939
Facsimile:  (216) 579-0212           Facsimile: (202) 626-1700
dgheiman@jonesday.com                 tfcullen@jonesday.com
hlennox@jonesday.com                  gshumaker@jonesday.com
                                      dtmoss@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY                             Robert S. Hertzberg (P30261)
555 South Flower Street               Deborah Kovsky-Apap (P68258)
Fiftieth Floor                        Pepper Hamilton LLP
Los Angeles, California 90071         4000 Town Center, Suite 1800
Telephone:  (213) 243-2382           Southfield, MI  48075
Facsimile:  (213) 243-2539           (248) 359-7300  -  Telephone
bbennett@jonesday.com                 (248) 359-7700  -  Fax
                                      hertzbergr@pepperlaw.com
                                      kovskyd@pepperlaw.com


ATTORNEYS FOR THE CITY

## <u>CERTIFICATE OF SERVICE</u>

    I, Heather Lennox, hereby certify that the foregoing City of Detroit's Statement Regarding Designation of the Contents of the Record on Appeal was filed and served via the Court's electronic case filing and noticing system on this 15th day of December, 2014.

                           /s/  Heather Lennox