UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-------------------------------------------------------x
                                                       :
In re                                                  :     Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             :     Case No. 13-53846
                                                       :
                    Debtor.                            :     Hon. Steven W. Rhodes
                                                       :
                                                       :
-------------------------------------------------------x

# CITY OF DETROIT'S STATEMENT REGARDING DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL

The City of Detroit, Michigan (the "City") is the Debtor in this chapter 9 case and appellee with respect to various appeals of this Court's *Order Confirming the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 8272) (the "Confirmation Order"). On November 26, 2014, Ms. Lucinda Darrah filed a *Notice of Appeal from Order Confirming Eighth Amended Plan of Adjustment* (Docket No. 8480) (the "Darrah Notice"). Within 14 days of the Darrah Notice, in accordance with Rule 8009(a)(1)(B) of the Federal Rules of Bankruptcy Procedure and the *Notice of Requirement to File Designation* (Docket No. 8484) entered by the Court on November 26, 2014, Ms. Darrah was required to file a designation of the record and statement of issues on appeal in connection with the Darrah

Notice. As of the time of this filing, Ms. Darrah has made no such filing. To the extent Ms. Darrah designates items to be included in the record on appeal after the date of this filing, the *City of Detroit's Consolidated Counter-Designation of the Contents of the Record on Appeal of the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 8272]* (Docket No. 8758) shall also apply to Ms. Darrah's designations. The City reserves all its rights with respect to all aspects of the appeal noticed by Ms. Darrah, including, but not limited to, its rights to (a) move to strike any untimely designations or (b) move to dismiss such appeal for failure to prosecute.

Dated: December 15, 2014          Respectfully submitted,

/s/ Heather Lennox

| | |
|---|---|
| David G. Heiman (OH 0038271) | Thomas F. Cullen, Jr. (DC 224733) |
| Heather Lennox (OH 0059649) | Gregory M. Shumaker (DC 416537) |
| JONES DAY | Daniel T. Moss (DC 983269) |
| North Point | JONES DAY |
| 901 Lakeside Avenue | 51 Louisiana Ave., N.W. |
| Cleveland, Ohio 44114 | Washington, D.C. 20001 |
| Telephone: (216) 586-3939 | Telephone: (202) 879-3939 |
| Facsimile: (216) 579-0212 | Facsimile: (202) 626-1700 |
| dgheiman@jonesday.com | tfcullen@jonesday.com |
| hlennox@jonesday.com | gshumaker@jonesday.com |
| | dtmoss@jonesday.com |
| Bruce Bennett (CA 105430) | Robert S. Hertzberg (P30261) |
| JONES DAY | Deborah Kovsky-Apap (P68258) |
| 555 South Flower Street | Pepper Hamilton LLP |
| Fiftieth Floor | 4000 Town Center, Suite 1800 |
| Los Angeles, California 90071 | Southfield, MI 48075 |
| Telephone: (213) 243-2382 | (248) 359-7300 - Telephone |
| Facsimile: (213) 243-2539 | (248) 359-7700 - Fax |
| bbennett@jonesday.com | hertzbergr@pepperlaw.com |
| | kovskyd@pepperlaw.com |

ATTORNEYS FOR THE CITY

# CERTIFICATE OF SERVICE

      I, Heather Lennox, hereby certify that the foregoing City of Detroit's Statement Regarding Designation of the Contents of the Record on Appeal was filed and served via the Court's electronic case filing and noticing system on this 15th day of December, 2014.

                                  /s/ Heather Lennox