UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
--------------------------------------------------x
                                                  :
In re                                             :    Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,                        :    Case No. 13-53846
                                                  :
                Debtor.                           :    Hon. Steven W. Rhodes
                                                  :
                                                  :
--------------------------------------------------x
```

# CITY OF DETROIT'S STATEMENT REGARDING DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL

The City of Detroit, Michigan (the "City") is the Debtor in this chapter 9 case and appellee with respect to various appeals of this Court's *Order Confirming the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 8272) (the "Confirmation Order"). On December 10, 2014, Mr. William M. Davis filed the *Appellant William M. Davis and Additional List of Appellants (Attachment A), Known as Darea Designation of the Content of the Record and Statement of Issues on Appeal* (Docket No. 8693). The City states that it filed its counter-designation of the record pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure in response thereto on December 15, 2014 (Docket No. 8758) which is incorporated herein by reference.

Dated:  December 15, 2014                           Respectfully submitted,


/s/ Heather Lennox
David G. Heiman (OH 0038271)              Thomas F. Cullen, Jr. (DC 224733)
Heather Lennox (OH 0059649)               Gregory M. Shumaker (DC 416537)
JONES DAY                                 Daniel T. Moss (DC 983269)
North Point                               JONES DAY
901 Lakeside Avenue                       51 Louisiana Ave., N.W.
Cleveland, Ohio  44114                    Washington, D.C. 20001
Telephone:  (216) 586-3939                Telephone: (202) 879-3939
Facsimile:  (216) 579-0212                Facsimile: (202) 626-1700
dgheiman@jonesday.com                     tfcullen@jonesday.com
hlennox@jonesday.com                      gshumaker@jonesday.com
                                          dtmoss@jonesday.com

Bruce Bennett (CA 105430)                 Robert S. Hertzberg (P30261)
JONES DAY                                 Deborah Kovsky-Apap (P68258)
555 South Flower Street                   Pepper Hamilton LLP
Fiftieth Floor                            4000 Town Center, Suite 1800
Los Angeles, California 90071             Southfield, MI  48075
Telephone:  (213) 243-2382                (248) 359-7300  -  Telephone
Facsimile:  (213) 243-2539                (248) 359-7700  -  Fax
bbennett@jonesday.com                     hertzbergr@pepperlaw.com
                                          kovskyd@pepperlaw.com


ATTORNEYS FOR THE CITY

## CERTIFICATE OF SERVICE

  I, Heather Lennox, hereby certify that the foregoing City of Detroit's Statement Regarding Designation of the Contents of the Record on Appeal was filed and served via the Court's electronic case filing and noticing system on this 15th day of December, 2014.

           /s/ Heather Lennox