UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------x

# CITY OF DETROIT'S STATEMENT REGARDING DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL

The City of Detroit, Michigan (the "City") is the Debtor in this chapter 9 case and appellee with respect to various appeals of this Court's *Order Confirming the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 8272) (the "Confirmation Order"). On December 12, 2014, the Ochadleus Appellants filed their *Amended Designation of the Contents of the Record and Statement of Issues on Appeal* (Docket No. 8696). The City states that it filed its counter-designation of the record pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure in response thereto on December 15, 2014 (Docket No. 8758) which is incorporated herein by reference.

Dated: December 15, 2014						Respectfully submitted,


/s/ Heather Lennox  
David G. Heiman (OH 0038271)			Thomas F. Cullen, Jr. (DC 224733)  
Heather Lennox (OH 0059649)			Gregory M. Shumaker (DC 416537)  
JONES DAY						Daniel T. Moss (DC 983269)  
North Point						JONES DAY  
901 Lakeside Avenue				51 Louisiana Ave., N.W.  
Cleveland, Ohio 44114				Washington, D.C. 20001  
Telephone: (216) 586-3939			Telephone: (202) 879-3939  
Facsimile: (216) 579-0212			Facsimile: (202) 626-1700  
dgheiman@jonesday.com				tfcullen@jonesday.com  
hlennox@jonesday.com				gshumaker@jonesday.com  
									dtmoss@jonesday.com  

Bruce Bennett (CA 105430)  
JONES DAY						Robert S. Hertzberg (P30261)  
555 South Flower Street				Deborah Kovsky-Apap (P68258)  
Fiftieth Floor						Pepper Hamilton LLP  
Los Angeles, California 90071			4000 Town Center, Suite 1800  
Telephone: (213) 243-2382			Southfield, MI 48075  
Facsimile: (213) 243-2539			(248) 359-7300 - Telephone  
bbennett@jonesday.com				(248) 359-7700 - Fax  
									hertzbergr@pepperlaw.com  
									kovskyd@pepperlaw.com  


ATTORNEYS FOR THE CITY

# **CERTIFICATE OF SERVICE**

     I, Heather Lennox, hereby certify that the foregoing City of Detroit's Statement Regarding Designation of the Contents of the Record on Appeal was filed and served via the Court's electronic case filing and noticing system on this 15th day of December, 2014.

                                     /s/ Heather Lennox