UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 9
                                                      :
CITY OF DETROIT, MICHIGAN,                            :    Case No. 13-53846
                                                      :
                           Debtor.                    :    Hon. Steven W. Rhodes
                                                      :
                                                      :
------------------------------------------------------ x
```

**CITY OF DETROIT'S STATEMENT REGARDING
DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL**

The City of Detroit, Michigan (the "City") is the Debtor in this chapter 9 case and appellee with respect to various appeals of this Court's *Order Confirming the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 8272) (the "Confirmation Order"). On November 26, 2014, Mr. Cornell E. Squires filed a *Notice of Appeal* (Docket No. 8477) (the "Squires Notice"). Within 14 days of filing the Squires Notice, in accordance with Rule 8009(a)(1)(B) of the Federal Rules of Bankruptcy Procedure and the *Notice of Requirement to File Designation* (Docket No. 8482) entered by the Court on November 26, 2014, Mr. Squires was required to file a designation of the record and statement of issues on appeal in connection with the Squires Notice. As of the time of this filing, Mr.

Squires has made no such filing. To the extent the Mr. Squires designates items to be included in the record on appeal after the date of this filing, the *City of Detroit's Consolidated Counter-Designation of the Contents of the Record on Appeal of the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 8272]* (Docket No. 8758) shall also apply to Mr. Squires' designations. The City reserves all its rights with respect to all aspects of the appeal noticed by Mr. Squires, including, but not limited to, its rights to (a) move to strike any untimely designations or (b) move to dismiss such appeal for failure to prosecute.

Dated: December 15, 2014  Respectfully submitted,

/s/ Heather Lennox

| | |
|---|---|
| David G. Heiman (OH 0038271) | Thomas F. Cullen, Jr. (DC 224733) |
| Heather Lennox (OH 0059649) | Gregory M. Shumaker (DC 416537) |
| JONES DAY | Daniel T. Moss (DC 983269) |
| North Point | JONES DAY |
| 901 Lakeside Avenue | 51 Louisiana Ave., N.W. |
| Cleveland, Ohio 44114 | Washington, D.C. 20001 |
| Telephone: (216) 586-3939 | Telephone: (202) 879-3939 |
| Facsimile: (216) 579-0212 | Facsimile: (202) 626-1700 |
| dgheiman@jonesday.com | tfcullen@jonesday.com |
| hlennox@jonesday.com | gshumaker@jonesday.com |
| | dtmoss@jonesday.com |
| Bruce Bennett (CA 105430) | |
| JONES DAY | Robert S. Hertzberg (P30261) |
| 555 South Flower Street | Deborah Kovsky-Apap (P68258) |
| Fiftieth Floor | Pepper Hamilton LLP |
| Los Angeles, California 90071 | 4000 Town Center, Suite 1800 |
| Telephone: (213) 243-2382 | Southfield, MI 48075 |
| Facsimile: (213) 243-2539 | (248) 359-7300 - Telephone |
| bbennett@jonesday.com | (248) 359-7700 - Fax |
| | hertzbergr@pepperlaw.com |
| | kovskyd@pepperlaw.com |

ATTORNEYS FOR THE CITY

# CERTIFICATE OF SERVICE

    I, Heather Lennox, hereby certify that the foregoing City of Detroit's Statement Regarding Designation of the Contents of the Record on Appeal was filed and served via the Court's electronic case filing and noticing system on this 15th day of December, 2014.

                                              /s/ Heather Lennox