UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
--------------------------------------------------------x
                                          :
In re                                     :   Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                :   Case No. 13-53846
                                          :
                       Debtor.            :   Hon. Steven W. Rhodes
                                          :
                                          :
--------------------------------------------------------x
```

# CITY OF DETROIT'S STATEMENT REGARDING DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL

The City of Detroit, Michigan (the "City") is the Debtor in this chapter 9 case and appellee with respect to various appeals of this Court's *Order Confirming the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 8272) (the "Confirmation Order"). On December 10, 2014, appellants Mr. Dennis Taubitz and Ms. Irma Industrious filed a *Joint Designation of the Contents of the Record and Statement of Issues on Appeal by Appellants Dennis Taubitz and Irma Industrious* (Docket No. 8662). The City states that it filed its counter-designation of the record pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure in response thereto on December 15, 2014 (Docket No. 8758) which is incorporated herein by reference.

Dated:  December 15, 2014               Respectfully submitted,


/s/ Heather Lennox
David G. Heiman (OH 0038271)            Thomas F. Cullen, Jr. (DC 224733)
Heather Lennox (OH 0059649)             Gregory M. Shumaker (DC 416537)
JONES DAY                               Daniel T. Moss (DC 983269)
North Point                             JONES DAY
901 Lakeside Avenue                     51 Louisiana Ave., N.W.
Cleveland, Ohio  44114                  Washington, D.C. 20001
Telephone:  (216) 586-3939              Telephone: (202) 879-3939
Facsimile:  (216) 579-0212              Facsimile: (202) 626-1700
dgheiman@jonesday.com                   tfcullen@jonesday.com
hlennox@jonesday.com                    gshumaker@jonesday.com
                                        dtmoss@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY                               Robert S. Hertzberg (P30261)
555 South Flower Street                 Deborah Kovsky-Apap (P68258)
Fiftieth Floor                          Pepper Hamilton LLP
Los Angeles, California 90071           4000 Town Center, Suite 1800
Telephone:  (213) 243-2382              Southfield, MI  48075
Facsimile:  (213) 243-2539              (248) 359-7300  -  Telephone
bbennett@jonesday.com                   (248) 359-7700  -  Fax
                                        hertzbergr@pepperlaw.com
                                        kovskyd@pepperlaw.com


                    ATTORNEYS FOR THE CITY

## CERTIFICATE OF SERVICE

    I, Heather Lennox, hereby certify that the foregoing City of Detroit's Statement Regarding Designation of the Contents of the Record on Appeal was filed and served via the Court's electronic case filing and noticing system on this 15th day of December, 2014.

                         /s/ Heather Lennox