UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                          :
In re                                     :   Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                :   Case No. 13-53846
                                          :
                 Debtor.                  :   Hon. Steven W. Rhodes
                                          :
                                          :
-------------------------------------------------------x
```

## CITY OF DETROIT'S STATEMENT REGARDING DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL

The City of Detroit, Michigan (the "City") is the Debtor in this chapter 9 case and appellee with respect to various appeals of this Court's *Order Confirming the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 8272) (the "Confirmation Order"). On November 24, 2014, Messrs. Carl Williams and Hassan Aleem filed a *Notice of Taking Direct Appeal to the Court of Appeals From the United States Bankruptcy Court Case No. 13-53846 on the Plan of Adjustment, Any Confirmation on the Plan and Oral or any Other Opinion on the Record* (Docket No. 8424) (the "Williams Notice"), which was stricken from the record by this Court's *Order Regarding Notice of Direct Appeal* (Docket No. 8579) (the "Strike Order") on December 5, 2014. Pursuant to the Strike Order, the Court "construed [the Williams Notice] to

be a notice of appeal under bankruptcy rule 8001" and instructed Messrs. Williams and Aleem to complete the appellate filing within seven days – December 12, 2014.  Strike Order at 1.  As of the time of this filing, neither Messrs. Williams nor Aleem have made such a filing.  To the extent Messrs. Williams or Aleem designate items to be included in the record on appeal after the date of this filing, the *City of Detroit's Consolidated Counter-Designation of the Contents of the Record on Appeal of the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 8272]* (Docket No. 8758) shall also apply to Messrs. Williams' and Aleem's designations.  The City reserves all its rights with respect to all aspects of the appeal noticed by Merrs. Williams and Aleem, including, but not limited to, its rights to (a) move to strike any untimely designations or (b) move to dismiss such appeal for failure to prosecute.

Dated: December 15, 2014	Respectfully submitted,


/s/ Heather Lennox
David G. Heiman (OH 0038271)	Thomas F. Cullen, Jr. (DC 224733)
Heather Lennox (OH 0059649)	Gregory M. Shumaker (DC 416537)
JONES DAY	Daniel T. Moss (DC 983269)
North Point	JONES DAY
901 Lakeside Avenue	51 Louisiana Ave., N.W.
Cleveland, Ohio 44114	Washington, D.C. 20001
Telephone: (216) 586-3939	Telephone: (202) 879-3939
Facsimile: (216) 579-0212	Facsimile: (202) 626-1700
dgheiman@jonesday.com	tfcullen@jonesday.com
hlennox@jonesday.com	gshumaker@jonesday.com
	dtmoss@jonesday.com

Bruce Bennett (CA 105430)
JONES DAY	Robert S. Hertzberg (P30261)
555 South Flower Street	Deborah Kovsky-Apap (P68258)
Fiftieth Floor	Pepper Hamilton LLP
Los Angeles, California 90071	4000 Town Center, Suite 1800
Telephone: (213) 243-2382	Southfield, MI 48075
Facsimile: (213) 243-2539	(248) 359-7300 - Telephone
bbennett@jonesday.com	(248) 359-7700 - Fax
	hertzbergr@pepperlaw.com
	kovskyd@pepperlaw.com


ATTORNEYS FOR THE CITY

# **CERTIFICATE OF SERVICE**

      I, Heather Lennox, hereby certify that the foregoing City of Detroit's Statement Regarding Designation of the Contents of the Record on Appeal was filed and served via the Court's electronic case filing and noticing system on this 15th day of December, 2014.

                                                /s/ Heather Lennox