# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---------------------------------------------------------- x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Steven W. Rhodes
Debtor :
---------------------------------------------------------- x

## STIPULATION FOR ENTRY OF ORDER ALLOWING CLAIM NO. 7 OF DELL MARKETING, L.P. IN A REDUCED AMOUNT

Dell Marketing, L.P. ("Dell") and the City of Detroit, Michigan (the "City"), by and through their undersigned counsel, stipulate as follows in support of the entry of the *Order Allowing Claim No. 7 of Dell Marketing, L.P.in a Reduced Amount* attached hereto as **Exhibit 1.**

1. On August 6, 2013, Dell filed its proof of claim [Claim No. 7] (the "Claim") in the amount of $83,153.29.

2. The Claim sought $74,211.99 as a claim entitled to administrative priority under Section 503(b)(9) of the Bankruptcy Code.

3. Upon discussion, the parties determined that the City has paid $76,798.31 in the ordinary course, thereby reducing the Claim to $6,354.98, none of which is entitled to administrative priority

4. Therefore, the parties have agreed to allow Claim No. 7 as a general unsecured claim in the amount of $6,354.98, which constitutes Dell's only pre-petition claim.

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** approving the parties' stipulation.

Respectfully submitted by:

| STREUSAND, LANDON & OZBURN, LLP | FOLEY & LARDNER, LLP |
|---|---|
| By: /s/ Sabrina L. Streusand<br>Sabrina L. Streusand (TX Bar No. 11701700)<br>811 Barton Springs Road, Suite 811<br>Austin, Texas 78704<br>Phone: (512) 236-9901<br>streusand@slollp.com<br><br>*Counsel to the Dell Marketing, L.P.* | By: /s/ John A. Simon<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jsimon@foley.com<br>tdolcourt@foley.com<br><br>*Counsel to the City of Detroit, Michigan* |

Dated: December 16, 2014