**EXHIBIT 1: PROPOSED ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | : | Chapter 9 |
|  | : | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | : |  |
|  | : | Hon. Steven W. Rhodes |
| Debtor | : |  |

## ORDER ALLOWING CLAIM NO. 7 OF DELL MARKETING, L.P. IN A REDUCED AMOUNT

This matter having come before the Court on the *Stipulation For Entry of Order Allowing Claim No. 7 Of Dell Marketing, L.P. in a Reduce Amount* (the "Stipulation"); Dell[1] having filed Claim No. 7 (the "Claim") in the above-captioned bankruptcy case; the parties having agreed that Claim No. 7 should be allowed as a general unsecured claim in a reduced amount; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. Claim No. 7 of Dell shall be allowed as a general unsecured claim in the amount of $6,354.98, which constitutes Dell's only pre-petition claim.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.