United States Bankruptcy Court
Eastern District of Michigan
Southern Division

Chapter 9
Case 13-53846
Hon. Steven W. Rhodes

Docket 8480

In re
City of Detroit, Michigan
Debtor

FILED
2014 DEC 10 P 4:17
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Cindy Darrah, Appellant

v

City of Detroit, MI
Appellee

APPELLANT CINDY DARRAH'S DESIGNATION OF THE CONTENTS OF THE RECORD AND STATEMENT OF ISSUES ON APPEAL

I am filing & serving this Designation and Statement to comply with Fed. R. Bnkr. P. 809 (a)(1)(Effective December 1, 2014]. The Designation and Statement relate to the appeal I started by filing Notice of Appeal (Doc       ) on November 26, 2014.

Items

| Item no | date filed | doc # | description |
|---|---|---|---|
| 1 | | | Michigan Constitution Article 9, section 25 |
| 2 | | | U.S constitution, Michigan Constitution (4th Amendment, sec, 1 and sec 4) |
| 3 | | | PA 436 |
| 4 | | | Non Discrimination Clauses in Bankruptcy Law |
| 5 | 8/19/13 | 477 | Vesting rights and Pensions of low paid workers and lack of good faith toward Detroit by the state of Michigan |
| 6 | 4/7/14 | 4185 | Failure to address root causes of financial distress |
| 7 | 11/26/2014 | attachment | John Lavve's letters to Michigan Attorney General (copy attached) and attachments including Rosemary C. Robinsons letter to Attorney General |
| 8 | 4/14/2014 | 4194 and | Orginal 1978 Joe Louis Arena & Parking lease, Amended 1990 Lease, and current lease backdated to 2010 to be provided |
| ~~9~~ | ~~4/14/2014~~ | ~~4194~~ | Pensions, Vesting Rights, H2O dept Wallace Tuberville's Nov 2013 "An Equal Say and and equal chance for all "Regional Reconciliation: The Road not taken" by MOSES |

| Item No | date filed | doc # | description |
|---------|-----------|-------|-------------|
| 9 | 4/23/2014 | 4239 | Copy of Emergency Managers Imposed Parking Ordinance changes displays a lack of common sense Sec 55-6-50 (a) and (b) and (c) punitive, and more |
| 10 | 5/9/2014 | 4605 | |
| | 8/19/2013 | 388 | Michael Brown's Objection to Appointment of the Retiree Committee, Michigan Employment Relations Rules for Union ~~Electic~~ |
| | 7/11/14 | 5975 | Elections ~~how to respond to~~ Unfair Election Procedures |
| 11 | 5/12/14 | 4809 | Demand a voice and support to communicate and assert our rights for equal & just treatment |
| 12 | 7/8/2014 | 5819 | "The more money you have," the more vote you have." violates equal protection. |
| 13 | 8/2/2013 | 279 | Order to Appoint Retiree Committee |
| 14 | 12/05/2014 | 8574 | John Quinn's Work |
| 15 | 02/10/2014 | | Det Gen Retirement System handouts and annual reports |
| 16 | | | transcripts related to topics above e.g. Kevin Orr, DWSD director etc Testimony |
| 17 | | | Affordable Care Act |
| 18 | | | Civil Rights Act of 1968? |

# Issues

1. Did the bankruptcy err as a matter of law by confirming a plan of adjustment which violates the Michigan Constitution which protects pensions.

2. Did the bankruptcy court err as a matter of law by enjoining all individuals, affected by the ASF recoupment and/or reduction in their pension and in the medical benefits, and the elimination of cost of living, from commencing any proceedings against the GRS and its trustees, officers, employees or professionals, none of whom are debtors in this case, arising from GRS's compliance with the Plan or the Order Confirming Eight Amended Plan for the Adjustment of Debts for the City of Detroit?

Did the court err by dividing the retirees into 2 classes and treating them differently, and in effect by discriminating against the general retirees. Was this discrimination a part of institutional racial discrimination as the per racial makeup of the separate board composition of general retire- (and staff) ment system vs the police and fire.

~~Was the barclay team another by~~ ~~reason~~ Is the plan in ~~For~~ the interests of all Detroiters or ~~in the~~ for the enrichment of a few. ~~The Barclay loan~~ Over a ¼ of the #120 million Barclay Loan supports a police state and ¼ the demolition of houses ~~that are~~ many of which are structurally sound but open, and another ¼ for parks,

In the course of discussing these issues I may address related issues and sub issues. I reserve the rights to raise additional issues and supplement or amend this statement to the extent permitted by law or court rule.

Arenda J. David
"Cindy"
492 Peterboro
Det 48201      12/10/14
313 414 5181

## Certificate of Service

I certify that on Dec. 10, 2014 I am filing a hard copy of the above document and the attached Exhibit A with the clerk of the Court. I understand the clerk will promptly scan the hard copy & file the resulting PDF version using ECF, thus effecting effective service on all persons entitled to service in this action.

Heather Lennox, representing the Cdyst

hlennox@jonesday.com

Sam J. Alberts, representing the Retiree
Committe at sam.alberts@dentons.
com

Robert Gordon, representing GRS, at

rgordon@clark-hill.com

and

Ryan C. Plecha, representing DRCEA

at rplecha@lippittokeefe.com

and

Matthew Schneider representing the State

of Michgan at SchneiderM7@michigan.gov

Did the court err by deducting 4½%
from the general pension fund and eliminating
cost of living.

Did the 1.4 billion swap loan get invested
to the city of Detroit
in the pension fund?

Did the unfunded liability of the general
pension retirement fund cover both the
general retirement and the annuity liabilities?

Should the Emergency Manager and the Attorney General have investigated the
probable fraud of paying out annuity bonuses
that were bigger than the annual income
there by depleting the general pension fund.

Is it fair to make up the short fall out of
the general and constitutional retirement fund, would it be fairer relatively
to remove the clawback cap on annuity

was given to the city to cover any un-funded liability whenever investment profits were insufficient to guarantee payment ie. cover the liability. It was the annuity not the general retirement board that siphoned money out of the city by paying out more than was made on the annuity, starting the year they did the swap in 2006, I believe.

they paid out more in 2005 too, but only .047% %

% favor richer people, workers, and retirees. Do not divide the police and fire retirement -class from the general retirement class. Equal treatment, but the lack of social security each mo

Was the different treatment given to Police and Fire compared to general pension fund a violation of equal protection of laws? Was this institutional racism?

Was the different 4½% reduction & elimination of Cola fair to the lowest paid workers who couldn't afford an annuity?

Was the elimination of healthcare for retirees not qualified for medicare a violation of the Affordable Care Act?

Was the preference given to Police & fire both in pensions and the Pal of (mal) adjustment a violation of equal protection and discriminatory against civilian workers and retirees and the citizens of Detroit.

Page numbers 11 through 18 of Dkt. #8812 have been expunged from the record pursuant to the order of the Court entered on 12/30/2014 at Dkt. #8983

# DETROIT GENERAL RETIREMENT SYSTEM UNDER THE PLAN OF ADJUSTMENT

## FREQUENTLY ASKED PENSION QUESTIONS FOR ACTIVE GENERAL CITY EMPLOYEES RELATING TO ANNUITY SAVINGS FUND

**Q1 --** Where can I find information about the Annuity Savings Fund return rates for Fiscal Years 2004-2013 to replicate the calculation of excess earnings and verify the estimated recoupment that appears on my ballot?

A1 --  For purposes of calculating the excess regular interest earnings in your Annuity Savings Fund account in the City's proposed Plan of Adjustment, the City used the same rule that was provided in former Section 47-1-18 of the Detroit City Code in effect when the recoupment amounts were calculated. Under that rule, annual Annuity Savings Fund interest credit was based on the actual returns earned by GRS, except that in no year could the return be less than zero (0%) or more than 7.9%. Section 47-1-18, as amended, is now Section A-18 of Component II of the New GRS Pension, and the maximum interest crediting rate will be 5.25%, effective for plan years beginning on or after July 1, 2014. **See Q&A 7.**

The market return rates that the GRS actually earned, the investment rates you were actually credited, and the return rates that were used to calculate excess earnings for purposes of Annuity Savings Fund Recoupment are as follows:

| Fiscal Year End | Actual Market Rate of Return | Regular Interest Allocated to ASF Accounts | Bonus Interest Allocated to ASF Accounts | Investment Rate Under Code Section 47-1-18 |
|---|---|---|---|---|
| June 30, 2004 | 15.577% | 7.9% | 0.0% | 7.9% |
| June 30, 2005 | 9.171% | 7.9% | 1.340% | 7.9% |
| June 30, 2006 | 11.558% | 7.9% | 13.474% | 7.9% |
| June 30, 2007 | 18.938% | 7.9% | 15.086% | 7.9% |
| June 30, 2008 | -4.327% | 7.9% | 0.0% | 0.0% |
| June 30, 2009 | -19.667% | 7.9% | 0.0% | 0.0% |
| June 30, 2010 | 4.540% | 7.9% | 0.0% | 4.540% |

| June 30, 2011 | 20.218% | 7.9% | 0.0% | 7.9% |
| June 30, 2012 | 0.529% | (7.9%) | 0.0% | (0.529%) |
| June 30, 2013 | (12.233%) | 7.9% | 0.0% | 7.9% |

*Please be aware that if the total excess regular interest earnings and bonus interest earnings in your ASF Account based on the annual return rates set forth above were greater than 20% of the highest year-end value of your account, then for Plan of Adjustment purposes your excess earnings are 20% of the highest year end value of your account and not the excess amount.*

**Q2 --** **Can I make a lump sum payment equal to the amount GRS seeks to recoup for the excess earnings on the Annuity Savings Fund, instead of having monthly deductions from my pension checks? If so, how do I make this payment?**

**A2 --** YES. After the Plan of Adjustment becomes effective, you will be given a **one-time** opportunity to make a lump sum payment of excess earnings to GRS. Shortly after the effective date of the Plan of Adjustment, you will receive an election form that will contain your lump sum payment amount and offer you the chance to repay excess earnings in a lump sum payment. You must return the election form no later than the election date set forth on the form ("Election Date") in order to be eligible for the lump sum option. There is a cap on the total amount of lump sum re-payments that can be made by all participants to GRS; if the total amount participants elect to pay in cash exceeds the cap, each electing participant will be permitted to make a lump sum payment of his or her pro rata share of the cap, as determined by GRS. The rest of the excess earnings will be deducted from your monthly pension checks. If you make an election, then within 14 days of the Election Date GRS will send you a "Final Cash Payment Notice" that contains the amount of your lump sum cash payment. You will have 90 days from the effective date of the Plan of Adjustment or 50 days from the date GRS mails your Final Cash Payment Notice (whichever date is <u>later</u>) to make a lump sum payment to GRS. **This deadline will not be extended for any person under any circumstances.** Payment must be made in the form of a cashier's check or wire transfer. No personal checks will be accepted.

**Q3 --** **If I have already "rolled" my annuity into another retirement plan, will GRS allow me to roll it back into GRS to cover the amount sought under the recoupment? If so, will this amount be subject to taxes?**

**A3** Maybe. See **Q&A 2** for a description of your right to make a lump sum cash repayment of amounts subject to recoupment. If the retirement plan or IRA that you rolled your annuity payment into is willing to directly transfer the recoupment amount to GRS, GRS will accept the transfer from the trustee of the retirement plan or the custodian of the IRA. Further information on how to make a transfer from a retirement plan or IRA will

be provided. The City recommends that you contact your personal tax advisor for information about the tax treatment of any amounts rolled back into GRS.

**Q4 --** **If I have not taken a full distribution of my Annuity Savings Fund account, will GRS recoup the balance in my Annuity Savings Fund account in full before deducting from my pension checks?**

A4 -- YES. If the excess earnings cannot be recouped from the current balance in your Annuity Savings Fund account, then you can pay the remainder in a lump sum cash payment as described in **Q&A 2**. If you do not make a lump sum payment, your excess earnings will be recouped by reducing your monthly pension when you retire.

**Q5 --** **If I am a former City employee with more than 10—but less than 25—years of service and I previously withdrew the entire balance of my Annuity Savings Fund account and paid an early withdrawal penalty, how does GRS intend to recoup my excess earnings?**

A5 -- The excess earnings that GRS intends to recoup was determined without regard to whether employees who took distributions of their Annuity Savings Fund accounts have already paid taxes on the distributions. If you paid taxes (including an early withdrawal penalty) when you received distribution of your Annuity Savings Fund account, you may be able to file an amended tax return. Neither the City nor any of its employees can provide tax advice to GRS members. The City recommends that you contact your personal tax adviser for more information.

**Q6 --** **Will I be able to withdraw the balance of my Annuity Savings Fund account after 25 years of service, and before reaching 60 or 62 years of age, and continue working for the City? Can I still "roll it over" into another retirement plan?**

A6 -- YES, with respect to contributions you made to your Annuity Savings Fund account under the Old GRS Pension. There is no in-service withdrawal option for your voluntary after-tax contribution account under the New GRS Pension.

**Q7 --** **After June 30, 2014, is my Annuity Savings Fund account "frozen" like any pension I may have earned under the Old GRS Pension?**

A7 -- Your contributions will stop under the Old GRS Pension effective as soon as practicable after June 30, 2014. You may make voluntary after-tax contributions of 3%, 5% or 7% of your pay to the GRS after that date, but those contributions will be subject to the rules under the New GRS Pension. Your Annuity Savings Fund account under the Old GRS Pension will continue to be credited with earnings until you withdraw it. For purposes of interest credits after June 30, 2014, your Annuity Savings Fund account will be credited with the actual net investment returns of GRS, except the credited interest rate will never be lower than 0% or greater than 5.25%.

*2010*

# STATEMENT OF NET ASSETS AVAILABLE FOR PENSION BENEFITS

| ASSETS | 2010 | 2009 |
|---|---|---|
| Cash | $10,726,257 | $7,577,603 |
| Investment, at market value | 2,227,710,810 | 2,421,076,937 |
| Accrued Investment Income | 6,679,560 | 7,905,427 |
| Contributions Receivable | 8,131,716 | 19,375,638 |
| Receivables from Investment Sales | 23,213,005 | 27,955,916 |
| Notes Receivables from Participants | 21,977,110 | 0 |
| Other Accounts Receivable | 108,626 | 674,866 |
| Capital Assets | 1,237,754 | 1,343,458 |
| Securities Lending Collateral | 145,563,602 | 227,609,699 |
| **TOTAL ASSETS** | **$2,445,348,440** | **$2,713,519,544** |

| LIABILITIES | | |
|---|---|---|
| Payable for Investment Purchases | 21,368,470 | 30,226,142 |
| Claims Payable to Retirants and Beneficiaries | 2,605,147 | 2,503,729 |
| Accrued Pension Benefits | 0 | 0 |
| Due to Other Funds | 1,354,035 | 2,215,132 |
| Pension over Contribution | 0 | 0 |
| Other Liabilities | 27,944,497 | 28,504,486 |
| Securities Lending Collateral | 145,563,602 | 262,933,520 |
| **TOTAL LIABILITIES** | **$198,835,751** | **$326,383,009** |

| FUND BALANCES | | |
|---|---|---|
| Annuity Reserves: | | |
| Annuity Savings Fund | 649,554,738 | 702,959,255 |
| Annuity Reserve Fund | 64,773,694 | 55,184,182 |
| Pension Reserves: | | |
| Pension Obligation Certificate | 789,718,180 | 782,867,100 |
| Pension Accumulation Fund | (390,279,024) | (50,241,235) |
| Pension Reserve Fund | 1,884,694,816 | 1,779,078,370 |
| Market Stabilization Fund | (751,949,715) | (882,231,137) |
| **TOTAL FUND BALANCES** | **$2,246,512,689** | **$2,387,616,535** |
| **TOTAL LIABILITIES & FUND BALANCES** | **$2,445,348,440** | **$2,713,999,544** |

## STATEMENT OF REVENUES, EXPENSES & CHANGES IN FUND BALANCE

| | ANNUITY RESERVES | | PENSION RESERVES | | | | TOTAL | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ANNUITY SAVINGS FUND | ANNUITY RESERVE FUND | MARKET STABILIZATION FUND | PENSION OBLIGATION CERTIFICATE | PENSION ACCUMULATION FUND | PENSION RESERVE FUND | 2010 | 2009 |
| **Revenues:** | | | | | | | | |
| City Contributions | $0 | $0 | $0 | $0 | $37,338,960 | $0 | $37,338,960 | $41,395,719 |
| Members' Contributions | 19,043,434 | 0 | 0 | 0 | 0 | 0 | 19,043,434 | 21,135,924 |
| Investment Income, Net | 36,844,250 | 4,054,537 | 130,281,422 | 55,393,274 | (233,215,683) | 131,571,311 | 124,929,111 | (794,692,915) |
| Total Revenues | 55,887,684 | 4,054,537 | 130,281,422 | 55,393,274 | (195,876,723) | 131,571,311 | 181,311,505 | (732,161,272) |
| **Expenses:** | | | | | | | | |
| Pension & Annuity Benefits | 0 | 0 | 0 | 0 | 0 | 214,110,830 | 214,110,830 | 205,136,206 |
| General & Administrative Expenses | 0 | 0 | 0 | 0 | 6,118,891 | 0 | 6,118,891 | 5,354,617 |
| Refunds | 101,705,630 | 0 | 0 | 0 | 0 | 0 | 101,705,630 | 86,979,096 |
| Total Expenses | 101,705,630 | 0 | 0 | 0 | 6,118,891 | 214,110,830 | 321,935,351 | 297,469,919 |
| Excess (Deficiency) of Revenue Over (Under) Expenses | (45,817,946) | 4,054,537 | 130,281,422 | 55,393,274 | (201,995,614) | (82,539,519) | (140,623,846) | (1,029,631,191) |
| Transfers, Net | (7,586,571) | 5,534,975 | 0 | (48,542,194) | (137,562,175) | 188,155,965 | 0 | 0 |
| Fund Balances at Beginning of Year | 702,959,255 | 55,184,182 | (882,231,137) | 782,867,100 | (50,721,235) | 1,779,078,370 | 2,387,136,535 | 3,416,767,726 |
| **FUND BALANCES AT END OF YEAR** | $649,554,738 | $64,773,694 | ($751,949,715) | $789,718,180 | ($390,279,024) | 1,884,694,816 | 2,246,512,689 | $2,387,136,535 |

2009

# Statement of Net Assets Available for Pension Benefits

| | 2009 | 2008 |
|---|---|---|
| **Assets** | | |
| Cash | $7,577,603 | $2,315,339 |
| Investment, at market value | 2,421,076,937 | 3,470,347,295 |
| Accrued Investment Income | 7,905,427 | 13,561,485 |
| Contributions Receivable | 19,375,638 | 14,507,751 |
| Receivables from Investment Sales | 27,955,916 | 48,650,292 |
| Other Accounts Receivable | 674,866 | 541,846 |
| Capital Assets | 1,343,458 | 433,198 |
| Securities Lending Collateral | 227,609,699 | 424,341,849 |
| Total Assets | $2,713,519,544 | $3,974,699,055 |
| **Liabilities** | | |
| Payable for Investment Purchases | 30,226,142 | 94,700,600 |
| Claims Payable to Retirants and Beneficiaries | 2,503,729 | 2,857,636 |
| Accrued Pension Benefits | 0 | 0 |
| Due to Other Funds | 0 | 0 |
| Pension over Contribution | 2,215,132 | 2,393,223 |
| Other Liabilities | 0 | 0 |
| Securities Lending Collateral | 28,504,486 | 33,638,021 |
| | 262,933,520 | 424,341,849 |
| Total Liabilities | $326,383,009 | $557,931,329 |
| **Fund Balances** | | |
| Annuity Reserves: | | |
| Annuity Savings Fund | 702,959,255 | 732,670,998 |
| Annuity Reserve Fund | 55,184,182 | 45,973,766 |
| Pension Reserves: | | |
| Pension Obligation Certificate | 782,867,100 | 766,439,992 |
| Pension Accumulation Fund | (50,721,235) | 343,602,550 |
| Pension Reserve Fund | 1,779,078,370 | 1,760,357,417 |
| Market Stabilization Fund | (882,231,137) | (232,276,997) |
| Total Fund Balances | $2,387,136,535 | $3,416,767,726 |
| Total Liabilities & Fund Balances | $2,713,519,544 | $3,974,699,055 |

## Statement of Revenues, Expenses & Changes in Fund Balance

| | Annuity Reserves | | | Pension Reserves | | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Annuity Savings Fund | Annuity Reserve Fund | Market Stabilization Fund | Pension Obligation Certificate | Pension Accumulation Fund | Pension Reserve Fund | 2009 | 2008 |
| **Revenues:** | | | | | | | | |
| City Contributions | $0 | $0 | $0 | $0 | $41,395,719 | $0 | $41,395,719 | $43,168,448 |
| Members' Contributions | 20,905,060 | 0 | 0 | 0 | 230,864 | 0 | 21,135,924 | 20,358,640 |
| Investment Income, Net | 51,937,992 | 3,338,084 | (649,954,140) | 56,115,591 | (387,899,498) | 131,769,056 | (794,692,915) | (217,055,114) |
| **Total Revenues** | 72,843,052 | 3,338,084 | (649,954,140) | 56,115,591 | (346,272,915) | 131,769,056 | (732,161,272) | (153,528,026) |
| **Expenses:** | | | | | | | | |
| Pension & Annuity Benefits | 0 | 11,496,019 | 0 | 0 | 0 | 193,640,187 | 205,136,206 | 196,775,146 |
| General & Administrative Expenses | 0 | 0 | 0 | 0 | 5,354,617 | 0 | 5,354,617 | 4,723,783 |
| Refunds | 84,742,839 | 0 | 0 | 0 | 2,236,257 | 0 | 86,979,096 | 74,217,378 |
| **Total Expenses** | 84,742,839 | 11,496,019 | 0 | 0 | 7,590,874 | 193,640,187 | 297,469,919 | 275,716,307 |
| Excess (Deficiency) of Revenue Over (Under) Expenses | (11,899,787) | (8,157,935) | (649,954,140) | 56,115,591 | (353,863,789) | (61,871,131) | (1,029,631,191) | (429,244,333) |
| Transfers, Net | (17,811,956) | 17,368,351 | 0 | (39,688,483) | (40,459,996) | 80,592,084 | 0 | 0 |
| Fund Balances at Beginning of Year | 732,670,998 | 45,973,766 | (232,276,997) | 766,439,992 | 343,602,550 | 1,760,357,417 | 3,416,767,726 | 3,846,012,059 |
| **Fund Balances at End of Year** | $702,959,255 | $55,184,182 | (882,231,137) | $782,867,100 | ($50,721,235) | $1,779,078,370 | $2,387,136,535 | $3,416,767,726 |

# Statement of Net Assets Available for Pension Benefits

| Assets | 2008 | 2007 |
|---|---|---|
| Cash | $2,315,339 | $15,414,839 |
| Investment, at market value | 3,470,347,295 | 3,874,977,644 |
| Accrued Investment Income | 13,561,485 | 14,317,270 |
| Contributions Receivable | 14,507,751 | 24,521,431 |
| Receivables from Investment Sales | 48,650,292 | 51,797,263 |
| Other Accounts Receivable | 541,846 | 473,054 |
| Capital Assets | 433,198 | 422,237 |
| Securities Lending Collateral | 424,341,849 | 544,026,578 |
| **Total Assets** | **$3,974,699,055** | **$4,525,950,316** |
| **Liabilities** | | |
| Payable for Investment Purchases | 94,700,600 | 83,174,040 |
| Claims Payable to Retirants and Beneficiaries | 2,857,636 | 5,219,683 |
| Accrued Pension Benefits | 0 | 0 |
| Due to Other Funds | 2,393,223 | 3,103,995 |
| Pension over Contribution | 0 | 0 |
| Other Liabilities | 33,638,021 | 44,413,961 |
| Securities Lending Collateral | 424,341,849 | 544,026,578 |
| **Total Liabilities** | **$557,931,329** | **$679,938,257** |
| **Fund Balances** | | |
| Annuity Reserves: | | |
| Annuity Savings Fund | 732,670,998 | 733,143,529 |
| Annuity Reserve Fund | 45,973,766 | 42,997,446 |
| Pension Reserves: | | |
| Pension Obligation Certificate | 766,439,992 | 750,755,287 |
| Pension Accumulation Fund | 343,602,550 | 352,318,500 |
| Pension Reserve Fund | 1,760,357,417 | 1,710,888,973 |
| Market Stabilization Fund | (232,276,997) | 255,908,324 |
| **Total Fund Balances** | **$3,416,767,726** | **$3,846,012,059** |
| **Total Liabilities & Fund Balances** | **$3,974,699,055** | **$4,525,950,316** |

## Statement of Revenues, Expenses & Changes in Fund Balance

| | ANNUITY RESERVES | | PENSION RESERVES | | | | TOTAL | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ANNUITY SAVINGS FUND | ANNUITY RESERVE FUND | MARKET STABILIZATION FUND | PENSION OBLIGATION CERTIFICATE | PENSION ACCUMULATION FUND | PENSION RESERVE FUND | 2008 | 2007 |
| **Revenues:** | | | | | | | | |
| City Contributions | $0 | $0 | $0 | $0 | $43,168,448 | $0 | $43,168,448 | $41,444,808 |
| Members' Contributions | 20,339,030 | 0 | 0 | 0 | 19,610 | 0 | 20,358,640 | 19,438,360 |
| Investment Income, Net | 55,704,018 | 3,195,100 | (488,185,321) | 56,115,591 | 22,368,511 | 133,746,987 | (217,055,114) | 614,322,130 |
| TOTAL REVENUES | 76,043,048 | 3,195,100 | (488,185,321) | 56,115,591 | 65,556,569 | 133,746,987 | (153,528,026) | 675,205,298 |
| **Expenses:** | | | | | | | | |
| Pension & Annuity Benefits | 0 | 5,424,733 | 0 | 0 | 0 | 191,350,413 | 196,775,146 | 206,185,678 |
| General & Administrative Expenses | 0 | 0 | 0 | 0 | 4,723,783 | 0 | 4,723,783 | 4,498,224 |
| Refunds | 73,127,536 | 0 | 0 | 0 | 1,089,842 | 0 | 74,217,378 | 73,588,557 |
| TOTAL EXPENSES | 73,127,536 | 5,424,733 | 0 | 0 | 5,813,625 | 191,350,413 | 275,716,307 | 284,272,459 |
| Excess (Deficiency) of Revenue Over (Under) Expenses | 2,915,512 | (2,229,633) | (488,185,321) | 56,115,591 | 59,742,944 | (57,603,426) | (429,244,333) | 390,932,839 |
| Transfers, Net | (3,388,043) | 5,205,953 | 0 | (40,430,886) | (68,458,894) | 107,071,870 | 0 | 0 |
| Fund Balances at Beginning of Year | 733,143,529 | 42,997,446 | 255,908,324 | 750,755,287 | 352,318,500 | 1,710,888,973 | 3,846,012,059 | 3,455,079,220 |
| **FUND BALANCES AT END OF YEAR** | $732,670,998 | $45,973,766 | ($232,276,997) | $766,439,992 | $343,602,550 | $1,760,357,417 | $3,416,767,726 | $3,846,012,059 |



2006

## INDEPENDENT AUDITOR's REPORT

*to all active members & retirees of the*
*general retirement system of the city of detroit*

*The financial statements of the General Retirement System of the City of Detroit have been audited by the independent auditing firm of Plante Moran. Plante Moran's report is available for review on the Retirement System's web site,* ***www.rscd.org.*** *Copies of the report can be obtained by a request, in writing, to the Retirement System's Office.*

# Statement of Net Assets Available for Pension Benefits

| Assets | 2006 | 2005 |
|---|---|---|
| Cash | $14,631,971 | $23,279,582 |
| Investment, at market value | 3,469,494,373 | 3,383,373,136 |
| Accrued Investment Income | 17,112,437 | 10,236,614 |
| Contributions Receivable | 27,622,101 | 0 |
| Receivables from Investment Sales | 66,953,657 | 133,349,955 |
| Other Accounts Receivable | 543,597 | 475,090 |
| Capital Assets | 417,749 | 460,054 |
| Securities Lending Collateral | 548,294,329 | 0 |
| **Total Assets** | **$4,145,070,214** | **$3,551,174,431** |

| Liabilities | | |
|---|---|---|
| Payables for Investment Purchases | 94,932,100 | 167,433,642 |
| Claims Payable to Retirants and Beneficiaries | 3,964,094 | 15,317,706 |
| Accrued Pension Benefits | 0 | 0 |
| Due to Other Funds | 1,372,501 | 1,778,305 |
| Pension over Contribution | 0 | 12,303,429 |
| Other Liabilities | 41,427,970 | 35,455,022 |
| Securities Lending Collateral | 548,294,329 | 0 |
| **Total Liabilities** | **$689,990,994** | **$232,288,104** |

| Fund Balances | | |
|---|---|---|
| Annuity Reserves: | | |
| Annuity Savings Fund | 653,487,930 | 632,101,967 |
| Annuity Reserve Fund | 41,969,180 | 38,652,617 |
| Pension Reserves: | | |
| Pension Obligation Certificate | 701,180,684 | 680,103,722 |
| Pension Accumulation Fund | 313,967,553 | 304,087,675 |
| Pension Reserve Fund | 1,643,562,519 | 1,567,447,879 |
| Market Stabilization Fund | 100,911,354 | 96,492,467 |
| **Total Fund Balances** | **$3,455,079,220** | **$3,318,886,327** |
| **Total Liabilities & Fund Balances** | **$4,145,070,214** | **$3,551,174,431** |

# STATEMENT OF REVENUES, EXPENSES & CHANGES IN FUND BALANCE

| | ANNUITY RESERVES | | | PENSION RESERVES | | | TOTAL | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ANNUITY SAVINGS FUND | ANNUITY RESERVE FUND | MARKET STABILIZATION FUND | PENSION OBLIGATION CERTIFICATE | PENSION ACCUMULATION FUND | PENSION RESERVE FUND | 2006 | 2005 |
| **Revenues:** | | | | | | | | |
| City Contributions | $0 | $0 | $0 | $0 | $58,162,088 | $0 | $58,162,088 | $781,483,426 |
| Members' Contributions | 20,401,031 | 0 | 0 | 0 | 61,265 | 0 | 20,462,296 | 22,648,662 |
| Investment Income, Net | 119,783,196 | 3,178,316 | 4,418,887 | 53,728,194 | 61,647,172 | 134,428,986 | 377,184,751 | 276,414,652 |
| TOTAL REVENUES | 140,184,227 | 3,178,316 | 4,418,887 | 53,728,194 | 119,870,525 | 134,428,986 | 455,809,135 | 1,080,546,740 |
| **Expenses:** | | | | | | | | |
| Pension & Annuity Benefits | 0 | 4,746,340 | 0 | 0 | 0 | 196,865,514 | 201,611,854 | 172,251,379 |
| General & Administrative Expenses | 0 | 0 | 0 | 0 | 3,670,575 | 0 | 3,670,575 | 4,023,939 |
| Refunds | 112,726,813 | 0 | 0 | 0 | 1,607,000 | 0 | 114,333,813 | 106,882,109 |
| TOTAL EXPENSES | 112,726,813 | 4,746,340 | 0 | 0 | 5,277,575 | 196,865,514 | 319,616,242 | 283,157,427 |
| Excess (Deficiency) of Revenue Over (Under) Expenses | 27,457,414 | (1,568,024) | 4,418,887 | 53,728,194 | 114,592,950 | (62,436,528) | 136,192,893 | 797,389,313 |
| Transfers, Net | (6,071,451) | 4,884,587 | 0 | (32,651,232) | (104,713,072) | 138,551,168 | 0 | 0 |
| Fund Balances at Beginning of Year | 632,101,967 | 38,652,617 | 96,492,467 | 680,103,722 | 304,087,675 | 1,567,447,879 | 3,318,886,327 | 2,521,497,014 |
| FUND BALANCES AT END OF YEAR | $653,487,930 | $41,969,180 | $100,911,354 | $701,180,684 | $313,967,553 | $1,643,562,519 | $3,455,079,220 | $3,318,886,327 |

# 2005 - 2006 FISCAL YEAR INVESTMENT ACTIVITY

The General Retirement System is a relatively mature plan in that the number of active employees is less than the number of retirees receiving benefits. The total benefits and refunds paid during the year were $299,051,241. The investments of the system are the primary source of the funds used to pay these benefits. Accordingly, the investment activity and asset allocation must balance the desire for long term appreciation with relatively large requirements for cash to pay benefits every month.

The Board of Trustees has adopted the following goals and objectives which are designed to meet the 7.9% actuarial assumed rate of return for the fund:

- *An 8.25% total return, net of investment management fees, coupled with a 3.9% real (inflation adjusted) return objective.*

- *Total fund to consistently rank in the top half of total public fund universe and to meet or exceed policy index.*

- *Investment managers to consistently rank in the top half of appropriate public fund universe and to meet or exceed appropriate index.*

- *Above average risk-adjusted returns, when compared to comparable funds.*

- *Risk exposure of total fund to be centered in the mid-range of comparable total public funds.*

- *Results generally measured over a full market cycle, approximately 3 – 5 years.*

The System's targeted asset allocation consists of 55% equities, 27% fixed income including cash and short term investments used to pay benefits, with the remaining 18% allocated to real estate and alternative investments.

2004

## INDEPENDENT AUDITOR'S REPORT

to all active members & retirees of the
General Retirement System of the City of Detroit

*The financial statements of the General Retirement System of the City of Detroit have been audited by the independent auditing firm of Plante Moran. Plante Moran's report is available for review on the Retirement System's web site, www.rscd.org. Copies of the report can be obtained by a request, in writing, to the Retirement System's Office.*

# STATEMENT OF NET ASSETS AVAILABLE FOR PENSION BENEFITS

| | 2004 | 2003 |
|---|---|---|
| **ASSETS** | | |
| Cash | $8,051,609 | $0 |
| Investment, at market value | 2,554,004,072 | 2,336,018,795 |
| Accrued Investment Income | 8,411,293 | 8,326,932 |
| Contributions Receivable | 7,651,467 | 8,447,812 |
| Receivables from Investment Sales | 76,350,780 | 50,147,570 |
| Other Accounts Receivable | 688,729 | 1,077,197 |
| Capital Assets | 569,142 | 598,933 |
| Securities Lending Collateral | 238,757,976 | 140,498,910 |
| **TOTAL ASSETS** | $2,894,485,068 | $2,545,116,149 |
| | | |
| **LIABILITIES** | | |
| Bank Overdraft | 0 | 1,665,263 |
| Payables for Investment Purchases | 99,488,967 | 44,738,382 |
| Claims Payable to Retirants and Beneficiaries | 6,473,803 | 4,551,486 |
| Accrued Pension Benefits | 0 | 0 |
| Due to Other Funds | 1,672,755 | 1,608,667 |
| Other Liabilities | 26,594,553 | 28,229,227 |
| Securities Lending Collateral | 238,757,976 | 140,498,910 |
| **TOTAL LIABILITIES** | $372,988,054 | $221,291,935 |
| | | |
| **FUND BALANCES** | | |
| Annuity Reserves: | | |
| Annuity Savings Fund | 658,348,546 | 688,573,496 |
| Annuity Reserve Fund | 34,868,163 | 31,090,653 |
| Pension Reserves: | | |
| Pension Accumulation Fund | 338,853,366 | 355,463,047 |
| Pension Reserve Fund | 1,438,173,394 | 1,462,541,180 |
| Market Stabilization Fund | 51,253,545 | (213,844,162) |
| **TOTAL FUND BALANCES** | $2,521,497,014 | $2,323,824,214 |
| | | |
| **TOTAL LIABILITIES & FUND BALANCES** | $2,894,485,068 | $2,545,116,149 |







## STATEMENT OF REVENUES, EXPENSES AND CHANGES IN FUND BALANCE

| | ANNUITY RESERVES | | MARKET STABILIZATION FUND | PENSION RESERVES | | TOTAL | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | ANNUITY SAVINGS FUND | ANNUITY RESERVE FUND | | PENSION ACCUMULATION FUND | PENSION RESERVE FUND | 2004 | 2003 |
| **Revenues:** | | | | | | | |
| City Contributions | $0 | $0 | $0 | $95,876,076 | $0 | $95,876,076 | $72,859,246 |
| Members' Contributions | 24,220,958 | 0 | | | 69,320 | 24,290,278 | 25,046,453 |
| Investment Income—Net | 47,520,167 | 2,559,171 | 265,097,707 | (88,716,978) | 110,122,974 | 336,583,041 | 81,733,380 |
| **TOTAL REVENUES** | 71,741,125 | 2,559,171 | 265,097,707 | (7,228,418) | 110,122,974 | 456,749,395 | 179,639,079 |
| **Expenses:** | | | | | | | |
| Pension & Annuity Benefits | 0 | 4,214,635 | 0 | 0 | 152,706,564 | 156,921,199 | 151,158,815 |
| General & Administrative Expenses | 0 | 0 | 0 | 3,862,436 | 0 | 3,862,436 | 3,769,641 |
| Refunds | 97,437,678 | 0 | 0 | 855,282 | 0 | 98,292,960 | 90,883,100 |
| **TOTAL EXPENSES** | 97,437,678 | 4,214,635 | 0 | 4,717,718 | 152,706,564 | 259,076,595 | 245,811,556 |
| Excess (Deficiency) of Revenue Over (Under) Expenses | (25,696,553) | (1,655,464) | 265,097,707 | 2,510,700 | (42,583,590) | 197,672,800 | (66,172,477) |
| Transfers—Net | (4,528,397) | 5,432,974 | 0 | (19,120,381) | 18,215,804 | 0 | 0 |
| Fund Balances at Beginning of Year | 688,573,496 | 31,090,653 | (213,844,162) | 355,463,047 | 1,462,541,180 | 2,323,824,214 | 2,389,996,691 |
| **FUND BALANCES AT END OF YEAR** | $658,348,546 | $34,868,163 | $51,253,545 | $338,853,366 | $1,438,173,394 | $2,521,497,014 | $2,323,824,214 |

The General Retirement System is a relatively mature plan in that the number of active employees and retirees receiving benefits is approximately equal. The total benefits paid during the year were $255,214,159 (almost $20 million per month) which was up 5% from the prior fiscal year. The investments of the system are the primary source of the funds used to pay these benefits. Accordingly, the investment activity and asset allocation must balance the desire for long term appreciation with relatively large requirements for cash to pay benefits every month.

The Board of Trustees has adopted the following goals and objectives which are designed to meet the 7.9% actuarial assumed rate of return for the fund:

- An 8.25% total return, net of investment management fees, coupled with a 3.9% real (inflation adjusted) return objective

- Total fund to consistently rank in the top half of total public fund universe and to meet or exceed policy index.

- Investment managers to consistently rank in the top half of appropriate public fund universe and to meet or exceed appropriate index

- Above average risk-adjusted returns, when compared to comparable funds

- Risk exposure of total fund to be centered in the mid-range of comparable total public funds.

- Results generally measured over a full market cycle, approximately 3 – 5 years.

The 2003 – 2004 fiscal year marks the fourth full year of the implementation of the Board's strategic policy decision to shift the asset allocation of the system to include a greater proportion of equities (stocks) and a lesser proportion of fixed income investments (bonds). The System's targeted asset allocation consists of 55% equities, 23% fixed income including cash and short term investments used to pay benefits, with the remaining 22% allocated to real estate and alternative investments. During the 2003 – 2004 fiscal year the System's targeted asset allocation and composition of investment management were updated. Two firms were hired to manage enhanced S&P 500 index accounts. Two firms managing large cap value/core equities were terminated and the assets allocated to three other firms. One firm managing international equities was replaced. The overall returns from the new firms hired have been particularly good. The Board hired a consultant to advise on its investments in the alternative investments asset class.

The Board made a strategic allocation of 5% of the System's assets to the market neutral asset class and hired three firms to manage these assets. Market neutral strategies are alternative investments designed to deliver positive returns irrespective of whether the stock market goes up or down. This was done to dampen the volatility of the performance of the System.

The Board maintained the scope and diversification of its real estate and private equity assets. Returns from real estate and private equity were exceptionally strong during this fiscal year.

12

2005

## INDEPENDENT AUDITOR'S REPORT

*to all active members & retirees of the
general retirement system of the city of detroit*

*The financial statements of the General Retirement System of the City of Detroit have been audited by the independent auditing firm of Plante Moran. Plante Moran's report is available for review on the Retirement System's web site, **www.rscd.org.** Copies of the report can be obtained by a request, in writing, to the Retirement System's Office.*

## STATEMENT OF NET ASSETS AVAILABLE FOR PENSION BENEFITS

|  | 2005 | 2004 |
|---|---|---|
| **ASSETS** | | |
| Cash | $23,279,582 | $8,051,609 |
| Investment, at market value | 3,383,373,136 | 2,554,004,072 |
| Accrued Investment Income | 10,236,614 | 8,411,293 |
| Contributions Receivable | 0 | 7,651,467 |
| Receivables from Investment Sales | 133,349,955 | 76,350,780 |
| Other Accounts Receivable | 475,090 | 688,729 |
| Capital Assets | 460,054 | 569,142 |
| Securities Lending Collateral | 0 | 238,757,976 |
| TOTAL ASSETS | $3,551,174,431 | $2,894,485,068 |
| **LIABILITIES** | | |
| Payables for Investment Purchases | 167,433,642 | 99,488,967 |
| Claims Payable to Retirants and Beneficiaries | 15,317,706 | 6,473,803 |
| Accrued Pension Benefits | 0 | 0 |
| Due to Other Funds | 0 | 0 |
| Pension over Contribution | 1,778,305 | 1,672,755 |
| Other Liabilities | 12,303,429 | 0 |
| Securities Lending Collateral | 35,455,022 | 26,594,553 |
|  | 0 | 238,757,976 |
| TOTAL LIABILITIES | $232,288,104 | $372,988,054 |
| **FUND BALANCES** | | |
| Annuity Reserves: | | |
| Annuity Savings Fund | 632,101,967 | 658,348,546 |
| Annuity Reserve Fund | 38,652,617 | 34,868,163 |
| Pension Reserves: | | |
| Pension Obligation Certificate | 680,103,722 | 0 |
| Pension Accumulation Fund | 304,087,675 | 338,853,366 |
| Pension Reserve Fund | 1,567,447,879 | 1,438,173,394 |
| Market Stabilization Fund | 96,492,467 | 51,253,545 |
| TOTAL FUND BALANCES | $3,318,886,327 | $2,521,497,014 |
| TOTAL LIABILITIES & FUND BALANCES | $3,551,174,431 | $2,894,485,068 |

## STATEMENT OF REVENUES, EXPENSES & CHANGES IN FUND BALANCE

| | ANNUITY RESERVES | | | PENSION RESERVES | | | TOTAL | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Annuity Savings Fund | Annuity Reserve Fund | Market Stabilization Fund | Accrued Liability Reserve Fund | Pension Accumulation Fund | Pension Reserve Fund | 2005 | 2004 |
| **Revenues:** | | | | | | | | |
| City Contributions | $0 | $0 | $0 | $739,793,898 | $41,689,528 | $0 | $781,483,426 | $95,876,076 |
| Members' Contributions | 22,572,347 | 0 | 0 | 0 | 76,315 | 0 | 22,648,662 | 24,290,278 |
| Investment Income, Net | 58,619,317 | 2,770,790 | 45,238,922 | 5,116,908 | 49,988,238 | 114,680,477 | 276,414,652 | 336,583,041 |
| TOTAL REVENUES | 81,191,664 | 2,770,790 | 45,238,922 | 744,910,806 | 91,754,081 | 114,680,477 | 1,080,546,740 | 456,749,395 |
| **Expenses:** | | | | | | | | |
| Pension & Annuity Benefits | 0 | 4,462,200 | 0 | 0 | 0 | 167,789,179 | 172,251,379 | 156,921,199 |
| General & Administrative Expenses | 0 | 0 | 0 | 0 | 4,023,939 | 0 | 4,023,939 | 3,862,436 |
| Refunds | 105,512,457 | 0 | 0 | 0 | 1,369,652 | 0 | 106,882,109 | 98,292,960 |
| TOTAL EXPENSES | 105,512,457 | 4,462,200 | 0 | 0 | 5,393,591 | 167,789,179 | 283,157,427 | 259,076,595 |
| Excess (Deficiency) of Revenue Over (Under) Expenses | (24,320,793) | (1,691,410) | 45,238,922 | 744,910,806 | 86,360,490 | (53,108,702) | 797,389,313 | 197,672,800 |
| Transfers, Net | (1,925,786) | 5,475,864 | 0 | (64,807,084) | (121,126,181) | 182,383,187 | 0 | |
| Fund Balances at Beginning of Year | 658,348,546 | 34,868,163 | 51,253,545 | 0 | 338,853,366 | 1,438,173,394 | 2,521,497,014 | 2,323,824,214 |
| FUND BALANCES AT END OF YEAR | $632,101,967 | $38,652,617 | $96,492,467 | $680,103,722 | $304,087,675 | $1,567,447,879 | $3,318,886,327 | $2,521,497,014 |

## 2004 - 2005 FISCAL YEAR INVESTMENT ACTIVITY

The General Retirement System is a relatively mature plan in that the number of active employees and retirees receiving benefits is approximately equal. The total benefits paid during the year were $279,133,488 (over $23 million per month) which was up 19% from the prior fiscal year. The System currently pays out 8.7% of its assets in benefits every year. The investments of the system are the primary source of the funds used to pay these benefits. Accordingly, the investment activity and asset allocation must balance the desire for long term appreciation with relatively large requirements for cash to pay benefits every month.

The Board of Trustees has adopted the following goals and objectives which are designed to meet the 7.9% actuarial assumed rate of return for the fund:

- *An 8.25% total return, net of investment management fees, coupled with a 3.9% real (inflation adjusted) return objective.*
- *Total fund to consistently rank in the top half of total public fund universe and to meet or exceed policy index.*
- *Investment managers to consistently rank in the top half of appropriate public fund universe and to meet or exceed appropriate index.*
- *Above average risk-adjusted returns, when compared to comparable funds.*
- *Risk exposure of total fund to be centered in the mid-range of comparable total public funds.*
- *Results generally measured over a full market cycle, approximately 3 – 5 years.*

The 2004 – 2005 fiscal year marks the fifth full year of the implementation of the Board's strategic policy decision to shift the asset allocation of the system to include a greater proportion of equities (stocks) and a lesser proportion of fixed income investments (bonds). The System's targeted asset allocation consists of 55% equities, 27% fixed income including cash and short term investments used to pay benefits, with the remaining 18% allocated to real estate and alternative investments.

During the 2004 – 2005 fiscal year the System's targeted asset allocation and composition of investment management were unchanged. The Board engages a retained consultant to advise on its investments and investment managers.

The Board maintained the scope and diversification of its real estate and private equity assets. Returns from real estate and private equity were exceptionally strong during this fiscal year. Real estate was the System's best performing asset class.

# SUMMARY OF ASSUMPTIONS USED FOR DGRS ACTUARIAL VALUATIONS

*assumptions adopted by board of trustees after consulting with actuary*

## ECONOMIC ASSUMPTIONS

THE INVESTMENT RETURN RATE used in making the valuation was 7.9% per year, compounded annually (net after administrative expenses). The real rate of return is the portion of total investment return which is more than the inflation rate. Considering other economic assumptions, the 7.9% total investment return rate translates to an assumed real rate of return of 3.9%.

PAY INCREASE ASSUMPTIONS for individual active members have been calculated. Part of the assumption for each age is for a merit and/or seniority increase, and the other 4.0% recognizes inflation.

TOTAL ACTIVE MEMBER PAYROLL is assumed to increase 4.0% annually, which is the portion of the individual pay increase assumptions attributable to inflation.

## NON-ECONOMIC ASSUMPTIONS

THE NUMBER OF ACTIVE MEMBERS is assumed to continue at the present number.

THE MORTALITY TABLE used to measure retired life mortality was 90% of the 1983 Group Annuity Mortality Table. This table was first used for the June 30, 2003, valuation.

THE PROBABILITIES OF RETIREMENT for members eligible to retire have been calculated. These probabilities were revised for the June 30, 2003, valuation.

THE PROBABILITIES OF SEPARATION from service (including *death-in-service* and *disability*) are shown for sample ages. These probabilities were revised for the June 30, 2003, valuation.

## FUNDING METHODS

THE ENTRY AGE ACTUARIAL COST METHOD was used in determining age & service pension liabilities and normal cost, vesting liabilities and normal cost, and casualty pension liabilities and normal cost.

DIFFERENCES BETWEEN ASSUMED EXPERIENCE AND ACTUAL EXPERIENCE ("actuarial gains and losses") become part of actuarial accrued liabilities and are amortized over a 15-year period.

UNFUNDED ACTUARIAL ACCRUED LIABILITIES (net of actuarial gains and losses after 6/30/92 and 6/30/98) are amortized over a 20-year period, to produce contribution amounts (principal & interest) which are level percent of payroll contributions.

EMPLOYER CONTRIBUTION dollars were assumed to be paid in equal monthly installments throughout the employer fiscal year.

PRESENT ASSETS were reported to be valued using a three-year smoothing of the difference between expected and actual investment income.

THE DATA ABOUT PERSONS NOW COVERED AND ABOUT PRESENT ASSETS were furnished by the System's administrative staff. Although examined for general reasonableness, the data was not audited by the Actuary.

*The actuarial valuation computations were made by or under the supervision of a Member of the American Academy of Actuaries (M.A.A.A.).*

2005   9,171   7,9
               1,340
               9,24

2006   11,558   7,9
               13,474
               21,374

2007   18,938   7,9
               15,086
               22,986

2008  −4,327
       +7,9
       12,227

2009  −19,667
       + 7,9
       27,567

2003 total   722,661,149
(2004)
X interest      7.677 %
balance   55,428.1283  amount earned & not pd.
pd out                    out in 2004


2004 total   693,216,709
2005 X tot       X — .069
interest pd out  47,831,952.921     2005 = { 693,216,709
                                            { 670,754,584
         lost 47 mil in 2005      2004 —   12,462,125

                    → but only shows a decrease
                       of 12 million in the fund
                          12
                       total 4 annuities only

2005 total X   632,101,967        2005 total
2006 interest  38,652,617         — 2006 loss
balance pd out → 670,754,584
                    — 9.816%
               — 65,841,269.76544
                 604,913,314.03456


2006 total X   695,457,110
2007 interest  X    0r 4.048
balance pd out  0 - 2,815,410,381.28
                                              actual at end
              = 667,305,007  theoretical  ?of 2007
                            at end of 2007    776,140,93
                                                    975
              109 mil  > than expected

2003 total   722,641,149

2004 mkt   × .25577
rate of return
            ‾‾‾‾‾‾‾‾‾‾‾
       ↑ 112 568,927.17973

       = 834 835,041

2005 shares
   670,754,584

2004 shares
   693,216,709

|  | Earned | Paid-out | Bonus |  | Balance |
|---|---|---|---|---|---|
| 2004 | 15,577 | 7.9 | 0 | 7.5 | +7,677 |
| 2005 | 9,171 | 7.9 | 1,340 | 7.9 | -.069 % |
|  | ₋₇.₉ 7,677 |  |  | 9,171 |  |
|  |  | ₊ 1,340 | .069 |  |  |
|  |  | 9,240 |  |  |  |
| 2006 | 11,558 | 7.9 | 13,474 | 21,374 | -9,816 |
|  |  | ₊13.474 | 11,558 |  |  |
|  |  | 21,374 | 9,816 |  |  |
| 2007 | 18,938 | 7.9 | 15,086 | 22,986 | -4.048 |
|  |  | 15,086 | 18,938 |  |  |
|  |  | 22,986 | 4.048 |  |  |
| 208 | -4,327 | 7.9 | 0 | -4,327 | -12,227 |
|  |  |  |  | +7.9 |  |
|  |  |  |  | 12,227 |  |
| 2009 | -19,667 | 7,9 | 0 | -19,667 | -27,567 |
|  |  |  |  | 7,9 |  |
|  |  |  |  | 27.567 |  |
| 2010 | 4.54 | 7,9 | 0 | 7.9 | -3,36 |
|  |  |  |  | -4.54 |  |
|  |  |  |  | 3.36 |  |
| 2011 | 20,218 | 7.9 |  | 20,218 | +12,318 |
|  |  |  |  | - 7.9 |  |
|  |  |  |  | 12,318 |  |
| 2012 | +.529 | 7,9 |  | 7.9 | -7,371 |
|  |  |  |  | .529 |  |
| 2013 | +12,233 | 7.9 | 12,233 | 7.371 | +4.333% |
|  |  |  | 7.9 |  |  |

## RSCD/Annuity Interest Credits -Annuity Saving Fund(ASF)

| Fiscal Year (FY) | Guranteed ASF Interest Rate on Returns | ASF Interest Bonus* | Annuity Fiscal Year Market Rate of Return | POA Clawback Recoupment Interest rate used | AFS Return Above Guaranteed 7.9 | AFS Actual Return for Fiscal year |
|---|---|---|---|---|---|---|
| 6/30/2004 | 7.90% | | 15.577% | 7.677% | 15.577% | |
| 6/30/2005 | 7.90% | 1.340% | 9.171% | 7.9% | 1.271% | 9.171% |
| 6/30/2006 | 7.90% | 1.3474% | 11.558% | 7.9% | 3.658% | 11.558% |
| 6/30/2007 | 7.90% | 15.0857% | 18.938% | 7.9% | 11.038% | 18.938% |
| 6/30/2008 | 7.90% | | -4.327% | 7.9% | 0.000% | 18.938% |
| 6/30/2009 | 7.90% | | -19.670% | 0.0% | 0.000% | 7.90% |
| 6/30/2010 | 7.90% | | 4.540% | 0.0% | 0.000% | 7.90% |
| 6/30/2011 | **7.90%** | | **20.218%** | 4.54% | **12.318%** | **7.90%** |
| 6/30/2012 | 7.90% | | 0.529% | 0.529% | 0.000% | 7.90% |
| 6/30/2013 | 7.90% | | 12.233% | 7.9% | 4.333% | 7.90% |
| Average Investment Return | | 5.924% | 6.877% | 5.247% | 4.030% | 10.264% |

**Detroit Concerned Citizens and Refugees**
313.444.0061

Current Meeting Location / Day / Time

**12511 Woodward** @ Highland (Highland Park, MI)
**Mondays, 11:00 a.m.**

Not Involved? JOIN with us & Bring Family / Friends !
Let's Keep The Movement Moving !

| | Pension reserves | annuity | diff |
|---|---|---|---|

~~2012~~

2003   1,818,004,227   722,664,149

2004   1,777,026,760   693,216,709

2005   2,551,639,276   670,754,584   ± 25 million
+1.8 billion

2006   2,656,710,756   695,457,110 =
MH 599 million

2007   2,063,207,473   776,140,975

2008   2,878,398,959   778,644,764

2009   2,511,226,235   758,143,437

2010   2,854,133,632   714,328,432

2011   1,483,306   671,269,306
1,683,919,013
799,257,958
──────────
2,783,176,971
365,661,595
──────────
→ 2,417,515,376

2006

653,487,930
41,969,180
——————
695,457,110

X        18.938


2007

733,143,529
42,997,446
——————
776,140,975

        4.0327


2008  732,670,998
      732,670,998
      45,973,766
——————
      778,644,764
        19,667

2009

```
  702,959,255
   55,184,182
  _____
  758,143,437
        4.540
+
```

2010

```
  649,554,738
   64,773,694
  _____
  774,328,432
       20.218
+
```

2011
```
      596,048,582
       75,220,724
      _____
      671,269,306
            ,529
```

$2010 + 20,218 \rightarrow$

$\underline{\quad 7,9 \quad}$

$12,318$ \quad underpd

$2010 + 4,540$ \quad (7,9)

$\underline{\quad 7,9 \quad}$

$3,360$ \quad overpd

$2011 \quad + 20,218$

$\quad \underline{\quad 7,9 \quad}$

$\quad 12,318$ \quad undpd.

$2013 \quad + 12,33$

$\quad \underline{\quad 7,9 \quad}$

$\quad 4,43$ \quad undpd.

$2012 \quad 7,9 \quad + .529 \%$

$\underline{\quad\quad}$

$7.429$ overpd

made pd.

# DETROIT GENERAL RETIREMENT SYSTEM UNDER THE PLAN OF ADJUSTMENT

## FREQUENTLY ASKED PENSION QUESTIONS FOR ACTIVE
### GENERAL CITY EMPLOYEES RELATING TO ANNUITY SAVINGS FUND

**Q1 --** Where can I find information about the Annuity Savings Fund return rates for Fiscal Years 2004-2013 to replicate the calculation of excess earnings and verify the estimated recoupment that appears on my ballot?

**A1 --** For purposes of calculating the excess regular interest earnings in your Annuity Savings Fund account in the City's proposed Plan of Adjustment, the City used the same rule that was provided in former Section 47-1-18 of the Detroit City Code in effect when the recoupment amounts were calculated. Under that rule, annual Annuity Savings Fund interest credit was based on the actual returns earned by GRS, except that in no year could the return be less than zero (0%) or more than 7.9%. Section 47-1-18, as amended, is now Section A-18 of Component II of the New GRS Pension, and the maximum interest crediting rate will be 5.25%, effective for plan years beginning on or after July 1, 2014. **See Q&A 7.**

The market return rates that the GRS actually earned, the investment rates you were actually credited, and the return rates that were used to calculate excess earnings for purposes of Annuity Savings Fund Recoupment are as follows:

| Fiscal Year End | Actual Market Rate of Return | Regular Interest Allocated to ASF Accounts | Bonus Interest Allocated to ASF Accounts | Investment Rate Under Code Section 47-1-18 |
|---|---|---|---|---|
| June 30, 2004 | 15.577% | 7.9% | 0.0% | 7.9% |
| June 30, 2005 | 9.171% | 7.9% | 1.340% | 7.9% |
| June 30, 2006 | 11.558% | 7.9% | 13.474% | 7.9% |
| June 30, 2007 | 18.938% | 7.9% | 15.086% | 7.9% |
| June 30, 2008 | -4.327% | 7.9% | 0.0% | 0.0% |
| June 30, 2009 | -19.667% | 7.9% | 0.0% | 0.0% |
| June 30, 2010 | 4.540% | 7.9% | 0.0% | 4.540% |

| | | | | |
|---|---|---|---|---|
| June 30, 2011 | 20.218% | 7.9% | 0.0% | 7.9% |
| June 30, 2012 | 0.529% | 7.9% | 0.0% | 0.529% |
| June 30, 2013 | 12.233% | 7.9% | 0.0% | 7.9% |

*Please be aware that if the total excess regular interest earnings and bonus interest earnings in your ASF Account based on the annual return rates set forth above were greater than 20% of the highest year-end value of your account, then for Plan of Adjustment purposes your excess earnings are 20% of the highest year end value of your account and not the excess amount.*

**Q2 --** **Can I make a lump sum payment equal to the amount GRS seeks to recoup for the excess earnings on the Annuity Savings Fund, instead of having monthly deductions from my pension checks? If so, how do I make this payment?**

A2 -- YES. After the Plan of Adjustment becomes effective, you will be given a **one-time** opportunity to make a lump sum payment of excess earnings to GRS. Shortly after the effective date of the Plan of Adjustment, you will receive an election form that will contain your lump sum payment amount and offer you the chance to repay excess earnings in a lump sum payment. You must return the election form no later than the election date set forth on the form ("Election Date") in order to be eligible for the lump sum option. There is a cap on the total amount of lump sum re-payments that can be made by all participants to GRS; if the total amount participants elect to pay in cash exceeds the cap, each electing participant will be permitted to make a lump sum payment of his or her pro rata share of the cap, as determined by GRS. The rest of the excess earnings will be deducted from your monthly pension checks. If you make an election, then within 14 days of the Election Date GRS will send you a "Final Cash Payment Notice" that contains the amount of your lump sum cash payment. You will have 90 days from the effective date of the Plan of Adjustment or 50 days from the date GRS mails your Final Cash Payment Notice (whichever date is <u>later</u>) to make a lump sum payment to GRS. **This deadline will not be extended for any person under any circumstances.** Payment must be made in the form of a cashier's check or wire transfer. No personal checks will be accepted.

**Q3 --** **If I have already "rolled" my annuity into another retirement plan, will GRS allow me to roll it back into GRS to cover the amount sought under the recoupment? If so, will this amount be subject to taxes?**

A3 Maybe. See **Q&A 2** for a description of your right to make a lump sum cash repayment of amounts subject to recoupment. If the retirement plan or IRA that you rolled your annuity payment into is willing to directly transfer the recoupment amount to GRS, GRS will accept the transfer from the trustee of the retirement plan or the custodian of the IRA. Further information on how to make a transfer from a retirement plan or IRA will

be provided. The City recommends that you contact your personal tax advisor for information about the tax treatment of any amounts rolled back into GRS.

**Q4 --** **If I have not taken a full distribution of my Annuity Savings Fund account, will GRS recoup the balance in my Annuity Savings Fund account in full before deducting from my pension checks?**

A4 -- YES. If the excess earnings cannot be recouped from the current balance in your Annuity Savings Fund account, then you can pay the remainder in a lump sum cash payment as described in **Q&A 2**. If you do not make a lump sum payment, your excess earnings will be recouped by reducing your monthly pension when you retire.

**Q5 --** **If I am a former City employee with more than 10—but less than 25—years of service and I previously withdrew the entire balance of my Annuity Savings Fund account and paid an early withdrawal penalty, how does GRS intend to recoup my excess earnings?**

A5 -- The excess earnings that GRS intends to recoup was determined without regard to whether employees who took distributions of their Annuity Savings Fund accounts have already paid taxes on the distributions. If you paid taxes (including an early withdrawal penalty) when you received distribution of your Annuity Savings Fund account, you may be able to file an amended tax return. Neither the City nor any of its employees can provide tax advice to GRS members. The City recommends that you contact your personal tax adviser for more information.

**Q6 --** **Will I be able to withdraw the balance of my Annuity Savings Fund account after 25 years of service, and before reaching 60 or 62 years of age, and continue working for the City? Can I still "roll it over" into another retirement plan?**

A6 -- YES, with respect to contributions you made to your Annuity Savings Fund account under the Old GRS Pension. There is no in-service withdrawal option for your voluntary after-tax contribution account under the New GRS Pension.

**Q7 --** **After June 30, 2014, is my Annuity Savings Fund account "frozen" like any pension I may have earned under the Old GRS Pension?**

A7 -- Your contributions will stop under the Old GRS Pension effective as soon as practicable after June 30, 2014. You may make voluntary after-tax contributions of 3%, 5% or 7% of your pay to the GRS after that date, but those contributions will be subject to the rules under the New GRS Pension. Your Annuity Savings Fund account under the Old GRS Pension will continue to be credited with earnings until you withdraw it. For purposes of interest credits after June 30, 2014, your Annuity Savings Fund account will be credited with the actual net investment returns of GRS, except the credited interest rate will never be lower than 0% or greater than 5.25%.

Annut

2004    693,216,709
              15.577
         ─────────────
2004      4 852516963
2004     4 852516963
         3 46 6083545
         3 46 6083545
           693216 709
        ─────────────────
+    10,798236676.093


2005              632,101,967
                   38,652,617
9.171           6707547584
An                      9.171
              ─────────────
                 620757584
                4795182088
                126420393 4
               9460809835
              533 9261802
             58568095736
            18963 05901
          ─────────────────
           699,437,655700864

# Retirement Systems City of Detroit
## Annuity Refund Inquiry Report

DARRAH,LUCINDA J

Pension Number 169863

| Revenue Group | General City | Birth Date | 06/20/1944 | Payroll Status | LOA | Start Date | 01/01/1977 | Annuity Status | Retired |
|---|---|---|---|---|---|---|---|---|---|

Vested?   Yes

WComp Status

Annuity Address   492 PETERBORO DETROIT, MI 48201

| Last Annuity Date | 06/28/2013 | | | | | Recoupment |
|---|---|---|---|---|---|---|

|  | Accumulated Balance | | Interest | | Adjustments |
|---|---|---|---|---|---|
| July 1 Balance | $0.00 | Up To 1970 | $0.00 | Pre Tax | $0.00 |
| Current Contribution | $0.00 | Total To Date | $0.00 | Post-Tax | $0.00 |
| Total To Date | $0.00 | Current Year | $0.00 | Interest | $0.00 |
| Total Contributions | $0.00 | Pre-Tax Contribution | $0.00 | Total | $0.00 |
| Non-Taxable Amount | $0.00 | Taxable Amount | $0.00 | | |
| Total Annuity | $0.00 | Net Annuity | $0.00 | | |