United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re
City of Detroit
  Debtor

Chapter 9
Case 13-53846
Hon. Steven W. Rhodes

Motion to have transcripts paid for with then Lucinda J. Darrah's $30,000 clawback of her annuity ordered by the 8th Amended Plan of Adjustment of the Debts of Detroit or, in the alternative, by the State of Michigan.

As an affected citizen of Detroit, retiree of Detroit, and property owner of Detroit, I attended many of the bankruptcy hearings, but was not always able to hear

(1)

well until I got new hearing aids with a remote control. I and others were usually limited to sitting on the back 2 rows – the back of the bus, so to speak. None of us could see the exibits put up on the screen for the lawyers and court to see on the screen or their own computers. Consequently I and others could not always hear, and definately could not see the exibits that the testimony referred to.

Early in the proceedings, I was told the transcripts would be made available to everyone 90 days after the testimony. This is a public municipal bankruptcy and the proceedings should be open for public scrutiny without regard to ability to pay, or the requirement to be in court room attendance on the back two rows.

(2)

— Why transcripts are needed —

Much of the testimony given by the Emergency Manager, Dan Gilbert, DWSD director, the City of Detroit Chief Financial Officer, Representatives of the Downtown Development Authority, the Detroit Economic Growth Corporation, the Detroit Landbank, and City of Detroit Planning and Development, etc. was used to justify the Plans and Amended Plans of Adjustment with their Disclosure Statements.

If the facts are mistaken or misstated in their testimony or their assumptions are unfounded, the plan is not supported by reality and should be amended. If the record is only for those affected who have deep pockets, the process is discriminatory and undemocratic, and violates the Citizens Disability Act and perhaps more, because even normal people had trouble

Linda J Durah
492 Peterboro
Det 48201
313 414 5161