UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

    Debtor.
_____/

Thomas J. Cipollone,

    Appellant.
v.

City of Detroit, Michigan,

    Appellee.
_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

FILED 2014 DEC 16 P 2:40 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

MOTION TO
    1.) JOIN *EX PARTE* MOTION FOR SHORTENED NOTICE AND HEARING ON EMERGENCY JOINT MOTION OF APPLELLANTS JOHN P. QUINN, DENNIS TAUBITZ AND IRMA INDUSTRIUS TO INSTRUCT CLERK NOT TO REQUIRE COPIES OF DOCUMENTS LISTED IN DESIGNATIONS OF RECORD; AND
    2.) JOIN REQUESTED ORDER GRANTING THE *EX PARTE* MOTION REFERENCED ABOVE.

    Thomas J. Cipollone, Appellant, moves this honorable court to allow me to join the *Ex Parte* Motion filed on December 13, 2014 (Docket #8707) by appellants John P. Quinn, Dennis Taubitz and Irma Industrious for shortened notice and decision without a hearing on the Emergency Joint Motion of appellants John P. Quinn, Dennis Taubitz and Irma Industrious to instruct Clerk not to Require Copies of Documents Listed in Designations of Record ("Motion to Instruct") and to join the requested Order granting the E*x Parte* Motion referenced herein.

    *Thomas J. Cipollone* (signature)
Thomas J. Cipollone
49850 Joy Road
Plymouth, Michigan 48170
(313) 582-1898
cipollonet@yahoo.com

Dated: December 16, 2014

PROPOSED ORDER

ATTACHED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

        Debtor.

_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

Thomas J. Cipollone,

        Appellant.

v.

City of Detroit, Michigan,

        Appellee.

_____/

ORDER GRANTING MOTION TO
1.) JOIN *EX PARTE* MOTION FOR SHORTENED NOTICE AND HEARING ON EMERGENCY JOINT MOTION OF APPLELLANTS JOHN P. QUINN, DENNIS TAUBITZ AND IRMA INDUSTRIUS TO INSTRUCT CLERK NOT TO REQUIRE COPIES OF DOCUMENTS LISTED IN DESIGNATIONS OF RECORD; AND
2.) JOIN REQUESTED ORDER GRANTING THE *EX PARTE* MOTION REFERENCED ABOVE.

IT IS ORDERED THAT:

Thomas J. Cipollone, Appellant, may join the *Ex Parte* Motion filed on December 13, 2014 (Docket #8707) by appellants John P. Quinn, Dennis Taubitz and Irma Industrious for shortened notice and decision without a hearing on the Emergency Joint Motion of appellants John P. Quinn, Dennis Taubitz and Irma Industrious to instruct Clerk not to Require Copies of Documents Listed in Designations of Record ("Motion to Instruct") and may join the requested Order granting the Ex *Parte* Motion referenced herein.

                                          Steven W. Rhodes
                                          United States Bankruptcy Judge