------------------------------------------------------- x
In re                                                   :   Chapter 9
                                                        :
                                                        :   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :
                                                        :   Hon. Steven W. Rhodes
                                    Debtor              :
------------------------------------------------------- x

## ORDER ALLOWING CLAIM NO. 7 OF DELL MARKETING, L.P. IN A REDUCED AMOUNT

This matter having come before the Court on the *Stipulation For Entry of Order Allowing Claim No. 7 Of Dell Marketing, L.P. in a Reduce Amount* (the "Stipulation"); Dell[1] having filed Claim No. 7 (the "Claim") in the above-captioned bankruptcy case; the parties having agreed that Claim No. 7 should be allowed as a general unsecured claim in a reduced amount; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. Claim No. 7 of Dell shall be allowed as a general unsecured claim in the amount of $6,354.98, which constitutes Dell's only pre-petition claim.

.

**Signed on December 17, 2014**

                                                                             /s/ Steven Rhodes
                                                                             **Steven Rhodes**
                                                                             **United States Bankruptcy Judge**

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.