UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re                                                  Chapter 9

City of Detroit, Michigan                              Case No. 13-53846

      Debtor                              Hon.: Steven W. Rhodes

Dennis Taubitz and Irma Industrious

      Appellants

v.

City of Detroit, Michigan,

      Appellee.

_____/

**CORRECTED
JOINT DESIGNATION OF THE CONTENTS OF THE RECORD AND
STATEMENT OF ISSUES ON APPEAL BY APPELLANTS
DENNIS TAUBITZ AND IRMA INDUSTRIOUS**

We are filing and serving this Designation and Statement in compliance with FED. R. Bnkr. P. 80009(a)(1). This Designation and Statement relate to the Joint Appeal we started by filing a Joint Notice of Appeal (Doc. No. 8465) on November 26, 2014.

**I.  DESIGNATION OF RECORD ON APPEAL**

| Item No. | Date Filed | Docket Number | Description |
|---|---|---|---|
| 1 | 7/18/13 | 0001 | Voluntary Petition for City of Detroit |
| 2 | 8/19/13 | 0446 | Objection to Debtor Eligibility filed by Dennis Taubitz |
| 3 | 8/23/13 | 0588 | Creditor Request for Response to Discovery filed by Dennis Taubitz |

1

| Item No. | Date Filed | Docket Number | Description |
| --- | --- | --- | --- |
| 4 | 9/18/13 | 0930 | Amended Objection to Debtor Eligibility for Chapter 9 Bankruptcy filed by Dennis Taubitz |
| 5 | 12/5/13 | 1945 | Opinion Regarding Eligibility |
| 6 | 2/21/14 | 2708 | Plans for the Adjustment of Debts of the City of Detroit |
| 7 | 2/21/14 | 2709 | Disclosure Statement with Respect to Plan for Adjustment of Debts of City of Detroit |
| 8 | 3/31/14 | 3380 | Amended Plan for Adjustment of Debts of the City of Detroit |
| 9 | 3/31/14 | 3382 | Amended Disclosure with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit |
| 10 | 3/31/14 | 3390 | John P. Quinn Objection to Disclosure Statement |
| 11 | 4/7/14 | 3844 | Objection to Debtor Amended Disclosure Statement filed by Dennis Taubitz |
| 12 | 4/7/14 | 3845 | Objection to Debtor Amended Plan of Adjustment filed by Dennis Taubitz |

| Item No. | Date Filed | Docket Number | Description |
|---|---|---|---|
| 13 | 4/7/14 | 3901 | Motion of Dennis Taubitz to Participate in Any Negotiations |
| 14 | 4/14/14 | 4077 | Amended Motion of Dennis Taubitz to Participate in any Negotiation |
| 15 | 4/15/14 | 4140 | Second Amended Plan for the Adjustment of Debts of the City Of Detroit |
| 15 | 4/16/14 | 4141 | Second Amended Disclosure Statement with Respect to Second Amended Plan for the Adjustment of Debts of the City of Detroit |
| 17 | 4/25/14 | 4271 | Third Amended Plan for the Adjustment of Debts of the City Of Detroit |
| 18 | 4/25/14 | 4272 | Third Amended Disclosure Statement with Respect to Second Amended Plan for the Adjustment of Debts of the City of Detroit |
| 19 | 4/30/14 | 4317 | Objection of Debtor to Dennis Taubitz Motion to Participate |

| Item No. | Date Filed | Docket Number | Description |
|---|---|---|---|
| 20 | 5/5/14 | 4391 | Fourth Amended Disclosure Statement with Respect to Second Amended Plan for the Adjustment of the debts of the City of Detroit |
| 21 | 5/5/14 | 4392 | Fourth Amended Plan for the Adjustment of the Debts of the City of Detroit |
| 22 | 5/10/14 | 4334 | Order Denying Amended Motion to Participate in Any Negotiations |
| 23 | 5/14/14 | 4789 | Objection to Chapter 9 Plan filed by Dennis Taubitz |
| 24 | 5/16/14 | 4895 | Objection to Chapter 9 Plan filed by Irma Industrious |
| 25 | 5/20/14 | 5118, 5119, 5120 | Motion to Reconsider to Participate in Any Negotiation and Request for Evidentiary Hearing |
| 26 | 5/23/14 | 5016 | Motion to Contest Debtor Notice of Non-Voting Status and to Hold Debtor Liable for its Misrepresentations filed by Irma Industrious |
| 27 | 5/26/14 | 5034 | Consolidated Reply to Certain Objections to Confirmation of Fourth Amended Plan for the Adjustment of Debts of the City Of Detroit |

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|

| No. | | | |
|---|---|---|---|
| 28 | 6/2/14 | 5165 | Dennis Taubitz Motion to Require Debtor to Reissue Proper and Correct Ballots |
| 29 | 6/25/14 | 5590 | Creditor Dennis Taubitz in Support and in Opposition to Motion of the General Retirement System of City to Designate and Determine Additional Legal Issues Regarding Methodology for ASF Recoupment |
| 30 | 7/1/14 | 5723 | John P Quinn's Objections to Fourth Amended Plan of Adjustment |
| 31 | 7/11/14 | 5971 | Supplemental Objection to Fourth Amended Chapter 9 Plan filed by Dennis Taubitz |
| 32 | 7/22/14 | 6197 | Joint Motions of Objecting Creditors Michael K. Karwoski And John P Quinn for Briefing Schedule and Hearing on Certain Of Movants Objections to Fourth Amended Plan Of Adjustment |
| 33 | 7/25/14 | 6257 | Fifth Amended Plan for the Adjustment of the Debts of the City of Detroit |
| 34 | 7/28/14 | 6379 | Corrected Fifth Amended Plan for the Adjustment of the Debts Of the City of Detroit |
| 35 | 8/4/14 | 6508 | Official Committee of Retirees Memorandum of Law in Support of Confirmation of Fifth Amended Plan for Adjustment Of Debts of the City of Detroit |

| Item No. | Date Filed | Docket Number | Description |
|---|---|---|---|
| 36 | 8/11/14 | 6629 | Objection to Fifth Amended Chapter 9 Plan filed by Dennis Taubitz |
| 37 | 8/11/14 | 6630 | Objection to Fifth Amended Chapter 9 Plan filed by Irma Industrious |
| 38 | 8/18/14 | 6802 | Motion to Participate in Confirmation Hearing filed by Irma Industrious |
| 39 | 8/18/14 | 6807 | Dennis Taubitz Motion to Participate in Confirmation Hearing |
| 40 | 8/20/14 | 6896 | Order Denying Motion of Dennis Taubitz and Irma Industrious to Participate in Confirmation Hearing |
| 41 | 8/20/14 | 6908 | Sixth Amended Plan for the Adjustment of Debts of the City Of Detroit |
| 42 | 9/2/14 | 7222 | Joint Trial Brief of Creditors Dennis Taubitz and Irma Industrious |
| 43 | 9/15/14 | 7303 | Consolidated Response to Certain Pro Se Objections to Confirmation of the Sixth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 44 | 9/12/14 | 7443 | Creditor Submission of Witness List by Irma Industrious |

| Item No. | Date Filed | Docket Number | Description |
|---|---|---|---|
| 45 | 9/16/14 | 7502 | Seventh Amended Chapter 9 Plan for the Adjustment of Debts of the City of Detroit |
| 46 | 10/17/14 | 7995 | Third order Admitting Exhibits |
| 47 | 10/21/14 | 8029 | Notice of Filing of Draft Eight Amended Plan for the Adjustment of the Debts of the City of Detroit |
| 48 | 10/22/14 | 8045 | Eight Amended Plan for the Adjustment of the Debts Of the City of Detroit |
| 49 | 10/31/14 | 8154 | Notice of Filing Proposed Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit including Attached proposed order |
| 50 | 11/11/14 | 8249 | Notice of Filing Revised Proposed Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit including attached proposed order |
| 51 | 11/12/14 | 8272 | Order Confirming Eighth Amended Plan of Adjustment of Debts of the City of Detroit |
| 52 | 11/21/14 | 8369 | john P. Quinn's Notice of Appeal from Order Confirming Eighth Amended Plan of Adjustment |
| 53 | 11/24/14 | 8413 | John P. Quinn's Motion for Partial Stay Pending Appeal |

| Item No. | Date Filed | Docket Number | Description |
|---|---|---|---|
| 54 | 11/24/14 | 8429 | Joint Motion of Creditors Dennis Taubitz and Irma Industrious to Join John Quinn's Motion for a Partial Stay Pending Appeal |
| 55 | 11/26/14 | 8465 | Joint Notice of Dennis Taubitz and Irma Industrious of Appeal from Order Confirming Eighth Amended Plan |
| 56 | 11/26/14 | 8489 | State of Michigan's Consolidated Response in Opposition To Motions to Stay Confirmation Order Pending Appeal |
| 57 | 11/26/14 | 8496 | City of Detroit's Consolidated objections to Appelants Motion For Stay Pending Appeal |
| 58 | 12/1/14 | 8533 | Order Denying Motions for Stay Pending Appeal |
| 59 | 6/3/14 | 5196 | Order Denying Motion to Require Debtor to Reissue Proper and Correct Ballots |
| 60 | 12/15/14 | 8721 | Opinion on Confirmation of Eighth amended Plan for the Adjustment of Debts of the City of Detroit |

We reserve the right to supplement or amend this Designation of Record on Appeal.

## II STATEMENT OF ISSUES ON APPEAL

We intend to raise the following issues on appeal:

8

1. Did the Bankruptcy Court err as a matter of law by deeming the Debtor eligible for Chapter 9 Bankruptcy?

2. Did the Bankruptcy Court err as matter of law by confirming the Eight Amended Plan for the Adjustment of Debts of the City of Detroit (Plan) even though by attempting to impose the Annuity Savings Fund (ASF) Recoupment on claims whose retiree holders have not individually agreed to its application to their claims, the plan imposes non-consensual less favorable treatment on these claims in Class 11, in violation of 11 U.S.C. § 1123(a)(4)?

3. Did the Bankruptcy Court err as a matter of law by confirming the Plan even though it purports to adjust not only the Debtor's liability if any on the claims included in Class 11 but also the liability of the General Retirement System (GRS) which is not a debtor in this case on these claims, in violation of 1 U.S.C. § 941?

4. Did the Bankruptcy Court err as a matter of law by directing GRS to act as an agent of the City in deducting the Annuity Savings Fund Excess Amount from the Annuity Savings Fund account of each ASF current participant?

5. Did the Bankruptcy Court err as a matter of law by relieving GRS, which is not a debtor in this case, from liability for deducting the Annuity Savings Fund Excess Amount from the Annuity Savings Fund Account of each ASF Current Participant?

6. Did the Bankruptcy Court err as a matter of law by relieving GRS, which is not a debtor in this case , from liability for deducting monthly annuity amounts from certain ASF Distribution Recipients' monthly pension checks?

7. Did the Bankruptcy Court err as a matter of law by enjoining all individuals affected by the ASF recoupment from commencing any proceedings against the GRS and its trustees, officers, employees or professionals, none of whom are debtors in this case, arising from GRS's compliance with the Plan or Order Confirming Eight Amended Plan for the Adjustment of Debts of the City of Detroit?

8. Did the Bankruptcy Court err as a matter of law by allowing Class II to be composed of parties with separate and different competitive interests?

9. Did the Bankruptcy Court err as a matter of law by confirming the 8th Amended Plan of Adjustment of the Debts of the City of Detroit, in violation of the Michigan Constitution, 11 U.S.C. § 943(4) and 11 U.S.C § 943 (b)(3).

10. Did the Bankruptcy Court err as a matter of law by allowing Debtor to present to Creditors a Plan that failed to disclose that Debtor sought to impose an arbitrary 6 .75% interest on the monthly ASF Recoupment that Debtor sought?

11. Did the Bankruptcy Court err as a matter of law by refusing pro se creditors the ability to participate in the eligibility trial, settlements, negotiations and the Confirmation Hearing?

12. Does each of the aforementioned errors one through 11 committed by the Bankruptcy Court constitute reversible error?

In the course of discussing these issues, we may address related issues and subissues. We reserve the right to raise additional issues and to supplement or amend this Statement.

Respectfully submitted,

/s/ Dennis Taubitz

/s/ Irma Industrious

Dennis Taubitz
Irma Industrious
In Pro Per
Creditors
6002 Diamond Ruby – Suite 3
PMB 255
Christiansted, St. Croix, V.I. 00820
(313) 271-9842/ (340) 332-0006
iindustrious@yahoo.com

Dated: December 17, 2014

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In re** | **Chapter 9** |
| **City of Detroit, Michigan** | **Case No. 13-53846** |
| **Debtor** | **Hon.: Steven W. Rhodes** |
| **Dennis Taubitz and Irma Industrious** | |
| **Appellants** | |
| **v.** | |
| **City of Detroit, Michigan,** | |
| **Appellee.** | |

_____/

**CERTIFICATE OF SERVICE**

We certify that on December 17, 2014, we filed the aforementioned document with the Clerk of the Court pursuant to the Court Electronic Filing System (ECF), we understand that by utilizing ECF, service on all persons entitled to service in this action is effected.

/s/ Dennis Taubitz

/s/ Irma Industrious

Dennis Taubitz
Irma Industrious
In Pro Per
Creditors
6002 Diamond Ruby – Suite 3
PMB 255
Christiansted, St. Croix, V.I. 00820
(313) 271-9842/ (340) 332-0006
iindustrious@yahoo.com

Dated: December 17, 2014