UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED (I)

2014 APR -7 P 1:50

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re
City of Detroit,
        Debtor
_____/

Chapter 9
Case No. 13-53846
Hon.: Steven W. Rhodes

## OBJECTIONS TO DEBTOR AMENDED DISCLOSURE STATEMENT

1. Creditor Objects as the Debtor filed an Amended Disclosure Statement according to the newspaper, and has failed to provide a copy to this creditor and apparently all Creditors that do not own a computer.
This lack of due process has been Debtor's lame plan from the beginning, and has been facilitated by this Court, and its blatant disregard to the due process rights of the Creditor.

2. Debtor has committed fraud upon the Court. The Debtor claims that the Retiree Committee represents all retirees. Further Debtor claims that the retiree agreed to be represented by the Retiree Committee. These statements are false, and Debtor's Counsel know that they are false. These statements constitute fraud upon the Court.

3. Further, Debtor neglects to disclose all of its assets. Again, Debtor's conduct constitutes fraud and denial of due process.

4. Debtor has failed to respond to Creditor's request for additional information regarding their original disclosure statement, a continuing pattern of Debtor and Debtor's Counsel engaging in fraud and denying due process.

WHEREFORE, based on the foregoing, this Creditor respectfully Objects to Debtor's Disclosure Statements.

Respectfully submitted,

*[signature: Dennis Taubitz]*

Dennis Taubitz
In Pro Per
Creditor
3051 Lindenwood Drive
Dearborn, MI 48120
(313) 632-9150