UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

        Debtor.
_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

John P. Quinn,

        Appellant,

v.

City of Detroit, Michigan,

        Appellee.
_____/

AFFIDAVIT OF JOHN P. QUINN

I, John P. Quinn, aver that:

1. I intend to deliver this affidavit to the Intake Office of the Clerk of the United States Bankruptcy Court for the Eastern District of Michigan along with a flash-drive.

2. The flash drive referred to in paragraph 1 contains *.pdf copies of all the documents listed in the Designation of the Contents of the Record included in Appellant John P. Quinn's Designation of the Contents of the Record and Statement of Issues on Appeal (Docket No. 8574, 12/4/14), except the document listed as Item 36 and described as "Opinion on Confirmation of Eighth Amended Plan for the Adjustment of Debts of the City of Detroit." I am unable to include a copy of the latter document because, so far as I know, it does not yet exist. Specifically, the flash drive contains *.pdf copies of the documents listed in the following table:

| Item No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 1 | 7/18/13 | 0001 | Voluntary Petition for City of Detroit, Michigan |
| 2 | 12/5/13 | 1945 | *Opinion Regarding Eligibility* |
| 3 | 2/21/14 | 2708 | Plan for the Adjustment of Debts of the City of Detroit |
| 4 | 2/21/14 | 2709 | Disclosure Statement with Respect to Plan for the Adjustment of the Debts of the City of Detroit |
| 5 | 3/31/14 | 3380 | Amended Plan for the Adjustment of Debts of the City of Detroit |
| 6 | 3/31/14 | 3382 | Amended Disclosure with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit |
| 7 | 3/31/14 | 3390 | *John P. Quinn's Objections to Disclosure Statement* |
| 8 | 3/31/14 | 3392 | Appearance of John P. Quinn on his Own Behalf and Consent to Electronic Service |
| 9 | 4/15/14 | 4140 | Second Amended Plan for the Adjustment of Debts of the City of Detroit |
| 10 | 4/16/14 | 4141 | Second Amended Disclosure Statement with Respect to Second Amended Plan for the Adjustment of Debts of the City of Detroit |
| 11 | 4/25/14 | 4271 | Third Amended Plan for the Adjustment of Debts of the City of Detroit |
| 12 | 4/25/14 | 4272 | Third Amended Disclosure Statement with Respect to Second Amended Plan for the Adjustment of Debts of the City of Detroit |
| 13 | 5/5/14 | 4391 | *Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment if the Debts of the City of Detroit* |
| 14 | 5/5/14 | 4392 | Fourth Amended Plan for the Adjustment if the Debts of the City of Detroit |
| 15 | 5/26/14 | 5034 | Consolidated Reply to Certain Objections to Confirmation of Fourth Amended Plan for the Adjustment of Debts of the City of Detroit |

| Item No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 16 | 5/27/14 | 5049 | John P. Quinn's Attempted Compliance with Order Regarding Identifying Legal Issues Relating to Confirmation |
| 17 | 7/1/14 | 5723 | John P. Quinn's Objections to Fourth Amended Plan of Adjustment |
| 18 | 7/22/14 | 6197 | Joint Motion of Objecting Creditors Michael J. Karwoski and John P. Quinn for Briefing Schedule and Hearing on Certain of Movants' Objections to Fourth Amended Plan of Adjustment |
| 19 | 7/25/14 | 6257 | Fifth Amended Plan for the Adjustment if the Debts of the City of Detroit |
| 20 | 7/28/14 | 6379 | Corrected Fifth Amended Plan for the Adjustment of the Debts of the City of Detroit |
| 21 | 8/4/14 | 6508 | Official Committee of Retirees' Memorandum of Law in Support of Confirmation of Fifth Amended Plan for Adjustment of Debts Filed by the City of Detroit, Michigan |
| 22 | 8/20/14 | 6908 | Sixth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 23 | 9/5/14 | 7303 | Consolidated Response to Certain Pro Se Objections to Confirmation of the Sixth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 24 | 9/16/14 | 7502 | Seventh Amended Chapter 9 Plan for the Adjustment of Debts of the City of Detroit |
| 25 | 10/17/14 | 7995 | Third Order Admitting Exhibits |
| 26 | 10/21/14 | 8029 | Notice of Filing of Draft Eight Amended Plan for the Adjustment of the Debts of the City of Detroit, |
| 27 | 10/22/14 | 8045 | Eighth Amended Plan for the Adjustment of the Debts of the City of Detroit |
| 28 | 10/31/14 | 8154 | Notice of Filing Proposed Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit, including attached proposed order |

13-53846-tjt    Doc 8849    Filed 12/17/14    Entered 12/17/14 14:51:29    Page 3 of 4

| Item No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 29 | 11/11/14 | 8249 | Notice of Filing Revised Proposed Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit, including attached proposed order |
| 30 | 11/12/14 | 8272 | Order Confirming Eighth Amended Plan of Adjustment of Debts of the City of Detroit |
| 31 | 11/21/14 | 8369 | John P. Quinn's Notice of Appeal from Order Confirming Eighth Amended Plan of Adjustment |
| 32 | 11/24/14 | 8413 | John P. Quinn's Motion for Partial Stay Pending Appeal |
| 33 | 11/26/14 | 8489 | State of Michigan's Consolidated Response in Opposition to Motions to Stay Confirmation Order Pending Appeal |
| 34 | 11/26/14 | 8496 | City of Detroit's Consolidated Objection to Appellants' Motions for Stay Pending Appeal |
| 35 | 12/1/14 | 8533 | Order Denying Motions for Stay Pending Appeal |

3. In preparing the flash drive referred to in paragraphs 1 and 2 I have exercised and I will continue to exercise reasonable care to assure that it will be free of any virus or other malicious software when delivered to the Intake Office.

_John P. Quinn_
John P. Quinn
2003 Military Street
Detroit, MI 48209
(313) 673-9543
quinjohn@umich.edu

Subscribed and sworn or affirmed before me this 16th day of December, 2014.

_Lisa S Huckleby_
Notary Public, WAYNE County, MI
Acting in Wayne County
My commission expires May 27, 2020

LISA S HUCKLEBY
Notary Public - Michigan
Wayne County
My Commission Expires May 27, 2020
Acting in the County of WAYNE