UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
CITY OF DETROIT, MICHIGAN
    Debtor,
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

William M. Davis,
    Appellant,
v.

City of Detroit, Michigan,
    Appellee.
_____/

## AFFIDAVIT OF WILLIAM M. DAVIS

I, William M. Davis aver that:

1. I have delivered this affidavit to the Intake Office of the Clerk of the United States Bankruptcy Court for the Eastern District of Michigan along with a flash-drive.

2. The flash drive referred to in paragraph 1 contains *pdf copies of all the documents listed in the Designation of the Contents of the Record included in Appellant William M. Davis and Detroit Active and Retired Employee Association (DAREA) as listed Designation of the Contents of the Record and Statement of Issues on Appeal (Docket No. 8693, 12/10/2014). Specifically, the flash drive contains *.pdf copies of the

Page 1

documents listed in the following DESIGNATION OF RECORD ON APPEAL:

| Item No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 1 | 7/18/2013 | 0001 | Voluntary Petition for City of Detroit, Michigan |
| 2 | 12/5/2013 | 1945 | Opinion Regarding Eligibility |
| 3 | 2/21/2014 | 2708 | Plan for the Adjustment of Debts of the City of Detroit |
| 4 | 2/21/2014 | 2709 | Disclosure Statement with Respect to the Adjustment of Debts of the City of Detroit |
| 5 | 3/6/2014 | 2872 | Yvonne Williams Jones Objection to violates of State of Michigan Constitution |
| 6 | 3/31/2014 | 3380 | Amended Plan for the Adjustment of Debts of the City of Detroit |
| 7 | 3/31/2014 | 3382 | Amended Disclosure with Respect to Amended Plan for the Adjustment of Debts of City of Detroit |
| 8 | 3/31/2014 | 3390 | John P. Quinn Objection to Disclosure Statement |
| 9 | 4/1/2014 | 3706 | Jesse J. Florence, Sr. Objection to Plan of Adjustment impact of Health Care cuts to Retirees |
| 10 | 4/1/2014 | 3515 | Amru Meah, Objection to Plan of Adjustment of Debts, Health Care cuts to Retirees |
| 11 | 4/15/2014 | 4140 | Second Amended Plan for the Adjustment of Debts of the City of Detroit |
| 12 | 4/16/2014 | 4141 | Second Amended Disclosure Statement with Respect to Second Amended for the Adjustment of Debts if the City of Detroit |
| 13 | 4/25/2014 | 4271 | Third Amended Plan for the Adjustment of Debts of the City of Detroit |
| 14 | 4/25/2014 | 4272 | Third Amended Disclosure Statement with Respect to 2nd Amended Plan for the Adjustment of Debts of the City of Detroit |
| 15 | 5/5/2014 | 4391 | 4th Amended Disclosure Statement with respect to 4th Amended Plan for the Adjustment of the Debts for the City of Detroit |
| 16 | 5/5/2014 | 4392 | 4th Amended Plan of the Adjustment of the Debts of the City of Detroit |
| 17 | 5/26/2014 | 5034 | Consolidated reply to certain Objections to Confirmation of Fourth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 18 | 5/27/2014 | 5049 | John P. Quinn's Attempted Compliance with Order Regarding identifying Legal issues relating to Confirmation |
| 19 | 6/27/2014 | 5659 | William M. Davis, Objection to City of Detroit Plan of Adjustment, Recoupment of ASF Interest & Impacts African-America retirees |
| 20 | 7/1/2014 | 5723 | John P. Quinn's Objections to 4th Amended Plan of Adjustment of Debts |
| 21 | 7/10/2014 | 5909 | Objection to Plan of Adjustment for Adjusting Pensions |

| | | | |
|---|---|---|---|
| 22 | 7/11/2014 | 5945 | Objection to Plan of Adjustment of Debts of the City of Detroit, and the effect it have on Detroit Retirees |
| 23 | 7/22/2014 | 6197 | Joint Motion of Objecting Creditors Michael J. Karwoski and John P. Quinn for briefing schedule and hearing on certain of Movants. Objections to 4th Amended Plan of Adjustment |
| 24 | 7/25/2014 | 6257 | 5th Amended Plan for the Adjustment of the Debts of the City of Detroit |
| 25 | 7/28/2014 | 6379 | Corrected 5th Amended Plan for the Adjustment of the Debts of the City of Detroit |
| 26 | 8/4/2014 | 6508 | Official Committee of Retirees" Memorandum of Law in support of Confirmation of Fifth Amended Plan for Adjustment of Debts Filed by the City of Detroit, MI |
| 27 | 8/18/2014 | 6864 | Yvonne Williams Jones and Cecily McClellan, Motion to object to 5th Amendment Plan and all corrections, as relates to funding level of pension fund. |
| 28 | 8/20/2014 | 6908 | Six Amended Plan for the Adjustment of Debts of the City of Detroit |
| 29 | 9/5/2014 | 7303 | Consolidated Response to Certain Pro Se Objections to Confirmation of the sixth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 30 | 9/16/2014 | 7502 | 7th Amended Chapter 9 Plan for the Adjustment of Debts of the City of Detroit |
| 31 | 10/17/2014 | 7995 | Third Order Admitting Exhibits |
| 32 | 10/22/2014 | 8045 | Eighth Amended Plan for the Adjustment of the Debts of the City of Detroit |
| 33 | 10/24/2014 | 8109 | William Davis Objection to Eighth Amended Plan of Adjustment of Debts of the City of Detroit, discriminates against African-American |
| 34 | 10/24/2014 | 8108 | William Davis Objection to Eighth Amended Plan of Adjustment of Debts of the City of Detroit, violates the Protection of Public Pensions under State of Michigan Constitution |
| 35 | 10/31/2014 | 8145 | Notice of Filing Proposed Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit, including attached proposed order |
| 36 | 11/11/2014 | 8249 | Notice of Filing Revised Proposed Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit, including attached proposed order |
| 37 | 11/12/2014 | 8272 | Order Confirming Eighth Amended Plan of Adjustment of Debts of the City of Detroit |
| 38 | 11/24/2014 | 8413 | John P. Quinn's Motion for Partial Stay Pending Appeal |
| 39 | 11/26/2014 | 8489 | State of Michigan's Consolidated Response in Opposition to Motions to Stay Confirmation Order Pending Appeal |
| 40 | 11/26/2014 | 8496 | City of Detroit's Consolidated Objection to Appellants' Motions for Stay Pending Appeal |
| 41 | 11/26/2014 | 8474 | William M. Davis and the attached list of additional appellants, Notice of Appeal to Confirmation of Plan of Adjustment |
| 42 | 12/1/2014 | 8533 | Order Denying Motions for Stay Pending Appeal |

3. In preparing the flash drive referred to in paragraphs 1 and 2 above, I have exercised and I will continue to exercise reasonable care to assure that it will be free of any virus or other malicious software when .

*William M. Davis*
William M. Davis
9203 Littlefield
Detroit, Michigan 48228
313-622-6430
Montybill86@yahoo.com

Subscribed and sworn or affirmed before me this 17th of December, 2014.

*Rose L. Pompeo*
Notary Public, WAYNE County, MI

Acting in Wayne County

My commission expires 11-13-2018

ROSE L. POMPEO
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires Nov. 13, 2018
Acting in the County of Wayne