In re

CITY OF DETROIT, MICHIGAN,

        Debtor.
_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

Thomas J. Cipollone,

        Appellant.

v.

City of Detroit, Michigan,

        Appellee.
_____/

## AFFIDAVIT OF THOMAS J. CIPOLLONE

I, Thomas J. Cipollone, aver that:

1. I intend to deliver this affidavit to the Intake Office of the Clerk of the Court of the United States Bankruptcy Court for the Eastern District of Michigan with a flash-drive.

2. The flash-drive referred to in paragraph 1 contains *pdf copies of all the documents listed in the Designation of the Contents of the Record and Statement of Issues on Appeal (Docket No. 8643, 12/10/14), except the document listed as item 38 and described as "Opinion on Confirmation of Eighth Amended Plan for the Adjustment of Debts of the City of Detroit." I am

–1–

unable to include a copy of the latter documents because, so far as I know, it does not yet exist. Specifically, the flash-drive contains *pdf copies of the documents listed in the following table:

I. DESIGNATION OF RECORD ON APPEAL.

| Item No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 1 | 7/18/13 | 0001 | Voluntary Petition for City of Detroit, Michigan |
| 2 | 12/5/13 | 1945 | Opinion Regarding Eligibility |
| 3 | 2/21/14 | 2708 | Plan for the Adjustment of Debts of the City of Detroit |
| 4 | 2/21/14 | 2709 | Disclosure Statement with Respect to Plan for the Adjustment of the Debts of the City of Detroit |
| 5 | 3/31/14 | 3380 | Amended Plan for the Adjustment of Debts of the City of Detroit |
| 6 | 3/31/14 | 3382 | Amended Disclosure with Respect to Amended Plan for the Adjustment of Debts of the City of Detroit |
| 7 | 3/31/14 | 3390 | John P. Quinn's Objections to Disclosure Statement |
| 8 | 3/31/14 | 3392 | Appearance of John P. Quinn on his Own Behalf and Consent to Electronic Service |
| 9 | 4/15/14 | 4140 | Second Amended Plan for the Adjustment of Debts of the City of Detroit |
| 10 | 4/16/14 | 4141 | Second Amended Disclosure Statement with Respect to Second Amended Plan for the Adjustment of Debts of the City of Detroit |
| 11 | 4/25/14 | 4271 | Third Amended Plan for the Adjustment of Debts of the City of Detroit |
| 12 | 4/25/14 | 4272 | Third Amended Disclosure Statement with Respect to Second Amended Plan for the Adjustment of Debts of the City of Detroit |
| 13 | 5/5/14 | 4391 | Fourth Amended Disclosure Statement with Respect to Fourth Amended Plan for the Adjustment if the |

| Item No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| | | | Debts of the City of Detroit |
| 14 | 5/5/14 | 4392 | Fourth Amended Plan for the Adjustment if the Debts of the City of Detroit |
| 15 | 5/26/14 | 5034 | Consolidated Reply to Certain Objections to Confirmation of Fourth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 16 | 5/27/14 | 5049 | John P. Quinn's Attempted Compliance with Order Regarding Identifying Legal Issues Relating to Confirmation |
| 17 | 7/1/14 | 5723 | John P. Quinn's Objections to Fourth Amended Plan of Adjustment |
| 18 | 7/11/14 | 5949 | Thomas J. Cipollone's Objections to Fourth Amended Plan of Adjustment |
| 19 | 7/22/14 | 6197 | Joint Motion of Objecting Creditors Michael J. Karwoski and John P. Quinn for Briefing Schedule and Hearing on Certain of Movants' Objections to Fourth Amended Plan of Adjustment |
| 20 | 7/25/14 | 6257 | Fifth Amended Plan for the Adjustment if the Debts of the City of Detroit |
| 21 | 7/28/14 | 6379 | Corrected Fifth Amended Plan for the Adjustment of the Debts of the City of Detroit |
| 22 | 8/4/14 | 6508 | Official Committee of Retirees' Memorandum of Law in Support of Confirmation of Fifth Amended Plan for Adjustment of Debts Filed by the City of Detroit, Michigan |
| 23 | 8/20/14 | 6908 | Sixth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 24 | 9/5/14 | 7303 | Consolidated Response to Certain *Pro Se* Objections to Confirmation of the Sixth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 25 | 9/16/14 | 7502 | Seventh Amended Chapter 9 Plan for the Adjustment of Debts of the City of Detroit |

| Item No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 26 | 10/17/14 | 7995 | Third Order Admitting Exhibits including Exhibit containing Annuity Information from GRS Informational Meeting |
| 27 | 10/21/14 | 8029 | Notice of Filing of Draft Eight Amended Plan for the Adjustment of the Debts of the City of Detroit, |
| 28 | 10/22/14 | 8045 | Eighth Amended Plan for the Adjustment of the Debts of the City of Detroit |
| 29 | 10/31/14 | 8154 | Notice of Filing Proposed Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit, including attached proposed order |
| 30 | 11/11/14 | 8249 | Notice of Filing Revised Proposed Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit, including attached proposed order |
| 31 | 11/12/14 | 8272 | Order Confirming Eighth Amended Plan of Adjustment of Debts of the City of Detroit |
| 32 | 11/21/14 | 8369 | John P. Quinn's Notice of Appeal from Order Confirming Eighth Amended Plan of Adjustment |
| 33 | 11/24/14 | 8413 | John P. Quinn's Motion for Partial Stay Pending Appeal |
| 34 | 11/25/14 | 8462 | Thomas J. Cipollone's Notice of Appeal from Order Confirming Eighth Amended Plan of Adjustment |
| 35 | 11/26/14 | 8489 | State of Michigan's Consolidated Response in Opposition to Motions to Stay Confirmation Order Pending Appeal |
| 36 | 11/26/14 | 8496 | City of Detroit's Consolidated Objection to Appellants' Motions for Stay Pending Appeal |
| 37 | 12/1/14 | 8533 | Order Denying Motions for Stay Pending Appeal |
| 38 | Not yet entered. | Not yet docketed | Opinion on Confirmation of Eighth Amended Plan for the Adjustment of Debts of the City of Detroit |

3. In preparing the flash-drive referred to in paragraphs 1 and 2, I have exercised and will continue to exercise reasonable care to assure that it will be free of any virus or other malicious software when delivered to the Intake Office.

*Thomas J. Cipollone*
Thomas J. Cipollone
49850 Joy Road
Plymouth, Michigan 48170
(313) 582-1898
cipollonet@yahoo.com

Subscribed and Sworn or affirmed before me this 17th day of December, 2014.

*Myria Ross*
Notary Public, Wayne County, Michigan
My commission expires: 9-3-2018

MYRIA ROSS
Notary Public, State of Michigan
County of Wayne
My Commission Expires Sep. 03, 2018
Acting in the County of Wayne

## CERTIFICATE OF SERVICE

I certify that on December 17, 2014, I am filing a hard copy of the above document and the flash-drive with the Clerk of the Court. I understand the Clerk will promptly scan that hard copy and flash-drive and file the resulting pdf version using ECF, thus effecting service on all persons entitled to service in this action.

*Thomas J. Cipollone*
Thomas J. Cipollone
49850 Joy Road
Plymouth, Michigan 48170
(313) 582-1898
cipollonet@yahoo.com

Dated: December 17, 2014

—5—