Docket #4334  Date Filed: 4/30/2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9
City of Detroit, Michigan,                                Case No. 13-53846
    Debtor.                                      Hon. Steven W. Rhodes
_____/

### Order Denying Amended Motion to Participate in Any Negotiations

On April 14, 2014, Dennis Taubitz filed an amended motion to participate in any negotiations (Dkt. #4077). The Court finds that cause has not been shown which would warrant the granting of the motion. Accordingly, the motion is denied.

.

**Signed on April 30, 2014**

                                                            /s/ Steven Rhodes
                                                            **Steven Rhodes**
                                                            **United States Bankruptcy Judge**