Docket #4789 Date Filed: 5/14/2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
City of Detroit, Michigan
    Debtor
_____/

Chapter 9
Case No. 13-53846
Hon.: Steven W. Rhodes

**CREDITOR OBJECTION TO THE FOURTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

NOW COMES, Creditor Dennis Taubitz in pro per and for his Objection to the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit states as follows:

Creditor notes that Debtor mailed a copy of the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit as creditor does not own a computer. Creditor further notes that the Copy of the Fourth Amended Plan of Adjustment did not arrive until May 8, 2014.

1. Objection. Debtor has failed to liquidate many major assets.

2. Objection. Debtor seeks to impair creditors while continuing to spend on itself and enrich itself.

3. Objection. Debtor seeks to dispose of a major asset, the Detroit Institute of Arts art collection for far less than the value of said art collection to the detriment of the creditors.

4. Objection. Debtor's claim of an investment return assumption of 6.75% is not justified.

5. Objection. Debtor's Annuity Savings Recoupment has no basis in law and is barred as it seeks to go beyond the 90 days allowed by the United States Bankruptcy Code.

6. Objection. Further Debtor's Annuity Savings recoupment is barred by the statute of limitations.

1

7. Objection. Debtor's Plan of Adjustment is not confirmable. Section 943 requires that a Chapter 9 Plan of Adjustment conform to State law. Debtor's Plan does not conform to State law as it seeks to impair accrued financial benefits that are guaranteed by the State of Michigan's Constitution.

Creditor incorporates the objections of all other creditors to Debtor's Fourth Amended Plan of Adjustment of Debts of the City of Detroit.

Further, Creditor incorporates by reference all objections that creditor filed to the previous Plan of Adjustments filed by the Debtor.

WHEREFORE, based on the foregoing, this Creditor respectfully objects to the Debtor's Fourth Amended Plan for the Adjustment of Debts of the City of Detroit.

Respectfully submitted,

Dennis Taubitz
In Pro Per
Creditor
3051 Lindenwood Drive,
Dearborn, MI 48120
(313) 632-9150

2

13-53846-swr   Doc 8864   Filed 12/17/14   Entered 12/17/14 17:57:05   Page 2 of 3
13-53846-swr   Doc 4789   Filed 05/14/14   Entered 05/14/14 15:45:41   Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

City of Detroit Michigan
            Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

## PROOF OF SERVICE

I hereby certify that on MAY 13, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: Creditor objection to the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit

2. Served upon [name and address of each person served]:

   Bruce Bennett
   Jones Day
   555 South Flower Street
   Fiftieth Floor
   Los Angeles, CA
   90071

   FILED (I) 2014 MAY 14 P 3:32 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

3. By First Class Mail.

Dated: MAY 13, 2014

_Dennis Taubitz_
(Signature of Debtor)

Print Name: Dennis Taubitz

_____
(Signature of Co-Debtor)

Print Name: _____