UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
City of Detroit, Michigan
    Debtor
_____/

Chapter 9
Case No. 13-53846
Hon.: Steven W. Rhodes

## CREDITOR OBJECTION TO THE FOURTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

NOW COMES, Creditor Irma Industrious in pro per and for his Objection to the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit states as follows:

Creditor notes that Debtor has not provided her with a written hard copy of the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit.

1. Objection. Debtor has failed to liquidate many major assets.

2. Objection. Debtor seeks to impair creditors while continuing to spend on itself and enrich itself.

3. Objection. Debtor seeks to dispose of a major asset, the Detroit Institute of Arts art collection for far less than the value of said art collection to the detriment of the creditors.

4. Objection. Debtor's claim of an investment return assumption of 6.75% is not justified.

5. Objection. Debtor's Annuity Savings Recoupment has no basis in law and is barred as it seeks to go beyond the 90 days allowed by the United States Bankruptcy Code.

6. Objection. Further Debtor's Annuity Savings recoupment is barred by the statute of limitations.

7. Objection. Debtor's Plan of Adjustment is not confirmable. Section 943 requires that a Chapter 9 Plan of Adjustment conform to State law. Debtor's Plan does not conform to

State law as it seeks to impair accrued financial benefits that are guaranteed by the State of Michigan's Constitution.

Creditor incorporates the objections of all other creditors to Debtor's Fourth Amended Plan of Adjustment of Debts of the City of Detroit.

WHEREFORE, based on the foregoing, this Creditor respectfully objects to the Debtor's Fourth Amended Plan for the Adjustment of Debts of the City of Detroit.

Respectfully submitted,

_____
Irma Industrious
In Pro Per
Creditor
3051 Lindenwood Drive,
Dearborn, MI 48120
(313) 460-4731

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

Debtor.
_____/

## PROOF OF SERVICE

I hereby certify that on  May 15, 2014  (date of mailing), I served copies as follows:

1. Document(s) served: Creditor Objection to the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit

2. Served upon [name and address of each person served]:

    Heather Lennox
    Jones Day
    North Point
    901 Lakeside Ave.
    Cleveland, OH. 44114

3. By First Class Mail.

Dated: May 15, 2014

(Signature of ~~Debtor~~) Creditor

Print Name: Irma Industrious

_____
(Signature of Co-Debtor)

Print Name: _____