UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (I)

IN RE:

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

City of Detroit, Debtor.

FILED
2014 MAY 28
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

## PROOF OF SERVICE

I hereby certify that on MAY 28, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: Motion for Reconsideration of Creditor's Motion to Participate in any Negotiations and Request for Evidentiary Hearing
   Notice of Motion
   Order

2. Served upon [name and address of each person served]:

   Heather Lennox
   Bruce Bennett
   Jones Day
   555 South Flower
   Fiftieth Floor
   Los Angeles, CA
   90071

   Sam J. Alberts
   Dentons US LLP
   1301 K Street NW
   Suite 660 East Tower
   Washington, DC
   20005

3. By First Class Mail.

Dated: MAY 28, 2014

(Signature of Debtor) Creditor

Print Name: Dennis Taubitz

(Signature of Co-Debtor)

Print Name: _____