UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2014 AUG 11 A 10: 34
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

In re                                    Chapter 9
City of Detroit, Michigan                Case No. 13-53846
     Debtor                           Hon.: Steven W. Rhodes
_____/

**CREDITOR OBJECTION TO THE FIFTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

NOW COMES, Creditor Dennis Taubitz in pro per and for his Objection to the Fifth Amended Plan for the Adjustment of Debts of the City of Detroit states as follows:

Creditor notes that he did not receive a copy of the Fifth Amended Plan for the Adjustment of Debts of the City of Detroit in violation of his due process rights.

Debtor's Plan of Adjustment is not confirmable. Section 943 requires that a Chapter 9 Plan of Adjustment conform to State law. Debtor's Plan does not conform to State law as it seeks to impair accrued financial benefits that are guaranteed by the State of Michigan's Constitution.

Creditor incorporates the objections of all other creditors to Debtor's Fifth Amended Plan of Adjustment of Debts of the City of Detroit.

Further, Creditor incorporates by reference all objections that Creditor filed to the previous Plan of Adjustments filed by the Debtor.

Creditor restates all of the objections filed to the Debtor's prior Plans of Adjustment. Creditor notes that Creditor did not vote on this Plan of Adjustment and Debtor has failed to provide ballots to vote on the Fifth Amended Plan of Adjustment.

Further, Creditor objects to any additional Plan of Adjustment to be filed by the Debtor.

WHEREFORE, based on the foregoing, this Creditor respectfully objects to the Debtor's Fifth Amended Plan for the Adjustment of Debts of the City of Detroit.

Respectfully submitted,

_____
Dennis Taubitz
In Pro Per
Creditor
3051 Lindenwood Drive,
Dearborn, MI 48120
(313) 632-9150

2

13-53846-tjwr Doc 8866-3   Filed 08/17/14   Entered 08/17/14 18:16:55   Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

City of Detroit    Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven Rhodes

## PROOF OF SERVICE

I hereby certify that on August 11, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: ① Creditor Objection to the Fifth Amended Plan for the Adjustment of Debts of the City of Detroit.

    ② Proof of Service

2. Served upon [name and address of each person served]:

    Heather Lennox
    Bruce Bennett
    Jones Day
    555 South Flower Street
    Fiftieth Floor
    Los Angeles, CA 90071

3. By First Class Mail.

Dated: August 11, 2014

_____
(Signature of ~~Debtor~~) Creditor

Print Name: Dennis Taubitz

_____
(Signature of Co-Debtor)

Print Name: _____

FILED 2014 AUG 11 A 10:35 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT