UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2014 AUG 18 A 10: 54
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re
City of Detroit, Michigan
　　　　Debtor
_____/

Chapter 9
Case No. 13-53846
Hon.: Steven W. Rhodes

**Motion to Participate In The Confirmation Hearing**

NOW COMES, Creditor Irma Industrious in pro per and for her Motion to Participate in the Confirmation Hearing states as follows:

1. Creditor filed her Objections to Debtor's Fourth Amended Plan for the Adjustment of Debts of the City of Detroit, and Debtor's Fifth Amended Plan for the Adjustment of Debts of the City of Detroit.

2. Creditor properly argued in her Objections that that the Debtor's Annuity Savings Recoupment or clawback provision has no basis in law, and that the recoupment is barred in that it seeks to go beyond the 90 days allowed by the United States Bankruptcy Code, in particular 11 USC Section 547.

3. Creditor's interest is not represented by the attorneys, groups or individuals that will be participating at the Confirmation Hearing.

4. Creditor submits that due process requires that Creditor be allowed to participate in the Confirmation Hearing.

5. Pursuant to this Court's Order dated August 7, 2014, Creditor hereby files her Exhibit List attached hereto as Exhibit A.

6. Pursuant to this Court's Order, Creditor also hereby files her Witness List attached hereto as Exhibit B.  Creditor's Witness List includes the names of witnesses sought to be

1

presented or questioned, the subject matter of the proposed testimony and the expected duration of the testimony.

7. Creditor submits that she cannot provide an explanation as to why her proposed evidence is not duplicative of other evidence because Creditor was not served by any other creditor or by any other party regarding the evidence they intend to present at the Confirmation Hearing. Creditor argues that without knowledge of the evidence that the other parties intend to present, Creditor cannot make a determination that there is no duplication of evidence.

8. Creditor further argues that even if her proposed evidence is determined to be duplicative, Creditor and any other creditor are still entitled to participate in the Confirmation Hearing because this Court must not deny a creditor the opportunity to be heard or impair such creditor's due process rights.

9. Creditor also argues that this Court's Order of August 7, 2014 violates Creditor's due process rights, and the order has failed to provide proper notice to Creditor and it also discriminates against all creditors not represented by counsel. Creditor's Exhibit List and Witness List are being filed with this Court without Creditor waiving her objection to this Court's Order of August 7, 2014.

WHEREFORE, based on the foregoing, this Creditor respectfully prays that this Honorable Court grant Creditor's Motion to Participate in the Confirmation Hearing.

Respectfully submitted,

/s/ Irma Industrious
Irma Industrious
In Pro Per, Creditor
3051 Lindenwood Drive,
Dearborn, MI 48120
(313) 460-4731

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re  
City of Detroit,  
        Debtor  
_____/

Chapter 9  
Case No. 13-53846  
Hon.: Steven W. Rhodes

## BRIEF IN SUPPORT

Due process consists of fair notice and a fair hearing before a competent tribunal.

This Creditor submits that a fair hearing is a hearing that one is allowed to fully participate in. Conversely, the Creditor submits that if one is not allowed to participate, the hearing must be deemed unfair.

This Creditor submits that her due process rights will be violated if she is not allowed to participate in the Confirmation Hearing.

Moreover, the Debtor's Annuity Savings Recoupment or clawback provision has no basis in law, and the recoupment is barred in that it seeks to go beyond the 90 days allowed by the United States Bankruptcy Code, in particular 11 USC Section 547.

WHEREFORE, based on the foregoing, this Creditor respectfully prays that this Honorable Court grant Creditor's Motion to Participate in the Confirmation Hearing.

                                        Respectfully submitted,

                                        Irma Industrious  
                                        In Pro Per  
                                        Creditor  
                                        3051 Lindenwood Drive,  
                                        Dearborn, MI 48120  
                                        (313) 460-4731

3

13-53846-swr  Doc 8802  Filed 08/13/14  Entered 08/13/14 18:26:28  Page 3 of 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re  
City of Detroit, Michigan  
　　　　Debtor  
_____/

Chapter 9  
Case No. 13-53846  
Hon.: Steven W. Rhodes  

**EXHIBIT LIST**

Creditor Irma Industrious in pro per hereby files the Exhibit List as follows:

1. Debtor City of Detroit Petition for Chapter 9 Bankruptcy.

2. Creditor's Voting Ballot and the material supplied with the ballot on Debtor's Fourth Amended Plan for the Adjustment of Debts of the City of Detroit, that was mailed to Creditor Irma Industrious.

3. Debtor's Fourth Amended Plan for the Adjustment of Debts of the City of Detroit.

4. Debtor's Fifth Amended Plan for the Adjustment of Debts of the City of Detroit.

5. All Plans of Adjustment submitted by Debtor.

6. Any other evidence presented by any other party in relation to the Confirmation Hearing.

Respectfully submitted,

_____
Irma Industrious
In Pro Per
Creditor
3051 Lindenwood Drive,
Dearborn, MI 48120
(313) 460-4731

Exhibit A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
City of Detroit, Michigan
    Debtor
_____/

Chapter 9
Case No. 13-53846
Hon.: Steven W. Rhodes

## WITNESS LIST

Creditor Irma Industrious in pro per hereby files the Witness List as follows:

1. Keeper of the Record of the City of Detroit General Retirement System Pension Board. The testimony will concern the validity of Debtor's annuity savings recoupment and the confirmability of the Plan of Adjustment.

2. Any representative of the City of Detroit General Retirement System Pension Board. The testimony will concern the validity of Debtor's annuity savings recoupment and the confirmability of the Plan of Adjustment.

3. Kathleen Leavey. The testimony will concern the validity of Debtor's annuity savings recoupment and the confirmability of the Plan of Adjustment.

4. Thomas Sheehan. The testimony will concern the validity of Debtor's annuity savings recoupment and the confirmability of the Plan of Adjustment.

5. Kevyn Orr. The testimony will concern the validity of Debtor's annuity savings recoupment and the confirmability of the Plan of Adjustment.

Exhibit B

6. Irma Industrious. The testimony will concern the validity of Debtor's annuity savings recoupment and the confirmability of the Plan of Adjustment.

7. Dennis Taubitz. The testimony will concern the validity of Debtor's annuity savings recoupment and the confirmability of the Plan of Adjustment.

8. Any witness listed by the Debtor. The testimony will concern the validity of Debtor's annuity savings recoupment and the confirmability of the Plan of Adjustment.

9. Any witness listed by any other creditor. The testimony will concern the validity of Debtor's annuity savings recoupment and the confirmability of the Plan of Adjustment.

10. Any necessary rebuttal witness or witness listed by any other party. The testimony will concern the validity of Debtor's annuity savings recoupment and the confirmability of the Plan of Adjustment.

The estimated duration of testimony is one (1) day to one (1) week per witness.

Respectfully submitted,

_____
Irma Industrious
In Pro Per
Creditor
3051 Lindenwood Drive,
Dearborn, MI 48120
(313) 460-4731

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re                                           Chapter 9
City of Detroit,                                Case No. 13-53846
        Debtor                          Hon.: Steven W. Rhodes
_____/

## ORDER GRANTING CREDITOR'S MOTION TO PARTICIPATE
## IN THE CONFIRMATION HEARING

**It is ORDERED AND ADJUDGED**, that Creditor Irma Industrious' Motion to Participate in the Confirmation Hearing is hereby **GRANTED**.

**It is FURTHER ORDERED AND ADJUDGED,** that Creditor Irma Industrious shall be provided with written notice sent by U.S. mail of any pleadings, briefs, exhibits or other documents related to the Confirmation Hearing.

                                            BANKRUPTCY JUDGE
                                            Steven W. Rhodes

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2014 AUG 18 A 10: 53
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

In re
City of Detroit,
           Debtor
_____/

Chapter 9
Case No. 13-53846
Hon.: Steven W. Rhodes

**NOTICE OF MOTION TO PARTICIPATE IN THE CONFIRMATION HEARING**

<u>Creditor Irma Industrious</u> has filed papers with the court a Motion to Participate in the Confirmation Hearing.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion to Participate in the Confirmation Hearing, or if you want the court to consider your views on the Motion to Participate in the Confirmation Hearing, then within 14 days you or your attorney must:

File with the court a written request for a hearing {or if the court requires a written response, an answer explaining your position} at:

> Attn: Bankruptcy Court Clerk
> United States Bankruptcy Court
> Eastern District of Michigan
> 211 West Fort Street
> Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Irma Industrious
> 3051 Lindenwood Drive
> Dearborn, MI 48120

1

Heather Lennox
Bruce Bennett
Jones Day
555 South Flower Street – Fiftieth Floor
Los Angeles, CA 90071


Sam J. Alberts
Dentons US LLP
1301 K Street NW
Suite 600 East Tower
Washington DC 20005

Attend the hearing scheduled to be held on the date and time and Courtroom set by this court, United States Bankruptcy Court, Eastern District of Michigan, 211 West Fort Street, Detroit, MI 48226.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _August 18, 2014_       Signature: _____
Name: Irma Industrious
Address: 3051 Lindenwood Drive, Dearborn, MI 48120

2

13-53846-swr Doc 8802 Filed 08/18/14 Entered 08/18/14 12:26:48 Page 9 of 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2014 AUG 18 A 10:54
U.S. BANKRUPTCY COURT

IN RE: City of Detroit

Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

## PROOF OF SERVICE

I hereby certify that on August 18, 2014 (date of mailing), I served copies as follows:

1. Document(s) served:
   ① Notice of Motion to Participate in Confirmation Hearing
   ② Motion to Participate in Confirmation Hearing
   ③ Proposed Order
   ④ Proof of Service

2. Served upon [name and address of each person served]:

Heather Lennox
Bruce Bennett
Jones Day
555 South Flower Street – Fiftieth Floor
Los Angeles, CA 90071

Sam J. Alberts
Dentons US LLP
1301 K Street NW.
Suite 600 East Tower
Washington DC 20005

3. By First Class Mail.

Dated: August 18, 2014

(Signature of ~~Debtor~~) Creditor

Print Name: Irma Industrious

_____
(Signature of Co-Debtor)

Print Name: _____