UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
City of Detroit, Michigan
        Debtor
_____/

Chapter 9
Case No. 13-53846
Hon.: Steven W. Rhodes

## CREDITOR SUBMISSION OF WITNESS

NOW COMES, Creditor Irma Industrious in pro per and for her submission identifying the one (1) witness that she is allowed by this Court's Order dated August 20, 2014 regarding the Confirmation Hearing submits the following:

**Dennis Taubitz**

Respectfully submitted,

*/s/ Irma Industrious*
Irma Industrious
In Pro Per
Creditor
3051 Lindenwood Drive,
Dearborn, MI 48120
(313) 460-4731

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

          Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven Rhodes

## PROOF OF SERVICE

I hereby certify that on September 12, 2014 (date of mailing), I served copies as follows:

1. Document(s) served:
   1. Creditor Submission of Witness
   2. Proof of Service

2. Served upon [name and address of each person served]:

   Heather Lennox
   Bruce Bennett
   Jones Day
   555 South Flower - Fiftieth Floor
   Los Angeles, CA 90071

3. By First Class Mail.

Dated: September 12, 2014

(Signature of ~~Debtor~~) Creditor

Print Name: Irma Industrious

_____
(Signature of Co-Debtor)

Print Name: _____