UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>                  Debtor.<br>_____/ | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

### JOHN P. QUINN'S NOTICE OF APPEAL FROM
### ORDER CONFIRMING EIGHTH AMENDED PLAN OF ADJUSTMENT

I am appealing to the United States District Court for the Eastern District of Michigan from this Court's Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Doc. No. 8272, 11/12/14). This appeal is authorized by 28 U.S.C. § 158(a)(1) and Fed. R. Bnkr. P. 8001(a) [effective until 12/1/14]. It is timely under Fed. R. Civ. P. 8002(a).

In compliance with Local Bankruptcy Rule 8001-1, I am attaching as Exhibit A a completed Bankruptcy Matter Civil Case Cover Sheet, which includes names of interested parties and names, addresses, telephone numbers and facsimile numbers of their respective attorneys.

FILED
2014 NOV 21 A 10:40
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

John P. Quinn
2003 Military Street
Detroit, MI 48209
(313) 673-9548
quinjohn@umich.edu

Dated: November 21, 2014

## CERTIFICATE OF SERVICE

I certify that on November 21, 2014, I am filing a hard copy of the above document with the Clerk of the Court. I understand the Clerk will promptly scan that hard copy and file the resulting pdf version using ECF, thus effecting service on all persons entitled to service in this action.

Dated: November 21, 2014

*[signature: John P. Quinn]*
John P. Quinn
2003 Military Street
Detroit, MI 48209
(313) 673-9548
quinjohn@umich.edu

-2-

# EXHIBIT A

# BANKRUPTCY MATTER CIVIL COVER SHEET

| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

In re:

    City of Detroit                   Case No.: 13-53846

        Debtor.

_____/

John P. Quinn                     Adv. No.:

        Appellant,

v.

City of Detroit, Michigan

        Appellee.

**Cause of Action/Nature of Suit:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| __XX__ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| ____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ____ | [423] 28 U.S.C. 157(c)(1) | Proposed Findings of Fact and Conclusions of Law |
| ____ | [423] 28 U.S.C. 158(c)(a) | Order of Contempt |

Date: 11/21/14                          Name: *John P. Quinn*

Name and Address of Interested Parties

John P. Quinn, Objector and Appellant
In Propria Persona
2003 Military Street
Detroit, MI 48209
Tel: (313) 673-9548
quinjohn@umich.edu

City of Detroit, Debtor and Appellee
by Bruce Bennett (CA 105430)     and     Jonathan S. Green (P-33140)
Jones Day     Miller, Canfield, Paddock and Stone PLC
555 South Flower Street     150 W. Jefferson Ave., Ste. 2500
Fiftieth Floor     Detroit, MI 48226
Los Angeles, California 90071     Tel: (313) 496-7997
Tel: (213) 243-2382     Fax: (313) 496-8450
Fax: (213) 243-2539     green@millercanfield.com
bbennett@jonesday.com

The Retiree Committee of the City of Detroit
by Sam J. Alberts
Dentons US LLP
Suite 600, East Tower
Washington, DC 20005-3364
Tel: (202) 408-6400
Fax: (202) 408-6399
sam.alberts@dentons.com

General Retirement System of the City of Detroit
by Robert D. Gordon (P-48627)
Clark Hill PLC
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Tel: (248) 988-5882
Fax: (248) 988-2502
rgordon@clarkhill.com

Detroit Retired City Employees Association
by Ryan C. Plecha (P-71957)
Lippitt O'Keefe, PLLC
370 East Maple Road, 3rd Floor
Birmingham, MI 48009
Tel: (248) 646-8292
rplecha@lippittokeefe.com