UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re                                            Chapter 9
City of Detroit, Michigan                        Case No. 13-53846
    Debtor                                       Hon.: Steven W. Rhodes
_____/

## JOINT MOTION TO JOIN JOH P. QUINN'S MOTION FOR PARTIAL STAY PENDING APPEAL

Creditors Dennis Taubitz and Irma Industrious seek to join the Motion of John P. Quinn for a Partial Stay Pending Appeal.

1. Creditors Dennis Taubitz and Irma Industrious objected to all of the Debtor's Plan of Adjustments.

2. Creditors' objections were wrongfully denied by the United States Bankruptcy Court when it entered the Order Confirming the Debtor's Plan of Adjustment.

3. The Court Order was entered on November 12, 2014, and not served upon the Creditors.

4. Creditors plan to appeal the wrongful decision of the United States Bankruptcy Court.

5. Creditors seek to join the Motion of John P. Quinn seeking a partial stay pending appeal.

6. The issues raised by Appellant John P. Quinn are also issues raised by Creditors Dennis Taubitz and Irma Industrious.

7. Creditors are planning an appeal with the same or similar issues.

8. In the interest of judicial economy, Creditors submit that the granting of their Joinder Motion would be the most expeditious handling of the matter.

9. Creditors sought the concurrence of Counsel for the Debtor, Heather Lennox by telephone but never received a response as of November 23, 2014.

1

WHEREFORE, Creditors Dennis Taubitz and Irma Industrious respectfully pray that this Honorable Court grant Creditors' Motion to Join John P. Quinn's Motion for Partial Stay Pending Appeal.

Respectfully submitted,

*Dennis Taubitz*
*Irma Industrious*

Dennis Taubitz
Irma Industrious
In Pro Per
Creditors
6002 Diamond Ruby – Suite 3
PMB 255
Christiansted, St. Croix, V.I. 00820
(313) 271-9842/ (340) 332-0006

2

13-53846-tjwr Doc 8868-3    Filed 12/17/14    Entered 12/23/14 08:33:08    Page 2 of 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re  
City of Detroit, Michigan  
    Debtor  
_____/

Chapter 9  
Case No. 13-53846  
Hon.: Steven W. Rhodes

## BRIEF IN SUPPORT

Creditors Dennis Taubitz and Irma Industrious submit that in the interest of judicial economy and efficiency, the Creditors Joint Motion to Join John P. Quinn's Motion for Partial Stay Pending Appeal should be granted. The Motion by John P. Quinn raised issues and arguments that Creditors have raised in previous objections.

Creditors also assert that their Motion for Joinder is timely and should be granted.

WHEREFORE, Creditors Dennis Taubitz and Irma Industrious respectfully pray that this Honorable Court grant Creditors' Motion to Join John P. Quinn's Motion for Partial Stay Pending Appeal.

Respectfully submitted,

/s/ Dennis Taubitz  
/s/ Irma Industrious  
Dennis Taubitz  
Irma Industrious  
In Pro Per  
Creditors  
6002 Diamond Ruby – Suite 3  
PMB 255  
Christiansted, St. Croix, V.I. 00820  
(313) 271-9842/ (340) 332-0006

FILED 2014 NOV 24 P 2:05 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re  
City of Detroit, Michigan  
        Debtor  
_____/

Chapter 9  
Case No. 13-53846  
Hon.: Steven W. Rhodes

## ORDER GRANTING JOINDER MOTION

Upon consideration of the Joinder Motion filed in this case by Creditors Dennis Taubitz and Irma Industrious, and the Court being satisfied in the premises, it is hereby,

**ORDERED AND ADJUDGED**, that the Creditors Joint Motion to Join John P. Quinn's Motion for Partial Stay of Proceedings Pending Appeal is hereby **GRANTED**.

                                                    BANKRUPTCY JUDGE  
                                                    Steven W. Rhodes

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
City of Detroit,
        Debtor
_____/

Chapter 9
Case No. 13-53846
Hon.: Steven W. Rhodes

## NOTICE OF JOINT MOTION TO JOIN JOHN P. QUINN'S MOTION FOR PARTIAL STAY PENDING APPEAL

Creditors Dennis Taubitz and Irma Industrious have filed papers with the court a Joint Motion to Join John P. Quinn's Motion for Partial Stay Pending Appeal.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Joint Motion to Join John P. Quinn's Motion for Partial Stay Pending Appeal or if you want the court to consider your views on the Joint Motion, to Join John P. Quinn's Motion for Partial Stay Pending Appeal, then within 14 days you or your attorney must:

File with the court a written request for a hearing {or if the court requires a written response, an answer explaining your position} at:

    Attn: Bankruptcy Court Clerk
    United States Bankruptcy Court
    Eastern District of Michigan
    211 West Fort Street
    Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

    Dennis Taubitz
    6002 Diamond Ruby – Suite 3
    PMB 255
    Christiansted, St. Croix, V.I. 00820

FILED 2014 NOV 24 P 2: 04 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

1

Irma Industrious
6002 Diamond Ruby – Suite 3
PMB 255
Christiansted, St. Croix, V.I. 00820


Heather Lennox
Bruce Bennett
Jones Day
555 South Flower Street – Fiftieth Floor
Los Angeles, CA 90071


Sam J. Alberts
Dentons US LLP
1301 K Street NW
Suite 600 East Tower
Washington DC 20005

Attend the hearing scheduled to be held on the date and time and Courtroom set by this court, United States Bankruptcy Court, Eastern District of Michigan, 211 West Fort Street, Detroit, MI 48226.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _Nov 24 2014_     Signature: _[signatures]_
                              Name(s):    Dennis Taubitz
                                             Irma Industrious

                              Address:     6002 Diamond Ruby – Suite 3
                                            PMB 255
                                            Christiansted, St. Croix, V.I. 00820

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

City of Detroit  Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Steven W. Rhodes

## PROOF OF SERVICE

I hereby certify that on Nov 24, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: Joint Motion to Join John P. Quinn's Motion for Partial Stay Pending Appeal
   Brief in support
   Proposed order
   Proof of service

2. Served upon [name and address of each person served]:

   Heather Lennox
   Bruce Bennett
   Jones Day
   555 South Flower St
   Fiftieth Floor
   Los Angeles, CA 90071

   Sam J Alberts
   Denton US LLP
   1301 K Street NW
   Suite 600 East Tower
   Washington DC 20005

   FILED
   2014 NOV 24 P 2: 04
   U.S. BANKRUPTCY COURT
   E.D. MICHIGAN-DETROIT

3. By First Class Mail.

Dated: Nov 24 2014

(Signature of ~~Debtor~~) Creditor
Print Name: Dennis Taubitz

(Signature of ~~Co-Debtor~~) Creditor
Print Name: Irma Industrious