Docket #4077 Date Filed: 4/14/2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
City of Detroit,
      Debtor
_____/

Chapter 9
Case No. 13-53846
Hon.: Steven W. Rhodes

## AMENDED MOTION TO PARTICIPATE IN ANY NEGOTIATIONS

1. The Debtor in its Disclosure Statement claims that the Retiree Committee represents all City of Detroit retirees.

2. Debtor fails to offer any support for this claim.

3. Debtor has failed to demonstrate that any City of Detroit retiree affirmatively consented to being represented by the Retiree Committee.

4. This Creditor never agreed to be represented by the "Retiree Committee", contrary to the Debtor's fraudulent assertion.

5. According to the newspapers, there are ongoing negotiations that seek to impair retiree claims, although this Creditor has not been notified of any negotiation or mediation.

6. This Creditor requests written notice and to be allowed to participate in any "negotiation", "meet and confer" or any other mechanism this Court may seek to utilize to impair the Creditor's rights.

7. Debtor, with this Court's concurrence, seeks to silence the voice of many creditors in absolute disregard to the due process rights of its creditors.

1

WHREREFORE, Creditor Dennis Taubitz requests that his Motion to Participate in any Negotiations or any other mechanisms in which Creditor's rights may be impaired be granted.

Respectfully submitted,

*Dennis Taubitz* (signature)

Dennis Taubitz
In Pro Per
Creditor
3051 Lindenwood Drive
Dearborn, MI 48120
(313) 632-9150

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
City of Detroit,
        Debtor
_____/

Chapter 9
Case No. 13-53846
Hon.: Steven W. Rhodes

**BRIEF IN SUPPORT**

Creditor seeks to be noticed of and to participate in any "negotiations", "meet and confer" or any other mechanism that may seek to impair the Creditor's rights.

Creditor submits that the basic concept of due process mandates fair notice, and a fair hearing before a competent tribunal. In the case at bar, all three (3) principles of due process are at risk. If the Debtor refuses to serve documents on some creditors, then they do not receive fair notice. Further if the Creditor does not receive the document that the Debtor relies upon, it is impossible to obtain a fair hearing.

This Creditor submits that he has a constitutional right to participate in any negotiations that could result in the impairment of his rights, in light of the fact that this Creditor never agreed to be represented by the "Retiree Committee".

WHREREFORE, Creditor Dennis Taubitz requests that his Motion to Participate in any Negotiations or any other mechanisms in which Creditor's rights may be impaired be granted.

Respectfully submitted,

Dennis Taubitz
In Pro Per
Creditor
3051 Lindenwood Drive
Dearborn, MI 48120
(313) 632-9150

3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
City of Detroit,
        Debtor
_____/

Chapter 9
Case No. 13-53846
Hon.: Steven W. Rhodes

## ORDER GRANTING CREDITOR DENNIS TAUBITZ MOTION TO PARTICIPATE IN ANY NEGOTIATIONS

**It is ORDERED AND ADJUDGED,** that Creditor Dennis Taubitz Motion to Participate in Any Negotiations, Mediations, or any event where Creditor's claims may be impaired is hereby **GRANTED.**

**It is FURTHER ORDERED AND ADJUDGED,** that Creditor Dennis Taubitz shall be provided with written notice of any negotiations, mediations, or any event where Creditor's claim may be impaired.

_____
BANKRUPTCY JUDGE
Steven W. Rhodes