In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

**RETIRED DETROIT POLICE MEMBERS ASSOCIATION'S NOTICE OF FILING DECLARATIONS OF WITHDRAWAL FROM APPEAL OF THE ORDER CONFIRMING EIGHTH AMENDED PLAN OF ADJUSTMENTS OF THE DEBTS OF THE CITY OF DETROIT AND MOTION FOR LIMITED STAY PENDING APPEAL**

The Retired Detroit Police Members Association ("RDPMA"), by and through its counsel, Strobl & Sharp, P.C., hereby files this Notice of Filing Declarations of Brenda Goss Andrews, Gail Wilson Turner and Shirley A. Berger withdrawing from the Notice of Appeal of the Order (Docket 8272) Confirming Eighth Amended Plan of Adjustment of Debts of the City of Detroit (Docket 8045) filed at docket number 8323 and amended at docket numbers 8332 and 8340 and from the Motion for Limited Stay Pending Appeal filed at docket number 8333, attached hereto as Exhibit A, B, and C respectively, and Declaration of Ben Lee of Intent not to Participate in Appeal attached as Exhibit D.

1

Respectfully Submitted,

**STROBL & SHARP, P.C.**

By: ___/s/___ _Lynn M. Brimer____
    LYNN M. BRIMER (P43291)
    MEREDITH E. TAUNT (P69698)
    MALLORY FIELD (75289)
    Attorneys for the Retired Detroit
    Police Members Association
    300 East Long Lake Road, Suite 200
    Bloomfield Hills, MI 48304-2376
    Telephone: (248) 540-2300
    Facsimile: (248) 645-2690
    E-mail: lbrimer@stroblpc.com
            mtaunt@stroblpc.com
            mfield@stroblpc.com

Dated: December 16, 2014

*S&B\85244\001\PLDG\SB491388.RTF

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

---

## DECLARATION OF BRENDA GOSS ANDREWS WITHDRAWING FROM APPEAL OF THE ORDER CONFIRMING EIGHTH AMENDED PLAN OF ADJSTUMENTS OF THE DEBTS OF THE CITY OF DETROIT AND MOTION FOR LIMITED STAY PENDING APPEAL

I, Brenda Goss Andrews, hereby declare my intent to withdraw from the Notice of Appeal of the Order (Docket 8272) Confirming Eighth Amended Plan of Adjustment of Debts of the City of Detroit (Docket 8045) filed at docket number 8323 and amended at docket numbers 8332 and 8340 and from the Motion for Limited Stay Pending Appeal filed at docket number 8333.

By this declaration I withdraw from the Ochadleus Group of Appellants. I will not participate in or support the Notice of Appeal and the Motion for Stay Pending Appeal filed by the Ochadleus Group and I will not participate in or support any further challenges or appeals of the Order Confirming the Eighth Amended Plan of Adjustments of the Debts of the City of Detroit.

_____
Brenda Goss Andrews

3

13-53846-tjt    Doc 8875    Filed 12/17/14    Entered 12/17/14 19:29:25    Page 4 of 10

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

## DECLARATION OF GAIL WILSON TURNER WITHDRAWING FROM APPEAL OF THE ORDER CONFIRMING EIGHTH AMENDED PLAN OF ADJSTUMENTS OF THE DEBTS OF THE CITY OF DETROIT AND MOTION FOR LIMITED STAY PENDING APPEAL

I, Gail Wilson Turner, hereby declare my intent to withdraw from the Notice of Appeal of the Order (Docket 8272) Confirming Eighth Amended Plan of Adjustment of Debts of the City of Detroit (Docket 8045) filed at docket number 8323 and amended at docket numbers 8332 and 8340 and from the Motion for Limited Stay Pending Appeal filed at docket number 8333.

By this declaration I withdraw from the Ochadleus Group of Appellants. I will not participate in or support the Notice of Appeal, Motion for Stay Pending Appeal and/or any further actions taken by the Ochadleus Group of Appellants challenging or appealing the Order Confirming the Eighth Amended Plan of Adjustments of the Debts of the City of Detroit.

_/s/ Gail Wilson Turner_
Gail Wilson Turner

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

# DECLARATION OF SHIRLEY A. BERGER WITHDRAWING FROM APPEAL OF THE ORDER CONFIRMING EIGHTH AMENDED PLAN OF ADJUSTMENTS OF THE DEBTS OF THE CITY OF DETROIT AND MOTION FOR LIMITED STAY PENDING APPEAL

I, Shirley A. Berger, hereby declare my intent to withdraw from the Notice of Appeal of the Order (Docket 8272) Confirming Eighth Amended Plan of Adjustment of Debts of the City of Detroit (Docket 8045) filed at docket number 8323 and amended at docket numbers 8332 and 8340 and from the Motion for Limited Stay Pending Appeal filed at docket number 8333.

By this declaration I withdraw from the Ochadleus Group of Appellants. I will not participate in or support the Notice of Appeal and the Motion for Stay Pending Appeal filed by the Ochadleus Group and I will not participate in or support any further challenges or appeals of the Order Confirming the Eighth Amended Plan of Adjustments of the Debts of the City of Detroit.

*[signature]*
Shirley A. Berger

5

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

# DECLARATION OF BEN LEE OF INTENT NOT TO PARTICIPATE IN APPEAL OF THE ORDER CONFIRMING EIGHTH AMENDED PLAN OF ADJSTUMENTS OF THE DEBTS OF THE CITY OF DETROIT

I, Benjamin Lee, hereby declare my intent not to participate in any appeal or challenge of the Order (Docket 8272) Confirming Eighth Amended Plan of Adjustment of Debts of the City of Detroit (Docket 8045). By this declaration I affirm that I will not participate in or support challenges or appeals of the Order Confirming the Eighth Amended Plan of Adjustments of the Debts of the City of Detroit.

_____
Benjamin Lee