**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

```
----------------------------------------------------------- x
                                          :
In re                                     :     Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                 :     Case No. 13-53846
                                          :
                Debtor.                   :     Hon. Steven W. Rhodes
                                          :
                                          :
----------------------------------------------------------- x
```

---

**SEVENTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**
**(September 16, 2014)**

---

DAVID G. HEIMAN
HEATHER LENNOX
THOMAS A. WILSON
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dgheiman@jonesday.com
hlennox@jonesday.com
tawilson@jonesday.com

BRUCE BENNETT
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
bbennett@jonesday.com

JONATHAN S. GREEN
STEPHEN S. LAPLANTE
MILLER, CANFIELD,
    PADDOCK AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE DEBTOR

## TABLE OF CONTENTS

ARTICLE I DEFINED TERMS, RULES OF INTERPRETATION AND COMPUTATION OF TIME .................. 1

    A.    Defined Terms. ............................................................................................................ 1

    B.    Rules of Interpretation and Computation of Time. ....................................................... 29

        1.    Rules of Interpretation. ................................................................................... 29

        2.    Computation of Time. ..................................................................................... 30

ARTICLE II CLASSIFICATION OF CLAIMS; CRAMDOWN; EXECUTORY CONTRACTS AND UNEXPIRED LEASES ......................................................................................................... 30

    A.    Unclassified Claims. ................................................................................................... 30

        1.    Payment of Administrative Claims. .................................................................. 30

        2.    Bar Dates for Administrative Claims. ............................................................... 30

    B.    Classified Claims. ...................................................................................................... 31

        1.    Designation of Classes. ................................................................................... 31

        2.    Subordination; Reservation of Rights to Reclassify Claims. ............................. 32

        3.    Treatment of Claims. ...................................................................................... 32

    C.    Confirmation Without Acceptance by All Impaired Classes. ........................................ 44

    D.    Treatment of Executory Contracts and Unexpired Leases. ......................................... 45

        1.    Assumption. ................................................................................................... 45

        2.    Assumption of Ancillary Agreements. ............................................................. 45

        3.    Approval of Assumptions and Assignments. .................................................... 45

        4.    Payments Related to the Assumption of Executory Contracts and Unexpired Leases. ........................................................................................................... 45

        5.    Contracts and Leases Entered Into After the Petition Date. ............................. 46

        6.    Rejection of Executory Contracts and Unexpired Leases. ................................ 46

        7.    Rejection Damages Bar Date. ........................................................................ 46

        8.    Preexisting Obligations to the City Under Rejected Executory Contracts and Unexpired Leases. ......................................................................................... 46

        9.    Insurance Policies. ......................................................................................... 46

ARTICLE III CONFIRMATION OF THE PLAN ................................................................................ 47

    A.    Conditions Precedent to the Effective Date. ............................................................... 47

    B.    Waiver of Conditions to the Effective Date. ............................................................... 48

    C.    Effect of Nonoccurrence of Conditions to the Effective Date. ..................................... 48

    D.    Effect of Confirmation of the Plan. ............................................................................ 48

        1.    Dissolution of Retiree Committee. .................................................................. 48

        2.    Preservation of Rights of Action by the City. ................................................... 48

        3.    Comprehensive Settlement of Claims and Controversies. ............................... 48

        4.    Discharge of Claims. ...................................................................................... 49

|   |   | 5. | Injunction. | 49 |
|   |   | 6. | Exculpation. | 50 |
|   |   | 7. | Releases | 51 |
|   | E. | | No Diminution of State Power | 52 |
|   | F. | | Effectiveness of the Plan. | 52 |
|   | G. | | Binding Effect of Plan. | 53 |

ARTICLE IV MEANS FOR IMPLEMENTATION OF THE PLAN .......... 53

|   | A. | | DWSD. | 53 |
|   |   | 1. | Rates and Revenues. | 53 |
|   |   | 2. | DWSD CBAs. | 53 |
|   |   | 3. | Potential DWSD Authority Transaction. | 53 |
|   | B. | | The New B Notes, New C Notes and New LTGO Bonds. | 54 |
|   | C. | | The UTGO Settlement. | 54 |
|   | D. | | The State Contribution Agreement. | 54 |
|   |   | 1. | State Contribution. | 54 |
|   |   | 2. | Income Stabilization Payments. | 55 |
|   |   | 3. | Conditions to State's Participation. | 55 |
|   |   | 4. | Release of Claims Against the State and State Related Entities. | 56 |
|   | E. | | The DIA Settlement. | 56 |
|   |   | 1. | Funding Contributions. | 56 |
|   |   | 2. | Transfer of DIA Assets. | 56 |
|   |   | 3. | Conditions to the DIA Funding Parties' Participation. | 56 |
|   | F. | | Contingent Payment Rights | 57 |
|   |   | 1. | Special Restoration | 57 |
|   |   | 2. | General Restoration | 57 |
|   | G. | | The OPEB Settlement. | 58 |
|   | H. | | The LTGO Settlement. | 58 |
|   | I. | | Prosecution of COP Litigation. | 58 |
|   |   | 1. | Creation of Litigation Trust. | 58 |
|   |   | 2. | Direction of COP Litigation. | 58 |
|   |   | 3. | Payment of Fees and Expenses. | 58 |
|   |   | 4. | Settlement of COP Litigation. | 59 |
|   |   | 5. | Distributions to Settling COP Claimants. | 59 |
|   | J. | | The Syncora Settlement | 59 |
|   | K. | | Issuance of the New Securities. | 60 |
|   | L. | | Cancellation of Existing Bonds, Bond Documents, COPs and COP Documents. | 60 |
|   | M. | | Release of Liens. | 60 |

|     | N.  | Professional Fees | 61 |
|     |     | 1. Professional Fee Reserve | 61 |
|     |     | 2. Fee Review Order | 61 |
|     |     | 3. Dismissal of the Fee Examiner | 61 |
|     |     | 4. Potential Review of Fees Not Subject to Fee Review Order | 61 |
|     |     | 5. Court-Appointed Expert | 61 |
|     | O.  | Assumption of Indemnification Obligations. | 62 |
|     | P.  | Incorporation of Retiree Health Care Settlement Agreement. | 62 |
|     | Q.  | Payment of Workers' Compensation Claims. | 62 |
|     | R.  | 36th District Court Settlement. | 62 |
|     | S.  | Payment of Certain Claims Relating to the Operation of City Motor Vehicles. | 62 |
|     | T.  | Payment of Tax Refund Claims. | 63 |
|     | U.  | Utility Deposits. | 63 |
|     | V.  | Pass-Through Obligations. | 63 |
|     | W.  | Exit Facility. | 63 |
|     | X.  | Post-Effective Date Governance. | 63 |

ARTICLE V PROVISIONS REGARDING DISTRIBUTIONS UNDER THE PLAN ... 63

|     | A.  | Appointment of Disbursing Agent. | 63 |
|     | B.  | Distributions on Account of Allowed Claims. | 64 |
|     | C.  | Certain Claims to Be Expunged. | 64 |
|     | D.  | Record Date for Distributions; Exception for Bond Claims. | 64 |
|     | E.  | Means of Cash Payments. | 64 |
|     | F.  | Selection of Distribution Dates for Allowed Claims. | 64 |
|     | G.  | Limitations on Amounts to Be Distributed to Holders of Allowed Claims Otherwise Insured. | 65 |
|     | H.  | City's Rights of Setoff Preserved. | 65 |
|     | I.  | Delivery of Distributions and Undeliverable or Unclaimed Distributions. | 65 |
|     |     | 1. Delivery of Distributions Generally. | 65 |
|     |     | 2. Delivery of Distributions on Account of Bond Claims. | 65 |
|     |     | 3. Delivery of Distributions on Account of COP Claims. | 65 |
|     |     | 4. De Minimis Distributions / No Fractional New Securities. | 66 |
|     |     | 5. Undeliverable or Unclaimed Distributions. | 66 |
|     |     | 6. Time Bar to Cash Payment Rights. | 66 |
|     | J.  | Other Provisions Applicable to Distributions in All Classes. | 66 |
|     |     | 1. No Postpetition Interest. | 66 |
|     |     | 2. Compliance with Tax Requirements. | 66 |
|     |     | 3. Allocation of Distributions. | 67 |

275.   City of Detroit v. Celia Harris, No. 13-121803, Mich. 36th Dist. Ct.;

276.   *City of Detroit v. Delois Kirkman, No. 07-134556-GC, Mich. 36th Dist. Ct.;*

277.   City of Detroit v. Michael Amthony Hines, No. 06-120152-GC, Mich. 36th Dist. Ct.;

278.   City of Detroit v. Derrick James McDowell, No. 07-58101-GC, Mich. 36th Dist. Ct.;

279.   City of Detroit v. Tamaara Morris, No. 06-101804-GC, Mich. 36th Dist. Ct.;

280.   City of Detroit v. Rhonda Joann White, No. 07-134557-GC, Mich. 36th Dist. Ct.;

281.   City of Detroit v. Danetta L. Simpson, No. 12-121739-GC, Mich. 36th Dist. Ct.;

282.   City of Detroit v. Kildare Clarke, No. 08-00468-GC, Mich. 36th Dist. Ct.;

283.   City of Detroit v. Aretha Lula Crawford, No. 07-145090-GC, Mich. 36th Dist. Ct.;

284.   City of Detroit v. Euel Kinsey, No. 14-304163, Mich. 36th Dist. Ct.;

285.   City of Detroit v. Natasha Nakie-Nacole Coats, No. 08-C0945-GC, Mich. 36th Dist. Ct.;

286.   City of Detroit v. Rebecca Marie Dunn, No. 07155738-GC, Mich. 36th Dist. Ct.;

287.   City of Detroit v. Eve Reedy Doster, No. 08-106725-GC, Mich. 36th Dist. Ct.;

288.   City of Detroit v. Barnstormer Pilot Club, LLC, No. 14-002984, Mich. 36th Dist. Ct.;

289.   City of Detroit v. Virginia Francnessa Flamer, No. 07-145091-GC, Mich. 36th Dist. Ct.;

290.   City of Detroit v. Gregory Lynn Delaney, No. 07-145091-GC, Mich. 36th Dist. Ct.;

291.   City of Detroit v. Tyrone Jemall Peals, No. 07-117411-GC, Mich. 36th Dist. Ct.;

292.   City of Detroit v. Paul Douglas Bosman, No. 07-1805-GC, Mich. 22nd Dist. Ct.;

293.   City of Detroit v. Ann Francien Smith, Mich. 36th Dist. Ct.;

294.   City of Detroit v. Khatoon Dawood, No. 08-C01778-GC-01, 52nd Dist. Ct.;

295.   City of Detroit v. Jaroslaw Sziejter, No. 09-114019, Mich. 36th Dist. Ct.;

296.   City of Detroit v. Kimberly James, Mich. 36th Dist. Ct.;

297.   City of Detroit v. Rachel Erika Thomas-Sharpe, Mich. 36th Dist. Ct.;

298.   City of Detroit v. Tawanda Latreese Wilder, No. 09-114021-GC, Mich. 36th Dist. Ct.;

299.   City of Detroit v. Elgin R. Taylor, No. 09-114022-GC, Mich. 36th Dist. Ct.;

300.   City of Detroit v. Lasonia Smith, Mich. 36th Dist. Ct.;

301.   City of Detroit v. Lamont Street, Mich. 36th Dist. Ct.;

302.   City of Detroit v. Shealtiel N. Moore, Mich. 36th Dist. Ct.;

303.   City of Detroit v. Jaroslaw Sziejter, No. 09-114019, Mich. 36th Dist. Ct.;

304.   City of Detroit v. Christine Myers, Gavin Harrison, Karen Kialka, No. 09-114016-GC, Mich. 36th Dist. Ct.;

305.   City of Detroit v. Verizon, Mich. 36th Dist. Ct.;

306.   City of Detroit v. Marcus Ricardo Gary, No. 09-114018-GC, Mich. 36th Dist. Ct.;

307. City of Detroit v. Christine Myers, Gavin Harrison, Karen Kialka, No. 09-114016-GC, Mich. 36th Dist. Ct.;

308. City of Detroit v. Derek Culver, No. 13-121802, Mich. 36th Dist. Ct.;

309. City of Detroit v. Rita Lynette Powell-Pyles, No. 09-131657-GC, Mich. 36th Dist. Ct.;

310. City of Detroit v. Kari Burge, No. 10-106504-GC, Mich. 36th Dist. Ct.;

311. City of Detroit v. Jerea Deana Jackson, No. 08-106730-GC, Mich. 36th Dist. Ct.;

312. City of Detroit v. Angelo Iafrate, Mich. 36th Dist. Ct.;

313. City of Detroit v. Jamal Anthony Gaddie, No. 07-141061-GC, Mich. 36th Dist. Ct.;

314. *City of Detroit v. Sophia Hawkins, No. 07-141894-GC, Mich. 36th Dist. Ct.;*

315. City of Detroit v. Terrance Thomas, No. 10-108337-GC, Mich. 36th Dist. Ct.;

316. City of Detroit v. Terrance Thomas, No. 10-108337-GC, Mich. 36th Dist. Ct.;

317. City of Detroit v. Maia Williams, Mich. 36th Dist. Ct.;

318. City of Detroit v. Frances Blue, No. 10-118297-GC, Mich. 36th Dist. Ct.;

319. City of Detroit v. Jerel D. Matthaw, No. 10-122303, Mich. 36th Dist. Ct.;

320. City of Detroit v. Ashli R. Thomas, No. 10-122302-GC, Mich. 36th Dist. Ct.;

321. City of Detroit v. George Webb, No. 10-121743-GC, Mich. 36th Dist. Ct.;

322. City of Detroit v. Elsie L. Green & Sadie Reynolds, No. 10-124040-GC, Mich. 36th Dist. Ct.;

323. City of Detroit v. Wayne County 7 Raymond J. Wojtowitcz, No. 13-000036-MZ-C30, Mich. 36th Dist. Ct.;

324. City of Detroit v. Kenneth L. Hurt, No. 11-105194-GC, Mich. 36th Dist. Ct.;

325. City of Detroit v. Tiyunna George, Mich. 36th Dist. Ct.;

326. City of Detroit v. Dejuan L. Washington, No. 11-105192-GC, Mich. 36th Dist. Ct.;

327. City of Detroit v. Marc Williams, No. 12-103384-GC, Mich. 36th Dist. Ct.;

328. City of Detroit v. Charles Williams, Mich. 36th Dist. Ct.;

329. City of Detroit v. Jennifer Bramer, No. 12-103386-GC, Mich. 36th Dist. Ct.;

330. City of Detroit v. Ronald Taylor, No. 04-117439-GC, Mich. 36th Dist. Ct.;

331. City of Detroit v. Empire Leasing, No. 14-15917-GC, Mich. 36th Dist. Ct.;

332. City of Detroit v. Wise Finley, No. 14-105916-GC, Mich. 36th Dist. Ct.;

333. City of Detroit v. John Louis Herring, Mich. 36th Dist. Ct.;

334. City of Detroit v. Damon Key, No. 14-15921-GC, Mich. 36th Dist. Ct.;

335. City of Detroit v. Claudio Lopez, Mich. 36th Dist. Ct.;

336. City of Detroit v. Michael Mingo, No. 14-105920-GC, Mich. 36th Dist. Ct.;

337. City of Detroit v. Myrtle Pasha, Mich. 36th Dist. Ct.;

338. City of Detroit v. Larry Callahan, No. 08-105046-GC, Mich. 36th Dist. Ct.;

339. City of Detroit v. Anthony Caslio, No. 07-154008-GC, Mich. 36th Dist. Ct.;

340. City of Detroit v. Antonio L. Johnson, No. 08-122838-GC, Mich. 36th Dist. Ct.;

341. City of Detroit v. Markeeda Morgan, No. 07-124692-GC, Mich. 36th Dist. Ct.;

342. City of Detroit v. 19696 Omira, No. 09-110228-GC, Mich. 36th Dist. Ct.;

343. City of Detroit v. Cadolba Management and Associates, No. 09-120755-GC, Mich. 36th Dist. Ct.;

344. City of Detroit v. Clarence Edward Key, No. 09-114023-GC, Mich. 36th Dist. Ct.;

345. Motor City Bending Inc vs City of Detroit, No. 07-729179, Mich. 36th Dist. Ct.;

346. City of Detroit v. 19696 Omira, No. 09-110228, Mich. 36th Dist. Ct.;

347. City of Detroit v. Cadpba Management and Associates, No. 09-120755, Mich. 36th Dist. Ct.;

348. City of Detroit v. Clarence Edward Key, No. 09-114023, Mich. 36th Dist. Ct.;