UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------
In re                                       Chapter 9

CITY OF DETROIT, MICHIGAN,                  Case No. 13-53846

    Debtor.                                 Hon. Steven W. Rhodes
---------------------------------------------------------

**NOTICE OF AMENDMENT TO EXHIBIT II.D.6
(EXECUTORY CONTRACTS AND UNEXPIRED LEASES
TO BE REJECTED) TO EIGHTH AMENDED PLAN FOR
THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT
<u>PLEASE TAKE NOTICE OF THE FOLLOWING:</u>**

1. On October 22, 2014, the City of Detroit (the "<u>City</u>"), filed the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 8045) (the "<u>Plan</u>").[1] On November 12, 2014, the Bankruptcy Court entered the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 8272) (the "<u>Confirmation Order</u>"). The Effective Date of the Plan occurred on December 10, 2014 (Docket No. 8649).

2. Attached to the Plan as Exhibit II.D.6 are the executory contracts and unexpired leases to be rejected pursuant to the Plan (the "<u>Rejection Exhibit</u>"). In accordance with Section II.D.3 of the Plan, and as approved in paragraph 46 of the

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Plan.

Confirmation Order, if an objection to a proposed assumption, assumption and assignment or Cure Amount Claim is not resolved in favor of the City, the applicable Executory Contract or Unexpired Lease may be designated by the City for rejection, which shall be deemed effective as of the Effective Date.

3. An objection was filed to the City's proposed assumption of the contract listed on Annex A hereto ("Contract"). *See* Docket Number 8608. The City hereby designates the Contract for rejection pursuant to Section II.D.3 of the Plan. Accordingly, the Contract is hereby added to the Rejection Exhibit, thus providing for its rejection pursuant to Section II.D.6 of the Plan.

DATED: December 18, 2014

Respectfully submitted,

Miller Canfield Paddock & Stone, PLC

By: /s/Marc N. Swanson
Jonathan S. Green (P33140)
Stephen S. LaPlante (P48063)
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
swansonm@millercanfield.com
green@millercanfield.com
laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# ANNEX A

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| VARNUM RIDDERING SCHMIDT | 17517 | 2836774 | | Law Department |