UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Bankruptcy Case No. 13-53846

City of Detroit, Michigan,  Honorable Steven W. Rhodes

Debtor.  Chapter 9

_____/

# CERTIFICATE OF SERVICE

The undersigned certifies that papers were served as follows:

1. Papers Served:  Proof of Claim of 660 Woodward Associates LLC.

2. Date of Service:  December 18, 2014

3. Means of Service:  First Class U.S. Mail, postage prepaid

4. Served Upon:  David G. Heiman
   Heather Lennox
   Thomas A. Wilson
   JONES DAY
   North Point
   901 Lakeside Ave.
   Cleveland, OH 44114

   Bruce Bennett
   JONES DAY
   555 S. Flower Street
   50th Floor
   Los Angeles, CA 90071

   Jonathan S. Green
   Stephen S. LaPlante
   MILLER CANFIELD PADDOCK AND STONE PLC
   150 West Jefferson, Ste. 2500
   Detroit, MI 48226

Honigman Miller Schwartz and Cohn LLP
Counsel for 660 Woodward Associates LLC

Dated: December 18, 2014  By:  /s/ Lawrence A. Lichtman
Lawrence A. Lichtman (P35403))
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7590
Facsimile: (313) 465-7591
Email: llichtman@honigman.com

16235599.1