Case No. 14-1209

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: CITY OF DETROIT

    Debtor In Possession

-------------------------------

OFFICIAL COMMITTEE OF RETIREES OF THE CITY OF DETROIT

    Appellant

v.

UNITED STATES OF AMERICA, STATE OF MICHIGAN; MICHIGAN DEPARTMENT OF ATTORNEY GENERAL

    Interested Parties - Appellees

CITY OF DETROIT, MICHIGAN

    Appellee


Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                              **ENTERED PURSUANT TO RULE 45(a),**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued: December 12, 2014