UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 12

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8369].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 12 | 4/1/2014 | 3515 | Objection to Chapter 9 Plan Filed by Creditor Amru Meah |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR -1 A 11: 31

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____ Debtor ____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Amrle Meath

_____ hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because
I AM A CITY OF DETROIT RETIREE AFTER 32 YEARS OF SERVICE

2. I / we object to the above filing because:
We are now paying State Taxes Approx. 4.38% which we didn't have to pay until Govern Snyder took office. We now pay $1258 monthly for Health Insurance. We don't qualify for National Health Care. Also I am a Cancer patient and have to have annual PET/CT scans now that cost me $1000.00

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Amrle Meath
Signature: Amrle Meath
Address: 30815 Billington Ct
Beverly Hills, MI. 48025
Email: amrumeah@yahoo.com

Dated:

United States Bankruptcy Court
Eastern District of Michigan
Southern Division - Detroit

In the Matter of:
City of Detroit

Case No. 13-53846-SWR
Chapter 9
Hon. Steven W. Rhodes

Objection to City of Detroit's Plan of Adjustment (Docket 2708)

In addition to the PET/CT scans and I have to pay $12,000 deductible if & when I need additional surgery but $2800 deductible even if I do not need surgery. That $2800 deductible is for non-emergencies. Now the Emergency Manager is requesting your approval for as much as a 34% cut in our pension. I am a former Director so my pension is larger than many retirees but I cannot afford what they are requesting of us. If we have to take a 34% cut the city would have save $38,000 just from me.

That's, 4.38% Taxes — $1,810
26%-34% Pension Cut = $29,580
Health Care = $7,260

United States Bankruptcy Court
Eastern District of Michigan
Southern Division - Detroit

Case No. 13-53846-SWR
Chapter 9
Hon. Steven W. Rhodes

My health cost was $280 monthly

Now I pay total of $1258 monthly and I might get a $125.00 stipend but I'm not sure if I'll get the stipend.

We have a $1340 house mortage payment we had a $970 mortage on the house we moved from and can not sell because we owe more than its worth, a car note $556.00 we owe $16,000 balance and it's worth $9000 according to the dealership we tried to sell it to. And Charge cards utilities ect. We can not afford a 26-34% cut we will have to move to an apartment. Please keep in mind most of us Retiree's are senior citizens and can not protest, so Please do not think that we do not object/care