UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 14

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8369].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 14 | 4/1/2014 | 3603 | Objection to Chapter 9 Plan filed by Creditor Mark L. Smith |

Docket #3603 Date Filed: 4/1/2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

2014 APR -1 A 11: 34

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: MARK L. SMITH

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because

I AM A RETIREE OF THE CITY OF DETROIT.

2. I / we object to the above filing because:

AS A PENSIONER, MY INCOME WILL FALL TO A LEVEL THAT MAY COMPELL ME TO MOVE OUT OF MY RESIDENCE AND PLACE ME NEAR THE POVERTY LEVEL. STATE PENSION INCOME TAX PLUS INCREASE HEALTH INSURANCE PLUS PENSION CUT = 49% DECREASE IN INCOME.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: MARK L. SMITH
Signature: Mark L. Smith
Address: 1754 CAMPAU FARMS CIRCLE
DETROIT, MI 48207
Email: mrsmith9995@AOL.COM

Dated: