UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 16

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8369].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 16 | 4/3/2014 | 3805 | Objection to Chapter 9 Plan Filed by Creditor Calvin C. Turner |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED
2014 APR -3 P 2:04
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN                    Case No. 13-53846-swr
                                             Chapter 9

_____Debtor_____/                 Hon. STEVEN W. RHODES

OBJECTION TO:

__City of Detroit's Plan of Adjustment__
        FILED BY: _____

_Calvin C. Turner_____ hereby states **his**/her/their OBJECTION

TO: _____ for the following reasons.

1. I/we am/are interested in the Bankruptcy of the City of Detroit because
**I feel that Democracy is being denied in the State of Michigan**

2. I/we object to the above filing because:

I am a honorable discharged Veteran who served in the United States Marine Corp from
1996 to 1969 of which 13 months was served in Vietnam. As a Marine, I stood for democracy
from the shores of Iwojima to the hills of Afghanistan. When called upon I didn't hesitate to
Sacrifice life of limb for democracy. Again, as a hard core, tough Marine it breaks my heart to
see democracy in America denied in this great State of Michigan and of most, the city of
Detroit. In making your decision , please carefully consider the many men and women who
Sacrificed so much in the name of democracy worldwide.

3. I have/have not attached additional sheets to explain and establish my potions.

I hereby certify that the statements made herein are true and correct under penalty of
perjury and contempt of Court under the laws of the United States of America.

Wherefore I/we request the Court will deny the relief sough in said filing.

                                    Calvin C. Turner

                                    _____
                                    16091 Edmore Drive
                                    Detroit, Michigan 48205
                                    maddmarine66@gmail.com