UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**EXHIBIT 25**

**APPELLEE STATE OF MICHIGAN'S DESIGNATION OF
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**
In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8369].

| Item | Date Filed | Docket Number | Description |
|------|-----------|---------------|-------------|
| 25 | 5/21/2014 | 5064 | Objection to Chapter 9 Plan Filed by Creditor Johnnie Taylor-Tawwab |

Johnnie Taylor-Tawwab
20440 Cherokee
Detroit, MI  48219
johnnietawwab@aol.com

May 19, 2014

Judge Stephen W. Rhodes
c/o Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan, Southern Division
211 W. Fort Street
Suite 100
Detroit, MI  48226



Dear Judge Stephen W. Rhodes:

Your honor, I am a 70 year-old retiree of the City of Detroit.  I served the citizens of this city for 30 years.  I was made certain promises for this service now they are being threatened.  Now at a time when I most need my healthcare and pension it is being taken away.

For years I was very healthy – I am now diabetic.  I have acute vision problems and several other illnesses.  I regularly see an ophthalmologist, endocrinologist, and a family practitioner.  I had recent eye surgery and my endocrinologist has told me that I need surgery for thyroid related problems.  My co-pay is so high I can't consider another surgery.  I still owe my eye doctor several hundred dollars for the surgery.

My insulin costs $40.00 per month.  My doctor has me on supplements which cost an additional $150.00 per month.  With these pension cuts, I am going to have to stop taking the supplements that have been very beneficial to my health.  Insurance does not cover supplements.

My income is fixed and I need every penny to meet my daily needs – food and shelter.  Forget any new clothes and a day at the movies.  I didn't expect to spend my last years like this.  It's as if I'm being told you have served your purpose, go away and die.

Retirees are not numbers, we are human beings. Please show us some humanity and let us live our last years in dignity; not being constantly concerned about survival.  Everyone deserves this, you, me, please show us some compassion and stop these cuts.

Sincerely,

*Johnnie Taylor-Tawwab*

Johnnie Taylor-Tawwab