UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 28

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8369].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 28 | 6/12/2014 | 5373 | Supplemental Objection to Chapter 9 Plan Filed by Creditor Calvin C. Turner |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 JUN 12 A 8: 34
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

_CALVIN C. TURNER_
Creditor/Objector,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

        Debtor/

_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

## SUPPLEMENTAL OBJECTIONS TO THE
## VOTING BALLOT AND THE PROCESS

THE NOTICE IS AFTER THE FACT, UNTIMELY, CONTRARY
TO THE FACTS AND MISREPRESENTATION OF THE BANK-
RUPTCY CODE AND RULES AND HAS NOT BEEN PRESENT-
ED IN A GOOD FAITH MANNER.

We /I object to the voting ballot and the process for the following reasons:

1) We/I object to the voting ballot because it doesn't have a Yes or No vote. It only has a yes votes. If you check this box we will take this much of your money and if you vote the other plan we will take more.

2) We/I object to the voting process because you only have a yes vote, which you agree to allow the city to reduce your pension.

1

3) We/I object to the ballot information because of the deception of 4% is really 20%.

4) We/I object to the counting of the ballot by Jones Day Law Firm who represent the City of Detroit.

5) We/I object to plan because if you vote yes you give up your constitutional guarantee pension under Article IX Section 24 of Michigan State Constitution.

6) We/I object to the plan because the state has withheld and refuse to pay Revenue Sharing Funds.

7) We/I object to plan and the vote because the whole bankruptcy is illegal because the state through the Emergency Manager, Kevyn Orr filed for bankruptcy and not the City of Detroit, without the city consent and approval.


Sincerely Submitted,

_____
name

16091 EDMORE DR.
Address

DETROIT, MICH 48205
City, State and Zip Code

Date 6-2-14

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>    Debtor/<br>_____/ | Chapter 9<br>Case No. 13-53846<br>Judge Steven W Rhodes<br><br>Case No. 14-cv-10434<br>  Hon. Bernard A. Freidman<br>  Magistrate Paul J. Komives |

## PROOF OF SERVICES

_____Carl Williams_____, being first duly sworn deposes and
your name

Say that on June _12_ 2014. I sent a copy of Supplemental Objection to the

voting ballot and the process Upon the concern parties by certified mail at the

following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl 3Williams_

Dated  June 12, 2014