UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 40

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8369].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 40 | 7/8/2014 | 5818 | Objection to Chapter 9 Plan filed by Creditor Belinda A. Myers-Florence |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Belinda Ann Myers-Florence
_____
Creditors/Objectors,

FILED
2014 JUL -8 P 1:2∅
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

v

In re:
City of Detroit, Michigan
and Emergency Manager
Kevyn D. Orr

Chapter 9
Case No. 13-53846
Judge Steven W. Rhodes

Debtor

_____/

## OBJECTIONS TO THE FOURTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

1. We/I object to the interest rate of return, the Plan of Adjustment is proposing to change it from 7.9% to 6.75%, which is creating more unfunded liability. This is impartial and discriminatory towards all pensioners, objectors, creditors and other people of interests. They can reduce it gradually.

2. We/I object to the recoupment of interest from annuity accounts; it is illegal and it violates the statute of limitations. Interest being taken back from pensioners, objectors, creditors and other people of interests find it illegal.

3. We/I object to the state withholding and refusing to pay Revenue Sharing Act plus interest to Detroit and other cities; the State has violated the unrestricted revenue sharing act from year 2012 to 2014 by refusing to pay over half billion dollars to pensioners, objectors, creditors and other people of interests.

4. We/I object to the State of Michigan violating the Michigan State Constitution of Article 9, Section 24, which states public pension shall not be diminished or impaired.

5. We/I object to the claw back Plan of adjustments that if the plan is rejected, deeper cuts will occur. It is illegal and discriminatory against the pensioners, objectors, creditors and other people of interests, and violates the security and exchange commission.

6. We/I object to use of deceptive practices by recouping funds from federally-funded programs that were not part of the general city funds and had no connections.

7. We /I object to the fourth Plan of the Fourth Amendment of disclosure statement of page 28 states, as explained in the Plan, even if classes 10 and 11 vote to accept the plan, there is a risk that the payments from outside funding may not be made as promised. The plan does not require the city to make up for any missed payments.

8. We/I object to Emergency Manager Kevyn D. Orr for perpetrating a fraud by impersonating an elected official.

9. We/I object to the stated number of miscalculations derived of the recoupment of interest from annuity accounts and trust there to be more than reported. Full exposure and the source of the calculations of such funds must be presented to the pensioners, objectors, creditors and other people of interests. The lack of revealing the composition of the calculation is discriminatory.

NAME: Belinda Ann Nyabo-Florence

ADDRESS: 20420 Anglin

CITY/STATE/ZIP: Detroit, MI 48234

DATE: 6/23/2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 JUL -8 P 1:27
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,
v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
    Debtor/City of Detroit
_____/

Chapter 9
 Case No. 13-53846
 Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and
your name

Say that on July 8, 2014. I sent a copy of Objection to the Fourth Amended

Plan of adjustment of Debts of the City of Detroit, Upon the concern parties by

certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl B Williams_

Dated _July 8, 2014_