UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 43

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8369].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 43 | 7/8/2014 | 5827 | Supplemental Objections to the Voting Ballot and the Process Filed by Creditors Hassan Aleem, Curtis Brooks, Paulette Brown, William M. Davis, Errol Griffin, Wanda Jan Hill, James Lovely, Vera C. Magee, Cecily McClellan, Tijuana Morris, Sheila Thompkins, Carl Williams |

UNITED STATES BANKRUPTCY COURT **FILED**
EASTERN DISTRICT OF MICHIGAN 2014 JUL -8 P 1:26
SOUTHERN DIVISON

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
    Debtors/City of Detroit

Chapter 9
Case No. 13-53846
Magistrate Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

_____/

## SUPPLEMENTAL OBJECTIONS TO THE VOTING BALLOT AND THE PROCESS

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

We /I object to the voting ballot and the process for the following reason:

1)    We/I object to the voting ballot because it doesn't have a Yes or

No vote. It only has a yes votes. If you check this box we will take this

much of your money if you to Accept Plan, if you Reject the plan we will

1

take even more. This is a violation of Article 12 Section 16 of the Constitution of the State of Michigan.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

*Carl Williams*      *Hassan Aleem*
Carl Williams          Hassan Aleem
10112 Somerset       2440 Taylor
Detroit, Michigan 48224    Detroit, Michigan 48206

WILLIAM M. DAVIS      Wanda Jan Hill
name                              name

9203 Littlefield        16125 Oakfield
Address                       address

Detroit, Mich 48228    Det 48235
City, State & Zip            City, State & Zip

Paulette Brn          Tijuana Morris
Name                             Name

19260 Lancashire      14841 Joy Rd Apt 2
Address                       Address

Detroit, MI 48223      Detroit MI 48228
City, State & Zip          City, State & Zip

Curtis Brooks         Sheila Thompkins
Name                             Name

4836 Maxwell          2332 Prince Hall Dr.
Address                       Address

Detroit, Mich 48214    Det. MI 48207
City, State & Zip           City, State & zip

Errol Griffin
name

15005 Piedmont St.
Address

Detroit MI 48223
City, State & Zip

James Lovely
Name

18716 Monte Vista
Address

Det MI 48221
City State & Zip

Vera C Magee
Name

5165 Iroquois
Address

Detroit, MI 48213
City, State & Zip

Cicely McCall
Name

111 Calvert
Address

Det, MI 48202
City, State & Zip

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:                                        Chapter 9
City OF DETROIT, MICHIGAN        Case No. 13-53846
AND EMERGENCY MANAGER      Judge Steven W Rhodes
KEVYN D. ORR

       Debtor/City of Detroit        Case No. 14-cv-10434
                                             Hon. Bernard A. Freidman
_____/        Magistrate Paul J. Komives

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and
your name

Say that on July 8, 2014. I sent a copy of Objection to the Plan of adjustment and any confirmation of the Supplemental objection to the voting ballot and the process, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226