UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**EXHIBIT 47**

**APPELLEE STATE OF MICHIGAN'S DESIGNATION OF
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**
In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8369].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 47 | 7/8/2014 | 5843 | Objection to the Plan of Adjustment and any Confirmation of that Plan Because Judge Steven W. Rhodes is not an Article III Judge. Filed by Hassan Aleem, Walter Blaney, Curtis Brooks, William M. Davis, Errol Griffin, LaVern Holloway, James Lovely, Vera C. Magee, Cecily McClellan, Lula Millender, Tijuana Morris, Sheila Thompkins, Carl Williams |

FILED

**UNITED STATES BANKRUPTCY COURT** 2014 JUL -8 P 1: 25
**EASTERN DISTRICT OF MICHIGAN** U.S. BANKRUPTCY COURT
**SOUTHERN DIVISON**            E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
           Creditors/Objectors,

v

In re:                                         Chapter 9
City OF DETROIT, MICHIGAN                       Case No. 13-53846
AND EMERGENCY MANAGER                           Judge Steven W Rhodes
KEVYN D. ORR

           Debtors/City of Detroit          Case No. 14-cv-10434
                                               Hon. Bernard A. Freidman
_____/             Magistrate Paul J. Komives

## OBJECTION TO THE PLAN OF ADJUSTMENT AND ANY CONFIRMATION OF THAT PLAN BECAUSE JUDGE STEVEN W RHODES IS NOT AN ARTICLE III <u>JUDGE</u>

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

I object to the vote on the Plan of Adjustment and confirmation of

the Plan because the court lacks jurisdiction. Magistrate Judge Steven W

Rhodes is not an Article III Judge. The Sixth Circuit ruled that "private Right"

1

claims be adjudicated by Article III judge and courts. Thus, they cannot consent to bankruptcy courts entering entering final judgment on these claims.

Waldman v. Stone, 698 F.3d 910 (6th Cir 2012)

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl Williams_
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_Vera C Magee_
name

_5165 Iroquois_
Address

_Detroit, MI 48213_
City, State & Zip

_Tijuana Morris_
Name

_14841 Joy Rd. Apt 2_
Address

_Detroit MI 48228_
City, State & Zip

_Walter Blaw_
Name

_3296 Collingwood_
Address
_Detroit MI, 48206_

_Hassan Aleem_
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

_Sheila Thompkins_
name

_2332 Prince Hall Dr_
address

_Det. MI 48207_
City, State & Zip

_Lula Millender_
Name

_3763 Buena Vista_
Address

_Detroit, mi 4823_
City, State & Zip

_Croly mcGahee_
Name

_111 Calvert_
Address
_Det, MI 48202_

Curtis Brooks

**name**

4836 Maxwell

**Address**          **Address**

Det, Mich, 48214

**City, State & Zip**        **City, State & Zip**

Sade Holloway

**Name**          **Name**

16246 Linwood St

**Address**          **Address**

Det, MI 48221

**City State & Zip**        **City, State & Zip**

William M. Davis
WILLIAM M. DAVIS

**Name**          **Name**

9203 Littlefield St.

**Address**          **Address**

Detroit, Mich. 48228

**City, State & Zip**        **City, State & Zip**

Errol Griffin

**Name**          **Name**

15005 Piedmont St

**Address**          **Address**

Detroit MI 48223

**City, State & Zip**        **City, State & Zip**

James Lovely

**name**          **name**

18716 MonteVista

**Address**          **address**

Det, 48221

**City, State & Zip**        **City, State & Zip**

name

name

Address

address

City, State & Zip

City, State & Zip

Name

Name

Address

Address

City, State & Zip

City, State &Zip

Name

Name

Address

Address

City, State & Zip

City, State & zip

name

Address

Address

City, State & Zip

City, State & Zip

Name

Name

Address

Address

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISON

FILED

2014 JUL -8 P 1: 25

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
Creditors/Objectors,

v

In re:                                          Chapter 9
City OF DETROIT, MICHIGAN                         Case No. 13-53846
AND EMERGENCY MANAGER                             Judge Steven W Rhodes
KEVYN D. ORR

Debtor/City of Detroit                            Case No. 14-cv-10434
                                                  Hon. Bernard A. Freidman
_____/                 Magistrate Paul J. Komives


## PROOF OF SERVICES

_____Carl Williams_____, being first duly sworn deposes and
your name

Say that on July 8, 2014. I sent a copy of Objection to the Plan of adjustment

and any confirmation of the Plan because Magistrate Judge Steven W. Rhodes

is not an Article lll Judge, Upon the concern parties by certified mail at the

following address:


City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____

Dated__July    8, 2014_____