UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 48

# APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8369].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 48 | 7/8/2014 | 5851 | Objection to the Plan of Adjustment and any Confirmation of that Plan Because the Bankruptcy was not by Consent of the Creditors or the Debtors and Fraudulent Concealment Filed by Hassan Aleem, Curtis Brooks, William M. Davis, Errol Griffin, Yvonne Jones, James Lovely, Vera C. Magee, Cecily McClellan, Tijuana Morris, Sheila Thompkins, Carl Williams |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 JUL -8 P 1: 25
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
   Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
   Debtors/City of Detroit
_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

# OBJECTION TO THE PLAN OF ADJUSTMENT AND ANY CONFIRMATION OF THAT PLAN BECAUSE THE BANKRUPTCY WAS NOT BY CONSENT OF THE CREDITORS OR THE DEBTORS AND FRAUDULENT CONCEALMENT

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

I object to the vote on the Plan of Adjustment and confirmation of the Plan because the court lacks jurisdiction. The bankruptcy did not have consent of the creditors or the debtors and contravened 11 USC 903 and 904.

1

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

| *Carl Williams* (signature) | *Hassan Aleem* (signature) |
|---|---|
| Carl Williams | Hassan Aleem |
| 10112 Somerset | 2440 Taylor |
| Detroit, Michigan 48224 | Detroit, Michigan 48206 |

Vera C. Magee
name

5165 Iroquois
Address

Detroit, MI 48213
City, State & Zip

Sheila Thompkins
name

2332 Prince Hall Dr.
address

Det, MI 48207
City, State & Zip

Lijuana Morris
Name

14841 Joy Rd. Apt 2
Address

Detroit, MI 48228
City, State & Zip

Yvonne Jones
Name

153 Arden Park

Det, MI 48202
City, State & Zip

Curtis Brooks
Name

4836 Maxwell
Address

Det, Mich 48214
City, State & Zip

Errol Griffin
Name

15005 Piedmont St.
Address

Detroit MI 48223
City, State & Zip

James Lovely
name

18716 MonteVista
Address

Det. MI 48224
City, State & Zip

Cicily McClell(?)
name

111 Calvert
Address

Det, MI 48202
City, State & Zip

William M. Davis
name  William M. Davis

9203 Littlefield St.
Address

Detroit, Mich. 48228
City, State & Zip

_____
name

_____
address

_____
City, State & Zip

_____
name

_____
address

_____
City, State & Zip

_____
name

_____
address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

_____
Name

_____

UNITED STATES BANKRUPTCY COURT   FILED
EASTERN DISTRICT OF MICHIGAN 2014 JUL -8 P 1: 26
SOUTHERN DIVISON

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:  
City OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR  
    Debtor/City of Detroit

_____/

Chapter 9  
Case No. 13-53846  
Judge Steven W Rhodes

Case No. 14-cv-10434  
Hon. Bernard A. Freidman  
Magistrate Judge Paul J. Komives

## PROOF OF SERVICES

_Carl Williams_____, being first duly sworn deposes and
your name

Say that on July  8,   2014. I sent a copy of Objection to the Plan of adjustment

and any confirmation of that plan because the bankruptcy was not by consent of

the creditors or debtors and fraudulent concealment, Upon the concern parties

by certified mail at the following address:

City of Detroit  
Corporation Council  
First National Building  
600 Woodward Ave  
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Dated___July 8, 2014_____