UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 80

# APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8369].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 80 | 9/23/2014 | 7642 | Objection to Governor Snyder and the Emergency Manager, Kevyn Orr Plan of Adjustment and Any Amendments and Confirmation of the Plan Filed by Sheila Thompkins, Jesse J. Florence Sr., Belinda A. Myers-Florence, Mark L. Smith, Wanda Jan Hill, William M. Davis, Charles McFarland, Cecily McClellan, LaVern Holloway, Brenda Joyce Hasendove-McFarland, Hassan Aleem, and Carl Williams |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED (I)

2014 SEP 23 P 2: 24

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
    Debtors/City of Detroit

_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

## OBJECTION TO GOVERNOR SNYDER AND THE EMERGENCY MANAGER, KEVYN ORR PLAN OF ADJUSTMENT AND ANY AMENDMENTS AND CONFIRMATION OF THE PLAN

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND ANY AMENDMENTS CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UN-TIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANK-RUPTC CODE AND RULES AND HAS NOT BEEN PRESENTED AND CON-DUCTED IN A GOOD FAITH MANNER.

We object because the court lack jurisdiction which has never been properly

addressed in our previous objections. If the court did legally have jurisdiction to the

1

Plan of Adjustment and any Amendments or confirmation to the plans of Adjustments we object for the following reason:

1) Governor Snyder took an oath under Article X1 Section 1 of the Michigan State Constitution to upheld and support the Michigan and Federal Constitutions.

2) The Governor Rick Snyder signed contract/agreement with the Emgergency, Kevyn Orr to run the City of Detroit. The Governor under his oath of office and law order the emergency manager or a private contractor to Arbitrary and Capriciously shut-off water of citizens without even a warning and any legal notice or hearing and clearly a violation of the Supreme Court decision in Goldberg v Kelly 397 U.S. 254 90 S Ct 1011, 252 citing "The fundamental requisite of due process is the opportunity to be heard." Grannis v Ordean, 234 U.S. 385 394 (1914). This is a fundamental due process of law violation of 1st 5th and 14th Amendments Right of the Constitution of the United State.

3) That the voting ballots were bias and kind of confusing because the way it was worded you only could vote yes. For example if you vote yes to accept the plan we will take or you will give up 20%. If you vote no to reject the plan we will take or you will give up 27%. Plus you give up your constitutional right to redress the government for grievances or plainly put it, the right to suit. Not to mention you give up your constitutional guarantee right of Article 9 section 24 of the Michigan State

2

Constitution that protected your pensions. The way that it was worded you could not say no you didn't want the plan at all. In other words there was no "No" vote.

This is simply was "extortion" and "rigging the voting process through the voting ballots" and contrary to the Michigan Election Laws MCL 168.485 that states:

> Any question submitted to the electors of this state or the electors of any subdivision of this state shall, to the extent that it will not confuse the electorate, be worded in the following manner: A "yes" vote will be a vote in favor of the subject matter of the proposal or issue and a "no" vote will be a vote against the subject matter of the proposal or issue. Question shall be worded so as to apprise the voters of the subject matter of the proposal or issue, but need not be legally precise. The language used shall create no prejudice for or against the issue or proposal.

3) The voting ballots was not a legal official form 14 ballot and fraudulent, due to the signatures was on a separate page from the voting box and could be easily manipulated and was not conducted to preserve the purity of the election process.

a) The Plan of Adjustment has been Amended five or six times and none of those plans have been voted on except the fourth Plan of Adjustment, which is null and void. Once you Amended the plan it supersede any previous plan or plans and they are invalid and have no legal affect and no longer legally binding, only the last plan would be legally binding. There has been no vote on the fifth or sixth plan of adjustment, therefore, no legal confirmation can exist without a vote. The only

3

proper and legal way to rectify or correct the plan is to dismiss the case and start over.

This is a procedure due process of law violation of Article 1 Sections 2 and 17 of the Michigan State Constitution and the 5th and 14th Amendment of the United State Constitution. If the court was to approve the plan of adjustment under these circumstance without a vote the confirmation would be invalid.

When an state official violates its own law the court has rule this is an "state action." The action of Governor Rick Snyder on the behalf of the state is the chief administrative officer of the State of Michigan, in the execution of his duty and the law constitute "state action," within the purview of the Fourteenth Amendment.

That Amendment govern any action of the state, "whether through its legislature, through its courts or its executive or administrative officers." Mooney v Holohan 294 U.S. 103, 112-113, (1934) citing Carter v. Texas 177 U.S. 442, 447; Roger v Alabama, 192 U.S. 226, 233, 234.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_____  _____
Carl Williams                    Hassan Aleem
10112 Somerset                   2440 Taylor
Detroit, Michigan 48224          Detroit, Michigan 48206
313 521-5012                     313 205-4353

Brenda Faye McFarland  
name  
18414 South Drive Apt. 75  
Address  
Southfield MI 48076  
City, State & Zip  

Charles McFarland  
name  
18414 South Drive #75  
address  
Southfield, MI. 48076  
City, State & Zip  

LaVern Holloway  
name  
16246 Linwood St.  
Address  
Detroit, MI 48221  
City, State & Zip  

William M. Davis  
name  
9203 Littlefield  
address  
Detroit, Mich. 48228  
City, State & Zip  

Cicily McClellon  
Name  
111 Calvert  
Address  
Detroit, MI 48202  
City State & Zip  

Nancy J. Hill / Ward Dawkins  
Name  
16125 Oakfield  
Address  
Det 48235  
City, State & Zip

MARK L. SMITH
name

1754 CAMPAU FARMS CIRCLE
Address

DETROIT, MI 48207
City, State & Zip

_Sheila Thompkins_
Sheila Thompkins
name

2332 Prince Hall Dr
address

Detroit, MI 48207
City, State & Zip

Belinda A. Myers-Florence
name

20420 Anglin
Address

Detroit, MI 48234
City, State & Zip

name

address

City, State & Zip

Eddie J. Florence Jr.
Name

20420 Anglin
Address

Detroit, MI 48234
City State & Zip

Name

Address

City, State & Zip



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

_Carl Williams_____, being first duly sworn deposes and your name

Say that on September _23_, 2014. I sent a copy of Objection to Governor Rick

Snyder and the Emergency Manager, Kevyn Orr Plan of adjustment and any

Amendments and Confirmation of the Plan, upon the concern parties by certified mail at the following address:

Governor Rick Snyder
111 S. Capitol
P.O. Box 30013
Lansing, Michigan 48909

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_