UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 86

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8369].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 86 | 10/24/2014 | 8104 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED (I)

2014 OCT 24 P 3:37

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M. Davis

hereby states his/her/their OBJECTION TO: 8th

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I/we am/are interested in the Bankruptcy of the City of Detroit because As a DWSD Pensior & President of Detroit Active & Retired Employee Association AKA DAREA

2. I/we object to the above filing because: The Mayor and the Detroit City Council Not A state Emergency Management person Name ORR should be the only one's under city & State law to place the Bankruptcy, ORR and Snyder Action is illegal in city, state, fed law...

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: William M. Davis Pres.
Signature: William M. Davis
Address: 9203 Littlefield St.
Detroit, Mich. 48228
Email: montybill86@yahoo.com

Dated: 10/23/2014

DAREA
P.O. BOX 3724
Highland Park, Mich. 48203

detroit2708nluse@gmail.com