# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

Debtor.

No. 13-53846

Chapter 9

HON. STEVEN W. RHODES

## EXHIBIT 94

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8369].

| Item | Date Filed | Docket Number | Description |
|------|-----------|---------------|-------------|
| 94 | 10/29/2014 | 8129 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN      Case No. 13-53846-swr
Chapter 9

_____ Debtor____/      Hon. STEVEN W. RHODES

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: WilliAM M. DAvis

_____ hereby states his/her/their OBJECTION TO: The 8th

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.     I /(we) am/are interested in the Bankruptcy of the City of Detroit because
As A DWSD PENSiONER & PResident of Detroit Active & Retired
Employee AssociAtion AKA DAREA

2.     I /(we) object to the above filing because:
The D I A Settlement maybe illegAl it would effectively
sell the Art to bankruptcy-proof entity At below-market
price, The D I A wAs AppRaised At 8.1 billion by Art CapitAl,
An investment firm thAt is offering loAns collAterAlized by the Art

3.     I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

DARA
P.O. BOX 3724
HighLand PaRK, Mi. 48203

detRoit2700plus@gmail.com

Dated:
10-27-2014

Name: WilliAM M. DAvis PRes.
Signature: William M. Davis
Address: 9203 Littlefield
Detroit, Mich. 48228
Email: montybill86@yahoo.com