UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 99

# APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8369].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 99 | 10/31/2014 | 8150 | Objection To The Filing Of Redlined Version Of Eighth Amended Fraudulent Plan For The Adjustment of Debts of the City of Detroit filed by Carl Williams, Tyuana Morris, Keith M. Hines, Gloria Ann Surles, Dorothea Harris, Elijah Jacobs, William M. Davis, Martha Jones and Hassan Aleem |

FILED (I)
2014 OCT 31 P 3: 34
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM et al
Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
| Debtors/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## OBJECTION TO THE FILING OF REDLINED VERSION OF EIGHTH AMENDED FRUADULENT PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

We/I OBJECT TO THE REDLINED VERISON OF THE EIGHTH AMENDED PLAN OF ADJUSTMENT FOR THE DEBTS OF THE CITY OF DETRIOIT AND CONFIRMATION OF THE PLAN, THERE WAS NO NOTICE, IT WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENT <u>ED AND CONDUCED IN A GOOD FAITH MANNER</u>.

We/I object to the filing of redlined version of the Eighth Amended

Plan of Adjustment for the debts of the city of Detroit and confirmation of any

Plan stemming from or connected to this plan of Adjustment and show the

following:

1

1) The State of Michigan through the Governor Rick Snyder appointed emergency manager, Kevyn Orr has deceived the city and the public throughout the country to believing that the City of Detroit filed or consented to filing bankruptcy. When in fact the State of Michigan filed under the disguise of the city of Detroit with the bankruptcy court blessing.

(a) We all agree that only a municipality can file for bankruptcy as stated in P.A. 436 and the bankruptcy code and/or rule provides. (b) The emergency manager Kevyn Orr is not an elected official, therefore, not the proper person and either impersonated an elected official and/or the court has abused its authority to allow the state under false pretense to file for the City of Detroit or both,(c) **The City of Detroit never legally <u>approved,</u> <u>agreed</u> or <u>consented</u> to** the Emergency Manager, Kevyn Orr, filing for bankruptcy.(d) The chapter 9 bankruptcy was said to be by voluntary consent, which is not the case in this present action (e) The city council nor the mayor never addressed bankruptcy prior to bankruptcy filing.

2) We/I object to the Eigtht Amended Plans of Adjustment because of we have been denied and deprived hearings on issues presented in our objecttions such as: A evidentiary hearing on fraud to determine whether or not there were any fraud and who committed the fraud.

2

This is a denial of due process and equal protection of the 5th and 14th Amendments of the law of the Constitution of the United State.

**The City of Detroit never legally <u>approved</u>, <u>agreed</u> or <u>consented</u> to** the Emergency Manager, Kevyn Orr, filing for bankruptcy and Kevyn Orr concealed this fact from the people by his action and contravened **MCL 600.5855 Fraudulent Concealment** where a party alleges that fraud has been committed on the court, it is generally **an abuse of discretion** for the court to decide the motion without first conducting an evidentiary hearing into the allegations. Rapaport v Rapaport 185 Mich App 12 (1990) citing Michigan Bank-Midwest v DJ Reynaert, Inc, 165 Mich App 630, 643, 419 NW2d 439 (1988); St Clair Commercial & Savings Bank v Macaulley, 66 Mich App 210, 214-215; 238 NW2d 806 (1975), lv den 396 NW2d 864 (1976).

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_____
Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

_____
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

Martha Jones
Name

10132 Curtis
Address

Dit MI 48221
City State & Zip

William M. Davis
Name

9203 Littlefield
Address

Detroit, MI 48228
City, State & Zip

ELIJAH JACOBS
name

18701 SANTA BARBARA
Address

DETROIT MI 48221
City, State & Zip

Dorothea Harris
Name

20552 Huntington
Address

Harper Woods, MI 48225
City, State & Zip

Gloria Ann Insley
Name

7835 S Chrysler Drive
Address

Detroit MI 48211
City, State & Zip

Keith M. Griner
name

832 CHALMERS
address

Det, MI 48215
City, State & Zip

Tijuana Morris
Name

14841 Joy Rd Apt 2
Address

Detroit MI 48228
City State & Zip

Name

Address

City, State & Zip

Name

Address

City, State & Zip

Name

Address

City, State & Zip

name

Address

City, State & Zip

name

address

City, State & Zip

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISON



CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>    Debtor/<br>_____/ | Chapter 9<br>Case No. 13-53846<br>Judge Steven W Rhodes<br><br>Case No. 14-cv-10434<br>  Hon. Bernard A. Freidman<br>  Magistrate Paul J. Komives |

## PROOF OF SERVICES

____Carl Williams____, being first duly sworn deposes and your name

Say that on October __30__ 2014. I sent a copy of Objection to the filing of relined version of eighth Amended Fraudulent plan for the Adjustment of Debts of the City of Detroit because of, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.


Sign _Carl Williams_____