| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 101

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8369].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 101 | 10/31/2014 | 8152 | Objection To The Filing Of Redlined Version Of Eighth Amended Plan For The Adjustment of Debtor of City of Detroit Because of Unclean Hand filed by Tyuana Morris, Keith M. Hines, Dorothea Harris, William M. Davis, Anthony James, Martha Hones, Hassan Aleem and Carl Williams |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON



CARL WILLIAMS AND HASSAN ALEEM et al
    Creditors/Objectors,

v

In re:  
City OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR

    Debtors/City of Detroit

_____/

Chapter 9  
Case No. 13-53846  
Judge Steven W Rhodes

Case No. 14-cv-10434  
Hon. Bernard A. Freidman  
Magistrate Paul J. Komives

## OBJECTION TO THE FILING OF REDLINED VERSION OF EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT BECAUSE OF UNCLEAN HAND

We/I OBJECT TO THE REDLINED VERISON OF THE EIGHTH AMENDED PLAN OF ADJUSTMENT FOR THE DEBTS OF THE CITY OF DETRIOIT AND CONFIRMATION OF THE PLAN, THERE WAS NO NOTICE, IT WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENT ED AND CONDUCED IN A GOOD FAITH MANNER.

We/I object to the filing of redlined version of the Eighth Amended

Plan of Adjustment for the debts of the city of Detroit and confirmation of any

Plan stemming from or connected to this plan of Adjustment and show the

following:

1) We object to the Eighth Amended Plan of Adjustment and any confirmation of the plan of adjustment because the state filed the plan of adjustment without "Clean Hands." The state through the Emergency Manager filed bankruptcy owing the City of Detroit $224,000,000.00 in 2012 and $224,000,000.00 2013plus interest for revenue sharing. This is an unrestricted revenue sharing in according to State Revenue Sharing Act 140 of 1971the debt owed to Detroit by the state is over a half billion and climbing. This is a violation of state law and the Bankruptcy code you cannot file bankruptcy to avoid paying your responsebility or your debt. This is another example of failure to file in good faith, thus a violation of 11 USC 921of the Bankruptcy code

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

*Carl Williams* (signature)

Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

*Hassan Aleem* (signature)

Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

Martha Jones
name

10132 Curtis St
Address

Det Mi 48224
City, State & Zip

Anthony Jones
name

29270 Everett
Address

Southfield, MI 48026
City, State & Zip

William M Dav[...]
Name

9203 Littlefield
Address

Detroit, Mi. 48228
City State & Zip

Dorothea Harris
name

20552 Huntington
address

Harper Woods MI 48225
City, State & Zip

Keith M 9[...]
name

832 CHALMERS
address

Det. Mi. 48215
City, State & Zip

Tijuana Morris
Name

14841 Joy Rd Apt 2
Address

Detroit M, 48228
City, State & Zip

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON



CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/ | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

___Carl B Williams___, being first duly sworn deposes and
your name

Say that on October __30__ 2014. I sent a copy of Objection to the filing of relined

version of eighth Amended plan for the Adjustment of Debts of the City of Detroit

because of, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl B) Williams_