UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 104

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8369].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 104 | 11/6/2014 | 8195 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED
2014 NOV -6 P 12: 41
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M. Davis

_____ hereby states his/her/their OBJECTION TO: 8th

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I /(we) am/are interested in the Bankruptcy of the City of Detroit because
As a City of Detroit Pensioner And President of Detroit Active & Retired Employee Association AKA DAREA

2. I /(we) object to the above filing because:
The Plan is Not in the Best Intests of Active & Retired City of Detroit Employees it violate the State of Michigan Constitution And give's that group No Reason Not to go into protracted Litigation to sue All due to lost of our pensione & Cost of living, medical Care, ASF Recoupment

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: William M. Davis Pres.
Signature: William M. Davis
Address: 9203 Littlefield St
Detroit Mich. 48228
Email: montybill86@yahoo.com

DAREA
P.O. BOX 3724
Highland Park, Mi. 48203
detroit2700plus@gmail.com

Dated: 11/05/2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED
2014 NOV -6 P 12:41
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____ Debtor ___/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M. Davis

hereby states his/her/their OBJECTION TO: 8th

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I /we am/are interested in the Bankruptcy of the City of Detroit because As a City of Detroit Pensioner & President of The Detroit Active & Retired Employee Association AKA DAREA

2. I /we object to the above filing because: Per K. Orr $7 billion of the 18 billion in liabilities will be trimmed in Bankruptcy of the $7 billion it appears that nearly 80% is being taken from City Retirees The only group with state constitution protection, U.S. Constitution 10th Amen. Sec. 903 Recognizes State's Rights.

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: William M. Davis Pres.
Signature: William M. Davis
Address: 9203 Littlefield
Detroit, Mich. 48228
Email: montybill86@yahoo.com

Dated: 11/05/14

DARA
P.O. Box 3724
Highland Park, Mi. 48203
detroit2700plus@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED
2014 NOV -6 P 12:41
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor\_\_\_\_\_/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M. Davis

hereby states his/her/their OBJECTION TO: 8th

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I /(we) am/are interested in the Bankruptcy of the City of Detroit because
As a DWSD Pensioner & President of Detroit Active & Retired Employee Association AKA DAREA

2. I /(we) object to the above filing because:
2012 PA 436 do not given anyone the Right to violate the State of Michigan constitution, Therefore per. 11 USC 943 (b)(4) The Plan is not legally executable if Public employees pension will be diminished or impaired

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: William M. Davis Pres.
Signature: William M. Davis
Address: 9203 Littlefield
Detroit, Mich. 48228
Email: montybill86@yahoo.com

Dated:
Nov. 05, 2014

DARA
P.O. Box 3724
Highland Park, Mi. 48203
detroit2700plus@gmail.com