UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 107

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8369].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 107 | 11/10/2014 | 8237 | Objection To The Filing Of Redlined Version Of Eighth Amended Plan For The Adjustment Of Debts Of The City of Detroit Because of Unclean Hand filed October 31, 2014 filed by Keith M. Hines, Katrina Henry, Calvin Turner, Sandra Howard, Tijuana Morris, Lony Parks, Gregory T. Waller, William M. Davis, Hasaan Aleem and Carl Williams |

Docket #8237 Date Filed: 11/10/2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM et al
    Creditors/Objectors,

v

In re:                                            Chapter 9
City OF DETROIT, MICHIGAN             Case No. 13-53846
AND EMERGENCY MANAGER            Judge Steven W Rhodes
KEVYN D. ORR

          Debtors/City of Detroit        Case No. 14-cv-10434
                                                   Hon. Bernard A. Freidman
_____/   Magistrate Paul J. Komives

## OBJECTION TO THE FILING OF REDLINED VERSION OF EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT BECAUSE OF UNCLEAN HAND FILED OCTOBER 31, 2014

We/I OBJECT TO THE REDLINED VERISON OF THE EIGHTH AMENDED PLAN OF ADJUSTMENT FOR THE DEBTS OF THE CITY OF DETRIOIT AND CONFIRMATION OF THE PLAN, THERE WAS NO NOTICE, IT WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENT ED AND CONDUCED IN A GOOD FAITH MANNER.

      We/I object to the filing of redlined version of the Eighth Amended

Plan of Adjustment for the debts of the city of Detroit and confirmation of any

Plan stemming from or connected to this plan of Adjustment and show the

following:

1

1) We object to the Eighth Amended Plan of Adjustment and any confirmation of the plan of adjustment because the state filed the plan of adjustment without "Clean Hands." The state through the Emergency Manager filed bankruptcy owing the City of Detroit $224,000,000.00 in 2012 and $224,000,000.00 2013plus interest for revenue sharing. This is an unrestricted revenue sharing in according to State Revenue Sharing Act 140 of 1971the debt owed to Detroit by the state is over a half billion and climbing. This is a violation of state law and the Bankruptcy code you cannot file bankruptcy to avoid paying your responsebility or your debt. This is another example of failure to file in good faith, thus a violation of 11 USC 921of the Bankruptcy code

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_____
Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

_____
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

William M Davis
Name

9203 Littlefield St
Address

Detroit, Mich 48228
City State & Zip

Gregory T. Waller
Name

11310 Cheyenne St.
Address

Detroit, MI 48227
City State & Zip

Tony Parks
Name

5677. W. Hickory Hollow
Address

Wayne, MI 48184
City State & Zip

Tijuana Morris
Name

14841 Joy Rd. Apt 2
Address

Detroit MI 48228
City State & Zip

Sandra Howard
Name

15967 Coyle ST
Address

Det MI 48227
City State & Zip

Calvin Turner
name

16091 EDMORE DR.
Address

DET MI. 48205
City, State & Zip code

Katrina Henry
name

510 Trowbridge
Address

Det. MI 48202
City, State & Zip code

KEITH M. HINES
name

832 CHALMERS
Address

DET., MICH. 48215
City, State & Zip code

name

Address

City, State & Zip code

name

Address

City, State & Zip code

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>    Debtor/City of Detroit<br>_____/ | Chapter 9<br>Case No. 13-53846<br>Judge Steven W Rhodes<br><br>Case No. 14-cv-10434<br>Hon. Bernard A. Freidman<br>Magistrate Paul J. Komives |

## PROOF OF SERVICES

_Carl Williams_____, being first duly sworn deposes and your name

Say that on November __10th__ 2014. I sent a copy of Objection to the filing of redlined version of Eight Amended Plan for the Adjustment of Debts of the City of Detroit because of unclean hands file October 31, 2014 Plan on November __8th__, 2014, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

FILED 2014 NOV 10 A 11:53 U.S. BANKRUPTCY COURT MICHIGAN DETROIT

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl 3Williams_____

Dated __November 1, 2014_____