# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

_____/

## <u>CERTIFICATE OF SERVICE</u>

I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On December 15, 2014, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **<u>Exhibit A</u>**; and via Overnight mail on the service list attached hereto as **<u>Exhibit B</u>**:

- City of Detroit's Consolidated Counter-Designation of the Contents of the Record on Appeal of the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 8758]

- City of Detroit's Statement Regarding Designation of Contents for Inclusion in Record on Appeal re: Jonathan Brown [Docket No. 8761]

On December 15, 2014, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **<u>Exhibit C</u>**; and via Overnight mail on the service list attached hereto as **<u>Exhibit D</u>**:

- City of Detroit's Consolidated Counter-Designation of the Contents of the Record on Appeal of the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 8758]

- City of Detroit's Statement Regarding Designation of Contents for Inclusion in Record on Appeal re: Thomas J. Cipollone [Docket No. 8762]

On December 15, 2014, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **<u>Exhibit E</u>**; and via Overnight mail on the service list attached hereto as **<u>Exhibit F</u>**:

- City of Detroit's Consolidated Counter-Designation of the Contents of the Record on Appeal of the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 8758]

- City of Detroit's Statement Regarding Designation of Contents for Inclusion in Record on Appeal re: Lucinda Darrah [Docket No. 8763]

On December 15, 2014, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit G**; and via Overnight mail on the service list attached hereto as **Exhibit H**:

- City of Detroit's Consolidated Counter-Designation of the Contents of the Record on Appeal of the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 8758]

- City of Detroit's Statement Regarding Designation of Contents for Inclusion in Record on Appeal re: William M. Davis [Docket No. 8764]

On December 15, 2014, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit I**; and via Overnight mail on the service list attached hereto as **Exhibit J**:

- City of Detroit's Consolidated Counter-Designation of the Contents of the Record on Appeal of the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 8758]

- City of Detroit's Statement Regarding Designation of Contents for Inclusion in Record on Appeal re: Ochadleus Appellants [Docket No. 8765]

On December 15, 2014, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit K**; and via Overnight mail on the service list attached hereto as **Exhibit L**:

- City of Detroit's Consolidated Counter-Designation of the Contents of the Record on Appeal of the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 8758]

- City of Detroit's Statement Regarding Designation of Contents for Inclusion in Record on Appeal re: John P. Quinn [Docket No.8766]

On December 15, 2014, at my direction and under my supervision, employees of KCC caused to be served the following document via Overnight mail on the service list attached hereto as **Exhibit M**:

- City of Detroit's Consolidated Counter-Designation of the Contents of the Record on Appeal of the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 8758]

- City of Detroit's Statement Regarding Designation of Contents for Inclusion in Record on Appeal re: Cornell E. Squires [Docket No.8767]

On December 15, 2014, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit N**; and via Overnight mail on the service list attached hereto as **Exhibit O**:

- City of Detroit's Consolidated Counter-Designation of the Contents of the Record on Appeal of the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 8758]

- City of Detroit's Statement Regarding Designation of Contents for Inclusion in Record on Appeal re: Dennis Taubitz and Irma Industrious [Docket No. 8768]

On December 15, 2014, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit P**; and via Overnight mail on the service list attached hereto as **Exhibit Q**:

- City of Detroit's Consolidated Counter-Designation of the Contents of the Record on Appeal of the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 8758]

- City of Detroit's Statement Regarding Designation of Contents for Inclusion in Record on Appeal re: Carl Williams and Hassan Aleem [Docket No. 8770]

Dated: December 16, 2014

/s/ Lydia Pastor Nino
Lydia Pastor Nino
KCC
2335 Alaska Ave
El Segundo, CA 90245

# EXHIBIT A

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Foley & Mansfield PLLP | David L. Haron &Mercedes Varasteh Dordeski | dharon@foleymansfield.com; mdordeski@foleymansfield.com |

In re City of Detroit, Michigan
Case No. 13-53846                                    Page 1 of 1
  13-53846-tjt   Doc 8901   Filed 12/18/14   Entered 12/18/14 19:56:46   Page 5 of 37

# EXHIBIT B

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Foley & Mansfield PLLP | David L. Haron &Mercedes Varasteh Dordeski | 130 East Nine Mile Road | | Ferndale | MI | 48220 |
| Loevy & Loevy | Arthur Loevy Michael Kanovitz Jon Loevy &Cindy Tsai | | 312 North May Street, Suite 100 | Chicago | IL | 60607 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt    Doc 8901    Filed 12/18/14    Entered 12/18/14 19:56:46    Page 7 of 37

# **EXHIBIT C**

**Exhibit C**
**Served via Email**

| COMPANY | EMAIL |
|---|---|
| Thomas J Cipollone | cipollonet@yahoo.com |

In re City of Detroit, Michigan
Case No. 13-53846                                Page 1 of 1
13-53846-tjt    Doc 8901    Filed 12/18/14    Entered 12/18/14 19:56:46    Page 9 of 37

# **EXHIBIT D**

**Exhibit D**
**Served via Overnight Mail**

| COMPANY | ADDRESS 1 | CITY | STATE | ZIP |
|---------|-----------|------|-------|-----|
| Thomas J Cipollone | 49850 Joy Rd | Plymouth | MI | 48170 |

# **EXHIBIT E**

| COMPANY | EMAIL |
|---|---|
| Lucinda J Darrah | cindydarrah@gmail.com |

In re City of Detroit, Michigan
Case No. 13-53846                                  Page 1 of 1
13-53846-tjt    Doc 8901    Filed 12/18/14    Entered 12/18/14 19:56:46    Page 13 of 37

# EXHIBIT F

**Exhibit F**
**Served via Overnight Mail**

| COMPANY | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|
| Lucinda J Darrah | 492 Peterboro | Detroit | MI | 48201-2302 |

# **EXHIBIT G**

**Exhibit G**
**Served via Email**

| COMPANY | EMAIL |
|---|---|
| William M Davis and DACREA | montybill86@yahoo.com |

In re City of Detroit, Michigan
Case No. 13-53846                                    Page 1 of 1
13-53846-tjt    Doc 8901    Filed 12/18/14    Entered 12/18/14 19:56:46    Page 17 of 37

# **EXHIBIT H**

**Exhibit H**
**Served via Overnight Mail**

| COMPANY | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|
| William M Davis and DACREA | 9203 Littlefield | Detroit | MI | 48228 |

# EXHIBIT I

**Exhibit I**
**Served via Email**

| COMPANY | EMAIL |
|---|---|
| Jamie S. Fields | jeansartre@msn.com |

In re City of Detroit, Michigan
Case No. 13-53846                                    Page 1 of 1
13-53846-tjt    Doc 8901    Filed 12/18/14    Entered 12/18/14 19:56:46    Page 21 of 37

# EXHIBIT J

**Exhibit J**
**Served via Overnight Mail**

| COMPANY | ADDRESS 1 | CITY | STATE | ZIP |
|---------|-----------|------|-------|-----|
| Jamie S. Fields | 555 Brush No 2409 | Detroit | MI | 48226 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt    Doc 8901    Filed 12/18/14    Entered 12/18/14 19:56:46    Page 23 of 37

# EXHIBIT K

**Exhibit K**
**Served via Email**

| COMPANY | EMAIL |
|---|---|
| John P Quinn | quinjohn@umich.edu |

In re City of Detroit, Michigan
Case No. 13-53846

# EXHIBIT L

**Exhibit L**
**Served via Overnight Mail**

| COMPANY | ADDRESS 1 | CITY | STATE | ZIP |
|---------|-----------|------|-------|-----|
| John P Quinn | 2003 Military St | Detroit | MI | 48209 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt    Doc 8901    Filed 12/18/14    Entered 12/18/14 19:56:46    Page 27 of 37

# EXHIBIT M

**Exhibit M**
**Served via Overnight Mail**

| COMPANY | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|
| Cornell E Squires | 3380 S Electric St | Detroit | MI | 48217 |

# EXHIBIT N

| COMPANY | CONTACT | EMAIL |
|---------|---------|-------|
| Dennis Taubitz | Irma Industrious | iindustrious@yahoo.com |

In re City of Detroit, Michigan
Case No. 13-53846                              Page 1 of 1
13-53846-tjt    Doc 8901    Filed 12/18/14    Entered 12/18/14 19:56:46    Page 31 of 37

# **EXHIBIT O**

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Dennis Taubitz | Irma Industrious | 6002 Diamond Ruby Suite 3 | PMB 255 | Christiansted | St. Croix | 00820 |

# EXHIBIT P

| COMPANY | EMAIL |
|---------|-------|
| Hassan Aleem | HASSANALEEM49@GMAIL.COM |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt    Doc 8901    Filed 12/18/14    Entered 12/18/14 19:56:46    Page 35 of 37

# **EXHIBIT Q**

**Exhibit Q**
**Served via Overnight Mail**

| COMPANY | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|
| Carl Williams | 10112 Somerset | Detroit | MI | 48224 |
| Hassan Aleem | 2440 Taylor | Detroit | MI | 48206 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt    Doc 8901    Filed 12/18/14    Entered 12/18/14 19:56:46    Page 37 of 37