UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellee, State of Michigan, by and through the undersigned attorneys, submits the following designation of additional items to be included in the record on appeal in connection with Notice of Appeal filed by Lucinda Darrah [Dkt. #8812] from the Court's Order Confirming the Eighth Amended Plan of Adjustment of the Debts of the City of Detroit entered on November 12, 2014.

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 1 | 7/18/2013 | 1 | Chapter 9 Voluntary Petition |
| 2 | 8/19/2013 | 447 | Objections To the Petition Filed By One Kevyn D. Orr Seeking To Commence a Case Under Chapter 9 of Title 11 of the United States Code On Behalf of the City of Detroit, Michigan Filed by Creditor Lucinda J. Darrah |

| 3 | 8/19/2013 | 477 | Objection to Eligibility to Chapter 9 Petition Filed by Creditor Lucinda J. Darrah |
|---|---|---|---|
| 4 | 8/26/2013 | 642 | Order Regarding Eligibility Objections Notices of Hearings and Certifications Pursuant to 28 U.S.C. Section 2403(a) & (b) |
| 5 | 9/6/2013 | 756 | Response to Eligibility Objectors Raising Only Legal Issues filed by State of Michigan (Attachments: Exhibit 1; Exhibit 2) |
| 6 | 9/6/2013 | 765 | City of Detroit Consolidated Reply to Objectors to Entry of an Order for Relief |
| 7 | 10/4/2013 | 1085 | Supplemental Response to Eligibility Objections Raising Only Legal Issues filed by interested party State of Michigan |
| 8 | 12/11/2013 | 1945 | Opinion Regarding Eligibility |
| 9 | 1/2/2014 | 2428 | Letter Filed by Lucinda Darrah |
| 10 | 1/15/2014 | 2587 | Letter Filed by Creditor Lucinda Darrah |
| 11 | 1/22/2014 | 2588 | Letter Filed by Creditor Lucinda Darrah |
| 12 | 1/22/2014 | 2589 | Letter Filed by Creditor Lucinda Darrah |
| 13 | 2/21/2014 | 2708 | Chapter 9 Plan/Plan for the Adjustment of Debts of the City of Detroit |
| 14 | 3/31/2014 | 3380 | Amended Plan for the Adjustment of Debts of the City of Detroit (March 31, 2014) |

| 15 | 4/15/2014 | 4140 | Second Amended Chapter 9 Plan for the Adjustment of Debts of the City of Detroit (Attachments: #1 Exhibit A #2 Exhibits B through L) |
| 16 | 4/7/2014 | 4185 | Objection to Chapter 9 Plan Filed by Creditor Lucinda J. Darrah |
| 17 | 4/14/2014 | 4194 | Objection to Chapter 9 Proposed Disclosure Statement Filed by Creditor Lucinda J. Darrah |
| 18 | 4/23/2014 | 4239 | Amended Objection to Chapter 9 Plan Filed by Creditor Lucinda J. Darrah |
| 19 | 4/25/2014 | 4271 | Third Amended Chapter 9 Plan for the Adjustment of Debts of the City of Detroit (April 25, 2014) |
| 20 | 5/9/2014 | 4605 | Objection to Document 4230, Filed by Creditor Lucinda J. Darrah |
| 21 | 5/12/2014 | 4809 | Amended Objection to Chapter 9 Plan Filed by Creditor Lucinda J. Darrah |
| 22 | 5/26/2014 | 5034 | Omnibus Reply to (related document(s): 4392 Amended Chapter 9 Plan) *Consolidated Reply to Certain Objections to Confirmation of the Fourth Amended Plan for the Adjustment of Debts of the City of Detroit* |
| 23 | 6/10/2014 | 5264 | Notice of Hearing to Individuals Who Filed Plan Objections |

| 24 | 6/30/2014 | 5667 | Brief Pursuant Order Identifying Legal Issues, Establishing Supplemental Briefing Schedule and Setting Hearing Dates and Procedures filed by interested party State of Michigan |
| 25 | 7/8/2014 | 5819 | Supplemental Objection to the Voting Ballot and the Process Filed by Creditor Lucinda J. Darrah |
| 26 | 7/11/2014 | 5975 | Objection to Chapter 9 Plan Filed by Creditor Lucinda J. Darrah |
| 27 | 7/11/2014 | 5976 | Objection to Chapter 9 Plan Filed by Creditor Lucinda J. Darrah |
| 28 | 7/15/2014 | 6087 | Objection to Chapter 9 Plan Filed by Creditor Lucinda J. Darrah |
| 29 | 7/25/2014 | 6257 | Fifth Amended Plan for the Adjustment of the Debts of the City of Detroit (Attachments: # 1 Exhibit I.A.6 through I.A.207 # 2 Exhibit I.A.209 through I.A.244 # 3 Exhibit I.A.245 through I.A.310 # 4 Exhibit I.A.317 # 5 Exhibit II.B.3.q.ii.A through II.D.6) |
| 30 | 7/25/2014 | 6271 | Order Overruling Objections to the City's Plan |

| 31 | 7/25/2014 | 6379 | Fifth Amended Chapter 9 Plan *Corrected Fifth Amended Plan for the Adjustment of Debts of the City of Detroit* Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Exhibit I.A.6 through I.A.207 # 2 Exhibit I.A.209 through I.A.244 # 3 Exhibit I.A.245 through I.A.310 # 4 Exhibit I.A.317 # 5 Exhibit II.B.3.q.ii.A through II.D.6) |
|---|---|---|---|
| 32 | 8/18/2014 | 6857 | Motion to Participate in the Confirmation Hearing, Filed by Creditor Lucinda J. Darrah |
| 33 | 8/20/2014 | 6896 | Order Regarding Motions to Participate in the Confirmation Hearing |
| 34 | 8/20/2014 | 6908 | Sixth Amended Chapter 9 Plan *Sixth Amended Plan for the Adjustment of Debts of the City of Detroit* Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Exhibit I.A.9 through I.A.279 # 2 Exhibit I.A.285 through I.A.334 # 3 Exhibit I.A.341 through III.D.2) |
| 35 | 8/21/2014 | 6957 | The Emergency Manager Kevyn Orr File Bankruptcy To Avoid Paying A Debts To Syncora And Should Be Dismiss, Filed by Creditors Hassan Aleem , Lucinda J. Darrah , Wayne D. Bernard , Mark Burton , Marie Lynette Thornton, Thelma Milledge , Roxanne Watson , Keith M. Hines, Vera C. Magee , Tijuana Morris , Dorothea Harris , Barbara Yee , Douglas Yee , Carl Williams and H. Dunn |

| 36 | 8/21/2014 | 6987 | Objection To The Inhuman Decision Making Of The Governor Synder And The Emergency Manager Kevyn Orr To Arbitrary And Capriciously Shut Off Water, Filed by Creditors Lucinda J. Darrah , Dorothea Harris , Barbara Yee , Douglas Yee , Mark Burton , Thelma Milledge , Roxanne Watson , Vera C. Magee , Carl Williams , Hassan Aleem , Keith M. Hines, Mary Diane Bukowski , William M. Davis , Wanda Jan Hill , Belinda Farhat , Jesse J. Florence Sr., Belinda Florence , Errol Griffin , Sheila Thompkins |
|---|---|---|---|
| 37 | 8/21/2014 | 7094 | The Bankruptcy Court Stricken Our Objections From The Record And Never Notified The Creditors, Filed by Creditors Lucinda J. Darrah , Wayne D. Bernard , Tijuana Morris , Dorothea Harris , Ronald Anderson , Barbara Yee , Thelma Milledge , Douglas Yee , Roxanne Watson , Vera C. Magee , Keith M. Hines, Carl Williams and H. Dunn |
| 38 | 8/27/2014 | 7104 | Pretrial Brief filed by interested party State of Michigan |

| 39 | 8/27/2014 | 7143 | Consolidated (A) Pretrial Brief in Support of Confirmation of Sixth Amended Plan for the Adjustment of Debts of the City of Detroit and (B) Response to (I) Certain Objections Filed by Individual Bondholders and Individual Retirees and (II) Supplemental Objections Consolidated (A) Pretrial Brief in Support of Confirmation of Sixth Amended Plan for the Adjustment of Debts of the City of Detroit and (B) Response to (I) Certain Objections Filed by Individual Bondholders and Individual Retirees and (II) Supplemental Objections Filed by Debtor In Possession City of Detroit, Michigan |
|---|---|---|---|
| 40 | 8/28/2014 | 7184 | Lucinda J. Darrah's Request for Reconsideration of her Motion to Request to Participate in the Confirmation Hearing |
| 41 | 9/11/2014 | 7427 | Fifth Order Overruling Objections to the City's Plan |
| 42 | 9/16/2014 | 7502 | Seventh Amended Chapter 9 Plan *for the Adjustment of Debts of the City of Detroit* Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Exhibit I.A.9 through I.A.242 # 2 Exhibit I.A.243 through I.A.275 # 3 Exhibit I.A.276 through I.A.338 # 4 Exhibit I.A.348 # 5 Exhibit I.A.355-Part 1 # 6 Exhibit I.A.355-Part 2 # 7 Exhibit I.A.355-Part 3 # 8 Exhibit II.B.3.q.ii.A through III.D.2) |

| 43 | 10/22/2014 | 8045 | Eighth Amended Chapter 9 Plan *for the Adjustment of Debts of the City of Detroit* Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Exhibit I.A.9 through I.A.354 # 2 Exhibit I.A.360-Part 1 # 3 Exhibit I.A.360-Part 2 # 4 Exhibit I.A.360-Part 3 # 5 Exhibit I.A.360-Part 4 # 6 Exhibit I.A.360-Part 5 # 7 Exhibit I.A.360-Part 6 # 8 Exhibit I.A.360-Part 7 # 9 Exhibit I.A.360-Part 8 # 10 Exhibit II.B.3.q.ii.A through III.D.2) |
|---|---|---|---|
| 44 | 10/31/2014 | 8154 | Notice of Filing Proposed Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 45 | 11/12/2014 | 8272 | Order Confirming Eighth Amended Plan For The Adjustment of Debts of the City of Detroit |
| 46 | TBD | TBD | Opinion on Confirmation of the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit |

Respectfully submitted,

*/s/Matthew Schneider*
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan 48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]

Dated: December 19, 2014