UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 3

# APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
in connection with Notice of Appeal filed by Lucinda Darrah
[Dkt. #8812]

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 3 | 8/19/2013 | 477 | Objection to Eligibility to Chapter 9 Petition Filed by Creditor Lucinda J. Darrah |

Lucinda J. Darrah   313 414 5181
492 Peterboro, Det. 48201

## More Objections:

How come the rush to bankrupcy by an occupying unconstitutional force, the government of Michigan. An example of "might makes Right," not justice in the law.

As a citizen of Detroit, as a retiree from Detroit Public Civil Service, as a property owner, as a lover of Detroit, in spite of its flaws, I object to the predatory and criminal acting banks being given secured status; the only secured status they need is to be secured in jail with the small time thieves (to whom) we normally limit lock up service to. Our mayoral write in candidate no doubt paid someone to accept a $30 million fine by DMC to stop further investagation into the malfeasance occuring during the previous 8 years.

13-53846-swr  Doc 477  Filed 08/19/13  Entered 08/19/13   1353846130819000000000142

p2

I, as one of the primary organisers of the Motor City Seasonal Workers Union representing the lowest paid part time workers in city employment, want to stress that any subtractions from the pensions of the lowest paid workers is inhumane as it allows some of these individuals to fall below a livable income. Do not touch these pensions.

One of the so-called unsecured creditors, UBS recently paid another fine but the government agreed not to indite the responsible UBS employees, too big for jail; too big to fail. What about the individual pensioners who followed the law and went to work everyday. If you change the pensions into 401K's you can bankrupt any pension system unless the market goes up to compensate. The bond creditors are dividing the people between city workers and art lovers by bringing in Christies at $200,000, to evaluate the worth of our art. Is it "a modest proposal" to let people go without to hold onto our art?

My cousin says we are related to Jane Adams. People came here for political freedom and economic opportunity. We are going back before Magna Carta with corporate fascism.

p.3

If the state had the interests of Detroit in mind, Detroit would be part owner of the new bridge that is being initially financed by Canada. But now Canada and Michigan will own and control it even though we Detroiters have to put up with the traffic, air pollution and damage to our roads. Detroit needs transparent government to make government healthy. We can get this via an internet access for all via our lighting poles but the state voted to take our PLD and put it into an authority, and is giving our lighting poles (which could carry the internet) to ~~Edison~~ DTE. Privitization narrows our opportunity for better government. We have a right to information and should not have to rely on FOIA when we can encourage ~~a~~ free flow of information, knowledge

My union Afscame did not endorse me for city clerk. I wasn't standing on any

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re  
CITY OF DETROIT, MICHIGAN,  
            Debtor

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

## OBJECTIONS TO THE PETITION FILED BY ONE KEVYN D. ORR SEEKING TO COMMENCE A CASE UNDER CHAPTER 9 OF TITLE 11 OF THE UNITED STATES CODE ON BEHALF OF THE CITY OF DETROIT, MICHIGAN

### PROOF OF SERVICE

I hereby assert that on August 19, 2003, I filed the above Objections to the Petition Filed by One Kevyn D. Orr Seeking to Commence a Case Under Chapter 9 of Title 11 of the United States Bankruptcy Code on Behalf of the City of Detroit and served said Objections upon the following parties of record via United States Mail.

_____  
Name

**Counsel to the Debtor**  
David G. Heiman, Esq.  
Heather Lennox, Esq.  
Jones Day  
North Point  
901 Lakeside Avenue  
Cleveland, OH 44114-1190  
T: (216) 586-3939  
F: (216) 579-0212  
http://www.jonesday.com

**Counsel to the Debtor**  
Jeffrey B. Ellman, Esq.  
Jones Day  
1420 Peachtree Street, NE  
Suite 800  
Atlanta, GA 30309-3053  
T: (404) 521-3939  
F: (404) 581-8330  
http://www.jonesday.com

Counsel to the Debtor
Bruce Bennett, Esq.
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
T: (213) 489-3939
F: (213) 243-2539
http://www.jonesday.com

Local Counsel to the Debtor
Jonathan S. Green, Esq.
Stephen S. LaPlante, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
150 West Jefferson
Suite 2500
Detroit, MI 48226
T: (313) 963-6420
F: (313) 496-7500
http://www.millercanfield.com

Office of the United States Trustee
U.S. Department of Justice
211 West Fort Street
Suite 700
Detroit, MI 48226
T: (313) 226-7999
F: (313) 226-7952
http://www.justice.gov/ust/r09


DATED:    August 19, 2013