UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 9

# APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
in connection with Notice of Appeal filed by Lucinda Darrah
[Dkt. #8812]

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 9 | 1/2/2014 | 2428 | Letter Filed by Lucinda Darrah |

Dear Judge Rhodes,

cindydarrah@gmail.com
(313) 414-5184
492 Peterboro Det 48201

FILED
2014 JAN -2 PM 3:12
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Has anyone figured out and reported to the court and press, how much the city has borrowed and how much they have repaid in principle, interest, (for each transaction or bonds) and in penalties; how much of this has been paid to financial institutions who have had to pay the Justice Dept. large fines, with limited probation, for illegal financial activities? I am against borrowing money from Barclay (Peter) to pay UBS and Bank of America (and Jones Day) (Paul); specially when since Bank of America and UBS have admitted to fraud; we should sue them for their illegal activities which I notice in the Dec 30th settlement, Jones Day representing the city (and UBS & Bank of Am.) has not done (not sued) crooked incompetance brought the wolf to our door. I would like to read these so-called Swap Junk Bond Agreements as well as what we've pd & owe in principle interest & penalties. If [illegible] could point me where. How did Justice Dept. determine their fines & penalties?

cindydarrah@gmail.com    Cindy Darrah