UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 11

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

in connection with Notice of Appeal filed by Lucinda Darrah
[Dkt. #8812]

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 11 | 1/22/2014 | 2588 | Letter Filed by Creditor Lucinda Darrah |

PS, I haven't got ahold of Cecily to see if she will accept the appointment.

In re City

1/22/13

Docket #2588  Date Filed: 1/22/2014

FILED
2014 JAN 22 A 11:24
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Judge Rhodes,

Can you Achieve a Simultaneous Settlement?

Is that better?

I involved myself in the Detroit Newspaper strike where my union IBEW LU58 business agent, Jeff Rudzinski (now an international business agent to get local & international and NEBF and professional international (lucrative pension) along with other press maintaince unions settled early with $50 a month tool allowances, to leave the pressman, drivers, reporters, advertisers, artist, out to dry. The workers together could win. We are both workers & public. How to do well for the people of the past, present, or future with a change(s) in the system(s) that will enrich quality of life, in health, happiness, and creativity. New Annuities for public works that benefit the public here in Detroit and ...

Respectfully, Linda J. Hamati

13-53846-tjt  Doc 8904-31  Filed 01/29/14  Entered 01/22/91
13-53846-swr  Doc 2588  Filed 01/22/14  Entered 01/22/91
1353846140129000000000003