UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 12

# APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
in connection with Notice of Appeal filed by Lucinda Darrah
[Dkt. #8812]

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 12 | 1/22/2014 | 2589 | Letter Filed by Creditor Lucinda Darrah |

In re City
13-53846
et al,

Cecily McClellan
313 820 6934 cell
852 1629 home
mcclellancr@netzero.net

1/22/13

Dear Judge Rhodes,

I want Cecily Ebony McClellan, a city of Det. retiree and activist to represent me, and Junda "Cindy" Danah in the City of Detroit Bankruptcy proceedings.

The reasons for my request are as follows:

I trust her and her political common sense, she is concerned and involved. After I talked on public mic at retirees association, I got the cold shoulder from the retiree leadership; while also listening to the spit fire channel 2 interview the retiree attorney for both Several & Police & Fire; Gordon I think, he reacted negatively when spit fire asked him to be on at 10 pm with Jerry Goldberg & me at. I love it. I don't see the retirees.

Thank you, Junda Danah
Evelyn
492 Peterboro Det 48201 313 414 5181

13-53846-swr Doc 2589 Filed 01/29/14 Entered 01/29/14 ... 1353846140129000000000004