UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## EXHIBIT 16

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
in connection with Notice of Appeal filed by Lucinda Darrah
[Dkt. #8812]

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 16 | 4/7/2014 | 4185 | Objection to Chapter 9 Plan Filed by Creditor Lucinda J. Darrah |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Lucinda J. "Cindy" Darrah hereby states his/her/their OBJECTION TO:
CITY OF DETROIT'S PLAN OF ADJUSTMENT
for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I am a citizen of Detroit, citizen of the world, a property owner and retiree of the City of Detroit.

2. I / we object to the above filing because: The Bankruptcy does not address the root causes of financial distress; too much of our public taxes go to sweetheart no bid contracts and developments and the Emergency Manager and State of Michigan are privitizing our assets and demolishing homes that could be repaired which will leave us in a debtor's prison – ie. another bankruptcy.

3. I (have) have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Lucinda J "Cindy" Darrah
Signature: Lucinda J. "Cindy" DARRAH
Address: 492 Peterboro
Det 48201
Email: cindydarrah@gmail.com
detroitvoters.org

Dated:

13-53846-swr Doc 4185 Filed 04/07/14 Entered 04/18/ 1353846140418000000000014