UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 20

# APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
in connection with Notice of Appeal filed by Lucinda Darrah
[Dkt. #8812]

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 20 | 5/9/2014 | 4605 | Objection to Document 4230, Filed by Creditor Lucinda J. Darrah |

United States Bankruptcy Court
Eastern Dist. of Mi
~~Southern Division~~

FILED
2014 MAY -9 P 2:17
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re

City of Detroit, Mi,

Debtor

No. 13-53846
Ch. 9
Hon. Steven W. Rhodes

Objection to Doc 4230 filed 4/23/14

4. a. "E communications from State issued email addresses of persons identified in paragraph 3."

What about non state e-mails of this group of people? What about the people controlling the pension funds for the state? So we can compare the treatment of their pensioners with Detroits to see if the state is discriminating against Detroit pensioners.

The parties agree to too narrow of a search and the discrimination cannot

without comparative data from the state pension system, and pension systems all over this country.

Pensioners are the biggest aggregate investment in the stock market, I believe.

I as a retiree have asked Judge Rhodes early on to allow non-bar attorneys, city retiree and politically committed and hard working locally McClelland, to represent my interests. She, I, and others have been meeting regularly with our self created group Detroit Concerned Citizens and Retirees ((313)444-0061) on Mondays from 11 am til ___ at 1251 Woodward. We have appealed to the pension board, to no avail. Ms. Lisey ___ who you appointed to the "official" retiree committee never has represented the workers interests.

As a employee of the city, she worked for labor relations, which was an adversary to the workers on the other side of the labor negotiation table.

This appointed retiree committee does not represent the best interests of the city retirees and furthermore does not represent the best interests of the city's current citizens. Therefore I ask that you allow a flier of the Detroit Concerned Citizens and Retirees to be included in the mailing of the ballot as well any notification sent out by the "appointed" announced "official" retiree committee. We in the unofficial multitude, the majority who are affected have no real voice. If we did have the

(The "official committee" voted to approve a deal before they had read it.)

money to pay to do a mailing to all our fellow retirees, we do not have a mailing list or contact list with phone numbers or e-mails to get our ideas shared with each other. The union pension board and appointed retiree committee must be ordered by the court to include our view as an insert into the mailing of the ballot and as an insert to pension check stubs which are mailed each month. The bankruptcy has been used not to give Detroit a new start but rather to control the riverfront, and reduce future sources of revenue through the DDA expansion and proposed stadium. The State (sale of our garbage trucks, etc, etc, etc.)

of Michigan benefits, but ✓current Detroiters don't.

The whole bankruptcy ~~thing~~ discriminates against a mostly
minority, mostly poor city ↳population in favor of corporate capitalists, attorneys and bankers.

~~To the~~ Judge Rhodes, I have run for recording
secretary and business manager in local 58
International Brotherhood of Electrical Workers;
As a candidate I was allowed to do a mailing
to every union members expressing my views and
plans if elected. This same right should be
granted the Detroit Concerned Citizens and Retirees.

~~After~~ By the way, why should anyone trust the
state of Michigan who took Belle Isle, said M-Dot
controlled the roads, but ~~roads~~ Detroiters are still paying the

repair bill for the roads and bridges, and for the tuck pointing of the light house and then the EM from Jones Day told City Coun'l they could use the money they saved on Belle Isle to keep up our other parks, and three months later tries to get us to borrow first 300 million and then 120 million to do one of several things, take care of our other parks. I really don't think we should be borrowing money for it. Now the State of Michigan held back the federal funds of $200 million for several years that was from the hardest hit funds to help people avoid mortgage & tax foreclosures. Now that the Detroit Land Bank has been formed $52 million will be spent in less than a years to demolish empty houses with

basements and hard wood floors to be replaced someday with houses on a cement slab, if replaced at all. The money ~~would~~ could provide a vision for the people if it involved the people reroofing and boarding up the houses and putting solar on the roof for lights and heat in a basement with a kitchen & a bathroom where the homeless could be employed to help create their own future instead of a future in jail.

Do not allow the information you receive be limited to what has been (herein) stipulated to. What about the AARP amicus brief and the amicus brief from the retirees in California. Their data

and experiences might help us to do the right thing. Why are we not suing UBS & Bank of America to recover the $300 million already paid out, let alone the $85 bonus they got. Why? because they have deep pockets like Illich who gets welfare too, and it's easier to take it from the relatively poor unions. If our leaders have broken the law, prosecute them as well as the hedge fund managers; but they cannot represent us fairly and strongly if they can be manipulated in order to avoid their own prosecution. If the city council & mayor people who voted on the swap deal violated the law prosecute them. If Sydor violated the law, prosecute him, but don't scapegoat the citizens and workers of Detroit.