UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

Debtor.

No. 13-53846

Chapter 9

HON. STEVEN W. RHODES

**EXHIBIT 21**

**APPELLEE STATE OF MICHIGAN'S DESIGNATION OF
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**
in connection with Notice of Appeal filed by Lucinda Darrah
[Dkt. #8812]

| Item | Date Filed | Docket Number | Description |
|------|-----------|---------------|-------------|
| 21 | 5/12/2014 | 4809 | Amended Objection to Chapter 9 Plan Filed by Creditor Lucinda J. Darrah |

Case # 13-53846

Objections to the lastest plan of adjust

Preamble — last sentence: consider the informati
included ~~==~~ on the Ballot before casting
a vote to accept or reject the Plan and
before choosing among the <u>available</u>
<u>treatment options</u>.

FILED
2014 MAY 12 P 1:36
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Article I

A. The Cops agreements were they not usery,
userous sp and illegal, for pension
funds particularly, even though passed thru
the city. The hedge fund managers shou
be indicted as they preyed sp on the city.
So should the New England Fertilzer Co. and the
$H_2O$ bd. director who made the worst option de
to meet EPA standards re
while all small excluded incinerators burn toxins 2 more toxic

13538461405150000000000007

7. Actual Return — mumbo jumbo. Lets see the real figures — what was the actual return for each year and how much did this cost the fund. Separate the general fund from the annuity fund. To protect the poorest workers only adjust the monthly pension for overpayments in the annuity. And if that brings someone below the 1½ times poverty level dont ~~don~~ adjust them for annuity losses. Give people the option to repay the annuity losses if they would rather have a general pension to monthly check ~~amor~~ unaltered if you promise not to dilute the pension in the future. The unholy alliance between the old madia where

has helped to suck the lifeblood out of Detroit with the elected politicians of the State makes the future of Detroit and Michigan look bleak. The blood suckers will soon be sucking their own blood and there will be nothing left until the Chinesse come in to suck, and perhaps contribute. The politicians are no better than the banks who bundled mortgages, or sold us the CDP swaps; they do not look after the long term interests of society; but their next election or de-election and safety from threats when they don't take the bribes.

9. Jones Day ~~ask~~ has written the contracts that have been pushed thru the Detroit City Council since Kevin Orr was illegally annointed as emergency manager King of Detroit. Jones Day has given the mafia a big boost. Now the State of Michigan has entered an unholy alliance with the Mafia to restructure the city of Detroit. Rizzo and their cousins from Florida (Advanced Disposal Services) have taken over ~~the~~ Detroit garbage pickup - their trucks [new] [that our contract pays for but they ou] go home to Sterling Heights each nite; instead of hire mechanics, we were advised by Brown who now works for Kevin Orr to sell our trucks. At the end of the privatization contract of 5 years we

will be negotiating a new contract with the mafia who owns the means of production. Detroit is like Mexico. The drug dealers have money to launder and need legitimate businesse like garbage, produce, and river front realestate to invest in and the state is helping them but not the city or the citizens of this city or the state. Why would Anna Holden's building next to the Whittier get closed and when she tried to rent at the Jeffersonian they tell her 2 weeks for a credit check, then another 2 weeks to fix up an apartment to show her; she moved outside the city but did not want to and was happier in her old place. My gu

is the Mafia has or wants the Jeffersonian.
I helped a friend get out of ~~Castain Hall~~ a
nursing home into the old Castain Hall, and
the managers have changed 3 times in 2 years
as well as the building ownership changing frequently.
~~The~~ Recently the state legislature passed a
law where they can padlock a building if drug
dealers are found there, evicting all the ~~settles~~
8 people on nuisance abatement — the bank
were excluded from these enforcement rules.
call State Rep. ~~Rosemary~~ Dist 4 (Robinson who voted
against it.

I thought the city owned Red Creek high

Reid's landing ramp is leased by the state
to an Irish name ~~apo~~ american family who also has
a boat ~~many~~ ~~Irend~~ St Jean

Last ~~fireworks~~ {year during July 4th} I was walking along river walk from Rosa Parks — where Koch brothers had piled up Petco or oil sands residue on the edge of Detroit River — toward the fireworks I swing around a fence at rivers edge, ~~the the~~ was confronted by someone who said I was trespassing. When I argued, a bunch of people appeared, (interracial (40's something)) one with a (tall white guy) silver star, grabbed me, twisted both arms, when I told them to stop I had a bad rotar cup, they started applying {hurting} pressure points on my arms. Then they put handcuffs on me and escorted me to the edge of the property. They did not identify themselves. Were they pa of the Mafia.

AARP

Calpers - San Francisco

2 yrs. Saul told McCormick re Boston
anerobic digestion, producing methane gas.
McCormick took fertilizer pellets, & disregarded
the anerobic digesters designed by

Crains writer says that 2016 — thats the
only alternative.               Curt incinerate
Sludge makes money for Ma & Boston; here in Detroit it's
all expense — natural gas to dry in proposed
dryers, trucking costs to take it to the
landfill & land fill costs.
Glenns in 1970's connected Port Huron, Belle Isle

15% pumped for Port Huron
70% " " " Belle Isle or $H_2O$ works pat
15% " " " Allen Park
     If big tunnel connects all of them,
fr. tunnel pumps to all communities;
1 billion gallons per day total
     600-700 million gal a day pumped cuz pumps
are wearing down but still enough. use of
Det WTE pump 2 billion gal a day deionized, reverse
osmosis, remove minerals to protect boilers.
     Revolving Funds fr Mi has 6 billion in DWSD
already

city had

1 billion in bank 1 yr ago          22 %

now have 20 million

dip

J Creditors          180 | 40,00

BANK    1 UBS              3600

        2                  400

        3. Union

who are we going to pay & how much and going to pay

7.9    70% funded    for every 1% of market gains

Bing 60    pension should ↑ 3%

Moss    uppt. Technical board of engineers to approve

3½ million $H_2O$    det = 700,000

35

        1.26 billion gal. out of Det    ½ = 20%

700 million — we use

10 million ppl Berlin $H_2O$ = free

no rate payers in Chicago — no one

shuts off $H_2O$. use

        certified thieves.

70. Pure B.S. If you don't approve the emergency managers plan you will be replaced by a committee appointed by the emergency manager king. Lets revisit the American Revolution.

96. Distorted value of DWSD to 6.75 discount rate 1991?

106 DDA loans 1991?

112 DWSD CVR not to receive 50% of net DWSD transaction proceeds received by general fund?

114 revolving sewer & $H_2O$ bonds?

124. eligible persons for income stabilization based on 2013 income provided no new persons are eligible in the future.

Object — the removal COLA will send many below poverty line in future

125, Kevin Orr, and any emergency message are invalid and unconstitutional.

128, when you die, the state will bury you free of charge in a card board box if no one picks up the cost. The EM can tie a rope with a rock on the one end and me on the other, throw me into the river and let the fishy asian carp eat me.

130 "estimated future liability" is contradicted by #124 which no new people can be added after 2014 (based on 2013 income) Income Stabilization payments according to #124 are only based on people whose incomes in 2013 qualifies them for the stabilization plan, so to fulfill their relevant systems obligations in the year of 2022, is easy cuz according to #130, no additional people join, the income stabilization stops at 201

Case ... Doc 4863 Filed 05/12/14 Entered 05/12/14 12:47:38 Page 12 of
39

132. Exculpated Parties —.

Should any of these people be prosecuted if so — why are we being "represented" "illegally" by them and their heirs. They have consented to a bad bargain for city residents and employees to ~~say~~ save their a$$.

133. Rejects the obsolete and wasteful and ineffective technology in the contract between PWSD and New England Fertilizer Co. Boston no longer sends the remains from thenanaerobic digester to New England Co's (NEFCO) Quincy Plant. Minncapo 145 Water Dept. had to buy and install anaerobic digesters to make the NEF diners work, and they use natural gas. Buy land like Chris spread it out, put ? — to stop smell, load it on train

cars and sell it to farmers and/or install anerobic
digesters, make & sell methane, and the rest
to the farmers. NEFCO doesn't work well
without anerobic digesters so why do we
get the cart before the horse every time?
Reject the NEFCO contract with SusD
Reject the purchase of Polymers.
Reject the purchase of the cheapest, bulkies
most ineffective form of lime purchased by
the $H_2O$ dept that increases the costs to rate
payers and the profits to mafia truck
haulers and land fill owners.
132, — the advisors could be like the hedge fund
managers who preyed on the city previously. How do
we know 9 evaluate?

134 "exhibits" TA 92 TA 135 filed "only if transactions related to +/or underlying such Exhibits are to be consumated by the city

137. full amount? Steve Hame died, his wife Sue McDonnel does not understand...

141. fee examiner parties means collectively{ (a) fee examiner (b) all counsel & other professional advising the fee/examiner whose(?)c) fees & expenses are subject to Fee Review Order.

143. Fee review professionals means collectively (a) those professionals (sic) retained by the City (sic ie Jones Jay & EM appointedly Gov. Sydor) and the retiree committee to render services

" Objection:
the Retiree committee does not represent the interest of the retirees and Jones Jay does not rep-resent the interests of the City of Detroit.

The citizens of retirees of the City of Detroit

We demand a voice and money to actualize that voice.

Objection to assumptions of #143

143. We the retirees and we the citizens of Detroit are not claiming to be "Professionals" and we don't have to be to assert our rights for equal and just treatment. We are not charging ourselves $1,000 an hour and digging a deeper hole for our debtors' grave. We would just like equal opportunity to get our message out since the media is controlled by the corporate structure that is getting corporate welfare from our corpse.

146. — recourse? B.S. just cuz you say its so doesn't mean it is.

149. the general fund used to cover the police fire EMS services for the DDA downtown authority area that

until recently did not contribute any of the city's of normal portion of Wayne County taxes to the general fund. I find it ludicrous that the DDA is a creditor when they have had a free ride for police fire and EMS and the city general fund has given them million dollars budgets out of the general fund. Why doesnt the bankruptcy do something to Help Detroit instead
not Hurt
of digging a deeper grave like when the EM pushed the Illich stadium on us with less revenue than we had before and the no compete clause to tear Joe Louis Arena Down at our expense. Outrageous Fascism.

149. cont. we no longer handle ~~the~~ **our** garbage
the Godfathers' sons do, out of our general fund,
we no longer control the assets; we just
pay for their operation and maintenance; the state
mafia consortium now control the assets.

150. general obligation bond claims = ?

limited tax general obligation bonds = ?

unlimited tax " " " = ?

should I look these up in a dictionary
or can U tell me what these terms mean
besides/ mambo jumbo.

professional and therefore qualified to be paid

154, all terminal pensioners should
commit suicide before June 30, 2014 in order
to protect their spouses.

158 - 160 - HUD - if HUD is intertwined with MISDA its probably corrupt - the money we supposedly owed never got to the people. The Detroit Economic Growth Corp. which landbanked the property they burned and stole from me on fraudulent records on the Wayne Co. tax sale which was part of the ancillary catalyst project ~~for~~ funded with school funds and the Michigan Strategic Fund for stadium that will give the State of Michigan Sales & income tax, but will ~~g~~ take money out of the Michigan School Fund to do it, and will give only income tax of 1½% & 3% for people working there as regular employees or players. HUD allowed good public housing with efficient central heating to be ~~torn down~~ unrepaired for years and then to be torn down, privatized

and rebuilt ~~with houses~~ in no improvement in struture, value, or worth ~~last~~ all at the taxpayers expense. When I was on the ~~Model A~~ University "A" Citizens District Council in the 1970's, Father Tortorizi from ~~St.~~ the old St. Dominic's at Trumbul and Warren, together questioned Mr Cunningham from Detroit Economic Growth Commission about Jeffries Project and why all the money was going into demolition instead of into rehab. Mr Cunningham, from Detroit Economic Delepoment Commission at 150 Michigan, a sociopathic lier, couldn't remember his lies and was contradicting himself within 3 minutes of our questioning bombardment.

Alice Godfrey from 635 W. Forest. who lived above Cindy Urban who fought the urban removal (renewal) for Wayne State, then told me she saw Mr Cunningham

with a gas can in hand coming from a house
that he lit on fire for urban removal as part
of his promotional opportunities within the
urban renewal sic removal program
administered by the Detroit Economic Develop[
Commission. Those He was a true profess[
Arsonist.

161. — Impaired should include all
Detroiters. Impaired should not include
hedge fund managers, and financial institution[
that have been fined bill, ons of dollars
by the justice department for illegal finan[
transactions.

162. Why stop at 2013, when your plan
eliminates COLA? How do you know
who your plan will put in poverty in the futu[

166. indirect? 36th Dist Court — the 36th Dist Court is controlled by the state and the state of Michigan is responsible for collecting the moneys owed to it to facilitate its running. Gilbert et al, probably with the help of the state is trying to run the jails, Frank Murphy Hall of Justice and the 36th Dist Court ~~out of their~~ out of downtown near "their" football field and "theatre district" to the hinter lands analogous to the outskirts of Johannesburg: Racism and Classism, and a violation of equal justice under the law — who will want to serve on a jury of peers for defendants at a location hard to get to ~~out~~ Mount and Nevada, without a car, and even w/ a car ~~it~~, its not easy? ?

167. — do not indemnify criminal behavior.

168 interest rate reset charge — but did you eliminate

169. <u>Investment Committee</u> ,, established by GRS or PERS & making recommendations to ,, and / OR making determinations & taking actions under, and with respect to certain matters ① described herein, the <u>State Contribution Agreement</u> ?

What does this mean other than the State wants to manage our pension fund for whose benefit ?

173 limited tax general obligation bond document ~ unsecured? in exhibit 1A 173 = resolution adopted & orders issue with respect to limited tax general obligation bond

176 "liquidity event" ~ "city has complied at all times with its cop swap settlement to use its best efforts to secure sufficient exit financing to pay the Net Amount on or promptly following the effective date, but not withstanding such compliance, is unable to secure sufficient exit financing to pay the NET amount on or promptly following the exit date. "

180. Municipal Obligation = local gov. municipal obligation to be delivered by the City to the Michigan Finance Authority in accordance with the UTGO settlement & applicable law "

181. Net Amount? ?
~~COP~~ swap?

182. Net DWSD Transaction Proceeds

183. B notes → ordinances to be passed, resolutions to be adopted
orders to be issued, indentures to be executed.
terms in Exhibit I A 183

184. B note ~~Documents~~ → exhibit I A 184

86 – new DWSD secured bonds exhibit I A 186

87 New Existing DWSD bonds – (passed since Consent Agreement?

188 New Existing ~~bond~~ RoC DWSD bonds secured
exhibit I A 188

189 – new pension plan for general retirement

objection

190. V define & restrict basis of compensation but you do not define what is contributed into the fund to sustain it.

190-192 Is 1½% + social security = 2% + 0 ?

193. New Securities? = New DWSD Bonds, Existing DWSD Bonds, the New B Notes & the Municipal Obligation

195 Weiler et al v City of Det. Case No 06-619737-CK pursuant to consent judgement & order of dismissal

197 other secured claim means a secured claim, other than a COP wrap claim, a DWSD Bond Claim a DWSD revolver Bond Claim a HUD installment Note Claim, a Parking Bond Claim or a secured GO(?) Bond Claim.

198 "other unsecured claim" Steve Hume & Sue McDonnel Section 1983 claims?

199 PA436 = Local Financial Stability & Choice(?) Act

202. Parking Bonds, 8,080,000     27 millions Det Bldg A Revenue Bonds Parking & Arenas

13-53846-swr  Doc 4999-1  Filed 05/12/14  Entered 05/12/14 12:14:38  Page 25 of 39
39

203 Pass Thirough Obligations: CK c̄ Robin

204 "      "   "   Recepients: CK c̄ Robin
2

207 Petition date = 7/18/03

plan [blue: Note Objections]
300 [blue]
Case: [blue]
13-53846 [blue]

*[top, faded handwriting]* ... 6/20 clean for ... any obs ... eye ...
... warned by ... formal or unofficial
creditors committee (other than the
Retirees Committee) or any member there...
shall be considered an Administrative Claim

we want our ~~mail~~ position put in retirees
appointed committees mail out
(~ elected)

? 15. Annuity ~~saving~~ fund means that sub account
? & pension benefit arrangement that is part of the G...
ASF Account

19. formula let ASF current part ~~current~~ (6/11) distribution
II B 3 c + D

required UTGO Bond Tax Proceeds
if assigned to designee of city pursuant to UTGO
Settlement, substantially set forth on Exhibit ...
270

40 CFSEM Supporting Org. " means Foundation
for Detroit's Future, legally separate from
the Community Foundation for Southeast Michigan

48 ~ claims & balloting agent Kurtzman Carson
Consultants

59 ?? 1992 I SDA Master Agreement

68 creditor representative
Class 7 ~ LTGO insurer
if retiree + class 7 reject committee ...

9. I object to the representation of the retirees committee that was appointed and not elected by the members. While they negotiate money, they have totally neglected to stand on their principles.

The general pension should not be touched except to adjust for unjust enrichment from the annuity savings, and more importantly the workers should have the right to continue the management of their own pension, but with better disclosure requirements and without the obligation of the city to borrow money to fund unfunded pensions; the workers should control the pension investments, not some corporate investors who want to invest in what helps their friends bottom line instead of the pensioners long term security. We see corporate welfare in the Detroit Landbank, the Michigan Strategic Fund, the new proposed stadium that gives which to the State of Michigan and the Downtown Development Authority advantages but does nothing for the general fund for all Detroiters garbage population to live no but pick up every other week to make the Demolition of houses more profitable for the demo companies.

yard waste pickup is paid for twice by to a private company, even in January. In the neighborhood organized crime is intentionally destroying housing, pulling down porches, making holes in roofs, removing bricks at roof top level. This is not just my opinion but that of many. Our city will be made to conform to the Detroit Future Plan "by any means necessary."

69. Why If the plan is bad and retirees and Class 7 rejects it, why should the person who made the bad plan, the emergency manager, be stipulated as the person to appoint a new committee. Also if our The plans and contracts that the EM and his law firm Jones Day have imposed on the city council and we citizens so far are terrible. already Who are the 5 biggest beneficial holders in class 7.

grief

71) The purposes of a pension and vesting rights is is to attract and retain good and loyal employees. When you terminate an employees pension plan before he or she has ~~as~~ had enough work hours to get a vested pension by working the equivalent of 10 years, this ~~is~~ loyal worker is still making him or herself available and should be given the pension they have earned so far even though they are not yet vested. A ~~player~~ leader from Clements told me he was told he was going to get $23 a month so far for the seventeen years he has worked part time, but that was last year. This year he was told the pension system is changing and since he is not vested, he will receive $_ a month now instead of the $230 he ha accumulated ~~so f~~ as of last year.

Other bad decisions made by the Governor who appointed the EM and the corporate controlled legislature to privatize Detroit Public Lighting which now has only 5 employees left; they work in

the lamp room at $7 an hour and less. I made $11.35 an hour in 1986 as a street light maintainence worker. They are changing the lamps that the previous director of PLD said hadn't been changed for 6 years and their life span (last summer) is not usually more than 5 years. So to look like the EM is a savior and lights the city, they kept PLD lamp room employees to put new lamps in, but Detroit Edison who we are paying to receive our assets has subcontracted with Le Con's to put new LED fixtures up their for $1,100 a piece. The GE company salesman had 2 samples of 139 watt LED fixtures that are supposed to give out luma

equivalent to sodium vapor for only 13 watts. The mayor said the new LED had more watts and spread the light out more. The PLD lamp room workers say the LED fixtures spread the light out less. But for energy savings that would pay for themselves with lower bills from ~~these~~ DTE which buys most of its power off the grid instead of generating (which we could and should do until we can generate it), we could get LED fixtures with solar batteries and with photocells plugs and plug ins that can dim the lights after a certain time. Lights should be provided for the inter- sections and more later when we can afford and want. Lights do not reduce crime, though people who make money off them would want

could run between $600 and $800 but the mayor proposed $60,000 lites should get a big discount, but will the general fund realize the savings or will it be lost in kick backs between corrupt politicians and companies. Ex. Mayor Berry **is** was on the Board of Directors for DTE I believe. It was the State Legislature and Governor who voted for a lighting authority. ~~I am not saying that~~ to privatize our lighty and give more monopoly control to Detroit Edison. One of the major signs of Fascism like occurred in Nazi German was the lack of separation between government and the corporations. And here they play on racism and financial insecurity instead of

**current**

Since I have been here and opened my eyes to the politics of Detroit and the Cass corridor, I see the city being raped by the mafia, and that there is an unholy alliance between the mafia, the State Government apparatus including the present governor, the Michigan Strategic Fund, the State legislature, the Alec and Koch Bro. et al agenda, and those who want to play on racism to shore up their sinking finances by devouring Detroit, and trying to lie to a public who knows things could be better for all but haven't taken power yet to work this wonderful place for the benefit of the people who have already been driven out or those who would like to come back.

to pay on the 42,300,000 and what are the terms of the replacement bonds? Are we going from one bankruptcy to another until you eliminate all sources of revenue so that we are in perpetual debtors prison. Is that the reasoning of bankruptcy law or just the credit card debt?

101
$102

We fund DDA out of the general budget. We allow them to keep the cities portion of the Wayne County taxes which should go into city general funds. They owe us money. Stop all the tax diversions, and the tax abatements on Ilitch's and properties. Is or Fire and EMS out for their police with no tax reimbursement from General as Wayne Co. Taxes. Fraud.

.. at least break even, no need to be able to ..  where

"... for everyone ... not yet vested or only the poorest ones." It's not their choice but yours to change the plan. All workers should be able to achieve pensions more than just social security. Vesting should not be necessary too. Just the 90 days to join the union and you get laid off in 89 days "..." is this the community model we emulate? Community means to help one another and by doing so help ourselves

We have to communicate

We cannot be happy and gain freedom, security, opportunity, creativity, happieness with the direction we are now taking. Let us change directions and achieve happiness, creativity, opportunity, security, and freedom.

Justine, specify the predatory loans made to homeowners and irregular tax sale records. The City Economic Development Dept got land after tax sale I was paying taxes on several Detroit address and felt they should be able at least break even, to

Cindy

I Imperial

"... does the coverage apply or are they
not yet vested or only the poorest ones?
It's not their choice but yours to change
the plan. All workers should be
able to achieve pensions more than just
social security. Vesting should not be
necessary too. Just the 90 days to join
the union and you get laid off in 89 days
..... is this the community model we emulate?"
Community means to help one another and by doing so help
ourselves

We have to communicate

We cannot be happy and gain freedom, security, opp-
ortunity, creativity, happieness with the direction

we are now taking. Let us change directions and achieve

happiness, creativity, opportunity, security, and freedom.
Justine, specify the predatory loans made to
Cindy                    homeowners and irregular tax sale
I thank J              records. The city
                Economic Development Dept
              got land after tax sale.
              I was paying taxes on
              several Detroit addre
              and felt they should be able
              at least break even, to

~~The supply and the~~

The Las Lomitas Food Coop went bankrupt because crooks mismanaged and stole the money.

So how has this bankruptcy done anything but aggravate the whole system with the government, corporate mismanagement is seeing your assets being destroyed. When the government joins the corporation and visa versa, you need socialism in government to look after the long term gain of people; have we held back money for more than 3 years the federal money for the "Hardest Hit" Fund to help avoid mortgage and tax foreclosures, supposed to be used and ~~to is~~ in order Keep people in their homes. Can we ~~emmigrate~~ immigrant to china to work. Do not waste $11 — per house iron bars board with louver windows

the jews drove the palestinians out of palestine

and refused them right to return

and the israeli terrorium

so who emulates or~~enimitates~~ (who emimitates) whom

if we want to stop terrorist

we need to stop terrorizing.

this is paranoid projection on the population's

part. They inform the storage unit who ~~enimitates~~ refused

me to inform me there was a break in part in my unit, also

but did not see anything missing

My 98 Ford escort was destroyed by fire

(excellent) like used in the church at Woodward

& Edmond Saturday morning about 5:45 am.

same time as the church that John Loave and

I reported as open to the city council about 1½

weeks ago. owned by a waterford resident

about a year ago he bought accordy to Owen

Mingo. Taxes were $0, then based on $30,000

value and now up to one million. Owner's son to

day was there and would not give his name to me.

Wonder if he has insurance. I did'nt. J Darah

desooty~voters.org / wenda J Darah

Ewodydarah@gmail 492 Peterfloro          5/12/14