UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

**EXHIBIT 25**

**APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**
in connection with Notice of Appeal filed by Lucinda Darrah
[Dkt. #8812]

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 25 | 7/8/2014 | 5819 | Supplemental Objection to the Voting Ballot and the Process Filed by Creditor Lucinda J. Darrah |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

*Lucinda J Darrah* ✗✗
Creditor/Objector,

v ~~Lucinda J Darrah~~

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Debtor/

FILED
2014 JUL -8 P 1:41
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

## SUPPLEMENTAL OBJECTIONS TO THE VOTING BALLOT AND THE PROCESS

THE NOTICE IS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS AND MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED IN A GOOD FAITH MANNER.

We /I object to the voting ballot and the process for the following reasons:

1) We/I object to the voting ballot because it doesn't have a Yes or No vote. It only has a yes votes. "No" If you check this box we will take this much of your money and if you vote ~~the other plan~~ we will take even more. This is a violation of Article 12 Section 16 of the Constitution of the State of Michigan.

2) We/I object to the voting process because you only have a yes vote,

1

which you agree to allow the city to reduce your pension. Also a violation of Article 12 Section 16 of the Constitution of the State of Michigan.

3) We/I object to the ballot information because of the deception of 4% is really 20%, which is a fraudulent ballot?

4) We/I object to the counting of the ballot by Jones Day Law Firm who represent the City of Detroit. and to the sending of the ballots to California where they are opened every day without our chance to monitor the count

5) We/I object to plan because if you vote yes you give up your constitutional guarantee pension under Article IX Section 24 of Michigan State Constitution.

6) We/I object to the plan because the state has withheld and refuse to pay Revenue Sharing Funds.

7) We/I object to plan, the vote and the whole bankruptcy procedure because the state, through the Emergency Manager, Kevyn Orr, filed for bankruptcy and not the City of Detroit, without the city's consent and approval. Therefore, it is illegal and the court lack jurisdiction. This is a violation of Bankruptcy code that states at section 903 (1) and (2). A State law prescribing a method of composition of indebtedness of such municipality <u>may not blind any creditor that does not consent to such composition.</u>

8) We/I object to the plan, the vote and the whole bankruptcy procedure Because it violated the 15th Amendment of your constitutional right to vote of the Constitution of the United States.

9) We object to the plan, because only the appointed Detroit Retiree employee association committee is given money by the Bankruptcy court to send out mail urging retirees & vested workers to rubber stamp the alien Jones Day Synder Orr Plan with a yes vote. We who have opposing views have no contract[?] _____ from the bankruptcy court to pay to get out competing views, I, we, object

to weighting votes with money and making some retirees'votes and vested workers votes worth more than others. This is the only election, including all municipal & union elections, in which we were not allowed to contact voters because only one side was given access to the voting list addresses, e-mails, phone numbers. J/H

Sincerely Submitted,

*[signature]*
Name

492 Peterboro
Address

Detroit, MI 48201
City, State and Zip Code

Date 6/9/14

※ At a meeting held in Reverend Wendell Anthony church by the Detroit Retirees Employee Association 9/5/14, I and others opposing the plan of adjustment, were not allowed to speak at microphones cuz the committee had none there. The audience was endoctrinated for 1 hour and 45 min votes and then the retiree committee lawyer read and answered written questions for 10-15 minutes, with no chance for rebuttal. I asked a clerk for committee how much they paid Anthony for the hall, she didn't know. Maybe they will deduct it from the Fellowship Baptist church mortgage that the pension board purchased from the bank to help board member Wendell Anthony out. I was unfairly ejected, escorted out of the church, there were to get out of a seat.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

___Carl B Williams___, being first duly sworn deposes and your name

Say that on July _8_ 2014. I sent a copy of Supplemental Objection to the

voting ballot and process, Upon the concern parties by certified mail at the

following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign_____

Dated___July   8,   2014_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN