UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 30

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
in connection with Notice of Appeal filed by Lucinda Darrah
[Dkt. #8812]

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 30 | 7/25/2014 | 6271 | Order Overruling Objections to the City's Plan |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,
    Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

Order Overruling Objections to the City's Plan

Several parties have filed an objection to the Fourth Amended Plan of Adjustment. These objections were filed after the July 11, 2014 deadline set by the Court for individual retirees to file objections to the plan and the objecting parties have not established cause to file an untimely objection. Accordingly, the objections filed by the individuals listed below are overruled as untimely.

| | |
|---|---|
| Darlene Starks | Dkt. #5988 |
| Deborah J. McCreary | Dkt. #5989 |
| Albert A. Davis | Dkt. #5990 |
| Dionne L. Williams | Dkt. #6026 |
| Michelle Weston | Dkt. #6027 |
| Jerry Davis | Dkt. #6028 |
| Weldon Davis | Dkt. #6029 |
| Lucinda Darrah | Dkt. #6087 |
| Linda M. Mulder | Dkt. #6183 |
| Terrance/Judy Sheridan | Dkt. #6195 |

Signed on July 25, 2014

   /s/ Steven Rhodes_____
Steven Rhodes
United States Bankruptcy Judge