UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 35

# APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

in connection with Notice of Appeal filed by Lucinda Darrah
[Dkt. #8812]

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 35 | 8/21/2014 | 6957 | The Emergency Manager Kevyn Orr File Bankruptcy To Avoid Paying A Debts To Syncora And Should Be Dismiss, Filed by Creditors Hassan Aleem , Lucinda J. Darrah , Wayne D. Bernard , Mark Burton , Marie Lynette Thornton, Thelma Milledge , Roxanne Watson , Keith M. Hines, Vera C. Magee , Tijuana Morris , Dorothea Harris , Barbara Yee , Douglas Yee , Carl Williams and H. Dunn |



# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
Creditor

v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Debtor

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

## THE EMERGENCY MANAGER KEVYN ORR FILE BANKRUPTCY TO AVOID PAYING A DEBTS TO SYNCORA AND SHOULD BE DISMISS

THE FOURTH AMENDMENT NOTICE WAS AFTER THE FACT, AND THERE WAS NO FIFTH AMENDMENT NOTICE, IT WAS UNTIMELY, CONTRARY TO THE FACTS AND LAW MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED IN A GOOD FAITH MANNER.

We /I object to the Fourth and Fifth Amended Plan of Adjustments and any confirmation of the Plans of Adjustment and the process for the following reasons:

We object because (1) the Emergency Manger, Kevyn Orr went to Wayne County Circuit Court to get an injunction to stop payment on Casino Revenues

1

(2) Syncora went to Federal Court in New York and was transferred to the District court to have the injunction lifted. Syncora alleged that the Swap Counterparties may not exercise any optional right of termination of the Swap Contracts at the City's direction, as envisaged by the Forbearance and Optional Termination Agreement (FOTA) without Syncora's prior written consent. Syncora sought declaratory and injunctive relief, including a declaration that the Swap Counterparties may not terminate the Swap Contract without Syncora's consent (and that any such termination will be void ab inito) and an injunction permanently enjoining the Swap Counterparties from terminating the Swap contracts. (3)The Emergence Manager, Kevyn Orr to avoid paying Syncora filed for bankruptcy as stated in the Fourth Amended Plan of Adjustment with the exception of stating Kevyn Orr filed bankruptcy to avoid payment that is a violation of the Bankruptcy Code and demonstrate it was not filed in good faith as required 11 USC 109 (c) and 921 of the bankruptcy code and should be dismiss.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Bill Williams_

Address _10112 Somerset_

City, State, & Zip _Detroit Michigan 48224_

Date _August 9, 2014_

Sign Douglas Yee

Address 4245 Commonwealth

City, State, & Zip Detroit MI 48208

Date 8-9-14

Sign Barbara Yee

Address 4245 Commonwealth

City, State, & Zip Detroit MI 48208

Date 8-9-14

Sign Dorothea Harris

Address 20552 Huntington

City, State, & Zip Harper Woods MI, 48225

Date 08/09/14

Sign Tijuana Morris

Address 14841 Joy Rd.

City, State, & Zip Detroit MI 48228

Date 8-9-14

Sign _Keith M [illegible]_

Address _832 CHALMERS_

City, State, & Zip _DET, MICH 48215_

Date _8/9/14_

Sign _Vera C. Magee_

Address _5165 IROQUOIS_

City, State, & Zip _DETROIT, MI 48213_

Date _8-9-14_

Sign _Grianne Watson_

Address _18424 Curtis_

City, State, & Zip _Det, MI, 48219_

Date _8/9/14_

Sign _Thelma Milledge_

Address _15075 Appoline St_

City, State, & Zip _Det Michigan 48227_

Date _8/9/2014_

Sign Mark Burton

Address 2920 Norwich Rd.

City, State, & Zip Lansing, MI 48911

Date 8-9-14

Sign Marie Lynette Thornton

Address 99 E. Forest apt 909

City, State, & Zip Detroit, Michigan

Date 8-9-2014

Sign O. A. Quinn

Address 12225 Parkside

City, State, & Zip Detroit MI 48221

Date 9/14/14

Sign Wayne A. Bernard

Address 13650 Wadsworth

City, State, & Zip Detroit, Michigan 48227

Date 8-9-2014

Sign: Cindy Darrah (signature)

Address: 492 Peterboro

City, State, & Zip: Detroit, MI 48201

Date: 8/9/14

Sign: Hassan Ales (signature)

Address: 244 Taylor

City, State, & Zip: Detroit, Mich 48206

Date: _____

Sign: _____

Address: _____

City, State, & Zip: _____

Date: _____

Sign: _____

Address: _____

City, State, & Zip: _____

Date: _____

Sign_____

Address_____

City, State, & Zip_____

Date_____

Sign_____

Address_____

City, State, & Zip_____

Date_____

Sign_____

Address_____

City, State, & Zip_____

Date_____

Sign_____

Address_____

City, State, & Zip_____

Date_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and your name

Say that on August __21__ 2014. I sent a copy of The Emergency Manager Kevyn Orr file bankruptcy to avoid paying a debts to Syncora and should be dismiss, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.


Sign _Carl B Williams_____


Dated__August 21, 2014_____