UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 37

# APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

in connection with Notice of Appeal filed by Lucinda Darrah
[Dkt. #8812]

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 37 | 8/21/2014 | 7094 | The Bankruptcy Court Stricken Our Objections From The Record And Never Notified The Creditors, Filed by Creditors Lucinda J. Darrah , Wayne D. Bernard , Tijuana Morris , Dorothea Harris , Ronald Anderson , Barbara Yee , Thelma Milledge , Douglas Yee , Roxanne Watson , Vera C. Magee , Keith M. Hines, Carl Williams and H. Dunn |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
Creditor

v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Debtor

Chapter 9
Case No. 13-53846
Hon: Steven W. Rhodes

_____/

## THE BANKRUPTCY COURT STRICKEN OUR OBJECTIONS FROM THE RECORD AND NEVER NOTIFIED THE CREDITORS

THE FOURTH AMENDMENT NOTICE WAS AFTER THE FACT, AND THERE WAS NO FIFTH AMENDMENT NOTICE IT WAS UNTIMELY, CONTRARY TO THE FACTS AND LAW MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS **NOT BEEN PRESENTED IN A GOOD FAITH MANNER**.

1) We object to the bankruptcy court concealment of the fact that our objections docket No.4691 and item 4392 was stricken and creditors/objectors Carl Williams and Hassan Aleem were not notified or made aware that it had been stricken or a legal justifiable reason why, which denied creditors/objectors an opportunity to appeal or challenge the arbitrary and capricious action of the

bankruptcy court, thus perpetrating fraudulent concealment contravening MCL 600.5855.

It is customary when the court makes a ruling on your objection, pleading, or any motion the court usually contact the person or persons and give them reasons why they made their decisions by a notice, determination, or some kind of letter informing them of the action that has been taken.

2) The reason the bankruptcy court stricken our objection from record so the public could not view is that we prove that (1) that the City of Detroit did not negotiate in good faith prior to the filing of bankruptcy in violation of 11 USC 109(c). The city's position, for example was that they were not going to bargain and did not have to because of P.A. 436. Three Police Officers union challenged the city position and stated that it did not negotiate for collective bargaining. However, in this case the city was more egregious by not negotiating at all.

3) The second reason was that the Plan of Adjustment and disclosure statement are to be taken place before the bankruptcy. The Plan referred to in 109(c)(4) is adjustment plan and disclosure statement negotiated pre-petition in good faith. In re Cotton Water and Sanitation District, Douglas County, Colo., 138B.R.

2

973, 979 (Bankr. D. Colo 1992). This simply was not done in this present case.

In this objection emphasis was placed on the fact that a municipality should, at the very least, attempt to circulate and obtain approval with respect to an adjustment plan prior to filing for chapter 9, not after the fact as in this case. Because section 1126 (b) of the code applies in chapter 9, a municipality that has reached the adjustment plan to be proposed under 11 Section 941 of the code. In re City of Vallejo, 408 B.R. at 280, 296-97 (9th Cir. B.A.P.2009).

4) The third reason was Magistrate Judge Steven W. Rhodes is not an Article III Judge appointed by the president and approved by congress.

Magistrate Judge Steven W. Rhodes concealed the fact and deceive the people from knowing he was a Magistrate Judge over the age of 70 and had limited powers to address Constitutional issues that were presented at the commencement of this case. The fact that the creditors never consented for Judge Rhodes is a violation of the Magistrate Act 28 USC 831. He also doesn't have the authority to address "public right" and cannot legally rule on "pension benefits" that are protected by the state Constitution because they are reserved to an Article III judge. He therefore, lacks authority because he is not an Article III judge and lacks jurisdiction and has denied the creditors, unions and pension

3

members the opportunity to a fair adequate hearing. Goldberg v Kelly 397 U.S. 254 90 S Ct 1011, 252 citing "The fundamental requisite of due process is the opportunity to be heard." Grannis v Ordean, 234 U.S. 385 394 (1914); The notice and hearing must be "at a meaningful time and in a meaningful manner" Armstrong v. Manzo, 3800 U.S. 545, 552 (1965).

The court further ruled in the United States Supreme Court in Northern Pipeline Construction v Marathon Pipe line Company 458 U.S. 50 (1982) that a Article III jurisdiction could not be conferred without the independence and protection given to Article III Judges. Also violated the 5th Amendment procedure due process and 14 Amendment equal protection of the law of the Constitution of the United States.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl W Williams_

Address _10112 Somerset_

City, State, & Zip _Detroit Michigan 48224_

Dated _August 9, 2014_

Sign _Keith M ?_

Address _832 CHALMERS_

City, State, & Zip _DET, MI 48215_

Date _8/9/14_

Sign _Vera C. Magee_

Address _5165 IROQUOIS_

City, State, & Zip _DETROIT, MI 48213_

Date _8-9-14_

Sign _Barbara Wat?_

Address _18424 Curtis_

City, State, & Zip _Det MI 48219_

Date _8/9/14_

Sign _Douglas Yee_

Address _4245 Commonwealth_

City, State, & Zip _Detroit MI 48208_

Date _8-9-14_

Sign _Thelma Milledge_

Address _15075 APPOLINE ST._

City, State, & Zip _Det mich 48227_

Date _8-9-2014_

Sign _Barbara Tyee_

Address _7245 COMMONWEALTH_

City, State, & Zip _DETROIT MI 48208_

Date _8-9-14_

Sign _Ronald K Anderson_

Address _16521 E ~~Water~~ Warren_

City, State, & Zip _48224_

Date _8-9-14_

Sign _Dorothea Harris_

Address _20552 HUNTINGTON_

City, State, & Zip _~~HARPER~~ WOODS MI 48225_

Date _08/09/14_

Sign _Tijuana Morris_
Address _14841 Joy Rd_
City, State, & Zip _Detroit MI 48228_
Date _8-9-14_

Sign _H Dunn_
Address _17225 Parkside_
City, State, & Zip _Detroit MI 48221_
Date _9/Au/14_

Sign _Wayne A. Bernard_
Address _23650 Wadsworth_
City, State, & Zip _Detroit, Michigan 48227_
Date _8-9-2014_

Sign _Cindy Darrah_
Address _492 Peterboro_
City, State, & Zip _Det, MI 48201_
Date _8/9/14_

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditor

v

In re:                                         Chapter 9
CITY OF DETROIT, MICHIGAN          Case No. 13-53846
AND EMERGENCY MANAGER           Hon: Steven W. Rhodes
KEVYN D ORR.
    Debtor
_____/

## PROOF OF SERVICES

_Carl Williams_, being first duly sworn deposes and your name

Say that on August _19_ 2014. I sent a copy of the Bankruptcy court stricken our objections from the record and never notified the creditors, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.


Sign  *Carl 3/. Uliams*


Dated  August /9, 2014

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

FILED (I)
2014 AUG 21 P 3: 24

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and your name

Say that on August __21__ 2014. I sent a copy The bankruptcy court stricken our objections from the record and never notified the creditors, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.


Sign _[signature]_____


Dated  August 21,    2014