UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>    Debtor. | No. 13-53846<br><br>Chapter 9<br><br>HON. STEVEN W. RHODES |

# EXHIBIT 40

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

in connection with Notice of Appeal filed by Lucinda Darrah
[Dkt. #8812]

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 40 | 8/28/2014 | 7184 | Lucinda J. Darrah's Request for Reconsideration of her Motion to Request to Participate in the Confirmation Hearing |

United States Bankruptcy Ct.
Eastern Dist of MI
Southern Division

In re:
City of Detroit, MI
Debtor

Chapter 9
Case 13-53846
Judge Rhodes

Lucinda J Darrah's Request for reconsideration of her motion to request to participate in the confirmation hearing.

I, Lucinda J Darrah, not being represented by an attorney, and having flunked out of Detroit College of Law in 1979, tried to follow the courts instructions for entering my motion to participate in the confirmation hearing. I listed 3 topics I wanted to participate in, as well as witnesses and documents I wanted to include; and I tried not

duplicate the problem of water shutoffs and a water affordability plan.

The court did not rule on the 2nd and 3rd topic. The second topic was the fairness and methodology used to get the best medical plan for current and future retirees and current workers; i.e. the most bang for the buck. Is the current process a no-bid situation? Is Blue Cross the only PPO available? I would like to call Councilwoman Joan Watson and Monica Lewis Patrick; and Yvonne Moore, and Kaola Teat from the City of Detroit Benefit Office to testify to both the procurement procedures and over pricing of Blue Cross Blue Shield.

Topic 3 was to present evidence that the incinerator, which sits inside the boundaries of Detroit and which burns City of Detroit and Suburban trash without adequate controls, is harming the health of the city and suburban residents, as well as my own health and those in adjacent country of Canada, and states such as but not limited to Ohio. The privatization of garbage to contracts, under the leadership of the emergency manager who also took Detroit into bankruptcy has not required plastic (that causes dioxins and furans to form when burned with the garbage) to be removed from the incinerator waste stream. The court has

rejected this claim at an earlier date. I am resubmitting it with a copy of the National Academy of Scientists' <u>Waste Incineration and Human Health</u>, 2000.

I object to the courts earlier expungements to my earlier objections. It is one thing to deny my or others objections, but is it proper to expunge anything unless the objector requests it.

As I tried to avoid duplicates, I did not address the water shutoffs. But as you denied the objections of the religious community here and around the world, specifically, doc 6143, by the Unitarian Universalist Service Committee, including but not limited to the Central United

Methodist Church, located at 23 E. Adams Detroit, Michigan. I would like to cover these life important issues since what was what would have been a duplicate is not as you threw their "case," doc. 6143 out.

In many of my objections and public comments and letters, I have objected to the DWSD contract No. PC-792, the Biosolids drier contract with New England Fertilizer Company (NEFCO). I paid over $53.00 for a copy of this contract as well as the three contracts with EMA Contract Nos. CS-1553, 1595, and 1596, all with the City of Detroit. The EMA are consulting contracts. I wish to enter all these contracts into

evidence, and to call witnesses to answer questions.

I picked up copies of these documents from the DWSD's FOIA attorney on Tuesday; he handed them off to me as he walked briskly by and out the door of the lobby at 735 Randolph, the Waterboard Building. The guard brought to my attention the Public Hearing notice posted nearby which read as follows:

Public Hearing 8/29/14 at 9AM Sewage Disposal System Senior/Senior/SRF Junior Lien Bonds.

I thought this was about the bankruptcy bond reissue.

I arrived at the hearing this morning at 9:12 am. Mr Latimer, asst. director

was talking to someone in the hall outside. When he finished with the man he was talking to, he informed me that the Public Hearing was over and added that they had waited 15 minutes and when no one came to participate, they adjourned. I looked at my phone clock (regulated by satellite) and noticed it said 9:14 (nine fourteen) a.m.; not 9:18 or even 9:15 a.m. I asked Mr. Latimore what other alternative technologies were considered, and he said he couldn't remember, and that all the contracts, for whatever monetary value were of equal importance and he did not remember the other technologies offered in

response to the RFP (request for proposals). He has hundreds of contracts going by him."

I was surprised to find out that the bonds being considered in the public hearing were only for the NEFCO construction under $683 contract to design, build, and operate, natural gas shit driers and the bonds being sold for construction would be $150 million.

The "Public Hearing" (8/28/14) was a sham because according to a press release from DWSD and Mayor Duggan, released on August 27, the bonds to finance the construction of the driers had already been sold!

I ask that you allow me to address ~~the three~~ any or all of my three topics in the [in] original motion, to participate in confirmation hearing.

In the objections to the religious communities motion for permissive intervention ~~your~~ the court concluded that it was not proper to violate the sovereignty of the state by interfering. The court alludes to the separation of powers. But the separation of powers is already lacking when the emergency manager appointed by the governor overrides the legislative and executive branches, and the management of the water department holds untimely public hearings regarding a bond sale that has already happened. (separation of powers) so we can appeal to courts when

I wish to call the following witnesses that Mr. Latimer said were at this morning's public hearing re bond sale for NEFCO.

Al DeBoe - Treasury Director DWSD
Fred Barnes - Water Bd Commissioner
William Wilson, Corporation counsel
Farolyn Buckles - advisor to bd of commissioners
Daryl Latimer, asst director
one citizen? maybe they can identify

I would like to enter the 110,000 on line signatures from around the world protesting the water shutoffs at dorthea@environmental-action.org
bit.ly/TurnWaterBackON

I would like to call city DWSD engineers to determine if the water shut offs cause $H_2O$ hammer that breaks old pipes, thus causing us higher rates to pay.

I would like to also call EMA employees to see if they gained in any way by encouraging the NEFCO contract.

I would like to ask why water is included in the bankruptcy when none of the bonds were impaired? Is it legal to achieve efficiency at the expense of the integrity of the system, the quality of the water, and the health of the citizens?

*[signature]*

Exhibits:

~~ite~~ agenda for hearing on bonds
Press release on bonds

Will also add NEFCO and EMA contracts in complete form by Tuesday, Sept 2, 2014.

*Frank J. Dundy*



# Press Release

City of Detroit • Mike Duggan, Mayor

FOR RELEASE:

August 27, 2014

MEDIA CONTACTS:

Gregory Eno (313) 573-0775

Curtrise Garner (313) 701-2147

**Market Response to Detroit Water & Sewerage Department Bonds Exceeds Expectations**

The market for Detroit Water & Sewerage Department (DWSD) bonds far exceeded expectations on Tuesday, August 26, 2014 in the sale of approximately $1.79 billion of bonds. The **investor demand for DWSD bonds was over four times the supply** that was available.

Approximately $7.6 billion in orders were received on $1.64 billion of refinancing bonds in addition to approximately $150 million of newly-issued bonds earmarked for sewerage system improvements. The success of this transaction results in a **net cash flow savings of nearly a quarter billion dollars** ($248.9 million) over the remaining life of the bonds. The high level of investor orders lowered the interest rate when compared to expected savings presented by the City's Financial Advisor last week.

"Today's overwhelming response to our bond sale shows our customers that the market's interest in DWSD should result in greater reinvestment in the system with less reliance on future borrowing", DWSD Director Sue McCormick said.

There were three key factors that influenced the positive market response.

**First**, the **approval by Judge Steven Rhodes** on Monday, August 25, 2014 for this financing transaction to proceed. The collaborative efforts of the DWSD, the Emergency Manager Kevyn Orr, and prior objectors to the impairment of the DWSD bonds in the bankruptcy plan of adjustment signaled an expeditious and productive resolution of the matter.

**How will the newly-issued sewerage system improvements bonds of $150 million be used?**
The sewerage system bonds will be used to fund the DWSD five year capital improvement program (CIP). The two largest projects, the bio-solids dryer facility and the incinerator air quality improvement program, are multiple year projects which began construction in 2013. The biosolids dryer facility, presently six months ahead of schedule, will generate land use fertilizer and energy sources as a by-product of the sewage treatment process. The incinerator air quality improvement program refurbishes DWSD's Complex II Incinerators to achieve compliance with new 2016 air quality regulations. As a result, Complex I incinerators which are at the end of their useful life (50-70 years old) and are non-compliant after 2016 may then be retired. Completion of these projects by March 2016 is critical for the DWSD to ensure regulatory compliance outlined in its National Pollutant Discharge Elimination System (NPDES) permit. The permit is administered by the Environmental Protection Agency (EPA) and Michigan Department of Environmental Quality (MDEQ).

There are additional projects in the current CIP that will be funded by the new bonds, including a sewer lining program to extend the life of those assets. The entire CIP document is available at www.dwsd.org.

**What are DWSD's new bond ratings? What were the ratings when bonds were issued in 2012?**
DWSD's current bond ratings, as of August 25, 2014, are shown in the table below. The uncertainty surrounding the City of Detroit's Chapter 9 bankruptcy resulted in rating downgrades since the last time that DWSD issued bonds in 2012. It was important to DWSD to realize improvements in the ratings despite the City's present Chapter 9 status. It is notable that all three agencies provided an upgrade, with Standards & Poor's granting a "ten notch" increase to investment grade status of BBB+.

### Agenda for TEFRA Hearing on August 28, 2014 at 9:00 a.m.

1. Open Hearing: This public hearing is now open. The purpose of this public hearing is to take public comments on the proposed issuance by the City of Detroit, upon authorization from (i) the Board of Water Commissioners of the Detroit Water and Sewerage Department and (ii) Kevyn D. Orr, emergency manager of the City of Detroit, of its Sewage Disposal System Revenue Senior or Second Lien Bonds, Series 2014.

2. Notice of this hearing was published in the Detroit News and Detroit Free Press on August 13, 2014, and a copy of the notice is attached as Exhibit A.

3. The proceeds of the Bonds will be used to finance the costs of acquiring, constructing, equipping and installing a biosolids dryer facility and sewage sludge incinerator air quality control improvements including related engineering, legal and financing costs. The Project will be located at 9300 West Jefferson Avenue, Detroit, Michigan.

4. Ask for written comments, if any

5. Take public comment, if any

6. Close Hearing

OK'd yr,
w/ when did EMA start
ability to submit — RP doc,
submit alternatives —
It doesn't matter — just cuz of it all K are = important
can't tell v details.

Exhibit A

TEFRA Notice as Published

NOTICE OF PUBLIC HEARING BEFORE THE CITY OF DETROIT,
MICHIGAN ON THE ISSUANCE OF (i) SEWAGE DISPOSAL SYSTEM REVENUE SENIOR LIEN
BONDS OF THE CITY OF DETROIT, AND/OR (ii) SEWAGE DISPOSAL SYSTEM REVENUE SRF
JUNIOR LIEN BONDS OF THE CITY OF DETROIT (COLLECTIVELY, THE "BONDS")

The City of Detroit, Michigan and the Detroit Water and Sewerage Department (the "DWSD") will hold a public hearing at 9:00 a.m. on August 28, 2014 in the Board of Water Commissioners Board Room, on the Fifth floor of the offices of the Detroit Water and Sewerage Department, 735 Randolph, Detroit, Michigan 48226 regarding the issuance of one or more series of qualified private activity bonds. The Bonds will be issued by the City of Detroit (the "Issuer") and the proceeds of the Bonds will be used to finance the costs of acquiring, constructing, equipping and installing a biosolids dryer facility and sewage sludge incinerator air quality control improvements (collectively, the "Project"), including related engineering, legal and financing costs. The Project will be located at 9300 West Jefferson Avenue, Detroit, Michigan. The BOWC principal offices are located at 735 Randolph, Detroit, Michigan 48226.

The Project will be owned by the Issuer and will be subject to (i) a Design-Build-Operate-Maintain Contract with New England Fertilizer Company, and (ii) a Design-Build Contract with Walsh Construction Company. The Bonds are proposed to be issued in one or more series in an aggregate principal amount of not to exceed one hundred eighty one million dollars ($181,000,000).

The Bonds will be revenue bonds issued under 1933 Michigan Public Act 94, payable solely from the specific revenues from the sewage disposal system pledged for the repayment of the Bonds. The Bonds will not constitute general obligations of the City of Detroit, the DWSD, the State of Michigan or any political subdivision of the State of Michigan within the meaning of any constitutional or statutory provision and will not constitute or give rise to a charge against the general credit of the City of Detroit, the DWSD, the State of Michigan or any political subdivision of the State of Michigan. The DWSD has no taxing power.

The hearing shall provide a reasonable opportunity for expression of opinion, for argument on the merits and for introduction of documentary evidence pertinent to the nature and location of the Project and the proposed issuance of the Bonds. Written comments will be accepted by the DWSD, but must be received on or before the time and date of the hearing.

Dated: August 13, 2014

_____
Nicolette N. Bateson, CPA
Chief Financial Officer
Detroit Water and Sewerage Department
735 Randolph
Detroit, Michigan 48226

Al Dobol - Treasury Director

Fred Barnes Commissioner

William Wilson - Corp Counsel

Carolyn
Jerry Buckles - adviser to BOD

Daryl Latimer

one citizen