UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 41

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

in connection with Notice of Appeal filed by Lucinda Darrah
[Dkt. #8812]

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 41 | 9/11/2014 | 7427 | Fifth Order Overruling Objections to the City's Plan |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,
    Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

Fifth Order Overruling Objections to the City's Plan

Several parties have filed joint objections to the City's Fourth, Fifth and Sixth Amended Plans of Adjustment. These objections were filed after the July 11, 2014 deadline set by the Court for individual retirees to file objections to the plan and the objecting parties have not established cause to file an untimely objection. Accordingly, the joint objections filed by the individuals listed below are overruled as untimely.

    Larry Johnson, Carl Williams, Hassan Aleem
    Dkt. ##6283, 6289, 6295

    Carl Williams, Hassan Aleem
    Dkt. ##6290, 6292, 6303, 6305, 6963, 6960, 6971

    Carl Williams, Hassan Aleem, Dorothea Harris, Larry Johnson
    Dkt. ##6291, 6293, 6297, 6298, 6300, 6301, 6304

    Dorothea Harris, Larry Johnson
    Dkt. #6296

    Dorothea Harris, Hassan Aleem, Larry Johnson
    Dkt. #6302

    Sheila Thompkins, Errol Griffin, Belinda Florence, Jesse Florence, Sr., Belinda Farhat, William M. Davis, Mary Diane Bukowski, Hassan Aleem, Carl Williams
    Dkt. #6580

    Sheila Thompkins, Errol Griffin, Belinda Florence, Jesse Florence, Sr., Belinda Farhat, Wanda Jan Hill, William M. Davis, Hassan Aleem, Carl Williams
    Dkt. #6581

Errol Griffin, Sheila Thompkins, William M. Davis, Belinda Farhat, Mary Diane Bukowski, Joann Jackson, Cedric Cook, Hassan Aleem, Lula Millender, Carl Williams, Belinda Florence, Jesse Florence, Jr., Wanda Jan Hill
Dkt. #6586

Sheila Thompkins, Errol Griffin, Carl Williams, Belinda Florence, Jesse Florence, Sr., Belinda Farhat, Wanda Jan Hill, William M. Davis, Mary Diane Bukowski, Hassan Aleem
Dkt. #6587

Sheila Thompkins, Errol Griffin, Belinda Florence, Jesse Florence, Carl Williams, Belinda Farhat, Hassan Aleem, William M. Davis
Dkt. #6588

Sheila Thompkins, Errol Griffin, Belinda Florence, Jesse Florence Sr., Belinda Farhat, Wanda Jan Hill, William M. Davis, Hassan Aleem, Mary Diane Bukowski, Carl Williams
Dkt. #6594

Sheila Thompkins, Errol Griffin, Belinda Florence, Jesse Florence Sr., Belinda Farhat, William M. Davis, Mary Diane Bukowski, Hassan Aleem, Carl Williams
Dkt. #6595

Carl Williams, Sheila Thompkins, Errol Griffin, Belinda Florence, Jesse J. Florence, Sr., Belinda Farhat, Hassan Aleem, William M. Davis, Mary Diane Bukowski
Dkt. #6596

Carl Williams, Douglas Yee, Barbara Yee, Dorothea Harris, Tijuana Morris, Vera C. Magee, Keith M. Hines, Roxanne Watson, Thelma Milledge, Marie Lynette Thornton, Mark Burton, Wayne D. Bernard, Lucinda J. Darrah, Hassan Aleem
Dkt. #6957

Katrina Henry, Hassan Aleem, William M. Davis, Mary Diane Bukowski, Lavern Holloway, Carl Williams
Dkt. #6958

Jesse J. Florence Sr., Belinda Florence, William M. Davis, Hassan Aleem, Olivia Shakoor, LaVern Holloway, Zelma Kinchloe, Sheila Thompkins, Gregory T. Waller, Alma Cozart, Regina W. Rass, Carl Williams
Dkt. #6964

Gregory T. Waller, Jesse Florence Sr., Belinda Florence, William M. Davis, Zelma Kinchloe, Sheila Thompkins, Evelyn Owens Smith, Hassan Aleem, Olivia Shakoor, Carl Williams
Dkt. #6965

Jesse Oliver Gray, Mary Diane Bukowski, William M. Davis, LaVern Holloway, Hassan Aleem, Carl Williams
Dkt. #6966, #6967

Jesse Oliver Gray, Katrina Henry, Hassan Aleem, William M. Davis, Mary Diane Bukowski, LaVern Holloway, Carl Williams
Dkt. #6969

Mary Diane Bukowski, LaVern Holloway, Carl Williams
Dkt. #6970

William M. Davis, Diane Bukowski, Hassan Aleem, Carl Williams
Dkt. #6973

Mary Diane Bukowski, William M. Davis, Jesse Florence Sr., Belinda Florence, Carl Williams, Belinda Farhat, Wanda Jan Hill, Errol Griffin, Sheila Thompkins
Dkt. #6981

Jesse Oliver Gray, Katrina Henry, William M. Davis, LaVern Holloway, Carl Williams
Dkt. #6984

Lucinda J. Darrah, Dorothea Harris, Barbara Yee, Douglas Yee, Mark Burton, Thelma Milledge, Roxanne Watson, Vera C. Maggee, Carl Williams, Hassan Aleem, Keith M. Hines, Mary Diane Bukowski, William M. Davis, Wanda Jan Hill, Belinda Farhat, Jesse J. Florence Sr., Belinda Florence, Errol Griffin, Sheila Thompkins
Dkt. #6987

Thelma Milledge, Roxanne Watson, Vera C. Magee, Hassan Aleem, Keith M. Hines, Mary Diane Bukowski, William M. Davis, Wanda Jan Hill, Belinda Farhat, Jesse Florence Sr., Belinda Florence, Errol Griffin, Carl Williams, Sheila Thompkins
Dkt. #7019

Carl Williams, Hassan Aleem, Barbara A. Magee, Cecily McClellan, Phyllis Griffith, Benyne Goldston, Wanda Jan Hill, Valerie Glenn-Simons, (first name illegible) G. Simons, Yvonne Williams Jones, Evelyn Smith, Lula Millender, Laverne Holloway, William M. Davis
Dkt. #7032

.

**Signed on September 11, 2014**

                                         /s/ Steven Rhodes
                                         **Steven Rhodes**
                                         **United States Bankruptcy Judge**

3

13-53846-tjt  Doc 8904-2  Filed 12/19/14  Entered 12/19/14 14:18:38  Page 4 of 4
13-53846-swr  Doc 7427   Filed 09/11/14  Entered 09/11/14 14:09:48  Page 3 of 3