UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | No. 13-53846<br><br>Chapter 9<br><br>HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2014, I electronically filed [Docket No. 8916] Appellee State of Michigan's Designation of Items to be Included in the Record on Appeal related to Notice of Appeal Docket #8465 with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

                                                */s/Matthew Schneider*
                                                Matthew Schneider
                                                Chief Legal Counsel
                                                Attorney for State of Michigan
                                                P.O. Box 30754
                                                Lansing, Michigan  48909
                                                (517) 373-3203
                                                SchneiderM7@michigan.gov [P62190]
                                                Attorney for the State of Michigan