UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Chapter 9
City of Detroit, Michigan,                                      Case No. 13-53846
    Debtor.                                  Hon. Steven W. Rhodes
_____/

**<u>Notice Regarding Change in Location of Hearing</u>**
**<u>Scheduled for December 22, 2014</u>**

    Notice is given that the hearing scheduled for December 22, 2014 at 10:00 a.m. shall be held in Courtroom 123 of the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan (instead of Courtroom 100 as originally scheduled.)

Signed on December 19, 2014

                                                          /s/ Steven Rhodes
                                                Steven Rhodes
                                                United States Bankruptcy Judge