Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
 City of Detroit, Michigan
 2 Woodward Avenue
 Suite 1126
 Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
 38−6004606

## AMENDED NOTICE OF HEARING Motion for Abstention and Remand the Claim

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 123, Detroit, MI 48226** on **12/22/14** at **10:00 AM** to consider and act upon the following:

*8724* − Notice of Hearing on (RE: related document(s)8536 Generic Motion − Motion for Abstention and to Remand the Claims Contained in Proof of Claim #2851 − filed by Creditor Coalition of Detroit Unions, 8537 Generic Motion − Motion for Abstention and to Remand the Claims Contained in Proof of Claim #2958 − filed by Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL−CIO) Hearing to be held on 12/22/2014 at 10:00 AM Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226 for 8536 and for 8537, (sikula, christine)

Dated: 12/19/14

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: kt
Deputy Clerk