UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## WITHDRAWAL OF PLEADING

The State of Michigan hereby withdraws Appellee Designation of Contents for Inclusion in Record of Appeal filed at Docket #8899 and the related Certificate of Service at Docket #8900 because the documents were filed in error.

                        */s/Matthew Schneider*
                        Matthew Schneider
                        Chief Legal Counsel
                        Attorney for State of Michigan
                        P.O. Box 30754
                        Lansing, Michigan  48909
                        (517) 373-3203
                        SchneiderM7@michigan.gov [P62190]
                        Attorney for the State of Michigan