UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
In re ) Chapter 9
)
CITY OF DETROIT, MICHIGAN ) Case No. 13-53846
)
               Debtor. ) Hon. Stephen W. Rhodes
)
)
OFFICIAL COMMITTEE OF RETIREES, )
) Case No. 13-cv-13873
               Movant, ) Hon. Bernard A. Friedman
)
               v. ) Mag. Judge Paul J. Komives
)
CITY OF DETROIT, MICHIGAN )
)
             Respondent. )
---------------------------------------------------x

## STIPULATED ORDER OF DISMISSAL

All parties to this action, having stipulated pursuant to Fed. R. Civ. P. 41 to dismissal of this action, it is hereby ORDERED that this action be, and hereby is, dismissed.

Dated: December 18, 2014

                                                              s/ Bernard A. Friedman_____
                                                               United States District Judge