UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN,

    Debtor.
_____/

Chapter 9
Case No. 13-53846
HON. STEVEN W. RHODES

STATE OF MICHIGAN
CITY OF DETROIT, MICHIGAN

    Appellants,

v.

MICHIGAN AFSCME COUNCIL 25
AFL-CIO, INC.,

    Appellee.
_____/

Case No. 14-14346
HON. TERRENCE G. BERG

## ORDER DISMISSING CASE

Pursuant to the Appellants' Voluntary Dismissal of Appeal (Dkt. 6) received on December 1, 2014, this case is **DISMISSED** without prejudice.

**SO ORDERED.**

                                                s/Terrence G. Berg
                                                TERRENCE G. BERG
                                                UNITED STATES DISTRICT JUDGE

Dated: December 18, 2014

### Certificate of Service

I hereby certify that this Order was electronically submitted on December 18, 2014, using the CM/ECF system, which will send notification to each party.

                                          By: s/A. Chubb
                                              Case Manager