UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

    Debtor.

No. 13-53846

Chapter 9

HON. STEVEN W. RHODES

**APPELLEE STATE OF MICHIGAN'S DESIGNATION OF
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellee, State of Michigan, by and through the undersigned

attorneys, submits the following designation of additional items to be

included in the record on appeal in connection with Notice of Appeal

filed by William M. Davis and DAREA [Dkt. #8473] from the Court's

Order Confirming the Eighth Amended Plan of Adjustment of the Debts

of the City of Detroit entered on November 12, 2014.

| Item | Date Filed | Docket Number | Description |
|------|-----------|---------------|-------------|
| 1 | 8/19/2013 | 387 | Objections To the Petition Filed By One Kevyn D. Orr Seeking To Commence a Case Under Chapter 9 of Title 11 of the United States Code On Behalf of the City of Detroit, Michigan Filed by Creditor Calvin Turner |

| 2 | 8/19/2013 | 431 | Objections to the Petition Filed by One Kevyn D. Orr Seeking to Commence a Case under Chapter 9 of Title 11 of the United States Code on Behalf of the City of Detroit, Michigan filed by Paulette Brown |
|---|-----------|-----|---|
| 3 | 8/22/2013 | 565 | Objection to Chapter 9 Bankruptcy filed by creditors Carl Williams, Hassan Aleem |
| 4 | 9/6/2013 | 756 | Response to Eligibility Objectors Raising Only Legal Issues filed by State of Michigan (Attachments: Exhibit 1; Exhibit 2) |
| 5 | 9/6/2013 | 765 | City of Detroit Consolidated Reply to Objectors to Entry of an Order for Relief |
| 6 | 10/4/2013 | 1085 | Supplemental Response to Eligibility Objections Raising Only Legal Issues filed by interested party State of Michigan |
| 7 | 3/6/2014 | 2872 | Objection to Plan of Adjustment filed by Creditor Yvonne Williams-Jones |
| 8 | 3/6/2014 | 2879 | Objection to Chapter 9 Plan filed by Creditor Rita Dickerson |
| 9 | 3/6/2014 | 2900 | Objection to Chapter 9 Plan filed by Creditor Cecily R. McClellan |
| 10 | 3/6/2014 | 2910 | Objection to Chapter 9 Plan filed by Creditor Belinda A. Myers-Florence |

| 11 | 4/1/2014 | 3477 | Objection to Chapter 9 Plan filed by Creditor Lula Millender |
|----|----------|------|--------------------------------------------------------------|
| 12 | 4/1/2014 | 3515 | Objection to Chapter 9 Plan Filed by Creditor Amru Meah |
| 13 | 4/1/2014 | 3594 | Objection to City of Detroit's Plan of Adjustment filed by Creditor William M. Davis |
| 14 | 4/1/2014 | 3603 | Objection to Chapter 9 Plan filed by Creditor Mark L. Smith |
| 15 | 4/1/2014 | 3707 | Objection to City of Detroit's Plan of Adjustment filed by Mark L. Smith |
| 16 | 4/3/2014 | 3805 | Objection to Chapter 9 Plan Filed by Creditor Calvin C. Turner |
| 17 | 4/28/2014 | 4287 | Objection to Chapter 9 Plan filed by Creditor Walter Gary Knall |
| 18 | 5/1/2014 | 4344 | Objection to Chapter 9 Plan filed by Creditor Paulette Brown |
| 19 | 5/12/2014 | 4633 | Objection to Chapter 9 Plan filed by Creditor Cecily R. McClellan |
| 20 | 5/12/2014 | 4705 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 21 | 5/12/2014 | 4833 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 22 | 5/12/2014 | 4861 | Objection to Chapter 9 Plan filed by Creditor Wanda Jan Hill |

| 23 | 5/12/2014 | 4870 | Objection to Chapter 9 Plan filed by Creditor Cecily R. McClellan |
|----|-----------|------|------------------------------------------------------------------|
| 24 | 5/20/2014 | 4956 | Objection to Chapter 9 Plan Filed by Creditor Calvin C. Turner |
| 25 | 5/21/2014 | 5064 | Objection to Chapter 9 Plan Filed by Creditor Johnnie Taylor-Tawwab |
| 26 | 5/23/2014 | 5107 | Supplemental Objection to Chapter 9 Plan filed by Creditor Belinda A. Myers-Florence |
| 27 | 5/23/2014 | 5125 | Supplement Objection to Chapter 9 Plan filed by Creditor Paulette Brown |
| 28 | 6/12/2014 | 5373 | Supplemental Objection to Chapter 9 Plan Filed by Creditor Calvin C. Turner |
| 29 | 6/12/2014 | 5375 | Supplemental Objection to Chapter 9 Plan filed by Creditor Lula Millender |
| 30 | 6/12/2014 | 5423 | Supplemental Objection to Chapter 9 Plan filed by Creditor Benyne Goldston |
| 31 | 6/12/2014 | 5424 | Supplemental Objection to Chapter 9 Plan Filed by Creditor Evelyn Owens Smith |
| 32 | 6/12/2014 | 5425 | Supplemental Objection to Chapter 9 Plan Filed by Creditor Calvin C. Turner |
| 33 | 6/12/2014 | 5432 | Supplemental Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 34 | 6/27/2014 | 5660 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |

13-53846-tjt   Doc 8926   Filed 12/19/14   Entered 12/19/14 16:02:35   Page 4 of 15

| 35 | 6/27/2014 | 5661 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
|----|-----------|------|----------------------------------------------------------------|
| 36 | 6/30/2014 | 5667 | Brief Pursuant Order Identifying Legal Issues, Establishing Supplemental Briefing Schedule and Setting Hearing Dates and Procedures filed by interested party State of Michigan |
| 37 | 7/1/2014 | 5722 | Objection to Chapter 9 Plan filed by Creditor Benyne Goldston |
| 38 | 7/8/2014 | 5798 | Objection to Chapter 9 Plan filed by Creditor Mark L. Smith |
| 39 | 7/8/2014 | 5812 | Objection to Chapter 9 Plan filed by Creditor Vaughn S. Brown |
| 40 | 7/8/2014 | 5818 | Objection to Chapter 9 Plan filed by Creditor Belinda A. Myers-Florence |
| 41 | 7/8/2014 | 5821 | Objection to Chapter 9 Plan filed by Creditor Lula Millender |
| 42 | 7/8/2014 | 5824 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 43 | 7/8/2014 | 5827 | Supplemental Objections to the Voting Ballot and the Process Filed by Creditors Hassan Aleem, Curtis Brooks, Paulette Brown, William M. Davis, Errol Griffin, Wanda Jan Hill, James Lovely, Vera C. Magee, Cecily McClellan, Tijuana Morris, Sheila Thompkins, Carl Williams |

5

| 44 | 7/8/2014 | 5833 | Objection to the Plan of Adjustment and Confirmation of The Plan of Adjustment Because of Jones Day Law Firm Conflict of Interest Filed by Creditors Hassan Aleem, Curtis Brooks, Paulette Brown, William M. Davis, Errol Griffin , Wanda Jan Hill, James Lovely, Vera C. Magee, Cecily McClellan, Tijuana Morris, Sheila Thompkins, Carl Williams |
|----|----------|------|------------------------------------------------------|
| 45 | 7/8/2014 | 5837 | Objection to the Plan of Adjustment and Confirmation of the Plan of Adjustment Because of Jones Day Law Firm Conflict of Interest Filed by Hassan Aleem, Curtis Brooks, Paulette Brown, William M. Davis, Errol Griffin, Wanda Jan Hill, James Lovely, Vera C. Magee, Cecily McClellan, Tijuana Morris, Sheila Thompkins, Carl Williams |
| 46 | 7/8/2014 | 5840 | Objection to the Plan of Adjustment and any Confirmation of that Plan because the Pensioners Cannot Speak for or Represent the Creditors. Filed by Hassan Aleem, Curtis Brooks, Paulette Brown, William M. Davis, Errol Griffin, Wanda Jan Hill, LaVern Holloway, James Lovely, Vera C. Magee, Cecily McClellan, Sheila Thompkins, Carl Williams |

| 47 | 7/8/2014 | 5843 | Objection to the Plan of Adjustment and any Confirmation of that Plan Because Judge Steven W. Rhodes is not an Article III Judge. Filed by Hassan Aleem, Walter Blaney, Curtis Brooks, William M. Davis, Errol Griffin, LaVern Holloway, James Lovely, Vera C. Magee, Cecily McClellan, Lula Millender, Tijuana Morris, Sheila Thompkins, Carl Williams |
|---|---|---|---|
| 48 | 7/8/2014 | 5851 | Objection to the Plan of Adjustment and any Confirmation of that Plan Because the Bankruptcy was not by Consent of the Creditors or the Debtors and Fraudulent Concealment Filed by Hassan Aleem, Curtis Brooks, William M. Davis, Errol Griffin, Yvonne Jones, James Lovely, Vera C. Magee, Cecily McClellan, Tijuana Morris, Sheila Thompkins, Carl Williams |
| 49 | 7/8/2014 | 5853 | Objection to the Plan of Adjustment and any Confirmation of the Plan Because the Pensioners Do Not Have All the Relevant Facts Filed by Hassan Aleem, Curtis Brooks, William M. Davis, Errol Griffin, Wanda Jan Hill, LaVern Holloway, Yvonne Jones, Vera C. Magee, Cecily McClellan, Lula Millender, Tijuana Morris, Sheila Thompkins, Carl Williams |

| 50 | 7/8/2014 | 5855 | Objection to the Plan of Adjustment and any Confirmation of that Plan Because the Bankruptcy was not by Consent of the Creditors or the Debtors and Fraudulent Concealment Filed by Hassan Aleem, Walter Blaney, Paulette Brown, William M. Davis, Errol Griffin, Wanda Jan Hill, LaVern Holloway, James Lovely, Vera C. Magee, Cecily McClellan, Lula Millender, Tijuana Morris, Sheila Thompkins, Carl Williams |
|---|---|---|---|
| 51 | 7/10/2014 | 5909 | Objection to Chapter 9 Plan filed by Creditor Yvonne Williams-Jones |
| 52 | 7/10/2014 | 5910 | Objection to Chapter 9 Plan filed by Creditor Lula Millender |
| 53 | 7/11/2014 | 5946 | Objection to Chapter 9 Plan filed by Creditor Belinda A. Myers-Florence |
| 54 | 7/11/2014 | 5951 | Objection to Chapter 9 Plan filed by Creditor Cecily R. McClellan |
| 55 | 7/11/2014 | 5955 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 56 | 7/11/2014 | 5956 | Objection to Chapter 9 Plan filed by Creditor Paulette Brown |
| 57 | 7/11/2014 | 5957 | Objection to Chapter 9 Plan filed by Creditor Paulette Brown |
| 58 | 7/11/2014 | 5963 | Objection to Chapter 9 Plan filed by Creditor Evelyn Smith |

| 59 | 7/15/2014 | 6071 | Objection to Chapter 9 Plan Filed by Creditor Calvin C. Turner |
|----|-----------|------|---------------------------------------------------------------|
| 60 | 7/15/2014 | 6073 | Objection to Chapter 9 Plan Filed by Creditor Amru Meah |
| 61 | 7/15/2014 | 6078 | Objection to Chapter 9 Plan filed by Cecily R. McClellan |
| 62 | 7/15/2014 | 6082 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 63 | 7/15/2014 | 6114 | Objection to Proposed Plan of Adjustment filed by Yvonne Williams-Jones |
| 64 | 7/28/2014 | 6388 | Supplementary Objection to Chapter 9 Plan filed by Creditor Cecily R. McClellan |
| 65 | 7/28/2014 | 6389 | Supplementary Objection to Chapter 9 Plan filed by Creditor Cecily R. McClellan |
| 66 | 7/28/2014 | 6390 | Supplemental Objection to Chapter 9 Plan filed by Creditor Lula Millender |
| 67 | 8/1/2014 | 6445 | Supplementary Objection to Chapter 9 Plan filed by Creditor Mark L. Smith |
| 68 | 8/18/2014 | 6827 | Motion of Objector Walter Gary Knall to Participate at Confirmation Hearing |
| 69 | 8/18/2014 | 6864 | Motion to Object to 5th Amendment Plan and All Corrections filed by Creditors Yvonne Williams Jones/Cecily McCellan |

13-53846-tjt   Doc 8926   Filed 12/19/14   Entered 12/19/14 16:02:35   Page 9 of 15

| 70 | 8/18/2014 | 6865 | Motion to Object to Fifth Amended Plan of Adjustment and All Corrections filed by Creditor Belinda A. Myers-Florence |
|----|-----------|------|------------------------------------------------------------------------------------------------------------------|
| 71 | 8/18/2014 | 6866 | Motion to Participate in Confirmation Hearing filed by Creditors Benyne Goldston and Evelyn Smith |
| 72 | 8/18/2014 | 6868 | Motion to Object to the 5th Amendment Plan of Adjustment Confirmation filed by Creditor Paulette Brown |
| 73 | 8/20/2014 | 6896 | Order Regarding Motions to Participate in the Confirmation Hearing |
| 74 | 8/21/2014 | 7095 | Supplemental Objection to Chapter 9 Plan filed by Mark L. Smith |
| 75 | 8/27/2014 | 7104 | Pretrial Brief filed by interested party State of Michigan |
| 76 | 8/27/2014 | 7143 | Consolidated (A) Pretrial Brief in Support of Confirmation of Sixth Amended Plan for the Adjustment of Debts of the City of Detroit and (B) Response to (I) Certain Objections Filed by Individual Bondholders and Individual Retirees and (II) Supplemental Objections Consolidated (A) Pretrial Brief in Support of Confirmation of Sixth Amended Plan for the Adjustment of Debts of the City of Detroit and (B) Response to (I) Certain Objections Filed by Individual Bondholders and Individual Retirees and (II) Supplemental Objections Filed by Debtor In Possession City of Detroit, Michigan |

13-53846-tjt   Doc 8926   Filed 12/19/14   Entered 12/19/14 16:02:35   Page 10 of 15

| 77 | 9/11/2014 | 7536 | Letter Filed by Stephen Michael Paraski |
|----|-----------|------|----------------------------------------|
| 78 | 9/19/2014 | 7604 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 79 | 9/19/2014 | 7608 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 80 | 9/23/2014 | 7642 | Objection to Governor Snyder and the Emergency Manager, Kevyn Orr Plan of Adjustment and Any Amendments and Confirmation of the Plan Filed by Sheila Thompkins, Jesse J. Florence Sr., Belinda A. Myers-Florence, Mark L. Smith, Wanda Jan Hill, William M. Davis, Charles McFarland, Cecily McClellan, LaVern Holloway, Brenda Joyce Hasendove-McFarland, Hassan Aleem, and Carl Williams |
| 81 | 10/23/2014 | 8090 | Objection to Chapter 9 Plan filed by Creditor Wanda Jan Hill |
| 82 | 10/24/2014 | 8100 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 83 | 10/24/2014 | 8101 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 84 | 10/24/2014 | 8102 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 85 | 10/24/2014 | 8103 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 86 | 10/24/2014 | 8104 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |

13-53846-tjt    Doc 8926    Filed 12/19/14    Entered 12/19/14 16:02:35    Page 11 of 15

| 87 | 10/24/2014 | 8105 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
|----|------------|------|---------------------------------------------------------------|
| 88 | 10/24/2014 | 8106 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 89 | 10/24/2014 | 8107 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 90 | 10/27/2014 | 8110 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 91 | 10/27/2014 | 8111 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 92 | 10/29/2014 | 8127 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 93 | 10/29/2014 | 8128 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 94 | 10/29/2014 | 8129 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 95 | 10/29/2014 | 8130 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 96 | 10/29/2014 | 8131 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 97 | 10/29/2014 | 8133 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 98 | 10/29/2014 | 8134 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |

| 99 | 10/31/2014 | 8150 | Objection To The Filing Of Redlined Version Of Eighth Amended Fraudulent Plan For The Adjustment of Debts of the City of Detroit filed by Carl Williams, Tyuana Morris, Keith M. Hines, Gloria Ann Surles, Dorothea Harris, Elijah Jacobs, William M. Davis, Martha Jones and Hassan Aleem |
|---|---|---|---|
| 100 | 10/31/2014 | 8151 | Objection To The Filing Of Redlined Version Of Eighth Amended Plan For The Adjustment of Debts of the City of Detroit Failure to File in Good Faith and Court Lacks Jurisdiction filed by Tyuana Morris, Keith M. Hines, Gloria Ann Surles, Dorothea Harris, William M. Davis, Martha Jones, Hassan Aleem and Carl Williams |
| 101 | 10/31/2014 | 8152 | Objection To The Filing Of Redlined Version Of Eighth Amended Plan For The Adjustment of Debtor of City of Detroit Because of Unclean Hand filed by Tyuana Morris, Keith M. Hines, Dorothea Harris, William M. Davis, Anthony James, Martha Hones, Hassan Aleem and Carl Williams |
| 102 | 10/31/2014 | 8154 | Notice of Filing Proposed Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit |

| 103 | 10/31/2014 | 8163 | Objection To The Filing Of Redlined Version Of Eighth Amended Plan For The Adjustment of Debtor of City of Detroit for Failure to File Proper Notice filed by Tyuana Morris, Keith M. Hines, Dorothea Harris, Gloria Ann Surles, William M. Davis, Martha Jones, Hasaan Aleem and Carl Williams |
|---|---|---|---|
| 104 | 11/6/2014 | 8195 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 105 | 11/10/2014 | 8221 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |
| 106 | 11/10/2014 | 8225 | Objection To The  Filing of Redlined Version Of Eighth Amended Fraudulent Plan For The Adjustment of Debts Of The City of Detroit Of October 31, 2014 filed by  Keith M. Hines, Katrina Henry, Calvin Turner, Sandra Howard, Tijuana Morris, Lony Parks, Gregory T. Waller, William M. Davis, Hasaan Aleem and Carl Williams |
| 107 | 11/10/2014 | 8237 | Objection To The Filing Of Redlined Version Of Eighth Amended Plan For The Adjustment Of Debts Of The City of Detroit Because of Unclean Hand filed October 31, 2014 filed by Keith M. Hines, Katrina Henry, Calvin Turner, Sandra Howard, Tijuana Morris, Lony Parks, Gregory T. Waller, William M. Davis, Hasaan Aleem and Carl Williams |
| 108 | 11/7/2014 | 8280 | Objection to Chapter 9 Plan filed by Creditor Mark L. Smith |

| 109 | TBD | TBD | Opinion on Confirmation of the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit |
|-----|-----|-----|------|

Respectfully submitted,

*/s/ Matthew Schneider*
Matthew Schneider
Chief Legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan  48909
(517) 373-3203
SchneiderM7@michigan.gov
[P62190]

Dated: December 19, 2014