UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 10

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 10 | 3/6/2014 | 2910 | Objection to Chapter 9 Plan filed by Creditor Belinda A. Myers-Florence |

February 22, 2014

Honorable Judge Steven W. Rhodes
U.S. Bankruptcy Court for the Eastern District
of Michigan

Detroit Bankruptcy Case 13-53846

Dear Judge Rhodes,

As a life long resident of the City of Detroit and a 35 year and 9 month retiree, I am profoundly saddened that my golden years are being threatened. The cost of health care alone has impacted my income. The cost of necessary medication has yet to be determined. I am responsible for $1100.00 per month for my husband and myself. With the looming cuts regarding my pension what am I to do?

Sincerely,
Belinda