UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 11

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 11 | 4/1/2014 | 3477 | Objection to Chapter 9 Plan filed by Creditor Lula Millender |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____ /

FILED
2014 APR -1 A 11: 44
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: Lula Millender

hereby states his/her/their OBJECTION TO:

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I retired from the City of Detroit after 36 years of service and if the bankruptcy continues as planned, my pension is in jeopardy.

2. I / we object to the above filing because: The retirees earned their pensions and their pensions should remain whole. We did not put the City of Detroit in bankruptcy and should not have to bear the responsibility of getting the City solvent. There has to be other options.

3. I have/ <u>have not</u> attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Lula Millender
Signature: Lula Millender
Address: 3763 W. Buena Vista
Detroit, MI 48238
Email: lula5866@att.net

Dated: March 22, 2014