UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## EXHIBIT 17

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 17 | 4/28/2014 | 4287 | Objection to Chapter 9 Plan filed by Creditor Walter Gary Knall |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED

2014 APR 28 P 2: 55

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: _Walter Gary Knall_

_Walter Gary Knall_ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.    (I)/ we am/are interested in the Bankruptcy of the City of Detroit because
_I am a City of Detroit Retiree who worked for the City over 31.5 years._

2.    I / we object to the above filing because:
_I am in debt. I'll be in greater debt, if I loose part of my pension and cost of living, because as time goes on I'll be stuck at this rate while the cost of everything will double, I have loans to pay for our children's college education, I need to start_

(3)    I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: _Walter Gary Knall_
Signature: _Walter Gary Knall_
Address: _15380 Evergreen Rd_
_Detroit, Michigan 48223-1741_
Email: _wgbKKnall@sbcglobal.net_

Dated: _25st April, 2013_

major home repairs which we've put off to get our children through college.

My wife Francina is working for the City of Detroit Water Department. She is paying for a parent loan for our Daughter's undergraduate classes. I'm paying for a 3 month graduate probation loan of $20,000 from my Credit Union at 1.99% interest rate over 5 years. My Daughter Shannon tried to get a $25,000 3 month probation loan from Wells Fargo. Wells Fargo said she would have to pay $75,000 after graduating from Veterinarian Medicine. We paid off one son's loan and another son is still in college. Our home needs roofing, stucco replacement outside, replacement windows, electrical rewiring inside, plumbing repairs and living room ceiling repaired from plumbing problems.

I can't afford any cuts in my pension, Health care, Cost of Living and Annuity.

Walter Gary Knall