UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 43

# APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 43 | 7/8/2014 | 5827 | Supplemental Objections to the Voting Ballot and the Process Filed by Creditors Hassan Aleem, Curtis Brooks, Paulette Brown, William M. Davis, Errol Griffin, Wanda Jan Hill, James Lovely, Vera C. Magee, Cecily McClellan, Tijuana Morris, Sheila Thompkins, Carl Williams |

UNITED STATES BANKRUPTCY COURT  FILED
EASTERN DISTRICT OF MICHIGAN 2014 JUL -8 P 1:26
SOUTHERN DIVISON

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
Creditors/Objectors,

v

In re:  
City OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR  

Debtors/City of Detroit

_____/

Chapter 9  
Case No. 13-53846  
Magistrate Judge Steven W Rhodes  

Case No. 14-cv-10434  
Hon. Bernard A. Freidman  
Magistrate Paul J. Komives

## SUPPLEMENTAL OBJECTIONS TO THE VOTING BALLOT AND THE PROCESS

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

We /I object to the voting ballot and the process for the following reason:

1) We/I object to the voting ballot because it doesn't have a Yes or No vote. It only has a yes votes. If you check this box we will take this much of your money if you to Accept Plan, if you Reject the plan we will

1

take even more. This is a violation of Article 12 Section 16 of the Constitution of the State of Michigan.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

*Carl Williams*
Carl Williams
10112 Somerset
Detroit, Michigan 48224

*Hassan Aleem*
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

WILLIAM M DAVIS
name

Wanda Jan Hill
Wanda Janicke
name

9203 Littlefield
Address

16125 Oakfield
address

Detroit, Mich 48228
City, State & Zip

Det 48235
City, State & Zip

Paulette Brn
Name

Tijuana Morris
Name

19260 Lancashire
Address

14841 Joy Rd Apt 2
Address

Detroit, MI 48223
City, State & Zip

Detroit, MI 48228
City, State & Zip

Curtis Brooks
Name

Sheila Thompkins
Sheila Thompken
Name

4836 Maxwell
Address

2332 Prince Hall Dr.
Address

Detroit, mich 48214
City, State & Zip

Det, MI 48207
City, State & zip

| | |
|---|---|
| <u>Errol Griffin</u> | |
| name | |
| <u>15005 Piedmont St.</u> | |
| Address | Address |
| <u>Detroit MI 48223</u> | |
| City, State & Zip | City, State & Zip |
| <u>James Lovely</u> | |
| Name | Name |
| <u>18716 Monte Vista</u> | |
| Address | Address |
| <u>Det MI 48221</u> | |
| City State & Zip | City, State & Zip |
| <u>Vera C. Magee</u> | |
| Name | Name |
| <u>5165 Iroquois</u> | |
| Address | Address |
| <u>Detroit, MI 48213</u> | |
| City, State & Zip | City, State & Zip |
| <u>Cecily McCall</u> | |
| Name | Name |
| <u>111 Calvert</u> | |
| Address | Address |
| <u>Det, MI 48202</u> | |
| City, State & Zip | City, State & Zip |

FILED
2014 JUL -8 P 1:26
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
    Debtor/City of Detroit
_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and
your name

Say that on July 8, 2014. I sent a copy of Objection to the Plan of adjust-

ment and any confirmation of the Supplemental objection to the voting

ballot and the process, Upon the concern parties by certified mail at the

following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226