UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 44

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 44 | 7/8/2014 | 5833 | Objection to the Plan of Adjustment and Confirmation of The Plan of Adjustment Because of Jones Day Law Firm Conflict of Interest Filed by Creditors Hassan Aleem, Curtis Brooks, Paulette Brown, William M. Davis, Errol Griffin , Wanda Jan Hill, James Lovely, Vera C. Magee, Cecily McClellan, Tijuana Morris, Sheila Thompkins, Carl Williams |

FILED
2014 JUL -8 P 1:26
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:  
City OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR  
    Debtors/City of Detroit

_____/

Chapter 9  
Case No. 13-53846  
Magistrate Judge Steven W Rhodes

Case No. 14-cv-10434  
Hon. Bernard A. Freidman  
Magistrate Paul J. Komives

## OBJECTION TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN OF ADJUSMENT BECAUSE OF JONES DAY LAW FIRM CONFLICT OF INTERSET

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

We /I object to the voting ballot and the process for the following reasons:

1) It has been reported, that Jones Day law firm are suppose to count the votes and had a relationship and still maintain a relationship with the city. That shows blatant partisanship against the petitioners, creditors and objectors. This show bias toward the pensioners, retiree, creditors, objectors and

1

others of interest, which place them at an unfair disadvantage and also a conflict of interest and one sided (bias) process.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl Williams_
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_Hassan Aleem_
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

_Vera C Magee_
name

_James Lovely_
name

_5165 Iroquois_
Address

_18716 Monte Vista_
address

_Detroit, MI 48213_
City, State & Zip

_Detroit MI 48225_
City, State & Zip

_Walter Blany_
Name

_Errol Griffin_
Name

_3296 Collingwood_
Address

_15005 Piedmont St_
Address

_Detroit, MI. 48206_
City, State & Zip

_Detroit MI 48223_
City, State & Zip

_Barbara P. Magee_
Name

_Sheila Thompkins_
Name

_5154 Burns St_
Address

_2332 Prence Hall Dr_
Address

_Det. Mi 48213_
City, State & Zip

_Det, MI 48207_
City, State & zip

Yvonne Jones
name

153 Arden Park
Address

Det, MI 48202
City, State & Zip

Walter Blank
Name

3296 Collingwood
Address

Detroit, MI. 48206
City State & Zip

Cecily Mitchell
Name

111 Calvert
Address

Det, MI 48202
City, State & Zip

William M. Davis
Name WILLIAM M. DAVIS
9203 Littlefield St.
Address Det. Mi. 48228
9203 Littlefield St.
City, State & Zip

___
name

___
Address

___
City, State & Zip

___
Name

___
Address

___
City, State & Zip

___
Name

___
Address

___
City, State & Zip

___
Name

___
Address

___
City, State & Zip

___
name

___
address

___
City, State & Zip

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 JUL -8 P 1:26
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
    Debtor/City of Detroit
_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

## PROOF OF SERVICES

___Carl Williams___, being first duly sworn deposes and
your name

Say that on July 8, 2014. I sent a copy of Objection to the Plan of adjustment

and any confirmation of that plan because of Jones Day Law Firm Conflict of

interest, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226