UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 45

# APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 45 | 7/8/2014 | 5837 | Objection to the Plan of Adjustment and Confirmation of the Plan of Adjustment Because of Jones Day Law Firm Conflict of Interest Filed by Hassan Aleem, Curtis Brooks, Paulette Brown, William M. Davis, Errol Griffin, Wanda Jan Hill, James Lovely, Vera C. Magee, Cecily McClellan, Tijuana Morris, Sheila Thompkins, Carl Williams |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Magistrate Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtors/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## OBJECTION TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN OF ADJUSMENT BECAUSE OF JONES DAY LAW FIRM CONFLICT OF INTERSET

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

We /I object to the voting ballot and the process for the following reasons:

    1) It has been reported, that Jones Day law firm are suppose to count the votes and had a relationship and still maintain a relationship with the city. That shows blatant partisanship against the petitioners, creditors and objectors. This show bias toward the pensioners, retiree, creditors, objectors and

1

13-53846-swr Doc 8926-45  Filed 02/09/14  Entered 02/09/14
13-53846-swr Doc 5837  Filed 07/08/14  Entered 07/08/14    1353846140708000000000049

others of interest, which place them at an unfair disadvantage and also a

conflict of interest and one sided (bias) process.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

| _Carl Williams_ | _Hassan Aleem_ |
|---|---|
| Carl Williams | Hassan Aleem |
| 10112 Somerset | 2440 Taylor |
| Detroit, Michigan 48224 | Detroit, Michigan 48206 |

_Vera C Magee_
**name**

_5165 Iroquois_
**Address**

_Detroit, MI 48213_
**City, State & Zip**

_Walter Blany_
**Name**

_3296 Collingwood_
**Address**

_Detroit, MI. 48206_
**City, State & Zip**

_Barbara C. Magee_
**Name**

_5154 Burns St_
**Address**

_Det, Mi 48213_
**City, State & Zip**

_James Lovely_
**name**

_18716 Monte Vista_
**address**

_Detroit Mi 48221_
**City, State & Zip**

_Errol Griffin_
**Name**

_15005 Piedmont St_
**Address**

_Detroit MI 48223_
**City, State &Zip**

_Sheila Thompkins_
**Name**

_2332 Prince Hall Dr_
**Address**

_Det, MI 48207_
**City, State & zip**

Yvonne Jones
name

153 Arden Park
Address

Det, MI 48202
City, State & Zip

Walter Blanc
Name

3296 Collingwood
Address

Detroit, MI. 48206
City State & Zip

Cecily Mitchell
Name

111 Calvert
Address

Det, MI 48202
City, State & Zip

William M. Davis
Name WILLIAM M. DAVIS
9203 Littlefield St.
Address Det, MI. 48228
9203 Littlefield St.
City, State & Zip

_____
name

_____
Address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

_____
name

_____
address

_____
City, State & Zip

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>    Debtor/City of Detroit<br>_____/ | Chapter 9<br> Case No. 13-53846<br> Judge Steven W Rhodes<br><br>Case No. 14-cv-10434<br>Hon. Bernard A. Freidman<br>Magistrate Paul J. Komives |

## PROOF OF SERVICES

_Carl Williams_____, being first duly sworn deposes and
your name

Say that on July 8, 2014. I sent a copy of Objection to the Plan of adjustment

and any confirmation of that plan because of Jones Day Law Firm Conflict of

interest, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____

Dated __July 8, 2014_____