UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 46

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 46 | 7/8/2014 | 5840 | Objection to the Plan of Adjustment and any Confirmation of that Plan because the Pensioners Cannot Speak for or Represent the Creditors. Filed by Hassan Aleem, Curtis Brooks, Paulette Brown, William M. Davis, Errol Griffin, Wanda Jan Hill, LaVern Holloway, James Lovely, Vera C. Magee, Cecily McClellan, Sheila Thompkins, Carl Williams |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 JUL -8 P 1:26
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
        Debtors/City of Detroit

_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

# OBJECTION TO THE PLAN OF ADJUSTMENT AND ANY CONFIRMATION OF THAT PLAN BECAUSE THE PENSIONERS CANNOT SPEAK FOR OR REPRESENT THE CREDITORS

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

The voting process is rigged for only a yes vote for the Plan of Adjustment and many creditors opposes this so-called Plan of Adjustment. The language and method use create prejudice for a yes vote in violation of Michigan Election Statute 168.485.

1

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

| | |
|---|---|
| *Carl Williams* | *Hassan Aleem* |
| Carl Williams | Hassan Aleem |
| 10112 Somerset | 2440 Taylor |
| Detroit, Michigan 48224 | Detroit, Michigan 48206 |
| *William M. Davis* | *Sheila Thompkins* |
| name William M. Davis | name Sheila Thompkins |
| 9203 Littlefield | 2332 Prince Hall Dr |
| Address | address |
| Detroit, Mich. 48228 | Det, MI 48207 |
| City, State & Zip | City, State & Zip |
| *Paulette Brown* | Errol Griffin |
| Name | Name |
| 19260 Lancashire | 15005 Piedmont St. |
| Address | Address |
| Detroit, MI 48223 | Detroit MI 48223 |
| City, State & Zip | City, State &Zip |
| Wanda Jan Hill | *James Lively* |
| Name | Name |
| 16125 Oakfield | 18716 Monte Vista |
| Address | Address |
| Det 48235 | Det Mi 48221 |
| City, State & Zip | City, State & zip |
| *Vera C. Magee* | *Kathleen Holloway* |
| name | |
| 5165 Iroquois | 16246 Linwood St |
| Address | Address |
| Detroit, MI 48213 | Det. Mi 48221 |

Curtis Brooks
name

4836 Maxwell
Address

Det, mich 48214
City, State & Zip

Cecily m[...]
Name

111 Calvert
Address

Det mi 4820[2]
City State & Zip

Name

Address

City, State & Zip

Name

Address

City, State & Zip

Address

City, State & Zip

Address

City, State & Zip

Name

Address

City, State & Zip

Name

Address

City, State & Zip

13-53846-swr  Doc 8926-46  Filed 02/19/14  Entered 02/19/14 16:02:35  Page 3 of 5
13-53846-swr  Doc 8926-46  Filed 07/08/14  Entered 07/08/14 15:49:26  Page 4 of 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,

v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>      Debtor/City of Detroit<br>_____/ | Chapter 9<br> Case No. 13-53846<br> Judge Steven W Rhodes<br><br>Case No. 14-cv-10434<br>Hon. Bernard A. Freidman<br>Magistrate Paul J. Komives |

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and
your name

Say that on July 8, 2014. I sent a copy of Objection to the Plan of adjustment

and any confirmation of that plan because the pensioners cannot speak for or

represent the creditors, Upon the concern parties by certified mail at the

following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl B Williams_

Dated __July 8, 2014__