UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 47

# APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 47 | 7/8/2014 | 5843 | Objection to the Plan of Adjustment and any Confirmation of that Plan Because Judge Steven W. Rhodes is not an Article III Judge. Filed by Hassan Aleem, Walter Blaney, Curtis Brooks, William M. Davis, Errol Griffin, LaVern Holloway, James Lovely, Vera C. Magee, Cecily McClellan, Lula Millender, Tijuana Morris, Sheila Thompkins, Carl Williams |

FILED
2014 JUL -8 P 1: 25
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
    Debtors/City of Detroit

_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

# OBJECTION TO THE PLAN OF ADJUSTMENT AND ANY CONFIRMATION OF THAT PLAN BECAUSE JUDGE STEVEN W RHODES IS NOT AN ARTICLE III JUDGE

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

I object to the vote on the Plan of Adjustment and confirmation of the Plan because the court lacks jurisdiction. Magistrate Judge Steven W Rhodes is not an Article III Judge. The Sixth Circuit ruled that "private Right"

1

claims be adjudicated by Article III judge and courts. Thus, they cannot consent to bankruptcy courts entering entering final judgment on these claims. Waldman v. Stone, 698 F.3d 910 (6th Cir 2012)

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

| | |
|---|---|
| *Carl Williams* | *Hassan Aleem* |
| Carl Williams | Hassan Aleem |
| 10112 Somerset | 2440 Taylor |
| Detroit, Michigan 48224 | Detroit, Michigan 48206 |
| *Vera C Magee* | *Sheila Thompkins* |
| name | name |
| *5165 Iroquois* | *2332 Prince Hall Dr* |
| Address | address |
| *Detroit, MI 48213* | *Det. MI 48207* |
| City, State & Zip | City, State & Zip |
| *Tijuana Morris* | *Lula Millender* |
| Name | Name |
| *14841 Joy Rd. Apt 2* | *3763 Buena Vista* |
| Address | Address |
| *Detroit MI 48228* | *Detroit, mi 4823* |
| City, State & Zip | City, State & Zip |
| *Walter Blair* | *(illegible)* |
| Name | Name |
| *3296 Collingwood* | *111 Calvert* |
| Address | Address |
| *Detroit MI, 48206* | *Det, MI 48202* |

Curtis Brooks
name
4836 Maxwell
Address
Det, Mich, 48214
City, State & Zip

[signature]
Name
16246 Linwood St
Address
Det, MI 48221
City State & Zip

William M. Davis
Name  WILLIAM M. DAVIS
9203 Littlefield St.
Address
Detroit, Mich. 48228
City, State & Zip

Errol Griffin
Name
15005 Piedmont St
Address
Detroit MI 48223
City, State & Zip

James Lovely
name
18716 MonteVista
Address
Det, 48221
City, State & Zip

| | |
|---|---|
| _____ | _____ |
| name | name |
| _____ | _____ |
| Address | address |
| _____ | _____ |
| City, State & Zip | City, State & Zip |
| _____ | _____ |
| Name | Name |
| _____ | _____ |
| Address | Address |
| _____ | _____ |
| City, State & Zip | City, State &Zip |
| _____ | _____ |
| Name | Name |
| _____ | _____ |
| Address | Address |
| _____ | _____ |
| City, State & Zip | City, State & zip |
| _____ | _____ |
| name | |
| _____ | _____ |
| Address | Address |
| _____ | _____ |
| City, State & Zip | City, State & Zip |
| _____ | _____ |
| Name | Name |
| _____ | _____ |
| Address | Address |
| _____ | _____ |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

2014 JUL -8 P 1:25

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
                Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## PROOF OF SERVICES

_Carl Williams_, being first duly sworn deposes and
your name

Say that on July 8, 2014. I sent a copy of Objection to the Plan of adjustment

and any confirmation of the Plan because Magistrate Judge Steven W. Rhodes

is not an Article lll Judge, Upon the concern parties by certified mail at the

following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Dated _July 8, 2014_