UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 48

# APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 48 | 7/8/2014 | 5851 | Objection to the Plan of Adjustment and any Confirmation of that Plan Because the Bankruptcy was not by Consent of the Creditors or the Debtors and Fraudulent Concealment Filed by Hassan Aleem, Curtis Brooks, William M. Davis, Errol Griffin, Yvonne Jones, James Lovely, Vera C. Magee, Cecily McClellan, Tijuana Morris, Sheila Thompkins, Carl Williams |

UNITED STATES BANKRUPTCY COURT **FILED**
EASTERN DISTRICT OF MICHIGAN 2014 JUL -8 P 1: 25
SOUTHERN DIVISON

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

In re:                Chapter 9
City OF DETROIT, MICHIGAN      Case No. 13-53846
AND EMERGENCY MANAGER      Judge Steven W Rhodes
KEVYN D. ORR
    Debtors/City of Detroit    Case No. 14-cv-10434
                Hon. Bernard A. Freidman
_____/   Magistrate Paul J. Komives

## OBJECTION TO THE PLAN OF ADJUSTMENT AND ANY CONFIRMATION OF THAT PLAN BECAUSE THE BANKRUPTCY WAS NOT BY CONSENT OF THE CREDITORS OR THE DEBTORS AND FRAUDULENT CONCEALMENT

We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

I object to the vote on the Plan of Adjustment and confirmation of the Plan because the court lacks jurisdiction. The bankruptcy did not have consent of the creditors or the debtors and contravened 11 USC 903 and 904.

1

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl Williams_
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_Hassan Aleem_
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

_Vera C. Magee_
name
_5165 Iroquois_
Address
_Detroit, MI 48213_
City, State & Zip

_Sheila Thompkins_
name
_2332 Prince Hall Dr._
address
_Det, MI 48207_
City, State & Zip

_Lijuana Morris_
Name
_14841 Joy Rd. Apt 2_
Address
_Detroit MI 48228_
City, State & Zip

_Yvonne Jones_
Name
_153 Arden Park_
_Det, MI 48202_
City, State & Zip

_Curtis Brooks_
Name
_4836 Maxwell_
Address
_Det, Mich 48214_
City, State & Zip

_Errol Griffin_
Name
_15005 Piedmont St._
Address
_Detroit MI 48223_
City, State & Zip

__James Lovely__
name

__18716 MonteVista__
Address

__Det. MI 48224__
City, State & Zip

__Cindy M[illegible]__
name

__111 Calvert__
Address

__Det, MI 48202__
City, State & Zip

__William M. Davis__
name  William M. Davis

__9203 Littlefield St.__
Address

__Detroit, Mich. 48228__
City, State & Zip

_____
name

_____
address

_____
City, State & Zip

_____
name

_____
address

_____
City, State & Zip

_____
name

_____
address

_____
City, State & Zip

_____
Name

_____
Address

_____
City, State & Zip

_____
Name

UNITED STATES BANKRUPTCY COURT  FILED
EASTERN DISTRICT OF MICHIGAN 2014 JUL -8 P 1:26
SOUTHERN DIVISON

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtor/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Judge Paul J. Komives |

## PROOF OF SERVICES

__Carl 3Williams_____, being first duly sworn deposes and
your name

Say that on July **8,** 2014. I sent a copy of Objection to the Plan of adjustment

and any confirmation of that plan because the bankruptcy was not by consent of

the creditors or debtors and fraudulent concealment, Upon the concern parties

by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____

Dated___July  8, 2014_____