UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 49

# APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 49 | 7/8/2014 | 5853 | Objection to the Plan of Adjustment and any Confirmation of the Plan Because the Pensioners Do Not Have All the Relevant Facts Filed by Hassan Aleem, Curtis Brooks, William M. Davis, Errol Griffin, Wanda Jan Hill, LaVern Holloway, Yvonne Jones, Vera C. Magee, Cecily McClellan, Lula Millender, Tijuana Morris, Sheila Thompkins, Carl Williams |

UNITED STATES BANKRUPTCY COURT     FILED
EASTERN DISTRICT OF MICHIGAN  2014 JUL -8  P 1:25
SOUTHERN DIVISON
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,

v

| | |
|---|---|
| In re: | Chapter 9 |
| City OF DETROIT, MICHIGAN | Case No. 13-53846 |
| AND EMERGENCY MANAGER | Judge Steven W Rhodes |
| KEVYN D. ORR | |
|     Debtors/City of Detroit | Case No. 14-cv-10434 |
| | Hon. Bernard A. Freidman |
| _____/ | Magistrate Paul J. Komives |

## OBJECTION TO THE PLAN OF ADJUSTMENT AND ANY CONFIRMATION OF THAT PLAN BECAUSE THE PENSIONERS DO NOT HAVE ALL THE RELEVANTS FACTS

> We/I OBJECT TO THE PLAN OF ADJUSTMENT AND CONFIRMATION OF THE PLAN, THE NOTICE WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCTED IN A GOOD FAITH MANNER.

We/I object because the union and the pensioners do not have all the relevant facts to make a proper and inform decision such as: Consensual Agreement of the Creditors and Debtors, The Court lack of Jurisdiction, ect, ect, ect.

1

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

_Carl Williams_
Carl Williams
10112 Somerset
Detroit, Michigan 48224

_Daven Holloway_
name

_16246 Linwood St._
Address

_Detroit, Mich. 48221_
City, State & Zip

_Errol Griffin_
Name

_15005 Piedmont St_
Address

_Detroit MI 48223_
City, State & Zip

_Wanda Jenkins_
Name

_16125 Oakfield_
Address

_Det 48235_
City, State & Zip

_Hassan Aleem_
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206

_Sheila Thompkins_
name

_2332 Prince Hall Dr_
address

_Det MI 48207_
City, State & Zip

_Curtis Brooks_
Name

_4836 Maxwell_
Address

_Det, Mich 48214_
City, State & Zip

_Yvonne Jones_
Name

_153 Arden Park_
Address

_Det MI 48202_
City, State & zip

Tijuana Morris
name
14841 Joy Rd Apt 2
Address
Detroit MI 48228
City, State & Zip

Lula Millender
Name
3763 Buena Vista
Address
Detroit, Mi. 48238
City State & Zip

Cindy McClell[?]
Name
111 Calvert
Address
Det MI 48202
City, State & Zip

William M. Davis
Name  WILLIAM M DAVIS
9203 Littlefield St.
Address
Detroit, Mi. 48228
City, State & Zip

Vera C. Magee
5165 Iroquois
Address
Detroit, MI 48213
City, State & Zip

Name

Address

City, State & Zip

Name

Address

City, State & Zip

Name

Address

City, State & Zip

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED
2014 JUL -8 P 1:25
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
          Creditors/Objectors,
v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
          Debtor/City of Detroit

_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

## PROOF OF SERVICES

_Carl Williams_, being first duly sworn deposes and your name

Say that on July 8, 2014. I sent a copy of Objection to the Plan of adjustment and any confirmation of that plan because the pensioners do not have all the relevant facts, Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl B Williams_____

Dated___July   8, 2014_____