UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 53

# APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 53 | 7/11/2014 | 5946 | Objection to Chapter 9 Plan filed by Creditor Belinda A. Myers-Florence |

CASE NO. 13-53846
JUDGE STEVEN W. RHODES
C/O CLERK OF COURT
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT
211 W. FORT STREET SUITE 1800
DETROIT, MICHIGAN 48226



AS A CITY OF DETROIT RETIREE, I OBJECT TO THE PLAN OF ADJUSTMENT FOR THE FOLLOWING REASONS:

1. CURRENT RETIREES PENSIONS ARE FULLY FUNDED, THE MONEY WAS THERE WHEN WE RETIRED AND FULLY VESTED.

2. KEVIN ORR GAVE 5% RAISES TO COUNCIL MEMBERS, ELECTED OFFICIALS AND ACTIVE CITY EMPLOYEES. IF THE CITY OF DETROIT IS IN SUCH DIRE DISTRESS, HOW CAN KEVIN ORR GIVE THESE PAY RAISES, BUT RETIREES ARE BEING THREATENED WITH EXUBERANT CUTS.

3. CRAINS DETROIT NEWS ARTICLE REPORTED THE EXUBERANT AMOUNT OF MONEY SPENT BY KEVIN ORR WITH THE CITY OF DETROIT ON BEHALF OF JONES DAY ATTORNEYS AND OTHERS - $75,000,000+ AS OF JULY 7, 2014.

4. HOW CAN OUR RIGHT TO SUE BE THREATENED AND/OR ELMINATED?

5. ALL OBJECTIONS AND COURT ROOM TESTIMONY MUST BE RECORDED, DOCUMENTED AND PLACED INTO THE OFFICIAL RECORD.

6. BALLOT COUNTING SHOULD BE MONITORED IN DETROIT AT COBO HALL UNDER THE SUPERVISION OF SEVERAL RETIREES AND PEOPLE OF INTEREST.

7. NEGLIGENCE ON KEVIN ORR'S PART FOR NOT GOING AFTER BANKS ON THE SWAPS DEAL.

8. HEALTH BENEFITS, SALARY, AND ANNUITY (AS IN THE ILLINOIS PENSION CASE), ARE A PART OF OUR PENSION. AND SHOULD NOT BE TOUCHED.

9. THE VOTE SHOULD BE POSTPONED UNTIL AFTER THE COURT HEARINGS. TWO IMPORTANT COURT DATES ARE AFTER THE BALLOTS ARE DUE, WHICH ARE JULY 15, AND JULY 30, 2014 WITH THE SIXTH CIRCUIT COURT OF APPEALS.

10. I OBJECT TO THEM TRYING TO TAKE OUR MONEY.

11. THE STATE'S DECISION TO NOT PAY THE 700+ MILLION REVENUE SHARING OWED TO DETROIT, CAUSED THIS DEFICIT.

12. I REJECT **REPUBLICAN GOVERNOR SNYDER'S** UNDER-HANDED, **SINISTER ASSAULT ON DETROIT** WHILE HIDING BEHIND HIS BLACK MOUTH PIECE, **KEVIN ORR**, TO CARRY OUT A REPUBLICAN PLANNED EXTREME RIGHT-WING AGENDA TO TAKE OVER THE ASSETS OF THE CITY OF DETROIT.

13. I REJECT TO REPUBLICAN GOVERNOR'S SNYDERS INCLUSION OF THE CITY OF DETROIT EMPLOYEES PENSION FUND IN HIS ILLEGAL BANKRUPTCY AND PLAN OF ADJUSTMENT. THE PENSION DEPARTMENT AND OTHER ENTERPRISE AGENCIES SUCH AS, WATER AND SEWAGE AND GRANT FUNDED AGENCIES ARE NOT PART OF THE GENERAL FUND. EACH ENTERPRISE AGENCY HAS its OWN FUND AND ARE REQUIRED TO SUBMIT A BALANCED BUDGET, WHEREBY, APPROPRIATIONS CAN NOT EXCEED THE PROJECTED REVENUE FOR THAT AGENCY.

14. I OBJECT TO THE TRUSTEES OF THE GENERAL RETIREMENT SYSTEM AND THE PENSION BOARD FOR NOT BEING HELD ACCOUNTABLE FOR THEIR ACTIONS.

15. **RECOUPMENT ISSUE:** IT'S UNFAIR TREATMENT WITHIN CLASS 11 WHEN THE OUTCOME IS GOING TO BE DETERMINED BY EVERYONE, ALTHOUGH EVERYONE WILL NOT BE EFFECTED. IT IS UNFAIR THAT PEOPLE ARE VOTING ON THE RECOUPMENT ISSUE THAT WILL NOT EFFECT THEM.

16. DISCRIMINATORY PRACTICES BETWEEN POLICE/FIRE FUND AND THE GENERAL RETIREMENT FUND. RETIRED CITY EMPLOYEES ARE BEING DEALT WITH DIFFERENTLY, AND SHOULD BE TREATED EQUALLY.

17. I OBJECT TO THE FACT THAT THE OFFICIAL RETIREE COMMITTEE WAS APPOINTED BY THE COURT AND NOT SELECTED BY THE RETIREES.

18. COMMITTEES, PENSION BOARDS, TRUSTEES AND UNION REPRESENTATIVES WHO WERE SUPPOSED TO REPRESENT THE RETIREES DID NOT CONSULT WITH THE RETIREES ON THEIR POSITIONS.

19. IT APPEARS THAT THE RETIREE LEADERS RECEIVED FINANCIAL INCENTIVES IN EXCHANGE FOR THEIR SUPPORT TO "ACCEPT" THE PLAN OF ADJUSTMENT.

20. RECOUPMENT OF THE ANNUITY SAVINGS INTEREST EARNED FROM 2003 TO 2013 IS ILLEGAL BECAUSE INTEREST WAS EARNED BY THE RETIREES OWN CONTRIBUTIONS.

21. THE RECOUPMENT YEARS SELECTED, 2003 THROUGH 2013, DISPROPORTIONATELY AFFECT AFRICAN AMERICAN RETIREES WHICH IS DISCRIMINATORY.

22. THIS PLAN OF ADJUSTMENT WILL IMPAIR ALL CITY OF DETROIT RESIDENTS.

23. I OBJECT TO THE SELL OR PRIVATIZATION OF THE WATER DEPARTMENT BECAUSE IT IS NOT IN THE BEST INTERESTS OF THE CITY OF DETROIT RESIDENTS OR RETIREES. THE WATER DEPARTMENT HAS HISTORICALLY CONTRIBUTED 40% TO THE GENERAL FUND ANNUALLY.

24. I OBJECT TO THE NON MONETARY LEASE OF BELLE ISLE. WE LOST A REVENUE STREAM. AS PENSIONERS, MY $11.00 A YEAR SHOULD BE GOING TO THE CITY OF DETROIT GENERAL FUND AND A PERCENTAGE TO THE GENERAL PENSION FUND.

25. I OBJECT TO THE CUT TO OUR HEALTH CARE PLAN FOR RETIREES. I RECEIVED A LETTER FROM THE CITY SPONSORED PLAN, WHICH STATES WE COULD PURCHASE INSURANCE THROUGH THE PLAN FOR $1,303 PER PERSON PER MONTH. THIS IS OUTRAGEOUS AND UNAFFORDABLE.

**RESPECTFULLY SUBMITTED BY A CITY OF DETROIT RETIREE**

Belinda A. Myers-Florence
**PRINT NAME**

Belinda A. Myers-Florence        7/11/2014
**SIGNATURE**                    **DATE**

belindaflo22@gmail.com
**EMAIL ADDRESS**

20420 Anglin Detroit MI 48234
**ADDRESS**

313-893-9435
**TELEPHONE NUMBER**