UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 56

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 56 | 7/11/2014 | 5956 | Objection to Chapter 9 Plan filed by Creditor Paulette Brown |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 4392]**

FILED BY: Paulette Brown

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because I Am a City of Detroit Retiree

2. I / we object to the above filing because: I Believe the Voting/Balloting process was Not Fair And unbiased SEE ATTACHED

3. I have / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: Paulette Brown
Signature: Paulette Brown
Address: 19260 Lancashire
Detroit, MI 48223
Email: COOKIE413@att.net
Date: 7/11/14

Dated:

FILED 2014 JUL 11 P 12:05 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT

I am an experienced election official and have participated in the election process for the City of Detroit Election Commission for over 30 years. It has been my experience that elections are to be run in a way that is fair to all sides. When absentee ballots are sent out in the mail to voters, there is no campaign literature urging voters to vote for any candidate or for any proposal. The election process is strictly neutral. When I received my ballot to vote to approve or reject the plan of adjustment, I received at least one letter, along with my ballot, urging me to vote to approve the plan. There was nothing included in the ballot package urging me to reject the plan. In all fairness, each side should have had an opportunity to influence the voters or neither side should have had an opportunity. The balloting process was unfairly rigged to sway pensioners to vote to approve the plan and therefore, I object to the ballot process.

Paulette Brown
19260 Lancashire
Detroit, MI 48223
7/11/14