UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 59

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 59 | 7/15/2014 | 6071 | Objection to Chapter 9 Plan Filed by Creditor Calvin C. Turner |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FILED

2014 JUL 15 A 11: 42

U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT

CALVIN C. TURNER
Creditors/Objectors,

v

In re:
City of Detroit, Michigan
and Emergency Manager
Kevyn D. Orr

Chapter 9
Case No. 13-53846
Judge Steven W. Rhodes

Debtor

_____/

## UNDER DURESS: OBJECTIONS TO THE VOTE TAKING FOR BANKRUPTCY PLAN OF ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

1. We/I want the records to state, record and document that the vote submitted for the Bankruptcy Plan of Adjustment was casted Under Duress, for it was forced upon me, threats of worsening proportions were stated, and as a result, my actions of voting were a result of stress and fear. In essence, it was an action that I would not have conducted otherwise.

NAME: Calvin C. Turner

ADDRESS: 16091 Edmore Dr.

CITY/STATE/ZIP: Det, Mich 48205

DATE: July 14, 2014