UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 71

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 71 | 8/18/2014 | 6866 | Motion to Participate in Confirmation Hearing filed by Creditors Benyne Goldston and Evelyn Smith |

FILED (I)

2014 AUG 18 P 3:39

U.S. ... COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHHERN DIVISION

Benyne Goldston/Evelyn Owens
Creditor/Objector

V

In re:
City of DETROIT, MICHIGAN
AND EMERGENCY MANAGER
Kevyn D. Orr
    Debtors/City of Detroit

Chapter 9
Case No. 13-53846
Magistrate Judge:
Steven W. Rhodes

## MOTION

NOW COMES Benyne Goldston and Evelyn Smith and Pursuant Federal Court Rules of Civil Procedure 7(b) (1) and the 1st Amendment of the Constitution of the United States. We object to the Plan of Adjustment for the following reason:

## OBJECTION

Impairment of Minority Rights: In regards to the Plan of Adjustment and the voting process, it was report that the majority of those voting accepted the Plan. In light of this, there is still a minority that voted to reject the plan and have submitted objections to support our belief the plan should not be approved. The Plan suggests that even if the respondents voted to reject the Plan, there would be no rights to appeal or sue should the Plan be approved. It is our contention that we reserve the right to sue or appeal should the Plan be approved.

The above motion is not a duplicative because it is not made by a member of class 11 exclusively. Evelyn Smith shall witness on behalf of the motion. The witness will require approximately 15-20 minutes.

Exhibits will be provided upon hearing notification.

Therefore, the 5th Amended Plan of Adjustment is not fair, equitable or just and not meet the requirement for confirmation.

Wherefore we hereby object to the 5th Amended Plan of Adjustment.

Respectfully submitted,

Evelyn Smith *[signature]*
Benyne Goldston *[signature]*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CITY OF DETROIT

CASE NO: 13-5384
CHAPTER: 9
JUDGE: STEVEN RHODES

Debtor.

FILED (I)
2014 AUG 18 P 3:43
U.S. [BANKRUPTCY] COURT
E.D. MICHIGAN DETROIT

## CERTIFICATE OF SERVICE

I hereby certify that on AUGUST 18, 2014 (date of mailing), I served copies as follows:

1. Document(s) served: MOTION

2. Served upon [name and address of each person served]:

    JONES DAY  DAVID HEIMAN
    901 LAKESIDE AVE.
    CLEVELAND, OHIO 44114

    1st CLASS MAIL

3. By First Class Mail.

Dated: AUG. 18, 2014

_____
(Signature of Debtor)

Print Name: BENYNE GOLDSTON

_____
(Signature of Co-Debtor)

Print Name: _____