# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| In re | No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

## EXHIBIT 86

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 86 | 10/24/2014 | 8104 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED (I)

2014 OCT 24 P 3: 37

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____ Debtor____ /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M. Davis

_____ hereby states his/her/their OBJECTION TO: 8th

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1.  I /(we) am/are interested in the Bankruptcy of the City of Detroit because
As a DWSD Pension & President of Detroit Active &
Retired Employee Association AKA DAREA

2.  I /(we) object to the above filing because:
The Mayor And the Detroit City Council Not
A state Emergency Management person name
ORR should be the only one's under city &
state law to place the city Bankruptcy, ORR And Snyder
Action is illegal in city, state, fed law...

3.  I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of
perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: William M. Davis Pres.

Signature: William M. Davis
Address: 9203 Littlefield St.
Detroit, Mich. 48228
Email: montybill86@yahoo.com

Dated: 10/23/2014

DARA
P.O. BOX 3724
Highland Park, Mich. 48203
detroit2700plus@gmail.com