UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 87

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 87 | 10/24/2014 | 8105 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED (I)

2014 OCT 24 P 3:37

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

_____Debtor_____/

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M Davis

_____ hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT (8th)

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because As a DWSD Pensioner & President of Detroit Active & Retired Employee Association AKA DAREA

2. I / we object to the above filing because: According to the United Nations International Convention on the Elimination of All forms of Racial Discrimination, The State of Michigan has conspired to deny the fundamental rights under domestic law to protect the rights of residents of this majority African Amerian municipality

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: William M. Davis Pres.
Signature: William M. Davis
Address: 9203 Littlefield St
Detroit, Mich 48228
Email: montybill86@yahoo.com

Dated:
Oct. 24, 2014

DAREA
P.O. Box 3724
Highland Park, Mich. 48203

Detroit 270