UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 88

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 88 | 10/24/2014 | 8106 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED (I)

2014 OCT 24 P 3:37

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____ Debtor____ /

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M. Davis

_____ hereby states his/her/their OBJECTION TO: The 8th

<u>CITY OF DETROIT'S PLAN OF ADJUSTMENT</u>

for the following reasons.

1. I / (we) am/are interested in the Bankruptcy of the City of Detroit because As A DWSD Pensioner & President of Detroit Active & Retired Employee Association AKA DAREA

2. I/(we) object to the above filing because: What Snyder, Orr And others has been doing look like Racketeer Influenced And Corrupt Organizations Act (RICO) if they planned the Bankruptcy before Orr was put in place to take The Water dept and Belle Isle without a vote of the people

3. I have/ have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I/ we request the Court will deny the relief sought in said filing.

Name: William M. Davis
Signature: William M. Davis
Address: 9203 Littlefield St
Detroit, Mich. 48228
Email: montybill186@yahoo.com

DARA
P.O. BOX 3724
Highland Park, Mich. 48203
detroit2700plus@gmail.com

Dated:
Oct. 23, 2014