UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 90

# APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 90 | 10/27/2014 | 8110 | Objection to Chapter 9 Plan filed by Creditor William M. Davis |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of:

CITY OF DETROIT, MICHIGAN

_____Debtor____/

Case No. 13-53846-swr
Chapter 9
Hon. STEVEN W. RHODES

**OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]**

FILED BY: William M. Davis

hereby states his/her/their OBJECTION TO:

CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons.

1. I / we am/are interested in the Bankruptcy of the City of Detroit because As a Pensioner & President of Detroit Active & Retired Employee Association AKA DAREA

2. I / we object to the above filing because: After Closing Arguments was scheduled the next day, the city filed a new 8th plan of Adjustment, After each plan is filed we should have 10 days review it and file objections it Appear as Judge Steven Rhodes is not fair →

3. I have / have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.
Wherefore I / we request the Court will deny the relief sought in said filing.

Name: William M. Davis Pres,
Signature: William M. Davis
Address: 9203 Littlefield
Detroit, Mich. 48228
Email: montybill86@yahoo.com

DAREA
P.O. Box 3724
Highland Park, Mich. 48203
detroit2700plus@gmail.com

Dated: 10-27-2014

13-53846-swr  Doc 8110   Filed 10/27/14   Entered 10/27/14   13538461410270000000013

it has been stated by Kevin Orr in public meeting and in the Press, Television & Radio that you Judge Steven Rhodes would Impose a larger pension cut and a unlimited clawback, I was thinking it was Kevin Orr using dirty tricks (misinformation & disinformation) to get Detroit Active and Retired Employee's to vote on the 4 plan of Adjustment, Now it looks like Mr. Orr was right you would be unfair to pensioners.

I voted to reject the plan with over 2700 plus voting to reject it, And we do not release the State of Michigan, The city of Detroit And the United State Government. We will be fighting this violation of our constitutional rights for years if need be

Pres. William M Davis
detroit2700plus@gmail