UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re | No. 13-53846 |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | HON. STEVEN W. RHODES |

# EXHIBIT 106

## APPELLEE STATE OF MICHIGAN'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In connection with Notice of Appeal filed by
William M. Davis and DAREA [Dkt. #8473].

| Item | Date Filed | Docket Number | Description |
|---|---|---|---|
| 106 | 11/10/2014 | 8225 | Objection To The Filing of Redlined Version Of Eighth Amended Fraudulent Plan For The Adjustment of Debts Of The City of Detroit Of October 31, 2014 filed by Keith M. Hines, Katrina Henry, Calvin Turner, Sandra Howard, Tijuana Morris, Lony Parks, Gregory T. Waller, William M. Davis, Hasaan Aleem and Carl Williams |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM et al
Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Debtors/City of Detroit

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

Case No. 14-cv-10434
Hon. Bernard A. Freidman
Magistrate Paul J. Komives

## OBJECTION TO THE FILING OF REDLINED VERSION OF EIGHTH AMENDED FRUADULENT PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT OF OCTOBER 31 2014 PLAN

We/I OBJECT TO THE REDLINED VERISON OF THE EIGHTH AMENDED PLAN OF ADJUSTMENT FOR THE DEBTS OF THE CITY OF DETRIOIT AND CONFIRMATION OF THE PLAN, THERE WAS NO NOTICE, IT WAS AFTER THE FACT, UNTIMELY, CONTRARY TO THE FACTS, MISREPRESENTATION OF THE BANKRUPTCY CODE AND RULES AND HAS NOT BEEN PRESENTED AND CONDUCED IN A GOOD FAITH MANNER.

We/I object to the filing of redlined version of the Eighth Amended Plan of Adjustment for the debts of the city of Detroit and confirmation of any Plan stemming from or connected to this plan of Adjustment and show the following:

1

1) The State of Michigan through the Governor Rick Snyder appointed emergency manager, Kevyn Orr has deceived the city and the public throughout the country to believing that the City of Detroit filed or consented to filing bankruptcy. When in fact the State of Michigan filed under the disguise of the city of Detroit with the bankruptcy court blessing.

(a) We all agree that only a municipality can file for bankruptcy as stated in P.A. 436 and the bankruptcy code and/or rule provides. (b) The emergency manager Kevyn Orr is not an elected official, therefore, not the proper person and either impersonated an elected official and/or the court has abused its authority to allow the state under false pretense to file for the City of Detroit or both,(c) **The City of Detroit never legally <u>approved</u>, <u>agreed</u> or <u>consented</u> to** the Emergency Manager, Kevyn Orr, filing for bankruptcy.(d) The chapter 9 bankruptcy was said to be by voluntary consent, which is not the case in this present action (e) The city council nor the mayor never addressed bankruptcy prior to bankruptcy filing.

2) We/I object to the Eigtht Amended Plans of Adjustment because of we have been denied and deprived hearings on issues presented in our objections such as: A evidentiary hearing on fraud to determine whether or not there were any fraud and who committed the fraud.

2

This is a denial of due process and equal protection of the 5th and 14th Amendments of the law of the Constitution of the United State.

**The City of Detroit never legally approved, agreed or consented to** the Emergency Manager, Kevyn Orr, filing for bankruptcy and Kevyn Orr concealed this fact from the people by his action and contravened **MCL 600.5855 Fraudulent Concealment** where a party alleges that fraud has been committed on the court, it is generally **an abuse of discretion** for the court to decide the motion without first conducting an evidentiary hearing into the allegations. Rapaport v Rapaport 185 Mich App 12 (1990) citing Michigan Bank-Midwest v DJ Reynaert, Inc, 165 Mich App 630, 643, 419 NW2d 439 (1988); St Clair Commercial & Savings Bank v Macaulley, 66 Mich App 210, 214-215; 238 NW2d 806 (1975), lv den 396 NW2d 864 (1976).

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

*Carl Williams*
Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

*Hassan Aleem*
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

| | |
|---|---|
| William M. Davis<br>Name | Requelle Wynn-Glover<br>name |
| 9203 Littlefield<br>Address | 610 Clairpointe<br>Address |
| Detroit, MI 48228<br>City State & Zip | Det, MI 48215<br>City, State & Zip code |
| Gregory T. Waller<br>Name | Jocelyn Fitzpatrick Harris<br>name |
| 11310 Cheyenne<br>Address | 266 Lakewood<br>Address |
| Detroit, MI 48227<br>City State & Zip | Det MI 48215<br>City, State & Zip code |
| Lony Parks<br>Name | Katrina Henry<br>name |
| 569 W. Hickory Hollow<br>Address | 570 Trowbridge<br>Address |
| Wayne, MI 48184<br>City State & Zip | Det. MI 48202<br>City, State & Zip code |
| Tijuann Morris<br>Name | <br>name |
| 14841 Joy Rd Apt 2<br>Address | <br>Address |
| Detroit, MI 48228<br>City State & Zip | <br>City, State & Zip code |
| Sandra Howard<br>Name | <br>name |
| 15867 Coyle<br>Address | <br>Address |
| Det MI 48227<br>City State & Zip | <br>City, State & Zip code |

KEITH M. HWES
Name

832 CHALMERS
Address

DET, MICH 48215
City State & Zip

---

Name

Address

City State & Zip

---

Name

Address

City State & Zip

---

Name

Address

City State & Zip

---

Name

Address

City State & Zip

---

name

Address

City, State & Zip code

---

name

Address

City, State & Zip code

---

name

Address

City, State & Zip code

---

name

Address

City, State & Zip code

---

name

Address

City, State & Zip code

Name: Katrina Henry
Address: 510 Trowbridge
City State & Zip: Det, MI 48202

Name

Address

City State & Zip

Name

Address

City State & Zip

Name

Address

City State & Zip

Name

Address

City State & Zip

name

Address

City, State & Zip code

name

Address

City, State & Zip code

name

Address

City, State & Zip code

name

Address

City, State & Zip code

name

Address

City, State & Zip code

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
    Creditors/Objectors,
v

In re:                                    Chapter 9
City OF DETROIT, MICHIGAN        Case No. 13-53846
AND EMERGENCY MANAGER       Judge Steven W Rhodes
KEVYN D. ORR
    Debtor/City of Detroit       Case No. 14-cv-10434
                                      Hon. Bernard A. Freidman
_____/  Magistrate Paul J. Komives

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and your name

Say that on November _10th_ 2014. I sent a copy of Objection to the filing of redlined version of Eight Amended Fraudulent Plan for the Adjustment of Debts of the City of Detroit of October 31, 2014 Plan on November _8th_ 2014, Upon the concern parties by

certified mail at the following address:
City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

FILED 2014 NOV 10 P 12:01 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

Dated November /, 2014