# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISON

FILED

2014 DEC 19 P 4: 01

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS, HASSAN ALEEM AND
DOROTHEA HARRIS
                Creditors/Objectors,

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR
              Debtor/City of Detroit

_____/

Chapter 9
Case No. 13-53846
Judge Steven W Rhodes

## RECONSIDERATION OF A REHEARING ON THE STAY ON APPEAL AND MEMORANDUM AND LAW IN SUPPORT

Petitioners, Carl Williams, Hassan Aleem and Dorothea Harris moves the court for hearing and/or rehearing on the Stay on appeal in this case. A so- called imitation of a hearing was held without any sworn testimony. The petitioners were not allowed to be heard, thus a violation of 1st Amendment right to free speech and right to a meaningful hearing and 5TH Amendment procedure due process and the 14th Amendment of equal protection of the law Petitioners

1

Williams got up to go up front to speak and the guard told him to sit down. He raised his hand and the judge completely ignored him as a result none of the pro se petitioners who all happen to be Black/ Afro American was completely ignored. And not only procedure due process but overtly discriminatory as well.

The Supreme Court has ruled in Goldberg v. Kelly, 387 U.S. 254 90 S Ct 1011, 252, at 267-268, (1970), that fundamental requisite of due process of law is that a person receives" **timely and adequate notice"** Goldberg v Kelly <u>supra</u>, citing Armstrong v Manzo, 380 U.S. 545 (1965). And the fundamental requisite of due process of law is **"the opportunity to be heard"** citing Grannis v. Ordean, 234 U.S. 385, 394 (1914).(See Motion for Reconsideration and hearing filed December 15, 2014.)

For the record we have file numerous objections and have yet to receive hearing as required. Petitioner have not had a fair and meaningful hearing and the court have acted arbitrary and capricious to deny them a meaningful hearing. It is procedural due process that is our fundamental guarantee of fairness, our protecttion against arbitrary, capricious and unreasonable government action *Board of Regents v Roth 408 U.S. 564, 589 (1972).*

2

WHEREFORE the above facts and law we submitted this request for Reconsideration for Rehearing on the stay of appeal.

## SEE Notice Attached

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

Dorothea Harris
20552 Huntington
Detroit, Michigan 48225
313-221-0707

3

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISON

CARL WILLIAMS, HASSAN ALEEM AND
DOROTHEA HARRIS
                    Creditors/Objectors,

v

In re:                                 Chapter 9
City OF DETROIT, MICHIGAN        Case No. 13-53846
AND EMERGENCY MANAGER        Judge Steven W Rhodes
KEVYN D. ORR
                   Debtor/City of Detroit

_____/

## NOTICE OF HEARING FOR THE RECONSIDERATION
## AND REHEARING ON THE STAY ON APPEAL

Petitioners, Carl Williams, Hassan Aleem and Dorothea Harris moves the

court for hearing and/or rehearing on the Stay on appeal hereby demand a hearing.

A so-called imitation of a hearing was held without any sworn testimony once again,

Therefore we request a hearing on_____day at the time_____ and place

would be at Room_____ first floor 211West Fort Street, Detroit Michigan 48226.

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205-4353

Dorothea Harris
20552 Huntington
Detroit, Michigan 48225
313-221-0707

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISON

CARL WILLIAMS AND HASSAN ALEEM
                    Creditors/Objectors,

v

In re:                                    Chapter 9
City OF DETROIT, MICHIGAN                  Case No. 13-53846
AND EMERGENCY MANAGER                      Judge Steven W Rhodes
KEVYN D. ORR
                    Debtor/City of Detroit   Case No. 14-cv-10434
                                            Hon. Bernard A. Freidman
_____/           Magistrate Paul J. Komives

## PROOF OF SERVICES

_Carl Williams_____, being first duly sworn deposes and
your name

Say that on December __19___2014. I sent a copy of Memorandum and law in

support of Notice of Motion for Reconsideration for rehearing , Upon the con-

cern parties by certified mail at the following address:

1

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_____


Dated__December  19,   2014____

2