# AMENDED EXHIBIT A

| APPELLANTS | |
|---|---|
| WILLIAM OCHADLEUS | SHELTON HAYES |
| MARSHA KIDD | JOHN JEPSEN |
| FREDERICK T. MCCLURE JR. | JIM BENCI |
| MORRIS WELLS | DEBORAH WARD |
| MELVIN F. WILLIAMS SR. | SARAH GIDDENS |
| JOE SMITH | KIMBERLY ANN SANDERS |
| JACKIE FULBRIGHT | BELINDA HERNANDEZ |
| ED GAINES | CATHERINE TUTTLE |
| RITA SERRA | MARTIN TREADWELL |
| JOHN J. O'NEILL | BARBARA TRIPLETT-DECREASE |
| ROY MCCALISTER | POLLY MCCALISTER |
| JESSIE BANKS | HENRY ELLIS |
| MICHAEL A. ADAMS | LOLETHA PORTER COLEMAN |
| AFFORD COLEMAN | LESTER COLEMAN |
| DEBORAH LARK | MOSES LARK |
| SHARON COWLING | MICHAEL COWLING |
| ROBERT JACKSON | RASHELLE PETTWAY |
| JOHN HAWKINS | LAURA ISOM |
| DUANE MCKISSIC | HERBERT MORELAND |
| CYNTHIAN DIANE MORELAND | KEITH JACKSON SR. |
| DEBORAH ROBINSON | JAMES ALEXANDER JR. |
| LAWRENCE PORTER | JAMIE FIELDS |
| MIKE FOLEY | RICARDO C. JENKINS |
| JACQUELINE JACKSON | JOHN CLARK |
| DEBORAH GRAHAM | GAIL M. WILSON |
| TOMMIE CARRODINE | DEBRA J. FAIR |
| ROBBIN RIVERS | JAMES R. YOUNGER |
| ROSCOE MAYFIELD | CHARLES BARBIERI |
| JAMES JONES | CRAIG SCHWARTZ |
| REGGIE BARNES | GLENDA COLE-DIXON |
| WALTER LONG JR. | ROBERT ENNIS |
| GEORGE GRAVES | PAULA DAY |
| CALVIN ADKINS | JACK ALIOTTA |
| WANDA HILL | GREG HUIZAR |
| TERRANCE ANDERSON | DAVID ANDERSON |
| NANCY YOUNG FOWLER | GEORGE CHESTER |
| ANTHONY KLUKOWSKI JR. | TODD KLUKOWSKI |
| ROGER KLUKOWSKI | LOIS KLUKOWSKI-HOGEN |
| PATRICIA E. MCCABE | PATTI GRAVES |
| ANDREW WHITE | GREG JONES |

2

| | |
|---|---|
| **CHRISTINE MARIE JEPSEN** | **JEANNETTA WASHINGTON** |
| **DEBORAH MCCREARY** | **ALICIA TERRY** |
| **JOYCE DANIEL** | **BYRAN GLOVER** |
| **TOBI ASCIONE YOUNG** | **LORI GALLMAN** |
| **KEITH OLENIACZ** | **BEVERLY HOFFMAN-NICHOLS** |
| **SONJA HOLLIS** | **BARBARA STAFFORD** |
| **MICHELLE PIERSON** | **SHELLEY I. FOY** |
| **PARRIE LEE HIGHGATE** | **JIM LEMAUX** |
| **EDGAR APONTE** | **RENEE ELLIS-SUMPTER** |
| **DAVID POMEROY** | **SHELLEY HOLDERBAUM** |
| **JON GARDNER** | **JUDITH NORWOOD** |
| **KENNETH EMERSON** | **PATRICIA LOFTON** |
| **DANIEL P. ROOT** | **KAREN LESKIE** |
| **ROOSEVELT LAWRENCE JR.** | **DEREK HICKS** |
| **ERIC HECKMAN** | **MARTHOMPSON-KIDD** |
| **EARLINE JONES** | **LINDA WHITE** |
| **WILLIAM ANDERSON** | **YVONNE WILLIAMS JONES** |
| **LULU MILLENDER** | **WILLIAM DAVIS** |
| **EVELYN OWEN SMITH** | **VAUGHN BROWN** |
| **J. ASHA WALIDAH** | **CECILY MCCLELLAN** |
| **PAULETTE BROWN** | **JESSE J. FLORENCE SR.** |
| **BELINDA A. MYERS-FLORENCE** | **STEVE LEGGATT** |
| **ANDY SMITH** | **VICKIE L. SHAKLEFORD** |
| **MARK L. SMITH** | **RITA DIKERSON** |
| **BENYNE GOLDSTON** | **WALTER GARY KNALL** |

3