Jamie S. Fields (P-52808)\
Attorney-at-Law
555 Brush #2409
Detroit, Michigan 48226
313-570-3906
jeansartre@msn.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | CHAPTER 9 |
| City of Detroit | |
| Debtor | CASE NO. 13-53846 |
| | HON. STEVEN W. RHODES |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2014, I electronically filed an *Amended "Exhibit A"* for the *Notice of Appeal of the Eighth Plan of Adjustment for the Debts of the City of Detroit on* the City of Detroit with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

/s/Jamie S. Fields_____
Jamie S. Fields (P-52808)
555 Brush #2409
 (313) 570-3906
 Detroit, Michigan 48226
 jeansartre@msn.com