**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

### NOTICE OF FILING OF FE MONTHLY INVOICE [OCTOBER 2014]

**PLEASE TAKE NOTICE** that, pursuant to paragraph 27 of the Court's Fee Review Order dated September 11, 2013 (Docket No. 810), Robert M. Fishman, the Court appointed fee examiner in the above-captioned case ("Fee Examiner"), caused to be filed the attached monthly invoice of the Fee Examiner Parties, which (i) requests an aggregate amount of $74,405.20 in fees and $77.00 in expenses, and (ii) consists of detailed statements of the fees and expenses requested for the month of October 2014 by (A) the Fee Examiner (*see* Exhibit A, requesting $26,759.40 in fees and $2.10 in expenses), (B) counsel to the Fee Examiner (*see* Exhibit B, requesting $35,335.80 in fees and $36.60 in expenses), and (C) the financial advisor to the Fee Examiner (*see* Exhibit C, requesting $12,310.00 in fees and $1.00 in expenses), a true copy of which is herewith served upon you.

Robert M. Fishman, Fee Examiner

Dated:  December 22, 2014       By:  /s/ Peter J. Roberts
                                     One of his attorneys

Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
proberts@shawfishman.com

### CERTIFICATE OF SERVICE

Peter J. Roberts, an attorney, certifies that he caused a true copy of the foregoing **Notice Of Filing Of FE Monthly Invoice** to be served pursuant to the Court's CM/ECF System on this 22nd day of December, 2014.

/s/ Peter J. Roberts