# EXHIBIT A

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 16230
October 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 10/31/2014

**Please include Invoice Number with Payment**

| | | |
|---|---:|---:|
| Balance Forward | | 72,745.59 |
| Current Fees | 26,759.40 | |
| Current Disbursements | 2.10 | |
| Total Current Charges | | 26,761.50 |
| **Total Due** | | **99,507.09** |

## Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 20,859.00 | 3,681.00 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| 02/28/14 | 13624 | 45,979.20 | 39,082.32 | 6,896.88 |
| 02/28/14 | 13792 | 27,871.80 | 23,691.03 | 4,180.77 |
| 03/31/14 | 14118 | 27,501.00 | 23,375.85 | 4,125.15 |
| 04/30/14 | 14290 | 25,708.80 | 21,852.48 | 3,856.32 |
| 05/31/14 | 14683 | 42,629.69 | 36,390.98 | 6,238.71 |
| 06/30/14 | 14952 | 19,537.81 | 16,608.49 | 2,929.32 |
| 07/31/14 | 15721 | 33,372.00 | 28,366.20 | 5,005.80 |
| 08/31/14 | 15957 | 21,444.60 | 18,227.91 | 3,216.69 |
| 09/30/14 | 16216 | 22,804.20 | 0.00 | 22,804.20 |
| **Totals** | | **358,686.30** | **285,940.71** | **72,745.59** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-002 - RMF  
Re: Robert Fishman

October 31, 2014  
Invoice 16230

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/14 | RMF | Reviewed, revised, finalized and transmitted numerous June Preliminary Reports. | 3.80 | 618.00 | 2,348.40 |
| 10/06/14 | RMF | Reviewed and revised Shaw Fishman July Detailed Statements of Services Rendered (1.1). Responded to email from D. Chang re Lazard June Preliminary Report (.1). Reviewed, revised, finalized and transmitted Dentons June Preliminary Report (.7). | 1.90 | 618.00 | 1,174.20 |
| 10/13/14 | RMF | Reviewed KCC draft June Preliminary Report and Spreadsheet (.5) and discussed same with M. Reiser (.3). Spoke to Judge Rhodes re Fee Examiner issues (.3). | 1.10 | 618.00 | 679.80 |
| 10/14/14 | RMF | Reviewed Lazard letter re transaction fee (.2). Reviewed Court's Order re Fee Examiner Report (.1). Conference with G. Gouveia, P. Roberts, I. Bodenstein, A. Hudson, M. Reiser and D. Doyle re same and other fee review issues (.7). Spoke to D. Chang of Lazard re fee review issues (.1). Spoke to J. Ellman re fee review issues (.1). Began preparation of April, May and June Monthly Reports and April - June 2014 Quarterly Report (.9). | 2.10 | 618.00 | 1,297.80 |
| 10/15/14 | RMF | Conference call with S. Alberts and J. Ellman re fee examiner issues. | 0.80 | 618.00 | 494.40 |
| 10/16/14 | RMF | Spoke to A. Hudson and D. Doyle re Summary Report requested by Court (.1). Reviewed and revised draft of same (.3). Reviewed, revised, finalized and transmitted June Preliminary Report to KCC (.4). | 0.80 | 618.00 | 494.40 |
| 10/17/14 | RMF | Reviewed, revised, finalized and transmitted EY June Preliminary Report (.4). Reviewed and revised Shaw Fishman August Detailed Statement of Services Rendered (.8). Reviewed and revised Summary Report as ordered by Judge Rhodes (.4). Sent emails to various teams members re same (.2). | 1.80 | 618.00 | 1,112.40 |
| 10/17/14 | RMF | Reviewed July invoices. | 2.10 | 618.00 | 1,297.80 |
| 10/21/14 | RMF | Reviewed charts prepared by A. Hudson re write-offs and discounts (.3). Spoke to D. Heiman and J. Ellman re fee examiner issues (.5). Spoke to S. Alberts re fee examiner issues (.4). | 1.20 | 618.00 | 741.60 |
| 10/22/14 | RMF | Spoke to S. Alberts further re fee examiner issues (.2). Spoke to J. Ellman further re same (.1). Reviewed July invoices (2.3). | 2.60 | 618.00 | 1,606.80 |
| 10/23/14 | RMF | Spoke to Judge Rosen re Fee Examiner issues (.8). Discussed same with P. Roberts (.4). Reviewed Kapila August invoice (.1). Spoke to S. Raimey of the City re fee examiner issues (.2). Spoke further to Judge Rosen re same (.2). | 1.70 | 618.00 | 1,050.60 |
| 10/24/14 | RMF | Conference call with Segal representatives re fee issues (.5). Conference call with Lazard representatives re fee issues (.4). | 3.60 | 618.00 | 2,224.80 |

Page: 1

Shaw Fishman Glantz & Towbin LLC

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | October 31, 2014 |
| I.D. 10661-002 - RMF | | | | | Invoice 16230 |
| Re: Robert Fishman | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Reviewed July invoices (2.2). Spoke to Judge Rhodes re fee review process (.5). | | | |
| 10/27/14 | RMF | Worked on April, May and June 2014 Monthly Reports (.8). Continued to review July invoices (4.7). | 5.50 | 618.00 | 3,399.00 |
| 10/28/14 | RMF | Continued review of July invoices. | 4.30 | 618.00 | 2,657.40 |
| 10/29/14 | RMF | Further review of July invoices (1.2). Spoke to Judge Rosen re Fee Examiner issues (.3). Spoke to D. Doyle re response to Jones Day email re certain invoice entries (.3). Email exchange re Debevoise participation in the fee review process (.2). Continued organizing and drafting April, May and June Monthly Reports (1.3). | 3.30 | 618.00 | 2,039.40 |
| 10/30/14 | RMF | Further organizing and drafting of April Monthly Report (1.1). Spoke to D. Doyle re email exchange with Jones Day re fee review issues (.2). Email exchange with O. Grosz re Debevoise fees (.1). | 1.40 | 618.00 | 865.20 |
| 10/31/14 | RMF | Spoke to Judge Perris re fee issues (1.0). Continued organizing and drafting April, May and June Monthly Reports (4.1). Spoke to P. Roberts re fee mediation issues (.2). | 5.30 | 618.00 | 3,275.40 |
| | | **Total Fees** | **43.30** | | **26,759.40** |

**Disbursements**

| Date | Description | | | Amount |
|---|---|---|---|---|
| 10/31/14 | Photocopy; Verifications (J. Hampton) | 21 | @ 0.10 | 2.10 |
| | **Total Disbursements** | | | **2.10** |

| | |
|---|---|
| **Total Fees and Disbursements** | 26,761.50 |
| **Total Current Charges** | 26,761.50 |
| Balance Forward | 72,745.59 |
| **Total Amount Due** | 99,507.09 |

# EXHIBIT B

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151
Fed Tax ID: 36-3844420

Invoice 16667
October 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-001 - RMF

Re: Chapter 9 case

For Services Rendered Through 10/31/2014

**Please include Invoice Number with Payment**

| | | |
|---|---:|---:|
| Balance Forward | | 92,729.88 |
| Current Fees | 35,335.80 | |
| Current Disbursements | 36.60 | |
| Total Current Charges | | 35,372.40 |
| **Total Due** | | **128,102.28** |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11728 | 14,028.70 | 11,392.67 | 2,636.03 |
| 09/30/13 | 12045 | 7,662.77 | 6,442.57 | 1,220.20 |
| 10/31/13 | 12413 | 30,352.80 | 25,832.77 | 4,520.03 |
| 12/31/13 | 12979 | 51,396.80 | 43,690.40 | 7,706.40 |
| 01/31/14 | 13351 | 37,702.39 | 32,125.99 | 5,576.40 |
| 02/28/14 | 13625 | 71,014.86 | 60,374.82 | 10,640.04 |
| 02/28/14 | 13793 | 44,703.88 | 38,017.20 | 6,686.68 |
| 03/31/14 | 14117 | 40,290.80 | 34,257.58 | 6,033.22 |
| 04/30/14 | 14291 | 46,810.69 | 39,817.78 | 6,992.91 |
| 05/31/14 | 14684 | 46,311.87 | 39,379.61 | 6,932.26 |
| 06/30/14 | 14951 | 22,796.20 | 19,378.27 | 3,417.93 |
| 07/31/14 | 15722 | 40,458.50 | 34,389.72 | 6,068.78 |
| 08/31/14 | 15958 | 26,620.40 | 22,671.20 | 3,949.20 |
| 09/30/14 | 16215 | 20,349.80 | 0.00 | 20,349.80 |
| 12/04/14 | 16400 | 6,838.23 | 0.00 | 6,838.23 |
| | **Totals** | **507,338.69** | **407,770.58** | **99,568.11** |

| | | |
|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | October 31, 2014 |
| I.D. 10661-001 - RMF | | Invoice 16667 |
| Re: Chapter 9 case | | |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/14 | GEG | Review email and revised/redacted May invoices from Pepper Hamilton (.1) and email correspondence with M. Reiser regarding review of same and preparation of final monthly report (.1); review M. McMickle email assessing Conway MacKenzie's revised May invoice and follow up email to M. Hausman of Conway approving revised May invoice (.1); email correspondence with R. Fishman regarding resolution comments for Conway May invoice (.1); phone call with M. Hausman regarding question about fee review process assuming plan is confirmed (.1) and follow up email correspondence with R. Fishman regarding same (.1); review email and City verification forms for Miller Canfield, Pepper Hamilton and Conway MacKenzie May invoices from J. Ellman (Jones Day) (.1); email correspondence with A. Hudson regarding resolution comments for Miller Canfield April and May invoices (.2); draft preliminary report for Conway June invoice (.3); email correspondence with R. Fishman and M. McMickle regarding draft preliminary report and review spreadsheet for Conway June invoice (.1); email correspondence with M. Hausman regarding updated Conway billing analysis for June through August (.1) | 1.40 | 347.00 | 485.80 |
| 10/01/14 | DRD | Review Brooks Wilkins invoice for June 2014 and prepare preliminary report (1.1); review Lazard invoice for June 2014 and prepare preliminary report (.6). | 1.70 | 267.00 | 453.90 |
| 10/01/14 | PJR | Review and analysis of EY May invoice. | 3.70 | 419.00 | 1,550.30 |
| 10/02/14 | GEG | Review Conway billing analysis relating to bi-weekly cap on fees (.2); email correspondence with M. McMickle (Kapila) and M. Hausman (Conway) regarding same (.1); revise Conway's June preliminary report related to billing analysis and forward revised draft report to R. Fishman (.1); review and comment on Pepper Hamilton June invoice (.8) and email correspondence with M. Reiser regarding same (.1) | 1.30 | 347.00 | 451.10 |
| 10/02/14 | PJR | Review Segal June invoice and spreadsheet. | 0.30 | 419.00 | 125.70 |
| 10/03/14 | AH | Draft Segal June preliminary report and send to R. Fishman (.3); correspondence with G. Gouveia re Miller Canfield June preliminary report and send to R. Fishman (.1). | 0.40 | 248.00 | 99.20 |
| 10/03/14 | MSR | Draft preliminary reports for professionals' monthly invoices. | 0.70 | 267.00 | 186.90 |
| 10/03/14 | GEG | Review R. Fishman email transmittals of June preliminary reports to Conway, Miller Canfield and Pepper Hamilton and calendar deadline to complete resolution discussions | 0.10 | 347.00 | 34.70 |
| 10/03/14 | PJR | Exchange emails with A. Hudson regarding Segal June invoice (.1); | 0.20 | 419.00 | 83.80 |

Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

October 31, 2014  
Invoice 16667

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | review draft preliminary report on same (.1). | | | |
| 10/03/14 | PJR | Review Dykema June invoice (.4); draft and edit preliminary report on same (.3); exchange emails with R. Fishman on same (.1). | 0.80 | 419.00 | 335.20 |
| 10/03/14 | PJR | Email to R. Fishman on Fee Examiner July invoice. | 0.10 | 419.00 | 41.90 |
| 10/03/14 | PJR | Review Foley June preliminary report and spreadsheet. | 0.30 | 419.00 | 125.70 |
| 10/03/14 | PJR | Continued review and analysis of EY May invoice. | 2.80 | 419.00 | 1,173.20 |
| 10/05/14 | IB | Review Dentons June 2014 preliminary report draft (.5) and email comments to R. Fishman (.1). | 0.60 | 434.00 | 260.40 |
| 10/05/14 | GEG | Email to M. Hausman (Conway) with resolution comments for May invoice | 0.10 | 347.00 | 34.70 |
| 10/06/14 | DRD | Review and revise Dentons preliminary report (June 2014) (.2); communications with R. Fishman regarding Lazard transmissions (.2). | 0.40 | 267.00 | 106.80 |
| 10/07/14 | DRD | Communications with Lazard regarding monthly statement on expenses (.1); confer with R. Fishman and A. Hudson regarding quarterly report deadline (.2). | 0.30 | 267.00 | 80.10 |
| 10/07/14 | MSR | Review KCC's June invoices. | 2.10 | 267.00 | 560.70 |
| 10/07/14 | GEG | Review email and September invoice from Pepper Hamilton. | 0.10 | 347.00 | 34.70 |
| 10/07/14 | PJR | Draft and edit EY May preliminary report and edits to spreadsheet on same (1.5); email to R. Fishman on same (.1). | 1.60 | 419.00 | 670.40 |
| 10/08/14 | DRD | Communications with M. Wilkins and I. Bodenstein regarding preliminary report and resolution discussion. | 0.10 | 267.00 | 26.70 |
| 10/08/14 | GEG | Review email and updated Conway billing analysis through August from M. Hausman (Conway) (.1); review Pepper Hamilton responses to June preliminary report and incorporate proposed resolution comments (.3); email correspondence with M. Reiser regarding same (.1) | 0.50 | 347.00 | 173.50 |
| 10/13/14 | MSR | Review KCC's June invoice for services that should be capped. | 2.20 | 267.00 | 587.40 |
| 10/13/14 | DRD | Communications with R. Fishman (.1) and A. Hudson (.1) regarding quarterly report. | 0.20 | 267.00 | 53.40 |
| 10/13/14 | GEG | Email correspondence with A. Hudson regarding status of reporting for Miller Canfield April through June invoices (.1); email correspondence with A. Hudson and R. Fishman regarding quarterly report filing deadline and related issues (.1) | 0.20 | 347.00 | 69.40 |
| 10/13/14 | PJR | Begin review and analysis of EY June invoice (1.3); confer with M. Reiser on KCC June invoice (.1). | 1.40 | 419.00 | 586.60 |
| 10/14/14 | IB | Meet with R. Fishman and review team re: additional report requested by Judge Rhodes (.2); review order entered by Judge Rhodes and the letter from Lazard containing the transaction fee request (.2) | 0.40 | 434.00 | 173.60 |
| 10/14/14 | IB | Review Brooks Wilkins response to June 2014 preliminary report (.2); resolution phone call with M. Wilkins (.2) | 0.40 | 434.00 | 173.60 |
| 10/14/14 | AH | Meeting with R. Fishman, G. Gouveia, P. Roberts, D. Doyle, M. Reiser and I. Bodenstein to discuss recent developments in Fee | 1.30 | 248.00 | 322.40 |

Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

October 31, 2014  
Invoice 16667

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review Process (.7); review order requesting summary of fees for all professionals billed to date (.1); begin to gather information on total fees from each professional billed to date (.5). | | | |
| 10/14/14 | MSR | Review memo re: Lazard (.4); meeting with working team re: fees (.7) | 1.10 | 267.00 | 293.70 |
| 10/14/14 | DRD | Communications with R. Fishman and M. Reiser regarding recent fee issue raised by court (.2); conference with R. Fishman, I. Bodenstein, P. Roberts, G. Gouveia, and A. Hudson regarding same (.7). | 0.90 | 267.00 | 240.30 |
| 10/14/14 | GEG | Impromptu meeting with R. Fishman and other members of working group regarding order requiring additional information from fee examiner and related issues (note: left meeting early) (.4); review email and Conway September invoice from M. Hausman (Conway) (.1) | 0.50 | 347.00 | 173.50 |
| 10/14/14 | PJR | Review Court's order requiring clarification on fees from Fee Examiner (.1); meeting with Fee Examiner and team regarding same (.7); review letter from Lazard on transaction fee (.1). | 0.90 | 419.00 | 377.10 |
| 10/15/14 | DRD | Prepare final report for Jones Day for April 2014 (.6); prepare final report for Jones Day for May 2014 (.6); draft memorandum correspondence and related chart to J. Ellman (Jones Day) regarding potential lumping issue (1.6). | 2.80 | 267.00 | 747.60 |
| 10/15/14 | PJR | Review docket to confirm no objections to Fee Examiner parties' 3rd Fee Application (.1); draft and edit Certificate of No Response re same (.3). | 0.40 | 419.00 | 167.60 |
| 10/15/14 | PJR | Continued review and analysis of EY June invoice. | 3.30 | 419.00 | 1,382.70 |
| 10/16/14 | AH | Draft filing required by recent order to summarize total fees billed by every professional since July 2013 and send to R. Fishman for comment (3.8); begin pulling information for R. Fishman regarding voluntary discounts provided by each professional and reductions following review process (1.3). | 5.10 | 248.00 | 1,264.80 |
| 10/16/14 | DRD | Communications with R. Fishman and A. Hudson regarding final report filing and new filing required by bankruptcy court. | 0.40 | 267.00 | 106.80 |
| 10/16/14 | DRD | Draft final monthly reports for Dentons for April 2014 (.7) and May 2014 (.7); communications with R. Fishman and I. Bodenstein regarding Dentons non-legal professionals (.3). | 1.70 | 267.00 | 453.90 |
| 10/16/14 | PJR | Continue review and analysis of EY June invoice (2.9); draft and edit EY June preliminary report and spreadsheet (.6); email to R. Fishman on same (.1). | 3.60 | 419.00 | 1,508.40 |
| 10/16/14 | PJR | Brief review of draft summary of professional fees and A. Hudson email on same. | 0.20 | 419.00 | 83.80 |
| 10/17/14 | IB | Review draft of special fee report per recent order from A. Hudson (.3); meet with A. Hudson re: suggested revisions (.2); review revised version from B. Fishman (.1). | 0.60 | 434.00 | 260.40 |
| 10/17/14 | IB | Review Denton's response to May 2014 preliminary report (.3); email to R. Fishman re: same (.1) | 0.40 | 434.00 | 173.60 |

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

October 31, 2014  
Invoice 16667

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/17/14 | AH | Revise filing that summarizes total fees billed for each professional with comments from R. Fishman, P. Roberts, G. Gouveia and I. Bodenstein (.2); compose charts for R. Fishman regarding voluntary discounts provided by each professional according to fee arrangement with the City and voluntary write offs given by each professional before review, and additional reductions after review (3.2). | 3.40 | 248.00 | 843.20 |
| 10/17/14 | DRD | Communications with A. Hudson regarding Lazard compensation. | 0.10 | 267.00 | 26.70 |
| 10/17/14 | GEG | Review draft summary of professional fees (.1) and email correspondence with R. Fishman and A. Hudson regarding same (.1); review email and Miller Canfield August invoice from Marc Swanson (Miller Canfield) (.1) | 0.30 | 347.00 | 104.10 |
| 10/17/14 | PJR | Edits to Fee Examiner summary in accordance with 10-14 order (.6); confer with A. Hudson on same and related issues (.2); review edited versions of summary (.2); exchange emails with R. Fishman on same (.1). | 1.10 | 419.00 | 460.90 |
| 10/17/14 | PJR | Brief review of Dykema August bill. | 0.10 | 419.00 | 41.90 |
| 10/17/14 | PJR | Review final EY June preliminary report (.1); review related email correspondence between R. Fishman and B. Pickering on same (.1). | 0.20 | 419.00 | 83.80 |
| 10/20/14 | IB | Review A. Hudson email re: question on Kilpatrick fee statement on media time. | 0.10 | 434.00 | 43.40 |
| 10/20/14 | AH | Correspondence with multiple professionals regarding May and June preliminary report resolution discussions. | 0.40 | 248.00 | 99.20 |
| 10/20/14 | GEG | Email correspondence with A. Hudson regarding status of quarterly reporting for Miller Canfield (.1); email correspondence with M. Reiser regarding status of quarterly reporting for Pepper Hamilton (.1); review Conway MacKenzie responses to June preliminary report and proposed resolution comments from M. McMickle (Kapila) (.3) and email correspondence with R. Fishman and M. McMickle regarding same (.1); review files (.1) and email to R. Fishman regarding status of revised invoices and quarterly reporting for Conway MacKenzie (.1) | 0.80 | 347.00 | 277.60 |
| 10/20/14 | PJR | Review KCC response to Fee Examiner preliminary report for June (.1); email to R. Fishman and M. Reiser on same (.1). | 0.20 | 419.00 | 83.80 |
| 10/20/14 | PJR | Review Segal response to April preliminary report (.1); exchange emails with A. Hudson on same (.2). | 0.30 | 419.00 | 125.70 |
| 10/21/14 | IB | Begin preparation of Miller Buckfire final report insets for April, May and June 2014 (.4); email to S. Marken re: need for responses to preliminary reports (.1) | 0.50 | 434.00 | 217.00 |
| 10/21/14 | AH | Draft resolution comments for Miller Canfield's June invoice and send to G. Gouveia for review (.5); correspondence with fee review team re information for fourth fee application (.2); work on updating figures in fourth fee application (.9). | 1.60 | 248.00 | 396.80 |
| 10/21/14 | MSR | Speak to R. Fishman re: KCC June invoice | 0.30 | 267.00 | 80.10 |
| 10/21/14 | GEG | Review email from R. Fishman approving resolution comments for | 0.50 | 347.00 | 173.50 |

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

October 31, 2014  
Invoice 16667

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Conway MacKenzie June invoice (.1); email correspondence with M. Hausman (Conway) regarding Fee Examiner's resolution comments for Conway MacKenzie June invoice (.2); confer with R. Fishman regarding status of discussion with professionals about voluntary fee reductions (.1); review email and redacted April invoice from M. Hausman (Conway) (.1) | | | |
| 10/21/14 | PJR | Review D. Foster email re KCC. | 0.10 | 419.00 | 41.90 |
| 10/21/14 | PJR | Brief review of Foley September invoice. | 0.20 | 419.00 | 83.80 |
| 10/22/14 | AH | Drafting fourth interim fee application of Fee Examiner partio. | 2.80 | 248.00 | 694.40 |
| 10/22/14 | GEG | Review Miller Canfield responses to June preliminary report and draft resolution comments from A. Hudson (.3); email correspondence with A. Hudson regarding same (.1); email correspondence with M. Reiser regarding status of June reporting for Pepper Hamilton (.1) | 0.50 | 347.00 | 173.50 |
| 10/23/14 | AH | Draft final April, May and June reports for Miller Canfield, Segal, Milliman and Kilpatrick (4.2); continue drafting fourth interim fee application (1.2). | 5.40 | 248.00 | 1,339.20 |
| 10/23/14 | MSR | Draft email KCC re June invoice. | 0.60 | 267.00 | 160.20 |
| 10/23/14 | PJR | Review S. Wohl emails on Segal June invoice and exchange emails with A. Hudson on same (.2); discuss same with A. Hudson (.1); review follow up email exchange on June Segal invoice between A. Hudson and S. Wohl (.1); review M. Reiser email to KCC regarding June report (.1). | 0.50 | 419.00 | 209.50 |
| 10/23/14 | PJR | Confer with R. Fishman regarding fee review issues. | 0.40 | 419.00 | 167.60 |
| 10/23/14 | PJR | Begin drafts of final reports for EY and Dykema for 2Q 2014. | 0.70 | 419.00 | 293.30 |
| 10/24/14 | AH | Continue drafting fourth interim fee application. | 3.20 | 248.00 | 793.60 |
| 10/24/14 | DRD | Continue review of Jones Day invoice for July 2014. | 2.10 | 267.00 | 560.70 |
| 10/24/14 | PJR | Review invoices of Fee Examiner parties for July and August (.4); draft and edit notice of invoices for July (.5); draft and edit notice of invoices for August (.4). | 1.30 | 419.00 | 544.70 |
| 10/24/14 | PJR | Email to M. McMickle regarding EY response to May preliminary report. | 0.10 | 419.00 | 41.90 |
| 10/27/14 | IB | Review A. Hudson drafts of Kilpatrick and Milliman final report inserts for April-June 2014. | 0.30 | 434.00 | 130.20 |
| 10/27/14 | AH | Finish drafting fourth interim fee application (1.2); revise final monthly reports for Miller Canfield (1.7). | 2.90 | 248.00 | 719.20 |
| 10/27/14 | DRD | Draft final report for June 2014 for Jones Day (1.7); continue review of July 2014 invoice (.5). | 2.20 | 267.00 | 587.40 |
| 10/27/14 | GEG | Email correspondence with M. McMickle (Kapila) and M. Hausman (Conway) regarding Conway's revised May invoice (.1); review draft April and May final monthly report excerpts from Miller Canfield (.1) and email correspondence with A. Hudson regarding same (.1); office conference with R. Fishman regarding status of communications with court regarding fee review process (.2) | 0.50 | 347.00 | 173.50 |

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

October 31, 2014  
Invoice 16667

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/27/14 | PJR | Brief review of KCC revised July and August invoice and related email from M. Paque. | 0.20 | 419.00 | 83.80 |
| 10/27/14 | PJR | Brief review of draft fee application for Fee Examiner parties for 2Q 2014. | 0.30 | 419.00 | 125.70 |
| 10/28/14 | IB | Review S. Marken email response to April-June 2014 Miller Buckfire preliminary reports (.3); prepare final report inserts for Miller Buckfire April-June, 2014 (.5); email to S. Marken re: redacted invoices (.1). | 0.90 | 434.00 | 390.60 |
| 10/28/14 | IB | Finalize (.5) and send (.1) April -June 2014 final report inserts to R. Fishman; emails to and from S. Marken to get redacted invoices for report.(.2) | 0.80 | 434.00 | 347.20 |
| 10/28/14 | MSR | Review KCC responses to June preliminary report and speak with P. Roberts re same. | 0.90 | 267.00 | 240.30 |
| 10/28/14 | DRD | Continue review of Jones Day invoices for July 2014 (3.4); confer with I. Bodenstein regarding final reports (.1). | 3.50 | 267.00 | 934.50 |
| 10/28/14 | GEG | Review email and revised/redacted June invoices from Pepper Hamilton (.1); office conference with M. Reiser regarding preparation of final monthly reports for Pepper Hamilton (.1); email correspondence with M. Hausman (Conway) and M. McMickle regarding Conway's revised June invoice (.1); review original and revised invoices and preliminary reports (.2), and draft final monthly reports for Conway April, May and June invoices (.3); email correspondence with M. McMickle regarding draft final monthly reports for Conway April, May and June invoices (.1) | 0.90 | 347.00 | 312.30 |
| 10/28/14 | PJR | Exchange emails with M. McMickle regarding EY May response and review updated spreadsheet on same (.3); exchange emails with W. Flick on same (.3). | 0.60 | 419.00 | 251.40 |
| 10/28/14 | PJR | Review KCC response to June preliminary report. | 0.10 | 419.00 | 41.90 |
| 10/29/14 | DRD | Continue reviewing July 2014 invoice of Jones Day (1.9) and begin drafting preliminary report (1.6); confer with R. Fishman regarding issue pertaining to lumping (.2); confer with J. Ellman regarding lumping issue (.1); draft lengthy memorandum to J. Ellman regarding lumping issue (1.1). | 4.90 | 267.00 | 1,308.30 |
| 10/29/14 | GEG | Email correspondence with A. Hudson regarding Conway's April, May and June final report excerpts (.1); review email and Conway billing analysis through September 2014 from M. Hausman (Conway) (.1) | 0.20 | 347.00 | 69.40 |
| 10/29/14 | PJR | Review email and related papers from Jones Day regarding discrepancies between Fee Examiner party invoices and fee applications (.4); review fee applications regarding same (.4); exchange emails with D. Doyle and A. Hudson on same (.3); email to L. Buonome (JD) on same (.2). | 1.30 | 419.00 | 544.70 |
| 10/29/14 | PJR | Confer with R. Fishman on fee mediation issues (.2); review email from Judge Rosen regarding same (.1). | 0.30 | 419.00 | 125.70 |
| 10/30/14 | AH | Review first interim fee application for discrepancies highlighted by | 1.00 | 248.00 | 248.00 |

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

October 31, 2014  
Invoice 16667

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | EY (.5); conference with P. Roberts re same (.1); draft email to P. Roberts summarizing discrepancies highlighted by EY and relevant portions of first fee application that explain them (.4). | | | |
| 10/30/14 | MSR | Prepare final monthly reports (2.6); review KCC responses to June resolutions (.3). | 2.90 | 267.00 | 774.30 |
| 10/30/14 | DRD | Continue drafting Jones Day preliminary report for June 2014 (.4); confer with R. Fishman (.1) and email J. Ellman (.2) regarding lumping issue. | 0.70 | 267.00 | 186.90 |
| 10/30/14 | GEG | Office conference with R. Fishman regarding reservation of rights language for next quarterly report (.2); draft reservation of rights language (.3); review email and redacted May invoice from M. Hausman of Conway MacKenzie (.1) | 0.60 | 347.00 | 208.20 |
| 10/30/14 | PJR | Review email from A. Hudson regarding Fee Examiner invoices and fee applications (.1); begin reconciliation of same (.2). | 0.30 | 419.00 | 125.70 |
| 10/31/14 | AH | Pulling all verification forms from the City since case filing and creating chart for R. Fishman summarizing receipt of verification forms (1.5); discussion with R. Fishman re verification forms received since case filing (.1); summarize dates of submission for all monthly invoices submitted by every professional for information to be included in Quarterly Report (1.3). | 2.90 | 248.00 | 719.20 |
| 10/31/14 | DRD | Draft and revise final reports for: Jones Day for April (.3), May (.3) and June 2014 (1.0); Brooks Wilkins for April (.4), May (.1) and June 2014 (.4); Dentons for April (.2), May (.2) and June (1.1); and Lazard for April (.2), May (.4) and June (.2); communications with A. Hudson regarding quarterly report filing (.3); confer with R. Fishman regarding Dentons invoices (.1); email to M. Wilkins (.1) and B. Dunn (Lazard) (.1) regarding outstanding items needed for quarterly report. | 5.40 | 267.00 | 1,441.80 |
| 10/31/14 | GEG | Review email and revised/redacted April, May and June invoices and standard v. blended hourly rate comparisons from Marc Swanson of Miller Canfield (.3); email correspondence with R. Fishman regarding fee mediation sessions in December and related confidential communications with parties (.2); email correspondence with R. Fishman and P. Roberts regarding reservation of rights language for quarterly report (.1); review email and redacted June invoice from Julie Wood (Conway) and forward to A. Hudson for inclusion in quarterly report (.1) | 0.70 | 347.00 | 242.90 |
| 10/31/14 | PJR | Exchange emails with W. Flick and B. Pickering regarding EY 2Q 2014 invoices and related matters. | 0.40 | 419.00 | 167.60 |
| 10/31/14 | PJR | Review draft language for 2Q 2014 quarterly report and exchange emails with R. Fishman on same (.4); follow up conference with R. Fishman on same (.2); review City of Detroit corporation counsel letter to Court regarding fees and confer with R. Fishman on same (.2); review Judge Rosen email regarding mediation session (.1). | 0.90 | 419.00 | 377.10 |
| | | **Total Fees** | **112.00** | | **35,335.80** |

Shaw Fishman Glantz & Towbin LLC

| Robert Fishman as Detroit Fee Examiner | October 31, 2014 |
| I.D. 10661-001 - RMF | Invoice 16667 |
| Re: Chapter 9 case | |

## Disbursements

| Date | Description | | | Amount |
|---|---|---|---|---|
| 10/15/14 | Pacer Research; Notice (PJR) | | | 7.10 |
| 10/16/14 | Pacer Research; Docket (PJR) | | | 6.00 |
| 10/24/14 | Photocopy; July and August Examiner Monthly invoices (C. Knez) | 40 @ | 0.10 | 4.00 |
| 10/24/14 | Pacer Research; Docket (PJR) | | | 19.50 |
| | **Total Disbursements** | | | **36.60** |

| | |
|---|---|
| **Total Fees and Disbursements** | 35,372.40 |
| **Total Current Charges** | 35,372.40 |
| Balance Forward | 92,729.88 |
| **Total Amount Due** | **128,102.28** |

Page: 8

13-53846-tjt   Doc 8935-1   Filed 12/22/14   Entered 12/22/14 13:48:44   Page 14 of 18

# EXHIBIT C



**Kapila/Mukamal**
CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 530
10/31/2014
Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **BUSINESS ANALYSIS (BANKRUPTCY)** | | | | |
| 10/01/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE KURTZMAN CARSON JUNE 2014 INVOICE. | 1.30 | 202.80 |
| 10/01/2014 | MCP | REFORMAT DENTONS AUGUST 2014 INVOICE IN EXCEL 2013. | 0.30 | 46.80 |
| 10/01/2014 | MMM | REVIEW KURTZMAN CARSON JUNE SPREADSHEET AND TRANSMIT TO FEE REVIEW TEAM. | 0.10 | 34.20 |
| 10/01/2014 | MMM | BEGIN REVIEWING CONWAY MACKENZIE INVOICE FOR JULY 2014 AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 1.40 | 478.80 |
| 10/02/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE FOLEY LARDNER AUGUST 2014 INVOICE. | 0.30 | 46.80 |
| 10/02/2014 | MMM | REVIEW SUB CONTRACTOR BILLING ANALYSIS PREPARED BY CONWAY MACKENZIE. | 0.10 | 34.20 |
| 10/02/2014 | MMM | CONTINUE REVIEW OF CONWAY MACKENZIE JULY INVOICE AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 1.40 | 478.80 |
| 10/02/2014 | JEG | REVIEW G.GOUVEIA'S PRELIMINARY REPORT FOR CONWAY MACKENZIE'S JUNE INVOICE. | 0.10 | 27.20 |
| 10/03/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE LAZARD AUGUST 2014 INVOICE. | 0.20 | 31.20 |
| 10/08/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE PEPPER HAMILTON SEPTEMBER 2014 INVOICE. | 0.90 | 140.40 |
| 10/08/2014 | MMM | TRACK RECEIPT OF SEPTEMBER INVOICES - PEPPER HAMILTON, BROOKS WILKINS AND OTTENWESS. | 0.20 | 68.40 |
| 10/09/2014 | MCP | REFORMAT CONWAY MACKENZIE JULY 2014 INVOICE IN EXCEL 2013. | 0.60 | 93.60 |
| 10/09/2014 | MMM | FINAL REVIEW OF CONWAY MACKENZIE JULY INVOICE (.1); PREPARE SCHEDULE OF GLOBAL ALLOCATION OF FEES BETWEEN JUNIOR AND SENIOR PROFESSIONALS (.2); DRAFT EMAIL TO G. GOUVEIA SUMMARIZING RESULTS OF JULY INVOICE REVIEW (.1). | 0.40 | 136.80 |
| 10/10/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE LAZARD SEPTEMBER 2014 INVOICE. | 0.70 | 109.20 |
| 10/10/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE OTTENWESS SEPTEMBER 2014 INVOICE. | 0.30 | 46.80 |
| 10/15/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE CONWAY MACKENZIE SEPTEMBER 2014 INVOICE. | 0.90 | 140.40 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/15/2014 | MMM | REVIEW CONWAY MACKENZIE RESPONSES TO FEE EXAMINER COMMENTS FOR ADEQUACY AND COMPLETENESS RE: JUNE INVOICE. | 0.50 | 171.00 |
| 10/16/2014 | MMM | REVIEW ERNST & YOUNG JULY INVOICE AND ADD ADDITIONAL COMMENTS FROM FEE REVIEWER TO SPREADSHEET. | 1.80 | 615.60 |
| 10/17/2014 | JEG | CONWAY MACKENZIE AUGUST INVOICE REVIEW: UPDATE FEE AND EXPENSE TRACKING SCHEDULE. | 0.20 | 54.40 |
| 10/17/2014 | JEG | CONWAY MACKENZIE AUGUST INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.90 | 244.80 |
| 10/17/2014 | JEG | CONWAY MACKENZIE AUGUST INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION & DUPLICATE AND REPETITIVE ENTRIES. | 1.60 | 435.20 |
| 10/20/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE DYKEMA AUGUST 2014 INVOICE. | 0.40 | 62.40 |
| 10/20/2014 | MMM | TRACK RECEIPT OF MULTIPLE AUGUST INVOICES. | 0.20 | 68.40 |
| 10/21/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KILPATRICK AUGUST 2014 INVOICE. | 0.40 | 62.40 |
| 10/21/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KURTZMAN CARSON AUGUST 2014 INVOICE. | 0.70 | 109.20 |
| 10/21/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KURTZMAN CARSON JULY 2014 INVOICE. | 1.10 | 171.60 |
| 10/21/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE ERNST AND YOUNG AUGUST 2014 INVOICE. | 1.20 | 187.20 |
| 10/21/2014 | MCP | BEGIN TO EXTRACT, FORMAT, AND SUMMARIZE MILLER CANFIELD AUGUST 2014 INVOICE. | 0.90 | 140.40 |
| 10/21/2014 | MMM | TRACK RECEIPT OF ERNST & YOUNG AND KURTZMAN INVOICES FOR JULY. | 0.20 | 68.40 |
| 10/21/2014 | MMM | REVIEW KURTZMAN CARSON SPREADSHEET FOR JULY AND TRANSMIT TO REVIEW TEAM. | 0.20 | 68.40 |
| 10/21/2014 | JEG | CONWAY MACKENZIE AUGUST INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 7.40 | 2,012.80 |
| 10/21/2014 | JEG | CONWAY MACKENZIE AUGUST INVOICE REVIEW: SUMMARIZE REVIEW RESULTS FOR DISCUSSION WITH M.MCMICKLE. | 0.30 | 81.60 |
| 10/22/2014 | MCP | UPDATE ERNST AND YOUNG AUGUST 2014 INVOICE FOR SUMMARY PAGE RECEIVED AND VERIFY TOTALS. | 0.10 | 15.60 |
| 10/22/2014 | MCP | COMPLETE FORMATTING AND SUMMARIZING MILLER CANFIELD AUGUST 2014 INVOICE. | 0.80 | 124.80 |
| 10/22/2014 | JEG | ERNST & YOUNG AUGUST INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 1.40 | 380.80 |
| 10/22/2014 | JEG | ERNST & YOUNG AUGUST INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE ENTRIES. | 2.10 | 571.20 |
| 10/22/2014 | JEG | ERNST & YOUNG AUGUST INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 3.20 | 870.40 |
| 10/22/2014 | JEG | ERNST & YOUNG AUGUST INVOICE REVIEW: PREPARE SUMMARY OF REVIEW RESULTS FOR DISCUSSION WITH | 0.30 | 81.60 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | M.MCMICKLE. | | |
| 10/23/2014 | JEG | CONWAY MACKENZIE SEPT. INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.70 | 190.40 |
| 10/23/2014 | JEG | CONWAY MACKENZIE SEPT. INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE ENTRIES. | 1.60 | 435.20 |
| 10/24/2014 | JEG | CONWAY MACKENZIE SEPT. INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 1.00 | 272.00 |
| 10/28/2014 | MMM | REVIEW ERNST & YOUNG RESPONSES TO FEE EXAMINER'S COMMENTS FOR MAY INVOICE FOR ADEQUACY AND COMPLETENESS. | 0.40 | 136.80 |
| 10/28/2014 | MMM | REVIEW CONWAY MACKENZIE REVISED JUNE INVOICE AND RESPOND TO G. GOUVEIA. | 0.20 | 68.40 |
| 10/28/2014 | JEG | CONWAY MACKENZIE SEPT. INVOICE REVIEW: CONTINUE CHECKING FOR INCONSISTENT TIME ENTRIES. | 4.20 | 1,142.40 |
| 10/28/2014 | JEG | CONWAY MACKENZIE SEPT. INVOICE REVIEW: SUMMARIZE REVIEW RESULTS FOR DISCUSSION WITH M.MCMICKLE. | 0.20 | 54.40 |
| 10/29/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE DENTONS AUGUST 2014 INVOICE (1.3). RECALCULATE HOURS IN DESCRIPTION AND COMPARE TO AMOUNT BILLED (.4) | 1.70 | 265.20 |
| 10/29/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE MILLER BUCKFIRE AUGUST 2014 INVOICE. | 0.20 | 31.20 |
| 10/29/2014 | MMM | REVIEW CONWAY MACKENZIE QUARTERLY INSERTS FOR APRIL - JUNE AND CONFIRM AMOUNTS FOR FEES AND ADJUSTMENTS. | 0.60 | 205.20 |
| 10/31/2014 | SRK | READ AND RESPOND TO EMAILS FROM FEE EXAMINER, R. FISHMAN (0.4); READ RESERVATION PARAGRAPH TO BE ADDED TO THE QUARTERLY REPORT IN ANTICIPATION OF UPCOMING FEE DISPUTES; REVIEW EMAIL FROM FEE EXAMINER, R. FISHMAN REGARDING MEDIATION OF PROFESSIONAL SERVICES (0.2) | 0.60 | 270.00 |
| 10/31/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE SEGAL AUGUST 2014 INVOICE. | 0.60 | 93.60 |
| 10/31/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE FOLEY LARDNER SEPTEMBER 2014 INVOICE. | 0.40 | 62.40 |
| 10/31/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE MILLIMAN SEPTEMBER 2014 INVOICE. IDENTIFY VARIANCE AND COMMUNICATE TO M. MCMICKLE (KM) | 0.60 | 93.60 |
| 10/31/2014 | MMM | REVIEW 17 SPREADSHEETS FOR AUGUST INVOICES AND PREPARE COMMENTS TO STAFF FOR EDITS. | 0.80 | 273.60 |
| | | | | 12,309.00 |
| EXPENSES | | | | |
| 10/31/2014 | EXP | PRINTED COPY CHARGE - OCTOBER 2014 | | 1.00 |
| | | | | 1.00 |
| | | Total amount of this Invoice | | $12,310.00 |

Invoice payable upon receipt. Thank you for this opportunity to be of service