# EXHIBIT 6-B

SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 15721
July 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 7/31/2014

**Please include Invoice Number with Payment**

| | | |
|---|---|---:|
| Previous Balance | | 116,570.85 |
| Payments | | -74,851.95 |
| Balance Forward | | 41,718.90 |
| Current Fees | 33,372.00 | |
| Total Current Charges | | 33,372.00 |
| **Total Due** | | **75,090.90** |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 20,859.00 | 3,681.00 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| 02/28/14 | 13624 | 45,979.20 | 39,082.32 | 6,896.88 |
| 02/28/14 | 13792 | 27,871.80 | 23,691.03 | 4,180.77 |
| 03/31/14 | 14118 | 27,501.00 | 23,375.85 | 4,125.15 |
| 04/30/14 | 14290 | 25,708.80 | 21,852.48 | 3,856.32 |
| 05/31/14 | 14683 | 42,629.69 | 36,390.98 | 6,238.71 |
| 06/30/14 | 14952 | 19,537.81 | 16,608.49 | 2,929.32 |
| | Totals | 281,065.50 | 239,346.60 | 41,718.90 |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  July 31, 2014
I.D. 10661-002 - RMF  Invoice 15721
Re: Robert Fishman

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/14 | RMF | Reviewed, revised and finalized EY March Preliminary Report (.8). Reviewed draft December Final Monthly Report insert for Dentons (.2), and reviewed emails (.2) and spoke to S. Alberts (.1) re Dentons invoices and the Mediation category. Reviewed emails from M. McMickle re Waller invoices (.2) and emailed D. Lemke re certain questions re same (.2). | 1.70 | 618.00 | 1,050.60 |
| 07/03/14 | RMF | Continued drafting, revising and organizing January and February Final Monthly Reports and Third Quarterly Report. | 4.30 | 618.00 | 2,657.40 |
| 07/07/14 | RMF | Continued drafting, revising and organizing January and February Final Monthly Reports and Third Quarterly Report (3.1). Spoke to I. Bodenstein re Miller Buckfire March Invoice (.1). | 3.20 | 618.00 | 1,977.60 |
| 07/10/14 | RMF | Reviewed, revised and finalized March Preliminary Report and Spreadsheet for Conway. | 0.60 | 618.00 | 370.80 |
| 07/11/14 | RMF | Organized, reviewed and revised January and February Final Monthly Reports. | 3.30 | 618.00 | 2,039.40 |
| 07/14/14 | RMF | Organized, reviewed and revised January and February Final Monthly Reports | 1.30 | 618.00 | 803.40 |
| 07/15/14 | RMF | Organized, reviewed and revised January and February Final Monthly Reports (2.8). Began review of April invoices (1.8). | 4.60 | 618.00 | 2,842.80 |
| 07/16/14 | RMF | Spoke to M. Reiser re KCC failure to send March Invoice and efforts to receive same (.2). Drafted email to J. Ellman re same (.1). Met with A. Hudson, P. Roberts, I. Bodenstein and M. McMickle (by telephone) to discuss review of various US Bank Professionals (.5). Drafted email to D. Lemke re same (.1). | 0.90 | 618.00 | 556.20 |
| 07/21/14 | RMF | Organized, reviewed and revised January and February Final Monthly Reports. | 2.20 | 618.00 | 1,359.60 |
| 07/22/14 | RMF | Reviewed April invoices. | 1.80 | 618.00 | 1,112.40 |
| 07/23/14 | RMF | Reviewed April invoices. | 3.70 | 618.00 | 2,286.60 |
| 07/25/14 | RMF | Continued review of April invoices (3.1). Continued organizing, reviewing and revising February Final Monthly Report (1.7). | 4.80 | 618.00 | 2,966.40 |
| 07/28/14 | RMF | Continued review of April invoices (2.8). Continued organizing, reviewing and revising February Final Monthly Report (.6), and began organizing, reviewing and revising March Final Monthly Report (2.6). | 6.00 | 618.00 | 3,708.00 |
| 07/29/14 | RMF | Continued review of April invoices (3.7). Continued organizing, reviewing and revising March Final Monthly Report (1.2). Began reviewing, finalizing and transmitting April Preliminary Reports (1.3). | 6.20 | 618.00 | 3,831.60 |

Page: 1

13-53846-swr Doc 8088-1 Filed 10/24/14 Entered 10/24/14 13:10:04 Page 3 of 20
13-53846-tjt Doc 8938-5 Filed 12/22/14 Entered 12/22/14 14:28:37 Page 3 of 9

Shaw Fishman Glantz & Towbin LLC

| Robert Fishman as Detroit Fee Examiner | | | | | July 31, 2014 |
| --- | --- | --- | --- | --- | --- |
| I.D. 10661-002 - RMF | | | | | Invoice 15721 |
| Re: Robert Fishman | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 07/30/14 | RMF | Completed review of April invoices (4.1). Continued reviewing, finalizing and transmitting April Preliminary Reports (2.2). | 6.30 | 618.00 | 3,893.40 |
| 07/31/14 | RMF | Began preparing Third Quarterly Report (1.6). Continued reviewing, organizing and finalizing April Preliminary Statements and March Final Reports (1.5). | 3.10 | 618.00 | 1,915.80 |
| | | **Total Fees** | **54.00** | | **33,372.00** |

| | |
| --- | --- |
| **Total Fees and Disbursements** | 33,372.00 |
| **Total Current Charges** | 33,372.00 |
| Balance Forward | 41,718.90 |
| **Total Amount Due** | **75,090.90** |

Page: 2

13-53846-swr Doc 8088-1 Filed 10/24/14 Entered 10/24/14 13:10:04 Page 4 of 20
13-53846-tjt Doc 8938-5 Filed 12/22/14 Entered 12/22/14 14:28:37 Page 4 of 9

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 15957
August 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 8/31/2014

### Please include Invoice Number with Payment

| | | |
|---|---:|---:|
| Balance Forward | | 75,090.90 |
| Current Fees | 21,444.60 | |
| Total Current Charges | | 21,444.60 |
| **Total Due** | | **96,535.50** |

#### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 20,859.00 | 3,681.00 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| 02/28/14 | 13624 | 45,979.20 | 39,082.32 | 6,896.88 |
| 02/28/14 | 13792 | 27,871.80 | 23,691.03 | 4,180.77 |
| 03/31/14 | 14118 | 27,501.00 | 23,375.85 | 4,125.15 |
| 04/30/14 | 14290 | 25,708.80 | 21,852.48 | 3,856.32 |
| 05/31/14 | 14683 | 42,629.69 | 36,390.98 | 6,238.71 |
| 06/30/14 | 14952 | 19,537.81 | 16,608.49 | 2,929.32 |
| 07/31/14 | 15721 | 33,372.00 | 0.00 | 33,372.00 |
| **Totals** | | **314,437.50** | **239,346.60** | **75,090.90** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  August 31, 2014
I.D. 10661-002 - RMF  Invoice 15957
Re: Robert Fishman

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/14 | RMF | Continued organizing, reviewing and revising March Final Monthly Report (1.4). Continued reviewing, finalizing and transmitting April Preliminary Reports (1.1). Reviewed and revised Third Interim Fee Application for Fee Examiner Parties (.8). Discussed same with A. Hudson (.1). Spoke to D. Doyle re various March Final Report inserts and April Preliminary Reports (.2). | 3.60 | 618.00 | 2,224.80 |
| 08/04/14 | RMF | Continued organizing, reviewing and revising March Final Monthly Report (1.3). Continued reviewing and revising Third Quarterly Report (1.3). Continued reviewing, finalizing and transmitting April Preliminary Reports (1.6). | 4.20 | 618.00 | 2,595.60 |
| 08/05/14 | RMF | Continued organizing, reviewing and revising March Final Monthly Report (.7). Continued reviewing and revising Third Quarterly Report (1.6). Discussed same with I. Bodenstein (.2), G. Gouveia (.1) and P. Roberts (.1). Discussed Final Monthly Reports for Jan, Feb and March, and Third Quarterly Report, with A. Hudson (.3). Spoke to D. Doyle several times re Dentons and Jones Day March Final Reports (.3). Final review of and revisions to January, February and March Final Monthly Reports and Third Quarterly Report (2.8). | 6.10 | 618.00 | 3,769.80 |
| 08/07/14 | RMF | Spoke to P. Roberts re Supplement to Second Quarterly Report re EY and Dentons (.2). Spoke to S. Alberts re Dentons invoice issues (.2). Began reviewing May invoices (1.2). | 1.60 | 618.00 | 988.80 |
| 08/08/14 | RMF | Reviewed May invoices. | 1.80 | 618.00 | 1,112.40 |
| 08/19/14 | RMF | Reviewed May invoices. | 2.00 | 618.00 | 1,236.00 |
| 08/20/14 | RMF | Reviewed May invoices (2.8). Spoke to J. Ellman re plan and confirmation hearing issues (.2). Reviewed Kapila June and July invoices (.3). | 3.30 | 618.00 | 2,039.40 |
| 08/21/14 | RMF | Continued review of May invoices. | 2.80 | 618.00 | 1,730.40 |
| 08/22/14 | RMF | Continued review of May invoices. | 1.70 | 618.00 | 1,050.60 |
| 08/25/14 | RMF | Continued review of May invoice. | 4.20 | 618.00 | 2,595.60 |
| 08/27/14 | RMF | Continued review of May invoices. | 2.30 | 618.00 | 1,421.40 |
| 08/29/14 | RMF | Began review of, revisions to and transmittal of May Preliminary Reports. | 1.10 | 618.00 | 679.80 |
| | | **Total Fees** | **34.70** | | **21,444.60** |

|  |  |
|---|---|
| Total Fees and Disbursements | 21,444.60 |
| Total Current Charges | 21,444.60 |

Page: 1

13-53846-swr Doc 8089-1 Filed 10/24/14 Entered 10/24/14 13:12:27 Page 3 of 17
13-53846-tjt Doc 8938-5 Filed 12/22/14 Entered 12/22/14 14:28:37 Page 6 of 9

Shaw Fishman Glantz & Towbin LLC

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | August 31, 2014 |
| I.D. 10661-002 - RMF | Invoice 15957 |
| Re: Robert Fishman | |

| | | |
|---|---|---|
| | Balance Forward | 75,090.90 |
| | **Total Amount Due** | **96,535.50** |

Page: 2

13-53846-swr  Doc 8089-1  Filed 10/24/14  Entered 10/24/14 13:12:27  Page 4 of 17
13-53846-tjt  Doc 8938-5  Filed 12/22/14  Entered 12/22/14 14:28:37  Page 7 of 9

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 16216
September 30, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 9/30/2014

**Please include Invoice Number with Payment**

| | | |
|---|---|---|
| Previous Balance | | 96,535.50 |
| Payments | | -46,594.11 |
| Balance Forward | | 49,941.39 |
| Current Fees | 22,804.20 | |
| Total Current Charges | | 22,804.20 |
| **Total Due** | | **72,745.59** |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---|---|---|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 20,859.00 | 3,681.00 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| 02/28/14 | 13624 | 45,979.20 | 39,082.32 | 6,896.88 |
| 02/28/14 | 13792 | 27,871.80 | 23,691.03 | 4,180.77 |
| 03/31/14 | 14118 | 27,501.00 | 23,375.85 | 4,125.15 |
| 04/30/14 | 14290 | 25,708.80 | 21,852.48 | 3,856.32 |
| 05/31/14 | 14683 | 42,629.69 | 36,390.98 | 6,238.71 |
| 06/30/14 | 14952 | 19,537.81 | 16,608.49 | 2,929.32 |
| 07/31/14 | 15721 | 33,372.00 | 28,366.20 | 5,005.80 |
| 08/31/14 | 15957 | 21,444.60 | 18,227.91 | 3,216.69 |
| **Totals** | | **335,882.10** | **285,940.71** | **49,941.39** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  September 30, 2014
I.D. 10661-002 - RMF  Invoice 16216
Re: Robert Fishman

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/02/14 | RMF | Continued to review May invoices. | 1.10 | 618.00 | 679.80 |
| 09/03/14 | RMF | Completed review of May invoices. | 3.20 | 618.00 | 1,977.60 |
| 09/04/14 | RMF | Reviewed, revised, finalized and transmitted multiple May Preliminary Reports to various professionals, including speaking to members of my team re questions respecting such reports. | 4.10 | 618.00 | 2,533.80 |
| 09/07/14 | RMF | Reviewed and revised Supplement to Quarterly Report for Jan, Feb and March 2014. | 0.60 | 618.00 | 370.80 |
| 09/08/14 | RMF | Reviewed and revised Supplement to Quarterly Report for Jan, Feb and March 2014. | 0.40 | 618.00 | 247.20 |
| 09/11/14 | RMF | Reviewed, revised, finalized and transmitted additional May Preliminary Reports, including several discussions with D. Doyle re same. | 3.40 | 618.00 | 2,101.20 |
| 09/12/14 | RMF | Began review of June invoices. | 1.80 | 618.00 | 1,112.40 |
| 09/15/14 | RMF | Continued to review June invoices. | 2.60 | 618.00 | 1,606.80 |
| 09/16/14 | RMF | Continued reviewing June invoices (1.8). Exchanged emails with J. Ellman re breakdown of asset and mediation categories in June Jones Day invoice (.1). | 1.90 | 618.00 | 1,174.20 |
| 09/17/14 | RMF | Continued reviewing June invoices. | 1.30 | 618.00 | 803.40 |
| 09/18/14 | RMF | Reviewed and revised Supplements to Quarterly Reports for July/Sept 2013 and Oct/Dec 2013 (1.1). Continued reviewing June invoices (1.2). | 2.30 | 618.00 | 1,421.40 |
| 09/19/14 | RMF | Continued to review June invoices. | 2.80 | 618.00 | 1,730.40 |
| 09/21/14 | RMF | Continued review of June invoices. | 2.70 | 618.00 | 1,668.60 |
| 09/23/14 | RMF | Continued review of June invoices. | 4.80 | 618.00 | 2,966.40 |
| 09/24/14 | RMF | Completed review of June invoices. | 3.90 | 618.00 | 2,410.20 |
| | | **Total Fees** | **36.90** | | **22,804.20** |

| | |
|---|---|
| Total Fees and Disbursements | 22,804.20 |
| Total Current Charges | 22,804.20 |
| Balance Forward | 49,941.39 |
| **Total Amount Due** | **72,745.59** |

Page: 1

13-53846-tjt    Doc 8938-5    Filed 12/22/14    Entered 12/22/14 14:28:37    Page 9 of 9