# EXHIBIT 6-C

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 15722
July 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-001 - RMF

Re: Chapter 9 case

For Services Rendered Through 7/31/2014

### Please include Invoice Number with Payment

| | | |
|---|---:|---:|
| Previous Balance | | 160,937.76 |
| Payments | | -98,575.66 |
| Balance Forward | | 62,362.10 |
| Current Fees | 40,458.50 | |
| Total Current Charges | | 40,458.50 |
| **Total Due** | | 102,820.60 |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11728 | 14,028.70 | 11,392.67 | 2,636.03 |
| 09/30/13 | 12045 | 7,662.77 | 6,442.57 | 1,220.20 |
| 10/31/13 | 12413 | 30,352.80 | 25,832.77 | 4,520.03 |
| 12/31/13 | 12979 | 51,396.80 | 43,690.40 | 7,706.40 |
| 01/31/14 | 13351 | 37,702.39 | 32,125.99 | 5,576.40 |
| 02/28/14 | 13625 | 71,014.86 | 60,374.82 | 10,640.04 |
| 02/28/14 | 13793 | 44,703.88 | 38,017.20 | 6,686.68 |
| 03/31/14 | 14117 | 40,290.80 | 34,257.58 | 6,033.22 |
| 04/30/14 | 14291 | 46,810.69 | 39,817.78 | 6,992.91 |
| 05/31/14 | 14684 | 46,311.87 | 39,379.61 | 6,932.26 |
| 06/30/14 | 14951 | 22,796.20 | 19,378.27 | 3,417.93 |
| | Totals | 413,071.76 | 350,709.66 | 62,362.10 |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner
I.D. 10661-001 - RMF
Re: Chapter 9 case

July 31, 2014
Invoice 15722

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/23/14 | IB | Review Milliman revised February 2014 invoice for Final Report insert. | 0.20 | 434.00 | 86.80 |
| 07/01/14 | GEG | Review email and May fee statement and related documents from M. Hausman (Conway) | 0.20 | 347.00 | 69.40 |
| 07/01/14 | PJR | Review Dykema March invoice (.3); draft and edit preliminary report on same (.3); email to R. Fishman on same (.1); continued review and analysis of EY March invoice (2.6). | 3.30 | 419.00 | 1,382.70 |
| 07/02/14 | PJR | Continued review and analysis of EY March invoice (1.9); draft and edit preliminary report on EY March invoice (.9); email to R. Fishman on same (.1). | 2.90 | 419.00 | 1,215.10 |
| 07/03/14 | GEG | Email to A. Hudson regarding status of Miller Canfield response to March preliminary report | 0.10 | 347.00 | 34.70 |
| 07/03/14 | AH | Correspondence with G. Gouveia and Miller Canfield re reminder of deadline to submit redacted January-March invoices | 0.10 | 248.00 | 24.80 |
| 07/06/14 | GEG | Email correspondence with M. McMickle regarding Conway's revised February invoice (.1); email correspondence with A. Hudson regarding Miller Canfield's revised February invoice (.1) | 0.20 | 347.00 | 69.40 |
| 07/07/14 | IB | Review Milliman January and February 2014 final report insert drafts from A. Hudson and suggest revisions | 0.20 | 434.00 | 86.80 |
| 07/07/14 | IB | Review March 2014 Miller Buckfire invoice and spreadsheet from M. McMickle (.6); prepare preliminary report (.2) and revised spreadsheet (.1) and send to R. Fishman | 0.90 | 434.00 | 390.60 |
| 07/07/14 | IB | Email to S. Marken re: redacted February 2014 invoice | 0.10 | 434.00 | 43.40 |
| 07/07/14 | AH | Drafting final reports for January and February, and correspondence with review members re same. | 0.90 | 248.00 | 223.20 |
| 07/07/14 | DRD | Communications with R. Fishman regarding January 2014 final report inserts. | 0.10 | 267.00 | 26.70 |
| 07/08/14 | IB | Review revised redacted February 2014 invoice from Miller Buckfire (.2); prepare February 2014 Final Report Insert and send to R. Fishman (.4) | 0.60 | 434.00 | 260.40 |
| 07/08/14 | GEG | Email correspondence with M. Hausman (Conway) regarding status of March preliminary report (.1); initial review and edit March invoice review spreadsheet (1.8); email correspondence with A. Hudson regarding preparation of February and March final monthly report excerpts for Miller Canfield (.1) | 2.00 | 347.00 | 694.00 |
| 07/09/14 | PJR | Review Dykema response to March preliminary report. | 0.10 | 419.00 | 41.90 |
| 07/09/14 | PJR | Review invoice spreadsheets on GLC Advisors and John Young. | 0.40 | 419.00 | 167.60 |
| 07/10/14 | IB | Review Brooks Wilkins response to March 2014 preliminary report | 0.30 | 434.00 | 130.20 |

Page: 1

Shaw Fishman Glantz & Towbin LLC

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | July 31, 2014 |
| I.D. 10661-001 - RMF | | | | | Invoice 15722 |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | (.2) and arrange meet and confer to resolve open issues (.1). | | | |
| 07/10/14 | GEG | Complete review and edit Conway March invoice review spreadsheet (3.1); draft preliminary report for Conway March invoice (.2); email correspondence with R. Fishman regarding same (.1) | 3.40 | 347.00 | 1,179.80 |
| 07/11/14 | IB | Phone call with M. Wilkins re: resolution discussion concerning Brooks Wilkins March 2014 invoice. | 0.40 | 434.00 | 173.60 |
| 07/11/14 | IB | Finalize and sent Milliman January and February final report excerpts and invoices to R. Fishman. | 0.20 | 434.00 | 86.80 |
| 07/11/14 | PJR | Brief review of revised EY invoices from 4Q 2013 (.7); exchange emails with W. Flick on same (.2). | 0.90 | 419.00 | 377.10 |
| 07/14/14 | IB | Email to Jeff Budin re: Milliman January 2014 invoice and lack of expense detail (.2); further email to J. Budin re: revised invoice. (.1). | 0.30 | 434.00 | 130.20 |
| 07/14/14 | AH | Draft Miller Canfield and Segal final January report excerpts (1.2); correspondence with S. Wohl re February preliminary report (.1); correspondence with G. Gouveia re Miller Canfield March resolution discussions (.1). | 1.40 | 248.00 | 347.20 |
| 07/14/14 | GEG | Draft January and February final monthly report excerpts for Conway (.4); email correspondence with R. Fishman regarding same (.1); email correspondence with M. Hausman regarding Conway's redacted January invoice (.1) | 0.60 | 347.00 | 208.20 |
| 07/14/14 | PJR | Review John Young April invoice (.3); exchange emails with M. McMickle on same (.2). | 0.50 | 419.00 | 209.50 |
| 07/15/14 | AH | Draft resolution comments to Miller Canfield March Invoice | 0.40 | 248.00 | 99.20 |
| 07/15/14 | MSR | Draft Final monthly statement for KCC for January. | 0.40 | 267.00 | 106.80 |
| 07/15/14 | PJR | Exchange emails with M. McMickle regarding EY March and April invoices. | 0.20 | 419.00 | 83.80 |
| 07/15/14 | PJR | Draft and edit Dykema final report inserts for January, February, and March (1.5); email to JJ Chang re Dykema invoices (.1). | 1.60 | 419.00 | 670.40 |
| 07/15/14 | PJR | Review draft insert for Foley January report and related emails of R. Fishman and M. Reiser. | 0.20 | 419.00 | 83.80 |
| 07/16/14 | IB | Begin review of emails from R. Fishman re: Waller and Bodman legal bills (.4); conference call with R. Fishman and Detroit team re: process to review bills (.5) | 0.90 | 434.00 | 390.60 |
| 07/16/14 | AH | Review of correspondence regarding review of US Bank professional in preparation for meeting on same (.2); meeting with P. Roberts, R. Fishman, I. Bodenstein and S. Kapila re review of US Bank professionals invoices and related issues (.4). | 0.60 | 248.00 | 148.80 |
| 07/16/14 | MSR | Draft email to R. Fishman re: KCC's delinquencies in reporting. | 0.50 | 267.00 | 133.50 |
| 07/16/14 | PJR | Review engagement letters for GLC and John Young (.4); begin review of related emails (.6); prepare for and meeting with R. Fishman, I. Bodenstein, A. Hudson, and M. McMickle regarding review of US Bank professionals and related issues (.5); follow up emails with M. McMickle on same (.3). | 1.80 | 419.00 | 754.20 |

Page: 2

13-53846-swr Doc 8088-1 Filed 10/24/14 Entered 10/24/14 13:10:04 Page 8 of 20
13-53846-tjt Doc 8938-6 Filed 12/22/14 Entered 12/22/14 14:28:37 Page 4 of 20

## Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

July 31, 2014  
Invoice 15722

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/16/14 | PJR | Review EY comments on February preliminary report and M. McMickle analysis of same. | 0.30 | 419.00 | 125.70 |
| 07/17/14 | PJR | Review statement of work and related materials on EY engagement on expert opinion matters and associated invoice entries (.4); review City verification of invoices for March (.1); analyze EY responses to preliminary reports for January and February and verify revisions (1.3); draft and edit final EY monthly reports for January and February (1.9). | 3.70 | 419.00 | 1,550.30 |
| 07/18/14 | IB | Email to J. Witten at Bodman re: fee review process and April 2014 invoices. | 0.30 | 434.00 | 130.20 |
| 07/18/14 | IB | Begin review of Waller firm April 2014 invoices | 0.50 | 434.00 | 217.00 |
| 07/18/14 | IB | Begin review of Miller Buckfire April 2014 invoices. | 0.20 | 434.00 | 86.80 |
| 07/18/14 | PJR | Begin verification of revised 3Q EY invoices and drafting of supplemental 3Q report re EY (2.4); brief review of EY response re March invoices (.3); exchange emails with M. McMickle on same (.2); exchange several emails with W. Flick on same and missing October revised invoice (.4) | 3.30 | 419.00 | 1,382.70 |
| 07/20/14 | AH | Begin reviewing April invoices of Miller Canfield and Waller. | 4.50 | 248.00 | 1,116.00 |
| 07/21/14 | IB | Review Miller Buckfire Amended and Restated Change Order to Services contract dated June 16, 2014 (.6) and April 2014 Special Transaction Invoice (.4). | 1.00 | 434.00 | 434.00 |
| 07/21/14 | IB | Review Waller April 2104 Invoice Expense spreadsheet | 0.60 | 434.00 | 260.40 |
| 07/21/14 | IB | Email with M. McMickle re: Bodman invoices for April 2014. | 0.10 | 434.00 | 43.40 |
| 07/21/14 | GEG | Email correspondence with M. Hausman (Conway) regarding revised version of redacted February invoice (.1) and forward to A. Hudson for inclusion in quarterly reporting package (.1); email correspondence with M. Reiser regarding status of Pepper Hamilton information for first quarterly reporting and April preliminary report (.1); review email and redacted January and February invoice from Miller Canfield (.1) | 0.40 | 347.00 | 138.80 |
| 07/21/14 | AH | Review of Miller Canfield April invoice and draf comments on excel sheet (3.6); continue review Waller April invoice (.2) | 3.80 | 248.00 | 942.40 |
| 07/21/14 | AH | Continue work on drafting chronology | 2.10 | 248.00 | 520.80 |
| 07/21/14 | MSR | Draft inserts for final monthly reports for February. | 1.20 | 267.00 | 320.40 |
| 07/21/14 | PJR | Exchange emails with M. McMickle regarding EY response to March preliminary report (.3); review emails on Segal February report (.1). | 0.40 | 419.00 | 167.60 |
| 07/22/14 | IB | Review Bodman April 2014 invoice for March time received from J. Witten (.2); phone call with J. Witten re: needed revisions (.2); email to J. Witten re: sample of acceptable invoice and request to submit revised form of invoice for April 2014 time.(.2) | 0.60 | 434.00 | 260.40 |
| 07/22/14 | IB | Prepare draft of Miller Buckfire April 2014 Preliminary Report. | 1.50 | 434.00 | 651.00 |
| 07/22/14 | GEG | Review and comment on Miller Canfield April invoice (2.3); email correspondence with A. Hudson regarding revised Miller Canfield | 6.60 | 347.00 | 2,290.20 |

Page: 3

13-53846-swr    Doc 8088-1    Filed 10/24/14    Entered 10/24/14 13:10:04    Page 9 of 20  
13-53846-tjt    Doc 8938-6    Filed 12/22/14    Entered 12/22/14 14:28:37    Page 5 of 20

Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

July 31, 2014  
Invoice 15722

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | April invoice review spreadsheet and preparation of preliminary report (.2); review and comment on Conway MacKenzie April invoice and incorporate edits to review spreadsheet (3.1); review spreadsheet comparison of Miller Canfield standard v. blended hourly rate (.1); draft preliminary report for Conway April invoice (.3); email correspondence with M. Hausman (Conway) regarding updated billing analysis to confirm compliance with respect to April invoice (.1); email correspondence with M. McMickle regarding Conway April invoice review (.2); review draft February final monthly report excerpt for Miller Canfield and email comments to A. Hudson (.2); email to R. Fishman with draft preliminary report and review spreadsheet for Conway April invoice (.1) | | | |
| 07/22/14 | AH | Correspondence with S. Wohl regarding Segal's final invoices (.2); drafting final February report excerpts (.8); review Segal April Invoice (.3); talk with P. Roberts re Segal April invoice (.1); revise Miller Canfield final report excerpt and send to R. Fishman (.5); discussion with I. Bodenstein re Waller invoices (.1). | 2.00 | 248.00 | 496.00 |
| 07/22/14 | MSR | Review March invoices for KCC. | 2.80 | 267.00 | 747.60 |
| 07/22/14 | PJR | Brief review of EY May invoice. | 0.30 | 419.00 | 125.70 |
| 07/22/14 | PJR | Review draft final February report insert for Segal (.1); exchange emails with A. Hudson on same (.1); confer with A. Hudson regarding Segal April invoice (.2); review Segal April invoice (.2). | 0.60 | 419.00 | 251.40 |
| 07/23/14 | IB | Revise draft of Miller Buckfire April 2104 Preliminary Report (.4); prepare spreadsheet to go with report (.4); finalize report and spreadsheet and send to R. Fishman (.3) | 1.10 | 434.00 | 477.40 |
| 07/23/14 | IB | Review and approve Kilpatrick April 2014 Preliminary Report | 0.30 | 434.00 | 130.20 |
| 07/23/14 | GEG | Review draft preliminary report for Miller Canfield April invoice (.1) and email correspondence with A. Hudson regarding same (.1) | 0.20 | 347.00 | 69.40 |
| 07/23/14 | DRD | Prepare final report inserts for February 2014 for Jones Day (.8), Dentons (.7), Lazard (.1), and Brooks Wilkins (.2). | 1.80 | 267.00 | 480.60 |
| 07/23/14 | AH | Draft Miller Canfield April preliminary report (.6); draft Segal April preliminary report (.5) | 1.10 | 248.00 | 272.80 |
| 07/23/14 | PJR | Review draft Segal preliminary report for April and exchange emails with A. Hudson on same. | 0.20 | 419.00 | 83.80 |
| 07/23/14 | PJR | Review Dykema April invoice and analyze professional fee issues in connection therewith (1.1); begin draft of preliminary report on Dykema April invoice (.5). | 1.60 | 419.00 | 670.40 |
| 07/24/14 | IB | Review and approve D. Doyle drafts of Brooks Wilkins and Dentons February 2014 final report inserts. | 0.30 | 434.00 | 130.20 |
| 07/24/14 | IB | Review invoice and discuss Ottenwess April 2014 Preliminary Report with M. Reiser | 0.20 | 434.00 | 86.80 |
| 07/24/14 | IB | Review invoice and discuss Milliman April 2014 Preliminary Report with A. Hudson (.2); revise draft of Preliminary Report (.2) | 0.40 | 434.00 | 173.60 |
| 07/24/14 | GEG | Email correspondence with M. Hausman regarding status of Conway response to March preliminary report (.1); office | 0.20 | 347.00 | 69.40 |

Page: 4

13-53846-swr Doc 8088-1 Filed 10/24/14 Entered 10/24/14 13:10:04 Page 10 of 20  
13-53846-tjt Doc 8938-6 Filed 12/22/14 Entered 12/22/14 14:28:37 Page 6 of 20

Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

July 31, 2014  
Invoice 15722

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | conference with M. Reiser regarding preliminary report for Pepper Hamilton April invoice (.1) | | | |
| 07/24/14 | AH | Review Milliman April invoice and draft preliminary report | 0.60 | 248.00 | 148.80 |
| 07/24/14 | MSR | Review March invoices for Pepper Hamilton (.8); Review April invoices for Pepper Hamilton, Ottenwess, and Foley (3.1). | 3.90 | 267.00 | 1,041.30 |
| 07/24/14 | PJR | Confer with M. Reiser regarding KCC March and April invoices (.1); review related emails with D. Foster of KCC on same (.1); review email from M. Paque on same (.1). | 0.30 | 419.00 | 125.70 |
| 07/24/14 | PJR | Confer with M. Reiser regarding Foley April invoice. | 0.10 | 419.00 | 41.90 |
| 07/25/14 | GEG | Email correspondence with M. McMickle regarding Conway's responses to March preliminary report | 0.10 | 347.00 | 34.70 |
| 07/25/14 | DRD | Review Dentons invoice spreadsheets. | 1.00 | 267.00 | 267.00 |
| 07/25/14 | AH | Updating January final report per request of R. Fishman (.8); begin drafting 3rd interim fee application (1.1). | 1.90 | 248.00 | 471.20 |
| 07/25/14 | PJR | Review updated EY invoices for October, January and February and reconciliations from EY on same (.6); email to M. McMickle on same (.1); edits to supplemental monthly report for July, August and September (1.2) | 1.90 | 419.00 | 796.10 |
| 07/25/14 | PJR | Confer with M. Reiser regarding KCC response to comments on March invoice. | 0.20 | 419.00 | 83.80 |
| 07/25/14 | PJR | Review Fifth Amended Plan with attention to added provisions regarding Fee Examiner (.4); exchange emails with R. Fishman on same (.2) | 0.60 | 419.00 | 251.40 |
| 07/25/14 | PJR | Edits to Dykema April preliminary report (.5); email to R. Fishman on same (.1). | 0.60 | 419.00 | 251.40 |
| 07/27/14 | GEG | Review Conway responses to March preliminary report and M. McMickle draft resolution comments (1.0); email correspondence with M. McMickle regarding same (.2) | 1.20 | 347.00 | 416.40 |
| 07/28/14 | GEG | Email correspondence with M. McMickle and R. Fishman regarding Conway's responses to March preliminary report (.2); incorporate R. Fishman comments into resolution comments section of Conway March invoice review spreadsheet (.2) and follow up email correspondence with R. Fishman for approval of same (.1); email to M. Hausman (Conway) regarding Fee Examiner's proposed resolution comments for Conway's March invoice (.2) | 0.70 | 347.00 | 242.90 |
| 07/28/14 | MSR | Draft March final reports for professionals. | 1.10 | 267.00 | 293.70 |
| 07/28/14 | PJR | Edits to EY 3Q Final Monthly Report and Supplemental Quarterly Report (2.5); review revised invoices for October 2013 and January and February 2014 (.3); exchange emails with W. Flick on same (.3); draft and edit final March Report for EY (.9); emails to R. Fishman on same (.2); exchange emails with M. McMickle on same (.3). | 4.50 | 419.00 | 1,885.50 |
| 07/28/14 | PJR | Exchange emails with J. Chang regarding Dykema redacted 1Q 2014 invoices (.2); review same (.1); email to A. Hudson on same (.1). | 0.40 | 419.00 | 167.60 |

Page: 5

13-53846-swr Doc 8088-1 Filed 10/24/14 Entered 10/24/14 13:10:04 Page 11 of 20  
13-53846-tjt Doc 8938-6 Filed 12/22/14 Entered 12/22/14 14:28:37 Page 7 of 20

Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

July 31, 2014  
Invoice 15722

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/29/14 | IB | Email with J. Witten re: Bodman April 2014 invoice | 0.10 | 434.00 | 43.40 |
| 07/29/14 | DRD | Continue review of Dentons invoice for April 2014. | 2.00 | 267.00 | 534.00 |
| 07/29/14 | AH | Updating Detroit final January and February reports with specific information for certain professionals (.9); continue drafting 3rd interim fee application (1.3). | 2.20 | 248.00 | 545.60 |
| 07/29/14 | MSR | Review April invoices and draft preliminary reports. | 3.90 | 267.00 | 1,041.30 |
| 07/29/14 | PJR | Edits to EY revised July-September final report. | 0.30 | 419.00 | 125.70 |
| 07/30/14 | IB | Revise draft of Miller Buckfire April 2014 preliminary report | 0.30 | 434.00 | 130.20 |
| 07/30/14 | IB | Review Dentons April 2014 invoice for preliminary report | 1.00 | 434.00 | 434.00 |
| 07/30/14 | DRD | Review Jones Day April 2014 invoice. | 4.60 | 267.00 | 1,228.20 |
| 07/30/14 | AH | Continue drafting 3rd interim fee application | 2.80 | 248.00 | 694.40 |
| 07/30/14 | MSR | Review KCC April invoice and draft preliminary report. | 2.20 | 267.00 | 587.40 |
| 07/30/14 | PJR | Exchange emails with M. McMickle regarding US Bank professionals' invoices. | 0.10 | 419.00 | 41.90 |
| 07/31/14 | IB | Finalize Miller Buckfire April 2014 monthly report and provide to R. Fishman. | 0.30 | 434.00 | 130.20 |
| 07/31/14 | IB | Meet with D. Doyle to review Dentons April 2014 invoice comments | 0.30 | 434.00 | 130.20 |
| 07/31/14 | IB | Review revised Bodman April 2014 invoices | 0.40 | 434.00 | 173.60 |
| 07/31/14 | IB | Review revised April 2014 expense submissions from C Rogers for Waller (.3); discuss with A. Hudson (.1) | 0.40 | 434.00 | 173.60 |
| 07/31/14 | GEG | Review Conway's revised March invoice (.3); email correspondence with M. McMickle and M. Hausman (Conway) regarding same (.1); draft Conway insert for March final monthly report (.2) and email to R. Fishman regarding same (.1); review draft Miller Canfield insert for March final monthly report (.1) and email correspondence with A. Hudson regarding same (.1) | 0.90 | 347.00 | 312.30 |
| 07/31/14 | DRD | Continue review of Jones Day April 2014 invoice (3.6) and Dentons April 2014 invoice (1.1); draft Jones Day (2.3) and revise Dentons (.3) preliminary report for April 2014. | 7.30 | 267.00 | 1,949.10 |
| 07/31/14 | AH | Finish drafting Fee Application (.6); correspondence with review team and certain professionals re status of submitting redacted/revised invoices for quarterly report (.7); discussion with I. Bodenstein re Bodman April invoice (.1); Draft Segal final March report and Miller Canfield final March report (.8); revise Exhibit A to Fee application. | 2.20 | 248.00 | 545.60 |
| 07/31/14 | PJR | Exchange emails with A. Hudson regarding revised 1Q 2014 EY invoices. | 0.20 | 419.00 | 83.80 |
| | | **Total Fees** | **121.70** | | **40,458.50** |

|  |  |
|---|---|
| Total Fees and Disbursements | 40,458.50 |
| Total Current Charges | 40,458.50 |
| Balance Forward | 62,362.10 |

Page: 6

13-53846-swr  Doc 8088-1  Filed 10/24/14  Entered 10/24/14 13:10:04  Page 12 of 20  
13-53846-tjt  Doc 8938-6  Filed 12/22/14  Entered 12/22/14 14:28:37  Page 8 of 20

Shaw Fishman Glantz & Towbin LLC

| Robert Fishman as Detroit Fee Examiner | July 31, 2014 |
| --- | --- |
| I.D. 10661-001 - RMF | Invoice 15722 |
| Re: Chapter 9 case | |

                                   **Total Amount Due**           102,820.60

Page: 7

13-53846-swr  Doc 8088-1  Filed 10/24/14  Entered 10/24/14 13:10:04  Page 13 of 20
13-53846-tjt  Doc 8938-6  Filed 12/22/14  Entered 12/22/14 14:28:37  Page 9 of 20

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800  
Chicago, IL 60654  
(312) 541-0151  

Fed Tax ID: 36-3844420

Invoice 15958  
August 31, 2014

Robert Fishman as Detroit Fee Examiner  
c/o Shaw Fishman Glantz and Towbin  
Chicago, IL 60654

ID: 10661-001 - RMF  
Re: Chapter 9 case  
For Services Rendered Through 8/31/2014

**Please include Invoice Number with Payment**

| | | |
|---|---:|---:|
| Balance Forward | | 102,820.60 |
| Current Fees | 26,328.00 | |
| Current Disbursements | 292.40 | |
| Total Current Charges | | 26,620.40 |
| **Total Due** | | **129,441.00** |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11728 | 14,028.70 | 11,392.67 | 2,636.03 |
| 09/30/13 | 12045 | 7,662.77 | 6,442.57 | 1,220.20 |
| 10/31/13 | 12413 | 30,352.80 | 25,832.77 | 4,520.03 |
| 12/31/13 | 12979 | 51,396.80 | 43,690.40 | 7,706.40 |
| 01/31/14 | 13351 | 37,702.39 | 32,125.99 | 5,576.40 |
| 02/28/14 | 13625 | 71,014.86 | 60,374.82 | 10,640.04 |
| 02/28/14 | 13793 | 44,703.88 | 38,017.20 | 6,686.68 |
| 03/31/14 | 14117 | 40,290.80 | 34,257.58 | 6,033.22 |
| 04/30/14 | 14291 | 46,810.69 | 39,817.78 | 6,992.91 |
| 05/31/14 | 14684 | 46,311.87 | 39,379.61 | 6,932.26 |
| 06/30/14 | 14951 | 22,796.20 | 19,378.27 | 3,417.93 |
| 07/31/14 | 15722 | 40,458.50 | 0.00 | 40,458.50 |
| Totals | | 453,530.26 | 350,709.66 | 102,820.60 |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

August 31, 2014  
Invoice 15958

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/14 | IB | Review and approve Dentons April 2014 preliminary report and spreadsheet draft from D. Doyle. | 0.30 | 434.00 | 130.20 |
| 08/01/14 | IB | Review and approve A. Hudson draft of Milliman March 2014 final report insert | 0.10 | 434.00 | 43.40 |
| 08/01/14 | IB | Phone call with S. Marken re: March 2014 preliminary report (.1); prepare March 2014 final report insert and send to R. Fishman (.5) | 0.60 | 434.00 | 260.40 |
| 08/01/14 | IB | Review and approve form of Brooks Wilkins April 2014 preliminary report from D. Doyle | 0.30 | 434.00 | 130.20 |
| 08/01/14 | AH | Draft Milliman March final report excerpt (.4); review revisions to third interim fee app from R. Fishman (.1); update the February final report with receipt dates of Professionals' February invoices and other information (.5); revise third interim fee application in accordance with comments from R. Fishman (.5). | 1.50 | 248.00 | 372.00 |
| 08/01/14 | DRD | Review Brooks Wilkins (1.7) and Lazard (.1) invoices for April 2014; draft preliminary reports for same (.3). | 2.10 | 267.00 | 560.70 |
| 08/01/14 | PJR | Confer with M. Reiser regarding KCC April preliminary report. | 0.10 | 419.00 | 41.90 |
| 08/01/14 | PJR | Brief review of Foley June invoice. | 0.10 | 419.00 | 41.90 |
| 08/01/14 | GEG | Review email and redacted March invoice from Conway MacKenzie | 0.10 | 347.00 | 34.70 |
| 08/01/14 | MSR | Review KCC's April invoice and speak with R. Fishman re: issues. | 3.40 | 267.00 | 907.80 |
| 08/03/14 | DRD | Draft final report inserts for Jones Day (1.1) and Brooks Wilkins (.3) and communications with R. Fishman, B. Smith (Lazard) and S. Alberts (Dentons) regarding same (.4). | 1.80 | 267.00 | 480.60 |
| 08/04/14 | IB | Review Bodman spreadsheet of April 2014 invoice and mark up for A. Hudson to prepare preliminary report. | 0.30 | 434.00 | 130.20 |
| 08/04/14 | IB | Review and approve March 2014 final report insert for Kilpatrick from A. Hudson. | 0.10 | 434.00 | 43.40 |
| 08/04/14 | IB | Review and revise draft of quarterly report for first quarter 2014 and give to R. Fishman. | 0.50 | 434.00 | 217.00 |
| 08/04/14 | GEG | Email correspondence with M. Hausman (Conway) regarding status of Fee Examiner's quarterly report (.1); office conference with M. Reiser regarding Pepper Hamilton response to April preliminary report (.1); review email correspondence from R. Fishman and S. Kapila regarding draft quarterly report (.2) | 0.40 | 347.00 | 138.80 |
| 08/04/14 | DRD | Review March 2014 invoice of Jones Day and draft email to J. Ellman regarding same (1.2); communications with Lazard regarding March 2014 invoice and response to preliminary report (.4); communications with R. Fishman regarding same (.1); communications with M. Wilkins regarding redacted invoices (.1); | 2.50 | 267.00 | 667.50 |

Page: 1

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | August 31, 2014 | |
| I.D. 10661-001 - RMF | | | | Invoice 15958 | |
| Re: Chapter 9 case | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | communications with A. Hudson regarding same (.1); communications with J. Ellman regarding redacted invoices (.2); communications with S. Alberts and R. Fishman regarding March 2014 preliminary report and invoice (.4). | | | |
| 08/04/14 | PJR | Review draft of Third Quarterly Report and related emails. | 0.40 | 419.00 | 167.60 |
| 08/05/14 | IB | Review Dentons spreadsheet response and revised March 2014 invoice for March final report insert. | 0.50 | 434.00 | 217.00 |
| 08/05/14 | IB | Review G. Gouveia and S. Kapila comments to form of quarterly report (.2) and discuss with R. Fishman (.1) | 0.30 | 434.00 | 130.20 |
| 08/05/14 | GEG | Review and edit draft quarterly report (.3) and email correspondence with R. Fishman regarding same (.1) | 0.40 | 347.00 | 138.80 |
| 08/05/14 | PJR | Review drafts of quarterly report and related emails (.7); confer with R. Fishman on same (.1); review Fee Examiner fee application (.3); confer with A. Hudson on same (.1). | 1.20 | 419.00 | 502.80 |
| 08/05/14 | DRD | Communications with J. Ellman regarding March 2014 invoice (.3); communications with R. Fishman regarding Jones Day March 2014 invoice (.2); communications with A. Hudson regarding February and March 2014 invoice of Jones Day (.3); review and revise January, February and March 2014 final reports (1.8); draft correspondence to Jones Day regarding February 2014 reduction after calculating deduction (1.3). | 3.90 | 267.00 | 1,041.30 |
| 08/05/14 | AH | Updating February and March Monthly final reports and reviewing second quarterly report on ECF to prepare for filing (1.2); compiling and organizing professionals' January, February, and March monthly invoices to include with third quarterly report (2.2); make revisions to third quarterly report, including adding monthly summary charts (1.8); work with J. Hampton on getting third quarterly report and attendant exhibits on system and organized for filing (.7); finalize and compile exhibits for third interim fee application for filing (.5); revising final January monthly report (.5); file third quarterly report (.7) | 7.60 | 248.00 | 1,884.80 |
| 08/06/14 | DRD | Communication with R. Fishman regarding report supplements. | 0.10 | 267.00 | 26.70 |
| 08/08/14 | PJR | Review Segal response to April preliminary report. | 0.10 | 419.00 | 41.90 |
| 08/11/14 | PJR | Exchange emails with M. McMickle regarding US Bank invoices. | 0.20 | 419.00 | 83.80 |
| 08/11/14 | PJR | Review Dykema revised April invoice (.3); draft and edit Dykema April final report insert (.5); email to JJ Chang on final April Dykema invoice (.1). | 0.90 | 419.00 | 377.10 |
| 08/13/14 | PJR | Brief review of EY May spreadsheet and associated summary from M. McMickle. | 0.30 | 419.00 | 125.70 |
| 08/13/14 | GEG | Phone call with Jon Green (Miller Canfield) regarding billing categorization question. | 0.10 | 347.00 | 34.70 |
| 08/14/14 | GEG | Email correspondence with A. Hudson regarding Miller Canfield May invoice review (.1); email correspondence with M. Reiser regarding Pepper Hamilton May invoice review (.1) | 0.20 | 347.00 | 69.40 |
| 08/14/14 | DRD | Communications with J. Ellman regarding supplement to Jones Day | 0.10 | 267.00 | 26.70 |

Page: 2

13-53846-swr Doc 8089-1 Filed 10/24/14 Entered 10/24/14 13:12:27 Page 8 of 17
13-53846-tjt Doc 8938-6 Filed 12/22/14 Entered 12/22/14 14:28:37 Page 12 of 20

| Robert Fishman as Detroit Fee Examiner | August 31, 2014 |
|---|---|
| I.D. 10661-001 - RMF | Invoice 15958 |
| Re: Chapter 9 case | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | report. | | | |
| 08/14/14 | PJR | Review and analysis of EY April invoice. | 2.20 | 419.00 | 921.80 |
| 08/15/14 | DRD | Prepare amended final report for Dentons December 2013 invoice (.8) and Jones Day March 2014 invoice (.7). | 1.50 | 267.00 | 400.50 |
| 08/15/14 | PJR | Confer with D. Doyle regarding supplement to 4Q 2013 Report (.1); review emails and attachments from D. Doyle on same (.3). | 0.40 | 419.00 | 167.60 |
| 08/17/14 | GEG | Review emails and July invoice submissions from M. Hausman (Conway) | 0.10 | 347.00 | 34.70 |
| 08/18/14 | PJR | Continued review and analysis of EY April invoice (2.9); brief review of EY June invoice (.3); | 3.20 | 419.00 | 1,340.80 |
| 08/18/14 | AH | Reviewing Miller Canfield May Invoice. | 2.20 | 248.00 | 545.60 |
| 08/19/14 | AH | Continue review of Miller Canfield May invoice. | 1.10 | 248.00 | 272.80 |
| 08/19/14 | PJR | Exchange emails with M. McMickle regarding EY invoices (.1); review W. Flick email regarding EY holdback issues and exchange emails with him on same (.3). | 0.40 | 419.00 | 167.60 |
| 08/20/14 | AH | Continue review of Miller Canfield May Invoice | 1.30 | 248.00 | 322.40 |
| 08/21/14 | DRD | Communications with R. Fishman regarding May preliminary reports. | 0.10 | 267.00 | 26.70 |
| 08/21/14 | AH | Complete review and spreadsheet of Miller Canfield May invoice and send to G. Gouveia for comment | 1.40 | 248.00 | 347.20 |
| 08/22/14 | GEG | Email correspondence with R. Fishman and M. Reiser regarding status of May invoice review and preliminary report for Pepper Hamilton, Conway Mackenzie and Miller Canfield (.1); review City verification forms for April invoices of Pepper Hamilton, Conway Mackenzie and Miller Canfield (.1) | 0.20 | 347.00 | 69.40 |
| 08/22/14 | DRD | Communications with J. Ellman regarding amended supplemental report for March 2014. | 0.20 | 267.00 | 53.40 |
| 08/22/14 | MSR | Review May invoices for Pepper Hamilton, KCC, and Foley. | 4.70 | 267.00 | 1,254.90 |
| 08/24/14 | GEG | Review and edit resolution comments for Conway MacKenzie April invoice (.9); email correspondence with M. McMickle and R. Fishman regarding same (.2); email correspondence with M. Hausman (Conway) regarding status of April resolution discussions and May preliminary report (.1); review and edit review spreadsheet for Miller Canfield May invoice (1.5) and email correspondence with A. Hudson regarding same (.1) review and edit review spreadsheet for Conway MacKenzie May invoice (2.4), draft preliminary report (.2) and email correspondence with R. Fishman regarding same (.1) | 5.50 | 347.00 | 1,908.50 |
| 08/24/14 | PJR | Continuing review and analysis of EY April invoice. | 3.40 | 419.00 | 1,424.60 |
| 08/25/14 | IB | Review and approve Milliman May 2014 preliminary report and spreadsheet. | 0.20 | 434.00 | 86.80 |
| 08/25/14 | IB | Review and approve Kilpatrick May 2014 preliminary report and spreadsheet. | 0.20 | 434.00 | 86.80 |
| 08/25/14 | PJR | Review Segal May invoice (.2); review draft preliminary report and spreadsheet on same (.2); exchange emails with A. Hudson on same (.1). | 0.50 | 419.00 | 209.50 |

Page: 3

13-53846-swr Doc 8089-1 Filed 10/24/14 Entered 10/24/14 13:12:27 Page 9 of 17
13-53846-tjt Doc 8938-6 Filed 12/22/14 Entered 12/22/14 14:28:37 Page 13 of 20

**Shaw Fishman Glantz & Towbin LLC**

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | August 31, 2014 |
| I.D. 10661-001 - RMF | Invoice 15958 |
| Re: Chapter 9 case | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/25/14 | PJR | Draft and edit EY April preliminary report (.4); edits to associated spreadsheet (.3). | 0.70 | 419.00 | 293.30 |
| 08/25/14 | IB | Prepare draft of Miller Buckfire May 2014 Preliminary Report and Spreadsheet (.6); revise and send to R. Fishman (.2) | 0.80 | 434.00 | 347.20 |
| 08/25/14 | GEG | Email correspondence with A. Hudson regarding Miller Canfield May invoice review and issues related to preliminary report (.1); office conference with M. Reiser regarding Pepper Hamilton May invoice review (.1); review draft preliminary report for Miller Canfield May invoice (.1) | 0.30 | 347.00 | 104.10 |
| 08/25/14 | PJR | Review and analyze Dykema May invoice (.5); draft and edit preliminary report on Dykema May invoice (.4). | 0.90 | 419.00 | 377.10 |
| 08/25/14 | DRD | Draft supplement to third quarterly report and related exhibit. | 2.10 | 267.00 | 560.70 |
| 08/25/14 | PJR | Review Fee Examiner invoices for June (.2); draft and edit notice of Fee Examiner invoices for June (.4). | 0.60 | 419.00 | 251.40 |
| 08/25/14 | PJR | Review EY correspondence on 1Q 2014 discrepancies and analyze same. | 0.60 | 419.00 | 251.40 |
| 08/25/14 | AH | Review of and draft report for Milliman May invoice (.4); review of and draft report for Kilpatrick May invoice (.5); review of and draft reports for Segal May Invoice and Bodman April invoices (1.1); review of Waller April Invoice and begin drafting spreadsheet of comments (4.0). | 6.00 | 248.00 | 1,488.00 |
| 08/26/14 | GEG | Review Pepper Hamilton May invoice (.7); email correspondence with M. Reiser regarding comments to Pepper Hamilton May invoice review spreadsheet and preliminary report (.1) | 0.80 | 347.00 | 277.60 |
| 08/26/14 | IB | Review and revise Bodman April 2014 preliminary report draft from A. Hudson. | 0.30 | 434.00 | 130.20 |
| 08/26/14 | IB | Review Brooks Wilkins response to April 2014 preliminary report (.4); phone call with M. Wilkins and D. Doyle re: resolution discussion (.4). | 0.80 | 434.00 | 347.20 |
| 08/26/14 | DRD | Review and revise supplement to third quarterly report (1.1) and confer with P. Roberts regarding same (.1). | 1.20 | 267.00 | 320.40 |
| 08/27/14 | PJR | Review S. Wohl email regarding 1Q report on Segal (.1); email with A. Hudson on same (.1). | 0.20 | 419.00 | 83.80 |
| 08/27/14 | MSR | May review and preliminary reports | 6.80 | 267.00 | 1,815.60 |
| 08/28/14 | DRD | Review May 2014 invoice of Dentons (.9); coordinate filing of supplement to third quarterly report (.3). | 1.20 | 267.00 | 320.40 |
| 08/29/14 | GEG | Review R. Fishman transmittal email to M. Hausman (Conway) regarding May preliminary report and calendar deadline to complete resolution discussions. | 0.10 | 347.00 | 34.70 |
| 08/29/14 | DRD | Continue review of Dentons May 2014 invoice (1.9); communications with P. Roberts, J. Ellman, and R. Fishman regarding supplement to third quarterly report (.4). | 2.30 | 267.00 | 614.10 |
| | | **Total Fees** | **85.00** | | **26,328.00** |

Page: 4

13-53846-swr Doc 8089-1 Filed 10/24/14 Entered 10/24/14 13:12:27 Page 10 of 17
13-53846-tjt Doc 8938-6 Filed 12/22/14 Entered 12/22/14 14:28:37 Page 14 of 20

Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

August 31, 2014  
Invoice 15958

## Disbursements

| Date | Description | | | Amount |
|---|---|---|---|---|
| 08/04/14 | Photocopy; Quarterly fee report (J. Hampton) | 1984 @ | 0.10 | 198.40 |
| 08/05/14 | Photocopy; Quarterly fee report (J. Hampton) | 940 @ | 0.10 | 94.00 |
| | | **Total Disbursements** | | 292.40 |
| | | **Total Fees and Disbursements** | | 26,620.40 |
| | | **Total Current Charges** | | 26,620.40 |
| | | Balance Forward | | 102,820.60 |
| | | **Total Amount Due** | | 129,441.00 |

Page: 5

13-53846-swr  Doc 8089-1  Filed 10/24/14  Entered 10/24/14 13:12:27  Page 11 of 17
13-53846-tjt  Doc 8938-6  Filed 12/22/14  Entered 12/22/14 14:28:37  Page 15 of 20

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 16215
September 30, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-001 - RMF

Re: Chapter 9 case

For Services Rendered Through 9/30/2014

**Please include Invoice Number with Payment**

| | | |
|---|---:|---:|
| Previous Balance | | 129,441.00 |
| Payments | | -57,060.92 |
| Balance Forward | | 72,380.08 |
| Current Fees | 20,273.10 | |
| Current Disbursements | 76.70 | |
| Total Current Charges | | 20,349.80 |
| **Total Due** | | **92,729.88** |

## Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11728 | 14,028.70 | 11,392.67 | 2,636.03 |
| 09/30/13 | 12045 | 7,662.77 | 6,442.57 | 1,220.20 |
| 10/31/13 | 12413 | 30,352.80 | 25,832.77 | 4,520.03 |
| 12/31/13 | 12979 | 51,396.80 | 43,690.40 | 7,706.40 |
| 01/31/14 | 13351 | 37,702.39 | 32,125.99 | 5,576.40 |
| 02/28/14 | 13625 | 71,014.86 | 60,374.82 | 10,640.04 |
| 02/28/14 | 13793 | 44,703.88 | 38,017.20 | 6,686.68 |
| 03/31/14 | 14117 | 40,290.80 | 34,257.58 | 6,033.22 |
| 04/30/14 | 14291 | 46,810.69 | 39,817.78 | 6,992.91 |
| 05/31/14 | 14684 | 46,311.87 | 39,379.61 | 6,932.26 |
| 06/30/14 | 14951 | 22,796.20 | 19,378.27 | 3,417.93 |
| 07/31/14 | 15722 | 40,458.50 | 34,389.72 | 6,068.78 |
| 08/31/14 | 15958 | 26,620.40 | 22,671.20 | 3,949.20 |
| | Totals | 480,150.66 | 407,770.58 | 72,380.08 |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | September 30, 2014 |
| I.D. 10661-001 - RMF | Invoice 16215 |
| Re: Chapter 9 case | |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/14 | DRD | Review May 2014 invoice of Jones Day. | 0.90 | 267.00 | 240.30 |
| 09/01/14 | PJR | Edits to 1Q 2014 Quarterly Report to address EY corrections (1.5); email to R. Fishman on same (.2). | 1.70 | 419.00 | 712.30 |
| 09/02/14 | GEG | Email correspondence with R. Fishman regarding resolution comments for Conway April invoice | 0.10 | 347.00 | 34.70 |
| 09/02/14 | DRD | Continue review of Dentons May 2014 invoice. | 0.50 | 267.00 | 133.50 |
| 09/03/14 | AH | Review Waller April invoice and continue working on spreadsheet. | 2.80 | 248.00 | 694.40 |
| 09/04/14 | IB | Review Dentons May 2014 invoice/spreadsheet for preliminary report. | 1.10 | 434.00 | 477.40 |
| 09/04/14 | GEG | Email correspondence with R. Fishman regarding resolution discussions for Conway April invoice (.1); email correspondence with M. Hausman (Conway) and R. Fishman regarding extension of time to respond to May preliminary report (.1); email correspondence with R. Fishman and A. Hudson regarding May preliminary report (.1) | 0.30 | 347.00 | 104.10 |
| 09/04/14 | DRD | Communications with I. Bodenstein regarding revisions to Dentons May 2014 preliminary report (.2); draft May preliminary report for Jones Day (3.1). | 3.30 | 267.00 | 881.10 |
| 09/04/14 | AH | Draft May preliminary reports for Milliman, Segal and Kilpatrick (.9); continue working on spreadsheet for Waller April invoice (.7). | 1.60 | 248.00 | 396.80 |
| 09/05/14 | IB | Discuss Denton's May 2014 invoice with R. Fishman | 0.20 | 434.00 | 86.80 |
| 09/05/14 | IB | Review Denton's March-June 2014 invoices re: non-legal employee designations | 0.50 | 434.00 | 217.00 |
| 09/05/14 | IB | Review Brooks Wilkins May 2014 invoice and spreadsheet for preliminary report | 0.40 | 434.00 | 173.60 |
| 09/05/14 | GEG | Review R. Fishman transmittal email to Miller Canfield regarding May preliminary report and calendar deadline for resolution discussions (.1); email correspondence with R. Fishman regarding resolution discussions for Conway April invoice (.1); phone call (.1) and email correspondence (.1) with M. Hausman (Conway) regarding April invoice resolution comments | 0.40 | 347.00 | 138.80 |
| 09/05/14 | DRD | Continue review of Jones Day May 2014 invoice and finalize preliminary report (2.1); communications with J. Ellman and R. Fishman regarding supplement to March 2014 report (.1); draft Brooks Wilkins preliminary report for May 2014 (.2); draft Lazard preliminary report for May 2014 (.2); prepare Dentons preliminary report for May 2014 (.4); communications with I. Bodenstein regarding Dentons and Brooks Wilkins May 2014 invoices (.1). | 3.10 | 267.00 | 827.70 |

Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

September 30, 2014  
Invoice 16215

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/06/14 | IB | Review and revise D. Doyle draft of Dentons May 2104 preliminary report (.3); review and approve D. Doyle draft of Brooks Wilkins May 2014 preliminary report (.1) | 0.40 | 434.00 | 173.60 |
| 09/08/14 | DRD | Finalize supplement to Third Final Quarterly Report and coordinate filing (.4); communications with J. Ellman regarding same (.1); communications with R. Fishman and P. Roberts regarding same (.1); revise preliminary report for Dentons May 2014, communications with I. Bodenstein regarding same, and send to R. Fishman (.4). | 1.00 | 267.00 | 267.00 |
| 09/08/14 | AH | Correspondence with Fee Examiner Team re review status of US Bank professionals. | 0.20 | 248.00 | 49.60 |
| 09/08/14 | PJR | Review R. Fishman email regarding supplement to 1Q 2014 Report (.1); confer with D. Doyle on same (.1); review final version of same (.2). | 0.40 | 419.00 | 167.60 |
| 09/08/14 | PJR | Review A. Hudson email on US Bank professionals and exchange emails with M. McMickle on same. | 0.10 | 419.00 | 41.90 |
| 09/09/14 | GEG | Email correspondence with M. McMickle and M. Reiser regarding Pepper Hamilton August invoice broken down into two parts | 0.10 | 347.00 | 34.70 |
| 09/11/14 | DRD | Communications with R. Fishman regarding Lazard May 2014 invoice. | 0.20 | 267.00 | 53.40 |
| 09/11/14 | PJR | Exchange emails with W. Flick on EY supplemental reports. | 0.20 | 419.00 | 83.80 |
| 09/15/14 | PJR | Brief review of EY June invoice and related email from M. McMickle. | 0.40 | 419.00 | 167.60 |
| 09/16/14 | DRD | Draft supplement to Dentons December 2013 Monthly Report. | 0.80 | 267.00 | 213.60 |
| 09/16/14 | PJR | Draft and edit revised supplement to 3Q 2013 report and associated Final Monthly Report of EY (1.9); draft and edit supplement to 4Q 2013 report (.9); draft and edit associated final report of EY for 4Q 2013 (1.9); confer with D. Doyle on Dentons insert in 4Q 2013 supplemental report (.1). | 4.80 | 419.00 | 2,011.20 |
| 09/17/14 | PJR | Edits to supplemental quarterly reports for 3Q and 4Q 2013. | 2.20 | 419.00 | 921.80 |
| 09/18/14 | GEG | Email correspondence with M. Hausman (Conway) regarding response to May preliminary report (.1); follow up email correspondence with M. McMickle (Kapila) regarding same (.1); review Pepper Hamilton response to May preliminary report (.2) and email correspondence with M. Reiser regarding same (.1); review email and July invoice submission from M. Swanson (Miller Canfield) (.1). | 0.60 | 347.00 | 208.20 |
| 09/18/14 | AH | Compile Detroit supplemental filings (.3); discussion with K. Janecki re PDF sizes and format for supplemental filings (.1); work with K. Janecki on getting supplemental quarterly reports filed (.2). | 0.60 | 248.00 | 148.80 |
| 09/18/14 | PJR | Further edits to 2013 3Q and 4Q quarterly reports (1.1); exchange emails with A. Hudson and R. Fishman on same (.3). | 1.40 | 419.00 | 586.60 |
| 09/19/14 | IB | Email to J. Witten re: no need to submit Bodman invoices | 0.10 | 434.00 | 43.40 |
| 09/19/14 | PJR | Brief review of EY July invoice and related email transmittal correspondence. | 0.30 | 419.00 | 125.70 |

Page: 2

Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

September 30, 2014  
Invoice 16215

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/21/14 | GEG | Review M. McMickle proposed resolution comments for Conway May invoice (.4) and email correspondence with M. McMickle and R. Fishman regarding same (.1) | 0.50 | 347.00 | 173.50 |
| 09/23/14 | GEG | Email correspondence with A. Hudson regarding status of invoice review and reporting for Miller Canfield April, May and June invoices | 0.10 | 347.00 | 34.70 |
| 09/23/14 | PJR | Begin review and analysis of EY May invoice. | 1.70 | 419.00 | 712.30 |
| 09/24/14 | GEG | Briefly review email and September invoice from Pepper Hamilton (.1); email correspondence with M. Reiser regarding status of invoice review and reporting for Pepper Hamilton April, May and June invoices (.1) | 0.20 | 347.00 | 69.40 |
| 09/24/14 | IB | Review Brooks Wilkins June 2014 monthly invoice and give comments to D. Doyle for preliminary report. | 0.40 | 434.00 | 173.60 |
| 09/24/14 | IB | Review Miller Buckfire June 2014 invoice re: preliminary report. | 0.30 | 434.00 | 130.20 |
| 09/24/14 | PJR | Exchange emails with W. Flick regarding 3Q and 4Q 2013 supplemental reports. | 0.20 | 419.00 | 83.80 |
| 09/25/14 | IB | Review Miller Buckfire June 2014 invoice and prepare preliminary report | 0.40 | 434.00 | 173.60 |
| 09/25/14 | IB | Review Milliman June 2014 invoice and spreadsheet for preliminary report | 0.30 | 434.00 | 130.20 |
| 09/25/14 | PJR | Review W. Flick email regarding EY April invoice. | 0.10 | 419.00 | 41.90 |
| 09/26/14 | IB | Finalize and send Miller Buckfire June 2014 preliminary report and spreadsheet to R. Fishman. | 0.20 | 434.00 | 86.80 |
| 09/28/14 | AH | Review Miller Canfield June Invoice. | 2.50 | 248.00 | 620.00 |
| 09/29/14 | GEG | Review and comment on Miller Canfield June invoice review spreadsheet (.9) and email correspondence with A. Hudson regarding same (.2) | 1.10 | 347.00 | 381.70 |
| 09/29/14 | DRD | Review Dentons June 2014 invoice and draft preliminary report (3.1); review Jones Day June 2014 invoice and draft preliminary report (2.1). | 5.20 | 267.00 | 1,388.40 |
| 09/29/14 | AH | Complete review of Miller Canfield June invoice and excel sheet comments (2.3); draft Milliman June report (.2); review Kilpatrick June Invoice and draft preliminary report (.7); review Segal June invoice (.2). | 3.40 | 248.00 | 843.20 |
| 09/29/14 | MSR | Review June monthly invoices for Pepper Hamilton, Ottenwess and Foley. | 4.50 | 267.00 | 1,201.50 |
| 09/29/14 | PJR | Exchange emails with M. McMickle regarding EY April invoice. | 0.20 | 419.00 | 83.80 |
| 09/30/14 | GEG | Review and edit draft resolution comments for Miller Canfield April invoice (.5); review and edit draft resolution comments for Miller Canfield May invoice (.3); review and edit Conway June invoice review spreadsheet (2.4) | 3.20 | 347.00 | 1,110.40 |
| 09/30/14 | DRD | Continue preparing and finalize Jones Day preliminary report for June 2014. | 4.30 | 267.00 | 1,148.10 |
| 09/30/14 | AH | Resolution comments for May and April invoice spreadsheets. | 1.40 | 248.00 | 347.20 |
| 09/30/14 | PJR | Continued analysis of EY May invoice. | 2.20 | 419.00 | 921.80 |

Page: 3

Shaw Fishman Glantz & Towbin LLC

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | September 30, 2014 |
| I.D. 10661-001 - RMF | Invoice 16215 |
| Re: Chapter 9 case | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Total Fees | 63.10 | | 20,273.10 |

### Disbursements

| Date | Description | | | Amount |
|---|---|---|---|---|
| 08/29/14 | Photocopy; Jones Day - May 2014 Reports (KXJ) | 391 @ | 0.10 | 39.10 |
| 09/30/14 | Pacer Research; Filings & Docket (KXJ) | | | 37.60 |
| | Total Disbursements | | | 76.70 |

| | |
|---|---|
| Total Fees and Disbursements | 20,349.80 |
| Total Current Charges | 20,349.80 |
| Balance Forward | 72,380.08 |
| **Total Amount Due** | 92,729.88 |