# EXHIBIT 6-D



# Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

**CITY OF DETROIT, MICHIGAN**
**Client ID: 90000**
**Invoice #278 - 07/31/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| JOSEPH GILLIS - Senior Consultant, CPA | 18.10 | 272.00 | 4,923.20 |
| SONEET RAVI KAPILA - Partner, CPA, CFF, CIRA, CFE | 0.10 | 450.00 | 45.00 |
| MARY MCMICKLE - Partner, CPA, CIRA | 17.80 | 342.00 | 6,087.60 |
| MARK PARISI - Forensic Analyst CPA, CFE | 28.00 | 156.00 | 4,368.00 |
| TOTAL | 64.00 | | $15,423.80 |
| | BLENDED RATE | $241.00 | |
| | TOTAL EXPENSES | | 1.80 |
| TOTAL AMOUNT OF THIS INVOICE | | | $15,425.60 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786-517.5772



## Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-6394135

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 278
07/31/2014
Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 07/01/2014 | MCP | RESOLVE INVOICE COMPRESSION ISSUE AND FORMAT, EXTRACT, AND SUMMARIZE JONES DAY MAY 2014 INVOICE (4.1). RECALCULATE HOURS IN DESCRIPTION AND COMPARE TO HOURS BILLED (1.3) | 5.40 | 842.40 |
| 07/01/2014 | MCP | FORMAT AND SUMMARIZE LAZARD MAY 2014 INVOICE. | 0.10 | 15.60 |
| 07/01/2014 | MCP | BEGIN TO EXTRACT, FORMAT AND SUMMARIZE DENTONS MAY 2014 INVOICE. | 0.80 | 124.80 |
| 07/01/2014 | MMM | REVIEW SPREADSHEETS AND RELATED INVOICES FOR THREE NEW PROFESSIONALS AND TRANSMIT TO REVIEW TEAM WITH COMMENTS RELATING TO DEFICIENCIES IN INVOICE FORMAT AND CONTENT. | 1.10 | 376.20 |
| 07/02/2014 | MCP | COMPLETE DENTONS MAY INVOICE (.8); RECALCUALTE HOURS IN DESCRIPTION AND COMPARE TO AMOUNT BILLED (1.0) | 1.80 | 280.80 |
| 07/02/2014 | MCP | FORMAT AND SUMMARIZE CONWAY MACKENZIE MAY 2014 INVOICE. | 1.10 | 171.60 |
| 07/06/2014 | MMM | TRACK RECEIPT OF WALLER REVISED INVOICE AND DRAFT EMAIL TO STAFF WITH SUGGESTED DOWNLOAD PROCEDURES. | 0.10 | 34.20 |
| 07/06/2014 | MMM | REVIEW CONWAY MACKENZIE REVISED FEBRUARY INVOICE TO CONFIRM AGREED UPON RESOLUTIONS TO FEE EXAMINER COMMENTS WERE ADDRESSED. | 0.40 | 136.80 |
| 07/06/2014 | MMM | REVIEW CONWAY MACKENZIE APRIL INVOICE AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 2.80 | 957.60 |
| 07/07/2014 | MCP | RE-EXTRACT WALLER LANDSEN APRIL 2014 INVOICE TO INCLUDE NEW BILLING CATEGORIES AND UPDATE INVOICE SPREADSHEET. | 2.40 | 374.40 |
| 07/07/2014 | MCP | REFORMAT CONWAY MACKENZIE APRIL 2014 INVOICE | 0.60 | 93.60 |
| 07/07/2014 | MMM | REVIEW REVISED SPREADSHEET FOR WALLER AND TRANSMIT TO FEE REVIEW TEAM. | 0.10 | 34.20 |
| 07/07/2014 | MMM | PREPARE ANALYSIS OF CONWAY MACKENZIE GLOBAL ALLOCATION OF FEES BETWEEN JUNIOR AND SENIOR PROFESSIONAL RE: APRIL INVOICE. | 0.30 | 102.60 |
| 07/07/2014 | MMM | FINAL REVIEW OF CONWAY MACKENZIE SPREADSHEET FOR APRIL INVOICE. | 0.30 | 102.60 |
| 07/07/2014 | MMM | DRAFT EMAIL TO G. GOUVEIA WITH SUMMARY OF CONWAY | 0.20 | 68.40 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | MACKENZIE INVOICE REVIEW FOR APRIL. | | |
| 07/07/2014 | MMM | TRACK RECEIPT AND PRELIMINARY REVIEW OF BODMAN MAY INVOICE. | 0.10 | 34.20 |
| 07/07/2014 | JEG | ERNST & YOUNG APRIL INVOICE REVIEW: CONTINUE AND FINALIZE CHECKING FOR INCONSISTENT TIME ENTRIES. | 5.10 | 1,387.20 |
| 07/07/2014 | JEG | ERNST & YOUNG APRIL INVOICE REVIEW: SUMMARIZE RESULTS OF APRIL INVOICE REVIEW FOR DISCUSSION WITH M.MCMICKLE. | 0.30 | 81.60 |
| 07/08/2014 | JEG | CONWAY MACKENZIE MAY 2014 INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.60 | 163.20 |
| 07/08/2014 | JEG | CONWAY MACKENZIE MAY 2014 INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE TIME ENTRIES. | 0.40 | 108.80 |
| 07/08/2014 | JEG | CONWAY MACKENZIE MAY 2014 INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 3.10 | 843.20 |
| 07/09/2014 | MMM | DRAFT EMAIL TO P. ROBERTS SUMMARIZING INITIAL REVIEW OF GLC ADVISORS AND JOHN YOUNG INVOICES AND DEFICIENCIES IN BOTH. | 0.30 | 102.60 |
| 07/09/2014 | MMM | BEGIN REVIEW OF ERNST & YOUNG APRIL INVOICE AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 1.10 | 376.20 |
| 07/09/2014 | JEG | CONWAY MACKENZIE MAY 2014 INVOICE REVIEW: CONTINUE CHECKING FOR INCONSISTENT TIME ENTRIES. | 2.40 | 652.80 |
| 07/09/2014 | JEG | CONWAY MACKENZIE MAY 2014 INVOICE REVIEW: PREPARE REVIEW SUMMARY FOR DISCUSSION W/ M.MCMICKLE. | 0.20 | 54.40 |
| 07/11/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE FOLEY LARDNER APRIL 2014 INVOICE. | 0.30 | 46.80 |
| 07/11/2014 | MMM | TRACK RECEIPT AND PRELIMINARY REVIEW OF INVOICES FROM FOLEY LARDNER AND BROOKS WILKINS. | 0.20 | 68.40 |
| 07/11/2014 | MMM | REVIEW JOHN YOUNG MARCH - APRIL INVOICE AND ADD COMMENTS TO SPREADSHEET. | 0.20 | 68.40 |
| 07/14/2014 | MMM | REVIEW FOLEY LARDNER SPREADSHEET FOR APRIL AND TRANSMIT TO REVIEW TEAM. | 0.10 | 34.20 |
| 07/14/2014 | MMM | CONTINUE REVIEW OF ERNST & YOUNG APRIL INVOICE AND ADD COMMENTS TO SPREADSHEET. | 0.90 | 307.80 |
| 07/15/2014 | MCP | MEETING W/ J.GILLIS TO DISCUSS STATUS OF PREPARATION OF ERNST & YOUNG'S APRIL INVOICE FOR KAPILA REVIEW. | 0.10 | 15.60 |
| 07/15/2014 | JEG | MEETING W/ M.PARISI TO DISCUSS STATUS OF PREPARATION OF ERNST & YOUNG'S APRIL INVOICE FOR REVIEW. | 0.10 | 27.20 |
| 07/15/2014 | SRK | TELEPHONE CALL WITH M. MCMICKLE REGARDING QUARTERLY REPORT DEADLINE | 0.10 | 45.00 |
| 07/15/2014 | MCP | RESEARCH AND REVISE ERNST AND YOUNG APRIL SPREADSHEET. | 0.10 | 15.60 |
| 07/15/2014 | MCP | REFORMAT ERNST AND YOUNG APRIL INVOICE. | 0.60 | 93.60 |
| 07/15/2014 | MMM | COMPLETE REVIEW OF ERNST & YOUNG PROFESSIONAL FEES RE: APRIL INVOICE. | 0.60 | 205.20 |
| 07/15/2014 | MMM | REVIEW ERNST & YOUNG EXPENSES SUBMITTED IN APRIL | 0.20 | 68.40 |

| Date | Prof | Description | Hours | Amount |
|---|---|---|---|---|
| | | SPREADSHEET. | | |
| 07/15/2014 | MMM | PREPARE SPREADSHEET OF GLOBAL ALLOCATION OF PROFESSIONAL FEES BETWEEN JUNIOR AND SENIOR PROFESSIONALS FOR COMPARISON WITH PRIOR MONTHS. | 0.30 | 102.60 |
| 07/15/2014 | MMM | DRAFT EMAIL TO P. ROBERTS SUMMARIZING ERNST & YOUNG INVOICE REVIEW. | 0.40 | 136.80 |
| 07/15/2014 | MMM | TELEPHONE CALL WITH S. KAPILA REGARDING QUARTERLY REPORT DEADLINE | 0.10 | 34.20 |
| 07/16/2014 | MMM | TELEPHONE CONFERENCE WITH R. FISHMAN, I. BODENSTEIN, A. HUDSON AND P. ROBERTS RE: DISCUSS DEFICIENCIES IN INVOICES OF US BANK PROFESSIONALS AND TASKS TO BRING INTO COMPLIANCE WITH FEE ORDER. | 0.50 | 171.00 |
| 07/16/2014 | MMM | BEGIN READING MULTIPLE EMAILS FROM R. FISHMAN IN PREPARATION FOR CALL RE: US BANK PROFESSIONALS INVOICE REVIEW. | 0.40 | 136.80 |
| 07/16/2014 | MMM | CONTINUE READING MULTIPLE EMAILS FROM R. FISHMAN AND IDENTIFYING NEW INVOICES FROM US BANK PROFESSIONALS. | 0.60 | 205.20 |
| 07/18/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE PEPPER HAMILTON MAY 2014 | 1.40 | 218.40 |
| 07/18/2014 | MCP | SETUP AND EXTRACT BODMAN MAY 2014 INVOICES. | 0.40 | 62.40 |
| 07/18/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE JOHN S YOUNG JR MAY 2014 INVOICE | 0.30 | 46.80 |
| 07/18/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE TWO WALLER LANDSEN MAY 2014 INVOICES. | 1.90 | 296.40 |
| 07/18/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE SEGAL MAY 2014 INVOICE. | 0.70 | 109.20 |
| 07/18/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE OTTENWESS JUNE 2014 INVOICE. | 0.40 | 62.40 |
| 07/20/2014 | MMM | TRACK RECEIPT OF MAY INVOICES FOR DYKEMA, KILPATRICK, MILLER CANFIELD. | 0.20 | 68.40 |
| 07/20/2014 | MMM | BEGIN REVIEWING ERNST & YOUNG RESPONSES TO FEE EXAMINER COMMENTS FOR MARCH INVOICE FOR ADEQUACY AND COMPLETENESS. | 0.40 | 136.80 |
| 07/21/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE MILLER BUCKFIRE APRIL 2014 INVOICE. | 0.30 | 46.80 |
| 07/21/2014 | MMM | REVIEW BODMAN APRIL INVOICE AND DRAFT EMAIL TO FEE REVIEW TEAM REQUESTING HOURLY RATES FOR PROFESSIONALS. | 0.20 | 68.40 |
| 07/21/2014 | MMM | CONTINUE REVIEW OF ERNST & YOUNG RESPONSES TO FEE EXAMINER COMMENTS RE: MARCH INVOICE. | 0.40 | 136.80 |
| 07/22/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE ERNST AND YOUNG MAY 2014 INVOICE. | 2.30 | 358.80 |
| 07/22/2014 | MCP | BEGIN TO EXTRACT, FORMAT, AND SUMMARIZE MILLER CANFIELD MAY 2014 INVOICE. | 0.40 | 62.40 |
| 07/22/2014 | MMM | REVIEW MILLER BUCKFIRE EXPENSES INCLUDED WITH APRIL INVOICE AND DRAFT EMAIL TO I. BODENSTEIN WITH COMMENTS. | 0.40 | 136.80 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/22/2014 | MMM | TRACK RECEIPT AND PRELIMINARY REVIEW OF ERNST & YOUNG MAY INVOICE. | 0.20 | 68.40 |
| 07/23/2014 | MCP | IDENTIFY CHANGES IN ERNST AND YOUNG REVISED MAY 2014 AND REFORMAT INVOICE. | 0.90 | 140.40 |
| 07/23/2014 | MCP | COMPLETE MILLER CANFIELD MAY 2014 INVOICE, EXTRACTION, AND SUMMARY | 0.40 | 62.40 |
| 07/23/2014 | MCP | FORMAT, EXTRACT, SUMMARIZE KILPATRICK AND ASSOCIATES MAY 2014. | 0.70 | 109.20 |
| 07/23/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE DYKEMA MAY 2014 INVOICE. | 1.20 | 187.20 |
| 07/23/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE KURTZMAN CARSON MARCH 2014 INVOICE. | 1.70 | 265.20 |
| 07/23/2014 | JEG | ERNST & YOUNG MAY 2014 INVOICE REVIEW: PREPARE ANALYSIS OF FEES AND EXPENSES FROM INCEPTION FOR COMPARISON TO CURRENT MONTH INVOICE AMOUNTS. | 0.60 | 163.20 |
| 07/23/2014 | JEG | ERNST & YOUNG MAY 2014 INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.60 | 163.20 |
| 07/23/2014 | JEG | ERNST & YOUNG MAY 2014 INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE ENTRIES. | 1.50 | 408.00 |
| 07/23/2014 | JEG | ERNST & YOUNG MAY 2014 INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 0.50 | 136.00 |
| 07/24/2014 | MMM | RESPOND TO EMAIL REQUESTS FROM M. REISER RE: KURTZMAN CARSON MARCH AND APRIL INVOICE AND PEPPER HAMILTON APRIL INVOICE. | 0.10 | 34.20 |
| 07/24/2014 | JEG | ERNST & YOUNG MAY 2014 INVOICE REVIEW: CONTINUE CHECKING FOR INCONSISTENT TIME ENTRIES. | 2.20 | 598.40 |
| 07/24/2014 | JEG | ERNST & YOUNG MAY 2014 INVOICE REVIEW: PREPARE SUMMARY OF INVOICE REVIEW FOR DISCUSSION W/ M.MCMICKLE. | 0.50 | 136.00 |
| 07/25/2014 | MMM | REVIEW RESPONSES FROM CONWAY MACKENZIE FOR REVIEW TEAM COMMENTS FOR MARCH INVOICE FOR ADEQUACY AND COMPLETENESS. | 0.40 | 136.80 |
| 07/25/2014 | MMM | REVIEW REVISED MAY INVOICE SUBMITTED BY ERNST & YOUNG. | 0.20 | 68.40 |
| 07/26/2014 | MMM | REVIEW SIXTEEN SPREADSHEETS FOR MAY INVOICES PRIOR TO TRANSMITTING TO FEE REVIEW TEAMS. | 0.90 | 307.80 |
| 07/27/2014 | MMM | RESPOND TO EMAIL FROM G. GOUVEIA RE: CONCERNS WITH CONWAY MACKENZIE RESPONSES TO FEE EXAMINER TEAM COMMENTS. | 0.20 | 68.40 |
| 07/28/2014 | MMM | TRANSMIT ALL SPREADSHEETS FOR MAY INVOICES TO FEE EXAMINER REVIEW TEAM. | 0.60 | 205.20 |
| 07/28/2014 | MMM | READ THE JULY/AUGUST AND SEPTEMBER MONTHLY REPORTS FOR ERNST & YOUNG, CONFIRMING FEE REQUESTS AND DISCOUNTS TAKEN (0.90); PROVIDE COMMENTS TO FEE EXAMINER (0.10) | 1.00 | 342.00 |
| 07/29/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KURTZMAN CARSON | 1.70 | 265.20 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | APRIL 2014 INVOICE. | | |
| 07/29/2014 | MMM | REVIEW APRIL SPREADSHEET FOR KURTZMAN CARSON AND TRANSMIT TO FEE REVIEW TEAM. | 0.10 | 34.20 |
| 07/29/2014 | MMM | TRACK RECEIPT OF JUNE INVOICES FOR DENTONS AND MILLIMAN AND APRIL INVOICE FOR KURTZMAN CARSON. | 0.20 | 68.40 |
| 07/30/2014 | MMM | REVIEW CONWAY MACKENZIE REVISED INVOICE FOR MARCH AND CONFIRM THAT ALL ADJUSTMENTS WERE PROPERLY MADE. | 0.80 | 273.60 |
| 07/31/2014 | MMM | TRACK RECEIPT OF MULTIPLE MAY AND JUNE INVOICES. | 0.20 | 68.40 |
| | | | | 15,423.80 |

**EXPENSES**

| Date | Init | Description | | Amount |
|---|---|---|---|---|
| 07/31/2014 | EXP | COPY CHARGE | | 1.80 |
| | | | | 1.80 |

| | | | Total amount of this invoice | $15,425.60 |
|---|---|---|---|---|

Invoice payable upon receipt. Thank you for this opportunity to be of service.



# Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

**CITY OF DETROIT, MICHIGAN**
**Client ID: 90000**
**Invoice #353 - 08/31/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| JOSEPH GILLIS - Senior Consultant, CPA | 10.50 | 272.00 | 2,856.00 |
| SONEET RAVI KAPILA - Partner, CPA, CFF, CIRA, CFE | 1.10 | 450.00 | 495.00 |
| MARY MCMICKLE - Partner, CPA, CIRA | 10.40 | 342.00 | 3,556.80 |
| MARK PARISI - Forensic Analyst CPA, CFE | 36.50 | 156.00 | 5,694.00 |
| TOTAL | 58.50 | | $12,601.80 |
| BLENDED RATE | | $215.42 | |

TOTAL AMOUNT OF THIS INVOICE     $12,601.80

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011  F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771  F 786.517.5772



## Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 353
08/31/2014

Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| BUSINESS ANALYSIS (BANKRUPTCY) |
| 08/01/2014 | MMM | TRACK RECEIPT OF JONES DAY AND CONWAY MACKENZIE JUNE INVOICES. | 0.10 | 34.20 |
| 08/01/2014 | MMM | REVIEW CONWAY MACKENZIE MAY INVOICES AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 2.30 | 786.60 |
| 08/04/2014 | SRK | REVIEW E-MAIL FROM FEE EXAMINER REGARDING THIRD QUARTERLY REPORT TOGETHER WITH REVIEWING DRAFT THIRD QUARTERLY REPORT ATTACHED TO SAME E-MAIL, AND PROVIDE COMMENTS TO R. FISHMAN AS REQUESTED. | 0.90 | 405.00 |
| 08/04/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE BODMAN APRIL 2014 INVOICES. | 0.80 | 124.80 |
| 08/04/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE FOLEY LARDNER MAY 2014 INVOICE. | 0.40 | 62.40 |
| 08/04/2014 | MCP | FORMAT AND SUMMARIZE CONWAY MACKENZIE JUNE 2014 INVOICE. | 1.20 | 187.20 |
| 08/04/2014 | MMM | READ DRAFT QUARTERLY REPORT AND RESPOND TO EMAIL. | 0.20 | 68.40 |
| 08/04/2014 | JEG | CONWAY MACKENZIE JUNE INVOICE REVIEW: PREPARE ANALYSIS COMPARING CURRENT MONTH FEES, SUBCONTRACTOR CHARGES AND EXPENSES TO HISTORICAL AVERAGES SINCE INCEPTION. | 0.70 | 190.40 |
| 08/04/2014 | JEG | CONWAY MACKENZIE JUNE INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 1.50 | 408.00 |
| 08/04/2014 | JEG | CONWAY MACKENZIE JUNE 2014 INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE TIME ENTRIES. | 1.60 | 435.20 |
| 08/04/2014 | JEG | CONWAY MACKENZIE JUNE 2014 INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 2.90 | 788.80 |
| 08/05/2014 | SRK | READ EMAIL AND REVISIONS TO THIRD QUARTERLY REPORT SENT BY G. GOUVEIA | 0.20 | 90.00 |
| 08/05/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE SEGAL JUNE 2014 INVOICE. | 0.80 | 124.80 |
| 08/05/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE DENTONS JUNE 2014 INVOICE (1.7). RECALCULATE HOURS IN DESCRPTION AND COMPARE TO AMOUNTS BILLED (.8) | 2.50 | 390.00 |
| 08/05/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE JONES DAY JUNE 2014 | 4.10 | 639.60 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | INVOICE. | | |
| 08/05/2014 | JEG | PERFORM DETAIL REVIEW OF QUARTERLY REPORT; RELATED CORRESPONDENCE WITH M.MCMICKLE. | 0.50 | 136.00 |
| 08/05/2014 | JEG | CONWAY MACKENZIE JUNE 2014 INVOICE REVIEW: CONTINUE CHECKING FOR INCONSISTENT TIME ENTRIES. | 2.40 | 652.80 |
| 08/06/2014 | MCP | RECALCULATE HOURS IN JONES DAY JUNE 2014 INVOICE AND COMPARE TO HOURS BILLED. | 1.30 | 202.80 |
| 08/06/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE FOLEY AND LARDNER JUNE 2014 INVOICE. | 0.60 | 93.60 |
| 08/06/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE LAZARD JUNE 2014 INVOICE. | 0.60 | 93.60 |
| 08/06/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE MILLIMAN JUNE 2014 INVOICE. | 0.40 | 62.40 |
| 08/06/2014 | JEG | CONWAY MACKENZIE JUNE 2014 INVOICE REVIEW: SUMMARIZE RESULTS OF INVOICE REVIEW FOR DISCUSSION WITH M.MCMICKLE. | 0.90 | 244.80 |
| 08/08/2014 | MCP | REFORMAT CONWAY MACKENZIE JUNE 2014 INVOICE. | 0.70 | 109.20 |
| 08/08/2014 | MCP | REFORMAT CONWAY MACKENZIE MAY 2014 INVOICE. | 0.90 | 140.40 |
| 08/08/2014 | MMM | PREPARE ANALYSIS OF GLOBAL ALLOCATION OF FEES BETWEEN JUNIOR AND SENIOR LEVEL PROFESSIONALS RE: CONWAY MACKENZIE MAY INVOICE. | 0.30 | 102.60 |
| 08/08/2014 | MMM | DRAFT EMAIL TO G. GOUVEIA SUMMARIZING REVIEW OF CONWAY MACKENZIE MAY INVOICE. | 0.30 | 102.60 |
| 08/08/2014 | MMM | FINAL REVIEW OF CONWAY MACKENZIE'S MAY INVOICE AND SPREADSHEET. | 0.20 | 68.40 |
| 08/11/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE PEPPER HAMILTON JUNE 2014 INVOICE. | 1.10 | 171.60 |
| 08/11/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE BODMAN JUNE 2014 INVOICES. | 0.40 | 62.40 |
| 08/11/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE PEPPER HAMILTON JULY 2014 INVOICE. | 1.10 | 171.60 |
| 08/11/2014 | MMM | TRACK RECEIPT OF MAY AND JUNE INVOICES. | 0.20 | 68.40 |
| 08/11/2014 | MMM | REVIEW CONWAY MACKENZIE RESPONSES TO FEE EXAMINER'S COMMENTS FOR ADEQUACY AND COMPLETENESS RE: APRIL INVOICE. | 1.10 | 376.20 |
| 08/11/2014 | MMM | BEGIN REVIEW ERNST & YOUNG INVOICE FOR MAY, IDENTIFY ADDITIONAL DEFICIENCIES AND ADD COMMENTS TO SPREADSHEET. | 1.60 | 547.20 |
| 08/12/2014 | MMM | TRACK RECEIPT OF OTTENWESS JULY INVOICE AND MILLER BUCKFIRE MAY INVOICE. | 0.10 | 34.20 |
| 08/12/2014 | MMM | CONTINUE REVIEW OF ERNST & YOUNG MAY INVOICE, IDENTIFY DEFICIENCIES AND ADD COMMENTS TO SPREADSHEET. | 1.20 | 410.40 |
| 08/12/2014 | MMM | PREPARE SCHEDULE OF GLOBAL ALLOCATION OF FEES BETWEEN SENIOR AND JUNIOR PROFESSIONALS REGARDING ERNST & YOUNG MAY INVOICE | 0.30 | 102.60 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/12/2014 | MMM | DRAFT EMAIL TO P. ROBERTS SUMMARIZING REVIEW OF ERNST & YOUNG'S MAY INVOICE. | 0.30 | 102.60 |
| 08/13/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE MILLER BUCKFIRE MAY 2014 INVOICE. | 0.30 | 46.80 |
| 08/13/2014 | MCP | REFORMAT ERNST AND YOUNG MAY 2014 INVOICE. | 0.70 | 109.20 |
| 08/13/2014 | MMM | REVIEW MILLER BUCKFIRE MAY INVOICE SPREADSHEET AND TRANSMIT TO FEE EXAMINER REVIEW TEAM. | 0.10 | 34.20 |
| 08/13/2014 | MMM | REVIEW ERNST & YOUNG EXPENSES INCLUDED WITH MAY INVOICE. | 0.40 | 136.80 |
| 08/14/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE OTTENWESS JULY 2014 INVOICE | 0.40 | 62.40 |
| 08/18/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE CONWAY MACKENZIE JULY 2014 INVOICE. | 0.90 | 140.40 |
| 08/18/2014 | MMM | TRACK RECEIPT OF JUNE INVOICES FOR DYKEMA, MILLER CANFIELD AND KILPATRICK. | 0.20 | 68.40 |
| 08/19/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE ERNST AND YOUNG JUNE 2014 INVOICE. | 1.80 | 280.80 |
| 08/22/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE MILLER CANFIELD JUNE 2014 INVOICE. | 1.10 | 171.60 |
| 08/22/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KILPATRICK JUNE 2014 INVOICE. | 0.40 | 62.40 |
| 08/22/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE DYKEMA JUNE 2014 INVOICE. | 0.80 | 124.80 |
| 08/25/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE MILLIMAN JULY 2014 INVOICE. | 0.60 | 93.60 |
| 08/25/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE LAZARD JULY 2014 INVOICE. | 0.30 | 46.80 |
| 08/25/2014 | MMM | RESEARCH AND RESPOND TO REQUEST FOR REVISED SPREADSHEET RE: WALLER APRIL INVOICES. | 0.10 | 34.20 |
| 08/26/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE KURTZMAN CARSON MAY 2014 INVOICE | 1.20 | 187.20 |
| 08/26/2014 | MMM | REVIEW SPREADSHEET FOR KURTZMAN CARSON FOR MAY AND TRANSMIT TO FEE REVIEW TEAM. | 0.20 | 68.40 |
| 08/27/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE BODMAN JULY 2014 INVOICES. | 0.80 | 124.80 |
| 08/27/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE BROOKS WILKINS JULY 2014 INVOICE. | 1.30 | 202.80 |
| 08/27/2014 | MCP | BEGIN TO EXTRACT, FORMAT AND SUMMARIZE JONES DAY JULY INVOICE. | 0.60 | 93.60 |
| 08/27/2014 | MCP | MAKE VARIOUS REVISIONS TO JUNE 2014 INVOICES. | 0.30 | 46.80 |
| 08/27/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE BROOKS WILKINS JUNE 2014 INVOICE | 1.10 | 171.60 |
| 08/27/2014 | MMM | TRACK RECEIPT OF JONES DAY JULY INVOICE. | 0.10 | 34.20 |
| 08/27/2014 | MMM | REVIEW FIFTEEN SPREADSHEETS FOR JUNE INVOICES (.6); DRAFT EMAIL TO STAFF WITH EDITS (.1). | 0.70 | 239.40 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/28/2014 | MCP | COMPLETE JONES DAY JULY INVOICE (2.8). RECALCULATE HOURS IN DESCRIPTION AND COMPARE TO HOURS BILLED (1.1) | 3.90 | 608.40 |
| 08/28/2014 | MMM | TRANSMIT JUNE SPREADSHEETS TO REVIEW TEAMS. | 0.40 | 136.80 |
| 08/29/2014 | MCP | REVIEW OF JONES DAY JUNE 2014 INVOICE FOR PROPER CELL DISPLAY | 0.40 | 62.40 |
| 08/29/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE DENTONS JULY 2014 INVOICE (1.6). RECALCULATE HOURS AND COMPARE TO AMOUNT BILLED (.8) | 2.40 | 374.40 |
| 08/29/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE FOLEY LARDNER JULY 2014 INVOICE. | 0.30 | 46.80 |

                                                         12,601.80

                             Total amount of this invoice      $12,601.80

Invoice payable upon receipt. Thank you for this opportunity to be of service.



# Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

**CITY OF DETROIT, MICHIGAN**
**Client ID: 90000**
**Invoice #433 - 09/30/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| JOSEPH GILLIS - Senior Consultant, CPA | 18.40 | 272.00 | 5,004.80 |
| MARY MCMICKLE - Partner, CPA, CIRA | 8.60 | 342.00 | 2,941.20 |
| MARK PARISI - Forensic Analyst CPA, CFE | 17.70 | 156.00 | 2,761.20 |
| TOTAL | 44.70 | | $10,707.20 |
| BLENDED RATE | | $239.53 | |
| TOTAL EXPENSES | | | 0.30 |
| TOTAL AMOUNT OF THIS INVOICE | | | $10,707.50 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011  F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771  F 786-517.5772



**Kapila/Mukamal**

CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 433
09/30/2014
Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 09/02/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE SEGAL JULY 2014 INVOICE. | 0.70 | 109.20 |
| 09/03/2014 | MMM | PREPARE GLOBAL ANALYSIS OF FEES SPLIT BETWEEN JUNIOR AND SENIOR PROFESSIONALS REGARDING CONWAY MACKENZIE JUNE INVOICE | 0.30 | 102.60 |
| 09/03/2014 | MMM | DRAFT EMAIL TO G. GOUVEIA SUMMARIZING REVIEW OF JUNE INVOICE FOR CONWAY MACKENZIE. | 0.20 | 68.40 |
| 09/03/2014 | MMM | REVIEW CONWAY MACKENZIE INVOICE FOR JUNE AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 1.80 | 615.60 |
| 09/04/2014 | MCP | REFORMAT CONWAY MACKENZIE JUNE 2014 INVOICE. | 0.60 | 93.60 |
| 09/04/2014 | JEG | REVIEW ERNST & YOUNG JUNE INVOICE: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.50 | 136.00 |
| 09/04/2014 | MCP | BEGIN TO REFORMAT ERNST AND YOUNG JUNE 2014 INVOICE. | 0.40 | 62.40 |
| 09/04/2014 | JEG | REVIEW ERNST & YOUNG JUNE INVOICE: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE ENTRIES. | 2.10 | 571.20 |
| 09/05/2014 | JEG | REVIEW ERNST & YOUNG JUNE INVOICE: CHECK FOR INCONSISTENT TIME ENTRIES. | 2.50 | 680.00 |
| 09/05/2014 | JEG | REVIEW ERNST & YOUNG JUNE INVOICE: PREPARE SUMMARY REPORT OF REVIEW FINDINGS FOR DISCUSSION WITH M.MCMICKLE. | 0.60 | 163.20 |
| 09/08/2014 | JEG | REVIEW CONWAY MACKENZIE JULY 2014 INVOICE: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE TIME ENTRIES. | 1.00 | 272.00 |
| 09/08/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE BROOKS WILKINS AUGUST 2014 INVOICE. | 0.70 | 109.20 |
| 09/08/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE MILLER BUCKFIRE JUNE 2014 INVOICE. | 0.30 | 46.80 |
| 09/08/2014 | MMM | BEGIN REVIEW OF ERNST & YOUNG JUNE INVOICE AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 0.90 | 307.80 |
| 09/08/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE PEPPER HAMILTON AUGUST 2014 INVOICE. | 0.70 | 109.20 |
| 09/08/2014 | JEG | REVIEW CONWAY MACKENZIE JULY 2014 INVOICE: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 1.70 | 462.40 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/09/2014 | JEG | REVIEW CONWAY MACKENZIE JULY 2014 INVOICE; PREPARE SUMMARY OF REVIEW RESULTS FOR DISCUSSION WITH M.MCMICKLE. | 0.40 | 108.80 |
| 09/09/2014 | MMM | CONTINUE REVIEW OF ERNST & YOUNG'S JUNE INVOICE AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 0.90 | 307.80 |
| 09/09/2014 | JEG | REVIEW CONWAY MACKENZIE JULY 2014 INVOICE; CONTINUE CHECKING FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE TIME ENTRIES. | 1.30 | 353.60 |
| 09/09/2014 | JEG | REVIEW CONWAY MACKENZIE JULY 2014 INVOICE; CHECK FOR INCONSISTENT TIME ENTRIES. | 3.60 | 979.20 |
| 09/10/2014 | MCP | BEGIN TO EXTRACT THE SECOND HALF OF PEPPER HAMILTON'S AUGUST INVOICE. | 0.40 | 62.40 |
| 09/10/2014 | MMM | TRACK RECEIPT OF AUGUST INVOICES FOR JONES DAY, CONWAY MACKENZIE AND PEPPER HAMILTON. | 0.20 | 68.40 |
| 09/11/2014 | MCP | FORMAT AND SUMMARIZE CONWAY MACKENZIE AUGUST 2014 INVOICE. | 0.90 | 140.40 |
| 09/11/2014 | MCP | COMPLETE PEPPER HAMILTON INVOICE FOR THE SECOND HALF OF AUGUST 2014 AND REFOMAT WITH FIRST PART OF AUGUST. | 0.60 | 93.60 |
| 09/11/2014 | MCP | BEGIN TO EXTRACT, FORMAT AND SUMMARIZE JONES DAY AUGUST 2014 INVOICE (3.8). RECALCULATE HOURS IN DESCRIPTION AND COMPARE TO HOURS BILLED( .8). | 4.60 | 717.60 |
| 09/15/2014 | MMM | COMPLETE REVIEW OF ERNST & YOUNG JUNE INVOICE. | 0.40 | 136.80 |
| 09/15/2014 | MCP | REFORMAT ERNST AND YOUNG JUNE 2014 INVOICE. | 0.70 | 109.20 |
| 09/15/2014 | MMM | DRAFT EMAIL TO P. ROBERTS WITH SUMMARY OF ERNST & YOUNG JUNE INVOICE REVIEW. | 0.30 | 102.60 |
| 09/17/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE OTTENWESS AUGUST 2014 INVOICE | 0.20 | 31.20 |
| 09/18/2014 | MMM | REVIEW CONWAY MACKENZIE'S RESPONSES TO FEE REVIEWER'S COMMENTS FOR ADEQUACY AND COMPLETENESS RE: MAY INVOICE. | 0.40 | 136.80 |
| 09/18/2014 | MMM | TRACK RECEIPT OF JULY INVOICES FOR MILLER CANFIELD AND KILPATRICK. | 0.10 | 34.20 |
| 09/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE ERNST AND YOUNG JULY 2014 INVOICE. | 0.90 | 140.40 |
| 09/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE DYKEMA JULY 2014 INVOICE. | 0.70 | 109.20 |
| 09/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KILPATRICK JULY 2014 INVOICE. | 0.60 | 93.60 |
| 09/19/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE MILLER CANFIELD JULY 2014 INVOICE. | 1.10 | 171.60 |
| 09/19/2014 | MMM | TRACK RECEIPT OF MILLER CANFIELD AND DYKEMA JULY INVOICES. | 0.10 | 34.20 |
| 09/22/2014 | MCP | BEGIN TO EXTRACT, FORMAT AND SUMMARIZE MILLIMAN AUGUST 2014 INVOICE. | 0.20 | 31.20 |
| 09/26/2014 | MMM | REVIEW ELEVEN SPREADHSEETS FOR CITY PROFESSIONALS | 0.90 | 307.80 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | FOR JULY AND PREPARE COMMENTS TO STAFF FOR EDITING. | | |
| 09/29/2014 | MMM | COMPLETE REVIEW OF SPREADSHEETS FOR COMMITTEE PROFESSIONALS' INVOICES FOR JULY. | 0.30 | 102.60 |
| 09/29/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE LAZARD JULY 2014 INVOICE. | 0.20 | 31.20 |
| 09/29/2014 | MMM | TRANSMIT FIFTEEN JULY SPREADSHEETS TO FEE EXAMINER TEAM MEMBERS. | 0.40 | 136.80 |
| 09/29/2014 | MCP | FORMAT, EXTRACT AND SUMMARIZE MILLER BUCKFIRE JULY 2014 INVOICE. | 0.30 | 46.80 |
| 09/29/2014 | MMM | REVIEW ERNST & YOUNG RESPONSES TO FEE EXAMINER'S COMMENTS FOR ADEQUACY AND COMPLETENESS. | 0.80 | 273.60 |
| 09/29/2014 | MCP | MAKE VARIOUS CORRECTIONS TO JULY 2014 SPREADSHEETS. | 0.60 | 93.60 |
| 09/30/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE MILLIMAN AUGUST 2014 INVOICE. | 0.40 | 62.40 |
| 09/30/2014 | JEG | ERNST & YOUNG JULY 2014 INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 2.80 | 761.60 |
| 09/30/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE DENTONS AUGUST 2014 INVOICE (1.2). RECALCULATE HOURS IN DESCRIPTION AND COMPARE TO AMOUNT BILLED (.7) | 1.90 | 296.40 |
| 09/30/2014 | JEG | ERNST & YOUNG JULY 2014 INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.50 | 136.00 |
| 09/30/2014 | JEG | ERNST & YOUNG JULY 2014 INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE & REPETITIVE TIME ENTRIES. | 1.10 | 299.20 |
| 09/30/2014 | JEG | ERNST & YOUNG JULY 2014 INVOICE REVIEW: SUMMARIZE RESULTS FROM REVIEW FOR DISCUSSION WITH M.MCMICKLE. | 0.30 | 81.60 |
| 09/30/2014 | MMM | CONFIRM REVISIONS MADE TO CONWAY MACKENZIE APRIL INVOICE BASED ON FEE EXAMINER COMMENTS. | 0.60 | 205.20 |
| | | | | 10,707.20 |

**EXPENSES**

| Date | Initials | Description | Amount |
|---|---|---|---|
| 09/30/2014 | EXP | COPY CHARGE | 0.30 |
| | | | 0.30 |

| | |
|---|---|
| Total amount of this Invoice | $10,707.50 |

Invoice payable upon receipt. Thank you for this opportunity to be of service.