| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

Corrected

In re:

City of Detroit

          **Debtor.**

_____/

Deborah Taitt

      **Appellant,**

    v.

Wayne County Treasurer
City of Detroit

      **Appellee.**

Case No.:

13-53846

Adv. No.:

FILED (1)
2014 DEC 22 P 3: 02
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

---

**CAUSE OF ACTION/NATURE OF SUIT:**   (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| _____ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| _____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| _____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| X | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| _____ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

---

Date: 12/15/14          Name: Deborah Taitt

Kilpatrick + Associate, P.C
Leonora K. Baughman
615 Griswold, Suite 1708
Detroit, MI 48226

David J. Demps
Assistant Corporate Counsel
City of Detroit
2 Woodward Ave, Suite 500
Detroit, MI 48226