Case No. 14-1212

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: CITY OF DETROIT

    Debtor in Possession

---

RETIRED DETROIT POLICE & FIRE FIGHTERS ASSOCIATION; DONALD TAYLOR, individually and as President of the RDPFFA; SHIRLEY V. LIGHTSEY, individually and as President of the DRCEA (collectively, "Retiree Association Parties"); DETROIT RETIRED CITY EMPLOYEE ASSOCIATION

    Appellants

v.

UNITED STATES OF AMERICA; STATE OF MICHIGAN; MICHIGAN DEPARTMENT OF ATTORNEY GENERAL

    Interested Parties - Appellees

CITY OF DETROIT

    Appellee

 

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                  **ENTERED BY ORDER OF THE COURT**
                                  Deborah S. Hunt, Clerk

Issued: December 19, 2014