UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                Chapter 9
City of Detroit, Michigan,                            Case No. 13-53846
    Debtor.                        Hon. Steven W. Rhodes
_____/

### Order Denying City's Motion for an Order Striking Improperly Designated Item From Record of Appeal

On December 4, 2014, the City filed a motion for an order pursuant to bankruptcy rule 8009(e) striking improperly designated item from record on appeal. (Dkt. #8546) On December 18, 2014, Creditor AFSCME Council 25 and its affiliated Detroit locals filed a response. (Dkt. #8898) A hearing is not necessary to resolve the matter.

The Court finds that cause has not been shown to warrant the granting of the motion. Accordingly, it is denied.

.

**Signed on December 23, 2014**

                                                                /s/ Steven Rhodes
                                                               Steven Rhodes
                                                               United States Bankruptcy Judge