UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Denying Motion to Instruct Clerk Not to Require Copies of Documents Listed in Designation of Record

On December 13, 2014, appellants John P. Quinn, Dennis Taubitz and Irma Industrious filed an emergency joint motion to instruct clerk not to require copies of documents listed in designations of record. (Dkt. #8706) A motion for shortened notice and decision without hearing on the emergency joint motion was also filed. (Dkt. #8707) The Court is advised that the matter has been resolved.

Accordingly, it is hereby ordered that the motion to instruct clerk not to require copies of documents listed in designation of record is denied without prejudice.
.

**Signed on December 23, 2014**

                                                                            **/s/ Steven Rhodes**  
                                                                            **Steven Rhodes**  
                                                                            **United States Bankruptcy Judge**