# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Denying Motion to Have Transcript Paid With Clawback of Annuity

On December 10, 2014, Lucinda J. Darrah filed a motion to have transcripts paid for "with Lucinda J. Darrah's $30,000 Clawback of her annuity ordered by the 8th Amended Plan of Adjustment of the Debts of the City of Detroit or, in the alternative, by the State of Michigan." (Dkt. #8813) The bankruptcy court has no authority to grant the relief sought. Accordingly, the motion is denied.

.

**Signed on December 23, 2014**

                                    /s/ Steven Rhodes  
                                    **Steven Rhodes**  
                                    **United States Bankruptcy Judge**