**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

------------------------------------------------------- x
:  Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Steven W. Rhodes
Debtor :
------------------------------------------------------- x

## STIPULATION FOR ENTRY OF ORDER ALLOWING CLAIM NO. 889 OF RECORD COPY SERVICES IN A REDUCED AMOUNT

Record Copy Services ("Record Copy") and the City of Detroit, Michigan (the "City"), by and through their undersigned counsel, stipulate as follows in support of the entry of the *Order Allowing Claim No. 889 of Record Copy Services in a Reduced Amount* attached hereto as **Exhibit 1.**

1. On February 12, 2014, Record Copy filed its proof of claim [Claim No. 889] (the "Claim") in the amount of $60,294.50.

2. Of that total amount, $4,002.55 related to post-petition invoices, which were not properly included in the Claim.

3. Upon discussion, the parties determined that the Claim should be reduced to $56,291.95, none of which is entitled to administrative priority.

4. Therefore, the parties have agreed to allow Claim No. 889 as a general unsecured claim in the amount of $56,291.95, which constitutes Record Copy's only pre-petition claim.

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** approving the parties' stipulation.

4820-3924-0481.1

Respectfully submitted by:

| **RECORD COPY SERVICES** | **FOLEY & LARDNER, LLP** |
|---|---|
| By: *Elizabeth Dillon* (signature)<br>Elizabeth Dillon<br>General Manager<br>18136 Laurel Park Dr. N.<br>Livonia, MI 48152<br>Phone: (734) 591-4100<br><br>*Representative for Record Copy Services* | By: /s/ John A. Simon<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jsimon@foley.com<br>tdolcourt@foley.com<br><br>*Counsel to the City of Detroit, Michigan* |

Dated: December 23, 2014