# EXHIBIT 1: PROPOSED ORDER

4820-3924-0481.1

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
In re                                                   :   Chapter 9
                                                        :
                                                        :   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :
                                                        :   Hon. Steven W. Rhodes
                    Debtor                              :
------------------------------------------------------- x

### ORDER ALLOWING CLAIM NO. 889 OF RECORD COPY SERVICES IN A REDUCED AMOUNT

This matter having come before the Court on the *Stipulation For Entry of Order Allowing Claim No. 889 Of Record Copy Services in a Reduce Amount* (the "Stipulation"); Record Copy[1] having filed Claim No. 889 (the "Claim") in the above-captioned bankruptcy case; the parties having agreed that Claim No. 889 should be allowed as a general unsecured claim in a reduced amount; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. Claim No. 889 of Record Copy shall be allowed as a general unsecured claim in the amount of $56,291.95, which constitutes Record Copy's only pre-petition claim.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.