UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re

Detroit, City of,

Case No. 2:14−cv−14872−BAF−RSW

Hon. Bernard A. Friedman

Magistrate Judge  R. Steven Whalen

### NOTICE OF RECEIPT OF BANKRUPTCY APPEAL

Pursuant to the Bankruptcy Rules, notice is hereby given that a Bankruptcy Appeal was received on 12/22/2014 and assigned the case number and judicial officers as noted above.

The bankruptcy court case number is 13−53846.

Dated:   December 23, 2014

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

DAVID J. WEAVER, CLERK OF COURT

By: s/V. Lung
Deputy Clerk