# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                    )    Chapter 9
                                          )
CITY OF DETROIT, MICHIGAN,    )    Case No. 13-53846
                                          )
                                          )    Hon. Steven W. Rhodes
       Debtor.                    )

_____

### Certificate of Service

I certify that on December 22, 2014, I served Greenhill & Co., LLC's Final Statement of Fees and Expenses on the following parties via e-mail:

Melvin Butch Hollowell, Esq.
butchhollowell@gmail.com

Charles N. Raimi, Esq.
RaimiC@detroitmi.gov

The Final Statement of Fees and Expenses was served on the following parties via first-class mail:

Melvin Butch Hollowell, Jr., Esq.
Charles N. Raimi, Esq.
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Detroit, MI 48226


STEINBERG SHAPIRO & CLARK

 /s/ Mark H. Shapiro (P43134)
Attorney for Greenhill & Co., LLC
25925 Telegraph Road, Suite 203
Southfield, MI 48033
248-352-4700
shapiro@steinbergshapiro.com