# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 23, 2014, NTH Consultants, Ltd.'s Objection To Amounts Of Cure Amount Claims In Connection With Proposed Assumption Of Agreements ("NTH's Objection") was filed using the Court's CM/ECF system, which CM/ECF system will send notification of such filing to all parties of record.

The undersigned also certifies that on December 23, 2014, NTH's Objection was served via first class mail upon:

David G. Heiman & Heather Lennox
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114

Bruce Bennett
Jones Day
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071

Jonathan S. Green
Stephen S. LaPlante
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226

Dated: December 23, 2014

Respectfully submitted,

CLARK HILL PLC

  /s/ David M. Blau
David M. Blau (P52542)
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan  48009
Telephone: (248) 988-1817
Facsimile: (248) 988-2336
dblau@clarkhill.com

*Counsel to NTH Consultants, Ltd.*