UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED (I)
23 P 3: 56
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CARL WILLIAMS AND HASSAN ALEEM
        Creditors/Objectors,
v

| | |
|---|---|
| In re: <br> City OF DETROIT, MICHIGAN <br> AND EMERGENCY MANAGER <br> KEVYN D. ORR <br>     Debtor/City of Detroit | Chapter 9 <br> Case No. 13-53846 <br> Judge Steven W Rhodes |

_____/

## PROOF OF SERVICES

__Carl Williams__, being first duly sworn deposes and your name

Say that on December __20__ 2014. I sent a copy of Petitioner's ~~Designation~~ Reply

of contents of Record and Statement on the issue on Appeal, Upon the concern

parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein this verified motion for summary judgment are true and correct and if called to testify can and will give testimony competently, under the laws of the United States of America, to the best of our knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign *Carl Williams*
Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012