UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------- x
                                                        :
In re:                                                  : Chapter 9
                                                        :
CITY OF DETROIT, MICHIGAN,                              : Case No.: 13-53846
                                                        :
                              Debtor.                   : Hon. Steven W. Rhodes
------------------------------------------------------- x

**REQUEST TO BE REMOVED FROM RECEIVING**
**NOTICES OF ELECTRONIC FILINGS IN A CASE**

Babette A. Ceccotti, attorney for International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW"), hereby requests that she be removed from receiving electronic filings in Case No. 13-53846, In re City of Detroit, Michigan, Debtor.

Dated: December 24, 2014

                                By: /s/ Babette A. Ceccotti
                                    Cohen, Weiss and Simon LLP
                                    330 West 42nd Street
                                    New York, New York 10036-6976
                                    T: (212) 563-4100
                                    bceccotti@cwsny.com

                                *Attorneys for International Union, UAW*