# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN

       Debtor.

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## REQUEST TO BE REMOVED FROM RECEIVING NOTICES OF ELECTRONIC FILINGS IN A CASE

      Andrew J. Gerdes, P.L.C, one of the attorneys for Fidelity Management & Research Company and Eaton Vance Management, hereby requests that he be removed from receiving notices of electronic filings in the above-captioned case.

Dated: December 24, 2014

                              Respectfully submitted,

                              */s/ Andrew J. Gerdes*
                              Andrew J. Gerdes (P47593)
                              ANDREW J. GERDES, P.L.C.
                              321 W. Lake Lansing Rd.
                              P.O. Box 4190
                              East Lansing, MI 48826-4190
                              (517) 853-1300 (phone)
                              (517) 853-1301 (FAX)
                              agerdes@gerdesplc.com