UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Further Modifying Fee Review Order of September 11, 2013

It is hereby ordered that this Court's Fee Review Order of September 11, 2013 [Dkt. No. 810] (the "Fee Review Order")[1], as amended, is further modified as follows:

1. In light of the resolutions through the fee mediations conducted in early December 2014 (the "Mediations") of various disputes between the City and the Professionals respecting the requested fees of the Professionals, the Fee Examiner is excused from preparing and filing (a) Final Monthly Reports for the months of July – December 2014 and (b) Quarterly Reports for the Third and Fourth Quarters of 2014 (together, the "Remaining Reports"). The Professionals likewise are excused from providing further responses to pending Preliminary Reports, Redacted Invoices, work descriptions or other materials that would be required to permit the Fee Examiner to prepare and file the Remaining Reports.

2. Each of the Professionals is still required to submit to the Fee Examiner and the City final Monthly Invoices for each of July, August, September, October, November and December 2014 (up to and including December 10, 2014) by the dates previously established by Orders of the Court.

3. The City is authorized to immediately pay any unpaid amounts due to any Professional respecting all Monthly Invoices from September 2014 and earlier, all subject to the terms of any resolutions reached with such Professionals in the Mediations.

4. Upon submission of the Monthly Invoices for October, November and December 2014 to the Fee Examiner, the City agrees to pay eighty-five percent (85%) of the requested fees and one hundred percent (100%) of the requested expenses to the applicable Professionals (or such lesser amount as may be consistent with the resolution achieved by the City and the applicable Professional in connection with the Mediations).

---

[1] Capitalized terms carry the same meaning ascribed to them in the Fee Review Order.

1

5. The City agrees to pay any unpaid amounts due (*i.e.*, amounts not paid pursuant to Paragraph 4 hereof) to any Professional respecting all October, November and December 2014 Monthly Invoices within thirty (30) days of the date the Court enters an Order determining the reasonableness of the fees and expenses of such Professional, subject to the terms of any resolutions reached with such Professionals in the Mediations.

6. Greenhill & Co., LLC, the financial advisor to the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit (collectively, the "Retirement Systems"), and Clark Hill PLC, counsel to the Retirement Systems, shall provide to the Fee Examiner and to the City, no later than December 26, 2014, copies of all of their respective invoices covering the time period beginning on July 18, 2013 and concluding on December 10, 2014.

.

**Signed on December 24, 2014**

/s/ Steven Rhodes
**Steven Rhodes**
**United States Bankruptcy Judge**