# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

### Certificate of Service

I certify that on December 26, 2014, In accordance with the Court's December 24, 2014 Order (Docket No. 8957), I served copies of the specified invoices of Greenhill & Co., LLC on the following parties via e-mail:

Charles N. Raimi, Esq.
RaimiC@detroitmi.gov

Robert Fishman, Esq.
rfishman@shawfishman.com

STEINBERG SHAPIRO & CLARK

 /s/ Mark H. Shapiro (P43134)
Attorney for Greenhill & Co., LLC
25925 Telegraph Road, Suite 203
Southfield, MI 48033
248-352-4700
shapiro@steinbergshapiro.com