# LIST OF EXHIBITS

1. Exhibit A – Summary of Cure Amount