EXHIBIT A

## EXHIBIT A: SUMMARY OF CURE AMOUNT

| Detroit Invoice Nos. | Invoice Date | Balance Due | Product/Service |
|---|---|---|---|
| 1756000 | 4/8/2014 | $ 1,936.82 | Coin Tracks |
|  | 12/11/2014 | $ (616.78) |  |
|  |  | $ 1,320.04 |  |
| 1757800 | 4/9/2014 | $ 1,829.88 | Misc Spare Parts (Jaw Expander) |
| 1755200 | 4/18/2014 | $ 8.17 | Freight |
| 1783202 | 4/30/2014 | $ 1,615.00 | ReinoNET April 2014 |
| 1792100 | 5/22/2014 | $ 3,808.88 | Reino Greencells & C Batteries |
| 1815700 | 5/31/2014 | $ 1,958.51 | Maintenance Agrmnt May 2014 |
| 1815801 | 5/31/2014 | $ 1,710.00 | ReinoNET May 2014 |
| 1815802 | 5/31/2014 | $ 1,615.00 | ReinoNET May 2014 |
| 1844500 | 6/23/2014 | $ 1,958.51 | Maintenance Agrmnt June 2014 |
| 1844601 | 6/23/2014 | $ 1,710.00 | ReinoNET June 2014 |
| 1844602 | 6/23/2014 | $ 1,615.00 | ReinoNET June 2014 |
| 1885600 | 7/22/2014 | $ 14,764.03 | Reino Greencell & C Cell Batteries |
| 1895301 | 7/30/2014 | $ 1,710.00 | ReinoNET July 2014 |
| 1895302 | 7/30/2014 | $ 1,615.00 | ReinoNET July 2014 |
| 1895400 | 7/30/2014 | $ 1,958.51 | Maintenance Agrmnt July 2014 |
| 1980800 | 7/31/2014 | $ 16,336.65 | Hybrid Card Reader/Cash Flow Valdtr. |
| 1932600 | 8/29/2014 | $ 1,958.51 | Maintenance Agrmnt August 2014 |
| 1932501 | 8/29/2014 | $ 1,710.00 | ReinoNET August 2014 |
| 1932502 | 8/29/2014 | $ 1,615.00 | ReinoNET August 2014 |

9

13-53846-tjt    Doc 8959-2    Filed 12/29/14    Entered 12/29/14 08:55:30    Page 2 of 3

| | | | | |
|---|---|---|---|---|
| 1968400 | 9/30/2014 | $ | 1,958.51 | Maintenance Agrmnt September 2014 |
| 1968301 | 9/30/2014 | $ | 1,710.00 | ReinoNET September 2014 |
| 1968302 | 9/30/2014 | $ | 1,615.00 | ReinoNET September 2014 |
| 2003700 | 10/31/2014 | $ | 1,958.51 | Maintenance Agrmnt October 2014 |
| 2003801 | 10/31/2014 | $ | 1,710.00 | ReinoNET October 2014 |
| 2003802 | 10/31/2014 | $ | 1,615.00 | ReinoNET October 2014 |
| 2040000 | 11/30/2014 | $ | 1,958.51 | Maintenance Agrmnt November 2014 |
| 2039901 | 11/30/2014 | $ | 1,710.00 | ReinoNET November 2014 |
| 2039902 | 11/30/2014 | $ | 1,615.00 | ReinoNET November 2014 |
| | TOTAL: | $ | 76,667.22 | |