UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:<br>City of Detroit, Michigan<br>                Debtor(s).<br>_____/ | Case No. 13-53846<br>Chapter 9<br>Hon. Steven W Rhodes |

Dennis Taubitz and
Irma Industrious
                Appellant,

      v.

City of Detroit, Michigan

                Appellee.
_____/

**NOTICE OF TRANSMITTAL OF COMPLETE RECORD
REGARDING NOTICE OF APPEAL**

    I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan.

| | | | |
|---|---|---|---|
| ☒ | Notice of Appeal | ☐ | Appellee's Designation of Record |
| ☒ | Bankruptcy Matter Civil Cover Sheet | ☐ | Appellee's Statement of Issues |
| ☒ | Order on Appeal | ☐ | Notice of Deficiency |
| ☐ | Appellant's Designation of Record | ☐ | Motion for Leave to Appeal |
| ☐ | Appellant's Statement of Issues | ☐ | Motion to Withdraw the Reference |
| ☒ | Other: Designation Items Provided on a Flash Drive | | |

**NOTE: Items designated as \*\*FILED UNDER SEAL\*\* will be supplied to the District Court Judge by electronic filing, upon case assignment.**

Further,

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13873 and assigned to District Judge Bernard A Friedman

☐ This is a new matter and not previously assigned to a District Court Judge.

☐ The Appellant has not filed the Designation of Record and/or paid the filing fee.
.

Dated: 12/29/14                                         Clerk, United States Bankruptcy Court

                                              By: /s/ Kristel Trionfi
                                                    Deputy Clerk