UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In reChapter 9
City of Detroit, MichiganCase No. 13-53846
DebtorHon.: Steven W. Rhodes
_____/

**JOINT NOTICE OF DENNIS TAUBITZ AND IRMA INDUSTRIOUS OF APPEAL
FROM ORDER CONFIRMING EIGHT AMENDED PLAN OF ADJUSTMENT**

We are appealing to the United States District Court for the Eastern District of Michigan from this Court's Order Confirming Eight Amended Plan of Adjustment of Debts of the City of Detroit (Doc. No. 872, 11/12/14). The appeal is authorized by 28 U.S.C. § 158(a)(1) and Fed. R. Bankr. P. 8001(a) [effective until 12/1/14], it is timely under Fed.R.Civ.P. 8002(a).

In compliance with Local Bankruptcy Rule 8001-1, we are attaching as Exhibit A, a Completed Bankruptcy Matter Civil Case Cover Sheet, which includes names of interested parties and names, addresses, telephone numbers and facsimile numbers of their respective attorneys.

Respectfully submitted,

/s/ Dennis Taubitz
/s/ Irma Industrious

Dennis Taubitz
Irma Industrious
In Pro Per
Creditors
6002 Diamond Ruby – Suite 3
PMB 255
Christiansted, St. Croix, V.I. 00820
(313) 271-9842/ (340) 332-0006
iindustrious@yahoo.com

Dated: November 26, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re  
City of Detroit, Michigan  
        Debtor  
_____/

Chapter 9  
Case No. 13-53846  
Hon.: Steven W. Rhodes

**CERTIFICATE OF SERVICE**

We certify that on November 26, 2014, we filed the aforementioned document with the Clerk of the Court pursuant to the Court Electronic Filing System (ECF), we understand that by utilizing ECF, service on all persons entitled to service in this action is effected.

/s/ Dennis Taubitz  
/s/ Irma Industrious

Dennis Taubitz  
Irma Industrious  
In Pro Per  
Creditors  
6002 Diamond Ruby – Suite 3  
PMB 255  
Christiansted, St. Croix, V.I. 00820  
(313) 271-9842/ (340) 332-0006  
iindustrious@yahoo.com

Dated: November 26, 2014

# EXHIBIT A

# BANKRUPTCY MATTER CIVIL COVER SHEET

| | | |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |

In re: City of Detroit

Case No.: 13-53846

Debtor.
_____/

Dennis Taubitz and
Irma Industrious

Adv. No.:

Appellants,

v.

City of Detroit, Michigan

Appellee.

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| XX | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| ____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ____ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| ____ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

Date: November 25, 2014            Name: **Dennis Taubitz and Irma Industrious**

**Name and Address of Interested Parties**

Dennis Taubitz, Objector and Applicant
6002 Diamond Ruby – Suite 3
PMB 255
Christiansted, St. Croix, V.I. 00820
(313) 271-9842/ (340) 332-0006
iindustrious@yahoo.com


Irma Industrious, Objector and Applicant
6002 Diamond Ruby – Suite 3
PMB 255
Christiansted, St. Croix, V.I. 00820
(313) 271-9842/ (340) 332-0006
iindustrious@yahoo.com


| | | |
|---|---|---|
| City of Detroit, Debtor and Appellee<br>by Bruce Bennett (CA 105430)<br>Jones Day<br>555 South Flower Street<br>Fiftieth Street<br>Los Angeles, California 900071<br>Tel: (213) 243-2382<br>Fax: (213) 243-2539<br>bbennett@jonesday.com | and | Johnathan S. Green (P-33140)<br>Miller, Canfield, Paddock and Stone PLC<br>150 W. Jefferson Ave., Ste 2500<br>Detroit, MI 48226<br>Tel: (313) 496-7997<br>Fax: (313) 496-8450<br>green@millercanfield.com |

The Retiree Committee of the City of Detroit
by Sam J. Alberts
Dentons US LLP
Suite 600, East Tower
Washington DC 20005-3364
Tel: (202) 408-6400
Fax: (202) 408-6399
sam.alberts@dentons.com

General Retirement System of the City of Detroit
by Robert D. Gordon (P-48627)
Clark Hill PLC
151 South Old Woodward Avenue, Suite 200
Birmingham, MI 48009
Tel: (248) 988-5882
Fax: (248) 988-2502
rgordon@clarkhill.com


Detroit Retired City Employees Association
by Ryan C. Plecha (P71957)
370 East Maple Road, 3rd Floor
Birmingham, MI 48009
Tel: (248) 646-8292
rplecha@lippittokeefe.com