**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE: | Case No. 13-53846 |
| City of Detroit, Michigan | Chapter 9 |
|                   Debtor(s). | Hon. Steven W Rhodes |

_____/

William Davis

        Appellant,

   v.

City of Detroit, Michigan

        Appellee.

_____/

**NOTICE OF TRANSMITTAL OF COMPLETE RECORD**
**REGARDING NOTICE OF APPEAL**

     I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan.

| | | | |
|---|---|---|---|
| ☒ | Notice of Appeal | ☐ | Appellee's Designation of Record |
| ☒ | Bankruptcy Matter Civil Cover Sheet | ☐ | Appellee's Statement of Issues |
| ☒ | Order on Appeal | ☐ | Notice of Deficiency |
| ☐ | Appellant's Designation of Record | ☐ | Motion for Leave to Appeal |
| ☐ | Appellant's Statement of Issues | ☐ | Motion to Withdraw the Reference |
| ☒ | Other: Designation Items Provided on a Flash Drive | | |

**NOTE: Items designated as \*\*FILED UNDER SEAL\*\* will be supplied to the District Court Judge by electronic filing, upon case assignment.**

Further,

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13873 and assigned to District Judge Bernard A Friedman

☐ This is a new matter and not previously assigned to a District Court Judge.

☐ The Appellant has not filed the Designation of Record and/or paid the filing fee.
.

Dated:  12/29/14                                               Clerk, United States Bankruptcy Court

                                                              By: \_/s/  Kristel Trionfi_____

                                                                     Deputy Clerk