UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re Chapter 9
CITY OF DETROIT, MICHIGAN, Case No. 13-53846
Debtor., Hon. Steven W. Rhodes
_____/

**NOTICE OF APPEAL FROM WILLIAM M. DAVIS AND THE ATTACHED LIST OF ADDITIONAL APPELLANTS**

ORDER CONFIRMING EIGHTH AMENDED PLAN OF ADJUSTMENT

We are appealing to the United States District Court for the Eastern District of Michigan from this Court's Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Doc. No. 8272, 11/12/14). This appeal is authorized by 28 U.S.C. § 158(a)(1) and Fed. R. Bnkr. P. 8001(a) [effective until 12/1/14]. It is timely under Fed. R. Civ. P. 8002(a).

In compliance with Local Bankruptcy Rule 8001-1, We are attaching as Exhibit A a completed Bankruptcy Matter Civil Case Cover Sheet, which includes names of interested parties and names, addresses, telephone numbers and facsimile numbers of their respective attorneys.

*/s/ William M. Davis*

The attached list of APPLELLANTS also to be known as Detroit Active and Retired Employees Association (DAREA)

Dated: November 25, 2014

APPEALANTS FOR THE CONFIRMATION OF PLAN OF ADJUSTMENT

**DETROIT ACTIVE AND RETIRED EMPLOYEES ASSOCIATION**

| | |
|---|---|
| HASSAN ALEEM | NORMA MOORE |
| VAUGHN BROWN | STEPHEN PARASKI |
| PAULETTE BROWN | VICKIE SHACKLEFORE |
| CINDY DARRAH | CARL SHAW |
| WILLIAM DAVIS | EVELYN SMITH |
| GWEN DAVIS | MARK SMITH |
| RITA DICKERSON | JOHNNIE TAYLOR |
| BARBARA DOUGLAS | SHEILA THOMPKINS |
| DAVID ESPIC | CALVIN TURNER |
| BELINDA FLORENCE | CARL WILLIAMS |
| WALTER GARYKNALL | |
| BENYNE GOLDSTONE | |
| BELINDA HERNADEX | |
| WANDA HILL | |
| KENNETH HINES | |
| VERRON IRVIN | |
| YVONNE JONES | |
| MICHAEL KARWOSKI | |
| VERA MAGEE | |
| CECILY MCCLELLAN | |
| AMRU MEAH | |
| LULA MILLENDER | |
| NORA MOORE | |

2

## CERTIFICATE OF SERVICE

I certify that on November 25, 2014, I am filing a hard copy of the above document with the Clerk of the Court. I understand the Clerk will promptly scan that hard copy and file the resulting pdf version using ECF, thus effecting service on all persons entitled to service in this action.

Signature: *William M. Davis*

Printed Name: William M. Davis

Address: 9203 Littlefield

Detroit, Mich. 48228

Phone: 313-622-6430

email: montybill86@yahoo.com

Dated: November 25, 2014

Name and Address of Interested Parties

See attached list of appallants.

City of Detroit, Debtor and Appellee
by Bruce Bennett (CA 105430)  and  Jonathan S. Green (P-33140)
Jones Day  Miller, Canfield, Paddock and Stone PLC
555 South Flower Street  150 W. Jefferson Ave., Ste. 2500
Fiftieth Floor  Detroit, MI 48226
Los Angeles, California 90071  Tel: (313) 496-7997
Tel: (213) 243-2382  Fax: (313) 496-8450
Fax: (213) 243-2539  green@millercanfield.com
bbennett@jonesday.com

The Retiree Committee of the City of Detroit
by Sam J. Alberts
Dentons US LLP
Suite 600, East Tower
Washington, DC 20005-3364
Tel: (202) 408-6400
Fax: (202) 408-6399
sam.alberts@dentons.com

General Retirement System of the City of Detroit
by Robert D. Gordon (P-48627)
Clark Hill PLC
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Tel: (248) 988-5882
Fax: (248) 988-2502
rgordon@clarkhill.com

Detroit Retired City Employees Association
by Ryan C. Plecha (P-71957)
Lippitt O'Keefe, PLLC
370 East Maple Road, 3rd Floor
Birmingham, MI 48009
Tel: (248) 646-8292
rplecha@lippittokeefe.com