| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

In re:

    City of Detroit      Case No.: 13-53846

        Debtor.
_____/

_____ Adv. No.:
et al., WilliAM M. DAvis

        Appellants,

v.

City of Detroit, Michigan

        Appellee.

FILED
2014 NOV 26 P 12: 46
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

---

**Cause of Action/Nature of Suit:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| __XX__ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| _____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| _____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| _____ | [423] 28 U.S.C. 157(c)(1) | Proposed Findings of Fact and Conclusions of Law |
| _____ | [423] 28 U.S.C. 158(c)(a) | Order of Contempt |

Date: _Nov. 25, 2014_        Name: _William M. Davis_

Name and Address of Interested Parties

See attached list of appallants.

City of Detroit, Debtor and Appellee
by Bruce Bennett (CA 105430) and Jonathan S. Green (P-33140)
Jones Day  Miller, Canfield, Paddock and Stone PLC
555 South Flower Street  150 W. Jefferson Ave., Ste. 2500
Fiftieth Floor  Detroit, MI 48226
Los Angeles, California 90071  Tel: (313) 496-7997
Tel: (213) 243-2382  Fax: (313) 496-8450
Fax: (213) 243-2539  green@millercanfield.com
bbennett@jonesday.com

The Retiree Committee of the City of Detroit
by Sam J. Alberts
Dentons US LLP
Suite 600, East Tower
Washington, DC 20005-3364
Tel: (202) 408-6400
Fax: (202) 408-6399
sam.alberts@dentons.com

General Retirement System of the City of Detroit
by Robert D. Gordon (P-48627)
Clark Hill PLC
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Tel: (248) 988-5882
Fax: (248) 988-2502
rgordon@clarkhill.com

Detroit Retired City Employees Association
by Ryan C. Plecha (P-71957)
Lippitt O'Keefe, PLLC
370 East Maple Road, 3rd Floor
Birmingham, MI 48009
Tel: (248) 646-8292
rplecha@lippittokeefe.com