**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN**


IN RE:                                                     Case No. 13-53846
City of Detroit, Michigan                                  Chapter 9
                          Debtor(s).                       Hon. Steven W Rhodes
_____/
Cornell E. Squires

                          Appellant,

         v.

City of Detroit, Michigan

                          Appellee.
_____/

**NOTICE OF TRANSMITTAL OF COMPLETE RECORD
REGARDING NOTICE OF APPEAL**

         I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan.

☒  Notice of Appeal                              ☐  Appellee's Designation of Record

☒  Bankruptcy Matter Civil Cover Sheet           ☐  Appellee's Statement of Issues

☒  Order on Appeal                               ☐  Notice of Deficiency

☐  Appellant's Designation of Record             ☐  Motion for Leave to Appeal

☐  Appellant's Statement of Issues               ☐  Motion to Withdraw the Reference

☒  Other: Designation Items Provided on a Flash Drive

**NOTE:  Items designated as \*\*FILED UNDER SEAL\*\* will be supplied to the District Court Judge by electronic filing, upon case assignment.**

Further,

☒  There is a previous civil matter in this bankruptcy.  That matter was given civil case number 13-13873 and assigned to District Judge Bernard A Friedman

☐  This is a new matter and not previously assigned to a District Court Judge.

☐  The Appellant has not filed the Designation of Record and/or paid the filing fee.
.

Dated:  12/29/14                                 Clerk, United States Bankruptcy Court


                                        By:  _/s/  Kristel Trionfi_____
                                                     Deputy Clerk