No
No fee pd

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| CORNELL E. SQUIRES | Chapter 9- Case 13-53846 |
| | JUDGE Steven W. Rhodes |
| PETITIONER | |
| CREDITOR / OBJECTOR/RETIREE | |
| | Case 14-cv 10434 |
| | Hon Bernard A. Freidman |
| | Magistrate Paul J. Komvies |
| VS | |
| In RE | |
| City of Detroit Municipal | |
| And Emergency Manager | |
| KEVYN D. Orr | |
| Debtor/ City of Detroit | |

_____/

**Cornell E. Squires, Petitioner**
**3380 Electric**
**Detroit Michigan 48217**
**(313) 460 3175**
_____/

FILED (I)
2014 NOV 26 P 12:30
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

### NOTICE OF APPEAL

**TO THE CLERK OF THE COURT**
**AND**
**ALL INTERESTED PERSONS, PARTIES**
**AND ATTORNEYS OF RECORD:**

Please take Notice that the (Petitioner, Retiree, Creditor) Cornell E. Squires hereby files this written Notice OF Appeal – and takes an Appeal as of Right from the written ORDER Judgment on November 12, 2014 of the U.S Bankruptcy Judge Steven W. Rhodes approval and written Order adopting the Chapter( 9) "City of Detroit Bankruptcy" was on November 12 ,2014 by in the

United States Bankruptcy court in the Eastern District of Michigan pursuant to Rule 3(a)(1) and Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure and 28 USC # 1291

Respectfully Submitted

*Cornell E. Squires*

Cornell E. Squires
3380 S. Electric St.
Detroit, Michigan 48217
313 460 -3175

Dated: November 2014

PROOF OF SERVICE

I Cornell E. Squires certify that Petitioner Notice of Appeal and Petitioner Motion STAY All Orders In Reduction to General City Pension Benefits and Motion to Waive filing fees and Affidavit of Indigence file with U.S bankruptcy Court today November 2014 and copy mailed to the opposing Attorneys at Jones Days Law Firm.

Respectfully Submitted

*Cornell E. Squires*
Cornell E. Squires Petitioner

Dated November 2014