# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellant, Greenhill & Co., LLC ("Greenhill"), by its counsel, Steinberg Shapiro & Clark designates the following items to be included in the record on appeal to the United States District Court:

| Date | Docket No. | Description |
|---|---|---|
| 11/12/14 | 8275 | Transcript of hearing on applicability of 11 U.S.C. § 943(b)(3)[1] |
| 11/13/14 | 8286 | Order Setting Hearing |
| 11/21/14 | 8393 | Brief in Support of the Detroit Retirement Systems' Limited Objection to Entry of Proposed Order Confirming Eigth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 11/21/14 | 8395 | Concurrence in Docket No. 8393 filed by Greenhill & Co., LLC |
| 11/28/14 | 8470 | Opinion and Order Determining That The Fees and Expenses of the Retirement Systems' Professionals Are Subject to 11 U.S.C. § 943(b)(3) |

                                            STEINBERG SHAPIRO & CLARK

                                            /s/ Mark H. Shapiro (P43134)
                                            Counsel for Greenhill & Co., LLC
                                            25925 Telegraph Road, Suite 203
                                            Southfield, MI 48033
                                            248-352-4700
                                            shapiro@steinbergshapiro.com

Date: December 29, 2014

---

[1] Appellant is in the process of ordering a copy of the transcript.