# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

### Certificate of Service

    I certify that on December 29, 2014, I served Greenhill & Co., LLC's Designation of Items to be Included in the Record on Appeal and Rule 8006 Statement of the Issues to be Presented on the following parties via e-mail:

Heather Lennox
hlennox@jonesday.com

Melvin Butch Hollowell, Esq.
butchhollowell@gmail.com

Charles N. Raimi, Esq.
RaimiC@detroitmi.gov

David H. Fink
dfink@finkandassociateslaw.com

Darryl G. Bressack
dbressack@finkandassociateslaw.com

    /s/ Christine T. Leach, Legal Assistant
    Steinberg Shapiro & Clark
    Attorneys for Greenhill & Co., LLC
    25925 Telegraph Road, Suite 203
    Southfield, MI 48033
    (248) 352-4700
    cleach@steinbergshapiro.com