UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On or before December 16, 2014, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- Notice of (I) Entry of Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit and (II) Occurrence of Effective Date [Docket No. 8649]

Furthermore, on December 22, 2013, at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight mail on the service list attached hereto as **Exhibit C**, for subsequent distribution to beneficial holders of the securities listed on **Exhibit D**; via First Class mail to the parties on the service list attached hereto as **Exhibit E**; and via Email on the service list attached hereto as **Exhibit F**:

- Notice of (I) Entry of Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit and (II) Occurrence of Effective Date [Docket No. 8649]

Dated: December 23, 2014

/s/ Lydia Pastor Nino
Lydia Pastor Nino
KCC
2335 Alaska Ave
El Segundo, CA 90245

# **EXHIBIT A**

| Party Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel for Martin O Brier | A. Stephen Ramadan PLC | A Stephen Ramadan P41892 | 22201 Harper Ave Ste 102 | | | St Clair Shores | MI | 48080 | |
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | 1034 N. Washington | | | Lansing | MI | 48906 | |
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | 600 W. Lafayette, Ste. 500 | | | Lansing | MI | 48906 | |
| Union Representative | AFSCME Council #25 | Attn: Ed McNeil | 600 W. Lafayette, Ste. 500 | | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Council #25 | Attn: Catherine Phillips | 600 W. Lafayette, Ste. 500 | | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Council #25 | Attn: DeAngelo Malcolm | 600 W. Lafayette, Ste. 500 | | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local # 6087 | Attn: Clarence Sanders | 2633 Michigan Avenue | | | Detroit | MI | 48216 | |
| Union Representative | AFSCME Local #0023 | Attn: Robert Stokes | 600 W. Lafayette, Ste. 134 | | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #0062 | Attn: Lacydia Moore-Reese | 600 W. Lafayette, Ste. 150 | | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #0207 | Attn: James Williams | 600 W. Lafayette, Ste. L-106 | | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #0214 | Attn: June Nickleberry | 1301 E. Warren Avenue | | | Detroit | MI | 48207 | |
| Union Representative | AFSCME Local #0229 | Attn: Zachary Carr | 600 W. Lafayette, Ste. LR-08 | | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #0273 | Attn: Scecilia Hunt | 600 W. Lafayette, Ste. 140 | | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #0312 | Attn: Phillip Douglas | 14022 Linwood | | | Detroit | MI | 48238 | |
| Union Representative | AFSCME Local #0457 | Attn: Laurie Walker | 600 W. Lafayette, Ste. L – 104 | | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #0542 | Attn: Phyllis McMillor | 600 W. Lafayette, Ste. L – 101 | | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #0836 | Attn: Robert Donald | 600 W. Lafayette, Ste. 132 | | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #1023 | Attn: Delia Enright | 600 W. Lafayette, Ste. L-125 | | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #1206 | Attn: Arlene Kirby | 20400 Steel | | | Detroit | MI | 48235 | |
| Union Representative | AFSCME Local #1220 | Attn: Gerald Thompson | 600 W. Lafayette, Ste. 136 | | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #1227 | Attn: Joseph Walter | P.O. Box 36314 | | | Grosse Pointe Farms | MI | 48236 | |
| Union Representative | AFSCME Local #1642 | Attn: Gina Thompson-Mitchel | 600 W. Lafayette, Ste. L – 123 | | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #2394 | Attn: Yalonda King | 600 W. Lafayette, Ste. 110 | | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #2799 | Attn: Yvonne Ross | 600 W. Lafayette, Ste. 132 | | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #2920 | Attn: Thomas Johnson I | 600 W. Lafayette, Ste. 206 | | | Detroit | MI | 48226 | |
| Counsel for Airgas USA LLC | Airgas USA LLC | Mr David Boyle | 259 Radnor-Chester Rd Ste 100 | PO Box 6675 | | Radnor | PA | 19087-8675 | |
| Counsel for Dexia Crédit Local, Dexia Holdings, Inc. Norddeutsche Landesbank Luxembourg, S.A., on behalf of Norddeutsche Landesbank Covered Finance Bank S.A. (collectively "Dexia") and Ad Hoc COPs Holders;  and Panning Capital Management, LP, Monarch Alternative Capital LP,  Bronze Gable, L.L.C. Aurelius Capital Management, LP,  Stone Lion Capital Partners L.P., | Allard & Fish PC | Deborah L Fish and Timothy R. Graves | 2600 Buhl Bldg | 535 Griswold Ave | | Detroit | MI | 48226 | |
| Union Representative | Amalgamated Transit Union, Division 26 | Attn: Henry Gaffney | 716 Lothrop | | | Detroit | MI | 48202 | |
| Counsel for Ian Mobley, Paul Kaiser, Angie Wong, James Washington, Nathaniel Price, Stephanie Hollander, Jason Leverette-Saunders, Darlene Hellenberg, Kimberly Mobley, Jerome Price, Wanda Leverette, and Laura Mahler. | American Civil Liberties Union Fund of Michigan | Daniel S. Korobkin | 2966 Woodward Ave | | | Detroit | MI | 48201 | |
| Counsel for AFSCME and the Detroit, Michigan, Retiree Sub-Chapter 98 of the American Federation of State, County & Municipal Employees, AFL-CIO | American Federation of State, County & Municipal Employees, AFL-CIO | William Lurye Matthew Stark Blumin & Michael Artz | 1101 17th Street NW, Suite 900 | | | Washington | DC | 20036 | |
| Counsel for Fidelity Management & Research Company and Eaton Vance Management | Andrew J Gerdes PLC | Andrew J Gerdes | 321 W Lake Lansing Rd | PO Box 4190 | | East Landing | MI | 48826-4190 | |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | Attn: David Dubrow, Esq.  & Mark A Angelov | 1675 Broadway | | | New York | NY | 10019 | |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | Carol Connor Cohen & Caroline Turner English & Ralph A Taylor Jr & Emily Baver Leah C. Montesano | 1717 K St NW | | | Washington | DC | 20036-5342 | |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | David L Dubrow | 1675 Broadway | | | New York | NY | 10019 | |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | Randall Brater | 1717 K Street NW | | | Washington | DC | 20036-5342 | |
| Co-Counsel for the General Retirement System of the City of Detroit and Police and Fire Retirement System of the City of Detroit | Arnold & Porter LLP | Lisa Hill Fenning | 777 S Figueroa St No 4400 | | | Los Angeles | CA | 90017 | |
| Counsel for Attorney General Bill Schuette | Assistant Attorney General Solicitor General and Deputy Solicitor General | Michael R Bell John J Bursch and B Eric Restuccia | PO Box 30754 | | | Lansing | MI | 48909 | |
| Union Representative | Assistant Supervisors of Street Maintenance & Construction Association | Attn: Herbert Jenkins | 2633 Michigan Avenue | | | Detroit | MI | 48216 | |
| Union Representative | Association of City of Detroit Supervisor | Attn: Richard King | 8651 Fenkell | | | Detroit | MI | 48238 | |
| Union Representative | Association of Detroit Engineers | Attn: Sanjay M. Patel | P.O. Box 2241 | | | Detroit | MI | 48231 | |
| Union Representative | Association of Municipal Engineers | Attn: Partho Ghosh | 9300 W. Jefferson NAB #420 | | | Detroit | MI | 48209 | |
| Union Representative | Association of Municipal Inspector | Attn: Michael Nei | P.O. Box 15475 | | | Detroit | MI | 48215 | |
| Union Representative | Association of Professional & Technical Employee | Attn: Dempsey Addison | 2727 Second Ave., Ste. 152 | | | Detroit | MI | 48202 | |
| Union Representative | Association of Professional Construction Inspector | Attn: Juanita Sanders | 2727 Second Ave., Ste. 314B | | | Detroit | MI | 48201 | |
| The Office of the Attorney General of the State of Michigan | Attorney General Bill Schuette | | Cadillac Place, 10th Floor | 3030 W. Grand Blvd., Suite 10-200 | | Detroit | MI | 48202 | |
| Counsel for Detroit Branch NAACP, Michigan State Conference NAACP, Donnell White, individually and on behalf of Detroit Branch NAACP and Michigan State Conference NAACP, Thomas Stallworth III, individually, Rashida Tlaib, individually, and Maureen Taylor, individually, interested parties in this bankruptcy matter as pertains to their civil suit in the Federal Eastern District Court of Michigan (Case Number 13-CV-12098) | Ayad Law PLLC | Nabih H Ayad | 2200 Canton Ctr Rd Ste 220 | | | Canton | MI | 48187 | |

| Party Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"). | Ballard Spahr LLP | Vincent J Marriott | 1735 Market St | 51st Fl | | Philadelphia | PA | 19103 | |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"). | Ballard Spahr LLP | Matthew G Summers | 919 N Market St 11th Fl | | | Wilmington | DE | 19801 | |
| Attorneys for Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. | Ballard Spahr LLP | Vincent J. Marriott, III, Benjamin M. Schmidt, and Ma | 1735 Market Street, 51st Floor | | | Philadelphia | PA | 19103 | |
| Counsel for Genuine Parts Company | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Kimberly J Robinsor | 200 W Madison St Ste 3900 | | | Chicago | IL | 60606 | |
| Counsel for the 36th District Court for the State of Michiga | Barnes & Thornburg LLP | Patrick E. Mears & Scott R Murphy | 171 Monroe Ave NW Ste 1000 | | | Grand Rapids | MI | 49503 | |
| Counsel for the 36th District Court for the State of Michiga | Barnes & Thornburg LLP | Peter A Clark | One N Wacker Dr | | | Chicago | IL | 60606 | |
| Counsel to Hyde Park Cooperative and Plymouth Square Limited Housing Association | Becker & Wasvary PLLC | Carl G Becker | 2401 W Big Beaver Rd Ste 100 | | | Troy | MI | 48084 | |
| Counsel for Assured Guaranty Corporation and Assured Guaranty Municipal Corporation | Berkshire Hathaway Assurance Corporation | Attn: Kara Raiguel, Sunil Khanna and Thomas Scherer | 100 First Stamford Place | | | Stamford | CT | 06902 | |
| Counsel to UBS, AG (COP Swap Counterparties | Bingham McCutchen LLP | Attn: Edwin E. Smith, Esq. | One Federal Street | | | Boston | MA | 02110-1726 | |
| Counsel for UBS AG (COP Swap Counterparties) | Bingham McCutchen LLP | Edwin E Smith Jared Clark Steven Wilamowsky & E Marcus Marsh | 399 Park Ave | | | New York | NY | 10022-4689 | |
| Counsel for U.S. Bank National Association (Top 20 Creditor) | Bodman PLC | Attn: Barbara A. Bowman, Esq. | 201 West Big Beaver Road, Suite 500 | | | Troy | MI | 48084 | |
| Counsel for Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan | Bodman PLC | Brian R Trumbauer | 1901 St Antoine St | 6th Fl at Ford Field | | Detroit | MI | 48226 | |
| Local Counsel for U.S. Bank National Association | Bodman PLC | Robert J Diehl Jr | 1901 St Antoine St | 6th Fl at Ford Field | | Detroit | MI | 48226 | |
| Counsel for Amalgamated Transit Union Local 26 | Bredhoff & Kaiser PLLC | Andrew D Roth Jeffrey R Freund & Douglas L Greenfield | 805 15th St NW Ste 1000 | | | Washington | DC | 20005 | |
| Counsel for the Official Committee of Retirees | Brooks Wilkins Sharkey & Turco PLLC | Matthew E Wilkins & Paula A Hall | 401 S Old Woodward Ave Ste 400 | | | Birmingham | MI | 48009 | |
| Attorneys for Creditors, Oracle America, Inc. and Oracle Credit Corporation | Buchalter Nemer, A Professional Corporation | Shawn M Christianson | 55 Second St 17th Fl | | | San Francisco | CA | 94105-3493 | |
| Union Representative | Building & Construction Trades Counc | Attn: John Wallace | 1640 Porter St. | | | Detroit | MI | 48216 | |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Brian E McGinty | 150 W Jefferson Ste 100 | | | Detroit | MI | 48226 | |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Brian E McGinty | 150 W Jefferson Ste 100 | | | Detroit | MI | 48226 | |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Bruce L Sendek | 150 W Jefferson Ste 100 | | | Detroit | MI | 48226 | |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Bruce L Sendek | 150 W Jefferson Ste 100 | | | Detroit | MI | 48226 | |
| Attorneys for Defendants, Detroit Genera Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Bruce L Sendek Thomas B Radom Cynthia J Haffey | 150 W Jefferson Ste 100 | | | Detroit | MI | 48226 | |
| Attorneys for Defendants, Detroit Genera Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Bruce L Sendek Thomas B Radom Cynthia J Haffey | 41000 Woodward Ave | | | Bloomfield Hills | MI | 48226 | |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Cynthia J Haffey | 150 W Jefferson Ste 100 | | | Detroit | MI | 48226 | |
| Counsel for Merrill Lynch Capital Services Inc. | Cadwalader Wickersham & Taft LLP | Attn: Howard R. Hawkins, Jr., Esq. & Lary Stomfeld, Esq. | One World Financial Center | | | New York | NY | 10281 | |
| Counsel for Merrill Lynch Capital Services Inc | Cadwalader Wickersham & Taft LLP | Attn: Mark C. Ellenberg Esq | 700 Sixth St NW | | | Washington | DC | 20001 | |
| Counsel for Merrill Lynch Capital Services Inc | Cadwalader Wickersham & Taft LLP | Mark Ellenberg Howard Hawkins Lary Stromfeld & Jason Jurgens | One World Financial Center | | | New York | NY | 10281 | |
| Interested Party | Caralyce M Lassner JD PC | Caralyce M Lassner | 8300 Hall Rd Ste 201 | | | Utica | MI | 48317 | |
| Counsel for Oakland County | Carson Fischer PLC | Attn Joseph M Fischer Robert Weisberg & Christopher Grossman | 4111 Andover Rd W 2nd Fl | | | Bloomfield Hills | MI | 48302-1924 | |

| Party Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel for Assured Guaranty | Chadbourne & Parke LLP | Larry Larose Lisa Schapira Marc D. Ashley Marc B. Roitman and Sam Kohn | 30 Rockefeller Center | | | New York | NY | 10122 | |
| Interested Party | Chase Paymentech LLC | Attn Lazonia Clark Business Analys | 14221 Dallas Pkwy Bldg I | | | Dallas | TX | 75254 | |
| Claims and Noticing Agent | City of Detroit Processing Center | c/o KCC | 2335 Alaska Ave | | | El Segundo | CA | 90245 | |
| Counsel for Treasurer, City of Detroit | City of Detroit, Law Department | Mary Beth Cobbs | Assistant Corporation Counsel | 2 Woodward Ave Ste 500 | | Detroit | MI | 48226 | |
| Counsel for the Police and Fire Retirement System of the City of Detroit and the General Retirement System of the City of Detroit | Clark Hill PLC | Robert D Gordon | 151 S Old Woodward Ave Ste 200 | | | Birmingham | MI | 48009 | |
| Counsel for the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Shannon L Deeby | 151 S Old Woodward Ave Ste 200 | | | Birmingham | MI | 48009 | |
| Counsel for the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Evan J Feldman | 151 S Old Woodward Ave Ste 200 | | | Birmingham | MI | 48009 | |
| Counsel for International Union, UAW ("UAW") | Cohen Weiss and Simon LLP | Babette A Ceccotti Thomas N. Ciantra & Peter D. DeChiara and Joshua J. Ellison | 330 W 42nd St | | | New York | NY | 10036 | |
| Counsel for HP Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA | Michael D Warner | 301 Commerce St Ste 1700 | | | Fort Worth | TX | 76102 | |
| Counsel for Catherine Phillips et al; Counsel for Thomas Stephens | Constitutional Litigation Associates, PC | Hugh M Davis | 450 W Fort St, Ste 200 | | | Detroit | MI | 48226 | |
| Counsel for Waste Management Inc | Couzens Lansky Fealk Ellis Roeder & Lazar PC | Attn Jerry M Ellis | 39395 W Twelve Mile Rd Ste 200 | | | Farmington Hills | MI | 48331 | |
| Counsel for The Detroit Institute of Arts | Cravath Swaine & Moore LLP | Richard Levin | 825 Eighth Ave | | | New York | NY | 10019 | |
| Counsel for Southeastern Oakland County Water Authority | Davis Burket Savage Listman Brennan | William N Listman | 10 S Main St Ste 401 | | | Mt Clemens | MI | 48043 | |
| Counsel for Merrill Lynch Capital Services, Inc | Davis Polk & Wardwell LLP | Marshall S Huebner | 450 Lexington Ave | | | New York | NY | 10017 | |
| Counsel for T-Mobile USA, Inc | Dawda, Mann, Mulcahy & Sadler, PLC | Attn Jessica B Allmand | 39533 Woodward Ave Ste 200 | | | Bloomfield Hills | MI | 48304-5103 | |
| Counsel to National Industrial Maintenance – Michigan, Inc | Dean & Fulkerson | Attn Kevin N Summers | 801 W Big Beaver Rd Ste 500 | | | Troy | MI | 48084 | |
| Counsel for Berkshire Hathaway Assurance Corporation | Debevoise & Plimpton LLp | My Chi To & M Natasha Labovitz | 919 Third Ave | | | New York | NY | 10022 | |
| Attorneys for County of Macomb, Michigan, a Michigan Constitutional corporation, by and through its County Agency, the Macomb County Public Works Commissioner | Dechert LLP | Allan S Brilliant & Stephen M Wolpert | 1095 Ave of the Americas | | | New York | NY | 10036 | |
| Counsel for HRT Enterprises | Demorest Law Firm PLLC | Lisa Okasinski | 322 W Lincoln Ave | | | Royal Oak | MI | 48067 | |
| Counsel for John Denis, James Herbert, HRT Enterprises (a Michigan partnership), T&T Management, Inc. (a Florida corporation, successor to Merkur Steel Supply, Inc., a Michigan corporation); Counsel for John W and Vivian M Denis Trust | Demorest Law Firm, PLLC | Mark S Demorest & Melissa L Demorest | 322 W Lincoln Ave | | | Royal Oak | MI | 48067 | |
| Counsel for Dentonss US LLP and Salans FMC SNR Dentons Europe LLP; and Counsel to the Official Retiree Committee | Dentons US LLP | Carole Neville | 1221 Ave of the Americas | | | New York | NY | 10020 | |
| Counsel for Official Retiree Committee | Dentons US LLP | Sam J Alberts | 1301 K St NW Ste 600 East Tower | | | Washington | DC | 20005-3364 | |
| Union Representative | Detroit Fire Fighters Association Local 344 | Attn: Daniel McNamara | 243 W. Congress Ste. 644 | | | Detroit | MI | 48226 | |
| Union Representative | Detroit Income Tax Investigators Association | Attn: Marcella Campbel | 2 Woodward Ave., Ste. 1220 | | | Detroit | MI | 48226 | |
| Union Representative | Detroit Police Command Officers Association | Attn: Steven Dolunt | P.O. Box 02625 | | | Detroit | MI | 48202 | |
| Union Representative | Detroit Police Lieut. & Sergeants Association | Attn: Mark Young | 28 W. Adams, Ste. 700 | | | Detroit | MI | 48226 | |
| Retiree Representative | Detroit Firemen's Fund Association | Attn: Kim Fett | 1301 Third St. Suite 329 | | | Detroit | MI | 48226 | |
| Counsel for Detroit Housing Commission | Detroit Housing Commission | Angela Williams | 1301 E Jefferson Ave | | | Detroit | MI | 48207 | |
| Retiree Representative | Detroit Police Benefit and Protective Association | Attn: Delbert R. Jennings, Sr | 3031 W. Grand Boulevard, Suite 405 | | | Detroit | MI | 48202 | |
| Union Representative | Detroit Police Officers Association | Attn: Mark Diaz | 1938 E. Jefferson | | | Detroit | MI | 48207 | |
| Retiree Representative | Detroit Retired City Employees Association | Attn: Shirley V. Lightsey | P.O. Box 40713 | | | Detroit | MI | 48240 | |
| Counsel for Chapter 7 Trustee, Charles Taunt | Dib and Fagan PC | Simeon Chisara Ohakpo Barry S Fagan | 25892 Woodward Ave | | | Royal Oak | MI | 48067-0910 | |
| State of Michigan, Department of Attorney General | Dickinson Wright PLLC | Dawn R Copley | 500 Woodward Ave Ste 4000 | | | Detroit | MI | 48226-3425 | |
| State of Michigan, Department of Attorney General | Dickinson Wright PLLC | Steven G Howell and Allison R Bach | 500 Woodward Ave Ste 4000 | | | Detroit | MI | 48226-3425 | |
| Counsel for Defendat MGM Grand Detriot, LLC | Dickinson Wright PLLC | Jeffery V Stuckey | 215 S Washington Sq Ste 200 | | | Lansing | MI | 48933 | |
| Counsel for Defendat MGM Grand Detriot, LLC | Dickinson Wright PLLC | Michael C Hammer | 350 S Main St Ste 300 | | | Ann Arbor | MI | 48104 | |
| Counsel for Defendat MGM Grand Detriot, LLC | Dickinson Wright PLLC | Peter H Ellsworth | 215 S Washington Sq Ste 200 | | | Lansing | MI | 48933 | |
| Union Representative | DOT Foremen's Association of America Local 3371 | Attn: Nicholas Duncan | 5776 Bluehill St | | | Detroit | MI | 48224 | |
| Union Representative | DOT Foreperson's Association of America | Attn: Pamela King | 1301 E. Warren Avenue | | | Detroit | MI | 48207 | |
| Top 20 Creditor | Downtown Development Authority | Athanasios Papapanos Glen W Long Jr and Rebecca Navin | 500 Griswold Ste 2200 | | | Detroit | MI | 48226 | |
| Counsel for Wilmington Trust Company, National Association | Drinker Biddle & Reath LLP | Attn: Kristin K. Going, Esq. | 1500 K Street, N.W., Suite 1100 | | | Washington | DC | 20005-1209 | |
| Counsel for Wilmington Trust Company, National Association | Drinker Biddle & Reath LLP | Attn: Heath D. Rosenblat, Esq. | 1177 Avenue of the Americas, 41st Floor | | | New York | NY | 10036-2714 | |
| Counsel to, DTE Electric Company and DTE Gas Company | DTE Energy Company | Leland Prince | One Energy Plaza | 688 WCB – Legal Department | | Detroit | MI | 48226 | |
| Counsel for Attorneys for Health Alliance Plan of Michigan | Dykema Gossett PLLC | Ronald L Rose | 39577 Woodward Ave Ste 300 | | | Bloomfield Hills | MI | 48304 | |
| Counsel for Downtown Development Authority | Dykema Gossett PLLC | Sherrie L Farrel | 400 Renaissance Center | | | Detroit | MI | 48243 | |
| Counsel for Downtown Development Authority | Dykema Gossett PLLC | Sheryl L Toby | 39577 Woodward Ave Ste 300 | | | Bloomfield Hills | MI | 48304 | |

Exhibit A
Served via First Class Mail

| Party Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel for the City of Detroit | Dykema Gossett PLLC | Robert J. Franzinger and Jong-Ju Chang | 400 Renaissance Center | | | Detroit | MI | 48243 | |
| Union Representative | EMS Officers Association | Attn: James Gatteno | 2150 Lancaster | | | Grosse Pointe Woods | MI | 48236 | |
| Counsel for Detroit Fire Fighters Association IAFF Local 344 Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Earle I Erman & Julie Beth Teicher | 400 Galleria Officentre Ste 444 | | | Southfield | MI | 48034 | |
| Counsel for Detroit Fire Fighters Association IAFF Local 344 Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Craig E Zucker | 400 Galleria Officentre Ste 444 | | | Southfield | MI | 48034 | |
| Counsel for Detroit Fire Fighters Association IAFF Local 344, Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Barbara A Patek | 400 Galleria Officentre Ste 444 | | | Southfield | MI | 48034 | |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | David M Eisenberg | 400 Galleria Officentre Ste 444 | | | Southfield | MI | 48034 | |
| Counsel for U.S. Bank National Association (Top 20 Creditor) | Faegre Baker Daniels LLP | Attn: Abby E. Wilkinson, Esq. | 2200 Wells Fargo Center | 90 South Seventh Street | | Minneapolis | MN | 55402-3901 | |
| Union Representative | Field Engineers Association | Attn Larry Hart | PO Box 252805 | | | West Bloomfield | MI | 48325 | |
| Counsel to City of Detroit, Michigan | Foley & Lardner LLP | John A Simon | 500 Woodward Ave Ste 2700 | | | Detroit | MI | 48226 | |
| Counsel for Johnathan Aaron Brown | Foley & Mansfield PLLP | Mercedes Varasteh Dordesk | 130 E 9 Mile Rd | | | Ferndale | MI | 48220 | |
| Counsel for U.S. Bank National Association (Top 20 Creditor) | Foster Swift Collins & Smith PC | Attn: John M. Kamins, Esq. | 32300 Northwestern Hwy., Suite 230 | | | Farmington Hills | MI | 48334 | |
| Counsel for U.S. Bank NA | Foster Swift Collins & Smith PC | Dirk H Beckwith | 32300 Northwestern Hwy Ste 230 | | | Farmington Hills | MI | 48334-1571 | |
| Counsel for US Bank National Association, as Custodian | Foster Swift Collins & Smith PC | Dirk H Beckwith | 32300 Northwestern Hwy Ste 230 | | | Farmington Hills | MI | 48334 | |
| Counsel for the Bank of New York Mellon | Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Ave | | | New York | NY | 10103-3198 | |
| Counsel for the Bank of New York Mellon | Fulbright & Jaworski LLP | Melanie M Kotler | 666 Fifth Ave | | | New York | NY | 10103-3198 | |
| Counsel for Hathaway Berkshire Assurance Corporation Berskhire Hathaway Assurance Corporation | Garan Lucow Miller PC | Thomas P Christy Christopher P Jelinek & Robert D Goldstein | 1111 W Long Lake Rd Ste 300 | | | Troy | MI | 48098 | |
| Top 20 Creditor - City's Pension Trusts | General Retirement System of the City of Detroit | Attn: Michael J. VanOverbeke, Esq. Interim General Counsel | | Vanoverbeke, Michaud & Timmony, P.C. | 79 Alfred Street | Detroit | MI | 48201 | |
| Counsel for US Health & Life Insurance Company | Gold Lange & Majoros PC | Elias T Majoros | 24901 Northwestern Hwy Ste 444 | | | Southfield | MI | 48075 | |
| Counsel for US Health & Life Insurance Company | Gold Lange & Majoros PC | Sandra L Oconnor | 24901 Northwestern Hwy Ste 444 | | | Southfield | MI | 48075 | |
| Counsel for the Detroit Public Library | Gold Lange & Majoros PC | Stuart A Gold & Hannah Mufson McCollum | 24901 Northwestern Hwy Ste 444 | | | Southfield | MI | 48075 | |
| Counsel for Deborah Ryan and Catherine Phillips, et al | Goodman & Hurwitz PC | William H Goodman | 1394 E Jefferson Ave | | | Detroit | MI | 48207 | |
| The Office of the Governor of the State of Michigan | Governor Rick Snyder | | P.O. Box 30013 | | | Lansing | MI | 48909 | |
| Counsel for Enjoi Transportation LLC and Upwright Wrecking and Demolition LLC | Gudeman & Associates PC | Edward J Gudeman | 1026 E Eleven Mile Rd | | | Royal Oak | MI | 48067 | |
| Counsel for Detroit Institute of Arts | Honigman Miller Schwartz and Cohn LLP | Judy B Calton & Jason R Abel | 2290 First National Bldg | 660 Woodward Ave | | Detroit | MI | 48226-3583 | |
| Counsel for General Motors LLC | Honigman Miller Schwartz and Cohn LLP | Joseph R Sgroi | 2290 First National Bldg | 660 Woodward Ave | | Detroit | MI | 48226 | |
| Counsel for General Motors LLC | Honigman Miller Schwartz and Cohn LLP | E Todd Sable | 2290 First National Bldg | 660 Woodward Ave | | Detroit | MI | 48226 | |
| Counsel for Detroit Institute of Arts | Honigman Miller Schwartz and Cohn LLP | Arthur T Oreilly | 2290 First National Bldg | 600 Woodward Ave | | Detroit | MI | 48226-3506 | |
| Counsel for The Detroit Institute of Arts | Honigman Miller Schwartz and Cohn LLP | Scott B Kitei Arthur& T. O'Reilly | 600 Woodward Ave | 2290 First National Bldg | | Detroit | MI | 48226 | |
| Counsel for Defendants Greektown Casino and Detroit Entertainment LLC dba Motorcity Casino Hotel | Honigman Miller Schwartz and Cohn LLP | Andrea L Hanse | 222 N Washington Sq Ste 400 | | | Lansing | MI | 48933 | |
| Counsel for Defendants Greektown Casino and Detroit Entertainment LLC dba Motorcity Casino Hotel | Honigman Miller Schwartz and Cohn LLP | Jennifer Zbytowski Belveal | 2290 First National Bldg | 660 Woodward Ave | | Detroit | MI | 48226-3506 | |
| Counsel for Defendants Greektown Casino and Detroit Entertainment LLC dba Motorcity Casino Hotel | Honigman Miller Schwartz and Cohn LLP | Judy B Calton | 2290 First National Bldg | 660 Woodward Ave | | Detroit | MI | 48226-3583 | |
| Counsel for HP Enterprise Services LLC | HP Enterprises Services LLC | Ayala Hassell | 5400 Legacy Dr | | | Plano | TX | 75024 | |
| Counsel for HP Enterprise Services LLC | HP Enterprises Services LLC | Ken Higman | 12610 Park Plz Dr Ste 100 | | | Cerritos | CA | 90703 | |
| Union Representative | I.U.O.E. Local 324 | Attn: William Miller | 500 Hulet Drive | | | Bloomfield Township | MI | 48302 | |
| Interested Party | IBM Corporation | Attn National Bankruptcy Coordinator | 275 Viger East Ste 400 | | | Montreal | QC | H2X 3R7 | Canada |
| Counsel for IBM Credit LLC | IBM Credit LLC | Andy Gravina | Special Handling Group MD NC317 | 6303 Barfield Rd NE | | Atlanta | GA | 30328 | |
| Counsel for International Union, UAW ("UAW") | International Union, UAW | Michael Nicholson & Niraj R Ganatra | 8000 E Jefferson Ave | | | Detroit | MI | 48214 | |
| Counsel for Iron Mountain Information Management LLC | Iron Mountain Information Management, LLC | Joseph Corrigan | 745 Atlantic Ave 10th F | | | Boston | MA | 2111 | |
| Counsel for National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Eric D Novetsky | 27777 Franklin Rd Ste 2500 | | | Southfield | MI | 48034 | |
| Counsel for National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Paul R Hage | 27777 Franklin Rd Ste 2500 | | | Southfield | MI | 48034 | |
| Counsel for National Public Finance Guarantee Corporation | Jaffe Raitt Heuer & Weiss PC | Attn Louis P Rochkind | 27777 Franklin Rd Ste 2500 | | | Southfield | MI | 48034 | |

In re City of Detroit, Michigan
Case No. 13-53846

| Party Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel for the Retired Detroit Police Members Association William Ochadleus, Shelton Hayes, Shirley Berger, Raymond Yee Frederick McClure Jr., John Clark, Jim Benci, Janice Butler, Morris Wells, Melvin William Sr., Kimberly Ann Sanders, Sarah E. Giddens, Deborah Ward, Jackie Fulbright, Catherine Tuttle, Rita Serra, Martin Treadwell, Ed Gaines, Barbara Triplett-Decrease, John J. O'Neill, Roy Mccalister, Polly Mccalister, Gail Wilson-Turner, Loletha Porter-Coleman, Afford Coleman, Jessie Banks, Lester Coleman, Deborah Lark, Moses Lark, Sharon Cowling, Michael Cowling, Robert Jackson, Rashelle Pettway, Michael A. Adams, John Hawkins, Laura Isom, Duane McKissic, Herbert Moreland, Cynthian Diane Moreland, Henry Elis, Keith Jackson Sr., Deborah Robinson, James Alexander Jr., Debra J. Fair, Brenda Goss-Andrews, Ricardo C. Jenkins, Jaqueline Jackson, Tommie Carodine, Lawrence V. Porter, Robbin Rivers, ,James R. Younger, Roscoe Mayfield, Charles Barbieri, Craig Schwartz, Glenda Cole-Dixon, Walter Long Jr., George Graves, Terrance Anderson, David Anderson, Nancy Fowler, George Chester, Anthony Klukowski Jr.., Todd Klukowski, Roger Klukowski, Lois Klukowski-Hogen, Patricia Mcabe, Daniel | Jamie S Fields | | 555 Brush Ste 2409 | | | Detroit | MI | 48226 | |
| Counsel for ODM LLC | Jeffer Mangels Butler & Mitchell LLF | David M Poitras | 1900 Ave of the Stars 7th F | | | Los Angeles | CA | 90067-4308 | |
| Counsel for International Outdoor In | Jeffery R Sieving | | 28423 Orchard Lake Rd Ste 200 | | | Farmington Hills | MI | 48334 | |
| Counsel for David Sole | Jerome D Goldberg PLLC | Jerome D Goldberg | 2921 E Jefferson Ste 205 | | | Detroit | MI | 48207 | |
| Pro Se | John P Quinr | | 2003 Military St | | | Detroit | MI | 48209 | |
| Counsel to the City | Jones Day | David G. Heiman, Esq. Heather Lennox, Esq., Rober W. Hamilton | North Point | 901 Lakeside Avenue | | Cleveland | OH | 44114 | |
| Counsel to the City | Jones Day | Jeffrey B. Ellman, Esq. | 1420 Peachtree St., NE | Suite 800 | | Atlanta | GA | 30309 | |
| Counsel to the City | Jones Day | Brad B Erens | 77 W Wacker | | | Chicago | IL | 60601 | |
| Counsel to the City | Jones Day | Bruce Bennett, Esq. | 555 South Flower Street | Fiftieth Floor | | Los Angeles | CA | 90071 | |
| Co-Counsel for Attorneys for Health Alliance Plan of Michigan | K&L Gates LLP | Michael J Gearin | 925 Fourth Ave Ste 2900 | | | Seattle | WA | 98104-1158 | |
| Counsel for Michigan Bell Telephone Company dba AT&T Michigan | Katten Muchin Rosenman LLP | Paige E Barr | 525 W Monroe Ste 1900 | | | Chicago | IL | 60661 | |
| Counsel for Michigan Bell Telephone Company d/b/a AT&T Michigan | Katten Muchin Rosenman LLP | Joseph P Sieger | 525 W Monroe Ste 1900 | | | Chicago | IL | 60661 | |
| Counsel for Deutsche Bank Securities Inc; Deutsche Bank AG London | Katten Muchin Rosenman LLP | Kenneth E Noble & John J. Ramirez, | 575 Madison Ave | | | New York | NY | 10022-2585 | |
| Counsel for Deutsche Bank Securities In | Katten Muchin Rosenman LLF | Karen B Dine & Kevin M Baum | 575 Madison Ave | | | New York | NY | 10022-2585 | |
| Counsel for New England Fertilizer Company and Wade Trim Associates Inc | Kerr Russell and Weber PLC | Jason W Bank | 500 Woodward Ave Ste 2500 | | | Detroit | MI | 48226-3406 | |
| Counsel for the City of Detroit Water and Sewerage Department and its Board of Water Commissioners | Kilpatrick & Associates PC | Richardo I Kilpatrick | 615 Griswold Ste 1708 | | | Detroit | MI | 48226-3985 | |
| Counsel for Syncora Capital Assurance Inc., Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | Kirkland & Ellis LLP | James HM Sprayregen PC Ryan Blaine Bennett Noah J. Ornstein & Stephen C Hackney | 300 North LaSalle | | | Chicago | IL | 60654 | |
| Counsel to Certain Significant Holders of the COP: | Kramer Levin Naftalis & Frankel LLF | Thomas Moers Mayer | 1177 Avenue of the Americas | | | New York | NY | 10036 | |
| Counsel for Nuveen Asset Management and BlackRock Financia Management, Inc. | Kramer Levin Naftalis & Frankel LLP | Att Amy Caton | 1177 Avenue of the Americas | | | New York | NY | 10036 | |
| Special Assistant Attorney Genera to State of Michigan | LAMBERT LESER | Rozanne M. Giunta and Winnifred P. Boylan | 916 Washington Avenue, Suite 309 | | | Bay City | MI | 48708 | |
| Counsel for St Martins Cooperative | Law Offices of Lee & Correll | Michael K Lee | 24901 Northwestern Hwy Ste 113 | | | Southfield | MI | 48075 | |
| Counsel for the Detroit Fire Fighters Association IAFF Local 344 | Legghio & Israel PC | Christopher P. Legghio & Alidz Oshagan | 306 S. Washington, Suite 600 | | | Royal Oak | MI | 48067 | |
| Interested Party | Linebarger Goggan Blair & Sampson LLF | John P Dillman | PO Box 3064 | | | Houston | TX | 77253-3064 | |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Shirley V Lightsey; and Detroit Retired City Employees Association | Lippitt O Keefe PLLC | Att Ryan C Plecha | 370 E Maple Rd 3rd Fl | | | Birmingham | MI | 48009 | |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Detroit Retired City Employees Association; and Shirley V Lightsey | Lippitt O Keefe PLLC | Attn Brian O Keefe | 370 E Maple Rd 3rd Fl | | | Birmingham | MI | 48009 | |
| Counsel for Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | Lowenstein Sandler LLP | Sharon L Levine & Phillip J Gross | 65 Livingston Ave | | | Roseland | NJ | 07068 | |
| Counsel for FK Park, LLC and FK South, LLC | Maddin, Hauser, Roth & Heller, P.C. | Ian S Bolton & David E. Hart | 28400 Northwestern Hwy 2nd Fl | | | Southfield | MI | 48034 | |
| Interested Party | Maddin, Hauser, Wartell, Roth & Heller, P.C | Michael S Leib | 28400 Northwestern Hwy 3rd F | | | Southfield | MI | 48034 | |
| Counsel for Syncora Guarantee In | Mantese Honigman Rossman and Williamson PC | Brendan Frey | 1361 E. Big Beaver Road | | | Troy | MI | 48083 | |
| Counsel for Syncora Guarantee In | Mantese Honigman Rossman and Williamson PC | Ian M Williamson | 1361 E. Big Beaver Road | | | Troy | MI | 48083 | |
| Counsel for The Allen Park Retirees Association Inc and Russe Pillar | Mark A Porter & Associates PLLC | Mark A Porter | 551 E 11 Mile Rd Ste 3D | PO Box 71527 | | Madison Heights | MI | 48071-0527 | |

| Party Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel for Amalgamated Transit Union Local 26 | Mark H Cousens | John E. Eaton, Esq. | 16261 Evergreen Rd Ste 110 | | | Southfield | MI | 48076 | |
| Counsel for the Detroit Police Lieutenants and Sergeants Association | Matheson Parr Osmer & Stevens PLC | John A Stevens | 2555 Crooks Rd Ste 200 | | | Troy | MI | 48084 | |
| Counsel for Hercules & Hercules Inc | Maxwell Dunn PLC | Attn Ethan D Dunn | 26339 Woodward Ave | | | Huntington Woods | MI | 48070 | |
| Interested Party | McAlpine PC | David M Zack | 3201 University Dr Ste 100 | | | Auburn Hills | MI | 48326 | |
| Counsel for U.S. Bank National Association (Top 20 Creditor) | McDermott Will & Emery LLP | Attn: William P. Smith, Esq. | 227 West Monroe Street | | | Chicago | IL | 60606 | |
| Counsel for U.S. Bank National Association | McDermott Will & Emery LLP | William P Smith & Nathan F Coco | 227 W Monroe St Ste 4700 | | | Chicago | IL | 60606 | |
| Counsel for US Bank National Association | McDermott Will & Emery LLP | Jeffrey A Rossman | 227 W Monroe St | | | Chicago | IL | 60606 | |
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc and Bishop Real Estate, L.L.C. | McDonald Hopkins PLC | Stephen M Gross | 39533 Woodward Ave Ste 318 | | | Bloomfield Hills | MI | 48304 | |
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | McDonald Hopkins PLC | Joshua A Gadharf | 39533 Woodward Ave Ste 318 | | | Bloomfield Hills | MI | 48304 | |
| Counsel for Bishop Real Estate, L.L.C | McDonald Hopkins PLC | Jason L Weiner | 39533 Woodward Ave Ste 318 | | | Bloomfield Hills | MI | 48304 | |
| Counsel for CSX Transportation Inc | McGuireWoods LLP | John H Maddock | One James Center | 901 E Cary St | | Richmond | VA | 23219 | |
| Counsel for Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | McKnight McClow Canzano Smith & Radtke PC | John R Canzano | 400 Galleria Officentre Ste 117 | | | Southfield | MI | 48034 | |
| Counsel to Michael J. Karwoski | Michael J. Karwoski, Esq | | 26015 Felicity Landing | | | Harrison Township | MI | 48045 | |
| Counsel to City of Detroit Michigan | Miller Canfield Paddock & Stone PLC | Stephen S LaPlante | 150 W Jefferson Ave Ste 2500 | | | Detroit | MI | 48226 | |
| Counsel to Meijer, Inc | Miller Canfield Paddock & Stone, PLC | Timothy A Fusco | 150 W Jefferson Ave Ste 2500 | | | Detroit | MI | 48226 | |
| Counsel for Michigan American Federation of State, County and Municipal Employees Local 3308 and Local 917 | Miller Cohen PLC | Robert D Fetter | 600 W Lafayette Blvd 4th Fl | | | Detroit | MI | 48226 | |
| Counsel to the City | Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green, Esq. Stephen S. LaPlante Marc N. Swanson & Eric D Carlson | 150 West Jefferson | Suite 2500 | | Detroit | MI | 48226 | |
| Counsel for Fidelity Management & Research Company and Eaton Vance Management | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William W Kannel & Adrienne K Walker | One Financial Center | | | Boston | MA | 02111 | |
| Counsel for Patricia Ramirez; Denise Gardner; Sheila Johnson; Kimberly James | Morgan & Meyers PLC | Debra N Pospiech & Brian T Keck | 3200 Greenfield Rd Ste 260 | | | Dearborn | MI | 48120-1802 | |
| Proposed Counsel for Committee of Unsecured Creditors [motion denied] | Morrison & Foerster, LLP | Brett H. Miller and Lorenzo Marinuzzi | 1290 Avenue of the Americas | | | New York | NY | 10104-0050 | |
| Pro se | Nathaniel Brent | | 538 S Livernois | | | Detroit | MI | 48209 | |
| Office of the United States Trustee | Office of the United States Trustee | Daniel McDermott | 211 West Fort Street Suite 700 | | | Detroit | MI | 48226 | |
| Office of the United States Trustee | Office of the United States Trustee | Sean Cowley | 211 West Fort Street Suite 700 | | | Detroit | MI | 48226 | |
| Office of the United States Trustee | Office of the United States Trustee | Maria D Giannirakis | 211 West Fort Street Suite 700 | | | Detroit | MI | 48226 | |
| Counsel for Richard Mack and Dwayne Provience; Gerald and Alecia Wilcox | Olsman Mueller Wallace & MacKenzie PC | Wolfgang Mueller | 2684 W 11 Mile Rd | | | Berkley | MI | 48072 | |
| Counsel for Federal National Mortgage Association, creditor c/o Seterus, Inc., in the entitled action; and Everhome Mortgage Company as servicing agent for Everbank | Orlans Associates, P.C | Caleb J. Shureb, Craig B. Rule, Elizabeth M. Abood Carroll, Heather D. McGivern, and Heather M. Dickow | PO Box 5041 | | | Troy | MI | 48007 | |
| Counsel for Xerox Corporation | Osipov Bigelman PC | Jeffrey H Bigelman | 20700 Civic Center Dr Ste 420 | | | Southfield | MI | 48076 | |
| Counsel for Michigan Property Tax Relief LLC; Gary Segatti and P.P.T.A., Inc., or Harold Hoyt; Jackie's Transport, Inc. | Osipov Bigelman PC | Yuliy Osipov | 20700 Civic Center Dr Ste 420 | | | Southfield | MI | 48076 | |
| Counsel for UBS AG (COP Swap Counterparties) | Paul Weiss Rifkind Wharton & Garrison LLP | Daniel J Kramer & Kelley a Cornish | 1285 Ave of the Americas | | | New York | NY | 10019-6064 | |
| Counsel for Fountain Park Court Consumer Housing Cooperative; LaSalle Town Houses Cooperative Association, Nicolet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Joliet Town Houses Cooperative Association, St. James Cooperative, Individually and on Behalf of all Similarly Entities | Pentiuk Couvreur & Kobiljak PC | Randall A Pentiuk & Michael A Karman | 2915 Biddle Ave Ste200 | | | Wyandotte | MI | 48192 | |
| Counsel for Debtor City of Detroit Michigan; Michigan, Kevyn D. Orr, John Naglick, Michael Jamison, and Cheryl Johnson | Pepper Hamilton LLP | Robert S Hertzberg | 4000 Town Center Ste 1800 | | | Southfield | MI | 48075 | |
| Counsel for Debtor City of Detroit Michigan | Pepper Hamilton LLP | Deborah Kovsky-Apap | 4000 Town Center Ste 1800 | | | Southfield | MI | 48075 | |
| Counsel for Debtor City of Detroit Michigan | Pepper Hamilton LLP | Kay Standridge Kress | 4000 Town Center Ste 1800 | | | Southfield | MI | 48075 | |
| Counsel for Community Foundation for Southeast Michigan William Davidson Foundation; The Fred A. and Barbara M. Erb Family Foundation; Max M. and Marjorie S. Fisher Foundation; The Ford Foundation; Hudson-Webber Foundation; W.K. Kellogg Foundation; Charles Stewart Mott Foundation; McGregor Fund; and A. Paul and Carol C. Schaap Foundation (Collectively, the "Foundations") | Plunkett Cooney | Douglas C Bernstein | 38505 Woodward Ave Ste 2000 | | | Bloomfield Hills | MI | 48304 | |
| Counsel for Waste Management, Inc. | Plunkett Cooney | David A. Lerner & Patrick C Lannen | 38505 Woodward Avenue Ste 2000 | | | Bloomfield Hills | MI | 48304 | |
| Top 20 Creditor - City's Pension Trusts | Police and Fire Retirement System of the City of Detroit | Attn: Joseph E. Turner, Esq. | General Counsel | Clark Hill PLC | 500 Woodward Avenue Ste 3500 | Detroit | MI | 48226 | |
| Union Representative | Police Officers Association of Michigan | Attn: John Barr | 27056 Joy Rd. | | | Redford | MI | 48239 | |
| Union Representative | Police Officers Labor Council | Attn: Chet Kulesza | 667 E. Big Beaver Rd. #205 | | | Troy | MI | 48083 | |
| Union Representative | Police Officers Labor Council | Attn: Marvin Hansberry | 518 Inkster Road | | | Dearborn Heights | MI | 48127 | |
| Union Representative | Police Officers Labor Council | Attn: Jan Zalesk | 19360 St. Louis St. | | | Detroit | MI | 48234 | |
| Interested Party | Primeshares World Markets, LLC | | 261 5th Ave 22nd F | | | New York | NY | 10016 | |
| Counsel for Michael Beydoun | Raymond Guzall III PC | Raymond Guzall II | 31555 W Fourteen Mile Rd Ste 320 | | | Farmington Hills | MI | 48334 | |

| Party Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel enters an appearance for The Bank of New York Mellon (successor by operation of law to The Bank of New York), as custodian of the Police and Fire Retirement System of the City of Detroit Fund and as custodian of the General Retirement System of the City of Detroit Fund | Reed Smith LLP | Amy M Tonti | 225 Fifth Ave | | | Pittsburgh | PA | 15222 | |
| Attorneys for Creditors: Carlton Carter, Bobby Jones, Roderick Holley and Richard T. Weatherly | Resnick & Moss PC | H Nathan Resnick | 40900 Woodward Ave Ste 111 | | | Bloomfield Hills | MI | 48304 | |
| Retiree Representative | Retired Detroit Police and Fire Fighters Association | Attn: Donald Taylor | 252 E. 14 Mile Road | | | Sterling Heights | MI | 48310 | |
| Interested Party | Ricoh USA Inc | Recovery & Bankruptcy Group | 3920 Arkwright Rd Ste 400 | | | Macon | GA | 31210 | |
| Counsel to Eric Kimbrough, Leinathian Jelks, Brandon Brooks Phyllis Tharpe, Rodney Heard, Clenette Harris, Gregory Brazell, Jennifer Harris-Barnes, Henry Hassan, Melvin Miller, Terry Hardison, Velma, Denson, Raymond Thompson, Lucy Flowers, Brandon Gilbert, Brady Johnson, Quentin King, Sharon Pettway, Taralyn Smith, Donna Weatherspoon, Tarita Wilburn, Joseph Wright, Laverne Covington, James Matson, Kevin McGillivary, Rhonda Craig, Orlando Marion, John Collins, Terry Hardison, Carolyn Harp, Jeffrey Peterson, Clementine Stephens, Ezekiel Davis, Michael McKay, David Both, Raymond Thompson, Jr., Doug Taylor, Shumithia Baker, Floyd Brunson, Jerry Ashley, Anthony Harmon, Shelton Bell, Jr., Jeremiah Duren, Otis Evans, Wendy Jefferson, Gary Musser, Mario Littlejohn, Angela Davis, Jeffrey Theriot, Bernard White, Eddie Moore, Robert Mcgowen, Curtis Morris, Hondra Porter, Kevin Mcdonald, Jay Woods, Taesean Parnell, YvetteSpencer, Viena Lowe, Landon Banks, Darchella Lattner, Micholas Martin, Marily Cloyd, Robert Hall, Victoria Wilson, Theresa Chalch, Angela Davis, Jamie Jackson, Donald Harris, Winter Owens, Samiya Speed, Teran Brown, Antonio Brooks, Jermaine Gleen, Ray Lizzamore, Daniel Latanzio | Romano Law PLLC | Attn Daniel G Romano & Trevor J. Zamborsky | 23880 Woodward Ave | | | Pleasant Ridge | MI | 48069 | |
| Counsel for Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman ("Flowers plaintiffs"); and Detroit Police Command Officers Association ("DPCOA") | Sachs Waldman PC | Mami Kato & Mary Ellen Gurewitz | 2211 E Jefferson Ave Ste 200 | | | Detroit | MI | 48207 | |
| Counsel for Official Retiree Committee | Salans FMC SNR Dentons Europe LLP | Claude Montgomery | 620 Fifth Ave | | | New York | NY | 10020 | |
| Union Representative | Sanitary, Chemists & Technicians Association | Attn: Saulius Simoliunas | 2727 Second Ave. Rm. 314 – D | | | Detroit | MI | 48201 | |
| Contract Counterparty | SBS Financial Products Company, LLC | Attn. John Carter | 100 Wall Street | 22nd Floor | | New York | NY | 10005 | |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Daniel J Weiner | 40950 Woodward Ave Ste 100 | | | Bloomfield Hills | MI | 48304 | |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Brendan G Best | 40950 Woodward Ave Ste 100 | | | Bloomfield Hills | MI | 48304 | |
| Counsel for DEPFA Bank PLC | Schiff Hardin LLP | Suzanne L Wahl | 350 S Main St Ste 210 | | | Ann Arbor | MI | 48104 | |
| Counsel for DEPFA Bank PLC | Schiff Hardin LLP | Rick L Frimmer & Matthew W Ott | 233 S Wacker Dr Ste 6600 | | | Chicago | IL | 60606 | |
| Counsel for FMS Wertmanagement AöR | Schiff Hardin LLP | Frederick J. Sperling & Paul E. Greenwalt | 233 S Wacker Dr | Ste 6600 | | Chicago | IL | 60606 | |
| Counsel for Parsons Brinckerhoff Michigan, Inc | Schiff Hardin LLP | Jeffrey D Eaton | 233 S Wacker Dr | Ste 6600 | | Chicago | IL | 60606 | |
| Attorney for Trustee | Schneider Miller PC | Kenneth M Schneider | 645 Griswold Ste 3900 | | | Detroit | MI | 48226 | |
| Counsel for Schneiderman and Sherman PC; Attorney for U.S. Bank National Association as servicer for Michigan State Housing Development Authority; Flagstar Bank, FSB; Counsel for Kondaur Capital Corporation | Schneiderman & Sherman PC | Brett A Border | 23938 Research Dr Ste 300 | | | Farmington Hills | MI | 48335 | |
| SEC | Securities & Exchange Commission | Bankruptcy Section | 175 W Jackson Blvd | Suite 900 | | Chicago | IL | 60604-2815 | |
| Union Representative | SEIU Local 517M | Attn: Yolanda Langstor | 1274 Library St. | | | Detroit | MI | 48226 | |
| Union Representative | Senior Accountants, Analysts & Appraisers Association | Attn: Audrey Bellamy | 65 Cadillac Square, Ste. 2905 | | | Detroit | MI | 48226 | |
| Union Representative | Senior Water Systems Chemist Association | Attn: Andrew Ross | 2727 Second Ave. Rm. 311- A | | | Detroit | MI | 48201 | |
| Counsel for The Kales Grand Circus Park LLC | Seyburn Kahn | David T Lin | 2000 Town Center Ste 1500 | | | Southfield | MI | 48075-1195 | |
| Fee Examiner | Shaw Fishman Glantz & Towbin LLC | Robert M Fishman Peter J Roberts Ira Bodenstein Gordon Gouveia David Doyle and Marc Reiser | 321 N Clark St Ste 800 | | | Chicago | IL | 60654 | |
| Counsel for Detroit Winsor Tunnell LLC | Sheldon S Toll PLLC | Sheldon S Toll | PO Box 4297 | | | Southfield | MI | 48037 | |
| Counsel for National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Jeffrey Bjork, Esq. & Eric D. Tashman, Esq. | 555 West Fifth Street | | | Los Angeles | CA | 90013 | |
| Counsel for National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Guy S. Neal, Esq. | 1501 K Street, N.W. | | | Washington | DC | 20005 | |
| Counsel for National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Guy S Neal | 1501 K St NW | | | Washington | DC | 20005 | |
| Counsel for National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Jeffrey E Bjork | 555 W Fifth St | | | Los Angeles | CA | 90013 | |
| Counsel for National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn James F Bendernagel | 1501 K St NW | | | Washington | DC | 20005 | |
| Counsel for National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Peter L Canzano | 1501 K St NW | | | Washington | DC | 20005 | |
| Counsel for Retired Detroit Police and Fire Fighters Association ("RDPFFA"); 2) Donald Taylor, President of RDPFFA; 3) Detroit Retired City Employees Association ("DRCEA"); and 4) Shirley V. Lightsey, President of DRCEA | Silverman & Morris PLLC | Thomas R Morris and Karin F. Avery | 30500 Northwestern Hwy Ste 200 | | | Farmington Hills | MI | 48334 | |
| Counsel for Unisys Corporation | Sirlin Lesser & Benson PC | Dana S Plon | 123 S Broad St Ste 2100 | | | Philadelphia | PA | 19109 | |
| Counsel for Airgas USA LLC | Smith Katzenstein & Jenkins LLP | Kathleen M Miller | The Corporate Plaza | 800 Delaware Ave Ste 1000 | PO Box 410 | Wilmington | DE | 19899 | |
| State of Michigan Chief Legal Counsel | State of Michigan Chief Legal Counsel | Matthew Schneider | PO Box 30212 | | | Lansing | MI | 48909 | |

| Party Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| State of Michigan Assistant Attorney General, Counsel to State of Michigan | State of Michigan Revenue & Collections Division | Steven B Flancher & Matther Schneider | Assistant Attorneys General | PO Box 30754 | | Lansing | MI | 48909 | |
| The Office of the Treasurer for the State of Michigan | State Treasurer | | Austin Building | 430 W. Allegan Street | | Lansing | MI | 48922 | |
| Counsel for Nuveen Asset Management and BlackRock Financial Management, Inc.; and Greenhill & Co LLC | Steinberg Shapiro & Clark | Mark H Shapiro | 25925 Telegraph Road., Suite 203 | | | Southfield | MI | 48033 | |
| Counsel for Gabriel, Roeder, Smith & Company | Stevenson & Bullock PLC | Charles D Bullock Elliot G Crowder & Sean M Walsh | 26100 American Dr Ste 500 | | | Southfield | MI | 48034 | |
| Interested Party | Stradling Yocca Carlson & Rauth PC | Fred Neufeld | 100 Wilshire Blvd 4th Fl | | | Santa Monica | CA | 90401 | |
| Counsel for the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Lynn M Brimer | 300 E Long Lake Rd Ste 200 | | | Bloomfield Hills | MI | 48304 | |
| Counsel for the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn Meredith E Taunt | 300 E Long Lake Rd Ste 200 | | | Bloomfield Hills | MI | 48304 | |
| Counsel for the Retired Detroit Police Members Association | Strobl & Sharp PC | Attn: Mallory A. Field | 300 E Long Lake Rd Ste 200 | | | Bloomfield Hills | MI | 48304 | |
| Counsel for the Detroit Police Lieutenants and Sergeants Association | Sudnick Law PC | Peter P Sudnick | 2555 Crooks Rd Ste 150 | | | Troy | MI | 48084 | |
| Counsel for Syncora Guarantee Inc | Susheel Kirpalani Quinn Emanuel Urquhart & Sullivan, LLP | | 51 Madison Ave 22nd Fl | | | New York | NY | 10010 | |
| Sylvia Jean Brown Jones, Pro Se | Sylvia Jean Brown Jones | | 218 Elmshaven Dr | | | Lansing | MI | 48917 | |
| Union Representative | Teamsters Local #214 | Attn: Joseph Valent | 2825 Trumbull Avenue | | | Detroit | MI | 48216 | |
| Counsel for Public Lighting Authority | The Allen Law Group, P.C. | Attn: Ron Liscombe, Esq. | 3011 West Grand Boulevard | 2500 Fisher Building | | Detroit | MI | 48202 | |
| City's Secured & Unsecured Bonds | The Bank of New York Mellon Trust Company, National Association, as trustee | Attn: Eduardo Rodriguez | 2 North LaSalle Street, Suite 1020 | | | Chicago | IL | 60602 | |
| The City, c/o the Emergency Manager | The City of Detroit | Attn: Kevyn D. Orr, Emergency Manager | Coleman A. Young Municipal Center | 2 Woodward Ave Suite 1126 | | Detroit | MI | 48226 | |
| Corporation Counsel for the City of Detroit | The City of Detroit | Attn: Corporation Counsel | Coleman A. Young Municipal Center | 2 Woodward Avenue | Fifth Floor | Detroit | MI | 48226 | |
| Counsel for Kevin Lewis & Jeremy Morris | The Markowitz Law Office | Carolyn B Markowitz PC | 30400 Telegraph Rd Ste 111 | | | Bingham Farms | MI | 48025 | |
| Counsel for Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | The Sanders Law Firm PC | Herbert A Sander | 615 Griswold St Ste 913 | | | Detroit | MI | 48226 | |
| Counsel for Michigan Auto Recovery Service Inc; Wayne County Circuit Court, Hyde Park Cooperative, et al. v. City of Detroit, by and through its Buildings and Safety Engineering Department, Case No. 10-005687-CZ | Thornbladh Legal Group PLLC | Kurt Thornbladh | 7301 Schaefer | | | Dearborn | MI | 48126 | |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water) | U.S. Bank National Association, as trustee, bond registrar, transfer agent, paying agent, custodian and/or contract administrator | Attn: Susan T. Brown | Senior Vice President and Manager | 535 Griswold Ste 550 | | Detroit | MI | 48226 | |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water) | U.S. Bank National Association, as trustee, bond registrar, transfer agent, paying agent, custodian and/or contract administrator | Attn: Susan E. Jacobsen VP | Mail Station EP-MN-WS1D | 60 Livingston Ave. | | St. Paul | MN | 55107 | |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water Bonds) | U.S. Bank National Association, as trustee, for the Detroit Sewar and Water Bonds | Attn: Lawrence J. Bell | PD-OR-P6TD | | | Portland | OR | 97204 | |
| Union Representative | UAW - Local # 412 | Attn: John Cunningham | 27800 George Merrelli Dr. | | | Warren | MI | 48092 | |
| Union Representative | UAW - Local #212 | Attn: John Cunningham | 27800 George Merrelli Dr. | | | Warren | MI | 48092 | |
| Union Representative | UAW – PAA Local #2211 | Attn: Robyn Brooks | 660 Woodward Ave., Ste. 1650 | | | Detroit | MI | 48226 | |
| Union Representative | UAW – WWTP Local #2200 | Attn: Laurie Stuart | 5201 Woodward Avenue | | | Detroit | MI | 48202 | |
| Union Representative | United Auto Workers Union | Attn: Michael Nicholson | 800 E Jefferson Ave | | | Detroit | MI | 48214 | |
| Counsel for United States of America | Unites States Attorney | Julia A. Caroff, Asssitant US Attorney | 211 W Fort St Ste 2001 | | | Detroit | MI | 48226 | |
| Union Representative | Utility Workers Union of America | Attn: James Harrison | P.O. Box 611260 | | | Port Huron | MI | 48061 | |
| Union Representative | Utility Workers Union of America Local #488 | Attn: Carl Anderson | 19315 Westmoreland | | | Detroit | MI | 48219 | |
| Union Representative | Utility Workers Union of America Local #504 | Attn: Curlisa Jones | 5405 Railview Ct. - Apt. 166 | | | Shelby Township | MI | 48316 | |
| Union Representative | Utility Workers Union of America Local #531 | Attn: Samuel Wilson | 5274 Nottingham Rd. | | | Detroit | MI | 48224 | |
| Counsel for Center for Community Justice and Advocacy ("CCJA") | Vanessa G. Fluker, Esq., PLLC | Vanessa G Fluker | 2921 E Jefferson Ste 200 | | | Detroit | MI | 48207 | |
| Interested Party | Vanguardians | Barry Allen | POB 11202 | | | Glendale | CA | 91226 | |
| Counsel for U.S. Bank National Association (Top 20 Creditor) | Waller Lansden Dortch & Davis LLP | Attn: David E. Lemke, Esq. & Courtney Rogers | 511 Union Street, Suite 2700 | | | Nashville | TN | 37219 | |
| Counsel for U.S. Bank National Association (Top 20 Creditor) | Waller Lansden Dortch & Davis LLP | Michael R Paslay Ryan K Cochran | 511 Union St Ste 2700 | | | Nashville | TN | 37219 | |
| Counsel for UBS AG and Merrill Lynch Capital Services Inc (COP Swap Counterparties) | Warner Norcross & Judd LLP | Stephen B Grow Douglas A Dozeman & Charles N Ash Jr | 111 Lyon St NW Ste 900 | | | Grand Rapids | MI | 49503 | |
| Counsel for UBS AG and Merrill Lynch Capital Services, Inc (COP Swap Counterparties) | Warner Norcross & Judd LLP | Charles N Ash Jr | 111 Lyon St NW Ste 900 | | | Grand Rapids | MI | 49503 | |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Attn: Gary T. Holtzer, Esq. & Alfredo R. Pérez, Esq. | 767 Fifth Avenue | | | New York | NY | 10153 | |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Alfredo R Perez | 700 Louisiana St Ste 1600 | | | Houston | TX | 77002 | |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Kelly DiBlas | 767 5th Ave | | | New York | NY | 10153 | |
| Counsel for Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman | William A. Wertheimer | | 30515 Timberbrook Ln | | | Bingham Farms | MI | 48025 | |
| Counsel for Financial Guaranty Insurance Company | Williams Williams Rattner & Plunkett PC | Ernest J Essad Jr & Mark R James | 280 N Old Woodward Ave Ste 300 | | | Birmingham | MI | 48009 | |
| Counsel for Assured Guaranty Municipal Corporation | Winston & Strawn LLP | Attn: Lawrence A. Larose Samuel S. Kohn Carrie V. Hardman | 200 Park Avenue | | | New York | NY | 10166 | |
| Counsel for Assured Guaranty Municipal Corporation | Winston & Strawn LLP | Sarah T. Foss | 1111 Louisiana 25th Fl | | | Houston | TX | 77002-5242 | |
| Counsel for The Bank of New York Mellon | Wolfson Bolton PLLC | Scott A Wolfson & Anthony J Kochis | 3150 Livernois Ste 275 | | | Troy | MI | 48083 | |
| Counsel for International Association of Fire Fighters, AFL-CIO,CLC | Woodley & McGillivary | Douglas L Steele | 1101 Vermont Ave NW Ste 1000 | | | Washington | DC | 20005 | |
| Counsel for Oakland County | Young & Associates | Jaye Quadrozzi and Sara K. MacWilliams | 27727 Stansbury Blvd Ste 125 | | | Farmington Hills | MI | 48334 | |