# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On or before December 24, 2014, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Notice of (I) Entry of Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit and (II) Occurrence of Effective Date [Docket No. 8649]

Dated: December 26, 2014

Stephanie Delgado
KCC
2335 Alaska Ave
El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**
**Served Via First Class Mail**

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Alexander, Deborah | REDACTED | REDACTED | REDACTED | REDACTED |
| Avery, Raquel | REDACTED | REDACTED | REDACTED | REDACTED |
| Avery, Raquel D | REDACTED | REDACTED | REDACTED | REDACTED |
| Belanger, James J | REDACTED | REDACTED | REDACTED | REDACTED |
| Burzynski, Joseph A | REDACTED | REDACTED | REDACTED | REDACTED |
| Caceres, Jacqueline | REDACTED | REDACTED | REDACTED | REDACTED |
| Coughlin, Mary | REDACTED | REDACTED | REDACTED | REDACTED |
| Coughlin, Patrick J | REDACTED | REDACTED | REDACTED | REDACTED |
| Elledge, Tracey A | REDACTED | REDACTED | REDACTED | REDACTED |
| Hooks, Jesse Lee | REDACTED | REDACTED | REDACTED | REDACTED |
| Jones, Judith | REDACTED | REDACTED | REDACTED | REDACTED |
| Kenel, Dale J | REDACTED | REDACTED | REDACTED | REDACTED |
| Matousek, Michael R | REDACTED | REDACTED | REDACTED | REDACTED |
| McIlroy, Elizabeth V | REDACTED | REDACTED | REDACTED | REDACTED |
| Mitchell, Gearldean | REDACTED | REDACTED | REDACTED | REDACTED |
| Moon, Dana R | REDACTED | REDACTED | REDACTED | REDACTED |
| Neely, George | REDACTED | REDACTED | REDACTED | REDACTED |
| Nextel West Corp | 17187 N Laurel Park Dr Ste 400 | Livonia | MI | 48152-3954 |
| Ohara, Agnes | REDACTED | REDACTED | REDACTED | REDACTED |
| Ohara, Agnes | REDACTED | REDACTED | REDACTED | REDACTED |
| Sawicki, Edward | REDACTED | REDACTED | REDACTED | REDACTED |
| Shannon, Brian K | REDACTED | REDACTED | REDACTED | REDACTED |
| Titcombe, Donna | REDACTED | REDACTED | REDACTED | REDACTED |
| Visiting Nurse Association of SE MI | 30800 Telegraph Rd Ste 1728 | Bingham Farms | MI | 48025-5703 |