# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>      Debtor | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

## ORDER ALLOWING CLAIM NO. 889 OF RECORD COPY SERVICES IN A REDUCED AMOUNT

This matter having come before the Court on the *Stipulation For Entry of Order Allowing Claim No. 889 Of Record Copy Services in a Reduce Amount* (the "Stipulation"); Record Copy[1] having filed Claim No. 889 (the "Claim") in the above-captioned bankruptcy case; the parties having agreed that Claim No. 889 should be allowed as a general unsecured claim in a reduced amount; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. Claim No. 889 of Record Copy shall be allowed as a general unsecured claim in the amount of $56,291.95, which constitutes Record Copy's only pre-petition claim.

.

**Signed on December 30, 2014**

                            /s/ Steven Rhodes
                            **Steven Rhodes**
                            **United States Bankruptcy Judge**

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.