UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                                      Chapter 9
City of Detroit, Michigan,                                                      Case No. 13-53846
      Debtor.                                                            Hon. Steven W. Rhodes
_____/

### Order Denying Motions for Reconsideration (Dkt. ##8732 and 8928)

On December 15, 2014 creditors Carl Williams, Hassan Aleem and Dorothea Harris filed a motion for reconsideration of this Court's order denying motions for stay pending appeal entered on December 1, 2014 and its order regarding notice of direct appeal entered on December 5, 2014. On December 19, 2014, these creditors filed another motion for reconsideration of the Court's order denying motions for stay pending appeal. These motions are to be decided pursuant to Local Bankruptcy Rule 9024-1(a)(3), which provides:

> Generally, and without restricting the discretion of the Court, a motion for rehearing or reconsideration which merely presents the same issues ruled upon by the Court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the Court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

The Court concludes that nothing in these motions warrants reconsideration of its earlier orders. Accordingly, it is hereby ordered that the motions for reconsideration (Dkt. ##8732 and 8928) are denied.

.

**Signed on December 30, 2014**

                                                                                               /s/ Steven Rhodes
                                                                                               **Steven Rhodes**
                                                                                               **United States Bankruptcy Judge**