IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor, | ) | Hon. Steven W. Rhodes |

**RESPONSE, ACKNOWLEDGEMENT, AND RESERVATION
OF RIGHTS REGARDING ASSUMPTION OF DETROIT-
OMID WASTEWATER SERVICES CONTRACT**

The Oakland-Macomb Interceptor Drain Drainage District, by its undersigned counsel, hereby files its Response, Acknowledgement, And Reservation Of Rights Regarding Assumption Of Detroit-OMID Wastewater Services Contract.

The Oakland-Macomb Interceptor Drain Drainage District (the District) acknowledges that under the Eight Plan of Adjustment (Dkt #8272) and the Notice of Entry of Order Confirming Eighth Amended Plan of Adjustment, (Dkt. #8649) its Wastewater Disposal Services Contract with Detroit dated October 22, 2009 ("Contract") is being assumed by the City of Detroit. The Contract was not listed on any rejection or assumption list, so it is being assumed under the general provisions of the Plan and there is no assignment of the Contract and no cure amount. The District reserves and retains all rights arising under the Contract including but not limited to the right to withhold consent to any later assignment of the Contract, and the right to oppose any unilateral attempt to renegotiate or alter the terms of the Contract without the District's consent.

Bodman PLC

By: /s/Ralph E. McDowell
Ralph E. McDowell (P39235)
R. Craig Hupp (P36254)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
313.259.7777 / 313.393.7579 (fax)
rmcdowell@bodmanlaw.com
chupp@bodmanlaw.com

December 30, 2014

### Certificate of Service

I hereby certify that on December 30, 2014, I electronically filed Oakland-Macomb Interceptor Drain Drainage District's Response, Acknowledgement, And Reservation Of Rights Regarding Assumption Of Detroit-OMID Wastewater Services Contract with the Clerk of the Court using the Court's efiling system, which will send notification of such filing to all attorneys of record.

Respectfully submitted,

**Bodman PLC**

By: /s/Ralph E. McDowell
Ralph E. McDowell (P39235)
R. Craig Hupp (P36254)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
313.259.7777 / 313.393.7579 (fax)
rmcdowell@bodmanlaw.com
chupp@bodmanlaw.com