UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

Order Directing Clerk to Expunge Paper from the Record

On December 10, 2014, John Lauve submitted a paper to the Court which was filed as a motion for reconsideration. (Dkt. #8814) Upon review, the Court finds this paper should not have been construed as a motion for reconsideration, nor should it have been filed in this case.

Accordingly, the Clerk is directed to take the steps necessary to expunge this paper from the record.

.

**Signed on December 30, 2014**

                /s/ Steven Rhodes  
        **Steven Rhodes**  
        **United States Bankruptcy Judge**