UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re                                                      Case No. 2:14−cv−14923−BAF−RSW

Detroit, City of,                                          Hon. Bernard A. Friedman

                                                           Magistrate Judge  R. Steven Whalen

**NOTICE OF RECEIPT OF BANKRUPTCY APPEAL**

   Pursuant to the Bankruptcy Rules, notice is hereby given that a Bankruptcy Appeal was received on 12/29/2014 and assigned the case number and judicial officers as noted above.

   The bankruptcy court case number is 13−53846.

Dated:   December 30, 2014

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                                           DAVID J. WEAVER, CLERK OF COURT


                                                   By: s/V. Lung
                                                        Deputy Clerk