UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Chapter 9
City of Detroit, Michigan,                                      Case No. 13-53846
    Debtor.                                  Hon. Steven W. Rhodes
_____/

Order Directing Clerk to Expunge Papers from the Record

On December 10, 2014, Creditor Lucinda Darrah filed with the Court a "Designation of the Contents of the Record and Statement of Issues on Appeal." (Dkt. #8812) Upon review, the Court finds that certain papers attached to her filing should not have been filed in this case.

Accordingly, the Clerk is directed to take the steps necessary to expunge from the record the papers filed at page numbers 11 through 18 of Dkt. #8812.
.

**Signed on December 30, 2014**

                                              /s/ Steven Rhodes
                                              **Steven Rhodes**
                                              **United States Bankruptcy Judge**