UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                             :

In re                                     : Chapter 9
                                             :

CITY OF DETROIT, MICHIGAN,    : Case No. 13-53846
                                             :

                Debtor.       : Hon. Steven W. Rhodes
                                             :
---------------------------------------------------------x

**STIPULATION PURSUANT TO BANKRUPTCY
RULE 8009(e)(2) SUPPLEMENTING RECORD ON APPEAL**

Pursuant to Rule 8009(e)(2) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the City of Detroit, Michigan (the "City") and Michigan AFSCME Council 25 and its affiliated Detroit Locals ("AFSCME"), by and through each of their undersigned counsel, hereby stipulate and agree as follows:

      1.      Pursuant to Bankruptcy Rule 8009(e)(2), the following document shall be added to the record on appeal of the Order Regarding City's Objection to Proof of Claim #2958 Filed by AFSCME Council 25 and Its Affiliated Detroit Locals (Docket No. 8015), as initiated by the Notice of Appeal dated October 30, 2014 (Docket No. 8139):  Fourth Amended Disclosure Statement With Respect to Fourth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 4391) (the "Disclosure Statement").  The parties

will promptly provide a copy of the Disclosure Statement to the Clerk of the Bankruptcy Court, or take whatever action is necessary, for inclusion of the document in the record on appeal.

Dated: December 30, 2014

| | |
|---|---|
| /s/ Richard G. Mack | /s/ Heather Lennox |
| Richard G. Mack, Jr., Esq.<br>MILLER COHEN PLC<br>600 West Lafayette Boulevard<br>4th Floor<br>Detroit, MI 48226-3191<br>Telephone: (313) 566-4787<br>Facsimile: (313) 964-4490<br>richardmack@millercohen.com<br><br>ATTORNEYS FOR AFSCME | David G. Heiman (OH 0038271)<br>Heather Lennox (OH 0059649)<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br>dgheiman@jonesday.com<br>hlennox@jonesday.com<br><br>ATTORNEYS FOR THE CITY |

# CERTIFICATE OF SERVICE

      I, Heather Lennox, hereby certify that the foregoing Stipulation Pursuant to Bankruptcy Rule 8009(e)(2) Supplementing the Record on Appeal was filed and served via the Court's electronic case filing and noticing system on this 30th day of December, 2014.

                                  /s/ Heather Lennox