# EXHIBIT 1

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN |
|---|---|

Name of Debtor: City of Detroit, Michigan
Case Number: 13-53846

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:
Ronald Canty
25254 Hoover Rd Apt 201
Warren MI 48089
Telephone number: (586) 806-5207  email:

Name and address where payment should be sent (if different from above):

Telephone number:  email:

FILED
FEB 20 2014
U.S. Bankruptcy Court
Eastern District

Court Claim Number: _____ (If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

RECEIVED
FEB 24 2014
KURTZMAN CARSON CONSULTANTS

1. Amount of Claim as of Date Case Filed: $ 100,000

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach

2. Basis for Claim: 10% pay cut longevity COT TERMS
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor:
3a. Debtor may have scheduled account as:

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐Real Estate  ☐Motor Vehicle  ☐Other
Describe:

Value of Property: $_____

Annual Interest Rate (when case was filed) _____% ☐Fixed or ☐Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $_____

Basis for perfection: _____

Amount of Secured Claim: $_____
Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2). $_____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § ____. $_____

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted".) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. Signature: (See instructions #3)
Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Ronald Canty
Title: EMPLOYEE
Company:
Address and telephone number (if different from notice address above):

Signature: Ronald Canty
Date: 02/20/14

Telephone number:  email:

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



13-53846-tjt   Doc 8985-1   Filed 12/30/14   Entered 12/30/14 16:41:18   Page 2 of 11

# EXHIBIT 2

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

-----------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
-----------------------------------------------x

## ADR NOTICE

Service Date: June 5, 2014

Designated Claimant(s): Ronald Canty

Address: **25254 Hoover Rd., Apt. 201, Warren, MI 48089**

Designated Claim Number(s): 1952

Amount(s) Stated in Proof(s) of Claim: $100,000.00

**THIS ADR NOTICE IS BEING SENT BY, AND RESPONSES SHOULD BE DIRECTED TO:**

    Steven H. Schwartz (P41721)
    Attorney for City of Detroit Water & Sewerage Department
    Steven H. Schwartz & Associates, P.L.C.
    31600 W. Thirteen Mile Road, Suite 125
    Farmington Hills, MI 48334
    (248) 626-7500

**Deadline to Respond: July 3, 2014**

{K:\DOCS\LIT\cunnhamp\a32000\form\1850207.DOC}

By this ADR Notice, the City of Detroit (the "City") hereby submits the above-identified claim(s) (the "Designated Claim(s)") in the City's chapter 9 case to alternative dispute resolution, pursuant to the procedures (the "ADR Procedures") established by the Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims (Docket No. 2302), entered by the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court") on December 24, 2013. A copy of the ADR Procedures is enclosed for your reference.

The City has reviewed your Designated Claim(s) and, pursuant to the ADR Procedures, offers the amount(s) set forth below as a general unsecured nonpriority claim in full and final settlement of your Designated Claim(s) (the "Settlement Offer").

*You are required to return this ADR Notice with a Permitted Response (as defined below) to the Settlement Offer by no later than the **Deadline to Respond** indicated above.*

In addition, to the extent your most recent proof(s) of claim does not: (a) expressly identify each and every cause of action and legal theory on which you base your Designated Claim(s); (b) include current, correct and complete contact information of your counsel or other representative; or (c) provide all documents on which you rely in support of your Designated Claim(s), you hereby are requested to provide all such information and documentation with your Permitted Response.

IF YOU DO NOT RETURN THIS ADR NOTICE WITH THE REQUESTED INFORMATION AND A PERMITTED RESPONSE TO THE SETTLEMENT OFFER TO **STEVEN H. SCHWARTZ** SO THAT IT IS RECEIVED BY THE DEADLINE TO RESPOND, YOU WILL BE DEEMED TO HAVE REJECTED THE SETTLEMENT OFFER AND THE LIQUIDATION OF YOUR DESIGNATED CLAIMS WILL ADVANCE TO CASE EVALUATION AS SET FORTH IN SECTION II.B OF THE ADR PROCEDURES.

IN ADDITION, YOU ARE REQUIRED TO INDICATE EXPRESSLY WHETHER YOU CONSENT TO **BINDING ARBITRATION** IF YOUR DESIGNATED CLAIM CANNOT BE SETTLED THROUGH THE OFFER EXCHANGE PROCEDURES OR CASE EVALUATION. PLEASE COMPLETE THE APPROPRIATE BOX BELOW TO INDICATE WHETHER YOU DO OR DO NOT CONSENT TO **BINDING ARBITRATION**. *IF YOU DO NOT COMPLETE THE BOX BELOW, YOU WILL BE DEEMED TO HAVE REJECTED BINDING ARBITRATION WITH RESPECT TO YOUR DESIGNATED CLAIM.* PLEASE NOTE THAT YOUR CONSENT TO **BINDING ARBITRATION** CANNOT SUBSEQUENTLY BE WITHDRAWN.

*In addition, any attempt to opt out of binding arbitration in the response to this Notice shall be ineffective if you previously have consented in writing (either prepetition or postpetition) to binding arbitration as a means to resolve your claim(s). Details about the arbitration process, including the sharing of fees, are set forth in Section II.C of the ADR Procedures.*

Note that binding arbitration will only take place if *all parties* to a claim dispute – including the City – agree to submit the dispute to arbitration.

YOU MUST RESPOND TO THE FOLLOWING SETTLEMENT OFFER:

**Settlement Offer**: The City offers you an allowed general unsecured nonpriority claim in the amount of **[$1.00]** against the City in full satisfaction of your Designated Claim(s), to be satisfied in accordance with any plan of adjustment of debts confirmed and implemented in the City's chapter 9 case.

The only permitted responses (the "Permitted Responses") to the Settlement Offer are (a) acceptance of the Settlement Offer or (b) rejection of the Settlement Offer coupled with a counteroffer (a "Counteroffer"). Accordingly, please select your Permitted Response below:

> ____ I/we agree to and accept the terms of the Settlement Offer.
>
> **or**
>
> ____ I/we reject the Settlement Offer. However, I/we will accept an allowed general unsecured claim against the City in the amount of $_____ in full satisfaction of the Designated Claim(s), to be satisfied in accordance with any plan of adjustment of debts confirmed and implemented in the City's chapter 9 case.

SECTION II.A.3 OF THE ADR PROCEDURES SETS FORTH THE RESTRICTIONS ON COUNTEROFFERS. YOUR COUNTEROFFER MAY NOT INCLUDE UNKNOWN, UNLIQUIDATED OR SIMILAR AMOUNTS AND MAY NOT EXCEED THE AMOUNT OR IMPROVE THE PRIORITY SET FORTH IN YOUR MOST RECENT TIMELY FILED OR AMENDED PROOF OF CLAIM. YOU MAY NOT AMEND YOUR PROOF OF CLAIM SOLELY FOR THE PURPOSE OF PROPOSING A COUNTEROFFER OF A HIGHER AMOUNT OR A BETTER PRIORITY. IF YOU RETURN THIS FORM WITH A COUNTEROFFER THAT DOES NOT COMPLY WITH THE TERMS OF THE ADR PROCEDURES YOU WILL BE DEEMED TO HAVE REJECTED THE SETTLEMENT OFFER AND THE LIQUIDATION OF YOUR DESIGNATED CLAIMS WILL ADVANCE TO CASE EVALUATION AS SET FORTH IN SECTION II.B OF THE ADR PROCEDURES.

**Please indicate below whether you consent to binding arbitration with respect to the Designated Claim(s):**

\_\_\_\_\_ I/WE CONSENT TO BINDING ARBITRATION.

\_\_\_\_\_ I/WE DO NOT CONSENT TO BINDING ARBITRATION.

**I acknowledge that my/our consent to binding arbitration, once given, cannot be withdrawn.**

Designated Claimant's Authorized Representative

By: _____
Signature

_____
Print Name and Title

Date: _____

Additional signature if needed:

By: _____

Print Name and Title

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,　　　　　　　　　Chapter 9

　　　Debtor.　　　　　　　　　　　　　　　　Case No: 13-53846

　　　　　　　　　　　　　　　　　　　　　　　Hon. Steven W. Rhodes

_____/

## PROOF OF SERVICE

The undersigned, being first duly sworn, deposes and says that s/he served a copy of (1) ADR Notice and (2) Proof of Service upon Ronald Canty, Claimant, via first class mail, by enclosing copies of the same in an envelope(s) clearly addressed to him at 25254 Hoover Rd., Apt. 201, Warren, MI 48089, having fully prepaid postage thereon affixed and by depositing said envelope(s) in the United States Mail on June 5, 2014.

　　　　　　　　　　　　　　　　　　　　/s/ Melissa Sobotka
　　　　　　　　　　　　　　　　　　　　Melissa Sobotka

DWSD/ADR/Canty/POS

# EXHIBIT 3

# UNITED STATES DISTRICT COURT
## Hon. Steven Rhodes

RECEIVED OCT 3 0 2014

## Notification of the Results of Case Evaluation

| TITLE | CASE NUMBER |
|---|---|
| Canty, Ronald vs City of Detroit Water and Sewerage Department | 13-538461 |

TO: Steven Schwartz
31600 W 13 Mile Rd Ste 125
Farmington Hills, MI 48334-2165

*ATTORNEY COPY*

### THIS CASE WILL PROCEED TO TRIAL AS THE COURT MAY DIRECT

## AWARD RESULTS SUMMARY

| Award Information | | | Parties Involved | | Result |
|---|---|---|---|---|---|
| # | AMOUNT | STATUS | FOR | AGAINST | |
| 1 | $100.00 | Unanimous | 1 | vs. 2 | Rejected |

## ATTORNEY / PARTY AWARD RESPONSES

| Party Information | | Attorney Information |
|---|---|---|
| TYPE # | NAME | BAR # / NAME / PHONE # |
| P 1 | Ronald Canty<br>REJECTS (NO RESPONSE) AWARD #1 | X11744 : Ronald Canty |
| D 2 | City of Detroit Water and Sewerage<br>ACCEPTS AWARD #1 | P41721 : Steven Schwartz : (248) 626-7500 |