UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN.

    Debtor.

Chapter 9
Case No. 13-53846

Hon. Steven W. Rhodes

## NOTICE REGARDING CONDITIONS PRECEDENT TO STATE CONTRIBUTION

The State of Michigan, by and through its undersigned counsel, files this Notice pursuant to Article IV.D.3 of the Eighth Amended Plan of Adjustment and hereby advises the Court that the Michigan Settlement Administration Authority has determined that the conditions precedent to the State's payment of the State Contribution have been satisfied or otherwise addressed. The State Contribution will be disbursed on February 9, 2015 in accordance with the State Contribution Agreement.

Respectfully submitted,

/s/ *Steven G. Howell*
Steven G. Howell (P28982)
Special Assistant Attorney General
State of Michigan
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3500
showell@dickinsonwright.com

1

Dated: December 31, 2014

DETROIT 56620-1 1336743v2