UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN.

    Debtor.

Chapter 9
Case No. 13-53846

Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2014, I electronically filed [Docket No. 8991] the Declaration *Notice Regarding Conditions Precedent to State Contribution* with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

Respectfully submitted,

/s/ *Steven G. Howell*
Steven G. Howell (P28982)
Special Assistant Attorney General
State of Michigan
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3500
showell@dickinsonwright.com

Dated: December 31, 2014

DETROIT 56620-1 1336791v1