# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |
| | ) | |

## CITY OF DETROIT'S DISCLOSURE OF FEES AND EXPENSES

The City of Detroit hereby submits the attached disclosure of fees and expenses, pursuant to this Court's Order dated December 15, 2014 (Dkt. # 8710).

/s/ Stanley L. de Jongh
Stanley L. de Jongh (P 41462)
Melvin Butch Hollowell, Jr. (P37834)
Charles N. Raimi (P29746)
City of Detroit Law Department
2 Woodward Avenue, Suite 500
CAYMC
Detroit, Michigan 48226
(313) 237-5037
raimic@detroitmi.gov
hollowellm@detroitmi.gov

Counsel for the City of Detroit, represented by its Mayor and Corporation Counsel

Date: January 2, 2015

# CERTIFICATE OF SERVICE

Stanley L. de Jongh, Esq., hereby certifies and affirms that he caused a true and accurate copy of the foregoing CITY OF DETROIT'S DISCLOSURE OF FEES AND EXPENSES and this CERTIFICATE OF SERVICE to be served pursuant to the U.S. Bankruptcy Court's CM/ECF System on this 2nd day of January, 2015.

/s/ Stanley L. de Jongh, Esq.

## DISCLOSURE BY CITY OF DETROIT OF CERTAIN BANKRUPTCY FEES AND EXPENSES

| ($ in millions) | Total FY14 & FY15 Costs [1] |
|---|---:|
| **City Professionals Subject to Fee Examiner Review** | |
| Conway Mackenzie (Operational Restructuring Advisor) | $ 17.28 |
| Debevoise & Plimpton (Counsel to Christies) | 0.42 |
| Ernst & Young (Financial Restructuring Advisor) | 20.22 |
| Foley & Lardner LLP (Claims Counsel) | 0.33 |
| Jones Day (Counsel) | 57.90 |
| Kurtzman Carson Consultants (Claims/Noticing Agent) | 3.85 |
| Miller Buckfire (Investment Banker) | 22.82 |
| Milliman (Actuary) | 1.97 |
| Miller Canfield (Local and Bond Counsel) | 6.72 |
| Pepper Hamilton LLP (Litigation Counsel) | 2.69 |
| **Total for Professionals Subject to Fee Review** | **134.20** |
| **Other City Professionals** | |
| Abernathy MacGregor | 0.48 |
| AlphaLit | 0.47 |
| Black Letter | 1.33 |
| Butzel Long | 0.29 |
| Christie's Appraisals Inc. | 0.30 |
| Detroit Institute of Arts | 0.04 |
| Duffey Petrosky | 0.22 |
| Galardi Rothstein Group | 0.26 |
| Hodges-Mace Benefits Group | 0.05 |
| Kessler International | 0.15 |
| Manhattan Institute & Bratton | 0.59 |
| Miller Canfield (Labor) | 0.40 |
| Nowling & Company | 0.15 |
| Plante Moran | 1.21 |
| RR Donnelly | 0.22 |
| Togut, Segal & Segal | - |
| UHY Advisors | 0.17 |
| Xact Data Discovery | 0.25 |
| **Total for Other City Professionals** | **6.58** |
| **Total City Professionals** | **140.78** |
| **Retiree Committee Professional Fees** | |
| Lazard (Financial Advisor) | 5.56 |
| Dentons (Counsel) | 15.41 |
| Brooks Wilkins Sharkey & Turco PLLC (Local Counsel) | 1.00 |
| Segal (Actuary) | 3.62 |
| **Total** | **25.59** |
| **Fee Examiner Parties** | |
| Kapila Mukamal LLP | 0.27 |
| Shaw Fishman Glantz & Towbin LLC | 1.05 |
| **Total** | **1.32** |
| **Mediators** | |
| Gerald E. Rosen | 0.00 |
| Barris, Sott, Denn & Driker PLLC | 0.81 |
| Gina M. Torielli | 0.13 |
| Jams | 0.04 |
| **Total** | **0.98** |
| **Judge's Experts** | |
| Phoenix Management Services | 1.31 |
| Squire Patton Boggs | 0.22 |
| **Total** | **1.53** |
| Less: State Reimbursements [2] | (5.29) |
| **Total fees paid out of General Fund [3]** | **$ 164.91** |

## DISCLOSURE BY CITY OF DETROIT OF CERTAIN BANKRUPTCY FEES AND EXPENSES

| ($ in millions) | Total FY14 & FY15 Costs (1) |
|---|---|
| **Total fees paid out of Enterprise Fund** | |
| Dykema Gossett PLLC | 0.42 |
| Kilpatrick & Associates | 0.41 |
| Ottenwess, Allman & Taweel | 0.21 |
| Total | $ 1.04 |
| **Total fees paid directly by PFRS and GRS** | |
| Clark Hill | 6.25 |
| Greenhill | 5.71 |
| Total | $ 11.96 |

**Notes**
(1) Includes (a) fees and expenses incurred post-petition through the effective date and (b) fees and expenses incurred pre-petition but paid in FY14. Fees and expenses incurred prepetition but paid in FY14 were included as those costs were paid with FY14 budget funds.
(2) The Initial State Reimbursement is $5,064,669. Galardi-Rothstein's fees will also be reimbursed by the state.
(3) The Plan of Adjustment budget was $177 million.

Dated: December 30, 2014