UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                             Chapter 9
                                                   Case No. 13-53846
City of Detroit, Michigan,                         Hon. Steven W. Rhodes
        Debtor.
_____/

**Order Regarding Process to Determine the
Reasonableness of Fees Under 11 U.S.C. § 943(b)(3)**

On December 30, 2014 and January 2, 2015, the City filed its disclosures of the professional fees in this case. (Dkt. ##8986 and 8997) The reasonableness of fees under 11 U.S.C. § 943(b)(3) remains to be determined in connection with the confirmation of the City's plan of adjustment. Accordingly, it is hereby ordered:

1. Parties and professionals may file comments on the reasonableness of fees under 11 U.S.C. § 943(b)(3). The deadline for filing comments is January 16, 2015.

2. Comments shall be filed using the chapter 9 ECF event code "Comments on Fees."

3. Each party and each professional may file one set of comments.

4. Each party's comments may address the fees of its own professionals as well as the fees of other parties' professionals, either to support the disclosed fees or to suggest that the fees are not reasonable. Each professional's comments may only address that professional's fees.

5. Most helpful to the Court will be comments that are:
   - Specific;
   - Fact-based;
   - Supported in the record or in attached declarations;
   - Civil.
Comments that simply state that the disclosed fees are too high will not be helpful.

6. The Court invites comparisons to the fees in other bankruptcy cases of similar size, complexity and duration, including both chapter 9 and chapter 11 cases.

7. The Court also invites comments on the extent to which professionals have reduced their fees in the case and comments that disclose any agreements regarding fees resulting from mediation or otherwise.

8. After reviewing the comments, the Court will determine whether and to what extent it will permit responses or a hearing.

9. Except as modified in this order, all prior orders relating to fees remain in effect.

10. The confidentiality provisions of the Court's mediation orders also remain in effect.

.

**Signed on January 05, 2015**

                                                                       **/s/ Steven Rhodes**
                                                                       **Steven Rhodes**
                                                                       **United States Bankruptcy Judge**