Dear Judge RHODES
US Bankruptcy Judge
Case No. 13-53846

Dec. 21, 2014

FILED 2015 JAN -5 A 10:32 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

Dear Judge Rhodes,

I wanted to write to you one last time.

It is a SHAME, that you placed the alleged Detroit bankruptcy on the backs of the city's faithful retirees. We had nothing to do with the officials in those positions, that so-called brought this city to the financial ruins.

As a Judge, I thought you would use better judgement, but alas justice is not blind, but has one-eye open for banks and law firms only.

As you are aware that many retirees wrote to you before along with me, pleading their case, hoping that you would be fair..... but to no avail. Well, this time I pray that you will consider the unfair lawyer's fee of $170 million dollars. That money or even half should be used to compensate the retirees that have given their life to this city.

Pray over your decisions before making any more bad judgements that will hurt the retirees.

Angela Hunt
Lifelong Detroiter & Retiree

13-53846-tjt Doc 9002 Filed 01/05/15 Entered 01/06/15 15:01:26 Page 1 of 1
Angela Hunt
2604 Cadillac Blvd.
Detroit, MI 48214