IN RE:                                                               Case No. 13-53846
City of Detroit, Michigan                              Chapter    9
                     Debtor(s).                               Hon. Steven W Rhdoes
_____/

Deborah Taitt
                  Appellant,
     v.

Wayne County Treasurer and
City of Detroit

                  Appellee.
_____/

## NOTICE OF TRANSMITTAL OF COMPLETE RECORD
## REGARDING NOTICE OF APPEAL

      I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Record on Appeal.

| | | | |
|---|---|---|---|
| ☒ | Appellant's Designation of Record. | ☐ | Appellee's Designation of Record |
| ☐ | Appellant's Statement of Issues | ☐ | Appellee's Statement of Issues |
| ☐ | Notice of Deficiency | | |
| ☒ | Other: Civil Cover Sheet | | |

**NOTE:**

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13873 and assigned to District Judge Bernard A Friedman

☐ This is a new matter and not previously assigned to a District Court Judge.

☐ The Appellant has not filed the Designation of Record.
.

Dated: 01/07/2015                                      Clerk, United States Bankruptcy Court

                                                                  By: /s/ Kristel Trionfi
                                                                         Deputy Clerk