Corrected

In re:

City of Detroit

**Debtor.**

Case No.: 13-53846

_____/

Deborah Taitt

Adv. No.:

**Appellant,**

v.

Wayne County Treasurer
City of Detroit

**Appellee.**

FILED
2014 DEC 22 P 3:02
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| _____ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| _____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| _____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| X | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| _____ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

Date: 12/15/14     Name: Deborah Taitt

| Name and Address of Interested Parties |

Kilpatrick + Associate, P.C
Leonora K. Baughman
615 Griswold, Suite 1708
Detroit, MI 48226

David J. Demps
Assistant Corporate Counsel
City of Detroit
2 Woodward Ave, Suite 500
Detroit, MI 48226