UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,   Bankr. No. 13-53846
                             Chapter 9
    Debtor.                  HON. STEVEN W. RHODES
_____/

DEBORAH TAITT,

    Appellant,               Civil Action No. 14-CV-14651

vs.                          HON. BERNARD A. FRIEDMAN

CITY OF DETROIT, MICHIGAN,

    Appellee.
_____/

## ORDER DISMISSING APPEAL

In an order dated December 18, 2014, the Court denied appellant's motion for leave to proceed on appeal in forma pauperis and warned her that the appeal would be dismissed unless she paid the filing fee within seven days. The filing fee has not been paid. Accordingly,

IT IS ORDERED that the appeal in this matter is dismissed for appellant's failure to pay the filing fee.

IT IS FURTHER ORDERED that appellant's motion to certify order [docket entry 5] is denied.

                                        s/Bernard A. Friedman
Dated: January 8, 2015          BERNARD A. FRIEDMAN
      Detroit, Michigan     SENIOR UNITED STATES DISTRICT JUDGE