# Exhibit 1

# Proposed Order

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| *In re* | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| *Debtor*. | ) Hon. Steven W. Rhodes |

## ORDER GRANTING STIPULATION OF DISMISSAL OF APPEAL

This matter having come before the Court on the stipulation of dismissal of appeal of Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (collectively, "Syncora") and the City for the entry of an order dismissing Syncora's notice of appeal of this Court's *Order Denying Motion for Clarification of Post-Confirmation Procedures*, *see* Dkt. No. 7080 (Notice of Appeal), the Court having reviewed the stipulation, and the Court having determined that the legal and factual bases set forth in the stipulation establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The stipulation is GRANTED.

2. Syncora is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the stipulation.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

_____
STEVEN W. RHODES
United States Bankruptcy Judge