UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re,                                                                    Civil Action No. 14-cv-10630

CITY OF DETROIT, MICHIGAN                               HON. BERNARD A. FRIEDMAN

_____/

**ORDER OF DISMISSAL**

Based on the parties' stipulation to dismiss the appeal [docket entry 23], the Court shall dismiss the above-captioned matter.

SO ORDERED.

                                        S/Bernard A. Friedman
                                        BERNARD A. FRIEDMAN
                                        SENIOR UNITED STATES DISTRICT JUDGE

Dated: January 9, 2015
           Detroit, Michigan