# SQUIRE PATTON BOGGS (US) LLP

Martha Kopacz
Martha E.M. Kopacz
Senior Managing Director
Suite 605 N
10 Post Office Square
Boston, Massachusetts 02109

| | |
|---|---|
| Invoice Number: | 8895414 |
| Invoice Date: | 11/13/14 |
| Matter Number: | 112677.00001 |

**City of Detroit**

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 13,367.50 |
| Less Discount on Services: | $ (1,336.75) |
| Disbursements: | $ 1,064.17 |
| **Amount Due for this Invoice:** | **$ 13,094.92** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 39,860.66 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 52,955.58** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Scott A. Kane |
| P.O. Box 643051 | US Bank | Suite 2900 |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | 221 E. Fourth Street |
| Phone: 216.687.3400 | Bank Routing #042000013 | Cincinnati, OH 45202 |
| Fax: 216.687.3401 | Bank Account #576762314 | United States |
| | | Phone: +1.513.361.1200 |
| | **For Wires outside the US:** | Fax: +1.513.361.1201 |
| | US Bank, USA | email: Scott.Kane@squirepb.com |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

**Please Include Reference Number 8895414.112677 with all Payments**
Tax Identification Number 34-0648199

# SQUIRE PATTON BOGGS (US) LLP

Martha Kopacz
Martha E.M. Kopacz
Senior Managing Director
Suite 605 N
10 Post Office Square
Boston, Massachusetts 02109

| | |
|---|---|
| Invoice Number: | 8895414 |
| Invoice Date: | 11/13/14 |
| Matter Number: | 112677.00001 |

## REMITTANCE COPY

City of Detroit

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 13,367.50 |
| Less Discount on Services: | $ (1,336.75) |
| Disbursements: | $ 1,064.17 |
| **Amount Due for this Invoice:** | **$ 13,094.92** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 39,860.66 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 52,955.58** |

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Scott A. Kane |
| P.O. Box 643051 | US Bank | Suite 2900 |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | 221 E. Fourth Street |
| Phone: 216.687.3400 | Bank Routing #042000013 | Cincinnati, OH 45202 |
| Fax: 216.687.3401 | Bank Account #576762314 | United States |
| | | Phone: +1.513.361.1200 |
| | **For Wires outside the US:** | Fax: +1.513.361.1201 |
| | US Bank, USA | email: Scott.Kane@squirepb.com |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

**Please Include Reference Number 8895414.112677 with all Payments**
Tax Identification Number 34-0648199

## CITY OF DETROIT

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|---|---|---|---|
| 10/02/14 | 0.40 | S. Kane | Communications with M. Kopacz and S. Lerner regarding trial schedule, predicted testimony dates, and preparation for direct testimony (.2); communications with M. Kopacz and M. Hale (Jones Day) regarding Kopacz request for supplemental expert reports (.2). |
| 10/03/14 | 0.30 | S. Kane | Email with M. Kopacz regarding trial schedule and supplemental report |
| 10/03/14 | 0.30 | S. Lerner | Emails with M. Kopacz regarding trial testimony and preparation of second supplemental report. |
| 10/13/14 | 0.50 | S. Kane | Email correspondence with M. Kopacz regarding settlements and impact on financial projections and opinion concerning feasibility (.3); communications with S. Lerner regarding preparation for Kopacz testimony (.2). |
| 10/13/14 | 2.10 | S. Lerner | Review and analyze draft questions provided by J. Rhodes for trial testimony (1.3); telephone call with S. Kane regarding preparation of M. Kopacz for trial testimony (.2); review EM Transition Plan as relates to trial testimony preparation (.6). |
| 10/14/14 | 0.70 | S. Kane | Telephone conference with M. Kopacz and Phoenix team and S. Lerner regarding preparation for trial testimony and issues related to revised projections, settlements, and impact on plan feasibility. |
| 10/14/14 | 1.10 | S. Lerner | Conference call with Phoenix Management team and S. Kane regarding status of new plan projections from City, trial testimony and related matters (.7); email and telephone call with G. Stewart regarding same (.3); follow up email to Phoenix management team (.1). |
| 10/15/14 | 1.10 | S. Lerner | Telephone call with M. Kopacz regarding status of trial testimony and preparation (.3); telephone call with G. Stewart regarding City testimony on new projections and plan amendments (.1); follow up email with M. Kopacz (.2); review pleadings (.5). |
| 10/16/14 | 1.30 | S. Kane | Provide response to M. Kopacz with analysis and language considerations regarding feasibility and impact of additional settlements (1.10); communications with M. Kopacz regarding scheduling for supplemental report and additional information request to City (0.2). |
| 10/17/14 | 0.40 | S. Kane | Communications with M. Kopacz and S. Lerner regarding final hearing prep for M. Kopacz and |

issues related to direct testimony.

| 10/17/14 | 0.60 | S. Lerner | Emails and telephone calls with M. Kopacz and S. Kane regarding trial testimony preparation, timing, second supplemental report and related matters (.4); emails with G. Stewart regarding additional City witnesses regarding new projections (.2). |
|---|---|---|---|
| 10/20/14 | 0.80 | S. Lerner | Review and analyze new proposed trial questions from J. Rhodes regarding preparation of M. Kopacz. |
| 10/21/14 | 3.40 | S. Kane | Telephone conference with M. Kopacz and team regarding preparation for direct examination testimony and potential cross-examination concerning pension and other issues (2.1); review direct exam questions, prior testimony, and other materials to prepare M. Kopacz for testimony (1.3). |
| 10/21/14 | 4.10 | S. Lerner | Telephone call with R. Gordon regarding status of M. Kopacz trial testimony (.2); review revised questions from J. Rhodes (.6); prepare for testimony preparation session (.6); conference call with M. Kopacz, Phoenix Management team and S. Kane to prepare M. Kopacz for trial testimony (1.8 - partial participation); review Second Supplemental Report of M. Kopacz (.9). |

**TOTAL SERVICES:**                                                                              **$ 13,367.50**

---

## TIME SUMMARY

| TIMEKEEPER | HOURLY RATE | HOURS | TOTAL |
|---|---|---|---|
| S. Kane | 575.00 | 7.00 | 4,025.00 |
| S. Lerner | 925.00 | 10.10 | 9,342.50 |
| **TOTAL SERVICES:** | | **17.10** | **$ 13,367.50** |

---

## DISBURSEMENT SUMMARY

112677.00001

11/13/14                  Martha Kopacz / City of Detroit

Page 3                  Invoice Number: 8895414

| | | |
|---|---|---:|
| Filing Service Fee | VENDOR: BB&T Financial FSB INVOICE#: 86507_100614_PH6083 DATE: 10/6/2014<br>COURTCALL *CDA83034 S. Lerner - US Bankruptcy court - City of Detroit | 426.00 |
| Filing Service Fee | VENDOR: BB&T Financial FSB INVOICE#: 86507_100614_PH6083 DATE: 10/6/2014<br>COURTCALL *CDA83034 M. Kopacz - US Bankruptcy Court - City of Detroit | 333.00 |
| Online Services - Other | VENDOR: Pacer Service Center; INVOICE#: 2779274Q32014; DATE: 10/7/2014 - cin-Pacer Quarterly Statement for Scott Kane | 16.40 |
| Online Services - Other | VENDOR: Pacer Service Center; INVOICE#: 2640724Q32014; DATE: 10/7/2014 - cin-PACER Quarterly Statement for Stephen Lerner | 19.20 |
| Telephone | | 269.57 |

**TOTAL DISBURSEMENTS:**                  **$ 1,064.17**

## MATTER TOTAL

| | |
|---|---:|
| SUBTOTAL SERVICES: | $ 13,367.50 |
| LESS 10.0% DISCOUNT: | $ (1,336.75) |
| SERVICES LESS DISCOUNT: | $ 12,030.75 |
| TOTAL DISBURSEMENTS: | $ 1,064.17 |
| TOTAL AMOUNT DUE FOR THIS MATTER: | $ 13,094.92 |

## PREVIOUS INVOICES OUTSTANDING AS OF THIS DATE

| Invoice Number | Invoice Date | Amount Billed | Amount Paid | Balance Due |
|---|---|---:|---:|---:|
| 8897563 | 10/15/14 | $ 39,860.66 | $ 0.00 | $ 39,860.66 |
| TOTAL: | | | | $ 39,860.66 |