UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:  
City of Detroit, Michigan  
                Debtor(s).  
_____/

Case No. 13-53846  
Chapter 9  
Hon. Steven W Rhodes

Greenhill & Co, LLC,  
Police and Fire Retirement System of the City of Detroit,  
General Retirement System of the City of Detroit and  
Retirement Systems  
                Appellant,  
   v.

City of Detroit, Michigan

                Appellee.  
_____/

## NOTICE OF TRANSMITTAL OF COMPLETE RECORD
## REGARDING NOTICE OF APPEAL

    I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Record on Appeal.

- ☒ Appellant's Designation of Record.
- ☐ Appellee's Designation of Record
- ☐ Appellant's Statement of Issues
- ☐ Appellee's Statement of Issues
- ☐ Notice of Deficiency
- ☐ Other: Click here to enter text.

**NOTE:**

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13873 and assigned to District Judge Bernard A Friedman

☐ This is a new matter and not previously assigned to a District Court Judge.

☐ The Appellant has not filed the Designation of Record.
.

Dated: 01/12/2015                              Clerk, United States Bankruptcy Court

                                                                   By: /s/ Kristel Trionfi  
                                                                       Deputy Clerk