# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**NOTICE OF WITHDRAWAL OF OBJECTION BY U.S. BANK NATIONAL ASSOCIATION TO CURE AMOUNT LISTED IN NOTICE REGARDING EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE AND RELATED PROCEDURES**

U.S. Bank National Association hereby withdraws its Objection [Docket Nos. 8623 & 8642] to the cure amount listed in the *Notice Regarding Executory Contracts and Unexpired Leases to be Assumed Pursuant to Section 365 of the Bankruptcy Code and Related Procedures*.

Dated: January 12, 2015

Respectfully Submitted,

MCDERMOTT WILL & EMERY LLP

/s/ Jeffrey A. Rossman
William P. Smith
Jeffrey A. Rossman
McDermott Will & Emery LLP
227 West Monroe Street, Suite 4700
Chicago, Illinois 60606
Telephone: (312) 372-2000
Email: wsmith@mwe.com;
jrossman@mwe.com

13-53846-tjt    Doc 9024    Filed 01/12/15    Entered 01/12/15 13:02:22    Page 1 of 2

# CERTIFICATE OF SERVICE

I, Jeffrey A. Rossman, hereby certify that the foregoing document was filed and served via the Court's electronic case filing and noticing system on January 12, 2015.

By:    /s/ Jeffrey A. Rossman
Jeffrey A. Rossman
McDermott Will & Emery LLP
227 West Monroe Street, Suite 4700
Chicago, Illinois 60606
Telephone: (312) 372-2000
Email: jrossman@mwe.com