Case No. 14-1208/14-1211/14-1213/14-1214/14-1215

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: CITY OF DETROIT, MICHIGAN

    Debtor In Possession

---

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT; GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT

    Appellants

v.

CITY OF DETROIT, MICHIGAN

    Appellee

UNITED STATES OF AMERICA; STATE OF MICHIGAN; MICHIGAN ATTORNEY GENERAL

    Interested Parties - Appellees

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeals herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motions are **GRANTED** and the appeals are dismissed.

                        **ENTERED PURSUANT TO RULE 45(a),**
                        **RULES OF THE SIXTH CIRCUIT**
                        Deborah S. Hunt, Clerk

Issued: January 09, 2015