# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 2428 FILED BY COLASANTI CONSTRUCTION SERVICES, INC.

WHEREAS, the City of Detroit (the "City") and Colasanti Construction Services, Inc. ("Colasanti") are parties to Contract No. SW-548 (the "Contract"), pursuant to which Colasanti has provided and continues to provide construction services, labor, materials, and equipment (the "Work") to the Detroit Water and Sewage Department (the "DWSD") at DWSD's Southwest Water Treatment Plant (the "Project");

WHEREAS, with respect to the Contract and the Work performed thereunder, Colasanti received from DWSD an "Essential Vendor" letter, dated August 1, 2013;

WHEREAS, on February 21, 2014, Colasanti filed claim number 2428 against the City as a prophylactic measure only for disputed Contract amounts that

are the subject of a dispute with a subcontractor to Colasanti on the Project (the "Disputed Contract Amounts");

WHEREAS, as the City assumed the Contract, it is no longer necessary to assert claim number 2428 against the City since the City is obligated to perform under the Contract, which performance would include paying the Disputed Contract Amounts if and to the extent that they are determined to be valid obligations under the Contract.

WHEREFORE, in reliance upon Colasanti's "Essential Vendor" status and the City's assumption of the Contract, and subject to Colasanti's right to re-file the claim should it be determined that the City is not obligated to pay the Disputed Contract Amounts under the Contract, Colasanti hereby withdraws claim number 2428.

Dated: January 13, 2015

Respectfully submitted,

CLARK HILL PLC

  /s/   Joel D. Applebaum
Joel D. Applebaum (P36774)
John R. Stevenson (P70241)
151 South Old Woodward Avenue
Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5883
Facsimile: (248) 988-2503
japplebaum@clarkhill.com

*Counsel to Colasanti Construction Services, Inc.*