THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CARL WILLIAMS, HASSAN ALEEM AND
DOROTHEA HARRIS
    Creditor/Petitioners

v

In re:
City OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
    KEVYN D.ORR
    Debtors/Respondent

Chapter 9
Case No. 13-53846
Magistrate Judge
Steven W. Rhodes

## WITHDRAWAL OF OUR NAMES IN THE ACTION IN THE DISTRICT COURT OR THE DISTRICT COURT PANEL

Notice of withdrawal of our names in the action in this court from the jurisdiction of the District Court or The District Court Panel and that all appeals in regards to the above creditors/petitioners are docketed for the court of appeals. (See attached notice from the Court of Appeals). No further action in regards to this matter shall be consider in the District court or the District Court Panel. All appeal regarding the named petitioners/creditors Carl Williams and Hassan Aleem will be directed to the Court of Appeals for all interest parties involved.

1 of 2

13-53846-tjt    Doc 9031    Filed 01/08/15    Entered 01/14/15 09:55:28    Page 1 of 4

Mathew Schneider
Chief legal Counsel
Attorney for State of Michigan
P.O. Box 30754
Lansing, Michigan 48909

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager Kevyn Orr
Coleman A Young Municipal Crt
2 Woodward 11th floor
Detroit, Michigan 48226

Magistrate Judge Steven W. Rhdoes
Office of the Bankruptcy Court
United State Bankruptcy Court
211 W. Fort Street Suite 2100
Detroit, Michigan 48336-3211

I/We hereby certify that the statements made herein this verified motion for summary judgment are true and correct and if called to testify can and will give testimony competently, under the laws of the United States of America, to the best of our knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _____
Carl Williams
10112 Somerset
Detroit, Michigan 48224
313 521-5012

_____
Hassan Aleem
2440 Taylor
Detroit, Michigan 48206
313 205 4353

January 8, 2015

2 of 2

13-53846-tjt    Doc 9031    Filed 01/08/15    Entered 01/14/15 09:55:28    Page 2 of 4

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 30, 2014

Hassan Aleem
2440 Taylor
Detroit, MI 48206

Mr. Bruce Scott Bennett
Jones Day
555 S. Flower Street
50th Floor
Los Angeles, CA 90071

Dorothea Harris
20552 Huntington
Harper Woods, MI 48225

Ms. Beth R. Heifetz
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Mr. David Gilbert Heiman
Jones Day
901 Lakeside Avenue, E.
Cleveland, OH 44114

Carl B. Williams
10112 Somerset
Detroit, MI 48224-0000

Re: Case No. 14-112, *In re: Carl Williams, et al*
Originating Case No. : 13-53846

Dear Sir or Madam,

The Petition for Permission to Appeal, filed pursuant to Fed. R. App. P. 5, has been docketed as case number **14-112**.

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 30, 2014

Hassan Aleem
2440 Taylor
Detroit, MI 48206

Mr. Bruce Scott Bennett
Jones Day
555 S. Flower Street
50th Floor
Los Angeles, CA 90071

Dorothea Harris
20552 Huntington
Harper Woods, MI 48225

Ms. Beth R. Heifetz
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Mr. David Gilbert Heiman
Jones Day
901 Lakeside Avenue, E.
Cleveland, OH 44114

Carl B. Williams
10112 Somerset
Detroit, MI 48224-0000

> Re: Case No. 14-112, *In re: Carl Williams, et al*
> Originating Case No. : 13-53846

Dear Sir or Madam,

The Petition for Permission to Appeal, filed pursuant to Fed. R. App. P. 5, has been docketed as case number **14-112**.