# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NOS. 2873, 2901 AND 2907

Please take notice that, in accordance with section 8.3 of that certain Settlement and Plan Support Agreement dated April 15, 2014 among the City of Detroit, UBS AG and Merrill Lynch Capital Services, Inc., UBS Financial Services Inc. hereby withdraws its proof of claim no. 2873, UBS Securities LLC hereby withdraws its proof of claim no. 2901, and Merrill Lynch, Pierce, Fenner & Smith Incorporated a/k/a Merrill Lynch & Co. hereby withdraws its proof of claim no. 2907.

Respectfully submitted this January 13, 2015.

WARNER NORCROSS & JUDD LLP

By: /s/ Stephen B. Grow

Stephen B. Grow
Charles Ash, Jr.
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, Michigan 49503
sgrow@wnj.com
cash@wnj.com

Attorneys for UBS Financial Services Inc., UBS Securities LLC and Merrill Lynch, Pierce, Fenner & Smith Incorporated a/k/a Merrill Lynch & Co.