# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISON

Antonin PAVLicek

Arnold Shaw

EVELYN OWIENS SMITH

Name or Names     Creditors/Objectors,

v

In re:                                          Chapter 9
City OF DETROIT, MICHIGAN                        Case No. 13-53846
AND EMERGENCY MANAGER                            Judge Steven W Rhodes
KEVYN D. ORR
          Debtor/City of Detroit

_____/

# MOTION TO OBJECT AND RECONSIDER OF SUPPLEMENTAL OPINION REGARDING PLAN CONFIRMATION, APPROVING SETTLEMENTS AND APPROVING EXIT FINANCING

NOW COMES the creditors/objectors in the above caption and object and

respond by motion to object and move the court to reconsider the Supplemental

Opinion regarding plan confirmation, approving settlements and approving exit

financing, under the 1st Amendment and 14th Amendment of the Constitution of the

United State and Federal Rules of Civil Procedure Rules 7, 8, and 9 and show the

following:

1

1) We object and disagree to page 9 (dkt No 8993)in reference to the clause of the fifth Amendment of the United State Constitution are excepted from the discharge is not for magistrate to decide that is up to the creditors and objectors and there represent ative because there is no legal law that require you or any citizens to give up their constitutional rights under any circumstances and, if it is you better be ware.

2) We object and have not and will not agree to or consent to any agreement that will cease all or any litigations challenging Public Act 436 (2012) or seeking enforcement of Article IX sect 24 of the Constitution of the state of Michigan, relating to the pension benefit and should be noted that we the creditors don't have anything fair and equitable.

3) When you have middle class citizens that are going to be reduce to poverty level as a result of the plan, it cannot and is not in the best interest of the creditors.

4) We the creditors/objectors that are Hundreds and maybe thousands of citizens that have not withdrew any of our objections to(dkt Nos 8272 &. 8993 ) and the court is allowing or conspiring to perpetrate or assist in perpetrating fraud on the public and the city of Detroit for example the so-called "Grand Bargain" and should be called the "Grand theft fraudulent Bargain."

The bill that was passed for the so-called "Grand Bargain" was in the last legisla-

2

tive session that ended in December 31, 2014. The bill or proposal will not take effect

until 90 days after the bill is passed in accordance to the Michigan State Constitution

of Article IV sect 27, that mean no funds is available and won't be available until

March 31, 2015, therefore, contravention of MCL 600.5855 fraudulent Concealment.

These are a few of the reasons why we object and disagree with the Supplemental

Opinion regarding plan confirmation, approving settlement, and approving exist financ-

Ing and we preserve our rights to add to and object and disagree in the future but we

need more time to examine this opinion.

3

I/We hereby certify that the statements made herein this verified are true and correct and if called to testify can and will give testimony competently, under the laws of the United States of America, to the best of our knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _____

Address _____4440 COMMONWEALTH_____

City, State & Zip _____Detroit Mich 48208_____

Sign _____

Address _____16706 Ed More dR._____

City, State & Zip _____Det Mi 48205_____

Sign _____

Address _____100 Reneyfront Dr. 1511_____

City, State & Zip _____Detroit MI 48226_____

# THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISON

Carl Williams
_____
Your name     Creditor/Petitioners

v

In re:                                                    Chapter 9
City OF DETROIT, MICHIGAN                                 Case No. 13-53846
AND EMERGENCY MANAGER                                     Magistrate Judge:
       KEVYN D.ORR                                Steven W. Rhodes
       Debtors/Respondent

_____/

# PROOF OF SERVICES

Carl Williams
_____, being first duly sworn deposes and
your name

Say that on January 13 ,2015. I sent a copy of Motion to object and Reconsider

of Supplemental Opinion regarding plan confirmation, approving settlements and

approving exit financing, Upon the concern parties by certified mail at the

following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein this verified motion for summary judgment are true and correct and if called to testify can and will give testimony competently, under the laws of the United States of America, to the best of our knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.


Sign _Carl Williams_____