UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

LAVERN Holloway
Vaughn Brown
CALVIN TURNER

Name or Names    Creditors/Objectors,
v

In re:                                Chapter 9
City OF DETROIT, MICHIGAN             Case No. 13-53846
AND EMERGENCY MANAGER                 Judge Steven W Rhodes
KEVYN D. ORR
        Debtor/City of Detroit

_____/

## MOTION TO OBJECT AND RECONSIDER OF SUPPLEMENTAL OPINION REGARDING PLAN CONFIRMATION, APPROVING SETTLEMENTS AND APPROVING EXIT FINANCING

NOW COMES the creditors/objectors in the above caption and object and respond by motion to object and move the court to reconsider the Supplemental Opinion regarding plan confirmation, approving settlements and approving exit financing, under the 1st Amendment and 14th Amendment of the Constitution of the United State and Federal Rules of Civil Procedure Rules 7, 8, and 9 and show the following:

1

1) We object and disagree to page 9 (dkt No 8993) in reference to the clause of the fifth Amendment of the United State Constitution are excepted from the discharge is not for magistrate to decide that is up to the creditors and objectors and there representative because there is no legal law that require you or any citizens to give up their constitutional rights under any circumstances and, if it is you better be ware.

2) We object and have not and will not agree to or consent to any agreement that will cease all or any litigations challenging Public Act 436 (2012) or seeking enforcement of Article IX sect 24 of the Constitution of the state of Michigan, relating to the pension benefit and should be noted that we the creditors don't have anything fair and equitable.

3) When you have middle class citizens that are going to be reduce to poverty level as a result of the plan, it cannot and is not in the best interest of the creditors.

4) We the creditors/objectors that are Hundreds and maybe thousands of citizens that have not withdrew any of our objections to (dkt Nos 8272 &. 8993 ) and the court is allowing or conspiring to perpetrate or assist in perpetrating fraud on the public and the city of Detroit for example the so-called "Grand Bargain" and should be called the "Grand theft fraudulent Bargain."

The bill that was passed for the so-called "Grand Bargain" was in the last legisla-

2

tive session that ended in December 31, 2014. The bill or proposal will not take effect until 90 days after the bill is passed in accordance to the Michigan State Constitution of Article IV sect 27, that mean no funds is available and won't be available until March 31, 2015, therefore, contravention of MCL 600.5855 fraudulent Concealment.

These are a few of the reasons why we object and disagree with the Supplemental Opinion regarding plan confirmation, approving settlement, and approving exist financ-ing and we preserve our rights to add to and object and disagree in the future but we need more time to examine this opinion.

3

I/We hereby certify that the statements made herein this verified are true and correct and if called to testify can and will give testimony competently, under the laws of the United States of America, to the best of our knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Barbara Holloway_

Address _P.O. Box 31568_

City, State & Zip _Detroit MI 48238_


Sign _Vaughn Brown_

Address _9323 E Walden dr._

City, State & Zip _Belleville Mi. 48111_


Sign _Cal Turner_

Address _16091 EDMORE DR._

City, State & Zip _DETROIT, MICH 48205_

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

_Carl Williams_
Your name     Creditor/Petitioners
v
In re:                                          Chapter 9
City OF DETROIT, MICHIGAN                       Case No. 13-53846
AND EMERGENCY MANAGER                           Magistrate Judge:
     KEVYN D.ORR                                Steven W. Rhodes
        Debtors/Respondent
_____/

## PROOF OF SERVICES

_Carl Williams_____, being first duly sworn deposes and
your name

Say that on January __13__,2015. I sent a copy of Motion to object and Reconsider

of Supplemental Opinion regarding plan confirmation, approving settlements and

approving exit financing, Upon the concern parties by certified mail at the

following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

FILED
2015 JAN 13 P 2:39
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

I/We hereby certify that the statements made herein this verified are true and correct and if called to testify can and will give testimony competently, under the laws of the United States of America, to the best of our knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign Carl Williams

Address 1012 Somerset

City, State & Zip Detroit Michigan 48224