UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

        Debtor.
_____/

SYNCORA GUARANTEE INC. and
SYNCORA CAPITAL ASSURANCE INC.,

        Appellants,
   v.

CITY OF DETROIT, MICHIGAN,

        Appellee.
_____/

Civil Action No. 14-cv-10501
HON. BERNARD A. FRIEDMAN

Bankr. No. 13-53846
HON. STEVEN W. RHODES

## ORDER OF DISMISSAL

Based on the parties' stipulation to dismiss the appeal in this matter [docket entry 28], the Court hereby dismisses the above-captioned matter with prejudice.

SO ORDERED.

S/ Bernard A. Friedman_____
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated: January 14, 2015
      Detroit, Michigan