UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

        Debtor.
_____/

STATE OF MICHIGAN and
CITY OF DETROIT, MICHIGAN,

        Appellants,
  v.

ALLEN PARK RETIREES ASSOCIATION
and RUSSELL PILLAR,

        Appellees.
_____/

Civil Action No. 14-cv-13471
HON. BERNARD A. FRIEDMAN

Bankr. No. 13-53846
HON. STEVEN W. RHODES

## ORDER OF DISMISSAL

Based on the parties' stipulation to dismiss the appeal in this matter [docket entry 13], the Court hereby dismisses the above-captioned matter with prejudice.

SO ORDERED.

      _s/ Bernard A. Friedman_____
      BERNARD A. FRIEDMAN
      SENIOR UNITED STATES DISTRICT JUDGE

Dated:  January 14, 2015
       Detroit, Michigan