UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Denying Motions for Reconsideration

On January 13, 2015, several creditors filed motions to "object and reconsider of supplemental opinion regarding plan confirmation, approving settlements and approving exit financing." (Dkt. ##9032, 9033, 9035, 9036, 9037, 9038, 9039, 9040, 9041, 9042, 9043, 9044, 9045 and 9046) The Court construes the motions as motions for reconsideration of the supplemental opinion regarding plan confirmation, approving settlements and approving exit financing entered on December 31, 2014 (Dkt. #8993) as well as the order confirming eighth amended plan for the adjustment of debts of the City of Detroit entered on November 12, 2014. (Dkt. #8272) The motions are untimely and there is no provision in the rules for filing a motion for reconsideration of a supplemental opinion. Further, the motions are to be decided pursuant to Local Bankruptcy Rule 9024-1(a)(3), which provides:

> Generally, and without restricting the discretion of the Court, a motion for rehearing or reconsideration which merely presents the same issues ruled upon by the Court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the Court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

The Court concludes that nothing in these motions warrants reconsideration of its earlier

orders. Accordingly, it is hereby ordered that the motions for reconsideration are denied.

.

**Signed on January 15, 2015**

                       **_/s/ Steven Rhodes_**
                       **Steven Rhodes**
                       **United States Bankruptcy Judge**