UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 9
                                                             :
CITY OF DETROIT, MICHIGAN                                    :    Case No. 13-53846
                                                             :
                          Debtor.                            :    Hon. Steven W. Rhodes
                                                             :
                                                             :
-------------------------------------------------------------x
```

# WITHDRAWAL OF PROOF OF CLAIM NO. 702

Claimant MICMR LLC, MICRT LLC, MICLS LLC, and A&S Pollack Family Property LLC, by its attorneys, hereby withdraws its Proof of Claim No. 702 because it has been satisfied.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for MICMR LLC, MICRT LLC, MICLS LLC, and A&S Pollack Family Property LLC

By:/s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com

Dated: January 15, 2015

## **CERTIFICATE OF SERVICE**

I certify that on January 15, 2015 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for MICMR LLC, MICRT LLC, MICLS LLC, and A&S Pollack Family Property LLC

        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226
        (313) 465-7344
        jcalton@honigman.com