UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------x

## WITHDRAWAL OF PROOF OF CLAIM NO. 820

Claimant Cathedral Owner LLC, by its attorneys, hereby withdraws its Proof of Claim No. 820 because it has been satisfied.

                Respectfully submitted,

                HONIGMAN MILLER SCHWARTZ AND COHN LLP
                Attorneys for Cathedral Owner LLC

                By:/s/ Judy B. Calton
                    Judy B. Calton (P38733)
                2290 First National Building
                660 Woodward Avenue
                Detroit, MI  48226
                (313) 465-7344
                jcalton@honigman.com

Dated:  January 15, 2015

# CERTIFICATE OF SERVICE

I certify that on January 15, 2015 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Cathedral Owner LLC


By: /s/ Judy B. Calton
     Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com