UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------x

## WITHDRAWAL OF PROOF OF CLAIM NO. 3093

Claimant VITEC, L.L.C., by its attorneys, hereby withdraws its Proof of Claim No. 3093 because it has been satisfied.

          Respectfully submitted,

          HONIGMAN MILLER SCHWARTZ AND COHN LLP
          Attorneys for VITEC, L.L.C.


          By:/s/ Judy B. Calton
              Judy B. Calton (P38733)
          2290 First National Building
          660 Woodward Avenue
          Detroit, MI 48226
          (313) 465-7344
          jcalton@honigman.com


Dated: January 16, 2015

## CERTIFICATE OF SERVICE

I certify that on January 16, 2015 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for VITEC, L.L.C.

By: /s/ Judy B. Calton
     Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com