UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------x
                                              :
In re                                         :          Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN                     :          Case No. 13-53846
                                              :
                          Debtor.             :          Hon. Steven W. Rhodes
                                              :
                                              :
------------------------------------------------------------x

## WITHDRAWAL OF PROOF OF CLAIM NO. 705

Claimant 4737 Conner Co., LLC, by its attorneys, hereby withdraws its Proof of Claim

No. 705 because it has been satisfied.

                              Respectfully submitted,

                              HONIGMAN MILLER SCHWARTZ AND COHN LLP
                              Attorneys for 4737 Conner Co., LLC


                              By:/s/ Judy B. Calton
                                  Judy B. Calton (P38733)
                              2290 First National Building
                              660 Woodward Avenue
                              Detroit, MI  48226
                              (313) 465-7344
                              jcalton@honigman.com


Dated:  January 16, 2015

## **CERTIFICATE OF SERVICE**

I certify that on January 16, 2015 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for 4737 Conner Co., LLC

By:/s/ Judy B. Calton
     Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
(313) 465-7344
jcalton@honigman.com

16433276.1
13-53846-tjt   Doc 9067   Filed 01/16/15   Entered 01/16/15 12:29:41   Page 2 of 2