# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                                  Chapter 9

City of Detroit, Michigan,                              Case No. 13-53846

        Debtor.                                    Hon. Steven W. Rhodes

_____/

### SUPPLEMENTAL AMENDED CERTIFICATE OF SERVICE

    I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

    On or before January 9, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Notice of (I) Entry of Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit and (II) Occurrence of Effective Date [Docket No. 8649]

Dated: January 9, 2015

                            _____
                            Stephanie Delgado
                            KCC
                            2335 Alaska Ave
                            El Segundo, CA 90245

# EXHIBIT A

| Name | NoticeName | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| Morgan Stanley Trust Natl Association | Jonathan Goldman | 4001 Kennett Pike Ste 216 | Wilmington | DE | 19807-2029 |
| Sg America | Pete Scavone | 245 Park Ave | New York | NY | 10167-1092 |
| TD Ameritrade Cleaning Inc | Mandi Foster | PO Box 2155 | Omaha | NE | 68103-2155 |