# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

CARL WILLIAMS, HASSAN ALEEM AND
DOROTHEA HARRIS
    Creditors/Objectors,

v

| | |
|---|---|
| In re:<br>City OF DETROIT, MICHIGAN<br>AND EMERGENCY MANAGER<br>KEVYN D. ORR<br>    Debtor/City of Detroit | Chapter 9<br>Case No. 13-53846<br>Judge Steven W Rhodes |

_____/

# AMENDED, CORRECTION AND CLARIFICATION OF VERIFIED MOTION TO OBJECT AND RECONSIDER OF SUPPLEMENTAL OPINION REGARDING PLAN CONFIRMATION, APPROVING SETTLEMENTS AND APPROVING EXIT FINANCING

NOW COMES the creditors/objectors in the above caption and Amended CORRECT and CLARIFICATION OF INADVERTINENTLY MISSTAKE TO object and respond by motion to move the Supplemental Opinion regarding plan confirmation, approving settlements and approving exit financing, under the 1st Amendment and 14th Amendment of the Constitution of the United State and Federal Rules of Civil

1

Procedure Rules 7, 8, 9, & 15 to show the following:

1) On page 4 regarding the "Grand Bargain" the correct Article of authority is Article IV section 27 not Article VI section 27.

2) On page 5 of number 8 the statement should be "When Carl Williams asked him in court and his remark's was I will take it under consideration, instead of " When Carl Williams asked him in court and his remark was ill take it under consideration.

3) On page 6 at the top of the page regarding Public Act 436 or (PA 436) instead of Article XI section 24, it should be Article IX section 24 of the statement related to the pension. Also the second paragraph instead of "if it cannot and is not in the best interest of the creditors" it should be it cannot and is not in the best interest of the pensioners, citizens of the state of Michigan and the creditors.

We submit these corrections to clarify and correct the mistake that could have been misleading and incorrect.

2

I/We hereby certify that the statements made herein this verified are true and correct and if called to testify can and will give testimony competently, under the laws of the United States of America, to the best of our knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl J Williams_

Address _10112 Somerset_

City, State & Zip _Detroit Michigan 48224_

Sign _Dorothea Harris_

Address _20552 Huntington_

City, State & Zip _Harper Woods 48225_

Sign _Hassan Aleem_

Address _2440 Taylor_

City, State & Zip _Detroit, Mich 48206_

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

Carl Williams
_____
Your name    Creditor/Petitioners

v

In re:                                    Chapter 9
City OF DETROIT, MICHIGAN                 Case No. 13-53846
AND EMERGENCY MANAGER                     Magistrate Judge:
    KEVYN D.ORR                           Steven W. Rhodes
    Debtors/Respondent
_____/

## PROOF OF SERVICES

Carl Williams, being first duly sworn deposes and
your name

Say that on January 16, 2015. I sent a copy of Amended Correction and

Clarification of Motion to object and Reconsider of Supplemental Opinion

regarding plan confirmation, approving settlements and approving exit financing,

Upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

2015 JAN 16 P 1:32
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT
FILED

Emergency Manager
Kenyn Orr
Coleman A Young Municipal Center
2 Woodward 11th floor
Detroit, Michigan 48226

I/We hereby certify that the statements made herein this verified motion are true and correct and if called to testify can and will give testimony competently, under the laws of the United States of America, to the best of our knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_