# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## SUPPLEMENTAL AMENDED CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On or before January 14, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- Notice of (I) Entry of Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit and (II) Occurrence of Effective Date [Docket No. 8649]

Dated: January 16, 2015

Stephanie Delgado
KCC
2335 Alaska Ave
El Segundo, CA 90245

# EXHIBIT A

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Algers, Commico | 18941 Westphalia St | Detroit | MI | 48205-2231 |
| Benson, Erica J | Redacted | Redacted | Redacted | Redacted |
| Bohanen, Alyssa A | 18217 Santa Rosa Dr | Detroit | MI | 48221-2242 |
| Brown, Dejaun L | Redacted | Redacted | Redacted | Redacted |
| Burzynski, Joseph A | Redacted | Redacted | Redacted | Redacted |
| Denman, Jerry L | Redacted | Redacted | Redacted | Redacted |
| Flemings, Marlene | Redacted | Redacted | Redacted | Redacted |
| Forbes, Jeffrey | Redacted | Redacted | Redacted | Redacted |
| Giles, Ronald | Redacted | Redacted | Redacted | Redacted |
| Humphrey, Treva | 7060 Jailene Dr | Windermere | FL | 34786-6744 |
| Karva, Abraham B | Redacted | Redacted | Redacted | Redacted |
| Lester, Sterling | Redacted | Redacted | Redacted | Redacted |
| Mackenzie, Roland R | Redacted | Redacted | Redacted | Redacted |
| Norman, Parshia M | 6135 Martin St | Detroit | MI | 48210-1654 |
| Perry, Gloria C | 12013 Glastonbury Ave | Detroit | MI | 48228-1117 |
| Racosta, Thomas W | Redacted | Redacted | Redacted | Redacted |
| Rouse, Renee F | Redacted | Redacted | Redacted | Redacted |
| Samuels, Wanda | 10840 Bonita St | Detroit | MI | 48224-2432 |
| Selby, Robert A | Redacted | Redacted | Redacted | Redacted |
| Selby, Robert A | Redacted | Redacted | Redacted | Redacted |
| Smith Oliva M | Redacted | Redacted | Redacted | Redacted |
| Smith, Cecil B | Redacted | Redacted | Redacted | Redacted |
| Tabachki, Peter M | Redacted | Redacted | Redacted | Redacted |
| Ware-Deleon, Shanay D | 9121 Montrose St | Detroit | MI | 48228-2124 |
| White, Annette A | Redacted | Redacted | Redacted | Redacted |

# EXHIBIT B

| Name | NoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Alpine Securities Corp | Chance Groskreutz | 39 E Exchange Pl | Salt Lake Cty | UT | 84111-2760 |