UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re, | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**ALLEN PARK RETIREES ASSOCIATION, et al.'s
REQUEST FOR REMOVAL FROM NOTICES
OF ELECTRONIC FILING**

NOW COME THE PETITIONERS, The Allen Park Retirees Association, Inc., and Lead Plaintiff Russell Pillar, to state as follows:

1. On January 14, 2015, the Federal District Court for the Eastern District of Michigan entered its Order of Dismissal by Stipulation, with its docket number 14.

2. On January 15, 2015, this Court entered its docket number 5090, posting the District Court's Final Order.

3. Petitioners and their legal counsel of record, Mark A. Porter [P-42280] request to be removed from further notices of electronic filings through this Court's ECF system.

Respectfully submitted by electronic filing:

| | |
|---|---|
| January 19, 2015 | By: /s/ **Mark A. Porter** |
| | Mark A. Porter (P-42280) |
| | Attorney for the Petitioners APRA & Russell Pillar |
| | Mark A. Porter & Associates PLLC |
| | 551 East 11-Mile Road – Suite 3-D |
| | P. O. Box 71527 |
| | Madison Heights, Michigan 48071-0527 |
| | (248) 547 – 1911 |
| | (248) 547 – 1917 FAX |
| | mporter@map-law.com |