UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | |
| | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | CASE NO. 13-53846 |
| | Hon. Steven W. Rhodes |
| DEBTOR. | |

## WITHDRAW OF DOCUMENT

Comes now The Segal Company and withdraws its *Comments on Fees Supplemental Document to Dkt. No. 9058,* filed on January 16, 2015 as Docket No. 9065, as it was filed in error.

Date: January 20, 2015

Respectfully submitted,

RUBIN & LEVIN, P.C.

By: /s/ James T. Young
James T. Young, Atty. No. 13834-71
RUBIN & LEVIN, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204
(317) 860-2913--FAX (317) 453-8613
james@rubin-levin.net

JTY/mcb/kc G:\WP80\Kim\Scanned Docs\withdraw of document.wpd