UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

          Debtor.
_____/

CARL WILLIAMS and
HASSAN ALEEM,

          Appellants,
   v.

CITY OF DETROIT, MICHIGAN,

          Appellee.
_____/

Bankr. No. 13-53846 (Chapter 9)
HON. STEVEN W. RHODES

Civil Action No. 14-10441
HON. BERNARD A. FRIEDMAN

## ORDER OF DISMISSAL

This matter is presently before the Court on appellants' motion entitled "Withdrawal of our Names in the Action in District Court or the District Court Panel" [docket entry 17]. Given the substance of this motion, the Court construes this motion as a notice for voluntary dismissal. Accordingly, the Court hereby dismisses the above-captioned matter with prejudice.

SO ORDERED.

S/ Bernard A. Friedman_____
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated: January 16, 2015
      Detroit, Michigan