UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

|  |  |
|---|---|
| | Bankr. No. 13-53846 (Chapter 9) |
| CITY OF DETROIT, MICHIGAN, | HON. STEVEN W. RHODES |

Debtor.
_____/

|  |  |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Civil Action No. 14-cv-10637 |
| | HON. BERNARD A. FRIEDMAN |

Appellant,

v.

CATHERINE PHILLIPS, ET AL.,

Appellees.
_____/

## ORDER OF DISMISSAL

Based on the parties' stipulation to dismiss the appeal in this matter [docket entry 19], the Court hereby dismisses the above-captioned matter with prejudice.

SO ORDERED.


S/ Bernard A. Friedman_____
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated: January 16, 2015
Detroit, Michigan