**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

|  |  |  |
|---|---|---|
| In re: | : : : : : : : : : | Chapter 11<br><br>Case No. 13-53846 (SWR) |
| City of Detroit, Michigan |  |  |
| Debtors. |  |  |

# **CERTIFICATE OF SERVICE**

I, Indira Y. Garcia, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On or before December 31, 2014, I caused copies of the
- [Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re Docket Nos. 6265, 6266, 6267, 6742, 6743, 6745, 6746, 7320, 8193, and 8297]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Furthermore on or before December 31, 2014, I caused copies of the

- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket Nos. 6748, 6749, 7319, and 7354]

to be served on the parties attached hereto as **Exhibit B** via First Class Mail.

Dated: January 9, 2015

/s/ Indira Y. Garcia
Indira Y. Garcia
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.823.9000

# EXHIBIT A

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACP Master, Ltd. | c/o Aurelius Capital Management, LP | 535 Madison Avenue, 22nd Floor | | New York | NY | 10022 | | 1320 | Not Less Than $175,000,000.00 | 3.01% of Contingent and Unliquidated Claim | 6267 | Trasferee |
| Aurelius Capital Master, Ltd. | c/o Aurelius Capital Management, LP | 535 Madison Avenue, 22nd Floor | | New York | NY | 10022 | | 1320 | Not Less Than $175,000,000.00 | 4.15% of Contingent and Unliquidated Claim | 6265 | Transferee |
| Aurelius Capital Master, Ltd. | c/o Aurelius Capital Management, LP | 535 Madison Avenue, 22nd Floor | | New York | NY | 10022 | | 1320 | Not Less Than $175,000,000.00 | 1.41% of Contingent and Unliquidated Claim | 6266 | Trasferee |
| Citigroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1320 | Not Less Than $175,000,000.00 | 4.15% of Contingent and Unliquidated Claim | 6265 | Transferor |
| Citigroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1320 | Not Less Than $175,000,000.00 | 1.41% of Contingent and Unliquidated Claim | 6266 | Transferor |
| Citigroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1320 | Not Less Than $175,000,000.00 | 3.01% of Contingent and Unliquidated Claim | 6267 | Transferor |
| Citigroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1320 | Not Less Than $175,000,000.00 | 25.71% of Contingent and Unliquidated Claim | 6743 | Transferor |
| Citigroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1320 | Not Less Than $175,000,000.00 | 25.71% of Contingent and Unliquidated Claim | 6746 | Transferor |
| Commerzbank AG London Branch | Attn Simon Bowmer | 30 Gresham Street | PO Box 52715 | London | | EC2P 2XY | England | 1358 | Not Less Than $152,510,000.00 | Not Less Than $152,510,000.00 | 7320 | Transferor |
| Commerzbank AG London Branch | Attn Simon Bowmer | 30 Gresham Street | PO Box 52715 | London | | EC2P 2XY | England | 1357 | Not Less Than $200,555,000.0 | 58.37301488% of Original Amount of Claim (Not Less Than $117,070,000) | 8193 | Transferor |
| Monarch Alternative Capital LP | Attn Andrew J. Herenstein | 535 Madison Avenue | | New York | NY | 10022 | | 1320 | Not Less Than $175,000,000.00 | 25.71% of Contingent and Unliquidated Claim | 6746 | Trasferee |
| Monarch Alternative Capital LP | Attn Andrew J. Herenstein | 535 Madison Avenue | | New York | NY | 10022 | | 1357 | Not Less Than $200,555,000.0 | 18.67% of Contingent and Unliquidated Claim | 8297 | Trasferee |
| Morgan Stanley & Co. LLC | Attn Kieran Hennigan | 1585 Broadway, 2nd Floor | | New York | NY | 10036 | | 1358 | Not Less Than $152,510,000.00 | 49.17% of Contingent and Unliquidated Claim | 6742 | Transferor |
| Morgan Stanley & Co. LLC | Attn Kieran Hennigan | 1585 Broadway, 2nd Floor | | New York | NY | 10036 | | 1358 | Not Less Than $152,510,000.00 | 9.83% of Contingent and Unliquidated Claim | 6745 | Transferor |
| Morgan Stanley & Co. LLC | Attn Kieran Hennigan | 1585 Broadway, 2nd Floor | | New York | NY | 10036 | | 1358 | Not Less Than $152,510,000.00 | Not Less Than $152,510,000.00 | 7320 | Trasferee |
| Morgan Stanley & Co. LLC | Attn Kieran Hennigan | 1585 Broadway, 2nd Floor | | New York | NY | 10036 | | 1357 | Not Less Than $200,555,000.0 | 58.37301488% of Original Amount of Claim (Not Less Than $117,070,000) | 8193 | Trasferee |
| Morgan Stanley & Co. LLC | Attn Kieran Hennigan | 1585 Broadway, 2nd Floor | | New York | NY | 10036 | | 1357 | Not Less Than $200,555,000.0 | 18.67% of Contingent and Unliquidated Claim | 8297 | Transferor |

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Panning Master Fund, LP | Attn William Kelly | Panning Capital Management LP | 510 Madison Avenue, Suite 2400 | New York | NY | 10022 | | 1320 | Not Less Than $175,000,000.00 | 25.71% of Contingent and Unliquidated Claim | 6743 | Trasferee |
| Panning Master Fund, LP | Attn William Kelly | Panning Capital Management LP | 510 Madison Avenue, Suite 2400 | New York | NY | 10022 | | 1358 | Not Less Than $152,510,000.00 | 49.17% of Contingent and Unliquidated Claim | 6742 | Trasferee |
| Panning Master Fund, LP | Attn William Kelly | Panning Capital Management LP | 510 Madison Avenue, Suite 2400 | New York | NY | 10022 | | 1358 | Not Less Than $152,510,000.00 | 9.83% of Contingent and Unliquidated Claim | 6745 | Trasferee |

# EXHIBIT B

| Name | Notice Name | Address 1 | City | State | Zip | Country | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|
| Commerzbank AG London Branch | Attn Simon Bowmer | 30 Gresham Street | London | | EC2P 2XY | England | 7319 | Transferor |
| Monarch Alternative Capital LP | Attn Andrew J. Herenstein | 535 Madison Avenue | New York | NY | 10022 | | 6748 | Transferee |
| Monarch Alternative Capital LP | Attn Andrew J. Herenstein | 535 Madison Avenue | New York | NY | 10022 | | 6749 | Transferee |
| Monarch Alternative Capital LP | Attn Andrew J. Herenstein | 535 Madison Avenue | New York | NY | 10022 | | 7354 | Transferee |
| Morgan Stanley & Co. LLC | Attn Kieran Hennigan | 1585 Broadway, 2nd Floor | New York | NY | 10036 | | 7319 | Transferee |
| Morgan Stanley & Co. LLC | Attn Kieran Hennigan | 1585 Broadway, 2nd Floor | New York | NY | 10036 | | 6748 | Transferor |
| Morgan Stanley & Co. LLC | Attn Kieran Hennigan | 1585 Broadway, 2nd Floor | New York | NY | 10036 | | 6749 | Transferor |
| Morgan Stanley & Co. LLC | Attn Kieran Hennigan | 1585 Broadway, 2nd Floor | New York | NY | 10036 | | 7354 | Transferor |

In re: City of Detroit, Michigan
USBC Case No. 13-53846 (SWR)
Page 1 of 1
13-53846-tjt    Doc 9093    Filed 01/20/15    Entered 01/20/15 19:23:50    Page 6 of 6