IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| City of Detroit, Michigan | : | Case No. 13-53846 (SWR) |
|  | : |  |
| Debtors. | : |  |

## **CERTIFICATE OF SERVICE**

I, Indira Y. Garcia, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On or before January 5, 2015, I caused copies of the
- [Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re Docket Nos. 6744, 6747, 6892, 6894, 6895, 8194, 8298, and 8299]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Furthermore on or before January 5, 2015, I caused copies of the

- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket Nos. 7321 and 7355]

to be served on the parties attached hereto as **Exhibit B** via First Class Mail.

Dated: January 9, 2015

/s/ Indira Y. Garcia
Indira Y. Garcia
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.823.9000

# EXHIBIT A

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Citigroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1360 | Not Less Than $172,560,000.00 | 3.35% of Contingent and Unliquidated Claim | 6892 | Trasferor |
| Citigroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1360 | Not Less Than $172,560,000.00 | 14.08% of Contingent and Unliquidated Claim | 6894 | Trasferor |
| Citigroup Global Markets Inc. | Attn MSD Market Analytics Group | 388 Greenwich Street, 2nd Floor | | New York | NY | 10013 | | 1360 | Not Less Than $172,560,000.00 | 1.86% of Contingent and Unliquidated Claim | 6895 | Trasferor |
| Commerzbank AG London Branch | | 30 Gresham Street | PO Box 52715 | London | | EC2P 2XY | England | 1360 | Not Less Than $172,560,000.00 | 80.7168521% of Original Amount of Claim (Not Less than 139,285,000) | 8194 | Transferor |
| HHLF L.P. | Attn Claudia Borg | c/o Stone Lion Partners Capital Partners L.P. | 555 Fifth Avenue, 18th Floor | New York | NY | 10017 | | 1360 | Not Less Than $172,560,000.00 | 3.35% of Contingent and Unliquidated Claim | 6892 | Trasferee |
| LLSM L.P. | Attn Claudia Borg | c/o Stone Lion Partners Capital Partners L.P. | 555 Fifth Avenue, 18th Floor | New York | NY | 10017 | | 1360 | Not Less Than $172,560,000.00 | 14.08% of Contingent and Unliquidated Claim | 6894 | Trasferee |
| Monarch Alternative Capital LP | Attn Andrew J. Herenstein | 535 Madison Avenue | | New York | NY | 10022 | | 1360 | Not Less Than $172,560,000.00 | 7.24% of Contingent and Unliquidated Claim | 6747 | Trasferee |
| Monarch Alternative Capital LP | Attn Andrew J. Herenstein | 535 Madison Avenue | | New York | NY | 10022 | | 1360 | Not Less Than $172,560,000.00 | 7.28% of Contingent and Unliquidated Claim | 8298 | Transferee |
| Monarch Alternative Capital LP | Attn Andrew J. Herenstein | 535 Madison Avenue | | New York | NY | 10022 | | 1360 | Not Less Than $172,560,000.00 | 14.49% of Contingent and Unliquidated Claim | 8299 | Transferee |
| Morgan Stanley & Co. LLC | Attn Kieran Hennigan | 1585 Broadway, 2nd Floor | | New York | NY | 10036 | | 1360 | Not Less Than $172,560,000.00 | 7.24% of Contingent and Unliquidated Claim | 6744 | Transferor |
| Morgan Stanley & Co. LLC | Attn Kieran Hennigan | 1585 Broadway, 2nd Floor | | New York | NY | 10036 | | 1360 | Not Less Than $172,560,000.00 | 7.24% of Contingent and Unliquidated Claim | 6747 | Transferor |
| Morgan Stanley & Co. LLC | Attn Kieran Hennigan | 1585 Broadway, 2nd Floor | | New York | NY | 10036 | | 1360 | Not Less Than $172,560,000.00 | 80.7168521% of Original Amount of Claim (Not Less Than 139,285,000) | 8194 | Transferee |
| Morgan Stanley & Co. LLC | Attn Kieran Hennigan | 1585 Broadway, 2nd Floor | | New York | NY | 10036 | | 1360 | Not Less Than $172,560,000.00 | 7.28% of Contingent and Unliquidated Claim | 8298 | Transferor |
| Morgan Stanley & Co. LLC | Attn Kieran Hennigan | 1585 Broadway, 2nd Floor | | New York | NY | 10036 | | 1360 | Not Less Than $172,560,000.00 | 14.49% of Contingent and Unliquidated Claim | 8299 | Transferor |
| Panning Master Fund, LP | Attn William Kelly | Panning Capital Management LP | 510 Madison Avenue, Suite 2400 | New York | NY | 10022 | | 1360 | Not Less Than $172,560,000.00 | 7.24% of Contingent and Unliquidated Claim | 6744 | Trasferee |
| Permal Stone Lion Fund Ltd. | Attn Claudia Borg | c/o Stone Lion Partners Capital Partners L.P. | 555 Fifth Avenue, 18th Floor | New York | NY | 10017 | | 1360 | Not Less Than $172,560,000.00 | 1.86% of Contingent and Unliquidated Claim | 6895 | Trasferee |

# EXHIBIT B

**Exhibit B**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Notice Name | Address 1 | City | State | Zip | Country | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|
| Commerzbank AG London Branch | Attn Simon Bowmer | 30 Gresham Street | London | | EC2P 2XY | England | 7321 | Transferor |
| Monarch Alternative Capital LP | Attn Andrew J. Herenstein | 535 Madison Avenue | New York | NY | 10022 | | 7355 | Transferee |
| Morgan Stanley & Co. LLC | Attn Kieran Hennigan | 1585 Broadway, 2nd Floor | New York | NY | 10036 | | 7321 | Transferee |
| Morgan Stanley & Co. LLC | Attn Kieran Hennigan | 1585 Broadway, 2nd Floor | New York | NY | 10036 | | 7355 | Transferor |