# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------- x
:
In re                                                   :   Chapter 9
:
:   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :
:   Hon. Steven W. Rhodes
Debtor                                                  :
------------------------------------------------------- x

## MOTION OF ENFORCEMENT TECHNOLOGY, INC.
## FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM

Enforcement Technology, Inc. ("Enforcement Technology"), by its attorneys, hereby moves the Court (the "Motion"), pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2), for entry of an order allowing its administrative claim in the amount of $81,950.73 for the value of goods and services rendered to the City of Detroit, Michigan (the "City") post-petition. In support of this Motion, Enforcement Technology respectfully states as follows:

### Background

1.  Enforcement Technology provides parking enforcement equipment and services to the City pursuant to an AutoCITE, AutoISSUE and AutoPROCESS Annual Maintenance Agreement originally dated July 30, 2008 between the City and Enforcement Technology, as well as various related purchase orders (collectively, the "Contract").

2.  Although the Contract was not listed on the Non-Exclusive Plan Assumption List [Docket No. 8387], Article II.D.1 the City's confirmed Eighth Amended Plan for the Adjustment of Debts of the City (the "Plan") provides for the assumption of the Contract as of the Effective Date of the Plan, i.e., December 10, 2014. *See* Plan, Article II.D.1.

3. On December 29, 2014, Enforcement Technology filed its Objection by Enforcement Technology to Cure Amount (the "Cure Objection") [Docket No. 8959], asserting a cure amount due of $76,667.22.[1] As indicated in the Cure Objection, the amounts comprising the cure amount also constitute administrative claims. Since the date of the Cure Objection, the City has incurred an additional $5,283.51, which was invoiced to the City on December 30, 2014. This brings the total amount owed by the City to Enforcement Technology as of the date of this Motion to $81,950.73 (the "Enforcement Technology Administrative Claim"). A chart summarizing the unpaid invoices comprising the Enforcement Technology Administrative Claim is attached hereto as Exhibit 6.

4. The City's Plan provides that all requests for payment of Administrative Claims (as defined in the Plan) must be filed and served on the City no later than 45 days after the Effective Date of the Plan. *See* Plan, Article II.A.2.a. Although Enforcement Technology is not required to file this Motion to assert its Administrative Claim because the liabilities owed to it were incurred by the City in the "ordinary course" of the City's operations,[2] Enforcement Technology files this Motion out of an abundance of caution because several of the City's unpaid invoices have remained unpaid for more than six months.

5. Because the Effective Date occurred on December 10, 2014, requests for payment of Administrative Claims are due on January 24, 2015.

---

[1] Enforcement Technology and the City have agreed to an extension of time for the City to respond to the Cure Objection. The City's deadline to respond to the Cure Objection is February 6, 2015.

[2] *See* Article II.A.2.b. of the Plan.

**Legal Argument**

6. Section 503(b)(1)(A) of the Bankruptcy Code provides that "the actual, necessary costs and expenses of preserving the estate" shall be allowed administrative expenses, which are entitled to administrative priority pursuant to Section 507(a)(2) of the Bankruptcy Code. 11 U.S.C. § 503(b)(1)(A); 11 U.S.C. § 507(a)(2).

7. Courts in the Sixth Circuit utilize a two-part test to determine whether a claim qualifies as an administrative expense claim under Section 503(b)(1)(A) of the Bankruptcy Code. *Caradon Doors and Windows, Inc. v. Eagle Picher Ind., Inc. (In re Eagle-Picher Ind., Inc.)*, 447 F.3d 461, 464 (6th Cir. 2006). Under the Sixth Circuit test, a debt qualifies as an "actual, necessary" administrative expense if it "(1) arose from a transaction with the bankruptcy estate; and (2) directly and substantially benefited the estate." *Id.* (quoting *Pension Benefit Guar. Corp. v. Sunarhauserman, Inc. (In re Sunarhauserman, Inc.)*, 126 F.3d 811, 816 (6th Cir. 1997)).

8. Both of the elements of the Sixth Circuit test are met here. The invoices comprising the Enforcement Technology Administrative Claim are for goods and services rendered to the City and its estate in post-petition transactions, and the goods and services permitted the City and its estate to collect parking enforcement revenues throughout the pendency of its bankruptcy case.

9. Because the amounts due to Enforcement Technology on account of the Enforcement Technology Administrative Claim meet all of the requirements for allowance as an administrative expense, the Enforcement Technology Administrative Claim should be allowed in the amount of $81,950.73 and paid in accordance with Article II.A.1.a o f the Plan (i.e., paid within 30 days after an order is entered allowing the Enforcement Technology Administrative Claim).

WHEREFORE, Enforcement Technology seeks an order: (a) allowing the Enforcement Technology Administrative Claim in the amount of $81,950.73 and (b) requiring payment of the Enforcement Technology Administrative Claim within 30 days after the entry of the order.

Dated: January 23, 2015.

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Enforcement Technology, Inc.

        By: /s/ Judy B. Calton_____
        Judy B. Calton, Esq.
        660 Woodward Avenue
        2290 First National Building
        Detroit, MI 48226-3506
        Tel: (313) 465-7344
        Fax: (313) 465-7345
        jcalton@honigman.com

        - and –

        REINHART BOERNER VAN DEUREN S.C.
        L. Katie Mason, Esq. (Wis. Bar Id. 1060063)
        1000 North Water Street, Suite 1700
        Milwaukee, WI 53202
        Tel: (414) 298-1000
        Fax: (414) 298-8097
        kmason@reinhartlaw.com

4
ACTIVE\16483930.JBC.1
13-53846-tjt    Doc 9095    Filed 01/23/15    Entered 01/23/15 14:31:50    Page 4 of 19

# EXHIBIT 1

# THE PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Steven W. Rhodes
Debtor :
------------------------------------------------------- x

ORDER ALLOWING ENFORCEMENT
TECHNOLOGY, INC. ADMINISTRATIVE CLAIM

This matter having come on to be considered upon the Motion of Enforcement Technology, Inc. For Allowance and Payment of Administrative Claim (the "**Motion**") by Enforcement Technology, Inc. ("**Enforcement Technology**"), the Court having considered the Motion and the arguments and evidence in support of the Motion and any response, argument or evidence in opposition to the Motion, notice having been given, no further notice or hearing being necessary, capitalized terms not defined in this Order having the meaning as defined in the Motion and the Court being fully advised in the premises;

THE COURT HEREBY FINDS that

A.  The Contract was assumed by Debtor City of Detroit (the "**City**").

B.  The total amount owed by the City to Enforcement Technology under the Contract as of December 31, 2014 is $81,950.73.

THE COURT HEREBY ORDERS THAT

1.  The City owes Enforcement Technology $81,950.73 under the Contract on an administrative expense basis.

2. The City is directed to pay the $81,950.73 to Enforcement Technology within 30 days of entry of this Order.

**EXHIBIT 2**

**THE NOTICE OF OPPORTUNITY TO RESPOND**

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
                                                        :    Chapter 9
In re                                                   :
                                                        :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :
                                                        :    Hon. Steven W. Rhodes
                                      Debtor            :
------------------------------------------------------- x

**NOTICE OF OPPORTUNITY TO RESPOND TO MOTION FOR LEAVE
TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR
ENTRY OF JUDGMENT AGAINST ADELL BROADCASTING CORP. AND STN.COM**

      Enforcement Technology, Inc. has filed the Motion of Enforcement Technology, Inc. for Allowance and Payment of Administrative Claim.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

  If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your view on the motion, within 14 days, you or your attorney must:

  1.      File with the **court** a written response or an answer, explaining your position at

                United States Bankruptcy Court
                211 W. Fort Street, Suite 2100
                Detroit, Michigan 48226

      If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to:

2

Judy B. Calton
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Ave.
Detroit, Michigan 48226

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Enforcement Technology, Inc.

By: /s/ Judy B. Calton_____
Judy B. Calton, Esq.
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Tel: (313) 465-7344
Fax: (313) 465-7345
jcalton@honigman.com

- and –

REINHART BOERNER VAN DEUREN S.C.
L. Katie Mason, Esq. (Wis. Bar Id. 1060063)
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Tel: (414) 298-1000
Fax: (414) 298-8097
kmason@reinhartlaw.com

Dated: January 23, 2015

2
ACTIVE\16483930.JBC.1
13-53846-tjt    Doc 9095    Filed 01/23/15    Entered 01/23/15 14:31:50    Page 10 of 19

# EXHIBIT 3

# THE BRIEF IN SUPPORT

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

```
-------------------------------------------------- x
                                                   :    Chapter 9
In re                                              :
                                                   :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                         :
                                                   :    Hon. Steven W. Rhodes
                        Debtor                     :
-------------------------------------------------- x
```

**BRIEF IN SUPPORT OF MOTION OF ENFORCEMENT TECHNOLOGY, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM**

Enforcement Technology, Inc. for its brief relies on the authorities cited in the Motion of Enforcement Technology, Inc. For Allowance and Payment of Administrative Claim.

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Enforcement Technology, Inc.

By: /s/ Judy B. Calton
Judy B. Calton, Esq.
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Tel: (313) 465-7344
Fax: (313) 465-7345
jcalton@honigman.com

- and –

REINHART BOERNER VAN DEUREN S.C.
L. Katie Mason, Esq. (Wis. Bar Id. 1060063)
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Tel: (414) 298-1000
Fax: (414) 298-8097
kmason@reinhartlaw.com

Dated: January 23, 2015

# EXHIBIT 4

# THE PROOF OF SERVICE

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
                                                        :    Chapter 9
In re                                                   :
                                                        :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :
                                                        :    Hon. Steven W. Rhodes
                              Debtor                    :
------------------------------------------------------- x

## PROOF OF SERVICE

The undersigned hereby certifies and declares that she caused the **Motion of Enforcement Technology, Inc. For Allowance and Payment of Administrative Claim** to be electronically filed with the Clerk of the Court using the ECF System and that all participants in the case will be served via the ECF System.

Also served by U.S. Mail upon:

> Melvin Hollowell, Esq.
> City of Detroit Law Department
> Two Woodward Avenue
> Suite 500
> Detroit, MI 48226
>
> Marc Swanson, Esq.
> Miller Canfield
> 150 W. Jefferson
> Suite 2500
> Detroit, MI 48226

2

I certify and declare under penalty of perjury that the foregoing is true and correct.

                                  HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                  Attorneys for Enforcement Technology, Inc.

                                  By: /s/ Judy B. Calton
                                  Judy B. Calton, Esq.
                                  660 Woodward Avenue
                                  2290 First National Building
                                  Detroit, MI 48226-3506
                                  Tel: (313) 465-7344
                                  Fax: (313) 465-7345
                                  jcalton@honigman.com

Dated: January 23, 2015

# EXHIBIT 5

# NOT APPLICABLE

# EXHIBIT 6

# DOCUMENTARY EXHIBITS

# EXHIBIT 6: SUMMARY OF CURE AMOUNT

| Detroit Invoice Nos. | Invoice Date | Balance Due | Product/Service |
|---|---|---|---|
| 1756000 | 4/8/2014 | $ 1,936.82 | Coin Tracks |
|  | **12/11/2014** | **$ (616.78)** |  |
|  |  | $ 1,320.04 |  |
| 1757800 | 4/9/2014 | $ 1,829.88 | Misc Spare Parts (Jaw Expander) |
| 1755200 | 4/18/2014 | $ 8.17 | Freight |
| 1783202 | 4/30/2014 | $ 1,615.00 | ReinoNET April 2014 |
| 1792100 | 5/22/2014 | $ 3,808.88 | Reino Greencells & C Batteries |
| 1815700 | 5/31/2014 | $ 1,958.51 | Maintenance Agrmnt May 2014 |
| 1815801 | 5/31/2014 | $ 1,710.00 | ReinoNET May 2014 |
| 1815802 | 5/31/2014 | $ 1,615.00 | ReinoNET May 2014 |
| 1844500 | 6/23/2014 | $ 1,958.51 | Maintenance Agrmnt June 2014 |
| 1844601 | 6/23/2014 | $ 1,710.00 | ReinoNET June 2014 |
| 1844602 | 6/23/2014 | $ 1,615.00 | ReinoNET June 2014 |
| 1885600 | 7/22/2014 | $ 14,764.03 | Reino Greencell & C Cell Batteries |
| 1895301 | 7/30/2014 | $ 1,710.00 | ReinoNET July 2014 |
| 1895302 | 7/30/2014 | $ 1,615.00 | ReinoNET July 2014 |
| 1895400 | 7/30/2014 | $ 1,958.51 | Maintenance Agrmnt July 2014 |
| 1980800 | 7/31/2014 | $ 16,336.65 | Hybrid Card Reader/Cash Flow Valdtr. |
| 1932600 | 8/29/2014 | $ 1,958.51 | Maintenance Agrmnt August 2014 |
| 1932501 | 8/29/2014 | $ 1,710.00 | ReinoNET August 2014 |
| 1932502 | 8/29/2014 | $ 1,615.00 | ReinoNET August 2014 |

| | | | | |
|---|---|---|---|---|
| 1968400 | 9/30/2014 | $ | 1,958.51 | Maintenance Agrmnt September 2014 |
| 1968301 | 9/30/2014 | $ | 1,710.00 | ReinoNET September 2014 |
| 1968302 | 9/30/2014 | $ | 1,615.00 | ReinoNET September 2014 |
| 2003700 | 10/31/2014 | $ | 1,958.51 | Maintenance Agrmnt October 2014 |
| 2003801 | 10/31/2014 | $ | 1,710.00 | ReinoNET October 2014 |
| 2003802 | 10/31/2014 | $ | 1,615.00 | ReinoNET October 2014 |
| 2040000 | 11/30/2014 | $ | 1,958.51 | Maintenance Agrmnt November 2014 |
| 2039901 | 11/30/2014 | $ | 1,710.00 | ReinoNET November 2014 |
| 2039902 | 11/30/2014 | $ | 1,615.00 | ReinoNET November 2014 |
| 2073300 | 12/31/2014 | $ | 1,958.51 | Maintenance Agrmnt December 2014 |
| 2073401 | 12/31/2014 | $ | 1,710.00 | ReinoNET December 2014 |
| 2073402 | 12/31/2014 | $ | 1,615.00 | ReinoNET December 2014 |
| | **TOTAL:** | **$** | **81,950.73** | |