# INDEX OF EXHIBITS

Exhibit A-Proposed Order

Exhibit 1-Redacted Copy of Invoices for Post-Petition Work on the Swift Matter

Exhibit 2-Redacted Copy of Invoices for Post-Petition Work on the Mendoza Matter

4835-1167-4913, v. 1