UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                           Chapter 9

CITY OF DETROIT, MICHIGAN,                       Case No. 13-53846

       Debtor.                    /    Hon. Steven W. Rhodes

## ORDER GRANTING APPLICATION OF HOWARD & HOWARD ATTORNEYS PLLC FOR ALLOWANCE AND PAYMENT OF ITS ADMINISTRATIVE EXPENSE CLAIM

Howard & Howard Attorneys PLLC (sometimes hereinafter "Howard & Howard") timely filed an application for allowance and payment of its administrative expense claim in the amount of $10,777.96. This Court finds that the post-petition work that Howard & Howard performed was performed with the knowledge and permission of the legal department of the City of Detroit. The Court further finds that the $10,777.96 requested by Howard & Howard for its post-petition services rendered constitute actual, necessary costs and expenses of preserving the estate of the City of Detroit. This Court has reviewed the Application of Howard & Howard Attorneys PLLC for Allowance and Payment of its Administrative Expense Claim and is fully advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED that the application of Howard & Howard Attorneys PLLC for Allowance and Payment of its Administrative Expense Claim in the amount of $10,777.96 is hereby granted in its entirety.

IT IS FURTHER ORDERED that Howard & Howard Attorneys, PLLC is hereby granted an allowed administrative expense claim in the amount of $10,777.96.

IT IS FURTHER ORDERED that the City of Detroit shall pay Howard & Howard Attorneys PLLC the sum of $10,777.96 within thirty (30) days after entry of this Order.

4846-9728-1825, v. 2