# EXHIBIT 1

450 West Fourth Street  
tel 248.645.1483

EIN: 26-3880752

Royal Oak, MI 48067-2557  
fax 248.645.1568

City of Detroit  
Attn: Dennis Burnett, Esq.  
Bill number 813970 - 00022 - 440474

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/19/13 | AML | Conducted necessary and related legal research regarding the filing of Chapter 9 bankruptcy and the effects on pending claims where the the City of Detroit and its officers are parties to the litigation; telephone conference with judge's chambers regarding pending status of case in light of Chapter 9 filing; prepared filings and notice of bankruptcy. | 1.90 hrs | 342.00 |
| 07/22/13 | MWP | Telephone conference with E. Keelan regarding bankruptcy filing of City; going forward and meeting with Paavola-Nobliski in Las Vegas (ticket already purchased) and related case matters/issues; review/revise notice of filing. | 0.60 hrs | 108.00 |
| 07/22/13 | AML | Continued with necessary and related legal research regarding City of Detroit filing for Chapter 9 Bankruptcy and affect on pending matters; continued to prepare petition for automatic stay; compiled findings for M. Peyser; telephone conference with court regarding issuance of stay | 1.50 hrs | 270.00 |
| 07/22/13 | AML | Conducted necessary and related legal research regarding status of Defendant and entitlement to stay under Chapter 9 as a former DPD officer; strategy conference with M. Peyser. | 0.80 hrs | 144.00 |

# Howard & Howard
### law for business

450 West Fourth Street
tel 248.645.1483

EIN: 26-3880752

Royal Oak, MI 48067-2557
fax 248.645.1568

In Account With

City of Detroit
Attn: Dennis Burnett, Esq.
Bill number 813970 - 00022 - 440474

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/23/13 | MWP | Email update to plaintiff's counsel regarding bankruptcy law - stay as to police defense/client; email to client regarding deposition cancelled, but client meeting still going forward. | 0.40 hrs | 72.00 |
| 07/23/13 | AML | Continued with research and analysis concerning officers and the application of the automatic stay under chapter 9 filing. | 1.80 hrs | 324.00 |
| 07/23/13 | AML | Conducted necessary and related legal research relating to Section 922 | 0.70 hrs | 126.00 |
| 07/25/13 | MWP | Review/revise draft summary judgment motion/brief; and conference with associate on same. | 1.40 hrs | 252.00 |
| 07/29/13 | MWP | Review file materials and prepare for upcoming meeting with client (in-progress). | 1.60 hrs | 288.00 |
| 07/30/13 | MWP | Prepare for meeting with client, J. Paavola-Nobliski, scheduled for 7/31/13. | 2.80 hrs | 504.00 |
| 07/31/13 | MWP | Travel to and attend meeting with client, J. Paavola-Nobliski in Las Vegas (client's retired and resides in Las Vegas); work on memo to file regarding meeting with client. | 9.30 hrs | 1,674.00 |
| 07/31/13 | AML | Telephone conference with Court regarding issuance of stay; drafted e-mail correspondence relaying conversation with court regarding issuance of stay. | 0.60 hrs | 108.00 |

EXPENSES:

Photocopy charges at .10 per page       6.60

In Account With

# Howard & Howard
law for business·

450 West Fourth Street  　　　　　　　　　　　　　　　　　　　　　　Royal Oak, MI 48067-2557
tel 248.645.1483　　　　　　　　　　EIN: 26-3880752　　　　　　　　　　fax 248.645.1568

September 6, 2013

City of Detroit
Attn: Dennis Burnett, Esq.
City of Detroit Law Department
660 Woodward Avenue, Ste. 1650
Detroit, MI 48226

Billed through 08/31/13

Bill Number    813970 - 00022 - 441762

Walter Swift v. Officer Janice Paavola,
Nobliski, et al.

| | | |
|---|---|---:|
| Balance forward | $ | 37,180.30 |

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---:|
| 08/01/13 | MWP | Travel/return from Las Vegas to Detroit following client meeting; work on memo regarding client meeting. | 6.80 hrs | 1,224.00 |
| 08/02/13 | MWP | Conference with associate, A. Leonowicz, regarding client meeting on 7/31/13; information learned and revisions to summary judgment draft motion in light of client meeting/information obtained. | 0.80 hrs | 144.00 |
| 08/05/13 | AML | Continued to work to analysis and catalogue discovery materials; compiled findings for M. Peyser. | 2.60 hrs | 468.00 |
| 08/05/13 | AML | Worked to analysis and catalogue discovery materials compiled findings for M. Peyser. | 0.30 hrs | 54.00 |

| | | |
|---|---|---:|
| Total Fees For This Matter | $ | 1,890.00 |

450 West Fourth Street  
tel 248.645.1483

Royal Oak, MI 48067-2557  
fax 248.645.1568

EIN: 26-3880752

City of Detroit  
Attn: Dennis Burnett, Esq.  
Bill number 813970 – 00022 - 441762

EXPENSES:

| | |
|---|---:|
| Mileage expense – Mark W. Peyser Mileage to Airport for Travel to Las Vegas for Client Meeting | 33.90 |
| Travel expense – Mark W. Peyser Cab fare and meals in Las Vegas for Client Meeting | 69.60 |
| Airfare - *CR* Peyser Credit Care – Airfare to Las Vegas to meet with client, Janice Paavola. | 118.00 |
| Airfare - *CR* Peyser Credit Care – Airfare Agent fee, Delta Air. | 35.00 |
| Airfare - *CR* Peyser Credit Card – Airfare to Las Vegas to meeting with client, Janice Paavola. | 503.80 |
| | $760.30 |

Total Expenses for This Matter

BILLING SUMMARY:

| | | | | |
|---|---:|---|---:|---:|
| Mark W. Peyser | 7.60 | hrs. | 180 / hr | 1,368.00 |
| Alexander M. Leonowicz | 2.90 | hrs. | 180 / hr | 522.00 |
| TOTAL FEES: | | | $ | 1,890.00 |
| TOTAL EXPENSES | | | $ | 760.30 |
| TOTAL CHARGES FOR THIS BILL: | | | $ | 2,650.30 |

In Account With

# Howard & Howard
law for business

450 West Fourth Street        EIN: 26-3880752        Royal Oak, MI 48067-2557
tel 248.645.1483        fax 248.645.1568

October 10, 2013

City of Detroit
Attn: Dennis Burnett, Esq.
City of Detroit Law Department
660 Woodward Avenue, Ste. 1650
Detroit, MI 48226

Billed through 09/30/13

Bill Number     813970 - 00022 - 444900

Walter Swift v. Officer Janice Paavola, Nobliski, et al.

| | | |
|---|---:|---:|
| Balance forward | $ | 39,830.60 |

EXPENSES:

| | |
|---|---:|
| Parking - *CR* Peyser Credit Card - Parking for meeting with client in Las Vegas. | 8.00 |
| Travel expense - *CR* Peyser Credit Card - Meeting with client in Las Vegas, Bellagio - Room Res. | 234.08 |
| Travel expense - *CR* Peyser Credit Card - Meeting with client in Las Vegas, Bellagio Hotel & Casino. | 61.78 |
| Airfare - *CR* Peyser Credit Card - Airline agent fee, Delta Air. | 35.00 |
| Airfare - *CR* Peyser Credit Card - Airfare for meeting with client in Las Vegas, Delta Air. | 190.00 |

| | | |
|---|---:|---:|
| Total Expenses For This Matter | $ | 528.86 |

BILLING SUMMARY:

| | | |
|---|---:|---:|
| TOTAL EXPENSES | $ | 528.86 |
| TOTAL CHARGES FOR THIS BILL: | $ | 528.86 |

In Account With

# Howard & Howard
law for business

450 West Fourth Street                                Royal Oak, MI 48067-2557
tel 248.645.1483                EIN: 26-3880752             fax 248.645.1568

June 4, 2014

City of Detroit
Attn: Melvin Hollowell, Esq.
City of Detroit Law Department
2 Woodward Avenue, Rm. 502
Detroit, MI 48226-3462

Billed through 05/31/14

Bill Number     813970 - 00022 - 463777

Walter Swift v. Officer Janice Paavola,
Nobliski, et al.

| | | |
|---|---|---|
| Balance forward | $ | 40,359.46 |

FOR PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 05/06/14 | MWP | Telephone call from E. Keelean on case update. | 0.20 hrs | 36.00 |
| | | Total Fees For This Matter | $ | 36.00 |

BILLING SUMMARY:

| | | | |
|---|---|---|---|
| Mark W. Peyser | 0.20 hrs | 180 / hr | 36.00 |
| TOTAL FEES: | | $ | 36.00 |
| TOTAL CHARGES FOR THIS BILL: | | $ | 36.00 |

# Howard & Howard
## In Account With
### law for business

| | | |
|---|---|---|
| 450 West Fourth Street<br>tel 248.645.1483 | EIN: 26-3880752 | Royal Oak, MI 48067-2557<br>fax 248.645.1568 |

July 8, 2014

City of Detroit
Attn: Melvin Hollowell, Esq.
City of Detroit Law Department
2 Woodward Avenue, Rm. 502
Detroit, MI 48226-3462

Billed through 06/30/14

Bill Number    813970 - 00022 - 466704

Walter Swift v. Officer Janice Paavola,
Nobliski, et al.

| Balance forward | | $ | 40,395.46 |

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/26/14 | MWP | Email from Judge Lawson's office regarding mediation dates; draft letter in response to Judge Lawson on same. | 0.30 hrs | 54.00 |
| 06/26/14 | MWP | Email from Court regarding scheduling mediation per Judge Lawson; review draft summary judgment motion/brief in support and open issues. | 1.10 hrs | 198.00 |

| Total Fees For This Matter | $ | 252.00 |

BILLING SUMMARY:

| | | | |
|---|---|---|---|
| Mark W. Peyser | 1.40 hrs | 180 / hr | 252.00 |
| TOTAL FEES: | | $ | 252.00 |
| TOTAL CHARGES FOR THIS BILL: | | $ | 252.00 |

In Account With

# Howard & Howard
law for business·

450 West Fourth Street    EIN: 26-3880752    Royal Oak, MI 48067-2557
tel 248.645.1483                              fax 248.645.1568

January 9, 2015

City of Detroit
Attn: Melvin Hollowell, Esq.
City of Detroit Law Department
2 Woodward Avenue, Rm. 502
Detroit, MI 48226-3462

Billed through 12/31/14

Bill Number    813970 - 00022 - 482693

Walter Swift v. Officer Janice Paavola, Nobliski, et al.

| | | |
|---|---|---:|
| Balance forward | $ | 40,647.46 |

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---:|
| 12/09/14 | MWP | Telephone conference with C. Raimi at Law Department on matter - upcoming meeting - and issues. | 0.10 hrs | 18.00 |
| 12/12/14 | MWP | Emails to/from client regarding meeting to start review of file/relevant materials for upcoming meeting with client. | 2.60 hrs | 468.00 |
| 12/12/14 | MWP | Continued review of file materials for upcoming meeting with City Law Department (in-progress). | 1.60 hrs | 288.00 |
| 12/17/14 | MWP | Review file/selection materials for preparation with meeting with Chuck Rainier of Law Department. | 1.40 hrs | 252.00 |
| 12/18/14 | MWP | Complete preparation for and attend meeting at court reporter with counsel and Mr. Charles Reimer and Ed Keclan. | 2.90 hrs | 522.00 |

Total Fees For This Matter    $    1,548.00

In Account With

# Howard & Howard
law for business·

PAGE 2

450 West Fourth Street  
tel 248.645.1483

EIN: 26-3880752

Royal Oak, MI 48067-2557  
fax 248.645.1568

City of Detroit  
Attn: Melvin Hollowell, Esq.  
Bill number 813970 - 00022 - 482693

BILLING SUMMARY:

| | | | |
|---|---|---|---:|
| Mark W. Peyser | 8.60 hrs | 180 / hr | 1,548.00 |
| TOTAL FEES: | | $ | 1,548.00 |
| TOTAL CHARGES FOR THIS BILL: | | $ | 1,548.00 |