# EXHIBIT 2

450 West Fourth Street  
tel 248.645.1483

Royal Oak, MI 48067-2557  
fax 248.645.1568

EIN: 26-3880752

City of Detroit  
Attn: Edward V. Keelean, Esq.  
Bill number 813970 - 00023 - 442877

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/19/13 | MWP | Conference with associate on bankruptcy filing and legal research on stay extended to employee (officer). | 1.60 hrs | 288.00 |
| 07/19/13 | AML | Conducted necessary and related legal research regarding the filing of Chapter 9 bankruptcy and the effects on pending claims where the the City of Detroit and its officers are parties to the litigation; telephone conference with judge's chambers regarding pending status of case in light of Chapter 9 filing; prepared filings and notice of bankruptcy. | 1.30 hrs | 234.00 |
| 07/22/13 | MWP | Telephone conference with E. Keelan on matters/client - employee status - for purposes of automatic stay given City of Detroit bankruptcy filing; review/revise notice of filing. | 0.40 hrs | 72.00 |
| 07/22/13 | MWP | Email from/to plaintiffs' counsel on bankruptcy stay - case stayed against client. | 0.20 hrs | 36.00 |

In Account With

# Howard & Howard
law for business

PAGE 5

450 West Fourth Street  
tel 248.645.1483

Royal Oak, MI 48067-2557  
fax 248.645.1568

EIN: 26-3880752

City of Detroit  
Attn: Edward V. Keelean, Esq.  
Bill number 813970 - 00023 - 442877

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/22/13 | AML | Continued with necessary and related legal research regarding City of Detroit filing for Chapter 9 Bankruptcy and affect on pending matters; continued to prepare petition for automatic stay; compiled findings for M. Peyser; telephone conference with court regarding issuance of stay | 1.60 hrs | 288.00 |
| 07/23/13 | AML | Strategy conference with M. Peyser regarding reasonableness of the application of Chapter 9 bankruptcy and its application to the current case at bar. | 0.50 hrs | 90.00 |
| 07/25/13 | AML | Worked to review and catalogue discovery materials. | 0.80 hrs | 144.00 |
| 07/27/13 | AML | Continued to work to review and catalogue material from previous counsel in order to more efficiently proceed with case once stay has been lifted. | 0.80 hrs | 144.00 |

Total Fees For This Matter $ 8,910.00

In Account With

# Howard & Howard
law for business

450 West Fourth Street  
tel 248.645.1483

Royal Oak, MI 48067-2557  
fax 248.645.1568

EIN: 26-3880752

September 11, 2013

City of Detroit  
Attn: Edward V. Keelean, Esq.  
City of Detroit Law Department  
2 Woodward Avenue, Suite 500  
Detroit, MI 48226

Billed through 08/31/13

Bill Number    813970 - 00023 - 442911

Cristobal Mendoza and Annica Cuppetelli

| | | |
|---|---|---:|
| Balance forward | $ | 58,356.00 |

FOR PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---:|
| 08/14/13 | AML | Worked to review and catalogue discovery material. | 0.50 hrs | | 90.00 |
| | | Total Fees For This Matter | | $ | 90.00 |

EXPENSES:

| | | |
|---|---|---:|
| Online research - Pacer | | 6.60 |
| Total Expenses For This Matter | $ | 6.60 |

BILLING SUMMARY:

| | | |
|---|---|---:|
| TOTAL FEES: | $ | 90.00 |
| TOTAL EXPENSES | $ | 6.60 |
| TOTAL CHARGES FOR THIS BILL: | $ | 96.60 |

In Account With

# Howard & Howard
law for business·

450 West Fourth Street  
tel 248.645.1483

Royal Oak, MI 48067-2557  
fax 248.645.1568

EIN: 26-3880752

April 7, 2014

City of Detroit  
Attn: Edward V. Keelean, Esq.  
City of Detroit Law Department  
2 Woodward Avenue, Suite 500  
Detroit, MI 48226

Billed through 03/31/14

Bill Number    813970 - 00023 - 458788

Cristobal Mendoza and Annica Cuppetelli

| | | |
|---|---|---:|
| Balance forward | $ | 58,452.60 |

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---:|
| 03/24/14 | MWP | Meeting with E. Keelean regarding recent leter from plaintiffs' counsel to Court; review Plaintiffs' counsel letter to Court on lifting stay and seeking immediate action; email to E. Keelean with our draft summary motion. | 0.60 hrs | 108.00 |

| | | |
|---|---|---:|
| Total Fees For This Matter | $ | 108.00 |

BILLING SUMMARY:

| | | |
|---|---|---:|
| TOTAL FEES: | $ | 108.00 |
| TOTAL CHARGES FOR THIS BILL: | $ | 108.00 |

In Account With

# Howard & Howard
*law for business*

450 West Fourth Street  
tel 248.645.1483

Royal Oak, MI 48067-2557  
fax 248.645.1568

EIN: 26-3880752

May 7, 2014

City of Detroit  
Attn: Melvin Hollowell, Esq.  
City of Detroit Law Department  
2 Woodward Avenue, Suite 500  
Detroit, MI 48226

Billed through 04/30/14

Bill Number    813970 - 00023 - 461444

Cristobal Mendoza and Annica Cuppetelli

| | |
|---|---:|
| Balance forward | $ 58,560.60 |

EXPENSES:

| | |
|---|---:|
| Express Delivery - Federal Express Corp. Delivery to Michelle Walker, City of Detroit Law Dept. | 14.20 |
| Total Expenses For This Matter | $ 14.20 |

BILLING SUMMARY:

| | |
|---|---:|
| TOTAL EXPENSES | $ 14.20 |
| TOTAL CHARGES FOR THIS BILL: | $ 14.20 |

In Account With

# Howard & Howard
law for business.

450 West Fourth Street  
tel 248.645.1483

Royal Oak, MI 48067-2557  
fax 248.645.1568

EIN: 26-3880752

June 4, 2014

City of Detroit  
Attn: Melvin Hollowell, Esq.  
City of Detroit Law Department  
2 Woodward Avenue, Rm. 502  
Detroit, MI 48226-3462

Billed through 05/31/14

Bill Number 813970 - 00023 - 463778

Cristobal Mendoza and Annica Cuppetelli

| | | |
|---|---|---|
| Balance forward | $ | 58,574.80 |

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/06/14 | MWP | Telephone call from deputy corporate counsel, E. Keelean, on settlement reached. | 0.20 hrs | 36.00 |
| | | Total Fees For This Matter | $ | 36.00 |

BILLING SUMMARY:

| | | |
|---|---|---|
| TOTAL FEES: | $ | 36.00 |
| TOTAL CHARGES FOR THIS BILL: | $ | 36.00 |