# UNITED STATED BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steve W. Rhodes |

## APPEARANCE AND REQUEST FOR NOTICE

Michael S. McElwee hereby enters his appearance on behalf of Varnum LLP, in the above-captioned matter and requests that any and all notices given or required to be given in the above-captioned proceeding, and all papers served or required to be served in the proceeding be served upon the undersigned.

Dated: January 23, 2015

VARNUM LLP

/s/ *Michael S. McElwee*
Michael S. McElwee
BUSINESS ADDRESS AND TELEPHONE:
P.O. Box 352 / 333 Bridge Street, N.W.
Grand Rapids, MI 49501-0352
(616) 336-6000
E-mail: msmcelwee@varnumlaw.com
Bar number: Michigan P36088

9105208_1.DOCX