# INDEX OF EXHIBITS

**Exhibit A – Proposed Order**

**Exhibit 1 – Redacted Copy of invoices for Post-Petition Work**