# EXHIBIT A

UNITED STATED BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------x
:
In re                                   :    Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              :    Case No. 13-53846
                                        :
              Debtor.                   :    Hon. Steve W. Rhodes
                                        :
---------------------------------------x

**ORDER GRANTING VARNUM LLP'S REQUEST FOR
PAYMENT OF ADMINISTRATIVE EXPENSE**

Varnum LLP timely filed a request payment of administrative expense in the amount of $143,178.05. This Court finds that the post-petition work that Varnum performed was performed with the knowledge and permission of the legal department of the City of Detroit. The Court further finds that the $143,178.05 requested by Varnum for its post-petition services rendered constitute actual, necessary costs and expenses of preserving the estate of the City of Detroit. This Court has reviewed Varnum LLP's Request for Payment of Administrative Expense and is fully advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED that Varnum LLP's Request for Payment of Administrative Expense in the amount of $143,178.05 is hereby granted in its entirety.

IT IS FURTHER ORDERED that Varnum LLP is hereby granted an allowed administrative expense claim in the amount of $143,178.05.

IT IS FURTHER ORDERED that the City of Detroit shall pay Varnum LLP the sum of $143,178.05 within thirty (30) days after entry of this Order.