UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re                                               Chapter 9

CITY OF DETROIT, MICHIGAN                            Case No. 13-53846

               Debtor                               Hon. Steven W. Rhodes
_____/

## APPLICATION OF CANON FINANCIAL SERVICES, INC. FOR ALLOWANCE AND PAYMENT OF ITS ADMINISTRATIVE EXPENSE

Canon Financial Services, Inc. ("CFS"), by its attorneys, hereby moves the Court (the "Motion"), pursuant to sections 503(b)(1)(A) and 507(a)(2) of title 11 of the United States Code (the "Bankruptcy Code"), for entry of an order allowing its administrative expense in the amount of $36,671.84.  In support of the Motion, CFS respectfully states as follows:

### Background

1.      CFS is a subsidiary of Canon USA.  CFS' business consists of financing Canon office equipment that is distributed by Canon authorized dealers including, but not limited to, Canon Business Solutions, n/k/a Canon Solutions America ("CBS").  In addition to being a distributor of Canon equipment, CBS provides maintenance and supply services with respect to Canon equipment.

2.      CFS and CBS are separate entities, with separate offices, business records and employees.

3.      In 2011 and 2012, the City of Detroit (the "City") issued two purchase orders (P.O. #2845487 and P.O. #2859290) related to the lease and maintenance of copier/printers. Copies of those purchase orders are attached hereto as **Exhibit 5**.  The lease and maintenance obligations were combined on one purchase order in both cases.  Thus, while the "supplier name" listed at the top of these purchase orders is Canon Business Solutions, Inc., the body of the purchase orders expressly reflects two separate payment obligations.  Specifically, the

purchase orders indicate that lease payments for the copiers are to be paid to CFS at:

Canon Financial Services, Inc.
14904 Collections Center Dr.
Chicago, IL 60693

whereas maintenance payments are to be paid to CBS at:

Canon Business Solutions
Bank of America Lockbox
15003 Collections Center Dr.
Chicago, IL 60693

4.    The CFS leases for the copier/printers themselves are Lease Nos. 01-316804.01 and 01-316804.02 respectively. Consistent with the terms of the purchase orders, CFS invoiced the City for the lease payment on a monthly basis and, in fact, continues to send monthly invoices to this day. Copies of CFS' unpaid post-petition invoices are attached hereto as **Exhibit 6**. The invoices reference both the lease and purchase order numbers, and indicate that lease payments with respect to the copier/printers were owed to CFS. The invoices also state that all correspondence regarding these invoices should be sent to:

Canon Financial Services, Inc.
P.O. Box 5008
Mt. Laurel, NJ 08054

5.    Upon information and belief, the printer/copiers are still being used by the City. CFS continues to send invoices for lease payments under both leases.

6.    CFS filed a proof of claim [Claim No. 85] in this bankruptcy case on September 5, 2013 in the amount of $43,366.38, which claim relates to lease payments dating back to May 2013 under the purchase orders. Copies of the purchase orders were attached to the proof of claim. The proof of claim indicates that all notices should be sent to CFS' legal department, located at:

Canon Financial Services, Inc.
Attn: Legal Dept.
5600 Broken Sound Blvd.
Boca Raton, FL 33487

2

7.     On November 21, 2014, the City filed its *Notice of Filing of Non-Exclusive List of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* [Doc. No. 8387] (the "Notice"). The two purchase orders at issue are listed on Exhibit A to that Notice with the description "Copier Services." For both purchase orders, the listed "Name of Counterparty" is Canon Business Solutions, Inc. and the "Cure Amount" is identified as $0.

8.     The *Certificate of Service* [Doc. No. 8535] with respect to the Notice indicates that the Notice was served on CBS only at: 26535 American Drive, Southfield, MI 48034 which, upon information and belief, is the location of one of CBS' local sales offices. CFS was not provided with service of the Notice and, thus, did not have an opportunity to object to the $0 cure amount associated with the purchase orders, which does not reflect the unpaid lease obligations to CFS.

9.     The total amount of outstanding post-petition lease payments due and owing to CFS is $36,671.84. CFS has reached out to the City to try to resolve this administrative expense but, as of the filing of this Motion, no such resolution has been reached.

10.    The *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* (the "Plan") provides that all requests for payment of Administrative Claims (as defined in the Plan) must be filed and served on the City no later than 45 days after the effective date of the Plan. *See* Plan, Article ILA.2.a. Although CFS is not required to file this Motion to assert its Administrative Claim because the liabilities owed to it were incurred by the City in the "ordinary course" of the City's operations,[1] CFS files this Motion out of an abundance of caution because the City has failed to make lease payments for the copier/printers since the petition date.

---

[1] *See* Article II.A.2.b. of the Plan.

## Legal Argument

11.     Section 503(b)(1)(A) of the Bankruptcy Code provides that "the actual, necessary costs and expenses of preserving the estate" shall be allowed as administrative expenses, which are entitled to priority in payment pursuant to section 507(a)(2) of the Bankruptcy Code. 11 U.S.C. § 503(b)(1)(A); 11 U.S.C. § 507(a)(2).

12.     Courts in the Sixth Circuit utilize a two-part test to determine whether a claim qualifies as an administrative expense under section 503(b)(1)(A) of the Bankruptcy Code. *See Cardon Doors and Windows, Inc.* v. *Eagle Picher Ind., Inc. (In re Eagle-Picher Ind., Inc.),* 447 F.3d 461, 464 (6th Cir. 2006). Under the Sixth Circuit test, a debt qualifies as an "actual, necessary" administrative expense if it "(1) arose from a transaction with the bankruptcy estate; and (2) directly and substantially benefited the estate." *Id.* (quoting *Pension Benefit Guar. Corp. v. Sunarhauserman, Inc. (In re Sunarhauserman, Inc.),* 126 F.3d 811, 816 (6th Cir. 1997)).

13.     Both of the elements of the Sixth Circuit test are met here. The invoices comprising CFS' administrative expense are for the continuing post-petition lease of eight copier/printers by the City. Upon information and belief, the City used the copier/printers in the ordinary course of its operations throughout the pendency of its bankruptcy case, and continues to use the printer/copiers to this day.

14.     Because the amounts due to CFS meet all of the requirements for allowance as an administrative expense, CFS is entitled to an Administrative Claim in the amount of $36,671.84, which should be paid in accordance with Article II.A.1 of the Plan (*i.e.,* paid within 30 days after an order is entered allowing the CFS Administrative Claim).

**WHEREFORE,** CFS seeks an order in the form attached hereto as **Exhibit 1**: (i) allowing CFS and Administrative Claim in the amount of $36,671.84, (ii) requiring payment of the CFS Administrative Claim within 30 days after the entry of the order, and (iii) granting

4

such other and additional relief as the Court deems appropriate.

Dated: January 23, 2015.

Respectfully submitted by,

**JAFFE RAITT HEUER & WEISS, P.C.**

By:＿＿＿/s/ Paul R. Hage＿＿＿＿＿＿＿＿＿＿
Jay L. Welford (P34471)
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
Facsimile: (248) 351-3082
jwelford@jaffelaw.com
phage@jaffelaw.com

*Counsel for Canon Financial Services, Inc.*

5

**EXHIBIT 1**

**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor | Hon. Steven W. Rhodes |

_____/

## ORDER GRANTING APPLICATION OF CANON FINANCIAL SERVICES FOR ALLOWANCE AND PAYMENT OF ITS ADMINISTRATIVE EXPENSE

This matter having come before the Court upon the *Application of Canon Financial Services, Inc. for Allowance and Payment of Its Administrative Expense* (the "Motion") filed by Canon Financial Services, Inc. ("CFS"); the Court having considered the Motion and the relief requested therein; and due and sufficient notice having been given;

IT IS HEREBY ORDERED THAT:

1.  The Motion is granted in its entirety.

2.  CFS is granted an allowed Administrative Claim in the amount of $36,671.84.

**EXHIBIT 2**

**NOTICE OF OPPORTUNITY TO RESPOND**

In re                                           Chapter 9

CITY OF DETROIT, MICHIGAN                        Case No. 13-53846

        Debtor                            Hon. Steven W. Rhodes

_____/

## NOTICE AND OPPORTUNITY TO RESPOND

Canon Financial Services, Inc. ("CFS") has filed the *Application of Canon Financial Services, Inc. for Allowance and Payment of Its Administrative Expense* (the "Motion").

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, within 14 days, you or your attorney must:

    1.     File with the court a written response explaining your position at:

United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above. You must also mail a copy to:

Paul R. Hage
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034

    2.     If a response is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

Dated: January 23, 2015.

Respectfully submitted by,

**JAFFE RAITT HEUER & WEISS, P.C.**

By:   /s/ Paul R. Hage
Jay L. Welford (P34471)
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone:  (248) 351-3000
Facsimile:  (248) 351-3082
jwelford@jaffelaw.com
phage@jaffelaw.com

*Counsel for Canon Financial Services, Inc.*

**EXHIBIT 3**

**BRIEF**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor | Hon. Steven W. Rhodes |

_____/

**BRIEF IN SUPPORT OF APPLICATION OF**
**CANON FINANCIAL SERVICES, INC. FOR ALLOWANCE**
**AND PAYMENT OF ITS ADMINISTRATIVE EXPENSE**

For its brief, Canon Financial Services, Inc. relies on the authorities cited in the

*Application of Canon Financial Services, Inc. for Allowance and Payment of Its*

*Administrative Expense.*

Dated: January 23, 2015.

Respectfully submitted by,

**JAFFE RAITT HEUER & WEISS, P.C.**

By:____/s/ Paul R. Hage_____
Jay L. Welford (P34471)
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
Facsimile: (248) 351-3082
jwelford@jaffelaw.com
phage@jaffelaw.com

*Counsel for Canon Financial Services, Inc.*

**EXHIBIT 4**

**PROOF SERVICE**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re                                          Chapter 9

CITY OF DETROIT, MICHIGAN                       Case No. 13-53846

        Debtor                          Hon. Steven W. Rhodes

_____/

## PROOF OF SERVICE

The undersigned hereby certifies and declares that he caused the *Application of Canon Financial Services, Inc. for Allowance and Payment of Its Administrative Expense* to be electronically filed with the Clerk of the Court using the ECF System which caused all participants in the case to be served via the ECF System.

I certify and declare under penalty of perjury that the foregoing is true and correct.

Dated: January 23, 2015.                       Respectfully submitted by,

**JAFFE RAITT HEUER & WEISS, P.C.**

By:___/s/ Paul R. Hage_____
Jay L. Welford (P34471)
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
Facsimile: (248) 351-3082
jwelford@jaffelaw.com
phage@jaffelaw.com

*Counsel for Canon Financial Services, Inc.*

**EXHIBIT 5**

**PURCHASE ORDERS**

1-316804-1



**CITY OF DETROIT**
FINANCE DEPARTMENT
PURCHASING DIVISION
1008 Coleman A Young
Municipal Center
Detroit, Michigan 48226
Phone 313 • 224 • 4600
Fax 313 • 224 • 4374

*IF THIS PURCHASE ORDER DOES NOT AGREE WITH THE BID YOU SUBMITTED, PLEASE CONTACT THE PURCHASING DIVISION.*

## Purchase Order

| PURCHASE ORDER NUMBER | REVISION | PAGE |
|---|---|---|
| 2845487 | 3 | 1 |

SHIP TO
Coleman Young Municipal Cent
2 Woodward Ave
Ste 1340
Detroit, MI 48226
United States

BILL TO
Coleman A Young Municipal Ce
2 Woodward Avenue
Ste 642
Detroit, MI 48226
United States

SUPPLIER

CANON BUSINESS SOLUTIONS INC
27005 HILL TECH CENTER
FARMINGTON HILLS, MI 48331

| SUPPLIER NO | DATE OF ORDER / BUYER | REVISED DATE / BUYER |
|---|---|---|
| 1042356 | 01-JUN-11 I Patterson | 05-AUG-11 I Patterson |

| PAYMENT TERMS | SHIP VIA | FOB |
|---|---|---|
| Net 45 | Lowest Cost Carrier | Delivered |

| FREIGHT TERMS | REQUESTOR / DELIVER TO | CONTACT / TELEPHONE |
|---|---|---|
| Account of Seller | | J Ealey    (248) 489-9825 |

| LINE | ITEM NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENDED | TAX |
|---|---|---|---|---|---|---|---|

This Formal Purchase Order was created in accordance with Period Agreement Request #688 and RFQ#37246.

CITY COUNCIL APPROVAL DATE: JULY 6, 2011.

SEE AWARD SHEET FOR TERMS, ETC.

PRICES:
ALL PRICES ARE FIRM FOR THE CONTRACT PERIOD, INCLUDING EXTENSIONS, IF ANY.

LEASE PAYMENT ADDRESS
(4) IRADVANCE 6075 @ $259.84/MONTH
(3) IRADVANCE 6055 @ $218.54/MONTH
36MONTH FMV LEASE@ $1694.98 COMBINED TOTAL

CANON FINANCIAL SERVICES INC.
14904 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

MAINTENANCE AGREEMENT PAYMENT ADDRESS:
(4) IRADVANCE 6075 NO MIN. COST PER COPY @.0036
(3) IRADVANCE 6055 NO MIN. COST PER COPY @.0045

CANON BUSINESS SOLUTIONS
BANK OF AMERICA LOCKBOX
15004 COLLECTIONS CENTER DR
CHICAGO, IL 60693

STAPLES:
5000 CARTRIDGE 3PER BOX @ $56.00EA

| **Total** | 108,661.28 |
|---|---|

• DELIVERY SLIP MUST ACCOMPANY EACH SHIPMENT • WHEN SHIPPED VIA COMMON CARRIER, MAIL SHIPPING NOTICE DIRECTLY TO RECEIVING POINT • CASH TERMS DATE FROM RECEIPT AND ACCEPTANCE OF GOODS AND CORRECT INVOICE • PATENTS — CONTRACTORS SHALL PROTECT AND INDEMNIFY AGAINST EXPENSE OF ANY NATURE, SHALL BEAR COST OF ANY SUITS WHICH MAY ARISE, AND SHALL PAY ALL DAMAGES WHICH MAY BE AWARDED AGAINST THE CITY FOR THE USE UNDER THIS SPECIFICATION, OF ANY PATENTED DEVICE, PROCESS, APPARATUS, MATERIAL, OR INVENTION • THIS CONTRACT IS SUBJECT TO FEDERAL, STATE AND LOCAL LAWS REGARDING EQUAL EMPLOYMENT OPPORTUNITY AND AFFIRMATIVE ACTION • CHANGES AGREED UPON BY OTHER THAN THE FINANCE DEPARTMENT, PURCHASING DIVISION, WILL JEOPARDIZE PAYMENT • CITY RESERVES THE RIGHT TO AUDIT EMPLOYEE PAYROLL RECORDS TO VERIFY LABOR CHARGES UPON 72 HOURS NOTICE • ONLY SUCH GOODS WILL BE PAID FOR AS COMPLY EXACTLY WITH ABOVE WRITTEN DESCRIPTION

PURCHASING DIRECTOR'S SIGNATURE
NOT VALID WITHOUT PURCHASING DIRECTOR'S SIGNATURE

001 ~ 0316804-001



**CITY OF DETROIT**
FINANCE DEPARTMENT
PURCHASING DIVISION
1000 COLEMAN A. YOUNG
MUNICIPAL CENTER
DETROIT, MICHIGAN 48226
PHONE 313 • 224 • 4600
FAX 313 • 224 • 4374



IF THIS PURCHASE ORDER
DOES NOT AGREE WITH THE
BID YOU SUBMITTED,
PLEASE CONTACT THE
PURCHASING DIVISION

| Purchase Order | | |
|---|---|---|
| PURCHASE ORDER NUMBER | REVISION | PAGE |
| 2845487 | 3 | 2 |

**SUPPLIER**

CANON BUSINESS SOLUTIONS INC
27005 HILL TECH CENTER
FARMINGTON HILLS, MI 48331

SHIP TO:
Coleman Young Municipal Cent
2 Woodward Ave
Ste 1340
Detroit,MI 48226
United States

BILL TO:
Coleman A Young Municipal Ce
2 Woodward Avenue
Ste 642
Detroit,MI 48226
United States

| SUPPLIER NO | DATE OF ORDER / BUYER | REVISED ORDER / BUYER |
|---|---|---|
| 1042356 | 01-JUN-11 I Patterson | 05-AUG-11 I Patterson |

PAYMENT TERMS: Net 45
FREIGHT TERMS: Account of Seller
SHIP VIA: Lowest Cost Carrier
FOB: Delivered
REQUISITION FOR / VER TO: 
COMPANY CONTACT / TELEPHONE: J Ealey (248) 489-9825

| LINE | ITEM / ORDER / DESCRIPTION | DELIVERY DATE | QUANTITY | U/T | UNIT PRICE | EXTENDED | TAX |
|---|---|---|---|---|---|---|---|

RESPONSE TIME:
RESPONSE TIME IS FOUR (4) HOURS FOR A PLACED SERVICE CALL.
IF INOPERABLE FOR A PERIOD OF AT LEAST 16 CONSECUTIVE BUSINESS HOURS A
LAOANER UNIT WILL BE DELIVRED UPON CUSTOMER'S WRITTEN REQUEST, UNTIL THIE
ITEM IS RESTORED TO GOOD WORKING ORDER.

PROMPT PAYMENT ORDINANCE
Payment for sevices (or goods) provided under this Contract (or Purchase
Order) is governed by the terms of Ordinance No. 42-98 entitled "Prompt
Payment of Vendors", being Sections 18-5-79 of the 1984 Detroit City Code.

The Individuals responsible for accepting performance under this Contract is
Debra Richardson, who may be reached at, 313-224-6370.

The contact person from whom payment should be requested is Debra Richardson
who may be reached at
313-224-6370.

It is the vendor's responsibility to mail or cause to be delivered a valid
original invoice to Finance, Accounts Payable Section with a photographic
copy to the contracting officer designated within the contract or purchase
order. It is the delivery of this document that initiates the start of the
45-day count under the prompt payment ordinance. The mailing of duplicate
original invoices is strictly prohibited.

A valid invoice meets the following requirements:

Vendor Information: Full name of business, Federal Identification Number,
unique invoice number, date of invoice, reference to City of Detroit

| | | Total | 108,661.28 | |
|---|---|---|---|---|

* DELIVERY SLIP MUST ACCOMPANY EACH SHIPMENT • WHEN SHIPPED VIA COMMON
CARRIER, MAIL SHIPPING NOTICE DIRECTLY TO RECEIVING POINT • CASH TERMS DATE
FROM RECEIPT AND ACCEPTANCE OF GOODS AND CORRECT INVOICE • PATENTS —
CONTRACTORS SHALL PROTECT AND INDEMNIFY AGAINST EXPENSE OF ANY NATURE,
SHALL BEAR COST OF ANY SUITS WHICH MAY ARISE, AND SHALL PAY ALL DAMAGES
WHICH MAY BE AWARDED AGAINST THE CITY FOR THE USE UNDER THIS SPECIFICATION,
OF ANY PATENTED DEVICE, PROCESS, APPARATUS, MATERIAL, OR INVENTION • THIS
CONTRACT IS SUBJECT TO FEDERAL, STATE AND LOCAL LAWS REGARDING EQUAL
EMPLOYMENT OPPORTUNITY AND AFFIRMATIVE ACTION • CHANGES AGREED UPON BY
OTHER THAN THE FINANCE DEPARTMENT, PURCHASING DIVISION, WILL JEOPARDIZE
PAYMENT • CITY RESERVES THE RIGHT TO AUDIT EMPLOYEE PAYROLL RECORDS TO
VERIFY LABOR CHARGES UPON 72 HOURS NOTICE • ONLY SUCH GOODS WILL BE PAID
FOR AS COMPLY EXACTLY WITH ABOVE WRITTEN DESCRIPTION

PURCHASING DIRECTOR'S SIGNATURE
NOT VALID WITHOUT PURCHASING DIRECTOR'S SIGNATURE

CTD-PO-93-0766

001 - 0316804-001



CITY OF DETROIT
FINANCE DEPARTMENT
PURCHASING DIVISION
1008 Coleman A. Young
Municipal Center
Detroit, Michigan 48226
Phone 313 • 224 • 4600
Fax 313 • 224 • 4374



**Purchase Order**

| PURCHASE ORDER NUMBER | REVISION | PAGE |
| 2845487 | 3 | 3 |

REPLACES PURCHASE ORDER NUMBER & REVISION SHOWN IN BOX 01

SHIP TO
Coleman Young Municipal Cent
2 Woodward Ave
Ste 1340
Detroit, MI 48226
United States

Coleman A Young Municipal Ce
2 Woodward Avenue
Ste 642
Detroit, MI 48226
United States

SUPPLIER

CANON BUSINESS SOLUTIONS INC
27005 HILL TECH CENTER
FARMINGTON HILLS, MI 48331

| SUPPLIER NO. | DATE OF ORDER / BUYER | REVISED DATE / BUYER |
| 1042356 | 01-JUN-11 I Patterson | 05-AUG-11 I Patterson |
| PAYMENT TERMS | SHIP VIA | DELIVERY |
| Net 45 | Lowest Cost Carrier | Delivered |
| FREIGHT TERMS | RECEIVER OR DELIVER TO | CONFIRM TO / TELEPHONE |
| Account of Seller | | J Ealey  (248) 489-9825 |

| LINE | ITEM NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| | purchase order number) part of item number (as referenced in the purchase order) | | | | | | |

Quantity and Pricing Information: Description of goods or services, part or item number (as referenced in the purchase order), quantity of goods or services provided, unit price of goods or services provided, part or item subtotal (quantity * unit cost), discount terms (if applicable)

Delivery Information: Location and date of delivery of goods or services provided, delivery terms (as referenced in the purchase order agreement)

Please note that interest payments generated under the Prompt Payment Ordinance will not be issued for amounts of less than one dollar ($1.00).

INVOICING:
All invoices submitted against the contract must include part or item numbers and part or item description, list price, and applicable discount. Items not properly invoiced will not be paid. It is the vendor's responsibility to ensure delivery of invoice(s) to the proper City Dept/Div/Personnel. Invoices must meet the following conditions for payment:
a)Price on invoice must correspond to the pricing listed on purchase order and/or contract.
b)Contractor must submit price lists in accordance with bid requirements.
c)Original invoice must be submitted to the appropriate City of Detroit Account's Payable Section.
d)Copy of invoice must be submitted to the department personnel identified on the purchase order as being responsible for processing payment. If a department contact person is not listed on the purchase order the vendor shall request in writing, from the Purchasing Division the name and phone

| | Total | 108,661.28 |

• DELIVERY SLIP MUST ACCOMPANY EACH SHIPMENT. • WHEN SHIPPED VIA COMMON CARRIER, MAIL SHIPPING NOTICE DIRECTLY TO RECEIVING POINT • CASH TERMS DATE FROM RECEIPT AND ACCEPTANCE OF GOODS AND CORRECT INVOICE • PATENTS — CONTRACTORS SHALL PROTECT AND INDEMNIFY AGAINST EXPENSE OF ANY NATURE, SHALL BEAR COST OF ANY SUITS WHICH MAY ARISE, AND SHALL PAY ALL DAMAGES WHICH MAY BE AWARDED AGAINST THE CITY FOR THE USE UNDER THIS SPECIFICATION, OF ANY PATENTED DEVICE, PROCESS, APPARATUS, MATERIAL, OR INVENTION • THIS CONTRACT IS SUBJECT TO FEDERAL, STATE AND LOCAL LAWS REGARDING EQUAL EMPLOYMENT OPPORTUNITY AND AFFIRMATIVE ACTION • CHARGES AGREED UPON BY OTHER THAN THE FINANCE DEPARTMENT, PURCHASING DIVISION, WILL JEOPARDIZE PAYMENT • CITY RESERVES THE RIGHT TO AUDIT EMPLOYEE PAYROLL RECORDS TO VERIFY LABOR CHARGES UPON 72 HOURS NOTICE • ONLY SUCH GOODS WILL BE PAID FOR AS COMPLY EXACTLY WITH ABOVE WRITTEN DESCRIPTION

PURCHASING DIRECTOR'S SIGNATURE
NOT VALID WITHOUT PURCHASING DIRECTOR'S SIGNATURE

DDS-PO-834079

001 - 0316804 - 001



**CITY OF DETROIT**
FINANCE DEPARTMENT
PURCHASING DIVISION
1008 Coleman A. Young
Municipal Center
Detroit, Michigan 48226
Phone 313 - 224 - 4600
Fax 313 - 224 - 4374



IF THIS PURCHASE ORDER DOES NOT AGREE WITH THE BID YOU SUBMITTED, PLEASE CONTACT THE PURCHASING DIVISION



**Purchase Order**

| PURCHASE ORDER NUMBER | | PAGE |
|---|---|---|
| 2845487 | 3 | 4 |

SHIP TO:
Coleman Young Municipal Cent
2 Woodward Ave
Ste 1340
Detroit, MI 48226
United States

SUPPLIER

CANON BUSINESS SOLUTIONS INC
27005 HILL TECH CENTER
FARMINGTON HILLS, MI 48331

BILL TO:
Coleman A Young Municipal Ce
2 Woodward Avenue
Ste 642
Detroit, MI 48226
United States

| SUPPLIER NO. | DATE OF ORDER/BUYER | REVISED DATE/BUYER | |
|---|---|---|---|
| 1042356 | 01-JUN-11 I Patterson | 05-AUG-11 I Patterson | |
| PAYMENT TERMS | SHIP VIA | FOB | |
| Net 45 | Lowest Cost Carrier | Delivered | |
| FREIGHT TERMS | REQUESTOR / DELIVER TO | CONFIRM TO / TELEPHONE | |
| Account of Seller | | J Ealey | (248) 489-9825 |

| LINE | ITEM NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| | number of the contact person responsible for processing payment. | | | | | | |
| | Purchase Agreement Effective From: 01-JUL-11 To: 31-MAY-14 | | | | Amount Agreed: | 108,661.28 | |

| | Total | 108,661.28 |
|---|---|---|

* DELIVERY SLIP MUST ACCOMPANY EACH SHIPMENT * WHEN SHIPPED VIA COMMON CARRIER, MAIL SHIPPING NOTICE DIRECTLY TO RECEIVING POINT * CASH TERMS DATE FROM RECEIPT AND ACCEPTANCE OF GOODS AND CORRECT INVOICE * PATENTS - CONTRACTORS SHALL PROTECT AND INDEMNIFY AGAINST EXPENSE OF ANY NATURE WHICH MAY ARISE, AND SHALL PAY ALL DAMAGES WHICH MAY BE AWARDED AGAINST THE CITY FOR THE USE UNDER THIS SPECIFICATION, OF ANY PATENTED DEVICE, PROCESS, APPARATUS, MATERIAL OR INVENTION * THIS CONTRACT IS SUBJECT TO FEDERAL, STATE AND LOCAL LAWS REGARDING EQUAL EMPLOYMENT OPPORTUNITY AND AFFIRMATIVE ACTION * CHANGES AGREED UPON BY OTHER THAN THE FINANCE DEPARTMENT, PURCHASING DIVISION, WILL JEOPARDIZE PAYMENT * CITY RESERVES THE RIGHT TO AUDIT EMPLOYEE PAYROLL RECORDS TO VERIFY LABOR CHARGES UPON 72 HOURS NOTICE * ONLY SUCH GOODS WILL BE PAID FOR AS COMPLY EXACTLY WITH ABOVE WRITTEN DESCRIPTION.

*PURCHASING DIRECTOR'S SIGNATURE*
NOT VALID WITHOUT PURCHASING DIRECTOR'S SIGNATURE

1-316854-2





CITY OF DETROIT
FINANCE DEPARTMENT
PURCHASING DIVISION
1008 First Floor • CAYMC
MICHIGAN, 14XXXX
DETROIT, MICHIGAN 48226
PHONE 313 • 224 • 4040
FAX 313 • 224 • 4474

**Purchase Order**

| PURCHASE ORDER NUMBER | REVISION | PAGE |
|---|---|---|
| 2859290 | 0 | 1 |

THE P.O. NUMBER MUST APPEAR ON ALL INVOICES AND SHIPMENTS

SHIP TO
Coleman A Young Municipal Ce
2 Woodward Avenue
Ste 608
Detroit,MI 48226
United States

BILL TO
Coleman A Young Municipal Ce
2 Woodward Avenue
Ste 642
Detroit,MI 48226
United States

CANON BUSINESS SOLUTIONS INC
27005 HILL TECH CENTER
FARMINGTON HILLS, MI 48331

| SUPPLIER NO. | DATE OF ORDER / BUYER | REVISED DATE / BUYER |
|---|---|---|
| 1042356 | 15-FEB-12 I Patterson | |

| PAYMENT TERMS | SHIP VIA | FOB |
|---|---|---|
| Net 45 | Lowest Cost Carrier | Delivered |

| FREIGHT TERMS | REQUESTOR / DELIVER TO | CONFIRM TO / TELEPHONE |
|---|---|---|
| Account of Seller | | J Ealey  (248) 489-9825 |

| LINE | ITEM NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|

THIS FORMAL PURCHASE ORDER WAS CREATED IN ACCORDANCE WITH PERIOD AGREEMENT
REQUEST #984 AND RFQ#40178.

CC APPROVAL DATE: APRIL 3, 2012.

LEASE PAYMENT ADDRESS:
CANON FINANCIAL SERVICES INC.
14904 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

MAINTENANCE PAYMENT ADDRESS:
CANON BUSINESS SOLUTIONS INC.

BANK OF AMERICA LOCKBOX
15004 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

SUPPLIER:
CANON BUSINESS SOLUTIONS INC.
27005 HILL TECH CENTER
FARMINGTON HILLS, MI 48331

"Notwithstanding any provision of this Purchase Order to the contrary, the
use of this Purchase Order shall be for the Customer's administrative
convenience only and any terms and conditions on this Purchase Order which
conflict with, vary from or supplement the terms contained in Contract P08-
02 dated September 23, 2008 between Canon Business Solutions, Inc. and the
County of DuPage, Illinois, shall be deemed null and void."

Ship To Address:

| | Total | 166,929.40 |
|---|---|---|

® DELIVERY SLIP MUST ACCOMPANY EACH SHIPMENT ® WHEN SHIPPED VIA COMMON
CARRIER, MAIL SHIPPING NOTICE DIRECTLY TO RECEIVING POINT ® CASH TERMS DATE
FROM RECEIPT AND ACCEPTANCE OF GOODS AND CORRECT INVOICE ® PATENTS—
CONTRACTORS SHALL PROTECT AND INDEMNIFY AGAINST EXPENSE OF ANY NATURE,
SHALL BEAR COST OF ANY SUITS WHICH MAY ARISE, AND SHALL PAY ALL DAMAGES
WHICH MAY BE AWARDED AGAINST THE CITY FOR THE USE UNDER THIS SPECIFICATION.
OF ANY PATENTED DEVICE, PROCESS, APPARATUS, MATERIAL, OR INVENTION ® THIS
CONTRACT IS SUBJECT TO FEDERAL, STATE AND LOCAL LAWS REGARDING EQUAL
EMPLOYMENT OPPORTUNITY AND AFFIRMATIVE ACTION ® CHANGES AGREED UPON BY
OTHER THAN THE FINANCE DEPARTMENT, PURCHASING DIVISION, WILL JEOPARDIZE
PAYMENT ® CITY RESERVES THE RIGHT TO AUDIT EMPLOYEE PAYROLL RECORDS TO
VERIFY LABOR CHARGES UPON 72 HOURS NOTICE ® ONLY SUCH GOODS WILL BE PAID
FOR AS COMPLY EXACTLY WITH ABOVE WRITTEN DESCRIPTION

_Andre DuPerry_

PURCHASING DIRECTOR'S SIGNATURE
NOT VALID WITHOUT PURCHASING DIRECTOR'S SIGNATURE

EOD PO 03 0708

001-0316804-002





CITY OF DETROIT
FINANCE DEPARTMENT
PURCHASING DIVISION
1025 Coleman A. Young
Municipal Center
Detroit, Michigan 48226
PHONE 313•224•4600
FAX 313•224•4374

## Purchase Order

| PURCHASE ORDER NUMBER | REVISION | PAGE |
|---|---|---|
| 2859290 | 0 | 2 |

THE ABOVE NUMBER MUST APPEAR ON ALL INVOICES AND SHIPMENTS

SHIP TO
Coleman A Young Municipal Ce
2 Woodward Avenue
Ste 608
Detroit,MI 48226
United States

BILL TO
Coleman A Young Municipal Ce
2 Woodward Avenue
Ste 642
Detroit,MI 48226
United States

CANON BUSINESS SOLUTIONS INC
27005 HILL TECH CENTER
FARMINGTON HILLS, MI 48331

| SUPPLIER NO | DATE OF ORDER / BUYER | REVISED DATE / BUYER |
|---|---|---|
| 1042356 | 15-FEB-12 I Patterson | |

| PAYMENT TERMS | SHIP VIA | FOB |
|---|---|---|
| Net 45 | Lowest Cost Carrier | Delivered |

| FREIGHT TERMS | REQUESTOR / DELIVER TO | CONFIRM TO / TELEPHONE |
|---|---|---|
| Account of Seller | | J Ealey (248) 489-9825 |

| LINE | ITEM NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| ✓ | PATRICIA TRAMMELL- PRINT SHOP SUPERVISOR<br>CCSD COPY CENTER<br>2 WOODWARD AVE. STE. 86<br>DETROIT, MI 48226 | | | | | | |
| ✓ | Bill To Address:<br>MARIE A. WILLIAMS - OFFICE MANAGER<br>COMMUNICATIONS AND CREATIVE SERVICES- TOTAL COPY CENTER<br>2 WOODWARD AVE. STE. 333<br>DETROIT, MI 48226 | | | | | | |
| | Lease:<br>48 month FMV Lease @ $963/month<br>Payment Terms: Net 60 | | | | | | |

Equipment:
| QTY | DESCRIPTION |
|---|---|
| 1 | IRADVANCE C9075 PRO |
| 1 | FINISHER-A1 |
| 1 | MULTI-DRAWER PAPER DECK-A1 |
| 1 | DOUBLE FEED DETECTION KIT-A1 |
| 1 | TAB FEEDING ATTACHMENT KIT-B1 |
| 1 | IMAGEPASS-A1 |
| 1 | 512MB OPTION MEMORY |
| 1 | SEQUENCE IMPOSE |
| 1 | DIGITAL QC 208/15 NETWORK POWER FILTER |
| 1 | ESPNEXT GEN PCS POWER FILTER |
| 1 | IR ADVANCE INSTALL PAK |
| 1 | IR ADVANCE EXTERNAL CONTROLLER PREMIUM IMPLEMENTATION SERVICES BY |

LOCAL ANALYST

| | Total | 166,929.40 |
|---|---|---|

⊕ DELIVERY SLIP MUST ACCOMPANY EACH SHIPMENT ⊕ WHEN SHIPPED VIA COMMON CARRIER, MAIL SHIPPING NOTICE DIRECTLY TO RECEIVING POINT ⊕ CASH TERMS DATE FROM RECEIPT AND ACCEPTANCE OF GOODS AND CORRECT INVOICE ⊕ PATENTS — CONTRACTORS SHALL PROTECT AND INDEMNIFY AGAINST EXPENSE OF ANY NATURE, SHALL BEAR COST OF ANY SUITS WHICH MAY ARISE, AND SHALL PAY ALL DAMAGES WHICH MAY BE AWARDED AGAINST THE CITY FOR THE USE UNDER THIS SPECIFICATION, OF ANY PATENTED DEVICE, PROCESS, APPARATUS, MATERIAL, OR INVENTION ⊕ THIS CONTRACT IS SUBJECT TO FEDERAL, STATE AND LOCAL LAWS REGARDING EQUAL EMPLOYMENT OPPORTUNITY AND AFFIRMATIVE ACTION ⊕ CHANGES AGREED UPON BY OTHER THAN THE FINANCE DEPARTMENT, PURCHASING DIVISION, WILL JEOPARDIZE PAYMENT ⊕ CITY RESERVES THE RIGHT TO AUDIT EMPLOYEE PAYROLL RECORDS TO VERIFY LABOR CHARGES UPON 72 HOURS NOTICE ⊕ ONLY SUCH GOODS WILL BE PAID FOR AS COMPLY EXACTLY WITH ABOVE WRITTEN DESCRIPTION

Andre DuPerry

PURCHASING DIRECTOR'S SIGNATURE
NOT VALID WITHOUT PURCHASING DIRECTOR'S SIGNATURE

001 - 0316804-002



CITY OF DETROIT
FINANCE DEPARTMENT
PURCHASING DIVISION
1008 Coleman A. Young
Municipal Center
Detroit, Michigan 48226
Ph: 313 • 224 • 4600
Fax: 313 • 224 • 4374



**SUPPLIER**

CANON BUSINESS SOLUTIONS INC
27005 HILL TECH CENTER
FARMINGTON HILLS, MI 48331

| **Purchase Order** | | |
|---|---|---|
| PURCHASE ORDER NUMBER | REVISION | PAGE |
| 2859290 | 0 | 3 |

THE ABOVE NUMBER MUST APPEAR ON ALL INVOICES AND SHIPMENTS

**SHIP TO**
Coleman A Young Municipal Ce
2 Woodward Avenue
Ste 608
Detroit,MI 48226
United States

**BILL TO**
Coleman A Young Municipal Ce
2 Woodward Avenue
Ste 642
Detroit,MI 48226
United States

| SUPPLIER NO | DATE OF ORDER / BUYER | REVISED DATE / BUYER |
|---|---|---|
| 1042356 | 15-FEB-12 I Patterson | |

| PAYMENT TERMS | SHIP VIA | FOB |
|---|---|---|
| Net 45 | Lowest Cost Carrier | Delivered |

| FREIGHT TERMS | REQUESTOR / DELIVER TO | CONFIRM TO / TELEPHONE |
|---|---|---|
| Account of Seller | | J Ealey    (248) 489-9825 |

| LINE | ITEM NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| 1 | DELL STANDARD WORKSTATION | | | | | | |
| 1 | DELL STANDARD WORKSTATION FIVE YEAR WARRANTY UPGRADE | | | | | | |
| 1 | DELL ULTRASHARP 22" FLAT PANEL | | | | | | |
| 1 | NORTON ANTI-VIRUS 1 USER LICENSE FOR WORKSTATIONS | | | | | | |

Maintenance Includes:
Base charge: Per Unit
Per Image Charge in excess of Covered Images: B/w .0099 Color .058
Meter Read Options: E-MAIL METER READ
Excess Per Image Charge Billing Cycle: Quarterly
Coverage Plan: Per Unit
Price Plan: Fixed
Term: 48 months
Consumables Inclusive: Toner

Purchase Agreement
Effective From: 01-MAR-12 To: 29-FEB-16    Amount Agreed:    166,929.40

| | **Total** | 166,929.40 |
|---|---|---|

• DELIVERY SLIP MUST ACCOMPANY EACH SHIPMENT • WHEN SHIPPED VIA COMMON CARRIER, MAIL SHIPPING NOTICE DIRECTLY TO RECEIVING POINT • CASH TERMS DATE FROM RECEIPT AND ACCEPTANCE OF GOODS AND CORRECT INVOICE • PATENTS — CONTRACTORS SHALL PROTECT AND INDEMNIFY AGAINST EXPENSE OF ANY NATURE, SHALL BEAR COST OF ANY SUITS WHICH MAY ARISE, AND SHALL PAY ALL DAMAGES WHICH MAY BE AWARDED AGAINST THE CITY FOR THE USE UNDER THIS SPECIFICATION OF ANY PATENTED DEVICE, PROCESS, APPARATUS, MATERIAL, OR INVENTION • THIS CONTRACT IS SUBJECT TO FEDERAL, STATE AND LOCAL LAWS REGARDING EQUAL EMPLOYMENT OPPORTUNITY AND AFFIRMATIVE ACTION • CHANGES AGREED UPON BY OTHER THAN THE FINANCE DEPARTMENT, PURCHASING DIVISION, WILL JEOPARDIZE PAYMENT • CITY RESERVES THE RIGHT TO AUDIT EMPLOYEE PAYROLL RECORDS TO VERIFY LABOR CHARGES UPON 72 HOURS NOTICE • ONLY SUCH GOODS WILL BE PAID FOR AS COMPLY EXACTLY WITH ABOVE WRITTEN DESCRIPTION

PURCHASING DIRECTOR'S SIGNATURE
NOT VALID WITHOUT PURCHASING DIRECTOR'S SIGNATURE

GSD-PD 50-5709

**EXHIBIT 6**

**INVOICES**



**CANON FINANCIAL SERVICES, INC.**

14904 Collections Center Drive
Chicago, IL 60693-0149

Address Service Requested

ACCOUNTS PAYABLE
CITY OF DETROIT MICHIGAN
2 WOODWARD AVE STE 1340
DETROIT MI 48226-3441

## Remittance Section

| | |
|---|---|
| **Invoice Number** | **12717535** |
| Customer Number | 316804 |
| Invoice Date | 05/01/13 |
| Past Due After | 05/20/13 |
| Total Due | $2,033.98 |
| Amount Paid | $ _____ |

Please reference Invoice Number on your Remittance
Use enclosed envelope and make payable to:

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

⢑⡇⡃⢊⡇⡃⢊⡇⡃⢊⡇⡃⢊⡇⡃⢊⡇⡃⢊⡇

00127175351 0000203398 001

*Keep lower portion for your records - Please return upper portion with your payment*

**CANON FINANCIAL SERVICES, INC.**

14904 Collections Center Drive
Chicago, IL 60693-0149

| | | | |
|---|---|---|---|
| **Invoice Number** | **12717535** | **Invoice Date** | 05/01/13 |
| Customer Number | 316804 | Past Due After | 05/20/13 |
| Total Due | $2,033.98 | | |

## Important Messages

In certain states, taxing authorities require CFS to pay upfront sales/use tax for leased equipment. If CFS has paid upfront sales/use tax for your leased equipment, your "Contract Charge" has been adjusted to include repayment of this cost to CFS.

Please remit your **PAYMENTS ONLY** to:
14904 Collections Center Drive
Chicago, Illinois 60693-0149
(envelope enclosed)

Please send all **CORRESPONDENCE** to:
Via e-mail to: cfscustserv@cfs.canon.com
Via fax to: 856-813-5122
P.O. Box 5008, Mt. Laurel, NJ 08054

### *Please reference INVOICE number on your remittance.*

You may notice a change to the format of the Model Number on this invoice as we improve the descriptions in our records. There is no action required on your part. No change has been made to your contract or equipment.

### Itemized Charge Detail and Equipment Schedule

Contract Number    001-0316804-001
Customer PO    2845487

| Detailed Charges | Due Date | Payment Amount | Sales Tax | Total Due |
|---|---|---|---|---|
| LATE CHARGES | 04/30/13 | 339.00 | 0.00 | 339.00 |
| CONTRACT CHARGE | 05/20/13 | 1,694.98 | 0.00 | 1,694.98 |

| Make / Model Number<br>Serial Number | Location Address<br>City / State / ZIP |
|---|---|
| COPIER/IR6075<br>HTK12043 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |
| COPIER/IR6075<br>HTK12265 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |
| COPIER/IR6075<br>HTK12288 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |
| COPIER/IR6075<br>HTK12328 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |
| COPIER/IR6065<br>HTT16080 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |
| COPIER/IR6065<br>HTT16065 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |

NOTE: Please contact Customer Service with ANY CHANGES to the equipment location(s) listed above.

| CONTRACTS | CURRENT | PAST DUE 1-30 | PAST DUE 31-60 | PAST DUE 61-90 | PAST DUE 91+ | TOTAL DUE |
|---|---|---|---|---|---|---|
| 0001 | $2,033.98 | $0.00 | $0.00 | $0.00 | $0.00 | $2,033.98 |

page 1    Phone: 800-220-0330    Fax: 856-813-5122    E-mail: cfscustserv@cfs.canon.com

# Canon

CANON FINANCIAL SERVICES, INC.

14904 Collections Center Drive
Chicago, IL 60693-0149

| | |
|---|---|
| **Invoice Number** | 12717535 |
| Customer Number | 316804 |
| Total Due | $2,033.98 |

| | |
|---|---|
| Invoice Date | 05/01/13 |
| Past Due After | 05/20/13 |

**Itemized Charge Detail and Equipment Schedule** continued

| Make / Model Number<br>Serial Number | Location Address<br>City / State / ZIP |
|---|---|
| COPIER/IR6055<br>HTT16069 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |



**CANON FINANCIAL SERVICES, INC.**

*14904 Collections Center Drive*
*Chicago, IL 60693-0149*

### Remittance Section

| | |
|---|---|
| **Invoice Number** | 12789513 |
| Customer Number | 316804 |
| Invoice Date | 06/01/13 |
| Past Due After | 06/20/13 |
| Total Due | $2,203.47 |
| Amount Paid | $ _____ |

Please reference Invoice Number on your Remittance
Use enclosed envelope and make payable to:

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

Address Service Requested

ACCOUNTS PAYABLE
CITY OF DETROIT MICHIGAN
2 WOODWARD AVE STE 1340
DETROIT MI 48226-3441

00127895136 0000220347 001

---

*Keep lower portion for your records - Please return upper portion with your payment*

**CANON FINANCIAL SERVICES, INC.**

*14904 Collections Center Drive*
*Chicago, IL 60693-0149*

| | | | |
|---|---|---|---|
| **Invoice Number** | 12789513 | **Invoice Date** | 06/01/13 |
| **Customer Number** | 316804 | **Past Due After** | 06/20/13 |
| **Total Due** | $2,203.47 | | |

## Important Messages

In certain states, taxing authorities require CFS to pay upfront sales/use tax for leased equipment. If CFS has paid upfront sales/use tax for your leased equipment, your "Contract Charge" has been adjusted to include repayment of this cost to CFS.

Please remit your **PAYMENTS ONLY** to:
14904 Collections Center Drive
Chicago, Illinois 60693-0149
(envelope enclosed)

Please send all **CORRESPONDENCE** to:
Via e-mail to: cfscustserv@cfs.canon.com
Via fax to: 856-813-5122
P.O. Box 5008, Mt. Laurel, NJ 08054

### *Please reference INVOICE number on your remittance.*

You may notice a change to the format of the Model Number on this invoice as we improve the descriptions in our records. There is no action required on your part. No change has been made to your contract or equipment.

### Itemized Charge Detail and Equipment Schedule

| Contract Number | 001-0316804-001 |
|---|---|
| Customer PO | 2845487 |

| Detailed Charges | Due Date | Payment Amount | Sales Tax | Total Due |
|---|---|---|---|---|
| LATE CHARGES | 05/30/13 | 508.49 | 0.00 | 508.49 |
| CONTRACT CHARGE | 06/20/13 | 1,694.98 | 0.00 | 1,694.98 |

| Make / Model Number Serial Number | Location Address City / State / ZIP |
|---|---|
| COPIER/IR6075 HTK12043 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |
| COPIER/IR6075 HTK12265 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |
| COPIER/IR6075 HTK12288 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |
| COPIER/IR6075 HTK12328 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |
| COPIER/IR6055 HTT16080 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |
| COPIER/IR6055 HTT16065 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |

NOTE: Please contact Customer Service with ANY CHANGES to the equipment location(s) listed above.

| CONTRACTS | CURRENT | PAST DUE 1-30 | PAST DUE 31-60 | PAST DUE 61-90 | PAST DUE 91+ | TOTAL DUE |
|---|---|---|---|---|---|---|
| 0001 | $2,203.47 | $0.00 | $0.00 | $0.00 | $0.00 | $2,203.47 |

page 1
Customer Service Hours: 8:30 AM-8 PM EST-Monday thru Friday
Phone: 800-220-0330  Fax: 856-813-5122  E-mail: cfscustserv@cfs.canon.com

# Canon
CANON FINANCIAL SERVICES, INC.

*14904 Collections Center Drive*
*Chicago, IL 60693-0149*

| | | |
|---|---|---|
| **Invoice Number** | 12789513 | |
| **Customer Number** | 316804 | |
| **Total Due** | $2,203.47 | |

| | |
|---|---|
| **Invoice Date** | 06/01/13 |
| **Past Due After** | 06/20/13 |

**Itemized Charge Detail and Equipment Schedule** continued

| Make / Model Number | Location Address |
|---|---|
| Serial Number | City / State / ZIP |
| COPIER/IR6055 | 2 WOODWARD AVE |
| HTT16069 | STE 1340 |
| | DETROIT, MI 48226 |



**CANON FINANCIAL SERVICES, INC.**

14904 Collections Center Drive
Chicago, IL 60693-0149

Address Service Requested

ACCOUNTS PAYABLE
CITY OF DETROIT MICHIGAN
2 WOODWARD AVE STE 1340
DETROIT MI 48226-3441

## Remittance Section

| | |
|---|---|
| **Invoice Number** | **12861785** |
| Customer Number | 316804 |
| Invoice Date | 07/01/13 |
| Past Due After | 07/20/13 |
| Total Due | **$2,372.97** |
| Amount Paid | $ _____ |

Please reference Invoice Number on your Remittance
Use enclosed envelope and make payable to:

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊⑊

00128617858 0000237297 001

*Keep lower portion for your records - Please return upper portion with your payment*

**CANON FINANCIAL SERVICES, INC.**

14904 Collections Center Drive
Chicago, IL 60693-0149

| **Invoice Number** | **12861785** | **Invoice Date** | 07/01/13 |
|---|---|---|---|
| **Customer Number** | 316804 | **Past Due After** | 07/20/13 |
| **Total Due** | **$2,372.97** | | |

## Important Messages

In certain states, taxing authorities require CFS to pay upfront sales/use tax for leased equipment. If CFS has paid upfront sales/use tax for your leased equipment, your "Contract Charge" has been adjusted to include repayment of this cost to CFS

Please remit your **PAYMENTS ONLY** to:
14904 Collections Center Drive
Chicago, Illinois 60693-0149
(envelope enclosed)

Please send all **CORRESPONDENCE** to:
Via e-mail to: cfscustserv@cfs.canon.com
Via fax to: 856-813-5122
P.O. Box 5008, Mt. Laurel, NJ 08054

*Please reference INVOICE number on your remittance*

### Itemized Charge Detail and Equipment Schedule

Contract Number   001-0316804-001
Customer PO   2845487

| Detailed Charges | Due Date | Payment Amount | Sales Tax | Total Due |
|---|---|---|---|---|
| LATE CHARGES | 06/30/13 | 677.99 | 0.00 | 677.99 |
| CONTRACT CHARGE | 07/20/13 | 1,694.98 | 0.00 | 1,694.98 |

| Make / Model Number<br>Serial Number | Location Address<br>City / State / ZIP |
|---|---|
| COPIER/IR6075<br>HTK12043 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |
| COPIER/IR6075<br>HTK12265 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |
| COPIER/IR6075<br>HTK12288 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |
| COPIER/IR6075<br>HTK12328 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |
| COPIER/IR6055<br>HTT16080 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |
| COPIER/IR6055<br>HTT16065 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |
| COPIER/IR6055<br>HTT16069 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |

NOTE: Please contact Customer Service with ANY CHANGES to the equipment location(s) listed above.

| CONTRACTS | CURRENT | PAST DUE 1-30 | PAST DUE 31-60 | PAST DUE 61-90 | PAST DUE 91+ | TOTAL DUE |
|---|---|---|---|---|---|---|
| 0001 | $2,372.97 | $0.00 | $0.00 | $0.00 | $0.00 | $2,372.97 |

page 1   Customer Service Hours: 8:00AM-7:00PM-EST Monday thru Friday
Phone: 800-220-0330   Fax: 856-813-5122   E-mail: cfscustserv@cfs.canon.com

# Canon
**CANON FINANCIAL SERVICES, INC.**

14904 Collections Center Drive
Chicago, IL 60693-0149

Address Service Requested

ACCOUNTS PAYABLE
CITY OF DETROIT MICHIGAN
2 WOODWARD AVE STE 1340
DETROIT MI 48226-3441

## Remittance Section

| | |
|---|---|
| **Invoice Number** | **14371417** |
| Customer Number | 316804 |
| Invoice Date | 11/21/14 |
| Past Due After | 11/20/14 |
| Total Due | **$8,474.90** |
| Amount Paid | $ |

Please reference Invoice Number on your Remittance
Use enclosed envelope and make payable to:

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

00143714178 0000847490 001

*Keep lower portion for your records - Please return upper portion with your payment*

# Canon
**CANON FINANCIAL SERVICES, INC.**

14904 Collections Center Drive
Chicago, IL 60693-0149

| | | | |
|---|---|---|---|
| **Invoice Number** | **14371417** | **Invoice Date** | 11/21/14 |
| Customer Number | 316804 | Past Due After | 11/20/14 |
| Total Due | $8,474.90 | | |

## Important Messages

### Introducing the new CFS Customer Portal!
Get answers 24/7 Online
Make Payments, Review Account Details and More
### Register Today at: mycfs.cfs.canon.com

Thank you for letting us serve your financing needs!

### Itemized Charge Detail and Equipment Schedule

Contract Number    001-0316804-001
Customer PO    2845487

| Detailed Charges | Due Date | Payment Amount | Sales Tax | Total Due |
|---|---|---|---|---|
| CONTRACT CHARGE | 07/20/14 | 1,694.98 | 0.00 | 1,694.98 |
| CONTRACT CHARGE | 08/20/14 | 1,694.98 | 0.00 | 1,694.98 |
| CONTRACT CHARGE | 09/20/14 | 1,694.98 | 0.00 | 1,694.98 |
| CONTRACT CHARGE | 10/20/14 | 1,694.98 | 0.00 | 1,694.98 |
| CONTRACT CHARGE | 11/20/14 | 1,694.98 | 0.00 | 1,694.98 |

| Make / Model Number<br>Serial Number | Location Address<br>City / State / ZIP |
|---|---|
| COPIER/IR6075<br>HTK12043 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |
| COPIER/IR6075<br>HTK12265 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |
| COPIER/IR6075<br>HTK12288 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |
| COPIER/IR6075<br>HTK12328 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |
| COPIER/IR6055<br>HTT16080 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |

NOTE: Please contact Customer Service with ANY CHANGES to the equipment location(s) listed above.

| 0001 | $3,389.96 | $1,694.98 | $1,694.98 | $1,694.98 | $0.00 | $8,474.90 |
|---|---|---|---|---|---|---|
| CONTRACTS | CURRENT | PAST DUE 1-30 | PAST DUE 31-60 | PAST DUE 61-90 | PAST DUE 91+ | TOTAL DUE |

page 1    Customer Service Hours: 8:00 AM - 8:00 PM - M-F    Phone: 800-220-0330    Fax: 856-813-5122    E-mail: cfscustserv@cfs.canon.com

**Canon**

CANON FINANCIAL SERVICES, INC.

14904 Collections Center Drive
Chicago, IL 60693-0149

| **Invoice Number** | 14371417 | Invoice Date | 11/21/14 |
|---|---|---|---|
| Customer Number | 316804 | Past Due After | 11/20/14 |
| Total Due | $8,474.90 | | |

**Itemized Charge Detail and Equipment Schedule** continued

| Make / Model Number<br>Serial Number | Location Address<br>City / State / ZIP |
|---|---|
| COPIER/IR6055<br>HTT16065 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |
| COPIER/IR6055<br>HTT16069 | 2 WOODWARD AVE<br>STE 1340<br>DETROIT, MI 48226 |

**Canon**
CANON FINANCIAL SERVICES, INC.

*14904 Collections Center Drive*
*Chicago, IL 60693-0149*

## Remittance Section

| | |
|---|---|
| **Invoice Number** | **14386536** |
| Customer Number | 316804 |
| Invoice Date | 12/01/14 |
| Past Due After | 12/20/14 |
| Total Due | $1,694.98 |
| Amount Paid | $ _____ |

Address Service Requested

ACCOUNTS PAYABLE
CITY OF DETROIT MICHIGAN
2 WOODWARD AVE STE 1340
DETROIT MI 48226-3441

Please reference Invoice Number on your Remittance
Use enclosed envelope and make payable to:

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

00143865366 0000169498 001

*Keep lower portion for your records - Please return upper portion with your payment*

**Canon**
CANON FINANCIAL SERVICES, INC.

*14904 Collections Center Drive*
*Chicago, IL 60693-0149*

| | | | |
|---|---|---|---|
| **Invoice Number** | **14386536** | Invoice Date | 12/01/14 |
| Customer Number | 316804 | Past Due After | 12/20/14 |
| Total Due | $1,694.98 | | |

## Important Messages

**Introducing the new CFS Customer Portal!**
Get answers 24/7 Online
Make Payments, Review Account Details and More
**Register Today at: mycfs.cfs.canon.com**

Thank you for letting us serve your financing needs!

### Itemized Charge Detail and Equipment Schedule

Contract Number    001-0316804-001
Customer PO    2845487

| Detailed Charges | Due Date | Payment Amount | Sales Tax | Total Due |
|---|---|---|---|---|
| CONTRACT CHARGE | 12/20/14 | 1,694.98 | 0.00 | 1,694.98 |

| Make / Model Number Serial Number | Location Address City / State / ZIP |
|---|---|
| COPIER/IR6075 HTK12043 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |
| COPIER/IR6075 HTK12265 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |
| COPIER/IR6075 HTK12288 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |
| COPIER/IR6075 HTK12328 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |
| COPIER/IR6055 HTT16080 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |
| COPIER/IR6055 HTT16065 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |
| COPIER/IR6055 HTT16069 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |

NOTE: Please contact Customer Service with ANY CHANGES to the equipment location(s) listed above.

| CONTRACTS | CURRENT | PAST DUE 1-30 | PAST DUE 31-60 | PAST DUE 61-90 | PAST DUE 91+ | TOTAL DUE |
|---|---|---|---|---|---|---|
| 0001 | $1,694.98 | $0.00 | $0.00 | $0.00 | $0.00 | $1,694.98 |

page 1

Customer Service Hours: 8:00 AM-6:00 PM-ET M-F
Phone: 800-220-0330   Fax: 856-813-5122   E-mail: cfscustserv@cfs.canon.com

**Canon**
CANON FINANCIAL SERVICES, INC.

*14904 Collections Center Drive*
*Chicago, IL 60693-0149*

### Remittance Section

| | |
|---|---|
| **Invoice Number** | 14481346 |
| Customer Number | 316804 |
| Invoice Date | 01/01/15 |
| Past Due After | 01/20/15 |
| Total Due | $1,694.98 |
| Amount Paid | $ _____ |

Address Service Requested

Please reference Invoice Number on your Remittance
Use enclosed envelope and make payable to:

ACCOUNTS PAYABLE
CITY OF DETROIT MICHIGAN
2 WOODWARD AVE STE 1340
DETROIT MI  48226-3441

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

00144813461 0000169498 001

*Keep lower portion for your records - Please return upper portion with your payment*

**Canon**
CANON FINANCIAL SERVICES, INC.

*14904 Collections Center Drive*
*Chicago, IL 60693-0149*

| **Invoice Number** | 14481346 | **Invoice Date** | 01/01/15 |
|---|---|---|---|
| Customer Number | 316804 | Past Due After | 01/20/15 |
| Total Due | $1,694.98 | | |

## Important Messages

### Introducing the new CFS Customer Portal!
Get answers 24/7 Online
Make Payments, Review Account Details and More
### Register Today at: mycfs.cfs.canon.com

Thank you for letting us serve your financing needs!

### Itemized Charge Detail and Equipment Schedule

| Contract Number | 001-0316804-001 |
|---|---|
| Customer PO | 2845487 |

| Detailed Charges | Due Date | Payment Amount | Sales Tax | Total Due |
|---|---|---|---|---|
| CONTRACT CHARGE | 01/20/15 | 1,694.98 | 0.00 | 1,694.98 |

| Make / Model Number / Serial Number | Location Address / City / State / ZIP |
|---|---|
| COPIER/IR6075 HTK12043 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |
| COPIER/IR6075 HTK12265 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |
| COPIER/IR6075 HTK12288 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |
| COPIER/IR6075 HTK12328 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |
| COPIER/IR6055 HTT16080 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |
| COPIER/IR6055 HTT16065 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |
| COPIER/IR6055 HTT16069 | 2 WOODWARD AVE STE 1340 DETROIT, MI 48226 |

NOTE: Please contact Customer Service with ANY CHANGES to the equipment location(s) listed above.

| CONTRACTS | CURRENT | PAST DUE 1-30 | PAST DUE 31-60 | PAST DUE 61-90 | PAST DUE 91+ | TOTAL DUE |
|---|---|---|---|---|---|---|
| 0001 | $1,694.98 | $0.00 | $0.00 | $0.00 | $0.00 | $1,694.98 |

page 1   Customer Service Hours 8:00 AM - 8:00 PM EST M-F   Phone: 800-220-0330   Fax: 856-813-5122   E-mail: cfscustserv@cfs.canon.com

**Canon**

CANON FINANCIAL SERVICES, INC.

14904 Collections Center Drive
Chicago, IL 60693-0149

Address Service Requested

CITY OF DETROIT MICHIGAN
2 WOODWARD AVE STE 642
DETROIT MI 48226-3462

## Remittance Section

| Invoice Number | 12789514 |
|---|---|
| Customer Number | 316804 |
| Invoice Date | 06/01/13 |
| Past Due After | 06/20/13 |
| Total Due | $963.00 |
| Amount Paid | $ _____ |

Please reference Invoice Number on your Remittance
Use enclosed envelope and make payable to:

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

00127895147 0000096300 001

*Keep lower portion for your records - Please return upper portion with your payment*

**Canon**

CANON FINANCIAL SERVICES, INC.

14904 Collections Center Drive
Chicago, IL 60693-0149

| Invoice Number | 12789514 | Invoice Date | 06/01/13 |
|---|---|---|---|
| Customer Number | 316804 | Past Due After | 06/20/13 |
| Total Due | $963.00 | | |

## Important Messages

In certain states, taxing authorities require CFS to pay upfront sales/use tax for leased equipment. If CFS has paid upfront sales/use tax for your leased equipment, your "Contract Charge" has been adjusted to include repayment of this cost to CFS.

Please remit your **PAYMENTS ONLY** to:
14904 Collections Center Drive
Chicago, Illinois 60693-0149
(envelope enclosed)

Please send all **CORRESPONDENCE** to:
Via e-mail to: cfscustserv@cfs.canon.com
Via fax to: 856-813-5122
P.O. Box 5008, Mt. Laurel, NJ 08054

### *Please reference INVOICE number on your remittance.*

You may notice a change to the format of the Model Number on this invoice as we improve the descriptions in our records. There is no action required on your part. No change has been made to your contract or equipment.

### Itemized Charge Detail and Equipment Schedule

| Contract Number | 001-0316804-002 |
|---|---|
| Customer PO | 2859290 |

| Detailed Charges | Due Date | Payment Amount | Sales Tax | Total Due |
|---|---|---|---|---|
| CONTRACT CHARGE | 06/20/13 | 963.00 | 0.00 | 963.00 |

| Make / Model Number | | Location Address |
|---|---|---|
| Serial Number | | City / State / ZIP |
| GRAPHICS EQUIPMENT/IRC9075 | | 2 WOODWARD AVE |
| HJW50771 | | STE B CCSD COPY CENTER |
| | | DETROIT, MI 48226 |
| ACCESSORIES/A1PRINTCONTROLLER | | 2 WOODWARD AVE |
| ESC04592 | | STE B CCSD COPY CENTER |
| | | DETROIT, MI 48226 |

NOTE: Please contact Customer Service with ANY CHANGES to the equipment location(s) listed above.

| 0001 | $963.00 | $0.00 | $0.00 | $0.00 | $0.00 | $963.00 |
|---|---|---|---|---|---|---|
| CONTRACTS | CURRENT | PAST DUE 1-30 | PAST DUE 31-60 | PAST DUE 61-90 | PAST DUE 91+ | TOTAL DUE |

page 1                Phone: 800-220-0330   Fax: 856-813-5122   E-mail: cfscustserv@cfs.canon.com



**CANON FINANCIAL SERVICES, INC.**

14904 Collections Center Drive
Chicago, IL 60693-0149

Address Service Requested

CITY OF DETROIT MICHIGAN
2 WOODWARD AVE STE 642
DETROIT MI 48226-3462

**Remittance Section**

| | |
|---|---|
| **Invoice Number** | 12861786 |
| Customer Number | 316804 |
| Invoice Date | 07/01/13 |
| Past Due After | 07/20/13 |
| Total Due | $963.00 |
| Amount Paid | $_____ |

Please reference Invoice Number on your Remittance
Use enclosed envelope and make payable to:

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

00128617869 0000096300 001

*Keep lower portion for your records - Please return upper portion with your payment*

**CANON FINANCIAL SERVICES, INC.**

14904 Collections Center Drive
Chicago, IL 60693-0149

| | | | |
|---|---|---|---|
| **Invoice Number** | 12861786 | **Invoice Date** | 07/01/13 |
| **Customer Number** | 316804 | **Past Due After** | 07/20/13 |
| **Total Due** | $963.00 | | |

## Important Messages

In certain states, taxing authorities require CFS to pay upfront sales/use tax for leased equipment. If CFS has paid upfront sales/use tax for your leased equipment, your "Contract Charge" has been adjusted to include repayment of this cost to CFS

| Please remit your **PAYMENTS ONLY** to: | Please send all **CORRESPONDENCE** to: |
|---|---|
| 14904 Collections Center Drive | Via e-mail to: cfscustserv@cfs.canon.com |
| Chicago, Illinois 60693-0149 | Via fax to: 856-813-5122 |
| (envelope enclosed) | P.O. Box 5008, Mt. Laurel, NJ 08054 |

*Please reference INVOICE number on your remittance*

### Itemized Charge Detail and Equipment Schedule

| Contract Number | 001-0316804-002 |
|---|---|
| Customer PO | 2859290 |

| Detailed Charges | Due Date | Payment Amount | Sales Tax | Total Due |
|---|---|---|---|---|
| CONTRACT CHARGE | 07/20/13 | 963.00 | 0.00 | 963.00 |

| Make / Model Number | Location Address |
|---|---|
| Serial Number | City / State / ZIP |
| GRAPHICS EQUIPMENT/IRC9075 | 2 WOODWARD AVE |
| HJW50771 | STE B CCSD COPY CENTER |
| | DETROIT, MI 48226 |
| | |
| ACCESSORIES/A1PRINTCONTROLLER | 2 WOODWARD AVE |
| ESC04592 | STE B CCSD COPY CENTER |
| | DETROIT, MI 48226 |

NOTE: Please contact Customer Service with ANY CHANGES to the equipment location(s) listed above.

| 0001 | $963.00 | $0.00 | $0.00 | $0.00 | $0.00 | $963.00 |
|---|---|---|---|---|---|---|
| CONTRACTS | CURRENT | PAST DUE 1-30 | PAST DUE 31-60 | PAST DUE 61-90 | PAST DUE 91+ | TOTAL DUE |

page 1                Phone: 800-220-0330    Fax: 856-813-5122    E-mail: cfscustserv@cfs.canon.com



**CANON FINANCIAL SERVICES, INC.**

*14904 Collections Center Drive*
*Chicago, IL 60693-0149*

### Remittance Section

| Invoice Number | 14371418 |
|---|---|
| Customer Number | 316804 |
| Invoice Date | 11/21/14 |
| Past Due After | 11/20/14 |
| Total Due | $15,408.00 |
| Amount Paid | $ |

Address Service Requested

Please reference Invoice Number on your Remittance
Use enclosed envelope and make payable to:

CITY OF DETROIT MICHIGAN
2 WOODWARD AVE STE 642
DETROIT MI 48226-3462

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

00143714189 0001540800 001

*Keep lower portion for your records - Please return upper portion with your payment*

**CANON FINANCIAL SERVICES, INC.**

*14904 Collections Center Drive*
*Chicago, IL 60693-0149*

| Invoice Number | 14371418 | Invoice Date | 11/21/14 |
|---|---|---|---|
| Customer Number | 316804 | Past Due After | 11/20/14 |
| Total Due | $15,408.00 | | |

## Important Messages

### Introducing the new CFS Customer Portal!
Get answers 24/7 Online
Make Payments, Review Account Details and More
### Register Today at: mycfs.cfs.canon.com

Thank you for letting us serve your financing needs!

**Itemized Charge Detail and Equipment Schedule**

Contract Number    001-0316804-002
Customer PO    2859290

| Detailed Charges | Due Date | Payment Amount | Sales Tax | Total Due |
|---|---|---|---|---|
| CONTRACT CHARGE | 08/20/13 | 963.00 | 0.00 | 963.00 |
| CONTRACT CHARGE | 09/20/13 | 963.00 | 0.00 | 963.00 |
| CONTRACT CHARGE | 10/20/13 | 963.00 | 0.00 | 963.00 |
| CONTRACT CHARGE | 11/20/13 | 963.00 | 0.00 | 963.00 |
| CONTRACT CHARGE | 12/20/13 | 963.00 | 0.00 | 963.00 |
| CONTRACT CHARGE | 01/20/14 | 963.00 | 0.00 | 963.00 |
| CONTRACT CHARGE | 02/20/14 | 963.00 | 0.00 | 963.00 |
| CONTRACT CHARGE | 03/20/14 | 963.00 | 0.00 | 963.00 |
| CONTRACT CHARGE | 04/20/14 | 963.00 | 0.00 | 963.00 |
| CONTRACT CHARGE | 05/20/14 | 963.00 | 0.00 | 963.00 |
| CONTRACT CHARGE | 06/20/14 | 963.00 | 0.00 | 963.00 |
| CONTRACT CHARGE | 07/20/14 | 963.00 | 0.00 | 963.00 |
| CONTRACT CHARGE | 08/20/14 | 963.00 | 0.00 | 963.00 |
| CONTRACT CHARGE | 09/20/14 | 963.00 | 0.00 | 963.00 |
| CONTRACT CHARGE | 10/20/14 | 963.00 | 0.00 | 963.00 |
| CONTRACT CHARGE | 11/20/14 | 963.00 | 0.00 | 963.00 |

NOTE: Please contact Customer Service with ANY CHANGES to the equipment location(s) listed above.

| 0001 | $1,926.00 | $963.00 | $963.00 | $963.00 | $10,593.00 | $15,408.00 |
|---|---|---|---|---|---|---|
| CONTRACTS | CURRENT | PAST DUE 1-30 | PAST DUE 31-60 | PAST DUE 61-90 | PAST DUE 91+ | TOTAL DUE |

page 1    Customer Service Hours: 8:30AM-7:00PM M-F Eastern Time    Phone: 800-220-0330    Fax: 856-813-5122    E-mail: cfscustserv@cfs.canon.com

# Canon

CANON FINANCIAL SERVICES, INC.

*14904 Collections Center Drive*
*Chicago, IL 60693-0149*

**Invoice Number** 14371418
Customer Number 316804
Total Due $15,408.00

**Invoice Date** 11/21/14
**Past Due After** 11/20/14

**Itemized Charge Detail and Equipment Schedule** continued

| Make / Model Number<br>Serial Number | Location Address<br>City / State / ZIP |
|---|---|
| GRAPHICS EQUIPMENT/IRC9075<br>HJW50771 | 2 WOODWARD AVE<br>STE B CCSD COPY CENTER<br>DETROIT, MI 48226 |
| ACCESSORIES/A1PRINTCONTROLLER<br>ESC04592 | 2 WOODWARD AVE<br>STE B CCSD COPY CENTER<br>DETROIT, MI 48226 |



**Canon**
CANON FINANCIAL SERVICES, INC.

*14904 Collections Center Drive*
*Chicago, IL 60693-0149*

Address Service Requested

CITY OF DETROIT MICHIGAN
2 WOODWARD AVE STE 642
DETROIT MI 48226-3462

### Remittance Section

| | |
|---|---|
| **Invoice Number** | **14386537** |
| Customer Number | 316804 |
| Invoice Date | 12/01/14 |
| Past Due After | 12/20/14 |
| Total Due | $963.00 |
| Amount Paid | $ _____ |

Please reference Invoice Number on your Remittance
Use enclosed envelope and make payable to:

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

00143865377 0000096300 001

---

*Keep lower portion for your records - Please return upper portion with your payment*

**Canon**
CANON FINANCIAL SERVICES, INC.

*14904 Collections Center Drive*
*Chicago, IL 60693-0149*

| | | | |
|---|---|---|---|
| **Invoice Number** | **14386537** | **Invoice Date** | 12/01/14 |
| Customer Number | 316804 | Past Due After | 12/20/14 |
| Total Due | $963.00 | | |

## Important Messages

### Introducing the new CFS Customer Portal!
Get answers 24/7 Online
Make Payments, Review Account Details and More
### Register Today at: mycfs.cfs.canon.com

Thank you for letting us serve your financing needs!

---

**Itemized Charge Detail and Equipment Schedule**

| Contract Number | 001-0316804-002 |
|---|---|
| Customer PO | 2859290 |

| Detailed Charges | Due Date | Payment Amount | Sales Tax | Total Due |
|---|---|---|---|---|
| CONTRACT CHARGE | 12/20/14 | 963.00 | 0.00 | 963.00 |

| Make / Model Number | Location Address |
|---|---|
| Serial Number | City / State / ZIP |
| GRAPHICS EQUIPMENT/IRC9075 | 2 WOODWARD AVE |
| HJW50771 | STE B CCSD COPY CENTER |
| | DETROIT, MI 48226 |
| | |
| ACCESSORIES/A1PRINTCONTROLLER | 2 WOODWARD AVE |
| ESC04592 | STE B CCSD COPY CENTER |
| | DETROIT, MI 48226 |

---

NOTE: Please contact Customer Service with ANY CHANGES to the equipment location(s) listed above.

| CONTRACTS | CURRENT | PAST DUE 1-30 | PAST DUE 31-60 | PAST DUE 61-90 | PAST DUE 91+ | TOTAL DUE |
|---|---|---|---|---|---|---|
| 0001 | $963.00 | $0.00 | $0.00 | $0.00 | $0.00 | $963.00 |

page 1   Phone: 800-220-0330  Fax: 856-813-5122  E-mail: cfscustserv@cfs.canon.com

# Canon
**CANON FINANCIAL SERVICES, INC.**

*14904 Collections Center Drive*
*Chicago, IL 60693-0149*

## Remittance Section

| | |
|---|---|
| **Invoice Number** | **14481347** |
| Customer Number | 316804 |
| Invoice Date | 01/01/15 |
| Past Due After | 01/20/15 |
| **Total Due** | **$963.00** |
| Amount Paid | $ _____ |

Address Service Requested

CITY OF DETROIT MICHIGAN
2 WOODWARD AVE STE 642
DETROIT MI 48226-3462

Please reference Invoice Number on your Remittance
Use enclosed envelope and make payable to:

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

00144813472 0000096300 001

*Keep lower portion for your records - Please return upper portion with your payment*

# Canon
**CANON FINANCIAL SERVICES, INC.**

*14904 Collections Center Drive*
*Chicago, IL 60693-0149*

| **Invoice Number** | **14481347** | **Invoice Date** | 01/01/15 |
|---|---|---|---|
| **Customer Number** | 316804 | **Past Due After** | 01/20/15 |
| **Total Due** | **$963.00** | | |

## Important Messages

### Introducing the new CFS Customer Portal!
Get answers 24/7 Online
Make Payments, Review Account Details and More
### Register Today at: mycfs.cfs.canon.com

Thank you for letting us serve your financing needs!

### Itemized Charge Detail and Equipment Schedule

| Contract Number | 001-0316804-002 |
|---|---|
| Customer PO | 2859290 |

| Detailed Charges | Due Date | Payment Amount | Sales Tax | Total Due |
|---|---|---|---|---|
| CONTRACT CHARGE | 01/20/15 | 963.00 | 0.00 | 963.00 |

| Make / Model Number | Location Address |
|---|---|
| Serial Number | City / State / ZIP |
| GRAPHICS EQUIPMENT/IRC9075 | 2 WOODWARD AVE |
| HJW50771 | STE B CCSD COPY CENTER |
| | DETROIT, MI 48226 |
| | |
| ACCESSORIES/A1PRINTCONTROLLER | 2 WOODWARD AVE |
| ESC04592 | STE B CCSD COPY CENTER |
| | DETROIT, MI 48226 |

NOTE: Please contact Customer Service with ANY CHANGES to the equipment location(s) listed above.

| CONTRACTS | CURRENT | PAST DUE 1-30 | PAST DUE 31-60 | PAST DUE 61-90 | PAST DUE 91+ | TOTAL DUE |
|---|---|---|---|---|---|---|
| 0001 | $963.00 | $0.00 | $0.00 | $0.00 | $0.00 | $963.00 |

Customer Service: 800-220-0330 M-F 8AM-7PM EST
Phone: 800-220-0330  Fax: 856-813-5122  E-mail: cfscustserv@cfs.canon.com

13-53846-tjt    Doc 9099    Filed 01/23/15    Entered 01/23/15 17:39:47    Page 38 of 38