UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                      Chapter 9

CITY OF DETROIT, MICHIGAN,           Case No. 13-53846

           Debtor.           /         Hon. Steven W. Rhodes

## CERTIFICATE OF SERVICE

I, Lisa Gretchko, hereby certify that on January 23, 2015, I filed the following item using the Court's electronic filing system which automatically serves notice of said filing and a copy of the filed item upon all ECF-participants in this case, including the Debtor's counsel:

- **Application of Howard & Howard Attorneys PLLC for Allowance and Payment of Its Administrative Expense Claim**

I further certify that on January 23, 2015, I caused the foregoing items to be mailed to the following via first class mail, postage prepaid:

| | |
|---|---|
| David G. Heiman | Jonathan S. Green |
| Heather Lennox | Stephen S. LaPlante |
| Thomas A. Wilson | Marc N. Swanson |
| JONES DAY | MILLER, CANFIELD, PADDOCK |
| North Point | AND STONE, P.L.C. |
| 901 Lakeside Ave. | 150 West Jefferson, Suite 2500 |
| Cleveland, OH 44114 | Detroit, MI 48226 |

Bruce Bennett
JONES DAY
555 South Flower St., 50th Fl.
Los Angeles, CA 90071

Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC

Dated: January 23, 2015    By: */s/ Lisa S. Gretchko*
Lisa S. Gretchko (P29881)
Mark W. Peyser (P35473)
Authorized Representatives of HOWARD & HOWARD ATTORNEYS PLLC
450 West Fourth Street
Royal Oak, Michigan 48067
Telephone:   (248) 723-0396
Facsimile:    (248) 645-1568
lgretchko@howardandhoward.com
mpeyser@howardandhoward.com

4814-5600-6177, v. 1