UNITED STATED BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| | x : | |
| In re | : | Chapter 9 |
| | : | |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| | : | |
| Debtor. | : | Hon. Steve W. Rhodes |
| | : | |
| | x | |

## CERTIFICATE OF SERVICE

I, Michelle K. Erffmeyer, hereby certify that on January 23, 2015, I filed the following documents using the Court's electronic filing system which automatically serves notice of said filing and a copy of the filed item upon all ECF-participants in this case, including the Debtor's counsel:

- **Appearance and Request for Notice**
- **Varnum LLP's Request for Payment of Administrative Expenses**

I further certify that on January 26, 2015, I served the above documents upon the following via first class mail, postage prepaid:

David G. Heiman  
Heather Lennox  
Thomas A. Wilson  
JONES DAY  
North Point  
901 Lakeside Ave.  
Cleveland, OH 44114  

Bruce Bennett  
JONES DAY  
555 South Flower St., 50th Fl.  
Los Angeles, CA 90071  

Jonathan S. Green  
Stephen S. LaPlante  
Marc N. Swanson  
MILLER CANFIELD PADDOCK  
AND STONE PLC  
150 West Jefferson, Suite 2500  
Detroit, MI 48226  

Dated: January 26, 2015

/s/ Michelle K. Erffmeyer
Michelle K. Erffmeyer, Legal Secretary
Varnum LLP

9107584_1.DOCX