**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re                                                                Chapter 9

CITY OF DETROIT, MICHIGAN                          Case No. 13-53846

              Debtor                                     Hon. Steven W. Rhodes

_____/

### (CORRECTED) NOTICE AND OPPORTUNITY TO RESPOND

On January 23, 2015, Canon Financial Services, Inc. ("CFS") filed its *Application of Canon Financial Services, Inc. for Allowance and Payment of Its Administrative Expense* [Doc. No. 9099] (the "Motion").

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, on or before **May 11, 2015**, you or your attorney must:

1.      File with the court a written response explaining your position at:

United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan  48226

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above. You must also mail a copy to:

Paul R. Hage
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034

2.      If a response is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

Dated: January 26, 2015.          Respectfully submitted by,

**JAFFE RAITT HEUER & WEISS, P.C.**

By:    /s/ Paul R. Hage
Jay L. Welford (P34471)
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone:  (248) 351-3000
Facsimile:  (248) 351-3082
jwelford@jaffelaw.com
phage@jaffelaw.com

*Counsel for Canon Financial Services, Inc.*