UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor | Hon. Steven W. Rhodes |
| _____/ | |

## PROOF OF SERVICE

The undersigned hereby certifies and declares that he caused the *(Corrected) Notice and Opportunity to Respond* **[Doc. No. 9103]** to be electronically filed with the Clerk of the Court using the ECF System, which sent notification of such filing to all ECF participants in this bankruptcy case.

I certify and declare under penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2015.

Respectfully submitted by,

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Jay L. Welford (P34471)
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
Facsimile: (248) 351-3082
jwelford@jaffelaw.com
phage@jaffelaw.com

*Counsel for Canon Financial Services, Inc.*