## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

### IRON MOUNTAIN INFORMATION MANAGEMENT, LLC'S RESERVATION OF RIGHTS AND LIMITED OBJECTION TO ASSUMPTION OF CONTRACTS AND PROPOSED CURE AMOUNTS

Iron Mountain Information Management, LLC ("Iron Mountain"), by and through undersigned counsel, respectfully submits its reservation of rights and limited objection (the "Limited Objection") to the Debtor's Notice Regarding Executory Contracts and Unexpired Leases to be Assumed Pursuant to Section 365 of the Bankruptcy Code and Related Procedures [Docket No. 8387] (the "Assumption Notice") which proposes the assumption of unspecified Iron Mountain contracts (the "Proposed Assumed Iron Mountain Contracts") and paying an unreconciled aggregate cure of $86,594.12 (the "Proposed Cure Amount"). In support of its Limited Objection, Iron Mountain further states as follows:

1. According to Iron Mountain's books and records, and as summarized on Exhibit A hereto, Iron Mountain is a party to various contracts (the "Detroit Contracts") with various Detroit entities. Based on its preliminary review, Iron Mountain believes that the cure amount associated with the Detroit Contracts is $354,122.06, plus continuing costs, fees and expenses.

2. The Proposed Cure Amount is $86,594.12.

3. The Debtors have not specified which of the Detroit Contracts are intended to constitute the Proposed Assumed Iron Mountain Contracts.

4. Consequently, Iron Mountain lacks sufficient information to determine whether the Proposed Cure Amount is correct.

5. Accordingly, although Iron Mountain may ultimately agree with the Debtor's calculation of the Proposed Cure Amount, Iron Mountain is filing this Limited Objection to preserve its right to require that the cure amount to be paid with respect to the Proposed Assumed Iron Mountain Contracts complies with Section 365 of the Bankruptcy Code or is otherwise acceptable to Iron Mountain.

6. Iron Mountain reserves the right to supplement this Limited Objection.

**WHEREFORE**, Iron Mountain respectfully: (i) objects to the proposed assumption of any Detroit Contracts to the extent that such assumption and assignment does not satisfy the requirements of Section 365 of the Bankruptcy Code; (ii) expressly reserves its rights under Section 365 of the Bankruptcy Code and under any other pertinent provisions of the Bankruptcy Code and the bankruptcy Rules; (iii) expressly reserves its warehouseman's lien and other rights under the Uniform Commercial Code; and (iv) requests that this Court grant such other relief as is just and proper.

Respectfully submitted,

Dated: January 26, 2015

By:___/s/ Anthony J. Kochis_____
Scott A. Wolfson (P53194)
Anthony J. Kochis (P72020)
WOLFSON BOLTON PLLC
3150 Livernois, Suite 275
Troy, MI 48083
Telephone: (248) 247-7105
Facsimile: (248) 247-7099
E-Mail: akochis@wolfsonbolton.com

*Local Counsel for Iron Mountain Information Management, LLC*

- and -

**HACKETT FEINBERG P.C.**
Frank F. McGinn (Mass. BBO # 564729)
155 Federal Street, 9th Floor
Boston, MA 02110
Tel. (617) 422-0200
Fax (617) 896-6275

*Co-Counsel for Iron Mountain Information Management, LLC*

# EXHIBIT A

| Account No. | Name | Pre-Petition Balance | Post-Petition Balance | Total |
|---|---|---|---|---|
| 03141.0DM237 | DETROIT POLICE-HOMICIDE | $44,296.70 | $38,213.64 | $82,510.34 |
| 03141.0DN445 | DETROIT DEPT HEALTH & WELLNESS PRO | $12,741.61 | $13,286.97 | $26,028.58 |
| 03141.0L177D | CITY OF DET-FINANCE DEPT/PURCHASING | $10,821.10 | $4,950.68 | $15,771.78 |
| 03141.0L287D | CITY OF DETROIT - DETROIT POLICE DP | $2,212.74 | $3,347.93 | $5,560.67 |
| 03141.0DMAGM | DETROIT BUILDING AUTHORITY | $0 | $0 | $0 |
| 03141.0DM382 | DETROIT FIRE DEPARTMENT | $1,104.93 | $2,888.76 | $3,993.69 |
| 03141.0DM581 | DETROIT POLICE DEPARTMENT | $313.18 | $2,026.54 | $2,339.72 |
| 03141.0DM384 | DETROIT MUNICIPAL PARKING DEPT. | $785.21 | $1,302.78 | $2,087.99 |
| 03141.0DT443 | CITY OF DETROIT | $3,127.42 | $3,057.50 | $6,184.92 |
| 03141.0DM387 | CITY OF DETROIT-DPW | $9,200.08 | $3,072.85 | $12,272.93 |
| 03141.0L167D | CITY OF DETROIT - LAW DEPARTMENT | $123,117.17 | $56,103.69 | $179,220.86 |
| 03141.0L165D | CITY OF DETROIT - DEHOCO (FINANCE) | $7,425.85 | $0 | $7,425.85 |
| 22123.090710 | CITY OF DETROIT | $0 | $1,147.43 | $1,147.43 |
| 22123.001826 | CITY OF DETROIT | $4,467.75 | $5,109.55 | $9,577.30 |
| **Total** | | **$219,613.74** | **$134,508.32** | **$354,122.06** |