# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## STATEMENT REGARDING CORPORATE OWNERSHIP OF IRON MOUNTAIN INFORMATION MANAGEMENT, LLC

Pursuant to E.D. Mich. LBR 9013-5, Iron Mountain Information Management, LLC is a wholly-owned subsidiary of Iron Mountain, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC

By: _____
Joseph P. Corrigan

Its: Corporate Counsel

Executed in Boston, MA

On January 26, 2015