UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**ORDER GRANTING IRON MOUNTAIN INFORMATION MANAGEMENT, LLC'S REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. § 503(b)(1)**

This matter having come before the Court upon Iron Mountain Information Management, LLC's ("Iron Mountain") Request for Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1) (the "Request"); the Court having found that: (a) jurisdiction to consider the Request is proper under 28 U.S.C. §§ 157 and 1334; (b) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (c) notice of the Request was properly provided; (d) good cause exists to grant the relief requested in the Request; and (e) all objections, if any, to the Request having been withdrawn, waived, settled, or overruled;

**IT IS HEREBY ORDERED** that:

1. The Request is granted.

2. Debtor City of Detroit owes Iron Mountain $134,508.32 as an administrative claim under 11 U.S.C. § 503(b)(1).

3. Debtor City of Detroit is directed to pay Iron Mountain $134,508.32 within 30 days of entry of this Order.