# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**NOTICE OF IRON MOUNTAIN INFORMATION MANAGEMENT, LLC'S REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. § 503(b)(1) AND OPPORTUNITY TO RESPOND**

Iron Mountain Information Management, LLC has filed papers with the Court requesting an administrative claim under 11 U.S.C. § 503(b)(1) in the amount of $134,508.32.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief requested in the motion, or if you want the court to consider your views on the motion, within **14 days**, you or your attorney must:

1. File with the court a written response or an answer,[1] explaining your position at:

United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Wolfson Bolton PLLC
Attn: Scott A. Wolfson
Anthony J. Kochis
3150 Livernois, Suite 275
Troy, MI 48083

---

[1] Any response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

                                            Respectfully submitted,

                                            WOLFSON BOLTON PLLC

Dated: January 26, 2015                By: /s/ Anthony J. Kochis
                                                Scott A. Wolfson (P53194)
                                                Anthony J. Kochis (P72020)
                                          3150 Livernois, Suite 275
                                          Troy, MI 48083
                                          Telephone: (248) 247-7105
                                          Facsimile: (248) 247-7099
                                          E-Mail: akochis@wolfsonbolton.com