# EXHIBIT 6a

| Account No. | Name | Post-Petition Balance |
|---|---|---|
| 03141.0DM237 | DETROIT POLICE-HOMICIDE | $38,213.64 |
| 03141.0DN445 | DETROIT DEPT HEALTH & WELLNESS PRO | $13,286.97 |
| 03141.0L177D | CITY OF DET-FINANCE DEPT/PURCHASING | $4,950.68 |
| 03141.0L287D | CITY OF DETROIT - DETROIT POLICE DP | $3,347.93 |
| 03141.0DMAGM | DETROIT BUILDING AUTHORITY | $0 |
| 03141.0DM382 | DETROIT FIRE DEPARTMENT | $2,888.76 |
| 03141.0DM581 | DETROIT POLICE DEPARTMENT | $2,026.54 |
| 03141.0DM384 | DETROIT MUNICIPAL PARKING DEPT. | $1,302.78 |
| 03141.0DT443 | CITY OF DETROIT | $3,057.50 |
| 03141.0DM387 | CITY OF DETROIT-DPW | $3,072.85 |
| 03141.0L167D | CITY OF DETROIT - LAW DEPARTMENT | $56,103.69 |
| 03141.0L165D | CITY OF DETROIT - DEHOCO (FINANCE) | $0 |
| 22123.090710 | CITY OF DETROIT | $1,147.43 |
| 22123.001826 | CITY OF DETROIT | $5,109.55 |
| **Total** | | **$134,508.32** |