

## Custom Pricing

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| **CUSTOM STORAGE & SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions) | | |
| ■ Individual Listing | $0.69 | File |
| ■ Open Shelf Individual Listing | $0.69 | File |
| ■ Storage Minimum | $163.63 | Month |
| ■ Minimum Service Order Charge | $15.76 | Order |
| ■ Permanent Withdrawal - Carton | $4.87 | CF plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - File from Carton | $2.61 | File plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - Open Shelf | $3.46 | File plus Regular Retrieval Charge |

Additional Services beyond those listed in this Pricing Schedule are available. For service descriptions,
please go to Additional Services at cic.ironmountain.com/additionalservices.

*TBD: To be determined, call for quote*

13-53846-tjt    Doc 9106-5    Filed 01/26/15    Entered 01/26/15 15:23:40    Page 1 of 34

**DETROIT BUILDING AUTHORITY**
**03141.0DMAGM**

| Transaction Date | Number | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| TOTAL PRE-PETITION | | | $ - | $ - | $ - | $ - |
| TOTAL POST-PETITION | | | $ - | $ - | $ - | $ - |

## ▲ IRON MOUNTAIN

This Secure Shredding Services Agreement (the "Agreement") between Iron Mountain Information Management, Inc. ("IM") and
__Detroit Building Authority_____ ("Customer") is effective as of __March 27, 2008__.

| Customer: | Address | 65 Cadillac Square, Suite 2800 | | | |
|---|---|---|---|---|---|
| | City | Detroit | State | MI | Zip 48226 |
| | Contact Name | Lori Harris | Phone | 313-224-7236 | |
| | Contact email | lharris@dba.ci.detroit.mi.us | Fax | | |
| IM: | District Name | Detroit | Customer ID | DMAGM | SalesRep ID MK2 / Name Mark Keppal |

### SERVICE PLAN DESCRIPTIONS AND PRICING

**RECURRING PAPER SHREDDING SERVICE:**

Minimum charge per service (On-site) visit is $___ (Off-site) $150

**ONE-TIME PAPER SHREDDING SERVICE (PURGE):**

X Off-site    ☐ On-site

| Unit Type | # | Price Per | Total |
|---|---|---|---|
| 65-Gallon Bin | 5 | x $ 20 | = $ 100 |
| | | Total Shredding = | $ 100 |
| | | Additional Labor = | $ n/a |
| | | Transportation Fee = | $ 50 |
| | | Estimated Total = | $ 150 |

*Total is subject to actual service billings. Minimum charge per visit $ 150*

### ADDITIONAL SERVICES (All other services, not specifically listed, will be charged at IM's then current rates.)

- Additional charge for Unscheduled Service Visit: $50 / visit
- Shredding of Standard 1.2 Cubic Foot Carton: $7 / carton

*Additional charge for remote locations or on-site service may apply.*

### SERVICE NOTES (Describe container location, number of packages and posters, and any special instructions.)

Customer needs 5 bins that need to be shredded offsite. Quoted at $20 per bin with a minimum of $150. Estimated Total for shredding with transportation is $150. The expected service term is 1.5 to 2 weeks. If Iron Mountain calls to confirm an appointment, and the Customer is not ready at the time of service, a transportation fee of thirty ($30.00) may be incurred. (MK)

### TERMS AND CONDITIONS

1. **Compliance with Contracts, Laws and Regulations.** Customer shall be responsible for, and warrants compliance with, all contractual restrictions and all applicable laws, rules and regulations, including but not limited to environmental laws, and laws governing the confidentiality, retention and disposition of information contained in any materials delivered to IM. Customer is the owner or legal custodian of the materials. Customer shall reimburse IM for any reasonable costs, fees or expenses (including reasonable attorneys' fees) incurred by IM in litigation that IM becomes involved solely because it is shredding materials for Customer.

2. **Hazardous Substances.** Customer shall not deposit in containers or deliver to IM any material considered under dangerous or regulated under any federal or state law.

3. **Limitation of Liability.** IM shall not be responsible or liable in any manner whatsoever for the contents of any item delivered to it for shredding, and shall have no liability for the shredding of materials pursuant to Customer's direction. IM's maximum liability for any and all claims arising with respect to any particular services performed hereunder shall not exceed the aggregate amount Customer paid for the particular service during the one (1) month preceding the event which gives rise to the claim. IM's LIABILITY SHALL BE LIMITED TO DIRECT DAMAGES, AND IN NO EVENT AND UNDER NO LEGAL THEORY, INCLUDING TORT, CONTRACT, OR OTHERWISE, SHALL IM BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES (INCLUDING LOST PROFITS) EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IM SHALL HAVE NO LIABILITY TO ANY THIRD PARTY RECEIVING SERVICES HEREUNDER.

4. **Force Majeure.** Each party shall be excused from any delay or failure in performance under this Agreement for any period if and to the extent that such delay or failure is caused by acts of God, governmental actions, labor unrest, riots, unusual traffic delays or other causes beyond its control.

5. **Additional Services.** This Agreement sets forth the complete terms and conditions for paper secure shredding services only. In the event that any other services are provided under this Customer ID, such services shall be governed by the terms and conditions of IM's standard Customer Agreement for such services.

6. **Term and Payment.** This Agreement shall commence on the Effective Date set forth on the face hereof, shall be invoiced monthly and shall continue in effect for one (1) year with automatic renewal for successive one (1) year terms, unless written notice of non-renewal is delivered by either party to the other not less than thirty (30) days prior to the date of expiration of such term. In the event of early termination by Customer, Customer shall be responsible for paying the average monthly charges for the remainder of the term, not to exceed six (6) months' average charges. Payment is due net 30 days. Late fee: 1.00% per month. Transportation surcharges may be applied and charged monthly without notice in accordance with the fuel surcharge policy located at www.ironmountain.com/fuelsurcharge.

7. **Principal Records Services Provider.** The charges for the services set forth above are predicated upon the expectation that Customer will utilize IM as its primary commercial provider of the services covered by such Schedule. In the event that Customer does not so utilize IM's services, IM reserves the right to adjust rates and charges to the standard list rates and charges. After the first year, the prices shall be set forth in a separate schedule.

8. **Containers/Materials.** IM shall retain title to and all rights of possession of containers. IM shall retrieve the containers upon termination or expiration of the Agreement. IM shall have all rights of possession of container contents, including following destruction. Customer shall use reasonable care to ensure containers are not damaged or vandalized and shall reimburse IM for containers damaged or lost by its negligence or willful misconduct or that of its employees, agents or representatives. Customer shall place containers in a location which is easily accessible by IM personnel.

| CUSTOMER: Detroit Building Authority | IRON MOUNTAIN INFORMATION MANAGEMENT, INC. |
|---|---|
| Sign and date: _Lori Harris_ 3-27-08 | Sign and date: _____ 3/10/08 |
| Print Name and Title _Lori Harris, Senior Accountant_ | Print Name and Title: _N. Urbaniak_ |
| | _Manager_ |

IM.3Remb   Rev 01/07 (Electronic)    © 2007 Iron Mountain Incorporated. All Rights Reserved.    Page 1 of 4

 IRON MOUNTAIN®

February 28, 2014


Accounts Payable
DETROIT BUILDING AUTHORITY
1301 Third St. Suite 328
Detroit, MI 48226


Dear Valued Customer,

Thank you for continuing to trust Iron Mountain with your information management needs. Enclosed please find your new Iron Mountain Pricing Schedule (Schedule A), for Records Management storage and services, effective April 1, 2014.

Based on the business you have entrusted with us, we are extending a discount of 24% off of the list prices for Standard Storage and Services, as further described in the enclosed Schedule A. Please note that this discount does not apply to Premium or Custom Storage and Services. Enclosed you will find a price list for commonly used storage and services.

Another useful source of information is our Customer Information Center website at http://cic.ironmountain.com/. This site is designed to provide clarity around our services and the billing practices associated with those services. It contains storage and service descriptions, a glossary of terms, and billing protocols such as how we determine billable cubic footage of non-standard cartons, which may be greater than physical carton size. This site is frequently updated with additional information of interest to our customers, so please bookmark it for easy reference.

We thank you for the business you entrust with us. If you have any questions or require additional information, please contact us at 1-800-934-3453.

Sincerely,

Steve Kowalkoski
Great Lakes Territory, Vice President

Enclosures



# Iron Mountain Overview

Iron Mountain Incorporated (NYSE: IRM) provides information management services that help organizations lower the costs, risks and inefficiencies of managing their physical and digital data. The company's solutions enable customers to protect and better use their information — regardless of its format, location or lifecycle stage — so they can optimize their business and ensure proper recovery, compliance and discovery. Founded in 1951, Iron Mountain manages billions of information assets, including business records, electronic files, medical data, emails and more for organizations around the world. Visit www.ironmountain.com or follow the company on Twitter at www.twitter.com/IronMountain for more information.

## Solution Categories

Iron Mountain offers a comprehensive array of information management solutions that help companies reduce costs, risks and inefficiencies associated with managing their paper and digital data.

**INFORMATION GOVERNANCE AND DISCOVERY**



**DATA BACKUP AND RECOVERY**



**Information Governance and Discovery**
- Records Management
- Secure Shredding
- Federal Records Storage
- Compliant Records Management
- Compliant Information Destruction
- Health Information Services
- Medical Image Archiving
- Film and Sound Archives
- Fulfillment Services
- Energy Data Services

**Data Backup and Recovery**
- Offsite Tape Vaulting Services
- Online Vaulting Services, including:
  - Server Backup powered by Autonomy LiveVault
  - PC Backup powered by Autonomy Connected
- Data Restoration Services
- Consulting Services
- Value Added Services, including:
  - Disaster Recovery Testing
  - Library Moves
  - Media Destruction

**Document Process Efficiencies**
- Document Management Solutions
- Business Process Management

 © 2014 Iron Mountain Incorporated. All Rights Reserved. EPW-11 3 9 | **(800) 899-IRON** | **www.ironmountain.com**

DMAGM-4248

13-53846-tjt    Doc 9106-5    Filed 01/26/15    Entered 01/26/15 15:23:40    Page 5 of 34



# Renewal Schedule A:
## PROGRAM PRICING SCHEDULE
## Records Management

This Records Management Pricing Schedule is incorporated into and made part of the Customer Agreement ("Agreement") between Iron Mountain Information Management, LLC., (the "Company" or "Iron Mountain") and DETROIT BUILDING AUTHORITY, (the "Customer").

The Customer will be eligible for a Discount Rate of 24%. List Price is the standard Iron Mountain price for a given service and the Discount Rate is your percentage off of List Price.

The Discount Rate applies to Standard Storage and Services only and does not apply to Premium Storage and Services, Custom Storage and Services, Other Program Fees, or other fees not explicitly identified within this document.

Please see our Customer Information Center at cic.ironmountain.com for a Glossary with definitions of the terms used in this Pricing Schedule and more detail regarding our services, standard processes, and billing practices. In addition, restrictions apply to volume and/or stated timeframes for some service transaction types and these may be found in the Glossary under each service type.

This Records Management Pricing Schedule supersedes and terminates any prior Records Management Pricing Schedule and/or Schedule A existing between Iron Mountain and the Customer for the accounts noted below. All other Records Management services not specifically listed on this Schedule A will be charged at Iron Mountain's then current rates.

### DETROIT BUILDING AUTHORITY
District Name/Number: MI / 03141  |  DMAGM
Effective Date: April 1, 2014
Discount Rate: 24%



# List Prices (as of April 1, 2014)

**STANDARD STORAGE AND SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | CURRENT LIST PRICE | DISCOUNT % | EFFECTIVE PRICE | PER |
|---|---|---|---|---|
| ■ Carton Storage | $0.520 | 24% | $ 0.395 | Cubic Foot |
| ■ Receiving and Entry - Carton | $3.400 | 24% | $ 2.584 | Cubic Foot |
| ■ Regular Retrieval - Carton | $4.300 | 24% | $ 3.268 | Cubic Foot |
| ■ Regular Retrieval - File from Carton | $5.750 | 24% | $ 4.370 | File |
| ■ Regular Refile - Carton | $4.300 | 24% | $ 3.268 | Cubic Foot |
| ■ Regular Refile - File to Carton | $5.750 | 24% | $ 4.370 | File |
| ■ Archival Destruction - Carton | $5.200 | 24% | $ 3.952 | CF plus Regular Retrieval Charge |
| ■ Open Shelf Storage | $1.040 | 24% | $ 0.790 | Linear Foot |
| ■ Open Shelf Storage - X-Ray | $1.560 | 24% | $ 1.186 | Linear Foot |
| ■ Receiving and Entry - Open Shelf File | $6.250 | 24% | $ 4.750 | Linear Foot |
| ■ Regular Retrieval - File from Open Shelf | $3.350 | 24% | $ 2.546 | File |
| ■ Regular Refile - File to Open Shelf | $3.350 | 24% | $ 2.546 | File |
| ■ Archival Destruction - Open Shelf | $3.200 | 24% | $ 2.432 | File plus Regular Retrieval Charge |
| ■ Next Day Delivery | $40.850 | 24% | $ 31.046 | Visit plus Handling Charge |
| ■ Regular Pickup | $40.850 | 24% | $ 31.046 | Visit plus Handling Charge |
| ■ Handling Charge | $3.900 | 24% | $ 2.964 | Cubic Foot |

**PREMIUM STORAGE & SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Rush Retrieval - Carton | $6.450 | Cubic Foot |
| ■ Rush Retrieval - File from Carton | $8.500 | File |
| ■ Regular Interfile - Carton | $7.800 | Each |
| ■ Half Day Delivery | $56.45 | Visit plus Handling Charge |
| ■ Rush Delivery - Business Day | $112.00 | Visit plus Handling Charge |
| ■ Rush Delivery - Weekends/Holidays/After Hours | $225.00 | Visit plus Handling Charge |
| ■ Rush Pickup - Business Day | $112.00 | Visit plus Handling Charge |
| ■ Archival Destruction - File from Carton | $4.900 | File plus Regular Retrieval Charge |
| ■ Rush Retrieval - File from Open Shelf | $6.750 | File |
| ■ Regular Interfile - Open Shelf | $5.200 | Each |
| ■ Miscellaneous Services - Labor | $58.00 | Hour |
| ■ Re-Boxing Charge | $5.750 | Labor plus New Carton Cost |

**OTHER PROGRAM FEES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Fuel Surcharge | * | Transportation Visit |

*A Fuel Surcharge is applied monthly based upon changes in the price of diesel fuel as published by the US Department of Energy. This charge is calculated monthly and included as a percentage of transportation related service charges. The current monthly Fuel Surcharge information can be found at http://cic.ironmountain.com/FuelSurcharge.



**CUSTOM STORAGE & SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Individual Listing | $ 0.65 | File |
| ■ Storage Minimum | $ 152.00 | Month |
| ■ Minimum Service Order Charge | $ 14.50 | Order |
| ■ Permanent Withdrawal - Carton | $ 4.940 | CF plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - File from Carton | $ 2.432 | File plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - Open Shelf | $ 2.432 | File plus Regular Retrieval Charge |

Additional Services beyond those listed in this Pricing Schedule are available. For service descriptions, please go to Additional Services at cic.ironmountain.com/additionalservices.

13-53846-tjt    Doc 9106-5    Filed 01/26/15    Entered 01/26/15 15:23:40    Page 8 of 34

**DETROIT FIRE DEPARTMENT**
**03141.0DM382**

| Transaction Date | Number | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| 30-Sep-12 | FXK2596 | Invoice | $ 77.76 | $ 7.00 | $ 77.76 | $ 84.76 |
| 31-Oct-12 | FZZ9472 | Invoice | $ 77.76 | $ 6.22 | $ 77.76 | $ 83.98 |
| 31-Oct-12 | FZZ9471 | Invoice | $ 72.09 | $ 5.19 | $ 64.92 | $ 70.11 |
| 30-Nov-12 | GDW9424 | Invoice | $ 77.76 | $ 5.44 | $ 77.76 | $ 83.20 |
| 30-Nov-12 | GDW9423 | Invoice | $ 72.09 | $ 5.05 | $ 72.09 | $ 77.14 |
| 31-Dec-12 | GHN8077 | Invoice | $ 77.76 | $ 4.67 | $ 77.76 | $ 82.43 |
| 31-Dec-12 | GHN8076 | Invoice | $ 72.09 | $ 4.33 | $ 72.09 | $ 76.42 |
| 31-Jan-13 | GMN4411 | Invoice | $ 77.76 | $ 3.89 | $ 77.76 | $ 81.65 |
| 31-Jan-13 | GMN4410 | Invoice | $ 72.09 | $ 3.60 | $ 72.09 | $ 75.69 |
| 28-Feb-13 | GSF6333 | Invoice | $ 77.76 | $ 3.11 | $ 77.76 | $ 80.87 |
| 31-May-13 | HDC8430 | Invoice | $ 72.09 | $ 0.72 | $ 72.09 | $ 72.81 |
| 31-May-13 | HDC8431 | Invoice | $ 77.76 | $ 0.78 | $ 77.76 | $ 78.54 |
| 30-Jun-13 | HGK8638 | Invoice | $ 76.05 | $ - | $ 76.05 | $ 76.05 |
| 30-Jun-13 | HGK8639 | Invoice | $ 81.29 | $ - | $ 81.29 | $ 81.29 |
| | **TOTAL PRE-PETITION** | | **$ 1,062.11** | **$ 49.99** | **$ 1,054.94** | **$ 1,104.93** |
| 31-Aug-13 | HMT9229 | Invoice | $ 81.29 | $ 13.01 | $ 81.29 | $ 94.30 |
| 31-Aug-13 | HMT9228 | Invoice | $ 76.05 | $ 12.17 | $ 76.05 | $ 88.22 |
| 30-Sep-13 | HTR1230 | Invoice | $ 81.29 | $ 12.19 | $ 81.29 | $ 93.48 |
| 30-Sep-13 | HTR1229 | Invoice | $ 76.05 | $ 11.41 | $ 76.05 | $ 87.46 |
| 31-Oct-13 | HXL2635 | Invoice | $ 81.29 | $ 11.38 | $ 81.29 | $ 92.67 |
| 31-Oct-13 | HXL2634 | Invoice | $ 76.05 | $ 10.65 | $ 76.05 | $ 86.70 |
| 30-Nov-13 | JAP3384 | Invoice | $ 76.05 | $ 9.89 | $ 76.05 | $ 85.94 |
| 30-Nov-13 | JAP3385 | Invoice | $ 81.29 | $ 10.57 | $ 81.29 | $ 91.86 |
| 31-Dec-13 | JXA3755 | Invoice | $ 157.34 | $ 18.88 | $ 157.34 | $ 176.22 |
| 31-Jan-14 | JZZ6234 | Invoice | $ 157.34 | $ 17.31 | $ 157.34 | $ 174.65 |
| 28-Feb-14 | KCE3131 | Invoice | $ 157.34 | $ 15.73 | $ 157.34 | $ 173.07 |
| 31-Mar-14 | KES0302 | Invoice | $ 157.34 | $ 14.16 | $ 157.34 | $ 171.50 |
| 30-Apr-14 | KHU3276 | Invoice | $ 157.34 | $ 12.59 | $ 157.34 | $ 169.93 |
| 31-May-14 | KKN1489 | Invoice | $ 157.34 | $ 11.01 | $ 157.34 | $ 168.35 |
| 30-Jun-14 | KLX2235 | Invoice | $ 157.34 | $ 9.44 | $ 157.34 | $ 166.78 |
| 31-Jul-14 | KNU9079 | Invoice | $ 157.34 | $ 7.87 | $ 157.34 | $ 165.21 |
| 31-Aug-14 | KSJ8518 | Invoice | $ 157.34 | $ 6.29 | $ 157.34 | $ 163.63 |
| 30-Sep-14 | KUK5715 | Invoice | $ 157.34 | $ 4.72 | $ 157.34 | $ 162.06 |
| 31-Oct-14 | KWN2811 | Invoice | $ 157.34 | $ 3.15 | $ 157.34 | $ 160.49 |
| 30-Nov-14 | KYP4987 | Invoice | $ 157.34 | $ 1.57 | $ 157.34 | $ 158.91 |
| 31-Dec-14 | LAN8629 | Invoice | $ 157.34 | $ - | $ 157.34 | $ 157.34 |
| | **TOTAL POST-PETITION** | | **$ 2,674.78** | **$ 213.98** | **$ 2,674.78** | **$ 2,888.76** |

*AFFILIATE ASSIGNMENT*
*TO*
*RECORDS MANAGEMENT AND SERVICE AGREEMENT*


Detroit Fire Department
_____ *Agrees to store records at Iron Records*
*Management, Inc. under the established contract with account number* DM237         .


**CHOOSE ONE OF THE FOLLOWING OPTIONS:**


[x] *Iron Mountain shall provide, and Depositor agrees to accept, the same rates, services and terms/conditions as outlined in the existing agreement.*


[ ] *Iron Mountain shall provide, and Depositor agrees to accept, the same terms and conditions as outlined in the existing agreement. Storage and services will be performed by Iron Mountain in accordance with the rates listed in Schedule A dated _____ attached to this agreement. To the extent that this Schedule A conflicts with any other document, the terms and conditions of this Schedule A shall prevail. The storage rate is _____/CF.*


*New Account's Company Name and Address:*

Detroit Fire Department

250 W. Larned

Detroit, Michigan  48226

        DM 382

*IMRM Number Assigned to Depositor*

_____
*Depositor Signature*          *Date*

TYRONE C. SCOTT
Executive Fire Commissioner

*Depositor Printed Name & Title*


*IRON MOUNTAIN RECORDS MGMT., INC.*
*1000 CAMPUS DRIVE*
*COLLEGEVILLE, PA 19426*


_____  5/20/02
*IMRM Signature*          *Date*

JOHN  GRESHM  Commissioner

*IMRM Printed Name & Title*



# IRON MOUNTAIN®
### The Leader in Records & Information Management

# RECORDS MANAGEMENT AND
# SERVICE AGREEMENT

| Customer | Billing Address (If Different) | | |
|---|---|---|---|
| Detroit Police Department- Homicide Section | | | |
| Street Address | Street or Box No. | | |
| 1300 Beaubien | | | |
| 5th Floor | | | |

| City | State | Zip + 4 | City | State | Zip + 4 |
|---|---|---|---|---|---|
| Detroit | Mich. | 48226 | | | |

| Primary Contact and Title | Billing Contact | |
|---|---|---|
| William Rice   Inspector | | |
| Telephone | Fax | Telephone | Fax |
| 313-596-2288 | 313-596-5112 | | |

**FOR IRON MOUNTAIN USE ONLY**

| Customer Number | District Number |
|---|---|
| DM 237 | |
| Mailing Address of District | |

IRON MOUNTAIN (the "Company") hereby agrees to accept for storage and to service under its management system at IRON MOUNTAIN facilities such records material (deposits) as Customer requests. Customer agrees to pay the Company for storage and services according to the amounts and provisions specified in Schedule A (as amended from time to time); and Customer agrees that all services shall be provided subject to the terms and conditions below and on reverse hereof.

**VALUE OF DEPOSITS.** Customer declares, for the purpose of this Agreement, that the value of the deposits is $1.00 per carton, linear foot of open shelf files, container, disk pack or other deposit item. Customer acknowledges that it has declined to declare an excess valuation, for which an excess valuation fee would have been charged.

**LIMITATION OF LIABILITY.** The Company's liability, if any, for loss of or damage to part or all of the deposits shall be limited to $1.00 per carton, linear foot of open shelf files, container, disk pack or other deposit item.

| | | |
|---|---|---|
| Customer | Detroit Police Dept | IRON MOUNTAIN RECORDS MANAGEMENT, INC. |
| Name | W. Gram Rice | Name  MIKE SILVA. |
| Signature | William Rice | Signature |
| Title | Inspector | Title  GENERAL MANAGER. |
| Date | 11-29-00 | Date  12-04-00 |

CONTRACT EFFECTIVE DATE 11-29-00

WHITE - IRON MOUNTAIN CORPORATE    CANARY - CUSTOMER    PINK - IRON MOUNTAIN DISTRICT
PRISM International Form
IM-30   COPYRIGHT 2000 Iron Mountain Records Management, Inc.   REV 01/00

**PRISM**
INTERNATIONAL
Professional Records & Information Services Management
Formerly ACRC

# IRON MOUNTAIN STANDARD TERMS AND CONDITIONS

(Based upon Terms and Conditions Approved and Promulgated by the Association of Commercial Records Centers, Inc., March 1986, predecessor of Professional Records and Information Services Management)

The following terms and conditions shall apply to this Agreement.

1. Storage and Service Charges - All charges for storage and service under this Agreement shall be as specified in Schedule A attached hereto. Charges for storage shall remain fixed for the initial Term (as hereinafter defined) of this Agreement (excluding renewals) and charges for all other services may be changed at any time upon thirty (30) days' written notice, unless otherwise provided in Schedule A.

2. Term - The term of this Agreement shall commence on the date of Customer's signature or, if later, the Effective Date set forth on Schedule A. The Initial Term of this Agreement shall commence on the date as aforesaid and shall continue for one year thereafter. Unless otherwise provided in Schedule A, the term will continue with automatic renewals for additional successive one-year terms, unless written notice of non-renewal is delivered by either party to the other not less than thirty days prior to the expiration date. Terms and conditions will continue to apply after the expiration date until all stored materials are removed from Company's storage facility. During the term, Customer will store with the Company not less than 80 percent of the initial transfer balance of the stored materials, net of destructions undertaken in the normal course of business.

3. Access; Procedures; Force Majeure; Confidentiality
   A. Deposited material and information contained in said material may be delivered pursuant to direction of Customer's agent(s) identified in the Company's standard authorization form. Authority granted to any person on the Company's standard authorization forms shall constitute Customer's representation that the identified persons have full authority to order any service for or removal of Customer's material, and to deliver and receive such material. Such orders may be given in person, by telephone (including fax), by electronic messaging or in writing.

   B. Customer shall comply with the Company's reasonable operational requirements, as modified from time to time, regarding containers, delivery volumes, security, access and similar matters. Customer acknowledges that extraordinary volume or service requests, including permanent removals, may require the Company to incur additional costs, which Customer will pay at the Company's overtime rates, provided that the Company shall have advised the Customer in advance.

   C. The Company shall not be liable for delay or inability to perform caused by acts of God, governmental actions, labor unrest, unusual traffic delays or other causes beyond its control.

   D. The Company may comply with any subpoena or similar order related to the stored materials, provided that the Company notifies Customer promptly upon receipt thereof, unless such notice is prohibited by law. Customer shall pay Company's reasonable charges for such compliance.

   E. "Confidential Information" means any information (without regard to the medium on which such information may be recorded, whether written, visual, audio, graphic, computerized or otherwise) concerning or relating to the property, business and affairs of Customer. Unless such Confidential Information was previously known to the Company free of any obligation to keep it confidential, or subsequently made public by the Customer or by a third party having a legal right to make such disclosure, or was known to the Company prior to receipt of same from the Customer, it shall be held in confidence by the Company and shall be used only for the purposes provided for in this Agreement. The Company shall use the same degree of care to safeguard the Confidential Information of Customer as it utilizes to safeguard its own Confidential Information.

4. Liability & Limitation of Damages - The Company shall not be liable for any loss of or damage to stored material, however caused, unless such loss or damage resulted from the failure by the Company to exercise such care in regard thereto as a reasonably careful person would exercise under like circumstances, the Company is not liable for loss or damage which could not have been avoided by the exercise of such care. If liable, the amount of the Company's damage is limited as provided on the front page hereof. Deposited materials are not insured by the Company against loss or damage, however caused. Customer may insure deposits through third-party insurers for any amount, including amounts in excess of the limitation of liability. Customer shall cause its insurers to waive any right of subrogation against the Company. In no event shall the Company be liable for any consequential or incidental damages.

5. Notice of Claim and Filing of Suit
   A. Claims by Customer must be presented in writing to the Company within a reasonable time, and in no event longer than 60 days after delivery or return of the stored material to Customer or 60 days after Customer is notified by the Company that loss, damage or destruction to part or all of the stored material has occurred

   B. No action may be maintained in any court or action against the Company for loss, damage or destruction of stored material, unless timely written claim has been given as provided in Paragraph (A) of this section, and unless such action is commenced either within nine months after (i) the date of delivery or return by the Company or (ii) the date Customer is notified that loss, damage or destruction to part or all of stored material has occurred.

   C. When stored material has been lost, damaged or destroyed and has not been delivered or returned to Customer, notice thereof may be given by mailing a certified letter to Customer. In the event notice of loss, damage or destruction is given by certified letter, the time limitation for presentation of a claim and commencement of action or suit begins on the date of mailing of such notice by the Company.

6. Payment - Payment terms are net, thirty days. If Customer fails to pay the charges of the Company for a period of forty-five days after the date of the invoice, the Company may, after giving ten business days' notice by certified mail, at its option (a) redeliver the stored material to Customer at its address herein, or (b) refuse access to stored material. Customer shall be liable for the late charges of 1½% per annum, compounded monthly, and all expenses incurred in collecting charges which are in arrears, including reasonable attorneys' fees. If a Customer is consistently delinquent (defined as being late in the payment of any 3 or more invoices in a 12-month period) and upon the expiration or termination of this Agreement, the Company may require payment by certified check prior to delivery of stored materials. The Company shall have, and may exercise, all rights granted to warehousemen by the Uniform Commercial Code as adopted in the state where the deposits are stored, and the Company shall have such other rights and remedies as are provided by law. If Customer is in arrears on fees for a period of six months or longer, the Company may destroy the deposited materials ten business days after written notice by certified mail addressed to Customer's most recent address in the Company's records. In the event the Company takes any action pursuant to this Section, it shall have no liability to Customer or anyone claiming by or through Customer. Nothing herein shall preclude the Company from pursuing other remedies authorized by statute or otherwise. All charges for services rendered or to be rendered and storage fees through permanent removal, including account closure fees, shall be paid by Customer prior to delivery of Customer's records at expiration of the term.

7. Destruction of Data - Customer releases the Company from all liability by reason of the destruction of stored material pursuant to Customer's written direction.

8. Notices - Any notice made pursuant to this Agreement may be given or made in writing at the addresses set out on the front side hereof until written notice of a change of address has been received. Notices to Company shall be sent to the attention of its General Manager.

9. Ownership Warranty - Customer warrants that it is the owner or legal custodian of the stored material and has full authority to store said material and direct its disposition in accordance with the terms of this Agreement.

10. Indemnification - Customer agrees to fully indemnify and hold harmless the Company and its employees and agents for any liability, cost or expense (including litigation expenses and reasonable attorneys' fees) arising out of (i) the Company's possession of Customer's stored materials, (ii) Customer's breach of any terms or provisions of this Agreement, or (iii) the Company's relations with Customer or third parties pursuant to this Agreement, unless caused solely by the negligence or willful misconduct of the Company.

11. Restrictions on Stored Material; Customer Premises - Customer shall not, at any time, store with the Company material considered to be highly flammable, explosive, toxic, or otherwise dangerous or unsafe to store or handle, or any material which is regulated under any federal or state law or regulation relating to the environment or hazardous materials. Customer shall not store negotiable instruments, jewelry, check stock, ticket stock or other items which have intrinsic market value. All Customer's premises where the Company's employees perform services or make deliveries hereunder shall be free of all hazardous substances and any other hazardous or dangerous conditions.

12. Modification; Assignment - This Agreement binds the heirs, executors, successors and assigns of the respective parties and cannot be changed orally. This Agreement may not be assigned by Customer (other than to an affiliate which shall assume the obligations of its assignor by written instrument) without the written consent of Company, which shall not be unreasonably withheld or delayed.

13. Definitions; Miscellaneous
   A. Reference to the Company shall mean Iron Mountain Records Management, Inc. or its affiliate identified on Schedule A.

   B. Reference to "stored deposits" or "deposited material" shall include all documents, records or other material stored by the Company for Customer. All such deposited material delivered by Customer to the Company for storage during the term of this Agreement shall be subject to the terms and conditions hereof.

   C. This Agreement, together with the attached Schedule A, represents the entire agreement between the Company and Customer and may not be amended or modified without an Amendment to this Agreement signed by both the Company and the Customer. Any alternative or additional terms and conditions proposed by the Customer not expressly set forth in an Amendment to this Agreement signed by the Company are hereby rejected by the Company.

Copyright © 2000, Iron Mountain Records Management, Inc.

 IRON MOUNTAIN®

May 31, 2013

LINDA BUCHANAN
DETROIT FIRE DEPARTMENT
250 W. LARNED
DETROIT, MI 48226-4469

Dear Iron Mountain Customer,

Thank you for continuing to trust Iron Mountain with your information management needs. Enclosed please find your new Iron Mountain Pricing Schedule (Schedule A) which provides updated rates for Records Management storage and services, effective July 1, 2013.

Another useful source of information is our Customer Information Center website at http://cic.ironmountain.com/. This site is designed to provide clarity around our services and the billing practices associated with those services. It contains storage and service descriptions, a glossary of terms, and billing protocols such as how we determine billable cubic footage of non-standard cartons, which may be greater than physical carton size. This site is frequently updated with additional information of interest to our customers, so please bookmark it for easy reference.

We thank you for the business you entrust with us. If you have any questions or require additional information, please contact us at 1-800-934-3453.

Regards,

Kyle Smith
General Manager



# Iron Mountain Overview

Iron Mountain Incorporated (NYSE: IRM) provides information management services that help organizations lower the costs, risks and inefficiencies of managing their physical and digital data. The company's solutions enable customers to protect and better use their information — regardless of its format, location or lifecycle stage — so they can optimize their business and ensure proper recovery, compliance and discovery. Founded in 1951, Iron Mountain manages billions of information assets, including business records, electronic files, medical data, emails and more for organizations around the world. Visit www.ironmountain.com or follow the company on Twitter at www.twitter.com/IronMountain for more information.

## Solution Categories

Iron Mountain offers a comprehensive array of information management solutions that help companies reduce costs, risks and inefficiencies associated with managing their paper and digital data.

**INFORMATION GOVERNANCE AND DISCOVERY**



**DATA BACKUP AND RECOVERY**



—

**Information Governance and Discovery**
- Records Management
- Secure Shredding
- Federal Records Storage
- Compliant Records Management
- Compliant Information Destruction
- Health Information Services
- Medical Image Archiving
- Film and Sound Archives
- Fulfillment Services
- Energy Data Services

**Data Backup and Recovery**
- Offsite Tape Vaulting Services
- Online Vaulting Services, including:
  – Server Backup powered by Autonomy LiveVault
  – PC Backup powered by Autonomy Connected
- Data Restoration Services
- Consulting Services
- Value Added Services, including:
  – Disaster Recovery Testing
  – Library Moves
  – Media Destruction

**Document Process Efficiencies**
- Document Management Solutions
- Business Process Management

© 2013 Iron Mountain Incorporated. All Rights Reserved
EPW-11.3.9          (800) 899-IRON   |   **www.ironmountain.com**

DM382-3310



# Renewal Schedule A:
## PROGRAM PRICING SCHEDULE
### Records Management

This Records Management Pricing Schedule is incorporated into and made part of the Customer Agreement ("Agreement") between Iron Mountain Information Management, LLC., (the "Company" or "Iron Mountain") and DETROIT FIRE DEPARTMENT, (the "Customer").

Please see our Customer Information Center at cic.ironmountain.com for a Glossary with definitions of the terms used in this Pricing Schedule and more detail regarding our services, standard processes, and billing practices. In addition, restrictions apply to volume and/or stated timeframes for some service transaction types and these may be found in the Glossary under each service type.

This Records Management Pricing Schedule supersedes and terminates any prior Records Management Pricing Schedule and/or Schedule A existing between Iron Mountain and the Customer for the accounts noted below. All other Records Management services not specifically listed on this Schedule A will be charged at Iron Mountain's then current rates.

DETROIT FIRE DEPARTMENT
District Name/Number: Michigan / MI | DM382
Effective Date: July 1, 2013



## Pricing for Core Services

**STANDARD STORAGE AND SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Carton Storage | $0.324 | Cubic Foot |
| ■ Receiving and Entry - Carton | $2.06 | Cubic Foot |
| ■ Regular Retrieval - Carton | $2.67 | Cubic Foot |
| ■ Regular Retrieval - File from Carton | $3.58 | File |
| ■ Regular Refile - Carton | $2.67 | Cubic Foot |
| ■ Regular Refile - File to Carton | $3.58 | File |
| ■ Archival Destruction – Carton | $3.21 | CF plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - Carton | $4.01 | CF plus Regular Retrieval Charge |
| ■ Permanent Withdrawal – File from Carton | $1.93 | File plus Regular Retrieval Charge |
| ■ Open Shelf Storage | $1.061 | Linear Foot |
| ■ Open Shelf Storage - X-Ray | $1.586 | Linear Foot |
| ■ Receiving and Entry - Open Shelf File | $6.56 | Linear Foot |
| ■ Regular Retrieval - File from Open Shelf | $3.48 | File |
| ■ Regular Refile - File to Open Shelf | $3.48 | File |
| ■ Archival Destruction - Open Shelf | $3.21 | File plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - Open Shelf | $3.21 | File plus Regular Retrieval Charge |
| ■ Next Day Delivery | $25.36 | Visit plus Handling Charge |
| ■ Regular Pickup | $25.36 | Visit plus Handling Charge |
| ■ Handling Charge | $2.34 | Cubic Foot |

**PREMIUM STORAGE & SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Rush Retrieval - Carton | $6.64 | Cubic Foot |
| ■ Rush Retrieval - File from Carton | $8.83 | File |
| ■ Regular Interfile - Carton | $8.06 | Each |
| ■ Half Day Delivery | $58.18 | Visit plus Handling Charge |
| ■ Rush Delivery - Business Day | $116.36 | Visit plus Handling Charge |
| ■ Rush Delivery - Weekends/Holidays/After Hours | $232.73 | Visit plus Handling Charge |
| ■ Rush Pickup - Business Day | $116.36 | Visit plus Handling Charge |
| ■ Archival Destruction – File from Carton | $5.05 | File plus Regular Retrieval Charge |
| ■ Rush Retrieval - File from Open Shelf | $6.94 | File |
| ■ Regular Interfile - Open Shelf | $5.37 | Each |
| ■ Miscellaneous Services - Labor | $60.00 | Hour |
| ■ Re-Boxing Charge | $5.46 | Labor plus New Carton Cost |

*TBD: To be determined, call for quote*

© 2013 Iron Mountain Incorporated. All Rights Reserved
EPW-9.4.10          (800) 899-IRON    |    **www.ironmountain.com**
DM382-3310



| OTHER PROGRAM FEES (see http://cic.ironmountain.com/records/glossary for service definitions) | | |
|---|---|---|
| DESCRIPTION | EFFECTIVE PRICE | PER |
| ■ Fuel Surcharge | * | Transportation Visit |

*A Fuel Surcharge is applied monthly based upon changes in the price of diesel fuel as published by the US Department of Energy. This charge is calculated monthly and included as a percentage of transportation related service charges. The current monthly Fuel Surcharge information can be found at http://cic.ironmountain.com/FuelSurcharge.

## Custom Pricing

| CUSTOM STORAGE & SERVICES (see http://cic.ironmountain.com/records/glossary for service definitions) | | |
|---|---|---|
| DESCRIPTION | EFFECTIVE PRICE | PER |
| ■ Individual Listing | $0.66 | File |
| ■ Open Shelf Individual Listing | $0.66 | File |
| ■ Storage Minimum | $157.34 | Month |
| ■ Minimum Service Order Charge | $15.15 | Order |

Additional Services beyond those listed in this Pricing Schedule are available. For service descriptions, please go to Additional Services at cic.ironmountain.com/additionalservices.

*TBD: To be determined, call for quote*

**DETROIT POLICE DEPARTMENT**
**03141.0DM581**

| Transaction Date | Number | Class | | Original | | Interest Accrued | | Invoice Balance | | Total Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 28-Feb-13 | GSF6720 | Invoice | $ | 91.45 | $ | 3.66 | $ | 91.45 | $ | 95.11 |
| 28-Feb-13 | GSF6721 | Invoice | $ | 58.40 | $ | 2.34 | $ | 58.40 | $ | 60.74 |
| 30-Jun-13 | HGK9013 | Invoice | $ | 96.31 | $ | - | $ | 96.31 | $ | 96.31 |
| 30-Jun-13 | HGK9014 | Invoice | $ | 61.03 | $ | - | $ | 61.03 | $ | 61.03 |
| | **TOTAL PRE-PETITION** | | $ | **307.19** | $ | **5.99** | $ | **307.19** | $ | **313.18** |
| 31-Jul-13 | HLK5911 | Invoice | $ | 61.03 | $ | 10.38 | $ | 61.03 | $ | 71.41 |
| 31-Jul-13 | HLK5910 | Invoice | $ | 96.31 | $ | 16.37 | $ | 96.31 | $ | 112.68 |
| 31-Aug-13 | HMT9619 | Invoice | $ | 61.03 | $ | 9.76 | $ | 61.03 | $ | 70.79 |
| 31-Aug-13 | HMT9618 | Invoice | $ | 96.31 | $ | 15.41 | $ | 96.31 | $ | 111.72 |
| 31-Jan-14 | JZZ6437 | Invoice | $ | 157.34 | $ | 17.31 | $ | 157.34 | $ | 174.65 |
| 28-Feb-14 | KCE3334 | Invoice | $ | 157.34 | $ | 15.73 | $ | 157.34 | $ | 173.07 |
| 31-Mar-14 | KES0503 | Invoice | $ | 157.34 | $ | 14.16 | $ | 157.34 | $ | 171.50 |
| 30-Apr-14 | KHU3435 | Invoice | $ | 157.34 | $ | 12.59 | $ | 157.34 | $ | 169.93 |
| 31-May-14 | KKN1603 | Invoice | $ | 157.34 | $ | 11.01 | $ | 157.34 | $ | 168.35 |
| 31-Aug-14 | KSK1731 | Invoice | $ | 157.34 | $ | 6.29 | $ | 157.34 | $ | 163.63 |
| 30-Sep-14 | KUK7612 | Invoice | $ | 157.34 | $ | 4.72 | $ | 157.34 | $ | 162.06 |
| 31-Oct-14 | KWN8278 | Invoice | $ | 157.34 | $ | 3.15 | $ | 157.34 | $ | 160.49 |
| 30-Nov-14 | KYP9022 | Invoice | $ | 157.34 | $ | 1.57 | $ | 157.34 | $ | 158.91 |
| 31-Dec-14 | LAP3799 | Invoice | $ | 157.34 | $ | - | $ | 157.34 | $ | 157.34 |
| | **TOTAL POST-PETITION** | | $ | **1,888.08** | $ | **138.46** | $ | **1,888.08** | $ | **2,026.54** |

## AFFILIATE ASSIGNMENT
## TO
## RECORDS MANAGEMENT AND SERVICE AGREEMENT

**Detroit Police Department** *Agrees to store records at Iron Mountain Records Management, Inc. under the established contract with account number* **DM237** .

**CHOOSE ONE OF THE FOLLOWING OPTIONS:**

[X] *Iron Mountain shall provide, and Depositor agrees to accept, the same rates, services and terms/conditions as outlined in the existing agreement.*

[ ] *Iron Mountain shall provide, and Depositor agrees to accept, the same terms and conditions as outlined in the existing agreement. Storage and services will be performed by Iron Mountain in accordance with the rates listed in Schedule A dated attached to this agreement. To the extent that this Schedule A conflicts with any other document, the terms and conditions of this Schedule A shall prevail. The storage rate is /CF.*

*New Account's Company Name and Address:*

**Detroit Police Department**

**1300 Beaubien Street**

**Detroit, MI  48226**

**DM 581**

*IMRM Number Assigned to Depositor*

IRON MOUNTAIN RECORDS MGMT., INC.
1000 CAMPUS DRIVE
COLLEGEVILLE, PA  19426

*Lt. Angela James*    2-18-03
**Depositor Signature**    **Date**

ANGELA JAMES LT. /MSB

**Depositor Printed Name & Title**

*John Greskan*    2/19/03
**IMRM Signature**    **Date**

JOHN GRESKAN

**IMRM Printed Name & Title**



# IRON MOUNTAIN®
### The Leader in Records & Information Management

# RECORDS MANAGEMENT AND
# SERVICE AGREEMENT

| Customer | | | | Billing Address (If Different) | | |
|---|---|---|---|---|---|---|
| Detroit Police Department- Homicide Section | | | | | | |
| Street Address | | | | Street or Box No. | | |
| 1300 Beaubien | | | | | | |
| 5th Floor | | | | | | |
| City | State | Zip + 4 | | City | State | Zip + 4 |
| Detroit | Mich. | 48226 | | | | |
| Primary Contact and Title | | | | Billing Contact | | |
| William Rice   Inspector | | | | | | |
| Telephone | Fax | | | Telephone | Fax | |
| 313-596-2288 | 313-596-5112 | | | | | |

**FOR IRON MOUNTAIN USE ONLY**

| Customer Number | District Number |
|---|---|
| DM 237 | |
| Mailing Address of District | |
| | |

IRON MOUNTAIN (the "Company") hereby agrees to accept for storage and to service under its management system at IRON MOUNTAIN facilities such records material (deposits) as Customer requests. Customer agrees to pay the Company for storage and services according to the amounts and provisions specified in Schedule A (as amended from time to time); and Customer agrees that all services shall be provided subject to the terms and conditions below and on reverse hereof.

**VALUE OF DEPOSITS.** Customer declares, for the purpose of this Agreement, that the value of the deposits is $1.00 per carton, linear foot of open shelf files, container, disk pack or other deposit item. Customer acknowledges that it has declined to declare an excess valuation, for which an excess valuation fee would have been charged.

**LIMITATION OF LIABILITY.** The Company's liability, if any, for loss of or damage to part or all of the deposits shall be limited to $1.00 per carton, linear foot of open shelf files, container, disk pack or other deposit item.

Customer _Detroit Police Dept_

Name _William Rice_

Signature _William Rice_

Title _Inspector_

Date _11-29-00_

**IRON MOUNTAIN RECORDS MANAGEMENT, INC.**

Name _MIKE SILVA._

Signature _(signature)_

Title _GENERAL MANAGER_

Date _12-04-00_

CONTRACT EFFECTIVE DATE _11-29-00_

WHITE - IRON MOUNTAIN CORPORATE    CANARY - CUSTOMER    PINK - IRON MOUNTAIN DISTRICT
PRISM International Form
IM-30  COPYRIGHT 2000 Iron Mountain Records Management, Inc.  REV 01/00


PRISM INTERNATIONAL
Professional Records & Information Services Manage
Formerly /

# IRON MOUNTAIN STANDARD TERMS AND CONDITIONS

(Based upon Terms and Conditions Approved and Promulgated by the Association of Commercial Records Centers, Inc. March 1986, predecessor of Professional Records and Information Services Management)

The following terms and conditions shall apply to this Agreement.

1.  Storage and Service Charges - All charges for storage and service under this Agreement shall be as specified in Schedule A hereto. Charges for storage shall remain fixed for the Initial Term (as hereinafter defined) of this Agreement (excluding renewals) and charges for all other services may be changed at any time upon thirty (30) days' written notice, unless otherwise provided in Schedule A.

2.  Term - The term of this Agreement shall commence on the date of Customer's signature or, if later, the Effective Date set forth on Schedule A. The Initial Term of this Agreement shall commence on the date as aforesaid and shall continue for one year thereafter. Unless otherwise provided in Schedule A, the term will continue with automatic renewals for additional successive one-year terms, unless written notice of non-renewal is delivered by either party to the other not less than thirty days prior to the expiration date. Terms and conditions will continue to apply after the expiration date until all stored materials are removed from Company's storage facility. During the term, Customer will store with the Company not less than 80 percent of the Initial Term or all transfer balance of the stored materials, net of destructions undertaken in the normal course of business.

3.  Access; Procedures; Force Majeure; Confidentiality
    A. Deposited material and information contained in said material may be delivered pursuant to direction of Customer's agent(s) identified in the Company's standard authorization forms. Authority granted to any person on the Company's standard authorization forms shall constitute Customer's representation that the identified persons have full authority to order any service for or removal of Customer's material, and to deliver and receive such material. Such orders may be given in person, by telephone (including fax), by electronic messaging or in writing.

    B. Customer shall comply with the Company's reasonable operational requirements, as modified from time to time, regarding containers, delivery volumes, security, access and similar matters. Customer acknowledges that extraordinary volume or service requests, including permanent removals, may require the Company to incur additional costs, which Customer will pay at the Company's overtime rates, provided that the Company shall have advised the Customer in advance.

    C. The Company shall not be liable for delay or inability to perform caused by acts of God, governmental actions, labor unrest, unusual traffic delays or other causes beyond its control.

    D. The Company may comply with any subpoena or similar order related to the stored materials, provided that the Company notifies Customer promptly upon receipt thereof, unless such notice is prohibited by law. Customer shall pay Company's reasonable charges for such compliance.

    E. "Confidential Information" means any information (without regard to the medium on which such information may be recorded, whether written, visual, audio, graphic, computerized or otherwise) concerning or relating to the property, business and affairs of Customer. Unless such Confidential Information was previously known to the Company free of any obligation to keep it confidential, is subsequently made public by the Customer or by a third party having a legal right to make such disclosure, or was known to the Company prior to receipt of same from the Customer, it shall be held in confidence by the Company and shall be used only for the purposes provided for in this Agreement. The Company shall use the same degree of care to safeguard the Confidential Information of Customer as it utilizes to safeguard its own Confidential Information.

4.  Liability & Limitation of Damages - The Company shall not be liable for any loss of or damage to stored material, however caused, unless such loss or damage resulted from the failure by the Company to exercise such care in regard thereto as a reasonably careful person would exercise under like circumstances; the Company is not liable for loss or damage which could not have been avoided by the exercise of such care. If liable, the amount of the Company's damage is limited as provided on the front page hereof. Deposited materials are not insured by the Company against loss or damage, however caused. Customer may insure deposits through third-party insurers for any amount, including amounts in excess of the limitation of liability. Customer shall cause its insurers of stored materials to waive any right of subrogation against the Company. In no event shall the Company be liable for any consequential or incidental damages.

5.  Notice of Claim and Filing of Suit
    A. Claims by Customer must be presented in writing to the Company within a reasonable time, and in no event longer than 60 days after delivery or return of the stored material and in no event longer than 60 days after Customer is notified by the Company that loss, damage or destruction to part or all of the stored material has occurred.

    B. No action may be maintained by Customer or others against the Company for loss, damage or destruction of stored material, unless timely written claim has been given as provided in Paragraph (A) of this section, and unless such action is commenced either within nine months after (i) the date of delivery or return by the Company or (ii) the date Customer is notified that loss, damage or destruction to part or all of stored material has occurred.

    C. When stored material has been lost, damaged or destroyed and has not been delivered or returned to Customer, notice thereof may be given by mailing a certified letter to Customer. In the event notice of loss, damage or destruction is given by certified letter, the time limitation for presentation of a claim and commencement of action or suit begins on the date of mailing of such notice by the Company.

6.  Payment – Payment terms are net, thirty days. If Customer fails to pay the charges of the Company for a period of forty-five days after the date of the invoice, the Company may, after giving ten business days' notice by certified mail, at its option (a) redeliver the stored material to Customer at its address herein, or (b) refuse access to stored material. Customer shall be liable for the late charges at the rate of 15% per annum, compounded monthly, and all expenses incurred in collecting charges which are in arrears, including reasonable attorneys' fees. If a Customer is consistently delinquent (defined as being late in the payment of any 3 or more invoices in a 12-month period) and upon the expiration or termination of this Agreement, the Company may require payment by certified check prior to delivery of stored materials. The Company shall have, and may exercise, all rights granted to warehousemen by the Uniform Commercial Code as adopted in the state where the deposits are stored, and the Company shall have such other rights and remedies as may be provided by law. If Customer is in arrears on fees for a period of six months or longer, the Company may destroy the deposited materials ten business days after written notice by certified mail addressed to Customer's most recent address in the Company's records. In the event the Company takes any actions pursuant to this Section, it shall have no liability to Customer or anyone claiming by or through Customer. Nothing herein shall preclude the Company from pursuing other remedies authorized by statute or otherwise. All charges for services rendered or to be rendered and storage fees through permanent removal, including account closure fees, shall be paid by Customer prior to delivery of Customer's records at expiration of the term.

7.  Destruction of Data - Customer releases the Company from all liability by reason of the destruction of stored material pursuant to Customer's written direction.

8.  Notices - Any notice made pursuant to this Agreement may be given or made in writing at the addresses set out on the front side hereof until written notice of a change of address has been received. Notices to Company shall be sent to the attention of its General Manager.

9.  Ownership Warranty - Customer warrants that it is the owner or legal custodian of the stored material and has full authority to store said material and direct its disposition in accordance with the terms of this Agreement.

10. Indemnification - Customer agrees to fully indemnify and hold harmless the Company and its employees and agents for any liability, cost or expense (including litigation expenses and reasonable attorneys' fees) arising out of (i) the Company's possession of Customer's stored materials, (ii) Customer's breach of any terms or provisions of this Agreement, or (iii) the Company's relations with Customer or third parties pursuant to this Agreement, unless caused solely by the negligence or willful misconduct of the Company.

11. Restrictions on Stored Material; Customer Premises - Customer shall not, at any time, store with the Company material considered to be highly flammable, explosive, toxic, or otherwise dangerous or unsafe to store or handle, or any material which is regulated under any federal or state law or regulation relating to the environment or hazardous materials. Customer shall not store negotiable instruments, jewelry, check stock, ticket stock or other items which have intrinsic market value. All Customer's premises where the Company's employees perform services or make deliveries hereunder shall be free of all hazardous substances and any other hazardous or dangerous conditions.

12. Modification; Assignment - This Agreement binds the heirs, executors, successors and assigns of the respective parties and cannot be changed orally. This Agreement may not be assigned by Customer (other than to an affiliate which shall assume the obligation of its assignor by written instrument) without the written consent of Company, which shall not be unreasonably withheld or delayed.

13. Definitions; Miscellaneous
    A. Reference to the Company shall mean Iron Mountain Records Management, Inc. or its affiliate identified on Schedule A.

    B. Reference to "stored deposits" or "deposited material" shall include all documents, records or other material stored by the Company for Customer. All such deposited material delivered by Customer to the Company for storage during the term of this Agreement shall be subject to the terms and conditions hereof.

    C. This Agreement, together with the attached Schedule A, represents the entire agreement between the Company and Customer and may not be amended or modified without an Amendment to this Agreement signed by both the Company and the Customer. Any alternative or additional terms and conditions proposed by the Customer not expressly set forth in an Amendment to this Agreement signed by the Company are hereby rejected by the Company.

Copyright © 2000, Iron Mountain Records Management, Inc.


IRON MOUNTAIN®

May 31, 2013

ANGELA JAMES
DETROIT POLICE DEPARTMENT
1300 BEAUBIEN
DETROIT, MI 48226-2388

Dear Iron Mountain Customer,

Thank you for continuing to trust Iron Mountain with your information management needs.
Enclosed please find your new Iron Mountain Pricing Schedule (Schedule A) which provides
updated rates for Records Management storage and services, effective July 1, 2013.

Another useful source of information is our Customer Information Center website at
http://**cic.ironmountain.com**/. This site is designed to provide clarity around our services and
the billing practices associated with those services. It contains storage and service
descriptions, a glossary of terms, and billing protocols such as how we determine billable cubic
footage of non-standard cartons, which may be greater than physical carton size. This site is
frequently updated with additional information of interest to our customers, so please bookmark
it for easy reference.

We thank you for the business you entrust with us. If you have any questions or require
additional information, please contact us at 1-800-934-3453.

Regards,

Kyle Smith
General Manager



# Iron Mountain Overview

Iron Mountain Incorporated (NYSE: IRM) provides information management services that help organizations lower the costs, risks and inefficiencies of managing their physical and digital data. The company's solutions enable customers to protect and better use their information — regardless of its format, location or lifecycle stage — so they can optimize their business and ensure proper recovery, compliance and discovery. Founded in 1951, Iron Mountain manages billions of information assets, including business records, electronic files, medical data, emails and more for organizations around the world. Visit www.ironmountain.com or follow the company on Twitter at www.twitter.com/IronMountain for more information.

## Solution Categories

Iron Mountain offers a comprehensive array of information management solutions that help companies reduce costs, risks and inefficiencies associated with managing their paper and digital data.

**INFORMATION GOVERNANCE AND DISCOVERY**



**DATA BACKUP AND RECOVERY**



**Information Governance and Discovery**
- Records Management
- Secure Shredding
- Federal Records Storage
- Compliant Records Management
- Compliant Information Destruction
- Health Information Services
- Medical Image Archiving
- Film and Sound Archives
- Fulfillment Services
- Energy Data Services

**Data Backup and Recovery**
- Offsite Tape Vaulting Services
- Online Vaulting Services, including:
  - Server Backup powered by Autonomy LiveVault
  - PC Backup powered by Autonomy Connected
- Data Restoration Services
- Consulting Services
- Value Added Services, including:
  - Disaster Recovery Testing
  - Library Moves
  - Media Destruction

**Document Process Efficiencies**
- Document Management Solutions
- Business Process Management

DM581-3318



# Renewal Schedule A:
## PROGRAM PRICING SCHEDULE
### Records Management

This Records Management Pricing Schedule is incorporated into and made part of the
Customer Agreement ("Agreement") between Iron Mountain Information Management, LLC.,
(the "Company" or "Iron Mountain") and DETROIT POLICE DEPARTMENT, (the "Customer").

Please see our Customer Information Center at cic.ironmountain.com for a Glossary with
definitions of the terms used in this Pricing Schedule and more detail regarding our services,
standard processes, and billing practices. In addition, restrictions apply to volume and/or stated
timeframes for some service transaction types and these may be found in the Glossary under
each service type.

This Records Management Pricing Schedule supersedes and terminates any prior Records
Management Pricing Schedule and/or Schedule A existing between Iron Mountain and the
Customer for the accounts noted below. All other Records Management services not
specifically listed on this Schedule A will be charged at Iron Mountain's then current rates.

**DETROIT POLICE DEPARTMENT**
District Name/Number: Michigan / MI | DM581
Effective Date: July 1, 2013



## Pricing for Core Services

**STANDARD STORAGE AND SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Carton Storage | $0.324 | Cubic Foot |
| ■ Receiving and Entry - Carton | $2.06 | Cubic Foot |
| ■ Regular Retrieval - Carton | $2.67 | Cubic Foot |
| ■ Regular Retrieval - File from Carton | $3.58 | File |
| ■ Regular Refile - Carton | $2.67 | Cubic Foot |
| ■ Regular Refile - File to Carton | $3.58 | File |
| ■ Archival Destruction – Carton | $3.21 | CF plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - Carton | $4.01 | CF plus Regular Retrieval Charge |
| ■ Permanent Withdrawal – File from Carton | $1.93 | File plus Regular Retrieval Charge |
| ■ Open Shelf Storage | $1.061 | Linear Foot |
| ■ Open Shelf Storage - X-Ray | $1.586 | Linear Foot |
| ■ Receiving and Entry - Open Shelf File | $6.56 | Linear Foot |
| ■ Regular Retrieval - File from Open Shelf | $3.48 | File |
| ■ Regular Refile - File to Open Shelf | $3.48 | File |
| ■ Archival Destruction - Open Shelf | $3.21 | File plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - Open Shelf | $3.21 | File plus Regular Retrieval Charge |
| ■ Next Day Delivery | $25.36 | Visit plus Handling Charge |
| ■ Regular Pickup | $25.36 | Visit plus Handling Charge |
| ■ Handling Charge | $2.34 | Cubic Foot |

**PREMIUM STORAGE & SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Rush Retrieval - Carton | $6.64 | Cubic Foot |
| ■ Rush Retrieval - File from Carton | $8.83 | File |
| ■ Regular Interfile - Carton | $8.06 | Each |
| ■ Half Day Delivery | $58.18 | Visit plus Handling Charge |
| ■ Rush Delivery - Business Day | $116.36 | Visit plus Handling Charge |
| ■ Rush Delivery - Weekends/Holidays/After Hours | $232.73 | Visit plus Handling Charge |
| ■ Rush Pickup - Business Day | $116.36 | Visit plus Handling Charge |
| ■ Archival Destruction – File from Carton | $5.05 | File plus Regular Retrieval Charge |
| ■ Rush Retrieval - File from Open Shelf | $6.94 | File |
| ■ Regular Interfile - Open Shelf | $5.37 | Each |
| ■ Miscellaneous Services - Labor | $60.00 | Hour |
| ■ Re-Boxing Charge | $5.46 | Labor plus New Carton Cost |

*TBD: To be determined, call for quote*

 © 2013 Iron Mountain Incorporated. All Rights Reserved EPW-9.4.10 (800) 899-IRON | **www.ironmountain.com**
DM581-3318

13-53846-tjt   Doc 9106-5   Filed 01/26/15   Entered 01/26/15 15:23:40   Page 25 of 34



**OTHER PROGRAM FEES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Fuel Surcharge | * | Transportation Visit |

*A Fuel Surcharge is applied monthly based upon changes in the price of diesel fuel as published by the US Department of Energy. This charge is calculated monthly and included as a percentage of transportation related service charges. The current monthly Fuel Surcharge information can be found at http://cic.ironmountain.com/FuelSurcharge.

## Custom Pricing

**CUSTOM STORAGE & SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Individual Listing | $0.66 | File |
| ■ Open Shelf Individual Listing | $0.66 | File |
| ■ Storage Minimum | $157.34 | Month |
| ■ Minimum Service Order Charge | $15.15 | Order |

Additional Services beyond those listed in this Pricing Schedule are available. For service descriptions, please go to Additional Services at cic.ironmountain.com/additionalservices.

*TBD: To be determined, call for quote*

**DETROIT MUNICIPAL PARKING DEPT.**
**03141.0DM384**

| Transaction Date | Number | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| 31-Aug-12 | FUF9191 | Invoice | $ 149.85 | $ 14.99 | $ 149.85 | $ 164.84 |
| 31-Jan-13 | GMN4413 | Invoice | $ 149.85 | $ 7.49 | $ 149.85 | $ 157.34 |
| 28-Feb-13 | GSF6335 | Invoice | $ 149.85 | $ 5.99 | $ 149.85 | $ 155.84 |
| 31-Mar-13 | GUV4612 | Invoice | $ 149.85 | $ 4.50 | $ 149.85 | $ 154.35 |
| 30-Apr-13 | GZT6916 | Invoice | $ 149.85 | $ 3.00 | $ 149.85 | $ 152.85 |
| | **TOTAL PRE-PETITION** | | **$ 749.25** | **$ 35.96** | **$ 749.25** | **$ 785.21** |
| 31-May-14 | KKN1491 | Invoice | $ 157.34 | $ 11.01 | $ 157.34 | $ 168.35 |
| 30-Jun-14 | KLX2243 | Invoice | $ 157.34 | $ 9.44 | $ 157.34 | $ 166.78 |
| 31-Jul-14 | KNU9129 | Invoice | $ 157.34 | $ 7.87 | $ 157.34 | $ 165.21 |
| 31-Aug-14 | KSJ8527 | Invoice | $ 157.34 | $ 6.29 | $ 157.34 | $ 163.63 |
| 30-Sep-14 | KUK5724 | Invoice | $ 157.34 | $ 4.72 | $ 157.34 | $ 162.06 |
| 31-Oct-14 | KWN2824 | Invoice | $ 157.34 | $ 3.15 | $ 157.34 | $ 160.49 |
| 30-Nov-14 | KYP5003 | Invoice | $ 157.34 | $ 1.57 | $ 157.34 | $ 158.91 |
| 31-Dec-14 | LAN8732 | Invoice | $ 157.34 | $ - | $ 157.34 | $ 157.34 |
| | **TOTAL POST-PETITION** | | **$ 1,258.72** | **$ 44.06** | **$ 1,258.72** | **$ 1,302.78** |

*AFFILIATE ASSIGNMENT*
*TO*
*RECORDS MANAGEMENT AND SERVICE AGREEMENT*

Detroit Municipal Parking Department
_____ *Agrees to store records at Iron Records*
*Management, Inc. under the established contract with account number* __DM 237__ .

*CHOOSE ONE OF THE FOLLOWING OPTIONS:*

[X] *Iron Mountain shall provide, and Depositor agrees to accept, the same rates, services and terms/conditions as outlined in the existing agreement.*

[ ] *Iron Mountain shall provide, and Depositor agrees to accept, the same terms and conditions as outlined in the existing agreement. Storage and services will be performed by Iron Mountain in accordance with the rates listed in Schedule A dated _____ attached to this agreement. To the extent that this Schedule A conflicts with any other document, the terms and conditions of this Schedule A shall prevail. The storage rate is _____ /CF.*

*New Account's Company Name and Address:*

City of Detroit Municipal Parking Dept.
c/o Data Consulting Group
716 Griswold, Suite # 1700

Detroit, Michigan 48226

*IRON MOUNTAIN RECORDS MGMT., INC.*
*1000 CAMPUS DRIVE*
*COLLEGEVILLE, PA 19426*

*IMRM Number Assigned to Depositor*

DM 384

| | |
|---|---|
| *Depositor Signature* | *Date* 1/29/02 |

*Depositor Printed Name & Title*
Gary Gray, Executive Vice President

| | |
|---|---|
| *IMRM Signature* John S. Gresham | *Date* 2/21/02 |

*IMRM Printed Name & Title*
JOHN S. GRESHAM General Manager



# RECORDS MANAGEMENT AND
# SERVICE AGREEMENT

| Customer | | | | Billing Address (If Different) | | |
|---|---|---|---|---|---|---|
| Detroit Police Department- Homicide Section | | | | | | |
| Street Address | | | | Street or Box No. | | |
| 1300 Beaubien | | | | | | |
| 5th Floor | | | | | | |
| City | State | Zip + 4 | | City | State | Zip + 4 |
| Detroit | Mich. | 48226 | | | | |
| Primary Contact and Title | | | | Billing Contact | | |
| William Rice    Inspector | | | | | | |
| Telephone | Fax | | | Telephone | Fax | |
| 313-596-2288 | 313-596-5112 | | | | | |

| FOR IRON MOUNTAIN USE ONLY | |
|---|---|
| Customer Number | District Number |
| DM 237 | |
| Mailing Address of District | |
| | |

IRON MOUNTAIN (the "Company") hereby agrees to accept for storage and to service under its management system at IRON MOUNTAIN facilities such records material (deposits) as Customer requests. Customer agrees to pay the Company for storage and services according to the amounts and provisions specified in Schedule A (as amended from time to time); and Customer agrees that all services shall be provided subject to the terms and conditions below and on reverse hereof.

    **VALUE OF DEPOSITS.** Customer declares, for the purpose of this Agreement, that the value of the deposits is $1.00 per carton, linear foot of open shelf files, container, disk pack or other deposit item. Customer acknowledges that it has declined to declare an excess valuation, for which an excess valuation fee would have been charged.

    **LIMITATION OF LIABILITY. The Company's liability, if any, for loss of or damage to part or all of the deposits shall be limited to $1.00 per carton, linear foot of open shelf files, container, disk pack or other deposit item.**

| Customer | Detroit Police Dept | **IRON MOUNTAIN RECORDS MANAGEMENT, INC.** | |
|---|---|---|---|
| Name | William Rice | Name | Mike Silva. |
| Signature | William Rice. | Signature | |
| Title | Inspector | Title | General Manager. |
| Date | 11-29-00 | Date | 12-04-00 |

CONTRACT EFFECTIVE DATE 11-29-00

WHITE - IRON MOUNTAIN CORPORATE    CANARY - CUSTOMER    PINK - IRON MOUNTAIN DISTRICT
PRISM International Form
IM-30  COPYRIGHT 2000 Iron Mountain Records Management, Inc.  REV 01/00

**PRISM**
INTERNATIONAL
Professional Records & Information Services Management
Formerly ACRC

# IRON MOUNTAIN STANDARD TERMS AND CONDITIONS

(Based upon Terms and Conditions Approved and Promulgated by the Association of Commercial Records Centers, Inc., March 1986, predecessor of Professional Records and Information Services Management)

The following terms and conditions shall apply to this Agreement.

1. Storage and Service Charges - All charges for storage and service under this Agreement shall be as specified in Schedule A attached hereto. Charges for storage shall remain fixed for the Initial Term (as hereinafter defined) of this Agreement (excluding renewals) and charges for all other services may be changed at any time upon thirty (30) days' written notice, unless otherwise provided in Schedule A.

2. Term - The term of this Agreement shall commence on the date of Customer's signature or, if later, the Effective Date set forth on Schedule A. The Initial Term of this Agreement shall commence on the date as aforesaid and shall continue for one year thereafter. Unless otherwise provided in Schedule A, the term will continue with automatic renewals for additional successive one-year terms, unless written notice of non-renewal is delivered by either party to the other not less than thirty days prior to the expiration date. Terms and conditions will continue to apply after the expiration date until all stored materials are removed from Customer's storage facility. During the term, Customer will store with the Company not less than 80 percent of the initial transfer balance of the stored materials, net of destructions undertaken in the normal course of business.

3. Access; Procedures; Force Majeure; Confidentiality
   A. Deposited material and information contained in said material may be delivered pursuant to direction of Customer's agent(s) identified in the Company's standard authorization forms. Authority granted to any person on the Company's standard authorization forms shall constitute Customer's representation that the identified person have full authority to order any service for or removal of Customer's material, and to deliver and receive such material. Such orders may be given in person, by telephone (including fax), by electronic messaging or in writing.

   D. Customer shall comply with the Company's reasonable operational requirements, as modified from time to time, regarding containers, delivery volumes, security, access and similar matters. Customer acknowledges that extraordinary volume or service requests, including permanent removals, may require the Company to incur additional costs, which Customer will pay at the Company's overtime rates, provided that the Company shall have advised the Customer in advance.

   C. The Company shall not be liable for delay or inability to perform caused by acts of God, governmental actions, labor unrest, unusual traffic delays or other causes beyond its control.

   D. The Company may comply with any subpoena or similar order related to the stored materials, provided that the Company notifies Customer promptly upon receipt thereof, unless such notice is prohibited by law. Customer shall pay Company's reasonable charges for such compliance.

   E. "Confidential Information" means any information (without regard to the medium on which such information may be recorded, whether written, visual, audio, graphic, computerized or otherwise) concerning or relating to the property, business and affairs of Customer. Unless such Confidential Information was previously known to the Company free of any obligation to keep it confidential, is subsequently made public by the Customer or by a third party having a legal right to make such disclosure, or was known to the Company prior to receipt of same from the Customer, it shall be held in confidence by the Company and shall be used only for the purposes provided for in this Agreement. The Company shall use the same degree of care to safeguard the Confidential Information of Customer as it utilizes to safeguard its own Confidential Information.

4. Liability & Limitation of Damages - The Company shall not be liable for any loss of or damage to stored material, however caused, unless such loss or damage resulted from the failure by the Company to exercise such care in regard thereto as a reasonably careful person would exercise under like circumstances, the Company is not liable for loss or damage which could not have been avoided by the exercise of such care. If liable, the amount of the Company's damage is limited as provided on the front page hereof. Deposited materials are not insured by the Company against loss or damage, however caused. Customer may insure deposits through third-party insurers for any amount, including amounts in excess of the limitation of liability. Customer shall cause its insurers of stored materials to waive any right of subrogation against the Company. In no event shall the Company be liable for any consequential or incidental damages.

5. Notice of Claim and Filing of Suit
   A. Claims by Customer must be presented in writing to the Company within a reasonable time, and in no event longer than 60 days after delivery or return of the stored material or 60 days after Customer is notified by the Company that loss, damage or destruction in part or all of the stored material has occurred.

   B. No action may be maintained by Customer or others against the Company for loss, damage or destruction of stored material, unless timely written claim has been given as provided in Paragraph (A) of this section, and unless such action is commenced either within nine months after (i) the date of delivery or return by the Company or (ii) the date Customer is notified that loss, damage or destruction to part or all of stored material has occurred.

   C. When stored material has been lost, damaged or destroyed and has not been delivered or returned to Customer, notice thereof may be given by mailing a certified letter to Customer. In the event notice of loss, damage or destruction is given by certified letter, the time limitation for presentation of a claim and commencement of action or suit begins on the date of mailing of such notice by the Company.

6. Payment - Payment terms are net, thirty days. If Customer fails to pay the charges of the Company for a period of forty-five days after the date of the invoice, the Company may, after giving ten business days' notice by certified mail, at its option (a) sell/over the stored material to Customer at its address herein, or (b) refuse access to stored material. Customer shall be liable for the late charges at the rate of 15% per annum, compounded monthly, and all expenses incurred in collecting charges which are in arrears, including reasonable attorneys' fees. If a Customer is consistently delinquent (defined as being late in the payment of any 3 or more invoices in a 12-month period) and upon the expiration or termination of this Agreement, the Company may require payment by certified check prior to delivery of stored materials. The Company shall have, and may exercise, all rights granted to warehousemen by the Uniform Commercial Code as adopted in the state where the deposits are stored, and the Company shall have such other rights and remedies as may be provided by law. If Customer is in arrears on fees for a period of six months or longer, the Company may destroy the deposited materials ten business days after written notice by certified mail addressed to Customer's most recent address in the Company's records. In the event Company takes any actions pursuant to this Section, it shall have no liability to Customer or anyone claiming by or through Customer. Nothing herein shall preclude the Company from pursuing other remedies authorized by statute or otherwise. All charges for services rendered or to be rendered and storage fees through permanent removal, including account closure fees, shall be paid by Customer prior to delivery of Customer's records at expiration of the term.

7. Destruction of Data - Customer releases the Company from all liability by reason of the destruction of stored material pursuant to Customer's written direction.

8. Notices - Any notice made pursuant to this Agreement may be given or made in writing at the addresses set out on the front side hereof until written notice of a change of address has been received. Notices to Company shall be sent to the attention of its General Manager.

9. Ownership Warranty - Customer warrants that it is the owner or legal custodian of the stored material and has full authority to store said material and direct its disposition in accordance with the terms of this Agreement.

10. Indemnification - Customer agrees to fully indemnify and hold harmless the Company and its employees and agents for any liability, cost or expense (including litigation expenses and reasonable attorneys' fees) arising out of (i) the Company's possession of Customer's stored materials, (ii) Customer's breach of any terms or provisions of this Agreement, or (iii) the Company's relations with Customer or third parties pursuant to this Agreement, unless caused solely by the negligence or willful misconduct of the Company.

11. Restrictions on Stored Material; Customer Premises - Customer shall not, at any time, store with the Company material considered to be highly flammable, explosive, toxic, or otherwise dangerous or unsafe to store or handle, or any material which is regulated under any federal or state law or regulation relating to the environment or hazardous materials. Customer shall not store negotiable instruments, jewelry, check stock, ticket stock or other items which have intrinsic market value. All Customer's premises where the Company's employees perform services or make deliveries hereunder shall be free of all hazardous substances and any other hazardous or dangerous conditions.

12. Modification; Assignment - This Agreement binds the heirs, executors, successors and assigns of the respective parties and cannot be changed orally. This Agreement may not be assigned by Customer (other than to an affiliate which shall assume the obligations of its assignor by written instrument) without the written consent of Company, which shall not be unreasonably withheld or delayed.

13. Definitions; Miscellaneous
    A. Reference to the Company shall mean Iron Mountain Records Management, Inc. or its affiliate identified on Schedule A.

    B. Reference to the "stored deposits" or "deposited material" shall include all documents, records or other material stored by Customer. All such deposited material delivered by Customer to the Company for storage during the term of this Agreement shall be subject to the terms and conditions hereof.

    C. This Agreement, together with the attached Schedule A, represents the entire agreement between the Company and Customer and may not be amended or modified without an Amendment to this Agreement signed by both the Company and the Customer. Any alternative or additional terms and conditions proposed by the Customer not expressly set forth in an Amendment to this Agreement signed by the Company are hereby rejected by the Company.

Copyright © 2000, Iron Mountain Records Management, Inc.

 IRON MOUNTAIN®

May 31, 2013

SIMEON OHAKPO
DETROIT MUNICIPAL PARKING DEPT.
1600 W LAFAYETTE BLVD
DETROIT, MI 48216-1928

Dear Iron Mountain Customer,

Thank you for continuing to trust Iron Mountain with your information management needs. Enclosed please find your new Iron Mountain Pricing Schedule (Schedule A) which provides updated rates for Records Management storage and services, effective July 1, 2013.

Another useful source of information is our Customer Information Center website at http://cic.ironmountain.com/. This site is designed to provide clarity around our services and the billing practices associated with those services. It contains storage and service descriptions, a glossary of terms, and billing protocols such as how we determine billable cubic footage of non-standard cartons, which may be greater than physical carton size. This site is frequently updated with additional information of interest to our customers, so please bookmark it for easy reference.

We thank you for the business you entrust with us. If you have any questions or require additional information, please contact us at 1-800-934-3453.

Regards,

Kyle Smith
General Manager



# Iron Mountain Overview

Iron Mountain Incorporated (NYSE: IRM) provides information management services that help organizations lower the costs, risks and inefficiencies of managing their physical and digital data. The company's solutions enable customers to protect and better use their information — regardless of its format, location or lifecycle stage — so they can optimize their business and ensure proper recovery, compliance and discovery. Founded in 1951, Iron Mountain manages billions of information assets, including business records, electronic files, medical data, emails and more for organizations around the world. Visit www.ironmountain.com or follow the company on Twitter at www.twitter.com/IronMountain for more information.

## Solution Categories

Iron Mountain offers a comprehensive array of information management solutions that help companies reduce costs, risks and inefficiencies associated with managing their paper and digital data.

**INFORMATION GOVERNANCE AND DISCOVERY**



**DATA BACKUP AND RECOVERY**



**Information Governance and Discovery**
- Records Management
- Secure Shredding
- Federal Records Storage
- Compliant Records Management
- Compliant Information Destruction
- Health Information Services
- Medical Image Archiving
- Film and Sound Archives
- Fulfillment Services
- Energy Data Services

**Data Backup and Recovery**
- Offsite Tape Vaulting Services
- Online Vaulting Services, Including:
  - Server Backup powered by Autonomy LiveVault
  - PC Backup powered by Autonomy Connected
- Data Restoration Services
- Consulting Services
- Value Added Services, Including:
  - Disaster Recovery Testing
  - Library Moves
  - Media Destruction

**Document Process Efficiencies**
- Document Management Solutions
- Business Process Management



# Renewal Schedule A:
## PROGRAM PRICING SCHEDULE
### Records Management

This Records Management Pricing Schedule is incorporated into and made part of the Customer Agreement ("Agreement") between Iron Mountain Information Management, LLC., (the "Company" or "Iron Mountain") and DETROIT MUNICIPAL PARKING DEPT., (the "Customer").

Please see our Customer Information Center at cic.ironmountain.com for a Glossary with definitions of the terms used in this Pricing Schedule and more detail regarding our services, standard processes, and billing practices. In addition, restrictions apply to volume and/or stated timeframes for some service transaction types and these may be found in the Glossary under each service type.

This Records Management Pricing Schedule supersedes and terminates any prior Records Management Pricing Schedule and/or Schedule A existing between Iron Mountain and the Customer for the accounts noted below. All other Records Management services not specifically listed on this Schedule A will be charged at Iron Mountain's then current rates.

DETROIT MUNICIPAL PARKING DEPT.
District Name/Number: Michigan / MI  |  DM384
Effective Date: July 1, 2013



## Pricing for Core Services

**STANDARD STORAGE AND SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Carton Storage | $0.324 | Cubic Foot |
| ■ Receiving and Entry - Carton | $2.06 | Cubic Foot |
| ■ Regular Retrieval - Carton | $2.67 | Cubic Foot |
| ■ Regular Retrieval - File from Carton | $3.58 | File |
| ■ Regular Refile - Carton | $2.67 | Cubic Foot |
| ■ Regular Refile - File to Carton | $3.58 | File |
| ■ Archival Destruction – Carton | $3.21 | CF plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - Carton | $4.01 | CF plus Regular Retrieval Charge |
| ■ Permanent Withdrawal – File from Carton | $1.93 | File plus Regular Retrieval Charge |
| ■ Open Shelf Storage | $1.061 | Linear Foot |
| ■ Open Shelf Storage - X-Ray | $1.586 | Linear Foot |
| ■ Receiving and Entry - Open Shelf File | $6.56 | Linear Foot |
| ■ Regular Retrieval - File from Open Shelf | $3.48 | File |
| ■ Regular Refile - File to Open Shelf | $3.48 | File |
| ■ Archival Destruction - Open Shelf | $3.21 | File plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - Open Shelf | $3.21 | File plus Regular Retrieval Charge |
| ■ Next Day Delivery | $25.36 | Visit plus Handling Charge |
| ■ Regular Pickup | $25.36 | Visit plus Handling Charge |
| ■ Handling Charge | $2.34 | Cubic Foot |

**PREMIUM STORAGE & SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Rush Retrieval - Carton | $6.64 | Cubic Foot |
| ■ Rush Retrieval - File from Carton | $8.83 | File |
| ■ Regular Interfile - Carton | $8.06 | Each |
| ■ Half Day Delivery | $58.18 | Visit plus Handling Charge |
| ■ Rush Delivery - Business Day | $116.36 | Visit plus Handling Charge |
| ■ Rush Delivery - Weekends/Holidays/After Hours | $232.73 | Visit plus Handling Charge |
| ■ Rush Pickup - Business Day | $116.36 | Visit plus Handling Charge |
| ■ Archival Destruction – File from Carton | $5.05 | File plus Regular Retrieval Charge |
| ■ Rush Retrieval - File from Open Shelf | $6.94 | File |
| ■ Regular Interfile - Open Shelf | $5.37 | Each |
| ■ Miscellaneous Services - Labor | $60.00 | Hour |
| ■ Re-Boxing Charge | $5.46 | Labor plus New Carton Cost |

*TBD: To be determined, call for quote*

13-53846-tjt   Doc 9106-5   Filed 01/26/15   Entered 01/26/15 15:23:40   Page 34 of 34