

| OTHER PROGRAM FEES (see http://cic.ironmountain.com/records/glossary for service definitions) | | |
|---|---|---|
| DESCRIPTION | EFFECTIVE PRICE | PER |
| ■ Fuel Surcharge | * | Transportation Visit |

\*A Fuel Surcharge is applied monthly based upon changes in the price of diesel fuel as published by the US Department of Energy. This charge is calculated monthly and included as a percentage of transportation related service charges. The current monthly Fuel Surcharge information can be found at http://cic.ironmountain.com/FuelSurcharge.

## Custom Pricing

| CUSTOM STORAGE & SERVICES (see http://cic.ironmountain.com/records/glossary for service definitions) | | |
|---|---|---|
| DESCRIPTION | EFFECTIVE PRICE | PER |
| ■ Individual Listing | $0.66 | File |
| ■ Open Shelf Individual Listing | $0.66 | File |
| ■ Storage Minimum | $157.34 | Month |
| ■ Minimum Service Order Charge | $15.15 | Order |

Additional Services beyond those listed in this Pricing Schedule are available. For service descriptions, please go to Additional Services at cic.ironmountain.com/additionalservices.

*TBD: To be determined, call for quote*

© 2013 Iron Mountain Incorporated. All Rights Reserved
EPW-9.4.10      (800) 899-IRON  |  **www.ironmountain.com**
DM384-3311

13-53846-tjt   Doc 9106-6   Filed 01/26/15   Entered 01/26/15 15:23:40   Page 1 of 34

**CITY OF DETROIT**
**03141.0DT443**

| Transaction Date | Number | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| 31-Oct-08 | NR18230 | Invoice | $ 105.00 | $ 72.19 | $ 105.00 | $ 177.19 |
| 30-Nov-09 | BBN1601 | Invoice | $ 125.00 | $ 65.63 | $ 125.00 | $ 190.63 |
| 31-Dec-09 | BFY7000 | Invoice | $ 125.00 | $ 64.06 | $ 125.00 | $ 189.06 |
| 31-Jan-10 | BJZ6936 | Invoice | $ 125.00 | $ 62.50 | $ 125.00 | $ 187.50 |
| 28-Feb-10 | BNE0015 | Invoice | $ 125.00 | $ 54.69 | $ 125.00 | $ 179.69 |
| 30-Jun-10 | CBT2563 | Invoice | $ 131.00 | $ 45.85 | $ 131.00 | $ 176.85 |
| 31-Jul-12 | FPH7547 | Invoice | $ 149.85 | $ 16.48 | $ 149.85 | $ 166.33 |
| 31-Aug-12 | FUG4388 | Invoice | $ 149.85 | $ 14.99 | $ 149.85 | $ 164.84 |
| 30-Sep-12 | FXK7720 | Invoice | $ 149.85 | $ 13.49 | $ 149.85 | $ 163.34 |
| 31-Oct-12 | GAA4647 | Invoice | $ 149.85 | $ 11.99 | $ 149.85 | $ 161.84 |
| 30-Nov-12 | GDX4627 | Invoice | $ 149.85 | $ 10.49 | $ 149.85 | $ 160.34 |
| 31-Dec-12 | GHP3205 | Invoice | $ 149.85 | $ 8.99 | $ 149.85 | $ 158.84 |
| 31-Jan-13 | GMN9558 | Invoice | $ 166.21 | $ 8.31 | $ 166.21 | $ 174.52 |
| 28-Feb-13 | GSG1508 | Invoice | $ 167.71 | $ 6.71 | $ 167.71 | $ 174.42 |
| 31-Mar-13 | GUV9786 | Invoice | $ 169.21 | $ 5.08 | $ 169.21 | $ 174.29 |
| 30-Apr-13 | GZU2082 | Invoice | $ 170.71 | $ 3.41 | $ 170.71 | $ 174.12 |
| 31-May-13 | HDD3615 | Invoice | $ 172.21 | $ 1.72 | $ 172.21 | $ 173.93 |
| 30-Jun-13 | HGL3747 | Invoice | $ 179.70 | $ - | $ 179.70 | $ 179.70 |
| | **TOTAL PRE-PETITION** | | **$ 2,660.85** | **$ 466.57** | **$ 2,660.85** | **$ 3,127.42** |
| 31-Jul-13 | HLL0620 | Invoice | $ 181.20 | $ 30.80 | $ 181.20 | $ 212.00 |
| 31-Aug-13 | HMU4334 | Invoice | $ 182.77 | $ 29.24 | $ 182.77 | $ 212.01 |
| 30-Sep-13 | HTR6256 | Invoice | $ 158.91 | $ 23.84 | $ 158.91 | $ 182.75 |
| 31-Oct-13 | HXL7697 | Invoice | $ 160.48 | $ 22.47 | $ 160.48 | $ 182.95 |
| 30-Nov-13 | JAP8423 | Invoice | $ 162.05 | $ 21.07 | $ 162.05 | $ 183.12 |
| 31-Dec-13 | JXA7999 | Invoice | $ 163.62 | $ 19.63 | $ 163.62 | $ 183.25 |
| 31-Jan-14 | JZZ8962 | Invoice | $ 165.19 | $ 18.17 | $ 165.19 | $ 183.36 |
| 28-Feb-14 | KCE5823 | Invoice | $ 166.76 | $ 16.68 | $ 166.76 | $ 183.44 |
| 31-Mar-14 | KES2904 | Invoice | $ 168.33 | $ 15.15 | $ 168.33 | $ 183.48 |
| 30-Apr-14 | KHU5793 | Invoice | $ 169.90 | $ 1.00 | $ 12.56 | $ 13.56 |
| 31-May-14 | KKN3485 | Invoice | $ 171.47 | $ 12.00 | $ 171.47 | $ 183.47 |
| 30-Jun-14 | KLY5246 | Invoice | $ 179.33 | $ 0.94 | $ 15.70 | $ 16.64 |
| 31-Jul-14 | KNX7141 | Invoice | $ 180.90 | $ 9.05 | $ 180.90 | $ 189.95 |
| 31-Aug-14 | KSM9128 | Invoice | $ 182.54 | $ 7.30 | $ 182.54 | $ 189.84 |
| 30-Sep-14 | KUN9922 | Invoice | $ 184.18 | $ 5.53 | $ 184.18 | $ 189.71 |
| 31-Oct-14 | KWT4882 | Invoice | $ 185.82 | $ 3.72 | $ 185.82 | $ 189.54 |
| 30-Nov-14 | KYV0330 | Invoice | $ 187.46 | $ 1.87 | $ 187.46 | $ 189.33 |
| 31-Dec-14 | LAU6213 | Invoice | $ 189.10 | $ - | $ 189.10 | $ 189.10 |
| | **TOTAL POST-PETITION** | | **$ 3,140.01** | **$ 238.46** | **$ 2,819.04** | **$ 3,057.50** |



## CUSTOMER AGREEMENT

### IRON MOUNTAIN INFORMATION MANAGEMENT, INC.

**Address of Iron Mountain Branch/District Office:**

N/A

| FOR IRON MOUNTAIN PURPOSES ONLY | |
|---|---|
| Account Number: **DT443** | NAICS Code: |
| Branch/District Cost Ctr. No.: | |

**Contract Effective Date:**     Signing Date below

| CUSTOMER: **City Of Detroit** | BILLING ADDRESS (If Different): |
|---|---|
| Street Address: **526 City County Building** | Street or Box No.: |

| City: **Detroit** | State: **MI** | Zip + 4: **48226** | City: | State: | Zip + 4: |
|---|---|---|---|---|---|

**Primary Contact and Title:**     | **Billing Contact:**

| Telephone:   Fax: | Telephone:   Fax: |
|---|---|
| E-mail: | E-mail: |

Iron Mountain Information Management, Inc. ("Iron Mountain") will store deposits and perform records management services at Iron Mountain facilities as Customer requests. Customer will pay Iron Mountain for such services according to the amounts currently in effect for Customer's account(s) (as amended from time to time). All services will be provided subject to the terms and conditions below and on the reverse hereof. In order to keep Customer apprised of Iron Mountain's service offerings, new regulations that may be potentially of interest to customers and similar information, Iron Mountain will, if an e-mail address is included above, add Customer to Iron Mountain's informational mailing list to receive newsletters and communications periodically through e-mail, electronic transmission or postal delivery. Upon Customer's receipt of the first such communication, in the event Customer elects not to receive subsequent newsletters and communications from Iron Mountain, Customer may "unsubscribe."

**VALUE OF DEPOSITS.** Customer declares, for the purposes of this Agreement, that (a) with respect to hard-copy records, microfilm and microfiche stored pursuant to this Agreement, the value of such stored items is $1.00 per carton, linear foot of open-shelf files, container or other hard-copy storage unit, and (b) with respect to round reel tape, audio tape, video tape, film, data cartridges or data cassettes or other non-paper media stored pursuant to this Agreement, the value of such stored items is limited to the cost of replacing the physical media. Customer acknowledges that it has declined to declare an excess valuation, for which an excess valuation fee would have been charged.

**LIMITATION OF LIABILITY.** Iron Mountain's liability, if any, for loss or destruction of, or damage to, materials stored with Iron Mountain ("Deposits") is limited to the value of each Deposit as described above, or as otherwise set forth herein. Iron Mountain reserves the right to provide replacement of media for which liability is limited to replacement cost rather than payment of replacement cost. Iron Mountain's maximum liability with respect to services not related to storage is the amount paid by Customer for a discrete project or, if the loss is related to service of an ongoing and continuing nature, six months of fees paid by Customer for such service. Other limitations on Iron Mountain's and/or Customer's liability are set forth on the following pages.

| CUSTOMER: | IRON MOUNTAIN: |
|---|---|
| Individual Signing: [print name]   CHARLES DODD | Individual Signing: [print name]   Jim Tiley |
| Signature: | Signature: |
| Title:   Deputy Director | Title:   Director, Contracts Administration |
| Signing Date:   12/8/2009 | Signing Date:   11/25/2009 |

### CORPORATE COPY
**Iron Mountain**
**Contracts Department**
**1000 Campus Drive**
**Collegeville, PA 19426**

# BASIC TERMS AND CONDITIONS
### (Based on terms and conditions promulgated by Professional Records & Information Services Management)

The following terms and conditions shall apply to this Agreement.

1. **Term.** The term of this Agreement shall commence on the date of Customer's signature or, if later, the Effective Date set forth on the first page of this Agreement. The initial term of this Agreement shall continue for one year after commencement, unless otherwise set forth in a Schedule. Unless otherwise provided in a Schedule, upon expiration of the initial term, the term will continue with automatic renewals for additional one (1) year terms, unless written notice of non-renewal is delivered by either party to the other not less than thirty (30) days prior to the expiration date. In the event that Iron Mountain continues to hold Deposits after the expiration or termination of this Agreement, the terms of this Agreement shall continue to apply until all Deposits have been removed from Iron Mountain's facility, except that Iron Mountain may adjust rates upon thirty (30) days' written notice.

2. **Charges.** All rates and charges shall be in accordance with the amounts currently in Customer's account(s) (as amended from time to time). Transportation surcharges apply and change monthly without notice in accordance with the fuel surcharge policy, which may be found at http://eig.ironmountain.com

3. **Principal Provider.** The charges for the services set forth in the Schedules are predicated upon the expectation that Customer will utilize Iron Mountain as its primary third-party provider of such services. In the event that Customer does not so utilize Iron Mountain's services, Iron Mountain reserves the right to adjust rates and charges to standard list rates and charges.

4. **Authorization; Customer Instructions.** Iron Mountain will perform services pursuant to direction of Customer's agent(s) identified pursuant to Iron Mountain's standards. Authority granted to any persons on standard authorization forms shall constitute Customer's representation that the identified persons have full authority to order any service for, or disposal or removal of, Customer's Deposits. Such orders may be given in person, by telephone or in writing (fax, electronically or hard-copy).

5. **Operational Procedures.** Customer shall comply with Iron Mountain's reasonable operational requirements, as modified from time to time, regarding containers, density/pickup volumes, preparation for pickup, security, access and similar matters. Customer acknowledges that volume requests that exceed one hundred twenty-five percent (125%) of normal volume may require Iron Mountain to incur additional costs, which Customer will pay at Iron Mountain's overtime rates, provided that Iron Mountain shall have advised Customer thereof in advance.

6. **Force Majeure.** In no event shall either party be liable for delay or inability to perform caused by acts of God, governmental actions, labor unrest, acts of terrorism, riots, unusual traffic delays or other causes beyond its reasonable control.

7. **Governmental Orders.** Iron Mountain is authorized to comply with any subpoena or similar order related to the Deposits, provided that Iron Mountain notifies Customer promptly upon receipt thereof, unless such notice is prohibited by law. Customer shall pay Iron Mountain's applicable charges set forth in a Schedule(s) for such compliance. Iron Mountain will cooperate with Customer's efforts to quash or limit any subpoena, at Customer's expense. Customer acknowledges that its shipments may be subject to inspection while in transit by federal, state or local government entities ("Government Inspectors"), and Customer authorizes Iron Mountain to fully cooperate with such inspections. Iron Mountain shall bear no responsibility for loss or damage to Deposits, or containers housing Deposits, caused by Government Inspectors.

8. **Confidentiality.** "Confidential Information" means (i) any information concerning or relating to the property, business and affairs of the party disclosing such information that is furnished to the receiving party, and (ii) this Agreement and its Schedules, except for information that was previously known to the receiving party free of any obligation to keep it confidential, is subsequently made public by the disclosing party or is disclosed by a third party having a legal right to make such disclosure. All Confidential Information shall be held in confidence by the receiving party and shall be used only in the manner contemplated by this Agreement. Iron Mountain shall not obtain any rights of any sort in or to the Confidential Information contained in Deposits. Iron Mountain shall implement and maintain reasonable safeguards designed to protect Customer's Confidential Information.

9. **Liability in Event of Loss of Deposits.** Iron Mountain shall not be liable for any loss or destruction of, or damage to, Deposits, however caused, unless such loss or damage resulted from the failure by Iron Mountain to exercise such care as a reasonably careful person would exercise under like circumstances; Iron Mountain is not liable for loss or damage which could not have been avoided by the exercise of such care. If liable, the amount of Iron Mountain's liability is limited as provided on the first page hereof. Deposits are not insured by Iron Mountain against loss or damage, however caused. Customer may insure Deposits through third-party insurers for any amount, including amounts in excess of the agreed value set forth above. Customer shall cause its insurers of Deposits to waive any right of subrogation against Iron Mountain. If Deposits are placed in the custody of a third-party carrier for transportation, the carrier shall be solely responsible for any loss or destruction of, or damage to, such Deposits while in the custody of the carrier.

10. **Liability for Non-Storage Services.** With respect to services not related to the storage of Deposits, Iron Mountain shall not be liable for any loss or default unless such loss or default is due to the negligence of Iron Mountain. If liable, the amount of Iron Mountain's liability is limited as provided on the first page hereof.

11. **No Consequential Damages, etc.** In no event shall either party be liable for any consequential, incidental, special or punitive damages, or for loss of profits or loss of data, regardless of whether an action is brought in tort, contract or under any other theory.

12. **Destruction of Deposits.** Customer releases Iron Mountain from all liability by reason of the destruction of Deposits pursuant to Customer's written authorization. Unless Customer specifically identifies in writing that a Deposit does not contain consumer information (as defined in 16 CFR Section 682.1) or personal data, Deposits will be destroyed by shredding (except that media may be destroyed by pulverization or incineration). Services will be performed at the rates set forth in a Schedule.

13. **No Product Warranty.** Iron Mountain hereby assigns to Customer any manufacturers' warranties applicable to any products sold by Iron Mountain pursuant to this Agreement. Iron Mountain provides no warranties related to products sold. WITH RESPECT TO PRODUCTS SOLD BY IRON MOUNTAIN TO CUSTOMER, IRON MOUNTAIN MAKES NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

14. **Notice of Claims.** Claims by Customer must be presented in writing within a reasonable time, and in no event longer than ninety (90) days after delivery or return of the Deposits to Customer or ninety (90) days after Customer is notified of loss, damage or destruction in part or all of the Deposits.

15. **Filing of Actions.** No action may be maintained against Iron Mountain for loss, damage or destruction of Deposits, unless timely written notice has been given as provided in Section 14, and unless such action is commenced within the earlier of one (1) year after: (i) the date of delivery or return of the Deposits, or (ii) the date Customer is notified of the loss, damage or destruction.

16. **Notice of Loss.** When Deposits have been lost, damaged or destroyed, notice thereof may be given by mailing a letter via U.S. mail to Customer, and the time limitation for presentation of a claim and commencement of action or suit begins on the date of Customer's receipt of such notice.

17. **Payment; Late Fees, etc.** Payment terms are net, thirty (30) days. Customer shall be liable for late charges at the rate equal to the lesser of one percent (1%) per month or the highest rate legally permitted in the state where Customer is located, calculated from the date payment was due until the date payment is made together with all expenses incurred in collection, including reasonable attorneys' fees and expenses. If Customer is consistently delinquent (defined as being late in the payment of any three [3] or more undisputed invoices in a 12-month period) and/or upon the expiration or termination of this Agreement, Iron Mountain may require payment by certified check prior to performance of services, including delivery of Deposits.

18. **Customer Default.** If Customer fails to pay Iron Mountain's charges (other than disputed charges) within forty-five (45) days after the date of an invoice, Iron Mountain may, at its option: (a) suspend service, or (b) terminate this Agreement. Upon termination for Customer's default, Iron Mountain may securely destroy Deposits upon ninety (90) days' notice to Customer; Customer shall pay Iron Mountain's standard price for such secure destruction. A final notice will be sent to Customer ten (10) days prior to secure destruction of the Deposits. Iron Mountain shall have other rights and remedies as may be provided by law. In the event Iron Mountain takes any actions pursuant to this Section, it shall have no liability to Customer or anyone claiming by or through Customer.

19. **Ownership Warranty.** Customer warrants that it is the owner or legal custodian of the Deposits and has full authority to store the Deposits and direct their disposition in accordance with this Agreement. Customer shall reimburse Iron Mountain for any expenses reasonably incurred by Iron Mountain (including reasonable legal fees) by reason of (i) Iron Mountain's compliance with the instructions of Customer in the event of a dispute concerning the ownership, custody or disposition of Deposits, or (ii) any representation by Customer in this Agreement being untrue or incorrect.

20. **Restrictions on Material; Customer Premises.** Customer shall not store with Iron Mountain nor deliver for shredding any material that is highly flammable, explosive, hazardous, toxic, radioactive, medical waste, organic material that may attract vermin or insects, or otherwise dangerous or unsafe to store or handle, or any material that is regulated under any federal or state law or regulation relating to the environment or hazardous materials. Customer warrants that it shall only place paper-based materials in the shredding bins. Customer shall indemnify Iron Mountain for damage to equipment or injury to personnel resulting from Customer's breach of this warranty. Customer shall not store negotiable instruments, jewelry, check stock or other items that have intrinsic value. Customer's premises where Iron Mountain employees perform services or make deliveries hereunder shall be free of hazardous substances and hazardous or dangerous conditions.

21. **Software License.** If access to or use of Iron Mountain inventory management software and computer programs (the "Software") is provided hereunder in connection with the services, Iron Mountain hereby grants Customer a limited, nonexclusive license to use the Software solely in conjunction with records storage services provided by Iron Mountain during the term of this Agreement. Customer acknowledges that all Software and the inventory management system comprised of the Software belongs to Iron Mountain. During the term of this Agreement, Iron Mountain shall have the exclusive right to use Deposit inventory information (including metadata) to provide records management services to Customer; upon expiration of this Agreement, Iron Mountain shall have the right to use such inventory information for administrative purposes. Iron Mountain's obligation to protect the confidentiality of such information shall survive the termination or expiration of this Agreement.

22. **Purchase Orders.** In the event that Customer issues a purchase order to Iron Mountain covering the services provided under this Agreement, any terms and conditions set forth in the purchase order which are in addition to or establish conflicting terms and conditions to those set forth in this Agreement are expressly rejected by Iron Mountain.

23. **Non-Custodial Status.** Unless Iron Mountain shall have explicitly agreed in writing, Iron Mountain's performance of services shall not cause Iron Mountain to be deemed a "custodian" of the records or "designee" of Customer with respect to such records, or have any other liability under state or federal law with respect to such records.

24. **ITAR/EAR Compliance.** Customer represents that none of the Deposits stored by Iron Mountain pursuant to this Agreement require protection from access by foreign persons because they contain technical information regarding defense articles or defense services within the meaning of the International Traffic in Arms Regulations (22 CFR 120) or technical data within the meaning of the Export Administration Regulations (15 CFR 730-774). If any of Customer's Deposits do contain any such information, Customer shall notify Iron Mountain of the specific Deposits that contain such information and acknowledge that special storage and service rates shall apply thereto.

25. **Miscellaneous.** This Agreement binds the successors and assigns of the respective parties and cannot be changed orally. This Agreement may not be assigned by either party (other than to an affiliate which shall assume the obligations of its assignor by written instrument) without the written consent of the other party, which shall not be unreasonably withheld or delayed. Any notice made pursuant to this Agreement may be given in writing to the addresses set out on the first page hereof until written notice of a change of address has been received. Notices to Iron Mountain shall be sent to the attention of its General Manager at such address. Iron Mountain shall have, and may exercise, all rights granted to warehousemen by the Uniform Commercial Code as adopted in the state where the Deposits are stored. In the event of inconsistency between these printed Basic Terms and Conditions and the terms of a Schedule, the Schedule shall prevail as to the services covered thereby.

13-53846-tjt   Doc 9106-6   Filed 01/26/15   Entered 01/26/15 15:23:40   Page 4 of 34

 IRON MOUNTAIN®

May 30, 2014

CASSANDRA TAYLOR
CITY OF DETROIT
313 CITY COUNTY BUILDING
DETROIT, MI 48226-3452

Dear Iron Mountain Customer,

Thank you for continuing to trust Iron Mountain with your information management needs. Enclosed please find your new Iron Mountain Pricing Schedule (Schedule A) which provides updated rates for Records Management storage and services, effective July 1, 2014.

Another useful source of information is our Customer Information Center website at http://**cic.ironmountain.com**/. This site is designed to provide clarity around our services and the billing practices associated with those services. It contains storage and service descriptions, a glossary of terms, and billing protocols such as how we determine billable cubic footage of non-standard cartons, which may be greater than physical carton size. This site is frequently updated with additional information of interest to our customers, so please bookmark it for easy reference.

We thank you for the business you entrust with us. If you have any questions or require additional information, please contact us at 1-800-934-3453.

Regards,

Kyle Smith
District Manager



# Iron Mountain Overview

Iron Mountain Incorporated (NYSE: IRM) provides information management services that help organizations lower the costs, risks and inefficiencies of managing their physical and digital data. The company's solutions enable customers to protect and better use their information — regardless of its format, location or lifecycle stage — so they can optimize their business and ensure proper recovery, compliance and discovery. Founded in 1951, Iron Mountain manages billions of information assets, including business records, electronic files, medical data, emails and more for organizations around the world. Visit www.ironmountain.com or follow the company on Twitter at www.twitter.com/IronMountain for more information.

## Solution Categories

Iron Mountain offers a comprehensive array of information management solutions that help companies reduce costs, risks and inefficiencies associated with managing their paper and digital data.

**INFORMATION GOVERNANCE AND DISCOVERY**



**DATA BACKUP AND RECOVERY**



**Information Governance and Discovery**
- Records Management
- Secure Shredding
- Federal Records Storage
- Compliant Records Management
- Compliant Information Destruction
- Health Information Services
- Medical Image Archiving
- Film and Sound Archives
- Fulfillment Services
- Energy Data Services

**Data Backup and Recovery**
- Offsite Tape Vaulting Services
- Online Vaulting Services, including:
  - Server Backup powered by Autonomy LiveVault
  - PC Backup powered by Autonomy Connected
- Data Restoration Services
- Consulting Services
- Value Added Services, including:
  - Disaster Recovery Testing
  - Library Moves
  - Media Destruction

**Document Process Efficiencies**
- Document Management Solutions
- Business Process Management

1 | © 2014 Iron Mountain Incorporated. All Rights Reserved    EPW-11.3.9    (800) 899-IRON | www.ironmountain.com

DT443-9479
13-53846-tjt   Doc 9106-6   Filed 01/26/15   Entered 01/26/15 15:23:40   Page 6 of 34



# Renewal Schedule A:
## PROGRAM PRICING SCHEDULE
### Records Management

This Records Management Pricing Schedule is incorporated into and made part of the Customer Agreement ("Agreement") between Iron Mountain Information Management, LLC., (the "Company" or "Iron Mountain") and CITY OF DETROIT, (the "Customer").

Please see our Customer Information Center at cic.ironmountain.com for a Glossary with definitions of the terms used in this Pricing Schedule and more detail regarding our services, standard processes, and billing practices. In addition, restrictions apply to volume and/or stated timeframes for some service transaction types and these may be found in the Glossary under each service type.

This Records Management Pricing Schedule supersedes and terminates any prior Records Management Pricing Schedule and/or Schedule A existing between Iron Mountain and the Customer for the accounts noted below. All other Records Management services not specifically listed on this Schedule A will be charged at Iron Mountain's then current rates.

CITY OF DETROIT
District Name/Number: Michigan / MI  |  DT443
Effective Date: July 1, 2014



## Pricing for Core Services

**STANDARD STORAGE AND SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Carton Storage | $0.424 | Cubic Foot |
| ■ Receiving and Entry - Carton | $2.60 | Cubic Foot |
| ■ Regular Retrieval - Carton | $3.36 | Cubic Foot |
| ■ Regular Retrieval - File from Carton | $4.51 | File |
| ■ Regular Refile - Carton | $3.36 | Cubic Foot |
| ■ Regular Refile - File to Carton | $4.51 | File |
| ■ Archival Destruction – Carton | $4.08 | CF plus Regular Retrieval Charge |
| ■ Open Shelf Storage | $1.103 | Linear Foot |
| ■ Open Shelf Storage - X-Ray | $1.649 | Linear Foot |
| ■ Receiving and Entry - Open Shelf File | $6.82 | Linear Foot |
| ■ Regular Retrieval - File from Open Shelf | $3.62 | File |
| ■ Regular Refile - File to Open Shelf | $3.62 | File |
| ■ Archival Destruction - Open Shelf | $3.34 | File plus Regular Retrieval Charge |
| ■ Next Day Delivery | $31.97 | Visit plus Handling Charge |
| ■ Regular Pickup | $31.97 | Visit plus Handling Charge |
| ■ Handling Charge | $2.95 | Cubic Foot |

**PREMIUM STORAGE & SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Rush Retrieval - Carton | $6.91 | Cubic Foot |
| ■ Rush Retrieval - File from Carton | $9.18 | File |
| ■ Regular Interfile - Carton | $8.38 | Each |
| ■ Half Day Delivery | $61.09 | Visit plus Handling Charge |
| ■ Rush Delivery - Business Day | $121.01 | Visit plus Handling Charge |
| ■ Rush Delivery - Weekends/Holidays/After Hours | $242.04 | Visit plus Handling Charge |
| ■ Rush Pickup - Business Day | $121.01 | Visit plus Handling Charge |
| ■ Archival Destruction – File from Carton | $5.25 | File plus Regular Retrieval Charge |
| ■ Rush Retrieval - File from Open Shelf | $7.22 | File |
| ■ Regular Interfile - Open Shelf | $5.58 | Each |
| ■ Miscellaneous Services - Labor | $62.40 | Hour |
| ■ Re-Boxing Charge | $5.75 | Labor plus New Carton Cost |

*TBD: To be determined, call for quote*

© 2014 Iron Mountain Incorporated. All Rights Reserved
EPW-9.4.10    (800) 899-IRON  |  **www.ironmountain.com**

DT443-9479

13-53846-tjt    Doc 9106-6    Filed 01/26/15    Entered 01/26/15 15:23:40    Page 8 of 34



## Custom Pricing

**CUSTOM STORAGE & SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Individual Listing | $0.69 | File |
| ■ Open Shelf Individual Listing | $0.69 | File |
| ■ Storage Minimum | $163.63 | Month |
| ■ Minimum Service Order Charge | $15.76 | Order |
| ■ Permanent Withdrawal - Carton | $5.08 | CF plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - File from Carton | $2.70 | File plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - Open Shelf | $3.46 | File plus Regular Retrieval Charge |

Additional Services beyond those listed in this Pricing Schedule are available. For service descriptions, please go to Additional Services at cic.ironmountain.com/additionalservices.

*TBD: To be determined, call for quote*

© 2014 Iron Mountain Incorporated. All Rights Reserved
EPW-9.4.10    (800) 899-IRON | **www.ironmountain.com**
DT443-9479

CITY OF DETROIT-DPW
03141.0DM387

| Transaction Date | Number | Class | | Original | | Interest Accrued | | Invoice Balance | | Total Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 31-Mar-08 | LJ66596 | Invoice | $ | 100.00 | $ | 63.00 | $ | 100.00 | $ | 163.00 |
| 30-Apr-08 | LT96694 | Invoice | $ | 100.00 | $ | 77.50 | $ | 100.00 | $ | 177.50 |
| 31-May-08 | MA04011 | Invoice | $ | 99.07 | $ | 75.54 | $ | 99.07 | $ | 174.61 |
| 31-Jul-08 | MS38488 | Invoice | $ | 99.07 | $ | 73.06 | $ | 99.07 | $ | 172.13 |
| 31-Aug-08 | MY04181 | Invoice | $ | 124.19 | $ | 90.04 | $ | 124.19 | $ | 214.23 |
| 30-Sep-08 | NF18453 | Invoice | $ | 131.10 | $ | 93.41 | $ | 131.10 | $ | 224.51 |
| 31-Oct-08 | NR14101 | Invoice | $ | 131.10 | $ | 91.77 | $ | 131.10 | $ | 222.87 |
| 30-Nov-08 | NU90908 | Invoice | $ | 131.10 | $ | 90.13 | $ | 131.10 | $ | 221.23 |
| 31-Dec-08 | NZ88867 | Invoice | $ | 131.10 | $ | 88.49 | $ | 131.10 | $ | 219.59 |
| 31-Jan-09 | PL57744 | Invoice | $ | 131.10 | $ | 86.85 | $ | 131.10 | $ | 217.95 |
| 28-Feb-09 | PV42267 | Invoice | $ | 131.10 | $ | 85.22 | $ | 131.10 | $ | 216.32 |
| 31-Mar-09 | AAJ7517 | Invoice | $ | 131.10 | $ | 83.58 | $ | 131.10 | $ | 214.68 |
| 30-Apr-09 | ADM3920 | Invoice | $ | 131.10 | $ | 81.94 | $ | 131.10 | $ | 213.04 |
| 31-May-09 | AHL7742 | Invoice | $ | 131.10 | $ | 80.30 | $ | 131.10 | $ | 211.40 |
| 31-Jul-09 | APZ2499 | Invoice | $ | 150.12 | $ | 17.59 | $ | 29.94 | $ | 47.53 |
| 31-Aug-09 | ATM2170 | Invoice | $ | 150.12 | $ | 86.32 | $ | 150.12 | $ | 236.44 |
| 30-Sep-09 | AWS2915 | Invoice | $ | 150.12 | $ | 84.44 | $ | 150.12 | $ | 234.56 |
| 31-Oct-09 | AZY1123 | Invoice | $ | 150.12 | $ | 82.57 | $ | 150.12 | $ | 232.69 |
| 30-Nov-09 | BBM7258 | Invoice | $ | 150.12 | $ | 80.69 | $ | 150.12 | $ | 230.81 |
| 31-Dec-09 | BFY2641 | Invoice | $ | 150.12 | $ | 78.81 | $ | 150.12 | $ | 228.93 |
| 31-Jan-10 | BJZ2487 | Invoice | $ | 150.12 | $ | 76.94 | $ | 150.12 | $ | 227.06 |
| 28-Feb-10 | BND5533 | Invoice | $ | 125.00 | $ | 62.50 | $ | 125.00 | $ | 187.50 |
| 31-Mar-10 | BSC5562 | Invoice | $ | 125.00 | $ | 60.94 | $ | 125.00 | $ | 185.94 |
| 30-Apr-10 | BUY8786 | Invoice | $ | 125.00 | $ | 59.38 | $ | 125.00 | $ | 184.38 |
| 31-May-10 | BYP5934 | Invoice | $ | 125.00 | $ | 57.81 | $ | 125.00 | $ | 182.81 |
| 30-Apr-11 | DMB5321 | Invoice | $ | 131.00 | $ | 23.85 | $ | 91.72 | $ | 115.57 |
| 31-May-11 | DRH0322 | Invoice | $ | 131.00 | $ | 32.75 | $ | 131.00 | $ | 163.75 |
| 30-Jun-11 | DSV5397 | Invoice | $ | 135.00 | $ | 32.40 | $ | 135.00 | $ | 167.40 |
| 31-Jul-11 | DXR6908 | Invoice | $ | 160.12 | $ | 36.83 | $ | 160.12 | $ | 196.95 |
| 31-Aug-11 | EBH8752 | Invoice | $ | 109.88 | $ | 24.17 | $ | 109.88 | $ | 134.05 |
| 30-Sep-11 | EEA7716 | Invoice | $ | 135.00 | $ | 28.35 | $ | 135.00 | $ | 163.35 |
| 31-Oct-11 | EGM6390 | Invoice | $ | 135.00 | $ | 27.00 | $ | 135.00 | $ | 162.00 |
| 30-Nov-11 | ELZ3759 | Invoice | $ | 135.00 | $ | 25.65 | $ | 135.00 | $ | 160.65 |
| 31-Dec-11 | EPG9010 | Invoice | $ | 135.00 | $ | 24.30 | $ | 135.00 | $ | 159.30 |
| 31-Jan-12 | EUN4565 | Invoice | $ | 135.00 | $ | 22.95 | $ | 135.00 | $ | 157.95 |
| 29-Feb-12 | EXX7773 | Invoice | $ | 135.00 | $ | 21.60 | $ | 135.00 | $ | 156.60 |
| 31-Mar-12 | FBF4742 | Invoice | $ | 135.00 | $ | 20.25 | $ | 135.00 | $ | 155.25 |
| 30-Apr-12 | FEK9590 | Invoice | $ | 135.00 | $ | 18.90 | $ | 135.00 | $ | 153.90 |
| 31-May-12 | FHC8599 | Invoice | $ | 135.00 | $ | 17.55 | $ | 135.00 | $ | 152.55 |
| 30-Jun-12 | FMA7221 | Invoice | $ | 135.00 | $ | 16.20 | $ | 135.00 | $ | 151.20 |
| 31-Jul-12 | FPH2434 | Invoice | $ | 135.00 | $ | 14.85 | $ | 135.00 | $ | 149.85 |
| 31-Aug-12 | FUF9193 | Invoice | $ | 135.00 | $ | 13.50 | $ | 135.00 | $ | 148.50 |
| 30-Sep-12 | FXK2600 | Invoice | $ | 135.00 | $ | 12.15 | $ | 135.00 | $ | 147.15 |
| 31-Oct-12 | FZZ9476 | Invoice | $ | 135.00 | $ | 10.80 | $ | 135.00 | $ | 145.80 |
| 30-Nov-12 | GDW9428 | Invoice | $ | 135.00 | $ | 9.45 | $ | 135.00 | $ | 144.45 |
| 31-Dec-12 | GHN8081 | Invoice | $ | 135.00 | $ | 8.10 | $ | 135.00 | $ | 143.10 |
| 31-Jan-13 | 9BF9889 | Debit Memo | $ | 149.85 | $ | 7.49 | $ | 149.85 | $ | 157.34 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 28-Feb-13 | 9BG0211 | Debit Memo | $ | 149.85 | $ | 5.99 | $ | 149.85 | $ | 155.84 |
| 31-Mar-13 | 9BG0219 | Debit Memo | $ | 149.85 | $ | 4.50 | $ | 149.85 | $ | 154.35 |
| 30-Apr-13 | 9BG0229 | Debit Memo | $ | 149.85 | $ | 3.00 | $ | 149.85 | $ | 152.85 |
| 31-May-13 | 9BG0233 | Debit Memo | $ | 149.85 | $ | 1.50 | $ | 149.85 | $ | 151.35 |
| 30-Jun-13 | 9BG0235 | Debit Memo | $ | 157.34 | $ | - | $ | 157.34 | $ | 157.34 |
| | **TOTAL PRE-PETITION** | | **$** | **6,986.66** | **$** | **2,372.88** | **$** | **6,827.20** | **$** | **9,200.08** |
| 31-Jul-13 | 9BG0237 | Debit Memo | $ | 157.34 | $ | 26.75 | $ | 157.34 | $ | 184.09 |
| 31-Aug-13 | 9BG0239 | Debit Memo | $ | 157.34 | $ | 25.17 | $ | 157.34 | $ | 182.51 |
| 30-Sep-13 | 9BG0241 | Debit Memo | $ | 157.34 | $ | 23.60 | $ | 157.34 | $ | 180.94 |
| 31-Oct-13 | 9BG0243 | Debit Memo | $ | 157.34 | $ | 22.03 | $ | 157.34 | $ | 179.37 |
| 30-Nov-13 | 9BG0247 | Debit Memo | $ | 157.34 | $ | 20.45 | $ | 157.34 | $ | 177.79 |
| 31-Dec-13 | 9BG0251 | Debit Memo | $ | 157.34 | $ | 18.88 | $ | 157.34 | $ | 176.22 |
| 31-Jan-14 | 9BG0254 | Debit Memo | $ | 157.34 | $ | 17.31 | $ | 157.34 | $ | 174.65 |
| 28-Feb-14 | 9BG0256 | Debit Memo | $ | 157.34 | $ | 15.73 | $ | 157.34 | $ | 173.07 |
| 31-Mar-14 | 9BG0258 | Debit Memo | $ | 157.34 | $ | 14.16 | $ | 157.34 | $ | 171.50 |
| 30-Apr-14 | KHU3280 | Invoice | $ | 157.34 | $ | 12.59 | $ | 157.34 | $ | 169.93 |
| 31-May-14 | KKN1493 | Invoice | $ | 157.34 | $ | 11.01 | $ | 157.34 | $ | 168.35 |
| 30-Jun-14 | KLX2248 | Invoice | $ | 157.34 | $ | 9.44 | $ | 157.34 | $ | 166.78 |
| 31-Jul-14 | KNU9141 | Invoice | $ | 157.34 | $ | 7.87 | $ | 157.34 | $ | 165.21 |
| 31-Aug-14 | KSJ8552 | Invoice | $ | 157.34 | $ | 6.29 | $ | 157.34 | $ | 163.63 |
| 30-Sep-14 | KUK5728 | Invoice | $ | 157.34 | $ | 4.72 | $ | 157.34 | $ | 162.06 |
| 31-Oct-14 | KWN2831 | Invoice | $ | 157.34 | $ | 3.15 | $ | 157.34 | $ | 160.49 |
| 30-Nov-14 | KYP5006 | Invoice | $ | 157.34 | $ | 1.57 | $ | 157.34 | $ | 158.91 |
| 31-Dec-14 | LAN8735 | Invoice | $ | 157.34 | $ | - | $ | 157.34 | $ | 157.34 |
| | **TOTAL POST-PETITION** | | **$** | **2,832.12** | **$** | **240.73** | **$** | **2,832.12** | **$** | **3,072.85** |

## AFFILIATE ASSIGNMENT
### TO
## RECORDS MANAGEMENT AND SERVICE AGREEMENT

City of Detroit-DPW *Agrees to store records at Iron Records Management, Inc. under the established contract with account number* DM237 .

**CHOOSE ONE OF THE FOLLOWING OPTIONS:**

[x] *Iron Mountain shall provide, and Depositor agrees to accept, the same rates, services and terms/conditions as outlined in the existing agreement.*

Purchase Order 2504859 (Revised January 26, 2001)

[ ] *Iron Mountain shall provide, and Depositor agrees to accept, the same terms and conditions as outlined in the existing agreement. Storage and services will be performed by Iron Mountain in accordance with the rates listed in Schedule A dated _____ attached to this agreement. To the extent that this Schedule A conflicts with any other document, the terms and conditions of this Schedule A shall prevail. The storage rate is _____ /CF.*

*New Account's Company Name and Address:*

City of Detroit-DPW

65 Cadillac Square, Suite # 700

Detroit, Michigan 48226

*IRON MOUNTAIN RECORDS MGMT., INC.*
*1000 CAMPUS DRIVE*
*COLLEGEVILLE, PA 19426*

DM 387

*IMRM Number Assigned to Depositor*

Michel Bongo    January 10, 2001

*Depositor Signature*      *Date*

MICHEL BONGO, Accounting Manager DPW

*Depositor Printed Name & Title*

John Gresham    1/14/02

*IMRM Signature*      *Date*

JOHN GRESHAM

*IMRM Printed Name & Title*



**IRON MOUNTAIN®**
The Leader in Records & Information Management

# RECORDS MANAGEMENT AND
# SERVICE AGREEMENT

| Customer | | | | Billing Address (If Different) | | | |
|---|---|---|---|---|---|---|---|
| Detroit Police Department- Homicide Section | | | | | | | |
| Street Address | | | | Street or Box No. | | | |
| 1300 Beaubien | | | | | | | |
| 5th Floor | | | | | | | |
| City | State | Zip + 4 | | City | State | Zip + 4 | |
| Detroit | Mich. | 48226 | | | | | |
| Primary Contact and Title | | | | Billing Contact | | | |
| William Rice  Inspector | | | | | | | |
| Telephone | Fax | | | Telephone | Fax | | |
| 313-596-2288 | 313-596-5112 | | | | | | |

**FOR IRON MOUNTAIN USE ONLY**

| Customer Number | District Number |
|---|---|
| DM 237 | |
| Mailing Address of District | |
| | |

IRON MOUNTAIN (the "Company") hereby agrees to accept for storage and to service under its management system at IRON MOUNTAIN facilities such records material (deposits) as Customer requests. Customer agrees to pay the Company for storage and services according to the amounts and provisions specified in Schedule A (as amended from time to time); and Customer agrees that all services shall be provided subject to the terms and conditions below and on reverse hereof.

**VALUE OF DEPOSITS. Customer declares, for the purpose of this Agreement, that the value of the deposits is $1.00 per carton, linear foot of open shelf files, container, disk pack or other deposit item. Customer acknowledges that it has declined to declare an excess valuation, for which an excess valuation fee would have been charged.**

**LIMITATION OF LIABILITY. The Company's liability, if any, for loss of or damage to part or all of the deposits shall be limited to $1.00 per carton, linear foot of open shelf files, container, disk pack or other deposit item.**

| | | |
|---|---|---|
| Customer _Detroit Police Dept_ | **IRON MOUNTAIN RECORDS MANAGEMENT, INC.** | |
| Name _W. Clyam Rice_ | Name _Mike Silva_ | |
| Signature _William Rice_ | Signature _Silva_ | |
| Title _Inspector_ | Title _General Manager_ | |
| Date _11-29-00_ | Date _12-04-00_ | |

CONTRACT EFFECTIVE DATE _11-29-00_

WHITE - IRON MOUNTAIN CORPORATE    CANARY - CUSTOMER    PINK - IRON MOUNTAIN DISTRICT
PRISM International Form
IM-30  COPYRIGHT 2000 Iron Mountain Records Management, Inc.  REV 01/00

**PRISM**
INTERNATIONAL

Professional Records & Information Services Management
Formerly ACRC

# IRON MOUNTAIN STANDARD TERMS AND CONDITIONS

(Based upon Terms and Conditions Approved and Promulgated by the Association of Commercial Records Centers, Inc., March 1986, predecessor of Professional Records and Information Services Management)

The following terms and conditions shall apply to this Agreement.

1. Storage and Service Charges - All charges for storage and service under this Agreement shall be as specified in Schedule A attached hereto. Charges for storage shall remain fixed for the Initial Term (as hereinafter defined) of this Agreement (excluding renewals) and charges for all other services may be changed at any time upon thirty (30) days' written notice, unless otherwise provided in Schedule A.

2. Term - The term of this Agreement shall commence on the date of Customer's signature or, if later, the Effective Date set forth on Schedule A. The Initial Term of this Agreement shall commence on the date as aforesaid and shall continue for one year thereafter. Unless otherwise provided in Schedule A, the term will continue with automatic renewals for additional successive one-year terms, unless written notice of non-renewal is delivered by either party to the other not less than thirty days prior to the expiration date. Terms and conditions will continue to apply after the expiration date until all stored materials are removed from Company's storage facility. During the term, Customer will store with the Company not less than 80 percent of the initial transfer balance of the stored materials, net of destructions undertaken in the normal course of business.

3. Access; Procedures; Force Majeure; Confidentiality
   A. Deposited material and information contained in said material may be delivered pursuant to direction of Customer's agent(s) identified in the Company's standard authorization forms. Authority granted to any person on the Company's standard authorization forms shall constitute Customer's representation that the identified persons have full authority to order any service for or removal of Customer's material, and to deliver and receive such material. Such orders may be given in person, by telephone (including fax), by electronic messaging or in writing.

   B. Customer shall comply with the Company's reasonable operational requirements, as modified from time to time, regarding containers, delivery volumes, security, access and similar matters. Customer acknowledges that extraordinary volume-or service requests, including permanent removals, may require the Company to incur additional costs, which Customer will pay at the Company's overtime rates, provided that the Company shall have advised the Customer in advance.

   C. The Company shall not be liable for delay or inability to perform caused by acts of God, governmental actions, labor unrest, unusual traffic delays or other causes beyond its control.

   D. The Company may comply with any subpoena or similar order related to the stored materials, provided that the Company notifies Customer promptly upon receipt thereof, unless such notice is prohibited by law. Customer shall pay Company's reasonable charges for such compliance.

   E. "Confidential Information" means any information (without regard to the medium on which such information may be recorded, whether written, visual, audio, graphic, computerized or otherwise) concerning or relating to the property, business and affairs of Customer. Unless such Confidential Information was previously known to the Company free of any obligation to keep it confidential, is subsequently made public by the Customer or by a third party having a legal right to make such disclosure, or was known to the Company prior to receipt of same from the Customer, it shall be held in confidence by the Company and shall be used only for the purpose provided for in this Agreement. The Company shall use the same degree of care to safeguard the Confidential Information of Customer as it utilizes to safeguard its own Confidential Information.

4. Liability & Limitation of Damages - The Company shall not be liable for any loss of or damage to stored material, however caused, unless such loss or damage resulted from the failure by the Company to exercise such care in regard thereto as a reasonably careful person would exercise under like circumstances; the Company is not liable for loss or damage which could not have been avoided by the exercise of such care. If liable, the amount of the Company's damage is limited as provided on the front page hereof. Deposited materials are not insured by the Company against loss or damage, however caused. Customer may insure deposits through third-party insurers for any amount, including amounts in excess of the limitation of liability. Customer shall cause its insurers of stored materials to waive any right of subrogation against the Company. In no event shall the Company be liable for any consequential or incidental damages.

5. Notice of Claim and Filing of Suit
   A. Claims by Customer must be presented in writing to the Company within a reasonable time, and in no event longer than 60 days after delivery or return of the stored material to Customer or 60 days after Customer is notified by the Company that loss, damage or destruction to part or all of the stored material has occurred.

   B. No action may be maintained by Customer or others against the Company for loss, damage or destruction of stored material, unless timely written claim has been given as provided in Paragraph (A) of this section, and unless such action is commenced either within nine months after (i) the date of delivery or return by the Company or (ii) the date Customer is notified that loss, damage or destruction to part or all of stored material has occurred.

   C. When stored material has been lost, damaged or destroyed and has not been delivered or returned to Customer, notice thereof may be given by mailing a certified letter to Customer. In the event notice of loss, damage or destruction is given by certified letter, the time limitation for presentation of a claim and commencement of action or suit begins on the date of mailing of such notice by the Company.

6. Payment - Payment terms are net, thirty days. If Customer fails to pay the charges of the Company for a period of forty-five days after the date of the invoice, the Company may, after giving ten business days' notice by certified mail, at its option (a) redeliver the stored material to Customer at its address herein, or (b) refuse access to stored material. Customer shall be liable for the late charge at the rate of 15% per annum, compounded monthly, and all expenses incurred in collecting charges which are in arrears, including reasonable attorneys' fees. If a Customer is consistently delinquent (defined as being late in the payment of any 3 or more invoices in a 12-month period) and upon the expiration or termination of this Agreement, the Company may require payment by certified check prior to delivery of stored materials. The Company shall have, and may exercise, all rights granted to warehousemen by the Uniform Commercial Code as adopted in the state where the deposits are stored, and the Company shall have such other rights and remedies as may be provided by law. If Customer is in arrears on fees for a period of six months the Company may destroy the deposited materials on business days after written notice by certified mail addressed to Customer's most recent address in the Company's records. In the event the Company takes any actions pursuant to this Section, it shall have no liability to Customer or anyone claiming by or through Customer. Nothing herein shall preclude the Company from pursuing other remedies authorized by statute or otherwise. All charges for services rendered or to be rendered and storage fees through permanent removal, including account closure fees, shall be paid by Customer prior to delivery of Customer's records at expiration of the term.

7. Destruction of Data - Customer releases the Company from all liability by reason of the destruction of stored material pursuant to Customer's written direction.

8. Notices - Any notice made pursuant to this Agreement may be given or made in writing at the addresses set out on the front side hereof until written notice of a change of address has been received. Notices to Company shall be sent to the attention of its General Manager.

9. Ownership Warranty - Customer warrants that it is the owner or legal custodian of the stored material and has full authority to store said material and direct its disposition in accordance with the terms of this Agreement.

10. Indemnification - Customer agrees to fully indemnify and hold harmless the Company and its employees and agents for any liability, cost or expense (including litigation expenses and reasonable attorneys' fees) arising out of (i) the Company's possession of Customer's stored materials, (ii) Customer's breach of any terms or provisions of this Agreement, or (iii) the Company's relations with Customer or third parties pursuant to this Agreement, unless caused solely by the negligence or willful misconduct of the Company.

11. Restrictions on Stored Material; Customer Premises - Customer shall not, at any time, store with the Company material considered to be highly flammable, explosive, toxic, or otherwise dangerous or unsafe to store or handle, or any material which is regulated under any federal or state law or regulation relating to the environment or hazardous materials. Customer shall not store negotiable instruments, jewelry, check stock, ticket stock or other items which have intrinsic market value. All Customer's premises where the Company's employed perform services or make deliveries hereunder shall be free of all hazardous substances and any other hazardous or dangerous conditions.

12. Modification; Assignment - This Agreement binds the heirs, executors, successors and assigns of the respective parties and cannot be changed orally. This Agreement may not be assigned by Customer (other than to an affiliate which shall assume the obligations of its assignor) by written instrument) without the written consent of Company, which shall not be unreasonably withheld or delayed.

13. Definitions; Miscellaneous
   A. Reference to the Company shall mean Iron Mountain Records Management, Inc. or its affiliate identified on Schedule A.

   B. Reference to "stored deposits" or "deposited material" shall include all documents, records or other material stored by the Company for Customer. All such deposited material delivered by Customer to the Company for storage during the term of this Agreement shall be subject to the terms and conditions hereof.

   C. This Agreement, together with the attached Schedule A, represents the entire agreement between the Company and Customer and may not be amended or modified without an Amendment to this Agreement signed by both the Company and the Customer. Any alternative or additional terms and conditions proposed by the Customer not expressly set forth in an Amendment to this Agreement signed by the Company are hereby rejected by the Company.

Copyright © 2000, Iron Mountain Records Management, Inc.

IRON MOUNTAIN®

May 27, 2011

Len Johnson
CITY OF DETROIT-DPW
65 Cadillac Sq Ste 700
Detroit, MI 48226-2851

Dear Valued Customer,

Thank you for continuing to trust Iron Mountain with your information management needs. Enclosed please find your new Iron Mountain Pricing Schedule (Schedule A), for Records Management storage and services, effective July 1, 2011.

As you may recall, we introduced standard list prices for Records Management storage and services last year. This pricing structure was designed to provide more clarity and consistency regarding pricing, which makes invoice reconciliation easier. Based on the business you have entrusted with us, we are extending a discount of 40% off of the list prices for Standard Storage and Services, as further described in the enclosed Schedule A. Please note that this discount does not apply to Premium or Custom Storage and Services. Enclosed you will find a price list for commonly used storage and services.

Another useful source of information is our Customer Information Center website at http://**cic.ironmountain.com**/. This site is designed to provide clarity around our services and the billing practices associated with those services. It contains storage and service descriptions, a glossary of terms, and billing protocols such as how we determine billable cubic footage of non-standard cartons, which may be greater than physical carton size. This site is frequently updated with additional information of interest to our customers, so please bookmark it for easy reference.

We thank you for the business you entrust with us. If you have any questions or require additional information, please contact us at 1-800-934-3453.

Sincerely,

Kurk Walton
Michigan Territory, Vice President

Enclosures



# Iron Mountain Overview

Iron Mountain Incorporated (NYSE:IRM) helps organizations around the world reduce the costs and risks associated with information protection and storage. We offer comprehensive records management and data protection solutions, along with the expertise and experience to address complex information challenges such as rising storage costs, litigation, regulatory compliance and disaster recovery. Founded in 1951, Iron Mountain is a trusted partner to more than 140,000 corporate clients throughout North America, Europe, Latin America and Asia Pacific. For more information, please visit our Web site at www.ironmountain.com.

## Solution Categories

Iron Mountain offers a comprehensive array of information management solutions that help companies reduce costs, risks and inefficiencies associated with managing their paper and digital data.



**Records Management Services**
- Records Management
- Accutrac® Software
- Digital Archive
- Iron Mountain Discovery Service (Stratify®)
- Domain Name Management
- Compliant Records Management Programs
- Records Management Consulting
- ActivFile™, Imaging and Hosted Archiving Solutions
- Fulfillment Services
- Health Information Management Services
- Film and Sound Archive
- Energy Data Services

**Information Destruction**
- Secure Shredding
- Compliant Shredding Programs

**Data Protection and Recovery Services**
- Offsite Tape Vaulting
- Server Data Protection
- PC and Mac Data Protection
- Technology Escrow
- E-mail Continuity
- Disaster Recovery Support Services

 © 2010 Iron Mountain Incorporated, All Rights Reserved     EPW-9.4.10     (800) 899-IRON   |   **www.ironmountain.com**

DM387-6304



# Renewal Schedule A:
## PROGRAM PRICING SCHEDULE
### Records Management

This Records Management Pricing Schedule is incorporated into and made part of the Customer Agreement ("Agreement") between Iron Mountain Information Management, Inc., (the "Company" or "Iron Mountain") and CITY OF DETROIT-DPW, (the "Customer").

The Customer will be eligible for a Discount Rate of 40%. List Price is the standard Iron Mountain price for a given service and the Discount Rate is your percentage off of List Price.

The Discount Rate applies to Standard Storage and Services only and does not apply to Premium Storage and Services, Custom Storage and Services, Other Program Fees, or other fees not explicitly identified within this document.

Please see our Customer Information Center at cic.ironmountain.com for a Glossary with definitions of the terms used in this Pricing Schedule and more detail regarding our services, standard processes, and billing practices. In addition, restrictions apply to volume and/or stated timeframes for some service transaction types and these may be found in the Glossary under each service type.

This Records Management Pricing Schedule supersedes and terminates any prior Records Management Pricing Schedule and/or Schedule A existing between Iron Mountain and the Customer for the accounts noted below. All other Records Management services not specifically listed on this Schedule A will be charged at Iron Mountain's then current rates.

**CITY OF DETROIT-DPW**
District Name/Number: MI / 03141 | DM387
Effective Date: July 1, 2011
Discount Rate: 40%

2 | © 2010 Iron Mountain Incorporated. All Rights Reserved          EPW-9.4.10          (800) 899-IRON | www.ironmountain.com
DM387-6304



# List Prices (as of July 1, 2011)

**STANDARD STORAGE AND SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | CURRENT LIST PRICE | DISCOUNT % | EFFECTIVE PRICE | PER |
|---|---|---|---|---|
| ■ Carton Storage | $0.465 | 40% | $ 0.279 | Cubic Foot |
| ■ Receiving and Entry - Carton | $2.94 | 40% | $ 1.76 | Cubic Foot |
| ■ Regular Retrieval - Carton | $3.80 | 40% | $ 2.28 | Cubic Foot |
| ■ Regular Retrieval - File from Carton | $5.10 | 40% | $ 3.06 | File |
| ■ Regular Refile - Carton | $3.80 | 40% | $ 2.28 | Cubic Foot |
| ■ Regular Refile - File to Carton | $5.10 | 40% | $ 3.06 | File |
| ■ Archival Destruction - Carton | $4.60 | 40% | $ 2.76 | CF plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - Carton | $5.74 | 40% | $ 3.44 | CF plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - File from Carton | $2.76 | 40% | $ 1.66 | File plus Regular Retrieval Charge |
| ■ Open Shelf Storage | $0.910 | 40% | $ 0.546 | Linear Foot |
| ■ Open Shelf Storage - X-Ray | $1.360 | 40% | $ 0.82 | Linear Foot |
| ■ Receiving and Entry - Open Shelf File | $5.63 | 40% | $ 3.38 | Linear Foot |
| ■ Regular Retrieval - File from Open Shelf | $2.98 | 40% | $ 1.79 | File |
| ■ Regular Refile - File to Open Shelf | $2.98 | 40% | $ 1.79 | File |
| ■ Archival Destruction - Open Shelf | $2.76 | 40% | $ 1.66 | File plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - Open Shelf | $2.76 | 40% | $ 1.66 | File plus Regular Retrieval Charge |
| ■ Next Day Delivery | $36.14 | 40% | $ 21.68 | Visit plus Handling Charge |
| ■ Regular Pickup | $36.14 | 40% | $ 21.68 | Visit plus Handling Charge |
| ■ Handling Charge | $3.33 | 40% | $ 2.00 | Cubic Foot |

**PREMIUM STORAGE & SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Rush Retrieval - Carton | $5.69 | Cubic Foot |
| ■ Rush Retrieval - File from Carton | $7.58 | File |
| ■ Regular Interfile - Carton | $6.92 | Each |
| ■ Half Day Delivery | $49.92 | Visit plus Handling Charge |
| ■ Rush Delivery - Business Day | $99.84 | Visit plus Handling Charge |
| ■ Rush Delivery - Weekends/Holidays/After Hours | $199.68 | Visit plus Handling Charge |
| ■ Rush Pickup - Business Day | $99.84 | Visit plus Handling Charge |
| ■ Archival Destruction - File from Carton | $4.33 | File plus Regular Retrieval Charge |
| ■ Rush Retrieval - File from Open Shelf | $5.95 | File |
| ■ Regular Interfile - Open Shelf | $4.60 | Each |
| ■ Miscellaneous Services - Labor | $51.48 | Hour |
| ■ Re-Boxing Charge | $5.20 | Labor plus New Carton Cost |

**OTHER PROGRAM FEES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Administrative Fee (Summary Billing) | $25.12 | Account ID per Month |
| ■ Administrative Fee (Detailed Billing) | $62.80 | Account ID per Month |
| ■ Fuel Surcharge | * | Transportation Visit |

*A Fuel Surcharge is applied monthly based upon changes in the price of diesel fuel as published by the US Department of Energy. This charge is calculated monthly and included as a percentage of transportation related service charges. The current monthly Fuel Surcharge information can be found at http://cic.ironmountain.com/FuelSurcharge.

DM387-6304

13-53846-tjt    Doc 9106-6    Filed 01/26/15    Entered 01/26/15 15:23:40    Page 18 of 34



**CUSTOM STORAGE & SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Individual Listing | $ 0.57 | File |
| ■ Third Party Shipping | | Actual Courier Fees plus 30% |
| ■ Storage Minimum | $ 135.00 | Month |
| ■ Minimum Service Order Charge | $ 13.00 | Order |

Additional Services beyond those listed in this Pricing Schedule are available. For service descriptions, please go to Additional Services at cic.ironmountain.com/additionalservices.

© 2010 Iron Mountain Incorporated. All Rights Reserved

EPW-9.4.10

(800) 899-IRON | **www.ironmountain.com**
DM387-6304

**CITY OF DETROIT - LAW DEPARTMENT**
**03141.0L167D**

| Transaction Date | Number | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| 30-Apr-10 | BUZ8310 | Invoice | $ 2,378.14 | $ 1,129.62 | $ 2,378.14 | 3,507.76 |
| 31-May-10 | BYR5390 | Invoice | $ 2,378.14 | $ 1,099.89 | $ 2,378.14 | 3,478.03 |
| 30-Jun-10 | CBT7483 | Invoice | $ 2,486.69 | $ 895.21 | $ 2,486.69 | 3,381.90 |
| 31-Jul-10 | CFD3664 | Invoice | $ 2,486.69 | $ 870.34 | $ 2,486.69 | 3,357.03 |
| 31-Aug-10 | CIJ2083 | Invoice | $ 2,486.69 | $ 845.47 | $ 2,486.69 | 3,332.16 |
| 30-Sep-10 | CMP4770 | Invoice | $ 2,486.69 | $ 820.61 | $ 2,486.69 | 3,307.30 |
| 31-Oct-10 | CRS0025 | Invoice | $ 2,486.69 | $ 795.74 | $ 2,486.69 | 3,282.43 |
| 30-Nov-10 | CSM6478 | Invoice | $ 2,510.60 | $ 778.29 | $ 2,510.60 | 3,288.89 |
| 31-Dec-10 | CWN7303 | Invoice | $ 2,494.66 | $ 748.40 | $ 2,494.66 | 3,243.06 |
| 31-Jan-11 | DAZ1322 | Invoice | $ 2,486.69 | $ 721.14 | $ 2,486.69 | 3,207.83 |
| 28-Feb-11 | DFA5248 | Invoice | $ 2,494.66 | $ 698.50 | $ 2,494.66 | 3,193.16 |
| 31-Mar-11 | DHS8477 | Invoice | $ 2,486.69 | $ 671.41 | $ 2,486.69 | 3,158.10 |
| 30-Apr-11 | DMC5010 | Invoice | $ 2,486.69 | $ 646.54 | $ 2,486.69 | 3,133.23 |
| 31-May-11 | DRJ0070 | Invoice | $ 2,486.69 | $ 621.67 | $ 2,486.69 | 3,108.36 |
| 30-Jun-11 | DSW5167 | Invoice | $ 2,753.12 | $ 660.75 | $ 2,753.12 | 3,413.87 |
| 31-Jul-11 | DXS6668 | Invoice | $ 2,815.92 | $ 647.66 | $ 2,815.92 | 3,463.58 |
| 31-Aug-11 | EBJ8662 | Invoice | $ 2,815.92 | $ 619.50 | $ 2,815.92 | 3,435.42 |
| 30-Sep-11 | EEB7700 | Invoice | $ 2,753.12 | $ 578.16 | $ 2,753.12 | 3,331.28 |
| 31-Oct-11 | EGN6192 | Invoice | $ 2,753.12 | $ 550.62 | $ 2,753.12 | 3,303.74 |
| 30-Nov-11 | EMA4119 | Invoice | $ 2,753.12 | $ 523.09 | $ 2,753.12 | 3,276.21 |
| 31-Dec-11 | EPJ0947 | Invoice | $ 2,753.12 | $ 495.56 | $ 2,753.12 | 3,248.68 |
| 31-Jan-12 | EUP6896 | Invoice | $ 2,753.12 | $ 468.03 | $ 2,753.12 | 3,221.15 |
| 29-Feb-12 | EXZ1340 | Invoice | $ 2,753.12 | $ 440.50 | $ 2,753.12 | 3,193.62 |
| 31-Mar-12 | FBG9617 | Invoice | $ 2,753.12 | $ 412.97 | $ 2,753.12 | 3,166.09 |
| 30-Apr-12 | FEM4458 | Invoice | $ 2,753.12 | $ 385.44 | $ 2,753.12 | 3,138.56 |
| 31-May-12 | FHE3610 | Invoice | $ 2,753.12 | $ 357.91 | $ 2,753.12 | 3,111.03 |
| 30-Jun-12 | FMC5049 | Invoice | $ 2,753.12 | $ 330.37 | $ 2,753.12 | 3,083.49 |
| 31-Jul-12 | FPJ7373 | Invoice | $ 2,753.12 | $ 302.84 | $ 2,753.12 | 3,055.96 |
| 31-Aug-12 | FUH4376 | Invoice | $ 2,753.12 | $ 275.31 | $ 2,753.12 | 3,028.43 |
| 30-Sep-12 | FXL7572 | Invoice | $ 2,753.12 | $ 247.78 | $ 2,753.12 | 3,000.90 |
| 31-Oct-12 | GAB4605 | Invoice | $ 2,753.12 | $ 220.25 | $ 2,753.12 | 2,973.37 |
| 30-Nov-12 | GDY4629 | Invoice | $ 2,753.12 | $ 192.72 | $ 2,753.12 | 2,945.84 |
| 31-Dec-12 | GHR3135 | Invoice | $ 2,753.12 | $ 165.19 | $ 2,753.12 | 2,918.31 |
| 31-Jan-13 | 9BF9556 | Debit Memo | $ 2,753.10 | $ 137.66 | $ 2,753.10 | 2,890.76 |
| 28-Feb-13 | 9BF9565 | Debit Memo | $ 2,753.10 | $ 110.12 | $ 2,753.10 | 2,863.22 |
| 31-Mar-13 | 9BF9572 | Debit Memo | $ 2,727.69 | $ 81.83 | $ 2,727.69 | 2,809.52 |
| 30-Apr-13 | 9BF9579 | Debit Memo | $ 2,727.69 | $ 54.55 | $ 2,727.69 | 2,782.24 |
| 31-May-13 | 9BF9597 | Debit Memo | $ 2,727.69 | $ 27.28 | $ 2,727.69 | 2,754.97 |
| 30-Jun-13 | 9BF9619 | Debit Memo | $ 2,727.69 | $ - | $ 2,727.69 | 2,727.69 |
| | | **TOTAL PRE-PETITION** | **$ 103,488.25** | **$ 19,628.92** | **$ 103,488.25** | **123,117.17** |
| 31-Jul-13 | 9BF9664 | Debit Memo | $ 2,727.69 | $ 463.71 | $ 2,727.69 | 3,191.40 |
| 31-Aug-13 | 9BF9685 | Debit Memo | $ 2,727.69 | $ 436.43 | $ 2,727.69 | 3,164.12 |
| 30-Sep-13 | 9BF9689 | Debit Memo | $ 2,727.69 | $ 409.15 | $ 2,727.69 | 3,136.84 |
| 31-Oct-13 | 9BF9692 | Debit Memo | $ 2,727.69 | $ 381.88 | $ 2,727.69 | 3,109.57 |
| 30-Nov-13 | 9BF9698 | Debit Memo | $ 2,727.69 | $ 354.60 | $ 2,727.69 | 3,082.29 |
| 31-Dec-13 | 9BF9861 | Debit Memo | $ 2,727.68 | $ 327.32 | $ 2,727.68 | 3,055.00 |
| 31-Jan-14 | 9BF9866 | Debit Memo | $ 2,727.68 | $ 300.04 | $ 2,727.68 | 3,027.72 |
| 28-Feb-14 | 9BF9871 | Debit Memo | $ 2,727.68 | $ 272.77 | $ 2,727.68 | 3,000.45 |
| 31-Mar-14 | 9BF9873 | Debit Memo | $ 2,727.68 | $ 245.49 | $ 2,727.68 | 2,973.17 |
| 30-Apr-14 | KHV5185 | Invoice | $ 2,727.68 | $ 218.21 | $ 2,727.68 | 2,945.89 |
| 31-May-14 | KKP2338 | Invoice | $ 2,727.68 | $ 188.81 | $ 2,697.32 | 2,886.13 |
| 30-Jun-14 | KMC3230 | Invoice | $ 2,727.68 | $ 163.66 | $ 2,727.68 | 2,891.34 |
| 31-Jul-14 | KPB3648 | Invoice | $ 2,727.68 | $ 136.38 | $ 2,727.68 | 2,864.06 |
| 31-Aug-14 | KSV8258 | Invoice | $ 2,727.68 | $ 109.11 | $ 2,727.68 | 2,836.79 |
| 30-Sep-14 | KUX0573 | Invoice | $ 2,727.68 | $ 81.83 | $ 2,727.68 | 2,809.51 |
| 31-Oct-14 | KXA7151 | Invoice | $ 2,727.68 | $ 54.55 | $ 2,727.68 | 2,782.23 |
| 30-Nov-14 | KZB9691 | Invoice | $ 5,632.50 | $ 56.33 | $ 5,632.50 | 5,688.83 |
| 31-Dec-14 | LBC7979 | Invoice | $ 2,658.34 | $ - | $ 2,658.34 | 2,658.34 |
| | | **TOTAL POST-PETITION** | **$ 51,933.77** | **$ 4,200.28** | **$ 51,903.41** | **56,103.69** |

 IRON MOUNTAIN®

May 27, 2011

Latonya Grant/Elev.closes @ 3:00 Pm
CITY OF DETROIT - LAW DEPARTMENT
660 Woodward Ave Ste 1650
660 Woodward Avenue/Elev.cls@ 3:00
Detroit, MI 48226-3519

Dear Valued Customer,

Thank you for continuing to trust Iron Mountain with your information management needs.
Enclosed please find your new Iron Mountain Pricing Schedule (Schedule A), for Records
Management storage and services, effective July 1, 2011.

As you may recall, we introduced standard list prices for Records Management storage and
services last year. This pricing structure was designed to provide more clarity and consistency
regarding pricing, which makes invoice reconciliation easier. Based on the business you have
entrusted with us, we are extending a discount of 40% off of the list prices for Standard Storage
and Services, as further described in the enclosed Schedule A. Please note that this discount
does not apply to Premium or Custom Storage and Services. Enclosed you will find a price list
for commonly used storage and services.

Another useful source of information is our Customer Information Center website at
http://cic.ironmountain.com/. This site is designed to provide clarity around our services and
the billing practices associated with those services. It contains storage and service
descriptions, a glossary of terms, and billing protocols such as how we determine billable cubic
footage of non-standard cartons, which may be greater than physical carton size. This site is
frequently updated with additional information of interest to our customers, so please bookmark
it for easy reference.

We thank you for the business you entrust with us. If you have any questions or require
additional information, please contact us at 1-800-934-3453.

Sincerely,

Kurk Walton
Michigan Territory, Vice President

Enclosures



# Iron Mountain Overview

Iron Mountain Incorporated (NYSE:IRM) helps organizations around the world reduce the costs and risks associated with information protection and storage. We offer comprehensive records management and data protection solutions, along with the expertise and experience to address complex information challenges such as rising storage costs, litigation, regulatory compliance and disaster recovery. Founded in 1951, Iron Mountain is a trusted partner to more than 140,000 corporate clients throughout North America, Europe, Latin America and Asia Pacific. For more information, please visit our Web site at www.ironmountain.com.

## Solution Categories

Iron Mountain offers a comprehensive array of information management solutions that help companies reduce costs, risks and inefficiencies associated with managing their paper and digital data.



### Records Management Services
- Records Management
- Accutrac® Software
- Digital Archive
- Iron Mountain Discovery Service (Stratify®)
- Domain Name Management
- Compliant Records Management Programs
- Records Management Consulting
- ActivFile™, Imaging and Hosted Archiving Solutions
- Fulfillment Services
- Health Information Management Services
- Film and Sound Archive
- Energy Data Services

### Information Destruction
- Secure Shredding
- Compliant Shredding Programs

### Data Protection and Recovery Services
- Offsite Tape Vaulting
- Server Data Protection
- PC and Mac Data Protection
- Technology Escrow
- E-mail Continuity
- Disaster Recovery Support Services

1 | © 2010 Iron Mountain Incorporated. All Rights Reserved     EPW-9.4.10     (800) 899-IRON | www.ironmountain.com



# Renewal Schedule A:
## PROGRAM PRICING SCHEDULE
## Records Management

This Records Management Pricing Schedule is incorporated into and made part of the Customer Agreement ("Agreement") between Iron Mountain Information Management, Inc., (the "Company" or "Iron Mountain") and CITY OF DETROIT - LAW DEPARTMENT, (the "Customer").

The Customer will be eligible for a Discount Rate of 40%. List Price is the standard Iron Mountain price for a given service and the Discount Rate is your percentage off of List Price.

The Discount Rate applies to Standard Storage and Services only and does not apply to Premium Storage and Services, Custom Storage and Services, Other Program Fees, or other fees not explicitly identified within this document.

Please see our Customer Information Center at cic.ironmountain.com for a Glossary with definitions of the terms used in this Pricing Schedule and more detail regarding our services, standard processes, and billing practices. In addition, restrictions apply to volume and/or stated timeframes for some service transaction types and these may be found in the Glossary under each service type.

This Records Management Pricing Schedule supersedes and terminates any prior Records Management Pricing Schedule and/or Schedule A existing between Iron Mountain and the Customer for the accounts noted below. All other Records Management services not specifically listed on this Schedule A will be charged at Iron Mountain's then current rates.

**CITY OF DETROIT - LAW DEPARTMENT**
District Name/Number: MI / 03141 | L167D
Effective Date: July 1, 2011
Discount Rate: 40%

© 2010 Iron Mountain Incorporated. All Rights Reserved
EPW-9.4.10     (800) 899-IRON | **www.ironmountain.com**
L167D-12783



# List Prices (as of July 1, 2011)

**STANDARD STORAGE AND SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | CURRENT LIST PRICE | DISCOUNT % | EFFECTIVE PRICE | PER |
|---|---|---|---|---|
| ■ Carton Storage | $0.465 | 40% | $ 0.279 | Cubic Foot |
| ■ Receiving and Entry - Carton | $2.94 | 40% | $ 1.76 | Cubic Foot |
| ■ Regular Retrieval - Carton | $3.80 | 40% | $ 2.28 | Cubic Foot |
| ■ Regular Retrieval - File from Carton | $5.10 | 40% | $ 3.06 | File |
| ■ Regular Refile - Carton | $3.80 | 40% | $ 2.28 | Cubic Foot |
| ■ Regular Refile - File to Carton | $5.10 | 40% | $ 3.06 | File |
| ■ Archival Destruction - Carton | $4.60 | 40% | $ 2.76 | CF plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - Carton | $5.74 | 40% | $ 3.44 | CF plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - File from Carton | $2.76 | 40% | $ 1.66 | File plus Regular Retrieval Charge |
| ■ Open Shelf Storage | $0.910 | 40% | $ 0.546 | Linear Foot |
| ■ Open Shelf Storage - X-Ray | $1.360 | 40% | $ 0.82 | Linear Foot |
| ■ Receiving and Entry - Open Shelf File | $5.63 | 40% | $ 3.38 | Linear Foot |
| ■ Regular Retrieval - File from Open Shelf | $2.98 | 40% | $ 1.79 | File |
| ■ Regular Refile - File to Open Shelf | $2.98 | 40% | $ 1.79 | File |
| ■ Archival Destruction - Open Shelf | $2.76 | 40% | $ 1.66 | File plus Regular Retrieval Charge |
| ■ Permanent Withdrawal - Open Shelf | $2.76 | 40% | $ 1.66 | File plus Regular Retrieval Charge |
| ■ Next Day Delivery | $36.14 | 40% | $ 21.68 | Visit plus Handling Charge |
| ■ Regular Pickup | $36.14 | 40% | $ 21.68 | Visit plus Handling Charge |
| ■ Handling Charge | $3.33 | 40% | $ 2.00 | Cubic Foot |

**PREMIUM STORAGE & SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Rush Retrieval - Carton | $5.69 | Cubic Foot |
| ■ Rush Retrieval - File from Carton | $7.58 | File |
| ■ Regular Interfile - Carton | $6.92 | Each |
| ■ Half Day Delivery | $49.92 | Visit plus Handling Charge |
| ■ Rush Delivery - Business Day | $99.84 | Visit plus Handling Charge |
| ■ Rush Delivery - Weekends/Holidays/After Hours | $199.68 | Visit plus Handling Charge |
| ■ Rush Pickup - Business Day | $99.84 | Visit plus Handling Charge |
| ■ Archival Destruction - File from Carton | $4.33 | File plus Regular Retrieval Charge |
| ■ Rush Retrieval - File from Open Shelf | $5.95 | File |
| ■ Regular Interfile - Open Shelf | $4.60 | Each |
| ■ Miscellaneous Services - Labor | $51.48 | Hour |
| ■ Re-Boxing Charge | $5.20 | Labor plus New Carton Cost |

**OTHER PROGRAM FEES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Administrative Fee (Summary Billing) | $25.12 | Account ID per Month |
| ■ Administrative Fee (Detailed Billing) | $62.80 | Account ID per Month |
| ■ Fuel Surcharge | * | Transportation Visit |

*A Fuel Surcharge is applied monthly based upon changes in the price of diesel fuel as published by the US Department of Energy. This charge is calculated monthly and included as a percentage of transportation related service charges. The current monthly Fuel Surcharge information can be found at http://cic.ironmountain.com/FuelSurcharge.

L167D-12783

13-53846-tjt    Doc 9106-6    Filed 01/26/15    Entered 01/26/15 15:23:40    Page 24 of 34



## CUSTOM STORAGE & SERVICES (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Individual Listing | $ 0.57 | File |
| ■ Third Party Shipping | | Actual Courier Fees plus 30% |
| ■ Storage Minimum | $ 135.00 | Month |
| ■ Minimum Service Order Charge | $ 13.00 | Order |

Additional Services beyond those listed in this Pricing Schedule are available. For service descriptions, please go to Additional Services at cic.ironmountain.com/additionalservices.

13-53846-tjt   Doc 9106-6   Filed 01/26/15   Entered 01/26/15 15:23:40   Page 25 of 34

**CITY OF DETROIT - DEHOCO (FINANCE)**
**03141.0L165D**

| Transaction Date | Number | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| 30-Nov-11 | EMA4112 | Invoice | $ 339.08 | $ 64.43 | $ 339.08 | $ 403.51 |
| 31-Dec-11 | EPJ0940 | Invoice | $ 339.08 | $ 61.03 | $ 339.08 | $ 400.11 |
| 31-Jan-12 | EUP6888 | Invoice | $ 339.08 | $ 57.64 | $ 339.08 | $ 396.72 |
| 29-Feb-12 | EXZ1332 | Invoice | $ 339.08 | $ 54.25 | $ 339.08 | $ 393.33 |
| 31-Mar-12 | FBG9610 | Invoice | $ 339.08 | $ 50.86 | $ 339.08 | $ 389.94 |
| 30-Apr-12 | FEM4452 | Invoice | $ 339.08 | $ 47.47 | $ 339.08 | $ 386.55 |
| 31-May-12 | FHE3604 | Invoice | $ 339.08 | $ 44.08 | $ 339.08 | $ 383.16 |
| 30-Jun-12 | FMC5043 | Invoice | $ 339.08 | $ 40.69 | $ 339.08 | $ 379.77 |
| 31-Jul-12 | FPJ7367 | Invoice | $ 339.08 | $ 37.30 | $ 339.08 | $ 376.38 |
| 31-Aug-12 | FUH4370 | Invoice | $ 339.08 | $ 33.91 | $ 339.08 | $ 372.99 |
| 30-Sep-12 | FXL7566 | Invoice | $ 339.08 | $ 30.52 | $ 339.08 | $ 369.60 |
| 31-Oct-12 | GAB4599 | Invoice | $ 339.08 | $ 27.13 | $ 339.08 | $ 366.21 |
| 30-Nov-12 | GDY4623 | Invoice | $ 339.08 | $ 23.74 | $ 339.08 | $ 362.82 |
| 31-Dec-12 | GHR3129 | Invoice | $ 339.08 | $ 20.34 | $ 339.08 | $ 359.42 |
| 31-Jan-13 | GMP9551 | Invoice | $ 339.08 | $ 16.95 | $ 339.08 | $ 356.03 |
| 28-Feb-13 | GSH1425 | Invoice | $ 339.08 | $ 13.56 | $ 339.08 | $ 352.64 |
| 31-Mar-13 | GUW9535 | Invoice | $ 339.08 | $ 10.17 | $ 339.08 | $ 349.25 |
| 30-Apr-13 | GZV1823 | Invoice | $ 339.08 | $ 6.78 | $ 339.08 | $ 345.86 |
| 31-May-13 | HDE3373 | Invoice | $ 339.08 | $ 3.39 | $ 339.08 | $ 342.47 |
| 30-Jun-13 | HGM3469 | Invoice | $ 339.08 | $ - | $ 339.08 | $ 339.08 |
| | **TOTAL PRE-PETITION** | | $ 6,781.60 | $ 644.25 | $ 6,781.60 | $ 7,425.85 |
| | **TOTAL POST-PETITION** | | $ - | $ - | $ - | $ - |
| | **TOTAL OPEN INVOICES** | | $ 6,781.60 | $ 644.25 | $ 6,781.60 | $ 7,425.85 |

Account Terminated

# IRON MOUNTAIN™
### The Leader in Records & Information Management

## CUSTOMER AGREEMENT

**IRON MOUNTAIN INFORMATION MANAGEMENT, INC.** (check one):

[X] **Iron Mountain Records Management Division**  [ ] **Iron Mountain Off-Site Data Protection Division**  [ ] **Iron Mountain/National Underground Storage Division**  [ ] **Iron Mountain Secure Shredding Division**

**Address of Iron Mountain Branch/District Office:**

| | |
|---|---|
| | **FOR IRON MOUNTAIN PURPOSES ONLY** |
| | Account Number: L165D  SIC Code: |
| | Branch/District Cost Ctr. No.: |

| | |
|---|---|
| **CUSTOMER:** CITY OF DETROIT - DEHOCO (FINANCE) | **BILLING ADDRESS (If Different):** |
| **Street Address:** RECORDS COORDINATOR 1200 CITY COUNTY BUILDING | **Street or Box No.:** |
| **City:** DETROIT  **State:** MI  **Zip + 4:** 48226 | **City:**  **State:**  **Zip + 4:** |
| **Primary Contact and Title:** | **Billing Contact:** |
| **Telephone:**  **Fax:**  **E-mail:** | **Telephone:**  **Fax:**  **E-mail:** |

The Iron Mountain Division checked above, as the contracting entity ("Iron Mountain"), will store deposits and perform records management services at Iron Mountain facilities as Customer requests. Customer will pay Iron Mountain for such storage and services according to the amounts currently in effect for Customer's account(s) (as amended from time to time). All services will be provided subject to the terms and conditions below and on the reverse hereof.

**VALUE OF DEPOSITS.** Customer declares, for the purposes of this Agreement, that (a) with respect to hard-copy records, microfilm and microfiche stored pursuant to this Agreement, the value of such stored items is $1.00 per carton, linear foot of open-shelf files, container or other hard-copy storage unit, and (b) with respect to round reel tape, audio tape, video tape, film, data cartridges or data cassettes or other non-paper media stored pursuant to this Agreement, the value of such stored items is limited to the cost of replacing the physical media. Customer acknowledges that it has declined to declare an excess valuation, for which an excess valuation fee would have been charged.

**LIMITATION OF LIABILITY.** Iron Mountain's liability, if any, for loss or destruction of or damage to materials stored with Iron Mountain ("Deposits") is limited to the value of each Deposit as described above, or as otherwise set forth on the reverse side hereof. Iron Mountain reserves the right to provide replacement of media for which liability is limited to replacement cost rather than payment of replacement cost. Iron Mountain's maximum liability with respect to services not related to storage is the amount paid by Customer for a discrete project or, if the loss is related to service of an ongoing and continuing nature, six months of fees paid by Customer for such service. Other limitations on Iron Mountain's liability are set forth on the reverse side of this Agreement.

| | |
|---|---|
| **CUSTOMER:** _City of Detroit - Finance_ | **IRON MOUNTAIN** |
| **Individual Signing:** [print name] _Michael Lane_ | **Individual Signing:** [print name] Janet R. Mayhew |
| **Signature:** _Michael Lane_ | **Signature:** _Janet Mayhew_ |
| **Title:** Manager I | **Title:** Vice President, Account Management |
| **Signing Date:** Sept. 17, 2003 | **Signing Date:** August 7, 2003 |

## CORPORATE COPY
Iron Mountain Records Management
Contracts Department
1000 Campus Drive
Collegeville, PA 19426

IM-36  1/03  © 2003 Iron Mountain Incorporated

## STANDARD TERMS AND CONDITIONS
### (Based on terms and conditions promulgated by Professional Records & Information Services Management, Inc.)

The following terms and conditions shall apply to this Agreement.

1. **Term.** The term of this Agreement shall commence on the date of Customer's signature or, if later, the Effective Date set forth on the front side of this Agreement. The initial term of this Agreement shall continue for one (1) year after commencement. Upon expiration of the initial term, the term will continue with automatic renewals for additional one (1) year terms, unless written notice of non-renewal is delivered by either party to the other not less than thirty (30) days prior to the expiration date. In the event that Iron Mountain continues to hold Deposits after the expiration or termination of this Agreement, the terms of this Agreement shall continue to apply until all of Customer's Deposits have been removed from Iron Mountain's facility, except that Iron Mountain may adjust rates upon thirty (30) days' notice.

2. **Charges.** All rates and charges shall be in accordance with the amounts and provisions currently in force for Customer's account(s) (as amended from time to time).

3. **Principal Records Services Provider.** The charges for records management and storage are predicated upon the expectation that Customer will utilize Iron Mountain as its primary commercial provider of records service and storage (for paper and/or magnetic media, as applicable) for Customer's locations, including accretion in records, during the term of this Agreement. In the event that Customer does not so utilize Iron Mountain's services, Iron Mountain reserves the right to adjust rates and charges to the standard list rates and charges then applicable to the services provided by Iron Mountain to Customer.

4. **Authorization; Customer Instructions.** Deposits may be delivered pursuant to direction of Customer's agent(s) identified pursuant to Iron Mountain's standards. Authority granted to any persons on standard authorization forms shall constitute Customer's representation that the identified persons have full authority to order any service for, or disposal or removal of, Customer's Deposits. Such orders may be given in person, by telephone or in writing (fax, electronically or hard-copy).

5. **Operational Procedures.** Customer shall comply with Iron Mountain's reasonable operational requirements, as modified from time to time, regarding containers, delivery/pick-up volumes, security, access and similar matters. Customer acknowledges that volume requests that exceed one hundred twenty-five percent (125%) of normal volume may require Iron Mountain to incur additional costs, which Customer will pay at Iron Mountain's overtime rates, provided that Iron Mountain shall have advised Customer thereof in advance.

6. **Force Majeure.** Iron Mountain shall not be liable for delay or inability to perform caused by acts of God, governmental actions, labor unrest, acts of terrorism, riots, unusual traffic delays or other causes beyond its control.

7. **Governmental Orders.** Iron Mountain is authorized to comply with any subpoena or similar order related to the Deposits, provided that Iron Mountain notifies Customer promptly upon receipt thereof, unless such notice is prohibited by law. Customer shall pay Iron Mountain's reasonable charges for such compliance. Iron Mountain will cooperate with Customer's efforts to quash or limit any subpoena, at Customer's expense.

8. **Confidentiality.** "Confidential Information" means any information concerning or relating to the property, business and affairs of Customer that is furnished to Iron Mountain, except for information that was previously known to Iron Mountain free of any obligation to keep it confidential, is subsequently made public by Customer or is disclosed by a third party having a legal right to make such disclosure. Confidential Information shall be held in confidence by Iron Mountain and shall be used only in the manner contemplated by this Agreement. Iron Mountain shall use the same degree of care to safeguard Confidential Information as it utilizes to safeguard its own confidential information.

9. **Liability in Event of Loss of Stored Material.** Iron Mountain shall not be liable for any loss or destruction of, or damage to, Deposits, however caused, unless such loss or damage resulted from the failure by Iron Mountain to exercise such care as a reasonably careful person would exercise under like circumstances; Iron Mountain is not liable for loss or damage which could not have been avoided by the exercise of such care. If liable, the amount of Iron Mountain's damages is limited as provided on the front page hereof. Deposits are not insured by Iron Mountain against loss or damage, however caused. Customer may insure Deposits through third-party insurers for any amount, including amounts in excess of the limitation of liability. Customer shall cause its insurers of Deposits to waive any right of subrogation against Iron Mountain. If Deposits are placed in the custody of a common carrier for transportation, the common carrier shall be solely responsible for any loss or destruction of, or damage to, such Deposits while in the custody of the common carrier.

10. **No Product Warranty.** Iron Mountain hereby assigns to Customer any manufacturers' warranties applicable to any products sold by Iron Mountain pursuant to this Agreement. Iron Mountain provides no warranties related to products sold. WITH RESPECT TO PRODUCTS SOLD BY IRON MOUNTAIN TO CUSTOMER, IRON MOUNTAIN MAKES NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

11. **Liability with Respect to Non-Storage Services.** With respect to services not related to storage of Deposits, Iron Mountain's maximum liability for any loss or default shall be: (i) if such loss or default relates to a discrete project, the total fees paid by Customer to Iron Mountain for such project; or (ii) if such loss or default arises from services that are of an ongoing and continuing nature, the total amount of fees paid by Customer to Iron Mountain for the performance of such services during the immediately preceding six-month period.

12. **Liability with Respect to Secure Shredding (by Iron Mountain Secure Shredding Division).** Iron Mountain shall not be responsible or liable in any manner whatsoever for the release or loss of any materials deposited in bins or otherwise delivered to it for shredding unless the release or loss is due to Iron Mountain's negligence or willful misconduct. Iron Mountain's maximum liability for any and all claims arising with respect to secure shredding service shall not exceed the aggregate amount paid by Customer with respect to Iron Mountain Secure Shredding services provided during the six (6) months preceding the event which gives rise to the claim.

13. **No Consequential Damages, etc.** In no event shall Iron Mountain be liable for any consequential, incidental, special or punitive damages, regardless of whether an action is brought in tort, contract or any other theory.

14. **Notice of Claims.** Claims by Customer must be presented in writing within a reasonable time, and in no event longer than ninety (90) days after delivery or return of the Deposits to Customer or ninety (90) days after Customer is notified that loss, damage or destruction to part or all of the Deposits has occurred.

15. **Filing of Actions.** No action may be maintained against Iron Mountain for loss, damage or destruction of Deposits, unless timely written claim has been given as provided in Section 14, and unless such action is commenced either within one (1) year after: (i) the date of delivery or return of the Deposits by Iron Mountain; or (ii) the date that Customer is notified that loss, damage or destruction to part or all of the Deposits has occurred.

16. **Notice of Loss.** When Deposits have been lost, damaged or destroyed, notice thereof may be given by mailing a certified letter (return receipt requested) to Customer. In the event notice of loss, damage or destruction is given by certified letter, the time limitation for presentation of a claim and commencement of action or suit begins on the date of Customer's receipt of such notice.

17. **Payment.** Payment terms are net, thirty (30) days. If Customer fails to pay Iron Mountain's charges (other than disputed charges) within forty-five (45) days after the date of an invoice, Iron Mountain may, at its option: (a) refuse access to Deposits, (b) suspend service, (c) redeliver Deposits to Customer or (d) terminate this Agreement. Customer shall be liable for late charges at the rate of fifteen percent (15%) per annum, compounded monthly, on unpaid balances and all expenses incurred in collection, including reasonable attorneys' fees. If Customer is consistently delinquent (defined as being late in the payment of any three (3) or more undisputed invoices in a 12-month period) and/or upon the expiration or termination of this Agreement, Iron Mountain may require payment by certified check prior to performance of services, including delivery of Deposits. Upon default by Customer, Iron Mountain shall have other rights and remedies as may be provided by law. In the event Iron Mountain takes any actions pursuant to this Section, it shall have no liability to Customer or anyone claiming by or through Customer.

18. **Ownership Warranty.** Customer warrants that it is the owner or legal custodian of the Deposits and has full authority to store the Deposits and direct their disposition in accordance with the terms of this Agreement. Customer shall reimburse Iron Mountain for any expenses reasonably incurred by Iron Mountain (including reasonable legal fees) by reason of Iron Mountain's compliance with the instructions of Customer in the event of a dispute concerning the ownership, custody or disposition of Deposits stored by Customer with Iron Mountain.

19. **Restrictions on Stored Material; Customer Premises.** Customer shall not store with Iron Mountain any material that is highly flammable, explosive, toxic or otherwise dangerous or unsafe to store or handle, or any material which is regulated under any federal or state law or regulation relating to the environment or hazardous materials. Customer shall not store negotiable instruments, jewelry, check stock or other items that have intrinsic value. All Customer's premises where Iron Mountain's employees perform services or make deliveries hereunder shall be free of hazardous substances and any other hazardous or dangerous conditions.

20. **Software License.** If access to or use of Iron Mountain inventory management software and computer programs (the "Software") is provided hereunder, Iron Mountain hereby grants Customer a limited, nonexclusive license to use the Software solely in conjunction with records storage services provided by Iron Mountain during the term of this Agreement. Customer acknowledges that all Software and the inventory management system comprised of the Software belong to Iron Mountain. During the term of this Agreement, Iron Mountain shall have the exclusive right to use Deposit inventory information to provide records management services to Customer; upon expiration of this Agreement, Iron Mountain shall have the right to maintain inventory information for record-keeping purposes.

21. **Modifications to Add Customer Locations, Services.** In the event that Customer locations or lines of service are added to or deleted from this Agreement, the term of this Agreement shall not change unless the parties so agree. Any modification of Customer locations serviced or lines of services provided will be effected by an amendment of this Agreement or a Schedule.

22. **Performance of Services by Other Divisions.** Certain lines of service may be performed by another Division of Iron Mountain Information Management, Inc. or by an affiliated company other than the Division identified at the head of this Agreement. In such event, such other Division or affiliate will perform such service as a subcontractor to Iron Mountain. The subcontracting entity may invoice Customer directly, but Iron Mountain will remain liable for all services performed for Customer.

23. **Miscellaneous.** This Agreement binds the successors and assigns of the respective parties and cannot be changed orally. This Agreement may not be assigned by the Customer (other than to an affiliate which shall assume the obligations of its assignor by written instrument) without the written consent of Iron Mountain, which shall not be unreasonably withheld or delayed. Any notice made pursuant to this Agreement may be given in writing at the addresses set out on the front side hereof until written notice of a change of address has been received. Notices to Iron Mountain shall be sent to the attention of its General Manager at such address. Iron Mountain shall have, and may exercise, all rights granted to warehousemen by the Uniform Commercial Code as adopted in the state where the Deposits are stored. In the event of inconsistency between these printed Terms and Conditions and the terms of an existing or future Schedule, the Schedule shall prevail.

IM-36   1/03   © 2003 Iron Mountain Incorporated



May 27, 2011


Arthur Johnson
CITY OF DETROIT - DEHOCO (FINANCE)
1200 City County Building
Detroit, MI 48226


Dear Valued Customer,

Thank you for continuing to trust Iron Mountain with your information management needs. Enclosed please find your new Iron Mountain Pricing Schedule (Schedule A), for Records Management storage and services, effective July 1, 2011.

As you may recall, we introduced standard list prices for Records Management storage and services last year. This pricing structure was designed to provide more clarity and consistency regarding pricing, which makes invoice reconciliation easier. Based on the business you have entrusted with us, we are extending a discount of 26% off of the list prices for Standard Storage and Services, as further described in the enclosed Schedule A. Please note that this discount does not apply to Premium or Custom Storage and Services. Enclosed you will find a price list for commonly used storage and services.

Another useful source of information is our Customer Information Center website at http://**cic.ironmountain.com/**. This site is designed to provide clarity around our services and the billing practices associated with those services. It contains storage and service descriptions, a glossary of terms, and billing protocols such as how we determine billable cubic footage of non-standard cartons, which may be greater than physical carton size. This site is frequently updated with additional information of interest to our customers, so please bookmark it for easy reference.

We thank you for the business you entrust with us. If you have any questions or require additional information, please contact us at 1-800-934-3453.

Sincerely,

Kurk Walton
Michigan Territory, Vice President


Enclosures



# Iron Mountain Overview

Iron Mountain Incorporated (NYSE:IRM) helps organizations around the world reduce the costs and risks associated with information protection and storage. We offer comprehensive records management and data protection solutions, along with the expertise and experience to address complex information challenges such as rising storage costs, litigation, regulatory compliance and disaster recovery. Founded in 1951, Iron Mountain is a trusted partner to more than 140,000 corporate clients throughout North America, Europe, Latin America and Asia Pacific. For more information, please visit our Web site at www.ironmountain.com.

## Solution Categories

Iron Mountain offers a comprehensive array of information management solutions that help companies reduce costs, risks and inefficiencies associated with managing their paper and digital data.



**Records Management Services**
- Records Management
- Accutrac® Software
- Digital Archive
- Iron Mountain Discovery Service (Stratify®)
- Domain Name Management
- Compliant Records Management Programs
- Records Management Consulting
- ActivFile™, Imaging and Hosted Archiving Solutions
- Fulfillment Services
- Health Information Management Services
- Film and Sound Archive
- Energy Data Services

**Information Destruction**
- Secure Shredding
- Compliant Shredding Programs

**Data Protection and Recovery Services**
- Offsite Tape Vaulting
- Server Data Protection
- PC and Mac Data Protection
- Technology Escrow
- E-mail Continuity
- Disaster Recovery Support Services

1 | © 2010 Iron Mountain Incorporated. All Rights Reserved

13-53846-tjt   Doc 9106-6   Filed 01/26/15   Entered 01/26/15 15:23:40   Page 30 of 34



# Renewal Schedule A:
## PROGRAM PRICING SCHEDULE
### Records Management

This Records Management Pricing Schedule is incorporated into and made part of the Customer Agreement ("Agreement") between Iron Mountain Information Management, Inc., (the "Company" or "Iron Mountain") and CITY OF DETROIT - DEHOCO (FINANCE), (the "Customer").

The Customer will be eligible for a Discount Rate of 26%. List Price is the standard Iron Mountain price for a given service and the Discount Rate is your percentage off of List Price.

The Discount Rate applies to Standard Storage and Services only and does not apply to Premium Storage and Services, Custom Storage and Services, Other Program Fees, or other fees not explicitly identified within this document.

Please see our Customer Information Center at cic.ironmountain.com for a Glossary with definitions of the terms used in this Pricing Schedule and more detail regarding our services, standard processes, and billing practices. In addition, restrictions apply to volume and/or stated timeframes for some service transaction types and these may be found in the Glossary under each service type.

This Records Management Pricing Schedule supersedes and terminates any prior Records Management Pricing Schedule and/or Schedule A existing between Iron Mountain and the Customer for the accounts noted below. All other Records Management services not specifically listed on this Schedule A will be charged at Iron Mountain's then current rates.

**CITY OF DETROIT - DEHOCO (FINANCE)**
District Name/Number:  MI / 03141  |  L165D
Effective Date:  July 1, 2011
Discount Rate: 26%

© 2010 Iron Mountain Incorporated. All Rights Reserved          EPW-9.4.10          (800) 899-IRON  |  www.ironmountain.com

13-53846-tjt   Doc 9106-6   Filed 01/26/15   Entered 01/26/15 15:23:40   Page 31 of 34



# List Prices (as of July 1, 2011)

**STANDARD STORAGE AND SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | CURRENT LIST PRICE | DISCOUNT % | EFFECTIVE PRICE | PER |
|---|---|---|---|---|
| Carton Storage | $0.465 | 26% | $ 0.344 | Cubic Foot |
| Receiving and Entry - Carton | $2.94 | 26% | $ 2.18 | Cubic Foot |
| Regular Retrieval - Carton | $3.80 | 26% | $ 2.81 | Cubic Foot |
| Regular Retrieval - File from Carton | $5.10 | 26% | $ 3.77 | File |
| Regular Refile - Carton | $3.80 | 26% | $ 2.81 | Cubic Foot |
| Regular Refile - File to Carton | $5.10 | 26% | $ 3.77 | File |
| Archival Destruction - Carton | $4.60 | 26% | $ 3.40 | CF plus Regular Retrieval Charge |
| Permanent Withdrawal - Carton | $5.74 | 26% | $ 4.25 | CF plus Regular Retrieval Charge |
| Permanent Withdrawal - File from Carton | $2.76 | 26% | $ 2.04 | File plus Regular Retrieval Charge |
| Open Shelf Storage | $0.910 | 26% | $ 0.673 | Linear Foot |
| Open Shelf Storage - X-Ray | $1.360 | 26% | $ 1.01 | Linear Foot |
| Receiving and Entry - Open Shelf File | $5.63 | 26% | $ 4.17 | Linear Foot |
| Regular Retrieval - File from Open Shelf | $2.98 | 26% | $ 2.21 | File |
| Regular Refile - File to Open Shelf | $2.98 | 26% | $ 2.21 | File |
| Archival Destruction - Open Shelf | $2.76 | 26% | $ 2.04 | File plus Regular Retrieval Charge |
| Permanent Withdrawal - Open Shelf | $2.76 | 26% | $ 2.04 | File plus Regular Retrieval Charge |
| Next Day Delivery | $36.14 | 26% | $ 26.74 | Visit plus Handling Charge |
| Regular Pickup | $36.14 | 26% | $ 26.74 | Visit plus Handling Charge |
| Handling Charge | $3.33 | 26% | $ 2.46 | Cubic Foot |

**PREMIUM STORAGE & SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| Rush Retrieval - Carton | $5.69 | Cubic Foot |
| Rush Retrieval - File from Carton | $7.58 | File |
| Regular Interfile - Carton | $6.92 | Each |
| Half Day Delivery | $49.92 | Visit plus Handling Charge |
| Rush Delivery - Business Day | $99.84 | Visit plus Handling Charge |
| Rush Delivery - Weekends/Holidays/After Hours | $199.68 | Visit plus Handling Charge |
| Rush Pickup - Business Day | $99.84 | Visit plus Handling Charge |
| Archival Destruction - File from Carton | $4.33 | File plus Regular Retrieval Charge |
| Rush Retrieval - File from Open Shelf | $5.95 | File |
| Regular Interfile - Open Shelf | $4.60 | Each |
| Miscellaneous Services - Labor | $51.48 | Hour |
| Re-Boxing Charge | $5.20 | Labor plus New Carton Cost |

**OTHER PROGRAM FEES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| Administrative Fee (Summary Billing) | $25.12 | Account ID per Month |
| Administrative Fee (Detailed Billing) | $62.80 | Account ID per Month |
| Fuel Surcharge | * | Transportation Visit |

*A Fuel Surcharge is applied monthly based upon changes in the price of diesel fuel as published by the US Department of Energy. This charge is calculated monthly and included as a percentage of transportation related service charges. The current monthly Fuel Surcharge information can be found at http://cic.ironmountain.com/FuelSurcharge.

3 | © 2010 Iron Mountain Incorporated. All Rights Reserved. | EPW-9.4.10 | (800) 899-IRON | www.ironmountain.com
9486D-12781



## CUSTOM STORAGE & SERVICES (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Individual Listing | $ 0.57 | File |
| ■ Third Party Shipping | | Actual Courier Fees plus 30% |
| ■ Storage Minimum | $ 135.00 | Month |
| ■ Minimum Service Order Charge | $ 13.00 | Order |

Additional Services beyond those listed in this Pricing Schedule are available. For service descriptions, please go to Additional Services at cic.ironmountain.com/additionalservices.

4 | © 2010 Iron Mountain Incorporated. All Rights Reserved

EPW-9.4.10

(800) 899-IRON | **www.ironmountain.com**

**CITY OF DETROIT**
22123.090710

| Transaction Date | Number | Class | Original | | Interest Accrued | | Invoice Balance | | Total Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| | | | $ | - | $ | - | $ | - | $ - |
| **TOTAL PRE-PETITION** | | | | | | | | | |
| 31-Dec-14 | 200513382 | Invoice | $ | 1,147.43 | $ | - | $ | 1,147.43 | $ 1,147.43 |
| **TOTAL POST-PETITION** | | | $ | 1,147.43 | $ | - | $ | 1,147.43 | $ 1,147.43 |