UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I certify that on January 26, 2015, I caused (i) Iron Mountain Information Management, LLC's Reservation Of Rights And Limited Objection To Assumption Of Contracts And Proposed Cure Amounts [Docket No. 9105]; and (ii) Iron Mountain Information Management, LLC's Request For Payment Of Administrative Expenses Pursuant To 11 U.S.C. § 503(b)(1) [Docket No. 9106] to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants requesting electronic service.

I further certify that, on January 26, 2015, I caused copies of the foregoing documents to be served via first-class United States mail, postage pre-paid, on the following:

Melvin Hollowell, Esq.
City of Detroit Law Department
Two Woodward Avenue
Suite 500
Detroit, MI 48226

Marc Swanson, Esq.
Miller Canfield
150 W. Jefferson
Suite 2500
Detroit, MI 48226

Respectfully submitted,

Dated: January 26, 2015   By: /s/ Anthony J. Kochis
Scott A. Wolfson (P53194)
Anthony J. Kochis (P72020)
WOLFSON BOLTON PLLC
3150 Livernois, Suite 275
Troy, MI 48083
Telephone: (248) 247-7105
Facsimile: (248) 247-7099
E-Mail: akochis@wolfsonbolton.com

*Local Counsel for Iron Mountain Information Management, LLC*