

# Robert A. Ficano
Wayne County Executive

February 5, 2013

C. Beth Duncombe, Director
City of Detroit Building Authority
65 Cadillac Square, Suite 2800
Detroit, Michigan 48226

    **Re:**    **Agreement to Purchase and Develop Land dated July 28, 1976 (the "Agreement")**

Dear Ms. Duncombe:

    During the last year the Charter County of Wayne ("County") and the City of Detroit Building Authority ("City") have discussed the County's purchase of the property located at 1300 Beaubien, Detroit Michigan. This provides notice to the City that the Agreement, attached hereto for your convenience, allows the County to purchase land owned by the City of Detroit located at 1300 Beaubien referred to as the "existing Police Headquarters Building" and as "Phase II" in the Agreement. The County requests that the Agreement be performed in accordance with its terms with respect to this property. The County acknowledges that discussions regarding the disposition of the property have been on-going with the City. This letter is provided as notice to the City and in furtherance of the County's desires to preserve its rights on the property.

    Pursuant to Section 2B of the Agreement, the City must furnish a Commitment for an Owner's Title Insurance Policy and other portions of the Agreement obligate the City to conduct other actions to facilitate and close the transaction. Upon the City's completion of the demolition on the facility, we will finalize this transaction. As we have discussed the County is willing to consider signing an agreement that modifies these provisions.

    Please forward this to your law Department for handling. Thank you for your cooperation.

Charter County of Wayne

Jeffrey Collins
Deputy Chief Executive Officer

Enclosure

500 GRISWOLD • DETROIT, MICHIGAN 48226 • (313) 224-7766 • www.waynecounty.com
13-53846-tjt   Doc 9108-2   Filed 01/26/15   Entered 01/26/15 15:57:46   Page 1 of 1