# EXHIBIT A

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 17052
December 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 12/31/2014

**Please include Invoice Number with Payment**

| | | |
|---|---|---|
| Balance Forward | | 126,855.54 |
| Current Fees | 38,439.60 | |
| Total Current Charges | | 38,439.60 |
| **Total Due** | | **165,295.14** |

## Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---|---|---|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 22,840.75 | 1,699.25 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| 04/30/14 | 14290 | 25,708.80 | 21,852.48 | 3,856.32 |
| 05/31/14 | 14683 | 42,629.69 | 36,390.98 | 6,238.71 |
| 06/30/14 | 14952 | 19,537.81 | 16,608.49 | 2,929.32 |
| 07/31/14 | 15721 | 33,372.00 | 28,366.20 | 5,005.80 |
| 08/31/14 | 15957 | 21,444.60 | 18,227.91 | 3,216.69 |
| 09/30/14 | 16216 | 22,804.20 | 0.00 | 22,804.20 |
| 10/31/14 | 16230 | 26,761.50 | 0.00 | 26,761.50 |
| 11/30/14 | 16706 | 44,533.00 | 0.00 | 44,533.00 |
| | Totals | 328,628.80 | 201,773.26 | 126,855.54 |

SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-002 - RMF  
Re: Robert Fishman

December 31, 2014  
Invoice 17052

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/14 | RMF | Prepared for fee mediations by reviewing mediation statements, memos from fee review teams, and Final Monthly and Quarterly Reports of Fee Examiner. | 3.70 | 618.00 | 2,286.60 |
| 12/01/14 | RMF | Reviewed, revised, finalized and transmitted September Preliminary Reports to Professionals. | 5.40 | 618.00 | 3,337.20 |
| 12/02/14 | RMF | Traveled from Chicago to Detroit. | 4.50 | 309.00 | 1,390.50 |
| 12/02/14 | RMF | Met with Mediators to prepare for fee mediations. | 4.10 | 618.00 | 2,533.80 |
| 12/02/14 | RMF | Prepared for fee mediations by reviewing mediation statements, memos from fee review teams, and Final Monthly and Quarterly Reports of Fee Examiner. | 3.30 | 618.00 | 2,039.40 |
| 12/03/14 | RMF | Participated in fee mediations. | 10.50 | 618.00 | 6,489.00 |
| 12/04/14 | RMF | Participated in fee mediations. | 8.00 | 618.00 | 4,944.00 |
| 12/05/14 | RMF | Traveled from Detroit to California (I only billed for the amount of time to return to Chicago). | 3.50 | 309.00 | 1,081.50 |
| 12/08/14 | RMF | Responded to email request from E. Driker re fee mediation issues (required extensive review of several different documents). | 2.20 | 618.00 | 1,359.60 |
| 12/10/14 | RMF | participated in all day fee mediation. | 8.80 | 618.00 | 5,438.40 |
| 12/10/14 | RMF | Traveled from NY to Detroit for fee mediation (flight delayed). | 4.80 | 309.00 | 1,483.20 |
| 12/11/14 | RMF | Reviewed Debevoise spreadsheet with team resolution comments (.6) and emailed G. Gouveia re same (.2). | 0.80 | 618.00 | 494.40 |
| 12/15/14 | RMF | Reviewed Resolution comments for Conway and Miller Canfield (.4). Spoke to Judge Rhodes re further modification of the Fee Review Order (.2). Spoke to J. Ellman re same (.2). Reviewed and drafted suggested changes to draft agreement from C. Montgomery re Dentons fees (.4). Spoke to C. Montgomery re same (.1). Had a second discussion with C. Montgomery re agreement (.2). | 1.50 | 618.00 | 927.00 |
| 12/16/14 | RMF | Spoke to J. Ellman and Judge Rhodes re fee review issues (.2). Conference call with I. Bodenstein and Miller Buckfire representatives re steps to complete fee review process and treatment of certain expenses (.4). Reviewed and revised Shaw Fishman October Detailed Statement of Services Rendered (.7). | 1.30 | 618.00 | 803.40 |
| 12/17/14 | RMF | Reviewed and revised Fifth Fee Application of Fee Examiner Parties (.6). Reviewed and commented on Kapila October and November invoices (.5). Participated in conference call with Judge Rhodes, J. Ellman and City officials re fee review process (.4). Drafted email to all Professionals re fee review process (.4). Spoke to C. Montgomery re fee review process (.3). Conference call with Judge Rhodes and Judge Rosen re fee review process (.3). Drafted | 3.60 | 618.00 | 2,224.80 |

Shaw Fishman Glantz & Towbin LLC

| | | | | | |
|---|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | | December 31, 2014 |
| I.D. 10661-002 - RMF | | | | | Invoice 17052 |
| Re: Robert Fishman | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | proposed order for Judge Rhodes to consider respecting modifying the Fee Review Order (1.1). | | | |
| 12/18/14 | RMF | Reviewed and revised Shaw Fishman November Detailed Statement of Services Rendered (1.2). Spoke to Judge Rosen and Judge Rhodes re fee review issues (.6). Spoke to I. Bodenstein re limited purpose review of December and November 2014 invoices (.3). | 2.10 | 618.00 | 1,297.80 |
| 12/20/14 | RMF | Further drafting of proposed order to Amend Fee Review Order (.4). Drafted email to parties re same (.1). | 0.50 | 618.00 | 309.00 |
| | | **Total Fees** | **68.60** | | **38,439.60** |

| | |
|---|---|
| **Total Fees and Disbursements** | 38,439.60 |
| **Total Current Charges** | 38,439.60 |
| Balance Forward | 126,855.54 |
| **Total Amount Due** | **165,295.14** |

# EXHIBIT B

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 16840
December 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-001 - RMF

Re: Chapter 9 case

For Services Rendered Through 12/31/2014

**Please include Invoice Number with Payment**

| | | |
|---|---|---|
| Previous Balance | | 197,338.41 |
| Payments | | -27,872.52 |
| Balance Forward | | 169,465.89 |
| Current Fees | 41,690.60 | |
| Current Disbursements | 3,660.58 | |
| Total Current Charges | | 45,351.18 |
| **Total Due** | | **214,817.07** |

## Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---|---|---|
| 08/31/13 | 11728 | 14,028.70 | 13,488.70 | 540.00 |
| 09/30/13 | 12045 | 7,662.77 | 7,578.00 | 84.77 |
| 02/28/14 | 13625 | 71,014.86 | 60,374.82 | 10,640.04 |
| 02/28/14 | 13793 | 44,703.88 | 38,017.20 | 6,686.68 |
| 03/31/14 | 14117 | 40,290.80 | 34,257.58 | 6,033.22 |
| 04/30/14 | 14291 | 46,810.69 | 39,817.78 | 6,992.91 |
| 05/31/14 | 14684 | 46,311.87 | 39,379.61 | 6,932.26 |
| 06/30/14 | 14951 | 22,796.20 | 19,378.27 | 3,417.93 |
| 07/31/14 | 15722 | 40,458.50 | 34,389.72 | 6,068.78 |
| 08/31/14 | 15958 | 26,620.40 | 22,671.20 | 3,949.20 |
| 09/30/14 | 16215 | 20,349.80 | 0.00 | 20,349.80 |
| 10/31/14 | 16667 | 35,372.40 | 0.00 | 35,372.40 |
| 11/30/14 | 16707 | 62,397.90 | 0.00 | 62,397.90 |
| **Totals** | | **478,818.77** | **309,352.88** | **169,465.89** |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

December 31, 2014  
Invoice 16840

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/14 | DRD | Draft lengthy memoranda to R. Fishman on Dentons (6.1) and Lazard's (.9) fees throughout case in preparation for mediation; revise August and September preliminary reports for Brooks Wilkins (.4) and Dentons (.9); emails with S. Alberts (.1) and confer with I. Bodenstein (.1) regarding resolution discussion; confer with A. Hudson regarding Lazard retention agreement (.1); confer with R. Fishman regarding City's mediation statement on Dentons (.1). | 8.70 | 267.00 | 2,322.90 |
| 12/01/14 | GEG | Complete review and comments on Miller Canfield August invoice (1.8); email correspondence with A. Hudson regarding same and preparation of August/September preliminary report for Miller Canfield (.2); review and comment on Miller Canfield September invoice (2.8); review R. Fishman transmittal emails regarding Pepper Hamilton and Conway MacKenzie combined August and September preliminary reports (.1); review and edit draft preliminary report for Miller Canfield Aug/Sept invoices (.2); email correspondence with R. Fishman regarding Aug/Sept preliminary report and review spreadsheets for Miller Canfield (.1); email (.2) and office conference with R. Fishman regarding issues raised by Mayor regarding Pepper Hamilton and Conway MacKenzie for fee mediation (.2); email correspondence with R. Fishman regarding resolution discussions re Conway July invoice (.1); review Conway's revised March invoice to investigate potential reporting error in March monthly and quarterly reporting (.2) and email correspondence with A. Hudson, R. Fishman and M. McMickle regarding same (.2); forward July resolution comments to M. Hausman (Conway) (.1) | 6.20 | 347.00 | 2,151.40 |
| 12/01/14 | IB | Revise D. Doyle draft of Dentons August and September 2014 preliminary report | 0.40 | 434.00 | 173.60 |
| 12/01/14 | IB | Review and revise Brooks Wilkins August and September 2014 spreadsheets for preliminary report | 0.50 | 434.00 | 217.00 |
| 12/01/14 | IB | Revise draft of Miller Buckfire mediation memo. | 0.20 | 434.00 | 86.80 |
| 12/01/14 | IB | Review and revise A. Hudson draft of Kilpatrick and Eastman August/September 2014 preliminary report and spreadsheet. | 0.50 | 434.00 | 217.00 |
| 12/01/14 | IB | Review and revise A. Hudson draft of Milliman August and September preliminary report and spreadsheet. | 0.40 | 434.00 | 173.60 |
| 12/01/14 | IB | Begin review of mediation materials sent to R. Fishman by Judge Rosen to prepare for mediations. | 4.20 | 434.00 | 1,822.80 |
| 12/01/14 | MSR | August/September Preliminary Reports | 1.70 | 267.00 | 453.90 |
| 12/01/14 | AH | Review Kilpatrick, Eastman, Milliman, and Segal August and | 5.20 | 248.00 | 1,289.60 |

## Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case  

December 31, 2014  
Invoice 16840

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | September invoices and draft preliminary reports for Kilpatrick, Eastman, Milliman, Segal, and Miller Canfield for August and September Invoices (4.3); revise Milliman mediation memorandum (.3); assess whether Verification forms were submitted on all invoices before quarterly reports filed (.3); correspondence with M. McCormick and G. Gouveia re necessity of filing supplemental quarterly report to correct Conway invoice (.2). | | | |
| 12/01/14 | MSR | Draft mediation memorandums for Pepper Hamilton and KCC. | 1.60 | 267.00 | 427.20 |
| 12/01/14 | PJR | Review emails from R. Fishman regarding mediation issues (.2); confer with M. Reiser on KCC June invoice (.1); | 0.30 | 419.00 | 125.70 |
| 12/01/14 | PJR | Further edits to Segal mediation memo (.3); confer with A. Hudson on same (.1); review and revise Segal preliminary August/September report (.3); exchange emails with A. Hudson on same (.1). | 0.80 | 419.00 | 335.20 |
| 12/01/14 | PJR | Review and analyze EY September invoice. | 3.60 | 419.00 | 1,508.40 |
| 12/01/14 | PJR | Draft and edit preliminary report for EY August and September invoice (1.1); email to R. Fishman on same (.1). | 1.20 | 419.00 | 502.80 |
| 12/01/14 | PJR | Begin drafting mediation memorandum regarding EY. | 1.10 | 419.00 | 460.90 |
| 12/02/14 | IB | Phone call with S. Alberts and D. Doyle re: resolution discussion for August/September 2014 Dentons preliminary report | 0.30 | 434.00 | 130.20 |
| 12/02/14 | IB | Review D. Doyle Dentons memo for mediation | 0.20 | 434.00 | 86.80 |
| 12/02/14 | IB | Review City Mediation statements to prepare for mediations (1.1); review E&Y and Conway mediation memos and fee spreadsheets to prepare for mediations (.6) | 1.70 | 434.00 | 737.80 |
| 12/02/14 | IB | Travel to Detroit for mediations (bill at 1/2 rate) | 3.50 | 217.00 | 759.50 |
| 12/02/14 | IB | Dinner meeting with mediators and R. Fishman to prepare for fee mediations. | 4.10 | 434.00 | 1,779.40 |
| 12/02/14 | AH | Draft supplemental quarterly report to correct summary chart of Conway invoice (1.1); review Segal invoices to look for expense that was questioned during mediation sessions per request of R. Fishman (.3). | 1.40 | 248.00 | 347.20 |
| 12/02/14 | PJR | Brief review of Dykema October invoice (.1); exchange emails with JJ Chang on same (.1). | 0.20 | 419.00 | 83.80 |
| 12/02/14 | PJR | Brief review of EY October invoice (.3); exchange emails with W. Flick regarding resolution discussions with EY for August and September (.2). | 0.50 | 419.00 | 209.50 |
| 12/02/14 | GEG | Email correspondence with R. Fishman regarding communications among mediations regarding initial assessment of professional fees (.1); confer with M. Reiser regarding resolution discussions with Pepper Hamilton regarding July invoice (.1); review and edit supplemental report for Conway March reporting error (.2) and email correspondence with A. Hudson regarding same (.1) | 0.50 | 347.00 | 173.50 |
| 12/02/14 | PJR | Continued drafting and editing of memorandum regarding EY (2.9); exchange emails with M. McMickle on same (.3); exchange emails with R. Fishman on same and related EY issues (.6); review EY | 4.60 | 419.00 | 1,927.40 |

Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

December 31, 2014  
Invoice 16840

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | invoices in connection with same (.8). | | | |
| 12/02/14 | PJR | Exchange emails with L. Buonome regarding Fee Examiner parties' compensation application and related issues. | 0.20 | 419.00 | 83.80 |
| 12/02/14 | PJR | Exchange emails with R. Fishman regarding Segal invoices (.3); edit September preliminary spreadsheet on Segal (.3). | 0.60 | 419.00 | 251.40 |
| 12/02/14 | DRD | Prepare for (.2) and participate in (.3) teleconference with S. Alberts regarding August and September 2014 invoices for Dentons; emails with M. McMickle and S. Alberts regarding follow-up issues on invoices (.3). | 0.80 | 267.00 | 213.60 |
| 12/03/14 | IB | Participate in fee mediation conferences. | 10.50 | 434.00 | 4,557.00 |
| 12/03/14 | AH | Call with P. Roberts and professionals of EY to discuss discrepancies with Fee Examiner's First Fee Application (.4); follow up with V. Thompson re creation of an invoice to comply with EY's request (.1). | 0.50 | 248.00 | 124.00 |
| 12/03/14 | PJR | Brief review of Dykema revised invoice for September. | 0.20 | 419.00 | 83.80 |
| 12/03/14 | PJR | Prepare for and participate in conference call with EY representatives and A. Hudson regarding Fee Examiner invoices. | 0.40 | 419.00 | 167.60 |
| 12/04/14 | IB | Participate in fee mediations | 8.50 | 434.00 | 3,689.00 |
| 12/04/14 | IB | Travel home from Detroit fee mediations. (bill at 1/2 rate) | 2.50 | 217.00 | 542.50 |
| 12/04/14 | AH | Work on Fifth Interim Fee Application. | 0.50 | 248.00 | 124.00 |
| 12/04/14 | GEG | Review Debevoise response to preliminary report for April-September invoices including annotated review spreadsheet and redacted engagement letter (.3), incorporate resolution comments into spreadsheet (.9), and email correspondence with R. Fishman regarding same (.2) | 1.40 | 347.00 | 485.80 |
| 12/04/14 | PJR | Exchange emails with A. Hudson on Fee Examiner invoice reconciliation in response to EY inquiries. | 0.20 | 419.00 | 83.80 |
| 12/05/14 | IB | Phone call from S. Alberts re: mediation follow up. | 0.10 | 434.00 | 43.40 |
| 12/05/14 | GEG | Phone call with M. Hausman (Conway) regarding timetable for resolution discussions on August/September invoices | 0.10 | 347.00 | 34.70 |
| 12/06/14 | IB | Review Denton's November 2014 preliminary invoice | 0.40 | 434.00 | 173.60 |
| 12/06/14 | IB | Review S. Alberts email and draft of proposed fee resolution agreement | 0.40 | 434.00 | 173.60 |
| 12/06/14 | IB | Review Brooks Wilkins response to August 2014 preliminary report. | 0.10 | 434.00 | 43.40 |
| 12/08/14 | IB | email to R. Fishman re: Denton's Fee Settlement Agreement | 0.10 | 434.00 | 43.40 |
| 12/08/14 | IB | Review Brooks Wilkins response to September 2014 preliminary report | 0.20 | 434.00 | 86.80 |
| 12/08/14 | IB | Review emails from E. Driker and G. Rosen re: Denton's mediation (.1); email to S Alberts re: resolution discussion on August/September 2014 preliminary report.(.1) | 0.20 | 434.00 | 86.80 |
| 12/08/14 | AH | Email invoice for Fee Examiner's First Fee Application to EY. | 0.10 | 248.00 | 24.80 |
| 12/08/14 | GEG | Email correspondence with R. Fishman regarding fee mediation status, particularly as it relates to Conway and Pepper Hamilton and | 0.60 | 347.00 | 208.20 |

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

December 31, 2014  
Invoice 16840

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | impact on fee review process and resolution discussions (.2); review Pepper Hamilton responses to Aug/September preliminary report (.3) and email correspondence with M. Reiser regarding same (.1) | | | |
| 12/08/14 | PJR | Review emails from R. Fishman on mediation sessions and Dykema correspondence (.1); review Dykema correspondence and related invoice on bond work (.3); exchange emails with R. Fishman on same (.2). | 0.60 | 419.00 | 251.40 |
| 12/08/14 | PJR | Review A. Hudson email to L. Buonome regarding holdback amounts. | 0.10 | 419.00 | 41.90 |
| 12/08/14 | DRD | Prepare chart for R. Fishman on Jones Day hourly rate increases. | 1.20 | 267.00 | 320.40 |
| 12/09/14 | IB | Review R. Fishman and E. Driker emails re: Denton's mediation fee resolution agreement and compare numbers to fee chart | 0.20 | 434.00 | 86.80 |
| 12/09/14 | GEG | Review Conway responses to Aug/Sept preliminary report (.2) and email correspondence with M. McMickle regarding same (.1); confer with A. Hudson regarding status of Miller Canfield response to Aug/Sept preliminary report (.1); confer with M. Reiser regarding Pepper Hamilton resolution discussions re Aug/Sept invoices (.1) | 0.50 | 347.00 | 173.50 |
| 12/10/14 | IB | Phone call with M. Wilkins and D. Doyle re: resolution discussion of Brooks Wilkins August and September 2014 preliminary report. | 0.40 | 434.00 | 173.60 |
| 12/10/14 | AH | Draft resolution comments to Miller Canfield's August/September invoices. | 2.90 | 248.00 | 719.20 |
| 12/10/14 | GEG | Email correspondence with J. Wood (Conway) to confirm receipt and accessibility of review spreadsheets with Conway responses to Aug/Sept preliminary report and to address non-responsive items on Conway's submission re August invoice (.2); email correspondence with M. McMickle regarding Conway responses to Aug/Sept preliminary report (.3); review and edit resolution comments spreadsheet for Conway Aug preliminary report (.5) | 1.00 | 347.00 | 347.00 |
| 12/11/14 | GEG | Email correspondence with R. Fishman regarding resolution of issues for Debevoise April-September preliminary report (.2); email to Debevoise attorney regarding resolution discussions for Aug-September invoice review (.3); review City verification forms for October invoices of Conway, Miller Canfield and Pepper Hamilton (.1); review A. Hudson draft resolution comments for Miller Canfield August and September invoice review (.5) and email correspondence with A. Hudson regarding same (.1) | 1.20 | 347.00 | 416.40 |
| 12/11/14 | PJR | Reviewo of August and September resolution comments from EY (.7); exchange emails with M. McMickle on same (.2). | 0.90 | 419.00 | 377.10 |
| 12/12/14 | GEG | Review email and Conway November invoice submission from M. Hausman (Conway) (.1); review and edit resolution comments for Miller Canfield September invoice (.7) and email correspondence with A. Hudson regarding same (.1); email correspondence with M. Hausman regarding status of Aug/Sept resolution comments (.1) | 1.00 | 347.00 | 347.00 |
| 12/15/14 | GEG | Review and edit resolution comments for Conway August and September invoice review spreadsheets (1.4); email correspondence | 1.90 | 347.00 | 659.30 |

**Shaw Fishman Glantz & Towbin LLC**

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

December 31, 2014  
Invoice 16840

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | with R. Fishman regarding same (.2); email correspondence with M. Reiser regarding status of Pepper Hamilton Aug/September resolution discussions (.1); email correspondence with M. McMickle regarding Conway's revised July invoice (.1); email correspondence with R. Fishman regarding modification of fee review process based on City settlements with professionals (.1) | | | |
| 12/16/14 | IB | Phone conference with R. Fishman, J. Doak, S. Marken, K. Herman re: final fee review process for Miller Buckfire. | 0.40 | 434.00 | 173.60 |
| 12/17/14 | AH | Continue drafting fifth interim fee application (2.0); draft tracking chart to evaluate professionals' submissions for July 2014-November 2014 (.7). | 2.70 | 248.00 | 669.60 |
| 12/17/14 | GEG | Email correspondence with R. Fishman regarding status of fee review process and approach to inquiry from Debevoise | 0.10 | 347.00 | 34.70 |
| 12/18/14 | IB | Meet with R. Fishman to discuss analysis of time spent on mediation by all professionals. | 0.20 | 434.00 | 86.80 |
| 12/18/14 | AH | Update tracking chart on professionals' submissions for October and November invoices. | 0.30 | 248.00 | 74.40 |
| 12/18/14 | PJR | Review and revise draft form of order modifying fee review order (.3); confer with R. Fishman on same (.1). | 0.40 | 419.00 | 167.60 |
| 12/18/14 | PJR | Review Dykema November invoice (.2); exchange emails with B. Pickering and W. Flick regarding EY inquiries (.3). | 0.50 | 419.00 | 209.50 |
| 12/19/14 | GEG | Email correspondence with A. Hudson regarding transmission of Aug/Sept resolution comments with Miller Canfield (.1); email to M. Hausman (Conway) regarding Aug/Sept resolution comments and revised invoices (.1); review Pepper Hamilton partial December invoice (.2); review Miller Canfield November invoice and rate comparison spreadsheet (.3) | 0.70 | 347.00 | 242.90 |
| 12/19/14 | PJR | Review EY November invoice. | 0.20 | 419.00 | 83.80 |
| 12/21/14 | PJR | Review email correspondence on revisions to Fee Review Order. | 0.20 | 419.00 | 83.80 |
| 12/22/14 | IB | Review R. Fishman draft of revised fee review order for Judge Rhodes to consider (.2); review J. Ellman proposed revisions (.1) and R. Fishman response (.1). | 0.40 | 434.00 | 173.60 |
| 12/22/14 | AH | Compile/draft exhibits for Fee Application in preparation for filing. | 0.40 | 248.00 | 99.20 |
| 12/22/14 | PJR | Review and edit Fifth Interim Fee App of Fee Examiner Parties (.4); confer with A. Hudson on same (.1); draft and edit Certificate of Non Response re 3rd Fee App (.2); draft and edit FE Notice of October Invoices (.6); draft and edit FE Notice of November Invoices (.5). | 1.80 | 419.00 | 754.20 |
| 12/22/14 | GEG | Review email and Conway partial December invoice from M. Hausman (Conway) | 0.20 | 347.00 | 69.40 |
| 12/22/14 | DRD | Review and analyze November invoices of all professionals regarding time spent on mediation. | 2.30 | 267.00 | 614.10 |
| 12/22/14 | PJR | Review email from D. Fink regarding City review of invoices (.1); email to R. Fishman on same (.1). | 0.20 | 419.00 | 83.80 |

Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-001 - RMF  
Re: Chapter 9 case

December 31, 2014  
Invoice 16840

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/23/14 | IB | Review November/December invoices for Lazard, E&Y, Foley, Milliman, Dentons and Miller Buckfire re: time spent, costs incurred for fee mediation to prepare chart for Judge Rhodes;(2.2); meet with D. Doyle to review chart and discuss fees to include (.3) | 2.50 | 434.00 | 1,085.00 |
| 12/23/14 | AH | Discussion with P. Roberts re forwarding invoices to City counsel for review and forward all submissions. | 0.40 | 248.00 | 99.20 |
| 12/23/14 | PJR | Exchange emails with R. Fishman regarding final submissions of professionals for Nov. to Dec. timeframe (.2); review associated emails from professionals on same (.3); exchange emails with D. Fink on same and City request for copies (.2); confer and exchange emails with A. Hudson and I. Bodenstein on same (.3); review stub invoice from EY (.2). | 1.20 | 419.00 | 502.80 |
| 12/23/14 | GEG | Review email and revised August and September Miller Canfield invoices and rate comparison spreadsheets from M. Swanson (Miller Canfield) (.2); review emails and revised August and September Conway MacKenzie invoices from M. Hausman (Conway) (.2) | 0.40 | 347.00 | 138.80 |
| 12/23/14 | DRD | Review November and December 2014 (stub period) invoices for all professionals related to fee mediation and prepare fee chart. | 5.10 | 267.00 | 1,361.70 |
| 12/24/14 | IB | Revise draft of mediation fee chart (.7); further revise latest draft (.2); email to Judge Rhodes (1) | 1.00 | 434.00 | 434.00 |
| 12/24/14 | PJR | Review email exchanges between D. Doyle and EY regarding latest invoices. | 0.20 | 419.00 | 83.80 |
| 12/24/14 | DRD | Continue reviewing November and December 2014 (stub period) invoices and revise chart on fee mediation fees and expenses. | 1.30 | 267.00 | 347.10 |
| 12/28/14 | PJR | Review order further modifying Fee Review Order (.1); email to I. Bodenstein on same (.1). | 0.20 | 419.00 | 83.80 |
| 12/29/14 | IB | Review Order Modifying Fee review Order entered 12/24/14. | 0.10 | 434.00 | 43.40 |
| 12/30/14 | IB | Phone call to R. Gordon re: Clark Hill invoices. | 0.10 | 434.00 | 43.40 |
| 12/31/14 | GEG | Review email and revised invoices from Debevoise | 0.30 | 347.00 | 104.10 |
| | | **Total Fees** | **117.90** | | **41,690.60** |

### Disbursements

| Date | Description | | | Amount |
|---|---|---|---|---|
| 12/02/14 | Photocopy; Exhibits A to Denton's Aug 2014 preliminary report (KXJ) | 13 | @ 0.10 | 1.30 |
| 12/04/14 | Travel; Hotel - Detroit - Mediation (12/2-4/14) (IB); Ira Bodenstein | | | 400.00 |
| 12/04/14 | Travel; Airfare - Detroit - Mediation (12/2-4/14) (IB); Ira Bodenstein | | | 302.20 |
| 12/04/14 | Parking/Taxi; Parking at O'Hare - Travel to Detroit - Mediation (12/2-4/14) (IB); Ira Bodenstein | | | 97.00 |
| 12/04/14 | Travel; Meal - Detroit - Mediation (12/2-4/14) (IB); Ira Bodenstein | | | 10.55 |
| 12/04/14 | Travel; Airfare - Detroit - Attend Fee Mediations (RMF) (12/2-4/14); Robert M. Fishman | | | 434.61 |
| 12/04/14 | Travel; Hotel - Detroit - Attend Fee Mediations (RMF) (12/2-4/14); Robert M. Fishman | | | 388.70 |

Shaw Fishman Glantz & Towbin LLC

| | | |
|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | December 31, 2014 |
| I.D. 10661-001 - RMF | | Invoice 16840 |
| Re: Chapter 9 case | | |

| Date | Description | Amount |
|---|---|---|
| 12/04/14 | Travel; Meals - Detroit - Attend Fee Mediations (RMF) (12/2-4/14); Robert M. Fishman | 187.97 |
| 12/04/14 | Travel; Ground Transportation - Detroit - Attend Fee Mediations (RMF) (12/2-4/14); Robert M. Fishman | 210.40 |
| 12/12/14 | Travel; Airfare - Detroit - Fee Mediations (RMF) (12/10-12/14) ; Robert M. Fishman | 1,198.20 |
| 12/12/14 | Travel; Hotel - Detroit - Fee Mediations (RMF) (12/10-12/14) ; Robert M. Fishman | 194.35 |
| 12/12/14 | Travel; Ground Transportation - Detroit - Fee Mediations (RMF) (12/10-12/14) ; Robert M. Fishman | 114.00 |
| 12/12/14 | Travel; Parking - Detroit - Fee Mediations (RMF) (12/10-12/14) ; Robert M. Fishman | 70.00 |
| 12/12/14 | Travel; Meals - Detroit - Fee Mediations (RMF) (12/10-12/14) ; Robert M. Fishman | 42.30 |
| 12/31/14 | Pacer Research; Notice (PJR) | 9.00 |
| | **Total Disbursements** | **3,660.58** |
| | | |
| | **Total Fees and Disbursements** | **45,351.18** |
| | **Total Current Charges** | **45,351.18** |
| | Balance Forward | 169,465.89 |
| | **Total Amount Due** | **214,817.07** |

# EXHIBIT C



# Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors

**CITY OF DETROIT, MICHIGAN**
**Client ID: 90000**
**Invoice #662 - 12/31/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SONEET RAVI KAPILA - Partner, CPA, CFF, CIRA, CFE | 0.20 | 450.00 | 90.00 |
| MARY MCMICKLE - Partner, CPA, CIRA | 6.80 | 342.00 | 2,325.60 |
| TOTAL | 7.00 | | $2,415.60 |
| | | BLENDED RATE | $345.09 |
| TOTAL AMOUNT OF THIS INVOICE | | | $2,415.60 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011  F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771  F 786-517.5772



**Kapila/Mukamal**
CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 662
12/31/2014
Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 12/01/2014 | SRK | REVIEW EMAIL FROM R. FISHMAN DATED DEC 1 2014 REGARDING MEDIATION STATEMENTS RE CLARK HILL, ERNST & YOUNG | 0.10 | 45.00 |
| 12/02/2014 | MMM | PREPARE SCHEDULE OF SORTS REQUESTED BY FEE EXAMINER IN CONNECTION WITH DENTONS MEDIATION. | 1.10 | 376.20 |
| 12/08/2014 | MMM | BEGIN REVIEWING APPROXIMATELY 550 RESPONSES FROM CONWAY MACKENZIE TO FEE EXAMINER COMMENTS FOR ADEQUACY AND COMPLETENESS RE: AUGUST INVOICE. | 1.40 | 478.80 |
| 12/09/2014 | MMM | CONTINUE REVIEW OF CONWAY MACKENZIE'S RESPONSES TO FEE EXAMINER COMMENTS FOR AUGUST INVOICE FOR ADEQUACY AND COMPLETENESS. | 1.10 | 376.20 |
| 12/09/2014 | MMM | REVIEW CONWAY MACKENZIE'S RESPONSES TO FEE EXAMINER'S COMMENTS FOR SEPTEMBER INVOICE FOR ADEQUACY AND COMPLETENESS. | 0.90 | 307.80 |
| 12/09/2014 | MMM | PREPARE SPREADSHEET ISOLATING CONWAY MACKENZIE'S RESPONSES THAT DID NOT ADDRESS FEE EXAMINER'S COMMENTS. | 0.20 | 68.40 |
| 12/09/2014 | MMM | RE-REVIEW CONWAY MACKENZIE RESPONSES TO FEE EXAMINER COMMENTS THAT WERE INITIALLY IDENTIFIED AS NON-RESPONSIVE. | 0.40 | 136.80 |
| 12/11/2014 | MMM | TRACK RECEIPT OF MULTIPLE INVOICE FOR OCTOBER AND NOVEMBER. | 0.30 | 102.60 |
| 12/11/2014 | MMM | REVIEW ERNST & YOUNG'S AUGUST AND SEPTEMBER RESPONSES TO FEE EXAMINER'S COMMENTS FOR ADEQUACY AND COMPLETENESS. | 0.80 | 273.60 |
| 12/15/2014 | SRK | REVIEW EMAIL FROM R. FISHMAN, FEE EXAMINER RE LATEST UPDATE FROM JUDGE RHODES RE ENTRY OF ORDER MODIFYING THE FEE REVIEW ORDER OF PROCESS | 0.10 | 45.00 |
| 12/18/2014 | MMM | TRACK RECEIPT OF MULTIPLE INVOICES FOR NOVEMBER | 0.30 | 102.60 |
| 12/19/2014 | MMM | TRACK RECEIPT OF MULTIPLE NOVEMBER AND DECEMBER INVOICES. | 0.30 | 102.60 |

2,415.60

|  |  |
|---|---|
| Total amount of this invoice | $2,415.60 |

Invoice payable upon receipt. Thank you for this opportunity to be of service.