UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re                                                                                Chapter 9

CITY OF DETROIT, MICHIGAN                               Case No. 13-53846

                Debtor                                                   Hon. Steven W. Rhodes
_____/

**(CORRECTED) NOTICE AND OPPORTUNITY TO RESPOND TO
CLASS CLAIMANTS' MOTION FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSES**

      On January 26, 2015, Lasalle Town Houses Cooperative Association, Nicolet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Joliet Town Houses Cooperative Association, and St. James Cooperative, on behalf of themselves and the Class as defined in the Motion (collectively, "Class Claimants"), filed their *CLASS CLAIMANTS' MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES* (the "Motion").

      <u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

      If you do not want the Court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, on or before **May 11, 2015**, you or your attorney must:

      1.      File with the court a written response explaining your position at:

            United States Bankruptcy Court
            211 W. Fort Street, Suite 2100
            Detroit, Michigan  48226

      If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above. You must also mail a copy to undersigned counsel:

      2.      If a response is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

      **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

DATED: 1/26/2015

Respectfully submitted,
__/s/ Robert Bassel_____
ROBERT N. BASSEL (P48420)
Attorneys for Class Claimants
P.O. Box T
Clinton, MI 49236
(248) 677-1234
bbassel@gmail.com

By: /s/ Kerry L. Morgan
Randall A. Pentiuk (P32556)
Kerry L. Morgan (P32645)
Attorneys for Plaintiffs and Class
2915 Biddle Avenue, Suite 200
Wyandotte, MI 48192
(734) 281-7100
kmorganesq@aol.com