## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

----------------------------------------------------------- x
In re                                          :  Chapter 9
                                               :
                                               :  Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                     :
                                               :  Hon. Steven W. Rhodes
                        Debtor                 :
----------------------------------------------------------- x

### STIPULATION FOR WITHDRAWAL OF
### SATISFIED CLAIM OF Z CONTRACTORS INC.

Z Contractors Inc. ("Z Contractors") and the City of Detroit, Michigan (the "City"), by and through the undersigned, stipulate as follows in support of the entry of the *Order Withdrawing Satisfied Claim of Z Contractors Inc.* attached hereto as **Exhibit 1.**

1. On February 12, 2014, Z Contractors filed its proof of claim [Claim No. 915] (the "Claim") in the amount of $127,782.21.

2. In the ordinary course of its business, the City has paid Z Contractors all of the outstanding amounts sought in the Claim.

3. There are no outstanding pre-petition amounts owed to Z Contractors by the City.

4. Z Contractors hereby withdraws the Claim in its entirety because the Claim has been fully satisfied.

5. Nothing in this Stipulation or the proposed order attached hereto as Exhibit 1 addresses any post-petition claims which have arisen or may arise between the City and Z Contractors. Both parties fully reserve all of their respective rights with respect to any post-petition claims.

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** withdrawing the Claim.

Respectfully submitted by:

| Z CONTRACTORS INC. | FOLEY & LARDNER, LLP |
|---|---|
| By: /s/ Blake Zapozynski President Z Contractors, Inc. 50500 Design Lane Shelby Twp., MI 48315 bzap@z-contractors.com  *Representative to Z Contractors Inc.* | By: /s/ Jeffrey S. Kopp Jeffrey S. Kopp (P59485) John A. Simon (P61866) Tamar N. Dolcourt (P73425) 500 Woodward Ave., Ste. 2700 Detroit, MI 48226 Phone: (313) 234-7100 jkopp@foley.com jsimon@foley.com tdolcourt@foley.com  *Counsel to the City of Detroit, Michigan* |

Dated: January _27_, 2015