IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
:  Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Steven W. Rhodes
Debtor :
------------------------------------------------------- x

## STIPULATION FOR WITHDRAWAL OF
## SATISFIED CLAIM OF CANNON ENGINEERING & EQUIPMENT CO., LLC

Cannon Engineering & Equipment Co., LLC ("Cannon Equipment") and the City of Detroit, Michigan (the "City"), by and through the undersigned, stipulate as follows in support of the entry of the *Order Withdrawing Satisfied Claim of Cannon Engineering & Equipment Co., LLC* attached hereto as **Exhibit 1.**

1. On August 28, 2013, Cannon Equipment filed its proof of claim [Claim No. 14] (the "Claim") in the amount of $31,251.82, all of which related to pre-petition invoices.

2. In the ordinary course of its business, the City has paid Cannon Equipment all of the amounts sought in the Claim.

3. Cannon Equipment hereby withdraws the Claim in its entirety because the Claim has been fully satisfied.

4. Nothing in this Stipulation or the proposed order attached hereto as Exhibit 1 addresses any post-petition claims which have arisen or may arise between the City and Cannon Equipment. Both parties fully reserve all of their respective rights with respect to any post-petition claims.

4823-8760-3489.1
13-53846-tjt    Doc 9114    Filed 01/27/15    Entered 01/27/15 16:50:33    Page 1 of 2

WHEREFORE the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** withdrawing the Claim.

Respectfully submitted by:

| CANNON ENGINEERING & EQUIPMENT CO., LLC | FOLEY & LARDNER, LLP |
|---|---|
| By: /s/ <br> James Brown <br> General Manager <br> Cannon Equipment <br> 51761 Danview Technology Ct. <br> Shelby Twp., MI 48315 <br> Phone: (586) 991-0054 <br> jbrown@cannonequip.com <br><br> *Representative to Cannon Engineering & Equipment Co., LLC* | By: /s/ Jeffrey S. Kopp <br> Jeffrey S. Kopp (P59485) <br> John A. Simon (P61866) <br> Tamar N. Dolcourt (P73425) <br> 500 Woodward Ave., Ste. 2700 <br> Detroit, MI 48226 <br> Phone: (313) 234-7100 <br> jkopp@foley.com <br> jsimon@foley.com <br> tdolcourt@foley.com <br><br> *Counsel to the City of Detroit, Michigan* |

Dated: January 27, 2015