UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

        Debtor.
_____/

Bankr. No. 13-53846 (Chapter 9)
HON. STEVEN W. RHODES

HYPOTHEKENBANK FRANKFURT AG,
et al.,

        Appellants,

    v.

CITY OF DETROIT, MICHIGAN,

        Appellee.
_____/

Civil Action No. 14-cv-11997
HON. BERNARD A. FRIEDMAN

## ORDER OF DISMISSAL

On January 16, 2015, the Court ordered the appellants to show cause in writing why the appeal in the above-captioned matter should not be dismissed as moot. The appellants have not responded to the show cause order and the time for them to do so has expired. Accordingly,

IT IS ORDERED that the appeal in this matter is dismissed as moot.

        S/ Bernard A. Friedman_____
        BERNARD A. FRIEDMAN
        SENIOR UNITED STATES DISTRICT JUDGE

Dated: January 27, 2015
      Detroit, Michigan