## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 28, 2015, the Detroit Wayne Joint Building Authority's Amended Objection To Amounts Of Cure Amount Claims In Connection With Proposed Assumption Of Agreements (the "DWJBA's Amended Objection") was filed using the Court's CM/ECF system, which CM/ECF system will send notification of such filing to all parties of record.

The undersigned also certifies that on January 28, 2015, DWJBA's Amended Objection was served via first class mail upon:

| | |
|---|---|
| David G. Heiman | Bruce Bennett |
| Heather Lennox | Jones Day |
| Jones Day | 555 South Flower Street |
| North Point | Fiftieth Floor |
| 901 Lakeside Avenue | Los Angeles, California 90071 |
| Cleveland, Ohio 44114 | |

Jonathan S. Green
Marc N. Swanson
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226

Dated: January 28, 2015

Respectfully submitted,

CLARK HILL PLC

　/s/　Joel D. Applebaum
Joel D. Applebaum (P36774)
John R. Stevenson (P70241)
151 South Old Woodward Avenue
Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5883
Facsimile: (248) 988-2503
japplebaum@clarkhill.com

*Counsel to Detroit Wayne Joint Building Authority*