United States Bankruptcy Court
Eastern District of Michigan
Southern Division

FILED
2015 JAN 28 A 11:23
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In Re
City of Detroit
Debtor

13-53846
Ch 9
Judge Rhodes

Motion for Equal Access to Information regarding the Detroit Bankruptcy case and to publish the attached Michigan Employment Relations Commission's Procedures document

Please publish all document lists, and document content, including all transcripts, all material, especially mine, that you, Judge Rhodes, have stricken from the record by your expungement Orders; please start by prioritizing the DWSD transcripts of the city's expert testimony, any and all, incl. Sue McCormick's.

In short, at minimum, please give the public at home the opportunity to view these voluminous documents.

13-53846-tjt   Doc 9119   Filed 01/28/15   Entered 01/28/15 16:23:44   Page 1 of 1