IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Chapter 9 |
| CITY OF DETROIT, | ) |
|  | ) Case No. 13-53846 |
|  | ) |
| Debtor. | ) Hon. Steven W. Rhodes |
|  | ) |
|  | ) |
| _____ | ) |

## CLAIMANT EEOC'S ANSWERS TO OBJECTION TO CLAIM NUMBER 3657 FILED BY THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ON BEHALF OF KIM SPICER AND OBJECTION TO CLAIM NUMBER 3664 FILED BY THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ON BEHALF OF JERRY D. PATRICK

The Equal Employment Opportunity Commission ("Commission")
by its attorney, Dale Price, Senior Trial Attorney, files this Answer to
the above entitled Objections:

1.     The undersigned United States Equal Employment
Opportunity Commission ("Commission" or "EEOC") is the claimant
herein.  The EEOC's address is 477 Michigan Avenue, Room 865,
Detroit, Michigan 48226.  The Commission is the agency of the United
States Government charged with the interpretation and enforcement

1

of, as relevant here, Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C. ' 2000e, et seq.; Title I of the Civil Rights Act of 1991 (Title I), 42 U.S.C. 1981a, et seq.; and Title I of the Americans with Disabilities Act of 1990 (ADA), as amended, 42 U.S.C. 12101, et seq.

2.    The Commission filed protective proofs of claim based on the Charges filed by Charging Parties Spicer and Patrick. The purpose of the proofs is to protect the interests of the Commission should it determine that there is reasonable cause to believe the law has been violated.

3.    Subsequent to the filing, the Investigations were concluded without a cause finding, the files were closed and notices of right to sue issued to each Charging Party.

4.    The closing of the files terminated any and all legal interests the Commission had in the protective proofs of claim.

5.    On September 15, 2014, the Commission notified the Mediation Tribunal and DWSD's previous attorney, Steven H. Schwartz, that it was unable to and would not be seeking relief because of the file closures. Exhibit A.

6.    On January 16, 2015, the Commission emailed current

2

counsel for the Defendant with the same information. Exhibit B.

7.    To be clear, the Commission cannot and will not be pursuing proofs of claim on behalf of any claimant whose file is closed, and hereby withdraws the proofs based upon the Spicer and Patrick.

8.    However, the Commission's withdrawal of claims is not and should not be read as a statement on the merits of the proofs filed individually by Spicer and Patrick, and its withdrawal is without prejudice to those proofs of claim.

## Relief Requested

The Commission respectfully requests that Claim Nos. 3657 and 3664 be deemed as withdrawn.

Respectfully submitted,

/s/ Dale Price

Dale Price (P55578)
Senior Trial Attorney
Attorney for Equal Employment
Opportunity Commission
477 Michigan Avenue
Room 865
Detroit, MI 48226
(313) 226-7808/-6584 (fax)
dale.price@eeoc.gov

3

Dated: January 28, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2015, I electronically filed the foregoing document(s) with the Clerk of the Court using the ECF System, which will provide electronic notice and copies of such filing of the following to the parties:

**CLAIMANT EEOC'S ANSWERS TO OBJECTION TO CLAIM NUMBER 3657 FILED BY THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ON BEHALF OF KIM SPICER AND OBJECTION TO CLAIM NUMBER 3664 FILED BY THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ON BEHALF OF JERRY D. PATRICK**

/s/ Dale Price
Dale Price (P55578)
Senior Trial Attorney
Attorney for Equal Employment
Opportunity Commission
477 Michigan Avenue
Room 865
Detroit, MI 48226
(313) 226-7808/-6584 (fax)
dale.price@eeoc.gov

Dated: January 28, 2015

4

# EXHIBIT A

```
x  x  x  COMMUNICATION  RESULT  REPORT ( SEP. 15. 2014  1:48PM ) x  x  x

                                        FAX HEADER 1:  313 226-6584  EEOC DETROIT FO
                                        FAX HEADER 2:

TRANSMITTED/STORED : SEP. 15. 2014  1:47PM
FILE MODE        OPTION              ADDRESS                    RESULT       PAGE
---------------------------------------------------------------------------------------
4357 MEMORY TX                       G3   :      3139673623      OK          1/1

---------------------------------------------------------------------------------------
REASON FOR ERROR
E-1) HANG UP OR LINE FAIL              E-2) BUSY
E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
E-5) MAIL SIZE OVER
```



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Detroit Field Office

477 Michigan Avenue, Room 865
Detroit MI 48226
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Detroit Status Line: (866) 408-8075
Detroit Direct Dial: (313) 226-7638
TTY (313) 226-7599
FAX (313) 226-2778

September 15, 2014

**VIA FACSIMILE**
**(313) 967-3623 ONLY**

Mediation Tribunal Association
U.S. District Court
333 W. Fort Street, Suite 1500
Detroit, MI 48226

RE: *City of Detroit Bankruptcy*
Kim Spicer and Jerry Patrick
Mediation Case Nos. 13588464 and 13588465

To Whom It May Concern:

The Equal Employment Opportunity Commission has closed its investigations of the Charges of the above-identified individuals. Consequently, it no longer has any legal interest in any claims based upon their Charges. It cannot, and will not pursue proofs of claim with respect to their Charges, nor will it present any claims on behalf of the same in mediation.

Sincerely,

Dale Price
Trial Attorney

c: Steven H. Schwartz, Esq.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Detroit Field Office**

477 Michigan Avenue, Room 865
Detroit, MI 48226
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Detroit Status Line: (866) 408-8075
Detroit Direct Dial: (313) 226-7638
TTY (313) 226-7599
FAX (313) 226-2778

September 15, 2014

**VIA FACSIMILE**
**(313) 967-3623 ONLY**

Mediation Tribunal Association
U.S. District Court
333 W. Fort Street, Suite 1500
Detroit, MI 48226

RE: *City of Detroit Bankruptcy*
Kim Spicer and Jerry Patrick
Mediation Case Nos. **13538464** and **13538465**

To Whom It May Concern:

The Equal Employment Opportunity Commission has closed its investigations of the Charges of the above-identified individuals. Consequently, it no longer has any legal interest in any claims based upon their Charges. It cannot, and will not pursue proofs of claim with respect to their Charges, nor will it present any claims on behalf of the same in mediation.

Sincerely,

Dale Price
Trial Attorney

c: Steven H. Schwartz, Esq.

# EXHIBIT B

## DALE PRICE - EEOC Claims--City of Detroit Bankruptcy

| | |
|---|---|
| **From:** | DALE PRICE |
| **To:** | ecf@kaalaw.com |
| **Date:** | 1/16/2015 10:47 AM |
| **Subject:** | EEOC Claims--City of Detroit Bankruptcy |
| **CC:** | BIRD, KENNETH;  KATAHIRA, WESLEY |

Dear Attorneys Kilpatrick and Kaminski:

I am writing to you about the Objections filed on December 31, 2014. I indicated in a letter to the previous City attorney, Mr. Schwartz and to the Mediation Tribunal that we would not be pursuing claims relating to the Charges of either Mr. Spicer or Mr. Patrick because the files had been closed. Please contact me at your earliest convenience to discuss resolution of this matter.

Thank you,


Dale Price
Trial Attorney
EEOC
Detroit Field Office
477 Michigan Ave., Room 865
Detroit, MI 48226
(313) 226-7808/6584 (fax)