UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Chapter 9

City of Detroit, Michigan, Case No. 13-53846

Debtor. Hon. Steven W. Rhodes

_____/

### REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS

Craig E. Zucker, of Erman, Teicher, Zucker & Freedman, P.C., hereby requests that his name be removed from the service list that receives Electronic Filings and other notices in the above-captioned case.

Respectfully submitted,

ERMAN, TEICHER, ZUCKER & FREEDMAN, P.C.

_/s/ Craig E. Zucker_
CRAIG E. ZUCKER (P39907)
400 Galleria Officentre, Suite 444
Southfield, MI 48034
(248) 827-4100
czucker@ermanteicher.com

DATED: January 27, 2015