# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.

_____ /

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## SUPPLEMENTAL AMENDED CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On or before January 22, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Notice of (I) Entry of Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit and (II) Occurrence of Effective Date [Docket No. 8649]

Dated: January 23, 2015

                                                                                                      Stephanie Delgado
                                                                                                      KCC
                                                                                                      2335 Alaska Ave
                                                                                                      El Segundo, CA 90245

# EXHIBIT A

Exhibit A
Served via First Class Mail

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Beau James Taylor | | 3642 Rockingham Rd | Royal Oak | MI | 48073-6747 |
| C2 Legal of Mi LLC | Attn Accounts Payable | 13121 Louetta Rd | Cypress | TX | 77429-5155 |
| Descamps, Phillip L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Flemings, Marlene | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Gertz, Harold | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Harris, Tiffany | | 7542 N Merriman Rd Apt 101 | Westland | MI | 48185-2444 |
| Jackson, Avery | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Janecki Nance | | 751 Chicago Blvd | Detroit | MI | 48202-1414 |
| Martin-Thomas, Jeanette | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Minor, David | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Rambert, Jacquella | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Rucker, Dominique | | 19381 Anglin St | Detroit | MI | 48234-1410 |
| Shamily, Martha J | | 20113 Cooley St | Detroit | MI | 48219-1273 |
| Temple, Jawana | | 18631 Margareta St | Detroit | MI | 48219-2930 |
| Washington, Lakita | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |