Form ntchrgadj

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−swr**
Chapter: 9
Judge: Steven W. Rhodes

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

**NOTICE OF ADJOURNMENT of HEARING Re: OBJECTIONS TO CLAIMS (DKT. #8985, #8987, #8988, #8989 and #8990)**

**PLEASE TAKE NOTICE** that the hearing on 2/4/2015 at 10:00 AM to consider and act upon the following:

*8985* – Objection to Claim Number of Claimant Ronald Canty. (Claim Number 1952) Filed by Interested Party City of Detroit Water and Sewerage Department (Attachments: # 1 Exhibits 1−3) (Kilpatrick, Richardo) Hearing scheduled 2/4/2015 at 10:00 AM at Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 1/28/2015.

*8987* – Objection to Claim Number of Claimant Vincen K. Raju. (Claim Number 2650) Filed by Interested Party City of Detroit Water and Sewerage Department (Attachments: # 1 Exhibits 1−3) (Kilpatrick, Richardo) Hearing scheduled 2/4/2015 at 10:00 AM at Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 1/28/2015.

*8988* – Objection to Claim Number of Claimant Aaron King. (Claim Number 2572) Filed by Interested Party City of Detroit Water and Sewerage Department (Attachments: # 1 Exhibits 1−3) (Kilpatrick, Richardo) Hearing scheduled 2/4/2015 at 10:00 AM at Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 1/28/2015.

*8989* – Objection to Claim Number of Claimant U.S. Equal Employment Opportunity Commission on Behalf of Jerry D. Patrick. (Claim Number 3664) Filed by Interested Party City of Detroit Water and Sewerage Department (Attachments: # 1 Exhibits 1−3) (Kilpatrick, Richardo) Hearing scheduled 2/4/2015 at 10:00 AM at Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 1/28/2015.

*8990* – Objection to Claim Number of Claimant U.S. Equal Employment Opportunity Commission on Behalf of Kim Spicer and Kim Spicer. (Claim Number 3657 and Claim Number 3451) Filed by Interested Party City of Detroit Water and Sewerage Department (Attachments: # 1 Exhibits 1−5) (Kilpatrick, Richardo) Hearing scheduled 2/4/2015 at 10:00 AM at Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 1/28/2015.

is hereby adjourned to **U.S. Courthouse, Courtroom 236, Detroit, MI 48226** on **3/19/15** at**10:00 AM**.

Dated: 1/29/15

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk