UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

### Order Denying Motion for Equal Access to Information Regarding the Detroit Bankruptcy Case and to Publish Michigan Employment Relation Commission's Procedures (Dkt. #9119)

On January 28, 2015, Lucinda Darrah filed a motion for equal access to information regarding the Detroit Bankruptcy case and to publish the Michigan Employment Relation Commission's procedures. The Court has no authority to grant the relief requested in the motion. Accordingly, it is hereby ordered that the motion is denied.

.

**Signed on January 29, 2015**

                                              /s/ Steven Rhodes  
                                              **Steven Rhodes**  
                                              **United States Bankruptcy Judge**