**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
------------------------------------------------------ x
                                                       :   Chapter 9
In re                                                  :
                                                       :   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                             :
                                                       :   Hon. Steven W. Rhodes
                                  Debtor               :
------------------------------------------------------ x
```

## STIPULATION FOR WITHDRAWAL OF
## SATISFIED CLAIM OF ORACLE AMERICA, INC.

Oracle America, Inc. ("Oracle") and the City of Detroit, Michigan (the "City"), by and through the undersigned, stipulate as follows in support of the entry of the *Order Withdrawing Satisfied Claim of Oracle America, Inc.* attached hereto as **Exhibit 1.**

1. On February 20, 2014, Oracle filed its proof of claim [Claim No. 1324] (the "Claim") in the amount of $316,469.38.

2. In the ordinary course of its business, the City has paid Oracle all of the amounts sought in the Claim.

3. Oracle hereby withdraws the Claim in its entirety because the Claim has been fully satisfied.

4. Nothing in this Stipulation or the proposed order attached hereto as Exhibit 1 addresses any post-petition claims which have arisen or may arise between the City and Oracle. Both parties fully reserve all of their respective rights with respect to any post-petition claims.

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** withdrawing the Claim.

4813-4322-3073.1

Respectfully submitted by:

| BUCHALTER NEMER P.C. | FOLEY & LARDNER, LLP |
|---|---|
| By: /s/ Valerie Bantner Peo (with consent)<br>Valerie Bantner Peo<br>55 Second Street, 17th Floor<br>San Francisco, CA<br>Phone: (415) 227-3533<br>vbantnerpeo@buchalter.com<br><br>*Counsel to Oracle America, Inc.* | By: /s/ Jeffrey S. Kopp<br>Jeffrey S. Kopp (P59485)<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jkopp@foley.com<br>jsimon@foley.com<br>tdolcourt@foley.com<br><br>*Counsel to the City of Detroit, Michigan* |

Dated: January 29, 2015

4813-4322-3073.1