January 30, 2015

FILED (T)
2015 JAN 30 P 1: 24
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

Bankruptcy Court Filing

*Application for Admin expense claim (SR)*

From: Sheila LaDean Reed

336 Pinecrest

Ferndale, MI 48220

Charge No. 471-2014-02386: **Sheila Reed**

Beginning on January 14, 2014, the City of Detroit subjected me to different terms and conditions of employment because of my sex in violation of Title VII and failed to pay this Charging Party wages or salaries.

The Equal Employment Opportunity's investigation is continuing. This administrative expense claim is an unsecured claim of $11,312.12 in back pay accrued from January 14, 2014 to the present.

No judgment has been rendered on it. No payments have been made on it.

*Sheila Reed*
*1/30/2015*

*TX: 248-825-0025*

— Application for Admin expense claim (SR)