IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: )
)
) Chapter 9
CITY OF DETROIT, )
) Case No. 13-53846
)
Debtor. ) Hon. Steven W. Rhodes
)
)
_____ )

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S
CONSOLIDATED NOTICE OF CLAIM AND MEMORANDUM IN SUPPORT
OF NOTICE OF CLAIM FOR ADMINISTRATIVE EXPENSES

1. The undersigned United States Equal Employment Opportunity Commission ("Commission" or "EEOC") is the claimant herein. The EEOC's address is 477 Michigan Avenue, Room 865, Detroit, MI 48226. The Commission is the agency of the United States Government charged with the interpretation and enforcement of, as relevant here, Title VII of the Civil Rights Act of 1964, ("Title VII"), *as amended*, 42 U.S.C. § 2000e, *et seq.*, and the Americans with Disabilities Act of 1990 ("ADA"), *as amended*, 42 U.S.C. § 12101 et seq.

2. The Commission's undersigned Trial Attorney is an employee authorized to file this Consolidated Notice of Claim for Administrative Expenses and Memorandum in Support of EEOC's Consolidated Proof of Claim for

1

Administrative Expenses on behalf of the EEOC.

3. The Commission's Detroit Field Office is filing this Consolidated Notice of Claim for Administrative Expenses covering six (6) charges of employment discrimination, or sub-claims, for which monetary relief is sought.

4. As specified on EEOC's Consolidated Notice of Claim for Administrative Expenses, the Debtor after the filing of the petition initiating this case became liable to these claimants for unsecured claims presently valued at $183,924.37. The Commission has claimed $0.00 as administrative expenses for 1 of the sub-claims because the agency is presently unable to estimate the lost wages or salaries commissions owing to this individual. The agency will, at a later time, file an Amended Proof of Claim for Administrative Expenses which will include an estimate of this claim. In support of EEOC's Notice of Administrative Expense, EEOC has attached a copy of each of the Charges of Employment Discrimination in Exhibit 1.

5. No judgment has been rendered on this Claim.

6. The amount of all payments on this Claim have been credited and deducted for the purpose of making this claim.

7. This Claim is not subject to any setoff or counterclaim.

8. No security interest is held for this Claim.

9. Debtor has become liable for lost wages or salaries to remedy unlawful discrimination, set forth in the sub-claims detailed below:

<u>Sub-Claim Re: Charge No. 471-2014-01268</u>; **James Canty**

10. On August 30, 2014, the City of Detroit denied this Charging Party an employment opportunity because of his sex in violation of Title VII, and retaliated

2

13-53846-tjt    Doc 9139    Filed 01/30/15    Entered 01/30/15 17:53:30    Page 2 of 14

against him and failed to pay this Charging Party wages or salaries.

11. No Determination has been made regarding this Charge; EEOC's investigation is continuing.

12. This sub-claim consists of an unsecured claim of $23,099.42 in back pay accrued from August 31, 2013 to the present.

13. No judgment has been rendered on this sub-claim.

14. The amount of all payments on this sub-claim has been credited and deducted for the purpose of making this sub-claim.

15. This sub-claim is not subject to any setoff or counterclaim.

### Sub-Claim Re: Charge No. 471-2014-02376; **Robin Hopkins**

16. Beginning on August 15, 2013, the City of Detroit subjected the Charging Party to a hostile work environment because of her sex in violation of Title VII and failed to pay this Charging Party wages, salaries, or commissions.

17. No Determination has been made regarding this Charge; EEOC's investigation is continuing.

18. Because the EEOC is still attempting to calculate the wage/salary loss, no firm calculation is available. For present purposes, this sub-claim consists of an unsecured claim of $0 in back pay. EEOC will file an Amended Administrative Notice of Claim to provide an estimate of the amount of lost salaries or wages.

19. No judgment has been rendered on this sub-claim.

20. The amount of all payments on this sub-claim has been credited and deducted for the purpose of making this sub-claim.

21. This sub-claim is not subject to any setoff or counterclaim.

### Sub-Claim Re: Charge No. 471-2014-02794; **Ronald Kidd**

22. Beginning on February 23, 2014, the City of Detroit suspended and then terminated this Charging Party because of his sex in violation of Title VII and failed to pay this Charging Party wages or salaries.

23. No Determination has been made regarding this Charge; EEOC's investigation is continuing.

24. This sub-claim consists of an unsecured claim of $12,603.37 in back pay accrued from February 23, 2014 to the present.

25. No judgment has been rendered on this sub-claim.

26. The amount of all payments on this sub-claim has been credited and deducted for the purpose of making this sub-claim.

27. This sub-claim is not subject to any setoff or counterclaim.

### Sub-Claim Re: Charge No. 471-2014-03025; **Toby O'Brien**

28. Beginning on June 17, 2014, the City of Detroit demoted this Charging Party, denied him employment opportunities and retaliated against him because of his disability in violation of the ADA and failed to pay this Charging Party wages or salaries.

23. No Determination has been made regarding this Charge; EEOC's investigation is continuing.

24. This sub-claim consists of an unsecured claim of $47,608.31 in back pay accrued from June 17, 2014 to the present.

25. No judgment has been rendered on this sub-claim.

26. The amount of all payments on this sub-claim has been credited and deducted for the purpose of making this sub-claim.

27. This sub-claim is not subject to any setoff or counterclaim.

### Sub-Claim Re: Charge No. 471-2014-02386; **Sheila Reed**

28. Beginning on January 14, 2014, the City of Detroit subjected this Charging Party to different terms and conditions of employment because of her sex in violation of Title VII and failed to pay this Charging Party wages or salaries.

29. No Determination has been made regarding this Charge; EEOC's investigation is continuing.

30. This sub-claim consists of an unsecured claim of $11,312.12 in backpay accrued from January 14, 2014 to the present.

31. No judgment has been rendered on this sub-claim.

32. The amount of all payments on this sub-claim has been credited and deducted for the purpose of making this sub-claim.

33. This sub-claim is not subject to any setoff or counterclaim.

### Sub-Claim Re: Charge No. 471-2014-00163; **Sherell Stanley**

34. Beginning in October 2012, the City of Detroit subjected this Charging Party to different terms and conditions of employment because of her sex in violation of Title VII and failed to pay this Charging Party wages or salaries.

35. No Determination has been made regarding this Charge; EEOC's investigation is continuing.

36. This sub-claim consists of an unsecured claim of $89.304.15 in back pay accrued from July 19, 2013.

37. No judgment has been rendered on this sub-claim.

38. The amount of all payments on this sub-claim has been credited and

deducted for the purpose of making this sub-claim.

39. This sub-claim is not subject to any setoff or counterclaim.

Respectfully submitted,

/s/ Dale Price
Dale Price (P55578)
Senior Trial Attorney
Attorney for Equal Employment
Opportunity Commission
477 Michigan Avenue
Room 865
Detroit, MI 48226
(313) 226-7808/-6584 (fax)
dale.price@eeoc.gov

Dated: January 30, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2015, I electronically filed the foregoing document(s) with the Clerk of the Court using the ECF System, which will provide electronic notice and copies of such filing of the following to the parties:

/s/ Dale Price
Dale Price (P55578)

6

13-53846-tjt    Doc 9139    Filed 01/30/15    Entered 01/30/15 17:53:30    Page 6 of 14

Senior Trial Attorney
Attorney for Equal Employment
Opportunity Commission
477 Michigan Avenue
Room 865
Detroit, MI 48226
(313) 226-7808/-6584 (fax)
dale.price@eeoc.gov

Dated: January 30, 2015



EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 471-2014-01268 |

Michigan Department Of Civil Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. James H. Canty | | |

| Street Address | City, State and ZIP Code |
|---|---|
| 18230 Wisconsin, Detroit, MI 48221 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No (Include Area Code) |
|---|---|---|
| CITY OF DETROIT MUNICIPAL PARKING DEPARTMENT | 500 or More | (313) 221-2583 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1600 N. Lafayette, Coleman A. Young Municipal Center, Detroit, MI 48216 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-30-2013    Latest: 08-30-2013
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)).*

Since January 23, 1989, I have been employed by the above Respondent as a Junior Typist and most recently as a Department Manager 2.

On February 14, 2013, I requested leave and it was denied. Around June 2013, Respondent had an open position. I expressed interest and applied for this position. I was not selected, the position was withdrawn. In July 2013, I complained that the director was subjecting me to different terms and conditions of employment. On or around September 2013, the Respondent hired an outside candidate who was less qualified and had less experience. In August 2013, I complained that I was being subjected to intimidating comments from the Director who constantly states "that men are on a lesser evolutionary scale than women, men are beneath women."

I believe that I have been subjected to intimidating comments, different terms and conditions of employment and denied promotion on the basis of my Sex Male and in retaliation for complaining in violation of Title VII of the Civil Rights Act of 1964 as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X 2-27-14   X *James H Canty*<br>Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | 471-2014-02376 |

Michigan Department Of Civil Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Robin Hopkins | | |

Street Address: 20552 Danbury Lane, Harper Woods, MI 48225

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CITY OF DETROIT (WATER AND SEWERAGE DEPT.) | 500 or More | (313) 964-9477 |

Street Address: 6425 Huber Street, Detroit, MI 48211

DISCRIMINATION BASED ON *(Check appropriate box(es).)*
☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-15-2013   Latest: 06-11-2014
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I began employment with the above name employer on June 10, 1996, as a Water System Repair Worker. I am a member of a protected class; I am a female.

In May 2013, I returned to work after being on a leave of absence. I returned to the day shift after previously working the midnight shift. Almost from the beginning of me working the day shift I began being subjected to unlawful comments regarding my sex by my male co-workers. These comments had the effect creating a hostile work environment. In October 2013 I first started complaining to Management about the harassment I was being subjected to. Despite my complaining the harassment continued. Then in early June 2014, after months of asking for a transfer, I was moved back to midnight shift. This only occurred after one of my male co-workers made a complaint his self.

I believe I have been discriminated against on the basis of my Sex, by being harassed in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Jun 11, 2014

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 471-2014-02794 |

Michigan Department Of Civil Rights _____ and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Ronald Kidd | | |

| Street Address | City, State and ZIP Code |
|---|---|
| P. O. Box 7101, Novi, MI 48376 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| CITY OF DETROIT | 500 or More | (313) 224-9521 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2 Woodward Ave. Suite 1240, Coleman A. Young Municipal Center, Detroit, MI 48226 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-23-2014    Latest: 05-20-2014
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was last employed with the above-named employer as a Police Officer.

On or about February 18, 2014, I and a female Police Officer were involved in an incident concerning a Juvenile Detainee, which resulted in a physical altercation with use of force initiated by the female officer. As a result, on or about February 23, 2014, I was suspended due to further investigation into allegations of: "Conduct Unbecoming an Officer, Cowardice, Shirking Duty or Responsibility During a Time of Danger; Failure to Provide Proper Care to any Person in the Custody of DPD and Incompetence". Under the same circumstances, the female Police Officer was treated more favorably.

I believe that I was suspended and discharged due to my gender, male, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>Ronald Kidd 7-21-14 |
| Jul 21, 2014 _____ *Ronald Kidd*<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* 7/21/2014 |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 471-2014-03025 |

Michigan Department Of Civil Rights                                   and EEOC
_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Toby O'Brien | | |

| Street Address | City, State and ZIP Code |
|---|---|
| 34642 Ash, Wayne, MI 48184 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. _(If more than two, list under PARTICULARS below.)_

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CITY OF DETROIT FIRE DEPARTMENT | 500 or More | (313) 237-2775 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2775 W. Warren Avenue, Detroit, MI 48208 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON _(Check appropriate box(es).)_

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER _(Specify)_

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-17-2014    Latest: 07-29-2014

☐ CONTINUING ACTION

THE PARTICULARS ARE _(If additional paper is needed, attach extra sheet(s))_:

I began employment with the above name employer on November 13, 2000, as a Fire Fighter. My position at the time of discrimination was Probationary Instructor. I am a member of a protected class, I have a disability that my employer is aware of.

In late May 2014, I became a Probationary Instructor. On May 28, 2014, I disclosed my disability to my Chief. On June 17, 2014, during a meeting a Captain breached my confidentiality by disclosing my disability to everyone at the meeting. After this occurred I complained about this mistreatment. Over the next few weeks my employer and I attempted to resolve this situation. Then on July 29, 2014, I was told by my Chief that I was being returned to my former duties as a Fire Fighter. I feel I was demoted for having reported what occurred on June 17, 2014.

I believe I have been discriminated against on the basis of my Disability, by having my confidentiality breached and by being demoted in Retaliation for reporting events that occurred on June 17, 2014, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Aug 11, 2014     _[signature]_<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE _(month, day, year)_ 8-11-14 |

13-53846-tjt    Doc 9139    Filed 01/30/15    Entered 01/30/15 17:53:30    Page 11 of 14

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 471-2014-02386 |

_____Michigan Department Of Civil Rights_____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Sheila Reed | ███ | ███ |

Street Address: 336 Pinecrest, Ferndale, MI 48220

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CITY OF DETROIT POLICE DEPARTMENT | 500 or More | (313) 596-2607 |

Street Address: 1301 Third Street, Detroit, MI 48226

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-14-2014   Latest: 06-12-2014
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I began working for the above named employer on March 27, 2000. I am currently employed as a Police Officer.

On December 19, 2013, I was involved in an on duty shooting, along with my partner. Both of us discharged our firearms during the incident. After this incident, I have been reassigned and placed on restricted duty. My partner, who is male, was returned to regular duty. I am still on restricted duty and under investigation. In addition, I am aware of other male officers involved in on duty shootings who were not treated in this manner.

I believe I have been discriminated against by being subjected to different terms and conditions of employment and reassignment, based on my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 12, 2014
*Date* / *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*
6/12/14  S.E. [signature]

13-53846-tjt   Doc 9139   Filed 01/30/15   Entered 01/30/15 17:53:30   Page 12 of 14

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA [X] EEOC | 471-2014-00163 |

Michigan Department Of Civil Rights _____ and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Sherell S. Stanley | | |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 321032, Detroit, MI 48232 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| CITY OF DETROIT, DETROIT POLICE DEPARTMENT | 500 or More | (313) 596-5600 |

| Street Address | City, State and ZIP Code |
|---|---|
| 11450 Warwick, Detroit, MI 48228 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-24-2012  Latest: 10-08-2013
[X] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I began working for the above named employer on 6/24/96. I am currently employed as a Lieutenant at the 6th Precinct, Platoon One/Midnight Shift.

Since the fall of 2012, through November 2013, I have been retaliated against and subject to different terms and conditions of employment as compared to male supervisors due to my sex (female), both in violation of Title VII.

Specifically, I have been required to procure authorization in advance of working prescheduled overtime; my request to split my 2013 summer furlough was denied twice, supposedly due to overlapping with another sergeants,' which was not true; I was assigned more officers and responsibilities with less supervisory personnel than Platoons Two or Three, placing me at a disadvantage in completing assignments in a timely manner and subjecting me to disciplinary action (scheduled for six (6) disciplinary Trial Boards); I have been required to combine my monthly mobilization report and SOC sheet, following a specific format, not required of any male supervisor to procure approval of those particular monthly reports; I have been required to include an extra cover

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 11-07-13<br>Date  Charging Party Signature | 11-07-13<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* 11-7-2013<br>HEATHER DEHART<br>Notary Public, Wayne County, MI<br>Acting in _____ County<br>My Commission Expires September 22, 2014 |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 471-2014-00163 |

| Michigan Department Of Civil Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

memorandum in addition to the cover-memos already included within my package of Quarterly Equipment Inspection reports not mandated per Department policy or of any male supervisor; my authority as lieutenant has been constantly undermined by the Inspector. Lastly, I was retaliated against by being disciplined for complaining of inequities due to my gender. Males were not subject to the same treatment under the above mentioned same/similar circumstances.

I have been subjected to different terms/conditions of employment due to my sex (female) and in retaliation for filing previous charges of discrimination and for filing internal complaints of sex discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 11-07-13      *[signature]*<br>Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 11-07-13<br>*(month, day, year)* 11-7-2013<br>HEATHER DEHART<br>Notary Public, Wayne County, MI<br>Acting in Wayne County<br>My Commission Expires September 22, 2014 |