# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## SUPPLEMENTAL AMENDED CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On or before January 27, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Notice of (I) Entry of Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit and (II) Occurrence of Effective Date [Docket No. 8649]

Dated: January 30, 2015

Stephanie Delgado
KCC
2335 Alaska Ave
El Segundo, CA 90245

# EXHIBIT A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Allen, Michele | Redacted | Redacted | Redacted | Redacted | Redacted |
| Campbell, Erica | | 9761 McKinney St | Detroit | MI | 48224-2533 |
| Daniel B Hoard Md PLLC | Attn Accounts Payable | 28300 Orchard Lake Rd Ste 222 | Farmingtn Hls | MI | 48334-3704 |
| Ford, Latarsha Nicole | | 18750 Masonic Blvd Apt 28 | Roseville | MI | 48066-1290 |
| Knight Ii, Jerry R | Redacted | Redacted | Redacted | Redacted | Redacted |
| Orr, Eric C | Redacted | Redacted | Redacted | Redacted | Redacted |