UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

In re CITY OF DETROIT, Michigan
JUDGE
_____/

CHAPTER 9
CASE NO.:13-53846
DEBTOR.

## PROOF OF SERVICE

The undersigned certifies that she served a copy of the Order Allowing Petitioner, Attorney in Non-Bankruptcy Legal Matter to File Paper, Motion to File in Paper A Motion to Exclude Claim by Citizen Against Detroit Police Officer for Intentional Act/ Civil Rights Violation from Detroit's Bankruptcy and to Allow the Case to Proceed in the Wayne County (Michigan) Circuit Court, along with a copy of this Proof of Service, upon:

David J. Demps
2 Woodward Avenue, Suite 500
Detroit, MI 48226

Said party was served by first class mail, with postage fully prepaid thereon and deposited in a United States Mail Receptacle on the 21st day of January, 2015.

*Lynda L. Gruden*
Lynda L. Gruden