UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## CERTIFICATION OF NO RESPONSE TO OBJECTION TO CLAIM NUMBER 2650 FILED BY VINCEN K. RAJU

**NOW COMES** the City of Detroit Water and Sewerage Department ("DWSD"), by and through counsel, Kilpatrick & Associates, P.C., and hereby states as follows:

1. On December 30, 2014, Kilpatrick & Associates, P.C. filed an Objection to Claim Number 2650 Filed by Vincen K. Raju ("Objection"), a Proposed Order, Notice, and Proof of Service with the Court and an employee of Kilpatrick & Associates, P.C. served copies of the filed documents on all ECF participants registered to receive notice in this case and Vincen K. Raju.

2. As of this date, no response to the Objection has been filed.

3. The response date of January 28, 2015 included in the Notice has lapsed and more than 21 days has passed since the Objection was filed.

**WHEREFORE**, the City of Detroit Water and Sewerage Department, respectfully requests that this Honorable Court grant the relief requested in the Objection.

Respectfully submitted,

KILPATRICK & ASSOCIATES, P.C.


By: */s/ Richardo I. Kilpatrick*
    RICHARDO I. KILPATRICK (P35275)
    SHANNA M. KAMINSKI (P74013)
    Attorneys for the City of Detroit Water and Sewerage Department
    615 Griswold, Ste. 1708
    Detroit, Michigan 48226
    (313) 963-2581
    ecf@kaalaw.com

Dated: January 29, 2015