UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

        Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

## ORDER GRANTING OBJECTION TO CLAIM NUMBER 2572 FILED BY AARON KING

This matter having come before the Court on the City of Detroit Water and Sewerage Department's ("DWSD") Objection to Claim Number 2572 ("Objection") Filed by Aaron King, which seeks the entry of an order disallowing Claim Number 2572 ("Claim"); the Claim having been designated for liquidation in accordance with the Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims ("ADR Order"); the Claim having not been resolved through the procedures set forth in the ADR Order; DWSD having filed a timely Objection to the Claim in accordance with the ADR Order; the Court having found that it has jurisdiction over the Objection pursuant to 28 U.S.C.§§157 and 1334; the Court having found that this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); the Court having found that venue is proper pursuant to 28

U.S.C. §§1408 and 1409; the Court having found that due and proper notice of the Objection has been given; it appearing that no other or further notice of the Objection need be given; a hearing on the Objection having been held before the Court; any objection to the Objection having been overruled or withdrawn; and the Court finding that the legal and factual basis set forth in the Objection and at the hearing establish just cause for the requested relief;

**NOW THEREFORE;**

**IT IS HEREBY ORDERED** that:

1. The Objection is Granted.

2. Claim Number 2572 is hereby disallowed.

3. The City's claims agent is hereby authorized to update the claims register to reflect the relief granted in this Order.

4. The City and the City of Detroit Water and Sewerage Department are authorized to take any and all actions necessary to effectuate the relief granted.

.

**Signed on February 04, 2015**

                                              **/s/ Steven Rhodes**
                                              **Steven Rhodes**
                                              **United States Bankruptcy Judge**