UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9

City of Detroit, Michigan,  Case No. 13-53846

    Debtor,  Honorable Steven W. Rhodes

_____/

## MEDIATION CONFIDENTIALITY ORDER

On November 26, 2014, this Court issued a "Mediation Order" (Docket Entry No. 8468) that provided that United States District Court Judge Sean F. Cox shall continue to serve as a judicial mediator in this case for the purposes of facilitative mediation of matters regarding the Great Lakes Water Authority. That Order provided, among other things, that Judge Cox "may, in his discretion, direct the parties to engage in facilitative mediation on substantive issues, process, and issues regarding information development and exchanges" and that "proceedings, discussion, negotiation, and writings incident to mediation shall be privileged and confidential, and shall not be disclosed, filed or placed in evidence." (Id.)

Judge Cox has apprised this Court that, in connection with his mediation efforts, he will be conducting one or more mediation sessions with members of a working group tasked with negotiating a lease and related agreements between the Great Lakes Water Authority and the City of Detroit.

The Court hereby **ORDERS** that all discussions and documents pertaining to the lease agreement negotiations shall be privileged and confidential, and shall not be disclosed to others, except that the status of the negotiations may be disclosed to the Board Members of the Great Lakes Water Authority. Additionally, information or documents may be disclosed to principals of the parties (L. Brooks Patterson, Mike Duggan, Mark Hackel, Warren Evans, Rick Snyder), as

well as specific staff, only with the express permission and authorization of Judge Cox.

**IT IS SO ORDERED.**

February 6, 2015

                                                             /s/ Steven Rhodes
                                                             Steven Rhodes
                                                              United States Bankruptcy Judge