UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------ x
In re                                                        :     Chapter 9
                                                             ::
CITY OF DETROIT, MICHIGAN,                                   ::    Case No. 13-53846
                                                             ::
                                    Debtor.                  :     Hon. Steven W. Rhodes
------------------------------------------------------ x

## "CORRECTED" CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2015, I electronically filed the *Stay Modification Notice* and *Certificate of Service* for Claim No. 1097 (DKT #9161) and with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

I hereby certify that I have additionally served the paper to the following participant(s) via US Mail on February 5,2015 to: Claimant's Attorney: Richard Hall, 23077 Greenfield Road, Southfield, Michigan 48075.

        City of Detroit Law Department

By:   */s/ Mary Beth Cobbs*
      Mary Beth Cobbs (P40080)
      Assistant Corporation Counsel
      2 Woodward Ave, Suite 500
      Detroit, MI 48226
      Phone: (313) 237-3075
      Email: cobbm@detroitmi.gov

Dated: February 6, 2015