**EXHIBIT 1:**

**PROPOSED ORDER**

4833-4250-9857.5

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Steven W. Rhodes
Debtor :
------------------------------------------------------- x

**ORDER REGARDING SETTLEMENT AND WITHDRAWAL OF CLAIM NO. 3633 OF COMPUWARE CORPORATION AND WITHDRAWAL OF CURE OBJECTION**

This matter having come before the Court on the *Stipulation For Entry of Order Regarding Settlement and Withdrawal of Claim No. 3633 of Compuware Corporation and Withdrawal of Cure Objection* (the "Stipulation"); Compuware[1] having filed Claim No. 3633 (the "Claim") in the above-captioned bankruptcy case; the parties having agreed that Claim No. 3633 should be withdrawn pursuant to the terms of the parties' Settlement; the parties having agreed that Compuware's Objection to Proposed Cure Amount should be withdrawn; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved to the extent set forth in this Order.

2. The City shall pay $11,437.50 to Compuware, in full satisfaction of the Outstanding Claim Amount and as a cure.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

4833-4250-9857.5

3. Claim No. 3633 of Compuware, which constitutes Compuware's only outstanding claim in this bankruptcy, whether for the pre-petition or post-petition period, is withdrawn. Compuware's Objection to Proposed Cure Amount (Dkt. 8586) is hereby withdrawn with prejudice.

4833-4250-9857.5