IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Steven W. Rhodes
Debtor :
------------------------------------------------------- x

**ORDER REGARDING SETTLEMENT AND WITHDRAWAL OF CLAIM NO. 3633 OF COMPUWARE CORPORATION AND WITHDRAWAL OF CURE OBJECTION**

This matter having come before the Court on the *Stipulation For Entry of Order Regarding Settlement and Withdrawal of Claim No. 3633 of Compuware Corporation and Withdrawal of Cure Objection* (the "Stipulation"); Compuware[1] having filed Claim No. 3633 (the "Claim") in the above-captioned bankruptcy case; the parties having agreed that Claim No. 3633 should be withdrawn pursuant to the terms of the parties' Settlement; the parties having agreed that Compuware's Objection to Proposed Cure Amount should be withdrawn; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved to the extent set forth in this Order.

2. The City shall pay $11,437.50 to Compuware, in full satisfaction of the Outstanding Claim Amount and as a cure.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

3. Claim No. 3633 of Compuware, which constitutes Compuware's only outstanding claim in this bankruptcy, whether for the pre-petition or post-petition period, is withdrawn. Compuware's Objection to Proposed Cure Amount (Dkt. 8586) is hereby withdrawn with prejudice.

.

**Signed on February 06, 2015**

                                                       **/s/ Steven Rhodes**
                                                       **Steven Rhodes**
                                                       **United States Bankruptcy Judge**