UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

2015 FEB -6 P 3: 28

IN RE: City of Detroit

U.S. BANKRUPTCY COURT CASE NO: 13-53846
E.D. MICHIGAN-DETROIT CHAPTER: _____
JUDGE: Hon. Steven Rhodes

Debtor.

Application for Administrative Expense Claim FOR/TO _____

NOW COMES Debtor(s), and brings this ~~motion~~ for/to Application for Administrative Expense Claim. In support of Debtor(s)'s motion, Debtor states the following

[state the facts]:

1. On or about November 7, 2013, I filed the attached Federal EEOC complaint (Charge No. 471-2014-00163) against the City of Detroit for gender

2. discrimination, retaliation, and the continued intentional infliction of emotional distress.

3. Debtor requests One million Dollars ($1,000,000.00) in relief; a claim filed previously on at least two separate occasions with the bankruptcy court (see Claim 2603)

WHEREFORE, Debtor requests this Court to consider Debtor's ~~Motion for~~/to Application for Administrative Expense Claim _____ and afford Debtor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Respectfully submitted,

Dated: 02-06-15

(Debtor's Signature)
Print Name: SHERELL STANLEY
(313) 570-2012

(Co-Debtor's Signature)
Print Name: _____

Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 471-2014-00163 |

**Michigan Department Of Civil Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Sherell S. Stanley | (313) 570-2012 | [redacted] |

Street Address: P.O. Box 321032, Detroit, MI 48232

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CITY OF DETROIT, DETROIT POLICE DEPARTMENT | 500 or More | (313) 596-5600 |

Street Address: 11450 Warwick, Detroit, MI 48228

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-24-2012   Latest: 10-08-2013
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for the above named employer on 6/24/96. I am currently employed as a Lieutenant at the 6th Precinct, Platoon One/Midnight Shift.

Since the fall of 2012, through November 2013, I have been retaliated against and subject to different terms and conditions of employment as compared to male supervisors due to my sex (female), both in violation of Title VII.

Specifically, I have been required to procure authorization in advance of working prescheduled overtime; my request to split my 2013 summer furlough was denied twice, supposedly due to overlapping with another sergeants,' which was not true; I was assigned more officers and responsibilities with less supervisory personnel than Platoons Two or Three, placing me at a disadvantage in completing assignments in a timely manner and subjecting me to disciplinary action (scheduled for six (6) disciplinary Trial Boards); I have been required to combine my monthly mobilization report and SOC sheet, following a specific format, not required of any male supervisor to procure approval of those particular monthly reports; I have been required to include an extra cover

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

11-07-13 [signature] *Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

[signature] 11-07-13

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month day year) 11-7-2013
HEATHER DEHART
Notary Public, Wayne County, MI
Acting In _____ County
My Commission Expires September 22, 2014

| | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 471-2014-00163 |

| Michigan Department Of Civil Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

memorandum in addition to the cover-memos already included within my package of Quarterly Equipment Inspection reports not mandated per Department policy or of any male supervisor; my authority as lieutenant has been constantly undermined by the Inspector. Lastly, I was retaliated against by being disciplined for complaining of inequities due to my gender. Males were not subject to the same treatment under the above mentioned same/similar circumstances.

I have been subjected to different terms/conditions of employment due to my sex (female) and in retaliation for filing previous charges of discrimination and for filing internal complaints of sex discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 11-07-13 [signature]<br>Date — Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) 11-7-2013<br>HEATHER DEHART<br>Notary Public, Wayne County, MI<br>Acting in _____ County<br>My Commission Expires September 22, 2014 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

2015 FEB -6 P 3:28

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

IN RE: City of Detroit

CASE NO: 13-53846

CHAPTER: _____

Debtor.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on __2·6·15__ (date of mailing), I served copies as follows:

1. Document(s) served: Application for Administrative Expense Claim

2. Served upon [name and address of each person served]:

    Mr. Bruce Bennett, Heather Lennox, And Jones Day Law Firm
    555 S. Flower St.
    50TH Floor
    Los Angeles, CA 90071

3. By First Class Mail.

Dated: 02-06-15

(Signature)

Print Name: SHERELL STANLEY