IN RE:                                             Case No. 13-53846
City of Detroit,, Michigan                 Chapter   9
                  Debtor(s).                Hon. Steven Rhodes
_____/
14-cv-14872, 14-cv-14899, 14-cv-14910,
14-cv-14917, 14-cv-14919, 14-cv-14920

                 Appellant,
     v.

City of Detroit, Michigan

                 Appellee.
_____/

## NOTICE OF SUPPLEMENTAL TRANSMITTAL OF COMPLETE RECORD
## REGARDING NOTICE OF APPEAL

      I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Record on Appeal.

☐   Appellant's Designation of Record.          ☐   Appellee's Designation of Record

☐   Appellant's Statement of Issues              ☐   Appellee's Statement of Issues

☐   Notice of Deficiency

☒   Other:   Supplemental Opinion Regarding Plan Confirmation

**NOTE:**

☐   This matter was given civil case number  13-13873  and assigned to District Court Judge  Bernard A Friedman

☐   The Appellant has not filed the Designation of Record.
.

Dated: 02/09/2015                              Clerk, United States Bankruptcy Court

                                                        By:  /s/  Kristel Trionfi
                                                                   Deputy Clerk