# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------- x
In re                                                   :  Chapter 9
                                                        :
                                                        :  Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :
                                                        :  Hon. Steven W. Rhodes
                           Debtor                       :
------------------------------------------------------- x

## STIPULATION FOR WITHDRAWAL OF
## SATISFIED CLAIM OF LIMBACH COMPANY LLC

Limbach Company LLC ("Limbach") and the City of Detroit, Michigan (the "City"), by and through the undersigned, stipulate as follows in support of the entry of the *Order Withdrawing Satisfied Claim of Limbach Company LLC* attached hereto as **Exhibit 1.**

1. On February 20, 2014, Limbach filed its proof of claim [Claim No. 1901] (the "Claim") in the amount of $186,837.50, all of which related to post-petition invoices, which were not properly included in the Claim.

2. There are no outstanding pre-petition amounts owed to Limbach by the City.

3. In the ordinary course of its business, the City has paid Limbach all of the outstanding post-petition amounts sought in the Claim.

4. Limbach hereby withdraws the Claim in its entirety because the Claim has been fully satisfied.

5. Nothing in this Stipulation or the proposed order attached hereto as Exhibit 1 addresses any post-petition claims which have arisen or may arise between the City and Limbach, other than the post-petition amounts sought in the Claim. Both parties fully reserve all of their respective rights with respect to any other post-petition claims.

4814-9107-1009.1

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** withdrawing the Claim.

Respectfully submitted by:

| KOTZ SANGSTER WYSOCKI, P.C. | FOLEY & LARDNER, LLP |
|---|---|
| By: /s/ Edward Boucher (with consent)<br>R. Edward Boucher<br>400 Renaissance Center, Suite 3400<br>Detroit, MI 48243<br>Phone: (313) 259-8300<br>rboucher@kotzsangster.com<br><br>*Counsel to Limbach Company LLC* | By: /s/ Jeffrey S. Kopp<br>Jeffrey S. Kopp (P59485)<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jkopp@foley.com<br>jsimon@foley.com<br>tdolcourt@foley.com<br><br>*Counsel to the City of Detroit, Michigan* |

Dated: February 9, 2015

4814-9107-1009.1

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** withdrawing the Claim.

Respectfully submitted by:

| KOTZ SANGSTER WYSOCKI, P.C. | FOLEY & LARDNER, LLP |
|---|---|
| By: /s/ *[signature]*<br>R. Edward Boucher<br>400 Renaissance Center, Suite 3400<br>Detroit, MI 48243<br>Phone: (313) 259-8300<br>rboucher@kotzsangster.com<br><br>*Counsel to Limbach Company LLC* | By: /s/ Jeffrey S. Kopp<br>Jeffrey S. Kopp (P59485)<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jkopp@foley.com<br>jsimon@foley.com<br>tdolcourt@foley.com<br><br>*Counsel to the City of Detroit, Michigan* |

Dated: February ___, 2015