UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:

**CITY OF DETROIT, MICHIGAN**,  Case No. 13-53846-SWR
  Honorable STEVEN W. RHODES
**Debtor.**  Chapter 9
_____/

## ORDER EXTENDING THE TIME TO MEET AND CONFER ON WAYNE COUNTY'S OBJECTION TO REJECTION OF AGREEMENT TO PURCHASE AND DEVELOP LAND

This matter having come before the Court on the Stipulation of the Charter County of Wayne ("County") and the City of Detroit ("City"), and the Court being fully advised in the premises.

**IT IS HEREBY ORDERED,** that the time to meet and confer pursuant to the Order Establishing Procedures with Respect to Rejection of Executory Contracts and Unexpired Leases is extended to 31 days, through February 26, 2015, for the City and County with respect to *Wayne County's Proof of Claim for Rejection Damages and Objection to Treatment of July 28, 1976 Agreement to Purchase and Develop Land as an Executory Contract* [Docket No. 9108] (the "Objection") and the City's *Reply to Wayne County's Objection to Rejection of Agreement to Purchase and Develop Land* [Docket No. 9174] (the "Reply"), provided that nothing herein shall preclude the parties from agreeing to further extend the meet and confer period by stipulation and order of the Court.

**IT IS HEREBY FURTHER ORDERED** that no hearing on the Objection and the Reply will be set until after the close of the meet and confer period, as extended.

.

**Signed on February 11, 2015**

                                                                           /s/ Steven Rhodes
                                                                      **Steven Rhodes**
                                                                       **United States Bankruptcy Judge**

-2-

13-53846-tjt    Doc 9243    Filed 02/11/15    Entered 02/11/15 08:59:19    Page 2 of 2