**EXHIBIT 2: SATISFIED CLAIMS TO BE DISALLOWED**

4848-7798-2750.4

## SATISFIED CLAIMS

| Claim No. | Creditor Name and Address | Claim Amount as Stated on Proof of Claim Form | Classification as Stated on Proof of Claim Form |
|---|---|---|---|
| 898 | Advance Digital Systems, LLC<br>PO Box 721217<br>Berkley, MI 48072 | $258.50 | Unsecured |
| 900 | Advanced Digital Systems, LLC<br>PO Box 721217<br>Berkley, MI 48072 | $315.75 | Unsecured |
| 2259 | Alexis Armstrong<br>c/o Lawrence C. Falzon<br>Wigod & Falzon, P.C.<br>25899 W. Twelve Mile Road, Suite 220<br>Southfield, MI 48034 | Unliquidated | Unsecured |
| 1018 | Barrett Paving Materials Inc.<br>Attn Accounts Payable<br>PO Box 130890<br>Ann Arbor, MI 48113 | $45,394.51 | Unsecured |
| 658 | Derrick Merriwether<br>3000 Town Center, Ste. 1800<br>Southfield, MI 48075 | $21,000.00 | Unsecured |
| 2181 | Dwayne Rias<br>c/o Brian Wagner<br>Andreopoulos & Hill, PLLC<br>28900 Woodward Ave.<br>Royal Oak, MI | $195,000.00 | Unsecured |
| 598 | Government Jobs.com<br>Attn Accounts Payable<br>222 N. Sepulveda Blvd, Ste 2000<br>El Segando, CA 90245 | $77,800.00 | Unsecured |
| 2750 | Isadore Rutledge<br>24567 Northwestern Highway #500<br>Southfield, MI 48075 | $485,433.00 | Unsecured |

| | | | |
|---|---|---|---|
| 1815 | Jamie Simpson<br>c/o David J. Jarrett<br>David J. Jarrett, P.C.<br>12820 Ford. Rd., Suite 1<br>Dearborn, MI 48381 | $20,120.00 | Unsecured |
| 165 | Lennard Logan<br>24951 Almond<br>Eastpointe, MI 48021 | $800.00 | Unsecured |
| 984 | LexisNexis<br>9443 Springboro Pike<br>Miamisburg, OH 45342 | $12,015.90 | Unsecured |
| 323 | Mary Whitaker<br>2404 W. Grand Blvd. Apt. 2<br>Detroit, MI 48208 | Unliquidated | Unsecured |
| 2309 | Sharon A. Palmore<br>Attn Accounts Payable<br>212 Lenox<br>Detroit, MI 48215 | $2,000.00 | Admin Priority |
| 2267 | Shinika Williams<br>c/o Lawrence C. Falzon<br>Wigod & Falzon, P.C.<br>25899 W. Twelve Mile Road, Suite 220<br>Southfield, MI 48034 | Unliquidated | Unsecured |
| 3739 | State of Michigan<br>Attn Steven B. Flancher<br>Assistant Attorney General<br>525 W. Ottawa Street<br>Lansing, MI 48933 | $1,962.50 | Unsecured |
| 119 | Transunion LLC<br>555 West Adams Street<br>Chicago, IL 60661 | $26.32 | Unsecured. |
| 99 | Zongli Chang, MD<br>c/o Marshall I. Lett, Attorney at Law<br>28280 Franklin Road<br>Southfield, MI 48034 | $3,403.21 | Unsecured |

4848-7798-2750.4