# EXHIBIT 3: DECLARATION OF JOHN NAGLICK REGARDING SATISFIED CLAIMS

4848-7798-2750.4

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
: CHAPTER 9
In re :
: CASE NO. 13-53846
CITY OF DETROIT, MICHIGAN, :
: HON. STEVEN W. RHODES
Debtor :
------------------------------------------------------- x

## DECLARATION OF JOHN NAGLICK IN SUPPORT OF DEBTOR'S EIGHTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

### (Satisfied Claims)

I, John Naglick, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Finance Director with the City of Detroit. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

2. The City's ongoing claims reconciliation process involves the collective effort of a team of employees assembled from personnel specifically familiar with the operations and liabilities of the City. This team works together and in conjunction with City's counsel, the City's financial advisor, and the City's claims agent, to review proofs of claim filed against the City (each, a "Claim" and collectively, the "Claims").

3. In connection with the preparation of the Eighth Omnibus Objection to Certain Claims (Satisfied Claims) (the "Eighth Omnibus Objection"), the City and its financial professionals reviewed the claims at issue, as described on Exhibit 2 of the Eighth Omnibus

Objection. I have also personally reviewed the Eighth Omnibus Objection and the exhibits attached thereto. Accordingly, I am familiar with the information contained therein.

4. City employees, working with certain of the City's professionals, compared each of the claims listed in Exhibit 2 of the Eighth Omnibus Objection (the "Satisfied Claims") to the following City data sources in order to determine whether such claim may be valid and outstanding: the City's Vendor Database, the City's accounts payable records, the City's disbursement records, and the City's lists of active and retired employees (collectively the "Data Sources").

5. Based on the foregoing review, the City's records indicate that any and all amounts due and owing under the Satisfied Claims have been paid in full, or otherwise settled or released, and, thus, such claims have been satisfied.

[SIGNATURE PAGE FOLLOWS]

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 2/11, 2015

By: /s/ John Naglick

4848-7798-2750.4