# EXHIBIT 2: NO SUPPORT CLAIMS TO BE DISALLOWED

4842-6543-6960.10

## NO SUPPORT CLAIMS

| Claim No. | Creditor Name and Address | Claim Amount as Stated on Proof of Claim Form | Classification as Stated on Proof of Claim Form | Stated Basis of Claim as Stated on Proof of Claim Form |
|---|---|---|---|---|
| 2534 | Adler Stilman, PLLC<br>Attn: Accounts Payable<br>30300 Northwestern Hwy, 3rd Floor<br>Farmington Hills, MI 48334 | $500,000 | General Unsecured | Stated Basis: "Attorney Fees"<br><br>No supporting documents attached. |
| 491 | Aj & Associates at Law<br>Attn: Accounts Payable<br>400 Monroe 410<br>Detroit, MI 48226 | $50,000.00 | General Unsecured | Stated Basis: "Civil Judgment/ Settlement before 7/18/13 (personal injury)"<br><br>No supporting documents attached. |
| 2362 | Albert Chandler<br>P.O. Box 85411<br>11380 Bramell<br>Detroit, MI 48239 | $92,000.00 | Admin Priority | Stated Basis: "Loss home in taxes"<br><br>No supporting documents attached. |
| 467 | Albert H. Jenkins<br>6007 Marseilles<br>Detroit, MI 48224 | $90,000.00 | General Unsecured | No basis given and no supporting documents attached. |
| 624 | Anthony Petrilli, MD PC<br>P.O. Box 361038<br>Grosse Pointe Farms, MI 48236 | $16,590.00 | General Unsecured | Stated Basis: "medical services provided"<br><br>No supporting documents attached. |
| 650 | Barbara Moore Family Trust<br>Peggy M. Fasbender, Trustee<br>7708 Knotty Pine Court<br>Woodridge, IL 60517 | $60,000.00 | Secured | Stated Basis: "Bankruptcy"<br><br>No supporting documents attached. |
| 472 | Berger Miller & Strager PC<br>Attn: Accounts Payable<br>333 West Fort Street, Suite 1400<br>Detroit, MI 48226 | In Excess of $25,000 (Unliquidated) | General Unsucured | Stated Basis: "Attorney fees and costs owed on lawsuit pending against the City of Detroit"<br><br>No supporting documents attached. |

| | | | | |
|---|---|---|---|---|
| 1181 | Billy D. Harrington<br>28910 Monterey Dr.<br>Southfield, MI 48076 | $5,254.00 | Admin Priority | <u>Stated Basis</u>: "services performed and healthcare goods and services"<br><br>No supporting documents attached. |
| 3392 | Brenda Bullock<br>5031 Lannod<br>Detroit, MI 48236 | $11,000.00 | Secured | <u>Stated Basis</u>: "City water and sewage – flooded my basement"<br><br>No supporting documents attached. |
| 56 | Brenda Williams<br>17174 Bentler<br>Detroit, MI 48219 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 2350 | Brian Chaney<br>1881 W. Grand Blvd.<br>Detroit, MI 48208 | $90,000.00 | Secured | <u>Stated Basis</u>: "Mortgage note"<br><br>No supporting documents attached. |
| 146 | Bromberg & Associates LLC<br>Attn: Accounts Payable<br>3141 Cannif<br>Hamtramck, MI 48212 | $307.12 | General Unsecured | <u>Stated Basis</u>: "Braille Services Rendered"<br><br>No supporting documents attached. |
| 1252 | Carlottie Shaw<br>13900 Lakeside Boulevard North Apt. 320<br>Shelby Township, MI 48315 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 2805 | Clarence Dill<br>2203 N. LaSalle Gardens<br>Detroit, MI 48206 | $166.72 | General Unsecured | <u>Stated Basis</u>: "election day"<br><br>No supporting documents attached. |
| 803 | Cynthia M. Zilinski<br>22810 Eastwood<br>Warren, MI 48089 | Blank | General Unsecured | No basis given and no supporting documents attached. |

| | | | | |
|---|---|---|---|---|
| 982 | Darlene Starks<br>19579 Skyline<br>Roseville, MI 48066 | $13,050.00 | General Unsecured | <u>Stated Basis</u>: "financial loss"<br><br>No supporting documents attached. |
| 2708 | Denise Williams<br>910 Seward Apt 310<br>Detroit, MI 48202 | $1,000.00 | General Unsecured | <u>Stated Basis</u>: "Money from lost contract I didn't receive"<br><br>No supporting documents attached. |
| 427 | Dennis J. Carlson, sole beneficiary of Barbara Carlson (deceased)<br>4517 62nd Ave SE<br>Olympia, WA 98513 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 64 | Deshawn Benson<br>18048 Pine E.<br>Brownstown, MI 48193 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 597 | Detroit Elevator Co.<br>Attn: Accounts Payable<br>2121 Burdette<br>Ferndale, MI 48220 | $301.77 | General Unsecured | <u>Stated Basis</u>: "Services performed"<br><br>No supporting documents attached. |
| 2513 | Dorothy Jean Roberson<br>10434 Lakepointe Street<br>Detroit, MI 48224 | $3,500.00 | General Unsecured | <u>Stated Basis</u>: "Title change; no money given 6-24-13"<br><br>No supporting documents attached. |
| 139 | Family Care Transportation Inc.<br>The Joseph Dedvukaj Firm P.C.<br>1277 W. Square Lake Rd<br>Bloomfield Hills, MI 48382 | $8,000.00 | General Unsecured | <u>Stated Basis</u>: "PIP Claim"<br><br>No supporting documents attached. |
| 399 | Franklin Wright Settlements, Inc.<br>Attn: Accounts Payable<br>3360 Charlvoix<br>Detroit, MI 48207 | $2,278.00 | General Unsecured | <u>Stated Basis</u>: "Reimbursement for NOF grant services performed"<br><br>No supporting documents attached. |

| 1278 | Grady A. Bishop<br>489 Henry, Apt 6<br>Detroit, MI 48201 | $6,000.00 | Secured | <u>Stated Basis</u>: "lost my apt and car"<br><br>No supporting documents attached. |
|---|---|---|---|---|
| 53 | Harold Adkins<br>54 Park Dr.<br>Clawson, MI 48017 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 671 | Henry Ford Health System<br>Knight & Firth, P.C.<br>Attn: Alison R. Krempa<br>335 E. Big Beaver Rd, Suite 101<br>Troy, MI 48083 | $9,687.02 | General Unsecured | <u>Stated Basis</u>: "healthcare services"<br><br>No supporting documents attached. |
| 674 | Henry Ford Health System<br>Knight & Firth, P.C.<br>Attn: Alison R. Krempa<br>335 E. Big Beaver Rd, Suite 101<br>Troy, MI 48083 | $5,861.00 | General Unsecured | <u>Stated Basis</u>: "healthcare services"<br><br>No supporting documents attached. |
| 1290 | Henry L. Jones<br>21252 Green Hill Road<br>Farmington Hills, MI 48335 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 3434 | Herbert Williams<br>1577 Sugar Maple Way<br>West Bloomfield, MI 48324 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 3060 | James Arthur Hickman III<br>20266 Kingsville Street<br>Harper Woods, MI 48225 | $1,931.91 | General Unsecured | <u>Stated Basis</u>: "imposed concession contract"<br><br>No supporting documents attached. |
| 874 | Jane Slater<br>5 Shadow Lane<br>Woodbury, NY 11797-2810 | $5,354.00 | General Unsecured | <u>Stated Basis</u>: "BOT 6/4/08 20,000 for 20,604, sold 12/24/13 20,000 for 16,250 = loss -4,354"<br><br>No supporting documents attached. |

| | | | | |
|---|---|---|---|---|
| 2874 | Jecoliah Warren<br>19322 Marx<br>Detroit, MI 48203 | $6,000.00 | General Unsecured | Stated Basis: "out of class"<br><br>No supporting documents attached. |
| 45 | Jeffery Cotton<br>14818 Keppen<br>Allen Park, MI 48101 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 568 | Jessie Robertson<br>4701 Lebanon Pike, B11D<br>Hermitage, TN 37076 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 51 | John Pittman<br>18487 Sunderland<br>Detroit, MI 48219 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 2896 | John Serda<br>501 N. Lafayette<br>Dearborn, MI 48128 | Blank | General Unsecured | Stated Basis: "employment discrimination"<br><br>No supporting documents attached. |
| 3376 | Judy Patricia Moore<br>10701 Santa Maria, Apt 3.15<br>Detroit, MI 48221 | $957.62 | General Unsecured | No basis given and no supporting documents attached. |
| 544 | Larry Hurwitz<br>2194 Caxton Ave<br>Clermont, FL 34711 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 484 | Lauren Nyx<br>18934 Algonac<br>Detroit, MI 48234 | $129.97 | General Unsecured | No basis given and no supporting documents attached. |
| 2541 | Linard M. MaLone<br>17320 Annott St.<br>Detroit, MI 48205 | $9,831.17 | General Unsecured | No basis given and no supporting documents attached. |
| 3370 | Louise Motley<br>18687 Pennington Dr.<br>Detroit, MI 48221 | Blank | General Unsecured | No basis given and no supporting documents attached. |

4842-6543-6960.10

| | | | | |
|---|---|---|---|---|
| 3377 | Mamie Stewart-Brown<br>23200 Orleans Place, Apt 4023<br>Southfield, MI 48033 | $600.00 | General Unsecured | No basis given and no supporting documents attached. |
| 2952 | Marshell Germany-Lumas<br>20261 Sunset<br>Detroit, MI 48234 | 15,800.00 | Secured | <u>Stated Basis</u>: "Real estate"<br><br>No supporting documents attached. |
| 2964 | Marvin Thornton<br>15878 Collingham Dr.<br>Detroit, MI 48205 | $200,00.00 | General Unsecured | No basis given and no supporting documents attached. |
| 1172 | Mary Jane James<br>13276 N. Norfolk<br>Detroit, MI 48235 | Blank | General Unsecured | <u>Stated Basis</u>: "services performed"<br><br>No supporting documents attached. |
| 3444 | Michael D. Cade<br>2517 Webber St.<br>Saginaw, MI 48601-3650 | Unliquidated | General Unsecured | <u>Stated Basis</u>: "Detroit bankruptcy"<br><br>No supporting documents attached. |
| 1787 | Monique Stevens<br>18512 Santa Barbara<br>Detroit, MI 48221 | $18,150.00 | General Unsecured | <u>Stated Basis</u>: "Los[s] of financial income, forfeiture of contract given by City of Detroit"<br><br>No supporting documents attached. |
| 190 | Moylan Energy Management LLC<br>Attn: Accounts Payable<br>2575 S Haggerty Rd<br>Canton, MI 48188 | $0 | General Unsecured | <u>Stated Basis</u>: "None – never did business with City of Detroit"<br><br>No supporting documents attached. |
| 2686 | New Grace Spinal Rehabilitation, PLLC<br>Attn: Accounts Payable<br>PO Box 156<br>Dryden, MI 48428 | $143,569.47 | General Unsecured | <u>Stated Basis</u>: "Delivery of health care services related to personal injury"<br><br>No supporting documents attached. |

| | | | | |
|---|---|---|---|---|
| 2876 | Pamela A. Knott<br>34625 Mulvey, Apt. 243<br>Fraser, MI 48026 | $11,050.00 | General Unsecured | No basis given and no supporting documents attached. |
| 423 | Pamela Thomas<br>10622 Beaconsfield St.<br>Detroit, MI 48224-1736 | $112.00 | Admin Priority | <u>Stated Basis</u>: "Personal Injury"<br><br>No supporting documents attached. |
| 3260 | Priscilla Lovely<br>4821 Chalmers<br>Detroit, MI 48215 | $3,800.00 | General Unsecured | <u>Stated Basis</u>: "City of Detroit fail to pay"<br><br>No supporting documents attached. |
| 2458 | Prodigy Spinal Rehabilitation Inc.<br>Attn: Accounts Payable<br>PO Box 156<br>Dryden, MI 48428 | $177,810.80 | General Unsecured | <u>Stated Basis</u>: "delivery of healthcare services related to personal injury"<br><br>No supporting documents attached. |
| 149 | Property Owner<br>18972 Muirland<br>Detroit, MI 48221 | $156,000.00 | Priority | <u>Stated Basis</u>: "Mortgage loan debt"<br><br>No supporting documents attached. |
| 2352 | Property Owner<br>1935 Gladstone<br>Detroit, MI 48206 | $80,000.00 | General Unsecured | <u>Stated Basis</u>: "Mortgage note"<br><br>No supporting documents attached. |
| 921 | Property Owner –<br>Verlene Campbell<br>14599 Ardmore<br>Detroit, MI 48227 | $77,000.00 | General Unsecured | <u>Stated Basis</u>: "mortgage note is 972.00 per month"<br><br>No supporting documents attached. |
| 1298 | Property Owner – Willie Walker<br>14440 Asbury Road<br>Detroit, MI 48227 | Blank | General Unsecured | No basis given and no supporting documents attached. |

4842-6543-6960.10

| | | | | |
|---|---|---|---|---|
| 1282 | Richard Davis<br>22578 East River Road<br>Grosse Ile, MI 48138 | $4,080.00 | General Unsecured | <u>Stated Basis</u>: "H20, Sewage, Rubbish and Occupancy overcharges" [regarding parcel No. 06007558, 59 and 60]<br><br>No supporting documents attached. |
| 2725 | Robert P. Cox, Jr.<br>4198 Burns St.<br>Detroit, MI 48214 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 3395 | Robert Rogers Davis<br>3980 Bebernick Lane<br>Sterling Heights, MI 48310 | $90,578.00 | General Unsecured | No basis given and no supporting documents attached. |
| 1850 | Roderic Walter<br>P.O. Box 43249<br>Detroit, MI 48243-0249 | $7,500.00 | General Unsecured | No basis given and no supporting documents. |
| 1930 | Shawn D. Miles II<br>4754 E Outer Drive<br>Detroit, MI 48234 | $40,000.00 | General Unsecured | No basis given and no supporting documents attached. |
| 1020 | Shirley Franklin<br>9684 Knodell<br>Detroit, MI 48213 | $12,000.00 | General Unsecured | <u>Stated Basis</u>: "finance loss"<br><br>No supporting documents attached. |
| 438 | Spinal Care of Nevada<br>Attn: Devin Luzod<br>601 Tandooni Ln<br>Las Vegas, NV 89138 | $5,117.04 | General Unsecured | <u>Stated Basis</u>: "work performed"<br><br>No supporting documents attached. |
| 57 | Stephen A. Walton<br>5500 W. Outer Dr.<br>Detroit, MI 48221 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 2019 | Tanya L. Glover<br>18528 Reed St.<br>Melvindale, MI 48122 | $5,000.00 | General Unsecured | <u>Stated Basis</u>: "Services performed"<br><br>No supporting documents attached. |

| | | | | |
|---|---|---|---|---|
| 1220 | Timothy D. Johnson<br>9696 Wormer<br>Redford, MI 48239 | $20,000.00 | General Unsecured | <u>Stated Basis</u>: "monies owe to me"<br><br>No supporting documents attached. |
| 2786 | Valerie Ann Colbert-Osamuede<br>24498 Martel Drive<br>Farmington Hills, MI 48335 | $150,000.00 | General Unsecured | <u>Stated Basis</u>: "Breach of implied contract, failure to indemnify under City Charter"<br><br>No supporting documents attached. |
| 2316 | Valerie R. Lloyd<br>17400 Ilene St.<br>Detroit, MI 48221 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 2504 | Valesta Cato<br>9196 Wayburn<br>Detroit, MI 48224 | $1,126.11 | Priority | No basis given and no supporting documents attached. |
| 2601 | Van Dyke Spinal Rehabilitation<br>Attn: Accounts Payable<br>PO Box 156<br>Dryden, MI 48428 | $61,829.19 | General Unsecured | <u>Stated Basis</u>: "delivery of health care services related to personal injury"<br><br>No supporting documents attached. |
| 54 | Virnell McIntosh-Winston<br>27795 Dequindre, Apt 208<br>Madison Heights, MI 48071 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 2344 | Walter Brown Jr.<br>14760 Mettetal<br>Detroit, MI 48227 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 2511 | William Gonte<br>29877 Telegraph Road Ste 200<br>Southfield, MI 48034 | $1,395.83 | General Unsecured | <u>Stated Basis</u>: "delivery of health care services related to personal injury"<br><br>No supporting documents attached. |

| 753 | Xcel Physical Therapy PLC<br>Attn: Accounts Payable<br>351 S. Straits Hwy<br>P.O. Box 829<br>Indian River, MI 49749 | $3,798.00 | General Unsecured | <u>Stated Basis</u>: "physical therapy services for worker's compensation patient, James English"<br><br>No supporting documents attached. |
|---|---|---|---|---|

4842-6543-6960.10