IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------x
                                                            :    Chapter 9
In re                                                       :
                                                            :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                                  :
                                                            :    Hon. Steven W. Rhodes
                    Debtor                                  :
------------------------------------------------------------x

**NOTICE OF DEBTOR'S TENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS**

**(No Basis Claims)**

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S).**

   **PLEASE TAKE NOTICE THAT** the Debtor, the City of Detroit, (the "City"), by and through its undersigned counsel, has filed an objection to certain no basis claims (the "Tenth Omnibus Objection") and for an order disallowing and expunging such claims.

   **YOUR CLAIM MAY BE REDUCED, MODIFIED OR ELIMINATED. PURSUANT TO FED. R. BANKR. P 3007(e)(1) AND PRIOR ORDERS OF THIS COURT. YOU SHOULD REVIEW EXHIBIT 2 OF THE TENTH OMNIBUS OBJECTION TO FIND YOUR NAME AND CLAIM. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

1

4819-9997-5969.

If you do not want the court to eliminate or change your claim, or grant the relief request in the Tenth Omnibus Objection, then on or before **March 12, 2015**, you or your lawyer must:

1. File with the court, at the address below, a written response to the objection. Unless a written response is filed and served by the date specified, the court may decide that you do not oppose the objection to your claim.

> Clerk of the Court
> United States Bankruptcy Court
> 211 W. Fort Street, Suite 2100
> Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

2. A copy of your response must also be mailed to counsel for the City:

> John A. Simon
> Jeffrey S. Kopp
> Tamar N. Dolcourt
> Foley & Lardner LLP
> 500 Woodward Ave., Ste. 2700
> Detroit, MI 48226

3. You must also attend the hearing on the objection scheduled to be held on **March 19, 2015** at 10:00 a.m. in Courtroom 236, Theodore Levin Courthouse, 231 W. Lafayette, Detroit, MI 48226 unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled and the objection sustained.**

Date: February 13, 2015

        FOLEY & LARDNER LLP

        By: /s/ *John A. Simon*
        John A. Simon (P61866)
        Jeffrey S. Kopp (P59485)
        Tamar N. Dolcourt (P73425)
        500 Woodward Ave., Ste. 2700
        Detroit, MI 48226
        313.234.7100
        jsimon@foley.com
        jkopp@foley.com
        tdolcourt@foley.com

        *Counsel for the Debtor, City of Detroit, Michigan*