# EXHIBIT 2: NO BASIS CLAIMS TO BE DISALLOWED

4819-5893-3025.5

# NO BASIS CLAIMS

| Claim No. | Creditor Name and Address | Claim Amount as State on Proof of Claim Form | Classification as Stated on Proof of Claim Form | Stated Basis of Claim as Stated on Proof of Claim | Reason Basis Invalid |
|---|---|---|---|---|---|
| 244 | Ade Incorporated P.O. Box 660 Clarkston, MI 48347 | $55.00 | General Unsecured | <u>Stated Basis:</u> "goods sold" | Invoices attached to this claim are directed to the 36th District Court. Claims against the 36th District Court are not the subject of this bankruptcy. |
| 1923 | Barbara M. Zabinski 23277 Liberty St. Saint Clair Shores, MI 48080 | $136,161.78 | Secured | <u>Stated Basis:</u> "mortgage note" | Claim is for unpaid mortgage balance. Individual mortgage claims are not the subject of this bankruptcy. |
| 286 | Electronic Commerce 2810 Dexter Dr. Elkhart, IN 46514 | $14,011.08 | General Unsecured | <u>Stated Basis:</u> "Services performed" | Invoices attached to this claim are directed to the 36th District Court. Claims against the 36th District Court are not the subject of this bankruptcy. |
| 2571 | Foley & Mansfield, PLLP David L. Haron 130 East Nine Mile Rd Ferndale, MI 48220 | $17,325.50 | General Unsecured | <u>Stated Basis:</u> "Attorney's fees for legal services performed. Contingent upon satisfactory resolution of underlying case; Brown v City of Detroit, Case No. 2:10-cv- | Attorneys do not have the right to claim their own fees under 42 U.S.C. § 1988. *See Venegas v. Mitchell*, 495 U.S. 82 (1990) (it is the party, rather than the attorney, who is eligible to claim attorney's |

| | | | | 12162-PDB-MAR." | fees under 42 U.S.C. § 1988) (*citing Evans v. Jeff D.,* 475 U.S. 717 (1986)). |
|---|---|---|---|---|---|
| 2562 | Loevy & Loevy Attn: Michael Kanovitz 312 North May Street, Ste 100 Chicago, IL 60607 | $227,850.00 | General Unsecured | <u>Stated Basis</u>:<br><br>"Legal fees and costs in Brown v. City of Detroit, 10-cv-12162 (E.D. Mich), pursuant to 42 U.S.C. Section 1988. Class certified and judgment (liability only) entered against Detroit. Redacted billing statement is available upon request." | Attorneys do not have the right to claim their own fees under 42 U.S.C. § 1988. *See Venegas v. Mitchell*, 495 U.S. 82 (1990) (it is the party, rather than the attorney, who is eligible to claim attorney's fees under 42 U.S.C. § 1988) (*citing Evans v. Jeff D.,* 475 U.S. 717 (1986)). |
| 335 | Quincy Winston PO Box 36624 Grosse Pointe, MI 48236 | $900,000.00<br>$1,900,000.00 | Secured<br>General Unsecured | <u>Stated Basis</u>:<br><br>None given under basis for claim. Nature of secured claim: "Motor Vehicle and Other". Basis for perfection: "Pain and Suffering". | Claim is barred by res judicata. Lawsuit was dismissed on City's Motion for Summary Disposition (Case No. 13-1000878-GC). No appeal taken. |
| 295 | Recon Management Group, LLC 30400 Telegraph Rd., Suite 472 Bingham Farms, MI 48025 | $300.00 | General Unsecured | <u>Stated Basis</u>:<br><br>"services provided 8-8-13" | Invoices attached to this claim are directed to the Detroit Institute of Arts. Claims against the Detroit Institute of Arts are not the subject of this bankruptcy. |

4819-5893-3025.5

| | | | | | |
|---|---|---|---|---|---|
| 1550 | Shira Nelson and Equania Nelson as next friend<br>19161 Kelly Road, Apt #2<br>Detroit, MI 48224 | $200,000.00 | General Unsecured | <u>Stated Basis</u>:<br><br>"Personal Injury – Police misconduct" | Lawsuit dismissed in Order dated May 9, 2013 (Case No. 11-014485-CZ) and statute of limitations passed. No appeal was taken. |
| 3473 | Todd Hunter<br>14944 Ashton<br>Detroit, MI 48223 | $70,000.00 | Priority | <u>Stated Basis</u>:<br><br>"In the empower zone, the City of Detroit demolished 2 homes and took 2 tractors" | Lawsuit in Michigan Court of Claims dismissed. No appeal taken (Case No. 1375MZ). Prior lawsuits on same claim also dismissed. |
| 3097 | Weber Block LLC c/o Robert Slattery<br>627 West Alexandrine<br>Detroit, MI 48201 | $1,000,000.00 | General Unsecured | <u>Stated Basis</u>:<br><br>"Spent 7 years preparing multiblock development area, City sold properties that were under contract to others" | Claim was premised on contract requiring City Council approval which was not obtained. *See* Detroit City Charter § 4-112. |
| 252 | William P. Daniel<br>336 W. First Street<br>Flint, MI 48502 | $4,221.00 | General Unsecured | <u>Stated Basis</u>:<br><br>"Professional Services – Labor Arbitration – Employer's share of arbitration fee." | Invoices attached to this claim are directed to the 36th District Court. Claims against the 36th District Court are not the subject of this bankruptcy. |