# EXHIBIT 2: DUPLICATE CLAIMS TO BE DISALLOWED

4836-3142-9665.1

# DUPLICATE CLAIMS

| Duplicate Claim to be Disallowed and Expunged | Creditor Name and Address | Claim Amount as Stated in the Proof of Claim | Classification as Stated in the Proof of Claim | Surviving Claim |
|---|---|---|---|---|
| 639 | Gloria Stokes<br>Attn Accounts Payable<br>16501 Mendota<br>Detroit, MI 48221 | 31,200.00 | Secured | 615 |
| 117 | M. Dujon Johnson<br>15474 Stoepel<br>Detroit, MI 48238 | 5,300.00 | Secured | 1032 |
| 1 | MSC Industrial Supply Co.<br>75 Maxess Road<br>Melville, NY 11747 | 678.98 | General Unsecured | 3783 |
| 1113 | Patricia C. Becker<br>28962 Walnut Grove Ln<br>Southfield, MI 48034 | 7,500.00 | General Unsecured | 1115 |
| 3058 | Renee Walls<br>c/o Michael E. Norman<br>Ravid & Associates, PC<br>23855 Northwestern Hwy<br>Southfield, MI 48075 | 2,500.00 | General Unsecured | 893 |
| 1818 | Taralyn Smith<br>26555 Evergreen Road<br>Suite 1500<br>Southfield, MI 48076 | 150,000.00 | General Unsecured | 1594 |
| 110 | Vincent Cannon<br>c/o David E. Christensen<br>30101 Northwestern Highway<br>Farmington Hill, MI 48334 | Blank | General Unsecured | 1728 |
| 1802 | Williams Acosta, PLLC<br>535 Griswold, Suite 1000<br>Detroit, MI 4826 | 168,075.40 | General Unsecured | 2282 |

1