# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

--------------------------------------------------------X
: Chapter 9
IN RE :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Steven W. Rhodes
DEBTOR :
--------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2015, I electronically filed the following documents (collectively the "Omnibus Objections") with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Omnibus Objections and file a subsequent Proof of Service after it has performed the service.

- Eighth Omnibus Objection to Certain Satisfied Claims [Dkt. No. 9260]
- Ninth Omnibus Objection to Certain No Supporting Claims [Dkt. No. 9261]
- Tenth Omnibus Objection to Certain No Basis Claims [Dkt. No. 9262]
- Eleventh Omnibus Objection Certain Duplicate Claims [Dkt. No. 9263]

Dated: February 13, 2015

FOLEY & LARDNER LLP

By: */s/ John A. Simon*
John A. Simon (P61866)
Jeffrey S. Kopp (P59485)
Tamar N. Dolcourt (P73425)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
jsimon@foley.com
jkopp@foley.com
tdolcourt@foley.com

*Counsel for the Debtor, City of Detroit, Michigan*

4847-0307-3825.1