# UNITED STATES BAKRUPTCY COURT
Eastern District of Michigan

*In re:*

City of Detroit, Michigan

**Case Number:** 13-53846
**Chapter** 9

     DEBTOR
_____/

## REQUEST FOR DESIGNATION OF BANKRUPTCY JUDGE

    I, <u>Katherine B. Gullo</u>, an appointed and qualified clerk of the United States Bankruptcy Court for the Eastern District of Michigan, hereby certify that the above-named case was filed as a case under Chapter 9 of the Bankruptcy Code, 11 U.S. C. §901, in the United States Bankruptcy Court for the Eastern District of Michigan on July18, 2013.

    Pursuant to 11 U.S.C. §921(b), as Clerk of Court, I request that the Honorable R. Guy Cole, Jr., Chief Judge of the United States Court of Appeals for the Sixth Circuit, designate a successor bankruptcy judge to preside over the City of Detroit case after the retirement of the Honorable Steven W. Rhodes.

Dated: February 13, 2015                      Katherine B. Gullo, Clerk of Court
                                                                           United States Bankruptcy Court,
                                                                           Eastern District of Michigan