# EXHIBIT 2

Form B20A(Official Form 20A)
12/1/10

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

**In re:**                                                       ) **Chapter 9**
                                                                 )
**CITY OF DETROIT, MICHIGAN,**                   ) Case No. 13-53846
                                                                 )
        **Debtor.**         ) Hon. Steven W. Rhodes

Address: 2 Woodward Avenue, Suite 1126
        Detroit, Michigan 48226

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 38-6004606

## NOTICE OF MOTION AND OPPORTUNITY TO RESPOND ON FINAL FEE APPLICATION OF FEE EXAMINER PARTIES FOR ALLOWANCE OF COMPENSATION AND <u>REIMBURSEMENT OF EXPENSES</u>

Robert M. Fishman, the court appointed fee examiner in the above-captioned case ("Fee Examiner") has filed papers with the court (the "Final Application") seeking an order (A) authorizing the allowance and payment to the Fee Examiner Parties (consisting of the Fee Examiner, Shaw Fishman Glantz & Towbin LLC, and Kapila & Company) of the aggregate amount of $283,129.10 for services rendered ("Fees") and the aggregate amount of $3,889.31 for reimbursement of expenses ("Expenses") incurred by the Fee Examiner Parties in the time period from October 1, 2014 through February 13, 2015, (B) approving all compensation and expense reimbursement previously applied for and awarded by the Court on an interim basis, and (C) directing payment of all finally allowed compensation and expense reimbursement.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the Final Application, or if you want the court to consider your views on the Final Application, within twenty-one (21) days, you or your attorney must:

1.     File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

You must also mail a copy to:

> Robert M. Fishman
> Peter J. Roberts
> Shaw Fishman Glantz & Towbin LLC
> 321 North Clark Street, Suite 800
> Chicago, IL 60654

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Final Application and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in Final Application and may enter an order granting that relief.**

> Respectfully submitted,
>
> Robert M. Fishman, Fee Examiner

Dated: February 13, 2015         By: /s/ Peter J. Roberts
                                     One of his attorneys

Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL  60654
P:  (312) 541-0151
F:  (312) 980-3888
E:  proberts@shawfishman.com