# EXHIBIT 6-B

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 16230
October 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 10/31/2014

### Please include Invoice Number with Payment

| | | |
|---|---:|---:|
| Balance Forward | | 72,745.59 |
| Current Fees | 26,759.40 | |
| Current Disbursements | 2.10 | |
| Total Current Charges | | 26,761.50 |
| **Total Due** | | **99,507.09** |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 20,859.00 | 3,681.00 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| 02/28/14 | 13624 | 45,979.20 | 39,082.32 | 6,896.88 |
| 02/28/14 | 13792 | 27,871.80 | 23,691.03 | 4,180.77 |
| 03/31/14 | 14118 | 27,501.00 | 23,375.85 | 4,125.15 |
| 04/30/14 | 14290 | 25,708.80 | 21,852.48 | 3,856.32 |
| 05/31/14 | 14683 | 42,629.69 | 36,390.98 | 6,238.71 |
| 06/30/14 | 14952 | 19,537.81 | 16,608.49 | 2,929.32 |
| 07/31/14 | 15721 | 33,372.00 | 28,366.20 | 5,005.80 |
| 08/31/14 | 15957 | 21,444.60 | 18,227.91 | 3,216.69 |
| 09/30/14 | 16216 | 22,804.20 | 0.00 | 22,804.20 |
| **Totals** | | **358,686.30** | **285,940.71** | **72,745.59** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| Robert Fishman as Detroit Fee Examiner | October 31, 2014 |
|---|---|
| I.D. 10661-002 - RMF | Invoice 16230 |
| Re: Robert Fishman | |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/14 | RMF | Reviewed, revised, finalized and transmitted numerous June Preliminary Reports. | 3.80 | 618.00 | 2,348.40 |
| 10/06/14 | RMF | Reviewed and revised Shaw Fishman July Detailed Statements of Services Rendered (1.1). Responded to email from D. Chang re Lazard June Preliminary Report (.1). Reviewed, revised, finalized and transmitted Dentons June Preliminary Report (.7). | 1.90 | 618.00 | 1,174.20 |
| 10/13/14 | RMF | Reviewed KCC draft June Preliminary Report and Spreadsheet (.5) and discussed same with M. Reiser (.3). Spoke to Judge Rhodes re Fee Examiner issues (.3). | 1.10 | 618.00 | 679.80 |
| 10/14/14 | RMF | Reviewed Lazard letter re transaction fee (.2). Reviewed Court's Order re Fee Examiner Report (.1). Conference with G. Gouveia, P. Roberts, I. Bodenstein, A. Hudson, M. Reiser and D. Doyle re same and other fee review issues (.7). Spoke to D. Chang of Lazard re fee review issues (.1). Spoke to J. Ellman re fee review issues (.1). Began preparation of April, May and June Monthly Reports and April - June 2014 Quarterly Report (.9). | 2.10 | 618.00 | 1,297.80 |
| 10/15/14 | RMF | Conference call with S. Alberts and J. Ellman re fee examiner issues. | 0.80 | 618.00 | 494.40 |
| 10/16/14 | RMF | Spoke to A. Hudson and D. Doyle re Summary Report requested by Court (.1). Reviewed and revised draft of same (.3). Reviewed, revised, finalized and transmitted June Preliminary Report to KCC (.4). | 0.80 | 618.00 | 494.40 |
| 10/17/14 | RMF | Reviewed, revised, finalized and transmitted EY June Preliminary Report (.4). Reviewed and revised Shaw Fishman August Detailed Statement of Services Rendered (.8). Reviewed and revised Summary Report as ordered by Judge Rhodes (.4). Sent emails to various teams members re same (.2). | 1.80 | 618.00 | 1,112.40 |
| 10/17/14 | RMF | Reviewed July invoices. | 2.10 | 618.00 | 1,297.80 |
| 10/21/14 | RMF | Reviewed charts prepared by A. Hudson re write-offs and discounts (.3). Spoke to D. Heiman and J. Ellman re fee examiner issues (.5). Spoke to S. Alberts re fee examiner issues (.4). | 1.20 | 618.00 | 741.60 |
| 10/22/14 | RMF | Spoke to S. Alberts further re fee examiner issues (.2). Spoke to J. Ellman further re same (.1). Reviewed July invoices (2.3). | 2.60 | 618.00 | 1,606.80 |
| 10/23/14 | RMF | Spoke to Judge Rosen re Fee Examiner issues (.8). Discussed same with P. Roberts (.4). Reviewed Kapila August invoice (.1). Spoke to S. Raimey of the City re fee examiner issues (.2). Spoke further to Judge Rosen re same (.2). | 1.70 | 618.00 | 1,050.60 |
| 10/24/14 | RMF | Conference call with Segal representatives re fee issues (.5). Conference call with Lazard representatives re fee issues (.4). | 3.60 | 618.00 | 2,224.80 |

Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-002 - RMF  
Re: Robert Fishman

October 31, 2014  
Invoice 16230

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Reviewed July invoices (2.2). Spoke to Judge Rhodes re fee review process (.5). | | | |
| 10/27/14 | RMF | Worked on April, May and June 2014 Monthly Reports (.8). Continued to review July invoices (4.7). | 5.50 | 618.00 | 3,399.00 |
| 10/28/14 | RMF | Continued review of July invoices. | 4.30 | 618.00 | 2,657.40 |
| 10/29/14 | RMF | Further review of July invoices (1.2). Spoke to Judge Rosen re Fee Examiner issues (.3). Spoke to D. Doyle re response to Jones Day email re certain invoice entries (.3). Email exchange re Debevoise participation in the fee review process (.2). Continued organizing and drafting April, May and June Monthly Reports (1.3). | 3.30 | 618.00 | 2,039.40 |
| 10/30/14 | RMF | Further organizing and drafting of April Monthly Report (1.1). Spoke to D. Doyle re email exchange with Jones Day re fee review issues (.2). Email exchange with O. Grosz re Debevoise fees (.1). | 1.40 | 618.00 | 865.20 |
| 10/31/14 | RMF | Spoke to Judge Perris re fee issues (1.0). Continued organizing and drafting April, May and June Monthly Reports (4.1). Spoke to P. Roberts re fee mediation issues (.2). | 5.30 | 618.00 | 3,275.40 |
| | | **Total Fees** | **43.30** | | **26,759.40** |

### Disbursements

| Date | Description | | | Amount |
|---|---|---|---|---|
| 10/31/14 | Photocopy; Verifications (J. Hampton) | 21 | @ 0.10 | 2.10 |
| | **Total Disbursements** | | | **2.10** |

| | |
|---|---|
| **Total Fees and Disbursements** | 26,761.50 |
| **Total Current Charges** | 26,761.50 |
| Balance Forward | 72,745.59 |
| **Total Amount Due** | 99,507.09 |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 16706
November 30, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 11/30/2014

**Please include Invoice Number with Payment**

| | | |
|---|---|---:|
| Previous Balance | | 99,507.09 |
| Payments | | -17,184.55 |
| Balance Forward | | 82,322.54 |
| Current Fees | 44,496.00 | |
| Current Disbursements | 37.00 | |
| Total Current Charges | | 44,533.00 |
| **Total Due** | | **126,855.54** |

## Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 22,840.75 | 1,699.25 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| 04/30/14 | 14290 | 25,708.80 | 21,852.48 | 3,856.32 |
| 05/31/14 | 14683 | 42,629.69 | 36,390.98 | 6,238.71 |
| 06/30/14 | 14952 | 19,537.81 | 16,608.49 | 2,929.32 |
| 07/31/14 | 15721 | 33,372.00 | 28,366.20 | 5,005.80 |
| 08/31/14 | 15957 | 21,444.60 | 18,227.91 | 3,216.69 |
| 09/30/14 | 16216 | 22,804.20 | 0.00 | 22,804.20 |
| 10/31/14 | 16230 | 26,761.50 | 0.00 | 26,761.50 |
| | **Totals** | **284,095.80** | **201,773.26** | **82,322.54** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  November 30, 2014
I.D. 10661-002 - RMF  Invoice 16706
Re: Robert Fishman

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/14 | RMF | Organized and drafted Monthly Reports for April, May and June. | 3.60 | 618.00 | 2,224.80 |
| 11/03/14 | RMF | Continued to organize and draft Monthly Reports for April, May and June (5.1). Spoke to S. Alberts re Dentons invoices (.3). Spoke to J. Ellman re post-Effective Date services by the Fee Examiner and related logistics (.3). | 5.70 | 618.00 | 3,522.60 |
| 11/04/14 | RMF | Continued to organize, draft and finalize Monthly Reports for April, May and June (4.6). Continued to draft Fourth Quarterly Report (1.1). | 5.70 | 618.00 | 3,522.60 |
| 11/05/14 | RMF | Reviewed and revised Fourth Interim Fee Application of Fee Examiner Parties (1.2). Finalized Fourth Quarterly Report of Fee Examiner (2.7). Spoke to Judge Rhodes re fee examiner issues (.2). | 4.10 | 618.00 | 2,533.80 |
| 11/06/14 | RMF | Reviewed, revised, finalized and transmitted numerous July Preliminary Reports (4.6). Spoke to Judge Rosen re fee mediation (.2). | 4.80 | 618.00 | 2,966.40 |
| 11/07/14 | RMF | Reviewed, revised, finalized and transmitted additional July Preliminary Reports. | 1.40 | 618.00 | 865.20 |
| 11/10/14 | RMF | Reviewed proposed draft order from Judge Rhodes (.1) and discussed same with him (.3). Appeared telephonically at confirmation status hearing (1.0). Reviewed August invoices (1.2). | 2.60 | 618.00 | 1,606.80 |
| 11/11/14 | RMF | Reviewed revised draft order from Judge Rhodes (.1) and discussed same and related issues with him (.5). Had several discussions with J. Ellman re fee review process logistics (.8). Spoke to G. Gouveia re same (.2). Drafted email to Judge Rhodes re same (.5). | 2.10 | 618.00 | 1,297.80 |
| 11/12/14 | RMF | Continued review of August invoices (3.2). Drafted email to Judge Rhodes re mediation and scheduling (.1). Spoke to Judge Rhodes re same (.2). Spoke to J. Ellman re Jones Day August invoice (.1). | 3.60 | 618.00 | 2,224.80 |
| 11/13/14 | RMF | Spoke to Judge Rosen twice re mediation (.4). Continued to review August invoices (4.8). Reviewed letter from Firefighters Union and Judge Rosen email response to same (.1). | 5.30 | 618.00 | 3,275.40 |
| 11/14/14 | RMF | Reviewed and revised draft order re modification of Fee Review Order (.2). Met with I. Bodenstein, P. Roberts and G. Gouveia to discuss fee mediation (.4). Continued reviewing August invoices (4.7). Spoke to J. Ellman re fee review process and fee mediation issues (.6). Spoke to J. Simon re issues with Foley payments (.2). | 6.10 | 618.00 | 3,769.80 |
| 11/15/14 | RMF | Completed review of August invoice. | 1.40 | 618.00 | 865.20 |
| 11/17/14 | RMF | Reviewed and revised Shaw Fishman September Detailed Statement of Services Rendered. | 0.80 | 618.00 | 494.40 |
| 11/19/14 | RMF | Reviewed Kapila September invoice. | 0.20 | 618.00 | 123.60 |

Page: 1

Shaw Fishman Glantz & Towbin LLC

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-002 - RMF  
Re: Robert Fishman

November 30, 2014  
Invoice 16706

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/20/14 | RMF | Spoke to Judge Rosen re fee mediation (.2). Reviewed spreadsheet re Debevoise (.3) and reviewed, revised, finalized and transmitted Preliminary Report (.4). Began review of September invoices (1.4). Began review of fee mediation statements submitted by various entities (.9). | 3.20 | 618.00 | 1,977.60 |
| 11/21/14 | RMF | Continued review of September invoices. | 2.20 | 618.00 | 1,359.60 |
| 11/24/14 | RMF | Continued reviewing September invoices. | 2.30 | 618.00 | 1,421.40 |
| 11/25/14 | RMF | Continued reviewing September invoices. | 6.30 | 618.00 | 3,893.40 |
| 11/26/14 | RMF | Completed review of September invoices. | 3.80 | 618.00 | 2,348.40 |
| 11/29/14 | RMF | Reviewed emails from or forwarded by Judge Rosen re fee mediation. | 3.40 | 618.00 | 2,101.20 |
| 11/30/14 | RMF | Began reviewing, revising and finalizing August/September Preliminary Reports (2.3). Further review of fee mediation materials from Judge Rosen (1.1) | 3.40 | 618.00 | 2,101.20 |
| | | **Total Fees** | **72.00** | | **44,496.00** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 11/13/14 | Conference Call; CourtCall #6577599 - Detroit Telephonic Hearing (RMF); Robert M. Fishman | 37.00 |
| | **Total Disbursements** | **37.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | 44,533.00 |
| **Total Current Charges** | 44,533.00 |
| Balance Forward | 82,322.54 |
| **Total Amount Due** | 126,855.54 |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 17052
December 31, 2014

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 12/31/2014

**Please include Invoice Number with Payment**

| | | |
|---|---:|---:|
| Balance Forward | | 126,855.54 |
| Current Fees | 38,439.60 | |
| Total Current Charges | | 38,439.60 |
| **Total Due** | | **165,295.14** |

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---:|---:|---:|
| 08/31/13 | 11516 | 28,407.85 | 24,276.85 | 4,131.00 |
| 09/30/13 | 12044 | 16,389.35 | 14,084.60 | 2,304.75 |
| 10/31/13 | 12414 | 9,300.00 | 7,905.00 | 1,395.00 |
| 12/31/13 | 12978 | 24,540.00 | 22,840.75 | 1,699.25 |
| 01/31/14 | 13352 | 13,200.00 | 11,220.00 | 1,980.00 |
| 04/30/14 | 14290 | 25,708.80 | 21,852.48 | 3,856.32 |
| 05/31/14 | 14683 | 42,629.69 | 36,390.98 | 6,238.71 |
| 06/30/14 | 14952 | 19,537.81 | 16,608.49 | 2,929.32 |
| 07/31/14 | 15721 | 33,372.00 | 28,366.20 | 5,005.80 |
| 08/31/14 | 15957 | 21,444.60 | 18,227.91 | 3,216.69 |
| 09/30/14 | 16216 | 22,804.20 | 0.00 | 22,804.20 |
| 10/31/14 | 16230 | 26,761.50 | 0.00 | 26,761.50 |
| 11/30/14 | 16706 | 44,533.00 | 0.00 | 44,533.00 |
| **Totals** | | **328,628.80** | **201,773.26** | **126,855.54** |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  
I.D. 10661-002 - RMF  
Re: Robert Fishman

December 31, 2014  
Invoice 17052

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/14 | RMF | Prepared for fee mediations by reviewing mediation statements, memos from fee review teams, and Final Monthly and Quarterly Reports of Fee Examiner. | 3.70 | 618.00 | 2,286.60 |
| 12/01/14 | RMF | Reviewed, revised, finalized and transmitted September Preliminary Reports to Professionals. | 5.40 | 618.00 | 3,337.20 |
| 12/02/14 | RMF | Traveled from Chicago to Detroit. | 4.50 | 309.00 | 1,390.50 |
| 12/02/14 | RMF | Met with Mediators to prepare for fee mediations. | 4.10 | 618.00 | 2,533.80 |
| 12/02/14 | RMF | Prepared for fee mediations by reviewing mediation statements, memos from fee review teams, and Final Monthly and Quarterly Reports of Fee Examiner. | 3.30 | 618.00 | 2,039.40 |
| 12/03/14 | RMF | Participated in fee mediations. | 10.50 | 618.00 | 6,489.00 |
| 12/04/14 | RMF | Participated in fee mediations. | 8.00 | 618.00 | 4,944.00 |
| 12/05/14 | RMF | Traveled from Detroit to California (I only billed for the amount of time to return to Chicago). | 3.50 | 309.00 | 1,081.50 |
| 12/08/14 | RMF | Responded to email request from E. Driker re fee mediation issues (required extensive review of several different documents). | 2.20 | 618.00 | 1,359.60 |
| 12/10/14 | RMF | participated in all day fee mediation. | 8.80 | 618.00 | 5,438.40 |
| 12/10/14 | RMF | Traveled from NY to Detroit for fee mediation (flight delayed). | 4.80 | 309.00 | 1,483.20 |
| 12/11/14 | RMF | Reviewed Debevoise spreadsheet with team resolution comments (.6) and emailed G. Gouveia re same (.2). | 0.80 | 618.00 | 494.40 |
| 12/15/14 | RMF | Reviewed Resolution comments for Conway and Miller Canfield (.4). Spoke to Judge Rhodes re further modification of the Fee Review Order (.2). Spoke to J. Ellman re same (.2). Reviewed and drafted suggested changes to draft agreement from C. Montgomery re Dentons fees (.4). Spoke to C. Montgomery re same (.1). Had a second discussion with C. Montgomery re agreement (.2). | 1.50 | 618.00 | 927.00 |
| 12/16/14 | RMF | Spoke to J. Ellman and Judge Rhodes re fee review issues (.2). Conference call with I. Bodenstein and Miller Buckfire representatives re steps to complete fee review process and treatment of certain expenses (.4). Reviewed and revised Shaw Fishman October Detailed Statement of Services Rendered (.7). | 1.30 | 618.00 | 803.40 |
| 12/17/14 | RMF | Reviewed and revised Fifth Fee Application of Fee Examiner Parties (.6). Reviewed and commented on Kapila October and November invoices (.5). Participated in conference call with Judge Rhodes, J. Ellman and City officials re fee review process (.4). Drafted email to all Professionals re fee review process (.4). Spoke to C. Montgomery re fee review process (.3). Conference call with Judge Rhodes and Judge Rosen re fee review process (.3). Drafted | 3.60 | 618.00 | 2,224.80 |

Shaw Fishman Glantz & Towbin LLC

| Robert Fishman as Detroit Fee Examiner | | | | | December 31, 2014 |
|---|---|---|---|---|---|
| I.D. 10661-002 - RMF | | | | | Invoice 17052 |
| Re: Robert Fishman | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | proposed order for Judge Rhodes to consider respecting modifying the Fee Review Order (1.1). | | | |
| 12/18/14 | RMF | Reviewed and revised Shaw Fishman November Detailed Statement of Services Rendered (1.2). Spoke to Judge Rosen and Judge Rhodes re fee review issues (.6). Spoke to I. Bodenstein re limited purpose review of December and November 2014 invoices (.3). | 2.10 | 618.00 | 1,297.80 |
| 12/20/14 | RMF | Further drafting of proposed order to Amend Fee Review Order (.4). Drafted email to parties re same (.1). | 0.50 | 618.00 | 309.00 |
| | | **Total Fees** | **68.60** | | **38,439.60** |

|  |  |
|---|---|
| Total Fees and Disbursements | 38,439.60 |
| **Total Current Charges** | **38,439.60** |
| Balance Forward | 126,855.54 |
| **Total Amount Due** | **165,295.14** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 17174
February 13, 2015

Robert Fishman as Detroit Fee Examiner
c/o Shaw Fishman Glantz and Towbin
Chicago, IL 60654

ID: 10661-002 - RMF

Re: Robert Fishman

For Services Rendered Through 2/13/2015

**Please include Invoice Number with Payment**

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/12/15 | RMF | Spoke to Judge Rhodes re status of fee matters. | 0.20 | 618.00 | 123.60 |
| 01/13/15 | RMF | Reviewed and revised Shaw Fishman December Detailed Statement of Services Rendered. | 0.80 | 618.00 | 494.40 |
| 02/12/15 | RMF | Reviewed and revised Final Fee Application of Fee Examiner Parties. | 1.30 | 618.00 | 803.40 |
| 02/13/15 | RMF | Reviewed and revised Final Fee Application of Fee Examiner Parties. | 3.30 | 618.00 | 2,039.40 |
| | | Totals | 5.60 | | 3,460.80 |
| | | **Total Fees** | **5.60** | | **3,460.80** |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 12/16/14 | Conference Call; (RMF); AT&T TeleConference Services | 1.73 |
| | **Total Disbursements** | **1.73** |

| | |
|---|---|
| **Total Fees and Disbursements** | **3,462.53** |
| **Total Current Charges** | **3,462.53** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| | | | | |
|---|---|---|---|---|
| Robert Fishman as Detroit Fee Examiner | | | | February 13, 2015 |
| I.D. 10661-002 - RMF | | | | Invoice 17174 |
| Re: Robert Fishman | | | | |

## Fee Recap

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Robert M. Fishman | Member | 5.60 | 618.00 | 3,460.80 |
| | **Totals** | **5.60** | | **3,460.80** |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| | |
|---|---|
| Robert Fishman as Detroit Fee Examiner | February 13, 2015 |
| I.D. 10661-002 - RMF | Invoice 17174 |
| Re: Robert Fishman | |

### Fee Recap by Task Code Description

| Task Code | Hours | Amount |
|---|---|---|
| **Total Fees** | **5.60** | **3,460.80** |

# SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Robert Fishman as Detroit Fee Examiner  February 13, 2015
I.D. 10661-002 - RMF  Invoice  17174
Re: Robert Fishman

## Disbursement Recap

|  | Amount |
|---|---|
| Conference Call | 1.73 |
| **Total Disbursements** | **1.73** |