# **EXHIBIT 6-D**



## Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 530
10/31/2014
Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 10/01/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE KURTZMAN CARSON JUNE 2014 INVOICE. | 1.30 | 202.80 |
| 10/01/2014 | MCP | REFORMAT DENTONS AUGUST 2014 INVOICE IN EXCEL 2013. | 0.30 | 46.80 |
| 10/01/2014 | MMM | REVIEW KURTZMAN CARSON JUNE SPREADSHEET AND TRANSMIT TO FEE REVIEW TEAM. | 0.10 | 34.20 |
| 10/01/2014 | MMM | BEGIN REVIEWING CONWAY MACKENZIE INVOICE FOR JULY 2014 AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 1.40 | 478.80 |
| 10/02/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE FOLEY LARDNER AUGUST 2014 INVOICE. | 0.30 | 46.80 |
| 10/02/2014 | MMM | REVIEW SUB CONTRACTOR BILLING ANALYSIS PREPARED BY CONWAY MACKENZIE. | 0.10 | 34.20 |
| 10/02/2014 | MMM | CONTINUE REVIEW OF CONWAY MACKENZIE JULY INVOICE AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 1.40 | 478.80 |
| 10/02/2014 | JEG | REVIEW G.GOUVEIA'S PRELIMINARY REPORT FOR CONWAY MACKENZIE'S JUNE INVOICE. | 0.10 | 27.20 |
| 10/03/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE LAZARD AUGUST 2014 INVOICE. | 0.20 | 31.20 |
| 10/08/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE PEPPER HAMILTON SEPTEMBER 2014 INVOICE. | 0.90 | 140.40 |
| 10/08/2014 | MMM | TRACK RECEIPT OF SEPTEMBER INVOICES - PEPPER HAMILTON, BROOKS WILKINS AND OTTENWESS. | 0.20 | 68.40 |
| 10/09/2014 | MCP | REFORMAT CONWAY MACKENZIE JULY 2014 INVOICE IN EXCEL 2013. | 0.60 | 93.60 |
| 10/09/2014 | MMM | FINAL REVIEW OF CONWAY MACKENZIE JULY INVOICE (.1); PREPARE SCHEDULE OF GLOBAL ALLOCATION OF FEES BETWEEN JUNIOR AND SENIOR PROFESSIONALS (.2); DRAFT EMAIL TO G. GOUVEIA SUMMARIZING RESULTS OF JULY INVOICE REVIEW (.1). | 0.40 | 136.80 |
| 10/10/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE LAZARD SEPTEMBER 2014 INVOICE. | 0.70 | 109.20 |
| 10/10/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE OTTENWESS SEPTEMBER 2014 INVOICE. | 0.30 | 46.80 |
| 10/15/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE CONWAY MACKENZIE SEPTEMBER 2014 INVOICE. | 0.90 | 140.40 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/15/2014 | MMM | REVIEW CONWAY MACKENZIE RESPONSES TO FEE EXAMINER COMMENTS FOR ADEQUACY AND COMPLETENESS RE: JUNE INVOICE. | 0.50 | 171.00 |
| 10/16/2014 | MMM | REVIEW ERNST & YOUNG JULY INVOICE AND ADD ADDITIONAL COMMENTS FROM FEE REVIEWER TO SPREADSHEET. | 1.80 | 615.60 |
| 10/17/2014 | JEG | CONWAY MACKENZIE AUGUST INVOICE REVIEW: UPDATE FEE AND EXPENSE TRACKING SCHEDULE. | 0.20 | 54.40 |
| 10/17/2014 | JEG | CONWAY MACKENZIE AUGUST INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.90 | 244.80 |
| 10/17/2014 | JEG | CONWAY MACKENZIE AUGUST INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION & DUPLICATE AND REPETITIVE ENTRIES. | 1.60 | 435.20 |
| 10/20/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE DYKEMA AUGUST 2014 INVOICE. | 0.40 | 62.40 |
| 10/20/2014 | MMM | TRACK RECEIPT OF MULTIPLE AUGUST INVOICES. | 0.20 | 68.40 |
| 10/21/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KILPATRICK AUGUST 2014 INVOICE. | 0.40 | 62.40 |
| 10/21/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KURTZMAN CARSON AUGUST 2014 INVOICE. | 0.70 | 109.20 |
| 10/21/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE KURTZMAN CARSON JULY 2014 INVOICE. | 1.10 | 171.60 |
| 10/21/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE ERNST AND YOUNG AUGUST 2014 INVOICE. | 1.20 | 187.20 |
| 10/21/2014 | MCP | BEGIN TO EXTRACT, FORMAT, AND SUMMARIZE MILLER CANFIELD AUGUST 2014 INVOICE. | 0.90 | 140.40 |
| 10/21/2014 | MMM | TRACK RECEIPT OF ERNST & YOUNG AND KURTZMAN INVOICES FOR JULY. | 0.20 | 68.40 |
| 10/21/2014 | MMM | REVIEW KURTZMAN CARSON SPREADSHEET FOR JULY AND TRANSMIT TO REVIEW TEAM. | 0.20 | 68.40 |
| 10/21/2014 | JEG | CONWAY MACKENZIE AUGUST INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 7.40 | 2,012.80 |
| 10/21/2014 | JEG | CONWAY MACKENZIE AUGUST INVOICE REVIEW: SUMMARIZE REVIEW RESULTS FOR DISCUSSION WITH M.MCMICKLE. | 0.30 | 81.60 |
| 10/22/2014 | MCP | UPDATE ERNST AND YOUNG AUGUST 2014 INVOICE FOR SUMMARY PAGE RECEIVED AND VERIFY TOTALS. | 0.10 | 15.60 |
| 10/22/2014 | MCP | COMPLETE FORMATTING AND SUMMARIZING MILLER CANFIELD AUGUST 2014 INVOICE. | 0.80 | 124.80 |
| 10/22/2014 | JEG | ERNST & YOUNG AUGUST INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 1.40 | 380.80 |
| 10/22/2014 | JEG | ERNST & YOUNG AUGUST INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE ENTRIES. | 2.10 | 571.20 |
| 10/22/2014 | JEG | ERNST & YOUNG AUGUST INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 3.20 | 870.40 |
| 10/22/2014 | JEG | ERNST & YOUNG AUGUST INVOICE REVIEW: PREPARE SUMMARY OF REVIEW RESULTS FOR DISCUSSION WITH | 0.30 | 81.60 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/23/2014 | JEG | M.MCMICKLE. CONWAY MACKENZIE SEPT. INVOICE REVIEW: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.70 | 190.40 |
| 10/23/2014 | JEG | CONWAY MACKENZIE SEPT. INVOICE REVIEW: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE ENTRIES. | 1.60 | 435.20 |
| 10/24/2014 | JEG | CONWAY MACKENZIE SEPT. INVOICE REVIEW: CHECK FOR INCONSISTENT TIME ENTRIES. | 1.00 | 272.00 |
| 10/28/2014 | MMM | REVIEW ERNST & YOUNG RESPONSES TO FEE EXAMINER'S COMMENTS FOR MAY INVOICE FOR ADEQUACY AND COMPLETENESS. | 0.40 | 136.80 |
| 10/28/2014 | MMM | REVIEW CONWAY MACKENZIE REVISED JUNE INVOICE AND RESPOND TO G. GOUVEIA. | 0.20 | 68.40 |
| 10/28/2014 | JEG | CONWAY MACKENZIE SEPT. INVOICE REVIEW: CONTINUE CHECKING FOR INCONSISTENT TIME ENTRIES. | 4.20 | 1,142.40 |
| 10/28/2014 | JEG | CONWAY MACKENZIE SEPT. INVOICE REVIEW: SUMMARIZE REVIEW RESULTS FOR DISCUSSION WITH M.MCMICKLE. | 0.20 | 54.40 |
| 10/29/2014 | MCP | FORMAT, EXTRACT, AND SUMMARIZE DENTONS AUGUST 2014 INVOICE (1.3). RECALCULATE HOURS IN DESCRIPTION AND COMPARE TO AMOUNT BILLED (.4) | 1.70 | 265.20 |
| 10/29/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE MILLER BUCKFIRE AUGUST 2014 INVOICE. | 0.20 | 31.20 |
| 10/29/2014 | MMM | REVIEW CONWAY MACKENZIE QUARTERLY INSERTS FOR APRIL - JUNE AND CONFIRM AMOUNTS FOR FEES AND ADJUSTMENTS. | 0.60 | 205.20 |
| 10/31/2014 | SRK | READ AND RESPOND TO EMAILS FROM FEE EXAMINER, R. FISHMAN (0.4); READ RESERVATION PARAGRAPH TO BE ADDED TO THE QUARTERLY REPORT IN ANTICIPATION OF UPCOMING FEE DISPUTES; REVIEW EMAIL FROM FEE EXAMINER, R. FISHMAN REGARDING MEDIATION OF PROFESSIONAL SERVICES (0.2) | 0.60 | 270.00 |
| 10/31/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE SEGAL AUGUST 2014 INVOICE. | 0.60 | 93.60 |
| 10/31/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE FOLEY LARDNER SEPTEMBER 2014 INVOICE. | 0.40 | 62.40 |
| 10/31/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE MILLIMAN SEPTEMBER 2014 INVOICE. IDENTIFY VARIANCE AND COMMUNICATE TO M. MCMICKLE (KM) | 0.60 | 93.60 |
| 10/31/2014 | MMM | REVIEW 17 SPREADSHEETS FOR AUGUST INVOICES AND PREPARE COMMENTS TO STAFF FOR EDITS. | 0.80 | 273.60 |
| | | | | 12,309.00 |

EXPENSES

| Date | Initials | Description | Amount |
|---|---|---|---|
| 10/31/2014 | EXP | PRINTED COPY CHARGE - OCTOBER 2014 | 1.00 |
| | | | 1.00 |

Total amount of this Invoice    $12,310.00

Invoice payable upon receipt. Thank you for this opportunity to be of service



## Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors

**CITY OF DETROIT, MICHIGAN**
**Client ID: 90000**
**Invoice #599 - 11/30/14**

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| JOSEPH GILLIS - Senior Consultant, CPA | 5.10 | 272.00 | 1,387.20 |
| SONEET RAVI KAPILA - Partner, CPA, CFF, CIRA, CFE | 2.80 | 450.00 | 1,260.00 |
| MARY MCMICKLE - Partner, CPA, CIRA | 23.20 | 342.00 | 7,934.40 |
| MARK PARISI - Forensic Analyst CPA, CFE | 16.90 | 156.00 | 2,636.40 |
| TOTAL | 48.00 | | $13,218.00 |
| | BLENDED RATE | $275.38 | |
| | TOTAL EXPENSES | | 0.90 |
| TOTAL AMOUNT OF THIS INVOICE | | | $13,218.90 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011  F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771  F 786-517.5772



## Kapila/Mukamal
### CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 599
11/30/2014
Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 11/02/2014 | MMM | COMPLETE REVIEW OF ERNST & YOUNG JULY INVOICE AND TRANSMIT SPREADSHEET TO P. ROBERTS. | 0.40 | 136.80 |
| 11/03/2014 | SRK | REVIEW MULTIPLE EMAILS FROM R. FISHMAN, G. GOUVEIA AND P. ROBERTS AND ALLISON HUDSON RELATING TO FOOTNOTES REGARDING FEE DISCOUNT AND REDACTED INVOICES | 0.30 | 135.00 |
| 11/03/2014 | MCP | MAKE VARIOUS CORRECTIONS TO THE AUGUST 2014 INVOICE SPREADSHEETS. | 0.20 | 31.20 |
| 11/03/2014 | MCP | REFORMAT ERNST AND YOUNG JULY 2014 INVOICE IN EXCEL 2013. | 0.40 | 62.40 |
| 11/03/2014 | MMM | REVIEW ERNST & YOUNG RESPONSES TO FEE EXAMINER COMMENTS FOR JUNE INVOICE. | 0.10 | 34.20 |
| 11/03/2014 | MMM | TRACK RECEIPT OF JONES DAY SEPTEMBER INVOICE AND BROOKS WILKINS OCTOBER INVOICE. | 0.10 | 34.20 |
| 11/04/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE JONES DAY SEPTEMBER 2014 INVOICE (3.7). COMPARE HOURS IN DESCRIPTIONS TO HOURS BILLED (1.1). | 4.80 | 748.80 |
| 11/04/2014 | MMM | TRANSMIT AUGUST SPREADSHEETS TO REVIEW TEAMS. | 0.40 | 136.80 |
| 11/04/2014 | MMM | READ FINAL MONTHLY REPORTS FOR APRIL, MAY AND JUNE AND RESPOND TO FEE EXAMINER. | 0.40 | 136.80 |
| 11/05/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE SEGAL SEPTEMBER 2014 INVOICE. | 0.40 | 62.40 |
| 11/05/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE LAZARD SEPTEMBER 2014 INVOICE. | 0.20 | 31.20 |
| 11/05/2014 | MMM | READ QUARTERLY REPORT PREPARED BY FEE EXAMINER AND CONFIRM FEES AND EXPENSE CHARTS. | 0.50 | 171.00 |
| 11/07/2014 | MCP | UPDATE KURTZMAN CARSON JULY AND AUGUST INVOICES FOR RATES CHANGES FOR TWO EMPLOYEES. | 0.30 | 46.80 |
| 11/07/2014 | MMM | TRACK RECEIPT OF MILLER BUCKFIRE AND OTTENWESS INVOICES. | 0.10 | 34.20 |
| 11/10/2014 | SRK | REVIEW EMAIL FROM M. MCMICKLE TO GORDON GOUVEIA RE: CONWAY MACKENZIE'S AUGUST INVOICE REVIEW. | 0.20 | 90.00 |
| 11/10/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE MILLER BUCKFIRE SEPTEMBER 2014 INVOICE. | 0.30 | 46.80 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/10/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE SEGAL OCTOBER 2014 INVOICE. | 0.70 | 109.20 |
| 11/10/2014 | MCP | REFORMAT CONWAY MACKENZIE AUGUST 2014 INVOICE IN EXCEL 2013. | 0.60 | 93.60 |
| 11/10/2014 | MMM | REVIEW CONWAY MACKENZIE AUGUST INVOICE AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 2.40 | 820.80 |
| 11/10/2014 | MMM | DRAFT EMAIL TO G. GOUVEIA WITH SUMMARY OF CONWAY MACKENZIE AUGUST INVOICE REVIEW. | 0.30 | 102.60 |
| 11/10/2014 | MMM | BEGIN REVIEW OF ERNST & YOUNG AUGUST INVOICE AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 1.10 | 376.20 |
| 11/11/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE DEBEVOISE AND PLIMPTON LLP INVOICES FOR 2014. | 0.80 | 124.80 |
| 11/11/2014 | SRK | REVIEW EMAILS FROM R. FISHMAN, P. ROBERTS, AND G. GOUVEIA REGARDING INQUIRY BY FEE EXAMINER ON FINAL SUBMISSION OF FEE INVOICE REVIEWS AND RESPOND TO SAME | 0.20 | 90.00 |
| 11/11/2014 | SRK | REVIEW EMAIL FROM R. FISHMAN TO JUDGE STEVEN RHODES PROPOSING MODIFICATION OF THE FEE REVIEW ORDER | 0.10 | 45.00 |
| 11/11/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE BROOKS WILKINS OCTOBER 2014 INVOICE. | 0.70 | 109.20 |
| 11/11/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE OTTENWESS OCTOBER 2014 INVOICE. | 0.20 | 31.20 |
| 11/11/2014 | MMM | REVIEW SPREADSHEETS FOR DEBEVOISE & PLIMPTON INVOICES AND TRANSMIT TO FEE EXAMINER. | 0.20 | 68.40 |
| 11/12/2014 | MMM | FINAL REVIEW OF ERNST & YOUNG AUGUST INVOICE. | 0.20 | 68.40 |
| 11/14/2014 | MCP | REFORMAT ERNST AND YOUNG AUGUST 2014 INVOICE IN EXCEL 2013. | 0.60 | 93.60 |
| 11/14/2014 | MMM | DRAFT EMAIL TO P. ROBERTS SUMMARIZING REVIEW OF ERNST & YOUNG AUGUST INCVOICE. | 0.10 | 34.20 |
| 11/17/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE PEPPER HAMILTON OCTOBER 2014 INVOICE. | 0.60 | 93.60 |
| 11/17/2014 | MCP | FORMAT AND SUMMARIZE CONWAY MACKENZIE OCTOBER 2014 INVOICE. | 0.60 | 93.60 |
| 11/18/2014 | MCP | EXTRACT,FORMAT, AND SUMMARIZE MILLER CANFIELD SEPTEMBER 2014 INVOICE. | 1.60 | 249.60 |
| 11/19/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE KURTZMAN CARSON SEPTEMBER 2014 INVOICE. | 0.70 | 109.20 |
| 11/19/2014 | MCP | EXTRACT, FORMAT, AND SUMMARIZE ERNST AND YOUNG SEPTEMBER 2014 INVOICE. | 1.90 | 296.40 |
| 11/20/2014 | MCP | UPDATE ERNST AND YOUNG SEPTEMBER 2014 INVOICE FOR COVER SHEET DETAIL | 0.10 | 15.60 |
| 11/20/2014 | MCP | EXTRACT, FORMAT AND SUMMARIZE DYKEMA SEPTEMBER 2014 INVOICE. | 0.60 | 93.60 |
| 11/20/2014 | MCP | MAKE VARIOUS CORRECTIONS TO SEPTEMBER 2014 INVOICES. | 0.60 | 93.60 |
| 11/20/2014 | MMM | RESEARCH AND RESPOND TO EMAIL FROM R. FISHMAN RE: SEPTEMBER SPREADSHEETS. | 0.20 | 68.40 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/20/2014 | MMM | REVIEW FIFTEEN SPREADSHEETS FOR SEPTEMBER PRIOR TO SENDING TO FEE REVIEW TEAMS. | 0.80 | 273.60 |
| 11/20/2014 | MMM | TRANSMIT FIFTEEN SPREADSHEETS TO REVIEW TEAM. | 0.40 | 136.80 |
| 11/20/2014 | JEG | REVIEW ERNST & YOUNG'S SEPT. INVOICE: CHECK FOR IMPROPER ALLOCATION OF PROFESSIONAL RESOURCES. | 0.90 | 244.80 |
| 11/20/2014 | JEG | REVIEW ERNST & YOUNG'S SEPT. INVOICE: CHECK FOR INSUFFICIENT DESCRIPTION AND DUPLICATE AND REPETITIVE ENTRIES. | 1.10 | 299.20 |
| 11/21/2014 | SRK | REVIEW MULTIPLE EMAILS FROM SANJAY MARKEN, CHANG JUNG, JANICE CASTILLO, SWISNIEWSKI, AND FROM FEE EXAMINER REGARDING MEDIATION EXPECTATIONS | 0.20 | 90.00 |
| 11/21/2014 | MMM | REVIEW CONWAY MACKENZIE RESPONSES TO COMMENTS FROM FEE EXAMINER FOR ADEQUACY AND COMPLETENESS. | 0.60 | 205.20 |
| 11/21/2014 | MMM | BEGIN REVIEW OF CONWAY MACKENZIE SEPTEMBER INVOICES AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 0.30 | 102.60 |
| 11/21/2014 | MMM | TRACK RECEIPT OF MULTIPLE OCTOBER INVOICES. | 0.10 | 34.20 |
| 11/21/2014 | JEG | REVIEW ERNST & YOUNG'S SEPT. INVOICE: CHECK FOR INCONSISTENT TIME ENTRIES. | 3.10 | 843.20 |
| 11/23/2014 | SRK | REVIEW CITY OF DETROIT MODIFIED PRE-PROCEDURES ORDER | 0.10 | 45.00 |
| 11/23/2014 | MMM | CONTINUE REVIEW OF CONWAY MACKENZIE SEPTEMBER INVOICE AND ADD ADDITIONAL COMMENTS TO SPREADSHEET(2.1); DRAFT EMAIL TO G. GOUVEIA SUMMARIZING REVIEW(.1). | 2.20 | 752.40 |
| 11/23/2014 | MMM | REVIEW ERNST & YOUNG RESPONSES TO FEE EXAMINER'S COMMENTS FOR ADEQUACY AND COMPLETENESS. | 0.30 | 102.60 |
| 11/24/2014 | SRK | REVIEW EMAILS FROM G. GOUVEIA RELATED TO COMMENTS ON CONWAY MACKENZIE'S AUGUST INVOICE (0.1); REVIEW EMAIL FROM ROBERT FISHMAN REGARDING FEE MEDIATION AND REQUEST FOR A MEMO TO PROVIDE ALL ACCUMULATED BILLINGS, WRITEOFFS, DISCOUNTS, ETC (0.1). | 0.20 | 90.00 |
| 11/24/2014 | MMM | READ AND RESPOND TO EMAIL FROM G. GOUVEIA RE: CONWAY MACKENZIE AUGUST INVOICE (0.1); REVIEW ADDITIONAL COMMENTS TO SPREADSHEET (0.3). | 0.40 | 136.80 |
| 11/24/2014 | MMM | REVIEW KILPATRICK SEPTEMBER SPREADSHEET AND TRANSMIT TO REVIEW TEAM. | 0.20 | 68.40 |
| 11/24/2014 | MMM | BEGIN REVIEW OF ERNST & YOUNG'S SEPTEMBER INVOICE AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 0.60 | 205.20 |
| 11/25/2014 | MMM | CONTINUE TO REVIEW ERNST & YOUNG SEPTEMBER INVOICE AND ADD ADDITIONAL COMMENTS TO SPREADSHEET. | 3.20 | 1,094.40 |
| 11/25/2014 | MMM | DRAFT EMAIL TO P. ROBERTS SUMMARIZING REVIEW AND HIGHLIGHTING SEVERAL DEFICIENCIES IN ERNST & YOUNG SEPTEMBER INVOICE. | 0.50 | 171.00 |
| 11/25/2014 | MMM | REVIEW EASTMAN SMITH SPREADSHEET AND TRANSMIT TO REVIEW TEAM. | 0.20 | 68.40 |
| 11/25/2014 | MMM | BEGIN PREPARING CHART TO SUMMARIZE ALL FEES, | 1.60 | 547.20 |

| Date | Prof | Description | Hours | Amount |
|---|---|---|---|---|
| | | DISCOUNTS, EXPENSES OF CONWAY MACKENZIE FOR INCLUSION IN MEDIATION STATEMENT. | | |
| 11/26/2014 | MMM | CONTINUE PREPARING CHART OF ALL FEES, DISCOUNTS, EXPENSES FROM JULY 2013 THROUGH OCTOBER 2014 FOR CONWAY MACKENZIE (2.7); DRAFT NARRATIVE REGARDING VALUE OF SERVICES (0.5). | 3.20 | 1,094.40 |
| 11/29/2014 | SRK | REVIEW MULTIPLE EMAILS BETWEEN G. GOUVEIA AND MARY MCMICKLE REGARDING FEE MEDIATION AND PRELIMINARY REPORT FOR CONWAY MCKENZIE, CONWAY FEE MEDIATION MEMO (0.3) AND RESPOND TO MEDIATION MEMO DRAFT (0.1) | 0.40 | 180.00 |
| 11/30/2014 | SRK | REVIEW EMAILS FROM R. FISHMAN, REGARDING MEDIATION FOLLOW UPS AND MAYORS MEMORANDA ON FEE INVOICES OF VARIOUS PROFESSIONALS; SPECIFICALLY REVIEW MAYORS MEDIATION STATEMENT FOR ALL PROFESSIONALS, MAYORS RESPONSE TO ERNST AND YOUNG MEDIATION BRIEF AND FEE EXAMINER NOTES REGARDING ERNST AND YOUNG (0.2); MAYORS RESPONSE TO CONWAY MCKENZIE MEDIATION BRIEF AND CONWAY MCKENZIE FEE STATEMENT (0.4); MAYORS RESPONSE TO MILLER BUCKFIRE MEDIATION AND FEE EXAMINER NOTES REGARDING MILLER BUCKFIRE (0.2); MAYORS RESPONSE TO LAZARD MEDIATION BRIEF (0.2); AND RESPOND TO ALL OF THE FOREGOING TO R. FISHMAN AND M. MCMICKLE (0.1) | 1.10 | 495.00 |
| 11/30/2014 | MMM | RUN SORTS OF DENTONS AUGUST TIME ENTRIES RELATED TO TRIAL BRIEF PREPARATION AND FEES CHARGED ON AUGUST 27 BY PROFESSIONAL AT REQUEST OF REVIEW TEAM. | 1.40 | 478.80 |
| 11/30/2014 | MMM | READ MEDIATION STATEMENTS AND FEE EXAMINER NOTES FOR ERNST & YOUNG, CONWAY MACKENZIE, LAZARD AND MILLER BUCKFIRE (0.6); DRAFT EMAIL WITH COMMENTS (0.1). | 0.70 | 239.40 |
| | | | | 13,218.00 |

EXPENSES

| Date | Type | Description | | Amount |
|---|---|---|---|---|
| 11/22/2014 | EXP | PRINTED COPY CHARGE | | 0.90 |
| | | | | 0.90 |

Total amount of this Invoice   $13,218.90

Invoice payable upon receipt. Thank you for this opportunity to be of service.



# Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

**CITY OF DETROIT, MICHIGAN**
**Client ID: 90000**
**Invoice #530 - 10/31/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| JOSEPH GILLIS - Senior Consultant, CPA | 25.20 | 272.00 | 6,854.40 |
| SONEET RAVI KAPILA - Partner, CPA, CFF, CIRA, CFE | 0.60 | 450.00 | 270.00 |
| MARY MCMICKLE - Partner, CPA, CIRA | 8.50 | 342.00 | 2,907.00 |
| MARK PARISI - Forensic Analyst CPA, CFE | 14.60 | 156.00 | 2,277.60 |
| TOTAL | 48.90 | | $12,309.00 |
| | BLENDED RATE | $251.72 | |
| | TOTAL EXPENSES | | 1.00 |
| TOTAL AMOUNT OF THIS INVOICE | | | $12,310.00 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011  F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771  F 786.517.5772



# Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

**CITY OF DETROIT, MICHIGAN**
**Client ID: 90000**
**Invoice #662 - 12/31/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SONEET RAVI KAPILA - Partner, CPA, CFF, CIRA, CFE | 0.20 | 450.00 | 90.00 |
| MARY MCMICKLE - Partner, CPA, CIRA | 6.80 | 342.00 | 2,325.60 |
| TOTAL | 7.00 | | $2,415.60 |
| | BLENDED RATE | $345.09 | |

TOTAL AMOUNT OF THIS INVOICE .................................................................... $2,415.60

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786.517.5772



## Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

CITY OF DETROIT, MICHIGAN
C/O ROBERT M. FISHMAN, FEE EXAMINER
SHAW FISHMAN GLANTZ AND TOWBIN
321 N. CLARK ST., SUITE 800
CHICAGO, IL 60654

Invoice: 662
12/31/2014
Client ID: 90000

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| BUSINESS ANALYSIS (BANKRUPTCY) |
| 12/01/2014 | SRK | REVIEW EMAIL FROM R. FISHMAN DATED DEC 1 2014 REGARDING MEDIATION STATEMENTS RE CLARK HILL, ERNST & YOUNG | 0.10 | 45.00 |
| 12/02/2014 | MMM | PREPARE SCHEDULE OF SORTS REQUESTED BY FEE EXAMINER IN CONNECTION WITH DENTONS MEDIATION. | 1.10 | 376.20 |
| 12/08/2014 | MMM | BEGIN REVIEWING APPROXIMATELY 550 RESPONSES FROM CONWAY MACKENZIE TO FEE EXAMINER COMMENTS FOR ADEQUACY AND COMPLETENESS RE: AUGUST INVOICE. | 1.40 | 478.80 |
| 12/09/2014 | MMM | CONTINUE REVIEW OF CONWAY MACKENZIE'S RESPONSES TO FEE EXAMINER COMMENTS FOR AUGUST INVOICE FOR ADEQUACY AND COMPLETENESS. | 1.10 | 376.20 |
| 12/09/2014 | MMM | REVIEW CONWAY MACKENZIE'S RESPONSES TO FEE EXAMINER'S COMMENTS FOR SEPTEMBER INVOICE FOR ADEQUACY AND COMPLETENESS. | 0.90 | 307.80 |
| 12/09/2014 | MMM | PREPARE SPREADSHEET ISOLATING CONWAY MACKENZIE'S RESPONSES THAT DID NOT ADDRESS FEE EXAMINER'S COMMENTS. | 0.20 | 68.40 |
| 12/09/2014 | MMM | RE-REVIEW CONWAY MACKENZIE RESPONSES TO FEE EXAMINER COMMENTS THAT WERE INITIALLY IDENTIFIED AS NON-RESPONSIVE. | 0.40 | 136.80 |
| 12/11/2014 | MMM | TRACK RECEIPT OF MULTIPLE INVOICE FOR OCTOBER AND NOVEMBER. | 0.30 | 102.60 |
| 12/11/2014 | MMM | REVIEW ERNST & YOUNG'S AUGUST AND SEPTEMBER RESPONSES TO FEE EXAMINER'S COMMENTS FOR ADEQUACY AND COMPLETENESS. | 0.80 | 273.60 |
| 12/15/2014 | SRK | REVIEW EMAIL FROM R. FISHMAN, FEE EXAMINER RE LATEST UPDATE FROM JUDGE RHODES RE ENTRY OF ORDER MODIFYING THE FEE REVIEW ORDER OF PROCESS | 0.10 | 45.00 |
| 12/18/2014 | MMM | TRACK RECEIPT OF MULTIPLE INVOICES FOR NOVEMBER | 0.30 | 102.60 |
| 12/19/2014 | MMM | TRACK RECEIPT OF MULTIPLE NOVEMBER AND DECEMBER INVOICES. | 0.30 | 102.60 |
| | | | | 2,415.60 |

| | Total amount of this invoice | $2,415.60 |
|---|---|---|

Invoice payable upon receipt. Thank you for this opportunity to be of service.