**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

IN RE:

|  |  |
|---|---|
| | Case #13-53846 |
| City of Detroit, Michigan | Chapter 9 |
|                  Debtors. | Hon. Steven W. Rhodes |

_____/

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Ethan D. Dunn and  MAXWELL DUNN, PLC requests to

be removed from receiving electronic notices on behalf of Hercules & Hercules, Inc. at

the following e-mail addresses:

bankruptcy@maxwelldunnlaw.com
bankruptcy.maxwelldunn@gmail.com


Respectfully submitted,
MAXWELL DUNN, PLC

*/s/ Ethan D. Dunn*
Ethan D. Dunn (P69665)
Attorneys for creditor
Hercules & Hercules, Inc.
26339 Woodward Avenue
Huntington Woods, MI 48070
(248) 246-1166
edunn@maxwelldunnlaw.com

Dated:  February 16, 2015