UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| City of Detroit, Michigan ) | Case No: 13-53846 |
| Debtor ) | |
| ) | Chapter 9 |
| ) | |
| ) | Hon. Steven W. Rhodes |
| ) | |

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Edward J. Gudeman of Gudeman & Associates P.C. requests to be removed from receiving electronic notices in the above captioned Chapter 9 case on behalf of Upright Wreaking & Demolition, L.L.C. & Enjoi Transportation L.L.C. at the following e-mail addresses:

- ejgudeman@gudemanlaw.com
- ECF@gudemanlaw.com

Respectfully Submitted,

*/s/ Edward J. Gudeman*
Edward J. Gudeman (P-14454)
Brian A. Rookard (P-69836)
Katherine Shinn (P-67789)
Gudeman & Associates, PC
Attorneys for Debtor
1026 W. Eleven Mile Road
Royal Oak, MI 48067
Phone: 248.546.2800
Email: ecf@gudemanlaw.com

Dated: February 16, 2015