# UNITED STATED BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| Debtor. | : | Hon. Steve W. Rhodes |

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Michael S. McElwee requests to be removed from receiving electronic notices on behalf of Varnum LLP, in the above-captioned matter at the following e-mail addresses:

msmcelwee@varnumlaw.com

Dated: February 16, 2015

Respectfully submitted,
VARNUM LLP

/s/ *Michael S. McElwee*
Michael S. McElwee
BUSINESS ADDRESS AND TELEPHONE:
P.O. Box 352 / 333 Bridge Street, N.W.
Grand Rapids, MI 49501-0352
(616) 336-6000
E-mail: msmcelwee@varnumlaw.com
Bar number: Michigan P36088

9173605_1.DOCX