# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>**CITY OF DETROIT, MICHIGAN**<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS

NOW COMES Scott R. Murphy of the law firm of Barnes & Thornburg LLP and hereby requests that his name be removed from the service list that receives Electronic Filings and other notices in the above-captioned bankruptcy case at the following email address:

smurphy@btlaw.com

Dated: February 16, 2015                Respectfully submitted,

/s/ Scott R. Murphy
Scott R. Murphy (P68015)
BARNES & THORNBURG LLP
171 Monroe Ave., NW, Ste. 1000
Grand Rapids, MI 49503
Telephone: (616) 742-3930

GRDS01 503356v1