# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

City of Detroit, Michigan

Debtor

Case No. 13-53846
Chapter 9

## DESIGNATION OF BANKRUPTCY JUDGE

Pursuant to 11 U.S.C. §921 (b), I, R. Guy Cole, Jr., Chief Judge for the United States Court of Appeals for the Sixth Circuit, do hereby designate the Honorable Thomas J. Tucker to preside over the above referenced Chapter 9 case in the Eastern District of Michigan, vice the Honorable Stephen Rhodes upon his retirement.

I make this designation having reviewed the levels of experience and the respective caseloads of the judges of the Bankruptcy Court, and the availability of Judge Tucker, and having received the input of the judges of the Bankruptcy and District Courts for the Eastern District of Michigan.

Dated: 2/17/15

R. Guy Cole, Jr.
Chief Judge
United States Court of Appeals
Sixth Judicial Circuit