UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                                      Chapter 9

        Debtor.                                         Judge Thomas J. Tucker
_____/

**ORDER SCHEDULING POST-CONFIRMATION STATUS CONFERENCE**

      The undersigned judge has been designated as the bankruptcy judge to conduct this Chapter 9 bankruptcy case, succeeding Judge Steven Rhodes, whose last day in office before his retirement was February 18, 2015.

      Under 11 U.S.C. § 105(d)(1), the Court finds that a status conference is necessary and appropriate to further the expeditious and economical resolution of this bankruptcy case. At this post-confirmation juncture of the case, the Court wishes to discuss with counsel for the Debtor what work still needs to be done, and how soon it can be done, in order that this bankruptcy case can be closed as rapidly as possible.

      Accordingly,

      IT IS ORDERED that the Court will hold a status conference in this Chapter 9 bankruptcy case on **Wednesday, March 4, 2015 at 1:30 p.m.**, in Courtroom 1925 of the United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan. Counsel for the Debtor must attend this conference. Other parties in interest may attend and participate, but are not required to do so.

      IT IS FURTHER ORDERED that *no later than Thursday, February 26, 2015*, the Debtor must file a status report, briefly addressing the following issues, which the Court will discuss with counsel at the status conference:

1. What is the status of the implementation of the confirmed plan? What, if anything, is left to be done to implement the plan, and how soon will it be done?

2. What and how many further claim objections, if any, does the Debtor expect to file, and how soon will such claim objections be filed?[1]

---

[1] The Court is aware that currently there are hearings scheduled on six claim objections, for March 19, 2015 at 10:00 a.m.. The undersigned judge is not available for such hearings on that date, because of previously-scheduled Chapter 13 hearings on that date. The date and location of the March 19 hearings soon will be changed, by order to be issued later. In addition, the Court advises the Debtor that currently, the following dates and times are available for hearings on claim objections (which require at least 30 days notice of the hearing under Fed.R.Bankr.P. 3007(a)), that are filed in this case after the entry of this Order: April 8, 15, and 29, 2015, each day at 1:30 p.m.

3. What is the impact, if any, of the planned claim objections, and the resulting claims objection process, on the distribution of B Notes for Class 14 creditors under the confirmed plan?

4. How many adversary proceedings seeking to avoid and recover alleged preferential transfers, under 11 U.S.C. §§ 547 and 550, does the Debtor expect to file, and how soon will such preference actions be filed?

5. Whether one or more omnibus/blanket scheduling orders should be entered with respect to the preference actions to be filed?

6. Whether and to what extent mediation orders, including orders for mediation under the procedures of L.B.R. 7016-2, are likely to be appropriate for the preference actions to be filed, and/or for claims objections to be filed?

7. What is the nature and number of any other types of adversary proceedings, if any, that the Debtor expects to file, and how soon will any such actions be filed?

8. What other contested matters, if any, does the Debtor expect will be filed and need to be resolved before this bankruptcy case can be closed?

9. What other matters relating to the future and/or the closing of this case, if any, does the Debtor wish to discuss with the Court at the status conference?

      IT IS FURTHER ORDERED that unless otherwise ordered with respect to any specific hearing, all further hearings, status conferences, and scheduling conferences in this case will be held in the Courtroom of the undersigned judge, in Courtroom 1925 of the United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan.

**Signed on February 19, 2015**          /s/ Thomas J. Tucker
                                                              **Thomas J. Tucker**
                                                              **United States Bankruptcy Judge**