UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:  CHAPTER 9
 CASE NO.:13-53846
In re CITY OF DETROIT, Michigan  DEBTOR.
JUDGE
_____/

## PROOF OF SERVICE

The undersigned certifies that she served a copy of the Motion to Exclude Claim by Citizen Against Detroit Police Officer for Intentional Act/ Civil Rights Violation from Detroit's Bankruptcy and to Allow the Case to Proceed in the Wayne County (Michigan) Circuit Court, proposed Order and Notice of Respondent with Certificate of Service; along with a copy of this Proof of Service, upon:

David J. Demps
2 Woodward Avenue, Suite 500
Detroit, MI 48226

Said party was served by first class mail, with postage fully prepaid thereon and deposited in a United States Mail Receptacle on the 16th day of February, 2015.

Lynda L. Gruden