# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  

City of Detroit, Michigan,  

    Debtor.

_____/

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## SUPPLEMENTAL AMENDED CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On February 10, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Notice of (I) Entry of Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit and (II) Occurrence of Effective Date [Docket No. 8649]

Dated: February 13, 2015

Stephanie Delgado  
KCC  
2335 Alaska Ave  
El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**
**Served via First Class Mail**

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Lee, Briana | 8037 Badger St | Detroit | MI | 48213-2138 |
| Orr, Eric C | Redacted | Redacted | Redacted | Redacted |