THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
| Debtor. | ) | Hon. Thomas J. Tucker |
|  | ) |  |

## NOTICE OF WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM OF LARRY HURWITZ (CLAIM NUMBER 544)

PLEASE TAKE NOTICE that the City of Detroit (the "City"), by and through its attorneys Foley & Lardner LLP, hereby withdraws its Objection to Claim of Larry Hurwitz (Claim Number 544) contained in the City's Ninth Omnibus Objection to Certain Claims [Docket No. 9261] filed February 13, 2015. Upon information and belief, Mr. Hurwitz has a pension claim.

Dated: February 27, 2015
Detroit, Michigan

FOLEY & LARDNER LLP

/s/ *John A. Simon*
John A. Simon (P61866)
Jeffrey S. Kopp (P59485)
Tamar N. Dolcourt (P73425)
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
(313) 234-7100 (Telephone)
(313) 234-2800 (Facsimile)
*Counsel for the City of Detroit, Michigan*

4852-1781-2002.1

## CERTIFICATE OF SERVICE

        I hereby certify that on February 27, 2015, I caused the *Notice of Withdrawal of Debtor's Objection to Claim of Larry Hurwitz (Claim Number 544)* to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants in this bankruptcy case. I hereby certify that a copy was also served via First Class Mail to the following party:

    Larry Hurwitz
    2194 Caxton Ave.
    Clermont, FL  34711

Dated:  February 27, 2015

Respectfully Submitted,

FOLEY & LARDNER LLP

By: /s/ *John A. Simon*
John A. Simon (P61866)
Jeffrey S. Kopp (P59485)
Tamar N. Dolcourt (P73425)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
jsimon@foley.com
tdolcourt@foley.com
*Counsel for the City of Detroit, Michigan*

4852-1781-2002.1