Case No. 14-109

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

In re: SYNCORA GUARANTEE INC.; SYNCORA CAPITAL ASSURANCE INC.

      Petitioners

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT
Deborah S. Hunt, Clerk

Issued: January 14, 2015

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 14, 2015

Ms. Corinne Ball
Jones Day
222 E. 41st Street
New York, NY 10017

Mr. Jason Michael Wilcox
Kirkland & Ellis
655 Fifteenth Street, N.W.
Washington, DC 20005

Re: Case No. 14-109, *In re: Syncora Guarantee Inc., et al*
Originating Case No. : 2:14-cv-12062 : 13-53846

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Jill Colyer
Case Manager
Direct Dial No. 513-564-7024

cc: Mr. Jared Clark
Ms. Kelley Cornish
Mr. Robert Richard Gasaway
Mr. Stephen B. Grow
Mr. Marshall S. Huebner
Mr. Daniel J. Kramer
Mr. Elliot Moskowitz

    Mr. Richard A. Rosen
    Mr. Scott M. Watson
    Mr. David J. Weaver

Enclosure

No mandate to issue