UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                                  Chapter 9

              Debtor.                         Judge Thomas J. Tucker
_____/

**FURTHER ORDER REGARDING MEDIA AND PUBLIC CONDUCT,
COURTROOM PROCEDURE, AND DECORUM**

As stated in the Court's February 19, 2015 status conference order (Docket # 9292),

> unless otherwise ordered with respect to any specific hearing, all further hearings, status conferences, and scheduling conferences in this case will be held in the Courtroom of the undersigned judge, in Courtroom 1925 of the United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan.

Because this is a new location for hearings in this case, the Court now sets forth some rules that will govern conduct in and around the courtroom.

1. Initially, the Court reminds everyone that E.D. Mich. LBR 5072-1 states that except as otherwise provided in the bankruptcy court's local rules,[1] "E.D. Mich. LR 83.31, entitled 'Conduct in Federal Court Facilities,' applies in the bankruptcy court facilities in this district." In particular, the Court reminds everyone of LR 83.31(c)(1), which prohibits the taking of any photographs or the recording or broadcasting, by any means, of any judicial proceeding. Under this rule, no photographic, audio, or video recording of anything may be made in the courtroom.[2]

2. The order entered in this case on July 22, 2013, entitled "Administrative Order Governing Media and Public Conduct, Courtroom Procedure and Decorum" (Docket # 70), a copy of which

---

[1] The bankruptcy court's local rules are cited in this Order as "LBR" while the district court's local rules are cited as "LR"  The bankruptcy court's local rules are available on the bankruptcy court's website, using the following link:

    http://www.mieb.uscourts.gov/sites/default/files/courtinfo/LocalRulesDecember2011.pdf

[2] Official audio recordings are made by court staff, using court equipment, of all of the Court's hearings, and consistent with its normal practice, the Court will routinely cause an .mp3 copy of the audio recording of each hearing to be posted on the docket of this case. The audio is normally posted by the end of the day of the hearing.

is attached to this Order for reference, will continue to apply, *except* that the following provisions of that Order will not apply to proceedings in this case that are held in the 211 W. Fort St. courtroom:

Not applicable:

- the first paragraph of Part "A" on page 1 of the Order

- Part "B" on pages 1-2 of the Order, except that media representatives must be screened as is required of all public visitors to the bankruptcy court facilities in the 211 W. Fort St. building.

2. No interviews may be conducted in the courtrooms, hallways, or any other part of the floors occupied by the bankruptcy court or the bankruptcy court clerk's office in the 211 W. Fort St. building (Floor Nos. 17-21). Nor may interviews be conducted in the secure area of the first floor (*i.e.*, the area that is inside and beyond the building's security screening station on the first floor. )

3. LBR 5073-1, entitled "Electronic Devices," will govern the use of electronic devices in the 211 W. Fort St. courtroom. This local bankruptcy rule states, in the part that is relevant to proceedings in the 211 W. Fort St. courtroom, the following:

> Subject to security screening, the following may be carried into the bankruptcy court facilities: laptop or notebook computers, cellular telephones, personal digital assistants, pagers, calculators and portable dictating devices. These devices shall be turned off in all courtrooms and chambers, except that: (1) computers may be used with the volume muted; (2) calculators may be used; and (3) personal digital assistants, cellular telephones and paging devices may be used only in the vibration or silent mode. Telephone communication in a courtroom is prohibited.

IT IS SO ORDERED.

**Signed on March 2, 2015**                     /s/ **Thomas J. Tucker**
                                                **Thomas J. Tucker**
                                                **United States Bankruptcy Judge**

2

13-53846-tjt    Doc 9315    Filed 03/02/15    Entered 03/02/15 10:09:49    Page 2 of 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED
2013 JUL 22 P 3:36
U.S. DISTRICT COURT CLERK
EAST DIST. MICH.
DETROIT

Re: Bankruptcy Case No. 13-53846
City of Detroit, Debtor

Administrative Order

No. 13-AO-032

## ADMINISTRATIVE ORDER GOVERNING MEDIA AND PUBLIC CONDUCT, COURTROOM PROCEDURE AND DECORUM

United States District Court, Eastern District of Michigan LR 83.31 governs conduct in Federal Court facilities. This order addresses further matters of conduct and decorum of attorneys, the media and the public in connection with court proceedings in this case.

### A. Courtroom Decorum

Courtroom 100 and the overflow courtrooms will be open 30 minutes before each court session. To minimize disruptions in the Courtroom, all media personnel and other spectators should be seated ten minutes before each session. No one except working court staff, assigned counsel, and those assisting assigned counsel will be permitted to enter the Courtroom once proceedings begin. This applies to everyone, including members of the press and the general public.

No beverages or food (other than water at counsel table or the witness stand) are allowed in the Courtroom.

No conversations or disruptive gestures are permitted in the Courtroom.

Failure to comply with these rules will result in removal from the Courtroom.

### B. Court Authorized Media ID Badges

Media representatives covering hearings from inside the Courtroom must obtain a court authorized media ID badge and publicly display their ID throughout the proceedings.

On entering the Courthouse, media representatives must be screened as is required of all public visitors.

Media representatives must register for a court authorized ID badge by completing the form available on the Court's internet site, www.mied.uscourts.gov and follow the directions on the website for obtaining proper credentials from Rod Hansen, the Court's Media Officer. Rod Hansen can also be reached at the Courthouse, in Room 840, by calling (313) 234-5421, or by emailing him at Rod_Hansen@mied.uscourts.gov.

Issued badges will be specific to the coverage of this case. The badges may not be duplicated or shared. Upon completion of the hearing, media badges must be returned to Rod Hansen. Violations of these protocol requirements, orders or directives of the Court, or directives of the involved law enforcement officers will result in the revocation of ID badges and media coverage privileges.

Limited reserved seating will be available in Courtroom 100 for those media representatives displaying pre-approved credentials. Other media representatives with a media ID badge may view court proceedings from either the overflow courtroom or the media room on the second floor of the Courthouse, Room 214, or other such facilities designated by the Court.

Credentialed sketch artists will be placed in either the first row of the seating area or the jury box.

Laptops and other electronic devices, except mobile telephones, may be used in the courtroom, designated media rooms, and overflow viewing areas, provided that the rules prohibiting recording, photography and/or broadcasting proceedings are strictly observed. However, contemporaneous reporting/"blogging" may only be done in media and overflow viewing areas. Such devices used in the courtroom must be used in silent mode and must not interrupt or disrupt the proceedings in any way.

### C.     Restrictions on Interviews and Outside Media Area

To assist with overall security and general public access to the Courthouse, the Court has designated the usual outside area for media use throughout the proceedings – the North side of Lafayette, across from the Courthouse. Interviews, still pictures, and film coverage are to be activated and conducted from this area.

Public gatherings are allowable in the areas of the public sidewalks surrounding the Courthouse. At no time should public access to the Courthouse be restricted by media covering events.

No member of the media shall either attempt to secure an interview or conduct an interview in the Courthouse or in any area which prevents ingress to and egress from the Courthouse.

At no time may any attorney or party affiliated with this case hold a press conference in the Courthouse. Likewise, no attorney or party otherwise affiliated with this case may hold a press conference on the front or rear steps of the Courthouse or at any point of ingress or egress from the Courthouse.

Parking of the media's equipment trucks is the responsibility of media personnel and must abide with all security measures.

Needs of the Court to conduct the hearings in a safe and orderly fashion may result in the modification of these requirements. Check the Court's website, www.mieb.uscourts.gov, daily for all updates.

**D. Violations**

Any violation of this Order by any member of the media will result in an immediate loss of Courtroom seating credentials for that person and all employees of his or her media organization for the duration of the case.

Moreover, any person who violates this Order may be subject to criminal prosecution for obstruction of justice or contempt of court.

The United States Marshal and his Deputies shall be responsible for maintaining order and decorum in the Courtroom, overflow viewing areas, media room and the Courthouse. All orders given by the Marshal or his deputies shall be deemed orders of this Court and must be complied with immediately.

Failure by any person to do so will be subject to sanctions by the Court.

IT IS SO ORDERED.

FOR THE COURT:

Gerald E. Rosen
Chief Judge
United States District Court
Eastern District of Michigan

Phillip J. Shefferly
Chief Judge
United States Bankruptcy Court
Eastern District of Michigan