IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
:  Chapter 9
In re  :
:  Case No. 13-53846
CITY OF DETROIT, MICHIGAN,  :
:  Hon. Steven W. Rhodes
Debtor  :
------------------------------------------------------- x

## STIPULATION FOR WITHDRAWAL OF
## SATISFIED CLAIM OF LIVING ARTS

Living Arts ("Living Arts") and the City of Detroit, Michigan (the "City"), by and through the undersigned, stipulate as follows in support of the entry of the *Order Withdrawing Satisfied Claim of Living Arts* attached hereto as **Exhibit 1.**

1. On February 21, 2014, Living Arts filed its proof of claim [Claim No. 3476] (the "Claim") in the amount of $122,500 for pre-petition services.

2. There are no outstanding pre-petition amounts owed to Living Arts by the City.

3. In the ordinary course of its business, the City has paid Living Arts all of the outstanding amounts sought in the Claim.

4. Living Arts hereby withdraws the Claim in its entirety because the Claim has been fully satisfied.

5. Nothing in this Stipulation or the proposed order attached hereto as Exhibit 1 addresses any post-petition claims which have arisen or may arise between the City and Living Arts. Both parties fully reserve all of their respective rights with respect to any other post-petition claims.

4818-5948-1634.1

WHEREFORE the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** withdrawing the Claim.

Respectfully submitted by:

| | |
|---|---|
| By: /s/ Cara Grainger (with consent)<br>Cara Grainger<br>Interim Executive Director<br>Living Arts<br>8701 W Vernor Hwy. Suite 202<br>Detroit, MI 48209<br>Phone: (313) 841-4765<br>cara@livingartsdetroit.org<br><br>*Representative of Living Arts* | **FOLEY & LARDNER, LLP**<br><br>By: /s/ Jeffrey S. Kopp<br>Jeffrey S. Kopp (P59485)<br>John A. Simon (P61866)<br>Andrew B. Fromm (P79185)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jkopp@foley.com<br>jsimon@foley.com<br>afromm@foley.com<br><br>*Counsel to the City of Detroit, Michigan* |

Dated: March 2, 2015