# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
------------------------------------------------------- x
                                                        :      Chapter 9
In re                                                   :
                                                        :      Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :
                                                        :      Hon. Steven W. Rhodes
                              Debtor                    :
------------------------------------------------------- x
```

## STIPULATION FOR WITHDRAWAL OF
## SATISFIED CLAIM OF DETROIT ELECTRICAL SERVICES, LLC

Detroit Electrical Services, LLC ("Detroit Electrical Services") and the City of Detroit, Michigan (the "City"), by and through the undersigned, stipulate as follows in support of the entry of the *Order Withdrawing Satisfied Claim of Detroit Electrical Services LLC* attached hereto as **Exhibit 1.**

1.      On February 20, 2014, Detroit Electrical Services filed its proof of claim [Claim No. 2217] (the "Claim") in the amount of $248,607.10.

2.      There are no outstanding pre-petition amounts owed to Detroit Electrical Services by the City.

3.      In the ordinary course of its business, the City has paid Detroit Electrical Services all of the outstanding amounts sought in the Claim.

4.      Detroit Electrical Services hereby withdraws the Claim in its entirety because the Claim has been fully satisfied.

5.      Nothing in this Stipulation or the proposed order attached hereto as Exhibit 1 addresses any post-petition claims which have arisen or may arise between the City and Detroit

4833-8634-0130.1

Electrical Services.  Both parties fully reserve all of their respective rights with respect to any other post-petition claims.

WHEREFORE the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** withdrawing the Claim.

Respectfully submitted by:

| | FOLEY & LARDNER, LLP |
|---|---|
| By: /s/ John A. McTevia (with consent)___<br>John A. McTevia<br>McTevia & Associates, LLC<br>Detroit Electrical Services, LLC Trustee<br>30150 Telegraph Road, Suite 155<br>Bingham Farms, MI 48025<br>Phone: (248) 646-2711<br>johnmctevia@mcteviallc.com<br><br>*Representative and Trustee for Detroit Electrical Services LLC* | By:  /s/ Jeffrey S. Kopp_____<br>Jeffrey S. Kopp (P59485)<br>John  A. Simon (P61866)<br>Andrew B. Fromm (P79185)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jkopp@foley.com<br>jsimon@foley.com<br>afromm@foley.com<br><br>*Counsel to the City of Detroit, Michigan* |

Dated: March 2, 2015

4833-8634-0130.1