# EXHIBIT 1: PROPOSED ORDER

4833-8634-0130.1

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------- x
                                                :     Chapter 9

In re                                    :

                                                :     Case No. 13-53846

CITY OF DETROIT, MICHIGAN,     :

                                                :     Hon. Steven W. Rhodes

                           Debtor         :
---------------------------------------------------------- x

**ORDER APPROVING STIPULATION FOR WITHDRAWAL OF
SATISFIED CLAIM OF DETROIT ELECTRICAL SERVICES, LLC**

This matter having come before the Court on the *Stipulation For Withdrawal Of Satisfied Claim Of Detroit Electrical Services, LLC* (the "Stipulation"); Detroit Electrical Services[1] having filed Claim No. 2217 (the "Claim") in the above-captioned bankruptcy case; the City having paid all amounts sought in the Claim in the ordinary course of its business; Detroit Electrical Services having agreed that the Claim has been fully satisfied; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. Claim No. 2217 filed by Detroit Electrical Services is withdrawn in its entirety.

2. The City's claims agent is hereby authorized to update the claims register to reflect the relief granted in this Order.

3. The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

4833-8634-0130.1

4. Nothing in the Stipulation or this Order affects the rights of the City or Detroit Electrical Services with respect to any post-petition claims which have arisen or may arise between the parties, other than those sought in the Claim. Both parties fully reserve all of their respective rights with respect to any other post-petition claims.

4833-8634-0130.1