**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

------------------------------------------------------X
:   Chapter 9
IN RE :
:   Case No. 13-53846
City Of Detroit, Michigan, :
:
            DEBTOR :   Hon. Steven W. Rhodes
------------------------------------------------------X

**STIPULATION TO ALLOW CLAIM NO. 759 FILED BY EXAMWORKS, INC. AS A GENERAL UNSECURED CLAIM IN A REDUCED AMOUNT**

ExamWorks, Inc. ("ExamWorks") and the City of Detroit, Michigan (the "Debtor"), by and through their undersigned counsel, state as follows in support of the entry of the *Order Allowing Claim No. 759 in a Reduced Amount* attached hereto as **Exhibit 1.**

1. On February 3, 2014, ExamWorks filed a proof of claim [Claim No. 759] in the amount of $38,820.78.

2. Upon discussion between the parties, Claimant understands that it is the City's policy not to pay late fees, and ExamWorks has agreed to waive its claim for a late cancellation fee in the amount of $325, thereby reducing its claim to $38,495.78.

3. Therefore, the parties have agreed to allow Claim No. 759 as a general unsecured claim in the amount of $38,495.78, which constitutes the only pre-petition claim of ExamWorks.

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** approving the parties' stipulation.

4851-1904-2850.1

Respectfully submitted by:

| | |
|---|---|
| **FOLEY & LARDNER, LLP**<br><br>By: /s/ Jeffrey S. Kopp<br>Jeffrey S. Kopp (P59485)<br>John A. Simon (P61866)<br>Andrew B. Fromm (P79185)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jkopp@foley.com<br>jsimon@foley.com<br>afromm@foley.com<br><br>*Counsel to the City of Detroit, Michigan*<br><br><br>Dated: March 2, 2015 | By: /s/ Clare Arguedas (w/consent)<br>Clare Arguedas<br>Executive Vice President, General Counsel, and Secretary<br>ExamWorks, Inc.<br>20300 W 12 Mile Rd Ste 103<br>Southfield, MI 48076<br>*Counsel for ExamWorks* |

4851-1904-2850.1