# **EXHIBIT 1**

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---------------------------------------------------------X
:   Chapter 9
IN RE :
:   Case No. 13-53846
City Of Detroit, Michigan, :
:
            DEBTOR :   Hon. Steven W. Rhodes
---------------------------------------------------------X

## ORDER APPROVING STIPULATION TO ALLOW CLAIM NO. 759 AS A GENERAL UNSECURED CLAIM IN A REDUCED AMOUNT

This matter having come before the Court on the *Stipulation to Entry of Order Allowing Claim No. 759 as a General Unsecured Claim in a Reduced Amount* (the "Stipulation"); ExamWorks[1] having filed Claim No. 759 in the above-captioned bankruptcy case; the parties having agreed that Claim No. 759 should be allowed as a general unsecured claim in a reduced amount; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1.    The Stipulation is approved.

2.    Claim No. 759 filed by ExamWorks shall be allowed as a general unsecured claim in the amount of $38,495.78, which constitutes the only pre-petition claim of ExamWorks.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

4851-1904-2850.1