**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| ------------------------------------------------------- x | : | Chapter 9 |
| In re | : | |
| | : | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | : | |
| | : | Hon. Steven W. Rhodes |
| Debtor | : | |
| ------------------------------------------------------- x | | |

## STIPULATION FOR WITHDRAWAL OF
## SATISFIED CLAIM OF BLAZE CONTRACTING, INC.

Blaze Contracting, Inc. ("Blaze Contracting") and the City of Detroit, Michigan (the "City"), by and through the undersigned, stipulate as follows in support of the entry of the *Order Withdrawing Satisfied Claim of Blaze Contracting, Inc.* attached hereto as **Exhibit 1.**

1. On February 3, 2014, Blaze Contracting filed its proof of claim [Claim No. 758] (the "Claim") in the amount of $354,143.68.

2. There are no outstanding pre-petition amounts owed to Blaze Contracting by the City.

3. In the ordinary course of its business, the City paid Blaze Contracting the outstanding amounts necessary to resolve the Claim.

4. Blaze Contracting hereby withdraws the Claim in its entirety because the Claim has been fully satisfied.

5. Nothing in this Stipulation or the proposed order attached hereto as Exhibit 1 addresses any post-petition claims which have arisen or may arise between the City and Blaze Contracting. Both parties fully reserve all of their respective rights with respect to any other post-petition claims.

4817-6799-4146.1

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** withdrawing the Claim.

Respectfully submitted by:

| BLAZE CONTRACTING, INC. | FOLEY & LARDNER, LLP |
|---|---|
| By: /s/ Patrick G. Kruse (with consent)<br>Patrick G. Kruse (P55953)<br>General Counsel<br>Blaze Contracting, Inc.<br>5640 St. Jean Street<br>Detroit, MI 48213<br>Phone: (313) 361-1000<br>pkruse@blazecontracting.net | By: /s/ Jeffrey S. Kopp<br>Jeffrey S. Kopp (P59485)<br>John A. Simon (P61866)<br>Andrew B. Fromm (P79185)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jkopp@foley.com<br>jsimon@foley.com<br>afromm@foley.com<br><br>*Counsel to the City of Detroit, Michigan* |

Dated: March 2, 2015