# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing on 3/19/2015 at 10:00 AM to consider and act upon the following:

*8989* – Objection to Claim Number of Claimant U.S. Equal Employment Opportunity Commission on Behalf of Jerry D. Patrick. (Claim Number 3664) Filed by Interested Party City of Detroit Water and Sewerage Department (Attachments: # 1 Exhibits 1−3) (Kilpatrick, Richardo) Hearing scheduled 2/4/2015 at 10:00 AM at Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 1/28/2015.

*8990* – Objection to Claim Number of Claimant U.S. Equal Employment Opportunity Commission on Behalf of Kim Spicer and Kim Spicer. (Claim Number 3657 and Claim Number 3451) Filed by Interested Party City of Detroit Water and Sewerage Department (Attachments: # 1 Exhibits 1−5) (Kilpatrick, Richardo) Hearing scheduled 2/4/2015 at 10:00 AM at Courtroom 100, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 1/28/2015.

is hereby adjourned to **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **4/8/15** at**01:30 PM**. Note: this adjournment is being done by the Court because the successor judge assigned to this case (Judge Tucker) has a scheduling conflict on March 19.

Dated: 3/2/15

                                              BY THE COURT

                                              Katherine B. Gullo
                                              Clerk, U.S. Bankruptcy Court

                                              BY: christine sikula
                                              Deputy Clerk