Form ntchrgadj

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## AMENDED NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing on 3/19/2015 at 10:00 AM to consider and act upon the following:

*9260* – Objection to Claim Number of Claimant EIGHTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS) Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Notice and Opportunity to Respond # 2 Exhibit 1 – Proposed Order # 3 Exhibit 2 – Satisfied Claims # 4 Exhibit 3 – Declaration of John Naglick) (Simon, John) Hearing scheduled 3/19/2015 at 10:00 AM at Courtroom 236, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 3/12/2015.

*9261* – Objection to Claim Number of Claimant NINTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (NO SUPPORT CLAIMS) Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Notice and Opportunity to Respond # 2 Exhibit 1 – Proposed Order # 3 Exhibit 2 – No Support Claims # 4 Exhibit 3 – Declaration of John Naglick) (Simon, John) Hearing scheduled 3/19/2015 at 10:00 AM at Courtroom 236, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 3/12/2015.

*9262* – Objection to Claim Number of Claimant TENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (NO BASIS CLAIMS) Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Notice and Opportunity to Respond # 2 Exhibit 1 – Proposed Order # 3 Exhibit 2 – No Basis Claims # 4 Exhibit 3 – Declaration of James Noseda) (Simon, John) Hearing scheduled 3/19/2015 at 10:00 AM at Courtroom 236, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 3/12/2015.

*9263* – Objection to Claim Number of Claimant ELEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (DUPLICATE CLAIMS) Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Notice and Opportunity to Respond # 2 Exhibit 1 – Proposed Order # 3 Exhibit 2 – Duplicate Claims) (Simon, John) Hearing scheduled 3/19/2015 at 10:00 AM at Courtroom 236, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 3/12/2015.

is hereby adjourned to **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **4/8/15** at**01:30 PM**. Note: this adjournment is being done by the Court because the successor judge assigned to this case (Judge Tucker) has a scheduling conflict on March 19. Further note: under E.D.Mich. LBR 3007−1(b), the deadline to file a response to each of these claim objections now will be April 1, 2015, which is 7 days before the new date set for the hearing. Further note: the objecting party must promptly serve a copy of this Amended Notice on all creditors whose claims are objected to in these claim objections, and must promptly file proof of such service.

Dated: 3/2/15

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk