IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
------------------------------------------------------- X
                                                        :    Chapter 9
IN RE                                                   :
                                                        :    Case No. 13-53846
City Of Detroit, Michigan,                              :
                                                        :
                           DEBTOR                       :    Hon. Thomas J. Tucker
------------------------------------------------------- X
```

## ORDER APPROVING STIPULATION TO ALLOW CLAIM NO. 759 AS A GENERAL UNSECURED CLAIM IN A REDUCED AMOUNT

This matter having come before the Court on the *Stipulation to Entry of Order Allowing Claim No. 759 as a General Unsecured Claim in a Reduced Amount* (the "Stipulation"); ExamWorks[1] having filed Claim No. 759 in the above-captioned bankruptcy case; the parties having agreed that Claim No. 759 should be allowed as a general unsecured claim in a reduced amount; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. Claim No. 759 filed by ExamWorks shall be allowed as a general unsecured claim

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

in the amount of $38,495.78, which constitutes the only pre-petition claim of ExamWorks.

.

**Signed on March 02, 2015**

                                                       /s/ Thomas J. Tucker
                                                     Thomas J. Tucker
                                                     United States Bankruptcy Judge