February 23, 2015

Larry Hurwitz
2194 Caxton Avenue
Clermont, FL 34711
352-394-8570

FILED (I)

Clerk of Court
United States Bankruptcy Court       2015 MAR -2 P 4: 48
211 W. Fort St. #2100
Detroit, MI 48226
                                     U.S. BANKRUPTCY COURT
                                     E.D. MICHIGAN-DETROIT
RE: Case 13-53846
    Claim 544

Clerk of Court:

This is my written response to the Cities objection to claims in your ruling on their above cited case. I do oppose their objection for the following reason:

My claim is for pension #121866 from the Detroit Police and Fire Pension Bureau for my years of employment by the Detroit Police Department, and the medical benefits that your Court ruled we could still receive.

The supporting documents that the City claims were missing can only be found in the City's computer system.

Please advise me as to what I should do now, as retaining counsel to go after a dead-beat entity isn't a good economic move.

On Page 5, Par. 21 of your order, the bottom line, highlined in yellow, it states "This debtor's objection shall have no effect on pension claims or retiree health claims."

On the Page Exhibit 3 "Declaration" of John Maglick. He in #1 states he has personal knowledge of the facts set forth herein. If he doesn't even know enough to know what my claim was for, and filed this action without making an effort to find out before filing the action, he certainly should be cited for perjury.

The City knows where I am as each month they send a "notice of Pension Deposit" to my bank account.

If you find my pension and healthcare claims were valid, and the City just threw a stink bomb at me and other claimants, it seems that justice would be best served by holding off on the relief the City is now asking for until the City is forced to investigate each and every one of them and then file a meaningfull objection. If you grant them the relief they ask for, some other 80 year old retiree will suffer irreparable harm resulting from having what is left of their pension canceled.

Respectfully,

*Larry Hurwitz* (signature)

Larry Hurwitz

Enclosures:  Copy of Page 2 of Order
             Copy of Declaration page
             Copy of most recent Notice of Pension Being Deposited
             Copy of Page 6 showing that they have no idea that my
                 claim is for a pension I am already getting

P.C.  To Counsel for City of Detroit
      500 Woodward Ave Ste 2700
      Detroit, MI    48226

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------------------------------------------------------X
IN RE                                            :     Chapter 9
                                                 :
                                                 :     Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                       :
                                                 :     Hon. Steven W. Rhodes
                    DEBTOR                       :
----------------------------------------------------------X

## DECLARATION OF JOHN NAGLICK IN SUPPORT OF DEBTOR'S NINTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

(No Support Claims)

I, John Naglick, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief.

1. I am a Finance Director with the City of Detroit. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

2. The City's ongoing claims reconciliation process involves the collective effort of a team of employees assembled from personnel specifically familiar with the operations and liabilities of the City. This team works together and in conjunction with City's counsel, the City's financial advisor, and the City's claims agent, to review proofs of claim filed against the City (each, a "Claim" and collectively, the "Claims").

3. In connection with the preparation of the Ninth Omnibus Objection to Certain Claims (No Support Claims) (the "Ninth Omnibus Objection"), the City and its financial professionals reviewed the claims at issue, as described on Exhibit 2 of the Ninth Omnibus Objection. I have also personally reviewed the Ninth Omnibus Objection and the exhibits attached thereto. Accordingly, I am familiar with the information contained therein.

1

4842-6543-6960.10

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------------------------------------X
IN RE                                    : Chapter 9
                                         :
                                         : Case No. 13-53846
CITY OF DETROIT, MICHIGAN,               :
                                         : Hon. Steven W. Rhodes
                    DEBTOR               :
----------------------------------------X

## DECLARATION OF JOHN NAGLICK IN SUPPORT OF DEBTOR'S NINTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

(No Support Claims)

I, John Naglick, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Finance Director with the City of Detroit. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

2. The City's ongoing claims reconciliation process involves the collective effort of a team of employees assembled from personnel specifically familiar with the operations and liabilities of the City. This team works together and in conjunction with City's counsel, the City's financial advisor, and the City's claims agent, to review proofs of claim filed against the City (each, a "Claim" and collectively, the "Claims").

3. In connection with the preparation of the Ninth Omnibus Objection to Certain Claims (No Support Claims) (the "Ninth Omnibus Objection"), the City and its financial professionals reviewed the claims at issue, as described on Exhibit 2 of the Ninth Omnibus Objection. I have also personally reviewed the Ninth Omnibus Objection and the exhibits attached thereto. Accordingly, I am familiar with the information contained therein.

1

4842-6543-6960.10



**Police and Fire Retirement System***
*of the City of Detroit*
*500 Woodward Ave Ste 3000*
*Detroit, MI 48226-5493*

# PENSION STATEMENT

011948-011948

| | |
|---|---|
| Page | 001 of 001 |
| Period Beginning: | 01/01/2015 |
| Period Ending: | 01/31/2015 |
| Advice Date: | 02/01/2015 |
| Advice Number: | 7100847793 |
| Batch Number: | 000000000593 |

Retirement Code A-80-2-7

Tax Code Fixed amt: $300.00
Pension No 121866
Social Security No XXX-XX-9966

HURWITZ, LARRY
2194 CAXTON AVE
CLERMONT FL 34711-5730

| EARNINGS | RATE | ADJUSTMENT | CURRENT | YTD | DEDUCTIONS | DEDUCTION CODE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| Pension | 1853.15 | 0.00 | 1853.15 | 3706.30 | Federal Income Tax | | 300.00 | 300.00 |
| Annuity | 0.00 | 0.00 | 0.00 | 0.00 | Michigan Income Tax | | 0.00 | 0.00 |
| | | | | | Medical-Commun Blue | BGEKA220 | 58.86 | 117.72 |
| | | | | | Death Benefit | 00040210 | 0.09 | 0.18 |
| | | | | | Credit Union Shares | 00030012 | 300.00 | 600.00 |
| | | | | | LSA Insurance | 00040746 | 52.67 | 105.34 |
| | | | | | Retired Assoc Dues | 00080100 | 3.00 | 6.00 |

| | | | | |
|---|---|---|---|---|
| Gross Pay | | 1853.15 | 3706.30 | Total Deductions | 714.62 | 1129.24 |
| | | | | Net Pay | $1,138.53 | |

**IMPORTANT NOTES**

---



**Police and Fire Retirement System**
of the City of Detroit
500 Woodward Ave Ste 3000
Detroit, MI 48226-5493

Advice Number: 7100847793
Advice Date: 02/01/2015

**VOID VOID VOID**
**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| HURWITZ, LARRY | Checking | | $1,138.53 |

**NON-NEGOTIABLE**



| | | | | |
|---|---|---|---|---|
| 2874 | Jecoliah Warren<br>19322 Marx<br>Detroit, MI 48203 | $6,000.00 | General Unsecured | Stated Basis: "out of class"<br><br>No supporting documents attached. |
| 45 | Jeffery Cotton<br>14818 Keppen<br>Allen Park, MI 48101 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 568 | Jessie Robertson<br>4701 Lebanon Pike,<br>B11D<br>Hermitage, TN 37076 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 51 | John Pittman<br>18487 Sunderland<br>Detroit, MI 48219 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 2896 | John Serda<br>501 N. Lafayette<br>Dearborn, MI 48128 | Blank | General Unsecured | Stated Basis: "employment discrimination"<br><br>No supporting documents attached. |
| 3376 | Judy Patricia Moore<br>10701 Santa Maria, Apt 3.15<br>Detroit, MI 48221 | $957.62 | General Unsecured | No basis given and no supporting documents attached. |
| 544 | Larry Hurwitz<br>2194 Caxton Ave<br>Clermont, FL 34711 | Blank | General Unsecured | No basis given and no supporting documents attached. |
| 484 | Lauren Nyx<br>18934 Algonac<br>Detroit, MI 48234 | $129.97 | General Unsecured | No basis given and no supporting documents attached. |
| 2541 | Linard M. MaLone<br>17320 Annott St.<br>Detroit, MI 48205 | $9,831.17 | General Unsecured | No basis given and no supporting documents attached. |
| 3370 | Louise Motley<br>18687 Pennington Dr.<br>Detroit, MI 48221 | Blank | General Unsecured | No basis given and no supporting documents attached. |

4842-6543-6960.10