IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-----------------------------------------------------------x
                                                           :     Chapter 9
In re                                                      :
                                                           :     Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                                 :
                                                           :     Hon. Steven W. Rhodes
              Debtor                                       :
-----------------------------------------------------------x

REVISED NOTICE OF DEBTOR'S TENTH OMNIBUS
OBJECTION TO CERTAIN CLAIMS

(No Basis Claims)

PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S).

PURSUANT TO the attached Amended Notice of Adjournment, dated March 2, 2015, the Debtor, the City of Detroit (the "City"), files this Revised Notice of Debtor's Tenth Omnibus Objection to Certain Claims.

PLEASE TAKE NOTICE THAT the City, by and through its undersigned counsel, has filed an objection to certain no basis claims (the "Tenth Omnibus Objection") and for an order disallowing and expunging such claims.

**YOUR CLAIM MAY BE REDUCED, MODIFIED OR ELIMINATED. PURSUANT TO FED. R. BANKR. P 3007(e)(1) AND PRIOR ORDERS OF THIS COURT. YOU SHOULD REVIEW EXHIBIT 2 OF THE TENTH OMNIBUS**

1

4819-9997-5969.

**OBJECTION TO FIND YOUR NAME AND CLAIM. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

If you do not want the court to eliminate or change your claim, or grant the relief request in the Tenth Omnibus Objection, then on or before **April 1, 2015**, you or your lawyer must:

1. File with the court, at the address below, a written response to the objection. Unless a written response is filed and served by the date specified, the court may decide that you do not oppose the objection to your claim.

> Clerk of the Court
> United States Bankruptcy Court
> 211 W. Fort Street, Suite 2100
> Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

2. A copy of your response must also be mailed to counsel for the City:

> John A. Simon
> Jeffrey S. Kopp
> Tamar N. Dolcourt
> Foley & Lardner LLP
> 500 Woodward Ave., Ste. 2700
> Detroit, MI 48226

3. You must also attend the hearing on the objection scheduled to be held on **April 8, 2015** at 1:30 p.m. in Courtroom 1925, 211 W. Fort Street, Detroit, MI 48226 unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled and the objection sustained.**

Date: March 3, 2015

        FOLEY & LARDNER LLP

        By: /s/ *John A. Simon*
        John A. Simon (P61866)
        Jeffrey S. Kopp (P59485)
        Tamar N. Dolcourt (P73425)
        500 Woodward Ave., Ste. 2700
        Detroit, MI 48226
        313.234.7100
        jsimon@foley.com
        jkopp@foley.com
        tdolcourt@foley.com

        *Counsel for the Debtor, City of Detroit, Michigan*

Form ntchrgadj

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

# AMENDED NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing on 3/19/2015 at 10:00 AM to consider and act upon the following:

*9260* – Objection to Claim Number of Claimant EIGHTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS) Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Notice and Opportunity to Respond # 2 Exhibit 1 – Proposed Order # 3 Exhibit 2 – Satisfied Claims # 4 Exhibit 3 – Declaration of John Naglick) (Simon, John) Hearing scheduled 3/19/2015 at 10:00 AM at Courtroom 236, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 3/12/2015.

*9261* – Objection to Claim Number of Claimant NINTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (NO SUPPORT CLAIMS) Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Notice and Opportunity to Respond # 2 Exhibit 1 – Proposed Order # 3 Exhibit 2 – No Support Claims # 4 Exhibit 3 – Declaration of John Naglick) (Simon, John) Hearing scheduled 3/19/2015 at 10:00 AM at Courtroom 236, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 3/12/2015.

*9262* – Objection to Claim Number of Claimant TENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (NO BASIS CLAIMS) Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Notice and Opportunity to Respond # 2 Exhibit 1 – Proposed Order # 3 Exhibit 2 – No Basis Claims # 4 Exhibit 3 – Declaration of James Noseda) (Simon, John) Hearing scheduled 3/19/2015 at 10:00 AM at Courtroom 236, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 3/12/2015.

*9263* – Objection to Claim Number of Claimant ELEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (DUPLICATE CLAIMS) Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Notice and Opportunity to Respond # 2 Exhibit 1 – Proposed Order # 3 Exhibit 2 – Duplicate Claims) (Simon, John) Hearing scheduled 3/19/2015 at 10:00 AM at Courtroom 236, U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226. Response due by 3/12/2015.

is hereby adjourned to **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **4/8/15** at **01:30 PM**. Note: this adjournment is being done by the Court because the successor judge assigned to this case (Judge Tucker) has a scheduling conflict on March 19. Further note: under E.D.Mich. LBR 3007−1(b), the deadline to file a response to each of these claim objections now will be April 1, 2015, which is 7 days before the new date set for the hearing. Further note: the objecting party must promptly serve a copy of this Amended Notice on all creditors whose claims are objected to in these claim objections, and must promptly file proof of such service.

Dated: 3/2/15

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk