IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------X
: Chapter 9
IN RE :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Steven W. Rhodes
DEBTOR :
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2015, I electronically filed the following documents (collectively the "Revised Notices") with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Revised Notices and file a subsequent Proof of Service after it has performed the service.

- Revised Notice of Debtor's Eighth Omnibus Objection to Certain Satisfied Claims [Dkt. No. 9333]
- Revised Notice of Debtor's Ninth Omnibus Objection to Certain No Supporting Claims [Dkt. No. 9334]
- Revised Notice of Debtor's Tenth Omnibus Objection to Certain No Basis Claims [Dkt. No. 9335]
- Revised Notice of Debtor's Eleventh Omnibus Objection to Certain Duplicate Claims [Dkt. No. 9336]

Dated: March 3, 2015

FOLEY & LARDNER LLP

By: /s/ John A. Simon
John A. Simon (P61866)
Jeffrey S. Kopp (P59485)
Tamar N. Dolcourt (P73425)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
jsimon@foley.com
jkopp@foley.com
tdolcourt@foley.com
*Counsel for the Debtor, City of Detroit, Michigan*

4842-0954-3714.1