**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

---

**REQUEST TO BE REMOVED FROM THE SERVICE LIST AND MATRIX**

**PLEASE TAKE NOTICE** that STROBL & SHARP, P.C. requests that the following attorneys and email addresses be removed from ECF notification, and requests that they no longer receive electronic filings in this case, as they no longer represent a party in interest in the proceedings:

Meredith E. Taunt: mtaunt@stroblpc.com

Respectfully submitted,
**STROBL & SHARP, P.C.**

BY: */s/ Meredith E. Taunt*
Meredith E. Taunt (P69698)
Attorney for Fidelity Bank

Dated: March 3, 2015

300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
Telephone: (248) 540-2300
Facsimile: (248) 645-2690
mtaunt@stroblpc.com