UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Chapter 9
Case No. 13-53846-swr
Hon. Steven W. Rhodes

## REQUEST TO BE REMOVED FROM THE SERVICE LIST AND MATRIX

**PLEASE TAKE NOTICE** that STROBL & SHARP, P.C. requests that the following attorneys and email addresses be removed from ECF notification, and requests that they no longer receive electronic filings in this case, as they no longer represent a party in interest in the proceedings:

Lynn M. Brimer: lbrimer@stroblpc.com

Respectfully submitted:

**STROBL & SHARP, P.C.**

*/s/ Lynn M. Brimer*
Lynn M. Brimer (P43291)
Meredith E. Taunt (P69698)
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
(238) 540-2300

Dated: March 3, 2015

lbrimer@stroblpc.com

*S&B\03399\007\PLDG\SB446760.DOC