

March 3, 2015

Notice of Withdrawal of Claim by AT&T

Withdraw Claim #1066 filed with Kurtzman Carson Consultants LLC, received 2/18/2014
City of Detroit, Michigan
Case Number: 13-53846
Amount of Withdrawal: $8,487,525.24

Thank you,


/s/ Jana MacDonald
AT&T Bankruptcy
15100 FAA Blvd
Fort Worth, TX 76155
817-318-2216
Jk6515@ATT.COM