UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - DETROIT

In Re:  
      Case No: 13-53846  
      Chapter 9  
**City of Detroit, Michigan,**  
      Hon. Steven W. Rhodes

    Debtor,

## REQUEST TO BE REMOVED FROM THE SERVICE LIST AND MATRIX

PLEASE TAKE NOTICE that Maddin, Hauser, Roth & Heller, P.C. by David E. Hart, requests that the following attorneys and email addresses be removed from ECF notification, and requests that they no longer receive electronic filings in this case, as they no longer represent a party in interest in the proceedings:

    David E. Hart:  dhart@maddinhauser.com

Respectfully submitted,

MADDIN, HAUSER, ROTH & HELLER, P.C.

By: /s/ *David E. Hart*  
    David E. Hart (P45084)  
28400 Northwestern Hwy., 2nd Floor  
Southfield, MI  48034  
☎ (248) 827-1884 / 🖷 (248) 359-6184  
Email:  dhart@maddinhauser.com  
*Attorney for FK Park, LLC and FK South, LLC*

Dated:  March 4, 2015

1645137v1/01441.0274