Case #13-53846                               Feb. 28, 2015

I Grady Bishop,
am not disputing no claims but all my statements of lost are true and factual. Please consider my claim also I too have suffered hardship with the city of Detroit Bankruptcy

Sincerely
Grady J. Bishop

Claim # 1278

FILED (I)
2015 MAR -4 P 12: 35
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 9357    Filed 03/04/15    Entered 03/04/15 15:09:29    Page 1 of 1