**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
-------------------------------------------------------x
                                        :
In re                                   :        Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              :        Case No. 13-53846
                                        :
                    Debtor.             :        Hon. Thomas J. Tucker
                                        :
                                        :
-------------------------------------------------------x
```

## ORDER REGARDING WITHDRAWAL
## OF WAYNE COUNTY'S OBJECTION TO REJECTION
## OF AGREEMENT TO PURCHASE AND DEVELOP LAND

This case is before the Court on the *Stipulation for the Entry of an Order Regarding Withdrawal of Wayne County's Objection to Rejection of Agreement to Purchase and Develop Land* (Docket # 9355, the "Stipulation") between the Charter County of Wayne (the "County") and the City of Detroit (the "City")*; and* the Court being fully advised in the premises.

**IT IS ORDERED THAT:**

1.      The Stipulation is approved.

2.      *Wayne County's Proof of Claim for Rejection Damages and Objection to Treatment of July 28, 1976 Agreement to Purchase and Develop Land as an Executory Contract* [Docket No. 9108] (the "Objection") is withdrawn with prejudice; provided however, that the Objection will remain on the claims register

as a general unsecured claim designated as Claim No. 3832 solely with respect to paragraph 31 of the Objection (the "Proof of Claim").

3.     Nothing herein shall preclude the City from objecting to the Proof of Claim on any and all grounds if such claim is not otherwise resolved.

.

**Signed on March 04, 2015**

_____ /s/ Thomas J. Tucker _____
Thomas J. Tucker
United States Bankruptcy Judge
