UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

------------------------------------------------------------- x

In re:  : Chapter 9

CITY OF DETROIT, MICHIGAN,  : Case No.: 13-53846

                     Debtor.  : Hon. Steven W. Rhodes

------------------------------------------------------------- x

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS IN A CASE

Please remove attorney Niraj R. Ganatra, whose e-mail address is nganatra@uaw.net, from the list that allows for receipt of electronic filings in the above-captioned case and any related adversary proceedings.

Respectfully submitted,

International Union, UAW

By:  /s/ Niraj R. Ganatra
     Niraj R. Ganatra (P63150)
     International Union, UAW
     8000 East Jefferson Avenue
     Detroit, Michigan 48214
     T: (313) 926-5216
     nganatra@uaw.net

Dated: Detroit, MI
February 12, 2015