Form nstatusBK

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a Status Conference regarding [4874] Objection to Claim Number of Claimant Coalition of Detroit Unions / Objection of the City of Detroit, Pursuant to Sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007−1, to Proof of Claim Number 2851 Filed by the Coalition of Detroit Unions Filed by Debtor In Possession City of Detroit, Michigan and [4876] Objection to Claim Number of Claimant Michigan AFSCME Council 25 and Its Affiliated Detroit Local / Objection of the City of Detroit, Pursuant to Sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007−1, to Proof of Claim Number 2958 Filed by the Michigan AFSCME Council 25 and Its Affiliated Detroit Locals Filed by Debtor In Possession City of Detroit, Michigan , will be held on the above−entitled bankruptcy case at:

Location: **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226**

Date: **4/8/15**

Time: **01:30 PM**

Dated: 3/5/15

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk