# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

| | |
|---|---|
| City of Detroit, Michigan | Chapter 9 |
| | Case No. 13-53846-SWR |
| Debtor. | Hon. Steven W. Rhodes |
| _____/ | |
| Greenhill & Co, LLC, | |
| | |
| Appellant, | Case No. 14-cv-14706-BAF-RSW |
| v. | Hon. Bernard A. Friedman |
| | |
| City of Detroit, Michigan, | |
| | |
| Appellee. | |

| | |
|---|---|
| Mark H. Shapiro (P43134) | Charles N. Raimi (P29746) |
| Steinberg Shapiro & Clark | City of Detroit Law Department |
| Attorneys for Appellant | Attorneys for Debtor/Appellee |
| 25925 Telegraph Road, Suite 203 | 2 Woodward Avenue, Suite 500 |
| Southfield, MI 48033 | Detroit, MI 48226 |
| 248-352-4700 | 313-237-5037 |
| shapiro@steinbergshapiro.com | raimic@detroitmi.gov |

## STIPULATED ORDER FOR DISMISSAL OF APPEAL

This matter came before the Court upon the submission of the present Stipulated Order for Dismissal with Prejudice, as to the above-captioned appeal. The Court is advised that the agreement reached by Appellant and the City of Detroit at mediation regarding the fees which are the subject of this appeal has now been implicitly or expressly approved by the Bankruptcy Court's "Amended Opinion and Order Regarding the Reasonableness of Fees Under 11 U.S.C. § 943(b)(3)" [Bankruptcy Case No. 13-53846 Docket No. 9257], and that the time for parties in interest to appeal the Bankruptcy Court's Order has expired. Accordingly, the parties are in agreement that the pending appeal should be dismissed with prejudice and without costs to either

party. The Court has reviewed the Stipulated Order and finds the same to be in proper form. The Court is otherwise fully advised in this matter.

NOW, THEREFORE,

IT IS HEREBY ORDERED THAT the above-captioned appeal, assigned Case No. 14-cv-14706-BAF-RSW be, and hereby is, dismissed with prejudice and without costs to any party.

March 4, 2015

                              _s/ Bernard A. Friedman_____
                              Honorable Bernard A. Friedman
                              U.S. District Court Judge

 /s/ Mark H. Shapiro (P43134)             /s/ Charles N. Raimi (P29746)
Attorney for Appellant                        Attorney for Appellee