UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,   Bankr. No. 13-53846 (Chapter 9)

    Debtor.   HON. STEVEN W. RHODES

_____/

SYNCORA GUARANTEE, INC., and
SYNCORA CAPITAL ASSURANCE INC.,

                                                       Civil Action No. 14-cv-13044

    Appellants,

                                                       HON. BERNARD A. FRIEDMAN

vs.

CITY OF DETROIT, MICHIGAN,

    Appellee.

_____/

### ORDER DISMISSING APPEAL

        Based on the parties' "stipulation of dismissal of appeal" [docket entry 14], the appeal in this matter is hereby dismissed.

        SO ORDERED.


Dated: March 4, 2015          S/ Bernard A. Friedman_____
      Detroit, Michigan         BERNARD A. FRIEDMAN
                                    SENIOR UNITED STATES DISTRICT JUDGE