**OFFICE OF THE BANKRUPTCY CLERK**
UNITED STATES BANKRUPTCY COURT
211 W. FORT ST., SUITE 2100
DETROIT, MICHIGAN 48226-3211

OFFICIAL BUSINESS

$ 10.95⁰
11/26/2014
Mailed From 48226
US POSTAGE

James Cole, Jr.
P. O. Box 7434
Detroit, MI 48287



13-53846-tjt   Doc 9379   Filed 03/06/15   Entered 03/06/15 14:02:28   Page 1 of 1