UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re )
) Chapter 9
CITY OF DETROIT, MICHIGAN, )
) Case No. 13-53846
Debtor. )
) Hon. Thomas J. Tucker
_____ )

## WITHDRAWAL OF PROOF OF CLAIM NO. 1790

Bishop Real Estate, L.L.C., by its attorneys, hereby withdraws its Proof of Claim No. 1790 because it has been satisfied.

Dated: March 10, 2015    Respectfully submitted,

**MCDONALD HOPKINS PLC**

By: /s/ Stephen M. Gross
Stephen M. Gross (P35410)
MCDONALD HOPKINS PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI 48304
Telephone: (248) 220-1337
Facsimile: (248) 646-5075
Email: sgross@mcdonaldhopkins.com

*Attorneys for Bishop Real Estate, L.L.C.*

{5391719:}

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing *Withdrawal of Proof of Claim No. 1790* was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter this 10th day of March, 2015.

      /s/ Stephen M. Gross