UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

## CERTIFICATE OF NO RESPONSE TO FINAL FEE APPLICATION OF FEE EXAMINER PARTIES FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Pursuant to LBR 9014-1(c) and ECF Procedure 7(a)(3), Peter J. Roberts hereby certifies that no response to the **Final Fee Application Of Fee Examiner Parties For Allowance Of Compensation And Reimbursement Of Expenses** ("Application") (Dkt. 9282) was timely served upon him, nor has one been received by him to date, nor does the docket maintained by the Clerk of the Court for the above-captioned case reflect any response having been filed. The Application was filed with this Court on February 13, 2015, and it was served on February 13, 2015 upon the parties, and in the manner, reflected on its accompanying Certificate of Service (Ex. 4 to the Application). An accompanying Notice and Opportunity to Respond to the Application (Ex. 2 to the Application) was also filed with this Court on February 13, 2015, and it was likewise served on February 13, 2015, upon the parties, and in the manner, reflected on the Application's accompanying Certificate of Service (Ex. 4 to the Application).

Robert M. Fishman, Fee Examiner

Dated: March 10, 2015

By: /s/ Peter J. Roberts
      One of his attorneys

Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151 telephone
proberts@shawfishman.com

## CERTIFICATE OF SERVICE

      Peter J. Roberts, an attorney, certifies that he caused a true copy of the foregoing **Certificate of No Response** to be served pursuant to the Court's CM/ECF System on this 10th day of March, 2015.

                                  /s/ Peter J. Roberts