**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ------------------------------------------------------- x | : | Chapter 9 |
| In re | : | |
| | : | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | : | |
| | : | Hon. Thomas Tucker |
| Debtor | : | |
| ------------------------------------------------------- x | | |

## STIPULATION FOR ENTRY OF ORDER ALLOWING CLAIM NO. 922 OF RUBENSTEIN ISAACS, PC IN A REDUCED AMOUNT

Rubenstein Isaacs, PC ("Rubenstein Isaacs") and the City of Detroit, Michigan (the "City"), by and through their undersigned counsel, stipulate as follows in support of the entry of the *Order Allowing Claim No. 922 of Rubenstein Isaacs, PC in a Reduced Amount* attached hereto as **Exhibit 1.**

1. On February 13, 2014, Rubenstein Isaacs filed its proof of claim [Claim No. 922] (the "Claim") in the amount of $101,422.30.

2. Upon discussion, the parties determined that the City has paid $99,712.30 in the ordinary course, thereby reducing the Claim to $1,710.00, none of which is entitled to administrative priority.

4. Therefore, the parties have agreed to allow Claim No. 922 as a general unsecured claim in the amount of $1,710.00, which constitutes Rubenstein Isaac's only pre-petition claim.

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** approving the parties' stipulation.

4839-5376-1314.1

Respectfully submitted by:

| RUBENSTEIN ISAACS, PC | FOLEY & LARDNER, LLP |
|---|---|
| By: /s/ Erwin Rubenstein (w/ consent)<br>Erwin Rubenstein (P19724)<br>2000 Town Center, Ste 1360<br>Southfield, MI 48075<br>Phone: (248) 354-3200<br>erubylaw@sbcglobal.net | By: /s/ Jeffrey S. Kopp<br>Jeffrey S. Kopp (P59485)<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jsimon@foley.com<br>tdolcourt@foley.com<br><br>*Counsel to the City of Detroit, Michigan* |
| | |

Dated: March 10, 2015

4839-5376-1314.1