# EXHIBIT 1: PROPOSED ORDER

4839-5376-1314.1

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------- x
In re                                                  :   Chapter 9
                                                       :
                                                       :   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                             :
                                                       :   Hon. Thomas Tucker
                              Debtor                   :
------------------------------------------------------- x

## ORDER ALLOWING CLAIM NO. 922 OF RUBENSTEIN ISAACS, PC IN A REDUCED AMOUNT

This matter having come before the Court on the *Stipulation For Entry of Order Allowing Claim No. 922 Of Rubenstein Isaacs, PC in a Reduced Amount* (the "Stipulation"); Rubenstein Isaacs[1] having filed Claim No. 922 (the "Claim") in the above-captioned bankruptcy case; the parties having agreed that Claim No. 922 should be allowed as a general unsecured claim in a reduced amount; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. Claim No. 922 of Rubenstein Isaacs shall be allowed as a general unsecured claim in the amount of $1,710.00, which constitutes Rubenstein Isaacs's only pre-petition claim.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

4839-5376-1314.1