# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

--------------------------------------------------------- x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Judge Thomas Tucker
Debtor :
--------------------------------------------------------- x

## ORDER ALLOWING CLAIM NO. 922 OF RUBENSTEIN ISAACS, PC
## IN A REDUCED AMOUNT

This case is come before the Court on the *Stipulation For Entry of Order Allowing Claim No. 922 Of Rubenstein Isaacs, PC in a Reduced Amount* (Docket # 9400, the "Stipulation"); Rubenstein Isaacs[1] having filed Claim No. 922 (the "Claim") in the above-captioned bankruptcy case; the parties having agreed that Claim No. 922 should be allowed as a general unsecured claim in a reduced amount; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. The Stipulation is approved.

2. Claim No. 922 of Rubenstein Isaacs shall be allowed as a general unsecured claim in the amount of $1,710.00, which constitutes Rubenstein Isaacs's only pre-petition claim.

.

**Signed on March 10, 2015**

                                                                /s/ Thomas J. Tucker
                                                                Thomas J. Tucker
                                                                United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.