UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Judge Thomas J. Tucker |

**ORDER APPROVING FINAL FEE APPLICATION OF
FEE EXAMINER PARTIES FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

This case is before the Court on the Final Fee Application Of Fee Examiner Parties For Allowance Of Compensation And Reimbursement Of Expenses (Docket # 9282, the " Final Application");[1] this Court having entered an order dated September 11, 2013 (Dkt. # 810) ("Fee Review Order") regarding the review of professional fees in this case and the payment of interim compensation and expense reimbursement to the Fee Examiner Parties (as defined in the Fee Review Order); due and proper notice of the Final Application having been given to all parties entitled thereto; the Court having jurisdiction over the subject matter of and the parties to the Final Application; the Court having reviewed the Final Application and determined that good cause exists to grant the relief sought in the Final Application;

THE COURT FINDS that the fees and expenses allowed, as stated in paragraph nos. 2-8 of this Order below, have been fully disclosed and are reasonable, within the meaning of 11 U.S.C. § 943(b)(3).

IT IS ORDERED that:

1. The Final Application is granted.

---

[1] Capitalized terms not otherwise defined carry the same meaning ascribed to them in the Final Application.

2. The Fee Examiner is allowed $113,155.80 in aggregate compensation for the Current Application Period extending from October 1, 2014 through and including February 13, 2015.

3. The Fee Examiner is allowed $40.83 in aggregate expense reimbursement for the Current Application Period extending from October 1, 2014 through and including February 13, 2015.

4. Shaw Fishman is allowed $142,030.70 in aggregate compensation for the Current Application Period extending from October 1, 2014 through and including February 13, 2015.

5. Shaw Fishman is allowed $3,846.58 in aggregate expense reimbursement for the Current Application Period extending from October 1, 2014 through and including February 13, 2015.

6. Kapila is allowed $27,942.60 in aggregate compensation for the Current Application Period extending from October 1, 2014 through and including February 13, 2015.

7. Kapila is allowed $1.90 in aggregate expense reimbursement on an interim basis for the Current Application Period extending from October 1, 2014 through and including February 13, 2015.

8. The Previously Allowed Fees and Expenses awarded by this Court to the Fee Examiner Parties on an interim basis pursuant to the Interim Compensation Orders are approved on a final basis.

9. The City is authorized and directed to pay the Fee Examiner Parties the unpaid balances of the Previously Allowed Fees and Expenses, and the fees and expenses

allowed pursuant to this Order for services performed from October 1, 2014 through and included February 13, 2015.

.

**Signed on March 10, 2015**

            /s/ Thomas J. Tucker
            Thomas J. Tucker
            United States Bankruptcy Judge