## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

------------------------------------------------------- x
:   Chapter 9
In re  :
:   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,  :
:   Judge Thomas J. Tucker
Debtor  :
------------------------------------------------------- x

**ORDER APPROVING STIPULATION FOR WITHDRAWAL OF
SATISFIED CLAIM OF THE CITY OF DEARBORN**

This case is before the Court on the *Stipulation For Withdrawal Of Satisfied Claim Of The City of Dearborn* (Docket # 9405, the "Stipulation"); the City of Dearborn[1] having filed Claim No. 859 (the "Claim") in the above-captioned bankruptcy case; the City having paid all amounts sought in the Claim in the ordinary course of its business; the City of Dearborn having agreed that the Claim has been fully satisfied; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. Claim No. 859 filed by the City of Dearborn is withdrawn in its entirety.

2. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

3. The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

4. Nothing in the Stipulation or this Order affects the rights of the City or City of Dearborn with respect to any post-petition claims which have arisen or may arise between the

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

parties, other than those sought in the Claim. Both parties fully reserve all of their respective rights with respect to any other post-petition claims.

.

**Signed on March 10, 2015**

                                                        /s/ Thomas J. Tucker
                                                       Thomas J. Tucker
                                                       United States Bankruptcy Judge