Judge Tom Tucker

I worked for the Detroit Police Department for almost 40 years and retired in 2006. I stayed in the City as required all that time because I was promised first class health insurance and a small pension. I worked a month of Midnights, then a month of Afternoons, then a month of days. I worked most holidays such as Christmas, New Years, and Easter, I was forced to work Saturdays and Sundays in order to make a decent living for my family. Climbing onto the roofs of buildings in January when it was cold and all year long to stop burglars was a regular thing earning less than the suburbs by 30% who had to do far less.

As you know the governor decided to take $200. A month or 5% of my pension for income tax.

He then stole my health insurance including Dental and Eye care which was about 60% of my retirement. Gone now for almost two years I don't understand why you and the other judges you have done nothing about it.

That wasn't enough he then took half of my annual increase or another 5% of my retirement.

Because I never paid into or was allowed to pay for Social Security I am not eligible to receive Medicare or Social Security benefits.

I continually asked the City Administration if my retirement benefits were safe and was told they were protected by the State and Federal Governments positively nothing to worry about so I stayed In Detroit. How can the Governor consort with a judge and void the protections of the State Constitution that the City Administration told every member of the police department they had?

In my Sixties I can't start a new career, I can't get my wife's youth or mine returned to me, it's like I paid for something and now you are telling me it isn't mine. Why would anyone work if their pensions were not secure?

When I retired I wasn't feeling well and it took another three years for the doctor's to find that I needed a quadruple by-pass which the medicine required is quite expensive.

My wife who also is a Detroit police officer and has worked for the City for more than Thirty years is afraid to retire at 60 years old because of the complete loss of

health insurance. My wife is very upset and worried about how we are going to pay our bills after working more than 75 years between us you are allowing these politicians to steal everything we worked for.

What allows this governor to lower the salaries of people who have worked there in that miserable City for years taking away their longevity removing their holidays and ruining the lives of thousands of people? Shutting down Unions and charging people to take his grand bargain or lose their pensions.

I have seen many policemen who are gravely sick and have no way to pay for their necessary medical care and are just being ignored.

I worked six years putting myself through college to earn a decent retirement and now these politicians and lawyers are stealing everything we worked for.

I was always told that if you work hard and save your money in America you would have a good life –I never heard anything about when you get in your sixties the bankruptcy band of cutthroats would come and take what was earned away.

My children and grandchildren deserve some of the benefits of our labors.

My wife an active employee is not allowed to carry her husband on her health insurance because the City will not allow her to insure a retiree, how is that legal?

Now the cost of health insurance will be more than my wife's retirement check you should have to explain why she spent her life working to spend her retirement paying for something that was promised. Blue Cross wants $2400. A month for the health care we were guaranteed.

Then the biggest kick in the teeth after taking what I spent my life working for Steven Rhodes retires at full pay with unlimited benefits a smart man who never worked more than a hundred days a year and took every holiday goes merrily on his way. Is this what you call just??

*Dan Headapohl*
Dan Headapohl
52507 Robin's Nest
Chesterfield Township, 48047