# LIST OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Proposed Order |
| 2 | Notice of Motion |
| 3 | Brief (None Required) |
| 4 | Certificate of Service |
| 5 | Affidavits (None) |
| 6 | Documentary Exhibits |