# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Thomas J. Tucker |

**ORDER ENFORCING RETIRED DETROIT POLICE AND FIRE FIGHTERS ASSOCIATION'S SETTLEMENT AND EIGHTH AMENDED PLAN OF ADJUSTMENT**

This matter coming before the Court on the Motion for Enforcement of Settlement and Eighth Amended Plan of Adjustment ("Motion") filed by the Retired Detroit Police & Fire Fighters Association ("RDPFFA"), and Donald Taylor, individually, and as President of the RDPFFA, (collectively the "RDPFFA Parties"); and the Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. The motion is GRANTED.

2. The City shall contribute $140,000 annually for the term of the DFFA Master Agreement (and for the duration of any Master Agreement renewals containing provisions for additional health care contributions for Totally and Permanently Disabled retired firefighters).

3. The additional City contribution shall be separate from the VEBA contributions and shall be administered by COPS Trust.

4. The City shall reimburse the RDPFFA for all costs and fees incurred in relation to enforcing its Term Sheet with the City.

It is so ordered.

Signed on March, _____