# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9
Case No. 13-53846
Hon. Thomas J. Tucker

_____/

**NOTICE OF RETIRED DETROIT POLICE AND FIRE FIGHTERS ASSOCIATION PARTIES' MOTION FOR ENFORCEMENT OF SETTLEMENT AND EIGHTH AMENDED PLAN OF ADJUSTMENT**

Retired Detroit Police and Fire Fighters Association Parties have filed a Motion for Enforcement of Settlement and Eighth Amended Plan of Adjustment in the above-captioned Chapter 9 bankruptcy case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if want the Court to consider your views on the Motion, then within **seventeen (17) days** (fourteen (14) days plus three (3) days for mailing) you or your attorney must:

1. File with the Court a written response or an answer, explaining your position at: [1]
    United States Bankruptcy Court
    211 West Fort Street, 17th Floor
    Detroit, Michigan 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

{00221597}

You must also mail a copy to:

    Lippitt O'Keefe Gornbein, PLLC
    Ryan C. Plecha
    370 E. Maple, Third Floor
    Birmingham, MI 48009

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

    **LIPPITT O'KEEFE GORNBEIN, PLLC**

    By: /s/ Ryan C. Plecha
       Ryan C. Plecha71957)
    370 E. Maple Road, Third Floor
    Birmingham, Michigan 48009
    248-646-8292
    rplecha@lippittokeefe.com

Dated: March 11, 2015