# EXHIBIT 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN                     Chapter 9

    Debtor.                              Case No. 13-53846-tjt
                                                               Hon. Thomas J. Tucker

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 12, 2015, the following documents were filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

1. Retired Detroit Police and Fire Fighters Association's Motion for Enforcement of Settlement and Eighth Amended Plan of Adjustment.

I further certify that, on March 12, 2015, I caused copies of the foregoing document to be served via first-class United States mail, postage pre-paid, on the following:

        Evan Miller, Esq.
        Jones Day
        51 Louisiana Avenuew, N.W.
        Washington D.C. 20001

        Melvin Hollowell, Esq.
        City of Detroit Law Department
        Two Woodward Avenue
        Suite 500
        Detroit, MI 48226

Marc Swanson, Esq.
Miller Canfield
150 W. Jefferson
Suite 2500
Detroit, MI 48226

Respectfully submitted,

/s/ Ryan C. Plecha
Ryan C. Plecha
Lippitt O'Keefe Gornbein, PLLC
370 E. Maple Rd., 3rd Floor
Birmingham, MI 48009
(248) 646-8292
rplecha@lippittokeefe.com

Dated: March 12, 2015