No. 14-0112

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Mar 06, 2015
DEBORAH S. HUNT, Clerk

In re: CARL B. WILLIAMS; HASSAN ALEEM; )
DOROTHEA HARRIS, )
 ) O R D E R
    Petitioners. )

Before: GIBBONS, SUTTON, and KETHLEDGE, Circuit Judges.

The petitioners seek authorization for a direct appeal from the November 12, 2014 order of the bankruptcy court confirming the Eighth Amended Plan of Adjustment of the City of Detroit. Pursuant to 28 U.S.C. § 158(d)(2), we have discretion to authorize a direct appeal from an order of the bankruptcy court if the certification required by the statute is made by the bankruptcy court, the district court, the Bankruptcy Appellate Panel, or all of the appellants and appellees acting jointly. *See generally United States v. Davis*, 512 F.3d 856, 858 (6th Cir. 2008). A petition seeking a direct appeal to this court must be filed with this court within thirty days of the certification order. Fed. R. Bankr. P. 8006(g).

There has been no certification for a direct appeal of the November 12, 2014 confirmation order. Accordingly, the petition to appeal is **DENIED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 06, 2015

Hassan Aleem
2440 Taylor
Detroit, MI 48206

Dorothea Harris
20552 Huntington
Harper Woods, MI 48225

Carl B. Williams
10112 Somerset
Detroit, MI 48224-0000

Re: Case No. 14-112, *In re: Carl Williams, et al*
Originating Case No. : 13-53846

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Jill Colyer
Case Manager
Direct Dial No. 513-564-7024

cc: Mr. Bruce Scott Bennett
Ms. Beth R. Heifetz
Mr. David Gilbert Heiman
Mr. David J. Weaver

Enclosure

No mandate to issue