UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------- x
                                                   :
In re                                              :    Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         :    Case No. 13-53846
                                                   :
Debtor.                                            :    Hon. Thomas J. Tucker
-------------------------------------------------- x
```

## REQUEST TO RE REMOVED FROM RECEIVING ELECTRONIC FILINGS

Michael C. Hammer, counsel for MGM Grand Detroit LLC, requests to be removed from receiving electronic filings in this case.

Respectfully submitted,

*/s/ Michael C. Hammer*
Michael C. Hammer (P41705)
Dickinson Wright PLLC
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 623-1696
mchammer2@dickinsonwright.com

Dated: March 13, 2015

ANNARBOR 99998-899 191053v1