UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------------x
                                                                   :
In re                                                              :   Chapter 9
                                                                   :
CITY OF DETROIT, MICHIGAN,                                         :   Case No. 13-53846
                                                                   :
                              Debtor.                              :   Hon. Steven W. Rhodes
                                                                   :
                                                                   :
-------------------------------------------------------------------x
```

## REQUEST FOR REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that Sam J. Alberts of Dentons US LLP ("Dentons") hereby requests that his e-mail address be removed from all service lists in these proceedings, including the Court's CM/ECF electronic notification list, as his representation of The Official Committee of Retirees has concluded.

Dated: March 13, 2015
      Washington, D.C.

                                            DENTONS US LLP

                                            By:   */s/ Sam J. Alberts*
                                            Sam J. Alberts
                                            1301 K. Street, N.W.
                                            Suite 600, East Tower
                                            Washington, DC 20005-3364
                                            Tel.: (202) 408-7004
                                            Fax: (202) 408-6399
                                            e-mail: sam.alberts@dentons.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 13, 2015, the foregoing Request for Removal from Service List was filed and served using the Court's CM/ECF system, which provides electronic notification of such filings to all counsel of record.

Dated: March 13, 2015

DENTONS US LLP

By: */s/ Sam Alberts*
Sam J. Alberts
1301 K. Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364
Tel.: (202) 408-7004
Fax: (202) 408-6399
e-mail: sam.alberts@dentons.com