IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------X
                                                                :    Chapter 9

IN RE                                                    :

                                                               :    Case No. 13-53846

City Of Detroit, Michigan,                      :

                                                               :

                      DEBTOR                :    Hon. Thomas J. Tucker
---------------------------------------------------------X

**STIPULATION TO ALLOW CLAIM NO. 142 FILED BY
NORFOLK SOUTHERN RAILWAY COMPANY AS A
GENERAL UNSECURED CLAIM IN A REDUCED AMOUNT**

     Norfolk Southern Railway Company ("Norfolk Southern") and the City of Detroit, Michigan (the "Debtor"), by and through their undersigned counsel, state as follows in support of the entry of the *Order Allowing Claim No. 142 in a Reduced Amount* attached hereto as **Exhibit 1.**

     1.    On November 26, 2013, Norfolk Southern filed a proof of claim [Claim No. 142] in the amount of $36,128.73.

     2.    Upon discussion between the parties, Norfolk Southern has agreed that it received payments from the City in the amount of $4,101.38, thereby reducing its claim to $32,027.35.

     3.    Therefore, the parties have agreed to allow Claim No. 142 as a general unsecured claim in the amount of $32,027.35, which constitutes the only pre-petition claim of Norfolk Southern.

     **WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** approving the parties' stipulation.

4827-6788-9954.1

Respectfully submitted by:

| | |
|---|---|
| **FOLEY & LARDNER, LLP** <br><br> By: /s/ Jeffrey S. Kopp <br> Jeffrey S. Kopp (P59485) <br> John A. Simon (P61866) <br> Andrew B. Fromm (P79185) <br> 500 Woodward Ave., Ste. 2700 <br> Detroit, MI 48226 <br> Phone: (313) 234-7100 <br> jkopp@foley.com <br> jsimon@foley.com <br> afromm@foley.com <br><br> *Counsel to the City of Detroit, Michigan* <br><br><br> Dated: March 16, 2015 | By: /s/ Kevin M. Andris (w/consent) <br> Kevin M. Andris, Esq. <br> Norfolk Southern Railway Company <br> Three Commercial Place <br> Norfolk, VA 23510-9241 <br> Phone: (757) 629-2865 <br> kevin.andris@nscorp.com <br><br> *Counsel to Norfolk Southern* |

4827-6788-9954.1