# **<u>EXHIBIT 1</u>**

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-------------------------------------------------------X
IN RE : Chapter 9
:
City Of Detroit, Michigan, : Case No. 13-53846
:
DEBTOR : Hon. Thomas J. Tucker
-------------------------------------------------------X

**ORDER APPROVING STIPULATION TO ALLOW CLAIM NO. 142 AS A GENERAL UNSECURED CLAIM IN A REDUCED AMOUNT**

This matter having come before the Court on the *Stipulation to Entry of Order Allowing Claim No. 142 as a General Unsecured Claim in a Reduced Amount* (the "Stipulation"); Norfolk Southern[1] having filed Claim No. 142 in the above-captioned bankruptcy case; the parties having agreed that Claim No. 142 should be allowed as a general unsecured claim in a reduced amount; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. Claim No. 142 filed by Norfolk Southern shall be allowed as a general unsecured claim in the amount of $32,027.35, which constitutes the only pre-petition claim of Norfolk Southern.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

4827-6788-9954.1