IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
In re                                                   :  Chapter 9
                                                        :
                                                        :  Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :
                                                        :  Hon. Thomas J. Tucker
                       Debtor                           :
------------------------------------------------------- x

**STIPULATION FOR WITHDRAWAL OF**
**SATISFIED CLAIM OF SOUTHEAST MICHIGAN COUNCIL OF GOVERNMENTS**

Southeast Michigan Council of Governments ("SEMCOG") and the City of Detroit, Michigan (the "City"), by and through the undersigned, stipulate as follows in support of the entry of the *Order Withdrawing Satisfied Claim of Southeast Michigan Council of Governments* attached hereto as **Exhibit 1.**

1. On February 3, 2014, SEMCOG filed its proof of claim [Claim No. 693] (the "Claim") in the amount of $28,130.00.

2. There are no outstanding pre-petition amounts owed to SEMCOG by the City.

3. In the ordinary course of its business, the City has paid SEMCOG all of the outstanding amounts sought in the Claim.

4. SEMCOG hereby withdraws the Claim in its entirety because the Claim has been fully satisfied.

5. Nothing in this Stipulation or the proposed order attached hereto as Exhibit 1 addresses any post-petition claims which have arisen or may arise between the City and SEMCOG. Both parties fully reserve all of their respective rights with respect to any other post-petition claims.

4826-9186-9986.1

WHEREFORE the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** withdrawing the Claim.

Respectfully submitted by:

|  | **FOLEY & LARDNER, LLP** |
|---|---|
| By: /s/ Jody Egelton (w/ permission)<br>Jody Egelton<br>Southeast Michigan Council of Governments<br>1001 Woodward Ave, Suite 1400<br>Detroit, MI 48226<br>Phone: (313) 324-3423<br>egelton@semcog.org<br><br>*Finance Manager of Southeast Michigan Council of Governments* | By: /s/ Jeffrey S. Kopp<br>Jeffrey S. Kopp (P59485)<br>John A. Simon (P61866)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jkopp@foley.com<br>jsimon@foley.com<br><br>*Counsel to the City of Detroit, Michigan* |

Dated: March 16, 2015

4826-9186-9986.1