IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- X
: Chapter 9
IN RE :
: Case No. 13-53846
City Of Detroit, Michigan, :
:
DEBTOR : Judge Thomas J. Tucker
------------------------------------------------------- X

**ORDER APPROVING STIPULATION TO ALLOW CLAIM NO. 142 AS A GENERAL UNSECURED CLAIM IN A REDUCED AMOUNT**

This case is before the Court on the *Stipulation to Entry of Order Allowing Claim No. 142 as a General Unsecured Claim in a Reduced Amount* (Docket # 9441, the "Stipulation"); Norfolk Southern[1] having filed Claim No. 142 in the above-captioned bankruptcy case; the parties having agreed that Claim No. 142 should be allowed as a general unsecured claim in a reduced amount; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. The Stipulation is approved.

2. Claim No. 142 filed by Norfolk Southern is allowed as a general unsecured claim in the amount of $32,027.35, which constitutes the only pre-petition claim of Norfolk

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

Southern.

**Signed on March 16, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge