Case # 13-53846    Judge: Rhodes
Detroit Bankruptcy Court

## Notice to file Legal Brief

Dated 3/12/15 mailed

Hunter Todd
vs
City of Detroit

To the Honorable Judge Rhodes

Michigan court of Claims have not by any means dismissed the case against city of detroit, defendants V. Hunter Todd - age 67. Tractors were used in/and for future postal routes out of Dearborn postal center.

In this Brief we wishes to outline the matter of equal protection under Civil Rights Clause,; US Codes concerning two of more individuals coming together to do physical damages to an individual, I'm doman, etc.

3/12/15

Hunter Todd signed

13-53846-tjt    Doc 9451    Filed 03/17/15    Entered 03/17/15 16:01:27    Page 1 of 1