March 13, 2015

Re: compensation-portfolio
request for payment

Judge Steven Rhodes
United States Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, Michigan, 48226

Dear Jones Day;

As a long time resident of the CITY of DETROIT I am a secured creditor. Enclosed find documents that substantiate the claim that I have against the CITY. My intent is to provide background, clarity and closure for this matter.

The claim stems from a group of teachers and community activists who come together to build a structure for an education center created to tutor mathematics after school, on Saturdays and during the summer to Detroits youth.

The building at 320 Mack was torn down without the CITY following the proper-lawful procedures, without notifying us nor providing us with Just Compensation.

We need for the CITY to satisfy i.e. make good on the claim by forwarding to us a cashable check in the amount of eight million dollars. The injury was in the area of Building Rehabilitation and Losses and Community Impact.

You may contact us if you have question and farther explanation on this subject. Please make the check payable to: Deborah Lela Moore 4436 LeMay, Detroit, Michigan, 48214.

Sincerely,
all rights reserved at common law
Deborah Lela Moore
Secured creditor
d/b/a: Ahmose Math Academy

cc: Brenda Jones, City Council President
    City of Detroit Law Department/
    Jones Day Law Firm

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT
2015 MAR 17 P 3: 43
FILED

Exhibit A

United States
Bankruptcy Court
Eastern District
Division
case #13-53846

Bernard J. Youngblood
Wayne County Register of Deeds
November 01, 2012  11:21 AM
Inst:2012425417  FXF  Pages:19
Liber:50246  Page:842

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

> Deborah Moore, El
> c/o: [4436] Lemay Road
> non-domestic mail
> Detroit, Michigan Republic
> [zip code exempt]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| AHMOSE MATH CENTER | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 320 MACK AVENUE | DETROIT | MI. | 48201 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Moorish Empire | Treaty:Peace & Friendship 244- | UN #208/1999, #AA222141 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| MOORE | DEBORAH | LELA | Leg.Fict. |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4436 Lemay Street | Detroit | MI. | 48214 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | LEGAL FICTION | equity, Mich. Compiled Law | 14th. amendment citizen ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Moore | Deborah | Lela | El |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o: [4436] Lemay Road | Detroit | Mich. | [zip code exempt] | U.S.Repl. |

**4. This FINANCING STATEMENT covers the following collateral:**

### NOTICE TO THE PUBLIC
### SEE ATTACHMENTS

Exhibit  A - Surety Bond #D-----6421(L)
Exhibit  B - Bill of Exchange
Exhibit  C - Power of Attorney
Exhibit  D - Copyright Notice
Exhibit  E - Declaration of Lawful Standing
Exhibit  F - Security Agreement

Exhibit G- Deed 320 Mack

| 5. ALTERNATIVE DESIGNATION (If applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

Deborah Lela Moore, El ©

## Mack Ave.



LOT 23

LOT 24

320 Mack, Ahmose Math Academy

BRUSH ST.

PR. ASPHALT PAVING

CONC. CURB

Exit

November 15, 2012
initial Registered Mail # RR424640171US

AFFIDAVIT OF DAMAGES
compensatory, land, substantial
(Abstract)

doc #0320

as amended 12-17-12

**For the record, on the record to let the record show** that Deborah Lela Moore, El a natural woman, sentient human being and over the age of 21 is competent to state the facts herein. Deborah Lela Moore, El is not a CORPORATION OR LEGAL FICTION but is flesh and blood. Note that Deborah Lela Moore, El the principal owner of 320 and 308 Mack, historic properties in Brush Park stands on her rights at Common Law via UCC 1-207 and 1-103.6, the U.S. Constitution, Universal Human Rights Treaty and The Sovereign Immunity Act. That the said properties were granted to Deborah Lela Moore D/B/A Ahmose Math Center by DETROIT City Council for the purpose of housing an educational center of mathematics and grammar for children and youth of the CITY OF DETROIT. The said properties were transferred to private owners Deborah Lela Moore and Bilal Hajj for one (1) silver dollar. From December 2000 to November, 2012 320 and 308 Mack were maintained and subject to ongoing ordinary care and rehabilitation. Note that on December 26, 2007 the demolition of structure at 320 Mack was authorized by CITY OF DETROIT and carried out by Ferguson Construction. The following information represents a summary of Damages, due to injury and loss experienced by the Ahmose Math Academy, by its owners, Deborah Lela Moore, Bilal Hajj, the children and youth of the CITY OF DETROIT because of actions taken by THE CITY, its agencies and representatives from December, 2005 to November, 2012. AMA staff, students and parents were injured to the extent that pupils lost the opportunity to receive extended instruction in technical fields, teachers and students dispossessed of a building to teach in and attend. We were denied access to our property that was in an area that accommodated staff, parents and students. The CITY OF DETROIT was denied future tax payers.

building rehab
$340,050

replacement bldg.
$80,000

expenses
$1,010,000

Historic 320 Mack
$60,000

injury (general)
$2,000,000

unlawful and illegal acts
**count 1.** Conversion, no Just Compensation
$500,000
**count 2.** Deprivation of Rights, Title 18, U.S.C. §242
$200,000
**count 3.** City ordinance #290.H, no wrecking permit
$25,000  *at time of demolition*
**count 4.** Mala fides claim
$75,000
**count 5.** Conspiracy Against Rights, Title 18, U.S.C. §241
$200,000
**Count 6.** Adverse actions against protected class, activity
$2,000,000   and structure
**count 7.** breach of fiduciary obligations
$200,000

losses & community impact

| | |
|---|---|
| student tuition | $144,000 |
| premises to educate in | $400,050 |
| opportunity to advance in technology | $4,000,000 |
| library with rare books | $700 |
| office, commercial papers | $1200 |
| tools, equipment, supplies | |

NOTARIAL ADDRESS

STATE OF MICHIGAN }
WAYNE COUNTY }

ABDUR R. AHMAD
Notary "de jure" Michigan
Wayne County
My Appointment Expires 2039
**Acting in the County of** _____

witness 1 _____
print:

witness 2 _____
print:

witness 3 _____
print:

witness 4 _____
print:

On the _____ day of _____, Two Thousand twelve

_____ my commission expires _____ SEAL
name, title of officer of Notary Public

_Deborah Lela Moore El_
educator & secured party

_____
educator & secured party

*Reserve the right to amend this document and connect it to future documents as needed.

# AFFIDAVIT OF DAMAGES
compensatory, land, substantial
(Abstract)

doc #0320

*Expenses Categories*

## Building search-1997 to 2000   total = $3,000
meeting: Charles, Russell, Bilal, Ma'at, Rev. Brown
building searches-City of Detroit, Highland Park
computer checks for addresses & ownership

## purchase structure-203  P&DD Holding Letter
pre-purchase due diligence 2000 to 2003
holding fee  $1000

## Document preparation-letters, volunteer forms, logs
assembling & typesetting   $25.00/hour, 5 days @ 1.5 hrs/day to create & mail letter
publishing & filing  total = $16,00
computer use (WSU, Kinkos, UDM law school)
developing and distributing flyers
grant writing

## Building maintenance & care, monthly landscape (May.-Sept., 2000-2006, $150 per cut, 2 cuts/mo.)
$9000.00
maintenance & repair
   workmen, work logs
   security checks ... total $468 fuel (Twice/week, 52 weeks, 2003-2007)
   debris removal

## Meetings & Conferences: live, teleconferencing-1999-2007($2,160)
  monthly board meetings-minutes
  city of Detroit: P&DD, BS&ED, Assessors, City Council, City Planning Commission, cultural arts division
  contractors: Dumas & Assoc., Tidwell Construction
  entrepreneurs
  organizations: agency officials, representatives and staff

## Documentation: recording events, videos, camera purchases & develop pictures, receipts, radio interviews.
building (before & after), work done, dedications, student activities, duplicating, Kwanzas

## Research: subject matters:
legal matters INTERNET, DPL (main, municipal), WSU, WC3, Wayne Co. Register Deeds, UDM law
library(time: travel, work: dupli., internal search, writing, parking)

## Professional Consultant Work:
architectural services: drawings , video, measurement, publishing plans
   Univ. of Detroit Design Collaborative Center = $6,350
   Fonath & Company = $2,150
   WSU-Engineering = $1700
   Charles Ellis (initial drawing) = $40.00
   Kenneth (8 ½ x 11) computer printout = $50
   legal documents: motions, filings ... total = $1,000, appeals (# below include $700 for city zoning hearing)
International Brotherhood of Electrical Workers: circuit breakers (2) outside wiring, install meter box
   Electrical Work = $12,340

## Salaries:
developer = $82,642
Workers = $550 (frontage repair), $3.00 (fencing, survey), graffiti removal $600 stairwell cleanout $150
removal frontage plywood $25 reimbursements =
workmen + fencing, survey-$844, $400 expenses (tools and supplies)
Academy vehicle Plus repair, supplies, license, title, insurance start up ($600 + $400, $220)
**sum total = _____** (+ court appearance + drawing up disqual. doc 8-3-2007, $750)

## Attorney fees
Gbenga Anjorin , motion filing, letter to city = $1200
legal consulting:
   Wayne Co. Neighborhood Legal Services
   John Moek: WSU Law professor
   Bilal Hajj, Attorney In Fact
   Bobby Bell, Attorney In Fact
   Charity Hicks, paralegal

## Activity on 320 Mack
number of fund-raisers
fund-raising activities-solicitation
building dedication 2003 to 2005, 2009 to 2012
tutoring program activities
summer math program
after-school and Saturday math programs
special programs-math summit
educational conferences

activities performed  expenses incurred

## Community Artists:
develop academy posters
develop academy signs
sketch academy logos