UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-------------------------------------------------------

In re

CITY OF DETROIT, MICHIGAN,

    Debtor.

-------------------------------------------------------

Chapter 9

Case No. 13-53846

Hon. Thomas J. Tucker

**NOTICE OF AMENDMENT TO NON-EXCLUSIVE LIST OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On October 22, 2014, the City of Detroit (the "City"), filed the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 8045) (the "Plan").[1] On November 12, 2014, the Bankruptcy Court entered the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 8272) (the "Confirmation Order"). The Effective Date of the Plan occurred on December 10, 2014 (Docket No. 8649).

2. On August 4, 2014, the Bankruptcy Court entered an Order (the "Contract Procedures Order") approving certain procedures with respect to the

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Plan.

proposed assumption or assumption and assignment of Executory Contracts and Unexpired Leases pursuant to the Plan (Docket No. 6512).

3. In accordance with the Contract Procedures Order, the City filed the Non-Exclusive List of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan ("Non-Exclusive Plan Assumption List") (Docket No. 8387).

4. Pursuant to the Contract Procedures Order, the City retained the right to amend the Non-Exclusive Plan Assumption List to (a) modify the proposed Cure Amount Claim for any Assumed Agreement and (b) otherwise change any information related to an Assumed Agreement on such list.

5. The contract listed on Annex A hereto is hereby deleted from the Non-Exclusive Plan Assumption List.

DATED: March 18, 2015

Respectfully submitted,

Miller Canfield Paddock & Stone, PLC

By: /s/ Marc N. Swanson
    Jonathan S. Green (P33140)
    Stephen S. LaPlante (P48063)
    Marc N. Swanson (P71149)
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 963-6420
    Facsimile: (313) 496-7500
    swansonm@millercanfield.com
    green@millercanfield.com
    laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# ANNEX A

| Name of Counterparty | Vendor # | Contract # | Description | City Department | Cure Amount |
|---|---|---|---|---|---|
| Hewlett Packard Co. | 24210 | 2691446 | | Non-Departmental | $0 |