# EXHIBIT 1: PROPOSED ORDER

4820-9615-9522.1

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
                                                                       :    Chapter 9

In re                                     :

                                                       :    Case No. 13-53846

CITY OF DETROIT, MICHIGAN,      :

                                                       :    Hon. Thomas J. Tucker

                         Debtor          :

------------------------------------------------------- x

## ORDER APPROVING STIPULATION
## FOR WITHDRAWAL OF CLAIM OF TECH TOWN

This matter having come before the Court on the *Stipulation For Withdrawal Of Claim Of Tech Town* (the "Stipulation"); Tech Town[1] having filed Claim No. 282 (the "Claim") in the above-captioned bankruptcy case; Tech Town having agreed that the City is a wrongly-named party; Tech Town having agreed that the City owes it for no pre-petition amounts; Tech Town having agreed that there is no basis for the Claim against the City but reserving all of its rights against non-debtor parties and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1.     Claim No. 282 filed by Tech Town is withdrawn in its entirety without prejudice.

2.     The City's claims agent is hereby authorized to update the claims register to reflect the relief granted in this Order.

3.     The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

4820-9615-9522.1

4. Nothing in the Stipulation or this Order affects the rights of the City or Tech Town with respect to any post-petition or post-confirmation claims which have arisen or may arise between the parties. Both parties fully reserve all of their respective rights with respect to any post-petition or post-confirmation claims.