March 14, 2015

Bridget Murriel

3324 Hogarth

Detroit, MI 48206

United States Bankruptcy Court

211 W. Fort Street, Suite 2100

Detroit, MI 48226

Hon. Thomas J. Tucker,

I am rejecting the corrected notice of motion of the City of Detroit, pursuant to sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an order approving reserve amounts for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the eighth amended plan for the adjustment of debts of the City of Detroit. I oppose the City of Detroit, Michigan (the "City") filing papers with the Court seeking entry of an order, pursuant to sections 105(a) and 502(c) of title 11 of the United States Code and Rule 3021 of the Federal Rules of Bankruptcy Procedure, approving reserve amounts of certain disputed or unliquidated unsecured claims in connection with distributions to be made under the City's confirmed plan of adjustment.

Sincerely,

*Bridget Murriel*

Bridget Murriel

Form B20A(Official Form 20A)
12/1/10

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter: 9

Case No.: 13-53846

Judge: Hon. Thomas J. Tucker

Address: 2 Woodward Avenue, Suite 1126
Detroit, Michigan 48226

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 38-6004606

☒ Oppose

## CORRECTED NOTICE OF MOTION OF THE CITY OF DETROIT, PURSUANT TO SECTIONS 105(a) AND 502(c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3021, FOR AN ORDER APPROVING RESERVE AMOUNTS FOR CERTAIN DISPUTED OR UNLIQUIDATED UNSECURED CLAIMS IN CONNECTION WITH DISTRIBUTIONS TO BE MADE UNDER THE EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

The City of Detroit, Michigan (the "City") has filed papers with the Court seeking entry of an order, pursuant to sections 105(a) and 502(c) of title 11 of the United States Code and Rule 3021 of the Federal Rules of Bankruptcy Procedure, approving reserve amounts for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the City's confirmed plan of adjustment.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, on or by **March 23, 2015**, you or your attorney must:

1.       File with the court a written response or an answer, explaining your position at:[1]

United States Bankruptcy Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1] Any response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

NAI-1500314985v1

001KC0001_70099-2_DOMESTIC_33879/000235/000470/i

March 14, 2015

Bridget Murriel

3324 Hogarth

Detroit, MI 48206

United States Bankruptcy Court

211 W. Fort Street, Suite 2100

Detroit, MI 48226

Hon. Thomas J. Tucker,

I am rejecting the corrected notice of motion of the City of Detroit, pursuant to sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an order approving reserve amounts for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the eighth amended plan for the adjustment of debts of the City of Detroit. I oppose the City of Detroit, Michigan (the "City") filing papers with the Court seeking entry of an order, pursuant to sections 105(a) and 502(c) of title 11 of the United States Code and Rule 3021 of the Federal Rules of Bankruptcy Procedure, approving reserve amounts of certain disputed or unliquidated unsecured claims in connection with distributions to be made under the City's confirmed plan of adjustment.

Sincerely,

*Bridget Murriel*

Bridget Murriel

Form B20A(Official Form 20A)
12/1/10

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re:

**CITY OF DETROIT, MICHIGAN,**

Debtor.

Chapter: 9

Case No.: 13-53846

Judge: Hon. Thomas J. Tucker

Address: 2 Woodward Avenue, Suite 1126
Detroit, Michigan 48226

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 38-6004606

☒ Oppose

**CORRECTED NOTICE OF MOTION OF THE CITY OF DETROIT, PURSUANT TO SECTIONS 105(a) AND 502(c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3021, FOR AN ORDER APPROVING RESERVE AMOUNTS FOR CERTAIN DISPUTED OR UNLIQUIDATED UNSECURED CLAIMS IN CONNECTION WITH DISTRIBUTIONS TO BE MADE UNDER THE EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

The City of Detroit, Michigan (the "City") has filed papers with the Court seeking entry of an order, pursuant to sections 105(a) and 502(c) of title 11 of the United States Code and Rule 3021 of the Federal Rules of Bankruptcy Procedure, approving reserve amounts for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the City's confirmed plan of adjustment.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, **on or by March 23, 2015,** you or your attorney must:

1.　　　　File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

---
[1]　　Any response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

NAI-1500314985v1

001KC0001_70099-1_DOMESTIC_33878/000158/000316/i