IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| | ) | Case No. 13-53846 |
| CITY of DETROIT, MICHIGAN | ) | |
| | ) | Hon. Thomas J. Tucker |
| | ) | |
| Debtor. | ) | |

FILED 2015 MAR 19 P 4:34 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT

## ORDER PERMITTING TRADITIONAL PAPER FILINGS

It is hereby ordered that Carlita Buffinton (Claim No. 3582), Melyni Richardson (Claim No. 3586), Gina Parker (Claim No. 3581), Bridgett Scott (Claim No. 3587), Clear Imaging & Michigan Spine & Rehab (Claim No. 3580), Clear Imaging, Michigan Spine & Rehab, Universal Health Group (Claim No. 3585), *through their attorney, Joseph R. Lobb,* be permitted to file the Motion for Reconsideration of Disallowed CLAIMS NOS. 3580, 3581, 3582, 3585, 3586, and 3587 by way of traditional paper filings.

_____ 3-19-15
Hon. Thomas J. Tucker
United States Bankruptcy Judge