March 13, 2015

Re: compensation portfolio
 request for payment

Judge Steven Rhodes
United States Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, Michigan, 48226

Dear Jones Day;

As a longtime resident of the CITY of DETROIT I am a secured creditor. Enclosed find documents that substantiate the claim that I have against the CITY. My intent is to provide background, clarity and closure for this matter.

The claim stems from a group of teachers and community activists who come together to build a structure for an education center created to tutor mathematics after school, on Saturdays and during the summer to Detroit's youth.

The building at 320 Mack was torn down without the CITY following the proper-lawful procedures without notifying us nor providing us with Just Compensation.

We need for the CITY to satisfy i.e. make good on the claim by forwarding to us a cashable check in the amount of eight million dollars. The injury was in the area of Building Rehabilitation and Losses and Community Impact.

You may contact us if you have question and further explanation on this subject. Please make the check payable to: Deborah Lela Moore 4436 LeMay, Detroit, Michigan, 48214

Sincerely,
all rights reserved at Common Law
Deborah Lela Moore
Secured creditor
d/b/a: Ahmose Math Academy

cc: Brenda Jones, City Council President
    City of Detroit Law Department/
    Jones Day Law Firm

FILED 2015 MAR 18 A 9:31 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

United States Bankruptcy Court Eastern District Division case # 13-53846

**Bernard J. Youngblood**
**Wayne County Register of Deeds**
November 01, 2012  11:21 AM
Inst: 2012425417   FXF   Pages: 19
Liber: 50246  Page: 842

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Deborah Moore, El
c/o: [4436] Lemay Road
non-domestic mail
Detroit, Michigan Republic
    [zip code exempt]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| AHMOSE MATH CENTER | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 320 MACK AVENUE | DETROIT | MI. / 48201 | USA |
| 1d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: Moorish Empire | 1f. JURISDICTION OF ORGANIZATION: Treaty:Peace & Friendship 244- | 1g. ORGANIZATIONAL ID #: UN #208/1999, #AA222141 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| MOORE | DEBORAH | LELA | Leg.Fict. |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 4436 Lemay Street | Detroit | MI. / 48214 | USA |
| 2d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION: LEGAL FICTION | 2f. JURISDICTION OF ORGANIZATION: equity, Mich. Compiled Law | 2g. ORGANIZATIONAL ID #: 14th. amendment citizen ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Moore | Deborah | Lela | El |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| c/o: [4436] Lemay Road | Detroit | Mich. / [zip code exempt] | U.S.Repl. |

**4. This FINANCING STATEMENT covers the following collateral:**

**NOTICE TO THE PUBLIC**
**SEE ATTACHMENTS**

Exhibit A - Surety Bond #D-----6421(1)
Exhibit B - Bill of Exchange
Exhibit C - Power of Attorney
Exhibit D - Copyright Notice
Exhibit E - Declaration of Lawful Standing
Exhibit F - Security Agreement
Exhibit G - Deed 320 Mack

**5. ALTERNATIVE DESIGNATION** [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING
**6.** ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum   **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
*Deborah Lela Moore, El©*

November 15, 2012　　　　　　　　AFFIDAVIT OF DAMAGES　　　　　doc #0320
initial Registered Mail # RR424640171US　　compensatory, land, substantial
　　　　　　　　　　　　　　　　　　(Abstract)　　　　　as amended 12-17-12

**For the record, on the record to let the record show** that Deborah Lela Moore, El a natural woman, sentient human being and over the age of 21 is competent to state the facts herein. Deborah Lela Moore,El is not a CORPORATION OR LEGAL FICTION but is flesh and blood. Note that Deborah Lela Moore, El the principal owner of 320 and 308 Mack, historic properties in Brush Park stands on her rights at Common Law via UCC 1-207 and 1-103.6, the U.S. Constitution, Universal Human Rights Treaty and The Sovereign Immunity Act. That the said properties were granted to Deborah Lela Moore D/B/A Ahmose Math Center by DETROIT City Council for the purpose of housing an educational center of mathematics and grammar for children and youth of the CITY OF DETROIT. The said properties were transferred to private owners Deborah Lela Moore and Bilal Hajj for one (1) silver dollar. From December 2000 to November, 2012, 320 and 308 Mack were maintained and subject to ongoing ordinary care and rehabilitation. Note that on December 26, 2007 the demolition of structure at 320 Mack was authorized by CITY OF DETROIT and carried out by Ferguson Construction. The following information represents a summary of Damages, due to injury and loss experienced by the Ahmose Math Academy, by its owners, Deborah Lela Moore, Bilal Hajj, the children and youth of the CITY OF DETROIT because of actions taken by THE CITY, its agencies and representatives from December, 2005 to November, 2012. AMA staff, students and parents were injured to the extent that pupils lost the opportunity to receive extended instruction in technical fields, teachers and students dispossessed of a building to teach in and attend. We were denied access to our property that was in an area that accommodated staff, parents and students. The CITY OF DETROIT was denied future tax payers.

<u>building rehab</u>
$340,050

<u>replacement bldg.</u>
$80,000

<u>expenses</u>
$1,010,000

<u>Historic 320 Mack</u>
$60,000

<u>injury</u> (general)
$2,000,000

<u>unlawful and illegal acts</u>
**count 1.** Conversion, no Just Compensation
$500,000
**count 2.** Deprivation of Rights, Title 18, U.S.C. §242
$200,000
**count 3.** City ordinance #290.H, no wrecking permit
$25,000
**count 4.** Mala fides claim
$75,000
**count 5.** Conspiracy Against Rights, Title 18, U.S.C. §241
$200,000
**Count 6.** Adverse actions against protected class, activity
$2,000,000     and structure
**count 7.** breach of fiduciary obligations
$200,000

<u>losses & community impact</u>
| | |
|---|---|
| student tuition | $144,000 |
| premises to educate in | $400,050 |
| opportunity to advance in technology | $4,000,000 |
| library with rare books | $700 |
| office, commercial papers | $1200 |
| tools, equipment, supplies | |

NOTARIAL ADDRESS

STATE OF MICHIGAN }
WAYNE COUNTY }

*[signature]*

**ABDUR R. AHMAD**
Notary "de jure" Michigan
Wayne County
My Appointment Expires 2039
Acting in the County of _____

witness 1 _[signature]_
print:

witness 2 _Daniel C. Moore_
print:

witness 3 _[signature] Kelly_
print:

witness 4 _____
print:

On the ____ day of _____, Two Thousand twelve

_____ my commission expires ____ SEAL
name, title of officer of Notary Public

_[signature] Deborah Lela Moore, El_
educator & secured party

_[signature] Bilal Hajj_
educator & secured party

*Reserve the right to amend this document and connect it to future documents as needed.*

November 15, 2012     AFFIDAVIT OF DAMAGES     doc #0320
USPS Registered Mail # RR424640171US     compensatory, land, substantial
(Abstract)

Expenses Categories

### Building search-1997 to 2000  total = $3,000
meeting: Charles, Russell, Bilal, Ma'at, Rev. Brown
building searches-City of Detroit, Highland Park
computer checks for addresses & ownership

### purchase structure-203 P&DD Holding Letter
pre-purchase due diligence 2000 to 2003
holding fee $1000

### Document preparation-letters, volunteer forms, logs
assembling & typesetting   $25,00/hour, 5 days @ 1.5 hrs/day to create & mail letter
publishing & filing  total = $16,00
computer use (WSU, Kinkos, UDM law school)     activities performed  expenses incurred
developing and distributing flyers
grant writing

### Activity on 320 Mack
number of fund-raisers
fund-raising activities-solicitation
building dedication 2003 to 2005, 2009 to 2012
tutoring program activities
summer math program
after-school and Saturday math programs
special programs-math summit
educational conferences

### Building maintenance & care, monthly landscape (May-Sept., 2000-2006, $150 per cut, 2 cuts/mo.)
$9000.00
maintenance & repair
    workmen, work logs
    security checks ... total $468 fuel (Twice/week, 52 weeks, 2003-2007)
    debris removal

### Meetings & Conferences: live, teleconferencing-1999-2007($2,160)
monthly board meetings-minutes
city of Detroit: P&DD, BS&ED, Assessors, City Council, City Planning Commission, cultural arts division
contractors: Dumas & Assoc., Tidwell Construction
entrepreneurs
organizations: agency officials, representatives and staff

### Documentation: recording events, videos, camera purchases & develop pictures, receipts, radio interviews.
building (before & after), work done, dedications, student activities, duplicating, Kwanzas

### Research: subject matters:
legal matters INTERNET, DPL (main, municipal), WSU, WC3, Wayne Co. Register Deeds, UDM law
library(time: travel, work: dupli., internal search, writing, parking)

### Professional Consultant Work:
architectural services: drawings , video, measurement, publishing plans
    Univ. of Detroit Design Collaborative Center = $6,350
    Fonath & Company = $2,150
    WSU-Engineering = $1700
    Charles Ellis (initial drawing) = $40.00
    Kenneth (8 ½ x 11) computer printout = $50
    legal documents: motions, filings ... total = $1,000, appeals (# below include $700 for city zoning hearing)
International Brotherhood of Electrical Workers: circuit breakers (2) outside wiring, install meter box
    Electrical Work = $12,340

### Salaries:
developer = $82,642
Workers = $550 (frontage repair), $3.00 (fencing, survey), graffiti removal $600 stairwell cleanout $150
removal frontage plywood $25 reimbursements =
workmen + fencing, survey-$844, $400 expenses (tools and supplies)
Academy vehicle Plus repair, supplies, license, title, insurance start up ($600 + $400, $220)
**sum total =** _____ (+ court appearance + drawing up disqual. doc 8-3-2007, $750)

### Attorney fees
Gbenga Anjorin , motion filing, letter to city = $1200
legal consulting:
    Wayne Co. Neighborhood Legal Services
    John Moek: WSU Law professor
    Bilal Hajj, Attorney In Fact
    Bobby Bell, Attorney In Fact
    Charity Hicks, paralegal

### Community Artists:
develop academy posters
develop academy signs
sketch academy logos

# AHMOSE MATH SITE PLAN

