Katherine B. Gullo, Clerk
U. S. Bankruptcy Court
211 West Fort Street, Ste. 2100
Detroit, Michigan 48226

RE: Case Number 13-53846
Claim Number 3451 and 3657

Dear Ms. Gullo:

I hereby certify that on February 21, 2014 I filed Claim Number 3451 on the basis of race discrimination and retaliation. I hereby certify that Claim Number 3657 was filed on March 19, 2014 by the U.S. Equal Employment Opportunity Commission (EEOC) on my behalf based on discrimination with the U.S. Bankruptcy Court MI Eastern District. I hereby certify that I received a notice dated May, 12, 2014 in response to my initial objection of a settlement. I elected to proceed with a trial. Per the letter I received from Steven Schwartz on behalf of the City of Detroit Water and Sewage Department. The next step in the Alternative Dispute Resolution (ADR) process was to be a case evaluation. According to the notice I will be notified when the case evaluation hearing date was set. This is the last communication I received in regards to the claim.

I hereby certify that on this 13th day of March, 2014 I Kim Lamar Spicer, do not want the court to grant the motion of the City of Detroit, pursuant to sections 105(a) and 503(c) of the bankruptcy rule 3021, for an order approving reserve amounts for certain disputed or unliquidated unsecured claims 233 werein connection with distributions to be made under the eight amended plan for the adjustment of debts of the City of Detroit.

Should you have any questions or concerns regarding this case, please feel free to contact me at the address listed below.

Mr. Kim Lamar Spicer
29357 Sandalwood
Roseville, Michigan 48066
313-399-8312

Your attentiveness in this matter is greatly appreciated.

Sincerely,

Kim Lamar Spicer