City of Detroit, Michigan
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

PRF 70099   11749486         000711

Jones, Eddie Lott
14910 Ferguson Street
Detroit MI 48227-1425

**FILED**

2015 MAR 20 A 10: 51

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

March 17, 2015

I need the Court to take precident in my rights according to my small pension. Now I am in poverty disabled, and unable to work. 74 years old super senior times like these should have never happened.

(Negative on my toll) Bankruptcy of Detroit has taken a family's mental and physical health.

I am writing to the Court for the return of my pension benefits.

Sincerely,
Eddie Lott Jones

Form B20A(Official Form 20A)
12/1/10

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter: 9

Case No.: 13-53846

Judge: Hon. Thomas J. Tucker

Address: 2 Woodward Avenue, Suite 1126
Detroit, Michigan 48226

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 38-6004606

## CORRECTED NOTICE OF MOTION OF THE CITY OF DETROIT, PURSUANT TO SECTIONS 105(a) AND 502(c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3021, FOR AN ORDER APPROVING RESERVE AMOUNTS FOR CERTAIN DISPUTED OR UNLIQUIDATED UNSECURED CLAIMS IN CONNECTION WITH DISTRIBUTIONS TO BE MADE UNDER THE EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT

The City of Detroit, Michigan (the "City") has filed papers with the Court seeking entry of an order, pursuant to sections 105(a) and 502(c) of title 11 of the United States Code and Rule 3021 of the Federal Rules of Bankruptcy Procedure, approving reserve amounts for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the City's confirmed plan of adjustment.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, **on or by March 23, 2015,** you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

    **United States Bankruptcy Court**
    United States Bankruptcy Court
    211 W. Fort Street, Suite 2100
    Detroit, Michigan 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1] Any response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

NAI-1500314985v1

You must also mail a copy to:

>Heather Lennox (OH 0059649)
>JONES DAY
>North Point
>901 Lakeside Avenue
>Cleveland, Ohio 44114
>Telephone: (216) 586-3939
>Facsimile: (216) 579-0212

2. If a response or answer is timely filed and served, the Court will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: March 4, 2015

Respectfully submitted,

/s/ Heather Lennox
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
hlennox@jonesday.com

ATTORNEYS FOR THE CITY

NAI-1500314985v1