211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service is missing. (RE: related document(s)[9450] Objection filed by Creditor Bridget Murriel to the Motion of the City of Detroit, Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to Be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit Filed by Debtor In Possession City of Detroit, Michigan (Docket # 9351)). See below for information regarding deadline for filing the missing Proof of Service.

is defective as indicated:

- ☐ Acceptable List of Creditors
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Cover Sheet for Amendments (To be filed with corrected document in its entirety as one PDF)
- ☐ Amended Document (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))

- ☐ Notice to Respondent
- ☐ Original Signature
- ☑ Proof of Service Missing or Non–Compliant
- ☐ Proposed Order
- ☐ Reaffirmation Agreement Cover Sheet
- ☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 3/19/15

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                   Case No. 13-53846-tjt
City of Detroit, Michigan                                                Chapter 9
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0645-2           User: csiku                 Page 1 of 18             Date Rcvd: Mar 19, 2015
                               Form ID: def2               Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2015.
cr          +Balchand P. Patel,    7740 Beaverland,    Detroit, MI 48239-1086
            +Bridget Murriel,   3324 Hogarth,    Detroit, MI 48206-2500
22281915    +Barry Allen, Executive Director,    Vanguardians,    POB 11202,   Glendale, California 91226-7202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Daniel M. McDermott
                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2015                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2015 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John   Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John   Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com,  drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
               abach@dickinsonwright.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com

Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com

Andrew A. Paterson, Jr.    on behalf of Plaintiff    Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com

Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com

Andrew A. Paterson, Jr.    on behalf of Creditor Robert    Davis aap43@outlook.com, aap43law@gmail.com

Angela Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org, HollisR@dhcmi.org

Anthony J. Kochis    on behalf of Creditor    Iron Mountain Information Management, LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com

Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com

Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com

Barbara A. Patek    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com

Barbara A. Patek    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C. bpatek@ermanteicher.com

Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com

Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association bpatek@ermanteicher.com

Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com

Benjamin J. Wilensky    on behalf of Creditor Robert    Cole bjw@seikalystewart.com

Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com

Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com

Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com, wkyles@schaferandweiner.com

Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com, ssikorski@manteselaw.com

Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com, joumedian@sspclegal.com

Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com, joumedian@sspclegal.com

Brett A. Border    on behalf of Interested Party    CitiMortgage, Inc. bborder@sspclegal.com, joumedian@sspclegal.com

Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C. bborder@sspclegal.com, joumedian@sspclegal.com

Brett A. Border    on behalf of Interested Party    Kondaur Capital Corporation bborder@sspclegal.com, joumedian@sspclegal.com

Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com, joumedian@sspclegal.com

Brian Keck    on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com, aworlen@morganmeyers.com

Brian Keck    on behalf of Interested Party Denise  Gardner bkeck@morganmeyers.com, aworlen@morganmeyers.com

Brian Keck    on behalf of Interested Party Patricia  Ramirez bkeck@morganmeyers.com, aworlen@morganmeyers.com

Brian Keck    on behalf of Interested Party Kimberly  James bkeck@morganmeyers.com, aworlen@morganmeyers.com

Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

Bruce Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan bbennett@jonesday.com

Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

Carina Kraatz    on behalf of Interested Party    Resnick & Moss, P.C. ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net

Carina Kraatz    on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C. candres@gklaw.com
- Carol Connor Cohen on behalf of Interested Party Ambac Assurance Corporation carol.cohen@arentfox.com
- Carol Connor Cohen on behalf of Plaintiff Ambac Assurance Corporation carol.cohen@arentfox.com
- Carole Neville on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
- Carole Neville on behalf of Retiree Committee Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com
- Caroline Turner English on behalf of Interested Party Ambac Assurance Corporation caroline.english@arentfox.com
- Caroline Turner English on behalf of Plaintiff Ambac Assurance Corporation caroline.english@arentfox.com
- Carolyn Beth Markowitz on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM
- Charles Bruce Idelsohn on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
- Charles D. Bullock on behalf of Interested Party Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
- Charles N. Ash on behalf of Creditor UBS AG cash@wnj.com, kkranz@wnj.com
- Charles N. Ash on behalf of Defendant UBS AG cash@wnj.com, kkranz@wnj.com
- Charles N. Ash on behalf of Defendant Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
- Charles N. Ash on behalf of Creditor Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
- Christopher A. Grosman on behalf of Interested Party BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
- Christopher A. Grosman on behalf of Creditor Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
- Cindy Tsai on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
- Claude D. Montgomery on behalf of Retiree Committee Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
- Claude D. Montgomery on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
- Courtney M. Rogers on behalf of Interested Party U.S. Bank National Association courtney.rogers@wallerlaw.com
- Courtney M. Rogers on behalf of Creditor U.S. Bank National Association courtney.rogers@wallerlaw.com
- Craig B. Rule on behalf of Creditor Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
- Cynthia J. Haffey on behalf of Defendant Detroit General Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
- Cynthia J. Haffey on behalf of Defendant Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
- Dale Price on behalf of Creditor Equal Employment Opportunity Commission dale.price@eeoc.gov, legaldt.detroit@eeoc.gov
- Dan Korobkin on behalf of Interested Party Ian Mobley dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Nathaniel Price dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Jerome Pierce dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Paul Kaiser dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Jason Leverette-Saunders dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Laura Malher dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party James Washington dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Darlene Hellenberg dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Angie Wong dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Stephanie Hollander dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Kimberly Mobley dkorobkin@aclumich.org
- Dan Korobkin on behalf of Interested Party Wanda Leverette dkorobkin@aclumich.org
- Daniel J. Weiner on behalf of Plaintiff Ambac Assurance Corporation dweiner@schaferandweiner.com
- Daniel J. Weiner on behalf of Interested Party Ambac Assurance Corporation dweiner@schaferandweiner.com
- David Eisenberg on behalf of Creditor Detroit Police Officers Association deisenberg@ermanteicher.com
- David Eisenberg on behalf of Creditor Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com
- David Eisenberg on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com
- David A. Lerner on behalf of Creditor Plunkett Cooney dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
- David A. Lerner on behalf of Creditor Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
- David E. Lemke on behalf of Creditor U.S. Bank National Association david.lemke@wallerlaw.com
- David Gilbert Heiman on behalf of Defendant City of Detroit, Michigan dgheiman@jonesday.com
- David Gilbert Heiman on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
- David Gilbert Heiman on behalf of Debtor In Possession City of Detroit, Michigan dgheiman@jonesday.com
- David L. Dubrow on behalf of Plaintiff Ambac Assurance Corporation david.dubrow@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
        david.dubrow@arentfox.com
        David M. Blau    on behalf of Creditor    NTH Consultants, Ltd. dblau@clarkhill.com
        David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
        nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
        nepc.com
        David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
        kbilpo@seyburn.com
        Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com,
        dnavin@dickinsonwright.com
        Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
        General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
        Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
        kovskyd@pepperlaw.com,  alexsym@pepperlaw.com
        Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
        alexsym@pepperlaw.com
        Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Intervenor-Defendant    BlueMountain Capital Management, LLC
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P.
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Stone Lion Capital Partners L.P.
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Panning Capital Management, LP
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Debra N. Pospiech    on behalf of Interested Party Patricia  Ramirez dpospiech@morganmeyers.com
        Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
        dbeckwith@fosterswift.com
        Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
        dbeckwith@fosterswift.com
        Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
        dbeckwith@fosterswift.com
        Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
        dbeckwith@fosterswift.com
        Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
        don@mcguiganlaw.com
        Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters,
        AFL-CIO, CLC dls@wmlaborlaw.com
        Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
        dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast
 Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
 Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
 eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
 eerman@ermanteicher.com
Edward Todd Sable    on behalf of Interested Party    General Motors LLC tsable@honigman.com,
 litdocket@honigman.com
Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
 emajoros@glmpc.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
 bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
 (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
 ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll    on behalf of Creditor    CitiMortgage, Inc. bankruptcy@orlans.com,
 ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll    on behalf of Creditor     M&T Bank bankruptcy@orlans.com,
 ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll    on behalf of Creditor    M&T Bank bankruptcy@orlans.com,
 ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
 ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
 bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll    on behalf of Creditor    Rushmore Loan Management Services, LLC
 bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
 bankruptcy@orlans.com, ANHSOA@earthlink.net
Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
 ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
 carlson@millercanfield.com
Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
 enovetsky@jaffelaw.com
Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit efeldman@clarkhill.com
Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
 efeldman@clarkhill.com
Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
 jabdelnour@resnicklaw.net
Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
 ecf-hen@rhoadesmckee.com
Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
 Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
 Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
 Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
 Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heather  Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com
Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
 hlennox@jonesday.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Heather  Lennox     on behalf of Interested Party   Miller Buckfire & Co., LLC hlennox@jonesday.com
              Heather  Lennox     on behalf of Interested Party   Christie's, Inc. hlennox@jonesday.com
              Heather  Lennox     on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Heidi  Peterson     hdpeterson75@gmail.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
               mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
               howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
              Howard Yale Lederman     on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
              Howard Yale Lederman     on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
              Howard Yale Lederman     on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
              Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
              Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
              Ian S. Bolton    on behalf of Creditor    FK Park, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              Ian S. Bolton    on behalf of Creditor    FK South, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              Irma  Industrious     on behalf of Interested Party    City of Detroit Law Department
               iindustrious@yahoo.com
              Irma  Industrious     on behalf of Creditor Irma  Industrious iindustrious@yahoo.com
              James  Sprayregen     on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen     on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen     on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
              Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
               jeansartre@msn.com
              Jason  Abel    on behalf of Interested Party    Detroit Institute of Arts jpa@honigman.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com,
               ssmith@kerr-russell.com
              Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
               jbank@kerr-russell.com,  ssmith@kerr-russell.com
              Jeffery R. Sieving     on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey  Rossman     on behalf of Creditor    U.S. Bank, N.A. jrossman@mwe.com
              Jeffrey  Rossman     on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
               Lhaidostian@mwe.com
              Jeffrey  Rossman     on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
              Jeffrey  Rossman     on behalf of Interested Party    U.S. Bank N.A. jrossman@mwe.com
              Jeffrey David Eaton     on behalf of Creditor    Parsons Brinckerhoff Michigan, Inc.
               jeaton@schiffhardin.com
              Jeffrey H. Bigelman     on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,  tc@osbig.com
              Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
               jgrasl@mcdonaldhopkins.com,  sharrow@mcdonaldhopkins.com
              Jeffrey S. Grasl    on behalf of Creditor    Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
               sharrow@mcdonaldhopkins.com
              Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
              Jennifer Zbytowski Belveal     on behalf of Defendant    Detroit Entertainment, LLC
               jbelveal@honigman.com,  mjohnson@honigman.com
              Jennifer Zbytowski Belveal     on behalf of Defendant    Greektown Casino, LLC
               jbelveal@honigman.com,  mjohnson@honigman.com
              Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
              Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
              Joel D. Applebaum     on behalf of Respondent    Detroit Wayne Joint Building Authority
               japplebaum@clarkhill.com
              Joel D. Applebaum     on behalf of Creditor    Colasanti Construction Services, Inc.
               japplebaum@clarkhill.com
              John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jstevens@mathesonparr.com, nlmumma@aol.com
          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
           pjohnson@bredhoff.com;mforan@bredhoff.com
          John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
           john.ramirez@kattenlaw.com
          John M. Carey    on behalf of Creditor    Wayne County jmcarey@eastmansmith.com,
           sorose@eastmansmith.com;jjlefevre@eastmansmith.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           john.sieger@kattenlaw.com
          John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
           jcanzano@kmsmc.com
          Jonathan S. Green    on behalf of Defendant Michael  Hall green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
          Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
           green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant    City of Detroit green@millercanfield.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
           green@millercanfield.com
          Jong-Ju Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
           jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
          Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
           jfischer@carsonfischer.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judy B. Calton    on behalf of Creditor    MICMR, LLC jcalton@honigman.com, litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Singent Consulting LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Mound Road Enterprises L.L.C. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    LDM, LLC jcalton@honigman.com, litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    TSD Solutions LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Delbruck Technology, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    440 Congress LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Stanne Consulting, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Gekko Enterprises LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Taggart Technologies LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    VITEC, L.L.C. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Cass Community Social Services, Inc.
           jcalton@honigman.com, litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
           litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Judy B. Calton    on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Compuware Corporation jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Seven Mile Partners, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Cathedral Owner LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    3100 East Jefferson, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Oakland Plant Properties, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Magnolia Properties, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    4737 Conner Co., LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Enforcement Technology, Inc. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
               jcalton@honigman.com,    litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Regency Owner LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Linwood Neighbors LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Attorney    L. Katie Mason jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Mack Avenue Investors LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Seven Mile Holdings, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Judy B. Calton    on behalf of Creditor    Bean Little Investments, LLC jcalton@honigman.com, litdocket@honigman.com
        Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association jteicher@ermanteicher.com
        Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com
        Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
        Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
        Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc. karen.dine@kattenlaw.com
        Karen Vivian Newbury    on behalf of Creditor    DEPFA Bank PLC knewbury@schiffhardin.com
        Karen Vivian Newbury    on behalf of Creditor    FMS Wertmanagement knewbury@schiffhardin.com
        Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association Avery@SilvermanMorris.com
        Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
        Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com
        Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association Avery@SilvermanMorris.com
        Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan kressk@pepperlaw.com, alexsym@pepperlaw.com
        Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
        Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
        Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
        Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider kschneider@schneidermiller.com
        Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov, michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Mary.compeau@usdoj.gov
        Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com
        Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
        Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
        Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006 Kristin.Going@dbr.com
        Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005 Kristin.Going@dbr.com
        Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Kurt Thornbladh on behalf of Plaintiff John Jackson kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh on behalf of Creditor Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    L. Nichole Hunter on behalf of Creditor Public Lighting Authority nhunter@alglawpc.com, sobrien@alglawpc.com
    Lawrence A. Larose on behalf of Creditor Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
    Lawrence A. Larose on behalf of Plaintiff Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
    Lawrence A. Lichtman on behalf of Creditor 660 Woodward Associates, LLC llichtman@honigman.com, litdocket@honigman.com
    Leah Montesano on behalf of Interested Party Ambac Assurance Corporation leah.montesano@arentfox.com
    Leland Prince on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
    Leonora K. Baughman on behalf of Respondent Wayne County Treasurer ecf@kaalaw.com
    Lisa Okasinski on behalf of Creditor HRT Enterprises lisa@demolaw.com
    Lisa Hill Fenning on behalf of Creditor General Retirement System of the City of Detroit Lisa.Fenning@aporter.com
    Lisa Hill Fenning on behalf of Creditor Police and Fire Retirement System of the City of Detroit Lisa.Fenning@aporter.com
    Lisa Sommers Gretchko on behalf of Creditor Howard & Howard Attorneys PLLC lgretchko@howardandhoward.com, mparker@HowardandHoward.com
    Louis P. Rochkind on behalf of Plaintiff National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
    Louis P. Rochkind on behalf of Creditor National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
    M. Ellen Dennis on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu
    Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
    Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
    Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
    Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
    Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
    Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
    Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
    Mami Kato on behalf of Creditor Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
    Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
    Marc N. Swanson on behalf of Defendant Detroit City Council swansonm@millercanfield.com
    Marc N. Swanson on behalf of Defendant Michael Hall swansonm@millercanfield.com
    Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
    Marc N. Swanson on behalf of Defendant City of Detroit swansonm@millercanfield.com
    Marc N. Swanson on behalf of Defendant Michael Duggan, Mayor swansonm@millercanfield.com
    Marc N. Swanson on behalf of Defendant City of Detroit, Michigan swansonm@millercanfield.com
    Mark Wasvary on behalf of Creditor Hyde Park Co-Operative, et al. mark@wasvarylaw.com
    Mark Wasvary on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
    Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
    Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
    Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
    Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
    Mark H. Shapiro on behalf of Creditor BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
    Mark H. Shapiro on behalf of Interested Party Greenhill & Co., LLC shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
    Mark R. James on behalf of Interested Party Financial Guaranty Insurance Company mrj@wwrplaw.com
    Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
    Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
    Marshall S. Huebner on behalf of Creditor Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
    Mary Beth Cobbs on behalf of Interested Party City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
    Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Mary Kay Shaver on behalf of Creditor Varnum LLP mkshaver@varnumlaw.com
- Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
- Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
- Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Intervenor-Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew D. Harper on behalf of Interested Party City of Detroit Water and Sewerage Department mdharper@eastmansmith.com
- Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt AG summersm@ballardspahr.com
- Max J. Newman on behalf of Interested Party Wayne County Corporation newman@butzel.com
- Melissa Demorest LeDuc on behalf of Creditor T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
- Melissa Demorest LeDuc on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
- Melissa Demorest LeDuc on behalf of Creditor John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
- Melissa Demorest LeDuc on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
- Melissa Demorest LeDuc on behalf of Creditor HRT Enterprises melissa@demolaw.com, paula@demolaw.com
- Melissa S. Byrd on behalf of Creditor Bank of America, N.A. Easternecf@trottlaw.com
- Mercedes Varasteh Dordeski on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
- Michael Anthony Karman on behalf of Creditor Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
- Michael Anthony Karman on behalf of Creditor St. Martins Cooperative makarmanesq@gmail.com
- Michael C. Hammer on behalf of Defendant MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
- Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
- Michael R. Bell on behalf of Interested Party State of Michigan, Department of Attorney General BellM1@michigan.gov
- Michael R. Bell on behalf of Interested Party Bill Schuette BellM1@michigan.gov
- Michael R. Paslay on behalf of Creditor U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
- Michael S. Leib on behalf of Interested Party Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
- My Chi To on behalf of Creditor Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
- Nabih H. Ayad on behalf of Interested Party Detroit Branch NAACP ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Michigan State Conference NAACP ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Donnell White ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
- Niraj R. Ganatra on behalf of Attorney UAW - Solidarity House Nganatra@uaw.net
- Noah J. Ornstein on behalf of Interested Party Syncora Guarantee Inc. noah.ornstein@kirkland.com
- Noah J. Ornstein on behalf of Interested Party Syncora Capital Assurance Inc. noah.ornstein@kirkland.com
- Paige E. Barr on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
- Patrick C. Lannen on behalf of Creditor Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
- Patrick E. Mears on behalf of Creditor 36th District Court for the State of Michigan pmears@btlaw.com
- Paul H. Saint-Antoine on behalf of Defendant Wilmington Trust, N.A. Paul.Saint-Antoine@dbr.com, Todd.Hutchison@dbr.com;James.Williamson@dbr.com
- Paul R. Hage on behalf of Creditor National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
- Paul R. Hage on behalf of Creditor Canon Financial Services, Inc. phage@jaffelaw.com, jtravick@jaffelaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
 phage@jaffelaw.com, jtravick@jaffelaw.com
Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
 Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
 marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
 Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
 pcanzano@sidley.com
Peter Paul Sudnick    on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com,
 psudnick13@gmail.com
Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
 ralph.taylor@arentfox.com
Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
Ralph E. McDowell    on behalf of Interested Party    Oakland-Macomb Interceptor Drain Drainage
 District rmcdowell@bodmanlaw.com
Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation
 randall.brater@arentfox.com
Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
 RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
 RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
 RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
 Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
 Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
 RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Raymond Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
Raymond Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
Richard Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
 mao@cravath.com
Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
 richardmack@millercohen.com, mcoil@millercohen.com
Richard G. Mack, Jr.    on behalf of Creditor    Coalition of Detroit Unions
 richardmack@millercohen.com, mcoil@millercohen.com
Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
 State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
 State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
 mcoil@millercohen.com
Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
 Department ecf@kaalaw.com, wjackson@KAALaw.com
Robert Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
 robert.darnell@usdoj.gov
Robert Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
 County and Municipal Employees rfetter@millercohen.com,
 richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
 com
Robert Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
 rfetter@millercohen.com,
 richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
 com
Robert Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
 County and Municipal Employees rfetter@millercohen.com,
 richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
 com
Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
 rweisberg@carsonfischer.com
Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
 rgordon@clarkhill.com, lbellguzzo@clarkhill.com
Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
Robert M. Fishman    rfishman@shawfishman.com
Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
 bbassel@gmail.com, robertbassel@hotmail.com
Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
 robertbassel@hotmail.com
Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
 bbassel@gmail.com, robertbassel@hotmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
 robertbassel@hotmail.com
Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
 bbassel@gmail.com, robertbassel@hotmail.com
Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
 alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
 alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
 alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
 alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
 alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
 hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Interested Party    Pepper Hamilton LLP
 hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
 alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
 alexsym@pepperlaw.com;kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
 alexsym@pepperlaw.com;kuschj@pepperlaw.com
Ronald A. Spinner    on behalf of Defendant    City of Detroit, Michigan spinner@millercanfield.com.
Rozanne M. Giunta    on behalf of Interested Party    State of Michigan rmgiunta@lambertleser.com
Ryan  Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
 jdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
 rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
 rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
 jdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
 jdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
 jdobrzycki@lippittokeefe.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
 irkland.com
Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
 irkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
 ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
 justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
 irkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
 justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
 irkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
 ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
 irkland.com
Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
 sbloomfield@chadbourne.com;lschapira@chadbourne.com
Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
 sbloomfield@chadbourne.com;lschapira@chadbourne.com
Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
 soconnor@glmpc.com
Sara Klettke MacWilliams    on behalf of Creditor    Oakland County, Michigan
 macwilliams@youngpc.com, efiling@youngpc.com
Schuyler  Von Oeyen    on behalf of Interested Party    City of Detroit Law Department
 svonoeyen@finkandassociateslaw.com, tpringle@finkandassociateslaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
               david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
               stravis@wolfsonbolton.com
              Scott B. Kitei    on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com
              Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
              Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
              Shanna Marie Kaminski    on behalf of Interested Party    City of Detroit Water and Sewerage
               Department ecf@kaalaw.com, skaminski@kaalaw.com
              Shanna Marie Kaminski    on behalf of Defendant    Detroit Water and Sewerage Department
               ecf@kaalaw.com, skaminski@kaalaw.com
              Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
               sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Interested Party    General Retirement System of the City of
               Detroit sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Interested Party    Police and Fire Retirement System of the City
               of Detroit sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit sdeeby@clarkhill.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
              Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
               State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
               slevine@lowenstein.com
              Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
               lawtoll@comcast.net
              Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
               mpearson@dykema.com;docket@dykema.com
              Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
               mpearson@dykema.com;docket@dykema.com
              Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
               dguerrero@dykema.com
              Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
               dguerrero@dykema.com
              Stanley L. de Jongh    on behalf of Interested Party    City of Detroit Law Department
               jongsl@detroitmi.gov
              Stephen Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
              Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
              Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
               kfrantz@wnj.com
              Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
               kfrantz@wnj.com
              Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
              Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
              Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
               shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
               shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc.
               sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
              Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Defendant    Detroit City Council laplante@millercanfield.com,
               skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
              Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
              Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
               General showell@dickinsonwright.com
              Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
              Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
              Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
              Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
               mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
               rdin.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Tamar Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
           tdolcourt@foley.com
          Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
           tchristy@garanlucow.com
          Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
           morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
           morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
          Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Monarch Alternative Capital LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Interested Party    1983 Claimants tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Trevor J. Zamborsky    on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
               vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
              William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
              William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
              William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
              William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
              William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
               Authority wlistman@davislistman.com
              William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
              William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
              William W. Kannel    on behalf of Creditor    Fidelity Management & Research Company
               wkannel@mintz.com
              Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com
              Wolfgang Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Wolfgang Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Wolfgang Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Wolfgang Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com, jsmith@olsmanlaw.com

        Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

        Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

        Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com

        Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

        TOTAL: 707