## EXHIBIT LIST

**EX.**     **DESCRIPTION**

A           Proof of Claim (Dated: 02/19/2014)