UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                    Chapter 9

City of Detroit, Michigan,            No. 13-53846

         Debtor.                    Hon. Thomas J. Tucker

_____/

**DFFA'S RESERVATION OF RIGHTS REGARDING CITY'S MOTION FOR ORDER APPROVING RESERVE AMOUNTS**

The DFFA reserves the right to present its views regarding the City's Motion for Order Approving Reserve Amounts (Docket Nos. 9351 and 9410).

                                        */s/Alidz Oshagan*
                                        Christopher P. Legghio (P27378)
                                        Alidz Oshagan (P77231)
                                        Counsel for the Detroit Fire Fighters
                                        Association, I.A.F.F., Local 344
                                        Legghio & Israel, P.C.
                                        306 South Washington Avenue, Suite 600
                                        Royal Oak, Michigan 48067-3837
                                        T: 248 398 5900; F: 248 398 2662
                                        cpl@legghioisrael.com
                                        oshagan@legghioisrael.com

Dated: March 23, 2015

# CERTIFICATE OF SERVICE

I CERTIFY that on March 23, 2015 I electronically filed the **DFFA'S RESERVATION OF RIGHTS REGARDING CITY'S MOTION FOR ORDER APPROVING RESERVE AMOUNTS** and this CERTIFICATE OF SERVICE by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case.

        /s/Alidz Oshagan
Christopher P. Legghio (P27378)
Alidz Oshagan (P77231)
Counsel for the Detroit Fire Fighters
Association, I.A.F.F., Local 344
Legghio & Israel, P.C.
306 South Washington Avenue, Suite 600
Royal Oak, Michigan 48067-3837
T: 248 398 5900; F: 248 398 2662
cpl@legghioisrael.com
oshagan@legghioisrael.com

Dated: March 23, 2015