IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: ) Chapter 9
)
) Case No. 13-53846
CITY OF DETROIT, MICHIGAN, )
) Hon. Thomas J. Tucker
)
Debtor. )

## ORDER GRANTING EX PARTE MOTION OF STEVEN WOLAK, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CHRISTOPHER WOLAK, DECEASED, FOR LEAVE TO FILE OBJECTION TO DEBTOR'S PROPOSED DISTRIBUTION OF HIS CLAIM AS IDENTIFIED IN ITS MOTION FOR ORDER APPROVING RESERVE AMOUNTS UNDER EIGHTH AMENDED PLAN FOR ADJUSTMENT OF DEBTS IN THE TRADITIONAL MANNER

At a session of said Court, held in the
City of Detroit, County of Wayne, State of
Michigan, on _____.

PRESENT: HONORABLE  Thomas J. Tucker

This matter coming before the Court on the *Ex Parte* Motion of STEVEN WOLAK, as Personal Representative of the Estate of CHRISTOPHER WOLAK, Deceased, for Leave to File Objection to Debtor's Proposed Distribution of His Claim as Identified in its Motion for

Order Approving Reserve Amounts Under Eighth Amended Plan for Adjustment of Debts, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that STEVEN WOLAK, as Personal Representative of the Estate of CHRISTOPHER WOLAK, Deceased, is granted leave to file his objection to the Debtor's motion in the traditional manner.

_____
UNITED STATES BANKRUPTCY JUDGE