# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                              Chapter 9

City of Detroit, Michigan,                          Case No. 13-53846

    Debtor.                                      Hon. Thomas J. Tucker

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

    On March 16, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class mail on the service list attached hereto as **Exhibit A**:

- Debtor's Ninth Omnibus Objection to Certain Claims [Docket No. 9261]

- Revised Notice of Debtor's Ninth Omnibus Objection to Certain Claims (No Support Claims) [Docket No. 9334]

    Furthermore, on or before March 19, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit B**:

- Corrected Notice Motion of the City of Detroit, Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [attached hereto as Exhibit C]

Dated: March 23, 2015

                                          /s/ Stephanie Delgado
                                          Stephanie Delgado
                                          KCC
                                          2335 Alaska Ave
                                          El Segundo, CA 90245

# EXHIBIT A

# Exhibit A
## Served via First Class Mail

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Deshawn Benson | 15925 Goddard Rd Apt 208 | Southgate | MI | 48195-4500 |

# EXHIBIT B

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Canon Financial Services, Inc. | Attn Legal Dept | PO Box 5008 | | Mount Laurel | NJ | 08054-5008 |
| Elroy Ellison | | 9347 Prest Sr | | Detroit | MI | 48228-2209 |
| Farrad Richmond | | 24320 Pine Grove Ct | | Farmingtn Hls | MI | 48335-2312 |
| George Calhoun | | 26681 Woodmont St | | Roseville | MI | 48066-7119 |
| GI Transportation, LLC | c/o Heather J Atnip | Romanzi Atnip PC | 400 Water St Ste 205 | Rochester | MI | 48307-2090 |
| Kerry Scott | | 9656 Manor St | | Detroit | MI | 48204-4610 |

# EXHIBIT C

Form B20A(Official Form 20A)
12/1/10

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

In re:

**CITY OF DETROIT, MICHIGAN,**

**Debtor.**

**Chapter: 9**

**Case No.: 13-53846**

**Judge: Hon. Thomas J. Tucker**

Address: 2 Woodward Avenue, Suite 1126
           Detroit, Michigan 48226

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 38-6004606

**CORRECTED NOTICE OF MOTION OF THE CITY OF DETROIT, PURSUANT TO SECTIONS 105(a)
AND 502(c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3021, FOR
AN ORDER APPROVING RESERVE AMOUNTS FOR CERTAIN DISPUTED OR UNLIQUIDATED
UNSECURED CLAIMS IN CONNECTION WITH DISTRIBUTIONS TO BE MADE UNDER
THE EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

      The City of Detroit, Michigan (the "City") has filed papers with the Court seeking entry of an order, pursuant to sections 105(a) and 502(c) of title 11 of the United States Code and Rule 3021 of the Federal Rules of Bankruptcy Procedure, approving reserve amounts for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the City's confirmed plan of adjustment.

      **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, **on or by March 23, 2015**, you or your attorney must:

1.      File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226

      If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1]      Any response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

You must also mail a copy to:

Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

2.         If a response or answer is timely filed and served, the Court will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: March 4, 2015         Respectfully submitted,

/s/ Heather Lennox
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
hlennox@jonesday.com

ATTORNEYS FOR THE CITY