FILED
2015 MAR 23 PM 2:32
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

United State Backruptcy Court Eastern Westrict of Michigan Southern Wivision

Magistrate Judge Chapter 9
Thomas J. Tucker, Case No. 13-53846

Objection to Notice of Motion of The City of Detroit, Pursuant to Section 105(a) and 502(c) of The Bankruptcy Code and Backruptcy Rule 3021, For an order Approving reserve amount for Certain Wisputed or unliquidated Unsecured Claims in Connection With Wistributions to be made under the Eighth amended Plan for the adjustment of the City of Wetroit

I. Brianna Taylor am Writing on March 23, 2015. Because my lawyers Christopher Trainor/Timothy Hartner have mislead me Brianna Taylor into Signing a Fraudulant Volunteer dismissal, I'm requesting Christopher Trainor & Associates and Timothy Hartner removed from my case due to ineffective Assists of Council

cont

the amount of $17,500 before the bankruptcy. My case number is # 12-004416 NO Settled for the amount of $17,500, Seventeen thousand and five hundred dollars in Circuit Court.

The Bankruptcy Code Prevents debtors from going to bankruptcy to avoid Paying a Creditor In which in this case is Brianna Taylor. In requesting my money to be Paid from said Fund:

Brianna Taylor
11300 E 7 mile Rd
Apt 115
Detroit Mich
48234
(313) 728-4948

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit

CASE NO: 13-53846
CHAPTER: 9

Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on March 24 2015 (date of mailing), I served copies as follows:

1. Document(s) served: Objection

2. Served upon [name and address of each person served]:

   City of Detroit

   FILED (I)
   2015 MAR 23 P 3:32
   U.S. BANKRUPTCY COURT
   E.D. MICHIGAN-DETROIT

3. By First Class Mail.

Dated: 03/23/15

Brianna Taylor
(Signature)

Print Name: Brianna Taylor