United States Bankruptcy Court
Eastern District of Michigan
Souther Division

in re
City of Detroit
debtor

case # 13-53846
Thomas J. Tucker

Objection to the City's motion to set up reserve amount for certain disputed or unliquidated claims in connection with the distributions to be made under the 8th Plan of Adjustment.

FILED (I)
2015 MAR 23 P 4: 02
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

I object to any distributions to made until the disputes are settled in court. I and other retirees objected to the state and federal unconstitutionality of seizing parts of our pension and annuity. When we prevail, we will prevail for all City pensioners, not just the current litigants.

I contest the plan is bad, an abuse of our civil liberties, is not fair, and is not feasible. Do not allow distributions to begin or if begun, to continue, until our cases appealing the plan confirmation, are heard and ruled on. The court is prejudiced toward the city's

argument of mootness (and muteness) by distributing all the candy from the store before, the cases have been heard

*[Signature]*
3/23/14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit

Debtor.

CASE NO: 13-53846
CHAPTER: 9

**CERTIFICATE OF SERVICE**

I hereby certify that on 3/23/14 (date of mailing), I served copies as follows:

1. Document(s) served: Objection to reserve fund and stop all Distributions til cases are over

2. Served upon [name and address of each person served]:

   Heather r Lennox
   Jones Day
   New York

3. By First Class Mail.

Dated: 3/23/14

(Signature)

Print Name: _____

*FILED (I) 2015 MAR 23 P 4:02 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT*