United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226


FILED
2015 MAR 23 A 10:50
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

## OPTING OUT OF THE BANKRUPTCY PROCEEDINGS

I, Cheryl Minniefield, do not agree in the bankruptcy proceedings to settle my claims against the City of Detroit.

The reason for this action is the very low amount that the City of Detroit offered to settle my claim.

I elect to go to the Federal Court to pursue my case, which was delayed because of Bankruptcy Judge Rhodes' stay.

Yours Truly,

*Cheryl Minniefield* (signature)

CHERYL MINNIEFIELD  
In Pro Per  
14175 Glastonbury Ave  
Detroit, MI 48223  
(313) 837-5048  
cminniefi@yahoo.com

Case No. 12-13479

Hon. Patrick J. Duggan

Dated: March 19, 2015