Official Form 20A
(12/03)

# United States Bankruptcy Court

EASTERN District Of MICHIGAN

In re VERA C. MAGEE,
*Set forth here all names including married, maiden, and trade names used by debtor within last 6 years.]* creditor

Address 5165 IROQUOIS
DETROIT, MI 48213

Employer's Tax Identification (EIN) No(s). *[if any]:* _____

Last four digits of Social Security No(s).: 3848

Case No. 13-53846

Chapter 9

**NOTICE OF [MOTION TO ] [OBJECTION TO ]**

OBJECTOR has filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before _(date)_, you or your attorney must:

[File with the court a written request for a hearing {*or, if the court requires a written response*, an answer, explaining your position} at:

{address of the bankruptcy clerk's office}

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

{movant's attorney's name and address}

{names and addresses of others to be served}]

[Attend the hearing scheduled to be held on __(date)__, _(year)_, at ____a.m./p.m. in Courtroom ____, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 3-23-15

Signature: Vera C. Magee
Name: VERA C. MAGEE
Address: 5165 IROQUOIS

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

VERA C. MAGEE
_____
Name
v

In re:  
CITY OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR  

Chapter 9  
Case No. 13-53846  
Magistrate judge  
Thomas J. Tucker  

FILED 2015 MAR 23 P 1:40 U.S. BANKRUPTCY COURT E.D. MICHIGAN DETROIT

Debtor
_____/

## PROOF OF SERVICE

VERA C. MAGEE, being first duly sworn deposes and

Say that on March 23 2015. I sent a copy of Notice of motion of the City of Detroit, pursuant to section 105(a) and 502 (c) of the bankruptcy code and Rule 3021 for order approving reserve amount for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the Eighth amended plan of adjustment of the city of Detroit of Magistrate Judge Thomas J Tucker, upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Vera C. Magee_