Official Form 20A
(12/03)

# United States Bankruptcy Court
**Eastern** District Of **Michigan**

In re **Lucinda J Darrah**,  )
*Set forth here all names including married,*  )
*maiden, and trade names used by debtor within*  )
*last 6 years.]*  )
~~Debtor~~ **creditor**  )  Case No. **13-53846**
Address **492 Peterboro**  )
**Det., MI 48201**  )  Chapter **9**
  )
Employer's Tax Identification (EIN) No(s). *[if any]*: _____  )
_____  )
Last four digits of Social Security No(s).: **1527**  )

NOTICE OF [MOTION TO    ] [OBJECTION TO    ]

**Objector** _____ has filed papers with the court to [relief sought in motion or objection].

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before <u>(date)</u>, you or your attorney must:

[File with the court a written request for a hearing {*or, if the court requires a written response*, *an answer, explaining your position*} at:

{address of the bankruptcy clerk's office}

If you mail your {request} {response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

{movant's attorney's name and address}

{names and addresses of others to be served}]

[Attend the hearing scheduled to be held on <u>(date)</u>, <u>(year)</u>, at ____ a.m./p.m. in Courtroom ____, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: **3-23-2015**    **414-**    Signature: *Lucinda J Darrah*
**(313) 518**   Name:
Address: **492 Peterboro**
**Det. 48201**

13-53846-tjt   Doc 9517   Filed 03/23/15   Entered 03/25/15 14:33:57   Page 1 of 3

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

__Carl Williams__
Name
v

In re:  
CITY OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR  

Chapter 9  
Case No. 13-53846  
Magistrate judge:  
Thomas J. Tucker  

FILED 2015 MAR 23 P 2:41 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

Debtor
_____/

## PROOF OF SERVICE

__Carl Williams__, being first duly sworn deposes and

Say that on March _____ 2015. I sent a copy of Notice of motion of the City of Detroit, pursuant to section 105(a) and 502 (c) of the bankruptcy code and Rule 3021 for order approving reserve amount for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the Eighth amended plan of adjustment of the city of Detroit of Magistrate Judge Thomas J Tucker, upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226


I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.


Sign _Carl Williams_