# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 26, 2015, he served a copy of the foregoing *CITY OF DETROIT'S MOTION FOR (I) DETERMINATION THAT THE DETROIT POLICE LIEUTENANTS AND SERGEANTS ASSOCIATION HAS VIOLATED THE TERMS OF THE CITY OF DETROIT'S CONFIRMED PLAN OF ADJUSTMENT AND THE ORDER CONFIRMING IT; AND (II) ORDER (A) ENJOINING FURTHER VIOLATIONS AND (B) REQUIRING DISMISSAL OF STATE ACTIONS* upon counsel as listed below, via First Class United States Mail.

Peter P. Sudnick, Esq.
SUDNICKLAW, P.C.
2555 Crooks Road, Suite 150
Troy, MI 48084

Barbara A. Patek & Julie Beth Teicher
ERMAN, TEICHER, ZUCKER & FREEDMAN, P.C.
400 Galleria Officeentre, Suite 444
Southfield, MI 48034

DATED: March 26, 2015

                By: /s/ Marc N. Swanson
                     Marc N. Swanson
                     150 West Jefferson, Suite 2500
                     Detroit, Michigan 48226
                     Telephone: (313) 496-7591
                     Facsimile: (313) 496-8451
                     swansonm@millercanfield.com