Official Form 20A
(12/03)

# United States Bankruptcy Court

**Eastern** District Of **Michigan**

In re **ASF Recoupment payment,**
*Set forth here all names including married, maiden, and trade names used by debtor within last 6 years.]*
~~Debtor~~ **creditor**

Address **15705 Marlowe**
**Det Mi 48227**

Employer's Tax Identification (EIN) No(s). *[if any]:* _____
_____
Last four digits of Social Security No(s).: **9158**

Case No. **13-53846**

Chapter **9**

FILED 2015 MAR 24 A 11 20 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

**NOTICE OF [MOTION TO     ]  [OBJECTION TO     ]**

**Acct 0101026862** has filed papers with the court to [relief sought in motion or objection].

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before _(date)_, you or your attorney must:

[File with the court a written request for a hearing {*or, if the court requires a written response*, an answer, explaining your position} at:

{address of the bankruptcy clerk's office}

If you mail your {request} {response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

{movant's attorney's name and address}

{names and addresses of others to be served}]

[Attend the hearing scheduled to be held on ___(date)___, _(year)_, at ____ a.m./p.m. in Courtroom ____, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: **3/23/15**

Signature: *John Robinson*
Name: **John Robinson**
Address: **15705 Marlowe Det Mi 48227**