UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit, MI
2 Woodward Ave. Suite 1126
Detroit, MI 48226
    Debtor.
_____/

CASE NO: 13-53846
CHAPTER: 9

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2015 (date of mailing), I served copies as follows:

1. Document(s) served:
   a Written Response

2. Served upon [name and address of each person served]:
   Heather Lennox (OH 0059649)
   Jones Day
   North Point
   901 Lakeside Ave.
   Cleveland, Ohio 44114

3. By First Class Mail.

Dated: March 26, 2015

(Signature)

Print Name: Kim Spicer

FILED (11)
2015 MAR 26 A 11:04
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT