211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

---

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

---

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Notice to Respondent is Missing. (Re: related document(s) [9464] Motion for Reconsideration of Disallowed Claims Nos. 3580, 3581, 3582, 3585, 3586, And 3587 (related documents 7800 Order on Objection to Claims, 7801 Order on Objection to Claims), Filed by Attorney Joseph R. Lobb For Creditors Carlita Buffington, Clear Imaging And Michigan Spine & Rehab, Clear Imaging, Michigan Spine & Rehab, Universal Health Group, Gina Parker, Melyni Richardson, Bridgett Scott. Note: L.B.R. 9014−1 applies to this motion, under L.B.R. 9024−1(a)(5) and 9024−1(d)(4). Therefore, a 14−day notice of the motion must be filed and served, and such service must be shown by a certificate of service. Counsel for the movants may file in traditional paper form the papers needed to cure the deficiencies noted by this Notice.

is defective as indicated:

- ☐ Acceptable List of Creditors
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Cover Sheet for Amendments (To be filed with corrected document in its entirety as one PDF)
- ☐ Amended Document (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances – Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim

- ☐ Notice of Special Appearance Missing or Non–Compliant (LBR 9010–1(c))
- ☑ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service Missing or Non–Compliant
- ☐ Proposed Order
- ☐ Reaffirmation Agreement Cover Sheet
- ☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 3/26/15

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court