March 24, 2015

Bridget Murriel

3324 Hogarth

Detroit, MI  48206

United States Bankruptcy Court

211 W. Fort Street, Suite 2100

Detroit, MI  48226

Hon. Thomas J. Tucker,

I, Bridget Murriel, after my unlawful demotion I had to continue performing duties, and payroll tasks as a Senior Personnel & Payroll Clerk for the City of Detroit Payroll Departments.  The City of Detroit did not reinstate my title as a Senior Personnel & Payroll Clerk, instead the City of Detroit eliminated the title Senior Personnel & Payroll Clerk. The Senior Personnel & Payroll Clerk title is a non-supervisory position. I was placed on the qualifying list as of November 20, 2002 for the Senior Personnel & Payroll Clerk position. I found out years later that my name was skipped over when positions opened for the Senior Personnel & Payroll Clerk title. The City of Detroit Police Human Resources Department has ruined my career. My education is equivalent to a Masters and Higher. I computerized spreadsheets for the payroll department to process payroll tasks, and I helped maintain the payroll computers for payroll processing. I have been unfairly treated, and harassed by supervisors of the City of Detroit Payroll Departments city-wide. I performed my payroll services accurately and efficiently during my employment with the City of Detroit. I performed all duties, and services listed on both of the job descriptions of a Senior Personnel & Payroll Clerk and Personnel & Payroll Clerk enclosed.  I am the best payroll clerk at the City of Detroit.

Sincerely,

*Bridget Murriel*

Bridget Murriel

Enclosed

211 West Fort Street
Detroit, MI 48226

*Proof of Service*

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13-53846-tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38 6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non-Compliant:

Proof of Service is missing. (RE: related document(s)[9450] Objection filed by Creditor Bridget Murriel to the Motion of the City of Detroit, Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to Be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit Filed by Debtor In Possession City of Detroit, Michigan (Docket # 9351)). See below for information regarding deadline for filing the missing Proof of Service.

is defective as indicated:

- ☐ Acceptable List of Creditors
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Cover Sheet for Amendments (To be filed with corrected document in its entirety as one PDF)
- ☐ Amended Document (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010-1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances – Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non-Compliant (LBR 9010-1(c))

13-53846-tjt   Doc 9459   Filed 03/19/15   Entered 03/19/15 15:51:58   Page 1 of 2

Code: 01-20-39

Class Title:     SENIOR PERSONNEL AND PAYROLL CLERK

DUTIES STATEMENT:   Under general supervision, to be responsible for complex and
     specialized clerical work involved in the processing of personnel transactions and/or the
     preparation of payrolls for a medium to large-sized group of departmental employees; or
     in a consolidated payroll function, to be responsible for processing payrolls for more than
     one department; and to perform related work as required

EXAMPLES OF TYPICAL TASKS:   In accordance with established rules, regulations and
     policies, but with responsibility for developing and initiating work details, meeting
     deadlines and applying rules to individual cases:
     Individually, or as supervisor of assigned personnel, as a major or full-time assignment in
     a medium to large department, or in a consolidated payroll function, processes personnel
     transactions and/or prepares payrolls as follows:  prepares personnel letters and forms,
     such as status changes and personnel requisitions, and transmits to appropriate
     departments; maintains personnel records of employees; verifies timekeeping records and
     maintains attendance cards of employees; makes additions, deletions and corrections on
     payroll worksheets; prepares reports summarizing payroll changes; transmits personnel
     and/or payroll data which may include using a keyboard data entry device; assists
     employees with deduction authority cards and answers questions concerning employee
     benefits and personnel and payroll procedures and records; resolves questions and
     problems with supervisor, personnel officers and/or staff of other City departments;
     prepares a variety of miscellaneous reports such as cost allocation reports, attendance
     reports, and other reports concerning payrolls, timekeeping and personnel; checks final
     payrolls for accuracy and completeness; and performs other responsible clerical tasks as
     required.

MINIMUM ENTRANCE QUALIFICATIONS: Graduation from high school; preferably
     reasonable recent experience in processing of payroll and personnel transactions for the
     City of Detroit; thorough familiarity with the Personnel and Finance Departments' rules
     and procedures, municipal ordinances, charter provisions and pertinent provisions of labor
     agreements affecting personnel transactions, timekeeping procedures and payroll
     preparation for the City of Detroit; familiarity with office work, terms, methods, and
     appliances, particularly as applied to municipal departments; preferably some supervisory
     experience; demonstrated ability in planning and performing clerical and office work;
     reasonable skill in operating the more common office applicances including a typewriter
     and keyboard data entry device; speed and accuracy in performing clerical tasks; clerical
     aptitude; tact in dealing with others; neatness in personal appearance and work; reliability;
     initiative; resourcefulness in meeting new problems; willingness to learn;  physically and
     mentally capable of performing all the duties of the assigned position.

Title Adopted: 7/29/69
Spec. Revised: 11/21/94

*After being reverted back to a*
*Personnel & Payroll Clerk, I continued*
*carrying out the duties, and payroll*
*task as a Senior Personnel & Payroll Clerk.*
*Bridget Murrie 03-23-15*

Code: 01-20-25

Class Title: PERSONNEL AND PAYROLL CLERK

**DUTIES STATEMENT:** Under supervision, as the major assignment, to perform responsible clerical work involved in the preparation of municipal personnel transactions and/or payrolls; and to perform related work as required.

**EXAMPLES OF TYPICAL TASKS:** In accordance with established municipal and departmental personnel and payroll rules and procedures, with opportunity to consult with superior on difficult or unusual matters and subject to review of completed work:

In a medium to large department, or in a consolidated payroll function, assists in the preparation and processing of a large volume of departmental personnel transactions and/or one or more large sized departmental payrolls as follows:

verifies timekeeping records and maintains employee attendance records; calculates total earned and total paid time for employees; maintains accrued vacation day, sick day, and compensatory time balances; makes additions, deletions and corrections on payroll worksheets and prepares payroll change summaries; checks payrolls for accuracy and completeness; assists employees with deduction authority cards and answers questions concerning employee benefits and personnel and payroll procedures and records; resolves questions and problems with superiors and/or staff of other City departments; maintains personnel records of employees; prepares routine correspondence, forms, and reports concerning timekeeping, payrolls, and personnel;

As required, instructs new employees in departmental and payroll rules and procedures, distributes work and oversees its accurate completion within the time required, and operates any of a variety of office appliances such as a typewriter, keyboard data entry device, computing or duplicating machine.

**MINIMUM ENTRANCE QUALIFICATIONS:** Graduation from highschool, preferably with courses in commercial subjects; reasonable recent office experience, preferably involving timekeeping or payroll preparation and processing for the City of Detroit; some familiarity with departmental and municipal rules, directives, ordinances, provisions, and/or labor agreements governing timekeeping and payroll procedures; some knowledge of office work, terms and appliances, and business English; accuracy in performing arithmetic computations; reasonable skill in operating the more common office appliances such as a typewriter and/or keyboard data entry device; speed and accuracy in performing clerical tasks; clerical aptitude; mental alertness; reliability, industry; tact in dealing with others; willingness to learn; physically and mentally capable of performing all the duties of the assigned position.

Title Adopted: 4/29/75
Spec. Revised: 11/21/94

*Bridget Murrief*
03-23-15



detroit
**police**
Jerry A. Oliver, Sr.
Chief of Police

D.P.D. 568 (rev. 9/97)

Date
January 4, 2002

**To:** Deputy Chief Brenda Goss-Andrews Management Services Bureau (Through Channels)

**Subject:** THE NONIMATION FOR THE CIVILIAN OF THE QUARTER FOR THE PAYROLL SECTION IS MS. BRIDGET MURRIEL FOR THE PERIOD OF OCTOBER 1, 2002 THROUGH DECEMBER 31, 2002

**From:** Lieutenant Ramona Shepheard, Badge L-1

Writer nominates Ms. Bridget Murriel as the Civilian of the Quarter for the Budget/Payroll Section for the period of October 1, 2002 through December 31, 2002. During the Quarter Ms. Murriel has been punctual and has not utilized any sick time.

Ms. Murriel is an enthusiastic, conscientious employee who completes all her assignments without prodding and constantly volunteers for additional work. She always displays a pleasant attitude, which make it a pleasure to work with her. Both her peers and her supervisors respect her for her diligence in working through difficult assignments and her display of eagerness and willingness to ensure a quality product is produced from her efforts.

Ms. Murriel is a highly motivated employee, who shows initiative and good judgement on a continuous bases. She exemplifies the demeanor of a true professional and competent employee, and for these reasons I recommends Ms. Bridget Murriel for Civilian of the Quarter.

**RAMONA SHEPHEARD**
Lieutenant, L-1
Budget/Payroll Section

srs

READ AND FORWARD

JAN 0 6 2003

THIRD DEPUTY Chief
Payroll Operations Offic...

*Computerized Spreadsheets for the City of Detroit Payroll Departments City-Wide*

# LUMP-SUM PAYOFF CALCULATION

EMPLOYEE NAME _____

SOCIAL SECURITY NUMBER _____

PENSION # _____

*MM/DD/YY*

PAYROLL UNIT **1105**

CLASS CODE **331011**

APPOINTMENT DATE _____

TYPE OF SEPARATION **Service Retirement**

LAST PAYROLL DATE **7/7/2008**

EFFECTIVE **July 8, 2008**

| | Y | M | D |
|---|---|---|---|
| TOTAL PAID SERVICE TIME for LONGEVITY | 22 | 2 | 16 |

| 590 (C-TIME) CARD AUDIT | | EXCEPTIONS AND REMARKS |
|---|---|---|

### FURLOUGH TIME CALCULATION

Adjusted Appointment Date: **6/18/1986**

ALL CARDS SUBMITTED _____

TOTAL PAID SERVICE TIME  **22    2    16**

ALL ENTRIES INITIALED _____

FURLOUGH DAYS EARNED  **444**

FOLLOWS FROM YEAR-TO-YEAR _____

FURLOUGH DAYS TAKEN  **434**

LUMP-SUM ADJUSTMENTS DOCUMENTED _____

FURLOUGH DAYS DUE  **10**

TOTAL AGREES WITH PPS BALANCE _____

DIFFERENCE AND EXPLANATION

| | PPS | AMT TO PAY | |
|---|---|---|---|
| FURLOUGH HOURS | 80 | 80.0 | |
| C-TIME HOURS | 510.0 | 510 | |
| SWING HOLIDAY HOURS | 0.0 | 0 | |
| BONUS VACATION HOURS | 0.0 | 0 | |
| POLICE LEAVE HOURS | 0.0 | 0 | |
| TOTAL HOURS PAID | 590.0 | | |

Annual Salary
**$85,000**

RATE **$24.849038**

| | PPS Hours Only | | |
|---|---|---|---|
| Sick Leave: | 1626 | TOTAL BANKED TIME AMOUNT | $14,660.93 |

PREPARED BY: _____

Sick Leave Reserve: 1360

SICK BANKS TOTAL  2980

R.S.L. HOURS  2980

RATE  $24.849038

TOTAL R.S.L. AMOUNT  $74,050.13

AUDITED BY: _____

◉ 100% Sick Bank Payout

ANNUAL LONGEVITY (per month) **$172.29**

APPROVED FOR PAYMENT BY: _____

NUMBER OF MONTHS  **7**

TOTAL LONGEVITY AMOUNT  $1,206.01

NET OR GROSS PAY ADJUSTMENT AMOUNT  _____

○ Net
◉ Gross

TOTAL FINAL GROSS PAYMENT  **$89,917.07**

*Bridget Murriel*
*03·23·15*

Designed By Bridget Murriel and Elmo Snead



| | Calculation Sheet | |
|---|---|---|
| EMPLOYEE NAME | Doe, John | **Calculation Sheet** |
| AGENCY | 48-B   1105 | |

FINAL CLEARANCE RECEIVED _____

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
EMPLOYEE
SOCIAL SECURITY NO.

Start Option | Help with Multiple Lines
$9,999.99 Option

**A** | **SE1** / | **829**
ADJ. REF NUMBER | ADJ. BEGIN DATE (YR / WEEK)

**B** / | DISTR. AGENCY | / | DIST. COST CENTER | / | DIST. SUB-OBJECT    RATE: 24.849038

Don't Forget to enter + or - sign

**C** / 80 ADJ. CODE | 33 - 10 - 11 CLASS CODE | 90 KOT | Hours | + | & + +/- | $1,206.01 AMOUNT

**D** / 80 ADJ. CODE | 33 - 10 - 11 CLASS CODE | 32 KOT | 510 Hours | ÷ 1 = 510.0 hrs | & + +/- | $9,999.99 AMOUNT

**E** / 80 ADJ. CODE | 33 - 10 - 11 CLASS CODE | 32 KOT | 510 Hours | ÷ 1 = 510.0 hrs | & + +/- | $2,673.02 AMOUNT

**F** / 87 ADJ. CODE | 33 - 10 - 11 CLASS CODE | 91 KOT | 2980 Hours | ÷ 1 = 2980 hrs | & + +/- | $9,999.99 AMOUNT

**A** | **SE2** / | 829
ADJ. REF NUMBER | ADJ. BEGIN DATE

**G** / 87 ADJ. CODE | 33 - 10 - 11 CLASS CODE | 91 KOT | 2980 Hours | ÷ 1 = 2980 hrs | & + +/- | $9,999.99 AMOUNT

**H** / 87 ADJ. CODE | 33 - 10 - 11 CLASS CODE | 91 KOT | 2980 Hours | ÷ 1 = 2980 hrs | & + +/- | $9,999.99 AMOUNT

**I** / 87 ADJ. CODE | 33 - 10 - 11 CLASS CODE | 91 KOT | 2980 Hours | ÷ 1 = 2980 hrs | & + +/- | $9,999.99 AMOUNT

**J** / 87 ADJ. CODE | 33 - 10 - 11 CLASS CODE | 91 KOT | 2980 Hours | ÷ 1 = 2980 hrs | & + +/- | $9,999.99 AMOUNT

**A** | **SE3** / | 829
ADJ. REF NUMBER | ADJ. BEGIN DATE

**K** / 87 ADJ. CODE | 33 - 10 - 11 CLASS CODE | 91 KOT | 2980 Hours | ÷ 1 = 2980 hrs | & + +/- | $9,999.99 AMOUNT

**L** / 87 ADJ. CODE | 33 - 10 - 11 CLASS CODE | 91 KOT | 2980 Hours | ÷ 1 = 2980 hrs | & + +/- | $9,999.99 AMOUNT

**M** / 80 ADJ. CODE | 33 - 10 - 11 CLASS CODE | 91 KOT | 2980 Hours | ÷ 1 = 2980 hrs | & + +/- | $4,050.20 AMOUNT

**N** / ADJ. CODE | 33 - 10 - 11 CLASS CODE | 33 KOT | 80 Hours | ÷ 1 = 80.0 hrs | & + +/- | $1,987.92 AMOUNT

Total From Calculation Cover Page:   $89,917.07      Total This Page:   89,917.07

Bridget Murriel   07/07/08          Odessa Lewis  07/07/08
PREPARED BY                         APPROVED BY

PPS FORM 7402    revised 10/14/00          GROSS PAY ADJUSTMENT
                                                  ADDITION
EMPLOYEE NAME                                  TYPE 3 -- Dollars
                    Doe, John

AGENCY               48-B      1105

7:4:0              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    [R]
TRANS              EMPLOYEE
CODE               SOCIAL SECURITY NO.         ***  *LUMP SUM*  ***

[A S:E:2]  /  [8:2:9 R]                        Page 2 of  3
ADJ. REF      ADJ. BEGIN
NUMBER        DATE
              (YR / WEEK)

[B    ]  /  [   :   ]  /  [  :  :  :  ]  /  [  :  R]
CETA         DISTR.        DIST. COST        DIST. SUB-
CODE         AGENCY        CENTER            OBJECT

[C 3]  /  [8:7]  /  [3:3:1:0:1:1]  /  [9:1]  //   +      9,999,99 [R]
ADJ.      ADJ.        CLASS              KOT      +/-    AMOUNT
TYPE      CODE        CODE

[D 3]  /  [8:7]  /  [3:3:1:0:1:1]  /  [9:1]  //   +      9,999,99 [R]
ADJ       ADJ.        CLASS              KOT      +/-    AMOUNT
TYPE      CODE        CODE

[E 3]  /  [8:7]  /  [3:3:1:0:1:1]  /  [9:1]  //   +      9,999,99 [R]
ADJ       ADJ.        CLASS              KOT      +/-    AMOUNT
TYPE      CODE        CODE

[F 3]  /  [8:7]  /  [3:3:1:0:1:1]  /  [9:1]  //   +      9,999,99 [R]
ADJ       ADJ.        CLASS              KOT      +/-    AMOUNT
TYPE      CODE        CODE

                                      NOTE: IF MORE THAN FOUR ADJUSTMENTS ARE
                                      NECESSARY, USE ADDITIONAL FORMS

REASON FOR ADJUSTMENT:        Service Retirement        RETIREMENT EFFECTIVE:    7/9/2008

APPOINTMENT DATE   6/18/1986    ANNUAL RATE

                                                DATE ENTERED:

   Bridget Murriel   07/07/08       Odessa Lewis  07/07/08      TERM OPERATOR:
PREPARED BY                      APPROVED BY

| PPS FORM 7402 | revised 10/14/00 | GROSS PAY ADJUSTMENT |
|---|---|---|
| EMPLOYEE NAME | **Doe, John** | ADDITION |
| AGENCY | **48-B    1105** | TYPE 3 -- Dollars |

**7 4 0**
TRANS
CODE

**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** [R]
EMPLOYEE
SOCIAL SECURITY NO.

*** *LUMP SUM* ***

A **S E 1** / **8 2 9** [R]
ADJ. REF
NUMBER

ADJ. BEGIN
DATE
(YR / WEEK)

Page 1 of __3__

B [  ]
CETA
CODE

/ DISTR.
AGENCY

/ DIST. COST
CENTER

/ DIST. SUB- [R]
OBJECT

C **3** / **8 0** / **3 3 1 0 1 1** / **9 0** // **+** **1,206.01** [R]
ADJ.
TYPE

ADJ.
CODE

CLASS
CODE

KOT

+/-

AMOUNT

D **3** / **8 0** / **3 3 1 0 1 1** / **3 2** // **+** **9,999.99** [R]
ADJ
TYPE

ADJ.
CODE

CLASS
CODE

KOT

+/-

AMOUNT

E **3** / **8 0** / **3 3 1 0 1 1** / **3 2** // **+** **2,673.02** [R]
ADJ.
TYPE

ADJ.
CODE

CLASS
CODE

KOT

+/-

AMOUNT

F **3** / **8 7** / **3 3 1 0 1 1** / **9 1** // **+** **9,999.99** [R]
ADJ
TYPE

ADJ.
CODE

CLASS
CODE

KOT

+/-

AMOUNT

NOTE: IF MORE THAN FOUR ADJUSTMENTS ARE
NECESSARY, USE ADDITIONAL FORMS

REASON FOR ADJUSTMENT:  Service Retirement          RETIREMENT EFFECTIVE:  7/8/2008

APPOINTMENT DATE    6/18/1986      ANNUAL RATE

*Attach Screen 1, 2, 4 & 11*

| | DATE ENTERED: |
|---|---|
| Bridget Murriel   07/07/08      Odessa Lewis  07/07/08 | TERM OPERATOR: |
| PREPARED BY                        APPROVED BY | |

| PPS FORM 7402 | GROSS PAY ADJUSTMENT |
| EMPLOYEE NAME | ADDITION |
| **Doe, John** | TYPE 3 -- Dollars |
| AGENCY　　**48-B　　1105** | |

| 7 4 0 | 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 | R |
|---|---|---|
| TRANS CODE | EMPLOYEE SOCIAL SECURITY NO. | |

\*\*\* *LUMP SUM* \*\*\*

| A **S E 3** / | **8 2 9** R |
|---|---|
| ADJ. REF NUMBER | ADJ. BEGIN DATE (YR / WEEK) |

Page 3 of  3

| B | / | | / | | / | R |
|---|---|---|---|---|---|---|
| CETA CODE | | DISTR. AGENCY | | DIST. COST CENTER | | DIST. SUB-OBJECT |

| C 3 | / | 8 7 | / | 3 3 1 0 1 1 | / | 9 1 | // | + | 9,999,99 R |
|---|---|---|---|---|---|---|---|---|---|
| ADJ. TYPE | | ADJ. CODE | | CLASS CODE | | KOT | | +/- | AMOUNT |

| D 3 | / | 8 7 | / | 3 3 1 0 1 1 | / | 9 1 | // | + | 9,999,99 R |
|---|---|---|---|---|---|---|---|---|---|
| ADJ. TYPE | | ADJ. CODE | | CLASS CODE | | KOT | | +/- | AMOUNT |

| E 3 | / | 8 0 | / | 3 3 1 0 1 1 | / | 9 1 | // | + | 4,050,20 R |
|---|---|---|---|---|---|---|---|---|---|
| ADJ. TYPE | | ADJ. CODE | | CLASS CODE | | KOT | | +/- | AMOUNT |

| F 3 | / | | / | | / | 3 3 | // | + | 1,987,92 R |
|---|---|---|---|---|---|---|---|---|---|
| ADJ. TYPE | | ADJ. CODE | | CLASS CODE | | KOT | | +/- | AMOUNT |

NOTE: IF MORE THAN FOUR ADJUSTMENTS ARE NECESSARY, USE ADDITIONAL FORMS.

REASON FOR ADJUSTMENT: ___Service Retirement___　　RETIREMENT EFFECTIVE: ___7/8/2008___

APPOINTMENT DATE ___6/18/1986___　ANNUAL RATE _____

| Bridget Murriel　07/07/08 | Odessa Lewis　07/07/08 | DATE ENTERED: _____ |
|---|---|---|
| PREPARED BY | APPROVED BY | TERM OPERATOR: |

| PPS FORM 6500 revised 10/14/00 | CHECK REVERSALS - |
|---|---|
| EMPLOYEE NAME  Doe, John | BALANCE of HOURS |
| | IN BANKS |
| AGENCY  48-B  1105 | |

```
6 : 5 : 0
```
TRANSACTION
CODE

```
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   [R]
```
EMPLOYEE
SOCIAL SECURITY NO.

| [A] | | | | [R] |
|---|---|---|---|---|
| +/- HOURS PAID LAST QUARTER | -  8.0.0 +/- FURLOUGH HOURS | +/- POLICE COURT-TIME HOURS EARNED | | |

| [B] | | | | | | -  5.0.0 [R] |
|---|---|---|---|---|---|---|
| +/- FISCAL HOURS PAID | +/- FIRST HOURS PAID | +/- HOURS PAID MONTH | +/- CALENDAR HOURS | +/- PART-TIME HOURS (SPECIAL SERVICE EMPL.) | +/- C-TIME HOURS | |

| [C] -  5.0.0 | -  1 6.2 0.0 | -  1.3 6.0.0 | | [R] |
|---|---|---|---|---|
| +/- C-TIME PREVIOUS TIME BANK | +/- SICK LEAVE HOURS | +/- SICK LEAVE HOURS RESERVE | +/- SICK DAYS TAKEN FISCAL YEAR | +/- CONSECUTIVE SICK CALENDAR DAYS |

| [D]  0.0 | 0.0 | 0.0 | | | [R] |
|---|---|---|---|---|---|
| +/- VACATION HOURS BANK | +/- SWING HOLIDAY HOURS | +/- POLICE LEAVE BANK BALANCES | +/- LONGEVITY CALENDAR HOURS PAID | +/- C-TIME F.Y.T.D. EARNED (POLICE) | +/- F.Y.T.D. - CETA GROSS |

Service Retirement _____  EFFECTIVE DATE ___7/8/2008___

**CLEARING BANKS**

| | DATE ENTERED: _____ |
|---|---|
| Bridget Murriel  07/07/08    Odessa Lewis   07/07/08 | TERM OPERATOR: _____ |
| PREPARED BY         APPROVED BY | |

PPS FORM 1500  revised 10/14/00

EMPLOYEE NAME

Doe, John

AGENCY   48-B   1105

EMPLOYEE
SEPARATION

(●) |1:5:0|   (○) |1:6:0|
SEPARATION        SHORT TERM
LONG TERM           LOA
LOA

| 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 | R |
SOCIAL SECURITY NO.

| A | 04 | / | 40 | / | 5:9:0 | / | 41 | / | 3:3:1:0:1:1 | R |
| SEPARATION TYPE | | | SEPARATION REASON | | EHF REASON | | EMPLOYEE STATUS | | CLASS CODE | |

| B | 07 | 07 | 08 | / | | / | | / | 07 | 08 | 08 | R |
| | MO | DA | YR | FOLLOW-UP CODE | MO DA YR | | MO | DA | YR | |
| DATE LAST WORKED | | | | | FOLLOW-UP DATE | | PENSION ELIG DATE | | | |

| C | | / | | R |
| | STREET NO. | | STREET NAME | |

| D | | / | | / | 3:1 | R |
| | CITY | | STATE | | ZIP CODE | |

| E | | R |
| | TELEPHONE | |

CANCEL   DEDUCTION   CODES   --   SHORT   TERM   LEAVE   ONLY

| F | | / | | / | | / | | / | | R |
| G | | / | | / | | / | | / | | R |

EXPLANATION:

Service Retirement
Effective: 07/07/08

Bridget Murriel   07/07/08        Odessa Lewis  07/07/08
PREPARED BY                        APPROVED BY

DATE ENTERED: _____

TERM OPERATOR: _____


Department of Transportation

Employee Identification/Pass Card
Expires: December 2008



BRIDGET MURRIEL




Bridget

Murriel

**DPSH**

Employee Identification/Pass Card

*Employee Signature*

Dispatcher Ph. 870-5045 or (800) 318-9991

IF FOUND, PLEASE RETURN TO:
**Detroit Department of Transportation**
**1301 East Warren Ave.  Detroit, MI 48207**



detroit **police**

CIVILIAN

Position **Personnel & Payroll Clerk**

Name **Bridget Murriel**

| HEIGHT | WEIGHT | EYES |
|--------|--------|------|
| 5'0 | 133 | Brn |
| HAIR Blk | D.O.B. 02-13-60 | |

PENSION NO. 258049



Signature of Employee

BLOOD TYPE    RH

**WARNING**

The bearer of this card, whose photograph, signature, thumb print and description appear hereon, is a CIVILIAN EMPLOYEE of the Detroit Police Department. The presentation or use of this card by any other person subjects the offender to criminal prosecution. If the card is lost, the finder is requested to mail it to the Detroit Police Personnel Bureau, 1300 Beaubien, Detroit Michigan 48226.

RIGHT THUMBPRINT

CHIEF OF POLICE

City of Detroit
**Department of Health
and Wellness Promotion**

Police Payroll

Personnel / Payroll Clerk



Bridget Murriel

**WARNING**

This card is the property of the City of Detroit Department of Health and Wellness Promotion and the assignee is an authorized agent. The use of this card by anyone other than the assignee is prohibited will subject the offender to any and all penalties thereof. This card must be returned upon separation from DHWP or DHWP sites.

If Card is found mail to City of Detroit Department of Health and Wellness Promotion 1151 Taylor Detroit, MI. 48202
postage guaranteed by recipient

596



**BRIDGET**

**MURRIEL**

**HUMAN RESOURCES**

# GRIEVANT RESPONSIBILITY FORM

It is the responsibility of the grievant to keep Council 25 advised of any change in address and telephone number. When arbitrations are scheduled, notices are sent to the last known address of the grievant. If the grievant has moved, and has not made the Council aware of a new address and/or telephone number, the grievance will be withdrawn from arbitration and the case will be closed.

I have read the above statement and agreed to notify the Council of any change in address and/or telephone number. I am aware that if I do not do so, and my grievance is scheduled for hearing, and I cannot be reached because of my failure to notify the Council of new address and/or telephone number, my grievance will be withdrawn from arbitration and the case closed.

_Bridget Murrief_
Grievant

_Jane Hickleberry_
Witness

_07·18·08_
Date

You may reach your Staff Representative by calling:

Name: _DANNY CRAIG_ Telephone Number: _(313) 964-9711_

kcy:iuoe547aflcio:updated032201



## City of Detroit

# Finance Department

### Detroit Resource Management System

# Certificate of Completion

*Bridget Murriel*

has successfully completed:

Training for

## DRM GL Non Central APF 1

<u>February 21, 2014</u>
Date

DRMS Training Coordinator

1151 TAYLOR, RM. 531
DETROIT, MICHIGAN 48202
PHONE (313) 876-4925
FAX (313) 876-0245

CITY OF DETROIT
HUMAN RESOURCES DEPARTMENT
CIVILIAN - POLICE

November 20, 2002


Bridget L. Murriel
3324 HOGARTH
DETROIT MI 48206

RE:  Application for Sr Personnel & Payroll Clerk

Dear Ms. Murriel,                    SS#: ▆▆▆▆▆▆▆▆

Currently, you have been placed on the qualifying list as
qualified for the above referenced position.  This rating is
contingent upon a satisfactory evaluation of your attendance,
tardiness and disciplinary records.

If you are selected to fill this vacancy, you will be notified at
a later date.

Please contact the posting department's human resources officer
if you have any questions.

Sincerely,

Claude Burton
Human Resources Manager
Human Resources Department


Ref: 2002201203937



**CITY OF DETROIT**
**HUMAN RESOURCES DEPARTMENT**
**CIVILIAN - POLICE**

1151 TAYLOR, RM. 531
DETROIT, MICHIGAN 48202
PHONE (313) 876-4925
FAX (313) 876-0245

December 2, 2002

Bridget L. Murriel
3324 HOGARTH
DETROIT MI 48206

RE: Application for Sr Clerk

Dear Ms. Murriel,                    SS# : ███████

Currently, you have been placed on the qualifying list as
qualified for the above referenced position. This rating is
contingent upon a satisfactory evaluation of your attendance,
tardiness and disciplinary records.

If you are selected to fill this vacancy, you will be notified at
a later date.

Please contact the posting department's human resources officer
if you have any questions.

Sincerely,

Claude Burton
Human Resources Manager
Human Resources Department

Ref: 2002101203137



1151 TAYLOR, RM. 531
DETROIT, MICHIGAN 48202
PHONE (313) 876-4925
FAX (313) 876-0245

CITY OF DETROIT
HUMAN RESOURCES DEPARTMENT
CIVILIAN - POLICE

October 29, 2002

Bridget L. Murriel
3324 HOGARTH
DETROIT MI 48206

RE:  Application for Sr Personnel & Payroll Clerk - Exam #3355

Dear Ms. Murriel                    SS#: ████████████

You have been scheduled to take a qualifying examination for the
above referenced position.

Time: 8:30 am
Date: November 7, 2002
Location: 356 Coleman A. Young Municipal Center
Recruitment No.: 2002201203937

Employee requested examinations (ERT) requires the employee use
their own time i.e., C-Time, vacation or departmental leave.

( X )  Employee may be excused to take this examination.

(   )  Employee must use own time to take this examination.

Current ERT status:

                ERT Reason 1: Does Not Apply
                ERT Reason 2:
                ERT Reason 3:

An ERT Status of yes, confirms that you cannot be appointed off
the qualifying list until the ERT reasons have been resolved.

For security purposes, you must present this letter and picture
identification for entry to the exam room.

Sincerely,

Claude Burton
Human Resources Manager
Human Resources Department

KWAME KILPATRICK, MAYOR



City of Detroit – Human Resources
Employee Services Division –
Community/Customer Services Group
Coleman A. Young Municipal Center
2 Woodward Avenue – Suite 314
Detroit, Michigan 48226
Phone: (313) 224-3725
Fax:    (313) 224-9331
www.ci.detroit.mi.us

January 29, 2008

Bridget Muriel
3324 Hogarth
Detroit, MI 48206

Dear Ms. Muriel:

You have been selected for the position of Sr. Personnel & Payroll Clerk at the Police Department.

Please indicate your decision below and return this letter to the Human Resources Department no later than Friday, February 1, 2008.  You may fax your reply to 224-3410.

Sincerely,

RENEE LASTER
Human Resources Consultant
Employee Services Division

☒      I accept the position of Sr. Personnel & Payroll Clerk.

☐      I decline the position of Sr. Personnel & Payroll Clerk.

_____   01·30·08
EMPLOYEE SIGNATURE         DATE

---

**Mission Statement:** To plan, develop and deliver human resource services in partnership with City departments and agencies, to enable all employees to provide high quality and timely services to residents, visitors and businesses.

Kwame M. Kilpatrick, Mayor

Certificate of Customer Service

# Bridget Murriel

has earned this certificate for

## Service with a SMILE!



Keep up the great work!

Torleice, Geri, Unique, Marcella, and Bobbie Jo
September 11, 2009
2009 National Payroll Week



**CITY OF DETROIT**
**invites applications for the position of:**

# Business Systems Support Specialist 2 - Police

**SALARY:**     $47,000.00 - $65,600.00 Annually

**OPENING DATE:** 07/28/14

**CLOSING DATE:** Continuous

**DESCRIPTION:**
Under general supervision, plans and coordinates activities that support end user application of enterprise information technology systems and ensures their effective and efficient use in the conduct of City business and operations in accordance with system standards.

**EXAMPLES OF DUTIES:**

1. Establishes and issues business system processing design, set-up and data conversion standards.
2. Establishes and issues standards for auxiliary systems interfaces with City core business information systems.
3. Maintains system standards through communication and contact with system managers, business function managers, system individual users, user representatives and user groups.
4. Consults with, advises, and furnishes information to management and business systems users on efficient techniques for extracting necessary data.
5. Investigates user concerns and complaints to determine gaps in efficiency of system use.
6. Recommends appropriate training or assists in development of training programs and materials.
7. Plans and coordinates activities related to employee training.
8. Provides support and training for business system users.
9. Provides functional advice to user groups.
10. Modifies systems set-ups.
11. Prepares reports to fulfill administrative reporting requirements and ensures reports are accurate and submitted at time required.
12. Develops procedures and methods for system integrity and data security.
13. Monitors systems integrity and data security.
14. Plans and coordinates activities related to systems updates.
15. Controls the process for modifying software to ensure the integrity of existing systems and oversees user access.
16. Evaluates current system procedures and practices and recommends changes to improve efficiency.
17. Develops technical requirements for systems changes.
18. Tests systems changes and upgrades.
19. Coordinates and manages tests of systems, changes and upgrades.
20. Analyzes financial, administrative and management implications of proposed systems changes and make recommendations.
21. Ensures adherence to established standards for processing of business pertinent to systems supported.
22. Keeps abreast of business systems developments, extensions and modifications.

23. Attends meetings and conferences involving systems standards and changes, to achieve systems and service improvements.
24. Instructs and trains on systems requirements, policies, procedures and best practices, as required, to accomplish business relevant to provision of departmental services.
25. Fulfills designated work responsibilities in department business function in accordance with established City legal requirements.
26. Evaluates employee performance and counsels employees on professional development.
27. Uses office software to prepare narrative reports, directives, memoranda, charts, data interpretations and statistical summaries.
28. Adheres to and enforces global IT standards (technology and security) as published by the ITS Department.

## MINIMUM QUALIFICATIONS:

Bachelor's degree in business, public or databse administration, business information technology management systems, or other related fields, supplemented by specific developmental training in City business information technology systems operation and software.

Two years of experience in the development of technical requirements, system implementation, testing, modification, standard setting, security, best practice consultation, user training, and other support work for integrated business systems in an enterprise network environment.

One year of progressively responsible experience with department functions relevant to the conduct of City business, public service provisions and revenue production.

## SUPPLEMENTAL INFORMATION:

<u>Oral Appraisal:</u>     Maximum - 50%     Minimum - 32.5%

<u>Training and Experience and Personal Qualifications:</u>

Maximum - 50%     Minimum - 32.5%

---

The City of Detroit has incorporated NEOGOV, an online hiring system, which allows applicants to create a user account/profile, apply for current job opportunities and check the status of their candidacy all on-line. Hard copy paper applications are no longer available. Everything is done through our website, www.detroitmi.gov/employment , where you will find our employment opportunities, and will be able to create an account and apply for jobs.

Job Seekers without computers may use any of the 23 branches of the Detroit Public Library.
http://www.detroit.lib.mi.us/

In addition applicants without computer access can visit any of DETROIT EMPLOYMENT SOLUTIONS, a Michigan Works Agency.
http://michiganworks.org/agencies/agency/178/

Position #20141041989GM
BUSINESS SYSTEMS SUPPORT SPECIALIST 2 - POLICE
BT

---



City of Detroit
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 314
Administrative Services Division
Detroit, Michigan 48226
Phone: (313) 224-3725
Fax: (313) 224-9331

TO:     Bridget Muriel

FROM:   Brandi Richmond, Human Resources Consultant

DATE:   July 21, 2008

RE:     Probationary Reversion

Per the recommendation of the Police Department, effective July 14, 2008 you were reverted to your previous title of Personnel & Payroll Clerk. Per our conversation on July 14, 2008, you report to Bobbie Jo Wright, Record Systems Specialist II Suite 507 CAYMC.

If you have any questions please feel free to contact me at 224-6925.

CC: Torleice Anderson, Payroll Manager
    Bobbie Jo Wright, Record Systems Specialist II
    Renee Laster, Human Resources Consultant II

# City of Detroit
# NOTIFICATION OF PROBATION

| Length of Probation | Final Probation Due <u>June 10, 2008</u> |
|---|---|
| ☒ 3 Months ☐ 6 Months | |

| Name: Bridget Murriel | Pension No.: |
|---|---|
| Title: Senior Personnel & Payroll Clerk | Soc. Sec. No.: 382/68/9535 |
| Department/Division: Police / Payroll | Supervisor: 3rd DC Obey-Young |

## TO THE EMPLOYEE

You have been hired to the position indicated above, subject to the specified probation period. During this period, your performance will be evaluated to determine whether or not you should be given permanent status in this position. Normally, the first evaluation will take place about halfway through the probation period. The final evaluation will occur shortly before the probation period expires. Based on this final evaluation, the decision will be made to grant you permanent status, extend the probation period, revert you to your last prior status, or terminate employment. However, your employment may be terminated for cause at any time during the probation period.

The general factors used to evaluate employees are listed on the back of the sheet. Your supervisor will discuss with you the specific duties and responsibilities of the position. These duties and responsibilities of the position. These duties and responsibilities will depend on the needs of the department and the specific assignment. These duties are subject to change. You will be expected to perform any duty which is reasonable and either stated specifically or implied in the job specification for your position.

## EMPLOYEE CERTIFICATION

I understand that my status in this position is that of a probationary employee and that in order to qualify for permanent status I must demonstrate an acceptable level of work performance during the probation period. I have read the general factors on which I will be evaluated and have discussed the specific duties and responsibilities of the assignment with my supervisor. I understand what is expected of me and realize that these duties and responsibilities are subject to change. Further, I understand that I will be expected to perform any duty that is reasonable and either stated specifically or implied in the job specification for my position.

Signature _Bridget Murriel_ Date _03·20·08_

## TO THE SUPERVISOR

This form notifies the employee of the length and type of the probation period. It is also gives the employee a statement of the general factors that will be considered in evaluating the employee for permanent status. It is your responsibility to insure that the employee knows and understands the specific duties of the assignment and what level of performance is expected. Take time to explain fully the assignment to the employee and answer any questions as clearly as possible.

## SUPERVISOR CERTIFICATION

I have discussed the specific duties and responsibilities of the assignment with the employee. I feel that the employee has a reasonable understanding of the level of work performance expected in order to qualify for permanent status in this position.

Signature _Odessa Lewis_ Date _3 20 08_

Cc: Employee Services Specialist
    Employee

Notice of Probation          City of Detroit, copyright.  All rights reserved.                     FORM 9037
Effective: 05/11/2004                        pg. 3                                                   Rev. 4



detroit
**police**
erry A. Oliver, Sr.
Chief of Police

D.P.D. 568 (rev. 9/97)

# INTER-OFFICE MEMORANDUM

## BUDGET/PAYROLL SECTION

Date
January 4, 2002

To: Deputy Chief Brenda Goss-Andrews Management Services Bureau (Through Channels)

Subject: **THE NONIMATION FOR THE CIVILIAN OF THE QUARTER FOR THE PAYROLL SECTION IS MS. BRIDGET MURRIEL FOR THE PERIOD OF OCTOBER 1, 2002 THROUGH DECEMBER 31, 2002**

From: Lieutenant Ramona Shepheard, Badge L-1

Writer nominates Ms. Bridget Murriel as the Civilian of the Quarter for the Budget/Payroll Section for the period of October 1, 2002 through December 31, 2002. During the Quarter Ms. Murriel has been punctual and has not utilized any sick time.

Ms. Murriel is an enthusiastic, conscientious employee who completes all her assignments without prodding and constantly volunteers for additional work. She always displays a pleasant attitude, which make it a pleasure to work with her. Both her peers and her supervisors respect her for her diligence in working through difficult assignments and her display of eagerness and willingness to ensure a quality product is produced from her efforts.

Ms. Murriel is a highly motivated employee, who shows initiative and good judgement on a continuous bases. She exemplifies the demeanor of a true professional and competent employee, and for these reasons I recommends Ms. Bridget Murriel for Civilian of the Quarter.

**RAMONA SHEPHEARD**
Lieutenant, L-1
Budget/Payroll Section

srs

**READ AND FORWARD**

JAN 0 6 2003

THIRD DEPUTY CHIEF
Payroll Operations Office



*Certificate of Appreciation*

We hereby express our sincere appreciation to

*Bridget Muriel*

For your dedicated efforts in
Processing Payroll during the
Emergency Shutdown

This 13th Day of August 2008

You're a
Shining Star!

*Signature*