**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
|     Debtor. | Hon. Steven W. Rhodes |
| _____/ | |

### Certificate of Service

The undersigned certifies that on the 27th day of March, 2015, a copy of the attached Notice of Hearing (Docket # 9460) relating to the Motion of the City of Detroit, Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to Be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit filed by Debtor In Possession City of Detroit, Michigan (Docket # 9351), was sent by first-class mail to the individuals identified on the attached service list.

                                                                                        /s/ Christine L. Sikula
                                                                                              Deputy Clerk

Entered on March 27, 2015

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **4/15/15** at **01:30 PM** to consider and act upon the following:

*9351* – Motion of the City of Detroit, Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to Be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit Filed by Debtor In Possession City of Detroit, Michigan (Lennox, Heather)

Dated: 3/19/15

                                                  BY THE COURT

                                                  Katherine B. Gullo
                                                  Clerk, U.S. Bankruptcy Court

                                                  BY: christine sikula
                                                  Deputy Clerk

Service List

| | | |
|---|---|---|
| Hassan Aleem<br>2440 Taylor<br>Detroit, MI 48206 | Walter Blaney<br>3296 Collingwood<br>Detroit, MI 48206 | Lucinda Darrah<br>492 Peterboro<br>Detroit, MI 48201 |
| Belinda Farhat (Hernandez)<br>17160 Harlow St.<br>Detroit, MI 48235 | James J. Harrington, IV<br>19390 West Ten Mile Road<br>Southfield, MI 48075-2463 | Dorothea Harris<br>20552 Huntington<br>Harper Woods, MI 48225 |
| Wanda Jan Hill<br>16125 Oakfield<br>Detroit, MI 48235 | Lue David Jackson<br>9336 Pierson<br>Detroit, MI 48228 | Pamela Jenkins<br>10951 Wilshire Dr.<br>Detroit, MI 48213 |
| Vera C. Magee<br>5165 Iroquois<br>Detroit, MI 48213 | April N. Nason<br>19390 West Ten Mile Road<br>Southfield, MI 48075-2463 | Debra A. Pickett<br>16477 Fairmount Drive<br>Detroit, MI 48205 |
| Janice Pickett<br>9847 Balfour<br>Detroit, MI 48224 | Lisa Rollins-Carter<br>13511 Dixie<br>Redford, MI 48213 | Kim Lamar Spicer<br>29357 Sandalwood<br>Roseville, MI 48066 |
| Brianna Taylor<br>11300 E. 7 Mile Road<br>Apt. 115<br>Detroit, MI 48234 | Todd J. Weglarz<br>615 Griswold St., Ste. 1712<br>Detroit, Michigan 48226 | Olivia Williams<br>9717 McKinney<br>Detroit, MI 48224 |