# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION- DETROIT

In re:

                                     Chapter 9

CITY OF DETROIT, MICHIGAN            Case No. 13-53846

                                     Hon. Thomas J. Tucker

              Debtor.

_____/

## REPLY TO KIM SPICER'S RESPONSE TO OBJECTION TO CLAIM NUMBER 3657 FILED BY THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ON BEHALF OF KIM SPICER AND CLAIM NUMBER 3451 FILED BY KIM SPICER

**NOW COMES**, the City of Detroit Water and Sewerage Department ("DWSD"), by and through counsel, Kilpatrick & Associates, P.C., and for this Reply to Kim Spicer's Response to Objection to Claim Number 3451 Filed by the Equal Employment Opportunity Commission on Behalf of Kim Spicer and Claim Number 3451 Filed by Kim Spicer states as follows:

1.      On February 21, 2014, Kim Spicer ("Spicer") filed Claim Number 3451. Claim Number 3451 is in the amount of $204,272.75 and the stated basis for the claim is "Discrimination Based on Race and Retaliation."

2.      On March 19, 2014, the U.S. Equal Employment Opportunity Commission filed Claim Number 3657 on behalf of Spicer. Claim Number 3657 is in the amount of $204,272.75 and the stated basis for the claim is "Discrimination

Based on Race and Retaliation." Claim Number 3657 also indicates that $4,272.75 included in the claim is entitled to priority under 11 U.S.C. §507(a)(4).

3.      Claim Number 3657 and Claim Number 3451 were referred to alternative dispute resolution in accordance with the Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims dated December 24, 2013 ("Order"), but were ultimately not resolved.

4.      On December 30, 2014, DWSD filed an Objection to Claim Number 3457 Filed by the Equal Employment Opportunity Commission on Behalf of Kim Spicer and Claim Number 3451 Filed by Kim Spicer ("Objection") seeking disallowance of the claims as permitted by the Order.

5.      On January 27, 2015, Spicer filed a Response to the Objection. The Response to the Objection provides no basis for the Court to allow Claim Number 3457 and Claim Number 3451; it simply indicates that Spicer wants a trial.

6.       On January 28, 2014, the U.S. Equal Employment Opportunity Commission ("EEOC") filed a Response to the Objection asserting that it was withdrawing Claim Number 3657 because the EEOC concluded its investigation of the claim without a cause finding and closed is file, which terminated any and all legal interests the EEOC has in Claim Number 3657.

7.     Claim Number 3451 should be disallowed because it has no merit.

8.     On June 23, 2014, the EEOC closed its file on the claim because it was "unable to conclude that the information obtained establishes violations of the statutes." At that time, the EEOC sent Spicer a Notice of Right to Sue, which advised Spicer that any lawsuits based on the claim must be filed within 90 days of receiving the Notice of Right to Sue or the claim would be forever barred. A copy of the Notice of Right to Sue is attached as Exhibit 1.

9.     Title VII of the Civil Rights Act requires that any civil action arising under the statute be filed within 90 days after the receipt of a right to sue notice. *See* 42 U.S.C. §2000e-5(f)(1). There is a presumption that the claimant receives a Notice of Right to Sue five days after it is mailed. *See* 20 C.F.R. §422.210(c). "The federal courts have strictly enforced Title VII's ninety-day statutory limit." *Graham-Humphreys v. Brooks Museum of Art, Inc.*, 209 F.3d 552, 557 (6th Cir. 2000). "[T]he Supreme Court [has] stated that "[p]rocedural requirements established by Congress for gaining access to the federal courts are not to be disregarded by courts." *Id.* (quoting *Baldwin Cnty. Welcome Cntr. v. Brown*, 466 U.S. 147, 152, 104 S. Ct. 1723, 80 L. Ed. 2d 196 (1984). Invariant compliance is necessary because "experience teaches that strict adherence to the procedural requirements specified by the legislature is the best guarantee of evenhanded

administration of the law." *Id.* (quoting *Mohasco Corp. v. Silver*, 447 U.S. 807, 826, 100 S. Ct. 2486, 65 L. Ed. 2d 532 (1980).

10.     Spicer had the ability to file the Title VII action as an adversary proceeding against DWSD within the 90 days after receiving the Notice of Right to Sue. *See* Fed. R. Bankr. P. 7001(10).  Spicer did not commence an adversary proceeding, initiate an action in another venue, or attempt to seek relief from the automatic stay to initiate an action in another venue within the 90 day period after receiving the Notice of Right to Sue; therefore, the claim is forever barred and, accordingly, should be disallowed.

**WHEREFORE**, the City of Detroit Water and Sewerage Department respectfully requests that this Honorable Court enter and order disallowing Claim Number 3451 and grant such other or further relief as this Court deems just and proper considering the facts and circumstances of this case.

Respectfully Submitted,


KILPATRICK & ASSOCIATES, P.C.

*/s/ Richardo I. Kilpatrick_____*
RICHARDO I. KILPATRICK (P35275)
SHANNA M. KAMINSKI (P74013)
Attorneys for the City of Detroit Water
and Sewerage Department
615 Griswold, Ste. 1305
Detroit, Michigan 48226
(313) 963-2581
ecf@kaalaw.com


Dated: March 27, 2015

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

In re:

CITY OF DETROIT, MICHIGAN

Debtor.

_____/

Chapter 9

Case No. 13-53846

Hon. Thomas J. Tucker

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 27, 2015, I electronically filed a Reply to the

Response to Objection to Claim Number 3657 Filed by the U.S. Equal

Employment Opportunity Commission on Behalf of Kim Spicer and Claim

Number 3451 Filed by Kim Spicer, which sends notice by operation of the Court's

electronic filing service to all ECF participants registered to receive notice in this

case, and mailed a copy of the Reply to the Response to Objection to Claim

Number 3657 Filed by the U.S. Equal Employment Opportunity Commission on

Behalf of Kim Spicer and Claim Number 3451 Filed by Kim Spicer via first class

mail to the following:

Kim Spicer
29357 Sandalwood
Roseville, Michigan 48066

_/s/ Shanna M. Kaminski_____
Shanna M. Kaminski (P74013)