# EXHIBIT 2: LATE-FILED CLAIMS TO BE DISALLOWED

# LATE-FILED CLAIMS

| Claim No. | Creditor Name and Address | Claim Amount as State on Proof of Claim Form | Classification as Stated on Proof of Claim Form | Date Filed |
|---|---|---|---|---|
| 3787 | Estate of Lilian Joan Williams<br>Guy Sohou, Esq.<br>Sohou Law<br>615 Griswold, Suite 400<br>Detroit, MI 48226 | Unliquidated | General Unsecured | 08/01/2014 |
| 3796 | Eric Kersh<br>A. Vince Colella<br>Moss & Colella PC<br>28411 Northwestern Hwy, Ste 1150<br>Southfield, MI 48034 | Unliquidated | General Unsecured | 10/22/2014 |
| 3798 | Bridget Murriel<br>3324 Hogarth St.<br>Detroit, MI 48206 | Unliquidated | General Unsecured | 12/03/2014 |
| 3799 | Bridget Murriel<br>3324 Hogarth St.<br>Detroit, MI 48206 | Unliquidated | General Unsecured | 12/03/2014 |
| 3497 | Jackie's Transport, Inc.<br>Yuliy Osipov<br>20700 Civil Center Dr., Suite 420<br>Southfield, MI 48076 | $53,725.50 | General Unsecured | 2/24/2014 |
| 3813 | Bowin Place Assoc. Ltd. Div. H.A.<br>Kurt Thornbladh<br>Thornbladh Legal Group PLLC<br>7301 Shaefer<br>Dearborn, MI 48126 | $25,000.00 | General Unsecured | 1/20/2015 |
| 3809 | Cambridge Tower Assoc. DVD H.A.<br>Kurt Thornbladh<br>Thornbladh Legal Group PLLC<br>7301 Shaefer<br>Dearborn, MI 48126 | $25,000.00 | General Unsecured | 1/20/2015 |
| 3810 | Hyde Park Co-Operative<br>Kurt Thornbladh<br>Thornbladh Legal Group PLLC<br>7301 Shaefer<br>Dearborn, MI 48126 | $25,000.00 | General Unsecured | 1/20/2015 |
| 3811 | Millender Center Assoc. L.P. | $25,000.00 | General Unsecured | 1/20/2015 |

| | | | | |
|---|---|---|---|---|
| | Kurt Thornbladh<br>Thornbladh Legal Group PLLC<br>7301 Shaefer<br>Dearborn, MI 48126 | | | |
| 3814 | Plymouth Square Ltd. Housing Association<br>Kurt Thornbladh<br>Thornbladh Legal Group PLLC<br>7301 Shaefer<br>Dearborn, MI 48126 | $25,000.00 | General Unsecured | 1/20/2015 |
| 3812 | Village Center Assoc. DVD Housing Assoc.<br>Kurt Thornbladh<br>Thornbladh Legal Group PLLC<br>7301 Shaefer<br>Dearborn, MI 48126 | $25,000.00 | General Unsecured | 1/20/2015 |
| 3815 | Fenimore Limited DIV DVD H.A.<br>Kurt Thornbladh<br>Thornbladh Legal Group PLLC<br>7301 Shaefer<br>Dearborn, MI 48126 | $25,000.00 | General Unsecured | 1/22/2015 |
| 3622 | Ethel Darlage<br>1665 Santa Barbara Drive<br>Dunedin, FL 34698 | Blank | General Unsecured | 3/3/2014 |
| 3775 | Arthur Marciano<br>3701 Northwind Court<br>Jupiter, FL 33477 | Blank | General Unsecured | 6/9/2014 |

2