**EXHIBIT 2: BOOKS AND RECORDS CLAIMS TO BE MODIFIED**

# BOOKS AND RECORDS CLAIMS

| Claim No. | Creditor Name and Address | Claim Amount as State on Proof of Claim Form | Classification as Stated on Proof of Claim Form | Stated Basis of Claim as Stated on Proof of Claim | Modified Claim Amount Pursuant to City Books and Records |
|---|---|---|---|---|---|
| 2282 | Williams Acosta, PLLC<br>535 Griswold, Suite 1000<br>Detroit, MI 48226 | $139,752.01 | General Unsecured | "Legal services rendered per contract" | $127,312.76 |
| 86 | Siemens Water Technologies, LLC<br>2607 N. Granview Ave., Suite 130<br>Waukesha, WI 53188 | $70,000.00 | General Unsecured | "Goods sold, services performed" | $0 |
| 852 | Michigan Auto Recovery Service<br>Kurt Thornbladh<br>Thornbladh Legal Group PLLC<br>7301 Shaefer<br>Dearborn, MI 48126 | $48,525.00 | General Unsecured | "Services performed" | $0 |
| 231 | Texas Refinery Corporation<br>One Refinery Place<br>Box 711<br>Fort Worth, TX 76101 | $4,249.42 | General Unsecured | "Goods sold" | $0 |