# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

-------------------------------------------------------X
:
IN RE                                        :      Chapter 9
:
:      Case No. 13-53846
CITY OF DETROIT, MICHIGAN,    :
:      Hon. Steven W. Rhodes
DEBTOR                         :
-------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2015, I electronically filed the following documents (collectively the "Omnibus Objections") with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Omnibus Objections and file a subsequent Proof of Service after it has performed the service.

- Twelfth Omnibus Objection to Certain Late-Filed Claims [Dkt. No. 9545]
- Thirteenth Omnibus Objection to Certain No Basis Claims [Dkt. No. 9546]
- Fourteenth Omnibus Objection to Certain Books and Records Claims [Dkt. No. 9547]

Dated: March 27, 2015

FOLEY & LARDNER LLP

By: /s/ John A. Simon
John A. Simon (P61866)
Jeffrey S. Kopp (P59485)
Tamar N. Dolcourt (P73425)
Leah R. Imbrogno (P79384)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
jsimon@foley.com
jkopp@foley.com
tdolcourt@foley.com
limbrogno@foley.com

*Counsel for the Debtor, City of Detroit, Michigan*

4819-7669-5842.1