# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On March 26, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Notice of (I) Entry of Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit and (II) Occurrence of Effective Date [Docket No. 8649]

Furthermore, on or before March 26, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit B**:

- Motion of the City of Detroit, Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 9351]

Furthermore, on or before March 24, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit B**:

- Corrected Notice Motion of the City of Detroit, Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [attached hereto as Exhibit C]

Dated: March 27, 2015

/s/ Stephanie Delgado
Stephanie Delgado
KCC
2335 Alaska Ave
El Segundo, CA 90245

# EXHIBIT A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Davis, Sheryl | | PO Box 4349 | Detroit | MI | 48204-0349 |
| I Copy Technologies Inc | Attn Accounts Payable | 140 Via Sandra | Newbury Park | CA | 91320-6887 |

# EXHIBIT B

**Exhibit B**
**Served via First Class Mail**

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Demetira Purcell | ALG Legal Center, PLLC | 29240 Buckingham St Ste 2 | Livonia | MI | 48154-4590 |
| Deshawn Benson | | 15925 Goddard Rd Apt 208 | Southgate | MI | 48195-4500 |
| Erica, Benson | | PO Box 352 | Lincoln Park | MI | 48146-0352 |
| Grimes, Portia | | 3409 Amber TRL | Duluth | GA | 30096 |
| Harold Adkins | | 4545 Clawson Tank Dr Ste 100 | Clarkson | MI | 48346-2582 |
| Julius Minter | Mr. Julius Minter | 21438 Dequindre Rd Apt 202 | Warren | MI | 48091-2216 |
| W.B. Washington - Bev | Kalka Law Firm, PC | 2295 Metropolitan Pkwy #130 | Sterling Hts | MI | 48310-4293 |

# EXHIBIT C

Form B20A(Official Form 20A)
12/1/10

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

**In re:**

**CITY OF DETROIT, MICHIGAN,**

**Debtor.**

**Chapter: 9**

**Case No.: 13-53846**

**Judge: Hon. Thomas J. Tucker**

Address: 2 Woodward Avenue, Suite 1126
Detroit, Michigan 48226

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 38-6004606

**CORRECTED NOTICE OF MOTION OF THE CITY OF DETROIT, PURSUANT TO SECTIONS 105(a) AND 502(c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3021, FOR AN ORDER APPROVING RESERVE AMOUNTS FOR CERTAIN DISPUTED OR UNLIQUIDATED UNSECURED CLAIMS IN CONNECTION WITH DISTRIBUTIONS TO BE MADE UNDER THE EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

The City of Detroit, Michigan (the "City") has filed papers with the Court seeking entry of an order, pursuant to sections 105(a) and 502(c) of title 11 of the United States Code and Rule 3021 of the Federal Rules of Bankruptcy Procedure, approving reserve amounts for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the City's confirmed plan of adjustment.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, **on or by March 23, 2015,** you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1] Any response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

NAI-1500314985v1

You must also mail a copy to:

Heather Lennox (OH 0059649)<br>
JONES DAY<br>
North Point<br>
901 Lakeside Avenue<br>
Cleveland, Ohio 44114<br>
Telephone: (216) 586-3939<br>
Facsimile: (216) 579-0212

2.       If a response or answer is timely filed and served, the Court will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: March 4, 2015       Respectfully submitted,

/s/ Heather Lennox
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
hlennox@jonesday.com

ATTORNEYS FOR THE CITY

NAI-1500314985v1