211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:


Employer's Tax I.D. No.:
    38−6004606

NOTICE OF DEFICIENT FILING


It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service is Missing. (RE: related document(s)[9502] Objection to Motion of the City of Detroit, Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to Be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit Filed by Debtor In Possession City of Detroit, Michigan (Docket # 9351), filed by Creditor Pamela Jenkins). See below for information regarding deadline for filing the missing Proof of Service.

is defective as indicated:

- ☐ Acceptable List of Creditors
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Cover Sheet for Amendments (To be filed with corrected document in its entirety as one PDF)
- ☐ Amended Document (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))

☐ Notice to Respondent
☐ Original Signature
☑ Proof of Service Missing or Non–Compliant
☐ Proposed Order
☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 3/27/15

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:                                                                  Case No. 13-53846-tjt
City of Detroit, Michigan                                               Chapter 9
        Debtor                          **CERTIFICATE OF NOTICE**

District/off: 0645-2          User: csiku          Page 1 of 18          Date Rcvd: Mar 27, 2015
                              Form ID: def2        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2015.
cr             +Pamela D. Jenkins,   10951 Wilshire,   Detroit, MI 48213-1616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Daniel M. McDermott
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2015                              Signature:   /s/Joseph Speetjens

_____


# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2015 at the address(es) listed below:
          A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
          Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
           alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
          Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
           ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
           ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
           ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
          Alidz  Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           oshagan@legghioisrael.com,  drf@legghioisrael.com
          Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
          Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
           allan.brilliant@dechert.com
          Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
           allan.brilliant@dechert.com
          Allison  Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
           abach@dickinsonwright.com
          Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
           achouprouta@kramerlevin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
acaton@kramerlevin.com,  achouprouta@kramerlevin.com

Andrew A. Paterson, Jr.   on behalf of Plaintiff   Citizens United Against Corrupt Government
aap43@outlook.com,  aap43law@gmail.com

Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
aap43@outlook.com,  aap43law@gmail.com

Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
aap43law@gmail.com

Angela  Williams   on behalf of Creditor   Detroit Housing Commission williamsa@dhcmi.org,
HollisR@dhcmi.org

Anthony J. Kochis   on behalf of Creditor   Iron Mountain Information Management, LLC
akochis@wolfsonbolton.com,  stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com

Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com

Arthur  O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
aoreilly@honigman.com,  ahatcher@honigman.com

Barbara A. Patek   on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants Association
bpatek@ermanteicher.com

Barbara A. Patek   on behalf of Attorney   Erman, Teicher, Zucker & Freedman, P.C.
bpatek@ermanteicher.com

Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
bpatek@ermanteicher.com

Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
bpatek@ermanteicher.com

Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
bfagan@dibandfagan.com

Benjamin J. Wilensky   on behalf of Creditor Robert  Cole bjw@seikalystewart.com

Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
bbest@schaferandweiner.com,  wkyles@schaferandweiner.com

Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
wkyles@schaferandweiner.com

Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
wkyles@schaferandweiner.com

Brendan H. Frey   on behalf of Defendant   Syncora Guarantee, Inc. bfrey@manteselaw.com,
ssikorski@manteselaw.com

Brett A. Border   on behalf of Creditor   U.S. Bank, N.A. bborder@sspclegal.com,
joumedian@sspclegal.com

Brett A. Border   on behalf of Creditor   U.S. Bank National Association bborder@sspclegal.com,
joumedian@sspclegal.com

Brett A. Border   on behalf of Interested Party   CitiMortgage, Inc. bborder@sspclegal.com,
joumedian@sspclegal.com

Brett A. Border   on behalf of Interested Party   Schneiderman and Sherman, P.C.
bborder@sspclegal.com,  joumedian@sspclegal.com

Brett A. Border   on behalf of Interested Party   Kondaur Capital Corporation
bborder@sspclegal.com,  joumedian@sspclegal.com

Brett A. Border   on behalf of Creditor   Flagstar Bank, FSB bborder@sspclegal.com,
joumedian@sspclegal.com

Brian  Keck   on behalf of Interested Party Denise  Gardner bkeck@morganmeyers.com,
aworlen@morganmeyers.com

Brian  Keck   on behalf of Interested Party Patricia  Ramirez bkeck@morganmeyers.com,
aworlen@morganmeyers.com

Brian  Keck   on behalf of Interested Party Kimberly  James bkeck@morganmeyers.com,
aworlen@morganmeyers.com

Brian  Keck   on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com,
aworlen@morganmeyers.com

Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com

Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
Care Network of Michigan btrumbauer@bodmanlaw.com

Bruce  Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
bbennett@jonesday.com

Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

Carina  Kraatz   on behalf of Interested Party   Resnick & Moss, P.C. ckraatz@resnicklaw.net,
jabdelnour@resnicklaw.net

Carina  Kraatz   on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net,
jabdelnour@resnicklaw.net

Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Carol Connor Cohen    on behalf of Interested Party   Ambac Assurance Corporation
           carol.cohen@arentfox.com
          Carol Connor Cohen    on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole Neville    on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
           Michigan carole.neville@dentons.com
          Carole Neville    on behalf of Retiree Committee    Official Committee of Retirees
           carole.neville@dentons.com,daniel.morris@dentons.com
          Caroline Turner English    on behalf of Interested Party   Ambac Assurance Corporation
           caroline.english@arentfox.com
          Caroline Turner English    on behalf of Plaintiff   Ambac Assurance Corporation
           caroline.english@arentfox.com
          Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
           charlesID@hotmail.com
          Charles D. Bullock    on behalf of Interested Party   Gabriel, Roeder, Smith & Company
           cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash    on behalf of Creditor   UBS AG cash@wnj.com,  kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant   UBS AG cash@wnj.com,  kkranz@wnj.com
          Charles N. Ash    on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Charles N. Ash    on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Christopher A. Grosman    on behalf of Interested Party   BlackRock Financial Management, Inc.
           BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
          Christopher A. Grosman    on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com,
           cgrosman@carsonfischer.com
          Cindy  Tsai    on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
          Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
           claude.montgomery@dentons.com,docketny@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Claude D. Montgomery    on behalf of Plaintiff   Official Committee of Retirees of the City of
           Detroit, Michigan claude.montgomery@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers    on behalf of Interested Party   U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Courtney M. Rogers    on behalf of Creditor   U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Craig B. Rule    on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Cynthia J. Haffey    on behalf of Defendant   Detroit General Retirement System Service
           Corporation haffey@butzel.com,  smithe@butzel.com
          Cynthia J. Haffey    on behalf of Defendant   Detroit Police And Fire Retirement System Service
           Corporation haffey@butzel.com,  smithe@butzel.com
          Dale  Price    on behalf of Creditor   Equal Employment Opportunity Commission dale.price@eeoc.gov,
           legaldt.detroit@eeoc.gov
          Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
          Dan  Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
          Daniel J. Weiner    on behalf of Plaintiff   Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner    on behalf of Interested Party   Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          David  Eisenberg    on behalf of Creditor   Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David  Eisenberg    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David A. Lerner    on behalf of Creditor   Plunkett Cooney dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David A. Lerner    on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David E. Lemke    on behalf of Creditor   U.S. Bank National Association david.lemke@wallerlaw.com
          David Gilbert Heiman    on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Debtor In Possession   City of Detroit, Michigan
           dgheiman@jonesday.com
          David L. Dubrow    on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation
         david.dubrow@arentfox.com
        David M. Blau   on behalf of Creditor   NTH Consultants, Ltd. dblau@clarkhill.com
        David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com,
         nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
         nepc.com
        David T. Lin   on behalf of Interested Party   The Kales Grand Circus Park, LLC dlin@seyburn.com,
         kbilpo@seyburn.com
        Dawn R. Copley   on behalf of Interested Party   State of Michigan dcopley@dickinsonwright.com,
         dnavin@dickinsonwright.com
        Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney
         General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
        Deborah Kovsky-Apap   on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com,
         alexsym@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com,
         alexsym@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Defendant John Naglik kovskyd@pepperlaw.com,
         alexsym@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
         alexsym@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan
         kovskyd@pepperlaw.com, alexsym@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Defendant John Naglick kovskyd@pepperlaw.com,
         alexsym@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com,
         alexsym@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com,
         alexsym@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com,
         alexsym@pepperlaw.com
        Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
         allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant   Panning Capital Management, LP
         dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Aurelius Capital Management, LP
         dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Bronze Gable, L.L.C. dfish@allardfishpc.com,
         allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
         allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
         allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant   Aurelius Capital Management, LP
         dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Monarch Alternative Capital LP
         dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant   BlueMountain Capital Management, LLC
         dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant   Stone Lion Capital Partners L.P.
         dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Stone Lion Capital Partners L.P.
         dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant   Bronze Gable, L.L.C. dfish@allardfishpc.com,
         allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
         dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Panning Capital Management, LP
         dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant   Monarch Alternative Capital LP
         dfish@allardfishpc.com, allardfishpc@yahoo.com
        Debra N. Pospiech   on behalf of Interested Party Patricia Ramirez dpospiech@morganmeyers.com
        Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2005
         dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Defendant   Wilmington Trust, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association
         dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006
         dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association
         dbeckwith@fosterswift.com
        Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
         don@mcguiganlaw.com
        Douglas Steele   on behalf of Interested Party   International Association of Fire Fighters,
         AFL-CIO, CLC dls@wmlaborlaw.com
        Douglas C. Bernstein   on behalf of Interested Party   Hudson-Webber Foundation
         dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Douglas C. Bernstein   on behalf of Interested Party   Community Foundation for Southeast
 Michigan dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
            Douglas C. Bernstein   on behalf of Interested Party   The Fred A. and Barbara M. Erb Family
 Foundation dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
            Douglas C. Bernstein   on behalf of Interested Party   W.K. Kellogg Foundation
 dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
            Douglas C. Bernstein   on behalf of Interested Party   Max M. and Marjorie S. Fisher Foundation
 dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
            Douglas C. Bernstein   on behalf of Interested Party   The Ford Foundation
 dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
            Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
 dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
            Douglas C. Bernstein   on behalf of Interested Party   Charles Stewart Mott Foundation
 dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
            Douglas C. Bernstein   on behalf of Interested Party   William Davidson Foundation
 dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
            Douglas C. Bernstein   on behalf of Interested Party   McGregor Fund
 dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
            Douglas C. Bernstein   on behalf of Interested Party   A. Paul and Carol C. Schaap Foundation
 dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
            Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
 eerman@ermanteicher.com
            Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association
 eerman@ermanteicher.com
            Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
 eerman@ermanteicher.com
            Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com,
 litdocket@honigman.com
            Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company
 emajoros@glmpc.com
            Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
 bankruptcy@orlans.com,   ANHSOA@earthlink.net
            Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association
 (Fannie Mae) bankruptcy@orlans.com,   ANHSOA@earthlink.net
            Elizabeth M. Abood-Carroll   on behalf of Creditor   Wells Fargo Bank, NA bankruptcy@orlans.com,
 ANHSOA@earthlink.net
            Elizabeth M. Abood-Carroll   on behalf of Creditor   CitiMortgage, Inc. bankruptcy@orlans.com,
 ANHSOA@earthlink.net
            Elizabeth M. Abood-Carroll   on behalf of Creditor    M&T Bank bankruptcy@orlans.com,
 ANHSOA@earthlink.net
            Elizabeth M. Abood-Carroll   on behalf of Creditor   M&T Bank bankruptcy@orlans.com,
 ANHSOA@earthlink.net
            Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com,
 ANHSOA@earthlink.net
            Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company
 bankruptcy@orlans.com,   ANHSOA@earthlink.net
            Elizabeth M. Abood-Carroll   on behalf of Creditor   Rushmore Loan Management Services, LLC
 bankruptcy@orlans.com,   ANHSOA@earthlink.net
            Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company
 bankruptcy@orlans.com,   ANHSOA@earthlink.net
            Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
 ecrowder@sbplclaw.com,   lhaas@sbplclaw.com
            Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
            Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
 carlson@millercanfield.com
            Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation
 enovetsky@jaffelaw.com
            Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of
 Detroit efeldman@clarkhill.com
            Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit
 efeldman@clarkhill.com
            Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
            H. Nathan Resnick   on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
 jabdelnour@resnicklaw.net
            Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc.
 ecf-hen@rhoadesmckee.com
            Harold E. Nelson   on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
            Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A.
 Heath.Rosenblat@dbr.com,   Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
            Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association
 Heath.Rosenblat@dbr.com,   Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
            Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust, National Association
 Heath.Rosenblat@dbr.com,   Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
            Heath Douglas Rosenblat   on behalf of Defendant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
 Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
            Heather Lennox   on behalf of Attorney   Jones Day hlennox@jonesday.com
            Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan
 hlennox@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Heather Lennox   on behalf of Interested Party   Miller Buckfire & Co., LLC hlennox@jonesday.com
        Heather Lennox   on behalf of Interested Party   Christie's, Inc. hlennox@jonesday.com
        Heather Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com
        Heidi Peterson   hdpeterson75@gmail.com
        Howard R. Hawkins, Jr.   on behalf of Defendant   UBS AG howard.hawkins@cwt.com,
   mark.ellenberg@cwt.com;ellen.halstead@cwt.com
        Howard R. Hawkins, Jr.   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
   howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
        Howard R. Hawkins, Jr.   on behalf of Defendant   Merrill Lynch Capital Services, Inc.
   howard.hawkins@cwt.com,  mark.ellenberg@cwt.com;ellen.halstead@cwt.com
        Howard Yale Lederman   on behalf of Creditor Ernest Flagg hlederman@normanyatooma.com
        Howard Yale Lederman   on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
        Howard Yale Lederman   on behalf of Creditor Brian Greene hlederman@normanyatooma.com
        Hugh M. Davis   on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
        Hugh M. Davis   on behalf of Creditor Thomas Stephens Info@ConLitPC.com
        Ian S. Bolton   on behalf of Creditor   FK Park, LLC ibolton@maddinhauser.com,
   bwislinski@maddinhauser.com;nanderson@maddinhauser.com
        Ian S. Bolton   on behalf of Creditor   FK South, LLC ibolton@maddinhauser.com,
   bwislinski@maddinhauser.com;nanderson@maddinhauser.com
        Irma Industrious   on behalf of Interested Party   City of Detroit Law Department
   iindustrious@yahoo.com
        Irma Industrious   on behalf of Creditor Irma Industrious iindustrious@yahoo.com
        James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc.
   james.sprayregen@kirkland.com
        James Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc.
   james.sprayregen@kirkland.com
        James Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd.
   james.sprayregen@kirkland.com
        Jamie Scott Fields   on behalf of Creditor Jamie Fields jeansartre@msn.com
        Jamie Scott Fields   on behalf of Creditor   Retired Detroit Police Members Association
   jeansartre@msn.com
        Jason Abel   on behalf of Interested Party   Detroit Institute of Arts jpa@honigman.com
        Jason W. Bank   on behalf of Interested Party   Wade Trim Associates, Inc. jbank@kerr-russell.com,
   ssmith@kerr-russell.com
        Jason W. Bank   on behalf of Interested Party   New England Fertilizer Company
   jbank@kerr-russell.com,  ssmith@kerr-russell.com
        Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
        Jeffrey Rossman   on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
   Lhaidostian@mwe.com
        Jeffrey Rossman   on behalf of Creditor   U.S. Bank, N.A. jrossman@mwe.com
        Jeffrey Rossman   on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com
        Jeffrey Rossman   on behalf of Interested Party   U.S. Bank N.A. jrossman@mwe.com
        Jeffrey David Eaton   on behalf of Creditor   Parsons Brinckerhoff Michigan, Inc.
   jeaton@schiffhardin.com
        Jeffrey H. Bigelman   on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com,  tc@osbig.com
        Jeffrey S. Grasl   on behalf of Creditor   Sprint Communications Company LP
   jgrasl@mcdonaldhopkins.com,  sharrow@mcdonaldhopkins.com
        Jeffrey S. Grasl   on behalf of Creditor   Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
   sharrow@mcdonaldhopkins.com
        Jeffrey S. Kopp   on behalf of Debtor In Possession   City of Detroit, Michigan jkopp@foley.com
        Jennifer Zbytowski Belveal   on behalf of Defendant   Detroit Entertainment, LLC
   jbelveal@honigman.com,  mjohnson@honigman.com
        Jennifer Zbytowski Belveal   on behalf of Defendant   Greektown Casino, LLC
   jbelveal@honigman.com,  mjohnson@honigman.com
        Jerome D. Goldberg   on behalf of Plaintiff John Smith apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Plaintiff   National Action Network--Michigan Chapter
   apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Plaintiff Nicole Hill apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Plaintiff Rosalyn Parham apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Plaintiff   Michigan Welfare Rights Organization
   apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Plaintiff Scott Eubank apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Plaintiff Rosalyn Walker apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Plaintiff Janice Ward apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Plaintiff   Peoples Water Board apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Plaintiff   Moratorium Now! apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Plaintiff John Jackson apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Plaintiff Tammika Williams apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Plaintiff Sylvia Taylor apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Creditor David Sole apclawyer@sbcglobal.net
        Jerome D. Goldberg   on behalf of Plaintiff Maurika Lyda apclawyer@sbcglobal.net
        Jill Kristen Smith   on behalf of Creditor   Macomb County Jill.Smith@macombgov.org
        Joel D. Applebaum   on behalf of Respondent   Detroit Wayne Joint Building Authority
   japplebaum@clarkhill.com
        Joel D. Applebaum   on behalf of Creditor   Colasanti Construction Services, Inc.
   japplebaum@clarkhill.com
        John A. Simon   on behalf of Debtor In Possession   City of Detroit, Michigan jsimon@foley.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    John A. Stevens  on behalf of Creditor  Detroit Police Lieutenants and Sergeants Association
  jstevens@mathesonparr.com,  nlmumma@aol.com

    John E. Eaton  on behalf of Creditor  Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
  pjohnson@bredhoff.com;mforan@bredhoff.com

    John Joseph Ramirez  on behalf of Interested Party  Deutsche Bank AG, London
  john.ramirez@kattenlaw.com

    John M. Carey  on behalf of Creditor  Wayne County jmcarey@eastmansmith.com,
  sorose@eastmansmith.com;jjlefevre@eastmansmith.com

    John P. Kapitan  on behalf of Creditor  Fifth Third Mortgage Company easternecf@trottlaw.com

    John P. Sieger  on behalf of Creditor  Michigan Bell Telephone Company d/b/a AT&T Michigan
  john.sieger@kattenlaw.com

    John R. Canzano  on behalf of Creditor  Michigan Building and Construction Trades Council
  jcanzano@kmsmc.com

    Jonathan S. Green  on behalf of Defendant Michael  Hall green@millercanfield.com

    Jonathan S. Green  on behalf of Defendant  City of Detroit, Michigan green@millercanfield.com

    Jonathan S. Green  on behalf of Interested Party  Miller, Canfield, Paddock and Stone, PLC
  green@millercanfield.com

    Jonathan S. Green  on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com

    Jonathan S. Green  on behalf of Defendant  City of Detroit green@millercanfield.com

    Jonathan S. Green  on behalf of Debtor In Possession  City of Detroit, Michigan
  green@millercanfield.com

    Jong-Ju Chang  on behalf of Interested Party  City of Detroit, Water and Sewerage Department
  jchang@dykema.com,  dkelley@dykema.com;docket@dykema.com

    Joseph M. Fischer  on behalf of Creditor  Oakland County, Michigan brcy@carsonfischer.com,
  jfischer@carsonfischer.com

    Joseph R. Sgroi  on behalf of Interested Party  General Motors LLC jsgroi@honigman.com,
  litdocket@honigman.com

    Joshua A. Gadharf  on behalf of Interested Party  Syncora Capital Assurance Inc.
  jgadharf@mcdonaldhopkins.com

    Joshua A. Gadharf  on behalf of Interested Party  Syncora Guarantee Inc.
  jgadharf@mcdonaldhopkins.com

    Joshua A. Gadharf  on behalf of Interested Party  Syncora Holdings Ltd.
  jgadharf@mcdonaldhopkins.com

    Joshua A. Gadharf  on behalf of Plaintiff  Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

    Judy B. Calton  on behalf of Creditor  120 W. Montcalm Properties LLC jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  Singent Consulting LLC jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  Kennedy Square Garage LLC jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  Mound Road Enterprises L.L.C. jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  Country West Apartments, LLC jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  LDM, LLC jcalton@honigman.com,  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  3250 Associated LLC jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  TSD Solutions LLC jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  136 Bagley LLC jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  Delbruck Technology, LLC jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  440 Congress LLC jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  Stanne Consulting, LLC jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  Olympia Office Building, LLC jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  Gekko Enterprises LLC jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  VITEC, L.L.C. jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  Olympia Development of Michigan LLC jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  Sunrise Parking LLC jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  Taggart Technologies LLC jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  Skyline Partners LLC jcalton@honigman.com,
  litdocket@honigman.com

    Judy B. Calton  on behalf of Creditor  Seven Mile Partners, LLC jcalton@honigman.com,
  litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Judy B. Calton    on behalf of Creditor    Cass Community Social Services, Inc.
        jcalton@honigman.com,   litdocket@honigman.com
        Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Compuware Corporation jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Cathedral Owner LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    3100 East Jefferson, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Oakland Plant Properties, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Magnolia Properties, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    4737 Conner Co., LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Enforcement Technology, Inc. jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Debtor In Possession   City of Detroit, Michigan
        jcalton@honigman.com,   litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Regency Owner LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Linwood Neighbors LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Attorney L. Katie Mason jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Mack Avenue Investors LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Seven Mile Holdings, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com,
        litdocket@honigman.com
        Judy B. Calton    on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com,
        litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Judy B. Calton   on behalf of Creditor   Bean Little Investments, LLC jcalton@honigman.com,
  litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   MICMR, LLC jcalton@honigman.com,  litdocket@honigman.com
        Julie Beth Teicher   on behalf of Creditor   Detroit Police Officers Association
  jteicher@ermanteicher.com
        Julie Beth Teicher   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local
  344 jteicher@ermanteicher.com
        Julie Beth Teicher   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
  jteicher@ermanteicher.com
        Julie Beth Teicher   on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants
  Association jteicher@ermanteicher.com
        Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc.
  karen.dine@kattenlaw.com
        Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association
  Avery@SilvermanMorris.com
        Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
  Association Avery@SilvermanMorris.com
        Karin F. Avery   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
  Avery@SilvermanMorris.com
        Karin F. Avery   on behalf of Plaintiff   Detroit Retired City Employees Association
  Avery@SilvermanMorris.com
        Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan
  kressk@pepperlaw.com,  alexsym@pepperlaw.com
        Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank AG, London
  kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
        Kenneth E. Noble   on behalf of Intervenor-Defendant   Deutsche Bank AG, London
  kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
        Kenneth E. Noble   on behalf of Interested Party   Deutsche Bank Securities Inc.
  kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
        Kenneth M. Schneider   on behalf of Interested Party Kenneth M. Schneider
  kschneider@schneidermiller.com
        Kevin Erskine   on behalf of Interested Party   United States of America kevin.erskine@usdoj.gov,
  michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Mary.compeau@usdoj.gov
        Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc.
  kevin.baum@kattenlaw.com
        Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc.
  ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
        Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
        Kristin K. Going   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006
  Kristin.Going@dbr.com
        Kristin K. Going   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2005
  Kristin.Going@dbr.com
        Kurt Thornbladh   on behalf of Plaintiff   Peoples Water Board kthornbladh@gmail.com,
  thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
  thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
  thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff   National Action Network--Michigan Chapter
  kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
  thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Interested Party   Housing is a Human Right Coalition
  kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
  thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff   Moratorium Now! kthornbladh@gmail.com,
  thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
  thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
  thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
  thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Creditor   Plymouth Square Ltd. Housing Association
  kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Creditor   Michigan Welfare Rights Organization
  kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff   Michigan Welfare Rights Organization
  kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
  thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
  thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
  thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
  thornbladh.kurt3@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com

L. Nichole Hunter    on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com,
sobrien@alglawpc.com

Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com

Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com

Lawrence A. Lichtman    on behalf of Creditor    660 Woodward Associates, LLC
llichtman@honigman.com,  litdocket@honigman.com

Leah Montesano    on behalf of Interested Party    Ambac Assurance Corporation
leah.montesano@arentfox.com

Leland Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com

Leonora K. Baughman    on behalf of Respondent    Wayne County Treasurer ecf@kaalaw.com

Lisa Okasinski    on behalf of Creditor    HRT Enterprises lisa@demolaw.com

Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
Lisa.Fenning@aporter.com

Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
Detroit Lisa.Fenning@aporter.com

Lisa Sommers Gretchko    on behalf of Creditor    Howard & Howard Attorneys PLLC
lgretchko@howardandhoward.com,  mparker@HowardandHoward.com

Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
lrochkind@jaffelaw.com,  dburris@jaffelaw.com

Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
lrochkind@jaffelaw.com,  dburris@jaffelaw.com

M. Ellen Dennis    on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com,
dwhadden@umich.edu

Mami Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Devery Jones mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Bruce Goldman mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Mary Washington mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Mami Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
mkato@sachswaldman.com,  pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Michael Wells mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor    Detroit Police Command Officers Association
mkato@sachswaldman.com,  pmerchak@sachswaldman.com

Mami Kato    on behalf of Creditor Mary Whitson mkato@sachswaldman.com,
pmerchak@sachswaldman.com

Marc N. Swanson    on behalf of Defendant    Detroit City Council swansonm@millercanfield.com

Marc N. Swanson    on behalf of Defendant Michael Hall swansonm@millercanfield.com

Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
swansonm@millercanfield.com

Marc N. Swanson    on behalf of Defendant    City of Detroit swansonm@millercanfield.com

Marc N. Swanson    on behalf of Defendant Michael Duggan, Mayor swansonm@millercanfield.com

Marc N. Swanson    on behalf of Defendant    City of Detroit, Michigan swansonm@millercanfield.com

Mark Wasvary    on behalf of Creditor    Hyde Park Co-Operative, et al. mark@wasvarylaw.com

Mark Wasvary    on behalf of Creditor    Plymouth Square Ltd. Housing Association
mark@wasvarylaw.com

Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com

Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
mark.angelov@arentfox.com

Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
jbrown@steinbergshapiro.com

Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets
Association shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com

Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com

Mark H. Shapiro    on behalf of Interested Party    Greenhill & Co., LLC
shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com

Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
mrj@wwrplaw.com

Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com

Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com

Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
bankrout@davispolk.com

Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
cobbm@detroitmi.gov,  mbcobbs@flash.net

Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
mbcobbs@flash.net

Mary Kay Shaver    on behalf of Creditor    Varnum LLP mkshaver@varnumlaw.com

Matthew Klakulak    on behalf of Creditor Delania Patterson m.klakulak@fiegerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Matthew  Klakulak   on behalf of Creditor Kevin  Bullard m.klakulak@fiegerlaw.com
          Matthew  Klakulak   on behalf of Creditor Delshone  Balfour m.klakulak@fiegerlaw.com
          Matthew  Schneider   on behalf of Interested Party     State of Michigan SchneiderM7@michigan.gov
          Matthew  Troy   on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
          Matthew  Wilkins   on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Retiree Committee    Official Committee of Retirees
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff    Detroit Retired City Employees Association
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City
           of Detroit, Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew D. Harper   on behalf of Interested Party    City of Detroit Water and Sewerage Department
           mdharper@eastmansmith.com
          Matthew Gernet Summers   on behalf of Creditor    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
           summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor    Hypothekenbank Frankfurt AG
           summersm@ballardspahr.com
          Max J. Newman   on behalf of Interested Party    Wayne County Corporation newman@butzel.com
          Melissa Demorest LeDuc   on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
           paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor John  Denis melissa@demolaw.com,  paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor    John W. and Vivian M. Denis Trust
           melissa@demolaw.com,  paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor James  Herbert melissa@demolaw.com,
           paula@demolaw.com
          Melissa Demorest LeDuc   on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
           paula@demolaw.com
          Melissa S. Byrd   on behalf of Creditor    Bank of America, N.A. Easternecf@trottlaw.com
          Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown
           mdordeski@foleymansfield.com,cindy@loevy.com
          Michael Anthony Karman   on behalf of Creditor    Fountain Court Consumer Housing Cooperative
           makarmanesq@gmail.com
          Michael Anthony Karman   on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
          Michael C. Hammer   on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
          Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell   on behalf of Interested Party    State of Michigan, Department of Attorney
           General BellM1@michigan.gov
          Michael R. Bell   on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
          Michael R. Paslay   on behalf of Creditor    U.S. Bank National Association
           mike.paslay@wallerlaw.com,
           Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
           rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
          Michael S. Leib   on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
           msl@maddinhauser.com,  bac@maddinhauser.com
          My Chi To   on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
           mao-bk-ecf@debevoise.com
          Nabih H. Ayad   on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party    Michigan State Conference NAACP
           ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
          Niraj R. Ganatra   on behalf of Attorney   UAW - Solidarity House Nganatra@uaw.net
          Noah J. Ornstein   on behalf of Interested Party    Syncora Guarantee Inc.
           noah.ornstein@kirkland.com
          Noah J. Ornstein   on behalf of Interested Party    Syncora Capital Assurance Inc.
           noah.ornstein@kirkland.com
          Paige E. Barr   on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           Paige.Barr@kattenlaw.com
          Patrick C. Lannen   on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
           mkisell@plunkettcooney.com
          Patrick E. Mears   on behalf of Creditor    36th District Court for the State of Michigan
           pmears@btlaw.com
          Paul H. Saint-Antoine   on behalf of Defendant    Wilmington Trust, N.A.
           Paul.Saint-Antoine@dbr.com,  Todd.Hutchison@dbr.com;James.Williamson@dbr.com
          Paul R. Hage   on behalf of Creditor    National Public Finance Guarantee Corporation
           phage@jaffelaw.com,  jtravick@jaffelaw.com
          Paul R. Hage   on behalf of Creditor    Canon Financial Services, Inc. phage@jaffelaw.com,
           jtravick@jaffelaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
           phage@jaffelaw.com,  jtravick@jaffelaw.com
          Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
           Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
           marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
          Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
           pcanzano@sidley.com
          Peter Paul Sudnick    on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com,
           psudnick13@gmail.com
          Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
           ralph.taylor@arentfox.com
          Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
          Ralph E. McDowell    on behalf of Interested Party    Oakland-Macomb Interceptor Drain Drainage
           District rmcdowell@bodmanlaw.com
          Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation
           randall.brater@arentfox.com
          Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
          Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richard  Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
           mao@cravath.com
          Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           richardmack@millercohen.com,  mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Coalition of Detroit Unions
           richardmack@millercohen.com,  mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com,  mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
           mcoil@millercohen.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com,  wjackson@KAALaw.com
          Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert  Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert  Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
           rweisberg@carsonfischer.com
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert M. Fishman    rfishman@shawfishman.com
          Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           bbassel@gmail.com,  robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           bbassel@gmail.com,  robertbassel@hotmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           bbassel@gmail.com,  robertbassel@hotmail.com
          Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Interested Party    Pepper Hamilton LLP
           hertzbergr@pepperlaw.com,  alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
           alexsym@pepperlaw.com;kuschj@pepperlaw.com
          Ronald A. Spinner    on behalf of Defendant    City of Detroit, Michigan spinner@millercanfield.com
          Rozanne M. Giunta    on behalf of Interested Party    State of Michigan rmgiunta@lambertleser.com
          Ryan  Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
          Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
           jdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
           jdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
           jdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
           jdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
           irkland.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
           irkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
           justin.bernbrock@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
           irkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
           justin.bernbrock@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
           irkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
           ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
           dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
           irkland.com
          Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
           sbloomfield@chadbourne.com;lschapira@chadbourne.com
          Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
           soconnor@glmpc.com
          Sara Klettke MacWilliams    on behalf of Creditor    Oakland County, Michigan
           macwilliams@youngpc.com,  efiling@youngpc.com
          Schuyler  Von Oeyen    on behalf of Interested Party    City of Detroit Law Department
           svonoeyen@finkandassociateslaw.com,  tpringle@finkandassociateslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com
          Scott B. Kitei    on behalf of Interested Party   Detroit Institute of Arts skitei@honigman.com
          Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shanna Marie Kaminski    on behalf of Interested Party   City of Detroit Water and Sewerage
           Department ecf@kaalaw.com,  skaminski@kaalaw.com
          Shanna Marie Kaminski    on behalf of Defendant    Detroit Water and Sewerage Department
           ecf@kaalaw.com,  skaminski@kaalaw.com
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
           sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Interested Party   General Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Interested Party   Police and Fire Retirement System of the City
           of Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
           State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
           slevine@lowenstein.com
          Sheldon S. Toll    on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
           lawtoll@comcast.net
          Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby    on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com,
           dguerrero@dykema.com
          Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
           dguerrero@dykema.com
          Stanley L. de Jongh    on behalf of Interested Party   City of Detroit Law Department
           jongsl@detroitmi.gov
          Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
          Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party   Syncora Guarantee Inc.
           sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party   Syncora Holdings Ltd.
           sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen M. Gross    on behalf of Interested Party   Syncora Capital Assurance Inc.
           sgross@mcdonaldhopkins.com,  shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Interested Party   Detroit Institute of Arts
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Defendant    Detroit City Council laplante@millercanfield.com,
           skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Debtor In Possession   City of Detroit, Michigan
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party   State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party   State of Michigan showell@dickinsonwright.com
          Steven G. Howell    on behalf of Interested Party   State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
          Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Susheel  Kirpalani    on behalf of Interested Party   Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
           rdin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Tamar  Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
    tdolcourt@foley.com
    Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
    tchristy@garanlucow.com
    Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
    morris@silvermanmorris.com,  marlene@silvermanmorris.com
    Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
    marlene@silvermanmorris.com
    Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
    marlene@silvermanmorris.com
    Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
    Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
    Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
    morris@silvermanmorris.com,  marlene@silvermanmorris.com
    Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
    marlene@silvermanmorris.com
    Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
    morris@silvermanmorris.com,  marlene@silvermanmorris.com
    Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
    marlene@silvermanmorris.com
    Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
    Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
    fusco@millercanfield.com
    Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
    Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com,
    allardfishpc@yahoo.com
    Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
    tgraves@allardfishpc.com,  allardfishpc@yahoo.com
    Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
    tgraves@allardfishpc.com,  allardfishpc@yahoo.com
    Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
    tgraves@allardfishpc.com,  allardfishpc@yahoo.com
    Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
    allardfishpc@yahoo.com
    Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
    allardfishpc@yahoo.com
    Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP
    tgraves@allardfishpc.com,  allardfishpc@yahoo.com
    Timothy R. Graves    on behalf of Interested Party    Monarch Alternative Capital LP
    tgraves@allardfishpc.com,  allardfishpc@yahoo.com
    Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
    allardfishpc@yahoo.com
    Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Interested Party    1983 Claimants tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com
    Trevor J. Zamborsky    on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
    trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
        trevor.zamborsky@gmail.com
        Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy
        vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
        William A. Wertheimer, Jr.   on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
        William A. Wertheimer, Jr.   on behalf of Creditor Mary  Washington billwertheimer@gmail.com
        William A. Wertheimer, Jr.   on behalf of Creditor Michael  Wells billwertheimer@gmail.com
        William A. Wertheimer, Jr.   on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
        William A. Wertheimer, Jr.   on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
        William C. Blasses   on behalf of Interested Party Gary  Segatti wcb@osbig.com
        William C. Blasses   on behalf of Creditor  Jackie's Transport, Inc. wcb@osbig.com
        William C. Blasses   on behalf of Interested Party  Michigan Property Tax Relief, LLC
        wcb@osbig.com
        William C. Blasses   on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
        William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
        William H. Goodman   on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
        William H. Goodman   on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
        William H. Goodman   on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
        William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
        William H. Goodman   on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
        William Norman Listman   on behalf of Interested Party   Southeastern Oakland County Water
        Authority wlistman@davislistman.com
        William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
        William W. Kannel   on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
        William W. Kannel   on behalf of Creditor   Fidelity Management & Research Company
        wkannel@mintz.com
        Winnifred P. Boylan   on behalf of Interested Party   State of Michigan wpboylan@lambertleser.com
        Wolfgang Mueller   on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
        jsmith@olsmanlaw.com
        Wolfgang Mueller   on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
        jsmith@olsmanlaw.com
        Wolfgang Mueller   on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
        jsmith@olsmanlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Wolfgang Mueller   on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Yuliy  Osipov   on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC
           yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                            TOTAL: 708