211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service is Missing. (RE: related document(s)[9510] Objection to Motion of the City of Detroit, Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to Be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit Filed by Debtor In Possession City of Detroit, Michigan (Docket # 9351), filed by Creditor Lisa Rollins−Carter.) See below for information regarding deadline for filing the missing Proof of Service.

is defective as indicated:

- ☐ Acceptable List of Creditors
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Cover Sheet for Amendments (To be filed with corrected document in its entirety as one PDF)
- ☐ Amended Document (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))

- ☐ Notice to Respondent
- ☐ Original Signature
- ☑ Proof of Service Missing or Non–Compliant
- ☐ Proposed Order
- ☐ Reaffirmation Agreement Cover Sheet
- ☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 3/27/15

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                   Case No. 13-53846-tjt
City of Detroit, Michigan                                                Chapter 9
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: csiku              Page 1 of 18        Date Rcvd: Mar 27, 2015
                              Form ID: def2            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2015.
              +Lisa Rollins-Carter,    13511 Dixie,    Redford, MI 48239-2678

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            Daniel M. McDermott
                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2015                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2015 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
               ajennings@edwardsjennings.com,   vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia   Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn   Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika   Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff     Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com,   vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn   Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com,   vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika   Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole   Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott   Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com,    drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
               abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,   achouprouta@kramerlevin.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Andrew A. Paterson, Jr.    on behalf of Plaintiff    Citizens United Against Corrupt Government
      aap43@outlook.com, aap43law@gmail.com
    Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
      aap43@outlook.com, aap43law@gmail.com
    Andrew A. Paterson, Jr.    on behalf of Creditor Robert   Davis aap43@outlook.com,
      aap43law@gmail.com
    Angela   Williams    on behalf of Creditor    Detroit Housing Commission williamsa@dhcmi.org,
      HollisR@dhcmi.org
    Anthony J. Kochis    on behalf of Creditor    Iron Mountain Information Management, LLC
      akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
    Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
      stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
    Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
      aoreilly@honigman.com, ahatcher@honigman.com
    Barbara A. Patek    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants Association
      bpatek@ermanteicher.com
    Barbara A. Patek    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
      bpatek@ermanteicher.com
    Barbara A. Patek    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
      bpatek@ermanteicher.com
    Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association
      bpatek@ermanteicher.com
    Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
      bfagan@dibandfagan.com
    Benjamin J. Wilensky    on behalf of Creditor Robert  Cole bjw@seikalystewart.com
    Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
      bbest@schaferandweiner.com, wkyles@schaferandweiner.com
    Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
      wkyles@schaferandweiner.com
    Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
      wkyles@schaferandweiner.com
    Brendan H. Frey    on behalf of Defendant    Syncora Guarantee, Inc. bfrey@manteselaw.com,
      ssikorski@manteselaw.com
    Brett A. Border    on behalf of Creditor    U.S. Bank, N.A. bborder@sspclegal.com,
      joumedian@sspclegal.com
    Brett A. Border    on behalf of Creditor    U.S. Bank National Association bborder@sspclegal.com,
      joumedian@sspclegal.com
    Brett A. Border    on behalf of Interested Party    CitiMortgage, Inc. bborder@sspclegal.com,
      joumedian@sspclegal.com
    Brett A. Border    on behalf of Interested Party    Schneiderman and Sherman, P.C.
      bborder@sspclegal.com, joumedian@sspclegal.com
    Brett A. Border    on behalf of Interested Party    Kondaur Capital Corporation
      bborder@sspclegal.com, joumedian@sspclegal.com
    Brett A. Border    on behalf of Creditor    Flagstar Bank, FSB bborder@sspclegal.com,
      joumedian@sspclegal.com
    Brian   Keck    on behalf of Interested Party Denise  Gardner bkeck@morganmeyers.com,
      aworlen@morganmeyers.com
    Brian   Keck    on behalf of Interested Party Patricia  Ramirez bkeck@morganmeyers.com,
      aworlen@morganmeyers.com
    Brian   Keck    on behalf of Interested Party Kimberly  James bkeck@morganmeyers.com,
      aworlen@morganmeyers.com
    Brian   Keck    on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com,
      aworlen@morganmeyers.com
    Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
      TReitzloff@lippittokeefe.com
    Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
      bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
    Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
      Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
    Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
      TReitzloff@lippittokeefe.com
    Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
      TReitzloff@lippittokeefe.com
    Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
      TReitzloff@lippittokeefe.com
    Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
      Care Network of Michigan btrumbauer@bodmanlaw.com
    Bruce   Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
      bbennett@jonesday.com
    Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
    Carina   Kraatz    on behalf of Interested Party    Resnick & Moss, P.C. ckraatz@resnicklaw.net,
      jabdelnour@resnicklaw.net
    Carina   Kraatz    on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net,
      jabdelnour@resnicklaw.net
    Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
    Carol Connor Cohen    on behalf of Interested Party    Ambac Assurance Corporation
      carol.cohen@arentfox.com
    Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Carole Neville on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
Carole Neville on behalf of Retiree Committee Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com
Caroline Turner English on behalf of Interested Party Ambac Assurance Corporation caroline.english@arentfox.com
Caroline Turner English on behalf of Plaintiff Ambac Assurance Corporation caroline.english@arentfox.com
Carolyn Beth Markowitz on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM
Charles Bruce Idelsohn on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
Charles D. Bullock on behalf of Interested Party Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
Charles N. Ash on behalf of Creditor UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash on behalf of Defendant UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash on behalf of Defendant Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
Charles N. Ash on behalf of Creditor Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
Christopher A. Grosman on behalf of Interested Party BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
Christopher A. Grosman on behalf of Creditor Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
Cindy Tsai on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
Claude D. Montgomery on behalf of Retiree Committee Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
Claude D. Montgomery on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
Courtney M. Rogers on behalf of Interested Party U.S. Bank National Association courtney.rogers@wallerlaw.com
Courtney M. Rogers on behalf of Creditor U.S. Bank National Association courtney.rogers@wallerlaw.com
Craig B. Rule on behalf of Creditor Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
Cynthia J. Haffey on behalf of Defendant Detroit General Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
Cynthia J. Haffey on behalf of Defendant Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
Dale Price on behalf of Creditor Equal Employment Opportunity Commission dale.price@eeoc.gov, legaldt.detroit@eeoc.gov
Dan Korobkin on behalf of Interested Party Ian Mobley dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Nathaniel Price dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Jerome Pierce dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Paul Kaiser dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Jason Leverette-Saunders dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party James Washington dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Laura Malher dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Darlene Hellenberg dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Angie Wong dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Stephanie Hollander dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Kimberly Mobley dkorobkin@aclumich.org
Dan Korobkin on behalf of Interested Party Wanda Leverette dkorobkin@aclumich.org
Daniel J. Weiner on behalf of Plaintiff Ambac Assurance Corporation dweiner@schaferandweiner.com
Daniel J. Weiner on behalf of Interested Party Ambac Assurance Corporation dweiner@schaferandweiner.com
David Eisenberg on behalf of Creditor Detroit Police Officers Association deisenberg@ermanteicher.com
David Eisenberg on behalf of Creditor Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com
David Eisenberg on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com
David A. Lerner on behalf of Creditor Plunkett Cooney dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
David A. Lerner on behalf of Creditor Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
David E. Lemke on behalf of Creditor U.S. Bank National Association david.lemke@wallerlaw.com
David Gilbert Heiman on behalf of Defendant City of Detroit, Michigan dgheiman@jonesday.com
David Gilbert Heiman on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
David Gilbert Heiman on behalf of Debtor In Possession City of Detroit, Michigan dgheiman@jonesday.com
David L. Dubrow on behalf of Plaintiff Ambac Assurance Corporation david.dubrow@arentfox.com
David L. Dubrow on behalf of Interested Party Ambac Assurance Corporation david.dubrow@arentfox.com
David M. Blau on behalf of Creditor NTH Consultants, Ltd. dblau@clarkhill.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
               nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
               nepc.com
              David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
               kbilpo@seyburn.com
              Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com,
               dnavin@dickinsonwright.com
              Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
               General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
              Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
               kovskyd@pepperlaw.com, alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
               alexsym@pepperlaw.com
              Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    BlueMountain Capital Management, LLC
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P.
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Stone Lion Capital Partners L.P.
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Panning Capital Management, LP
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Debra N. Pospiech    on behalf of Interested Party Patricia  Ramirez dpospiech@morganmeyers.com
              Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
               dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
               dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
               dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
               dbeckwith@fosterswift.com
              Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
               don@mcguiganlaw.com
              Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters,
               AFL-CIO, CLC dls@wmlaborlaw.com
              Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast
               Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Douglas C. Bernstein   on behalf of Interested Party   The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   W.K. Kellogg Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   Max M. and Marjorie S. Fisher Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   The Ford Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   Charles Stewart Mott Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   William Davidson Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   McGregor Fund dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein   on behalf of Interested Party   A. Paul and Carol C. Schaap Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Earle I. Erman   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
Earle I. Erman   on behalf of Creditor   Detroit Police Officers Association eerman@ermanteicher.com
Earle I. Erman   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com
Edward Todd Sable   on behalf of Interested Party   General Motors LLC tsable@honigman.com, litdocket@honigman.com
Elias T. Majoros   on behalf of Interested Party   US Health & Life Insurance Company emajoros@glmpc.com
Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   Wells Fargo Bank, NA bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   CitiMortgage, Inc. bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor    M&T Bank bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   M&T Bank bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   EverBank bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   Rushmore Loan Management Services, LLC bankruptcy@orlans.com, ANHSOA@earthlink.net
Elizabeth M. Abood-Carroll   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan carlson@millercanfield.com
Eric David Novetsky   on behalf of Creditor   National Public Finance Guarantee Corporation enovetsky@jaffelaw.com
Evan Justin Feldman   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com
Evan Justin Feldman   on behalf of Creditor   General Retirement System of the City of Detroit efeldman@clarkhill.com
Fred Neufeld   on behalf of Interested Party   Courtesy Notice fneufeld@sycr.com
H. Nathan Resnick   on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net, jabdelnour@resnicklaw.net
Harold E. Nelson   on behalf of Creditor   Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com
Harold E. Nelson   on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com
Heath Douglas Rosenblat   on behalf of Counter-Claimant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust Company, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat   on behalf of Creditor   Wilmington Trust, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat   on behalf of Defendant   Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heather Lennox   on behalf of Attorney   Jones Day hlennox@jonesday.com
Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan hlennox@jonesday.com
Heather Lennox   on behalf of Interested Party   Miller Buckfire & Co., LLC hlennox@jonesday.com
Heather Lennox   on behalf of Interested Party   Christie's, Inc. hlennox@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
Heidi Peterson    hdpeterson75@gmail.com
Howard R. Hawkins, Jr.    on behalf of Defendant    UBS AG howard.hawkins@cwt.com,
 mark.ellenberg@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr.    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
 howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
Howard R. Hawkins, Jr.    on behalf of Defendant    Merrill Lynch Capital Services, Inc.
 howard.hawkins@cwt.com, mark.ellenberg@cwt.com;ellen.halstead@cwt.com
Howard Yale Lederman    on behalf of Creditor Ernest Flagg hlederman@normanyatooma.com
Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
Howard Yale Lederman    on behalf of Creditor Brian Greene hlederman@normanyatooma.com
Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
Hugh M. Davis    on behalf of Creditor Thomas Stephens Info@ConLitPC.com
Ian S. Bolton    on behalf of Creditor    FK Park, LLC ibolton@maddinhauser.com,
 bwislinski@maddinhauser.com;nanderson@maddinhauser.com
Ian S. Bolton    on behalf of Creditor    FK South, LLC ibolton@maddinhauser.com,
 bwislinski@maddinhauser.com;nanderson@maddinhauser.com
Irma Industrious    on behalf of Interested Party    City of Detroit Law Department
 iindustrious@yahoo.com
Irma Industrious    on behalf of Creditor Irma Industrious iindustrious@yahoo.com
James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
 james.sprayregen@kirkland.com
James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
 james.sprayregen@kirkland.com
James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
 james.sprayregen@kirkland.com
Jamie Scott Fields    on behalf of Creditor Jamie Fields jeansartre@msn.com
Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
 jeansartre@msn.com
Jason Abel    on behalf of Interested Party    Detroit Institute of Arts jpa@honigman.com
Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com,
 ssmith@kerr-russell.com
Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
 jbank@kerr-russell.com, ssmith@kerr-russell.com
Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
 Lhaidostian@mwe.com
Jeffrey Rossman    on behalf of Creditor    U.S. Bank, N.A. jrossman@mwe.com
Jeffrey Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
Jeffrey Rossman    on behalf of Interested Party    U.S. Bank N.A. jrossman@mwe.com
Jeffrey David Eaton    on behalf of Creditor    Parsons Brinckerhoff Michigan, Inc.
 jeaton@schiffhardin.com
Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
 jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
Jeffrey S. Grasl    on behalf of Creditor    Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
 sharrow@mcdonaldhopkins.com
Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
 jbelveal@honigman.com, mjohnson@honigman.com
Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
 jbelveal@honigman.com, mjohnson@honigman.com
Jerome D. Goldberg    on behalf of Plaintiff John Smith apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
 apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Nicole Hill apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Rosalyn Parham apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
 apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Scott Eubank apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Rosalyn Walker apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Janice Ward apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff John Jackson apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Tammika Williams apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Sylvia Taylor apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Creditor David Sole apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Maurika Lyda apclawyer@sbcglobal.net
Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
Joel D. Applebaum    on behalf of Respondent    Detroit Wayne Joint Building Authority
 japplebaum@clarkhill.com
Joel D. Applebaum    on behalf of Creditor    Colasanti Construction Services, Inc.
 japplebaum@clarkhill.com
John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 jstevens@mathesonparr.com, nlmumma@aol.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
           pjohnson@bredhoff.com;mforan@bredhoff.com
          John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
           john.ramirez@kattenlaw.com
          John M. Carey    on behalf of Creditor    Wayne County jmcarey@eastmansmith.com,
           sorose@eastmansmith.com;jjlefevre@eastmansmith.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           john.sieger@kattenlaw.com
          John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
           jcanzano@kmsmc.com
          Jonathan S. Green    on behalf of Defendant Michael  Hall green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant     City of Detroit, Michigan green@millercanfield.com
          Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
           green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant     City of Detroit green@millercanfield.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
           green@millercanfield.com
          Jong-Ju Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
           jchang@dykema.com,   dkelley@dykema.com;docket@dykema.com
          Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
           jfischer@carsonfischer.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Singent Consulting LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Mound Road Enterprises L.L.C. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    LDM, LLC jcalton@honigman.com,   litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    TSD Solutions LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Delbruck Technology, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    440 Congress LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Stanne Consulting, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Gekko Enterprises LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    VITEC, L.L.C. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Taggart Technologies LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Seven Mile Partners, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Cass Community Social Services, Inc.
           jcalton@honigman.com,   litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Judy B. Calton   on behalf of Interested Party Michael Duggan, Mayor jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Compuware Corporation jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Arrow Uniform Rental, Inc. jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   TC Manor House, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Cathedral Owner LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   3100 East Jefferson, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Oakland Plant Properties, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   5801 Southfield Service Drive Corp. jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Magnolia Properties, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Fox Parking Garage, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Chene Square, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   4737 Conner Co., LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Parkrite Holdings LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Enforcement Technology, Inc. jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Elizabeth Street Properties, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Detroit Thermal, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Atwater Group jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Abraham & Potestivo, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Blenheim Building, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   441 E. Larned LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Pont Solutions, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Regency Owner LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Country House Apartments jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Linwood Neighbors LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Columbia Parking LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Attorney L. Katie Mason jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Mack Avenue Investors LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Lynch Road Land L.L.C. jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Imperial Manor House, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Seven Mile Holdings, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Riverfront Towers Holdings LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Ivey & Associates LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Bean Little Investments, LLC jcalton@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Judy B. Calton    on behalf of Creditor   MICMR, LLC jcalton@honigman.com, litdocket@honigman.com
          Julie Beth Teicher    on behalf of Creditor   Detroit Police Officers Association
           jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local
           344 jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
           jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants
           Association jteicher@ermanteicher.com
          Karen B. Dine    on behalf of Interested Party   Deutsche Bank Securities Inc.
           karen.dine@kattenlaw.com
          Karin F. Avery    on behalf of Interested Party   Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party   Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff   Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession   City of Detroit, Michigan
           kressk@pepperlaw.com, alexsym@pepperlaw.com
          Kenneth E. Noble    on behalf of Interested Party   Deutsche Bank AG, London
           kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Intervenor-Defendant   Deutsche Bank AG, London
           kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Interested Party   Deutsche Bank Securities Inc.
           kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
           kschneider@schneidermiller.com
          Kevin Erskine    on behalf of Interested Party   United States of America kevin.erskine@usdoj.gov,
           michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Mary.compeau@usdoj.gov
          Kevin M. Baum    on behalf of Interested Party   Deutsche Bank Securities Inc.
           kevin.baum@kattenlaw.com
          Kevin N. Summers    on behalf of Creditor   National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson    on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
          Kristin K. Going    on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006
           Kristin.Going@dbr.com
          Kristin K. Going    on behalf of Defendant   Detroit Retirement Systems Funding Trust 2005
           Kristin.Going@dbr.com
          Kurt Thornbladh    on behalf of Plaintiff   Peoples Water Board kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff   National Action Network--Michigan Chapter
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Interested Party   Housing is a Human Right Coalition
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff   Moratorium Now! kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor   Plymouth Square Ltd. Housing Association
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor   Michigan Welfare Rights Organization
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff   Michigan Welfare Rights Organization
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor   Michigan Auto Recovery Service, Inc.
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              L. Nichole Hunter    on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com,
               sobrien@alglawpc.com
              Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com,    skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
              Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
               llarose@chadbourne.com,    skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
              Lawrence A. Lichtman    on behalf of Creditor    660 Woodward Associates, LLC
               llichtman@honigman.com,    litdocket@honigman.com
              Leah Montesano    on behalf of Interested Party    Ambac Assurance Corporation
               leah.montesano@arentfox.com
              Leland  Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
              Leonora K. Baughman    on behalf of Respondent    Wayne County Treasurer ecf@kaalaw.com
              Lisa  Okasinski    on behalf of Creditor    HRT Enterprises lisa@demolaw.com
              Lisa Hill Fenning    on behalf of Creditor    General Retirement System of the City of Detroit
               Lisa.Fenning@aporter.com
              Lisa Hill Fenning    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit Lisa.Fenning@aporter.com
              Lisa Sommers Gretchko    on behalf of Creditor    Howard & Howard Attorneys PLLC
               lgretchko@howardandhoward.com,    mparker@HowardandHoward.com
              Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com,    dburris@jaffelaw.com
              Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com,    dburris@jaffelaw.com
              M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
               dwhadden@umich.edu
              Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
               324 mkato@sachswaldman.com,    pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
               mkato@sachswaldman.com,    pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor    Detroit Police Command Officers Association
               mkato@sachswaldman.com,    pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Marc N. Swanson    on behalf of Defendant    Detroit City Council swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant Michael  Hall swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
               swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant    City of Detroit swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant Michael  Duggan, Mayor swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant    City of Detroit, Michigan swansonm@millercanfield.com
              Mark  Wasvary    on behalf of Creditor    Hyde Park Co-Operative, et al. mark@wasvarylaw.com
              Mark  Wasvary    on behalf of Creditor    Plymouth Square Ltd. Housing Association
               mark@wasvarylaw.com
              Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
              Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
               mark.angelov@arentfox.com
              Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
               jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets
               Association shapiro@steinbergshapiro.com,    jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
               shapiro@steinbergshapiro.com,    jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Interested Party    Greenhill & Co., LLC
               shapiro@steinbergshapiro.com,    jbrown@steinbergshapiro.com
              Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
               mrj@wwrplaw.com
              Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
              Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
              Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               bankrout@davispolk.com
              Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
               cobbm@detroitmi.gov,    mbcobbs@flash.net
              Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
               mbcobbs@flash.net
              Mary Kay Shaver    on behalf of Creditor    Varnum LLP mkshaver@varnumlaw.com
              Matthew  Klakulak    on behalf of Creditor Delania  Patterson m.klakulak@fiegerlaw.com
              Matthew  Klakulak    on behalf of Creditor Kevin  Bullard m.klakulak@fiegerlaw.com
              Matthew  Klakulak    on behalf of Creditor Delshone  Balfour m.klakulak@fiegerlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
    Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
    Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
    Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
    Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
    Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
    Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
    Matthew Wilkins on behalf of Intervenor-Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
    Matthew D. Harper on behalf of Interested Party City of Detroit Water and Sewerage Department mdharper@eastmansmith.com
    Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
    Matthew Gernet Summers on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com
    Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
    Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt AG summersm@ballardspahr.com
    Max J. Newman on behalf of Interested Party Wayne County Corporation newman@butzel.com
    Melissa Demorest LeDuc on behalf of Creditor T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com
    Melissa Demorest LeDuc on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com
    Melissa Demorest LeDuc on behalf of Creditor John W. and Vivian M. Denis Trust melissa@demolaw.com, paula@demolaw.com
    Melissa Demorest LeDuc on behalf of Creditor James Herbert melissa@demolaw.com, paula@demolaw.com
    Melissa Demorest LeDuc on behalf of Creditor HRT Enterprises melissa@demolaw.com, paula@demolaw.com
    Melissa S. Byrd on behalf of Creditor Bank of America, N.A. Easternecf@trottlaw.com
    Mercedes Varasteh Dordeski on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
    Michael Anthony Karman on behalf of Creditor Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
    Michael Anthony Karman on behalf of Creditor St. Martins Cooperative makarmanesq@gmail.com
    Michael C. Hammer on behalf of Defendant MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
    Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
    Michael R. Bell on behalf of Interested Party State of Michigan, Department of Attorney General BellM1@michigan.gov
    Michael R. Bell on behalf of Interested Party Bill Schuette BellM1@michigan.gov
    Michael R. Paslay on behalf of Creditor U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
    Michael S. Leib on behalf of Interested Party Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
    My Chi To on behalf of Creditor Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
    Nabih H. Ayad on behalf of Interested Party Detroit Branch NAACP ayadlaw@hotmail.com
    Nabih H. Ayad on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
    Nabih H. Ayad on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
    Nabih H. Ayad on behalf of Interested Party Michigan State Conference NAACP ayadlaw@hotmail.com
    Nabih H. Ayad on behalf of Interested Party Donnell White ayadlaw@hotmail.com
    Nabih H. Ayad on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
    Niraj R. Ganatra on behalf of Attorney UAW - Solidarity House Nganatra@uaw.net
    Noah J. Ornstein on behalf of Interested Party Syncora Guarantee Inc. noah.ornstein@kirkland.com
    Noah J. Ornstein on behalf of Interested Party Syncora Capital Assurance Inc. noah.ornstein@kirkland.com
    Paige E. Barr on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
    Patrick C. Lannen on behalf of Creditor Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
    Patrick E. Mears on behalf of Creditor 36th District Court for the State of Michigan pmears@btlaw.com
    Paul H. Saint-Antoine on behalf of Defendant Wilmington Trust, N.A. Paul.Saint-Antoine@dbr.com, Todd.Hutchison@dbr.com;James.Williamson@dbr.com
    Paul R. Hage on behalf of Creditor National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
    Paul R. Hage on behalf of Creditor Canon Financial Services, Inc. phage@jaffelaw.com, jtravick@jaffelaw.com
    Paul R. Hage on behalf of Plaintiff National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
 Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
 marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
 Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation
 pcanzano@sidley.com
Peter Paul Sudnick    on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com,
 psudnick13@gmail.com
Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
 ralph.taylor@arentfox.com
Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
Ralph E. McDowell    on behalf of Interested Party    Oakland-Macomb Interceptor Drain Drainage
 District rmcdowell@bodmanlaw.com
Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation
 randall.brater@arentfox.com
Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
 RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
 RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
 RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
 Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
 Pentiukpc@aol.com
Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
 RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
Richard  Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
 mao@cravath.com
Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
 richardmack@millercohen.com, mcoil@millercohen.com
Richard G. Mack, Jr.    on behalf of Creditor    Coalition of Detroit Unions
 richardmack@millercohen.com, mcoil@millercohen.com
Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
 State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
 State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
 mcoil@millercohen.com
Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
 Department ecf@kaalaw.com, wjackson@KAALaw.com
Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
 robert.darnell@usdoj.gov
Robert  Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
 County and Municipal Employees rfetter@millercohen.com,
 richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
 com
Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
 rfetter@millercohen.com,
 richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
 com
Robert  Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
 County and Municipal Employees rfetter@millercohen.com,
 richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
 com
Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
 rweisberg@carsonfischer.com
Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
 rgordon@clarkhill.com, lbellguzzo@clarkhill.com
Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
Robert M. Fishman    rfishman@shawfishman.com
Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
 bbassel@gmail.com, robertbassel@hotmail.com
Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
 robertbassel@hotmail.com
Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
 bbassel@gmail.com, robertbassel@hotmail.com
Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
 robertbassel@hotmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
        bbassel@gmail.com, robertbassel@hotmail.com
        Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
        alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
        alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
        alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
        alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
        hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Interested Party    Pepper Hamilton LLP
        hertzbergr@pepperlaw.com, alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
        alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
        alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
        alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
        alexsym@pepperlaw.com;kuschj@pepperlaw.com
        Ronald A. Spinner    on behalf of Defendant    City of Detroit, Michigan spinner@millercanfield.com
        Rozanne M. Giunta    on behalf of Interested Party    State of Michigan rmgiunta@lambertleser.com
        Ryan  Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
        Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
        jdobrzycki@lippittokeefe.com
        Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
        Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
        Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
        rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
        Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
        rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
        Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
        jdobrzycki@lippittokeefe.com
        Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
        rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
        Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
        jdobrzycki@lippittokeefe.com
        Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
        jdobrzycki@lippittokeefe.com
        Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
        ryan.bennett@kirkland.com,
        dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
        irkland.com
        Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
        dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
        irkland.com
        Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
        ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
        justin.bernbrock@kirkland.com,
        dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
        irkland.com
        Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
        ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
        justin.bernbrock@kirkland.com,
        dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
        irkland.com
        Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
        ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
        dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
        irkland.com
        Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
        Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
        Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
        sbloomfield@chadbourne.com;lschapira@chadbourne.com
        Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com,
        sbloomfield@chadbourne.com;lschapira@chadbourne.com
        Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
        soconnor@glmpc.com
        Sara Klettke MacWilliams    on behalf of Creditor    Oakland County, Michigan
        macwilliams@youngpc.com, efiling@youngpc.com
        Schuyler Von Oeyen    on behalf of Interested Party    City of Detroit Law Department
        svonoeyen@finkandassociateslaw.com, tpringle@finkandassociateslaw.com
        Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
        david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
        stravis@wolfsonbolton.com
        Scott B. Kitei    on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
Shanna Marie Kaminski    on behalf of Interested Party    City of Detroit Water and Sewerage Department ecf@kaalaw.com, skaminski@kaalaw.com
Shanna Marie Kaminski    on behalf of Defendant    Detroit Water and Sewerage Department ecf@kaalaw.com, skaminski@kaalaw.com
Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Interested Party    General Retirement System of the City of Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Interested Party    Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net
Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com
Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com
Stanley L. de Jongh    on behalf of Interested Party    City of Detroit Law Department jongsl@detroitmi.gov
Stephen Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Creditor    Bishop Real Estate, L.L.C. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party    Syncora Holdings Ltd. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen M. Gross    on behalf of Interested Party    Syncora Capital Assurance Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Defendant    Detroit City Council laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney General showell@dickinsonwright.com
Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
Tamar Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan tdolcourt@foley.com
Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation tchristy@garanlucow.com

```
District/off: 0645-2           User: csiku              Page 15 of 18              Date Rcvd: Mar 27, 2015
                               Form ID: def2            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Creditor Donald  Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

    Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

    Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com

    Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan fusco@millercanfield.com

    Timothy A. Fusco   on behalf of Defendant   City of Detroit, Michigan fusco@millercanfield.com

    Timothy R. Graves   on behalf of Interested Party   Bronze Gable, L.L.C. tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Aurelius Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Stone Lion Capital Partners L.P. tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Panning Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Trevor J. Zamborsky   on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

    Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Trevor J. Zamborsky on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Eddie Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Otis Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor John Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Gary Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Marily Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Phyllis Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Jeffrey Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Donna Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Jeremiah Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Mario Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Jennifer Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Jermaine Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Taesean Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Tarita Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Brandon Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Gregory Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Robert Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Terry Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Henry Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Woodrow Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Daniel Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Antonio Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Carolyn Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Ray Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Landon Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Raymond Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Winter Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Lucy Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Darnell Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Darchella Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Hondra Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Shumithia Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Clenette Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky on behalf of Creditor Bradley Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Trevor J. Zamborsky    on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
 vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
William C. Blasses    on behalf of Creditor   Jackie's Transport, Inc. wcb@osbig.com
William C. Blasses    on behalf of Interested Party   Michigan Property Tax Relief, LLC
 wcb@osbig.com
William C. Blasses    on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
 Authority wlistman@davislistman.com
William Pfeiffer Smith    on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
William W. Kannel    on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
William W. Kannel    on behalf of Creditor   Fidelity Management & Research Company
 wkannel@mintz.com
Winnifred P. Boylan    on behalf of Interested Party   State of Michigan wpboylan@lambertleser.com
Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
 jsmith@olsmanlaw.com
Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
 jsmith@olsmanlaw.com
Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
 jsmith@olsmanlaw.com
Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
 jsmith@olsmanlaw.com
Yuliy  Osipov    on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                                                                          TOTAL: 708