# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Thomas Tucker |
| Debtor. | ) | |
| | ) | |

## REQUEST TO BE REMOVED FROM RECEIVING COURTESY NOTIFICATIONS OF ELECTRONIC FILINGS IN A CASE

Please remove attorney Schuyler von Oeyen, whose email address is svonoeyen@finkandassociateslaw.com, from receiving courtesy notifications of electronic filings entered on the docket in this bankruptcy proceeding.

Dated: March 30, 2015

Respectfully Submitted,

*/s/ Schuyler E. von Oeyen*
Schuyler E. von Oeyen (P74048)
Fink + Associates Law
100 West Long Lake Road; Suite 111
Bloomfield Hills, MI 48304
(248) 971-2500
svonoeyen@finkandassociateslaw.com