UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Steven W. Rhodes |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2015, I electronically filed the foregoing *Request to be Removed from Receiving Courtesy Notifications of Electronic Filings in a Case* with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

Dated: March 30, 2015

/s/ Schuyler von Oeyen
Schuyler von Oeyen (P74048)
FINK + ASSOCIATES LAW
100 West Long Lake Road, Suite 111
Bloomfield Hills, MI 48304
(248) 971-2500
svonoeyen@finkandassociateslaw.com