THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

### NOTICE OF WITHDRAWAL OF DEBTOR'S
### THIRTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

**(No Basis Claims)**

PLEASE TAKE NOTICE that the City of Detroit (the "City"), by and through its attorneys Foley & Lardner LLP, hereby withdraws its Thirteenth Omnibus Objection to Certain No Basis Claims filed March 27, 2015 [Docket No. 9546].

Dated: March 30, 2015
Detroit, Michigan

FOLEY & LARDNER LLP

/s/ John A. Simon
John A. Simon (P61866)
Jeffrey S. Kopp (P59485)
Tamar N. Dolcourt (P73425)
Leah R. Imbrogno (P79384)
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
(313) 234-7100 (Telephone)
(313) 234-2800 (Facsimile)
*Counsel for the City of Detroit, Michigan*

4827-7958-4546.1

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2015, I caused the *Notice of Withdrawal of Debtor's Thirteenth Omnibus Objection to Certain No Basis Claims* to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants in this bankruptcy case.

Respectfully Submitted,

Dated: March 30, 2015

FOLEY & LARDNER LLP

By: */s/ John A. Simon*
John A. Simon (P61866)
Jeffrey S. Kopp (P59485)
Tamar N. Dolcourt (P73425)
Leah R. Imbrogno (P79384)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
*Counsel for the City of Detroit, Michigan*

4827-7958-4546.1