IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-------------------------------------------------------- x
                                                :      Chapter 9

In re                                     :

                                                :      Case No. 13-53846

CITY OF DETROIT, MICHIGAN,         :

                                                :      Hon. Steven W. Rhodes

                       Debtor            :
-------------------------------------------------------- x

**REVISED NOTICE OF DEBTOR'S THIRTEENTH OMNIBUS
OBJECTION TO CERTAIN CLAIMS**

**(No Basis Claims)**

| **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S).** |
|---|

       **PLEASE TAKE NOTICE THAT** the City, by and through its undersigned counsel, has filed an objection to certain no basis claims (the "Thirteenth Omnibus Objection") and for an order disallowing and expunging such claims.

       **YOUR CLAIM MAY BE REDUCED, MODIFIED OR ELIMINATED. PURSUANT TO FED. R. BANKR. P 3007(e)(1) AND PRIOR ORDERS OF THIS COURT. YOU SHOULD REVIEW EXHIBIT 2 OF THE THIRTEENTH OMNIBUS OBJECTION TO FIND YOUR NAME AND CLAIM. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

If you do not want the court to eliminate or change your claim, or grant the relief request in the Thirteenth Omnibus Objection, then on or before **April 29, 2015**, you or your lawyer must:

1. File with the court, at the address below, a written response to the objection. Unless a written response is filed and served by the date specified, the court may decide that you do not oppose the objection to your claim.

    Clerk of the Court
    United States Bankruptcy Court
    211 W. Fort Street, Suite 2100
    Detroit, MI 48226

    If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

2. A copy of your response must also be mailed to counsel for the City:

    John A. Simon
    Jeffrey S. Kopp
    Tamar N. Dolcourt
    Leah R. Imbrogno
    Foley & Lardner LLP
    500 Woodward Ave., Ste. 2700
    Detroit, MI 48226

3. You must also attend the hearing on the objection scheduled to be held on **May 6, 2015** at 1:30 p.m. in Courtroom 1925, 211 W. Fort Street, Detroit, MI 48226 unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

    **If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled and the objection sustained.**

2

4846-7527-7602.

13-53846-tjt    Doc 9568-1    Filed 03/30/15    Entered 03/30/15 17:03:26    Page 2 of 3

Date: March 30, 2015

        FOLEY & LARDNER LLP

        By: /s/ *John A. Simon*
        John A. Simon (P61866)
        Jeffrey S. Kopp (P59485)
        Tamar N. Dolcourt (P73425)
        Leah R. Imbrogno (P79384)
        500 Woodward Ave., Ste. 2700
        Detroit, MI 48226
        313.234.7100
        jsimon@foley.com
        jkopp@foley.com
        tdolcourt@foley.com
        limbrogno@foley.com

        *Counsel for the Debtor, City of Detroit, Michigan*