**EXHIBIT 2: NO BASIS CLAIMS TO BE DISALLOWED**

# NO BASIS CLAIMS

| Claim No. | Creditor Name and Address | Claim Amount as State on Proof of Claim Form | Classification as Stated on Proof of Claim Form | Stated Basis of Claim as Stated on Proof of Claim | Reason Basis Invalid |
|---|---|---|---|---|---|
| 162 | Bee Jones Harris<br>2124 E. Forest<br>Detroit, MI 48207 | $2,500.00 | Secured | <u>Stated Basis</u>:<br><br>None. | Claim appears to be for claimant's unpaid rent and/or unpaid property taxes on several properties. Claims for claimant's unpaid rent or unpaid property taxes are not the subject of this bankruptcy claims administration process. Claimant does not appear to be alleging that the City owes her money. To the extent the claimant is alleging overpayment of property taxes, and that the City owes her a refund, such claims are to be handled in the ordinary course, pursuant to Plan Art. IV.T. |
| 169 | Lashawn Hill<br>16515 Wildemere<br>Detroit, MI 48221 | $6,924.00 | Admin. Priority | <u>Stated Basis</u>:<br><br>None. | Claim is for claimant's unpaid parking tickets. Individual parking tickets |

| | | | | | owed by the claimant to the City are not the subject of this bankruptcy claims administration process. Claimant does not appear to be alleging that the City owes her money. |
|---|---|---|---|---|---|
| 200 | Carolyn & Earnest Johnson<br>15688 Rossini Dr.<br>Detroit, MI 48205 | Unliquidated | Admin. Priority | <u>Stated Basis</u>:<br><br>"Mortgage" | Claim is for claimants' mortgage payments. Individual mortgage agreements between the claimants and their lender, to which the City is not a party, are not the subject of this bankruptcy claims administration process. Claimants do not appear to be alleging that the City owes them money. |
| 254 | Adrian Brown<br>6520 Memorial<br>Detroit, MI 48228 | $20,199.42 | Secured | <u>Stated Basis</u>:<br><br>"Taxes" | Listed property was foreclosed upon. Claim appears to be for claimant's unpaid taxes. An individual's failure to pay taxes to the City is not the subject of this bankruptcy |

4832-9459-4850.1

13-53846-tjt    Doc 9568-3    Filed 03/30/15    Entered 03/30/15 17:03:26    Page 3 of 9

|  |  |  |  |  | claims administration process. Claimant does not appear to be alleging that the City owes him money. To the extent the claimant is alleging overpayment of property taxes, such claims are to be handled in the ordinary course, pursuant to Plan Plan Art. IV.T. |
|---|---|---|---|---|---|
| 433 | Marilyn Walker-Osaboultien<br>1525 Chicago Blvd.<br>Detroit, MI 48206 | Unliquidated | General Unsecured | <u>Stated Basis</u>:<br><br>None. | This claim has no supporting documents attached and no stated basis for the claim. |
| 473 | Eafter Lee Williams<br>5260 University St.<br>Detroit, MI 48224 | $1,488.05<br><br>$22,865.98 | Secured<br><br>General Unsecured | <u>Stated Basis</u>:<br><br>None. | Claim appears to regard the foreclosure of the claimant's property and/or personal bankruptcy filing, which are not the subject of this bankruptcy claims administration process. Claimant does not appear to be alleging that the City owes him money. |
| 779 | Sherrell Ann Peyton<br>10109 Curtis St.<br>Detroit, MI 48221 | $80,000.00 | Secured | <u>Stated Basis</u>:<br><br>"Tax auction not valid after July 25, 2013." | Claim is for claimant's mortgage payments. Individual |

4832-9459-4850.1

| | | | | | mortgage agreements between the claimant and her lender, to which the City is not a party, are not the subject of this bankruptcy claims administration process. Claimant does not appear to be alleging that the City owes her money. |
|---|---|---|---|---|---|
| 919 | Joshna E. Pattilo<br>16706 Harlow<br>Detroit, MI 48235 | $3,000.00 | Admin. Priority | Stated Basis:<br><br>"Tax bill for property." | Claim appears to be for claimant's unpaid taxes. An individual's failure to pay taxes to the City is not the subject of this bankruptcy claims administration process. Claimant does not appear to be alleging that the City owes him money. To the extent the claimant is alleging overpayment of property taxes, such claims are to be handled in the ordinary course, pursuant to Plan Plan Art. IV.T. |
| 935 | Joseph McCray, Owner<br>J&M Property Mgmt. | $22,143.00<br><br>$2,040.00 | Secured<br><br>General Unsecured | Stated Basis:<br><br>"Breach of performance & | Claim has no supporting documentation attached. Claim |

| | | | | | |
|---|---|---|---|---|---|
| | 5581 Courville<br>Detroit, MI 48224 | | | services performed."<br><br>"The City has fail [sic] to meet its obligation to provide services & thus violated the [illegible] to receive any taxes from residence." | appears to regard the claimant's refusal to pay property taxes due to the City allegedly failing to provide services. An individual's failure to pay taxes to the City is not the subject of this bankruptcy claims administration process. Claimant does not appear to be alleging that the City owes him money. To the extent the claimant is alleging overpayment of property taxes, such claims are to be handled in the ordinary course, pursuant to Plan Plan Art. IV.T. |
| 1074 | Lue David Jackson<br>9336 Pierson<br>Detroit, MI 48228 | $71,825.81 | General Unsecured | <u>Stated Basis</u>:<br><br>"Contingent & unsecured principal & interest charges." | Claim is for claimant's mortgage payments. Individual mortgage agreements between the claimant and her lender, to which the City is not a party, are not the subject of this bankruptcy claims administration |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | process. Claimant does not appear to be alleging that the City owes him money. |
| 1079 | Audrey Rollins 8307 Bingham Detroit, MI 48228 | Unliquidated | Secured | Stated Basis: "Property I don't own." | Claim appears to regard claimant's taxes. An individual's failure to pay taxes to the City is not the subject of this bankruptcy claims administration process. Claimant does not appear to be alleging that the City owes her money. To the extent the claimant is alleging overpayment of property taxes, such claims are to be handled in the ordinary course, pursuant to Plan Plan Art. IV.T. |
| 3791 | Cindy Darrah 492 Peterboro Detroit, MI 48201 | Unliquidated | Priority | Stated Basis: "Destruction of property tax basis. Unequal no bid process." | Claimant argues that the City of Detroit gives away land for one dollar that could be auctioned off to provide revenue. Claimant also argues that the City uses tax money to demolish viable properties. Claimant does not |

| | | | | | appear to be alleging that the City owes her money. Claimants arguments thus are not the subject of this bankruptcy claims administration process. |
|---|---|---|---|---|---|
| 3792 | Hunter L. Todd<br>14944 Ashton<br>Detroit, MI 48223 | $70,000.00 | Priority | Stated Basis:<br><br>"None. The teachers' retirement must be paid. Ownership of property, both homes and two white tractors. Purchased property from City of Detroit. Paid cash for both homes, $60,000.00. 5,000.00 for [illegible] white tractors." | Claimant appears to request that the City pay for the Claimant's property, but provides no basis for payment. The City believes this claim is related to Claim No. 3473, which was included on the City's Tenth Omnibus Objection because the underlying lawsuit in the Michigan Court of Claims had been dismissed (Case No. 1375MZ). Prior lawsuits on the same claim also have been dismissed. |
| 3530 | James Crowder<br>Christopher Trainor & Associates<br>9750 Highland Rd.<br>White Lake, MI 48386 | $75,000.00 | General Unsecured | Stated Basis:<br><br>"3rd Party No Fault – Auto Accident – Pain & Suffering" | Underlying claim dismissed by agreement on February 3, 2015. See Case No. 14-005607-NI. |
| 1917 | Dorothy McCoy | $235,422.52 | General | Stated Basis: | The claim states |

4832-9459-4850.1

| | | | | "BI and PIP Claim Due to Motor Vehicle Accident 10/1/13" | that it is based on post-petition events. There is no pre-petition claim owed by the City. |
|---|---|---|---|---|---|
| | c/o Mike Morse Law Firm 24901 Northwestern Hwy, Suite 700 Southfield, MI 48075 | | Unsecured | | |
| 474 | Richard Hall 3752 Eastern Place Detroit, MI 48208 | $100,000.00 | General Unsecured | <u>Stated Basis</u>: "Injured" | The statute of limitations has expired on the underlying personal injury claim as of June 28, 2014. |
| 1097 | Richard Hall 3752 Eastern Place Detroit, MI 48208 | $1,000,00.00 | General Unsecured | <u>Stated Basis</u>: "False arrest, excessive force, pursuant to 42 U.S.C. 1983 (or wrongful detention), assault & battery, false imprisonment under Michigan law" | The statute of limitations has expired on the underlying Section 1983 claim as of October 28, 2014. |
| 3684 | Thyssenkrupp c/o CST Co. P.O. Box 224768 Dallas, TX 75222 | $37,597.21 | Priority | <u>Stated Basis</u>: "Service contract" | The claim states that it is based on post-petition events. There is no pre-petition claim owed by the City. |
| 3687 | Thyssenkrupp c/o CST Co. P.O. Box 224768 Dallas, TX 75222 | $439,089.10 | Priority | <u>Stated Basis</u>: "Service contract total quarterly billing 4-1-2014 – 3-31-2017" | The claim states that it is based on post-petition events. There is no pre-petition claim owed by the City. |