# EXHIBIT LIST

| EX. | DESCRIPTION |
|-----|-------------|
| A -1 | Proof of Claim (Dated: 02/19/2014)* |
| A-2 | Proof of Claim (Dated 02/19/2014)* |

*Document split due to size.