Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **4/29/15** at **01:30 PM** to consider and act upon the following:

*9414* – Motion For Enforcement of Settlement and Eighth Amended Plan of Adjustment Filed by Interested Party Retired Detroit Police and Fire Fighers Association (Attachments: # 1 Index List of Exhibits # 2 Exhibit 1 – Proposed Order # 3 Exhibit 2 – Notice of Motion # 4 Exhibit 3 – None # 5 Exhibit 4 – Certificate of Service # 6 Exhibit 5 – None # 7 Exhibit 6 (Part 1) – Documentary Exhibits # 8 Exhibit 6 (Part 2) – Documentary Exhibits) (Plecha, Ryan)

Dated: 3/31/15

                        BY THE COURT

                        Katherine B. Gullo
                        Clerk, U.S. Bankruptcy Court

                        BY: christine sikula
                        Deputy Clerk