**CHAPTER 9**

**CASE # 13-53846**

Please add my name, SHANKER BHAKTA, to the Bankruptcy Schedule of Liquidated Amounts.

Thanks,

*[signature]*

Shanker Bhakta

FILED (I)
2015 MAR 30 P 1:08
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT