UNITED STATES COURT OF APPEAL
FOR THE SIXTH CIRCUIT FORM THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2015 MAR 31 P 3:56
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Eugene MASON
Creditor/Objector

V
In re

CITY OF DETROIT, MICHIGAN,
Debtor/
_____/

Chapter 9
Case No. 13-53846
Magistrate Judge:
Thomas J. Tucker

## OBJECTION TO NOTICE OF MOTION OF THE CITY OF DETROIT, PURSUANT TO SECTIONS 105(a) AND 502(c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3021, FOR AN ORDER APPROVING RESERVE AMOUNT FOR CERTAIN DISPUTED OR UNLIQUIDATED UNSECURED CLAIMS IN CONNECTION WITH DISTRIBUTIONS TO BE MADE UNDER THE EIGHTH AMENDED PLAN FOR THE ADJUST-MENT OF THE CITY OF DETROIT

NOW COMES the above creditor/objector in this response object to the document disguised as a notice pursuant to Section 105(a) and 502(c) of the bankruptcy code and bankruptcy rule 3021 for an order approving reserve amount for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the Eighth Amended Plan

1

for the Adjustment of the city of Detroit and for the following reasons:

1) The Plan of Adjustment, confirmation of the plan and any thing connected or stemming from the plan of Adjustment was not filed in good faith and has to complied with the bankruptcy code and rules 11 USC 923 governing the notice. There have been numerous objections to method of your way of so called notifying people in the following objection Docket Number: 8306, 8233, 8314, 8428 8310.

2) I have not been legally notified personally or publicly and a associate just stumble across it on the internet. We have not been notified and most the people contacted have not received a notice and more time is need to consult legal assistant and advice.

3) We object further to this notice also because there never was a legal vote on the plan the only attempt was with counterfeit ballots and violation of the election laws. The plan of adjustment and confirmation of the plan was unconstitutional and deprived and denied us Basic Civil Right 42 USC 1983 and due process of law of the 5th and 14th Amendments of the Constitution of the United States.

2) We also objected to the impairment and diminishing the health care and pension benefits that is protected by Article 9 Section 24 Constitution of

2

the State of Michigan and the 10th Amendment of the Federal Constitution.

3) The pension has double from two and half (2 1/2) billon to four and half to five (4 1/2) to 5 Billon from 2012 to 2014.

4) We never had a hearing and as stated above no notice as well and this violated the Supreme Court Decision a person must have <u>timely</u> and <u>adequate notice</u> detailing the reasons for the notice and an effective opportunity to defend. Goldberg v. Kelly 397 U.S. 254 (1970) citing Armstrong v. Manzo, U.S. 545, 552 (1965).

5) We object and disagree with your letter because the so-called Recoupment and it doesn't apply to me or any other retirees and/or pensioners because there no grounds to recoup. The word recoupment means "It is keeping back something which is due because there is an equitable reason to withhold it; and is uniformly applied where a man bring an action for breach of a contract between him and the defendant; and where the latter can show that some stipulation in the same contract was made by the plaintiff, which he has violated, the defendant may, if he choose, instead of suing in his turn, recoupe his damages arising from the breach committed by the plaintiff. Ives v. Van Eppes 22 Wend, N.Y. 156. And see Barber v. Chapin, 28 Vt. 413 Black's Law Dictionary revised 4th Edition. We don't

3

owe anything and have not agree to pay anything and their is no contract of recoupment.

WHEREFORE and all the above facts and law we Object to this notice Section 105(a), 502(c) and Bankruptcy Rule 3021 and request that this notice be voluntary rescinded, withdrawn or cancel or be declared null and void because of its failure to be presented in good faith and failure to comply with the Bankruptcy Rules and code and contravening due process of the law.

Sincerely submitted

_Eugene Mason_
Name interest party/creditor/objector

Address: 20287 Cloverlawn

City and state Det, Mich 48219

Date 3/31/15

Official Form 20A
(12/03)

# United States Bankruptcy Court

**Eastern** District Of **Michigan**

In re **Eugene Mason**,
*Set forth here all names including married, maiden, and trade names used by debtor within last 6 years.]* **creditor**
~~Debtor~~

Address **20287 Alderton**
**Detroit, MI 48219**

Case No. **13-53846**

Chapter **9**

Employer's Tax Identification (EIN) No(s). *[if any]:* _____

Last four digits of Social Security No(s).: **9675**

FILED 2015 MAR 31 P 4: [illegible]
U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT

## NOTICE OF [MOTION TO ] [OBJECTION TO ]

**Objector** has filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before *(date)*, you or your attorney must:

[File with the court a written request for a hearing {*or, if the court requires a written response, an answer, explaining your position*} at: **United State Bankruptcy court 211 W. Fort St. Suite 2100 Detroit Michigan 48226-3211**
{address of the bankruptcy clerk's office}

If you mail your {request} {response} to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to: **City of Detroit, Corporation Council First National Building 660 Woodward Ave Detroit Michigan 48226**

{movant's attorney's name and address}

{names and addresses of others to be served}]

[Attend the hearing scheduled to be held on ___*(date)*___, ___*(year)*___, at _____ a.m./p.m. in Courtroom ____, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: **3/31/15**

Signature: **Eugene Mason**
Name: **Eugene Mason**
Address: **20287 Alderton Det, Mich.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

HASAN ALEEM AND DOROTHEA HARRIS

V

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Chapter 9
Case No. 13-53846
Magistrate judge:
Thomas J. Tucker

Debtor
_____/

## PROOF OF SERVICE

___Carl Williams___, being first duly sworn deposes and

Say that on March 31 2015. I sent a copy of Notice of motion of the City of Detroit, pursuant to section 105(a) and 502 (c) of the bankruptcy code and Rule 3021 for order approving reserve amount for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the Eighth amended plan of adjustment of the city of Detroit of Magistrate Judge Thomas J Tucker, upon the concern parties by certified mail at the following address:

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

We hereby certify that the statement made herein are true and correct to the best of our knowledge and belief, under penalty of perjury and contempt of court under the laws of the United States of America.

Sign _Carl Williams_____