FROM: Muhammad Sharif

TO: Chapter 9 U.S Bankruptcy Court

RE: Case No. 13-53846

DATE: 3-30-2015

**FILED**

**2015 APR -1 A 10: 02**

**U.S. BANKRUPTCY COURT**
**E.D. MICHIGAN-DETROIT**

I was informed by my union rep. that my name was not on the list of the Bankruptcy schedule of liquidation amounts. According to the PROOF OF CLAIM CONFIRMATION that your court sent me, I should be on the list.

City of Detroit Claims Processing
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

Muhammad Sharif
11504 Kenmoor
Detroit, MI 48205

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against City of Detroit, Michigan, case no 13-53846 was received on 2/21/2014 and assigned claim number 3275

Sincerely,

*Muhammad Sharif*

Muhammad Sharif

For more information, please visit http://www.kccllc.net/Detroit or call 1(877) 298-6236

13-53846-tjt    Doc 9590    Filed 04/01/15    Entered 04/01/15 13:05:34    Page 1 of 1