Official Form 20A
(12/03)

# United States Bankruptcy Court

_Eastern_ District Of _Michigan_

In re _Curl Williams_,  )
_Set forth here all names including married,_  )
_maiden, and trade names used by debtor within_  )
_last 6 years.]_ _Creditor_  )
  ) Case No. _13-53846_
Address _10112 Somerset_  )
_Detroit Michigan_  ) Chapter _9_
  )
Employer's Tax Identification (EIN) No(s). *[if any]:* _____  )
  )
Last four digits of Social Security No(s).: _5640_  )

**NOTICE OF [MOTION TO  ] [OBJECTION TO  ]**

_objector_ has filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before _(date)_, you or your attorney must:

[File with the court a written request for a hearing {*or, if the court requires a written response*, an answer, explaining your position} at: _Bankruptcy Court_
_211 Fort St_
{address of the bankruptcy clerk's office}  _Detroit Michigan 48226_

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to: _City of Detroit_
_Corporation Council_
_First National Bldg_
_660 Woodward Ave_
{movant's attorney's name and address} _Det Michigan 48226_

{names and addresses of others to be served}]

[Attend the hearing scheduled to be held on ___(date)___, _(year)_, at ____a.m./p.m. in Courtroom ____, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _3/31/15_   Signature: _Curl Williams_
   Name: _Curl Williams_
   Address: _10112 Somerset_
   _Det 48224_