UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

**STIPULATION FOR ENTRY OF ORDER
ADJOURNING HEARING ON RETIRED DETROIT POLICE AND FIRE
FIGHTERS ASSOCIATION'S MOTION TO ENFORCE SETTLEMENT
AND EIGHTH AMENDED PLAN OF ADJUSTMENT**

The undersigned hereby stipulate to the form of the Order, pursuant to Local Rule 5071-1(A), adjourning the hearing on the Retired Detroit Police and Fire Fighters Associations' Motion for Enforcement of Settlement and Eighth Amended Plan of Adjustment ("Motion") (Docket # 9414), previously set for hearing by this Court on April 29, 2105 (Docket # 9574) to May 6, 2015, at 1:30 p.m. The proposed form of the Order is attached as Exhibit A.

Dated: March 31, 2014

By: /s/ Ryan C. Plecha
**LIPPITT O'KEEFE GORNBEIN, PLLC**
Brian D. O'Keefe (P39603)
Ryan C. Plecha (P71957)
370 East Maple Road, 3rd Floor
Birmingham, Michigan 48009
Tel: (248) 646-8292;
bokeefe@lippittokeefe.com
rplecha@lippittokeefe.com

By: /s/ Jeffrey B. Ellman
**JONES DAY**
Jeffrey B. Ellman
1420 Peachtree Street, N.E
Suite 800
Atlanta, Georgia 30309
Tel: (404) 581-3939
jbellman@jonesday.com

{00222715}

*Attorneys for RDPFFA*            *Attorneys for Debtor*

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Thomas J. Tucker |

## ORDER ADJOURNING HEARING ON RETIRED DETROIT POLICE AND FIRE FIGHTERS ASSOCIATION'S MOTION TO ENFORCE SETTLEMENT AND EIGHTH AMENDED PLAN OF ADJUSTMENT

The Court has reviewed the Stipulation of the parties and pursuant to Local Rule 5071-1(A) hereby adjourns the hearing scheduled on the Retired Detroit Police and Fire Fighters Associations' Motion for Enforcement of Settlement and Eighth Amended Plan of Adjustment (Docket # 9414) from April 29, 2015 to May 6, 2015 at 1:30 p.m.

It is so ordered.

{00222715}