UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------ x
                                                            :       Chapter 9
In re                                                       ::
                                                            ::      Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                                  ::
                        Debtor.                             :       Hon. Thomas J. Tucker
------------------------------------------------------------ x

# NOTICE OF WITHDRAWAL OF STAY MODIFICATION NOTICE REGARDING THE CLAIM OF DAMION KING

The Stay Modification filed on April 2, 2015, Docket 9601 is withdrawn.

                                   City of Detroit Law Department

                                   By:    */s/ Mary Beth Cobbs*
                                           Mary Beth Cobbs (P-40080)
                                           Jerry L. Ashford (P47402)
                                           Assistant Corporation Counsel
                                         2 Woodward Ave, Suite 500
                                         Detroit, MI 48226
                                         Phone: (313) 237-3075
                                         Email: cobbm@detroitmi.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on April 2, 2015 2015, I electronically filed the Notice of Withdrawal of Stay Modification Notice and Certificate of Service with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Dated: April 2, 2015

                                   **City of Detroit Law Department**

                                   By:    */s/ Mary Beth Cobbs*
                                           Mary Beth Cobbs (P-40080)
                                         Assistant Corporation Counsel
                                         2 Woodward Ave, Suite 500
                                         Detroit, MI 48226
                                         Phone: (313) 237-3075
                                         Email: cobbm@detroitmi