# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Steven W. Rhodes

## Certificate of Service

The undersigned certifies that on the 3rd day of April, 2015, a copy of the attached Notice of Hearing (Docket # 9460) relating to the Motion of the City of Detroit, Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to Be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit filed by Debtor In Possession City of Detroit, Michigan (Docket # 9351), was sent by first-class mail to the individuals identified on the attached service list.

                                                                 /s/ Christine L. Sikula  
                                                                       Deputy Clerk

Entered on April 3, 2015

Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **4/15/15** at **01:30 PM** to consider and act upon the following:

*9351* – Motion of the City of Detroit, Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to Be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit Filed by Debtor In Possession City of Detroit, Michigan (Lennox, Heather)

Dated: 3/19/15

                        BY THE COURT

                        Katherine B. Gullo
                        Clerk, U.S. Bankruptcy Court

                        BY: christine sikula
                        Deputy Clerk

# Service List

| | | |
|---|---|---|
| **Comit Bradford, Jr.**<br>**5914 Farmbrook St.**<br>**Detroit, MI 48224** | **Sandra Bradford**<br>**5914 Farmbrook St.**<br>**Detroit, MI 48224** | **Ronald J. Gricius**<br>**18 First Street**<br>**Mt. Clemens, MI 48043** |
| **Larry Johnson**<br>**8076 E. Brentwood**<br>**Detroit, MI 48234** | **Lee Newby**<br>**18659 Shiawassee**<br>**Detroit, MI 48219** | **Eugene Mason**<br>**20287 Alderton**<br>**Detroit, MI 48219** |
| **Patricia Mason**<br>**20287 Alderton**<br>**Detroit, MI 48219** | **Gwendolyn Morris**<br>**1557 Ward**<br>**Detroit, MI 48227** | **Brenda Polk**<br>**3270 W. Outer Drive**<br>**Detroit, MI 48221** |
| **Raphael W. Robinson**<br>**23451 Margareta**<br>**Detroit, MI 48219** | **Joan E. Robinson-Cheeks**<br>**3223 Carter**<br>**Detroit, MI 48206** | |