**EXHIBIT 2:  COMPLAINT FILED IN CASE NO. 13-000075-MZ**

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| **30 th** JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY PROBATE | SUMMONS AND COMPLAINT *Michigan Court of Claims* | 13 ~ 75 ~ MZ |

Court address *P.O. BOX 40771, Lansing, Mich 48901-7971* Court telephone no. 517-483-6500
*Veterans Memorial Courthouse*

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| *Hunter L. Todd* *14944 Ashton* *Detroit, M. 48223* | v | *City of Detroit* *Building + Safety* *4 Floor, Room 401* *2 Woodward Ave* *Detroit, Mich* |
| Plaintiff's attorney, bar no., address, and telephone no. *NONE pro-per.* *313 422-3741* | | *Mr. Nate Ford 48296* *313 224 2733* |

**SUMMONS** **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). (MCR2.111(C))
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| | | |

*This summons is invalid unless served on or before its expiration date.

This document must be sealed by the seal of the court.

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☒ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains ☒ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. *03 - 333631* | Judge *Isidore B. Torres* | Bar no. |
|---|---|---|

**General Civil Cases**

☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| Place where action arose or business conducted | |

Date *6/20/13*

Signature of attorney/plaintiff *Hunter Todd*

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (3/08) **SUMMONS AND COMPLAINT** MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ OFFICER CERTIFICATE | OR | ☒ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I served personally a copy of the summons and complaint,

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,
together with ___SUMMONS + COMPLAINT___ to Mr. Nate Ford
List all documents served with the Summons and Complaint
Room 401, 2 woodward ave Detroit 48226
Phone #: 313-224-2733 ___ on the defendant(s):

| Defendant's name | Complete address(es) of service 2 woodward | Day, date, time |
|---|---|---|
| City of Detroit Building + safety | ave. 401-Rm mr. nate ford Det.48226 | |
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Mileage fee $ | Total fee $ |
|---|---|---|---|

Signature _Hunter L Todd_

Name (type or print) Hunter L. Todd

Title Plaintiff

Subscribed and sworn to before me on 6/19/2013 Wayne County, Michigan.
Date

My commission expires: May 01, 2018 Signature: Jessica McGee
Date Deputy court clerk/Notary public

Notary public, State of Michigan, County of Wayne

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with ___
Attachments

___ on ___
Day, date, time

___ on behalf of ___.

Signature

Attention: Michigan Court of Claims

30th District Court, Lansing, Michigan

Filed with Clerk of the Court

Case Numbner: _13-75-MZ_

JUDGE JAMES S. JAMO

Plaintiff, Hunter L. Todd,

VS.

Defendantsand their Codes
_____,

Michigan Dept. of Treasury, Defandant Code /MZ

Michigan Tax Trib., Defendant's Code/MZ

York Services Insurance, Inc./2003/MZ Code: Requests and Motions

the Court for Summary Disposition.

Under Michigan Courtroom Law Code, Plaintiff files a Summary

Disposition for each defendant/2.116

MZ Court Room Code for All defendants which removes

Mr. Ronnie Englandman as a defendant and add Michigan First

Credit Union / case # from36th District 12-200822-GC

MZ Code filed for Michigan First Credit Union

at Ms. Pat Corkery, P55687, address28366 Franklin Road,

Southfield, Michigan48034

City of Detroit, Code MZ
Wolverine Truck Sales, Inc. Coded asMZ

Signed Complaint
Hunter Todd
June 3, 2013
14944 Ashton 48223, 313 422-3741

Michigan Court of Claims

30th Judicial Circuit of Michigan

Veterans Memorial Courthouse

Post Office Box40771

Lansings, Michigan 48901--7971

Claims Court#:_____

Plaintiff, Hunter L. Todd,

VS:

*Summary Disposition on all 6 defendants*

Defendants,:
Michigan Tax Tribunal, Defendant-one, MZ *MCLC: 2.116*
Michigan Dept. of Treasury, Defendant-two, MZ
City of Detroit, Defendant-three, MZ
Housing Department,5th Floor *MCR 8.117-150.00*
City County Bldg. *MCR 2.102-$1200*
Coleman A. Young Center
One Woodward Ave.
Detroit, Michigan 48226/ copy mailed to City of Detroit collect-
ion Muni Services,269 Walker St.PMB258, Detroit, Mich.48207
$1,220.00 VS 8882 Manor-Land Contract since 2003

Defendant Four, York Claims Insurance Co. MZ *MCR 2.101(B)*
*MCL 600.6434*
Case #03333831 Wayne County Circuit
99 Cherryhill Rd. Suite102,Parsipanny, 07055
Att.of Record:Susan Sitron(P35482)
Att for ACO Hardware,Inc.,17187 N. Laurel Park Dr.,Suite300,
Livonia 48152-734-953-1188

Defendant #5 Wolverine Truck Sales,Inc. MZ

3550 Wyoming Ave.,Dearborn, Mich. 48124

~~Ronnie Englandman, Defendant,11718 Griggs, Detroit,Michigan 48204~~ *2.116* Complaints Are Listed as Follows:

The Chief Justice Robert stated, everybody has a seat when it
comes to Brown VS Education. What we have in this complaint is a
group defendants who denied the plaintiff his rightful seat and
and did nothing for ten years or less to control the

damages. *The complaint is a motion for a summary disposition against all 6 defendants.*

*complaint*

*page one complaint*

With property taxes paid on two homes located in the
empowerment zone, the City of Detroit Demolished two of the
Plaintiff's homes on Military and Jefferson.  At the same
time,removed two White Tactors valued at $8 to 9thousands
dollars each. The City was requested to pay the plaintiff
30,000.00 each for the two homes, but failed to do so.

The City of Detroit has stated that the plaintiff has no
Land Contract at 8882 Manor. The City of Detroit is totally
incorrected about the Manor Property and should stay out \
Plaintiff'sbusiness.

# Complaint — City of Detroit

The Housing Department of the City of Detroit told the Plaintiff that 60,000.00 plus the junking 2 white tractors were placed in Kawme Kilpatrick special account to be used as he want to.

The above notation comes from the two homes on Military and Jefferson, which was in the empowerment zone.

Signed

Hunter L. Todd

6/20/13



michcon

Michigan Consolidated Gas Company
500 Griswold Street, Detroit, Michigan 48226

313 965-2430

MARCH    29, 1995

HUNTER J. TODD
14944  ASHTON
DETROIT, MI.  48223

Dear Landlord:

Michigan Consolidated Gas Company and the Michigan Department of
Social Services (DSS) are working together in an effort to reduce
high energy use within DSS client households.   This joint effort
has brought about the development of the Conservation Assistance
Program Plus.

Through the Conservation assistance Program Plus, it is anticipated
that reduction of gas will be achieved by installing **Free** energy
conservation items.   The items may include a high efficiency gas
furnace or boiler, upgrading of electrical service, fireplace
damper replacement, and other energy related items.

Your rental property at _____305 S. MILITARY_____ may
be eligible.  In order to participate you must complete and sign
the enclosed Landlord Agreement.  Please be sure to carefully read
the agreement before you sign, acknowledging the conditions set
forth.   Please return the agreement in the enclosed envelope by
_04_ / _12_ / _95_.

We are looking forward to your participation in the Conservation
Assistance Program Plus.   If you have any questions, please feel
free to contact us at **i-800-447-3561.**  Please return the necessary
forms by the date above.

Sincerely,