**EXHIBIT 3: DOCKET IN CASE NO. 13-000075-MZ**

# Ingham County, Michigan - Court Record Search

**Navigation**
New Search
Return to ROA Results
Logout

### Register of Action

| | |
|---|---|
| **Case Title:** | TODD, HUNTER L vs TREAS DEPT MI et al et al |
| **Case Number:** | 13-000075-MZ |
| **Judge:** | MICHAEL TALBOT |
| **PLAINTIFF:** | HUNTER TODD |
| **DEFENDANT:** | TREAS DEPT MI |
| **DEFENDANT:** | TAX TRIBUNAL MI |
| **DEFENDANT:** | YORK SER INS INC |
| **DEFENDANT:** | MI FIRST CREDIT UNION |
| **DEFENDANT:** | CITY OF DETROIT |
| **Case Status:** | CLOSED |
| **File Date:** | 06/10/2013 |

### Case Events

| # | Date | Description |
|---|---|---|
| 1 | 06/10/2013 | COMPLAINT FILED ATTORNEY: IN PRO PER (PROPER) RECEIPT: 320898 DATE: 06/11/2013 |
| 2 | 07/08/2013 | DF MDOT'S APPEARANCE AND NOTICE OF APPEARANCE - ATTORNEY: ZILLGITT, EMILY C (73792) W/PS |
| 3 | 07/11/2013 | HEARING SET: EVENT: MOTION FOR SUMMARY DISPOSITION DATE: 08/14/2013 TIME: 2:30 PM JUDGE: JAMO, JAMES S LOCATION: COURTROOM 7 - VETERANS MEMORIAL RESULT: GRANTED |
| 4 | 07/12/2013 | HEARING SET: EVENT: MOTION (MISC) DATE: 08/14/2013 TIME: 2:30 PM JUDGE: JAMO, JAMES S LOCATION: COURTROOM 7 - VETERANS MEMORIAL RESULT: GRANTED |
| 5 | 07/12/2013 | DF'S MOTION FOR SUMMARY DISPOSITION - BRIEF IN SUPPORT - NOTICE OF HEARING (HRG ON 081413 @ 2:30 PM) W/PS |
| 6 | 07/15/2013 | MOTION FEE RECEIPT: 322993 DATE: 07/15/2013 |
| 7 | 07/15/2013 | MOTION FEE ATTORNEY: ZILLGITT, EMILY C (73792) RECEIPT: 323224 DATE: 07/17/2013 |
| 8 | 07/17/2013 | DF'S MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO STRIKE IN LIEU OF ANSWER TO THE CMPLAINT - BRIEF IN SUPPORT - NOTICE OF HEARING (HRG ON 081413 @ 2:30 PM) W/PS |
| 9 | 07/23/2013 | |

| | | |
|---|---|---|
| | | APPEARANCE ON BEHALF OF DF MI FIRST CREDIT UNION ATTORNEY: HOLZMAN, CHARLES J. (35625) W/PS |
| 10 | 07/23/2013 | HEARING SET: EVENT: MOTION FOR SUMMARY DISPOSITION DATE: 09/11/2013 TIME: 2:30 PM JUDGE: JAMO, JAMES S LOCATION: COURTROOM 7 - VETERANS MEMORIAL RESULT: GRANTED |
| 11 | 07/24/2013 | MOTION FEE RECEIPT: 323981 DATE: 07/26/2013 |
| 12 | 07/26/2013 | DF MI FIRST CREDIT UNION'S MOTION FOR SUMMARY DISPOSITION - BRIEF IN SUPPORT - NOTICE OF HEARING (HRG ON 091113 AT 2:30 PM)W /PS |
| 13 | 08/07/2013 | PL'S ANSWER TO TO DF |
| 14 | 08/14/2013 | GRANTED ON THE RECORD THE FOLLOWING EVENT: MOTION (MISC) SCHEDULED FOR 08/14/2013 AT 2:30 PM HAS BEEN RESULTED AS FOLLOWS: RESULT: GRANTED JUDGE: JAMO, JAMES S LOCATION: COURTROOM 7 - VETERANS MEMORIAL RESULT STAFF: STAFF: COURT REPORTER: DEXTER, MELINDA CERTIFICATION NUMBER: 4629 |
| 15 | 08/14/2013 | GRANTED ON THE RECORD THE FOLLOWING EVENT: MOTION FOR SUMMARY DISPOSITION SCHEDULED FOR 08/14/2013 AT 2:30 PM HAS BEEN RESULTED AS FOLLOWS: RESULT: GRANTED JUDGE: JAMO, JAMES S LOCATION: COURTROOM 7 - VETERANS MEMORIAL RESULT STAFF: STAFF: COURT REPORTER: DEXTER, MELINDA CERTIFICATION NUMBER: 4629 |
| 16 | 08/14/2013 | ORDER GRANTING DF MOTON FOR MORE DEFINITE STATEMENT |
| 17 | 08/16/2013 | PROOF OF SERVICE ON 081513 A COPY OF ORDER GRANTING DF BY MAIL UPON PARTIES OF RECORD |
| 18 | 08/27/2013 | ORDER THAT THE TAX TRIBUNAL MOTION FOR SUMMARY DISP IS GRANTED - ORDER DOES NOT RESOLVE CASE |
| 19 | 09/09/2013 | ORDER FOR ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY STAY AS TO CITY OF DETROIT |
| 20 | 09/11/2013 | GRANTED ON THE RECORD THE FOLLOWING EVENT: MOTION FOR SUMMARY DISPOSITION SCHEDULED FOR 09/11/2013 AT 2:30 PM HAS BEEN RESULTED AS FOLLOWS: RESULT: GRANTED JUDGE: JAMO, JAMES S LOCATION: COURTROOM 7 - VETERANS MEMORIAL RESULT STAFF: STAFF: COURT REPORTER: DEXTER, MELINDA CERTIFICATION NUMBER: 4629 |
| 21 | 09/11/2013 | PL'S ANSWER TO DF FALSE BRIEF FILED BY PATRICIA CORKERY TO THE COURT OF CLAIMS |
| 22 | 09/11/2013 | PL'S ANSWER TO THE ATTORNEY GENERAL ANSWER TO THE PL'S COMPLAINT AND A MOTION REQUESTING A HEARING FOR 8/14/13 @ 2:30 PM |
| 23 | 09/11/2013 | DISCRIMINATORY PRACTICE OF PL'S FIRST AND SECOND COMPLAINT FILED WITH MI COURT OF CLAIMS AND SECOND COMPLAINT |
| 24 | 09/12/2013 | ORDER GRANTING DF MI FIRST CREDIT UNION'S MOTION FOR SUMMARY DISPOSITION - THE ADMINISTRATIVING CLOSING IS SET ASIDE FOR PURPOSES OF ENTERING THIS |

| | | |
|---|---|---|
| | | ORDER - THAT THE MI FIRST CREDIT UNION IS DISMISSED FROM THIS MATTER WITH PREJUDICE AND W/O COST AND ADMINISTRATIVE ORDER IS REINSTATED |
| 25 | 10/03/2013 | HEARING SET: EVENT: MOTION FOR SUMMARY DISPOSITION DATE: 11/06/2013 TIME: 1:30 PM JUDGE: JAMO, JAMES S LOCATION: COURTROOM 7 - VETERANS MEMORIAL RESULT: GRANTED |
| 26 | 10/04/2013 | DF'S MOTION TO DISMISS - BRIEF IN SUPPORT - NOTICE OF HEARING (HRG ON 110613 @ 1:30 PM) W/PS |
| 27 | 10/04/2013 | MOTION FEE ATTORNEY: ZILLGITT, EMILY C (73792) RECEIPT: 328742 DATE: 10/07/2013 |
| 28 | 11/06/2013 | ORDER GRANTING DF'S MOTION TO DISMISS AND/OR MOTION FOR SUMMARY DISPOSITION |
| 29 | 11/06/2013 | GRANTED ON THE RECORD THE FOLLOWING EVENT: MOTION FOR SUMMARY DISPOSITION SCHEDULED FOR 11/06/2013 AT 1:30 PM HAS BEEN RESULTED AS FOLLOWS: RESULT: GRANTED JUDGE: JAMO, JAMES S LOCATION: COURTROOM 7 - VETERANS MEMORIAL RESULT STAFF: STAFF: COURT REPORTER: DEXTER, MELINDA CERTIFICATION NUMBER: 4629 |
| 30 | 11/07/2013 | CASE CLOSED C30 |
| 31 | 11/08/2013 | CLERKS NOTICE (CIVIL) CLERKS' NOTICE SENT ON: 11/08/2013 09:26:22.21 |
| 32 | 11/12/2013 | PROOF OF SERVICE ON 110813 A COPY OF ORDER GRANTING DF'S MOTION TO DISMISS / MOTION FOR SUMM DISP BY MAIL UPON PARTIES OF RECORD |
| 33 | 02/26/2014 | COURT OF CLAIMS - FILE SENT TO COURT OF CLAIMS LANSING OFFICE BY STATE ID MAIL |
| 34 | 04/29/2014 | RECORD RETURNED FROM COC FILE SENT ERRONIOUSLY |

Return to Case Summary