UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION- DETROIT

In re:

CITY OF DETROIT, MICHIGAN

               Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Thomas J. Tucker

## STIPULATION RESOLVING OBJECTION TO CLAIM NUMBER 3657 FILED BY THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ON BEHALF OF KIM SPICER

**NOW COME**, the City of Detroit Water and Sewerage Department ("DWSD"), by and through counsel, Kilpatrick & Associates, P.C., and the U.S. Equal Employment Opportunity Commission ("EEOC"), by and through counsel, Dale Price, and hereby stipulate and agree to the following:

**WHEREAS**, on March 19, 2014, the EEOC filed Claim Number 3657 ("Claim") on behalf of Kim Spicer to protect the EEOC should it determine that there was reasonable cause to believe that the law had been violated by DWSD;

**WHEREAS**, subsequently, the EEOC concluded its investigation of the Claim without a cause finding and closed its file, which terminated any and all legal interests that the EEOC had in the Claim;

**NOW THEREFORE;**

**IT IS HEREBY AGREED** that the Claim shall be withdrawn and that the withdrawal of the Claim resolves the Objection to Claim Number 3657 by the U.S. Equal Employment Opportunity Commission on Behalf of Kim Spicer.

STIPULATED AND AGREED TO ON APRIL 3, 2015 BY:

KILPATRICK & ASSOCIATES, P.C.

_/s/ Richardo I. Kilpatrick_____
RICHARDO I. KILPATRICK (P35275)
SHANNA M. KAMINSKI (P74013)
Attorneys for the City of Detroit
Water & Sewerage Department
615 Griswold, Ste. 1708
Detroit, Michigan 48226
(313) 963-2581
ecf@kaalaw.com

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

_/s/ Dale Price w/ consent_
DALE PRICE (P55578)
Senior Trial Attorney
477 Michigan Ave
Room 865
Detroit, Michigan 48226
(313) 226-7808
dale.price@eeoc.gov

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION- DETROIT

In re:

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9
Case No. 13-53846
Hon. Thomas J. Tucker

_____/

## ORDER RESOLVING OBJECTION TO CLAIM NUMBER 3657 FILED BY THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ON BEHALF OF KIM SPICER

This matter having come before the Court by Stipulation of the City of Detroit Water and Sewerage Department ("DWSD") and the U.S. Equal Employment Opportunity Commissions ("EEOC"), by and through its respective counsel, resolving the Objection to Claim Number 3657 Filed by the U.S. Equal Employment Opportunity Commission on Behalf of Kim Spicer ("Objection"); and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Claim Number 3657 Filed by the U.S. Equal Employment Opportunity Commission on Behalf of Kim Spicer is withdrawn;

**IT IS FURTHER ORDERED** that the withdrawal of Claim Number 3657 filed by the U.S. Equal Employment Opportunity Commission on behalf of Kim Spicer resolves the Objection.