UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION- DETROIT

In re:

CITY OF DETROIT, MICHIGAN

Debtor.
_____/

Chapter 9
Case No. 13-53846
Judge Thomas J. Tucker

## ORDER RESOLVING OBJECTION TO CLAIM NUMBER 3657 FILED BY THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ON BEHALF OF KIM SPICER

This case is before the Court on the Stipulation, filed on April 3, 2015 (Docket # 9618), of the City of Detroit Water and Sewerage Department ("DWSD") and the U.S. Equal Employment Opportunity Commissions ("EEOC"), by and through their respective counsel, resolving the Objection to Claim Number 3657 Filed by the U.S. Equal Employment Opportunity Commission on Behalf of Kim Spicer ("Objection"); and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that Claim Number 3657 Filed by the U.S. Equal Employment Opportunity Commission on Behalf of Kim Spicer is withdrawn.

**IT IS FURTHER ORDERED** that the withdrawal of Claim Number 3657 filed by the U.S. Equal Employment Opportunity Commission on behalf of Kim

Spicer resolves the Objection.

**Signed on April 03, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge