UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION- DETROIT

In re:

CITY OF DETROIT, MICHIGAN

        Debtor.

_____/

Chapter 9
Case No. 13-53846
Judge Thomas J. Tucker

# ORDER (A) RESOLVING NTH CONSULTANTS, LTD'S OBJECTION TO AMOUNTS OF CURE AMOUNT CLAIMS IN CONNECTION WITH PROPOSED ASSUMPTION OF AGREEMENTS AND (B) APPROVING ASSUMPTION OF CONTRACT

This case is before the Court on NTH Consultants, Ltd.'s ("NTH") Objection to Amounts of Cure Amount Claims in Connection with Proposed Assumption of Agreements ("Objection"); NTH having alleged that it is owed One Hundred Eighty Seven Thousand Six Hundred Fifty Six Dollars and 63/100 ($187,656.63) by the City of Detroit Water and Sewerage Department ("DWSD") under a pre-petition contract entered into between the City of Detroit ("Debtor"), by and through DWSD, and NTH (Contract No. 2799263)("Contract") and that such amount must be paid for the Contract to the assumed; the Debtor, DWSD, and NTH having engaged in settlement negotiations to resolve the Objection; the Court being otherwise fully advised in the premises; and based on the stipulation of the parties filed on April 3, 2015 (Docket # 9622),

**IT IS ORDERED** that the Contract is assumed by the Debtor, by and through DWSD, as of December 10, 2014.

**IT IS FURTHER ORDERED** that neither the Debtor nor DWSD is in default under the Contract; however, DWSD shall pay to NTH the sum of One Hundred Seventy Seven Thousand Three Hundred Seventy Seven Dollars and 13/100 ($177,377.13) in the ordinary course of business for work performed under Task 1, Task 8, and Task 6 of the Contract.

**IT IS FURTHER ORDERED** that the remaining $10,279.50 that NTH claimed was due in the Objection for alleged work performed under Task 4 of the Contract is not due and owing to NTH by DWSD at this time.

**IT IS FURTHER ORDERED** that DWSD's agreement to pay NTH One Hundred Seventy Seven Thousand Three Hundred Seventy Seven Dollars and 13/100 ($177,377.13) in the manner set forth herein resolves the Objection.

.

**Signed on April 03, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge