City of Detroit, Michigan
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

**FILED**

2015 APR -6 P 12:08

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

PRF 70384***  11746927        000012

Lue David Jackson
9336 Pierson
Detroit MI 48228

4-2-2015

To the United State Bankruptcy Court

I am Mailing you a Copy or my Claim Class 14 Contingent, Unsecured. Principal and Interest Charges, filing Date 2-14-2014. And a Copy or Class 15 Convenience Claim file 6-30-2014

These Claims + document that is missing is a proof of Service and is correct, To the best of my knowledge.

Thank you.

Creditor Lue David Jackson      Claim Amount
                                71,825.81

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT — EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|
| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Property Owner **Lue David Jackson**

Name and address where notices should be sent: NameID: 11590154

Property Owner
9336 Pierson
Detroit, MI 48228

Telephone number: 313-273-3609   email:

Name and address where payment should be sent (if different from above):
**Lue David Jackson**
**9336 Pierson**
**Detroit MI 48228-1508**

Telephone number: 313-273-3369   email:

**COURT USE ONLY**
☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ **3764.19**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: **Contingent + Unsecured Principal + Interest charges**
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: ~~4360~~ **9118**

3a. Debtor may have scheduled account as: **First Franklin Fin Corp**
(See instruction #3a) **Bank of America & Nationstar Mortgage**

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☑ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: $ **80,000**
Annual Interest Rate (when case was filed) **10.700** %  ☐ Fixed  or  ☑ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ ——

Basis for perfection: **Interest + Principal Charges**

Amount of Secured Claim: $ ——
Amount Unsecured: $ **7182.81**

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2). $ **None**

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____ .  $ **None**

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6) **Yes**

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted".) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. Signature: (See instruction # 8)
Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Lue David Jackson**
Title: **Creditor + Property Owner**
Company:
Address and telephone number (if different from notice address above):

(Signature) *Lue David Jackson*   (Date) **2-14-2014**

Telephone number: _____   email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# PLEASE READ THE VOTING INFORMATION AND INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEMS 1, 2, AND 3 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF BOTH BOXES ARE, OR NEITHER BOX IS, CHECKED IN ITEM 2, THIS BALLOT WILL COUNT AS ONE NOT ELECTING CONVENIENCE CLAIM TREATMENT FOR YOUR CLASS 14 OTHER UNSECURED CLAIM.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Other Unsecured Claim Holder in Class 14 as of April 14, 2014 against the City of Detroit, Michigan, votes to (check one box):

☐ **ACCEPT** the Plan.   ☒ **REJECT** the Plan.

If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.

Creditor Name: _____Lue David Jackson_____.  Amount of Claim: $ _3764.19_

**Item 2. Convenience Class Election.** The undersigned, the Other Unsecured Claim Holder in Class 14 as of April 14, 2014 against the City of Detroit, Michigan, elects to (check one box):

☐ **Treat** the undersigned's Other Unsecured Claim as a Class 15 Convenience Claim under the Plan.   ☒ **Not Treat** the undersigned's Other Unsecured Claim as a Class 15 Convenience Claim under the Plan.

If you elect to treat your Class 14 Other Unsecured Claim as a Class 15 Convenience Claim, your vote to accept or reject the Plan in this Ballot will count as a vote for Class 15 tabulation purposes and your vote will not count for Class 14 tabulation purposes.

Convenience Claim elections are subject to the terms contained in the Plan. This Convenience Claim Election will be deemed irrevocable and legally binding on you upon (i) execution of this election on the Ballot and (ii) confirmation of the Plan. Class 15 Convenience Claims will be paid in accordance with the Plan terms.

Creditor Name: _____Lue David Jackson_____.  Claim Amount: $ _7l825.81_

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**



**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i. is the Holder of one or more Other Unsecured Claims in Class 14 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

ii. received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii. has not submitted any other Ballots for Class 14 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv. understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

Lue David Jackson
Name

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
Social Security or Federal Tax I.D. No. (optional)

*Lue David Jackson*
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

9336 Pierson
Detroit, MI 48228
Address

313-273-3109
Telephone Number

6-30-2014
Date Completed

_____
Email address