

City of Detroit, Michigan
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

April 3, 2015

PRF 70082    12020668          000158
Bridget Murriel
3324 Hogarth
Detroit MI 48206

## CERTIFICATE OF SERVICE

I, Bridget Murriel, hereby certify that the opposing of the *Motion of the City of Detroit, Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to Be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* was filed and served via the Court's electronic case filing and noticing system as of the 23rd day of March, 2015.

/bm/ Bridget Murriel

FILED 2015 APR -6 A 10: 56
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

REPORT FINC/PPSP/W400-RTP
CITY OF DETROIT
PERSONNEL DEPARTMENT
EMPLOYEE HISTORY FILE
DATE 10/03/2014
PAGE 050677

```
AGY  SOC-SEC NO.   EMP STATUS  EMPLOYEE NAME       APPT DATE    AUG SEN DATE  LAST DAY WKD  BANK OUT DATE  VET STATUS
848                01          MURRIEL,BRIDGET L   10/22/2003   4/29/2002     0/00/0000     0/00/0000
HOSP. DENT. ADDRESS                                 CITY        ST  ZIP       TELEPHONE     BIRTH DATE      SEX  RACE  PENSION NO
                                                    DETROIT     MI                                          F    2
```

EMPLOYEE DESCRIPTION

CLASS INFORMATION

| CLASS TITLE | CL CODE | TYPE | EFF DATE | APPT | AGY | SPEC | SEQ | ACTION | CLASS CODE | BARG UNIT | RATE EFF | SAL/RATE | ACT DATE | FM FLW | FLW DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PERS & PAYROLL CLERK | 01-20-25 | | 4/29/2002 | 01 | 48 | | 002 | HIRE-REGULAR CLASSIFIED | 1410 | | 7/01/2005 | 28900 | 5/04/2002 | (FM) A | 7/29/2002 |
| PERS & PAYROLL CLERK | 01-20-25 | | 7/29/2005 | 01 | 48 | | 003 | LAYOFF-LCK OF WRK/LCK OF FNDS | 1410 | | 1/22/2007 | 28900 | 8/08/2005 | (FM) | 0/00/0000 |
| PERS & PAYROLL CLERK | 01-20-25 | | 1/22/2007 | 01 | 44 | | 004 | REHIRE-RETURN FROM LAYOFF | 1410 | | 3/10/2008 | 31790 | 1/26/2007 | (FM) | 0/00/0000 |
| PERS & PAYROLL CLERK | 01-20-39 | | 3/10/2008 | 01 | 48 | | 005 | INTERDPMNTL TRANS-PROM-PERM | 1410 | | 4/04/2008 | 30056 | 6/10/2008 | (FM) A | 0/00/0000 |
| SR P&P CLERK | 01-20-25 | | 3/10/2008 | 01 | 48 | | 006 | CHANGE IN FOLLOW UP DATE | 1410 | | 6/26/2008 | 30056 | 6/26/2008 | (FM) C | 0/00/0000 |
| SR P&P CLERK | 01-20-25 | | 7/14/2008 | 01 | 48 | | 007 | PROB RECON REVRT TO PRM STATUS | 1410 | | 7/14/2008 | 30056 | 7/25/2008 | (FM) | 9/10/2008 |
| PERS & PAYROLL CLERK | 01-20-25 | | 7/14/2008 | 01 | 44 | | 008 | TERM-NO TIME-OVR 60 DA RXVI S1 | 1410 | | 7/01/2009 | 30100 | 9/10/2008 | (FM) | 0/00/0000 |
| PERS & PAYROLL CLERK | 01-20-25 | | 7/01/2009 | 01 | 44 | | 009 | REHIRE-RETURN FROM LAYOFF | 1410 | | 2/13/2009 | 30100 | 2/13/2009 | (FM) | 0/00/0000 |
| PERS & PAYROLL CLERK | 01-20-25 | | 2/13/2009 | 01 | 48 | | 010 | | 1410 | | 8/06/2012 | 27100 | 7/16/2012 | (FM) | 0/00/0000 |
| PERS & PAYROLL CLERK | 01-20-25 | | 7/16/2012 | 01 | 48 | | 011 | REHIRE-RETURN FROM LAYOFF | 1410 | | 5/16/2014 | 27100 | 7/27/2012 | (FM) | 0/00/0000 |
| P&P RECS SYS CLERK | 01-20-27 | | 5/16/2014 | 01 | 48 | | 012 | CHANGE IN BARGAINING UNIT | 1410 | | 5/16/2014 | 28455 | 5/16/2014 | (FM) | 0/00/0000 |

RATE INFORMATION

| CLASS CODE | BARG UNIT | RATE EFF | SAL/RATE | COLA | TYPE | SEQ |
|---|---|---|---|---|---|---|
| 1410 | | 4/29/2002 | 23400 | .00 | NH | 001 |
| 1410 | | 12/23/2002 | 23985 | .00 | SI | 002 |
| 1410 | | 7/01/2003 | 24585 | .00 | SI | 003 |
| 1410 | | 1/22/2007 | 25077 | .00 | SI | 004 |
| 1410 | | 3/10/2008 | 25677 | .00 | GI | 005 |
| 1410 | | 7/01/2008 | 26117 | .00 | GI | 006 |
| 1410 | | 12/22/2008 | 26778 | .00 | GI | 007 |
| 1410 | | 7/14/2008 | 27306 | .00 | GI | 008 |
| 1410 | | 7/01/2009 | 27989 | .00 | GI | 009 |
| 1410 | | 12/20/2004 | 28689 | .00 | SI | 010 |
| 1410 | | 7/01/2005 | 28900 | .00 | SI | 011 |

GROSS PAY INFORMATION

| PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS |
|---|---|---|---|---|---|---|---|---|
| B 2013-41 | .00 | .00 | B 2014-02 | 1842.30 | .00 | B 2014-15 | 1842.30 | .00 |
| B 2013-42 | 1267.06 | .00 | B 2014-03 | 1842.30 | .00 | B 2014-16 | 1842.30 | .00 |
| B 2013-43 | .00 | .00 | B 2014-04 | 1146.54 | .00 | B 2014-17 | 1842.30 | .00 |
| B 2013-44 | 1387.57 | .00 | B 2014-05 | .00 | .00 | B 2014-18 | .00 | .00 |
| B 2013-45 | .00 | .00 | B 2014-06 | 1842.30 | .00 | B 2014-19 | 1842.31 | .00 |
| B 2013-46 | 1482.03 | .00 | B 2014-07 | 1842.30 | .00 | B 2014-20 | .00 | .00 |
| B 2013-47 | .00 | .00 | B 2014-08 | 1642.31 | .00 | B 2014-21 | 1842.30 | .00 |
| B 2013-48 | 1657.92 | .00 | B 2014-09 | 1642.31 | .00 | B 2014-22 | .00 | .00 |
| B 2013-49 | .00 | .00 | B 2014-10 | 1642.30 | .00 | B 2014-23 | 1042.30 | .00 |
| B 2013-50 | 1267.65 | .00 | B 2014-11 | 1642.30 | .00 | B 2014-24 | 1198.66 | .00 |
| B 2013-51 | .00 | .00 | B 2014-12 | 1842.30 | .00 | B 2014-25 | .00 | .00 |
| B 2013-52 | 1192.13 | .00 | B 2014-13 | 1842.00 | .00 | B 2014-26 | .00 | .00 |
| B 2014-01 | .00 | .00 | B 2014-14 | 1842.31 | .00 | B 2014-27 | 1042.30 | .00 |

| PAY PER | GROSS | CETA GROSS |
|---|---|---|
| B 2014-28 | 1663.14 | .00 |
| B 2014-29 | .00 | .00 |
| B 2014-30 | 1207.28 | .00 |
| B 2014-31 | .00 | .00 |
| B 2014-32 | 1254.48 | .00 |
| B 2014-34 | 1268.65 | .00 |
| B 2014-35 | .00 | .00 |
| B 2014-36 | 1094.42 | .00 |
| B 2014-37 | .00 | .00 |
| B 2014-38 | 1283.85 | .00 |
| B 2014-39 | .00 | .00 |
| B 2014-40 | 1094.42 | .00 |

TOTAL GROSS 030242.55   26 WEEK AVERAGE 01163.17   26 WEEK CETA GROSS 00000.00   NO. WEEKS NOT USED 026