**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

------------------------------------------------------- x
                                                           : Chapter 9
In re                                        :
                                         : Case No. 13-53846
CITY OF DETROIT, MICHIGAN,       :
                                         : Hon. Thomas J. Tucker
                         Debtor     :
------------------------------------------------------- x

**CERTIFICATE OF NO RESPONSE TO DEBTOR'S EIGHTH OMNIBUS
OBJECTION TO CERTAIN CLAIMS
(SATISFIED CLAIMS)**

(Docket No. 9260)

The undersigned certifies that on February 13, 2015, he caused the Debtor's Eighth Omnibus Objection to Certain Claims (Satisfied Claims) [Docket No. 9260] (the "Objection") and a Notice of the Objection [Docket No. 9260] (the "Notice") and further certifies that on March 3, 2015, he caused a Revised Notice of the Objection (pursuant to an adjourned hearing date) [Docket No. 9333] (the "Revised Notice"), identifying the deadline for responses to the Objection as April 1, 2015, to be filed with the Court and served upon every claimant listed on Exhibit 2 of the Objection via First Class Mail at the addresses listed therein (the "Claimants"). See Certificate of Services [Docket Nos. 9281 and 9350] attached hereto as **Exhibit B.**

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") and the Revised Notice, the Claimants were required to file responses to the relief requested in the Objection, if any, on or before April 1, 2015.

No responses to the Objection were filed and served.

4831-3171-4594.1

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order in the form attached here to as **Exhibit A**, granting the Objection.

Dated: April 7, 2015
Detroit, Michigan

FOLEY & LARDNER LLP

/s/ _John A. Simon_
John A. Simon (P61866)
Jeffrey S. Kopp (P59485)
Tamar N. Dolcourt (P73425)
Leah R. Imbrogno (P79384)
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
(313) 234-7100 (Telephone)
(313) 234-2800 (Facsimile)

*Counsel for the Debtor, City of Detroit Michigan*

2

4831-3171-4594.1

13-53846-tjt    Doc 9633    Filed 04/07/15    Entered 04/07/15 14:42:49    Page 2 of 2