UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------- x
:  Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Thomas J. Tucker
Debtor :
---------------------------------------------------------- x

### CERTIFICATE OF NO RESPONSE TO DEBTOR'S NINTH OMNIBUS OBJECTION TO CERTAIN CLAIMS
### (NO SUPPORT CLAIMS)

(Docket No. 9261)

The undersigned certifies that on February 13, 2015, he caused the Debtor's Ninth Omnibus Objection to Certain Claims (No Support Claims) [Docket No. 9261] (the "Objection") and a Notice of the Objection [Docket No. 9261] (the "Notice") and further certifies that on March 3, 2015, he caused a Revised Notice of the Objection (pursuant to an adjourned hearing date) [Docket No. 9334] (the "Revised Notice"), identifying the deadline for responses to the Objection as April 1, 2015, to be filed with the Court and served upon every claimant listed on Exhibit 2 of the Objection via First Class Mail at the addresses listed therein (the "Claimants"). *See* Certificates of Services [Docket Nos. 9281 and 9350] attached hereto as **Exhibit B.**

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") and the Revised Notice, the Claimants were required to file responses to the relief requested in the Objection, if any, on or before April 1, 2015.

4835-3685-8402.1

The Debtor received formal responses to the Objection from Grady Bishop regarding Claim No. 1278 [Docket No. 9357], Larry Hurwitz regarding Claim No. 544 [Docket No. 9332], and Dennis J. Carlson regarding Claim No. 427 [Docket Nos. 9473, 9576].

The Debtor subsequently filed a Reply to the responses from Grady Bishop [Docket No. 9613] and Dennis Carlson [Docket No. 9614]. The Debtor further filed a Notice of Withdrawal of Debtor's Objection to the Claim Filed by Larry Hurwitz [Docket No. 9308].

No other responses to the Objection were filed and served.

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order in the form attached hereto as **Exhibit A**, granting the Objection as to the claims for which no responses were received.

| | |
|---|---|
| Dated: April 7, 2015<br>Detroit, Michigan | FOLEY & LARDNER LLP<br><br>/s/ _John A. Simon_____<br>John A. Simon (P61866)<br>Jeffrey S. Kopp (P59485)<br>Tamar N. Dolcourt (P73425)<br>Leah R. Imbrogno (P79384)<br>One Detroit Center<br>500 Woodward Ave., Suite 2700<br>Detroit, MI 48226-3489<br>(313) 234-7100 (Telephone)<br>(313) 234-2800 (Facsimile)<br><br>*Counsel for the Debtor, City of Detroit Michigan* |