April 3, 2015

FILED
2015 APR -8 A 10: 52
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Bridget Murriel

3324 Hogarth

Detroit, MI 48206

Judge: Hon. Thomas J. Tucker

United States Bankruptcy Court

211 W. Fort Street, Suite 2100

Detroit, MI 48226

# OBJECTION TO THE ORDER GRANTING DEBTOR'S TWELFTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (LATE-FILED CLAIMS)

Due to a substantial amount of documents to be reviewed pertaining to Case No. 13-53846 are the reason for a delayed response Judge Steven W. Rhodes. I submitted documents to the court according to the dates specified in the motion that was filed by the Debtor, City of Detroit, Michigan (the "City"). I, Bridget Murriel, hereby object to the twelfth omnibus objection to object proof of claims dated March 27, 2015 (the "Objection"),[2] of the Debtor, City of Detroit, Michigan, (the "City"), seeking entry of an order disallowing and expunging certain late-filed claims, and it appearing that this Court has jurisdiction over the Objection pursuant to 28 U.S.C.§§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(B)(2): and the Court having found that venue of this proceeding and the Objection in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and it appearing that the relief requested in the Objection is in the best interests of the City, and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and it appearing that no other or further notice of the Objection need be given; and a hearing on the Objection having been held before the Court; and any objections to the Objection having been overruled or withdrawn; and the Court finding that the legal and factual bases set forth in the Objection and at the hearing establish just cause for the relief granted; and after due deliberation and good and sufficient cause appearing therefore; it is hereby ORDERED, DECREED AND ADJUDGED that:

1

I, Bridget Murriel, object to the following items listed below (1-6):

1. The Objection is granted as set forth herein.
2. All of the proofs of claim listed on Exhibit 2 annexed hereto are hereby disallowed and expunged in their entirety, pursuant to section 502(b) of the Bankruptcy Code.
3. The City's claims agent is hereby authorized to update the claims register to reflect the relief granted in this Order.
4. The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.
5. Each claim and the objections by the City to each claims as addressed in the Objection and set forth in Exhibit 2 constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim. Any stay of this Order shall apply only to the contested matter that involves such creditor and shall not act to stay of this Order shall apply only to the contested matter that involves such creditor and shall not act to stay the applicability or finality of this Order with respect to the other contested maters covered hereby, and further provided that the City shall have the right to submit a separate order with respect to contested matters or claims.
6. Notice of the Objection as provided therein is good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a) and the local rules of the Court are satisfied by such notice.

/bm/ Bridget Murriel

## LATE-FILED CLAIMS

| Claim No. | Creditor Name and Address | Claim Amount as State on Proof of Claim Form | Classification as Stated on Proof of Claim Form | Date Filed |
|---|---|---|---|---|
| 3787 | Estate of Lilian Joan Williams<br>Guy Sohou, Esq.<br>Sohou Law<br>615 Griswold, Suite 400<br>Detroit, MI 48226 | Unliquidated | General Unsecured | 08/01/2014 |
| 3796 | Eric Kersh<br>A. Vince Colella<br>Moss & Colella PC<br>28411 Northwestern Hwy, Ste 1150<br>Southfield, MI 48034 | Unliquidated | General Unsecured | 10/22/2014 |
| 3798 | Bridget Murriel<br>3324 Hogarth St.<br>Detroit, MI 48206 | Unliquidated | General Unsecured | 12/03/2014 |
| 3799 | Bridget Murriel<br>3324 Hogarth St.<br>Detroit, MI 48206 | Unliquidated | General Unsecured | 12/03/2014 |
| 3497 | Jackie's Transport, Inc.<br>Yuliy Osipov<br>20700 Civil Center Dr., Suite 420<br>Southfield, MI 48076 | $53,725.50 | General Unsecured | 2/24/2014 |
| 3813 | Bowin Place Assoc. Ltd. Div. H.A.<br>Kurt Thornbladh<br>Thornbladh Legal Group PLLC<br>7301 Shaefer<br>Dearborn, MI 48126 | $25,000.00 | General Unsecured | 1/20/2015 |
| 3809 | Cambridge Tower Assoc. DVD H.A.<br>Kurt Thornbladh<br>Thornbladh Legal Group PLLC<br>7301 Shaefer<br>Dearborn, MI 48126 | $25,000.00 | General Unsecured | 1/20/2015 |
| 3810 | Hyde Park Co-Operative<br>Kurt Thornbladh<br>Thornbladh Legal Group PLLC<br>7301 Shaefer<br>Dearborn, MI 48126 | $25,000.00 | General Unsecured | 1/20/2015 |
| 3811 | Millender Center Assoc. L.P. | $25,000.00 | General Unsecured | 1/20/2015 |



|  | | | | |
|---|---|---|---|---|
|  | Kurt Thornbladh<br>Thornbladh Legal Group PLLC<br>7301 Shaefer<br>Dearborn, MI 48126 | | | |
| 3814 | Plymouth Square Ltd. Housing Association<br>Kurt Thornbladh<br>Thornbladh Legal Group PLLC<br>7301 Shaefer<br>Dearborn, MI 48126 | $25,000.00 | General Unsecured | 1/20/2015 |
| 3812 | Village Center Assoc. DVD Housing Assoc.<br>Kurt Thornbladh<br>Thornbladh Legal Group PLLC<br>7301 Shaefer<br>Dearborn, MI 48126 | $25,000.00 | General Unsecured | 1/20/2015 |
| 3815 | Fenimore Limited DIV DVD H.A.<br>Kurt Thornbladh<br>Thornbladh Legal Group PLLC<br>7301 Shaefer<br>Dearborn, MI 48126 | $25,000.00 | General Unsecured | 1/22/2015 |
| 3622 | Ethel Darlage<br>1665 Santa Barbara Drive<br>Dunedin, FL 34698 | Blank | General Unsecured | 3/3/2014 |
| 3775 | Arthur Marciano<br>3701 Northwind Court<br>Jupiter, FL 33477 | Blank | General Unsecured | 6/9/2014 |



City of Detroit
Human Resources Department
Labor Relations Division

Coleman A. Young
Municipal Center
2 Woodward Avenue, Suite 332
Detroit, Michigan 48226
Phone 313-224-3860
Fax 313-224-0738
www.detroitmi.gov

December 17, 2012

Mr. Melvin Brabson, Staff Representative
AFSCME, Michigan Council 25
600 W. Lafayette
Detroit, MI 48226

RE: Case No.: 16200     Grievance No.: 4-23 HR
      Dept.: HR     Log No.: D26498-62-2012
      Issue: Failure to Recall from Lay-off - Revised
      Grievant: Bridget Murriell

Dear Mr. Brabson:

On Thursday, October 18, 2012 this writer convened a pre-arbitration panel in the Offices of the Labor Relations Division, Room 332 of the Coleman A. Young Municipal Center. Additional panel members included Melvin Brabson, LaCydia Reese, who represented the Union. The Department was represented by Patrick Almquist.

The Union alleges Management violated Article 16, 18 Purpose and Intent and any other related Articles in the AFSCME Master Agreement. They also allege Ms. Murriel was laid off and was not called back to work at the Police Department despite her seniority level.

The Union disposition is to return Ms. Murriel to work and make her whole in all areas.

The panel has conducted a thorough review and discussion of the specific issues identified in the grievance appeal. Subsequent to the panel's deliberations, the City has considered the evidence and the Union's reason for dissatisfaction with the Department's previous response; however, an investigation reveals Ms. Murriell was rehired from lay-off on 7/16/2012 and is currently working as a Personnel & Payroll Clerk. Although, Ms. Wright who has less seniority than Ms. Murriell, returned to work in the same position on an effective date of 01/30/12. This grievance was filed on 4/23/12 therefore according to Article 10 Time Limits on Monetary claims of the Master Agreement Ms. Murriell is due back pay from 4/16/12 until her effective return to work date of 7/16/2012.
The back pay shall be reduce by any other income including unemployment received during this period and paid at the straight time rate effective during the above mentioned period.

Accordingly, this case is closed.

Sincerely,

Olga Johnson
Labor Relations Division

OJ
cc:    L. Satchel      A. Berry      O. Johnson      T. Terrance
       L. Reese       Hearings      File

*This was not a mistake.*

Bridget Murriel
04.03.15