Form nstatusBK

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a Status Conference regarding [4874] Objection to Claim Number of Claimant Coalition of Detroit Unions/Objection of the City of Detroit, Pursuant to Sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 30071, to Proof of Claim Number 2851 Filed by the Coalition of Detroit Unions Filed by Debtor In Possession City of Detroit, Michigan, and [4876] Objection to Claim Number of Claimant Michigan AFSCME Council 25 and Its Affiliated Detroit Local /Objection of the City of Detroit, Pursuant to Sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 30071, to Proof of Claim Number 2958 Filed by the Michigan AFSCME Council 25 and Its Affiliated Detroit Locals, Filed by Debtor In Possession City of Detroit, Michigan , will be held on the above−entitled bankruptcy case at:

Location: **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226**

Date: **5/27/15**

Time: **01:30 PM**

NOTE: As discussed during the status conference held on 4/8/2015, the parties are to file a written joint status report no later than 5/20/2015.

Dated: 4/8/15

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula

Deputy Clerk