UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                             Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                         Chapter 9

        Debtor.                                Judge Thomas J. Tucker
_____/

**AMENDED ORDER REGARDING THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT'S OBJECTION TO CLAIM NUMBER 3451 FILED BY KIM SPICER**

      This case came before the Court for a hearing on April 8, 2015, on the objection of the City of Detroit Water and Sewerage Department ("DWSD") to Claim No 3451 filed by Kim Spicer (part of Docket # 8990, the "Claim Objection"). For the reasons stated by the Court on the record during the hearing,

      IT IS ORDERED that:

1. No later than April 22, 2015, DWSD may file a supplemental brief in support of the Claim Objection.

2. No later than May 6, 2015, Kim Spicer may file a response to any supplemental brief filed by DWSD.

3. The Court will hold a further hearing on the Claim Objection on **June 3, 2015 at 1:30 p.m.**
.

**Signed on April 10, 2015**

                                               /s/ Thomas J. Tucker
                                               Thomas J. Tucker
                                               United States Bankruptcy Judge