UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN  Chapter 9
 Case No. 13-53846
 Debtor. Hon. Steven W. Rhodes
_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3697

Claimant STATE OF MICHIGAN, by its attorneys, hereby withdraws its Proof of Claim No. 3697.

Respectfully submitted:

STATE OF MICHIGAN

*/s/ Steven B. Flancher*
Steven B. Flancher (P47894)
Assistant Attorney General
Revenue & Collections Division
PO Box 30754
Lansing, MI 48909
517-373-3203
flanchers@michigan.gov

Dated: April 13, 2015