# **EXHIBIT C**

## STATE OF MICHIGAN
## MICHIGAN ADMINISTRATIVE HEARING SYSTEM

IN THE MATTER OF:

Detroit, City of,
    Respondent

v

Detroit Police Lieutenants & Sergeants Association,
    Charging Party
_____/

Docket No.: 15-005055-MERC

Case No.: C15 B-014

Agency: Michigan Employment Relations Commission

Case Type: MERC Unfair Labor Practice

## COMPLAINT

**PLEASE TAKE NOTICE** that:
1. Complaint is hereby issued against you alleging violation of Section 10 of Act 336, PA 1947, as amended, Public Employment Relations Act (PERA), MCLA 423.210, MSA 17.455(10).
2. A copy of the charges on which said complaint is based is attached hereto.

DATED: 2/19/2015

*Julia C. Stern* (signature)

Julia C. Stern
**ADMINISTRATIVE LAW JUDGE**
Direct correspondence to the ALJ at:
Michigan Administrative Hearing System
3026 W. Grand Boulevard
2nd Floor Annex, Suite 2-700
Detroit, Michigan 48202
Phone: 313.456.2712
FAX: 313.456.3681

COPY TO:
Detroit, City of
Peter P Sudnick