UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
Creditor/Objector

V

In re

CITY OF DETROIT, MICHIGAN,
              Debtor/Municipality
_____/

Chapter 9
Case No. 13-53846
Magistrate Judge:
Thomas J. Tucker

**OBJECTION TO NOTICE OF MOTION OF THE CITY OF DETROIT, PURSUANT TO SECTIONS105(a) AND 502(c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3021, FOR AN ORDER APPROVING RESERVE AMOUNT FOR CERTAIN DISPUTED OR UNLIQUIDATED UNSECURED CLAIMS IN CONNECTION WITH DISTRIBUTIONS TO BE MADE UNDER THE EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF THECITY OF DETROIT**

    NOW COMES the above creditor/objector in this response object to the document disguised as a notice, pursuant to Section 105(a) and 502(c) of the bankruptcy code and bankruptcy rule 3021 for an order approving reserve amount for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the Eighth Amended Plan for the Adjustment of the city of Detroit and for the following reasons:

1) The Plan of Adjustment, confirmation of the plan and anything connect-

1

ed or stemming from the plan of Adjustment was not filed in good faith manner and has to complied with the Fed. R. of bankruptcy procedures 2002(f) and code 11 USC 923 governing the notice. There have been numerous objections to the violations of your way of so called notifying peoples in the following objection Docket Number: 8306, 8233, 8314, 8428, 8310.

2) I have not been legally notified personally or publicly and a associate just stumble across it on the internet. We have not been notified and most the people contacted have not received a notice and more time is need to consult legal assistant and advice.

3) We object further to this notice also because there never was a legal vote on the plan the only attempt was with counterfeit ballots and violation of the election laws MCL 168.485. The plan of adjustment and confirmation of the plan was unconstitutional and deprived and denied us Basic Civil Right 42 USC 1983 and due process of law of the 5th and 14th Amendments of the Constitution of the United States.

2) We also objected to the impairment and diminishing the health care and pension benefits that is protected by Article 9 Section 24 Constitution of the State of Michigan and the 10th Amendment of the Federal Constitution.

3) The pension has double from two and half (2 1/2) billon to (4 1/2)

four and half to five (5 Billon) from 2012 to 2014.

4) We never had a hearing and as stated above no notice as well and this violated the Supreme Court Decision a person must have <u>timely</u> and <u>adequate</u> <u>notice</u> detailing the reasons for the notice and an effective opportunity to defend. Goldberg v. Kelly 397 U.S. 254 (1970) citing Armstrong v. Manzo, U.S. 545, 552 (1965).

5) We object and disagree with your letter because the so-called Recoupment and it doesn't apply to me or any other retirees and/or pensioners because there no grounds to recoup. The word recoupment means "It is keeping back something which is due because there is an equitable reason to withhold it; and is uniformly applied where a man bring an action for breach of a contract between him and the defendant; and where the latter can show that some stipulation in the same contract was made by the plaintiff, which he has violated, the defendant may, if he choose, instead of suing in his turn, recoupe his damages arising from the breach committed by the plaintiff. Ives v. Van Eppes 22 Wend, N.Y. 156. And see Barber v. Chapin, 28 Vt. 413 Black's Law Dictionary revised 4th Edition. We don't owe anything and have not agree to pay anything and their is no contract of recoupment.

3

WHEREFORE and all the above facts and law we Object to this notice Section 105(a), 502(c) and Bankruptcy Rule 3021 and request that this notice be voluntary rescinded, withdrawn or cancel or be declared null and void because of its failure to be presented in good faith manner and failure to comply with the Bankruptcy Rules and code and contravening due process of the law.

Sincerely submitted

*Clotha Wilson Jr.*
Name interest party/creditor/objector

Address: 2490 Ann Sqyuare

City and state: Shelby Twp., MI

Date: 4/1/15

# United States Bankruptcy Court

_Eastern_ District Of _Michigan_

In re _____,  )
  *Set forth here all names including married,*  )
  *maiden, and trade names used by debtor within*  )
  *last 6 years.]*  )
  ~~Debtor~~ Creditor  )  Case No. _13-53846_
  )
Address _____  )
  )
  _____  )  Chapter _9_
  )
Employer's Tax Identification (EIN) No(s). *[if any]*: _____  )
_____  )
Last four digits of Social Security No(s).: _____  )

### NOTICE OF [MOTION TO  ] [OBJECTION TO  ]

_Objector_ has filed papers with the court to [relief sought in motion or objection].

**<u>Your rights may be affected.</u>** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before _(date)_, you or your attorney must:

[File with the court a written request for a hearing {*or, if the court requires a written response*, an answer, explaining your position} at:   United State Bankruptcy
                                                                                 211 W Fort St Suite 2100
{address of the bankruptcy clerk's office}                                        Detroit Michigan 48226

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.
                                                                                 City of Detroit
You must also mail a copy to:                                                    Corporation Council
                                                                                 First National Building
                                                                                 660 Woodward Ave
{movant's attorney's name and address}                                           Detroit, Michigan 48226

{names and addresses of others to be served}]

[Attend the hearing scheduled to be held on ___(date)___, _(year)_, at ____a.m./p.m. in Courtroom ____, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _____    Signature: _____
                                Name:
                                Address:

City of Detroit, Michigan
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

PRF 70099   11749486          000711

Jones, Eddie Lott
14910 Ferguson Street
Detroit MI 48227-1425

**FILED**

2015 MAR 20 A 10: 51

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

MARCH 17, 2015

I NEED THE COURT TO TAKE PRECIDENT IN MY RIGHTS ACCORDING TO MY SMALL PENSION. NOW I AM IN POVERTY DISABLED, AND UNABLE TO WORK. 74 YEARS OLD SUPER SENIOR TIMES LIKE THESE SHOULD HAVE NEVER HAPPENED.

BANKRUPTCY OF DETROIT HAS TAKEN A *(NEGATIVE TOLL ON MY)* FAMILY'S MENTAL AND PHYSICAL HEALTH.

I AM WRITING TO THE COURT FOR THE RETURN OF MY PENSION BENEFITS.

SINCERELY,
Eddie Lott Jones



Form B20A(Official Form 20A)
12/1/10

UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

In re:

CITY OF DETROIT, MICHIGAN,

~~Debtors~~ *credito*

Chapter: 9

Case No.: 13-53846

Judge: Hon. Thomas J. Tucker

Address: 2 Woodward Avenue, Suite 1126
Detroit, Michigan 48226

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 38-6004606

**CORRECTED NOTICE OF MOTION OF THE CITY OF DETROIT, PURSUANT TO SECTIONS 105(a) AND 502(c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3021, FOR AN ORDER APPROVING RESERVE AMOUNTS FOR CERTAIN DISPUTED OR UNLIQUIDATED UNSECURED CLAIMS IN CONNECTION WITH DISTRIBUTIONS TO BE MADE UNDER THE EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

The City of Detroit, Michigan (the "City") has filed papers with the Court seeking entry of an order, pursuant to sections 105(a) and 502(c) of title 11 of the United States Code and Rule 3021 of the Federal Rules of Bankruptcy Procedure, approving reserve amounts for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the City's confirmed plan of adjustment.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, on or by March 23, 2015, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

United States Bankruptcy Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1] Any response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

NAI-1500314985v1

13-53846-tjt    Doc 9478    Filed 03/20/15    Entered 03/20/15 16:08:03    Page 2 of 3
13-53846-tjt    Doc 9665    Filed 04/14/15    Entered 04/15/15 09:43:05    Page 7 of 10
001KC0001_70099-1_DOMESTIC_33878/000711/001422/i

You must also mail a copy to:

> Heather Lennox (OH 0059649)
> JONES DAY
> North Point
> 901 Lakeside Avenue
> Cleveland, Ohio 44114
> Telephone: (216) 586-3939
> Facsimile: (216) 579-0212

2. If a response or answer is timely filed and served, the Court will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: March 4, 2015

Respectfully submitted,

/s/ Heather Lennox
Heather Lennox (OH 0059649)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
hlennox@jonesday.com

ATTORNEYS FOR THE CITY

NAI-1500314985v1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

__Carl Williams__
Name
v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Chapter 9
Case No. 13-53846
Magistrate judge:
Thomas J. Tucker

Debtor
_____/

## PROOF OF SERVICE

___Carl Williams___, being first duly sworn deposes and Say that on April 8th 2015. I sent a copy of Notice of motion of the City of Detroit, pursuant to section 105(a) and 502 (c) of the bankruptcy code and Rule 3021 for order approving reserve amount for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the Eighth amended plan of adjustment of the city of Detroit of Magistrate Judge Thomas J Tucker, upon the concern parties by certified mail at the following address:

1-2

Heather Lennox (OH 0059649
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl W Williams_

2-2