Official Form 20A
(12/03)

# United States Bankruptcy Court

___Eastern___ District Of ___Michigan___

In re ___Derrick A. Fuller___,   )
*Set forth here all names including married,*   )
*maiden, and trade names used by debtor within*   )
*last 6 years.]*   )
              Debtor   )  Case No. ___13-53846___
Address ___5270 Audubon___   )
___Detroit, MI 48224___   )  Chapter ___9___
   )
Employer's Tax Identification (EIN) No(s). *[if any]*: _____   )
_____   )
Last four digits of Social Security No(s).: ___7940___   )

### NOTICE OF [MOTION TO    ] [OBJECTION TO    ]

___Derrick Fuller___ has filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before ___(date)___, you or your attorney must:

[File with the court a written request for a hearing {*or, if the court requires a written response*, an answer, explaining your position} at: ___United State Bankruptcy 211 W Fort St Suite 2100___
{address of the bankruptcy clerk's office} ___Detroit, Michigan 48226___

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to: ___City of Detroit, Corporation Council First National Building 600 Woodward Ave Detroit Michigan 48226___

{movant's attorney's name and address}

{names and addresses of others to be served}]

[Attend the hearing scheduled to be held on ___(date)___, ___(year)___, at ___a.m./p.m. in Courtroom ___, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: ___April 1, 2015___          Signature: ___Derrick A. Fuller___
Name: ___Derrick A. Fuller___
Address: ___5270 Audubon___

*FILED*

City of Detroit, Michigan
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

PRF 70099   11749486          000711

Jones, Eddie Lott
14910 Ferguson Street
Detroit MI 48227-1425

FILED

2015 MAR 20  A 10: 51

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

MARCH 17, 2015

I NEED THE COURT TO TAKE PRECIDENT IN MY RIGHTS ACCORDING TO MY SMALL PENSION. NOW I AM IN POVERTY DISABLED, AND UNABLE TO WORK. 74 YEARS OLD SUPER SENIOR TIMES LIKE THESE SHOULD HAVE NEVER HAPPENED.

BANKRUPTCY OF DETROIT HAS TAKEN A (NEGATIVE TOLL ON MY) FAMILY'S MENTAL AND PHYSICAL HEALTH.

I AM WRITING TO THE COURT FOR THE RETURN OF MY PENSION BENEFITS.

SINCERELY,
Eddie Lott Jones



13-53846-tjt   Doc 9478   Filed 03/20/15   Entered 03/20/15   1353846150320000000000018
13-53846-tjt   Doc 9685   Filed 04/14/15   Entered 04/15/15 10:34:46   Page 2 of 6

Form B20A(Official Form 20A)
12/1/10

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re:

CITY OF DETROIT, MICHIGAN,

creditor

Chapter: 9

Case No.: 13-53846

Judge: Hon. Thomas J. Tucker

Address: 2 Woodward Avenue, Suite 1126
Detroit, Michigan 48226

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 38-6004606

**CORRECTED NOTICE OF MOTION OF THE CITY OF DETROIT, PURSUANT TO SECTIONS 105(a) AND 502(c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3021, FOR AN ORDER APPROVING RESERVE AMOUNTS FOR CERTAIN DISPUTED OR UNLIQUIDATED UNSECURED CLAIMS IN CONNECTION WITH DISTRIBUTIONS TO BE MADE UNDER THE EIGHTH AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

The City of Detroit, Michigan (the "City") has filed papers with the Court seeking entry of an order, pursuant to sections 105(a) and 502(c) of title 11 of the United States Code and Rule 3021 of the Federal Rules of Bankruptcy Procedure, approving reserve amounts for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the City's confirmed plan of adjustment.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, on or by March 23, 2015, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

    United States Bankruptcy Court
    United States Bankruptcy Court
    211 W. Fort Street, Suite 2100
    Detroit, Michigan 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1] Any response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

NAI-1500314985v1

You must also mail a copy to:

          Heather Lennox (OH 0059649)
          JONES DAY
          North Point
          901 Lakeside Avenue
          Cleveland, Ohio 44114
          Telephone: (216) 586-3939
          Facsimile: (216) 579-0212

2. If a response or answer is timely filed and served, the Court will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: March 4, 2015          Respectfully submitted,

          /s/ Heather Lennox
          Heather Lennox (OH 0059649)
          JONES DAY
          North Point
          901 Lakeside Avenue
          Cleveland, Ohio 44114
          Telephone: (216) 586-3939
          Facsimile: (216) 579-0212
          hlennox@jonesday.com

          ATTORNEYS FOR THE CITY

NAI-1500314985v1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED (I)
2015 APR 14 P 3:33
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Carl Williams
Name

v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Chapter 9
Case No. 13-53846
Magistrate judge:
Thomas J. Tucker

Debtor
_____/

## PROOF OF SERVICE

___Carl Williams___, being first duly sworn deposes and Say that on April 8th 2015. I sent a copy of Notice of motion of the City of Detroit, pursuant to section 105(a) and 502 (c) of the bankruptcy code and Rule 3021 for order approving reserve amount for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the Eighth amended plan of adjustment of the city of Detroit of Magistrate Judge Thomas J Tucker, upon the concern parties by certified mail at the following address:

1-2

Heather Lennox (OH 0059649
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl 3Williams_

2-2