Official Form 20A
(12/03)

# United States Bankruptcy Court

_Eastern_ District Of _Michigan_

In re _Bennie Loyd_
{Set forth here all names including married, maiden, and trade names used by debtor within last 6 years.}

Debtor Creditor

Address _8900 E. Jefferson_
_Det, MI 48214_

Employer's Tax Identification (EIN) No(s). {if any}: _____

Last four digits of Social Security No(s).: _____

Case No. _13-53846_

Chapter _9_

NOTICE OF [MOTION TO    ]  [OBJECTION TO    ]

_objectos_ has filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before _(date)_, you or your attorney must:

[File with the court a written request for a hearing {or, if the court requires a written response, an answer, explaining your position} at: _United State Bankruptcy 211 W Fort St, Suite 2100 Detroit Michigan 48226_

{address of the bankruptcy clerk's office}

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to: _City of Detroit, Corporation Council, First National Building, 600 Woodward Ave, Detroit Michigan 48226_

{movant's attorney's name and address}

{names and addresses of others to be served}]

[Attend the hearing scheduled to be held on __(date)__, __(year)__, at ____ a.m./p.m. in Courtroom ____, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _April 1, 2015_    Signature: _Bennie Loyd_
Name:
Address:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

FILED (I)
2015 APR 14 P 3:19
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Carl Williams
Name

v

In re:
CITY OF DETROIT, MICHIGAN
AND EMERGENCY MANAGER
KEVYN D. ORR

Chapter 9
Case No. 13-53846
Magistrate judge:
Thomas J. Tucker

Debtor
_____/

## PROOF OF SERVICE

Carl Williams, being first duly sworn deposes and Say that on April 9th 2015. I sent a copy of Notice of motion of the City of Detroit, pursuant to section 105(a) and 502 (c) of the bankruptcy code and Rule 3021 for order approving reserve amount for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the Eighth amended plan of adjustment of the city of Detroit of Magistrate Judge Thomas J Tucker, upon the concern parties by certified mail at the following address:

1-2

City of Detroit
Corporation Council
First National Building
600 Woodward Ave
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_

2-2