Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13–53846–tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38–6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **5/6/15** at **01:30 PM** to consider and act upon the following:

*9523* – Motion to Enforce City Of Detroits Motion For (I) Determination That The Detroit Police Lieutenants and Sergeants Association Has Violated The Terms Of The City Of Detroits Confirmed Plan Of Adjustment and The Order Confirming It; and (II) Order (A) Enjoining Further Violations and (B) Requiring Dismissal Of State Actions Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Exhibit 6A # 2 Exhibit 6B # 3 Exhibit 6C # 4 Exhibit 6D) (Swanson, Marc)

Dated: 4/15/15

                BY THE COURT

                Katherine B. Gullo
                Clerk, U.S. Bankruptcy Court

                BY: Mary Vozniak
                Deputy Clerk