# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On April 2, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Notice of (I) Entry of Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit and (II) Occurrence of Effective Date [Docket No. 8649]

Furthermore, on or before April 2, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit B**:

- Motion of the City of Detroit, Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 9351]

Dated: April 3, 2015

/s/ Stephanie Delgado
Stephanie Delgado
KCC
2335 Alaska Ave
El Segundo, CA 90245

# EXHIBIT A

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Property Owner | 200 River Pl Dr No 36 | Detroit | MI | 48207 |

In re City of Detroit, Michigan
Case No. 13-53846
13-53846-tjt    Doc 9693    Filed 04/15/15    Page 1 of 1    Entered 04/15/15 13:58:33    Page 3 of 5

# EXHIBIT B

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Audrey Kein | Ms. Audrey M Kein | 16149 Marlowe St | Detroit | MI | 48235-4039 |
| Dominica Estes | | 3881 Iroquois St | Detroit | MI | 48214-4502 |
| Edward Schenburn | ALG Legal Center, PLLC | 29240 Buckingham St Ste 2 | Livonia | MI | 48154-4590 |
| Estes, Dominica | | Address Redacted | | | |
| Farrad Richmond | | 24320 Pine Grove Ct | Farmingtn Hls | MI | 48335-2312 |
| Julius Minter | Mr. Julius Minter | 21438 Dequindre Rd Apt 202 | Warren | MI | 48091-2216 |