United State Bankruptcy
Eastern District of Mich
Southern Division

FILED (1) 2015 APR 15 P 3:43 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

In re.

City of Det, Mich
    Debtor

Chapter 9
# 13-53846
HON. Thomas J. Tucker

Response to consolidators replie in support of Motion of the City of Detroit Pursuant to Section 105(a) and 502(e) of the Bankruptcy Codes and Bankruptcy rule 3021, for an Order approving reserve amounts for certain disputed or Unliquidated unsecured claims in connection with distributions to be made under the 8th amended Plan for the adjustment of debts of the City of Detroit

    I Brianna Taylor went to Wilmington. N.C. to seek new residency due to my health conditions, Degenerative Disc Disease, Torn rotator cuff in (3) Places, Osteoarthritis, Lower Back injury

con't

Type 2 Diabetes, Neuropathy, Chronic Bronchitis C.O.P.D. I was award $17,500 Settlement before the bankruptcy at the Wayne County Circuit Court. And I'm entitled to the money for the above stated reasons. Because debtor cannot use Bankruptcy to avoid Paying Creditor Brianna Taylor. I haven't received notification of the hearing for April 15, 2015. That is a violation of Due Process and Equal protection of the law. This action violets the 5th amendment of U.S. Consitution. I spoke with Daniel Merrit on April 8, 2015, and he was made aware that I was out of town and I'm on Disability an unable to return because I can't Change my Plane ticket because I don't have any money. I'm requesting a May hearing dated after May 6, 2015.

Dated: April 13, 2015

Yours Truly
Brianna Taylor
11300 E. 7 mile Rd Apt 115
Detroit, Mich 48234
(313) 728-4948

(2 of 2)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

Brianna Taylor
Name
v

In re:  
CITY OF DETROIT, MICHIGAN  
AND EMERGENCY MANAGER  
KEVYN D. ORR

Chapter 9  
Case No. 13-53846  
Magistrate judge:  
Thomas J. Tucker

Debtor
_____/

## PROOF OF SERVICE

__Curl Williams__, being first duly sworn deposes and Say that on April 15 2015. I sent a copy of Response to Notice of motion of the City of Detroit, pursuant to section 105(a) and 502 (c) of the bankruptcy code and Rule 3021 to be included for order approving reserve amount for certain disputed or unliquidated unsecured claims in connection with distributions to be made under the Eighth amended plan of adjustment of the city of Detroit of Magistrate Judge Thomas J Tucker, upon the concern parties by certified mail at the following address:

.

1-2

Heather Lennox (OH 0059649
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign _Carl Williams_