# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### TRANSCRIPT ORDER FORM

**FILED 2015 APR 15 P 3:42**
**U.S. BANKRUPTCY COURT**
**E.D. MICHIGAN-DETROIT**

111 First Street
Bay City, MI 48708

211 W. Fort Street
17th Floor
Detroit, MI 48226

226 W. Second Street
Flint, MI 48502

---

**Order Party: Name, Address and Telephone Number**

Name: Wanda Jea Hill
Firm: D.A.R.E.A.
Address: c/o 16125 Oakfield
City, State, Zip: Det 48235
Phone: 313-949 8908
Email: wjhill7250@yahoo.com

**Case/Debtor Name:**

Case Number: 13-53846
Chapter: 9
Hearing Judge ***Select Judge*** T.J. Tucker
◉ Bankruptcy  ○ Adversary
○ Appeal  Appeal No: _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 4/15/15  Time of Hearing: 1:30  Title of Hearing: Class 14 + Reserve

Please specify portion of hearing requested: ◉ Original/Unredacted  ○ Redacted  ○ Copy (2nd Party)

◉ Entire Hearing  ○ Ruling/Opinion of Judge  ○ Testimony of Witness  ○ Other

Special Instructions: _____

---

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)
☒ 14-Day Transcript - $4.25 per page (14 calendar days)
○ Expedited Transcript - $4.85 per page (7 working days)
○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**
Wanda Jea Hill  Date: 4/15/15

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____ Date ____ By ____

Order Received:
Transcript Ordered:
Transcript Received:

13-53846-tjt   Doc 9698   Filed 04/15/15   Entered 04/16/15 09:14:31   Page 1 of 1