UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Judge Thomas J. Tucker
:
:
---------------------------------------------------------x

**ORDER, PURSUANT TO SECTIONS 105(a) AND 502(c)
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3021,
APPROVING RESERVE AMOUNTS FOR CERTAIN DISPUTED OR
UNLIQUIDATED UNSECURED CLAIMS IN CONNECTION WITH
DISTRIBUTIONS TO BE MADE UNDER THE EIGHTH AMENDED
PLAN FOR THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT**

This case is before the Court on the *Motion of the City of Detroit, Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to Be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* (Docket # 9351, the "Motion"),[1] filed by the City of Detroit, Michigan (the "City"); certain responses to the Motion (collectively, the "Responses") having been filed

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

including, without limitation, the filings identified on Annex A attached hereto (to the extent such filings are intended to assert objections or otherwise respond to the Motion); the City having filed the *Consolidated Reply in Support of Motion of the City of Detroit, Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* (Docket No. 9652, the "Reply"); the Court having reviewed the Motion, the Responses and the Reply; the Court having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court held on April 15, 2015 (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and Article VII of the Plan, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) notice of the Motion and the Hearing was sufficient under the circumstances, (d) the establishment of the Disputed Unsecured Claims Reserve based upon a total potential liability for Disputed Claims in Class 14, as described in the Motion and the Reply, is necessary and appropriate to avoid undue delay to the administration of the City's chapter 9 case and the initial distributions to holders of Allowed Other Unsecured Claims in Class 14 under the Plan and (e) the relief requested in the Motion, as modified by the Reply, and granted herein is

necessary and appropriate to carry out the provisions of the Bankruptcy Code and the Plan and is in the best interests of the City, its creditors and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion and the Reply and at the Hearing establish just cause for the relief granted herein; and for the reasons stated by the Court on the record during the April 15, 2015 hearing;

IT IS ORDERED THAT:

1. The Motion is GRANTED, and the Responses are OVERRULED to the extent not (a) resolved by the terms of this Order or (b) previously stricken by order of the Court.

2. The City's establishment of the Disputed Unsecured Claims Reserve, as set forth in the Motion and modified by the Reply, is authorized and approved in all respects. As such, the initial Disputed Unsecured Claims Reserve will be $1.035 billion, subject to modification as set forth in the Motion.

3. The Reserve Administration Rules described in the Motion are approved in all respects.

4. The City is authorized to take any and all actions that are necessary or appropriate to establish and administer the Disputed Unsecured Claims Reserve consistent with the Motion and the terms of the Plan.

5. Nothing herein or in the Motion or the Reply, nor any action by the City to implement this Order, shall constitute an admission of the validity, nature, amount, classification or priority of any Claim, and all rights of the City to dispute the validity, nature, amount, classification or priority of any Claim included in the Disputed Unsecured Claims Reserve are hereby preserved.

**Signed on April 16, 2015**  /s/ Thomas J. Tucker_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**

# **ANNEX A**

# NONEXCLUSIVE SCHEDULE OF RESPONSES TO THE MOTION

Henry Brown (Docket No. 9449)

Bridget Murriel (Docket No. 9450)

Bridget Murriel (Docket No. 9461)

Kim Lamar Spicer (Docket No. 9474)

Eddie Lott Jones (Docket No. 9478)

Delshone Balfour (Docket No. 9485)

Delania Patterson (Docket No. 9486)

Hassan Aleem and Dorothea Harris (Docket No. 9487)

Kevin Bullard (Docket No. 9488)

Detroit Fire Fighters Association, I.A.F.F., Local 344 (Docket No. 9489)

Steven Wolak (Docket No. 9493)

Dorothea Harris (Docket No. 9494)

Brianna Taylor (Docket No. 9495)

Walter Blaney (Docket No. 9496)

Lucinda J. Darrah (Docket No. 9497)

Janice Pickett (Docket No. 9498)

Olivia Williams (Docket No. 9499)

Debra Pickett (Docket No. 9500)

Lue David Jackson (Docket No. 9501)

Pamela Jenkins (Docket No. 9502)

Lisa Rollins Carter (Docket No. 9510)

Belinda Farhat (Docket No. 9513)

Wanda Jan Hill (Docket No. 9514)

Vera Magee (Docket No. 9516)

Lucinda J. Darrah (Docket No. 9517)

Bridget Murriel (Docket No. 9520)

Delshone Balfour (Docket No. 9522)

Bridget Murriel (Docket No. 9538)

Delania Patterson (Docket No. 9573)

Raphael Robinson (Docket No. 9579)

Sandra Bradford (Docket No. 9580)

Brenda Polk (Docket No. 9581)

Patricia Mason (Docket No. 9583)

Joan Robinson-Cheeks (Docket No. 9584)

Larry Johnson (Docket No. 9585)

Eugene Mason (Docket No. 9586)

Comit Bradford, Jr. (Docket No. 9587)

Gwendolyn Morris (Docket No. 9588)

Lee Newby (Docket No. 9589)

Muhammad Sharif (Docket No. 9590)

Carl Williams (Docket No. 9591)

Lalvin Turner (Docket No. 9657)

Hassan Aleem (Docket No. 9658)

Kenneth C. Carter (Docket No. 9659)

Olivia Williams (Docket No. 9660)

Benyne Goldston (Docket No. 9661)

John Robinson (Docket No. 9662)

John Pittman (Docket No. 9663)

Debra A. Pickett (Docket No. 9664)

Cleotha Wilson, Jr. (Docket No. 9665)

James A. Goodman, Jr. (Docket No. 9666)

Vickie L. Shackelford (Docket No. 9667)

Jessie J. Florence, Sr. (Docket No. 9668)

William M. Davis (Docket No. 9669)

Errol Griffin (Docket No. 9670)

Carol Harris (Docket No. 9671)

Derrick A. Fuller (Docket No. 9672)

Wanda Jan Hill (Docket No. 9673)

Belinda Farhat (Hernandez) (Docket No. 9674)

Gail A. Alexander (Docket No. 9676)

Janice Pickett (Docket No. 9677)

Mark L. Smith (Docket No. 9678)

Ronald D. Montgomery (Docket No. 9679)

Brenda J. Polk (Docket No. 9680)

Yvonne Jones (Docket No. 9681)

Belinda A. Myers-Florence (Docket No. 9682)

Raphael W. Robinson (Docket No. 9683)

Gail A. Alexander (Docket No. 9684)

Derrick A. Fuller (Docket No. 9685)

Bennie Loyd (Docket No. 9686)

Percy L. Dixon (Docket No. 9687)

Seth Cook (Docket No. 9688)

Sylvester Davis (Docket No. 9689)

Vernon M. Irvin (Docket No. 9690