FILED (I)
2015 APR 15 P 3:50
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

United States Bankruptcy Court
Eastern District of Michigan
Southern Division

Judge Thomas Tucker
Case # 13-53846

Judge Bernard Friedman
Case # 15-cv-10036

Motion to enter my (attached) FOIA request to the General Retirement Board into the record.

Having asked for these names earlier and being rejected by the court, I presented this FOIA request to the general retirement board today. I want the plan amended and do not know how much treating police, fire, EMS, and the general retirees fairly between these two classes and within the classes would save or would cost. Also fraud should not be rewarded in these settlements just to avoid litigation, ie. illegal contracts, swap & cap parties, running of DWSD by the contractors!

4/15/2015

13-53846-tjt    Doc 9704    Filed 04/15/15    Entered 04/16/15 16:25:31    Page 1 of 4

FILED
2015 APR 15 P 3:50
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

# FOIA Request

This is a freedom of information Act request for the names of the general retirement board members for each of the last 15 (fifteen) years, as well as the roll call votes on annuity interest payments during these years.

Additionally, I am requesting the names of the financial advisors on our staff and the names of the financial advisors and their companies, not on the retirement system staff, and the investment fees charged for ~~their~~ the "outside" investment advice from these companies, and the profit and loss record of the in house and out house advisors.

Additionally, I am requesting the originator and author of the "public participation guidlines" that the retirement system initiated today 4/15/2015. And what and why is this form required to enter the meeting room. Will you televize your meetings?

continued on

page 2

If you are not in closed session, is refusing us entry by leaving us in the lobby, a violation of the open meetings act?

When and where does the health care board meet? How much are their bonds worth and have they been sold?

When will the mediations on this public bankruptcy be made public?

Why were the general retirees unfairly discriminated against compared to Police and fire and EMS retirees? Why did police and fire have their elected representatives represent them in the bankruptcy proceedings while the general retirees so called representatives were appointed by the court.

Why was the annuity clawback capped when appointees and hi paid supervisors profitted the most by the interest annuity payments? Shirley Lissey sr was a supervisor in the water dept and was appointed to represent the interests of general retirees.

4/15/2015 Lucinda Darrah

13-53846-tjt   Doc 9704   Filed 04/15/15   Entered 04/16/15 16:25:31   Page 3 of 4

Additionally, I want a list of job titles and annuity amounts for all annuity holders and the retirement date if retired.

Additionally I want a list of job titles and pension amounts before and after the March 1st check, and the calculations "justifying reducing the general pension check and eliminating COLA cost of living adjustments, instead of removing the cap after the annuity of a well paid supervisor makes over $500,000? This is excentuating income inequality."

*[signature]* Amanda Danah
4/15/2015

*[signature]* Amanda Danah
4/15/2015