# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

**STIPULATION FOR THE ENTRY OF AN ORDER ADJOURNING HEARING ON CITY OF DETROIT'S MOTION FOR (I) DETERMINATION THAT THE DETROIT POLICE LIEUTENANTS AND SERGEANTS ASSOCIATION HAS VIOLATED THE TERMS OF THE CITY OF DETROIT'S CONFIRMED PLAN OF ADJUSTMENT AND THE ORDER CONFIRMING IT; AND (II) ORDER (A) ENJOINING FURTHER VIOLATIONS AND (B) REQUIRING DISMISSAL OF STATE ACTIONS**

The City of Detroit, Michigan ("City") and the Detroit Police Lieutenants and Sergeants Association ("DPLSA"), by and through their undersigned counsel, hereby stipulate, agree and request that the court enter the order attached as Exhibit A, adjourning the hearing on City Of Detroit's Motion For (I) Determination That the Detroit Police Lieutenants and Sergeants Association Has Violated the Terms Of the City Of Detroit's Confirmed Plan Of Adjustment and the Order Confirming It; and (II) Order (A) Enjoining Further Violations and (B) Requiring Dismissal Of State Actions, currently scheduled for May 6, 2015 at 1:30 pm, to May 27, 2015 at 1:30 pm.

STIPULATED AND AGREED:

| ATTORNEYS FOR THE CITY | ATTORNEYS FOR DETROIT POLICE LIEUTENANTS AND SERGEANTS ASSOCIATION |
|---|---|
| By: /s/ Marc N. Swanson<br>Jonathan S. Green (P33140)<br>Marc N. Swanson (P71149)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 963-6420<br>Facsimile: (313) 496-7500<br>green@millercanfield.com<br>swansonm@millercanfield.com<br><br>-and-<br><br>Charles N. Raimi (P29746)<br>Deputy Corporation Counsel<br>City of Detroit Law Department<br>2 Woodward Avenue, Suite 500<br>Coleman A. Young Municipal Center<br>Detroit, Michigan 48226<br>Telephone: (313) 237-5037<br>Facsimile: (313) 224-5505<br>raimic@detroitmi.gov | By: /s/ Barbara A. Patek<br>Barbara A. Patek (P34666)<br>ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.<br>400 Galleria Officentre, Suite 444<br>Soutfield, MI 48034<br>Telephone: (248) 827-4100<br>Facsimile: (248) 827-4106<br>bpatek@ermanteicher.com<br><br>-and-<br><br>Peter P. Sudnick (P30768)<br>SUDNICKLAW, P.C.<br>2555 Crooks Road, Suite 150<br>Troy, Michigan 48084<br>Telephone: (248) 643-8533<br>psudnick@sudnicklaw.com |

DATED: April 17, 2015

24245360.1\022765-00211
13-53846-tjt    Doc 9705    Filed 04/17/15    Entered 04/17/15 12:08:38    Page 2 of 3

EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

**ORDER ADJOURNING HEARING ON CITY OF DETROIT'S MOTION FOR (I) DETERMINATION THAT THE DETROIT POLICE LIEUTENANTS AND SERGEANTS ASSOCIATION HAS VIOLATED THE TERMS OF THE CITY OF DETROIT'S CONFIRMED PLAN OF ADJUSTMENT AND THE ORDER CONFIRMING IT; AND (II) ORDER (A) ENJOINING FURTHER VIOLATIONS AND (B) REQUIRING DISMISSAL OF STATE ACTIONS**

This matter having come before the Court on the Stipulation for the Entry of an Order Adjourning the Hearing on City Of Detroit's Motion For (I) Determination That the Detroit Police Lieutenants and Sergeants Association Has Violated the Terms Of the City Of Detroit's Confirmed Plan Of Adjustment and the Order Confirming It; and (II) Order (A) Enjoining Further Violations and (B) Requiring Dismissal Of State Actions ("Motion"); and the Court being fully advised in the premises;

IT IS ORDERED that the hearing on the Motion is adjourned from May 6, 2015 at 1:30 pm, to May 27, 2015 at 1:30 pm.