IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

**ORDER ADJOURNING HEARING ON CITY OF DETROIT'S MOTION FOR (I) DETERMINATION THAT THE DETROIT POLICE LIEUTENANTS AND SERGEANTS ASSOCIATION HAS VIOLATED THE TERMS OF THE CITY OF DETROIT'S CONFIRMED PLAN OF ADJUSTMENT AND THE ORDER CONFIRMING IT; AND (II) ORDER (A) ENJOINING FURTHER VIOLATIONS AND (B) REQUIRING DISMISSAL OF STATE ACTIONS**

This case is before the Court on the Stipulation (Docket # 9705) for the Entry of an Order Adjourning the Hearing on City Of Detroit's Motion For (I) Determination That the Detroit Police Lieutenants and Sergeants Association Has Violated the Terms Of the City Of Detroit's Confirmed Plan Of Adjustment and the Order Confirming It; and (II) Order (A) Enjoining Further Violations and (B) Requiring Dismissal Of State Actions (Docket # 9523, the "Motion"); and the Court being fully advised in the premises;

     IT IS ORDERED that the hearing on the Motion is adjourned from May 6, 2015 at 1:30 pm, to **May 27, 2015 at 1:30 p.m.**

.

**Signed on April 19, 2015**

                                                                         /s/ Thomas J. Tucker
                                                                         Thomas J. Tucker
                                                                         United States Bankruptcy Judge