UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) | Case No. 13-53846-TJT |
| Debtor. | ) ) ) |  |

## STIPULATED WITHDRAWAL OF ATTORNEY AND REMOVAL FROM RULE 2002 SERVICE LIST

**PLEASE TAKE NOTICE** that Cadwalader, Wickersham & Taft LLP including Howard R. Hawkins, Jr., Mark C. Ellenberg, and Ellen M. Halstead, each an attorney at the law firm of Cadwalader, Wickersham & Taft LLP hereby withdraws their appearance for Merrill Lynch Capital Services, Inc. in the above captioned bankruptcy proceeding. Please remove Howard R. Hawkins, Jr., Mark C. Ellenberg, and Ellen M. Halstead from the Rule 2002 Notice List.

Respectfully submitted,

| CADWALADER, WICKERSHAM & TAFT LLP | MERRILL LYNCH CAPITAL SERVICES |
|---|---|
| By: */s/ Howard R. Hawkins, Jr.* | By: */s/ James E. Nacos* |
| Howard R. Hawkins, Jr. | James E. Nacos |
| E-mail: howard.hawkins@cwt.com | Merrill Lynch Capital Services |
| Cadwalader, Wickersham & Taft LLP | Bank of America Merrill Lynch |
| One World Financial Center | One Bryant Park |
| New York, NY 10281 | New York, NY 10036 |

## CERTIFICATE OF SERVICE

       I, Howard R. Hawkins, Jr., state that on April 16, 2015, I filed a copy of the foregoing Notice of Withdrawal of Motion using the Court's ECF system and I hereby certify that the Court's ECF system has served counsel to the City and all registered users that have appeared in the above-captioned case. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

                                                /s/Howard R. Hawkins, Jr.
                                                Howard R. Hawkins, Jr.
                                                E-mail:  howard.hawkins@cwt.com

USActive 32691584.1