# UNITED STATED BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|   |   |   |
|---|---|---|
| In re | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| Debtor. | : | Hon. Steve W. Rhodes |

## NOTICE OF WITHDRAWAL OF VARNUM LLP'S REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE AND PROOF OF CLAIM

Varnum LLP, through counsel, hereby withdraws its Request for Payment of Administrative Expenses [DN 9098] and Proof of Claim [Claim No. 822].

Dated: April 22, 2015

VARNUM LLP

/s/ *Michael S. McElwee*
Michael S. McElwee
BUSINESS ADDRESS AND TELEPHONE:
P.O. Box 352 / 333 Bridge Street, N.W.
Grand Rapids, MI 49501-0352
(616) 336-6000
E-mail: msmcelwee@varnumlaw.com
Bar number: Michigan P36088

## CERTIFICATE OF SERVICE

    I hereby certify the the foregoing *Notice of Withdrawal of Varnum LLP's Request for Payment of Administrative Expense and Proof of Claim* was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter this 22nd day of April, 2015.

                                                        /s/ *Michael S. McElwee*

9358279_1.DOCX