UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

Re: CASE NUMBER 13-53846   DATE: 4/20/2015

NAME(S): Gretchen Smith

## STATEMENT OF CHANGE OF MAILING ADDRESS OF CREDITOR

Dear Clerk of the Court:

The Creditor in the above entitled case do hereby request that the mailing address listed in the above-stated case be changed;

From:
Gretchen Smith
3901 Grand River Ave #913
Detroit, Mich. 48208

To:
Gretchen Smith
707 E. Lafayette Blvd.
Detroit, Mich. 48226

Sincerely, /s/ Gretchen R. Smith

Creditor: Gretchen R. Smith

FILED (I)
2015 APR 20 P 3:36
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

***If you would like a copy of this form returned to you, mail two (2) copies of this form and a self-addressed stamped envelope directly to the Clerk of the Court at 211 West Fort Street, Detroit, MI 48226.