## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor, | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Thomas J. Tucker |

## AMENDED CERTIFICATE OF SERVICE OF STAY MODIFICATION NOTICE (DOCKET #9709)

I hereby certify that a Stay Modification Notice regarding proof of claim #2934, which was filed and served via the Court's electronic case filing and noticing system on April 20, 2015 (Docket #9709), was also mailed to Frederick Morris at 3000 Town Center, Ste. 1800, Southfield, MI 48075, on April 22, 2015.

/s/ Eric B. Gaabo