**EXHIBIT 2: NO BASIS CLAIMS TO BE DISALLOWED**

4819-6952-2467.1

# NO BASIS CLAIMS

| Claim No. | Creditor Name and Address | Claim Amount as State on Proof of Claim Form | Classification as Stated on Proof of Claim Form | Stated Basis of Claim as Stated on Proof of Claim | Reason Basis Invalid |
|---|---|---|---|---|---|
| 2262 | George Lyons<br>17553 Tracey<br>Detroit, MI 48235 | $165.35 | General Unsecured | Stated Basis:<br><br>"Notice of referral of delinquent water bill property tax roll. $165.35 bill paid in full." | Claimant states that the City sent him an notice alleging an unpaid water bill, but that he paid that water bill. Claimant does not allege that the City owes him money. |
| 767 | Wendell Nolen<br>11341 Portlance<br>Detroit, MI 48205 | $200,000.00 | 503(b)(9) | Stated Basis:<br><br>"Real estate." | Claimant appears to request that the City pay for the Claimant's real estate allegedly valued at $200,000, but provides no basis for payment. The proof of claim also does not contain any supporting documentation. It does not appear to be based on the sale of goods as required under 11 U.S.C. § 503(b)(9). |
| 3833 | Extended Arms LLC/Bobby DeAndre Davis-Bey (AR)<br>17381 Stout St.<br>Detroit, MI 48219 | $35,000.00 | Secured | Stated Basis:<br><br>"Property Interest/RPOI" | Claimant appears to request that the City pay for the Claimant's property interest allegedly valued at $35,000, but |

4819-6952-2467.1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | provides no basis for payment. The proof of claim also does not contain any supporting documentation. In addition, this claim was filed on March 24, 2014, over a month after the General Bar Date. |
| 272 | Property Owner Douglas Jones 21514 Bennett Detroit, MI 48219 | $1,000.00 | Secured | <u>Stated Basis</u>: "Services performed. Tree fell on fence. I'm on fix income." | Claimant appears to request that the City pay for services performed allegedly valued at $1,000, but provides no basis for payment. The proof of claim also does not contain any supporting documentation. |
| 242 | Nicole Lynn Spencer 15864 Novara St. Detroit, MI 48205 | $8,000.00 | Secured | <u>Stated Basis</u>: "Past due/current taxes of property" | Claim appears to be for claimant's unpaid taxes. An individual's failure to pay taxes to the City is not the subject of this bankruptcy claims administration process. Claimant does not appear to be alleging that the City owes her money. To the extent the claimant is alleging overpayment of |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | property taxes, such claims are to be handled in the ordinary course, pursuant to Plan Plan Art. IV.T. |
| 429 | Patricia Harrington 20429 Warrington Detroit, MI 48221 | $126,000.00 | Admin priority | <u>Stated Basis</u>: "Taxes & Mortgage." | Claim appears to be for claimant's unpaid taxes. An individual's failure to pay taxes to the City is not the subject of this bankruptcy claims administration process. Claimant does not appear to be alleging that the City owes her money. To the extent the claimant is alleging overpayment of property taxes, such claims are to be handled in the ordinary course, pursuant to Plan Plan Art. IV.T. |
| 575 | Property Owner Lisa D. Edwards 2987 Fullerton Detroit, MI 48238 | $1,692.20 | Secured | <u>Stated Basis</u>: "1,692.20 paid 6/28/00 to State. None." | Claim appears to be for claimant's unpaid taxes. An individual's failure to pay taxes to the City is not the subject of this bankruptcy claims administration process. Claimant does not appear to be alleging that the City owes her money. To the |

4

4819-6952-2467.1

| | | | | | extent the claimant is alleging overpayment of property taxes, such claims are to be handled in the ordinary course, pursuant to Plan Plan Art. IV.T. |
|---|---|---|---|---|---|
| 2177 | Property Owner 15741 Lamphere Detroit, MI 48223 AND Pamela Booker 16227 Wildemere Detroit, MI 48221 | $5,450.00 | General Unsecured | Stated Basis: "Property damage from fallen tree." | Claimant provides information regarding alleged property damage caused by a fallen tree. Claimant provides no basis for stating that the City owes her money for any alleged property damage. Other support attached to the Claim appears to regard claimant's taxes and or foreclosure of property. An individual's failure to pay taxes and/or the foreclosure of the Claimant's property is not the subject of this bankruptcy claims administration process. |
| 2780 | Thomas M. Nunley 14850 Linwood Detroit, MI 48238 | $28,724.24 | General Unsecured | Stated Basis: "Claim arising out of improper waste/sewer bill | Claim appears to be for claimant's unpaid taxes. An individual's failure to pay |

| | | | | | that became an improper tax assessment for years 2010 - present." | taxes to the City is not the subject of this bankruptcy claims administration process. Claimant does not appear to be alleging that the City owes her money. To the extent the claimant is alleging overpayment of property taxes, such claims are to be handled in the ordinary course, pursuant to Plan Plan Art. IV.T. |
|---|---|---|---|---|---|---|
| 3087 | Mario Ross 19400 Tireman St. Detroit, MI 48228 | $8,500.00 | Secured | | Stated Basis: "Sewerage service performed" | Claimant appears to request that the City pay for services performed allegedly valued at $8,500, but provides no basis for payment. The proof of claim also does not contain any supporting documentation. |
| 546 | Debola Burdis 10038 Balfour Rd. Detroit, MI 48224 | Blank | General Unsecured | | Stated Basis: "Because I owed my tax." | Claim appears to be for claimant's unpaid taxes. An individual's failure to pay taxes to the City is not the subject of this bankruptcy claims administration process. Claimant does not appear to |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | be alleging that the City owes her money. To the extent the claimant is alleging overpayment of property taxes, such claims are to be handled in the ordinary course, pursuant to Plan Plan Art. IV.T. |
| 167 | Evelyn Gibson 19370 Evergreen Detroit, MI 48215 | "Do not know" | General Unsecured | <u>Stated Basis</u>: None. | Claim does not contain a basis for relief nor any supporting documentation. |