**EXHIBIT 2: BOOKS AND RECORDS CLAIMS TO BE MODIFIED**

4827-8891-9587.4

## BOOKS AND RECORDS CLAIMS

| Claim No. | Creditor Name and Address | Claim Amount as State on Proof of Claim Form | Classification as Stated on Proof of Claim Form | Stated Basis of Claim as Stated on Proof of Claim | Modified Claim Amount Pursuant to City Books and Records |
|---|---|---|---|---|---|
| 343 | Darrell South<br>Attn Accounts Payable<br>PO Box 1842<br>Royal Oak, MI 48068<br><br>AND<br><br>Darrell South<br>17069 S. Eleanor Dr., Apt. 33C<br>Clinton Twp., MI 48038 | $259.88 | General Unsecured | Stated Basis:<br><br>"Damage caused to 1 tire & 1 wheel on my car by a pothole in a Detroit street." | $0 |
| 413 | Jackson Lewis, P.C.<br>One North Broadway, 14th Floor<br>White Plains, NY 10601 | $17,493.05 | General Unsecured | Stated Basis:<br><br>"Legal services." | $17,475.05 |
| 895 | Christy Glass Co.<br>Attn. Accounts Payable<br>570 W. Eight Mile Rd.<br>Ferndale, MI 48220 | $15,553.89 | General Unsecured | Stated Basis:<br><br>"Services performed." | $11,295.88 |
| 898 | Advance Digital Systems, LLC<br>PO Box 721217<br>Berkley, MI 48072 | $258.50 | General Unsecured | Stated Basis:<br><br>"Maintenance Service, Parts and Supplies on Photocopier Equipment." | $0 |

| | | | | | |
|---|---|---|---|---|---|
| 899 | Advance Digital Systems, LLC PO Box 721217 Berkley, MI 48072 | $720.00 | General Unsecured | <u>Stated Basis</u>: "Maintenance Service, Parts and Supplies on Photocopier Equipment." | $0 |
| 900 | Advance Digital Systems, LLC PO Box 721217 Berkley, MI 48072 | $315.75 | General Unsecured | <u>Stated Basis</u>: "Maintenance Service, Parts and Supplies on Photocopier Equipment." | $0 |
| 901 | Advance Digital Systems, LLC PO Box 721217 Berkley, MI 48072 | $593.00 | General Unsecured | <u>Stated Basis</u>: "Lease of and maintenance service, parts and supplies on photocopier equipment." | $0 |
| 902 | Advance Digital Systems, LLC PO Box 721217 Berkley, MI 48072 | $2,965.00 | General Unsecured | <u>Stated Basis</u>: "Lease of and maintenance service, parts and supplies on photocopier equipment." | $2,854.00 |
| 903 | Advance Digital Systems, LLC PO Box 721217 Berkley, MI 48072 | $540.00 | General Unsecured | <u>Stated Basis</u>: "Maintenance Service, Parts and Supplies on Photocopier Equipment." | $0 |
| 904 | Advance Digital Systems, LLC PO Box 721217 Berkley, MI 48072 | $5,911.75 | General Unsecured | <u>Stated Basis</u>: "Lease of and maintenance service, parts and supplies on photocopier equipment." | $0 |

| 905 | Advance Digital Systems, LLC PO Box 721217 Berkley, MI 48072 | $11,359.92 | General Unsecured | <u>Stated Basis</u>:<br><br>"Lease of and maintenance service, parts and supplies on photocopier equipment." | $0 |
|---|---|---|---|---|---|
| 906 | Advance Digital Systems, LLC PO Box 721217 Berkley, MI 48072 | $210.00 | General Unsecured | <u>Stated Basis</u>:<br><br>"Maintenance Service, Parts and Supplies on Photocopier Equipment." | $0 |
| 907 | Advance Digital Systems, LLC PO Box 721217 Berkley, MI 48072 | $980.00 | General Unsecured | <u>Stated Basis</u>:<br><br>"Maintenance Service, Parts and Supplies on Photocopier Equipment." | $420.00 |
| 908 | Advance Digital Systems, LLC PO Box 721217 Berkley, MI 48072 | $600.00 | General Unsecured | <u>Stated Basis</u>:<br><br>"Maintenance Service, Parts and Supplies on Photocopier Equipment." | $0 |
| 909 | Advance Digital Systems, LLC PO Box 721217 Berkley, MI 48072 | $65,747.50 | General Unsecured | <u>Stated Basis</u>:<br><br>"Maintenance Service, Parts and Supplies on Photocopier Equipment." | $0 |
| 910 | Advance Digital Systems, LLC PO Box 721217 Berkley, MI 48072 | $115,330.03 | General Unsecured | <u>Stated Basis</u>:<br><br>"Lease of and maintenance service, parts and supplies on photocopier equipment." | $103,104.53 |