# EXHIBIT 2: INCORRECTLY CLASSIFIED CLAIMS TO BE RECLASSIFIED

4824-2250-8835.4

# INCORRECTLY CLASSIFIED CLAIMS

| Claim No. | Claimant | Claim Amount As Stated On Proof Of Claim | Stated Basis | Classification As Stated On Proof Of Claim | Proper Classification |
|---|---|---|---|---|---|
| 157 | Genre Brogue 2710 W. Chicago Apt. 105 Detroit, MI 48206 | Unliquidated | Stated Basis: "Notice(s) of service & filings." | Admin Priority | General Unsecured |
| 163 | Michael James 7501 E. Jefferson Apt. 915 Detroit, MI 48214 | Unliquidated | Stated Basis: "Workers compensation." | Admin Priority | General Unsecured |
| 168 | Tanya Billingslea 9212 Coyle St. Detroit, MI 48228 | 112.00 | Stated Basis: None. | Admin Priority | General Unsecured |
| 182 | Frederick Rogers 7771 Poe Detroit, MI 48206 | 700.00 | Stated Basis: None. | Admin Priority | General Unsecured |
| 188 | Dilip K Patel 24249 Leewin St. Detroit, MI 48219 | Unliquidated | Stated Basis: "Pension #203458" | Admin Priority | General Unsecured |
| 220 | Edgemere Assoc. LTD M. Richard Mellon 116 Edgemere Way South Naples, FL 34105 | 47,375.00 | Stated Basis: "Bondholder." | Admin Priority | General Unsecured |
| 235 | David B. Morehouse | 9,408.50 | Stated Basis: | Admin Priority | General Unsecured |

| | | | Stated Basis: | | |
|---|---|---|---|---|---|
| | 1199 Westcreek Lane Westlake Village, CA 41362 | | "See statements enclosed [regarding investment account details]." | | |
| 284 | Ahkeia Mccallum 11401 Prest St. Detroit, MI 48227 | 112.00 | Stated Basis: None. | Admin Priority | General Unsecured |
| 298 | 234 Larned Associates c/o Myles Hoffert Hoffer & Assoc. 32255 Northwestern Hwy., Suite 290 Farmington Hills, MI 48334 | Unliquidated | Stated Basis: "Tax tribunal order of 12/11/12 attached." | Admin Priority | General Unsecured |
| 304 | Keisha Baxter 16624 Tracey St. Detroit, MI 48235 | 112.00 | Stated Basis: "City owes me "$112.00." | Admin Priority | General Unsecured |
| 306 | Craig E James 6432 Butterfly Sky St. North Las Vegas, NV 89084 | Unliquidated | Stated Basis: "City of Detroit Retiree." | Admin Priority | General Unsecured |
| 321 | Donna M & Daniel N DAgostino 21 Waterview Dr. Glenmoore, PA 19343 | 2,000.00 | Stated Basis: "general obligation bonds, series B, coupon 570 12/13/05." | Admin Priority | General Unsecured |
| 324 | Charles E. Crow 312 W. Hasting Rd, Apt. 269 Spokane, WA 99218 | 26,316.08 | Stated Basis: "Purchase of bonds 251093H78 on 1/30/13" | Admin Priority | General Unsecured |
| 308 | Jack R. Bates 2177 Guernsey Rd Beverton, MI | 15,000.00 | Stated Basis: "Unsecured GO bond." | Admin Priority | General Unsecured |

| | | | | | |
|---|---|---|---|---|---|
| | 48612 | | | | |
| 333 | Darren Terhune<br>16731 Riverview<br>Detroit, MI 48219 | 10,000.00 | Stated Basis:<br><br>"Overpaid taxes for 2009, 2010, 2011, 2012." | Admin Priority | General Unsecured |
| 337 | Chiquita N. Smith<br>12881 Rutland<br>Detroit, MI 48227 | 10,000.00 | Stated Basis:<br><br>"Overpaid taxes for years 2009, 2010, 2011, 2012." | Admin Priority | General Unsecured |
| 341 | M Johnson & Associate LLC<br>Attn Accounts Payable<br>PO Box 1258<br>Lapeer, MI 48446 | 5,100.00 | Stated Basis:<br><br>"Nonpayment for case management services." | Admin Priority | General Unsecured |
| 429 | BSI/Acqura Loan Services<br>314 S. Franklin Street<br>PO Box 517<br>Titusville, PA 16354<br><br>And<br><br>BSI/Acqura Loan Services<br>7668 Warren Pkwy, Suite 325<br>Frisco, TX 75034 | 126,000.00 | Stated Basis:<br><br>"Taxes & Mortgage." | Admin Priority | General Unsecured |
| 519 | Priority Patient Transport<br>Attn Accounts Payable<br>PO Box 346<br>Dearborn Heights, MI 48127 | 155,054.98 | Stated Basis:<br><br>"Services Performed." | Admin Priority | General Unsecured |
| 757 | Carolyn Watkins<br>7715 Vaughan<br>Detroit, MI | 1,362.17 | Stated Basis:<br><br>None. | Admin Priority | General Unsecured |

| | | | | | |
|---|---|---|---|---|---|
| | 48228 | | | | |
| 765 | John D Geyer / Kathleen M Geyer JT WROS 5910 NE 82nd Ave. Vancouver, WA 98662 | Unliquidated | Stated Basis: "Loss of value." | Admin Priority | General Unsecured |
| 923 | Property Owner 15820 Asbury Park Detroit, MI 48235 | 1,238.61 | Stated Basis: "I was overcharged from 2003-2011 my homestead credit." | Admin Priority | General Unsecured |
| 1353 | D A Central Inc Attn Accounts Payable 13155 Cloverdale Oak Park, MI 48237 | 11,730.93 | Stated Basis: "Services & Equipment for Security." | Admin Priority | General Unsecured |
| 1300 | Deborah Traitt 18420 Wildemere Detroit, MI 48221 | 600.49 | Stated Basis: "Unauthorized water bill lien for estimated service." | Admin Priority | General Unsecured |
| 1860 | Deborah Zachary 8833 Mendota Detroit, MI 48204 | 129,315.00 | Stated Basis: "Layoff while on disability – long term benefits stopped." | Admin Priority | General Unsecured |
| 1879 | Phillip A. Sain 11690 Lauder Detroit, MI 48227 | 9,800.00 | Stated Basis: "10% pay reduction of straight time/OT longevity pay." | Admin Priority | General Unsecured |
| 1927 | Andre Marcus Ransom 101 Rhode Island Highland Park, MI 48203 | 6,975.00 | Stated Basis: "Damages to tool box." | Admin Priority | General Unsecured |

4824-2250-8835.4

| | | | | | |
|---|---|---|---|---|---|
| 2096 | Andre R. Canty<br>31510 John R. Rd.<br>Apt. 109<br>Madison Heights, MI 48071 | Unliquidated | Stated Basis:<br><br>"Longevity." | Admin Priority | General Unsecured |
| 2229 | Robert Kilgore<br>c/o Brian Muawad<br>22330 Greater Mack Ave.<br>St. Clair Shores, MI 48080 | 17,000.00 | Stated Basis:<br><br>"Non-payment of personal injury protection benefits." | Admin Priority | General Unsecured |
| 2246 | Joyce Daniels<br>c/o Brian Muawad<br>22330 Greater Mack Ave.<br>St. Clair Shores, MI 48080 | 100,000.00 | Stated Basis:<br><br>"No-fault benefits and third party negligence." | Admin Priority | General Unsecured |
| 2249 | Kimberly Schaffner<br>c/o Brian Muawad<br>22330 Greater Mack Ave.<br>St. Clair Shores, MI 48080 | 150,000.00 | Stated Basis:<br><br>"Third party negligence." | Admin Priority | General Unsecured |
| 2252 | Laurence Woody White<br>PO Box 163<br>Chloe, WV 25235 | Unliquidated | Stated Basis:<br><br>"Employed by and for City of Detroit for twenty-three years and seven months, city engineering; also bldg. & safety engineering." | Admin Priority | General Unsecured |
| 2296 | Jonathan B Fields<br>16891 Avon<br>Detroit, MI 48219 | 1,500.00 | Stated Basis:<br><br>"Compensatory and sick time." | Admin Priority | General Unsecured |

| | | | | | |
|---|---|---|---|---|---|
| 2328 | Parsons Brinckerhoff Michigan, Inc. Attn: Edwin Tatem Guardian Building 500 Griswold St. Suite 2900 Detroit, MI 48226 | Unliquidated | Stated Basis: "Transportation management advisory services and other services set forth on the Documents referenced on the Addendum hereto." | Admin Priority | General Unsecured |
| 2356 | Brian Jordan 20423 Meyers Rd. Detroit, MI 48235 | 106.95 | Stated Basis: "Unsecured claim." | Admin Priority | General Unsecured |
| 2357 | Debra F Guilbeaux 19666 Caldwell Detroit, MI 48234 | 100,000.00 | Stated Basis: "Pension credits, backpay wages, vacation pay, settlement money, arbitration award." | Admin Priority | General Unsecured |
| 2358 | Cynthia McKissack 23603 Sutton Dr. Apt. 1223 Southfield, MI 48033 | 45,000.00 | Stated Basis: "loss wages, longevity, holiday pay, tuition reimbursement, excess premium & copays, healthcare payroll errors, shift premiums." | Admin Priority | General Unsecured |
| 2359 | Carol Jean Finley 8227 Karam Blvd. Unit #1 Warren, MI 48093 | 59,130.00 | Stated Basis: "Service performed, delivers health care, credit card debt & mortgage, interest on pension." | Admin Priority | General Unsecured |
| 2360 | Ricky Brown c/o Adler Stilman 30300 | Unliquidated | Stated Basis: "workers' compensation | Admin Priority | General Unsecured |

| | | | | | |
|---|---|---|---|---|---|
| | Northwestern Hwy, Third Floor Farmington Hills, MI 48334 | | benefits and personal injury protection claims." | | |
| 2404 | Irma Industrious 3051 Lindenwood Drive Dearborn, MI 48120 | 13,500.00 | Stated Basis: "Bonus for employment." | Admin Priority | General Unsecured |
| 2586 | Alim Rashid 14628 Ohio Detroit, MI 48238 | 2,042.00 | Stated Basis: "Unpaid wages due to pay cuts against union contract." | Admin Priority | General Unsecured |
| 2595 | Alim Rashid 14628 Ohio Detroit, MI 48238 | 980.00 | Stated Basis: "COLA and hazard pay." | Admin Priority | General Unsecured |
| 2729 | Dennis M Taubitz 3051 Lindenwood Dr. Dearborn, MI 48120 | 16,847.20 | Stated Basis: "Unpaid wages." | Admin Priority | General Unsecured |
| 2730 | Gretchen R. Smith 3901 Grand River Ave. #913 Detroit, MI 48208 | Unliquidated | Stated Basis: "retirement (DPS), property, bus accident, lawsuit for all Detroit Public Schools, appropriate benefits and rights." | Admin Priority | General Unsecured |
| 2740 | Joseph P Fortier 2532 Argentine Road Howell, MI 48855 | Unliquidated | Stated Basis: "Worked 16 years as police officer for the City of Detroit." | Admin Priority | General Unsecured |
| 2852 | Association of Prof. Construction | 60,000.00 | Stated Basis: "Discharge | Admin Priority | General Unsecured |

| | | | | | |
|---|---|---|---|---|---|
| | Inspectors & Cleveland Gregory c/o Scheff Washington & Driver, PC 645 Griswold, Suite 1918 Detroit, MI 48226 | | without cause under collective bargaining contract." | | |
| 2914 | Randolph Skillman c/o Adler Stilman 30300 Northwestern Hwy, Third Floor Farmington Hills, MI 48334 | Unliquidated | Stated Basis: "Workers' compensation benefits and personal injury protection benefits." | Admin Priority | General Unsecured |
| 2917 | James E. Hawthorne c/o Adler Stilman 30300 Northwestern Hwy, Third Floor Farmington Hills, MI 48334 | Unliquidated | Stated Basis: "Workers' compensation benefits." | Admin Priority | General Unsecured |
| 2920 | Robert A. Ross c/o Adler Stilman 30300 Northwestern Hwy, Third Floor Farmington Hills, MI 48334 | Unliquidated | Stated Basis: "Workers' compensation benefits." | Admin Priority | General Unsecured |
| 2929 | Meddie Johnson c/o Adler Stilman 30300 | Unliquidated | Stated Basis: "Workers' compensation | Admin Priority | General Unsecured |

| | | | | | |
|---|---|---|---|---|---|
| | Northwestern Hwy, Third Floor Farmington Hills, MI 48334 | | benefits." | | |
| 2933 | Lucius Reed Ryans c/o Adler Stilman 30300 Northwestern Hwy, Third Floor Farmington Hills, MI 48334 | Unliquidated | Stated Basis: "Workers' compensation benefits." | Admin Priority | General Unsecured |
| 3064 | Jessie B. Clanton, Jr. c/o Allan Studenberg P.C. 4000 Town Center, Suite 1470 Southfield, MI 48075 | Unliquidated | Stated Basis: "health care services/workers' compensation claim." | Admin Priority | General Unsecured |
| 3248 | Sheila Pennington 20469 Steel Detroit, MI 48235 | 380.00 | Stated Basis: "Grievance – wrongfully denied overtime." | Admin Priority | General Unsecured |
| 3251 | Sheila Pennington 20469 Steel Detroit, MI 48235 | 750.00 | Stated Basis: "Longevity (Christmas Bonus.)" | Admin Priority | General Unsecured |
| 3350 | Sharon Woodard 12896 Forrer Detroit, MI 48227 | Unliquidated | Stated Basis: "Pension/annuity." | Admin Priority | General Unsecured |
| 2906 | Rehabilitation Physicians PC Attn: Accounts Payable Infinity Building 28455 Haggerty | 8,679.00 | Stated Basis: "Medical providers that treated patients for workman's comp. | Admin Priority | General Unsecured |

| | | | Stated Basis: | | |
|---|---|---|---|---|---|
| | Rd., Ste 200 Novi, MI 48377 | | "injuries." | | |
| 2971 | Mid America Evaluation Group Inc. Attn: Accounts Payable 28175 Haggerty Rd. Novi, MI 4877 | 43,833.00 | Stated Basis: "Services performed to assist debtor in mitigating damages in lawsuit & claims." | Admin Priority | General Unsecured |
| 3649 | Michael Gene DePriest II 7700 E. Jefferson Apt. 201 Detroit, MI 48214 | 52,000.00 | Stated Basis: "paycuts, hazardous work environment, COLA, health problems." | Admin Priority | General Unsecured |
| 3646 | Consolidated Rail Corporation John K. Enright, Esq. 1717 Arch Street, 13th Floor Philadelphia, PA 19103 | 2,295.91 | Stated Basis: "Land lease, pipe license and railroad labor charges for work due to property damage caused by City." | Admin Priority | General Unsecured |
| 3689 | Detroit Public Library c/o Stuart Gold, Esq. 24901 Northwestern Hwy, #444 Southfield, MI 48075 | Unliquidated | Stated Basis: "Pension and health care obligations." | Admin Priority | General Unsecured |