# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
---------------------------------------------------------X
                                                         :    Chapter 9
IN RE                                                    :
                                                         :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                               :
                                                         :    Hon. Thomas J. Tucker
                                    DEBTOR               :
---------------------------------------------------------X
```

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2015, I electronically filed the following documents (collectively the "<u>Omnibus Objections</u>") with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Omnibus Objections and file a subsequent Proof of Service after it has performed the service.

- Debtor's Fifteenth Omnibus Objection to Certain Claims (No Basis) [Dkt. No. 9739]
- Debtor's Sixteenth Omnibus Objection to Certain Claims (Books and Records) [Dkt. No. 9740]
- Debtor's Seventeenth Omnibus Objection to Certain Claims (Wrongly Classified) [Dkt. No. 9741]

Dated: April 23, 2015

        FOLEY & LARDNER LLP

        By: */s/ John A. Simon*
        John A. Simon (P61866)
        Jeffrey S. Kopp (P59485)
        Tamar N. Dolcourt (P73425)
        Leah R. Imbrogno (P79384)
        500 Woodward Ave., Ste. 2700
        Detroit, MI 48226
        313.234.7100
        jsimon@foley.com
        jkopp@foley.com
        tdolcourt@foley.com
        limbrogno@foley.com
        *Counsel for the Debtor, City of Detroit, Michigan*

4845-5283-3571.1