

" We The People " The Washitaw
Moors Of The Treaty Of
Peace A n d Friendship # 244-1



Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan
48226

FILED (I)

2015 APR 24 P 12: 33

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

:peyton, sherrell-ann
10109 Curtis Street
Detroit, Michigan
[48221]

RESPONSE

April 24, 2015

Regarding: Chapter 9, case number 13-53846, and the Stated Basis "Tax Auction not valid after, July 25, 2013."

I :peyton, mary-jean am the agent for :peyton, sherrell pursuant to an affidavit dating from August 2008 to current.
Noticed in the letters sent concerning the Commencement of chapter 9 bankruptcy, the automatic stay listed in 3rd paragraph, is related to my stated basis. A form was completed detailing the chapter 9 proof of claim.
I still object to the aspects of chapter 9 activities. I read that doing business as usual was directly opposed to an "automatic stay", as stated in the body of the correspondence sent.
"Reason Basis Invalid." There is an objection to the statement made regarding the mortgage. The mortgage statement has no validity; the mortgage had nothing to do with the bankruptcy. The chapter 9/ automatic stay and the mortgage in this case are not relevant. They are not related. There was no mortgage contract that the city of Detroit was involved in, related to property ID 16036844.

Pursuant to the; Basis for Claim, make me whole. Return the real estate to its rightful owner.

I do not consent to appearing in court.

Done with clean hands
all Rights Reserved
:peyton, mary-jean-agent
:peyton, mary-jean, agent

CC
John A. Simon
Jeffrey S. Kopp
Tamar N. Dolcourt
Leah R. Imbrogno
Foley & Lardner LLP
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226

| 779 | Sherrell Ann Peyton 10109 Curtis St. Detroit, MI 48221 | $80,000.00 | Secured | Stated Basis: "Tax auction not valid after July 25, 2013." | Claim is for claimant's mortgage payments. Individual mortgage agreements between the claimant and her lender, to which the City is not a party, are not the subject of this bankruptcy claims administration process. Claimant does not appear to be alleging that the City owes her money. |
|---|---|---|---|---|---|

Affidavit of Notice

September 11, 2014

To Whom It May Concern:

I, am sherrell-ann:peyton/*Sherrell-ann:peyton* being of sound mind and the age of majority and is an Indigeneous flesh and blood woman on the land do hereby appoint my mother :mary-jean: peyton as my agent. I give my mother, :mary-jean: peyton, Power of Attorney, to aid me in my decision-making affairs.

I suffered an aneurysm in the year of 2012 and cannot make decisions readily. My mother helps me with my daily decisions.

With Honor
*:sherrell-ann: peyton*
:sherrell-ann:peyton
10109 Curtis Street
Detroit, Michigan [48221]

ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this *11TH* day of *SEPTEMBER*, A.D. 2014, a Notary, that *SHERRELL ANN PEYTON* personally appeared and known to me to be the woman whose name subscribed to the within instrument and acknowledged to be the same.

*Milton D. Hall* (seal)
Notary Public in and for said State

**MILTON D HALL**
**Notary Public**
**State of Michigan**
**County of Wayne**
**My Commission Expires 05-16-2015**

My commission expires: *05-16-2015*
17301 Livernois Street
Detroit, Michigan 48221

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846-TJT
CHAPTER: 9

CITY OF DETROIT                    Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date of mailing), I served copies as follows:

1. Document(s) served: RESPONSE

*FILED*
2015 APR 24 P 12:33
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

2. Served upon [name and address of each person served]:

COUNSELS FOR the CITY, John A. Simon and et, al
500 WOODWARD AVENUE STE 2700
DETROIT Mich 48226

3. By First Class Mail. 4-24-2015

Dated: April 24, 2015

(Signature) all Rights Reserved ; peyton, Mary-Jean, agent

Print Name: all Rights Reserved PEYTON, Mary-Jean, agent

13-53846-tjt   Doc 9745   Filed 04/24/15   Entered 04/24/15 14:22:16   Page 4 of 4