# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On or before April 17, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Motion of the City of Detroit, Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 9351]

Furthermore, On April 20, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit B**:

- Order Sustaining Debtor's Ninth Omnibus Objection to Certain Claims (No Support Claims) [Docket No. 9647]

Furthermore, on April 20, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit C**:

- Order Sustaining Debtor's Eighth Omnibus Objection to Certain Claims (Satisfied Claims) [Docket No. 9651]

Dated: April 24, 2015

/s/ Stephanie Delgado
Stephanie Delgado
KCC
2335 Alaska Ave
El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**
**Served via First Class Mail**

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Dauwann Smith | c/o Lillian C. Trikes, Attorney | 2320 W Jefferson Ave | Trenton | MI | 48183-2706 |

# EXHIBIT B

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Deshawn Benson | 15925 Goddard Rd Apt 208 | Southgate | MI | 48195-4500 |

In re City of Detroit, Michigan
Case No. 13-53846
13-53846-tjt    Doc 9747    Filed 04/24/15    Entered 04/24/15 18:36:40    Page 5 of 7
Page 1 of 1

# EXHIBIT C

**Exhibit C**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Zongli Chang, MD (Patient Delair Person) | Marshall I. Lett Attorney at Law | 28330 Farnklin Rd | Southfield | MI | 48034-5503 |