UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                          Chapter 9

          Debtor.                              Judge Thomas J. Tucker
_____/

**ORDER REGARDING CREDITOR ADDRESS ON PROOF OF CLAIM # 3449,
FILED BY EULIE L. FAYSON**

     Eulie Lamar Fayson filed a proof of claim in the City of Detroit's bankruptcy case on February 21, 2014. The claim is designated Claim Number 3449. Under "Name and address where notices should be sent," Fayson wrote:

     Office of the Clerk of the Court
     United States Bankruptcy Court for the Eastern District of Michigan
     211 West Fort Street
     Suite 1700
     [D]etroit, MI[] 48226

     Under, "Name and address where payment should be sent (if different from above)," Fayson provided a personal address:

     Eulie L. Fayson
     8099 Patton
     Detroit, MI[] 48226.

     Because Fayson listed the Court's name and address under "Name and address where notices should be sent," the Court receives copies of all mailings sent to Fayson by the City's claims agent, Kurtzman Carson Consultants ("KCC").[1]

     As the instructions for the proof of claim form (Official Form 10)[2] provide, in the box for "Name and address where notices should be sent," creditors are to "fill in the name of the

---

[1] Certificates of Service filed by KCC indicate that KCC also sends notices and other pertinent documents to Fayson's personal address. *See, e.g.*, Ex. C, Docket # 9384; Ex. C, Docket # 9410; Ex. C, Docket # 9736.

[2] The form is available on the United States Courts' website, at: http://www.uscourts.gov/uscourts/RulesAndPolicies/rules/BK_Forms_Current/B_010.pdf; as well as on the City of Detroit page on the KCC website, at:
http://www.kccllc.net/documents/pocs/detroit%20-%20proof%20of%20claim%20form.pdf.

person or entity asserting a claim and the name and address of the person who should receive notices during the bankruptcy case." Because the Court does not need to receive notices relating to Fayson, and Fayson *does* need to receive them at Fayson's personal address,

    IT IS ORDERED that:

1. KCC may no longer send notices to Fayson at the Bankruptcy Court's Clerk's Office, located at 211 West Fort Street, Detroit, MI 48226.

2. KCC must send all notices to Eulie Lamar Fayson's personal address, 8099 Patton St., Detroit, MI, 48228.

.

**Signed on April 28, 2015**

                                                          /s/ Thomas J. Tucker
                                                        Thomas J. Tucker
                                                        United States Bankruptcy Judge