**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Thomas J. Tucker |
| | ) | |

## NOTICE OF WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM NUMBERS 3809, 3810, 3811, 3812, 3813, 3814, AND 3815

PLEASE TAKE NOTICE that the City of Detroit (the "City"), by and through its attorneys, hereby withdraws its Objections to Claim Numbers 3809 (Cambridge Tower Associates), 3810 (Hyde Park Co-Operative), 3811 (Millender Center Associates), 3812 (Village Center Associates), 3813 (Bowin Place Associates), 3814 (Plymouth Square Ltd. Housing Association), and 3815 (Fenimore Ltd. Dividend Housing Association) ("Amended Housing Association Claims"), which were contained in the City's Twelfth Omnibus Objection to Certain Claims [Docket No. 9567] filed March 30, 2015. Upon information and belief, the Amended Housing Association Claims amended previously filed claims and, therefore, those previously filed claims should be withdrawn.

Dated: April 28, 2015

Respectfully submitted,

**FOLEY & LARDNER, LLP**

By: /s/ John A. Simon
John A. Simon (P61866)
Jeffrey S. Kopp (P59485)
Tamar N. Dolcourt (P73425)
Leah R. Imbrogno (P79384)
500 Woodward Ave., Ste. 2700

4824-6105-7827.1

Detroit, MI 48226
Phone: (313) 234-7100
jkopp@foley.com
jsimon@foley.com
tdolcourt@foley.com
limbrogno@foley.com

*Counsel to the City of Detroit, Michigan*

2

4824-6105-7827.1