IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Judge Thomas J. Tucker
Debtor :
------------------------------------------------------- x

**ORDER WITHDRAWING CLAIM NUMBERS 3802, 3803, 3804, 3805, 3806, 3807, AND 3808 OF THE HOUSING ASSOCIATION CLAIMANTS**

This case is before the Court on the *Stipulation to Withdraw Superseded Claim Numbers 3802, 3803, 3804, 3805, 3806, 3807 and 3808* (Docket # 9754); the Housing Association Claimants[1] having filed the Original Housing Association Claims in the above-captioned bankruptcy case; the Housing Association Claimants having filed the Amended Housing Association Claims; the City having agreed to withdraw its objection to the Amended Housing Association Claims; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. The Original Housing Association Claims [Claim Nos. 3802, 3803, 3804, 3805, 3806, 3807 and 3808] are withdrawn in their entirety.

2. The Amended Housing Association Claims [Claim Nos. 3809, 3810, 3811, 3812, 3813, 3814, and 3815] are allowed as general unsecured, non-priority claims.

3. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

4. The City is authorized to take all actions necessary to effectuate the relief granted by this Order.

.

**Signed on April 28, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge