IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------- x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Thomas J. Tucker
Debtor :
---------------------------------------------------------- x

## STIPULATION FOR ADJOURNMENT OF HEARING ON DEBTOR'S OBJECTION TO CLAIM NOS. 474 AND 1097 FILED BY RICHARD HALL

Richard Hall, the holder of Claim Numbers 474 and 1097, and the City of Detroit, Michigan (the "City"), by and through its undersigned counsel, hereby stipulate to the entry of the Order attached as **Exhibit 1**, and respectfully request that the Court reschedule the hearing on the City's Thirteenth Omnibus Objection to Certain No-Basis Claims (Dkt. No. 9568) as to Claim Numbers 474 and 1097 only, in order to accommodate Mr. Hall's request scheduling conflict on the original hearing date, for the date listed on Exhibit 1 hereto or as soon thereafter as the Court may determine and grant such other relief as is proper and just.

Respectfully submitted by:

| | |
|---|---|
| | **FOLEY & LARDNER, LLP** |
| By: /s/ Richard Hall (w/consent) | By: /s/ Tamar N. Dolcourt |
| Richard Hall | John A. Simon (P61866) |
| 3752 Eastern Place | Tamar N. Dolcourt (P73425) |
| Detroit, MI 48208 | Leah R. Imbrogno (P79384) |
| | 500 Woodward Ave., Ste. 2700 |
| *Holder of Claim Numbers 474 and 1097* | Detroit, MI 48226 |
| | Phone: (313) 234-7100 |
| | jsimon@foley.com |
| | tdolcourt@foley.com |
| | limbrogno@foley.com |
| | *Counsel to the City of Detroit, Michigan* |

Dated: April 28, 2015

4840-3726-6467.1