**EXHIBIT 1: PROPOSED ORDER**

4840-3726-6467.1

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
In re                                                   :   Chapter 9
                                                        :
                                                        :   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :
                                                        :   Hon. Thomas J. Tucker
                    Debtor                              :
------------------------------------------------------- x

### ORDER ADJOURNING HEARING ON DEBTOR'S OBJECTION TO CLAIM NUMBERS 474 AND 1097 FILED BY RICHARD HALL

Upon the stipulation (the "Stipulation") of the City of Detroit (the "City"), and Richard Hall, the holder of Claim Numbers 474 and 1097, for entry of an order adjourning the hearing on the City's Thirteenth Omnibus Objection to Certain No-Basis Claims (Dkt. No. 9568) as to Claim Numbers 474 and 1097 only (the "Objection"); and the Court being fully advised in the premises;

THE COURT HEREBY ORDERS that:

1. The hearing on the Objection as to Claim Numbers 474 and 1097 only, scheduled to be held on May 6, 2015 at 1:30 p.m., is adjourned to **May 27, 2015 at 1:30 p.m. in Courtroom 1925, 211 W. Fort Street, Detroit, MI 48226.**

4840-3726-6467.1