# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>                       Debtor | Chapter 9<br><br>Case No. 13-53846<br><br>Judge Thomas J. Tucker |

## ORDER ADJOURNING HEARING ON DEBTOR'S OBJECTION TO CLAIM NUMBERS 474 AND 1097 FILED BY RICHARD HALL

Upon the stipulation (Docket # 9761, the "Stipulation") of the City of Detroit (the "City"), and Richard Hall, the holder of Claim Numbers 474 and 1097, for entry of an order adjourning the hearing on the City's Thirteenth Omnibus Objection to Certain No-Basis Claims (Docket # 9568) as to Claim Numbers 474 and 1097 only (the "Objection"); and the Court being fully advised in the premises;

IT IS ORDERED that the hearing on the Objection as to Claim Numbers 474 and 1097 only, scheduled to be held on May 6, 2015 at 1:30 p.m., is adjourned to **May 27, 2015 at 1:30 p.m.** in Courtroom 1925, 211 W. Fort Street, Detroit, MI 48226.

.

**Signed on April 28, 2015**

                                                              /s/ Thomas J. Tucker
                                                              Thomas J. Tucker
                                                               United States Bankruptcy Judge