UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9

City of Detroit, Michigan,  Case No. 13-53846

        Debtor.
_____/

## **REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS**

E. Todd Sable, of Honigman Miller Schwartz and Cohn LLP, hereby requests that his name be removed from the service list that receives Electronic Filings and other notices in the above-captioned case.

    Respectfully submitted,

    HONIGMAN MILLER SCHWARTZ AND COHN LLP

    /s/ E. Todd Sable
    E. TODD SABLE (P54956)
    660 Woodward Avenue
    2290 First National Building
    Detroit, MI 48226
    (313) 465-7548
    tsable@honigman.com

Dated: April 29, 2015