UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

CITY OF DETROIT, MICHIGAN            Chapter 9

        Debtor.                      Case No. 13-53846-tjt
                                                Hon. Thomas J. Tucker

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on April 29, 2015, the following documents were filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record:

1. Retired Detroit Police and Fire Fighters Association's Reply in Support of Motion for Enforcement of Settlement and Eighth Amended Plan of Adjustment.

I further certify that, on April 29, 2015, I caused copies of the foregoing document to be served via first-class United States mail, postage pre-paid, on the following:

         Evan Miller, Esq.
         Jones Day
         51 Louisiana Avenuew, N.W.
         Washington D.C. 20001

         Melvin Hollowell, Esq.
         City of Detroit Law Department
         Two Woodward Avenue
         Suite 500
         Detroit, MI 48226

Marc Swanson, Esq.
Miller Canfield
150 W. Jefferson
Suite 2500
Detroit, MI 48226

        Respectfully submitted,

        /s/ Ryan C. Plecha
        Ryan C. Plecha
        Lippitt O'Keefe Gornbein, PLLC
        370 E. Maple Rd., 3rd Floor
        Birmingham, MI 48009
        (248) 646-8292
        rplecha@lippittokeefe.com

Dated: April 29, 2015