UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-------------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN : Case No. 13-53846
:
Debtor. :
:
:
-------------------------------------------------------------x

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS

Michael C. Hammer of Dickinson Wright PLLC requests that his name be removed from the service list that receives Electronic Filings and other notices in the above-captioned case.

Respectfully submitted,

DICKINSON WRIGHT PLLC

By:/s/ *Michael C. Hammer*
Michael C. Hammer (P41705)
350 S. Main Street, Suite 300
Ann Arbor, Michigan 48104
(734) 623-7075
mchammer2@dickinsonwright.com

Attorneys for MGM Grand Detroit, LLC

Dated: April 30, 2015

ANNARBOR 26251-163 193091v1