**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |
| | ) | |

**REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS**

Stephen M. Gross of McDonald Hopkins PLC requests that this his name be removed from the service list that receives Electronic Filings and other notices in the above captioned case.

Dated: April 30, 2015

Respectfully submitted,

**MCDONALD HOPKINS PLC**

By: /s/ Stephen M. Gross
Stephen M. Gross (P35410)
MCDONALD HOPKINS PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075
Email: sgross@mcdonaldhopkins.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Request to be Removed from Receiving Electronic Filings* was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter this 30th day of April, 2015.


/s/ Stephen M. Gross
_____