UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

-----------------------------------------------------------x
                                          :
                                          :   Chapter 9
In re                                     :
                                          :
                                          :   Case No. 13-53846
                                          :
CITY OF DETROIT, MICHIGAN,                :
                                          :   Hon. THOMAS J TUCKER
                                          :
Debtor.                                   :
                                          :
                                          x
-------------------------------------------------------

## NOTICE OF WITHDRAWAL OF DOCKET# 9773

Now Comes Creditor, City of Detroit, by and through the undersigned attorney Mary Beth Cobbs Assistant Corporation Counsel and withdraws the Stay Modification regarding Michigan Biotech Partners LLC filed on or about April 30,2015

                                                                                     CITY OF DETROIT LAW DEPARTMENT

Dated: April 30,2015

                                                                                    /S/MARY BETH COBBS
                                                                                    MARY BETH COBBS(P40080)
                                                                                     Assistant Corporation Counsel
                                                                                     2 Woodward Ave, Set 500
                                                                                     Detroit, MI  48237-3075
                                                                                     cobbm@detroitmi.gov

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION-DETROIT

---------------------------------------------------------x
:
In re : Chapter 9
:
: Case No. 13-53846
:
CITY OF DETROIT, MICHIGAN, :
: Hon. Thomas J Tucker
:
Debtor. :
:
x
-------------------------------------------------------

## CERTIFICATE OF SERVICE

**MARY BETH COBBS,** certifies that on April 30, 2015 , she served a copy of this **NOTICE OF WITHDRAWAL OF DOCKET#9773** and this **CERTIFICATE OF SERVICE** on all counsel of record by electronically filing the foregoing with the Clerk of the Court using the EFC system which will send notification of such filing.

I declare that the statements above are true to the best of my information, knowledge and belief.

CITY OF DETROIT LAW DEPARTMENT

/S/MARY BETH COBBS
MARY BETH COBBS(P40080)
Assistant Corporation Counsel
2 Woodward Ave, St 500
Detroit, MI  48237-3075
cobbm@detroitmi.gov