UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT,                                    Case No. 13-53846

       Debtor.                                      Chapter 9

_____/           Hon. Steven W. Rhodes

ANGELA WILLIAMS (P35157)
Attorney for Creditor
Detroit Housing Commission
1301 E. Jefferson Ave.
Detroit, MI  48207
(313) 877-8774

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS

    ANGELA WILLIAMS, Attorney for Creditor, DETROIT HOUSING COMMISSION, requests that her name be removed from the service list that receives Electronic Filings and other notices in the above-entitled cause.

                    Respectfully Submitted,


                    */s/ Angela Williams*_____
                    ANGELA WILLIAMS (P35157)
                    Attorney for Creditor
                    Detroit Housing Commission
                    1301 E. Jefferson Ave.
                    Detroit, MI  48207
                    (313) 877-8774
                    williamsa@dhcmi.org

Dated:  April 30, 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT,                                    Case No. 13-53846

      Debtor.                                       Chapter 9

_____/              Hon. Steven W. Rhodes

ANGELA WILLIAMS (P35157)
Attorney for Creditor
Detroit Housing Commission
1301 E. Jefferson Ave.
Detroit, MI  48207
(313) 877-8774

## PROOF OF SERVICE

    The undersigned, being first duly sworn, deposes and says that on the 30th day of April, 2015, she did serve, via e-file, the attached REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS upon all counsel of record.

    I declare under the penalty of perjury that the above statements are true to the best of my knowledge, information and belief.


                               /s/  Rosalie Hollis
                               Rosalie Hollis