IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------- x
                                                           :  Chapter 9
In re                                                      :
                                                           :  Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                                 :
                                                           :  Hon. Thomas J. Tucker
            Debtor                                         :
---------------------------------------------------------- x

**STIPULATION FOR ADJOURNMENT OF HEARING ON DEBTOR'S OBJECTION TO CLAIM NUMBER 852 FILED BY MICHIGAN AUTO RECOVERY SERVICE**

Michigan Auto Recovery Service ("Michigan Auto"), the holder of Claim Number 852, and the City of Detroit, Michigan (the "City"), by and through its undersigned counsel, hereby stipulate to the entry of the Order attached as **Exhibit 1**, and respectfully request that the Court reschedule the hearing on the City's Fourteenth Omnibus Objection to Certain Books and Records Claims (Dkt. No. 9569) as to Claim Number 852 only, for the date listed on Exhibit 1 hereto or as soon thereafter as the Court may determine and grant such other relief as is proper and just.

Respectfully submitted by:

| **THORNBLADH LEGAL GROUP PLLC** | **FOLEY & LARDNER, LLP** |
|---|---|
| By: /s/ Kurt Thornbladh (w/consent) | By: /s/ Tamar N. Dolcourt |
| Kurt Thornbladh (P25858) | John A. Simon (P61866) |
| 7301 Schaefer | Tamar N. Dolcourt (P73425) |
| Dearborn, MI 48126 | Leah R. Imbrogno (P79384) |
| Phone: (313) 943-2678 | 500 Woodward Ave., Ste. 2700 |
| kthornbladh@gmail.com | Detroit, MI 48226 |
| *Counsel to Michigan Auto Recovery Service* | Phone: (313) 234-7100 |
| | jsimon@foley.com |
| | tdolcourt@foley.com |
| | limbrogno@foley.com |
| Dated: May 1, 2015 | *Counsel to the City of Detroit, Michigan* |

4828-5120-1315.1