# **EXHIBIT 1**

| UNITED STATES BANKRUPTCY COURT  EASTERN DISTRICT of MICHIGAN | | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 | **FILED** |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Sherrell-ann: peyton**

Name and address where notices should be sent:  NAME ID 16036844
Sherrell Ann: peyton
10109 Curtis Street
Detroit 48221 Michigan

**RECEIVED**
**FEB 07 2014**
**KURTZMAN CARSON CONSULTANTS**

2014 FEB -4  A 10:35
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

Telephone number:　　　email:

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:　　　email:

**1. Amount of Claim as of Date Case Filed:  $ 80,000**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim: TAX AUCTION NOT VALID AFTER JULY 25, 2013**
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: **3846** | 3a. Debtor may have scheduled account as:_____ (See instruction #3a) **13-53846** |
|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $_____

Nature of property or right of setoff: ☑ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Basis for perfection:_____

Value of Property: $ **80,000**

Amount of Secured Claim: $_____

Annual Interest Rate (when case was filed)____% ☐ Fixed or ☐ Variable

Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $_____

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____.** $_____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.   ☑ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: [:Mary-jean: peyton el bey]
Title:
Company:
Address and telephone number (if different from notice address above):
10101 Curtis Street [48221]
1-702-290-3696

Signature: [:mary-jean:peyton el bey]   Date: 1-31-2014

Telephone number:　　email:

RECORDATION REQUESTED BY:

American Pension Services, Inc # 5798

WHEN RECORDED MAIL TO:

American Pension Services, Inc # 5798
1192 E. Draper Pkwy, Suite 155
Draper, Utah 84020

---

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE ONLY

## ASSIGNMENT of MORTGAGE

FOR VALUE RECEIVED, the receipt and sufficiency of which are hereby acknowledged, **JPMORGAN CHASE BANK, N.A.**, hereby grants, assigns and transfers to **American Pension Services, Inc # 5798** all beneficial interest under that certain **Mortgage** for **$81,600.00** dated **December 27, 2000**, and executed by **SHERRELL A. PEYTON, A SINGLE WOMAN**, Grantors, to **CHASE MANHATTAN MORTGAGE CORPORATION** and recorded as Instrument No. **201098319**, in Book **33344**, Page **368**, on **March 13, 2001**, of Official Records in the County Recorder's office of **Wayne**, State of **Michigan**, as described in said Mortgage and more commonly known as **18983 Kentucky, Detroit, MI 48221**.

**LEGAL DESCRIPTION:** SEE ATTACHED LEGAL DESCRIPTION AS EXHIBIT "A"

JPMORGAN BANK, N.A., sells to Assignee all of Assignor's right, title and interest in the Mortgage Loan, Deed of Trust/Mortgage and Note in "As Is" condition, with all faults, without any recourse to Assignor whatsoever and without any warranty expressed or implied, character or nature. JPMORGAN BANK, N.A., further makes no representations or warranties regarding the Mortgage loan, Note or Deed of Trust/Mortgage. Assignee confirms that it has taken such steps as it deems appropriate with respect to conducting due diligence with respect to the status and quality of the Mortgage Loan, Note and Deed of Trust Mortgage.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said **Mortgage**.

Dated: May 19, 2009

JPMorgan Chase Bank, N.A.,

_____
Launi Solomon, Representative of JPMorgan Chase Bank, N.A.

Instrument prepared by: Launi Solomon
1820 E. Sky Harbor Cir. S Flr 2, Phx, AZ 85034.

STATE OF ARIZONA
COUNTY OF MARICOPA

On 5/19/09, before me, the undersigned Notary Public in and for said County and State, personally appeared, Launi Solomon, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by the signature(s) on the instrument the person(s), or entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public in and/for said County and State

[Notary Seal: SANDRA NEWMAN, NOTARY PUBLIC - ARIZONA, MARICOPA COUNTY, My Comm. Expires Feb 11, 2012]

WORD ACF/BANK ONE/ASSIGNMENTS/OHIO/PHX5-PEYTON

## Monthly Billing Statement

 1192 E Draper Pkwy, Ste 155
Draper, UT 84020
800-405-1733

**For Customer Service call Monday - Friday 9 AM to 5 PM**

Sherrell Peyton
10109 Curtis Rd
Detroit, MI 48221

| | | | |
|---|---|---|---|
| Statement Date: 1/16/2014 | | Loan Number: | 9998-1660 |
| Interest Rate: 9.75% | | Principal Balance: | $79,034.97 |
| | | (Not A Payoff Amount) | |

### Payment Summary

Next Payment Due: 05/01/2012    P & I Payment: $700.00    Escrow Payment: $0.00

**IF PAID   15   DAYS AFTER DUE DATE, INCLUDE $35.00   Late Fee.**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you have been discharged through bankruptcy, or are currently in bankruptcy, this is not an attempt to collect a debt.

### Transaction Activity

| Transaction | Date | Amount | Principal | Interest | Escrow | Late Fee |
|---|---|---|---|---|---|---|
| PAYMENT | 03/26/2012 | $700.00 | $57.37 | $642.63 | $0.00 | $0.00 |

### Payment Coupon

| | |
|---|---|
| Sherrell Peyton | Loan Number:     1660 |
| 10109 Curtis Rd | Payment Due:     05/01/2012 |
| Detroit, MI 48221 | P & I Payment:    $700.00 |
| | Escrow Payment: $0.00 |
| | Total Payment:   $700.00 |

**IF PAID  15  DAYS AFTER DUE DATE, INCLUDE   $35.00  LATE FEE.**

Make checks payable to: American Pension Services
Mail to :            1192 East Draper Parkway Suite 155
                     Draper, UT 84020

If your account is on Automatic Debit this statement is for informational purposes only.