# EXHIBIT 1

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

Name of Debtor: **City of Detroit, Michigan**   Case Number: **13-53846**

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
*Bridget Murriel*

Name and address where notices should be sent:
*Bridget Murriel*
*3324 Hogarth*
*Detroit, MI. 48206*
Telephone number: *313·894·5290* email: *bmurriel@stt.net*

COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

FILED 2014 DEC -3 A 11:31

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number: _____   email: _____

1. Amount of Claim as of Date Case Filed:   $_____   *The Court will decide my compensation*

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: *Proof of Corruption within the City of Detroit Police Human Resources department.*
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: _____   3a. Debtor may have scheduled account as:_____
(See instruction #3a)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____

Annual Interest Rate (when case was filed)_____% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection: _____

Amount of Secured Claim: _____

**RECEIVED**
DEC 04 2014

Amount Unsecured: _____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).

KURTZMAN CARSON CONSULTANTS

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted".) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. Signature: (See instruction # 8)
Check the appropriate box.

☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3005.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Bridget Murriel*
Title: *Personnel & Payroll Clerk*
Company: *City of Detroit - Police*
Address and telephone number (if different from notice address above):
_____
_____
_____

*Bridget Murriel* (Signature)   *12·02·14* (Date)

Telephone number: *248.377.2518* email: _____

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonme



1353846141203000000000005

```
□PPIQ.□□001P(          )        □
MURRIEL,BRIDGET L              CITY OF DETROIT          INQUIRY-01  LAST PAY=448
EMP-ID:            PEN:              12-02-2014    AGY:  48  PC: B  UNIT: 4800
POS-NO: 480650160      EMP-TYPE: 1         PRIN-CLASS H SP -STD- --HOURLY-- ANNUA
EMPL STATUS 01     BIRTH   DATE 02131960      -CODE- S RT HOURS ---RATE--- SALARY
LONG STATUS        CERTIF  DATE 04292002      012027 1   080.0 013.680288 028455
COMP STATUS        APPOINT DATA 06202003/01  -COLA....00
SPEC STATUS        APP EFF DATE          EMPL ADDRESS  3324 HOGARTH
MAIL CODE    4800  APP EXP DATE                   DETROIT        , MI 48206
BADGE NUMBR        CITY SR DATE 04292002 OPTL ADDRESS
FOTC NUMBR         DEPT SR DATE 07162012
TRANS-AGY          MIL AUG AMT          SH.PREM....1


****************************************************************
*                                                              *
*  PLEASE ENTER PPIQ.SOF WHEN YOU ARE DONE WITH INQUIRY *
*                                                              *
****************************************************************

□PPIQ.  008
MURRIEL,BRIDGET L              CITY OF DETROIT          INQUIRY-08  LAST PAY=448
EMP-ID:            PEN:              12-02-2014    AGY:  48  PC: B  UNIT: 4800
-CLASS -------CLASS--------   YTD- --HOURLY-- CE  -COST DISTRIBUTION DATA-
-CODE- -------TITLE--------- HOURS ---RATE--- TA AGY COST PERCENT S-O  STEP-INC
012027 P&P RECS SYS CLERK     0160 013.680288    48 0601  1.00  00   0.000+
       PRINCIPAL TITLE
       EFFECT DATE = 05162014



****************************************************************
*                                                              *
*  PLEASE ENTER PPIQ.SOF WHEN YOU ARE DONE WITH INQUIRY *
*                                                              *
****************************************************************
```

*Proof of Title & Annual Salary*

*My education background is equalivant to a Masters and Higher.*

*Bridget Murriel 12·02·14*

REPORT PRW2751G173
AGENCY 48 POLICE
PAY CODE B PAY-ROLL 4800

CITY OF DETROIT
PAYROLL REGISTER
PAID 11-26-2014

DATE 11-22-2014
PAGE 1327

DEPOSITED 11-26-2014

```
------EMPLOYEE NAME--------    SOC SEC NO    BADGE   PENSION  MAIL-CD  REG RATE  --BANK--  -ACCOUNT NUMBER--   YTD-GROSS-PAY   STUB NO
MURRIEL,BRIDGET L                                              4800   13.680288H                                  826530.63   5001928

-----GROSS PAY AND GROSS PAY ADJUSTMENTS-----         ----TAXES WITHHELD----       --VOLUNTARY DEDUCTIONS AND ADJ---      ---NET PAY ADJ---
CLASS KOT G ER CODE REF -UNITS- -RATE- -AMOUNT--  CODE- E -AMOUNT- -YTD BAL-  -CODE- -AMOUNT-  -CODE- -AMOUNT-   CODE REF -AMOUNT-
012027 01              70.8  13.680   968.56   OASDI     76.01  1587.68  110N1   43.78  200N1    0.00
012027 32               1.2  13.680    16.42   MEDC      17.77   371.31  40010    0.40  69200   32.67
012027 35               8.0  13.680   109.44   FIT     4 55.62   891.76  41040    1.27
012027 66               8.0  20.520   164.16   SIT       37.16   758.89
                                               DIT       28.40   602.35


GROSS   1258.58   GP ADJ   0.00   DEF INC   0.00   TAXES   214.96   VOL DED   78.12   NP ADJ   0.00   NET PAY   965.50
```

*Proof of Income — Bridget Murriel 12.02.14*

| Reply | Reply All | Forward | Move | Mark Unread | Delete |

| Resend | Print View | |

**Mail**      Properties

From: **Bridget Murriel**      Tuesday - December 2, 2014 12:26 PM
To: **Gail Oxendine <OxendineG@detroitmi.gov>; Crystal Perkins <PerkinsC@detroitmi.gov>; Brian Tennille <Brian Tennille>; DELIA ENRIGHT <ENRIGHTD027@detroitmi.gov>**
CC: **BJones_MB@detroitmi.gov <BJones_MB@detroitmi.gov>**
Subject: **Verification For Bankrupcty Case**
Attachments:      Fwd: Re: Breach of Contract -- Fraud Explaination of Work Performance

To Whom This May Concern,

Thank you for your time! I needed the information to show the bankruptcy Judge that I tried to resolve the reason why I was reverted back to a Personnel and Payroll Clerk for no reason. I have the exact information I need. You've explained in detail of how investigations are conducted within the Police Human Resources Department. Sorry, if I offended you doing my investigation of why I received this unfair treatment. I will let the bankruptcy court decide my out come. My intentions were not to harass the Police Human Resources Department, sorry but I needed answers.

Thank you!

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Detroit Public Safety Headquarters
1301 Third
Suite# 6S-639
Detroit, Michigan 48226
Office: 313-870-2763
Fax: 313-664-3113
Fax: 313-870-0069
Email: BriMur@detroitmi.gov

Mike Duggan, Mayor

Question to the Court:

If a supervisor lied about an employee's work performance, is this considered breaching the contract? My career has been ruined because former Deputy Chief Angela Obey-Young lied about my work performance on my evaluation form. Please review e-mails based upon my investigation to resolve my problem of unfair treatment in the work place.

Thank you!

```
PPIQ.550075538268953555        5
MURRIEL,BRIDGET L              CITY OF DETROIT          INQUIRY-07  LAST PAY=448
EMP-ID: ███████    PEN:████     12-02-2014     AGY:  48  PC: B  UNIT: 4800
------PERSONNEL DEPT   EXAM RESULTS------
--TYPE---CLASS--EXAM----DATE----%--ELIG-NO -------IN HOUSE TRAINING TAKEN-------
ORIGINAL 012025 1104 11212001  083   000     CODE YEAR    CODE YEAR    CODE YEAR
SECOND
-OTHER---CLASS--TYPE--DATE--RSLT--F/R---
NO EXAM DATA ON FILE.....................
```

Test Results for title Personnel & Payroll Clerk

```
*****************************************************
*                                                   *
*   PLEASE ENTER PPIQ.SOF WHEN YOU ARE DONE WITH INQUIRY *
*                                                   *
*****************************************************
```

## Re: Breach of Contract -- Fraud Explaination of Work Performance

| | |
|---|---|
| **From:** | Gail Oxendine |
| **To:** | Murriel, Bridget; Perkins, Crystal; Tennille, Brian; ENRIGHT, DELIA |
| **CC:** | Mailbox, BJones_MB; Tolliver, Tina; HOUSER, LASHINDA; CRAIG, JAMES |
| **Date:** | Tuesday - December 2, 2014 11:52 AM |
| **Subject:** | Re: Breach of Contract -- Fraud Explaination of Work Performance |
| **Attachments:** | TEXT.htm; Bridget Murriel - Investigation Findings and Decision 11.25.2014.pdf; Bridget Murriel - Investigation Documents.pdf; Fwd: Re: Hearing and Policy Investigation Documents Enclosed; Memo Attached is in violation of the Due Process of Laws; Breach of Contract -- Fraud Explaination of Work Performance; Proof of Former Deputy Chief Angela O'bey-Young trying to undermine me; My Introduction To Commander Lee E-Mail Attached; E-mail Forwarded To Commander Lee ; Fwd: new forms for separations team |

Ms. Murriel,

Per your request, attached are the documents reviewed and considered during my investigation. Your work performance of processing lump sums was not considered, as this was not the subject of the investigation. The investigation was to determine if the Human Resources Rule 7 - Probations, and the AFSCME collective bargaining unit where followed with respect to the probationary period for your promotion to Senior Personnel and Payroll Clerk on March 10, 2008.

On Wednesday, November 26, 2014, I provided you with my investigation findings and decision (see attached). The communication also informed you that the decision was final and the case was considered closed. Subsequent to my communication on Wednesday, November 26, 2014, you have sent seven (7) emails (see attached). Each time, you have made basically the same assertions as you have made during the past 6 1/2 years. No additional information or documentation was provided which supports your position. You also have asserted that the City of Detroit is in breach of contract and that my investigation findings (memo) was unconstitutional. However, no breach of contract has occurred, nor is the memo unconstitutional.

Ms. Murriel, please note that on November 26, 2014, I indicated that you are to refrain from contacting Police HR staff regarding this matter (me included), as the final determination has been made and the case is closed. Your continuing to make contact, as evidenced by the seven (7) emails you sent subsequent to November 26, 2014, and the numerous times (since 2008) you have requested the same issue be investigated by both the Central HR Department and Police HR, could be considered harassment, which is creating a hostile work environment. Civilian employees who commit this violation are subject to disciplinary action, up to and including discharge from employment. I strongly urge you to cease your communications to the Police HR Office regarding this matter.

You are welcome to pursue this matter with any other agency or entity as you choose. However, once again, this matter is closed and will no longer be considered by the Police HR Office.

Gail A. Oxendine
Human Resources Director - Police
City of Detroit - Police Department
1301 Third Street
Detroit, Michigan  48226
Office:  313-596-2730
Email:  oxendineg@detroitmi.gov

Michael Duggan, Mayor

Police Chief James E. Craig's vision:

"The Detroit Police Department is a model of sustained policing excellence that places our neighborhoods and people first."

>>> Bridget Murriel 11/30/2014 1:10 PM >>>
To Whom This May Concern,

Please review attachment! Former Deputy Chief Angela O'bey-Young breached the contract with false accusations stating I need additional experience of Lump Sums, Leave of Absence, Suspensions, and Inactive Unit Status (1105). I know how to process everything she mentioned in her explanation. I designed, and computerized the Lump Sum Payout spreadsheets for Police Separation Team with the assistant of former contractual ITS employee Elmore Snead. I know everything about using PPS2K (B20), WORKBRAIN, Oracle applications. I am a degreed Computer Programmer, Business Administration, and Accountant with concentration in Payroll. Several co-workers were promoted to Senior Personnel & Payroll Clerks who did not pass the Senior Personnel & Payroll Clerk test. I was told that management used my Senior Personnel & Payroll Clerk to promote a co-worker because the co-worker did not pass the Senior Personnel & Payroll Clerk test in the year of 2002. I was never promoted in the year 2002 as a Senior Personnel & Payroll Clerk. At the time, I was a Personnel & Payroll Clerk at the Police Payroll Department. My City of Detroit Work History can explain the exact dates of my employment with the City of Detroit. My City of Detroit Work History is attached to previous e-mails sent. Please review! If the truth was written on the attached evaation form, my reversion would not be based upon my work performance. I did not know the City of Detroit support reversions of employees based upon an individual jealousy. If research was properly conducted of my work performance the outcome would be different of your decision Ms. Oxendine on your memo you provided to me via e-mail 11/26/14. I am unclear of the practices of business ethics at the City of Detroit. Did your investigation include Lump Sum Payout spreadsheets that I processed for police employees. I processed Lump Sum Payouts for General City of Detroit employees on PPS2K (B20), and WORKBRAIN from 07/14/08 - 11/18/11 without any problems. Ms. Oxendine please explain, how did I return back to Police Payroll, my work performance is excellent, I am currently at the same level as a Personnel & Payroll Clerk when first employed with the City of Detroit Police Payroll Department performing Senior Personnel & Payroll tasks processing New Hire, Re-Hire, Payroll Adjustments, and Separations tasks with my education background? Ms. Oxendine please explain the difference between processing General City Lump Sum Payouts from Police Lump Sum Payouts? General City has never inform me that I need additional experience processing Lump Sum Payouts, Leave of Absence, Suspensions, and placing employees in Inactive Status (Unit 1105). I have never had a problem processing any payroll tasks.

Sincerely

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Detroit Public Safety Headquarters
1301 Third
Suite# 6S-639
Detroit, Michigan 48226
Office: 313-870-2763
Fax: 313-664-3113
Fax:  313-870-0069
Email: BriMur@detroitmi.gov

Mike Duggan, Mayor

City of Detroit
## NOTIFICATION OF PROBATION

| Length of Probation | |
| --- | --- |
| ☒ 3 Months ☐ 6 Months | Final Probation Due June 10, 2008 |

| | |
| --- | --- |
| Name: Bridget Muriel | Pension No.: |
| Title: Senior Personnel & Payroll Clerk | Soc. Sec. No.: ~~redacted~~ |
| Department/Division: Police / Payroll | Supervisor: J" OC Obey-Young |

### TO THE EMPLOYEE

You have been hired to the position indicated above, subject to the specified probation period. During this period, your performance will be evaluated to determine whether or not you should be given permanent status in this position. Normally, the first evaluation will take place about halfway through the probation period. The final evaluation will occur shortly before the probation period expires. Based on this final evaluation, the decision will be made to grant you permanent status, extend the probation period, revert you to your last prior status, or terminate employment. However, your employment may be terminated for cause at any time during the probation period.

The general factors used to evaluate employees are listed on the back of the this sheet. Your supervisor will discuss with you the specific duties and responsibilities of the position. These duties and responsibilities of the position. These duties and responsibilities will depend on the needs of the department and the specific assignment. These duties are subject to change. You will be expected to perform any duty which is reasonable and either stated specifically or implied in the job specification for your position.

### EMPLOYEE CERTIFICATION

I understand that my status in this position is that of a probationary employee and that in order to qualify for permanent status I must demonstrate an acceptable level of work performance during the probation period. I have read the general factors on which I will be evaluated and have discussed the specific duties and responsibilities of the assignment with my supervisor. I understand what is expected of me and realize that these duties and responsibilities are subject to change. Further, I understand that I will be expected to perform any duty that is reasonable and either stated specifically or implied in the job specification for my position.

Signature _Bridget Muriel_                    Date 03-30-08

### TO THE SUPERVISOR

This form notifies the employee of the length and type of the probation period. It is also gives the employee a statement of the general factors that will be considered in evaluating the employee for permanent status. It is your responsibility to insure that the employee knows and understands the specific duties of the assignment and what level of performance is expected. Take time to explain fully the assignment to the employee and answer any question you have clearly as possible.

### SUPERVISOR CERTIFICATION

I have discussed the specific duties and responsibilities of the assignment with the employee. I feel that the employee has a reasonable understanding of the level of work performance expected in order to qualify for permanent status in this position.

Signature _Rebecca Lewis_                    Date 3 2008

Cc: Employee Services Specialist
    Employee

| | | |
| --- | --- | --- |
| Notice of Probation<br>Effective 03/11/2008 | City of Detroit, copyright. All rights reserved.<br>Pg. 3 | FORM 9037<br>Rev 4 |

# DATABASE

**City of Detroit**
**Recommendation on Permanent Status**
**Final Probation/Trial Period Report**

Length of Probation 3 Months

| Name Bridget Murriel ✓ | Soc. Sec. NO. 382/68/9535 ✓ | Certification Date ____ |
|---|---|---|
| Department Police ✓ | Division Payroll | Title Senior Personnel & Payroll Clerk ✓ |
| Date of Final Probation Due June 10, 2008 | Date Hired or Status Change Effective Date March 10, 2008 | |

Note: Failure by the Department to submit a timely probation report will result in the employee gaining permanent status by default.

## WORK PERFORMANCE

| | E M N U | Knowledge and Skills | E M N U | | E M N U |
|---|---|---|---|---|---|
| Overall Ability to Perform | ☐☐☑☐ | a. Technical Knowledge | ☐☑☐☐ | Work Behavior | ☐☑☐☐ |
| Quality of Work | ☐☑☐☐ | b. Practical Skills | ☐☑☐☐ | Supervisory Abilities, | ☐☐☐☐ |
| Quantity of Work | ☐☐☑☐ | c. Ability to Learn | ☐☐☐☐ | if appropriate | |

Attendance and Tardiness Record Dates: From ____ To ____

____ TOTAL DAYS ABSENT = ____ Paid S/L ____ Abs./No Pay ____ Dept. Lv. ____   ☒ Satisfactory _aw_

____ AWOL ____ Occupational Injury ____ Funeral Lv.   ☐ Needs Improvement

____ TOTAL TIMES TARDY = ____ Beginning of Shift ____ Return from Lunch   ☐ Unsatisfactory

Explain all exceeds expectations and unsatisfactory ratings. Be specific.

*ADDITIONAL EXPERIENCE ON LUMP SUMS*
*LEAVE OF ABSENCE*
*SUSPENSIONS*
*INACTIVE UNIT (NOS)*

## DEPARTMENTAL RECOMMENDATION

____ PERMANENT STATUS   ☒ EXTENSION OF PROBATION*: Length of desired extension _90 Days_
(See instructions for limitations on extensions)   _3 Months_
**Notify labor organization, if applicable**

____ SEPARATION   Date ____   Return Employee to previous status of ____
Effective Date: ____

Rated by _Odessa Lewis_   Title _ADMIN SPECIALIST I_   Date _6-4-08_
Reviewed by _Angela C Bey-Young_   Title _3RD Deputy Chief_   Date _6/4/08_

Employee Certification: I understand that my signature does not imply agreement with this evaluation. I also understand that I may submit a statement of explanation to be included, along with this evaluation, in the official record, as well as pursue any avenues of appeal available to me.

Employee Signature _Refuse to Sign_   Date _06·04·08_

### Human Resources

☑ Concur with Departmental Recommendation   ☐ Other ____
☐ Automatic Affirmation: Received too late (default)   By ____ Date ____
_Renee Parker 6/5/08_   ☐ Entered into PPS Date ____
Human Resources Approval   Date

**Approved by Authority of the HR Director**

City of Detroit, copyright. All rights reserved.

Probation/Trial Period Evaluation
Effective 12/02/02

JUN 16 2008

FORM9035
Rev 10

CERT DATE: 4-29-02
HIRE DATE: 4-29-02

@ 44

# DATABASE

**City of Detroit**
**Recommendation on Permanent Status**
**Final Probation/Trial Period Report**

| Length of Probation 3 Months | | |
|---|---|---|
| Name Bridget Murriel ✓ | Soc. Sec. NO.382/68/9535 ✓ | Certification Date |
| Department Police ✓ | Division Payroll | Title Senior Personnel & Payroll Clerk |
| Date of Final Probation Due June 10, 2008 | Date Hired or Status Change Effective Date March 10, 2008 | |

Note: Failure by the Department to submit a timely probation report will result in the employee gaining permanent status by default.

## WORK PERFORMANCE

|  | E M N U |  |  | E M N U |  |  | E M N U |
|---|---|---|---|---|---|---|---|
| Overall Ability to Perform | ☐☐☑☐ | Knowledge and Skills | | ☐☑☐☐ | Work Behavior | | ☐☑☐☐ |
| Quality of Work | ☐☑☐☐ | a. Technical Knowledge | | ☐☑☐☐ | Supervisory Abilities, | | ☐☐☐☐ |
| Quantity of Work | ☐☐☑☐ | b. Practical Skills | | ☐☑☐☐ | if appropriate | | |
| | | c. Ability to Learn | | ☐☐☐☐ | | | |

**Attendance and Tardiness Record Dates: From _____ To _____**

| _____ TOTAL DAYS ABSENT = | _____ Paid S/L | _____ Abs /No Pay | _____ Dept. Lv. | ☒ Satisfactory as |
|---|---|---|---|---|
| | _____ AWOL | _____ Occupational Injury | _____ Funeral Lv. | ☐ Needs Improvement |

**1 TOTAL TIMES TARDY = 1** _____ Beginning of Shift _____ Return from Lunch ☐ Unsatisfactory

Explain all exceeds expectations and unsatisfactory ratings. Be specific.

ADDITIONAL EXPERIENCE ON LUMP SUMS
LEAVE OF ABSENCE
SUSPENSIONS
INACTIVE UNIT (1105)

## DEPARTMENTAL RECOMMENDATION

_____ PERMANENT STATUS

☑ EXTENSION OF PROBATION*: Length of desired extension 90 Days
(See form instructions for limitations on extensions) 1000 done 7/16/08 aw
Notify labor organization, if applicable

_____ SEPARATION /Date _____

☐ Return Employee to previous status of P&P CLERK @ HR
Effective Date: 7-14-08

| Rated by Deleon Lewis | Title ADMIN SPECIALIST I | Date 6-4-08 |
|---|---|---|
| Reviewed by Angela Berryoung | Title 3RD Deputy Chief | Date 6/4/08 |

Employee Certification: I understand that my signature does not imply agreement with this evaluation. I also understand that I may submit a statement of explanation to be included, along with this evaluation, in the official record, as well as pursue any avenues of appeal available to me.

Employee Signature _Refuse to Sign_          Date 06·04·08

### Human Resources

☑ Concur with Departmental Recommendation          ☐ Other _____
☐ Automatic Affirmation: Received too late (default)          By _____ Date _____
_Kim Jones_ 7/7/08          ☐ Entered into PPS Date _____
Human Resources Approval          Date

**Approved by Authority of the HR Director** G

JUL 21 2008

City of Detroit, copyright. All rights reserved.

Probation/Trial Period Evaluation
Effective 12/02/02

pg. 4

FORM9035
Rev 10



City of Detroit – Human Resources
Employee Services Division –
Command y/Customer Services Group
Coleman A. Young Municipal Center
2 Woodward Avenue – Suite 316
Detroit, Michigan 48226
Phone: (313) 224-3725
Fax: (313) 224-3609
www.ci.detroit.mi.us

July 11, 2008

Bridget Muriel
3324 Hogarth
Detroit, MI 48206

Dear Ms. Muriel:

RE: PROBATIONARY REVERSION

Your performance did not meet the expected standards for the classification of Sr. Personnel & Payroll Clerk.

You are being reverted to your previous position of Personnel & Payroll Clerk effective Monday, July 14, 2008.

Please report to the Human Resources Department, Room 316 in the Coleman A. Young Municipal Center on Monday, July 14, 2008 at 8:30 A.M.

If you have any questions, please contact my office 313-224-3730 or your Human Resources Consultant, Brandi Richmond at 313-224-3725.

Sincerely,

RENEE LASTER
Human Resources Consultant
Employee Services Division

cc: Brandi Richmond – HRC
    Lawana Ducker – Director Police Personnel
    Angela Obey-Young – Police Payroll
    AFSCME Local 1023
    File

/rl

Mission Statement: To plan, develop and deliver human resource services in partnership with City departments and agencies, to enable all employees to provide high quality and timely services to residents, visitors and businesses.

Kwame M. Kilpatrick, Mayor



COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE., SUITE 310
DETROIT, MICHIGAN 48226
PHONE (313) 224-3180
FAX (313) 224-9434

> Via Email and Hard Copy

December 9, 2008

Ms. Bridget Murriel
Human Resources Department
Payroll Division
507 Coleman A. Young Municipal Center
Detroit, MI 48226

> **RE: Demoted for No Reason - Email request -Hearings & Policy Non-Union Grievance**

Ms. Murriel:

I am in receipt of your email of December 9, 2008. The Hearings & Policy Unit of HR has responsibility for grievances filed pursuant to Human Resources Department Rule 17. Upon receipt of your request for assistance, I attempted to assemble the pertinent information so I could provide an informed response.

A review of HR documents indicates:

o   On or about March 10, 2008, pursuant to a Status Change effective this date, you were named a Senior Personnel & Payroll Clerk;

o   On or about March 20, 2008, you signed a Notification of Probation advising you of a three (3) month probationary period for the Senior Personnel & Payroll Clerk position. Additionally, the Notification advises that a final evaluation will be made prior to either granting you permanent status, extending your probation or reverting you to your last prior status;

o   On or about June 4, 2008, the Police Department recommended an extension of your probation;

o   You were notified on July 9, 2008 that you would be reverted effective July 14, 2008;

o   On or about July 11, 2008, you were notified of your probationary reversion.

The position in questions is subject to the collective bargaining agreement with AFSCME. The Master AFSCME Agreement provides in pertinent part:

> ▪ Section 9(b) – any grievance under this Agreement which is not filed in writing <u>within twenty (20) working days after the grievance arises shall not be considered a grievance.</u>
>
> <u>NOTE:</u> In your email you reference filing a grievance with you Union Representatives. You did not relay the status of your union grievance; however, assuming it was filed timely, that would be your avenue of recourse.

Human Resources Department Rules 17 provides the process and procedures for Employee Grievances. Rule 17 provides in pertinent part:

> Section 3 (e) A classified employee covered by a collective bargaining contract containing a grievance procedure providing for a final and enforceable resolution of a grievance shall, *unless the contract calls for a specific and exclusive procedure,* elect at the outset in accordance with 3(f) of this section to use either the commission procedure or the contract procedure, *but may not use both.*

<u>NOTE:</u>

> (1) In your email, you indicate you have filed a grievance with your union reps, therefore you are not able to elect at the outset to use the commission procedure. You have already initiated the union procedure and the rule is clear you may not use both.
>
> (2) The AFSCME Master agreement provides in Section 9(f) that the grievance procedure contained in this Agreement shall be the exclusive grievance procedure for all members of the bargaining unit. Again the reference set forth above clearly provides that HR Rule 17 is not available if the contract provides the contractual grievance is an exclusive procedure.

Therefore, for the reasons set forth in the letter, it does not appear that I am your last resort. You may pursue the union grievance as mentioned in your email. However, having initiated that process, you may not file a concurrent non-union grievance pursuant to Rule 17.

If any of the status change, probationary and reversionary information is <u>factually incorrect</u>, please advise and provide supporting documentation. I am not commenting on the assessment of your job performance as I have no personal knowledge other than the factors as set forth in the probationary and reversion documents. I am more than willing to revisit my analysis if I am not correctly reciting the facts.

As always, if you have any additional questions, please feel free to contact me.

Sincerely,

Brenda E. Braceful
Manager I- Hearings & Policy Division


cc:    Kimberly Hall, General Manager
       Renee Laster, HR Consultant
       File

**From:** Bridget Murriel
**To:** CHEATOM, BENITA
**Date:** 11/4/2010 5:21 PM
**Subject:** Re: Fwd: newhireltr.doc - FYI

Ms. Cheatom,

I was employed at Police Payroll from 04/27/02 - 07/31/05 before I was laid off. I was nominated employee of the quarter for the period of October 1, 2002 - December 31, 2002. I'm processing payroll currently the same as a Senior. I designed and computerized File Maintenance for Police Payroll not Vicki Rice-Parker. Someone is lying and it is not me. I know everything about Police Payroll. Ask to see my processed work at Police Payroll and it will tell you the truth. I did an excellent job considering I was never paid Out-of-Class for my work at Police Payroll. I can prove it was a lie.

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Suite# 628
Coleman A. Young Municipal Ctr.
2 Woodward Avenue
Detroit, Michigan 48226
Office: 313-224-3940
Fax: 313-628-0771
Email: BriMur@detroitmi.gov

Dave Bing, Mayor


>>> BENITA CHEATOM 11/4/2010 3:15 PM >>>
Ms. Muriel,

Per the attached, you were returned to the Personnel & Payroll Clerk title because you did not successfully complete the probation period for the title Sr. Personnel & Payroll Clerk at the Police Department.

>>> Gail Oxendine 11/4/2010 1:46 PM >>>
Bridget,

Please contact Benita Cheatom regarding this matter. I'm sure the grounds for reversion related to your return to HR.

>>> Bridget Murriel 11/4/2010 12:33 PM >>>
Gail,

I was reverted back to a Personnel & Payroll Clerk for no reason.

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Suite# 628
Coleman A. Young Municipal Ctr.
2 Woodward Avenue
Detroit, Michigan 48226
Office: 313-224-3940
Fax: 313-628-0771
Email: BriMur@detroitmi.gov

Dave Bing, Mayor

>>> Gail Oxendine 11/4/2010 11:54 AM >>>
Bridget,

What is this and why have you sent this to me?

Gail A. Oxendine, Human Resources Director
City of Detroit - Human Resources Department
316 Coleman A. Young Municipal Ctr.
Two Woodward Avenue
Detroit, Michigan 48226
Office: 313-224-1345
Fax: 313-224-1750
Email: oxendineg@detroitmi.gov

Dave Bing, Mayor


>>> Bridget Murriel 11/4/2010 10:20 AM >>>
Good Morning HR,

Please Review Attachment!

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Suite# 628
Coleman A. Young Municipal Ctr.
2 Woodward Avenue
Detroit, Michigan 48226
Office: 313-224-3940
Fax: 313-628-0771
Email: BriMur@detroitmi.gov

Dave Bing, Mayor


>>> Renee Laster 3/6/2008 10:14 AM >>>
Reporting information for Monday, 3/10/08.

Renee Laster
Human Resources Consultant
Employee Services Division
Coleman A.Young Municipal Ctr.
Room 316
313-224-3730 Phone
313-224-5609 Fax

**From:**      Bridget Murriel
**To:**        CHEATOM, BENITA
**Date:**      11/4/2010 5:35 PM
**Subject:**   Re: Fwd: newhireltr.doc - FYI

Ms. Cheatom,

I was setup by management. Angela Obey-Young had no intentions of passing my probation. I over heard Angela Obey-Young telling Ester Ramos that she was not going to pass my probation and she could not wait to tell me I did not pass my probation.

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Suite# 628
Coleman A. Young Municipal Ctr.
2 Woodward Avenue
Detroit, Michigan 48226
Office: 313-224-3940
Fax: 313-628-0771
Email: BriMur@detroitmi.gov

Dave Bing, Mayor

>>> Bridget Murriel 11/4/2010 5:21 PM >>>
Ms. Cheatom,

I was employed at Police Payroll from 04/27/02 - 07/31/05 before I was laid off. I was nominated employee of the quarter for the period of October 1, 2002 - December 31, 2002. I'm processing payroll currently the same as a Senior. I designed and computerized File Maintenance for Police Payroll not Vicki Rice-Parker. Someone is lying and it is not me. I know everything about Police Payroll. Ask to see my processed work at Police Payroll and it will tell you the truth. I did an excellent job considering I was never paid Out-of-Class for my work at Police Payroll. I can prove it was a lie.

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Suite# 628
Coleman A. Young Municipal Ctr.
2 Woodward Avenue
Detroit, Michigan 48226
Office: 313-224-3940
Fax: 313-628-0771
Email: BriMur@detroitmi.gov

Dave Bing, Mayor

>>> BENITA CHEATOM 11/4/2010 3:15 PM >>>
Ms. Muriel,

Per the attached, you were returned to the Personnel & Payroll Clerk title because you did not successfully complete the probation period for the title Sr. Personnel & Payroll Clerk at the Police Department.

>>> Gail Oxendine 11/4/2010 1:46 PM >>>
Bridget,

Please contact Benita Cheatom regarding this matter. I'm sure the grounds for reversion related to your return to HR.

>>> Bridget Murriel 11/4/2010 12:33 PM >>>
Gail,

I was reverted back to a Personnel & Payroll Clerk for no reason.

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Suite# 628
Coleman A. Young Municipal Ctr.
2 Woodward Avenue
Detroit, Michigan 48226
Office: 313-224-3940
Fax: 313-628-0771
Email: BriMur@detroitmi.gov

Dave Bing, Mayor


>>> Gail Oxendine 11/4/2010 11:54 AM >>>
Bridget,

What is this and why have you sent this to me?

Gail A. Oxendine, Human Resources Director
City of Detroit - Human Resources Department
316 Coleman A. Young Municipal Ctr.
Two Woodward Avenue
Detroit, Michigan  48226
Office:  313-224-1345
Fax:  313-224-1750
Email:  oxendineg@detroitmi.gov

Dave Bing, Mayor


>>> Bridget Murriel 11/4/2010 10:20 AM >>>
Good Morning HR,

Please Review Attachment!

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Suite# 628
Coleman A. Young Municipal Ctr.
2 Woodward Avenue
Detroit, Michigan 48226
Office: 313-224-3940
Fax: 313-628-0771
Email: BriMur@detroitmi.gov

Dave Bing, Mayor


>>> Renee Laster 3/6/2008 10:14 AM >>>
Reporting Information for Monday, 3/10/08.

Renee Laster
Human Resources Consultant

Employee Services Division
Coleman A.Young Municipal Ctr.
Room 316
313-224-3730 Phone
313-224-5609 Fax

**From:** Bridget Murriel
**To:** CHEATOM, BENITA
**Date:** 11/5/2010 10:57 AM
**Subject:** Disrespected

Ms. Cheatom,

I am being disrespected because of this lie by Supervisors and Co-workers.

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Suite# 628
Coleman A. Young Municipal Ctr.
2 Woodward Avenue
Detroit, Michigan 48226
Office: 313-224-3940
Fax: 313-628-0771
Email: BriMur@detroitmi.gov

Dave Bing, Mayor

**From:** Bridget Murriel
**To:** CHEATOM, BENITA
**Date:** 11/10/2010 10:35 AM
**Subject:** Bridget Murriel

Good Morning Ms. Cheatom,

I am very disappointed of how one person can tell a lie on a person ,and everyone believed what she said, without any investigation. Renee Laster knew I worked at Police Payroll for three years, and 3 months before Angela O'bey-Young laid me off because of her on personal reasons. In order to be nominated for something you have to do something to help the department. Why would management of Police Payroll nominate me "Employee of the Quarter"???? I know how to process Police Payroll very well. No one else was nominated. I need answers to why no one asked me questions of why I did not sign the evaluation document. This has been a one sided scenario from the beginning of the lie. One of the GOD's commandments is "Thou shall not bare false witness against thy neighbor". I guess Angela O'bey-Young is unaware of this commandment and others who follow her lie she told against me. My career is damaged from this lie Angela O'bey-Young told against me.


P.S. Ms. Cheatom please help me resolve this lie!

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Suite# 628
Coleman A. Young Municipal Ctr.
2 Woodward Avenue
Detroit, Michigan 48226
Office: 313-224-3940
Fax: 313-628-0771
Email: BriMur@detroitmi.gov

Dave Bing, Mayor

**From:** Bridget Murriel
**To:** CHEATOM, BENITA
**Date:** 11/12/2010 9:29 AM
**Subject:** Re: Bridget Murriel

**CC:** Mayor, Mayor

Ms. Cheatom,

I filed a grievance with all three unions I was employed at the time. I brought it to eveyone's attention and nothing was done about her lying on me. I am trying to resolve this matter with current management. I have in writing from Angela O-bey Young of what a great employee I am. I am being harassed by Bobbie Jo Wright. She constantly tries to write me up for no reason. I took the test twice and passed their are employees who are Seniors and did not pass the test. What can you do for me now? I am tried of Bobbie Jo Wright disrespecting me and trying to write me up for no reason. Maybe I have to pursue legal help outside the city to resolve unethical business practices.

Thank you!


Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Suite# 628
Coleman A. Young Municipal Ctr.
2 Woodward Avenue
Detroit, Michigan 48226
Office: 313-224-3940
Fax: 313-628-0771
Email: BriMur@detroitmi.gov

Dave Bing, Mayor


>>> BENITA CHEATOM 11/10/2010 7:29 PM >>>
Good evening Ms. Muriel,

There is nothing that I can do about your having been reverted during your probation period for Senior P & P at DPD. The Probation Evaluation form contains the following statement pertaining to your signature and resolution options that were available to you:


Employee Certification: I understand that my signature does not imply agreement with this evaluation. I also understand that I may submit a statement of explanation to be included, along with this evaluation, in the official record, as well as pursue any avenues of appeal available to me.

Please note that the time limit for filing a grievance about this matter expired over 2 years ago.

>>> Bridget Murriel 11/10/2010 10:35 AM >>>
Good Morning Ms. Cheatom,

I am very disappointed of how one person can tell a lie on a person ,and everyone believed what she said, without any investigation. Renee Laster knew I worked at Police Payroll for three years, and 3 months before Angela O'bey-Young laid me off because of her on personal reasons. In order to be nominated for something you have to do something to help the department. Why would management of Police Payroll nominate me "Employee of the Quarter"???? I know how to process Police Payroll very well. No one else was nominated. I need answers to why no one asked me questions of why I did not sign the evaluation document. This has been a one sided scenario from the beginning of the lie. One of the GOD's commandments is "Thou shall not bare false witness against thy neighbor". I guess Angela O'bey-Young is unaware of this commandment and others who follow her lie she told against me. My career is damaged from this lie Angela O'bey-Young told against me.

P.S. Ms. Cheatom please help me resolve this lie!

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Suite# 628
Coleman A. Young Municipal Ctr.
2 Woodward Avenue
Detroit, Michigan 48226
Office: 313-224-3940
Fax: 313-628-0771
Email: BriMur@detroitmi.gov

Dave Bing, Mayor