# EXHIBIT 2

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

**Name of Debtor:** City of Detroit, Michigan  **Case Number:** 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
*Bridget Murrie*

**Name and address where notices should be sent:**
*Bridget Murrie*
*3324 Hogarth*
*Detroit, MI 48206*
Telephone number: *313·894·5240* email: *bmurriel@att.net*

COURT USE ONLY

❏ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

FILED

**Name and address where payment should be sent** (if different from above):



Telephone number: _____    email: _____

❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ _____    *The court will decide my compensation.*

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
❏ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** *Corruption in the Police Human Resources Dept.*
(See instruction #2) *Current additional information attached*

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a.** Debtor may have scheduled account as: _____
(See instruction #3a)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $ _____

RECEIVED
DEC 0 4 2014
KURTZMAN CARSON CONSULTANTS

**Nature of property or right of setoff:** ❏ Real Estate ❏ Motor Vehicle ❏ Other
Describe:

**Basis for perfection:** _____

**Value of Property:** $ _____

**Amount of Secured Claim:** _____

**Annual Interest Rate** (when case was filed) _____% ❏ Fixed or ❏ Variable

**Amount Unsecured:** _____

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ _____

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § _____.    $ _____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☑ I am the creditor.  ❏ I am the creditor's authorized agent.  ❏ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ❏ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Bridget Murrie*
Title: *Personnel & Payroll Clerk*
Company: *City of Detroit*
Address and telephone number (if different from notice address above):

(Signature) *Bridget Murrie*    (Date) *11·30·14*

Telephone number: *248·377·2518*    email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

13538461412030000000000004

City of Detroit
Recommendation on Permanent Status
Final Probation/Trial Period Report

| Length of Probation 3 Months | | |
|---|---|---|
| Name Bridget Murrie | Soc. Sec. NO ~~████~~ | Certification Date |
| Department Police | Division Payroll | Title Senior Personnel & Payroll Clerk |
| Date of Final Probation Due June 10, 2008 | Date Hired or Status Change Effective Date March 10, 2008 | |

Note: Failure by the Department to submit a timely probation report will result in the employee gaining permanent status by default.

## WORK PERFORMANCE

| | E M N U | Knowledge and Skills | E M N U | | E M N U |
|---|---|---|---|---|---|
| Overall Ability to Perform | ☐☐☐☐ | a. Technical Knowledge | ☐☑☐☐ | Work Behavior | ☐☐☐☐ |
| Quality of Work | ☐☐☑☐ | b. Practical Skills | ☐☐☑☐ | Supervisory Abilities, if appropriate | ☐☐☐☐ |
| Quantity of Work | ☐☐☑☐ | c. Ability to Learn | ☐☐☐☐ | | |

Attendance and Tardiness Record Dates: From _____ To _____

TOTAL DAYS ABSENT = _____ Paid S/L _____ Abs./No Pay _____ Dept. Lv. _____
_____ AWOL _____ Occupational Injury _____ Funeral Lv.

☒ Satisfactory (1.8)
☐ Needs Improvement
☐ Unsatisfactory

1 TOTAL TIMES TARDY = 1 Beginning of Shift _____ Return from Lunch

Explain all exceeds expectations and unsatisfactory ratings. Be specific.

ADDITIONAL EXPERIENCE ON LUMP SUMS
LEAVE of ABSENCE
SUSPENSIONS
INITIATIVE UNIT (NOS)

} *Breach of Contract occurred with this fraud explanation*

## DEPARTMENTAL RECOMMENDATION

_____ PERMANENT STATUS

✗ EXTENSION OF PROBATION*: Length of desired extension 90 Days
(See form instructions for limitations on extensions)
Notify labor organization, if applicable

_____ SEPARATION Date _____

✓ Return Employee to previous status of P+P CLERK
Effective Date: 7-14-08

Rated by *Roleana Lewis* Title *Admin Specialist L* Date 6-4-08
Reviewed by *Angela Day-Young* Title 3rd Deputy Chief Date 6/4/08

Employee Certification: I understand that my signature does not imply agreement with this evaluation. I also understand that I may submit a statement of explanation to be included, along with this evaluation, in the official record, as well as pursue any avenues of appeal available to me.

Employee Signature *Refuse to Sign* Date 06-04-08

## Human Resources

☑ Concur with Departmental Recommendation
☐ Automatic Affirmation: Received too late (default)
*Pier Anise*
Human Resources Approval Date 6/11/08

☐ Other
By _____ Date _____
☐ Entered into PPS Date _____

Probation/Trial Period Evaluation
Effective 12/02/02

City of Detroit, copyright. All rights reserved.

Pg. 4

FORM9035
Rev 10

City of Detroit

## NOTIFICATION OF PROBATION

| Length of Probation | Final Probation Due June 10, 2008 |
|---|---|
| ☒ 3 Months ☐ 6 Months | |
| Name: Bridget Muriel | Pension No.: |
| Title: Senior Personnel & Payroll Clerk | Soc. Sec. No.: |
| Department/Division: Police / Payroll | Supervisor: 3rd DC Obey-Young |

### TO THE EMPLOYEE

You have been hired to the position indicated above, subject to the specified probation period. During this period your performance will be evaluated to determine whether or not you should be given permanent status in this position. Normally, the first evaluation will take place about halfway through the probation period. The final evaluation will occur shortly before the probation period expires. Based on this final evaluation, the decision will be made to grant you permanent status, extend the probation period, revert you to your last prior status, or terminate employment. However, your employment may be terminated for cause at any time during the probation period.

The general factors used to evaluate employees are listed on the back of the sheet. Your supervisor will discuss with you the specific duties and responsibilities of the position. These duties and responsibilities of the position. These duties and responsibilities will depend on the needs of the department and the specific assignment. These duties are subject to change. You will be expected to perform any duty which is reasonable and either stated specifically or implied in the job specification for your position.

### EMPLOYEE CERTIFICATION

I understand that my status in this position is that of a probationary employee and that in order to qualify for permanent status I must demonstrate an acceptable level of work performance during the probation period. I have read the general factors on which I will be evaluated and have discussed the specific duties and responsibilities of the assignment with my supervisor. I understand what is expected of me and realize that these duties and responsibilities are subject to change. Further, I understand that I will be expected to perform any duty that is reasonable and either stated specifically or implied in the job specification for my position.

Signature _Bridget W. Muriel_                      Date _03-20-08_

### TO THE SUPERVISOR

This form notifies the employee of the length and type of the probation period. It is also gives the employee a statement of the general factors that will be considered in evaluating the employee for permanent status. It is your responsibility to insure that the employee knows and understands the specific duties of the assignment and what level of performance is expected. Take time to explain fully the assignment to the employee and answer any questions as clearly as possible.

### SUPERVISOR CERTIFICATION

I have discussed the specific duties and responsibilities of the assignment with the employee. I feel that the employee has a reasonable understanding of the level of work performance expected in order to qualify for permanent status in this position.

Signature _Deborah Lewis_                      Date _3-20-08_

Cc: Employee Services Specialist
    Employee

Notice of Probation
Effective: 05/11/2004

City of Detroit, copyright. All rights reserved.
pg. 3

FORM 9037
Rev 4

## Breach of Contract -- Fraud Explaination of Work Performance    *Case#13-53846*

| | |
|---|---|
| **From:** | Bridget Murriel |
| **To:** | Gail Oxendine <OxendineG@detroitmi.gov>; Brian Tennille <Brian Tennille>; Crystal Perkins <PerkinsC@detroitmi.gov>; DELIA ENRIGHT <DELIA ENRIGHT> |
| **CC:** | BJones_MB@detroitmi.gov <BJones_MB@detroitmi.gov> |
| **BC:** | |
| **Date:** | Sunday - November 30, 2014 1:10 PM |
| **Subject:** | Breach of Contract -- Fraud Explaination of Work Performance |
| **Attachments:** | Text.htm; Fwd: Re: Hearing and Policy Investigation Documents Enclosed; City Of Detroit Recommendation on Permanent Status Form.pdf |

To Whom This May Concern,

Please review attachment! Former Deputy Chief Angela O'bey-Young breached the contract with false accusations stating I need additional experience of Lump Sums, Leave of Absence, Suspensions, and Inactive Unit Status (1105). I know how to process everything she mentioned in her explanation. I designed, and computerized the Lump Sum Payout spreadsheets for Police Payroll Separation Team with the assistant of former contractual ITS employee Elmore Snead. I know everything about using PPS2K (B20), WORKBRAIN, Oracle applications. I am a degreed Computer Programmer, Business Administration, and Accountant with concentration in Payroll. Several co-workers were promoted to Senior Personnel & Payroll Clerks who did not pass the Senior Personnel & Payroll Clerk test. I was told that management used my Senior Personnel & Payroll Clerk to promote a co-worker because the co-worker did not pass the Senior Personnel & Payroll Clerk test in the year of 2002. I was never promoted in the year 2002 as a Senior Personnel & Payroll Clerk. At the time, I was a Personnel & Payroll Clerk at the Police Payroll Department. My City of Detroit Work History can explain the exact dates of my employment with the City of Detroit. My City of Detroit Work History is attached to previous e-mails sent. Please review! If the truth was written on the attached evaluation form, my reversion would not be based upon my work performance. I did not know the City of Detroit support reversions of employees based upon an individual jealousy. If research was properly conducted of my work performance the outcome would be different of your decision Ms. Oxendine on your memo you provided to me via e-mail 11/26/14. I am unclear of the practices of business ethics at the City of Detroit. Did your investigation include Lump Sum Payout spreadsheets that I processed for police employees. I processed Lump Sum Payouts for General City of Detroit employees on PPS2K (B20), and WORKBRAIN from 07/14/08 - 11/18/11 without any problems. Ms. Oxendine please explain, how did I return back to Police Payroll, my work performance is excellent, I am currently at the same level as a Personnel & Payroll Clerk when first employed with the City of Detroit Police Payroll Department performing Senior Personnel & Payroll tasks processing New Hire, Re-Hire, Payroll Adjustments, and Separations tasks with my education background? Ms. Oxendine please explain the difference between processing General City Lump Sum Payouts from Police Lump Sum Payouts? General City has never inform me that I need additional experience processing Lump Sum Payouts, Leave of Absence, Suspensions, and placing employees in Inactive Status (Unit 1105). I have never had a problem processing any payroll tasks.

Sincerely

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Detroit Public Safety Headquarters
1301 Third
Suite# 6S-639
Detroit, Michigan 48226
Office: 313-870-2763
Fax: 313-664-3113
Fax: 313-870-0069
Email:

Mike Duggan, Mayor



CITY OF DETROIT
HUMAN RESOURCES DEPARTMENT
Hearings & Policy Development Division

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE., SUITE 310
DETROIT, MICHIGAN 48226
PHONE (313) 224-3780
FAX (313) 224-9434

| Via Email and Hard Copy |
| --- |

December 9, 2008

Ms. Bridget Murriel
Human Resources Department
Payroll Division
507 Coleman A. Young Municipal Center
Detroit, MI 48226

**RE: Demoted for No Reason - Email request -Hearings & Policy Non-Union Grievance**

Ms. Murriel:

I am in receipt of your email of December 9, 2008. The Hearings & Policy Unit of HR has responsibility for grievances filed pursuant to Human Resources Department Rule 17. Upon receipt of your request for assistance, I attempted to assemble the pertinent information so I could provide an informed response.

A review of HR documents indicates:

o On or about March 10, 2008, pursuant to a Status Change effective this date, you were named a Senior Personnel & Payroll Clerk;

o On or about March 20, 2008, you signed a Notification of Probation advising you of a three (3) month probationary period for the Senior Personnel & Payroll Clerk position. Additionally, the Notification advises that a final evaluation will be made prior to either granting you permanent status, extending your probation or reverting you to your last prior status;

o On or about June 4, 2008, the Police Department recommended an extension of your probation;

o You were notified on July 9, 2008 that you would be reverted effective July 14, 2008;

o On or about July 11, 2008, you were notified of your probationary reversion.

Kenneth V. Cockrel, Jr., Mayor

The position in questions is subject to the collective bargaining agreement with AFSCME. The Master AFSCME Agreement provides in pertinent part:

> ▪ Section 9(b) – any grievance under this Agreement which is not filed in writing <u>within twenty (20) working days after the grievance arises shall not be considered a grievance</u>.
>
> <u>NOTE:</u> In your email you reference filing a grievance with you Union Representatives. You did not relay the status of your union grievance; however, assuming it was filed timely, that would be your avenue of recourse.

Human Resources Department Rules 17 provides the process and procedures for Employee Grievances. Rule 17 provides in pertinent part:

> Section 3 (e) A classified employee covered by a collective bargaining contract containing a grievance procedure providing for a final and enforceable resolution of a grievance shall, ***unless the contract calls for a specific and exclusive procedure***, elect at the outset in accordance with 3(f) of this section to use either the commission procedure or the contract procedure, ***but may not use both.***

### NOTE:

> (1) In your email, you indicate you have filed a grievance with your union reps, therefore you are not able to elect at the outset to use the commission procedure. You have already initiated the union procedure and the rule is clear you may not use both.
>
> (2) The AFSCME Master agreement provides in Section 9(f) that the grievance procedure contained in this Agreement shall be the exclusive grievance procedure for all members of the bargaining unit. Again the reference set forth above clearly provides that HR Rule 17 is not available if the contract provides the contractual grievance is an exclusive procedure.

Therefore, for the reasons set forth in the letter, it does not appear that I am your last resort. You may pursue the union grievance as mentioned in your email. However, having initiated that process, you may not file a concurrent non-union grievance pursuant to Rule 17.

If any of the status change, probationary and reversionary information is <u>factually incorrect</u>, please advise and provide supporting documentation. I am not commenting on the assessment of your job performance as I have no personal knowledge other than the factors as set forth in the probationary and reversion documents. I am more than willing to revisit my analysis if I am not correctly reciting the facts.

As always, if you have any additional questions, please feel free to contact me.

Sincerely,

Brenda E. Braceful
Manager 1- Hearings & Policy Division

cc:    Kimberly Hall, General Manager
       Renee Laster, HR Consultant
       File



*My Copy*

City of Detroit – Human Resources
Employee Services Division –
Community/Customer Services Group
Coleman A. Young Municipal Center
2 Woodward Avenue – Suite 316
Detroit, Michigan 48226
Phone: (313) 224-3725
Fax: (313) 224-5699
www.ci.detroit.mi.us

July 11, 2008

Bridget Muriel
3324 Hogarth
Detroit, MI 48206

Dear Ms. Muriel:

RE: PROBATIONARY REVERSION

Your performance did not meet the expected standards for the classification of Sr. Personnel & Payroll Clerk.

You are being reverted to your previous position of Personnel & Payroll Clerk effective Monday, July 14, 2008.

Please report to the Human Resources Department, Room 316 in the Coleman A. Young Municipal Center on Monday, July 14, 2008 at 8:30 A.M.

If you have any questions, please contact my office 313-224-3730 or your Human Resources Consultant, Brandi Richmond at 313-224-3725.

Sincerely,

RENEE LASTER
Human Resources Consultant
Employee Services Division

cc: Brandi Richmond – HRC
    Lawana Ducker – Director Police Personnel
    Angela Obey-Young – Police Payroll
    AFSCME Local 1023
    File

/rl

Mission Statement: To plan, develop and deliver human resource services in partnership with City departments and agencies, to enable all employees to provide high quality and timely services to residents, visitors and businesses.

Kwame M. Kilpatrick, Mayor

# Attachments

3/20/2008            Notification of Probation

6/4/2008              Probation Report

7/11/2008           Probationary Revision

Human Resources rule 17: Employee Grievances

AFSCME Master Agreement – Section 9 Stipulation to the Grievance Procedure

CITY OF DETROIT
PERSONNEL DEPARTMENT
EMPLOYEE HISTORY FILE

| AGY | SOC-SEC NO | EMP STATUS | EMPLOYEE NAME |
|---|---|---|---|
| 048 | ████ | 01 | MURRIEL,BRIDGET L |

| | HOSP | DENT. | ADDRESS | CITY |
|---|---|---|---|---|
| | ████ | | ████ | DETROIT |

APPT DATE 10/22/2002   AUG SEN DATE 4/29/2003   LAST DAY WKD 0/00/0000   BANK OUT DATE 0/00/0000   VET STATUS
ST MI   ZIP   TELEPHONE   BIRTH DATE 0/00/0000   SEX F   RACE 2   PENSION NO

CLASS INFORMATION

| CLASS TITLE | CL CODE | TYPE | EFF DATE | APPT | AGY | SEQ | ACTION | BARG UNIT | RATE EFF | SAL/RATE | ACT DATE | FM FLW | COLA | TYPE | SEQ | FLW DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PERS & PAYROLL CLERK | 01-20-25 | | 4/29/2002 | 01 | 48 | 002 | HIRE-REGULAR CLASSIFIED | 1416 | 7/01/2005 | 28900 | 5/04/2002 | (FM) | A | 00 | 011 | 7/29/2002 |
| PERS & PAYROLL CLERK | 01-20-25 | | 7/29/2005 | 01 | 48 | 003 | LAYOFF-LCK OF WRK/LCK OF FNDS | 1370 | 1/22/2007 | 28900 | 8/08/2005 | (FM) | RH | 00 | 012 | 0/00/0000 |
| PERS & PAYROLL CLERK | 01-20-25 | | 1/22/2007 | 01 | 44 | 004 | REHIRE-RETURN FROM LAYOFF | 1370 | 7/10/2008 | 30796 | 1/26/2007 | (FM) | RH | 00 | 013 | 0/00/0000 |
| SR P&P CLERK | 01-20-39 | | 3/10/2008 | 01 | 48 | 005 | INTERDPRMNTL TRANS-PROM-PERM | 1370 | 7/14/2008 | 30856 | 4/04/2008 | (FM) | A | 00 | 014 | 6/10/2008 |
| SR P&P CLERK | 01-20-39 | | 7/10/2008 | 01 | 48 | 006 | CHANGE IN FOLLOW UP DATE | 1370 | 7/01/2009 | 30100 | 6/26/2008 | (FM) | C | 00 | 016 | 9/10/2008 |
| PERS & PAYROLL CLERK | 01-20-25 | | 7/01/2009 | 01 | 44 | 007 | ADJUST RATE - INCR/VRT TO PERM | 1370 | 7/16/2012 | 30100 | 7/25/2008 | (FM) | GI | 00 | 016 | 9/10/2008 |
| PERS & PAYROLL CLERK | 01-20-25 | | 2/17/2009 | 01 | 44 | 009 | TERM NO TIME-OVR 60 DA RXVI SI | 1410 | 8/06/2012 | 27100 | 2/17/2009 | (FM) | RH | 00 | 017 | 0/00/0000 |
| PERS & PAYROLL CLERK | 01-20-25 | | 12/20/2009 | 01 | 48 | 011 | REHIRE-RETURN FROM LAYOFF SI | 1410 | 5/16/2014 | 27100 | 7/27/2009 | (FM) | GI | 00 | 018 | 0/00/0000 |
| P&P RECS SYS CLERK | 01-20-27 | | 5/16/2014 | 01 | 48 | 012 | CHANGE IN BARGAINING UNIT | 1370 | 7/01/2014 | 28455 | 5/16/2014 | (FM) | GI | 00 | 020 | 0/00/0000 |

RATE INFORMATION

| CLASS CODE | RATE EFF | SAL/RATE | CLASS CODE | TYPE | SEQ | CLASS CODE | RATE EFF |
|---|---|---|---|---|---|---|---|
| 01-20-25 | 4/29/2002 | 23400 | 001 | NH | 01-20-25 | 1416 | 7/01/2005 |
| 01-20-25 | 7/01/2003 | 23585 | 002 | SI | 01-20-25 | 1370 | 1/22/2007 |
| 01-20-25 | 7/01/2003 | 24585 | 003 | SI | 01-20-25 | 1370 | 7/10/2008 |
| 01-20-25 | 7/01/2003 | 25077 | 004 | GI | 01-20-25 | 1370 | 7/14/2008 |
| 01-20-25 | 7/01/2003 | 26117 | 005 | GI | 01-20-25 | 1370 | 7/01/2009 |
| 01-20-25 | 12/22/2003 | 26770 | 006 | GI | 01-20-25 | 1370 | 7/16/2012 |
| 01-20-25 | 7/01/2004 | 27306 | 007 | GI | 01-20-25 | 1410 | 8/06/2012 |
| 01-20-25 | 7/01/2004 | 27985 | 008 | SI | 01-20-25 | 1410 | 5/16/2014 |
| 01-20-25 | 12/20/2004 | 28689 | 009 | SI | 01-20-27 | 1370 | 7/01/2014 |
| 01-20-25 | 7/01/2005 | 28900 | 010 | SI | 01-20-27 | | |

GROSS PAY INFORMATION

| PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B 2013-41 | 00 | 00 | B 2014-02 | 1842.30 | 00 | B 2014-15 | 00 | 00 | B 2014-28 | 1663.14 | 00 |
| B 2013-42 | 1267.06 | 00 | B 2014-03 | 00 | 00 | B 2014-16 | 1842.30 | 00 | B 2014-29 | 00 | 00 |
| B 2013-43 | 00 | 00 | B 2014-04 | 1146.54 | 00 | B 2014-17 | 00 | 00 | B 2014-30 | 1207.28 | 00 |
| B 2013-44 | 1387.07 | 00 | B 2014-05 | 00 | 00 | B 2014-18 | 1842.31 | 00 | B 2014-31 | 00 | 00 |
| B 2013-45 | 00 | 00 | B 2014-06 | 1842.30 | 00 | B 2014-19 | 00 | 00 | B 2014-32 | 1254.48 | 00 |
| B 2013-46 | 1482.03 | 00 | B 2014-07 | 00 | 00 | B 2014-20 | 1842.30 | 00 | B 2014-33 | 00 | 00 |
| B 2013-47 | 00 | 00 | B 2014-08 | 1642.31 | 00 | B 2014-21 | 00 | 00 | B 2014-34 | 1760.65 | 00 |
| B 2013-48 | 1657.92 | 00 | B 2014-09 | 00 | 00 | B 2014-22 | 1842.30 | 00 | B 2014-35 | 00 | 00 |
| B 2013-49 | 00 | 00 | B 2014-10 | 1642.31 | 00 | B 2014-23 | 00 | 00 | B 2014-36 | 1094.42 | 00 |
| B 2013-50 | 1267.05 | 00 | B 2014-11 | 00 | 00 | B 2014-24 | 1198.66 | 00 | B 2014-37 | 00 | 00 |
| B 2013-51 | 00 | 00 | B 2014-12 | 1842.30 | 00 | B 2014-25 | 00 | 00 | B 2014-38 | 1263.85 | 00 |
| B 2013-52 | 1192.13 | 00 | B 2014-13 | 00 | 00 | B 2014-26 | 1842.30 | 00 | B 2014-39 | 00 | 00 |
| B 2014-01 | 00 | 00 | B 2014-14 | 1842.31 | 00 | B 2014-27 | 00 | 00 | B 2014-40 | 1094.42 | 00 |

TOTAL GROSS 030242.55   26 WEEK AVERAGE 01163.17   26 WEEK CETA GROSS 00000.00   NO. WEEKS NOT USED 026

REPORT PRW27516173
AGENCY 48 POLICE
PAY CODE B PAY-ROLL 4800

CITY OF DETROIT
PAYROLL REGISTER
PAID 07-18-2008

DEPOSITED 07-18-2008

DATE 07-15-2008
PAGE 2515

-------EMPLOYEE NAME----------     SOC SEC NO    BADGE    PENSION    MAIL-CD    REG RATE    --BANK--    -ACCOUNT NUMBER--    YTD-GROSS-PAY    CHECK NO
MURRIEL.BRIDGET L                                                    4800       15.895192H                                  17752.86         0002031

-----GROSS PAY AND GROSS PAY ADJUSTMENTS-------          ----TAXES WITHHELD----        --VOLUNTARY DEDUCTIONS AND ADJ---         ---NET PAY ADJ---
CLASS KOT G ER CODE REF -UNITS- -RATE- -AMOUNT--    CODE- E -AMOUNT- -YTD BAL-    -CODE- -AMOUNT-   -CODE- -AMOUNT-         CODE REF -AMOUNT-

012039 01                    8.0   15.283    122.27    OASDI      78.54   1113.08    100N1    0.00    40010     0.40
012039 80                    1.2   0.000      0.00     MEDC       18.37    260.32    69200   16.87    41044     2.05
012039 01                   63.0   15.895   1001.40    FIT    A    0.00    693.01    48842   24.07    44921    15.89
012039 32                    1.0   15.895     15.90    SIT        43.39    617.00
012039 35                    8.0   15.895    127.16    DIT        30.51    432.63

GROSS   1266.73   GP ADJ    0.00   DEF INC    0.00    TAXES    170.81    VOL DED    59.28    NP ADJ    0.00    NET PAY   1036.64

## Memo Attached is in violation of the Due Process of Laws   *Case# 13-53846*

| | |
|---|---|
| **From:** | Bridget Murriel |
| **To:** | Gail Oxendine <OxendineG@detroitmi.gov>; Crystal Perkins <PerkinsC@detroitmi.gov>; Brian Tennille <Brian Tennille>; DELIA ENRIGHT <DELIA ENRIGHT> |
| **CC:** | BJones_MB@detroitmi.gov <BJones_MB@detroitmi.gov> |
| **BC:** | |
| **Date:** | Saturday - November 29, 2014 8:31 AM |
| **Subject:** | Memo Attached is in violation of the Due Process of Laws |
| **Attachments:** | Text.htm; Fwd: Re: Hearing and Policy Investigation Documents Enclosed |

To Whom This May Concern,

Ms. Oxendine the attached memo you submitted to me via e-mail is supporting a breach of contract in my Notice of Probation contract signed by Odessa Lewis and I (Bridget Murriel) on March 20, 2008. My Notice of Probation document was included within the investigation in the findings of the Hearing and Policy Department. A breach of contract has occurred when I did not receive anything in writing about a probation extension after my final probation date 06/10/08 according to my Notice of Probation contract. Ms. Oxendine your memo is in violation of the Due Process of Laws clause. Michigan law defines a contract as a legally binding agreement between two or more competent parties. A breach of contract occurs when a party breaks a contractual promise; a party damaged by a breach of contract may sue in civil court. Michigan law requires a breaching party to pay for losses resulting from a broken contract. A breaching party may also be required to fulfill the bargain exactly as it was made. The extended extension does not exist. I was never informed of a probation extension after 06/10/08. According to my Notice of Probation contract I passed my probation 06/10/08, Ms. Oxendine your memo is illegal, invalid, and unconstitutional according to the Due Process of Laws clause. I am an expert in Computer Science, Business Administration, and Accounting (concentration in payroll). My Notice of Probation contract was breached with false accusations, and has no supporting document in writing to prove false accusations of an extended probation after 06/10/08. The Hearing and Policy investigation did not find any extended probation document after 06/10/08. Ms.Oxendine please provide a copy of the extended probation after 06/10/08 to Chief James Craig, President of City Council Brenda Jones, Civilian Police Union President Delia Enright, and I (Bridget Murriel). Ms. Gail Oxendine you are supporting false claims to a breached contract.


Sincerely

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Detroit Public Safety Headquarters
1301 Third
Suite# 6S-639
Detroit, Michigan 48226
Office: 313-870-2763
Fax: 313-664-3113
Fax: 313-870-0069
Email:


Mike Duggan, Mayor

## Re: Hearing and Policy Investigation Documents Enclosed *Case # 13-53846*

| | |
|---|---|
| **From:** | Gail Oxendine |
| **To:** | Murriel, Bridget;  Perkins, Crystal |
| **CC:** | Tennille, Brian;  ENRIGHT, DELIA |
| **Date:** | Wednesday - November 26, 2014 12:12 PM |
| **Subject:** | Re: Hearing and Policy Investigation Documents Enclosed |
| **Attachments:** | TEXT.htm;  Bridget Murriel - Investigation Findings and Decision 11.25.2014.pdf |

Ms. Murriel,

Please see the attached investigation findings and my decision, with respect to the issue referenced below.  I've been made aware that you have continuously approached HR Bureau staff regarding this issue, both before and after your email to me requesting a review of this concern.  The attached decision is final, and therefore, it is expected that effective immediately, you will refrain from communicating with HR Staff on this matter.

Thank you.

Gail A. Oxendine
Human Resources Director - Police
City of Detroit - Police Department
1301 Third Street
Detroit, Michigan  48226
Office:  313-596-2730
Email:  oxendineg@detroitmi.gov

Michael Duggan, Mayor

Police Chief James E. Craig's vision:

"The Detroit Police Department is a model of sustained policing excellence that places our neighborhoods and people first."

>>> Bridget Murriel 11/24/2014 1:37 PM >>>
To Whom This May Concern,

Please review attachments submitted by the Hearing & Policy investigation! I passed my probation period 06/10/08 as stated on my City of Detroit Notification of Probation form. The City of Detroit Notification of Probation form states Length of Probation 3 months, Final Probation Due 06/10/08, and the document is signed by my former Supervisor Odessa Lewis and I (Bridget Murriel) on 03/20/08. I was reverted to Personnel & Payroll Clerk on 07/14/08. My last day worked as a Senior Personnel & Payroll Clerk was 07/11/08. I worked 4 months, and 4 days under the title Senior Personnel & Payroll Clerk at Police Payroll until 07/14/08 when I was reverted back for no sound reason.

Thank you!

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk

City of Detroit - Payroll Department
Detroit Public Safety Headquarters
1301 Third
Suite# 6S-639
Detroit, Michigan 48226
Office: 313-870-2763
Fax: 313-664-3113
Fax:  313-870-0069
Email:

Mike Duggan, Mayor

http://gw.detroitmi.gov/gw/webacc?User.context=f165a171d965c19ff0622574cc...    11/29/2014



Case # 13-53846

**INTER-OFFICE MEMORANDUM**
**HUMAN RESOURCES BUREAU**

James E. Craig
Chief of Police    D.P.D 568 (rev 7/09)

Date
November 25, 2014

**To:**        Bridget Murriel, Personnel and Payroll Records System Clerk

**From:**     Gail A. Oxendine, Director of Police Personnel

**Subject:**   **Reversion from Senior Personnel and Payroll Clerk to Personnel and Payroll Clerk – July 14, 2008**

You have made several inquiries since 2008 with respect to your reversion as referenced above. You have indicated that you were reverted in error, and that you passed your probationary period as a Senior Personnel and Payroll Clerk. Upon review of your personnel files, and the documents you have submitted, below is a summary of the facts, my findings and decision.

<u>Summary of Events</u>

- You were transferred-promoted to Senior Personnel and Payroll Clerk at the Police Department on March 10, 2008.
- On March 20, 2008, you were issued a Notification of Probation by your supervisor, Odessa Lewis. Your initial probation trial period was March 10, 2008 – June 10, 2008. The Notification of Probation (which you signed), indicates the following: "I understand that my status in this position is that of a probationary employee and that in order to qualify for permanent status, I must demonstrate an acceptable level of work performance during the probation period." Also, the notification states, ". . . Based on the final evaluation, the decision will be made to grant you permanent status, extend the probation period, revert you to your last prior status, or terminate employment."
- On June 4, 2008, your probation was extended for 90 to enable you to gain additional experience with the payment of lump sums, processing suspensions and leaves of absence, and processing inactive employees. The extended probationary period was June 10, 2008 – September 10, 2008. It is noted on the form that you refused to sign the Probation Trial Period Report. Your refusal to sign, however, did not negate your probation being recommended for extension by your immediate supervisor, approved by the division manager and approved by the Central Human Resources Director.
- On July 11, 2008, you were notified that you were being reverted to your previous status as a Personnel and Payroll Clerk effective July 14, 2008. This transaction was again recommended by your immediate supervisor, approved by the division manager, and approved by the Central Human Resources Director. It is noted that you refused to sign the Final Probation Report. However, again, your refusal did not negate the approval of the reversion. It should also be noted, that on the Final Probation Report, there is an Employee Certification statement which reads, "I understand that my signature does not imply agreement with this evaluation. I also

understand that I may submit a statement of explanation to be included along with this evaluation, in the official record, as well as pursue any avenues of appeal available to me." Your file does not contain any record of your filing a grievance with AFSCME, or any written statement with respect to your disagreement with the decision of reversion.

- On December 9, 2008, you sent an email to the Hearings and Policy Division of the Human Resources Department with respect to the reversion. Ms. Brenda Braceful, Hearings and Policy Manager provided a three page response to your inquiry. Her response indicated that you said you filed a grievance with your union regarding this matter and she advised that you continue this path, as you were not eligible to file a grievance as set forth in Human Resources Department Rule 17 – Employee Grievances. In 2008, the AFSCME labor agreement provided that the grievance procedure contained within the labor agreement "shall be the exclusive grievance procedure for all members of the bargaining unit."

- On November 4, 2010, you contacted me, Gail A. Oxendine, who was then, the Human Resources (HR) Director for the City of Detroit. I referred you to the HR Manager for the HR Department, Ms. Benita Cheatom.

- On November 4, 2010 you contacted Ms. Benita Cheatom, HR Manager, regarding this same matter. Several emails were exchanged between you and Ms. Cheatom regarding this matter. Ms. Cheatom indicated there was nothing that could be done about this issue since you had been reverted to the Human Resources Department from Police two years prior. She indicated that the time limit for filing a grievance had expired two years prior. She also brought to your attention the Employee Certification statement on the final trial report as referenced earlier. You indicated you had filed grievances with three unions and that your prior Police supervisors lied about your performance.

- November, 2014, you again have made inquiries to Crystal Perkins, Business Analyst, Police HR, and to me, Gail A. Oxendine, Director of Police Personnel. However, you have not provided any additional information than what was provided in 2008 and 2010.

Findings

- You were duly informed of your initial probationary period of 90 days. Your probationary period was recommended and approved for extension for an additional 90 days, in accordance with HR Rule 7 – Probation Periods and the AFSCME Labor Agreement.

- Prior to the end of the probation extension, you were recommended and approved for reversion to your prior classification and department. You were duly informed of the reversion.

- Although you indicated you filed grievances with three unions, you have NOT provided the final disposition of the grievance(s), nor is there any record in your personnel files with respect to a grievance being filed.

- There is no written record submitted by you, in June or July 2008, of your disagreement with the decision to extend your probation, or to revert to your previous classification. The first written notification of your disagreement was in December 2008, which was beyond the time period in which the AFSCME labor agreement provided for filing grievances.
- You have requested this matter be examined on at least three different occasions during the past 6 ½ years. You have been informed on each occasion, the rationale for reversion, and that there is nothing further the City of Detroit can do regarding this matter.

Given the above, your reversion from Senior Personnel and Payroll Clerk to Personnel and Payroll Clerk effective July 14, 2008, was proper, in accordance with Human Resources Rules, and is **upheld**. Please note that no further consideration will be given in this matter. **This matter is considered permanently closed.** Any further communication regarding this matter will not be addressed.

**GAIL A. OXENDINE**
Director of Police Personnel

## Re: Hearing and Policy Investigation Documents Enclosed    *Case# 13-53846*

| | |
|---|---|
| **From:** | Gail Oxendine <oxendineg@detroitmi.gov> |
| **To:** | Bridget Murriel <BriMur@detroitmi.gov> |
| **CC:** | Crystal Perkins <PerkinsC@detroitmi.gov>; Brian Tennille <Tennille@detroitmi.gov>; DELIA ENRIGHT <ENRIGHTD027@detroitmi.gov> |
| **Date:** | Monday - November 24, 2014 1:58 PM |
| **Subject:** | Re: Hearing and Policy Investigation Documents Enclosed |

Ms. Muriel, as I just stated, I will again review your case and provide my findings.

However, you did not answer my question.  Did you file a grievance with AFSCME in 2008 regarding this matter?  If not, why?  You were advised by the Hearings and Policy Division in December 2008 to do so.

Please advise.


Sent from my iPhone

On Nov 24, 2014, at 1:37 PM, Bridget Murriel <                    > wrote:

> To Whom This May Concern,
>
> Please review attachments submitted by the Hearing & Policy investigation! I passed my probation period 06/10/08 as stated on my City of Detroit Notification of Probation form. The City of Detroit Notification of Probation form states Length of Probation 3 months, Final Probation Due 06/10/08, and the document is signed by my former Supervisor Odessa Lewis and I (Bridget Murriel) on 03/20/08. I was reverted to Personnel & Payroll Clerk on 07/14/08. My last day worked as a Senior Personnel & Payroll Clerk was 07/11/08. I worked 4 months, and 4 days under the title Senior Personnel & Payroll Clerk at Police Payroll until 07/14/08 when I was reverted back for no sound reason.
>
> Thank you!
>
> Human Resource Payroll
>
> Bridget L. Murriel
> Payroll & Personnel Clerk
> City of Detroit - Payroll Department
> Detroit Public Safety Headquarters
> 1301 Third
> Suite# 6S-639
> Detroit, Michigan 48226
> Office: 313-870-2763
> Fax: 313-664-3113
> Fax:  313-870-0069
> Email:
>
> Mike Duggan, Mayor
>
>
> >>> ""Xexrox" " <                    > 11/14/2014 07:28 PM >>>
>
>
> <Fwd: Scan from a Xerox WorkCentre.eml>

## Re: Hearing and Policy Investigation Documents Enclosed   *Case # 13-53846*

| | |
|---|---|
| **From:** | Gail Oxendine <oxendineg@detroitmi.gov> |
| **To:** | Bridget Murriel<BriMur@detroitmi.gov> |
| **Date:** | Monday - November 24, 2014 2:09 PM |
| **Subject:** | Re: Hearing and Policy Investigation Documents Enclosed |

What was the outcome of the grievance?  Was it granted or not?

Sent from my iPhone

On Nov 24, 2014, at 2:06 PM, Bridget Murriel <                    > wrote:

> Ms. Oxendine,
>
> Yes, I filed a grievance in 2008 in regards to this matter it is stated on the Hearing & Policy investigation documents that I filed a grievance. Please review all attachments!
>
>
>
> Human Resource Payroll
>
> Bridget L. Murriel
> Payroll & Personnel Clerk
> City of Detroit - Payroll Department
> Detroit Public Safety Headquarters
> 1301 Third
> Suite# 6S-639
> Detroit, Michigan 48226
> Office: 313-870-2763
> Fax: 313-664-3113
> Fax:  313-870-0069
> Email:
>
> Mike Duggan, Mayor
>
>
> >>> Gail Oxendine <                    > 11/24/14 1:58 PM >>>
>
> Ms. Muriel, as I just stated, I will again review your case and provide my findings.
>
> However, you did not answer my question.  Did you file a grievance with AFSCME in 2008 regarding this matter?  If not, why?  You were advised by the Hearings and Policy Division in December 2008 to do so.
>
> Please advise.
>
>
> Sent from my iPhone
>
> On Nov 24, 2014, at 1:37 PM, Bridget Murriel <                    > wrote:
>
> > To Whom This May Concern,

Please review attachments submitted by the Hearing & Policy investigation! I passed my probation period 06/10/08 as stated on my City of Detroit Notification of Probation form. The City of Detroit Notification of Probation form states Length of Probation 3 months, Final Probation Due 06/10/08, and the document is signed by my former Supervisor Odessa Lewis and I (Bridget Murriel) on 03/20/08. I was reverted to Personnel & Payroll Clerk on 07/14/08. My last day worked as a Senior Personnel & Payroll Clerk was 07/11/08. I worked 4 months, and 4 days under the title Senior Personnel & Payroll Clerk at Police Payroll until 07/14/08 when I was reverted back for no sound reason.

Thank you!

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Detroit Public Safety Headquarters
1301 Third
Suite# 6S-639
Detroit, Michigan 48226
Office: 313-870-2763
Fax: 313-664-3113
Fax:  313-870-0069
Email:

Mike Duggan, Mayor


>>> ""Xerox" " <                    > 11/14/2014 07:28 PM >>>


<Fwd: Scan from a Xerox WorkCentre.eml>

## Re: Hearing and Policy Investigation Documents Enclosed    *CASE# 13-53846*

| | |
|---|---|
| **From:** | Gail Oxendine <oxendineg@detroitmi.gov> |
| **To:** | Bridget Murriel <BriMur@detroitmi.gov> |
| **Date:** | Monday - November 24, 2014 2:08 PM |
| **Subject:** | Re: Hearing and Policy Investigation Documents Enclosed |

Sent from my iPhone

On Nov 24, 2014, at 2:06 PM, Bridget Murriel <        > wrote:

Ms. Oxendine,

Yes, I filed a grievance in 2008 in regards to this matter it is stated on the Hearing & Policy investigation documents that I filed a grievance. Please review all attachments!

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Detroit Public Safety Headquarters
1301 Third
Suite# 6S-639
Detroit, Michigan 48226
Office: 313-870-2763
Fax: 313-664-3113
Fax: 313-870-0069
Email:

Mike Duggan, Mayor

>>> Gail Oxendine <       > 11/24/14 1:58 PM >>>

Ms. Muriel, as I just stated, I will again review your case and provide my findings.

However, you did not answer my question. Did you file a grievance with AFSCME in 2008 regarding this matter? If not, why? You were advised by the Hearings and Policy Division in December 2008 to do so.

Please advise.

Sent from my iPhone

On Nov 24, 2014, at 1:37 PM, Bridget Murriel <       > wrote:

To Whom This May Concern,

Please review attachments submitted by the Hearing & Policy investigation! I passed my probation period 06/10/08 as stated on my City of Detroit Notification of Probation form. The City of Detroit

13-53846-tjt    Doc 9781-3    Filed 05/01/15    Entered 05/01/15 14:44:10    Page 22 of 23

Notification of Probation form states Length of Probation 3 months, Final Probation Due 06/10/08, and the document is signed by my former Supervisor Odessa Lewis and I (Bridget Murriel) on 03/20/08. I was reverted to Personnel & Payroll Clerk on 07/14/08. My last day worked as a Senior Personnel & Payroll Clerk was 07/11/08. I worked 4 months, and 4 days under the title Senior Personnel & Payroll Clerk at Police Payroll until 07/14/08 when I was reverted back for no sound reason.

Thank you!

Human Resource Payroll

Bridget L. Murriel
Payroll & Personnel Clerk
City of Detroit - Payroll Department
Detroit Public Safety Headquarters
1301 Third
Suite# 6S-639
Detroit, Michigan 48226
Office: 313-870-2763
Fax: 313-664-3113
Fax:  313-870-0069
Email:

Mike Duggan, Mayor


>>> ""Xexrox" " <                    > 11/14/2014 07:28 PM >>>


<Fwd: Scan from a Xerox WorkCentre.eml>