IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ------------------------------------------------------- x | : | Chapter 9 |
| In re | : | |
| | : | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | : | |
| | : | Judge Thomas J. Tucker |
| Debtor | : | |
| ------------------------------------------------------- x | | |

## ORDER ADJOURNING HEARING ON DEBTOR'S OBJECTION TO CLAIM NUMBER 852 FILED BY MICHIGAN AUTO RECOVERY SERVICE

Upon the stipulation (Docket # 9779, the "Stipulation") of the City of Detroit (the "City"), and Michigan Auto Recovery Services, the holder of Claim Number 852, for entry of an order adjourning the hearing on the City's Fourteenth Omnibus Objection to Certain Books and Records Claims (Dkt. No. 9569) as to Claim Number 852 only (the "Objection"); and the Court being fully advised in the premises;

IT IS ORDERED that the hearing on the Objection as to Claim Number 852 only, scheduled to be held on May 6, 2015 at 1:30 p.m., is adjourned to **May 27, 2015 at 1:30 p.m.** in Courtroom 1925, 211 W. Fort Street, Detroit, MI 48226.

.

**Signed on May 01, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge