# EXHIBIT 2



IPOV BIGELMAN, P.C.
TTORNEYS AT LAW



**CERTIFIED MAIL**

7011 3500 0003 4968 0278



02 1P $ 006.69⁰
0001790797  FEB 18 2014
MAILED FROM ZIP CODE 48076

City of Detroit Claims Processing Center
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avneue
El Segundo, CA 90245

RECEIVED

FEB 2 4 2014

KURTZMAN CARSON CONSULTANTS

① POC

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

20700 CIVIC CENTER DRIVE, SUITE 310
SOUTHFIELD, MICHIGAN 48076

WWW.OSBIG.COM