# **EXHIBIT 3**

English          Customer Service          USPS Mobile



| Quick Tools | Mail & Ship | Track & Manage | Postal Store | B |

# USPS Tracking™



**Tracking Number:** 70113500000349680278

## Product & Tracking Information

Ava

**Postal Product:**          **Extra Svc:**
Certified Mail™

Retur

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 24, 2014 , 9:28 am** | **Delivered** | **EL SEGUNDO, CA 90245** |

Your item was delivered at 9:28 am on February 24, 2014 in EL SEGUNDO, CA 90245.

| February 22, 2014 , 6:38 am | Departed USPS Facility | LOS ANGELES, CA 90052 |
| February 22, 2014 , 4:14 am | Arrived at USPS Facility | LOS ANGELES, CA 90052 |

## Track Another Package

**Tracking (or receipt) number**

Track It

13-53846-tjt    Doc 9784-3    Filed 05/01/15    Entered 05/01/15 15:08:55    Page 2 of 3

HELPFUL LINKS
Contact Us
Site Index
FAQs

ON ABOUT.USPS.COM
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

OTHER USPS SITES
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

Copyright © 2015 USPS. All Rights Reserved.