UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

City of Detroit, Michigan,                          Case No. 13-53846

    Debtor.                                         Hon. Thomas J. Tucker

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On May 1, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Order, Pursuant to Sections 105(A) and 502(C) of the Bankruptcy Code and Bankruptcy Rule 3021, Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 9701]

Dated: May 1, 2015

                                          /s/ Stephanie Delgado
                                          Stephanie Delgado
                                          KCC
                                           2335 Alaska Ave
                                           El Segundo, CA 90245

# EXHIBIT A

Exhibit A
Served via First Class Mail

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Canon Financial Services, Inc. | Attn Lega Dept | PO Box 5008 | | Mount Laurel | NJ | 08054-5008 |
| Demetira Purcell | ALG Legal Center, PLLC | 29240 Buckingham St Ste 2 | | Livonia | MI | 48154-4590 |
| Deshawn Benson | | 15925 Goddard Rd Apt 208 | | Southgate | MI | 48195-4500 |
| Eddie Hudson | | 15827 Knight | | Redford | MI | 48239-3603 |
| Edward Schenburn | ALG Legal Center, PLLC | 29240 Buckingham St Ste 2 | | Livonia | MI | 48154-4590 |
| Erica Benson | | PO Box 352 | | Lincoln Park | MI | 48146-0352 |
| George Calhoun | | 26681 Woodmont St | | Roseville | MI | 48066-7119 |
| Jeff Merchant | Mr. Jeff Merchant | 18214 Ohio St | | Detroit | MI | 48221-2054 |
| Kerry Scott | | 9656 Manor St | | Detroit | MI | 48204-4610 |
| Scott, Ronald Carey | Wrobel, Kenneth J., Jr. | Wrobel Law Firm PLLC | 401 S Old Woodward Ave Ste 460 | Birmingham | MI | 48009-6622 |
| Seven-tel Gasoline Inc | Kostopoulos, K. Dino | Kostopoulos Rodriguez PLLC | 550 W Merrill St # 100 | Birmingham | MI | 48009-1443 |
| W.B. Washington - Bev | Kalka Law Firm, PC | 2295 Metropolitan Pkwy 130 | | Sterling Hts | MI | 48310-4293 |