# TROTT & TROTT

### A PROFESSIONAL CORPORATION

| HEADQUARTERS: | GRAND RAPIDS: |
|---|---|
| 31440 Northwestern Hwy • Suite 200 | 4024 Park East Ct. • Suite B |
| Farmington Hills, MI 48334 | Grand Rapids, MI 49546 |
| 248-642-2515 • Fax 248-642-3628 | 616-942-0893 • Fax 616-942-0921 |

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.

April 29, 2015

U.S. Bankruptcy Court
211 W. Fort Street
Detroit, MI 48226

Re: Melissa Byrd (P66314)

To Whom it May Concern:

Please be advised, effective today, Marcy Ford (P49158) has taken over all of Melissa Byrd's (P66314) cases.

If you have any questions, please feel free to contact me at 248-593-0463

Sincerely,
Trott & Trott, P.C.

Marcy J. Ford
Managing Partner