# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

### CITY OF DETROIT'S OBJECTION TO SHERELL STANLEY'S APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

The City of Detroit, Michigan ("City") objects to Ms. Sherell Stanley's ("Stanley") Application for Administrative Expense Claim ("Motion," Doc. No. 9189) because it was not timely filed. In support of this Objection, the City respectfully states as follows:

1. The City's Eighth Amended Plan for the Adjustment of Debts of the City of Detroit ("Plan," Docket Number 8045) provides that applications for administrative expenses needed to be "[f]iled and served on the City no later than 45 days after the Effective Date." Plan, part II.A.2.a. An applicant who does not submit his or her claim by that date "will be forever barred from asserting such Administrative Claims against the City or its property, and such Administrative Claims will be deemed discharged as of the Effective Date." *Id.*

2. On November 12, 2014, this Court entered an Order Confirming the Plan. (Doc. No. 8272). The Effective Date of the Plan occurred on December 10, 2014. Notice of (I) Entry of Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit and (II) Occurrence of Effective Date, Doc. No. 8649 ("Notice of Effective Date").

3. Administrative Claims against the City thus were due by January 24, 2015, or, since that day was a Saturday, no later than January 26, 2015. *See also* Notice of Effective Date at 7. Stanley received the Notice of Effective Date by first class mail. *See* Certificate of Service, Doc. No. 8970-4 at Page 348 of 569.

4. Stanley did not file her Motion until February 6, 2015. Thus, the Motion is untimely and should be denied.

5. The City files this Objection without prejudice to or waiver of its rights pursuant to section 904 of the Bankruptcy Code, and nothing herein is intended to, shall constitute or shall be deemed to constitute the City's consent, pursuant to section 904 of the Bankruptcy Code, to this Court's interference with (a) any of the political or governmental powers of the City, (b) any of the property or revenues of the City or (c) the City's use or enjoyment of any income-producing property.

6. The City expressly reserves the right to amend, modify, or supplement this Objection.

7. Should the Court dismiss or overrule one or more of the grounds of objection stated in this Objection, the City reserves its right to object to the Motion on other procedural and substantive grounds, and on the merits of the underlying claim. The City also expressly reserves any and all rights, claims, defenses and objections it may have against Stanley in any actions or suits related to the Motion or the underlying claim.

May 4, 2015                                Respectfully submitted,

                                           By: /s/ Marc N. Swanson
                                               Jonathan S. Green (P33140)
                                               Marc N. Swanson (P71149)
                                               MILLER, CANFIELD, PADDOCK AND
                                               STONE, P.L.C.
                                               150 West Jefferson, Suite 2500
                                               Detroit, Michigan 48226
                                               Telephone: (313) 496-7591
                                               Facsimile: (313) 496-8451
                                               green@millercanfield.com
                                               swansonm@millercanfield.com

                                           ATTORNEYS FOR THE CITY OF DETROIT

**EXHIBIT 1 – CERTIFICATE OF SERVICE**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 4, 2015, he served a copy of the foregoing *CITY OF DETROIT'S OBJECTION TO SHEILA STANLEY'S APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM* as listed below, via First Class United States Mail:

Ms. Sheila LaDean Stanley
336 Pinecrest
Ferndale, MI 48220


DATED: May 4, 2015

                        By: /s/ Marc N. Swanson
                              Marc N. Swanson
                              150 West Jefferson, Suite 2500
                              Detroit, Michigan 48226
                              Telephone: (313) 496-7591
                              Facsimile: (313) 496-8451
                              swansonm@millercanfield.com