# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Honorable Thomas J. Tucker<br><br>Chapter 9 |

## CORRECTED CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 4, 2015, he served a copy of the ***CITY OF DETROIT'S OBJECTION TO SHERELL STANLEY'S APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM*** as listed below, via First Class United States Mail:

Ms. Sherell Stanley
PO Box 321032
Detroit, MI 48232

DATED: May 4, 2015

                                           By: /s/ Marc N. Swanson
                                                  Marc N. Swanson
                                                  150 West Jefferson, Suite 2500
                                                  Detroit, Michigan 48226
                                                  Telephone: (313) 496-7591
                                                  Facsimile: (313) 496-8451
                                                  swansonm@millercanfield.com