Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **6/3/15** at **01:30 PM** to consider and act upon the following:

*9135* – Application for Administrative Expense Claim, Filed by Creditor Sheila Reed (ckata)

*9139* – Application for Administrative Expenses Filed by Creditor Equal Employment Opportunity Commission (Price, Dale)

*9189* – Application for Administrative Expense Claim, Filed by Creditor Sherell Stanley (ckata)

Dated: 5/4/15

                        BY THE COURT

                        Katherine B. Gullo
                        Clerk, U.S. Bankruptcy Court

                        BY: christine sikula
                        Deputy Clerk