**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---------------------------------------------------------x
                                         :

In re                            :                 Chapter 9

                                         :

CITY OF DETROIT, MICHIGAN,       :                 Case No. 13-53846

                                         :

               Debtor.           :                 Judge Thomas J. Tucker

---------------------------------------------------------x

**ORDER APPROVING STIPULATION BY AND BETWEEN THE**
**CITY OF DETROIT, MICHIGAN AND IRON MOUNTAIN INFORMATION**
**MANAGEMENT, LLC REGARDING EXTENSION OF DEADLINES TO**
**(A) OBJECT TO REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE**
**AND (B) REPLY TO LIMITED OBJECTION TO**
**ASSUMPTION OF CONTRACTS AND PROPOSED CURE AMOUNTS**

Upon the Stipulation (Docket # 9793) filed by the City of Detroit, Michigan ("City") and

Iron Mountain Information Management, LLC ("Iron Mountain") regarding the Extension of

Deadlines to (A) Object to Request for Payment of Administrative Expense and (B) Reply to

Limited Objection to Assumption of Contracts and Proposed Cure Amounts; and the Court being

otherwise advised in the premises;

IT IS ORDERED THAT:

1.      The City's deadline to file a reply to Iron Mountain's Reservation of Rights and

Limited Objection to Assumption of Contracts and Proposed Cure Amounts (Doc. No. 9105) is

extended through and including July 1, 2015.

2.      The City's deadline to file an objection to Iron Mountain's Request for Payment

of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1) (Doc. No. 9106) is extended

through and including July 1, 2015.

Signed on May 04, 2015

                                        /s/ Thomas J. Tucker
                                     Thomas J. Tucker
                                     United States Bankruptcy Judge