UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION DETROIT

FILED (I)

2015 MAY -4 P 3:16

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re:                                                                                    Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                                                  Chapter 9

Debtor                                                                             Judge Thomas J. Tucker

### KIM LAMAR SPICER RESPONSE IN OBJECTION TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENTS SUPPLEMENTAL BRIEF FILED IN SUPPORT OF OBJECTION TO CLAIM NO. 3451

### FACTS

I Kim Lamar Spicer, filed a Discrimination and Retaliation Compliant with the Equal Employment Opportunity Commission against the City of Detroit Water and Sewerage Department. On or about March 4th 2010, this complaint was also filed with the City of Detroit Human Resources Department, AFSCME Local 207, and The City of Detroit Labor Relations Department.

The correspondences I received from DWSD came either late or not at all. The last correspondence I received from DWSD dated May 12, 2014 in regards to the ADR stated *"DWSD rejects your counter-offer for settlement. The next step in the ADR process is case evaluation. We will notify you when we have a case evaluation hearing date for your matter"* I was informed that a hearing date would be scheduled and I would be notified of such date. As it states in the City of Detroit briefs, they did not know about the EEOC claim. EEOC dismissed their claim due to communications with my coworkers. My witnesses were not interviewed. As of today no such notice has ever been received. I filed a claim in bankruptcy court to protect my interest in this matter.

I Kim Lamar Spicer should be allowed to continue with the democratic process. On multiply occasions DWSD has continually sent notices after the scheduled court date or on the day off making it impossible for me to continue forward with this process in a timely manner.

I believe my civil rights, human rights and worker rights were violated in regards to claim no. 3451. Under Title VII of The Civil Rights Act and act (a) (b) (d) Unlawful Employment Practices (2) (B) (j) (k). Other Unlawful Practices SEC 200e-3(SEC 704) (a) Retaliation- Retaliation and work situations. Harassment.

I Kim Lamar Spicer request that this court continues with this process due to improper notifications from both law firms intertwined in this matter.

Also it is duly documented that DWSD operates indecently from The City of Detroit in reference to Pay cuts. This is a nonprofit meaning workers get paid by rate payers not the City of Detroit General Funds.

Sincerely,

Kim Lamar Spicer
29357 Sandalwood
Roseville, MI 48066
313-399-8312

UNITED STATES BANKRUPTCY COURT FILED (I)

EASTERN DISTRICT

2015 MAY -4 P 3:16

IN RE: City of Detroit, MI
2 Woodward Ave. Suite 1126
Detroit, MI 48226

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CASE NO: 13-53846
CHAPTER: 9

Debtor

### CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2015 (date of mailing), I served Copies as follows:

1. Document(s) served:
   Written Response

2. Served upon (name and address of each person served):
   Kilpatrick & Associates, P.C.
   903 North Opdyke Rd. Suite C.
   Auburn Hills, Michigan 48326

3. By First Class Mail.

Dated: 5-4-2015

Signature: [signed]
Printed Name: Kim Spicer