UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
In re : Chapter 9
:
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Thomas J. Tucker
Debtor :
------------------------------------------------------- x

## CERTIFICATE OF NO RESPONSE TO DEBTOR'S TWELFTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (LATE-FILED CLAIMS)

(Docket No. 9567)

The undersigned certifies that on March 30, 2015, he caused the Debtor's Twelfth Omnibus Objection to Certain Claims (Late-Filed Claims) [Docket No. 9567] (the "Objection") and a Notice of the Objection (the "Notice") [Docket No. 9567], to be filed with the Court and served upon every claimant listed on Exhibit 2 of the Objection via First Class Mail at the addresses listed therein (the "Claimants"). *See* Certificates of Service [Docket Nos. 9572] attached hereto as **Exhibit B.**

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") and the Notice, the Claimants were required to file responses to the relief requested in the Objection, if any, on or before April 29, 2015.

The Debtor received formal responses to the Objection from Bridget Murriel regarding Claim Nos. 3798 and 3799 [Docket No. 9700], and Jackie's Transport, Inc. regarding Claim No. 3497 [Docket No. 9763].

4819-5172-6371.1

The Debtor subsequently filed a Reply to the responses from Bridget Murriel [Docket No. 9781] and Jackie's Transport, Inc. [Docket No. 9784]. No other responses to the Objection were filed and served.

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order in the form attached hereto as **Exhibit A**, granting the Objection as to the claims for which no responses were received.

Dated: May 5, 2015  
Detroit, Michigan

FOLEY & LARDNER LLP

/s/ _John A. Simon_____  
John A. Simon (P61866)  
Jeffrey S. Kopp (P59485)  
Tamar N. Dolcourt (P73425)  
Leah R. Imbrogno (P79384)  
One Detroit Center  
500 Woodward Ave., Suite 2700  
Detroit, MI 48226-3489  
(313) 234-7100 (Telephone)  
(313) 234-2800 (Facsimile)

*Counsel for the Debtor, City of Detroit Michigan*