IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

--------------------------------------------------------X
:
IN RE                                       :      Chapter 9
:
:      Case No. 13-53846
CITY OF DETROIT, MICHIGAN,      :
:      Hon. Thomas J. Tucker
DEBTOR              :
--------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2015, I electronically filed the following documents (collectively the "Certificates of No Response") with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case.

- Certificate of No Response to Debtor's Twelfth Omnibus Objection to Certain Claims (Late-Filed) [Dkt. No. 9797]
- Certificate of No Response to Debtor's Thirteenth Omnibus Objection to Certain Claims (No Basis) [Dkt. No. 9798]
- Certificate of No Response to Debtor's Fourteenth Omnibus Objection to Certain Claims (Books and Records) [Dkt. No. 9799]

Dated: May 5, 2015

FOLEY & LARDNER LLP

By: /s/ John A. Simon
John A. Simon (P61866)
Jeffrey S. Kopp (P59485)
Tamar N. Dolcourt (P73425)
Leah R. Imbrogno (P79384)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
jsimon@foley.com
jkopp@foley.com
tdolcourt@foley.com
limbrogno@foley.com
*Counsel for the Debtor, City of Detroit, Michigan*

4812-7657-5779.1