IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
: 
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Thomas J. Tucker
---------------------------------------------------x

**STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND CLASS CLAIMANTS FOR AN ORDER APPROVING AN EXTENSION OF THE DEADLINE TO OBJECT TO CLASS CLAIMANTS' MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES**

The City of Detroit, Michigan ("City") and Lasalle Town Houses Cooperative Association, Nicolet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Joliet Town Houses Cooperative Association, and St. James Cooperative, on behalf of themselves and the Class (collectively, "Class Claimants", and together with the City, the "Parties"), file this Stipulation by and Between the City of Detroit, Michigan and Class Claimants For an Order Approving an Extension Of the Deadline To Object To Class Claimants' Motion for Allowance and Payment Of Administrative Expenses.

WHEREAS, on January 26, 2015, Class Claimants filed their Motion for Allowance and Payment Of Administrative Expenses (Doc. No. 9101) ("Motion"); and

WHEREAS, the Parties have been working toward a consensual resolution of the Motion;

NOW, THEREFORE, the Parties stipulate and agree as follows:

1. The City's deadline to file an Objection to the Motion is extended through and including June 5, 2015.

STIPULATED AND AGREED TO ON MAY 5, 2015 BY:

By: /s/ Marc N. Swanson
Jonathan S. Green (P33140)
Marc N. Swanson (P71149)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
swansonm@millercanfield.com

ATTORNEYS FOR THE CITY OF DETROIT


By: /s/ Robert N. Bassel
Robert N. Bassel (P48420)
P. O. Box T
Clinton, MI 49236
(248) 677-1234
bbassel@gmail.com

ATTORNEYS FOR CLASS CLAIMANTS

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                       :
In re                                                  :     Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             :     Case No. 13-53846
                                                       :
              Debtor.                                  :     Hon. Thomas J. Tucker
-------------------------------------------------------x
```

**ORDER GRANTING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND CLASS CLAIMANTS FOR AN ORDER APPROVING AN EXTENSION OF THE DEADLINE TO OBJECT TO CLASS CLAIMANTS' MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES**

Upon the Stipulation filed by the City of Detroit, Michigan ("City") and Lasalle Town Houses Cooperative Association, Nicolet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Joliet Town Houses Cooperative Association, and St. James Cooperative, on behalf of themselves and the Class regarding Extension Of the Deadline To Object To Class Claimants' Motion for Allowance and Payment Of Administrative Expenses ("Motion"); and the Court being otherwise advised in the premises;

IT IS ORDERED THAT:

1. The City's deadline to file an objection to the Class Claimants' Motion for Allowance and Payment of Administrative Expense is extended through and including June 5, 2015.