IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Judge Thomas J. Tucker
---------------------------------------------------x

# ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND STAPLES, INC. RESOLVING CLAIM NUMBER 4

This case is before the Court on the *Stipulation by and Between the City of Detroit, Michigan and Staples, Inc. Resolving Claim Number 4* (Docket # 9800, the "Stipulation"), the Court having reviewed the Stipulation and being otherwise apprised of the matter, and there being good cause,

IT IS ORDERED THAT:

1. The Stipulation is approved to the extent set forth in this Order.

2. Claim number 4 is allowed as a convenience class claim in the amount of $5,998.77; *provided, however*, that allowance of this claim is not a waiver of the City's rights to assert and pursue any claims against Staples, including, without limitation, claims under chapter 5 of the Bankruptcy Code, and to challenge the assertion of Claim 4 as a defense to such claims.

3. Other than claim number 4, Staples has no further claims of any kind against the City of Detroit ("City") as of December 10, 2014. The City's claim's agent is authorized to update the claims register accordingly.

4. No party may assert a claim against the City on the basis that it has been assigned a claim originally asserted by Staples.

5. Neither the Stipulation nor this Order revives, reinstates, or affirms any rights, remedies, claims, or defenses of the City or Staples against each other that expired or were otherwise barred, satisfied, released, waived, or discharged as of, or upon the occurrence of, the Effective Date of the Plan. Neither the Stipulation nor this Order modifies the Plan.

.

**Signed on May 05, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge