UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

CITY OF DETROIT, MICHIGAN,                          Case No. 13-53846

        Debtor.                              Hon. Steven W. Rhodes

## NOTICE OF WITHDRAWAL OF APPLICATION OF HOWARD & HOWARD ATTORNEYS PLLC FOR ALLOWANCE AND PAYMENT OF ITS ADMINISTRATIVE EXPENSE CLAIM

Howard & Howard Attorneys PLLC hereby withdraws its Application for Allowance and Payment of its Administrative Expense Claim in the amount of $10,777.96, which was filed on January 23, 2015 as Docket Number 9096.

Dated: May 5, 2015

Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC

By:/s/ Lisa S. Gretchko
Lisa S. Gretchko (P29881)
Mark W. Peyser (P35473)
Authorized Representatives of
Howard & Howard Attorneys PLLC
450 West Fourth Street
Royal Oak, MI   48037
Phone: 248-723-0396
Fax:     248-645-1568
e-mail: lgretchko@howardandhoward.com
mpeyser@howardandhoward.com