**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

-------------------------------------------------------- x
                                           :       Chapter 9

In re                                    :

                                        :       Case No. 13-53846

CITY OF DETROIT, MICHIGAN,      :

                                        :       Judge Thomas J. Tucker

                      Debtor       :
-------------------------------------------------------- X

**ORDER SUSTAINING DEBTOR'S**
**THIRTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS**
**(No Basis Claims)**

Upon the thirteenth omnibus objection to claims, filed March 30, 2015 (Docket # 9568, the "Objection"),[1] of the Debtor, the City of Detroit, Michigan (the "City"), seeking entry of an order disallowing and expunging certain no basis claims as described in the Objection, and it appearing that this Court has jurisdiction over the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Objection in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Objection is in the best interests of the City, and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and it appearing that no other or further notice of the Objection need be given; and no response to the Objection having been filed, other than as stated herein; and the Court finding that the legal and factual bases set forth in the Objection establish just cause for the relief granted; and after due deliberation and good and sufficient cause appearing therefore;

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

IT IS ORDERED that:

1.      The Objection is sustained as set forth herein.

2.      All of the proofs of claim listed as "No Basis Claims" in Exhibit 2 annexed to the Objection (the "No Basis Claims") are disallowed and expunged in their entirety, under Section 502(b) of the Bankruptcy Code, other than those to which a response was filed [Claim Nos. 1074 and 779], and those to which a response was filed and for which a stipulated order was filed to adjourn the May 6, 2015 hearing to May 27, 2015 [Richard Hall, Claim Nos. 1097 and 474].

3.      The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4.      The City's rights and arguments in respect of any claims sought to be disallowed in the Objection that are not disallowed by this Order, are unaffected and preserved, and this Order has no res judicata, estoppel or other effect in respect of such remaining claims.

5.      The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6.      Each claim and the objections by the City to each claim as addressed in the Objection and set forth in Exhibit 2 of the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each claim.  Any stay of this Order shall apply only to the contested matter that involves such creditor and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby, and further provided that the City shall have the right to submit a separate order with respect to contested matters or claims.

7.      Notice of the Objection as provided therein is good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a) and the local rules of the Court are satisfied by such notice.

8.	*As stated in the Objection, the Objection and this Order do not affect any claim that is not subject to the treatment provided for claims in Classes 3, 4, or 15 under the confirmed Plan.*

9.	*This Order's disallowance of Claim No. 3792, of Hunter L. Todd, is without prejudice to, and has no impact on, Claim No. 3473 filed by Hunter L. Todd.  (The latter claim is the subject of a previous omnibus objection to claims filed by the City (Docket # 9262), and as stated by the Court during the hearing held on April 8, 2015, that matter is currently under advisement.)*

.

**Signed on May 05, 2015**

/s/ **Thomas J. Tucker**
**Thomas J. Tucker**
**United States Bankruptcy Judge**