IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Judge Thomas J. Tucker
---------------------------------------------------x

**ORDER GRANTING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND CLASS CLAIMANTS FOR AN ORDER APPROVING AN EXTENSION OF THE DEADLINE TO OBJECT TO CLASS CLAIMANTS' MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES**

Upon the Stipulation (Docket # 9803), filed by the City of Detroit, Michigan ("City") and Lasalle Town Houses Cooperative Association, Nicolet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Joliet Town Houses Cooperative Association, and St. James Cooperative, on behalf of themselves and the Class regarding Extension Of the Deadline To Object To Class Claimants' Motion for Allowance and Payment Of Administrative Expenses (Docket # 9101, the "Motion"); and the Court being otherwise advised in the premises;

IT IS ORDERED that the City's deadline to file an objection to the Class Claimants' Motion is extended through and including June 5, 2015.

.

**Signed on May 05, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge

24391656.1\022765-00202