# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

-------------------------------------------------------x
                                                       :
In re                                                  ::Chapter 9
                                                       ::Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                             ::Hon. Thomas J. Tucker
                    Debtor.                            :
------------------------------------------------------ x

## STIPULATED WITHDRAWL OF CLAIM

The undersigned counsel on behalf of creditor, Eric Kersh and debtor, City of Detroit hereby stipulate to withdrawal of claim #3796 filed October 22, 2014. Claim #3796 will not be included in any disbursements under the Debtor's Plan of Adjustment.


/s/A. Vince Colella                 /s/Eric B. Gaabo (P-39213)
Attorney for Eric Kersh             /s/Michael M. Muller (P-38070)
28411 Northwestern Hwy, Suite 1150  Attorneys for City of Detroit
Southfield, MI. 48034               2 Woodward Avenue, Suite 500
                                    Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

```
-------------------------------------------------x
                                                 :
In re                                           ::Chapter 9
                                                ::Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                      ::Hon. Steven W. Rhodes
                Debtor.                          :
-------------------------------------------------x
```

## PROOF OF SERVICE

I hereby certify that on May 5, 2015 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, and emailed the same to A. Vince Colella at VColella@mosscolella.com

**/s/Eric B. Gaabo**