IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Judge Thomas J. Tucker
---------------------------------------------------------x

**ORDER GRANTING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND CANON FINANCIAL SERVICES, INC. FOR AN ORDER APPROVING AN EXTENSION OF THE DEADLINE TO OBJECT TO APPLICATION OF CANON FINANCIAL SERVICES, INC. FOR ALLOWANCE AND PAYMENT OF ITS ADMINISTRATIVE EXPENSE**

Upon the Stipulation (Docket # 9814) filed by the City of Detroit, Michigan ("City") and Canon Financial Services, Inc. For an Order Approving an Extension of the Deadline to Object to Application of Canon Financial Services, Inc. For Allowance and Payment of Its Administrative Expense; and the Court being otherwise advised in the premises;

IT IS ORDERED that the City's deadline to file an objection to the Application of Canon Financial Services, Inc. For Allowance and Payment of Its Administrative Expense (Docket # 9099) is extended through and including June 5, 2015.

.

**Signed on May 06, 2015**

                                              /s/ Thomas J. Tucker
                                              Thomas J. Tucker
                                              United States Bankruptcy Judge