IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                       :
In re                                                  :    Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             :    Case No. 13-53846
                                                       :
                Debtor.                                :    Hon. Thomas J. Tucker
                                                       :
-------------------------------------------------------x
```

**STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND ENFORCEMENT TECHNOLOGY, INC. REGARDING EXTENSION OF DEADLINES TO (A) OBJECT TO MOTION OF ENFORCEMENT TECHNOLOGY, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM AND (B) REPLY TO OBJECTION OF ENFORCEMENT TECHNOLOGY, INC. TO CURE AMOUNT**

The City of Detroit, Michigan ("City") and Enforcement Technology, Inc. ("Enforcement Technology"; and with the City, the "Parties"), file this Stipulation By and Between the City of Detroit, Michigan and Enforcement Technology, Inc. Regarding Extension Of Deadlines To (A) Object To Motion Of Enforcement Technology, Inc. For Allowance and Payment of Administrative Claim and (B) Reply to Objection of Enforcement Technology, Inc. To Cure Amount.

WHEREAS, on December 29, 2014, Enforcement Technology filed the Objection of Enforcement Technology, Inc. To Cure Amount (Doc. No. 8959) ("Objection"), asserting that it is owed a cure amount of $76,667.22;

WHEREAS, on January 23, 2015, Enforcement Technology filed the Motion Of Enforcement Technology, Inc. For Allowance and Payment of Administrative Claim (Doc. No. 9095) ("Administrative Expense Request"), asserting that it is entitled to an administrative expense claim in the amount of $81,950.73; and

WHEREAS, the Parties have been working toward a consensual resolution of the Objection and the Administrative Expense Request;

NOW, THEREFORE, the Parties stipulate and agree as follows:

1. The City's deadline to file a reply to the Objection is extended through and including June 5, 2015.

2. The City's deadline to file an objection to the Motion Of Enforcement Technology, Inc. For Allowance and Payment of Administrative Claim is extended through and including June 5, 2015.

STIPULATED AND AGREED TO ON MAY 6, 2015 BY:

By: /s/ Marc N. Swanson
Jonathan S. Green (P33140)
Marc N. Swanson (P71149)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
swansonm@millercanfield.com


ATTORNEYS FOR THE CITY OF DETROIT

By: /s/ L. Katie Mason
L. Katie Mason (Wis. Bar Id. 1060063)
REINHART BOERNER VAN DEUREN S.C.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Tel: (414) 298-1000
Fax: (414) 298-8097
kmason@reinhartlaw.com

ATTORNEYS FOR ENFORCEMENT TECHNOLOGY, INC.

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Thomas J. Tucker
---------------------------------------------------x

**ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND ENFORCEMENT TECHNOLOGY, INC. REGARDING EXTENSION OF DEADLINES TO (A) OBJECT TO MOTION OF ENFORCEMENT TECHNOLOGY, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM AND (B) REPLY TO OBJECTION OF ENFORCEMENT TECHNOLOGY, INC. TO CURE AMOUNT**

Upon the Stipulation filed by the City of Detroit, Michigan ("City") and Enforcement Technology, Inc. ("Enforcement Technology") regarding the Extension of Deadlines To (A) Object To Motion Of Enforcement Technology, Inc. For Allowance and Payment of Administrative Claim and (B) Reply to Objection of Enforcement Technology, Inc. To Cure Amount; and the Court being otherwise advised in the premises;

IT IS ORDERED THAT:

1. The City's deadline to file a reply to Enforcement Technology's Objection To Cure Amount is extended through and including June 5, 2015.

2. The City's deadline to file an objection to the Motion Of Enforcement Technology, Inc. For Allowance and Payment of Administrative Claim is extended through and including June 5, 2015.