IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- X
                                                                                             : Chapter 9

In re                                                             : Case no. 13-53846

City of Detroit, Michigan,                     :
                                                                               : Judge Thomas J. Tucker
                                       Debtor       :
------------------------------------------------------- x

**ORDER SUSTAINING DEBTOR'S
TWELFTH OMNIBUS OBJECTION TO CLAIMS,
AS TO CLAIM NOS. 3497, 3798, AND 3799
(Late-Filed Claims)**

Upon the twelfth omnibus objection to claims, filed March 30, 2015 (Docket # 9567, the "Objection"),[1] of the Debtor, City of Detroit, Michigan, (the "City"), seeking entry of an order disallowing and expunging certain late-filed claims, and it appearing that this Court has jurisdiction over the Objection under 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Objection in this District is proper under 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Objection is in the best interests of the City, and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and it appearing that no other or further notice of the Objection need be given; and responses being filed by the holders of Claim Nos. 3497, 3798, and 3799; the Court having held a hearing on the Objection with respect to Claim Nos. 3497, 3798, and 3799 on May 6, 2015 (the "Hearing"); for the reasons stated by the Court on the record during the Hearing;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

IT IS ORDERED that:

1. The Objection is sustained as set forth herein.

2. Claim No. 3497 (filed by Jackie's Transport, Inc.), and Claim Nos. 3798 and 3799 (filed by Bridget Murriel) are all disallowed and expunged in their entirety, under section 502(b) of the Bankruptcy Code.

3. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4. The City is authorized to take all actions necessary to effectuate the relief granted by this Order in accordance with the Objection.

5. Each claim and the objections by the City to each claim as addressed in the Objection and in this Order constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim. Any stay of this Order shall apply only to the contested matter that involves such creditor and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby, and further provided that the City shall have the right to submit a separate order with respect to contested matters or claims.

6. Notice of the Objection as provided therein is good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a) and the local rules of the Court are satisfied by such notice.

.

**Signed on May 06, 2015**

                                               /s/ Thomas J. Tucker
                                               Thomas J. Tucker
                                               United States Bankruptcy Judge