IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Judge Thomas J. Tucker
---------------------------------------------------------x

## ORDER APPROVING THE STIPULATION BY THE CITY OF DETROIT, MICHIGAN AND NORFOLK SOUTHERN RAILWAY COMPANY RESOLVING CLAIM NUMBER 143 FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE

This case is before the Court on the *Stipulation by and between the City of Detroit, Michigan and Norfolk Southern Railway Company Resolving Claim Number 143 for Allowance and Payment of Administrative Expense* (Docket # 9816, the "Stipulation"), the Court having reviewed the Stipulation and being otherwise apprised of the matter, and there being good cause,

IT IS ORDERED THAT:

1. The Stipulation is approved to the extent set forth in this Order.

2. Claim number 143 is allowed as a general unsecured claim in the amount of $1,525.91; *provided, however*, that allowance of this claim is not a waiver of the City's rights to assert and pursue any claims against Norfolk Southern, including, without limitation, claims under chapter 5 of the Bankruptcy Code, and to challenge the assertion of Claim 143 as a defense to such claims.

3. Other than the claims numbered 142 and 143 filed in this bankruptcy case, Norfolk Southern Railway Company has no further claims of any kind against the City of Detroit
13-53846-tjt    Doc 9823    Filed 05/06/15    Entered 05/07/15 09:03:36    Page 1 of 2

("City") as of December 10, 2014.  The City's claim's agent is authorized to update the claims register accordingly.

4. No party may assert a claim against the City on the basis that it has been assigned a claim originally asserted by Norfolk Southern Railway Company.

5. Neither the Stipulation nor this Order revives, reinstates, or affirms any rights, remedies, claims, or defenses of the City or Norfolk Southern against each other that expired or were otherwise barred, satisfied, released, waived, or discharged as of, or upon the occurrence of, the Effective Date of the Plan.  Neither the Stipulation nor this Order modifies the Plan.

.

**Signed on May 06, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge