# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Judge Thomas J. Tucker |

**ORDER APPROVING STIPULATION
BY THE CITY OF DETROIT AND
LASALLE TOWN HOUSES COOPERATIVE ASSOCIATION,
NICOLET TOWN HOUSES COOPERATIVE ASSOCIATION,
LAFAYETTE TOWN HOUSES, INC., JOLIET TOWN HOUSES
COOPERATIVE ASSOCIATION, AND ST. JAMES COOPERATIVE,
ON BEHALF OF THEMSELVES AND THE CLASS RESOLVING
ADMINISTRATIVE EXPENSE MOTION (Doc. No. 9101)**

This case is before the Court on the *Stipulation by and Among the City of Detroit and LaSalle Town Houses Cooperative Association, Nicolet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Joliet Town Houses Cooperative Association, and St. James Cooperative, on Behalf of Themselves and the Class, etc.*[1] (Docket # 9817, the "Stipulation"), the Court having reviewed the Stipulation and being otherwise apprised of the matter, and there being good cause,

IT IS ORDERED THAT:

1. The Stipulation is approved to the extent set forth in this Order.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

2. The *Class Claimants' Motion for Allowance and Payment of Administrative Expense*, filed at Docket Number 9101 in this bankruptcy case, is settled and resolved as set forth in this Order.

3. If the Class Certification Order becomes a Final Order, then the Individual Proofs of Claim, having been superseded by the Class Proof of Claim, will be deemed withdrawn with prejudice by the Plaintiffs. In such event, the City's claim's agent is authorized to update the claims register accordingly without further Order of this Court.

4. If there is a Final Order entered in the District Court Case denying the Claimants any recovery or otherwise resolving the District Court Case in favor of the City, then the Class Proof of Claim and the Individual Proofs of claim will be deemed withdrawn with prejudice, and none of the Claimants will have any further claims of any kind against the City as of December 10, 2014 (the Effective Date of the Plan). In such event, the City's claim's agent is authorized to update the claims register accordingly without further Order of this Court.

5. If there is a Final Order entered in the District Court Case whereby the District Court awards a Monetary Award to the Claimants, the pre-petition amount of the Monetary Award will be treated as a general unsecured claim in class 14 of the Plan and the post-petition amount of the Monetary Award will be paid by the City.

6. The City and the Claimants agree that they will seek to have the District Court apportion any Monetary Award into pre- and post-petition amounts. If the District Court does not do so and the City and the Claimants are unable to agree on an apportionment of the Monetary Award, either the City or the Claimants may request a hearing in this Court to apportion the Monetary Award into pre- and post-petition amounts. The Class Proof of Claim will be deemed amended in the pre-petition amount of the Monetary Award.

.

**Signed on May 06, 2015**

                                                  /s/ Thomas J. Tucker
                                                Thomas J. Tucker
                                                United States Bankruptcy Judge