IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Judge Thomas J. Tucker
---------------------------------------------------x

# ORDER APPROVING STIPULATION BY THE CITY OF DETROIT, MICHIGAN AND ENFORCEMENT TECHNOLOGY, INC. REGARDING EXTENSION OF DEADLINES TO (A) OBJECT TO MOTION OF ENFORCEMENT TECHNOLOGY, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM AND (B) REPLY TO OBJECTION OF ENFORCEMENT TECHNOLOGY, INC. TO CURE AMOUNT

Upon the stipulation (Docket # 9818, the "Stipulation") filed by the City of Detroit, Michigan ("City") and Enforcement Technology, Inc. ("Enforcement Technology") regarding the Extension of Deadlines To (A) Object To Motion Of Enforcement Technology, Inc. For Allowance and Payment of Administrative Claim and (B) Reply to Objection of Enforcement Technology, Inc. To Cure Amount; and the Court being otherwise advised in the premises;

IT IS ORDERED THAT:

1. The City's deadline to file a reply to Enforcement Technology's Objection To Cure Amount is extended through and including June 5, 2015.

2. The City's deadline to file an objection to the Motion Of Enforcement Technology, Inc. For Allowance and Payment of Administrative Claim is extended through and including June 5, 2015.

.

**Signed on May 06, 2015**

Signed on May 6, 2015

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge