# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---------------------------------------------------------x
                                          :
In re                                     :          Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                 :          Case No. 13-53846
                                          :
           Debtor.                        :          Judge Thomas J. Tucker
---------------------------------------------------------x

## ORDER APPROVING STIPULATION BY THE CITY OF DETROIT, MICHIGAN AND ADP, LLC (F/K/A ADP, INC.) FOR AN ORDER APPROVING AN EXTENSION OF THE DEADLINE TO OBJECT TO THE ADMINISTRATIVE EXPENSE CLAIM FILED BY ADP, INC.

Upon the stipulation (Docket # 9826) filed by the City of Detroit, Michigan ("City") and ADP, LLC (f/k/a ADP, Inc.) ("ADP") for an Order Approving an Extension of the Deadline to Object to the Administrative Expense Claim Filed by ADP; and the Court being otherwise advised in the premises;

IT IS ORDERED that the City's deadline to file an objection to the Administrative Claim[1] filed by ADP is extended through and including June 8, 2015.

.

**Signed on May 07, 2015**

                                         _____/s/ Thomas J. Tucker_____
                                              Thomas J. Tucker
                                              United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings given to them in the Stipulation.