# EXHIBIT 1: PROPOSED ORDER

4849-7116-9827.5

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------- x
In re                                                      :   Chapter 9
                                                           :
                                                           :   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                                 :
                                                           :   Hon. Thomas J. Tucker
                    Debtor                                 :
---------------------------------------------------------- x

**ORDER REGARDING THE FILING OF OBJECTIONS TO CERTAIN CLAIMS FILED BY THE STATE OF MICHIGAN**

Upon the stipulation (the "Stipulation") of the City of Detroit (the "City"), and the State of Michigan (the "State"), for entry of an order regarding the filing of objections to certain State claims, namely, proofs of claim numbered 3725, 3726, 3748, 3749, 3750, and 3756 (the "State Claims"); and the Court being fully advised in the premises;

IT IS ORDERED THAT:

1. The City may object to the State Claims through and including July 8, 2015.

4849-7116-9827.5