IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ------------------------------------------------------- x | : | Chapter 9 |
| In re | : | |
| | : | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | : | |
| | : | Judge Thomas J. Tucker |
| Debtor | : | |
| ------------------------------------------------------- x | | |

**ORDER REGARDING THE FILING OF OBJECTIONS TO CERTAIN CLAIMS FILED BY THE STATE OF MICHIGAN**

Upon the stipulation (Docket # 9828, the "Stipulation") of the City of Detroit (the "City"), and the State of Michigan (the "State"), for entry of an order regarding the filing of objections to certain State claims, namely, proofs of claim numbered 3725, 3726, 3748, 3749, 3750, and 3756 (the "State Claims"); and the Court being fully advised in the premises;

IT IS ORDERED that the City may object to the State Claims through and including July 8, 2015.

.

**Signed on May 08, 2015**

                                                                         /s/ Thomas J. Tucker
                                                                 Thomas J. Tucker
                                                                 United States Bankruptcy Judge