**EXHIBIT 2: PROOF OF CLAIM NUMBER 302**

4843-8095-0563.1

| | |
|---|---|
| Please refer to the enclosed Information About Deadlines to File Claims at | Claim #302 Date Filed: 12/19/2013 |
| B10 (Official Form 10) (04/13) (Modified) | |

| UNITED STATES BANKRUPTCY COURT     EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|
| Name of Debtor: City of Detroit, Michigan     Case Number: 13-53846 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Thomas and Linda Simmons**

Name and address where notices should be sent:
**2020 Windsor Pl**
**Fort Worth TX 76110**

Telephone number: **817-371-0951** email: **simmons123@sbcglobal.net**

Name and address where payment should be sent (if different from above):

RECEIVED DEC 19 2013
KURTZMANCARSONCONSULTANTS

Telephone number:     email:

COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ **25,000**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _____
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____ (See instruction #3a)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☒ Other
Describe: **Detroit School Bond**
Value of Property: $ **25,000**
Annual Interest Rate (when case was filed) **5** % ☒ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ _____

Basis for perfection: _____

Amount of Secured Claim: $ **25,000**
Amount Unsecured: $ _____

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**    $ **25,000**

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____.**    $ _____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: **Thomas Simmons**
Title: _____
Company: _____
Address and telephone number (if different from notice address above):
_____
_____
Telephone number: _____ email: _____

(Signature)    12/10/13 (Date)
DEC 12 '13 PM 2:33

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to...

13538461312190000000000012



# Merrill Lynch Wealth Management
Bank of America Corporation

Online at: www.mymerrill.com

THOMAS W SIMMONS AND
LINDA SIMMONS JTWROS
TOD BENEFICIARIES ON FILE
2020 WINDSOR PL
FORT WORTH TX 76110-1758

Account Number: 7GU-11228

24-Hour Assistance: (800) MERRILL
Access Code: 47-748-11228

**Net Portfolio Value:** **$782,717.01**

Your Financial Advisor:
MCKENZIE PFEFFER ARMSTRONG
BABCOCK
201 MAIN STREET SUITE 2100
FORT WORTH TX  76102
1-800-678-0111

November 01, 2013 - November 29, 2013

# MAIN

## ASSETS

| | November 29 | October 31 |
|---|---|---|
| Cash/Money Accounts | 761.17 | 761.15 |
| Fixed Income | 216,713.50 | 218,499.00 |
| Equities | - | - |
| Mutual Funds | 561,695.28 | 564,818.92 |
| Options | - | - |
| Other | - | - |
| **Subtotal (Long Portfolio)** | 779,169.95 | 784,079.07 |
| Estimated Accrued Interest | 3,547.06 | 3,187.67 |
| **TOTAL ASSETS** | **$782,717.01** | **$787,266.74** |

## LIABILITIES

| | November 29 | October 31 |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | - | - |
| **NET PORTFOLIO VALUE** | **$782,717.01** | **$787,266.74** |
| MARGIN AVAILABLE CREDIT | 464,394.00 | |

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | **$761.15** | |
| **CREDITS** | | |
| Funds Received | - | 1,058.50 |
| Electronic Transfers | - | 36,231.90 |
| Other Credits | 1,354.47 | 37,290.40 |
| Subtotal | 1,354.47 | |
| **DEBITS** | | |
| Electronic Transfers | (1,354.47) | (36,188.00) |
| Margin Interest Charged | - | (26.89) |
| Other Debits | - | (35,053.89) |
| Visa Purchases (debits) | (1,354.47) | |
| ATM/Cash Advances | - | - |
| Checks Written/Bill Payment | - | - |
| Subtotal | (2,708.94) | (71,268.78) |
| **Net Cash Flow** | **($1,354.47)** | **($33,978.38)** |
| Dividends/Interest Income | 1,354.49 | 28,036.76 |
| Security Purchases/Debits | - | (220,212.27) |
| Security Sales/Credits | - | 220,778.97 |
| **Closing Cash/Money Accounts** | **$761.17** | |
| Securities You Transferred In/Out | - | (11.32) |

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

1227

## ACCOUNT INVESTMENT OBJECTIVE

**INCOME:** Objective is to obtain a continuing stream of income from investments. In order to satisfy current yield requirements, the investor should be willing to accept the risk of principal loss.

If you have changes to your investment objective, please contact your Financial Advisor(s).

## YOUR CMA BANK DEPOSIT INTEREST SUMMARY

| Money Account Description | Opening Balance | Average Deposit Balance | Current Yield% | Interest on Deposits | Closing Balance |
|---|---|---|---|---|---|
| FIA Card Services, N.A. | 761 | 761 | .03 | 0.02 | 761 |
| **TOTAL** ML Bank Deposit Program | 761 | | | 0.02 | 761 |

## YOUR CMA ASSETS

### CASH/MONEY ACCOUNTS

| Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Est. Annual Yield% |
|---|---|---|---|---|---|
| CASH | 0.17 | 0.17 | | .17 | |
| +ML BANK DEPOSIT PROGRAM | 761.00 | 761.00 | 1.0000 | 761.00 | .03 |
| +FDIC INSURED NOT SIPC COVERED | | | | | |
| **TOTAL** | | 761.17 | | 761.17 | .03 |

### MUNICIPAL BONDS

| Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Estimated Current Annual Income Yield% |
|---|---|---|---|---|---|---|---|---|---|
| Δ CLARK CNTY WA SD NO 119 SER A SCH GTD AGM PRF15 MAY05 05.125%DEC01 22 MOODY'S: AA1 S&P: *** CUSIP: 181324ME1 CALL DT:06/01/15 CALL PR:100 ORIGINAL UNIT/TOTAL COST: 108.2754/27,068.85 | 09/05/13 | 25,000 | 26,802.86 | 107.2760 | 26,819.00 | 16.14 | 633.51 | 1,282 | 4.77 |

13-53846-tjt   Doc 9830-3   Filed 05/08/15   Entered 05/08/15 11:42:59   Page 4 of 8


**Merrill Lynch**
**Wealth Management**
Bank of America Corporation

MAIN

Account Number: 7GU-11228

November 01, 2013 - November 29, 2013

## YOUR CMA ASSETS

**MUNICIPAL BONDS** (continued)

| Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| ∆ MICHIGAN FIN AUTH REV<br>DETROIT SCH RF SCH GTD  MAY12 05.000%JUN01 17<br>MOODY'S: ***  S&P: A+  CUSIP: 59447PMB4<br>ORIGINAL UNIT/TOTAL COST:  110.3964/27,599.10 | 09/03/13 | 25,000 | 27,442.23 | 108.9730 | 27,243.25 | (198.98) | 618.06 | 1,250 | 4.58 |
| DETROIT MICH<br>SER B-1 RF AMBAC  SEP04 05.250%APR01 18<br>MOODY'S: CAA3  S&P: D  CUSIP: 251093ZT0<br>PAR CALL DATE: 04/01/14  PAR CALL PRICE: 100.00 | 09/03/13 | 25,000 | 23,802.85 | 91.1270 | 22,781.75 | (1,021.10) | 211.46 | 1,313 | 5.76 |
| ∆ LOUISIANA ST ENERGY &<br>PWR AUTH PWR PROJ REV  MAY13 05.000%JAN01 22<br>MOODY'S: A3  S&P: A-  CUSIP: 546462CX8<br>ORIGINAL UNIT/TOTAL COST:  109.1284/27,282.10 | 09/05/13 | 25,000 | 27,229.45 | 111.5290 | 27,882.25 | 652.80 | 722.22 | 1,250 | 4.48 |
| ∆ OKLAHOMA ST WTR RES BRD<br>REVOLVING FD REV SER A  APR11 05.000%APR01 22<br>MOODY'S: AAA  S&P: AAA  CUSIP: 67919PET6<br>PAR CALL DATE: 04/01/21  PAR CALL PRICE: 100.00<br>ORIGINAL UNIT/TOTAL COST:  116.4654/29,116.35 | 09/03/13 | 25,000 | 29,000.54 | 116.9960 | 29,249.00 | 248.46 | 201.39 | 1,250 | 4.27 |
| ∆ NEW JERSEY ST TRANSN TR<br>FD AUTH SER B RF AMBAC  JAN05 05.250%DEC15 22<br>MOODY'S: A1  S&P: A+  CUSIP: 6461355S8<br>ORIGINAL UNIT/TOTAL COST:  114.2904/28,572.60 | 09/05/13 | 25,000 | 28,499.10 | 115.9620 | 28,990.50 | 491.40 | 597.92 | 1,313 | 4.52 |
| ∆ CHICAGO ILL LIBRARY<br>SER D  JAN09 05.000%JAN01 23<br>MOODY'S: A3  S&P: A+  CUSIP: 167486EM7<br>PAR CALL DATE: 01/01/19  PAR CALL PRICE: 100.00<br>ORIGINAL UNIT/TOTAL COST:  102.5374/25,634.35 | 09/03/13 | 25,000 | 25,609.40 | 101.8830 | 25,470.75 | (138.65) | 513.89 | 1,250 | 4.90 |

1227

011

MAIN

## YOUR CMA ASSETS

Account Number: 7GU-11228

**24-Hour Assistance: (800) MERRILL**
Access Code: 47-748-11228

November 01, 2013 - November 29, 2013

**MUNICIPAL BONDS** (continued)

| Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| △ METROPOLITAN TRANSN AUTH   N Y REV TRANSN SER D JUL13 05.000%NOV15 23   MOODY'S: A2  S&P: A  CUSIP: 59259YF87   ORIGINAL UNIT/TOTAL COST: 112.7044/28,176.10 | 09/03/13 | 25,000 | 28,114.92 | 113.1080 | 28,277.00 | 162.08 | 48.61 | 1,250 | 4.42 |
| **TOTAL** | | 200,000 | 216,501.35 | | 216,713.50 | 212.15 | 3,547.06 | 10,158 | 4.69 |

**PLEASE REFER TO NOTES BELOW FOR INFORMATION REGARDING CREDIT RATINGS.**

**MUTUAL FUNDS/CLOSED END FUNDS/UIT**

| Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| ING INFRASTRUCTURE INDSTRLS AND MATRAL FUND   SYMBOL: IDE   Initial Purchase: 12/09/10   Equity 100% | 10,225 | 190,053.59 | 16.9700 | 173,518.25 | (16,535.34) | 190,053 | (16,535) | 16,565 | 9.54 |
| INVESCO TAX FREE INTERMEDIATE FD CL A   SYMBOL: ATFAX   Initial Purchase: 11/11/09   Fixed Income 100% | 33,842 | 373,615.62 | 11.4700 | 388,167.74 | 14,552.12 | 373,615 | 14,552 | 11,743 | 3.02 |
| .8100 Fractional Share | | 8.94 | 11.4700 | 9.29 | .35 | | | 1 | 3.02 |
| Subtotal (Fixed Income) | | | | 388,177.03 | | | | | |
| Subtotal (Equities) | | | | 173,518.25 | | | | | |



MAIN

Account Number: 7GU-11228

November 01, 2013 - November 29, 2013

## YOUR CMA ASSETS

| MUTUAL FUNDS/CLOSED END FUNDS/UIT (continued) Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL** | | 563,678.15 | | 561,695.28 | (1,982.87) | | (1,983) | 28,309 | 5.04 |

**Total Client Investment:** Cost of shares directly purchased and still held. Does not include shares purchased through reinvestment.
**Cumulative Investment Return:** Estimated Market Value minus Total Client Investment. Cumulative Investment Return is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed.

**Market Timing:** Merrill Lynch's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.

**Unrealized Gain or (Loss):** Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment). Provided for Tax Planning purposes only and is not applicable to retirement accounts.
**Initial Purchase:** Date of your initial investment in this fund.

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|
| **TOTAL** | 780,940.67 | 779,169.95 | (1,770.72) | 3,547.06 | 38,467 | 4.94 |

**Notes**
Δ Debt Instruments purchased at a premium show amortization
*** Rating currently unavailable or not rated/unrated as provided by Rating Agency or recognized industry wide third party vendor source.
For Credit Ratings: S&P and Moody's provide credit ratings on the credit quality of certain bonds and preferred stocks. For a credit enhanced security, Moody's and S&P publish and provide third party vendors the higher of the rating on the credit enhancer (guarantor) or the stand alone rating on the underlying security.

θ Debt Instruments purchased at a discount show accretion

MAIN

Account Number: 7GU-11228

24-Hour Assistance: (800) MERRILL
Access Code: 47-748-11228

November 01, 2013 - November 29, 2013

## YOUR CMA TRANSACTIONS

**REALIZED GAINS/(LOSSES)**

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) * This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| Subtotal (Long-Term) | | | | | | | (6,799.20) |
| **TOTAL** | | | | | | | **(6,799.20)** |

\* - Excludes transactions for which we have insufficient data

## YOUR CMA DAILY ACCOUNT TRANSACTIONS

| Date | Transaction Type | Quantity | Description | Price | Amount | Money Account and Cash Balance |
|---|---|---|---|---|---|---|
| 10/31 | **Opening Balance** | | | | | 761.15 |
| 11/01 | Check | | TOTAL DIV/INT ACH AMT | | (923.91) | |
| 11/01 | Dividend | | INVESCO TAX FREE INTERMEDIATE FD CL A PAY DATE 10/31/2013 | | 923.91 | 761.15 |
| 11/04 | Funds Transfer | | TO BAC#0048585879122 | | (923.91) | |
| 11/04 | Check | | TOTAL DIV/INT ACH AMT | | 923.91 | 761.15 |
| 11/15 | Check | | TOTAL DIV/INT ACH AMT | | (430.56) | |
| 11/15 | Non Rept Int | | METROPOLITAN TRANSN AUTH N Y REV TRANSN SER D JUL13 05.000%NOV15 23 PAY DATE 11/15/2013 CUSIP NUM: 59259YF87 | | 430.56 | 761.15 |
| 11/19 | Funds Transfer | | TO BAC#0048585879122 | | (430.56) | |
| 11/19 | Check | | TOTAL DIV/INT ACH AMT | | 430.56 | 761.15 |
| 11/29 | ¤ Bank Interest | | BANK DEPOSIT INTEREST | | .02 | **761.17** |
| 11/29 | **Closing Balance** | | | | | |

*Dollar value of securities transferred in or out is for informational purposes only and is not included in the Net Total for the Daily Activity Section.*