IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                      :
In re                                     :          Chapter 9
                      :
CITY OF DETROIT, MICHIGAN,    :          Case No. 13-53846
                      :
        Debtor.                  :          Hon. Thomas J. Tucker
---------------------------------------------------------x

**STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND 660 WOODWARD ASSOCIATES LLC FOR AN ORDER APPROVING AN EXTENSION OF THE DEADLINE TO OBJECT TO THE ADMINISTRATIVE EXPENSE CLAIM FILED BY 660 WOODWARD ASSOCIATES LLC**

The City of Detroit, Michigan ("City") and 660 Woodward Associates LLC ("660 Woodward", and together with the City, the "Parties"), file this Stipulation by and Between the City of Detroit, Michigan and 660 Woodward Associates LLC For an Order Approving an Extension of the Deadline To Object To The Administrative Expense Claim Filed by 660 Woodward Associates LLC.

WHEREAS, on December 17, 2014, 660 Woodward filed its proof of claim number 3800, wherein it asserted a rejection damages claim for $11,145.52, which included an administrative expense component in the amount of $7,895.52 ("Administrative Claim");

NOW, THEREFORE, the Parties stipulate and agree as follows:

The City's deadline to file an objection to the Administrative Claim is extended through and including June 5, 2015.

**STIPULATED AND AGREED:**

| ATTORNEYS FOR THE CITY | ATTORNEYS FOR 660 WOODWARD ASSOCIATES LLC |
|---|---|
| By: /s/ Marc N. Swanson<br>Stephen S. LaPlante (P48063)<br>Marc N. Swanson (P71149)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 963-6420<br>Facsimile: (313) 496-7500<br>green@millercanfield.com<br>swansonm@millercanfield.com | By: /s/ Lawrence A. Lichtman<br>Lawrence A. Lichtman, Esq. (P35403)<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>(313) 465-7590<br>llichtman@honigman.com |

DATED: May 8, 2015

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------x
: 
In re : Chapter 9
: 
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
: 
Debtor. : Hon. Thomas J. Tucker
------------------------------------------------------x

**ORDER GRANTING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND 660 WOODWARD ASSOCIATES LLC FOR AN ORDER APPROVING AN EXTENSION OF THE DEADLINE TO OBJECT TO THE ADMINISTRATIVE EXPENSE CLAIM FILED BY 660 WOODWARD ASSOCIATES LLC**

Upon the Stipulation filed by the City of Detroit, Michigan ("City") and 660 Woodward Associates LLC For an Order Approving an Extension of the Deadline To Object To The Administrative Expense Claim Filed by 660 Woodward Associates LLC. ("Stipulation"); and the Court being otherwise advised in the premises;

IT IS ORDERED THAT:

The City's deadline to file an objection to the Administrative Claim[1] filed by 660 Woodward is extended through and including June 5, 2015.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings given to them in the Stipulation.