# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Judge Thomas J. Tucker
---------------------------------------------------------x

**ORDER APPROVING STIPULATION BY THE CITY OF DETROIT, MICHIGAN AND 660 WOODWARD ASSOCIATES LLC FOR AN ORDER APPROVING AN EXTENSION OF THE DEADLINE TO OBJECT TO THE ADMINISTRATIVE EXPENSE CLAIM FILED BY 660 WOODWARD ASSOCIATES LLC**

Upon the Stipulation filed by the City of Detroit, Michigan ("City") and 660 Woodward Associates LLC For an Order Approving an Extension of the Deadline To Object To The Administrative Expense Claim Filed by 660 Woodward Associates LLC. (Docket # 9831, the "Stipulation"); and the Court being otherwise advised in the premises;

IT IS ORDERED that the City's deadline to file an objection to the Administrative Claim[1] filed by 660 Woodward is extended through and including June 5, 2015.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings given to them in the Stipulation.

**Signed on May 08, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge