UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                      Chapter 9

        Debtor.                          Judge Thomas J. Tucker
_____/

**ORDER SUSTAINING THE CITY OF DETROIT'S OBJECTION
TO CLAIM NUMBER 3473 FILED BY HUNTER TODD**

     This case came before the Court for a hearing on April 8, 2015, on the objection of the City of Detroit to Claim No. 3473 filed by Hunter Todd (the "Claim Objection," part of the City's "Tenth Omnibus Objections to Certain Claims," Docket # 9262). At the conclusion of the April 8, 2015 hearing, the Court took the Claim Objection under advisement. Today the Court has filed a written opinion regarding the Claim Objection. For the reasons stated in the Court's written opinion,

     IT IS ORDERED that the Claim Objection — *i.e.*, the City of Detroit's objection to Hunter Todd's Claim No. 3473 — is sustained, and Claim No. 3473 is disallowed.


**Signed on May 8, 2015**                                                               /s/ Thomas J. Tucker
                                                                                        **Thomas J. Tucker
                                                                                        United States Bankruptcy Judge**