# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                          Chapter 9

City of Detroit, Michigan,                      Case No. 13-53846

   Debtor.                                      Hon. Thomas J. Tucker

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Jennifer Grageda, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On or before May 7, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Order, Pursuant to Sections 105(A) and 502(C) of the Bankruptcy Code and Bankruptcy Rule 3021, Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 9701]

On May 8, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit B**:

- Debtor's Sixteenth Omnibus Objection to Certain Claims (Books and Records) [Docket No. 9740]

Dated: May 8, 2015

                                            Jennifer Grageda
                                            KCC
                                            2335 Alaska Ave
                                            El Segundo, CA 90245

# EXHIBIT A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Erica Benson | | 19992 Binder St | | Detroit | MI | 48234-1908 |
| GI Transportation, Llc | C/o Heather J Atnip | Romanzi Atnip PC | 400 Water St Ste 205 | Rochester | MI | 48307-2090 |
| Julius Minter | Mr. Julius Minter | 21438 Dequindre Rd Apt 202 | | Warren | MI | 48091-2216 |

# EXHIBIT B

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Darrell South | Attn Accounts Payable | 17069 Eleanor Dr S Apt 33C | Clinton Twp | MI | 48038-6518 |