Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **6/3/15** at **01:30 PM** to consider and act upon the following:

*9110* – Application for Administrative Expenses Filed by Creditor Plunkett Cooney (Attachments: # 1 Index Index of Exhibits # 2 Exhibit A – Proposed Order # 3 Exhibit 1 # 4 Exhibit 2 # 5 Exhibit 3 # 6 Exhibit 4 # 7 Exhibit 5 # 8 Certificate of Service) (Lerner, David)

Dated: 5/11/15

                      BY THE COURT

                      Katherine B. Gullo
                      Clerk, U.S. Bankruptcy Court

                      BY: christine sikula
                      Deputy Clerk