UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846
Hon.

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS, UNDER 11 U.S.C. § 1109(b) AND FED. R. BANKR. P. 2002, 3017(a), 9007, 9010

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the undersigned firm of attorneys are appearing for ADP, LLC f/k/a ADP, Inc. The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address and telephone number:

> Judith Greenstone Miller, Esq.
> Jaffe Raitt Heuer & Weiss, P.C.
> 27777 Franklin Road, Suite 2500
> Southfield, MI 48034
> phone—(248) 351-3000
> jmiller@jaffelaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

written or oral and whether transmitted or conveyed by mail, delivery, telephone facsimile or otherwise.

Respectfully submitted,

JAFFE, RAITT, HEUER & WEISS, P.C.

By: /s/ Judith Greenstone Miller
Judith Greenstone Miller (P29208)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
jmiller@jaffelaw.com
(248) 351-3000
(248) 351-3082 (Fax)