UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

In re CITY OF DETROIT, Michigan,
DEBTOR.

CHAPTER 9
CASE NO.:13-53846
~~HON. STEVEN RHODES~~ JUDGE THOMAS J. TUCKER

---

**ORDER** ~~ALLOWING PETITIONER, ATTORNEY~~ *DENYING MOTION TO FILE MOTION UNRELATED*
**IN NON-BANKRUPTCY LEGAL MATTER TO FILE PAPER** *IN TRADITIONAL PAPER FORM*

This matter having come on pursuant to an ex parte Motion by Ronald A. Steinberg, attorney in a non-bankruptcy legal matter, seeking an order to allow him to file *(the "Motion")*.

~~in paper.~~ *form. This Motion will be denied because all of the papers have the wrong judge name in the caption.*

~~IT IS HEREBY ORDERED that Petitioner, Ronald A. Steinberg, may file by~~ *The Motion is denied, without prejudice.*

~~paper: Motion to File Paper and Motion to Exclude Claim By Citizens Against Detroit Police Officer for Intentional Act/Civil Rights Violation from Detroit's Bankruptcy and to Allow the Case to Proceed in the Wayne County (Michigan) Circuit Court.~~

Dated: 5-11-15

Judge

*Thomas J. Tucker*
*United States Bankruptcy*
*Judge*

13-53846-tjt    Doc 9842    Filed 05/11/15    Entered 05/11/15 14:49:32    Page 1 of 1