
**SCHNEIDERMAN & SHERMAN** P.C.

23938 Research Drive
Suite 300
Farmington Hills, MI 48335

*Telephone*: **248.539.7400**
*Toll Free*: **866.867.7688**
*Facsimile*: **248.539.7401**

www.sspclegal.com
attorneys@sspclegal.com

May 1, 2015

U.S. Bankruptcy Court
Eastern District

**Re:** Brett Border (P65534)

To Whom it May Concern:

Please be advised, effective today, Brett Border's (P65534) is terminated from this case.

If you have any questions, please feel free to contact us at 248-539-7400

Very truly yours,

**SCHNEIDERMAN & SHERMAN, P.C.**

**Neil Sherman**
Managing Partner