
| | | | | |
|---|---|---|---|---|
| **SCHNEIDERMAN & SHERMAN** P.C. | 23938 Research Drive Suite 300 Farmington Hills, MI 48335 | *Telephone*: *Toll Free*: *Facsimile*: | **248.539.7400** **866.867.7688** **248.539.7401** | www.sspclegal.com attorneys@sspclegal.com |

May 1, 2015

U.S. Bankruptcy Court
Eastern District

**Re:** Brett Border (P65534)

To Whom it May Concern:

Please be advised, effective today, Brett Border's (P65534) is terminated from this case.

If you have any questions, please feel free to contact us at 248-539-7400

                          Very truly yours,

                          **SCHNEIDERMAN & SHERMAN, P.C.**

                          **Neil Sherman**
                          Managing Partner