**SCHNEIDERMAN & SHERMAN** P.C.

23938 Research Drive
Suite 300
Farmington Hills, MI 48335

*Telephone*: 248.539.7400
*Toll Free*: 866.867.7688
*Facsimile*: 248.539.7401

www.sspclegal.com
attorneys@sspclegal.com

May 1, 2015

U.S. Bankruptcy Court
Western District
~~Eastern District~~

Re: Brett Border (P65534)

To Whom it May Concern:

Please be advised, effective today, Neil Sherman (P64105) has taken over all of Brett Border's (P65534) cases.

If you have any questions, please feel free to contact us at 248-539-7400

Very truly yours,

SCHNEIDERMAN & SHERMAN, P.C.

Neil Sherman
Managing Partner