# United States Bankruptcy Court

EASTERN District Of MICHIGAN (SOUTHERN DIVISION)

In re City of Detroit, Michigan
Debtor

Case No. 13-53846

Chapter 9

I Mario Ross,

I am responding to the objection of my claim of case 13-53846. I have recieved major property damage from the city of Detroit sewerage company. So I am seeking a judgement to Repair my property and give me Relief.

Mario Ross

FILED (I) 2015 MAY 20 A 11:34 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit, MI, Debtor.

CASE NO: 13-53846
CHAPTER: 9

## CERTIFICATE OF SERVICE

I hereby certify that on 5/20/15 (date of mailing), I served copies as follows:

1. Document(s) served: Response of Debtors Fifteenth Omnibus Objection to certain Claims

2. Served upon [name and address of each person served]:

    John A. Simon
    Jeffrey S. Kopp
    Tamar N. Dolcourt
    Leah R. Imbrogno
    Foley and Lardner LLP
    → 500 Woodward Ave Ste. 2700
    Detroit, MI 48226

3. By First Class Mail.

Dated: 5/20/15

Mario Ross
(Signature)

Print Name: Mario Ross

FILED
2015 MAY 20 A 11:34
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT