IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------- x
                                                   :   Chapter 9
                                                   :
In re                                              :
                                                   :   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                         :
                                                   :   Hon. Thomas J. Tucker
                                                   :
                                    Debtor         :
-------------------------------------------------- x
```

## STIPULATION FOR ADJOURNMENT OF RESPONSE DATE AND HEARING ON DEBTOR'S OBJECTION TO CLAIM NO. 2780 FILED BY THOMAS NUNLEY

Thomas Nunley, the holder of Claim Number 2780, and the City of Detroit, Michigan (the "City"), by and through their undersigned counsel, hereby stipulate to the entry of the Order attached as **Exhibit 1**, and respectfully request that the Court reschedule the hearing on the City's Fifteenth Omnibus Objection to Certain No-Basis Claims (Dkt. No. 9739) as to Claim Number 2780 only and adjourn the response date for Mr. Nunley or his counsel to file a response until July 10, 2015, in order to accommodate his request for more time review the objection and to prepare a response if necessary, as listed on Exhibit 1 hereto or as soon thereafter as the Court may determine and grant such other relief as is proper and just.

Respectfully submitted by:

| WHEELOCK P.C. | FOLEY & LARDNER, LLP |
|---|---|
| By: /s/ Joshua Wheelock (w/consent)<br>Joshua Wheelock (P76512)<br>16400 N. Park Drive, Ste. 112<br>Southfield, MI 48075<br>Phone: (248) 996-8127<br>jwheelock@wheelocklegal.com<br>*Counsel to Thomas Nunley*<br><br>Dated: May 20, 2015 | By: /s/ Tamar N. Dolcourt<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jsimon@foley.com<br>tdolcourt@foley.com<br>*Counsel to the City of Detroit, Michigan* |

4837-6298-1412.1