**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

------------------------------------------------------- x
In re                                                                    :  Chapter 9
                                                                             :
                                                                             :  Case No. 13-53846
CITY OF DETROIT, MICHIGAN,              :
                                                                             :  Hon. Thomas J. Tucker
                                            Debtor         :
------------------------------------------------------- x

# ORDER ADJOURNING RESPONSE DATE AND HEARING ON DEBTOR'S OBJECTION TO CLAIM NUMBER 2780 FILED BY THOMAS NUNLEY

Upon the stipulation (Docket # 9852, the "Stipulation") of the City of Detroit (the "City"), and Henry Gesing, the holder of Claim Number 2780, for entry of an order adjourning the hearing on the City's Fifteenth Omnibus Objection to Certain No-Basis Claims (Docket # 9739) as to Claim Number 2780 only (the "Objection"); and the Court being fully advised in the premises;

IT IS ORDERED that:

1. Any response to the Objection as to Claim Number 2780 only must be filed on or before **July 10, 2015**.

2. The hearing on the Objection as to Claim Number 2780 only, scheduled to be held on May 27, 2015 at 1:30 p.m., is adjourned to **July 22, 2015 at 1:30 p.m.**

.

**Signed on May 21, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge