# United States Bankruptcy Court
## Eastern District of Michigan

In re: CITY OF DETROIT, MICHIGAN
Debtor

Case No. 13-53846
Chapter 9

Gretchen R. Smith

Creditor's Response

## RESPONSE TO DEBTOR'S SEVENTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

I state a true fact that the Notice of Debtor's Seventeeth Omnibus Objection to Certain Claims did not state the hours of Clerk of the Court United States Bankruptcy Court @ 211 W. Fort Street Suite 2100, Detroit, Mich. 48226, Therefore, Creditor would not have know this office is only open 8:30–4:00p. This knowledge was obtained by Creditor @ 4:00p on 5/20/2015, (W) from Security officer John Kobly. This should not be handled as 'Late'. There are 3 msg. claims. This Creditor, I, feel this case may or may not be Incorrectly classified. I plan to attend the May 27, 2015 hearing @ 1:30p to seek truth of properness. I am in communication with KCC # but not Mr. Andreopolis. I understand, Mr. Andreopolis filed a proof of claim as well. There are several missing care providing checks, perhaps I can discover where they are at. The claim is definately incomplete.

Sincerely, Gretchen Smith

FILED
2015 MAY 21 A 10:35
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit, Michigan

CASE NO: 13-53846
CHAPTER: 9

Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on 5/21/2015 (date of mailing), I served copies as follows:

1. Document(s) served: RESPONSE TO DEBTOR'S SEVENTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

2. Served upon [name and address of each person served]:

   John A. Simon
   Jeffrey S. Kopp
   Tamar N. Dolcourt
   Leah R. Imbrogno
   Foley & Lardner LLP
   500 Woodward Ave., Ste 2700
   Detroit, Mich. 48226

3. By First Class Mail.

Dated: 5/21/2015

(Signature) /s/ Gretchen R Smith

Print Name: Gretchen R. Smith

(Signature of Co-Debtor) na

Print Name: na