13 May 2015

To : Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

CC: Council For The City of Detroit
John A Simon
Jeffery S. Kopp
Tamar N. Dolcourt
Leah R. Imbrogno
Foley & Lardner LLP
500 Woodward Ave., Ste. 2700
Detroit, MI 48226

From: Mr. Laurence Woody White, Pension #175864
(Residence 1753 Walnut Road
Chloe, WV 25235-8033)

(Mailing address P.O. Box 163
Chloe, WV 25235-0163)

*FILED 2015 MAY 21 A 11:13 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT*

To: Whom it may concern:

I Laurence Woody White am now residing in the State of West Virginia at the above listed address since 1997.
Prior to my official retirement date, I was living at 1867 Goulburn Street, Detroit, MI 48205-2652.
My official retirement date from having been employed by and for the City of Detroit for 23 years and 7 months
was December 04, 1993.

I would like to state that, I do not want the court to eliminate, change my claim, or grant the relief request in the
17th Omnibus Objection. I therefore oppose and strongly object, with legally justified evidence which I have
enclosed with two certificates that were presented to me on the above mentioned date in December 1993. I have
been receiving my pension checks from the City since that retirement date. I am also enclosing last months copy
of one my pension checks.

Respectfully Submitted,

# EXHIBIT 2: INCORRECTLY CLASSIFIED CLAIMS TO BE RECLASSIFIED



4824-2250-8835.4

| | | | | | |
|---|---|---|---|---|---|
| 2096 | Andre R. Canty<br>31510 John R. Rd.<br>Apt. 109<br>Madison Heights, MI 48071 | Unliquidated | Stated Basis:<br><br>"Longevity." | Admin Priority | General Unsecured |
| 2229 | Robert Kilgore<br>c/o Brian Muawad<br>22330 Greater Mack Ave.<br>St. Clair Shores, MI 48080 | 17,000.00 | Stated Basis:<br><br>"Non-payment of personal injury protection benefits." | Admin Priority | General Unsecured |
| 2246 | Joyce Daniels<br>c/o Brian Muawad<br>22330 Greater Mack Ave.<br>St. Clair Shores, MI 48080 | 100,000.00 | Stated Basis:<br><br>"No-fault benefits and third party negligence." | Admin Priority | General Unsecured |
| 2249 | Kimberly Schaffner<br>c/o Brian Muawad<br>22330 Greater Mack Ave.<br>St. Clair Shores, MI 48080 | 150,000.00 | Stated Basis:<br><br>"Third party negligence." | Admin Priority | General Unsecured |
| 2252 | ==Laurence Woody White==<br>PO Box 163<br>Chloe, WV 25235<br>==Pension # 175864== | Unliquidated | Stated Basis:<br><br>"Employed by and for City of Detroit for twenty-three years and seven months, city engineering; also bldg. & safety engineering." | Admin Priority | General Unsecured |
| 2296 | Jonathan B Fields<br>16891 Avon<br>Detroit, MI 48219 | 1,500.00 | Stated Basis:<br><br>"Compensatory and sick time." | Admin Priority | General Unsecured |



# DETROIT CITY COUNCIL
# Award of Recognition
## presented to

## LAURENCE WHITE
*Buildings & Safety Engineering Department*
*Building Division*
*23 years, 7 months*

*Maryann Mahaffey*
COUNCIL PRESIDENT

*Gil Hill*
COUNCIL PRESIDENT PRO TEM

*David Eberhard*
COUNCIL MEMBER

*Keith A. Butler*
COUNCIL MEMBER

*Sheila Cockrel*
COUNCIL MEMBER

*Clyde Cleveland*
COUNCIL MEMBER

*Alonzo Bates*
COUNCIL MEMBER

*Kay Everett*
COUNCIL MEMBER

*Mel Ravitz*
COUNCIL MEMBER

December 4, 1993
DATE

# The City of Detroit

# Certificate of Retirement

*is presented to*

## Laurence White
Building Division

*in recognition of* 23 *years of service with the City of Detroit.*

*We affix our signatures to this certificate commending the employee's contribution to the department, fellow employees, the citizens of Detroit, and to the well-being of the entire community.*

_____
MAYOR

_____
COUNCIL PRESIDENT

_____
COUNCIL PRESIDENT PRO TEM

_____
COUNCIL MEMBER

_____
COUNCIL MEMBER

_____
COUNCIL MEMBER

_____
COUNCIL MEMBER

_____
COUNCIL MEMBER

_____
COUNCIL MEMBER

December 4, 1993
DATE

Form C of D-10-CE-C



General Retirement System
of the City of Detroit
500 Woodward Ave Ste 3000
Detroit, MI 48226-5493

Advice Number: 1101066523

Advice Date: 04/01/2015

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| WHITE, LAURENCE W | Checking | | $1,378.02 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT. ■

X 9844365268

# USPS EXPRESS MAIL — Customer Copy
Label 11-B, March 2004
Post Office To Addressee

**Tracking:** EI 881815861 US

## ORIGIN (POSTAL SERVICE USE ONLY)
- PO ZIP Code: 25301
- Day of Delivery: Next
- Postage: $
- Date Accepted: Mo. 2 / Day 19 / Year 14
- Scheduled Date of Delivery: Month 2 Day 20
- Return Receipt Fee: $
- Time Accepted: 2:10 AM
- Scheduled Time of Delivery: Noon
- COD Fee: $
- Insurance Fee: $
- Total Postage & Fees: $
- Flat Rate or Weight

## FROM:
Mr. Laurence (Woody) White
PO Box 163
Chloe, WV 25235-0163
PHONE: 304-655-6763

## TO:
Office of the Clerk of Court
United States Bankruptcy Court
For The Eastern District of Michigan
211 West Fort Street, Suite 1700
Detroit, MI
ZIP: 48226+

FOR PICKUP OR TRACKING Visit www.usps.com — Call 1-800-222-1811 — EMS

## DELIVERY (POSTAL USE ONLY)
(blank)