**EXHIBIT 1: PROPOSED ORDER**

4828-5120-1315.1

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor | Hon. Thomas J. Tucker |

## ORDER ADJOURNING HEARING ON DEBTOR'S OBJECTION TO CLAIM NUMBER 852 FILED BY MICHIGAN AUTO RECOVERY SERVICE

Upon the stipulation (the "Stipulation") of the City of Detroit (the "City"), and Michigan Auto Recovery Services, the holder of Claim Number 852, for entry of an order adjourning the hearing on the City's Fourteenth Omnibus Objection to Certain Books and Records Claims (Dkt. No. 9569) as to Claim Number 852 only (the "Objection"); and the Court being fully advised in the premises;

THE COURT HEREBY ORDERS that:

1. The hearing on the Objection as to Claim Number 852 only, scheduled to be held on May 27, 2015 at 1:30 p.m., is adjourned to **July 22, 2015 at 1:30 p.m. in Courtroom 1925, 211 W. Fort Street, Detroit, MI 48226.**

4828-5120-1315.1