IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 9 |
| CITY OF DETROIT, | ) |
| | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Thomas J. Tucker |
| | ) |
| | ) |
| | ) |

## DECLARATION OF DALE PRICE

I, Dale Price, state the following:

1. I am a Senior Trial Attorney for the Legal Unit of the Detroit Field Office of the Equal Employment Opportunity Commission.

2. I have been handling bankruptcy matters on behalf of the Detroit Field Office of the EEOC in the above-captioned case.

3. The correspondence relied upon by the City was discovered after we filed our Consolidated Notice of Claim for Administrative Expenses on January 30, 2015.

4. I discovered the bar date by independent research on Pacer on January 29, 2015.

5. Consequently, I did not have actual notice of the bar date for administrative

1

expenses prior to January 29, 2015.

6.   I prepared and filed the Consolidated Notice of Claim on the following day, January 30, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  May 21st  , 2015          _____
                                                                 Dale Price