**EXHIBIT 1: PROOF OF CLAIM NO. 3087**

4837-6068-7652.2

| | |
|---|---|
| Claim #3087 | Date Filed: 2/21/2014 |

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | |
|---|---|---|
| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): **Mario Ross**

Name and address where notices should be sent:
Mario Ross
19400 Tireman St. Detroit MI 48228

Telephone number: (313) 926-7367  email: rossmario15@yahoo.com

Name and address where payment should be sent (if different from above):

**FILED FEB 21 2014 US Bankruptcy Court Eastern District**

☐ Check this box if this claim amends a previously filed claim.
Court Claim Number: _____ (If known)
Filed on: _____

☑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED FEB 24 2014 KURTZMAN CARSON CONSULTANTS**

1. **Amount of Claim as of Date Case Filed:** $ 8500.00

   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Sewerage service performed
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:**
   3a. Debtor may have scheduled account as: _____

4. **Secured Claim** (See instruction #4)
   Nature of property or right of setoff: ☑ Real Estate ☐ Motor Vehicle ☐ Other
   Value of Property: $ 28,000
   Annual Interest Rate (when case was filed) 0 % ☐ Fixed or ☐ Variable
   Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ 0
   Basis for perfection: _____
   Amount of Secured Claim: $ 8500.00
   Amount Unsecured: $ 0

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2). $ 0

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____. $ 0

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim...
   If the documents are not available, please explain: I am the new property owner of the property

8. **Signature:** (See instruction #8)
   ☑ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their authorized agent. ☐ I am a guarantor, surety, indorser, or other codebtor.

   Print Name: Mario Ross
   Title: _____
   Company: _____
   Signature: Mario Ross    Date: 2/21/14

Telephone number: (313) 926-7367   email: rossmario15@yahoo.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for

13-53846-tjt  Doc 9866-1  Filed 05/21/15  Entered 05/21/15 16:50:08  Page 2 of 2

1353846140221000000000058