**EXHIBIT 1: PROOF OF CLAIM NO. 2252**

4838-8081-9236.1

| B10 (Official Form 10) (04/13) (Modified) | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT  EASTERN DISTRICT of MICHIGAN | | CHAPTER 9 PROOF OF CLAIM |
| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 | 2014 FEB FILED |
| NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.* | | 2014 FEB 20  A 10: 24 |

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**LAURENCE WOODY WHITE**

Name and address where notices should be sent:
P.O. BOX 163 (MAILING ADDRESS)
1753 WALNUT ROAD (RESIDENCE)
CHLOE, WV 25235

RECEIVED FEB 24 2014 KURTZMAN CARSON CONSULTANTS

Telephone number: 304-655-6763  email: lww933@frontier.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
P.O. BOX 163
CHLOE, WV 25235

Telephone number: 304-655-6763  email: lww933@frontier.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $22,148.30 **GROSS** ANNUALY UNTIL **MY** DEATH!

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: EMPLOYED BY AND FOR CITY OF DETROIT FOR (TWENTY-THREE YEARS AND SEVEN MONTHS)
(See instruction #2) CITY ENGINEERING; ALSO BLDG & SAFETY ENGINEERING, 23 YEARS AND 7 MONTHS

3. Last four digits of any number by which creditor identifies debtor: **5115**

3a. Debtor may have scheduled account as: Same As #1 and #2 of this document
(See instruction #3a)

4. Secured Claim (See instruction #4) YES
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☑ Other
Describe: EMPLOYED BY CITY OF DETROIT
Value of Property: $22,148.30
Annual Interest Rate (when case was filed) N/A %  ☐ Fixed  or  ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
AS OF 2/21/2014  $ 0

Basis for perfection: _____

Amount of Secured Claim: $22,148.30 SEE ITEM ① ABOVE
Amount Unsecured: $ 0  AS OF 2/21/2014

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2). $22,148.30 ANNUALY (SEE ITEM ① ABOVE)

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § 503(b)9, 507(a)(2)  $22,148.30 ANNUALY

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted".) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. Signature: (See instruction #8)
Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: LAURENCE WOODY WHITE
Title: RETIRED CITY OF DETROIT EMPLOYEE
Company:
Address and telephone number (if different from notice address above):
SAME AS ABOVE

(Signature) *Laurence W. White*  18 February 2014  (Date)

Telephone number: 304-655-6763  email: lww933@frontier.com
*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprison*

| | CORRECTED (if checked) | | | |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, and ZIP code<br>GENERAL RETIREMENT SYSTEM<br>OF THE CITY OF DETROIT<br>2 WOODWARD AVE RM 908<br>DETROIT, MI 48226-3455 | 1 Gross Distribution<br>$22,148.30<br>2a Taxable Amount<br>$22,148.30 | OMB No.1545-0119<br>2013<br>Form 1099R | | Distributions from Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
| PAYER'S Federal Identification number<br>38-2457952 | RECIPIENT'S Identification number<br>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 | 2b Taxable amount not determined ☐<br>3 Capital gain (included in box 2a) | Total Distribution ☐<br>4 Federal Income tax withheld<br>$3,300.00 | Copy 2<br>File this copy with your state, city, or local income tax return, when required. |
| RECIPIENT'S Name and Address | | 5 Employee Contributions /Designated Roth Contributions or insurance premiums | 6 Net unrealized appreciation in employer's securities | |
| WHITE LAURENCE W<br>PO BOX 163<br>CHLOE, WV 25235-0163 | | 7 Distribution Code(s)　IRA/SEP/SIMPLE<br>7 | 8 Other | This information is being furnished to the Internal Revenue Service. |
| | | 9a Your percentage of total distribution | 9b Total employee contributions | |
| | | 12 State tax withheld | 13 State/Payer's state no | 14 State distribution |
| 10 Amount allocable to IRR within 5 years | 11 1st Yr of Desig Roth contrib. | 15 Local tax withheld | 16 Name of locality | 17 Local distribution |
| Account Number　365294 | | | | |

Form 1099-R　　　　　　　　　　　　　　　　　　　　　　　　　　　Department of the Treasury - Internal Revenue Service

13-53846-tjt　　Doc 9867-1　　Filed 05/21/15　　Entered 05/21/15 16:52:52　　Page 3 of 3