**EXHIBIT 1: PROOF OF CLAIM NO. 2730**

4832-3607-6068.1

actively prev
/ I am seeking counsel
to resume and/or re-counsel /

*(left margin, rotated text, top):* chest neck, back, both arms, hands, right arm fracture, knees, left knee, patella sprain

*(left margin, rotated text):* mild // Trip-fall 5139 chest neck, mid back, low back, lower back, APS, jaw, knees, kidney bruises, hands, shoulders, left foot, front, closed hand mj. female

**Claim #2730   Date Filed: 2/21/2014**

**FILED**

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN |
|---|---|

**PROOF OF CLAIM**

**FEB 2 1 2014**

Name of Debtor: **City of Detroit, Michigan**   Case Number: **13-53846**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

US Bankruptcy Court
MI Eastern District

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Gretchen R. Smith**

Name and address where notices should be sent:
**3901 Grand River Ave #913**
**Detroit, Mich. 48208**

*also* 14-103
13-118

☐ Check this box if this claim amends a previously filed claim.

*12-008804 N1*

Court Claim Number: **_____**
*(if known)*

Telephone number: **(313) 675-5444**   email: **realangels13@gmail.com**

Filed on: _____

Name and address where payment should be sent (if different from above):
**Same**   *Medicare - MSPRC for 7/1/2011 and 11/27/13*   *500 pages of medical bills*

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number: **Same**   email: **Same**

**1. Amount of Claim as of Date Case Filed:**   $ **75,000**   *attached*   *current*

*(Severe)*
*Trip and fall claim on damaged sidewalk.*

Case elavvation

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:**   *retirement (DPS) · property · Bus accident law suit for all*
(See instruction #2)   *Detroit Public Schools*   *appropriate benefits and rights,*

A.32750.005139 claim#

**3. Last four digits of any number by which creditor identifies debtor:**
**2623, 5139, 2623**

**3a. Debtor may have scheduled account as:**
(See instruction #3a)   *A.32950-002623*

**4. Secured Claim** (See instruction #4)

Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ **1,000,000**   *See attached*

Nature of property or right of setoff: ☐Real Estate  ☐Motor Vehicle  ☑Other
Describe: **Property 8223 Pierson, Detroit, MI.**   48228

Basis for perfection: *insurance co. has to pay for injured victims*

Value of Property: $ **80,000** *total*   *for both*   *another - still researching*

Amount of Secured Claim: $ **46,000**

Annual Interest Rate (when case was filed) ____ % ☐Fixed or ☐Variable

address - ORLANS PC

Amount Unsecured: $ *1.5 million dollars*   Pain

*suffering*   *are providing/replace services.*

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**   $ **3.5 million**   *monetary*   *25*   *total 25,000,000 million dollars*

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § _____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

$ 6020.00 + 1840.00, 2900.00 *less* 1300.00 to Christopher Trainor *by force and threat,*
Total 9460 + 390 (glasses) = 9850.00 paid on 2623   *includes interests.*

**7. Documents:** Attached are *redacted* copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of ... in the case of a claim based on an open-end or revolving consumer credit agreement, a claim is secured, box 4 has been completed, and *redacted* copies of documents providing *and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS

13538461402210000000146

**RECEIVED**

See Exhibits, A - L, m - s.

**FEB 2 4 2014**

**8. Signature:** (See instruction #8)

Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

**KURTZMAN CARSON CONSULTANTS**

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Gretchen R Smith**
Title: **claimant, creditor**
Company: _____
Address and telephone number (if different from notice address above): **Same**

*Gretchen R Smith 2/21/2014*
(Signature)   (Date)

*I will submitt clairification as able. I have 0 resources, and 0 time, no representation.*

Telephone number: _____   email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*(bottom handwritten):* I am not a lawyer. An unexpected breakdown of effective communication occured between myself and my lawyer. So I had to do this myself.

*(left margin, rotated):* Bus accident - 2623 I am physically handicaped with injuries to my neck, mid back, lower back, APS (jaw, knees), hands (I still have 90% of intellect). I can function - but not always timely.

*Addition to this is a  Gretchen Smith
medicare lein.  Case: 12-008804

This is a list of:  - (2 /20/2014)

 amounts of medical bills as a
result of the bus accident on 7/1/2011,
The bus I was a passenger on rear ended
a car. I was injured,

| | Service Date: | note | amount |
|---|---|---|---|
| *because | 11/13/11 | Apria | 8.86 |
| of injuries | | Det Receiving | 59.40 |
| and denied | 2/9/12 | | 42.21 |
| rightful | 10/27/11 | Dr. Reynolds Assoc. PC | 14.60 |
| benefits, | 11/3/11 | Karmanos OR services clinical lab | 102.85 |
| I have | 11/29/11 | DMC·Harper Univer H. | 1,138.86 |
| no resourse | — | UNIV INT MED SPEC/AF IN | 23.99 |
| to | (4/27/13 - | Dr. migdal, Dr. Ahmed | 54.77 |
| copy the | 8/2/13) 8/27/13 | medc pym | ~~177.02~~ |
| bills. | ~~12/~~ 11/02/13 -11/21/13 | Dr. R. Klein | 177.08 |
| | ~~177~~ 2/25/13 | Harper/Hut Care | 72.72 |
| | 1/22/13 - 2/15/13 | mendelson kornblum | |
| | ~~10/2/13~~ | ~~previous bal Dr. R. Klein~~ | ~~3615.00~~ ↑ |
| | 10/2/13 | prev bal Dr. R. Klein | 154.69 |
| | (8/9/11 - | Dr. Gorrepati, MD | 42.98 |
| | 10/26/11) | | |
| | (10/26/11 - | Dr. Gorrepati | 42.98 |
| | 11/21/11) | | |
| | (11/21/11 - | Dr. Gorrepati | 42.98 |
| | 1/25/12) | | |
| | (1/10/12 - | Dr. Gorrepati | 42.98 |
| | 2/24/12) | | |

Exhibit A

continue Proof of claim:

DOI: 7/1/2011.

| Service Date: | note | (2/20/2014) amount |
|---|---|---|
| (3/21/12 – 8/3/12) | Dr. Gorrepati | $ 42.98 |
| (8/3/12 – 11/20/12 | Dr. Gorrepati ~~Dr. C~~ | 42.98 ~~42.99~~ |
| (11/20/12 – 1/23/13) | Dr. Gorrepati | 42.98 |
| (6/27/13 – 7/15/13) | Dr. migdal | $ 22.39 |
| (9/28/12) | Harper/Hut | 192.68 |
| (2/25/13) | Harper/Univ Hos | 72.72 |
| Dup (9/1/13) | Dr. R. Klein prev bal | (154.69) |
| (9/28/12) | Lesion Removal Col | 68.27 |

(Had accident not occurred, I would not have
developed this - due to medicines)

Duplicate   Dr. Gorrepati           (42.98)

I must conclude with this:
      the injuries I experienced as a
direct result of the DOI 7/1/2011 bus
accident (I was a Passenger),
are as follows: neck, mid back,
lowr back, head, eyes, jaw,
hands, kness, shoulders, abdomenal,
shift resulting in spinal shift,
respritory, kidney and heart failure,
heart failure [(could have been Hospital negligence by
Dr. Seeman Kamaras still researching

Exhibit B

Gretchen Smith                    (2/20/2014)

✳    An estimate of medical expenses
to date are approximately $50,000,
    I don't know if this estimate
comes from all past or/and includes
the present and future medical
as a result, It is my conclusion
that the city of Detroit Law
department did it's investigation
by telephone without medicare
law. ~~to~~ The law I'm told is any
denial of benefits must be in
writing (and) give a reason why
medical ~~expenses~~ are denied. This

MSPRC   was not done by the City of Detroit.
The city of Detroit intentionally
shucked it's responsibilities
and thwarted any and all my
efforts to survive this. I
am claiming any and all benefits

186,620   I have a right to. This is so far my
 14,400   research. Lifetime injury related medical
201,020           (Unknown amount)
Pain and Suffering $120,000 or more,
(life) Care Provideing: current $201,020 (Replacement and
                                              services)
32-8=24   Lost Wages: $210,000 to date
 x 600    Medical Expense: $50,000 plus future. $
14,400  $
186,620  (6020 x 31) Transportation: $254 x 2 = x8=16,256

                        Exhibit C

proof of claim attachment continued:

x 30/yr.
$50,000/yr.  - (2 / 20 /2014)

P/S $120,000 or more (Jury trial requested)

Care Providing/Replacement Sev. $261,020
plus lifetime

Lost wages: $210,000 to date lifetime 21
years $90,000 × 18 = $1,620,000

estimated retirement age 72.

AND retirement for such, I don't know
calculation, I am still researching. I claim
28 years @ $60,000 = $1,680,000

House /Orlans PC $50,000

• Life expectancy, is 100, runs in genes.

I am not physically nor financially able to
do copies - see attached: Attn./cleint breakdown.

Proof: over 50 police reports of
incidents caused by abusive and
criminal litagation tactics.

(Criminal) Dr. Robert Pizzimenti, Tom Ceiskowski,
Kalvin Lenton (abusive-     (Criminal)
possibly criminal)

     PPO Court order: Annette Thompson

Total Estimates: House $50,000
          Retirement: $1,680,000     Detroit Public Schools
     DOI: Lost wages $1,620,000     DOI: 7/1/2011
          Pain/Suff: $1,500,000
500×12×
41 = 294 Th
49
          Medical expense: $800,000
     Transportation: $294,000
6020×12
×49 =
     Careproviding/RS: $3,500,000
     Permanent injury causing quality of life: 5,000,000
          or more. I am seeking counsel.

Exhibit D

(2/20/2014)

Property (orlan PC) 50,000 [8]

DOI 7/1/2011 Lost Wages ~~1,680,000~~ 1,620,000

Pain/Suff 1,500,000

Medical exp 800,000 [8]

Transportation 294,000

Careproviding/RS 3,500,000

Permanent injury 5,000,000

DOI: 11/27/2013 estimate: 9,000,000 Right arm

Retirement 1,680,000 dominant.

total: 23,444,000

Give or take according to correct and lawful claim guidelines.

My claim is: 25,000,000 [5]

with interest.     25 million dollars

I feel there is an accountability effort that must be made on my ~~bef~~ behalf.

Even if I have to make it myself at this time.

Sincerely,

Gretchen BSmith

Gretchen R. Smith

3901 Grand River Ave #913

Detroit, Mich. 48208

(313) 675-5444 cell

Exhibit

LAW OFFICES OF
# ANDREOPOULOS & HILL, PLLC

Attorneys & Counselors

L. LOUIS ANDREOPOULOS
DAVID T. HILL
TODD RUTLEDGE
EVAN PAPPAS
BRIAN WAGNER

28900 Woodward Avenue
Royal Oak, MI 48067

TELEPHONE: (248) 399-9991
FACSIMILE: 248-399-9996
E-MAIL: andhilllaw@sbcglobal.net

SUPPORT STAFF

FANCY YALDO
AMANDA ARAFAT
SALLYKAYE RAHN
JULIE PALM
SARA FREER
KYLE BRYANT

January 31, 2014

Ms. Gretchen Smith

    RE:    Gretchen Smith vs. City of Detroit

Dear Ms. Smith:

    Let this letter serve to confirm our meeting this afternoon regarding our relationship. Specifically at that time, we mutually agreed to severe our relationship as attorney-client. I advised you and you understood that you should seek other counsel immediately in order to protect your rights.

    **Further, I advised you that a proof of claim filing deadline with the bankruptcy court is February 21, 2014 by which date you must file said claim to be received by the bankruptcy court or you may forever lose your rights.**

    At the time of our meeting, I gave you a copy of the above indicated proof of claim form, and instruction booklet, your case evaluation award, case evaluation summary, and voluminous medical records contained in your file. We arraigned for you to pick up the remainder of your file which will be copied and available for you on February 7, 2014 at 12:00 p.m.

                Sincerely,

                L. Louie Andreopoulos

## Acknowledgement

I, Gretchen Smith, on January 31, 2014 acknowledge the above and understand that the firm, Andreopoulos & Hill no longer represents me and will be taking no further action on my behalf. I acknowledge and understand that I should seek new counsel immediately to protect my legal rights.

Gretchen Smith

Exhibit 1

# DMC
## Rehabilitation Institute
## of Michigan

Outpatient Physician Clinic
261 Mack Blvd. Detroit, MI 48201-2417
Phone 313-745-4600 Fax 313-745-1165

Date _11/15/13_

Patient _____

FIN: 480000422356 PTID: 40010025
SMITH, GRETCHEN          DOS: 11/15/13
DB: 12/10/1959 MRN: xxxxx0024
ATTH: AHMED, SYED              MO2RR1

DX: _Cervical facet pain, thoracic, p/c ankle_

|                                      | No | Yes |
|--------------------------------------|----|-----|
| **Case Management Services**         | ☐  | ☒   |
| **Replacement Services**             | ☐  | ☒   |
| **Transportation to Medical Appointments** | ☐ | ☒ |
| **Attendant Care**                   | ☐  | ☒   |

pain
due to
L/S
(add.l)

_____ Hrs per day X _12_ Weeks

**May return to work**  ☒ No   ☐ Yes   From _11/15/13_  To _2/28/14_

Comment: _____

Physician Signature: _____

Print Name: _S Ahmed, D.O._

revised - mm 11/10

Goodsphere Ins. - says
D Trav. / Call Ill, Mich
won't take claim - deterick

11/27/13 trip N fall
on city sidewalk @ 19550
W. Warren on N side of
street in driveway, hole
about 8" x 8" — I will
recheck — mj. neck & back,
both hands, knees, shoulders,
chest, radial shaft fracture
(R), (L) patella sprain

DMC - Sinai — ☒ x-rays,
consultation, then forced
me to IV without back brace
front brace. assault, bruises.

Exhibit 7



**KELVIN R. LENTON-LEGAL INVESTIGATOR**
CITY OF DETROIT-LAW DEPARTMENT
CAYMC
2 WOODWARD AVENUE
SUITE-500
DETROIT, MICHIGAN 48226
PHONE: (313) 237-0430
FAX: (313) 224-5505

TO:     GRETCHEN SMITH
FROM:   KELVIN LENTON-Legal Investigator, City of Detroit Law Department.
DATE:   1/17/2014 **CLAIMANT: GRETCHEN SMITH**
RE:     REQUEST FOR ADDITIONAL INFORMATION AND/OR
        DOCUMENTATION.

        Please submit the following documents and/or information to assist our office in
the processing of your claim. You have 30 days to submit the following information to our
office or your file will be closed.


1.     IRS w-9 forms for the attached individuals.


Additional information may be required once processing of your claim begins.
Please respond by fax at (313) 224-5505, or Phone (313) 237-0430.


                          *Kelvin Lenton*
                          Legal Investigator

G:\DOCS\CLAIMS\lentk\a34000\form\INFO REQUEST-GEN-NEG.wpd

*Exhibit H*



**KELVIN R. LENTON-LEGAL INVESTIGATOR**
CITY OF DETROIT-LAW DEPARTMENT
CAYMC
2 WOODWARD AVENUE
SUITE-500
DETROIT, MICHIGAN 48226
PHONE: (313) 237-0430
FAX: (313) 224-5505

# FACSIMILE TRANSMITTAL
## NOTICE REGARDING CLAIM STATUS

**TO:**   ATTY: ANREOPOULOS   ATTN: BRIAN WAGNER

**FROM:**   KELVIN R. LENTON-LEGAL INVESTIGATOR
CITY OF DETROIT-LAW DEPARTMENT

**DATE:**   FEBRUARY 06, 2013
**FAX No:**   248-399-9996
**Phone:**   248-399-9991
**PAGES:**   10
**RE:**
Claimant:   GRETCHEN SMITH, A32950.002623
**DOI:**   5/10/2011

### You are herein being placed on notice :

Please be advised that your request for Attendant Care PIP benefits for the above claimant requires further clarification and/or documentation. In order for us to process your request we require that the following items be provided to our office:

1.   Certificate of Disability from claimant's treating physician for the time period(s) for which you are seeking Attendant Care benefits.

2.   INTERNAL REVENUE SERVICE FORM-W9. FOR ALL THE CARE PROVIDERS LISTED ON YOUR REQUEST FOR ATTENDANT CARE; (DAINA WOLNER, MARSHALL SYMONS, NANCY WILSON, RICARDO TREVINO, MARSHAL SYMONS, JEFF DEBRYUM, BOB CHAPMAN, JOHNNY COLOSEMO, LEONARD ASHLEY, PAUL JARVIS, CLINTON OTIS, DENISE DOTSON, MONA WILLIAMS, MIKE CARNEY, STEVE SABBOLA, TAMMI HANKINS, MR. & MRS. REEVES, RON DALE).

· City of Detroit Law Department.

G: DOCS\CLAIMS\lentk\a34000\form\KRL1110.WPD

# THIRD JUDICIAL CIRCUIT OF MICHIGAN

## Notification of the Results of Case Evaluation

*Stayed*

| TITLE | | CONSOL. | CASE NUMBER |
|---|---|---|---|
| Smith, Gretchin v CITY OF DETROIT , et al. | | NO | 12-008804 NI |

PLEASE APPEAR AT THE SETTLEMENT CONFERENCE OF JUDGE WENDY BAXTER ON AUGUST 26, 2013 AT 2:00 PM.  FAILURE TO APPEAR AT THE SETTLMENT CONFERENCE MAY RESULT IN DISMISSAL OF THIS CASE.

TO:  David Hill
28900 Woodward Ave.
Royal Oak, MI 48067

*ATTORNEY COPY*

## AWARD RESULTS SUMMARY

| Award Information | | | Parties Involved | | | Result |
|---|---|---|---|---|---|---|
| # | AMOUNT | STATUS | FOR | | AGAINST | |
| 1 | $75,000.00 | Unanimous | 1 | *vs.* | 4 | Rejected |
| | $42,000 PIP CASE  /  $32,500 3RD PARTY | | | | | |

## ATTORNEY / PARTY AWARD RESPONSES

| Party Information | | Attorney Information |
|---|---|---|
| TYPE | # NAME | BAR # / NAME / PHONE # |
| P | 1   Smith Gretchin | *P48771 : David Hill : (248) 399-9991* |
| | REJECTS (NO RESPONSE) AWARD #1 | |
| D | 4   CITY OF DETROIT | *P47787 : Robyn Brooks : (313) 237-3049* |
| | REJECTS (NO RESPONSE) AWARD #1 | |

## PARTIES NOT EVALUATED

| Party Information | | Attorney Information |
|---|---|---|
| TYPE | # NAME | BAR # / NAME / PHONE # |
| D | 2   Owens Melvina Rosalind | *P08888 : No Attorney Required* |
| D | 3   Hill Laverne Renee | *P08888 : No Attorney Required* |

13-53846-tjt    Doc 9868-1    Filed 05/21/15    Entered 05/21/15 16:56:08    Page 12 of 21

Exhibit 1

# WARREN CHIROPRACTIC
# & REHAB CLINIC P.C.
### 19201 W. Warren
### Detroit, MI. 48228

Office (313) 240-7950                                    Fax (313) 240-7970

5-3-13

Re: Gretchen Smith

    Ms. Smith has been disabled since her car accident on 07-01-11. Her injuries are the Neck, Mid, and Low Back. Her diagnosis are multiple herniated disc, multiple Subluxation, sciatica, and sever muscle spasm. Her injuries are permanent and disabling. They severely limit her ability to stand, sit, or walk for long periods of time.

_____
Dr. John Mufarreh D.C.

Exhibit K

# COB CONTRACTO.. INFORMATION

Please review the information in the column titled "What CMS Says You Have". If this information is not correct, please write the correct information in the column titled "Corrections".

**Other Insurance Instance 1:** GRETCHEN SMITH - 906541444*01

| Information provided by COB Contractor | Definition | What CMS Says You Have | Corrections |
|---|---|---|---|
| Insurance Company Name | Name of Insurance company | CITY OF DETRIOT LAW DAPT CLAIMS | |
| Member Identification Number Ending In | Last 4 digits of the member number of your Plan | XXXXXXXXX2623 | |
| Group Policy Number | Your group number of your Plan | | |
| Effective Date | MM/DD/YYYY | 02/01/2012 | |
| Termination Date | MM/DD/YYYY | | |
| I never had this coverage | | | |

Signature _____

Date _____

COB/PRM

COV716 M2EPæR COV71602 RTP 90062648 / 00007991

# STATE OF MICHIGAN TRAFFIC CRASH REPORT

Authority: 1949 PA 300, Sec. 257.622
Compliance: Required    MSP UD-10
Penalty: $100 and/or 90 days    (Rev 7/04)

Do Not Use

Incident Disposition ● Open ○ Closed    Reviewer

**ORI** MI-82471oo

**Department Name** HIGHLAND PK POLICE

**Crash Date** Month 06 Day 31 Year 2011
**Crash Time** Military 0437
**No. of Units** 02

**Crash Type**
○ Single Motor Vehicle
○ Head On
○ Head Or-Left Turn
● Angle
● Rear End
○ Rear End-Left Turn
○ Rear End-Right Turn
○ Sideswipe-Same
○ Sideswipe-Opposite
○ Other/Unknown

**Special Circumstances**
● None ○ Deer
○ Hit and Run ○ Fleeing Police

**Special Study** (Mark One)
○ School Bus ● Local ○ State

**Weather** (Mark Only One)
● Clear ○ Severe Wind
○ Cloudy ○ Snow/Blowing Snow
○ Fog/Smoke ○ Sleet/Hail
○ Rain ○ Other/Unknown

**Light** (Mark Only One)
● Daylight ○ Dark-Lighted
○ Dawn ○ Dark-Unlighted
○ Dusk ○ Other/Unknown

**Road Condition** (Mark Only One)
● Dry ○ Snowy ○ Debris
○ Wet ○ Muddy ○ Other/
○ Icy ○ Slushy Unknown

**Special Checks**
○ Fatal (Report All)
○ Corrected Copy
○ Replace (Entire Report)
○ Delete (Entire Report)
○ Non-Traffic Area
○ ORV/Snowmobile

**County** 82
**City/Twp** 83

**Traffic Control**
○ None of These
● Signal
○ Stop Sign
○ Yield Sign

**Relation to Roadway** (Location of First Impact)
○ Shoulder
○ Outside of Shoulder/Curb
● On Road
○ Median
○ Gore

**Area** 0 8
**Total Lanes** 7

**Construction Zone (if applicable)** (Mark One From Each Group)
**Type** ○ Const./Maint. ○ Utility
**Lane Closed** ○ Yes ● No
**Activity** ○ On Road ○ Off Road ○ None

**Speed Limit** 30
**Posted** ● Yes ○ No

**Prefix** NB
**Road Name** WOODWARD
**Road Type** AVE **Suffix**
**Distance** 75 ● FT ○ MI ● North ○ South ○ East ○ West ○ Beginning of Ramp ○ End of Ramp
**Divided Roadway** (S) (E) (C) (W)
**Trafficway** ① ② ③ ④ **Access Control** ① ② ③

**Prefix** EB
**Intersecting Road** MANCHESTER
**Road Type** PKWY **Suffix**
**Divided Roadway** (N) (S) (E) (W)

---

**Unit Number** 1
**State** MI
**Driver License Number** 0 5 2 0 5 9 9 7 4 4 3 5 6
**Date of Birth** 08 D0 Y 971

**License Status** ○ O ○ CY ● C ○ F ○ M ○ DV
**Sex** ○ M ● F
**Total Occup** 04
**Hazard Action** 1 2

**Unit Type**
● MV ○ B ○ P ○ E (train)

**Name** MELVINA ROSALIND OWENS
**Street Address** 6411 MACKENZIE
**City** DETROIT **State** MI **Zip** 48204 **Phone Number**

**Injury** 01 **Position** 04 **Restraint** NOT APPLY

**Hospital** NOT APPLY
**Ambulance** NOT APPLY

**Driver Condition** ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨
**Interlock** ○ Yes ● No ○ Refused ● Not offered
**Alcohol** ○ Yes ● No Test Type ○ Fed ○ PBT ○ Breath ○ Blood ○ Urine Test Results

○ Ejected ○ Yes ● Trapped ● No
**Airbag Deployed** ○ Yes ● No ○ Not Equipped

**Drugs** ○ Yes ● No Test Type ○ Blood ○ Urine Test Results
**Citation Issued**
**Hazardous** ○ N/A

**Vehicle Registration** 0 8 2 X 5 6 5 **State** MI **Insurance** FLEET INS CERT #695
**Towed By** NOT NEEDED

**VIN** 4 R K M N T G A 9 Y R 8 3 5 1 5 9 **Vehicle Defect** **Make** 82VN **Model** WHT/GRN **Color** **Year** 2020

**Location of Greatest Damage** ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ ⑪ ⑫
**First Impact** 01 **Extent of Damage** 1 **Drivable** ● Yes ○ No

**Vehicle Type**
○ PA ○ CY ○ OR
○ VA ○ MO ○ Other
○ PU ○ GC ● Truck/Bus
○ ST ○ SM (Complete Truck/Bus Section)

**Vehicle Direction** ● North ○ South ○ East ○ West
**Special Vehicles** ① ② ③ ④ ⑤ ⑥ ⑦
**Vehicle Use** ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ ⑪

**Private Trailer Type** ① ② ③ ④ ⑤ ⑥ ⑦
**Vehicle Defect** ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ ⑪

---

**First Name** GRETCHEN
**Middle** ROSE
**Last** SMITH
**Date of Birth** 12 D0 1959 **Sex** ● M ○ F **Position** 06 **Restraint** 01 REFUSED
**Street Address** 2640 TRUMBULL
**City** DETROIT
**State** MI **Zip** **Phone Number** 813 675-3101
**Injury** ○ K ○ A ○ B ○ C ○ O **Airbag Deployed** ○ Yes ● No ○ Not Equipped
**Hospital** FF443 RAPID RESPONSE
**Ejected** ○ Yes **Trapped** ○ Yes

**First Name** AYYUB
**Middle** MOHAMMED
**Last** CARR
**Date of Birth** 04 D0 1963 **Sex** ● M ○ F **Position** 04 **Restraint** 01 REFUSED
**Street Address** 1824 YOSMITE
**City** DETROIT
**State** MI **Zip** 48009 **Phone Number** (248) 930-1481
**Injury** ○ K ○ A ○ B ○ C ○ O **Airbag Deployed** ○ Yes ● No ○ Not Equipped
**Hospital** FF443 RAPID RESPONSE
**Ejected** ○ Yes **Trapped** ○ Yes

**Owner** **Name** CITY OF DETROIT **Address**
○ Owner
○ Uninvolved Passenger **Phone Number** **Age** * **Pos.** * **Rest.** *
○ Witness
○ Uninvolved Passenger **Phone Number** **Age** **Pos.** **Rest.** **Address**
○ Witness

**Person Advised of Damaged Traffic Control** **Date** JULY 01, 2011 **Time** 4:30 pm
**Damaged Property**
**Owner & Phone**
**Name**
**Public** ● Y ○ N

Do Not Write or Mark Below This Line

# STATE OF MICHIGAN TRAFFIC CRASH REPORT

Authority: 1949 PA 300, Sec. 257.622
Compliance: Required
Penalty: $100 and/or 90 days (Rev 1/04)

Do Not Use

Incident # 1489-11
File Class 93001
Incident Disposition: ● Open ○ Closed
Reviewer

**ORI:** MI-8247100
**Department Name:** HIGHLAND PARK POLICE

## LOCATION

**Crash Date:** Month / Day / Year

**Crash Time:** Military

**No. of Units**

**Crash Type**
- ○ Single Motor Vehicle
- ○ Head On
- ○ Head On-Left Turn
- ○ Angle
- ○ Rear End
- ○ Rear End-Left Turn
- ○ Rear End-Right Turn
- ○ Sideswipe-Same
- ○ Sideswipe-Opposite
- ○ Other/Unknown

**County**

**City/Twp**

**Traffic Control**
- ○ None of These
- ○ Signal
- ○ Stop Sign
- ○ Yield Sign

**Relation to Roadway** (Location of First Impact)
- ○ Shoulder
- ○ Outside of Shoulder/Curb
- ○ On Road
- ○ Median
- ○ Gore
- ○ Other/Unknown

**Special Circumstances**
- ○ None ○ Deer
- ○ School Bus ○ Hit and Run ○ Fleeing Police

**Special Study** ○ Local ○ State

**Weather** (Mark Only One)
- ○ Clear ○ Severe Wind
- ○ Cloudy ○ Snow/Blowing Snow
- ○ Fog/Smoke ○ Sleet/Hail
- ○ Rain ○ Other/Unknown

**Light** (Mark Only One)
- ○ Daylight ○ Dark-Lighted
- ○ Dawn ○ Dark-Unlighted
- ○ Dusk ○ Other/Unknown

**Road Condition** (Mark Only One)
- ○ Dry ○ Snowy ○ Debris
- ○ Wet ○ Muddy ○ Other/Unknown
- ○ Icy ○ Slushy

**Special Checks**
- ○ Fatal (Report All)
- ○ Corrected Copy
- ○ Replace (Entire Report)
- ○ Delete (Entire Report)
- ○ Non-Traffic Area
- ○ ORV/Snowmobile

**Area** **Total Lanes**

**Construction Zone (if applicable)** (Mark One From Each Group)
| Type | Lane Closed | Activity |
|---|---|---|
| ○ Const./Maint. | ○ Yes | ○ On Road |
| ○ Utility | ○ No | ○ Off Road ○ None |

**Speed Limit** **Posted** ○ Yes ○ No

**Prefix** **Road Name** **Divided Roadway** (N) (S) (E) (W) **Road Type** **Suffix**

**Distance** ○ FT ○ North ○ East ○ Beginning of Ramp **Trafficway** ① ② ③ ④ **Access Control** ① ② ③
○ MI ○ South ○ West ○ End of Ramp

**Prefix** **Intersecting Road** **Divided Roadway** (N) (S) (E) (W) **Road Type** **Suffix**

## UNIT/DRIVER

**Unit Number** **State** **Driver License Number** **Date of Birth** MM DD YYYY
**License Type:** ○ O ○ CY **Sex** ○ M ○ C ○ F **Total Occup** **Hazard Action** ○ C ○ F ○ M ○ O ○ F

**Unit Type**
- ○ MV
- ○ B
- ○ P
- ○ E (train)

**Name**
**Street Address**
**City** **State** **Zip** **Phone Number**

**Injury** K A B C O

**Position** **Restraint** **Hospital** **Ambulance**

**Driver Condition** ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑨⑨
**Interlock** ○ Yes ○ No ○ Refused ○ Not offered (Submit Results To FARS When Available)
**Alcohol** ○ Yes ○ No Test Type ○ Field ○ PBT ○ Breath ○ Blood ○ Urine Test Results

- ○ Ejected ○ Yes ○ Trapped ○ Yes
- **Airbag Deployed** ○ Yes ○ No ○ Not Equipped

**Drugs** ○ Yes ○ No Test Type ○ Blood ○ Urine Test Results

○ Citation Issued ○ Hazardous ○ Other ○

**Vehicle Registration** **State** **Insurance**
**Towed To/By**

**VIN** **Vehicle Description** **Make** **Model** **Color** **Year**

**Location of Greatest Damage** ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ ⑪ ⑫
**First Impact** **Extent of Damage** **Drivable** ○ Yes ○ No

**Vehicle Type**
- ○ PA ○ CY ○ OR
- ○ VA ○ MO ○ Other
- ○ PU ○ GC ○ Truck/Bus
- ○ ST ○ SM (Complete Truck/Bus Section)

**Vehicle Direction**
- ○ North ○ South ○ East ○ West

**Special Vehicles** ① ② ③ ④ ⑤ ⑥
**Vehicle Use** ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩
**Private Trailer Type** ① ② ③ ④ ⑤ ⑥ ⑦
**Vehicle Defect** ① ② ③ ④ ⑤ ⑥

## PASSENGERS

**First Name:** MICHELLE
**Middle:**
**Last:** LANGFORD
**Date of Birth:** 08 07 1967
**Sex:** ● M ○ F **Position:** 04 **Restraint:** 01
**Hospital:** HENRY FORD HOSP
**Street Address:** 21124 SCHOOLCRAFT
**City:** DETROIT
**State:** MI **Zip:** 98223 **Phone Number:** 313-358-4041
**Ambulance:** RAPID RESPONSE #443
**Ejected:** ○ Yes **Trapped:** ○ Yes
**Injury:** K A B C ● O **Airbag Deployed** ○ Yes ● No ○ Not Equipped

**First Name:**
**Middle:**
**Last:**
**Date of Birth:** MM DD YYYY
**Sex:** ○ M ○ F **Position** **Restraint** **Hospital**
**Street Address:**
**City:**
**State** **Zip** **Phone Number**
**Ambulance**
**Ejected** ○ **Trapped** ○
**Injury:** K A B C O **Airbag Deployed** ○ Yes ○ No ○ Not Equipped

| | Name | | Address | | Public |
|---|---|---|---|---|---|
| ○ Owner ○ Uninjured Passenger ○ Witness | Phone Number | Age / Pos / Rest | | | |
| ○ Owner ○ Uninjured Passenger ○ Witness | Phone Number | Age / Pos / Rest | Address | | |

**Person Advised of Damaged Traffic Control**
Date
Time
Name

**Damaged Property**
**Owner & Phone**

**Public** ○ Y ○ N

**UD-10 SERIAL NUMBER** 9673932 **Serial Override Number** 9673931

Do Not Write or Mark In This Area

Do Not Write or Mark Below This Line

Exhibit N

**BACK**

Forward Original To: Michigan State Police, Traffic Crash Reporting Section, 7150 Harris Drive, Lansing, MI 48913

**NCS**

| Unit Number | State | Driver License Number | | Date of Birth |
|---|---|---|---|---|
| 2 | MI | H400488734022 | | 08 07 1988 |

License Type: ○ O ○ CY ○ C ○ F ● M ○ R
Sex: ○ M ● F
Total Occup: 01
Hazard Action: 43

**Name** LAVERNE RENEE HILL

Unit: ● MV ○ B ○ P ○ E (train)

**Street Address** 23540 CONDON ST

**City** OAK PK **State** MI **Zip** 48237 **Phone Number** (313)

Injury: K, Position 01, Restraint 04
Hospital: REFUSED
Ambulance: NOT NEEDED

Ejected: ○ Yes, Trapped: ○ Yes
Airbag Deployed: ○ Yes ● No ○ Not Equipped

**Driver Condition:** ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨
Interlock: ○ Yes ● No | ○ Refused ● Not offered Submit Results to FARS When Available
Alcohol: ○ Yes ● No Test Type: ○ Field ○ PBT ○ Breath ○ Blood ○ Urine Test Results
Drugs: ○ Yes ● No Test Type: ○ Blood ○ Urine Test Results

Citation Issued ● Yes ○ No
Citation Issued: Hazardous ○ Other ○

**Vehicle Registration** BWB3450 **State** MI
**Insurance** BRISTOL WEST INS. CO
**Towed To/By** NOT NEEDED

**VIN** 1GNEK13T0YJ208839 **Make** CHEVROLET **Model** TAHOE **Color** BLUE **Year** 02

Location of Greatest Damage: ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ ⑪ ⑫
Vehicle Type: ● PA ○ CY ○ OR / ○ VA ○ MO ○ Other / ○ PU ○ GC ○ Truck/Bus / ○ ST ○ SM (Complete Truck/Bus Section)
Vehicle Direction: ● North ○ South ○ East ○ West
Special Vehicles: ① ② ③ ④ ⑤ ⑥
Private Trailer Type: ① ② ③ ④ ⑤ ⑥ ⑦
Vehicle Defect: ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ ⑪
Vehicle Use: ...

First Impact: 05 | Extent of Damage: 1 | Driveable: ● Yes ○ No

**PASSENGER:**

First Name / Middle / Last
Date of Birth: MM DD YYYY
Sex: ○ M ○ F | Position | Restraint | Hospital
Street Address / City / State / Zip / Phone Number
Ambulance
Ejected: ○ Yes Trapped: ○ Yes
Injury: ○ K ○ A ○ B ○ C ○ O Airbag Deployed ○ Yes ○ No ○ Not Equipped

First Name / Middle / Last
Date of Birth: MM DD YYYY
Sex: ○ M ○ F | Position | Restraint | Hospital
Street Address / City / State / Zip / Phone Number
Ambulance
Ejected: ○ Yes Trapped: ○ Yes
Injury: ○ K ○ A ○ B ○ C ○ O Airbag Deployed ○ Yes ○ No ○ Not Equipped

● Owner ○ Witness **Name** LAVERNE RENEE HILL **Address** 23540 CONDON ST **Phone Number** **Age** 43 **Pos.** **Rest.** 4

| ▲ Unit Reported on Front | ▲ Unit Reported Above |
|---|---|
| Action Prior: 01 17 | Action Prior: 01 07 |
| Sequence of Events: First Second Third Fourth | Sequence of Events: First Second Third Fourth |
| Most Harmful: ● ⓜ ⓜ ⓜ | Most Harmful: ● ⓜ ⓜ ⓜ |

**TRUCK/BUS INFORMATION:**

Unit Number | Carrier Name
Address / City / State / Zip
Carrier Source: ○ Papers ○ Vehicle ○ Log Book ○ Driver
GVWR/GCWR
ICCMC
Driver's CDL Type: ○ A ○ C / ○ B ○ None
○ Interstate ○ Intra (MI Only)
CDL Restrictions: ○ 28 ○ 29 ○ 30
USDOT
CDL Exempt ○ Farm ○ Other
○ H ○ P ○ T / ○ N ○ S ○ X
MPSC
Vehicle Type: ○ AS ○ AL ○ BS ○ CX / ○ AA ○ AT ○ BB ○ BX ○ Other / ○ AH ○ AX ○ BH ○ CH / ○ AP ○ AN ○ BP ○ CP / ○ AP ○ AZ ○ BP ○ CS
Type & Axles Per Unit: First Second Third Fourth
Cargo Body Type: ① ② ③ ④ ⑤ ⑥ ⑦ ⑧
Medical Card: ○ Y ○ N
Hazardous Material: ○ Placard ○ Cargo Spill
ID #  Class #

**Crash Diagram and Remarks**

↑ North

NOTE: VEHICLE #2 WAS TRAVELING N/B on US1 WHEN SHE WAS STRUCK FROM BEHIND BY VEHICLE #1

MANCHESTER PKWY
WALGREENS PKY
WG EXIT
WG ENTR.
WALGREENS PKY
3900 WARD AV

| UD-10 SERIAL NUMBER | Investigated at Scene | Reported Date/Time |
|---|---|---|
| 9673931 | | JULY 01, 2011 4:33 PM |

Investigator Name(s) & Badge # (Print Only): CRAIG D. CLAYTON #7

Photos By

Do Not Write or Mark Below This Line

Exhibit O (letter)

Do Not Write or Mark On This Side of The Line

| Unit Number | State | Driver License Number |
|---|---|---|

Date of Birth: M M D D Y Y Y Y

# NCS

License Type: ○ O ○ CY ○ C ○ F ○ P ○ M ○ R
Sex: ○ M ○ F
Total Occup | Hazard Action

**Unit Type**
○ MV
○ B
○ P
○ E (train)

Name
Street Address
City — State — Zip — Phone Number

Injury
Position | Restraint | Hospital

○ K
○ Ejected ○ Yes
○ A ○ Trapped ○ Yes
○ Airbag Deployed ○ Yes ○ Not Equipped
○ Citation Issued
○ Hazardous ○
○ Other ○

Ambulance

**Driver Condition** ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨
Interlock ○ Yes ○ No ○ Refused ○ Not offered (Submit Results to FARS When Available)
Alcohol ○ Yes ○ No Test Type ○ Field ○ PBT ○ Breath ○ Blood ○ Urine Test Results

Drugs ○ Yes ○ No Test Type ○ Blood ○ Urine Test Results

Vehicle Registration — State — Insurance
Towed To/By

VIN
Vehicle Description — Make — Model — Color — Year

**Location of Greatest Damage** ⓪①②③④⑤⑥⑦⑧⑨⑩⑪⑫
First Impact | Extent of Damage | Driveable ○ Yes ○ No

**Vehicle Type**
○ PA ○ CY ○ OR
○ VA ○ MO ○ Other
○ PU ○ GC ○ Truck/Bus
○ ST ○ SM (Complete Truck/Bus Section)

**Vehicle Direction**
○ North
○ South
○ East
○ West

**Special Vehicles** ① ② ③ ④ ⑤ ⑥
Vehicle Defect
Vehicle Use ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ ⑪

**Private Trailer Type** ① ② ③ ④ ⑤ ⑥ ⑦

**PASSENGER**

First Name — Date of Birth M M D D Y Y Y Y — Sex ○ M ○ F — Position | Restraint | Hospital
Middle — Street Address — Ambulance
Last — City
Injury ○ K ○ A ○ B ○ C ○ O ○ Airbag Deployed ○ Yes ○ No ○ Not Equipped — State Zip Phone Number — Ejected ○ Yes | Trapped ○ Yes

First Name — Date of Birth M M D D Y Y Y Y — Sex ○ M ○ F — Position | Restraint | Hospital
Middle — Street Address — Ambulance
Last — City
Injury ○ K ○ A ○ B ○ C ○ O ○ Airbag Deployed ○ Yes ○ No ○ Not Equipped — State Zip Phone Number — Ejected ○ Yes | Trapped ○ Yes

○ Owner ○ Witness Name — Address — Phone Number — Age Pos. Rest.
○ Injured Passenger
○ Owner ○ Witness Name — Address — Phone Number — Age Pos. Rest.
○ Injured Passenger

**▲ Unit Reported on Front**
Action Prior | Sequence of Events: First Second Third Fourth
Most Harmful ⓂⓂⓂⓂ

**▲ Unit Reported Above**
Action Prior | Sequence of Events: First Second Third Fourth
Most Harmful ⓂⓂⓂⓂ

**North** ↑
**Crash Diagram and Remarks**

**TRUCK/BUS INFORMATION**

Unit Number | Carrier Name
Address
City — State
Zip — GVWR/GCWR

**Carrier Source**
○ Papers
○ Vehicle
○ Log Book
○ Driver

ICC/MC
USDOT
MPSC

**Driver's CDL Type**
○ A ○ C ○ H ○ P ○ T
○ B ○ None ○ N ○ S ○ X
○ Interstate ○ Intra (MI Only)
CDL Exempt ○ Farm ○ Other

**CDL Restrictions**
○ 28 ○ 29 ○ 30

Vehicle Type
○ AS ○ AL ○ BS ○ CX
○ AA ○ AT ○ BB ○ BX ○ Other
○ AH ○ AX ○ BH ○ CH
○ AN ○ AY ○ BN ○ CP
○ AP ○ AZ ○ BP ○ CS

Type & Axles Per Unit | First Second Third Fourth
Cargo Body Type ① ② ③ ④ ⑤ ⑥ ⑦ ⑧
Medical Card ○ Y ○ N
Hazardous Material ○ Placard ○ Cargo Spill
Class #
ID #

UD-10 SERIAL NUMBER: 9673932

Investigated at Scene | Reported Date/Time: JULY 01, 2011 4:33PM | Photos By
Investigator Name(s) & Badge # (Print Only): CRAIG D. CLAYTON #7

Do Not Write or Mark Below This Line

13-53846-tjt Doc 9868-1 Filed 05/21/15 Entered 05/21/15-16:56:08 Page 18 of 21

Exhibit P

Forward Original to: Michigan State Police, Traffic Crash Reporting Section, 7150 Harris Drive, Lansing, MI 48913

Do Not Write or Mark On This Side of The Line

**CHRISTOPHER TRAINOR**
& ASSOCIATES

Shawn C. Cabot
Amy J. DeRouin
Ryan A. Ford
Susan J. Frontath
_aniel A. Graves
_imothy M. Hartner
Thomas E. Norton
Gary B. Perkins
Christopher J. Trainor

Of Counsel
Shawn J. Coppins
Vincent M. Larongi

9750 Highland Road
White Lake, Michigan 48386

Tel (248) 886-8650
Toll Free (800) 961-8477
Fax (248) 698-3321
MichiganLegalCenter.com

November 18, 2011

Gretchen Smith
2640 Trumbull
Detroit, Michigan 48216

Dear Ms. Smith:

Enclosed please find a copy of the application for benefits that was submitted to the City of Detroit on your behalf. Also, please find the Attendant Care and Replacement Service Affidavits that you recently sent to our office, for October 1, 2011 through October 31, 2011. Please note that the Affidavits have not been submitted to the insurance company as they were just received in our office.

**At this time any and all pending claims you had with our office have now been closed.**

Please keep in mind that according to laws of Statute of Limitations, you must commence a lawsuit for your claims within a certain period of time. A claim for No-Fault benefits must be filed within one (1) year from the date of the accident, which in your case this would be **July 1, 2012.** Once the claim is established, any and all expenses incurred (i.e. wage loss, replacement services, attendant care, prescription costs, medical mileage, medical bills, etc.) must be submitted and paid by the insurance carrier within one (1) year of the date each expense was incurred. If they are not paid timely, you must file your lawsuit within that same one (1) year in order to protect your right to outstanding benefits. Further if you wish to continue pursuing your Bodily Injury claim against the owner and/or driver who was at fault, you must file a lawsuit within three (3) years from the date of the accident which in your case would be, **July 1, 2014.**

If you choose not to pursue either or both of these claims within the time frame allotted by the State of Michigan, you will be barred from receipt of any potential benefits owed. If you wish to pursue your claim, you should contact another attorney _immediately_ and check these time limitations as they relate specifically to your case with that attorney.

Thank you for your attention to this matter.

Sincerely,
CHRISTOPHER TRAINOR & ASSOCIATES

Timothy M. Hartner, Esq.

MH/rjr
Enclosures (12 Pages)

10/22





## CUSTOMER SERVICE INFORMATION

**Your Medicare Number: XXX-XX-7032A**

If you have questions,
Call: 1-800-MEDICARE
(1-800-633-4227)
(#08202)
**Ask For Doctor's Services**
TTY for hearing impaired: 1-877-486-2048

8DD75    00000041

GRETCHEN  R SMITH
APT 913
3901 GRAND RIVER AVE
DETROIT MI  48208-2854

**BE INFORMED:**    Protect your Medicare number
as you would a credit card number.

## This is a summary of claims processed on 09/14/2011.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 11-11243-435-740 | | | | | | a |
| **Dr L Reynolds Assoc PC, Suite 100,** | | | | | | |
|   **24500 Northwestern Hwy ,** | | | | | | |
|   **Southfield, MI 48075-2402** | | | | | | |
| Referred by: Gorrepati, Uma D | | | | | | |
| Dr. AL Hihi, Maysoon M.D. | | | | | | |
| 08/09/11 | 1.0 X-ray exam of lower spine (72110-26) professional charge | $53.00 | $17.26 | $13.81 | $3.45 | |

**Notes Section:**

a As requested, this is a duplicate copy of your Medicare Summary Notice.

Exhibit R

**THIS IS NOT A BILL - Keep this notice for your records.**

PMED46
070603
VER2

# **CMS/** Medicare Summary Notice

CENTERS for MEDICARE & MEDICAID SERVICES

November 30, 2011

8DD75    00000042

GRETCHEN  R SMITH
APT 913
3901 GRAND RIVER AVE
DETROIT MI  48208-2854

---

## CUSTOMER SERVICE INFORMATION

**Your Medicare Number: XXX-XX-7032A**

If you have questions,
 Call: 1-800-MEDICARE
 (1-800-633-4227)
 (#08202)
**Ask For Doctor's Services**
TTY for hearing impaired: 1-877-486-2048

---

**BE INFORMED:**    Protect your Medicare number
as you would a credit card number.

## This is a summary of claims processed on 09/14/2011.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 11-11243-435-750 | | | | | | a |
| **Dr L Reynolds Assoc PC, Suite 100,** | | | | | | |
| **24500 Northwestern Hwy ,** | | | | | | |
| **Southfield, MI  48075-2402** | | | | | | |
| Referred by: Gorrepati, Uma D | | | | | | |
| Dr. AL Hihi, Maysoon M.D. | | | | | | |
| 08/09/11 | 1.0 X-ray exam of neck spine (72050-26) professional charge | $58.00 | $17.26 | $13.81 | $3.45 | |

---

### Notes Section:

a As requested, this is a duplicate copy of your Medicare Summary Notice.

*Take on A/H*
*Friday 1/24*

---

13-53846-tjt   Doc 9868-1   Filed 05/21/15   Entered 05/21/15 16:56:08   Page 21 of 21

*Exhibit S*

## **THIS IS NOT A BILL - Keep this notice for your records.**