# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Judge Thomas J. Tucker
---------------------------------------------------------x

## ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND ADP, LLC (F/K/A ADP, INC.) FOR AN ORDER APPROVING AN EXTENSION OF THE DEADLINE TO OBJECT TO THE ADMINISTRATIVE EXPENSE CLAIM FILED BY ADP, INC.

Upon the Stipulation filed by the City of Detroit, Michigan ("City") and ADP, LLC (f/k/a ADP, Inc.) ("ADP") for an Order Approving an Extension of the Deadline to Object to the Administrative Expense Claim Filed by ADP (Docket 9858, the "Stipulation") ; and the Court being otherwise advised in the premises;

IT IS ORDERED that the City's deadline to file an objection to the Administrative Claim[1] filed by ADP is extended through and including June 30, 2015.

.

**Signed on May 21, 2015**

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings given to them in the Stipulation.

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge