**EXHIBIT 1: PROOF OF CLAIM NO. 474**

4851-6607-4659.2

In its List of Claims, the [...]
in an unknown amount. To determine if you need to file a claim, please refer to the enclosed Information
About Deadlines to File Claims.

B10 (Official Form 10) ((4/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 |
|---|---|---|
| | | **RECEIVED** |

Name of Debtor: **City of Detroit, Michigan**   ~~FILED~~ Case Number 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): **2014 JAN 13  A 10 05**
Hall, Richard

Name and address where notices should be sent:   NameID: 11702126
Hall, Richard
23077 Greenfield Rd.
Suite 557
Southfield, MI 48075

**U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT**

Telephone number:                    email:

Name and address where payment should be sent (if different from above):

*Richard Hall  3752 Eastern Place   Detroit, MI 48208*

Telephone number: 313.910 8542  email: *Cookieccream852@gmail.com*

**RECEIVED
JAN 09 2014
KURTZMANCARSONCONSULTANTS**

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ *100,000.00  One hundred thousand*

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** *INJURED*
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $ _____

Annual Interest Rate (when case was filed) _____ % ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ _____

Basis for perfection: _____

Amount of Secured Claim: $ _____

Amount Unsecured: $ _____

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**   $ _____

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section 11 U.S.C. §** _____   $ _____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature: (See instruction # 8)**
Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Richard Lewis Hall*
Title:
Company:
Address and telephone number (if different from notice address above):
*3752 Eastern Place Detroit MI 48208*
*313 8 910 8542   Cookieccream852@gmail.org*

X *Richard Hall*  *12-17-2013*
(Signature)                (Date)

Telephone number:                 email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

1353846131125134027034547







STATE OF MICHIGAN

**DEPARTMENT OF COMMUNITY HEALTH**

LANSING

RICK SNYDER
GOVERNOR

OLGA DAZZO
DIRECTOR

August 27, 2012

Ronald K. Weiner
23077 Greenfield Rd Ste 557
Southfield, MI 48075

D/I: June 28, 2012
Re: RICHARD HALL

Dear Mr. Weiner:

The Medicaid program has conducted a search of its records for Richard Hall.

The State of Michigan will not be asserting a subrogation claim at this time; however, this does not preclude us from asserting a claim in the future. Please contact our office for an updated lien amount prior to resolution of this case. If the beneficiary has been enrolled in a Medicaid Managed Care Plan, the plan is identified below and should be contacted directly regarding its interest. Please note that Medicaid and Medicaid Managed Care Plans are separate entities; **their subrogation interests must be resolved separately.**

Thank you for your cooperation. If you have any questions, please contact our office.

Sincerely,

Third Party Liability Division
Telephone: (517) 335-8760

SM

**Health Plans:**
Midwest Health Plan
4700 Schaefer Rd Ste 340
Dearborn, MI 48126

FORMS
TO
THEM

# ZAMLER, MELLEN & SHIFFMAN, P.C.

GENE ZAMLER
DONALD SHIFFMAN
RICHARD J. EHRLICH
PAUL S. ROSEN
MARGARET HOLMAN JENSEN
RONALD K. WEINER
STEVEN KARFIS
ALICE A. BUFFINGTON

ATTORNEYS AND COUNSELORS
ADVANCE BUILDING
23077 GREENFIELD ROAD
SUITE 557
SOUTHFIELD, MICHIGAN 48075

OF COUNSEL
MARK I. MELLEN
KARL E. NOVAK
CHAD ZAMLER
*BRAD M. ZAMLER
MARC J. LITTMAN
LISA ROTH

1-248-557-1155
1-800-LAWYERS
FAX (248) 552-1380
WEBSITE: WWW.ZMSPC.COM
WRITER'S DIRECT DIAL NUMBER

*MEMBER OF ILLINOIS BAR ONLY

## PROOF OF REPRESENTATION

This form is used to authorize your attorney to receive information from the Centers for Medicare & Medicaid Services (CMS) and to represent you and act on your behalf with respect to your liability insurance, no-fault insurance or **workers' compensation claim**, including releasing identifiable health information or receiving any potential recovery claim information that Medicare may have if there is a settlement, judgment, award or other payment.

**Type of Representation:**     Attorney

    Firm Name:              Zamler, Mellen & Shiffman, P.C.
    Name of Attorney:
    Address:                23077 Greenfield Road, Suite 557, Southfield, MI 48075
    Telephone Number:       248/557-1155
    Fax Number:             248/552-1380

**Medicare Beneficiary Information:**

    Beneficiary's Name:
    Beneficiary's HICN:
    Beneficiary's Date of Birth:
    Date of Injury:
    Type of Injury:

_Richard Louis Hall_                _6-29-2012_
Beneficiary's Signature              Date

_____                _____
Representative's Signature           Date

CELEBRATING OVER **40** YEARS OF SERVICE
**SINCE 1969**

FISHER BUILDING: 3011 WEST GRAND BLVD., SUITE 406, DETROIT, MI 48202 - (313) 874-0120

TAYLOR OFFICE: HORIZON BUSINESS CENTER EAST, 20500 EUREKA, SUITE 107, TAYLOR, MI 48180 - (734) 246-7128

*Ingham County Circuit Court*
# 30th Judicial Circuit
P.O. BOX 40771
LANSING, MI 48901-7971
TELEPHONE: (517) 483-6500

JANELLE A. LAWLESS
Chief Circuit Judge

DAVID L. EASTERDAY
Circuit Court Administrator



SHAUNA DUNNINGS
Deputy Court Administrator /
Friend of the Court

RHONDA K. SWAYZE
Deputy Court Administrator /
General Trial Division

MAUREEN WINSLOW
Deputy Court Administrator /
Juvenile Division

November 5, 2012

RONALD A. WEINER
23077 GREENFIELD RD #557
SOUTHFIELD, MI 48075

<u>Notice of Intention to file a Claim</u>

RICHARD HALL

Vs

TRANSP DEPT MI

NOTICE NO.   12-011404-NOI-C30

To Whom It May Concern:

This is to acknowledge receipt of your Notice of Intention to file a claim in the above-entitled cause, filed in the
Court of Claims on November 05, 2012 and assigned the above notice number.

Sincerely,

Rebecca Montroy
Court of Claims Clerk

Copies have been made and forwarded to:
Bill Schuette, Attorney General
TRANSP DEPT MI

*Attorney General*

STATE OF MICHIGAN

IN THE COURT OF CLAIMS

RICHARD HALL,

      Plaintiff,

vs.

MICHIGAN DEPARTMENT OF TRANSPORTATION,

      Defendant.

_____/

RONALD K. WEINER (P40706)
Attorney for Plaintiff
23077 Greenfield Rd., Ste. 557
Southfield, MI 48075
(248) 443-6567

_____/

## VERIFIED NOTICE OF INTENTION TO FILE CLAIM

Claimant, RICHARD HALL, by his attorneys, ZAMLER, MELLEN & SHIFFMAN,

P.C., hereby submits his Notice of Intention to File Claim against the State of Michigan

Department of Transportation, and states the following:

    1. <u>Time and place where claim arose:</u> June 28, 2012, at approximately 7:50a.m. on M-85

(Fort St.), Detroit, MI between Second Ave. and Third Ave. in front of the Detroit Free Press

Building.

    2. <u>Nature of claim:</u> Claimant walked over a steam grate (photographs attached) and hot

steam burned his leg.

    3. <u>Damages sustained:</u> Claimant sustained a severe burn to his leg requiring hospital and

medical attention. He incurred medical expenses and other losses which may occur in the future.

*ZAMLER, MELLEN, & SHIFFMAN, P.C.*

1

Verified by: *Richard Hall* (signature)
Richard Hall, Claimant

Date: 9-28-2012

Respectfully Submitted,

Zamler, Mellen & Shiffman, P.C.

*(signature)*

Ronald K. Weiner (P40706)
Attorney for Plaintiff
23077 Greenfield Road, Suite 557
Southfield, MI 48075
(248) 443-6567

Date: 9/28/12

2

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X  GLC&, inc
Authorized Agent

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

C. Hass

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

MI Court of Claims
313 W. Kalamazoo
P.O. Box 40771
Lansing, MI 48901-
7971

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7012 1010 0002 6652 0890

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

---

● Sender: Please print your name, address, and ZIP+4 in this box ●

ZAMLER, MELLEN & SHIFFMAN, P.C.
23077 GREENFIELD
ADVANCE BUILDING SUITE 557
SOUTHFIELD, MI 48075

(BKW-Richard Hall-Notice)

---

PRF # 62354
Case No.: 13-53846
Svc: 1

PackID: 14818
NameID: 11702126

Hall, Richard
23077 Greenfield Rd.
Suite 557
Southfield, MI 48075

# AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

| Date | Date of Accident | File Number |
|---|---|---|
| 12-31-13 | June 28 2012 | |
| **Applicant's Name** | **Home Phone Number** | **Business Phone Number** |
| Michael Hall | | 313 910 8542 |
| **Address** | **Date of Birth** | **Social Security No.** |
| 3752 Eastern Place Detroit MI 48208 | 11-11-1975 | 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 |

| Date & Time of Accident (am/pm) | Place of Incident (Exact Location) |
|---|---|
| June 28 2012  7:50 A.M. | on M-85 (Fort St.) Detroit MI and 3rd Ave In front of Free Press Bldg between Sound Ave and 3rd Ave between big steel stream |

**Brief Description of Accident:** I walked over a steam grate (photos maps Attached) And hot steam burned my legs

**As a result of the incident were you injured?** ☑Yes ☐No  If yes, please complete the rest of this form.

**Describe your injury** I incurred medical expenses and other losses which may occur in the future I sustained a severe burn to my leg (requiring hospital And medical) Attached see

**Were you treated in a Hospital?** ☑Yes ☐ No  If yes, please list Hospitals Name and Address.
Henry Ford 2799 W. Grand Blvd E.R. /¢

**Did a Doctor treat you?** ☑Yes ☐ No  If yes, please list Doctor's Name and Address.
Plastic Surgery Dept Dr. Kenneth McQuin / Henry Ford E.R.

I, THE UNDERSIGNED, HEREBY AUTHORIZE ANY PHYSICIAN OR NURSE WHO ATTENDED THE ABOVE NAMED, OR ANY HOSPITAL AT WHICH ABOVE NAMED HAS BEEN CONFINED, TO FURNISH THE CITY OF DETROIT LAW DEPARTMENT, WITH ANY AND ALL INFORMATION WHICH MAY BE REQUESTED REGARDING PAST PHYSICAL CONDITION AND TREATMENT RENDERED AND TO ALLOW THEM OR ANY PHYSICIAN APPOINTED BY THEM TO EXAMINE AND COPY ANY AND ALL RECORDS WHICH YOU MAY HAVE REGARDING CONDITION OR TREATMENT, INCLUDING ALCOHOL AND DRUG PART 2, IF ANY; PSYCHOLOGICAL SERVICES AND SOCIAL SERVICES RECORDS INCLUDING COMMUNICATIONS MADE TO A SOCIAL WORKER OR PSYCHOLOGIST OR PSYCHIATRIST, IF ANY; RECORDS OF COMMUNICABLE DISEASES AND SERIOUS COMMUNICABLE DISEASES AND INFECTIONS, VENEREAL DISEASE (VD), TUBERCULOSIS (TB), HEPATITIS B, HUMAN IMMUNODEFICIENCY VIRUS (HIV), ACQUIRED IMMUNODEFICIENCY SYNDROME (AIDS), AND AIDS RELATED COMPLEX (ARC), IF ANY. YOU ARE REQUIRED TO PROVIDE THIS INFORMATION IN ACCORDANCE WITH THE MICHIGAN MOTOR VEHICLE NO-FAULT INSURANCE LAW, PA 294 OF THE PUBLIC ACTS OF 1972.

I UNDERSTAND THAT I HAVE A RIGHT TO REVOKE THIS AUTHORIZATION AT ANY TIME. I UNDERSTAND THAT IF I REVOKE THIS AUTHORIZATION, I MUST DO SO IN WRITING AND PRESENT MY WRITTEN REVOCATION TO THE ISSUER OF THE MEDICAL RELEASE. YOUR PROTECTED HEALTH INFORMATION WILL BE DISCLOSED TO ANY AGENCY INVOLVED IN THE INVESTIGATION, EVALUATION AND RESOLUTION OF YOUR MATTER AS IT RELATES TO THE CITY OF DETROIT.

I UNDERSTAND THAT INFORMATION USED OR DISCLOSED PURSUANT TO THIS AUTHORIZATION MAY BE SUBJECT TO REDISCLOSURE BY THE RECIPIENT AND NO LONGER SUBJECT TO PRIVACY PROTECTION PROVIDED BY LAW.

X Richard Hall

**NAME (Signature)**

**DATE** 12-17-2013

11-11-1975

**SOCIAL SECURITY NUMBER**

**DATE OF BIRTH**

Subscribed and sworn to before me this
31st day of Dec , 2013.

Curtis Faulkner

Notary Public, Wayne County, Michigan

My Commission Expires: March 08, 2014

**CURTIS FAULKNER**
**NOTARY PUBLIC - STATE OF MICHIGAN**
**COUNTY OF OAKLAND**
**My Commission Expires March 8, 2014**
**Acting in the County of Wayne**

{G:\DOCS\CLAIMS\taylr\99\

# MEDICARE REPORTING AFFIDAVIT AND INDEMNIFICATION OF THE CITY OF DETROIT BY THE CLAIMANT/PLAINTIFF

_Richard Hall_, being first duly sworn, deposes and says that I have filed a claim and/or lawsuit against the City of Detroit:

1. I certify under penalty of law that this Affidavit and all attachments were prepared with my knowledge and were reviewed by me. The information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of a fine and/or imprisonment for known violations. **I hereby state under oath and subject to any penalties for perjury that the information contained in this Affidavit is true, correct and accurate.**

2. I hereby understand that the City of Detroit will be relying upon this information in order to provide all of the required information to the United States Government, Department of Health and Human Services, Center for Medicare and Medicaid Services or their Medicare contractor in accordance with the Medicare, Medicaid and SCHIP Extension Act of 2007 and to be in compliance with the Medicare Secondary Payer Laws.

Circle One

3. I am currently receiving Medicare Benefits................................ ..... yes or **(no)**

4. I will be Sixty Five years old within three years.............................. yes or **(no)**

4a. I have applied for Social Security Disability Benefits................... yes or **(no)**

5. I have received a Social Security Disability Award Letter and attached a copy hereto...................................................................yes or (no)

6. Attached is a copy of my Social Security Disability Application.....yes or **(no)**

7. Attached is a copy of my Social Security denial letter and my appeal of said denial........................................................................ yes or **(no)**

8. I have End Stage Renal Disease.................................................yes or no

9. That my full name and all aliases are:

Richard Louis Hall

10. That my City of Detroit File Number is:

A32750-004969

11. That my address is:

3952 Eastern Place, Detroit 48208

12. That my Attorney's Name, Address and Contact Numbers are:

Previous Attorney Ronald
Weiner (Cerny Central No# 1 248 557 1688

13. That my Date of Birth is:

11/11/1975

14. That my Social Security Number is:

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

15. That my Medicare HIC Number, if applicable is:

N/A

16. That I am attaching copies of the following information:

a. Copy of the Judgment ....................................................... yes or no

b. Medical Records ............................................................. yes or no

c. Specific Description of my injuries Yes Notice of Intention

to File a Claim in the 30th Judicial Circuit

Page 2 of 5

17.     Has anyone ever prepared for you:

a. A Life Care Plan.................................................................... yes  or  (no)

b. Medicare Set Aside Cost Projections .....................................yes  or  (no)

c. Life expectancy projection ................................................yes  or  (no)

If yes to any questions above in #17, submit a copy to the City of Detroit.

18.     What specific body parts were impacted by the Injury/illness:

_____ *Right leg* _____  ✓

_____

19. That my Gender is: _____✓____ Male  _____ Female

20.  That the accident which gave rise to this Claim/Lawsuit occurred on:

*June 28, 2012*  (Date)

21. On  *N/A*  (Date), a Settlement or Judgement of my

Claim/Lawsuit was agreed to/rendered for the total amount of

_____ *∅* _____ Dollars ($ *∅* ).

22.     On the date of the accident/event, did any household family

member own an automobile with valid No Fault Insurance

coverage....................................................................................yes  or  (no)

I, _Richard Hall_, HAVE READ THE ABOVE MEDICARE REPORTING AFFIDAVIT AND STATE THAT THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT AND THAT IN THE EVENT THAT THE CITY OF DETROIT IS HELD LIABLE DUE TO ANY MISINFORMATION OR OMISSION OF INFORMATION BY AFFIANT IN THIS AFFIDAVIT, AFFIANT SHALL INDEMNIFY, HOLD HARMLESS AND REIMBURSE THE CITY OF DETROIT FOR ALL PAYMENTS, DAMAGES, MONIES, COSTS, ATTORNEY'S FEES, EXPENSES, MEDICARE LIENS, MEDICARE DEMANDS FOR REIMBURSEMENT, MEDICARE OFFSETS , MEDICARE FINES, MEDICARE PENALTIES AND ANY MEDICARE PAYMENTS INCURRED BY THE CITY OF DETROIT RESULTING FROM SAID OMISSION OR MISINFORMATION. FURTHER, I SHALL FULLY COOPERATE WITH THE CITY OF DETROIT IN ANY DISPUTE OR MATTERS RELATED TO THIS INCIDENT INVOLVING MEDICARE AND SHALL EXECUTE ALL DOCUMENTS REQUIRED OR REQUESTED BY THE CITY OF DETROIT, MEDICARE OR ITS AGENTS THAT MAY BE REQUIRED OR NECESSARY TO RESOLVE ANY SAID DISPUTE OR MATTER.

FURTHER AFFIANT SAITH NOT.

X _Richard Hall_

SIGNATURE OF THE CLAIMANT/PLAINTIFF

This Medicare Reporting Affidavit and Indemnification was acknowledged, subscribed and sworn to before me this ___31st___ day of __Dec__, 201**3**, by __Richard Hall__, who hereby declares under penalty of perjury under the laws of the State of Michigan that he or she is authorized in fact and law to execute this Medicare Reporting Affidavit and Indemnification.

_Curtis Faulkner_

Notary Public, County of __Wayne__, State of __Michigan__

My Commission Expires: __March 08, 2014__

CURTIS FAULKNER
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires March 8, 2014
Acting in the County of Wayne

NOTE: SHOULD THIS RELEASE BE SIGNED BY THE CLAIMANT/PLAINTIFF OUTSIDE OF THE STATE OF MICHIGAN THAT FACT MUST BE NOTED IN THE APPROPRIATE AREA ABOVE AND THE OUT OF STATE NOTARY MUST ATTACH A CERTIFICATE OF NOTARIAL AUTHORITY FROM THE STATE HE OR SHE IS AUTHORIZED TO ACT AS A NOTARY.



**Michael H. Freedland, M.D., P.C.**

Acknowledgement of Receipt of Notice of Privacy Information Practices

My signature on this form indicates that I have received a Notice of Privacy Information Practices.

In the event that I have questions, I have been given the name of the Privacy Officer, whose information is listed below, who will be able to answer my questions.

**PRIVACY OFFICER**
Donna Phillips, Business Manager
36400 Woodward Ave., Suite 130
Bloomfield Hills, MI 48304
248-901-0011

I request the following person(s) to receive information regarding my protected health information:

Name: *Ronald*          Relation: *Attorney*          Birth Date:

Name:                          Relation:                          Birth Date:

Other:

_____

_____

_____

*Rachel Hall*                                        *HCI HPO 11-5-2012*
Signature of Patient or Legal Representative                Date

**OFFICE USE ONLY:**
Patient refused to sign consent despite a good faith effort to receive acknowledgement.

_____
Employee Signature                    Title                         Date



# MICHAEL H. FREEDLAND, M.D.
## PLASTIC SURGERY & MEDICAL SPA
*Where Medicine Meets Artistry*

Date 11-5-2012

Patient: (Mr., Mrs., Ms., Dr.) First Name Richard   M.I. L   Last Name Hall   Nickname Richie Rich

Sex: ☒ Male  ☐ Female   Date of Birth 11-11-1975   Age 36   Social Security # 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

Street 6626 Hartford   City Detroit   State MI   Zip 48210

Home Tel.# (___)_____ Business Tel.# (___)_____ Ext._____ Cellular Tel. # 330 831 3346

Medical Doctor_____ Address_____ Tel. # (___)_____

Referred by_____ Employer_____

Driver's Lic. # H400738549866 Nearest relative not living with you SEAN ELMS   Tel.# (313) 208-8218

Have you ever been a patient of our practice? ☐ Yes ☒ No   E-mail Richardlhall75@yahoo.com

IN CASE OF EMERGENCY, CONTACT: Name Sarah McClure   Tel # H.(313) 680 8318 (cell)   W.(313) 967 4527

# Health History

**TO OUR PATIENTS:** Health problems that you may have or medication that you may be taking could have an important interrelationship with the care that you will be receiving. Thank you for answering the following questions. Your answers are for our records only and will be considered confidential.

**Reason for today's office visit:** Burn Victim (Partial Thickening) 2nd Degree Marshale Stella

|  |  | Yes | No |
|---|---|---|---|
| 1. | Are you in good health? Yes   Height 6'   Weight 170 lbs | ☒ | ☐ |
| 2. | Have there been any changes in your general health in the past year? _____ | ☐ | ☒ |
| 3. | Are you under the care of a physician? Yes   Date of last visit: Oct 2012 | ☒ | ☐ |
|  | If so, for what are you being treated? Primary Care | | |
| 4. | Have you had any serious illness, operations or hospitalizations? If so, describe _____ ∅ | ☐ | ☒ |
| 5. | Do you have a prosthetic joint / implant?---If so, describe where _____ | ☐ | ☒ |
| 6. | Have you had a heart valve replacement or vascular graft? | ☐ | ☒ |

| MEDICATION | | | | WOMEN | | | |
|---|---|---|---|---|---|---|---|
| ARE YOU NOW TAKING.... | Yes | No | | ARE YOU NOW TAKING.... | Yes | No |
| 1. Any kind of medicine, drugs, or pills? | | ✓ | | 7. Is there a possibility of pregnancy? | | |
| 2. Anticoagulants? | | X | | 8. Estimated delivery date? ___/___/___ | | |
| 3. Diet Pills? | | X | | 9. Are you nursing? | | |
| 4. Tranquilizers? | | X | | 10. Are you taking birth control pills? | | |
| 5. Cortisone? | | X | | | | |
| 6. Other medications (please list) | | X | | | | |
| | | | | | | |
| | | | | | | |



MICHAEL H. FREEDLAND, M.D.
*Where Medicine Meets Artistry™*

36400 Woodward Ave., Ste.130
Bloomfield Hills, MI 48304
(248) 901-0011
www.FreedlandMD.com

Re:    Richard Hall
Chart Number:    258829
DOB:    11/11/1975

**HISTORY:** This is a 36-year-old male presents with burn scars to his lower extremities right more than left. He reports that he is walking down the street and sustained burn on his leg from steam coming up from the street. This occurred back in June 2012. He had an interest in finding above corrective surgery.

**PAST MEDICAL HISTORY:** None.

**SURGICAL HISTORY:** None.

**MEDICATIONS:** None.

**ALLERGIES:** None.

**SOCIAL HISTORY:** The patient denies smoking, alcohol, and drug use.

**FAMILY HISTORY:** Negative for cancer, diabetes, heart disease and anesthetic problems.

**REVIEW OF SYSTEMS:**
    Mentation: Patient is alert and oriented x 3 and does not complain of any mental status changes.
    Neurosensory: Patient has no complaint of changes in sensation.
    Musculoskeletal: Patient denies any muscle weakness.
    Heart: Patient denies any chest pain.
    Lungs: Patient denies any shortness of breath.
    Gastrointestinal: Patient denies any nausea, vomiting, constipation, or diarrhea.

**PHYSICAL EXAMINATION:**

Neurosensory exam is within normal limits. Musculoskeletal is also within normal limits. The patient does have some irregularities associated with the burn on the right thigh is approximately 7 x 8 cm and left leg has some discoloration. He describes that he sees at times to approximately 3 x 12 cm. I explained to them that these scars are permanent and they did not have great surgical intervention for him, but I did recommend using scar cream and it may lighten the scars. He will continue to follow for now and return as needed.

| HAVE YOU HAD OR DO YOU CURRENTLY HAVE...... | Yes | No | | HAVE YOU HAD OR DO YOU CURRENTLY HAVE...... | Yes | No | | HAVE YOU HAD OR DO YOU CURRENTLY HAVE | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Rheumatic fever? | | X | 18. Blood transfusion? | | X | | 34. Contagious diseases? | | X |
| 2. Damaged heart valves / mitral valve prolapse | | X | 19. Blood disorder such as anemia? | | X | | 35. Swollen ankles, arthritis or joint disease? | | X |
| 3. Heart murmur? | | X | 20. Bruise easily? | | X | | 36. Sexually transmitted disease? | | X |
| 4. High blood pressure? | | X | 21. Bleeding tendency (abnormal bleed?) | | X | | 37. Problems with the immune system? | | X |
| 5. Low blood pressure? | | X | | | | | | | |
| 6. Chest pain, angina? | | X | 22. Jaundice, hepatitis or liver disease? | | X | | 38. Delay in healing? | X | |
| 7. Heart attack(s)? | | X | | | | | 39. A tumor or growth? | | X |
| 8. Irregular heart beat? | | X | 23. Infectious mononucleosis? | | X | | 40. X-Ray treatment / chemotherapy? | | X |
| 9. Cardiac pacemaker? | | X | 24. Gallbladder trouble? | | X | | | | |
| 10. Heart surgery? | | X | 25. Fainting spells? | | X | | 41. Chronic fatigue / night sweats? | X | |
| 11. Bronchitis, chronic cough? | | X | 26. Convulsions, epilepsy? | | X | | | | |
| 12. Asthma? | | X | 27. Stroke? | | X | | 42. Are you on a diet? | | X |
| 13. Hay fever / sinus problems? | | X | 28. Thyroid trouble? | | X | | 43. A history of drug abuse? | | X |
| 14. Tuberculosis? | | X | 29. Diabetes? | | X | | 44. A history of alcohol abuse? | | X |
| 15. Emphysema? | | X | 30. Low blood sugar? | | X | | 45. Contact lenses? | | X |
| 16. Difficult breathing / other lung trouble? | | X | 31. Kidney trouble? | | X | | 46. Eye disease / glaucoma? | | X |
| | | | 32. Are you on dialysis? | | X | | 47. Mental health problems? | | X |
| 17. Do you smoke? | | X | 33. Stomach ulcers? | | X | | 48. Malignant hyperthermia? | | X |

Do You Have Sleep Apnea? ☐ Yes ☒ No ☐ Not Sure    Do You Have Any Acquired or Hereditary Muscle Diseases? ☐ Yes ☒ No ☐ Not Sure

## ALLERGIES

| ARE YOU ALLERGIC TO OR HAD A REACTION TO... | Yes | No | ARE YOU ALLERGIC TO OR HAD A REACTION TO... | Yes | No |
|---|---|---|---|---|---|
| 1. Local anesthetics? | | X | 7. Other medications? | | X |
| 2. Penicillin? | | X | 8. Allergies other than drug allergies (please list) | | X |
| 3. Other antibiotics? | | X | | | |
| 4. Sodium pentothal, valium, or other tranquilizers? | | X | | | |
| 5. Aspirin? | | X | | | |
| 6. Codeine or other narcotics? | | X | | | |

ARE THERE ANY CONDITIONS CONCERNING YOUR HEALTH OF WHICH THE DOCTOR SHOULD BE AWARE? ☐ Yes ☒ No

Is there a family history of: Cancer ☐ Yes ☒ No    Diabetes ☐ Yes ☒ No    Heart Disease ☐ Yes ☒ No    Anesthetic Problems ☐ Yes ☒ No

I understand that photos may be used and shown for research and publication purposes and I authorize release of same.    Initials: R.C.H.

I certify that I have read and I understand the questions above. I acknowledge that my questions, if any, about the inquiries set forth above have been answered to my satisfaction. I will not hold my surgeon, or any other member of his / her staff, responsible for any errors or omissions that I have made in the completion of this form.

I authorize my surgeon and his / her designated staff, to perform an examination, for the purpose of diagnosis and treatment planning. Furthermore, I authorize the taking of all x-rays required as a necessary part of this examination. In addition, if medically necessary, I authorize the release of any information acquired in the course of my examination and treatment.

Signature of Patient (Parent or Guardian if minor)    Date 11-5-2012

Witness: _____

Doctor: _____

# MICHAEL H. FREEDLAND, M.D.

Patients Name __Hall, Richard__                Chart # __258829__

| DATE | |
|---|---|
| 11/5/12 | ℞ ankle ____ — |
| | ① discharge |
| | 6/28/12 |
| ℞ | ☑ Discussed Incisions and Locations |
| | ☑ Discussed Anatomy and Physiology |
| | ☑ Discussed Risks and Benefits |
| | ∅ pain @ this time — |
| | Sig. pain both in ____ |
| | M/S intact. |
| | MFCPt 60 min |
| | DV — prn. |





### PHYSICIAN DOCUMENTATION SHEET
Tue Jul 03 09:16:24 EDT 2012

Henry Ford Hospital
Emergency Department
2799 W. Grand Blvd.
Detroit, MI 48202
PHONE: (313) 916-1545

| | |
|---|---|
| **MRN:** 33680716 | **Account #:** 2180 |
| **Name:** Hall, Richard L | **Sex:** M |
| **Age:** 36 | **DOB:** 11/11/1975 |
| **Complaint:** Burn | **Primary Diagnosis:** Burn of ankle |
| **Arrival Time:** 06/28/2012 12:40 | **Discharge Time:** 06/28/2012 14:13 |

**All Providers:** MD EM Staff Nikhil Goyal; PA David Dereczyk

**HPI:**
> The patient is a 36-year-old male who presents with a chief complaint of burn. Pt presents with hx of havinf been accidentally burned by hot steam while walking across a street and struck on legs with staem from sewer/manhole cover . Pt c/o pqain and blister on his rt lower leg, Seen at his school clinic and antibiotic ointmnet applied to his blistered rt leg. Pt unsure of last tt. The history was provided by the patient and CarePlus review. The burn occurred several hours ago. The burn occurred on a street. The affected area is described as blister(s). The burn was caused by a(n) steam. Localized symptoms include pain at the injury site, swelling, tenderness to touch and warmth to touch . The burn occurred while the patient was walking. There was no loss of consciousness. The patient was treated prior to arrival with antibiotics. The patient was found to be awake and alert. The patient has had the following prior evaluations: evaluation by primary care doctor.

13:43 06/28/2012 by David Dereczyk, PA

**ROS:**
> **Constitutional**: otherwise Negative
> **Musculoskeletal**: Positive for swelling.
> **Skin**: Positive for blisters and swelling.

13:43 06/28/2012 by David Dereczyk, PA

**PMH:**
> **Reviewed by:** Physician Assistant
> **Historian:** the patient, CarePlus review
> **Social History:** non-smoker, alcohol use-none, drug use-none
> **Travel History:** no recent foreign travel
> **Medical History:** none
> **Surgical History:** hemorrhoidectomy
> **Family History:** unknown
> **Immunization status:** tetanus less than 5 years
> **Special Needs:** no barriers to learning

-2-

| Allergies | | |
|---|---|---|
| Allergen | Allergic reaction | Allergy Note |
| NKDA | | |

13:43 06/28/2012 by David Dereczyk, PA

**Home Medications:**

| Medications | | |
|---|---|---|
| Medication | Dosage | Frequency |
| Vicodin Oral | | |
| ibuprofen Oral | | |

**Home Medication Verification:** Verified With No Changes
13:43 06/28/2012 by David Dereczyk, PA

**Physical examination:**
    **Vital Signs:** vital signs per nurses
    **Constitutional:** Oriented, Alert, in NAD, alert, comfortable appearance
    **Extremity Exam:** NOTE - There is a 2cm x 5 cm blister across ant lower leg. No drainage. No discharge. Thw surrounding skin is erythematous.
13:43 06/28/2012 by David Dereczyk, PA

**Medical Decision Making:**
    **Differential Diagnosis:** partial thickness burn
    **Initial ED therapy:** analgesics, antibiotics, tetanus toxoid
13:43 06/28/2012 by David Dereczyk, PA

**Reassessment:**
    **Reassessment of symptoms:** improved
13:43 06/28/2012 by David Dereczyk, PA

**Reassessment:**
    **Reassessment of symptoms:** improved
13:43 06/28/2012 by David Dereczyk, PA

**Procedures:** NOTE - The burn area was cleansed with Saline and a silvadene drssing placed with sterile 4x4's.
13:43 06/28/2012 by David Dereczyk, PA

**Patient disposition:**
    **Primary Diagnosis:** burn of ankle
    **Patient disposition:** Disch - Home
13:43 06/28/2012 by David Dereczyk, PA

**Medication disposition:**

-3-

| Medications | | | | |
|---|---|---|---|---|
| **Medication** | **Dosage** | **Frequency** | **Last Dose** | **Patient needs to:** |
| Vicodin Oral | | | | continue |
| ibuprofen Oral | | | | continue |

13:43 06/28/2012 by David Dereczyk, PA

**Prescriptions:**

| Prescription | | |
|---|---|---|
| **Medication** | **Dispense** | **Sig Line** |
| Norco 5 mg-325 mg Tab | #30 | one to two po QID prn pain |
| Silvadene 1 % Topical Cream | 20 GM Jar | Apply to affected area BID |

13:43 06/28/2012 by David Dereczyk, PA

**Return to Work/School:**
    **Sheet is for:** Hall, Richard
    **Was in the ED from:** 06/28/2012 12:40
    **Until:** 06/28/2012 13:43
    **Return Disposition:** May return to school without restrictions
    **Return Date:** 06/29/2012
13:43 06/28/2012 by David Dereczyk, PA

**Discharge:**
    **Discharge Instructions:**
        Henry Ford Hospital 2799 W. Grand Blvd. Detroit, MI 48202 (313) 916-1545

        Take-Home Instructions for the Patient

        Patients Name: Hall, Richard L Date of Service: 06/28/2012 Medical Record Number: 33680716
        Medical Provider: MD EM Staff Nikhil Goyal Primary Medical Provider: PA David Dereczyk
        Primary Diagnosis: Burn of ankle Additional Diagnoses:

        PLEASE NOTE: The examination and treatment that you have received in the Emergency
        Department have been rendered on an emergency basis only and are not intended to be a substi-
        tute for or an effort to provide complete medical service. A follow-up doctor or facility is named
        below. It is important that you be checked again as recommended below and report any new or
        remaining problems at that time, because it is impossible to recognize and treat all elements of
        injury or illness in a single Emergency Department visit.

        Call to arrange an appointment to see the following physician for follow-up care. Referral: Refer-
        ral/Appointment:
        Refer Patient To:: Hfh Emergency- Return In ____Days
        Follow-up in: 1 days

        \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
        Keep dressed , clean and dry. Meds as directed. Retrun tomorrow for burn recheck and dressing
        change
        \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

-4-

ADDITIONAL FOLLOW-UP INSTRUCTIONS 1. If you have a physician at Henry Ford Hospital, call that physicians office directly for an appointment. If you dont know your doctors telephone number, call 1-800-HENRYFORD for assistance. 2. If you dont have a physician at Henry Ford Hospital, but would like one, contact your health insurer first to be sure they will cover your visit (telephone number is on your health card). If approved, call at 1-800-HENRYFORD for an appointment. If your health insurer will not authorize an appointment at Henry Ford Hospital ask for a physician within your health plan. 3. If you have a physician outside of Henry Ford Hospital, call your physicians office directly for an appointment. 4. If you have health insurance but no physician, call your insurance company for a referral to a physician in your health plan (telephone number is on your health card). If you are unable to get an appointment, ask which hospital emergency rooms participate in your health plan so that you will not incur any out of pocket expense should you require further care. 5. If you are uninsured, and do not have a primary care physician, you can call to schedule a follow-up appointment at one of our affiliated health care clinic - CHASS Midtown. CHASS Midtown is located at 7436 Woodward, telephone number - 313-556-9907. Hours of operation: (Wed and Fri - 8:30am - 5:00pm) and (Mon, Tues and Thu - 12:00 noon - 8:00pm). 6. If you have Medicaid or a Medicaid HMO, please call 313-876-3810 for any follow up appointments you may need with the Henry Ford Health System.

When you call for an appointment, say that you were referred from this Emergency Department. Take all papers and prescriptions (be sure to get your prescriptions filled) given to you in the Emergency Department with you when you go to see the doctor. If you cannot see the above doctor and your condition worsens so that you require emergency treatment, come back to this department.

PLEASE TAKE THIS WITH YOU WHEN YOU SEE THE DOCTOR LISTED ABOVE

burns

BURNS: You have been seen for a burn.

Burns can be divided into one of three categories:

   First-degree burns. These are relatively minor burns and involve only the superficial layer of skin. The skin is red and painful without blistering. These burns usually heal without scarring. A bad sunburn is an example of a first-degree burn.
   Second-degree burns. These burns are more serious and involve deeper layers of the skin. The skin is red, painful, with blisters. Scarring may result from second degree burns.
   Third-degree burns. These burns involve deep layers of the skin and always result in some degree of scarring. These burns may or may not be painful. Remove old dressings daily and apply a clean dry dressing. If the dressing sticks to the wound, slightly moisten it with water. This will allow it to come off easier.

Apply antibiotic ointment to the burn several times a day and cover it with a clean, dry dressing. Polysporin ointment, Silvadene cream, and Bacitracin ointment are over-the-counter antibiotic ointments that are commonly used for burn care.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:

   Unusual redness or swelling.
   Red streaks extending from the wound.
   Foul drainage or odor from the wound.
   Pain with movement of the extremity and / or swollen lymph nodes (nodules that are usually

13-53846-tjt   Doc 9873-1   Filed 05/21/15   Entered 05/21/15 17:22:39   Page 28 of 90

-5-

found in the groin, armpit and neck).
   Fever, chills, increasing pain and / or swelling.  Prescriptions Received: Norco 5 mg-325 mg
Tab, Silvadene 1 % Topical Cream Discharge Instructions Received: <DXINSTRUCTION-
NAMES> Drug Instructions Received:

Referral/Appointment:
   Refer Patient To:: Hfh Emergency- Return In _____Days
   Follow-up in: 1 days

_____ I
hereby acknowledge receipt of the instructions indicated above. I understand that I have had
emergency treatment and that I may be released before all my medical problems are known or
treated. I will arrange for follow-up care as instructed above.

*********************************************************************
Keep dressed , clean and dry. Meds as directed. Retrun tomorrow for burn recheck and dressing
change
*********************************************************************

Date/Time: 07/03/12 09:16:24 Treating MD: MD EM Staff Nikhil Goyal

Patient Signature: _____ Suffix
Number: 2180 Medical Record Number: 33680716

I have explained the instructions and have given a copy to the patient.

Discharge Personnel Signature: _____ Date: _____

**Append a Note to Discharge Instructions:** Keep dressed , clean and dry. Meds as directed. Retrun
tomorrow for burn recheck and dressing change

| Referral/Appointment | | | |
|---|---|---|---|
| **Refer Patient To:** | **Phone Number:** | **Follow-up in** | **Appointment Details:** |
| Hfh Emergency-
Return In _____Days | | 1 days | |

13:43 06/28/2012 by David Dereczyk, PA


Documentation completed by Mid-level Provider
13:43 06/28/2012 by David Dereczyk, PA

Chart electronically signed by Responsible Physician
15:06 06/28/2012 by Nikhil Goyal, MD EM Staff

# PHYSICIAN DOCUMENTATION SHEET
Wed Jul 11 04:14:10 EDT 2012

Henry Ford Hospital
Emergency Department
2799 W. Grand Blvd.
Detroit, MI 48202
PHONE: (313) 916-1545

**MRN:** 33680716      **Account #:** 2181
**Name:** Hall, Richard L      **Sex:** M
**Age:** 36      **DOB:** 11/11/1975
**Complaint:** Burn      **Primary Diagnosis:** Burn of lower limb
**Arrival Time:** 06/29/2012 18:07      **Discharge Time:** 06/29/2012 20:24
**All Providers:** PA Rya Lawrence; MD EM Staff David Amponsah

**HPI:**
     The patient is a 36-year-old male who presents with a chief complaint of burn. The history was pro-
vided by the patient and CarePlus review. The burn occurred yesterday. Pt states that he was walking
across the street and was burned by the steam from a manhole cover. He was seen yesterday and blis-
ter was covered with silvadene and pt was told to return to ER today for dressing change and evalua-
tion. He returns today. Denies any changes in sensation. The blister is still intact. no numbness, tin-
gling or weakness of foot. DP pulse 2+.
22:01 06/29/2012 by Rya Lawrence, PA

**ROS:**
     **Constitutional:** Negative for fever and chills.
     **Gastrointestinal:** Negative for nausea and vomiting.
     **Skin:** NOTE - burn to left leg.
22:01 06/29/2012 by Rya Lawrence, PA

**PMH:**
     **Reviewed by:** Physician Assistant
     **Historian:** the patient, CarePlus review
     **Social History:** non-smoker, alcohol use-none, drug use-none
     **Travel History:** no recent foreign travel
     **Medical History:** none
     **Surgical History:** hemorrhoidectomy
     **Family History:** unknown
     **Immunization status:** tetanus less than 5 years
     **Special Needs:** no barriers to learning

| Allergies | | |
|---|---|---|
| **Allergen** | **Allergic reaction** | **Allergy Note** |
| NKDA | | |

NOTE - wrist surgery.
22:02 06/29/2012 by Rya Lawrence, PA

-2-

**Home Medications:**

| Medications | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| Tylenol-Codeine #3 Oral | | |
| ibuprofen Oral | | |

  **Home Medication Verification:** Verified With No Changes
20:08 06/29/2012 by Rya Lawrence, PA


**Physical examination:**
    **Vital Signs:** vital signs per nurses
    **Constitutional:** Oriented, Alert, in NAD
    **Skin normal:** NOTE - 5x11cm blister. Intact with clear fluid.  slight erythema to base.  Foot with normal DP pulse, normal strenght and gait.
22:04 06/29/2012 by Rya Lawrence, PA


**Medical Decision Making:**
    **Differential Diagnosis:** partial thickness burn
    **Amount and complexity of data:** discussion with patient, medical Records reviewed
22:04 06/29/2012 by Rya Lawrence, PA


**Procedures:**
        **Wound Recheck:**
            **Location:** left shin
            **Surface:** anterior
            **Prior treatment:** burn care
            **Days ago:** 1
            **Reassessment:**  NOTE - blister intact.

            **Treatment:** sterile dressing
            **Topical antibiotic:** Silvadene cream
22:05 06/29/2012 by Rya Lawrence, PA


**Staff physician:**
    **Teaching physician note:** I reviewed the PA's note and agree with the documented findings and plan of care without changes.
23:35 06/29/2012 by David Amponsah, MD EM Staff


**Patient disposition:**
    **Primary Diagnosis:** burn of lower limb
    **Patient disposition:** Disch - Home
20:11 06/29/2012 by Rya Lawrence, PA


**Medication disposition:**

-3-

| Medications | | | | |
|---|---|---|---|---|
| **Medication** | **Dosage** | **Frequency** | **Last Dose** | **Patient needs to:** |
| Tylenol-Codeine #3 Oral | | | | continue |
| ibuprofen Oral | | | | continue |

20:11 06/29/2012 by Rya Lawrence, PA

**Discharge:**
   **Discharge Instructions:**
      Henry Ford Hospital 2799 W. Grand Blvd. Detroit, MI 48202 (313) 916-1545

      Take-Home Instructions for the Patient

      Patients Name: Hall, Richard L Date of Service: 06/29/2012 Medical Record Number: 33680716
      Medical Provider: MD EM Staff David Amponsah Primary Medical Provider: PA Rya Lawrence
      Primary Diagnosis: Burn of lower limb Additional Diagnoses:

      PLEASE NOTE: The examination and treatment that you have received in the Emergency
      Department have been rendered on an emergency basis only and are not intended to be a substi-
      tute for or an effort to provide complete medical service. A follow-up doctor or facility is named
      below. It is important that you be checked again as recommended below and report any new or
      remaining problems at that time, because it is impossible to recognize and treat all elements of
      injury or illness in a single Emergency Department visit.

      Call to arrange an appointment to see the following physician for follow-up care.  Referral: Refer-
      ral/Appointment:
       Refer Patient To:: Plastic Surgery-Main Campus/313-916-2676

      *************************************************************************************
      take motrin or tylenol as needed for pain return to ER for signs of infection-fevers, yellow thick
      drainage wash area daily and remove all old silvadene cream. Apply new silvadene cream and use
      fresh dressing daily follow up with Burn Clinic at Detroit Receiving 313 745-3449 or with plastic
      surgery          clinic          on          monday          or          tuesday
      *************************************************************************************

      ADDITIONAL FOLLOW-UP INSTRUCTIONS 1. If you have a physician at Henry Ford Hospi-
      tal, call that physicians office directly for an appointment. If you dont know your doctors tele-
      phone number, call 1-800-HENRYFORD for assistance. 2. If you dont have a physician at Henry
      Ford Hospital, but would like one, contact your health insurer first to be sure they will cover your
      visit (telephone number is on your health card). If approved, call at 1-800-HENRYFORD for an
      appointment. If your health insurer will not authorize an appointment at Henry Ford Hospital ask
      for a physician within your health plan. 3. If you have a physician outside of Henry Ford Hospi-
      tal, call your physicians office directly for an appointment. 4. If you have health insurance but no
      physician, call your insurance company for a referral to a physician in your health plan (telephone
      number is on your health card). If you are unable to get an appointment, ask which hospital emer-
      gency rooms participate in your health plan so that you will not incur any out of pocket expense
      should you require further care. 5. If you are uninsured, and do not have a primary care physi-
      cian, you can call to schedule a follow-up appointment at one of our affiliated health care clinic -
      CHASS Midtown. CHASS Midtown is located at 7436 Woodward, telephone number -
      313-556-9907. Hours of operation: (Wed and Fri - 8:30am - 5:00pm) and (Mon, Tues and Thu -
      12:00 noon - 8:00pm). 6. If you have Medicaid or a Medicaid HMO, please call 313-876-3810
      for any follow up appointments you may need with the Henry Ford Health System.

-4-

When you call for an appointment, say that you were referred from this Emergency Department. Take all papers and prescriptions (be sure to get your prescriptions filled) given to you in the Emergency Department with you when you go to see the doctor. If you cannot see the above doctor and your condition worsens so that you require emergency treatment, come back to this department.

PLEASE TAKE THIS WITH YOU WHEN YOU SEE THE DOCTOR LISTED ABOVE

burns

BURNS: You have been seen for a burn.

Burns can be divided into one of three categories:

First-degree burns. These are relatively minor burns and involve only the superficial layer of skin. The skin is red and painful without blistering. These burns usually heal without scarring. A bad sunburn is an example of a first-degree burn.
Second-degree burns. These burns are more serious and involve deeper layers of the skin. The skin is red, painful, with blisters. Scarring may result from second degree burns.
Third-degree burns. These burns involve deep layers of the skin and always result in some degree of scarring. These burns may or may not be painful. Remove old dressings daily and apply a clean dry dressing. If the dressing sticks to the wound, slightly moisten it with water. This will allow it to come off easier.

Apply antibiotic ointment to the burn several times a day and cover it with a clean, dry dressing. Polysporin ointment, Silvadene cream, and Bacitracin ointment are over-the-counter antibiotic ointments that are commonly used for burn care.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:

Unusual redness or swelling.
Red streaks extending from the wound.
Foul drainage or odor from the wound.
Pain with movement of the extremity and / or swollen lymph nodes (nodules that are usually found in the groin, armpit and neck).
Fever, chills, increasing pain and / or swelling. Prescriptions Received: Discharge Instructions Received: <DXINSTRUCTIONNAMES> Drug Instructions Received:

Referral/Appointment:
Refer Patient To:: Plastic Surgery-Main Campus/313-916-2676

_____          I
hereby acknowledge receipt of the instructions indicated above. I understand that I have had emergency treatment and that I may be released before all my medical problems are known or treated. I will arrange for follow-up care as instructed above.

*******************************************************************
take motrin or tylenol as needed for pain return to ER for signs of infection-fevers, yellow thick drainage wash area daily and remove all old silvadene cream. Apply new silvadene cream and use fresh dressing daily follow up with Burn Clinic at Detroit Receiving 313 745-3449 or with plastic surgery          clinic          on          monday          or          tuesday
*******************************************************************

-5-

Date/Time: 07/11/12 04:14:10 Treating MD: MD EM Staff David Amponsah

Patient Signature: _____ Suffix
Number: 2181 Medical Record Number: 33680716

I have explained the instructions and have given a copy to the patient.

Discharge Personnel Signature: _____ Date: _____

**Append a Note to Discharge Instructions**: take motrin or tylenol as needed for pain return to ER for signs of infection-fevers, yellow thick drainage wash area daily and remove all old silvadene cream. Apply new silvadene cream and use fresh dressing daily follow up with Burn Clinic at Detroit Receiving 313 745-3449 or with plastic surgery clinic on monday or tuesday

| Referral/Appointment | | | |
|---|---|---|---|
| **Refer Patient To:** | **Phone Number:** | **Follow-up in** | **Appointment Details:** |
| Plastic Surgery-Main Cam-pus/313-916-2676 | | | |

20:15 06/29/2012 by Rya Lawrence, PA

Documentation completed by Mid-level Provider
22:05 06/29/2012 by Rya Lawrence, PA

Chart electronically signed by Responsible Physician
23:35 06/29/2012 by David Amponsah, MD EM Staff

# ZAMLER, MELLEN & SHIFFMAN, P.C.

GENE ZAMLER
DONALD SHIFFMAN
RICHARD J. EHRLICH
PAUL S. ROSEN
MARGARET HOLMAN JENSEN
STEVEN KARFIS
ALICE A. BUFFINGTON
JAMES D. BLOOM

ATTORNEYS AND COUNSELORS
ADVANCE BUILDING
23077 GREENFIELD ROAD
SUITE 557
SOUTHFIELD, MICHIGAN 48075

OF COUNSEL

MARK I. MELLEN
KARL E. NOVAK
CHAD ZAMLER
*BRAD M. ZAMLER
MARC J. LITTMAN
LISA ROTH
MARIO J. AZZOPARDI
DAVID J. WINTER
KEVIN S. OLIVER

1-248-557-1155
1-800-LAWYERS
FAX (248) 552-1380
WEBSITE: WWW.ZMSLAW.COM
WRITER'S DIRECT DIAL NUMBER

* MEMBER OF ILLINOIS BAR ONLY

**CERTIFIED MAIL**
**7013 1710 0001 5635 8369**

December 19, 2013

Richard Hall
3752 Eastern Place
Detroit, MI 48208

Dear Mr. Hall:

This letter shall confirm the telephone conversation of December 19, 2013 with my assistant, wherein you indicated that you are unable to appear in my office to pick up the requested documents and requested that we mail same. Therefore, pursuant to your request, attached are the relevant documents from my file and the original papers which the City of Detroit sent to you.

Very truly yours,

ZAMLER, MELLEN & SHIFFMAN, P.C.

BY:
GENE ZAMLER
GZ:ca
enclosure

P.S. I have also enclosed a copy of my December 18, 2013 letter for your review.

CELEBRATING OVER **40** YEARS OF SERVICE
**SINCE 1969**

FISHER BUILDING: 3011 WEST GRAND BLVD., SUITE 406, DETROIT, MI 48202 - (313) 874-0120

TAYLOR OFFICE: HORIZON BUSINESS CENTER EAST, 20500 EUREKA, SUITE 107, TAYLOR, MI 48180 - (734) 246-7128

Google earth

feet ─────────────── 200
meters ─────────────── 60

























11/05/2012





11/05 2012

















COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 500
DETROIT, MICHIGAN 48226-3535
PHONE 313•224•4550
FAX 313•224•5505
WWW.DETROITMI.GOV

CITY OF DETROIT
LAW DEPARTMENT

November 25, 2013

Ronald Weiner, Atty.
23077 Greenfield, Ste 557
Southfield, Michigan 48075

**FINAL REQUEST**
Claimant:      Richard Hall
Claim No.:     A32750-004969
DOI:           6/28/2012

Dear Mr. Weiner:

Upon review of your client's file, it was found that the City of Detroit has attempted to process your claim, but due to lack of sufficient information, we are unable to proceed. The City of Detroit Law Department Claims Division requires that all claims contain specific information for adequate processing. To assist me in my investigation of this incident, please provide the following items, these items **MUST** be included to ensure further processing of this claim:

- ◆      Medicare Affidavit
- ◆      Health Authorization

Please refer to the **File Number** which appears in the upper right corner of this letter in future communications or inquiries about this claim.

Should you have any inquiries or concerns, please do not hesitate to contact the undersigned either in writing at the address above or by calling the telephone number cited below.

Respectfully,

Monique Tyler
Legal Investigator
(313)237-0462

MT/rt

enc.

# AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

| Date 12-31-13 | Date of Accident JUNE 28 2012 | File Number |
|---|---|---|
| Applicant's Name Michael Hall | Home Phone Number | Business Phone Number 313 910 8542 |
| Address 3752 Eastern Place Detroit, MI 48208 | Date of Birth 11-11-1975 | Social Security No. 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 |
| Date & Time of Accident (am/pm) JUNE 28 2012 7:50 A.M | Place of Incident (Exact Location) on M-85 (Fort St.) Detroit MI and 3rd Ave in Fort between Second Ave |
| Brief Description of Accident: I walked over a steam grate (photograps Attached) And hot steam rose burned my legs Fire Dept |
| As a result of the incident were you injured? ☑Yes ☐No  If yes, please complete the rest of this form. |
| Describe your injury   I incurred medical expenses and other losses which may occur in the future. I sustained a sever burn to my leg requiring hospital And Medical Attention |
| Were you treated in a Hospital? ☑Yes ☐ No   If yes, please list Hospitals Name and Address. Henry Ford 2799 W. Grand Blvd E.R. 1e |
| Did a Doctor treat you? ☑Yes ☐ No   If yes, please list Doctor's Name and Address. Plastic Surgery Dept Dr. Kenneth McQuin / @ Henry Ford E.R. |

I, THE UNDERSIGNED, HEREBY AUTHORIZE ANY PHYSICIAN OR NURSE WHO ATTENDED THE ABOVE NAMED, OR ANY HOSPITAL AT WHICH ABOVE NAMED HAS BEEN CONFINED, TO FURNISH THE CITY OF DETROIT LAW DEPARTMENT, WITH ANY AND ALL INFORMATION WHICH MAY BE REQUESTED REGARDING PAST PHYSICAL CONDITION AND TREATMENT RENDERED AND TO ALLOW THEM OR ANY PHYSICIAN APPOINTED BY THEM TO EXAMINE AND COPY ANY AND ALL RECORDS WHICH YOU MAY HAVE REGARDING CONDITION OR TREATMENT, INCLUDING ALCOHOL AND DRUG PART 2, IF ANY; PSYCHOLOGICAL SERVICES AND SOCIAL SERVICES RECORDS INCLUDING COMMUNICATIONS MADE TO A SOCIAL WORKER OR PSYCHOLOGIST OR PSYCHIATRIST, IF ANY; RECORDS OF COMMUNICABLE DISEASES AND SERIOUS COMMUNICABLE DISEASES AND INFECTIONS, VENEREAL DISEASE (VD), TUBERCULOSIS (TB), HEPATITIS B, HUMAN IMMUNODEFICIENCY VIRUS (HIV), ACQUIRED IMMUNODEFICIENCY SYNDROME (AIDS), AND AIDS RELATED COMPLEX (ARC), IF ANY. YOU ARE REQUIRED TO PROVIDE THIS INFORMATION IN ACCORDANCE WITH THE MICHIGAN MOTOR VEHICLE NO-FAULT INSURANCE LAW, PA 294 OF THE PUBLIC ACTS OF 1972.

I UNDERSTAND THAT I HAVE A RIGHT TO REVOKE THIS AUTHORIZATION AT ANY TIME.   I UNDERSTAND THAT IF I REVOKE THIS AUTHORIZATION, I MUST DO SO IN WRITING AND PRESENT MY WRITTEN REVOCATION TO THE ISSUER OF THE MEDICAL RELEASE. YOUR PROTECTED HEALTH INFORMATION WILL BE DISCLOSED TO ANY AGENCY INVOLVED IN THE INVESTIGATION, EVALUATION AND RESOLUTION OF YOUR MATTER AS IT RELATES TO THE CITY OF DETROIT.

I UNDERSTAND THAT INFORMATION USED OR DISCLOSED PURSUANT TO THIS AUTHORIZATION MAY BE SUBJECT TO REDISCLOSURE BY THE RECIPIENT AND NO LONGER SUBJECT TO PRIVACY PROTECTION PROVIDED BY LAW.

X Richard Hall

NAME (Signature)

DATE   12-17-2013

11-11-1975

SOCIAL SECURITY NUMBER

DATE OF BIRTH

Subscribed and sworn to before me this
31st day of Dec , 2013.

Curtis Faulkner

Notary Public, Wayne County, Michigan

My Commission Expires: March 08, 2014

CURTIS FAULKNER
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires March 8, 2014
Acting in the County of Wayne

{G:\DOCS\CLAIMS\tayir\99\form...}

*Ingham County Circuit Court*
# 30th Judicial Circuit
P.O. BOX 40771
LANSING, MI 48901-7971
TELEPHONE: (517) 483-6500

JANELLE A. LAWLESS
Chief Circuit Judge

DAVID L. EASTERDAY
Circuit Court Administrator



SHAUNA DUNNINGS
Deputy Court Administrator /
Friend of the Court

RHONDA K. SWAYZE
 Deputy Court Administrator /
General Trial Division

MAUREEN WINSLOW
Deputy Court Administrator /
Juvenile Division

November 5, 2012

RONALD A. WEINER
23077 GREENFIELD RD #557
SOUTHFIELD, MI 48075

Notice of Intention to file a Claim

RICHARD HALL

Vs

TRANSP DEPT MI

NOTICE NO.  12-011404-NOI-C30

To Whom It May Concern:

This is to acknowledge receipt of your Notice of Intention to file a claim in the above-entitled cause, filed in the Court of Claims on November 05, 2012 and assigned the above notice number.

Sincerely,

*Rebecca Montroy*

Rebecca Montroy
Court of Claims Clerk

Copies have been made and forwarded to:
Bill Schuette, Attorney General
TRANSP DEPT MI

# ZAMLER, MELLEN & SHIFFMAN, P.C.

GENE ZAMLER
DONALD SHIFFMAN
RICHARD J. EHRLICH
PAUL S. ROSEN
MARGARET HOLMAN JENSEN
RONALD K. WEINER
STEVEN KARFIS
ALICE A. BUFFINGTON

ATTORNEYS AND COUNSELORS
ADVANCE BUILDING
23077 GREENFIELD ROAD
SUITE 557
SOUTHFIELD, MICHIGAN 48075

OF COUNSEL
MARK I. MELLEN
KARL E. NOVAK
CHAD ZAMLER
*BRAD M. ZAMLER
MARC J. LITTMAN
LISA ROTH

1-248-557-1155
1-800-LAWYERS
FAX (248) 552-1380
WEBSITE: WWW.ZMSPC.COM
WRITER'S DIRECT DIAL NUMBER

*MEMBER OF ILLINOIS BAR ONLY

## PROOF OF REPRESENTATION

This form is used to authorize your attorney to receive information from the Centers for Medicare & Medicaid Services (CMS) and to represent you and act on your behalf with respect to your liability insurance, no-fault insurance or **workers' compensation claim**, including releasing identifiable health information or receiving any potential recovery claim information that Medicare may have if there is a settlement, judgment, award or other payment.

**Type of Representation:**       Attorney

     Firm Name:       Zamler, Mellen & Shiffman, P.C.
     Name of Attorney:
     Address:       23077 Greenfield Road, Suite 557, Southfield, MI 48075
     Telephone Number:       248/557-1155
     Fax Number:       248/552-1380

**Medicare Beneficiary Information:**

     Beneficiary's Name:
     Beneficiary's HICN:
     Beneficiary's Date of Birth:
     Date of Injury:
     Type of Injury:

_Richard Louis Hall_       _6-29-2012_
Beneficiary's Signature       Date

_____       _____
Representative's Signature       Date

CELEBRATING OVER **40** YEARS OF SERVICE
**SINCE 1969**

FISHER BUILDING: 3011 WEST GRAND BLVD., SUITE 406, DETROIT, MI 48202 - (313) 874-0120

TAYLOR OFFICE: HORIZON BUSINESS CENTER EAST, 20500 EUREKA, SUITE 107, TAYLOR, MI 48180 - (734) 246-7128

 *Attorney General*

STATE OF MICHIGAN

IN THE COURT OF CLAIMS

RICHARD HALL,

            Plaintiff,

vs.

MICHIGAN DEPARTMENT OF TRANSPORTATION,

            Defendant.

_____/

RONALD K. WEINER (P40706)
Attorney for Plaintiff
23077 Greenfield Rd., Ste. 557
Southfield, MI 48075
(248) 443-6567

_____/

**VERIFIED NOTICE OF INTENTION TO FILE CLAIM**

Claimant, RICHARD HALL, by his attorneys, ZAMLER, MELLEN & SHIFFMAN, P.C., hereby submits his Notice of Intention to File Claim against the State of Michigan Department of Transportation, and states the following:

1. <u>Time and place where claim arose:</u> June 28, 2012, at approximately 7:50a.m. on M-85 (Fort St.), Detroit, MI between Second Ave. and Third Ave. in front of the Detroit Free Press Building.

2. <u>Nature of claim:</u> Claimant walked over a steam grate (photographs attached) and hot steam burned his leg.

3. <u>Damages sustained:</u> Claimant sustained a severe burn to his leg requiring hospital and medical attention. He incurred medical expenses and other losses which may occur in the future.

ZAMLER, MELLEN, & SHIFFMAN, P.C.

1

Verified by: *Rich M Hill*
Richard Hall, Claimant

Date: 9-28-2012

Respectfully Submitted,

Zamler, Mellen & Shiffman, P.C.

Ronald K. Weiner (P40706)
Attorney for Plaintiff
23077 Greenfield Road, Suite 557
Southfield, MI 48075
(248) 443-6567

Date: 9/28/12

2

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

A. Signature

X  GLES, Inc.    ☐ Agent
   Authorized Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

S. Head

1. Article Addressed to:

MI Court of Claims
313 W. Kalamazoo
P.O. Box 40771
Lansing, MI 48901-
             7971

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7012 1010 0002 6652 0890

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ZAMLER, MELLEN & SHIFFMAN, P.C.
23077 GREENFIELD
ADVANCE BUILDING  SUITE 557
SOUTHFIELD, MI 48075

(BKW-Richard Hall-Notice)

PRF # 62354
Case No.: 13-53846
Svc: 1

PackID: 14818
NameID: 11702126

Hall, Richard
23077 Greenfield Rd.
Suite 557
Southfield, MI 48075



RICK SNYDER
GOVERNOR

OLGA DAZZO
DIRECTOR

August 27, 2012

Ronald K. Weiner
23077 Greenfield Rd Ste 557
Southfield, MI 48075

D/I: June 28, 2012
Re: RICHARD HALL

Dear Mr. Weiner:

The Medicaid program has conducted a search of its records for Richard Hall.

The State of Michigan will not be asserting a subrogation claim at this time; however, this does not preclude us from asserting a claim in the future. Please contact our office for an updated lien amount prior to resolution of this case. If the beneficiary has been enrolled in a Medicaid Managed Care Plan, the plan is identified below and should be contacted directly regarding its interest. Please note that Medicaid and Medicaid Managed Care Plans are separate entities; **their subrogation interests must be resolved separately.**

Thank you for your cooperation. If you have any questions, please contact our office.

Sincerely,

Third Party Liability Division
Telephone: (517) 335-8760

SM

Health Plans:
Midwest Health Plan
4700 Schaefer Rd Ste 340
Dearborn, MI 48126

FORMS
TO
THEM

CAPITOL COMMONS CENTER • PO BOX 30479 • LANSING, MICHIGAN 48909
www.michigan.gov/tpl • P 517-335-8760 • F 517-346-9876        MSA-005COL

13-53846-tjt   Doc 9873-1   Filed 05/21/15   Entered 05/21/15 17:22:39   Page 67 of 90

# MEDICARE REPORTING AFFIDAVIT AND INDEMNIFICATION OF THE CITY OF DETROIT BY THE CLAIMANT/PLAINTIFF

_Richard Hall_, being first duly sworn, deposes and says that I have filed a claim and/or lawsuit against the City of Detroit:

1. I certify under penalty of law that this Affidavit and all attachments were prepared with my knowledge and were reviewed by me. The information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of a fine and/or imprisonment for known violations. **I hereby state under oath and subject to any penalties for perjury that the information contained in this Affidavit is true, correct and accurate.**

2. I hereby understand that the City of Detroit will be relying upon this information in order to provide all of the required information to the United States Government, Department of Health and Human Services, Center for Medicare and Medicaid Services or their Medicare contractor in accordance with the Medicare, Medicaid and SCHIP Extension Act of 2007 and to be in compliance with the Medicare Secondary Payer Laws.

Circle One

3. I am currently receiving Medicare Benefits................................ ..... yes or (no)

4. I will be Sixty Five years old within three years............................. yes or (no)

4a. I have applied for Social Security Disability Benefits................... yes or (no)

5. I have received a Social Security Disability Award Letter and attached a copy hereto.................................................................yes or (no)

6. Attached is a copy of my Social Security Disability Application.....yes or (no)

7. Attached is a copy of my Social Security denial letter and my appeal of said denial........................................................................ yes or (no)

8. I have End Stage Renal Disease.................................................................yes or (no)

9. That my full name and all aliases are:

_Richard Louis Hall_

10. That my City of Detroit File Number is:

_A32750-004969_

11. That my address is:

_3752 Eastern Place, Detroit 48208_

12. That my Attorney's Name, Address and Contact Numbers are:

_Previous Attorney Ronald_
_Weinbr (Ronal Con tral No# 1248 557 1688_

13. That my Date of Birth is:

_11/11/1975_

14. That my Social Security Number is:

_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_

15. That my Medicare HIC Number, if applicable is:

_N/A_

16. That I am attaching copies of the following information:

    a. Copy of the Judgment ..................................................yes or (no)

    b. Medical Records ..........................................................(yes) or no

    c. Specific Description of my injuries _Yes Intention Notice of_

_to file a Claim in the 30th Judical Circuit_

17. Has anyone ever prepared for you:

    a. A Life Care Plan.................................................................. yes or (no)

    b. Medicare Set Aside Cost Projections ..................................... yes or (no)

    c. Life expectancy projection ..................................................... yes or (no)

If yes to any questions above in #17, submit a copy to the City of Detroit.

18. What specific body parts were impacted by the Injury/illness:

    _Right leg_ ✓

    _____

19. That my Gender is: ✓ Male _____ Female

20. That the accident which gave rise to this Claim/Lawsuit occurred on:

    _June 28, 2012_ (Date)

21. On _NA_ (Date), a Settlement or Judgement of my

    Claim/Lawsuit was agreed to/rendered for the total amount of

    _Ø_ Dollars ($_Ø_).

22. On the date of the accident/event, did any household family

    member own an automobile with valid No Fault Insurance

    coverage.................................................................................... yes or (no)

I, Richard Hall _____, HAVE READ THE ABOVE MEDICARE REPORTING AFFIDAVIT AND STATE THAT THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT AND THAT IN THE EVENT THAT THE CITY OF DETROIT IS HELD LIABLE DUE TO ANY MISINFORMATION OR OMISSION OF INFORMATION BY AFFIANT IN THIS AFFIDAVIT, AFFIANT SHALL INDEMNIFY, HOLD HARMLESS AND REIMBURSE THE CITY OF DETROIT FOR ALL PAYMENTS, DAMAGES, MONIES, COSTS, ATTORNEY'S FEES, EXPENSES, MEDICARE LIENS, MEDICARE DEMANDS FOR REIMBURSEMENT, MEDICARE OFFSETS , MEDICARE FINES, MEDICARE PENALTIES AND ANY MEDICARE PAYMENTS INCURRED BY THE CITY OF DETROIT RESULTING FROM SAID OMISSION OR MISINFORMATION. FURTHER, I SHALL FULLY COOPERATE WITH THE CITY OF DETROIT IN ANY DISPUTE OR MATTERS RELATED TO THIS INCIDENT INVOLVING MEDICARE AND SHALL EXECUTE ALL DOCUMENTS REQUIRED OR REQUESTED BY THE CITY OF DETROIT, MEDICARE OR ITS AGENTS THAT MAY BE REQUIRED OR NECESSARY TO RESOLVE ANY SAID DISPUTE OR MATTER.

FURTHER AFFIANT SAITH NOT.

X _Richard Hall_____

SIGNATURE OF THE CLAIMANT/PLAINTIFF

This Medicare Reporting Affidavit and Indemnification was acknowledged, subscribed and sworn to before me this ___31st___ day of _Dec_, 201**3**, by ___Richard Hall___, who hereby declares under penalty of perjury under the laws of the State of Michigan that he or she is authorized in fact and law to execute this Medicare Reporting Affidavit and Indemnification.

_Curtis Faulkner_

Notary Public, County of ___Wayne___, State of ___Michigan___

My Commission Expires: _March 08, 2014_

> CURTIS FAULKNER
> NOTARY PUBLIC - STATE OF MICHIGAN
> COUNTY OF OAKLAND
> My Commission Expires March 8, 2014
> Acting in the County of _Wayne_

NOTE: SHOULD THIS RELEASE BE SIGNED BY THE CLAIMANT/PLAINTIFF OUTSIDE OF THE STATE OF MICHIGAN THAT FACT MUST BE NOTED IN THE APPROPRIATE AREA ABOVE AND THE OUT OF STATE NOTARY MUST ATTACH A CERTIFICATE OF NOTARIAL AUTHORITY FROM THE STATE HE OR SHE IS AUTHORIZED TO ACT AS A NOTARY.



MICHAEL H.
FREEDLAND, M.D.
*Where Medicine Meets Artistry*

36400 Woodward Ave., Ste.130
Bloomfield Hills, MI 48304
(248) 901-0011
www.FreedlandMD.com

**Michael H. Freedland, M.D., P.C.**
Acknowledgement of Receipt of Notice of Privacy Information Practices

My signature on this form indicates that I have received a Notice of Privacy Information Practices.

In the event that I have questions, I have been given the name of the Privacy Officer, whose information is listed below, who will be able to answer my questions.

**PRIVACY OFFICER**
Donna Phillips, Business Manager
36400 Woodward Ave., Suite 130
Bloomfield Hills, MI 48304
248-901-0011

I request the following person(s) to receive information regarding my protected health information:

Name: *Ronald*          Relation: *Attorney*          Birth Date: _____

Name: _____          Relation: _____          Birth Date: _____

Other: _____

_____

_____

_____

_____
Signature of Patient or Legal Representative          Date  *11-5-2012*

**OFFICE USE ONLY:**
Patient refused to sign consent despite a good faith effort to receive acknowledgement.

_____          _____          _____
Employee Signature          Title          Date



# MICHAEL H. FREEDLAND, M.D.
### PLASTIC SURGERY & MEDICAL SPA
*"Where Medicine Meets Artistry"*

Date 11-5-2012

---

Patient: (Mr., Mrs., Ms., Dr.) First Name **Richard** M.I. **L** Last Name **Hall** Nickname **Richie Rich**

Sex: ☒ Male ☐ Female Date of Birth **11-11-1975** Age **36** Social Security # **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**

Street **6626 Hartford** City **Detroit** State **MI** Zip **48210**

Home Tel.# (____) Business Tel.# (____) Ext. Cellular Tel. # **330 831 3346**

Medical Doctor _____ Address _____ Tel. # (____)

Referred by _____ Employer _____

Driver's Lic. # **H400738549866** Nearest relative not living with you **SEAN EIAS** Tel. # **(313) 208-8218**

Have you ever been a patient of our practice? ☐ Yes ☒ No E-mail **Richardlhall75@yahoo.com**

IN CASE OF EMERGENCY, CONTACT: Name **Sarah McClure** Tel H.**(313)680 838(cell)** W.**(33) 967 4527**

# Health History

**TO OUR PATIENTS:** Health problems that you may have or medication that you may be taking could have an important interrelationship with the care that you will be receiving. Thank you for answering the following questions. Your answers are for our records only and will be considered confidential.

**Reason for today's office visit:** Burn Victim 2nd Degree (Partial Thickening) Manhole Steam

|  |  | Yes | No |
|---|---|---|---|
| 1. | Are you in good health? **Yes** Height **6'** Weight **170 lbs** | ☒ | ☐ |
| 2. | Have there been any changes in your general health in the past year? _____ | ☐ | ☒ |
| 3. | Are you under the care of a physician? **Yes** Date of last visit: **Oct 2012** | ☒ | ☐ |
|  | If so, for what are you being treated? **Primary Care** |  |  |
| 4. | Have you had any serious illness, operations or hospitalizations? If so, describe _____ ∅ | ☐ | ☒ |
| 5. | Do you have a prosthetic joint / implant?---If so, describe where _____ | ☐ | ☒ |
| 6. | Have you had a heart valve replacement or vascular graft? _____ | ☐ | ☒ |

| MEDICATION | | | WOMEN | | |
|---|---|---|---|---|---|
| ARE YOU NOW TAKING.... | Yes | No | ARE YOU NOW TAKING.... | Yes | No |
| 1. Any kind of medicine, drugs, or pills? | | ✓ | 7. Is there a possibility of pregnancy? | | |
| 2. Anticoagulants? | | x | 8. Estimated delivery date? ___/___/___ | | |
| 3. Diet Pills? | | x | 9. Are you nursing? | | |
| 4. Tranquilizers? | | x | 10. Are you taking birth control pills? | | |
| 5. Cortisone? | | x | | | |
| 6. Other medications (please list) | | ✓ | | | |
| | | | | | |
| | | | | | |
| | | | | | |



# MICHAEL H. FREEDLAND, M.D.
### PLASTIC SURGERY & MEDICAL SPA
*Where Medicine Meets Artistry™*

36400 Woodward Ave., Ste.130
Bloomfield Hills, MI 48304
(248) 901-0011
www.FreedlandMD.com

Re:         Richard Hall
Chart Number:      258829
DOB:       11/11/1975

**HISTORY:** This is a 36-year-old male presents with burn scars to his lower extremities right more than left. He reports that he is walking down the street and sustained burn on his leg from steam coming up from the street. This occurred back in June 2012. He had an interest in finding above corrective surgery.

**PAST MEDICAL HISTORY:** None.

**SURGICAL HISTORY:** None.

**MEDICATIONS:** None.

**ALLERGIES:** None.

**SOCIAL HISTORY:** The patient denies smoking, alcohol, and drug use.

**FAMILY HISTORY:** Negative for cancer, diabetes, heart disease and anesthetic problems.

**REVIEW OF SYSTEMS:**
  Mentation: Patient is alert and oriented x 3 and does not complain of any mental status changes.
  Neurosensory: Patient has no complaint of changes in sensation.
  Musculoskeletal: Patient denies any muscle weakness.
  Heart: Patient denies any chest pain.
  Lungs: Patient denies any shortness of breath.
  Gastrointestinal: Patient denies any nausea, vomiting, constipation, or diarrhea.

**PHYSICAL EXAMINATION:**

Neurosensory exam is within normal limits. Musculoskeletal is also within normal limits. The patient does have some irregularities associated with the burn on the right thigh is approximately 7 x 8 cm and left leg has some discoloration. He describes that he sees at times to approximately 3 x 12 cm. I explained to them that these scars are permanent and they did not have great surgical intervention for him, but I did recommend using scar cream and it may lighten the scars. He will continue to follow for now and return as needed.

| # | HAVE YOU HAD OR DO YOU CURRENTLY HAVE...... | Yes | No | # | HAVE YOU HAD OR DO YOU CURRENTLY HAVE...... | Yes | No | # | HAVE YOU HAD OR DO YOU CURRENTLY HAVE...... | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Rheumatic fever? | | X | 18 | Blood transfusion? | | X | 34 | Contagious diseases? | | X |
| 2 | Damaged heart valves / mitral valve prolapse | | X | 19 | Blood disorder such as anemia? | | X | 35 | Swollen ankles, arthritis or joint disease? | | X |
| 3 | Heart murmur? | | X | 20 | Bruise easily? | | X | 36 | Sexually transmitted disease? | | X |
| 4 | High blood pressure? | | X | 21 | Bleeding tendency (abnormal bleed?) | | X | 37 | Problems with the immune system? | | X |
| 5 | Low blood pressure? | | X | | | | | 38 | Delay in healing? | | X |
| 6 | Chest pain, angina? | | X | 22 | Jaundice, hepatitis or liver disease? | | X | 39 | A tumor or growth? | | X |
| 7 | Heart attack(s)? | | X | | | | | 40 | X-Ray treatment / chemotherapy? | | X |
| 8 | Irregular heart beat? | | X | 23 | Infectious mononucleosis? | | X | | | | |
| 9 | Cardiac pacemaker? | | X | 24 | Gallbladder trouble? | | X | 41 | Chronic fatigue / night sweats? | | X |
| 10 | Heart surgery? | | | 25 | Fainting spells? | | X | | | | |
| 11 | Bronchitis, chronic cough? | | X | 26 | Convulsions, epilepsy? | | X | 42 | Are you on a diet? | | X |
| 12 | Asthma? | | X | 27 | Stroke? | | X | 43 | A history of drug abuse? | | X |
| 13 | Hay fever / sinus problems? | | X | 28 | Thyroid trouble? | | X | 44 | A history of alcohol abuse? | | X |
| 14 | Tuberculosis? | | X | 29 | Diabetes? | | X | 45 | Contact lenses? | | X |
| 15 | Emphysema? | | X | 30 | Low blood sugar? | | X | 46 | Eye disease / glaucoma? | | X |
| 16 | Difficult breathing / other lung trouble? | | X | 31 | Kidney trouble? | | X | 47 | Mental health problems? | | X |
| | | | | 32 | Are you on dialysis? | | X | 48 | Malignant hyperthermia? | | X |
| 17 | Do you smoke? | | X | 33 | Stomach ulcers? | | X | | | | |

Do You Have Sleep Apnea? ☐ Yes ☒ No ☐ Not Sure     Do You Have Any Acquired or Hereditary Muscle Diseases? ☐ Yes ☒ No ☐ Not Sure

## ALLERGIES

| ARE YOU ALLERGIC TO OR HAD A REACTION TO... | Yes | No | ARE YOU ALLERGIC TO OR HAD A REACTION TO... | Yes | No |
|---|---|---|---|---|---|
| 1. Local anesthetics? | | X | 7. Other medications? | | X |
| 2. Penicillin? | | X | 8. Allergies other than drug allergies (please list) | | X |
| 3. Other antibiotics? | | X | | | |
| 4. Sodium pentothal, valium, or other tranquilizers? | | X | | | |
| 5. Aspirin? | | X | | | |
| 6. Codeine or other narcotics? | | X | | | |

ARE THERE ANY CONDITIONS CONCERNING YOUR HEALTH OF WHICH THE DOCTOR SHOULD BE AWARE? ☐ Yes ☒ No

Is there a family history of: Cancer ☐ Yes ☒ No     Diabetes ☐ Yes ☒ No     Heart Disease ☐ Yes ☒ No     Anesthetic Problems ☐ Yes ☒ No

I understand that photos may be used and shown for research and publication purposes and I authorize release of same.

Initials: R.L.H.

I certify that I have read and I understand the questions above. I acknowledge that my questions, if any, about the inquiries set forth above have been answered to my satisfaction. I will not hold my surgeon, or any other member of his / her staff, responsible for any errors or omissions that I have made in the completion of this form.

I authorize my surgeon and his / her designated staff, to perform an examination, for the purpose of diagnosis and treatment planning. Furthermore, I authorize the taking of all x-rays required as a necessary part of this examination. In addition, if medically necessary, I authorize the release of any information acquired in the course of my examination and treatment.

_____
Signature of Patient
(Parent or Guardian if minor)

Date: 11-5-2012

Witness: _____

Doctor: _____

# MICHAEL H. FREEDLAND, M.D.

Patients Name **Hall, Richard**                     Chart # **258829**

| DATE | |
|------|---|
| 11/5/12 | (R) ankle. brace. —<br>(1) discussed.<br>6/28/12 |
| (R) | ☑ Discussed Incisions and Locations<br>☑ Discussed Anatomy and Physiology<br>☑ Discussed Risks and Benefits |
| | ∅ pain @ this time. —<br>Sig l. pain Prob in Sens<br>M/S intact. |
| | PV — prn. |

MFCP+ 60 min

Michael H. Freedland, M.D.

MHF/BMB

D:     11-05-2012
T:     11-06-2012


Dictated but not read.

# PHYSICIAN DOCUMENTATION SHEET
Tue Jul 03 09:16:24 EDT 2012

Henry Ford Hospital
Emergency Department
2799 W. Grand Blvd.
Detroit, MI 48202
PHONE: (313) 916-1545

**MRN:** 33680716                        **Account #:** 2180
**Name:** Hall, Richard L             **Sex:** M
**Age:** 36                             **DOB:** 11/11/1975
**Complaint:** Burn              **Primary Diagnosis:** Burn of ankle
**Arrival Time:** 06/28/2012 12:40     **Discharge Time:** 06/28/2012 14:13
**All Providers:** MD EM Staff Nikhil Goyal; PA David Dereczyk

**HPI:**
     The patient is a 36-year-old male who presents with a chief complaint of burn. Pt presents with hx of havinf been accidentally burned by hot steam while walking across a street and struck on legs with staem from sewer/manhole cover . Pt c/o pqain and blister on his rt lower leg, Seen at his school clinic and antibiotic ointmnet applied to his blistered rt leg. Pt unsure of last tt. The history was provided by the patient and CarePlus review. The burn occurred several hours ago. The burn occurred on a street. The affected area is described as blister(s). The burn was caused by a(n) steam. Localized symptoms include pain at the injury site, swelling, tenderness to touch and warmth to touch . The burn occurred while the patient was walking. There was no loss of consciousness. The patient was treated prior to arrival with antibiotics. The patient was found to be awake and alert. The patient has had the following prior evaluations: evaluation by primary care doctor.
13:43 06/28/2012 by David Dereczyk, PA

**ROS:**
     **Constitutional:** otherwise Negative
     **Musculoskeletal:** Positive for swelling.
     **Skin:** Positive for blisters and swelling.
13:43 06/28/2012 by David Dereczyk, PA

**PMH:**
     **Reviewed by:** Physician Assistant
     **Historian:** the patient, CarePlus review
     **Social History:** non-smoker, alcohol use-none, drug use-none
     **Travel History:** no recent foreign travel
     **Medical History:** none
     **Surgical History:** hemorrhoidectomy
     **Family History:** unknown
     **Immunization status:** tetanus less than 5 years
     **Special Needs:** no barriers to learning

-2-

| Allergies | | |
|---|---|---|
| Allergen | Allergic reaction | Allergy Note |
| NKDA | | |

13:43 06/28/2012 by David Dereczyk, PA

**Home Medications:**

| Medications | | |
|---|---|---|
| Medication | Dosage | Frequency |
| Vicodin Oral | | |
| ibuprofen Oral | | |

**Home Medication Verification:** Verified With No Changes
13:43 06/28/2012 by David Dereczyk, PA

**Physical examination:**
  **Vital Signs:** vital signs per nurses
  **Constitutional:** Oriented, Alert, in NAD, alert, comfortable appearance
  **Extremity Exam:** NOTE - There is a 2cm x 5 cm blister across ant lower leg. No drainage. No discharge. Thw surrounding skin is erythematous.
13:43 06/28/2012 by David Dereczyk, PA

**Medical Decision Making:**
  **Differential Diagnosis:** partial thickness burn
  **Initial ED therapy:** analgesics, antibiotics, tetanus toxoid
13:43 06/28/2012 by David Dereczyk, PA

**Reassessment:**
  **Reassessment of symptoms:** improved
13:43 06/28/2012 by David Dereczyk, PA

**Reassessment:**
  **Reassessment of symptoms:** improved
13:43 06/28/2012 by David Dereczyk, PA

**Procedures:** NOTE - The burn area was cleansed with Saline and a silvadene drssing placed with sterile 4x4's.
13:43 06/28/2012 by David Dereczyk, PA

**Patient disposition:**
  **Primary Diagnosis:** burn of ankle
  **Patient disposition:** Disch - Home
13:43 06/28/2012 by David Dereczyk, PA

**Medication disposition:**

-3-

| Medications | | | | |
|---|---|---|---|---|
| Medication | Dosage | Frequency | Last Dose | Patient needs to: |
| Vicodin Oral | | | | continue |
| ibuprofen Oral | | | | continue |

13:43 06/28/2012 by David Dereczyk, PA

**Prescriptions:**

| Prescription | | |
|---|---|---|
| Medication | Dispense | Sig Line |
| Norco 5 mg-325 mg Tab | #30 | one to two po QID prn pain |
| Silvadene 1 % Topical Cream | 20 GM Jar | Apply to affected area BID |

13:43 06/28/2012 by David Dereczyk, PA

**Return to Work/School:**
    **Sheet is for:** Hall, Richard
    **Was in the ED from:** 06/28/2012 12:40
    **Until:** 06/28/2012 13:43
    **Return Disposition:** May return to school without restrictions
    **Return Date:** 06/29/2012
13:43 06/28/2012 by David Dereczyk, PA

**Discharge:**
    **Discharge Instructions:**
        Henry Ford Hospital 2799 W. Grand Blvd. Detroit, MI 48202 (313) 916-1545

        Take-Home Instructions for the Patient

        Patients Name: Hall, Richard L Date of Service: 06/28/2012 Medical Record Number: 33680716 Medical Provider: MD EM Staff Nikhil Goyal Primary Medical Provider: PA David Dereczyk Primary Diagnosis: Burn of ankle Additional Diagnoses:

        PLEASE NOTE: The examination and treatment that you have received in the Emergency Department have been rendered on an emergency basis only and are not intended to be a substitute for or an effort to provide complete medical service. A follow-up doctor or facility is named below. It is important that you be checked again as recommended below and report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit.

        Call to arrange an appointment to see the following physician for follow-up care. Referral: Referral/Appointment:
        Refer Patient To:: Hfh Emergency- Return In ____Days
        Follow-up in: 1 days

        \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
        Keep dressed , clean and dry. Meds as directed. Retrun tomorrow for burn recheck and dressing change
        \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

-4-

ADDITIONAL FOLLOW-UP INSTRUCTIONS 1. If you have a physician at Henry Ford Hospital, call that physicians office directly for an appointment. If you dont know your doctors telephone number, call 1-800-HENRYFORD for assistance. 2. If you dont have a physician at Henry Ford Hospital, but would like one, contact your health insurer first to be sure they will cover your visit (telephone number is on your health card). If approved, call at 1-800-HENRYFORD for an appointment. If your health insurer will not authorize an appointment at Henry Ford Hospital ask for a physician within your health plan. 3. If you have a physician outside of Henry Ford Hospital, call your physicians office directly for an appointment. 4. If you have health insurance but no physician, call your insurance company for a referral to a physician in your health plan (telephone number is on your health card). If you are unable to get an appointment, ask which hospital emergency rooms participate in your health plan so that you will not incur any out of pocket expense should you require further care. 5. If you are uninsured, and do not have a primary care physician, you can call to schedule a follow-up appointment at one of our affiliated health care clinic - CHASS Midtown. CHASS Midtown is located at 7436 Woodward, telephone number - 313-556-9907. Hours of operation: (Wed and Fri - 8:30am - 5:00pm) and (Mon, Tues and Thu - 12:00 noon - 8:00pm). 6. If you have Medicaid or a Medicaid HMO, please call 313-876-3810 for any follow up appointments you may need with the Henry Ford Health System.

When you call for an appointment, say that you were referred from this Emergency Department. Take all papers and prescriptions (be sure to get your prescriptions filled) given to you in the Emergency Department with you when you go to see the doctor. If you cannot see the above doctor and your condition worsens so that you require emergency treatment, come back to this department.

PLEASE TAKE THIS WITH YOU WHEN YOU SEE THE DOCTOR LISTED ABOVE

burns

BURNS: You have been seen for a burn.

Burns can be divided into one of three categories:

First-degree burns. These are relatively minor burns and involve only the superficial layer of skin. The skin is red and painful without blistering. These burns usually heal without scarring. A bad sunburn is an example of a first-degree burn.
Second-degree burns. These burns are more serious and involve deeper layers of the skin. The skin is red, painful, with blisters. Scarring may result from second degree burns.
Third-degree burns. These burns involve deep layers of the skin and always result in some degree of scarring. These burns may or may not be painful. Remove old dressings daily and apply a clean dry dressing. If the dressing sticks to the wound, slightly moisten it with water. This will allow it to come off easier.

Apply antibiotic ointment to the burn several times a day and cover it with a clean, dry dressing. Polysporin ointment, Silvadene cream, and Bacitracin ointment are over-the-counter antibiotic ointments that are commonly used for burn care.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:

Unusual redness or swelling.
Red streaks extending from the wound.
Foul drainage or odor from the wound.
Pain with movement of the extremity and / or swollen lymph nodes (nodules that are usually

-5-

found in the groin, armpit and neck).
Fever, chills, increasing pain and / or swelling.  Prescriptions Received: Norco 5 mg-325 mg
Tab, Silvadene 1 % Topical Cream Discharge Instructions Received: <DXINSTRUCTION-
NAMES> Drug Instructions Received:

Referral/Appointment:
Refer Patient To:: Hfh Emergency- Return In _____Days
Follow-up in: 1 days

_____  I
hereby acknowledge receipt of the instructions indicated above. I understand that I have had
emergency treatment and that I may be released before all my medical problems are known or
treated. I will arrange for follow-up care as instructed above.

**********************************************************************
Keep dressed , clean and dry. Meds as directed. Retrun tomorrow for burn recheck and dressing
change
**********************************************************************

Date/Time: 07/03/12 09:16:24 Treating MD: MD EM Staff Nikhil Goyal

Patient Signature: _____ Suffix
Number: 2180 Medical Record Number: 33680716

I have explained the instructions and have given a copy to the patient.

Discharge Personnel Signature: _____ Date: _____

**Append a Note to Discharge Instructions:** Keep dressed , clean and dry. Meds as directed. Retrun
tomorrow for burn recheck and dressing change.

| Referral/Appointment | | | |
|---|---|---|---|
| **Refer Patient To:** | **Phone Number:** | **Follow-up in** | **Appointment Details:** |
| Hfh Emergency-Return In _____Days | | 1 days | |

13:43 06/28/2012 by David Dereczyk, PA

Documentation completed by Mid-level Provider
13:43 06/28/2012 by David Dereczyk, PA

Chart electronically signed by Responsible Physician
15:06 06/28/2012 by Nikhil Goyal, MD EM Staff

## PHYSICIAN DOCUMENTATION SHEET
Wed Jul 11 04:14:10 EDT 2012

Henry Ford Hospital
Emergency Department
2799 W. Grand Blvd.
Detroit, MI 48202
PHONE: (313) 916-1545

**MRN:** 33680716
**Name:** Hall, Richard L
**Age:** 36
**Complaint:** Burn
**Arrival Time:** 06/29/2012 18:07
**All Providers:** PA Rya Lawrence; MD EM Staff David Amponsah

**Account #:** 2181
**Sex:** M
**DOB:** 11/11/1975
**Primary Diagnosis:** Burn of lower limb
**Discharge Time:** 06/29/2012 20:24

**HPI:**
The patient is a 36-year-old male who presents with a chief complaint of burn. The history was provided by the patient and CarePlus review. The burn occurred yesterday. Pt states that he was walking across the street and was burned by the steam from a manhole cover. He was seen yesterday and blister was covered with silvadene and pt was told to return to ER today for dressing change and evaluation. He returns today. Denies any changes in sensation. The blister is still intact. no numbness, tingling or weakness of foot. DP pulse 2+.
22:01 06/29/2012 by Rya Lawrence, PA

**ROS:**
  **Constitutional:** Negative for fever and chills.
  **Gastrointestinal:** Negative for nausea and vomiting.
  **Skin:** NOTE - burn to left leg.
22:01 06/29/2012 by Rya Lawrence, PA

**PMH:**
  **Reviewed by:** Physician Assistant
  **Historian:** the patient, CarePlus review
  **Social History:** non-smoker, alcohol use-none, drug use-none
  **Travel History:** no recent foreign travel
  **Medical History:** none
  **Surgical History:** hemorrhoidectomy
  **Family History:** unknown
  **Immunization status:** tetanus less than 5 years
  **Special Needs:** no barriers to learning

| Allergies | | |
|---|---|---|
| Allergen | Allergic reaction | Allergy Note |
| NKDA | | |

NOTE - wrist surgery.
22:02 06/29/2012 by Rya Lawrence, PA

-2-

**Home Medications:**

| Medications | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| Tylenol-Codeine #3 Oral | | |
| ibuprofen Oral | | |

**Home Medication Verification:** Verified With No Changes
20:08 06/29/2012 by Rya Lawrence, PA

**Physical examination:**
    **Vital Signs:** vital signs per nurses
    **Constitutional:** Oriented, Alert, in NAD
    **Skin normal:** NOTE - 5x11cm blister. Intact with clear fluid. slight erythema to base. Foot with normal DP pulse, normal strenght and gait.
22:04 06/29/2012 by Rya Lawrence, PA

**Medical Decision Making:**
    **Differential Diagnosis:** partial thickness burn
    **Amount and complexity of data:** discussion with patient, medical Records reviewed
22:04 06/29/2012 by Rya Lawrence, PA

**Procedures:**
    **Wound Recheck:**
        **Location:** left shin
        **Surface:** anterior
        **Prior treatment:** burn care
        **Days ago:** 1
        **Reassessment:** NOTE - blister intact.

        **Treatment:** sterile dressing
        **Topical antibiotic:** Silvadene cream
22:05 06/29/2012 by Rya Lawrence, PA

**Staff physician:**
    **Teaching physician note:** I reviewed the PA's note and agree with the documented findings and plan of care without changes.
23:35 06/29/2012 by David Amponsah, MD EM Staff

**Patient disposition:**
    **Primary Diagnosis:** burn of lower limb
    **Patient disposition:** Disch - Home
20:11 06/29/2012 by Rya Lawrence, PA

**Medication disposition:**

13-53846-tjt    Doc 9873-1    Filed 05/21/15    Entered 05/21/15 17:22:39    Page 85 of 90

-3-

| Medications | | | | |
|---|---|---|---|---|
| Medication | Dosage | Frequency | Last Dose | Patient needs to: |
| Tylenol-Codeine #3 Oral | | | | continue |
| ibuprofen Oral | | | | continue |

20:11 06/29/2012 by Rya Lawrence, PA

**Discharge:**
   **Discharge Instructions:**
     Henry Ford Hospital 2799 W. Grand Blvd. Detroit, MI 48202 (313) 916-1545

     Take-Home Instructions for the Patient

     Patients Name: Hall, Richard L Date of Service: 06/29/2012 Medical Record Number: 33680716 Medical Provider: MD EM Staff David Amponsah Primary Medical Provider: PA Rya Lawrence Primary Diagnosis: Burn of lower limb Additional Diagnoses:

     PLEASE NOTE: The examination and treatment that you have received in the Emergency Department have been rendered on an emergency basis only and are not intended to be a substitute for or an effort to provide complete medical service. A follow-up doctor or facility is named below. It is important that you be checked again as recommended below and report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit.

     Call to arrange an appointment to see the following physician for follow-up care. Referral: Referral/Appointment:
     Refer Patient To:: Plastic Surgery-Main Campus/313-916-2676

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
take motrin or tylenol as needed for pain return to ER for signs of infection-fevers, yellow thick drainage wash area daily and remove all old silvadene cream. Apply new silvadene cream and use fresh dressing daily follow up with Burn Clinic at Detroit Receiving 313 745-3449 or with plastic surgery      clinic      on      monday      or      tuesday
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ADDITIONAL FOLLOW-UP INSTRUCTIONS 1. If you have a physician at Henry Ford Hospital, call that physicians office directly for an appointment. If you dont know your doctors telephone number, call 1-800-HENRYFORD for assistance. 2. If you dont have a physician at Henry Ford Hospital, but would like one, contact your health insurer first to be sure they will cover your visit (telephone number is on your health card). If approved, call at 1-800-HENRYFORD for an appointment. If your health insurer will not authorize an appointment at Henry Ford Hospital ask for a physician within your health plan. 3. If you have a physician outside of Henry Ford Hospital, call your physicians office directly for an appointment. 4. If you have health insurance but no physician, call your insurance company for a referral to a physician in your health plan (telephone number is on your health card). If you are unable to get an appointment, ask which hospital emergency rooms participate in your health plan so that you will not incur any out of pocket expense should you require further care. 5. If you are uninsured, and do not have a primary care physician, you can call to schedule a follow-up appointment at one of our affiliated health care clinic - CHASS Midtown. CHASS Midtown is located at 7436 Woodward, telephone number - 313-556-9907. Hours of operation: (Wed and Fri - 8:30am - 5:00pm) and (Mon, Tues and Thu - 12:00 noon - 8:00pm). 6. If you have Medicaid or a Medicaid HMO, please call 313-876-3810 for any follow up appointments you may need with the Henry Ford Health System.

13-53846-tjt    Doc 9873-1    Filed 05/21/15    Entered 05/21/15 17:22:39    Page 86 of 90

-4-

When you call for an appointment, say that you were referred from this Emergency Department. Take all papers and prescriptions (be sure to get your prescriptions filled) given to you in the Emergency Department with you when you go to see the doctor. If you cannot see the above doctor and your condition worsens so that you require emergency treatment, come back to this department.

PLEASE TAKE THIS WITH YOU WHEN YOU SEE THE DOCTOR LISTED ABOVE

burns

BURNS: You have been seen for a burn.

Burns can be divided into one of three categories:

First-degree burns. These are relatively minor burns and involve only the superficial layer of skin. The skin is red and painful without blistering. These burns usually heal without scarring. A bad sunburn is an example of a first-degree burn.

Second-degree burns. These burns are more serious and involve deeper layers of the skin. The skin is red, painful, with blisters. Scarring may result from second degree burns.

Third-degree burns. These burns involve deep layers of the skin and always result in some degree of scarring. These burns may or may not be painful. Remove old dressings daily and apply a clean dry dressing. If the dressing sticks to the wound, slightly moisten it with water. This will allow it to come off easier.

Apply antibiotic ointment to the burn several times a day and cover it with a clean, dry dressing. Polysporin ointment, Silvadene cream, and Bacitracin ointment are over-the-counter antibiotic ointments that are commonly used for burn care.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:

Unusual redness or swelling.
Red streaks extending from the wound.
Foul drainage or odor from the wound.
Pain with movement of the extremity and / or swollen lymph nodes (nodules that are usually found in the groin, armpit and neck).
Fever, chills, increasing pain and / or swelling. Prescriptions Received: Discharge Instructions Received: <DXINSTRUCTIONNAMES> Drug Instructions Received:

Referral/Appointment:
Refer Patient To:: Plastic Surgery-Main Campus/313-916-2676

_____ I
hereby acknowledge receipt of the instructions indicated above. I understand that I have had emergency treatment and that I may be released before all my medical problems are known or treated. I will arrange for follow-up care as instructed above.

**************************************************************************
take motrin or tylenol as needed for pain return to ER for signs of infection-fevers, yellow thick drainage wash area daily and remove all old silvadene cream. Apply new silvadene cream and use fresh dressing daily follow up with Burn Clinic at Detroit Receiving 313.745-3449 or with plastic surgery        clinic        on        monday        or        tuesday
**************************************************************************

-5-

Date/Time: 07/11/12 04:14:10 Treating MD: MD EM Staff David Amponsah

Patient Signature: _____ Suffix
Number: 2181 Medical Record Number: 33680716

I have explained the instructions and have given a copy to the patient.

Discharge Personnel Signature: _____ Date: _____

**Append a Note to Discharge Instructions:** take motrin or tylenol as needed for pain return to ER for signs of infection-fevers, yellow thick drainage wash area daily and remove all old silvadene cream. Apply new silvadene cream and use fresh dressing daily follow up with Burn Clinic at Detroit Receiving 313 745-3449 or with plastic surgery clinic on monday or tuesday

| Referral/Appointment | | | |
|---|---|---|---|
| Refer Patient To: | Phone Number: | Follow-up in | Appointment Details: |
| Plastic Surgery-Main Cam-pus/313-916-2676 | | | |

20:15 06/29/2012 by Rya Lawrence, PA


Documentation completed by Mid-level Provider
22:05 06/29/2012 by Rya Lawrence, PA

Chart electronically signed by Responsible Physician
23:35 06/29/2012 by David Amponsah, MD EM Staff

# ZAMLER, MELLEN & SHIFFMAN, P.C.

GENE ZAMLER
DONALD SHIFFMAN
RICHARD J. EHRLICH
PAUL S. ROSEN
MARGARET HOLMAN JENSEN
STEVEN KARFIS
ALICE A. BUFFINGTON
JAMES D. BLOOM

ATTORNEYS AND COUNSELORS
ADVANCE BUILDING
23077 GREENFIELD ROAD
SUITE 557
SOUTHFIELD, MICHIGAN 48075

1-248-557-1155
1-800-LAWYERS
FAX (248) 552-1380
WEBSITE: WWW.ZMSLAW.COM
WRITER'S DIRECT DIAL NUMBER

OF COUNSEL

MARK I. MELLEN
KARL E. NOVAK
CHAD ZAMLER
*BRAD M. ZAMLER
MARC J. LITTMAN
LISA ROTH
MARIO J. AZZOPARDI
DAVID J. WINTER
KEVIN S. OLIVER

* MEMBER OF ILLINOIS BAR ONLY

**CERTIFIED MAIL**
**7013 1710 0001 5635 8369**

December 19, 2013

Richard Hall
3752 Eastern Place
Detroit, MI 48208

Dear Mr. Hall:

This letter shall confirm the telephone conversation of December 19, 2013 with my assistant, wherein you indicated that you are unable to appear in my office to pick up the requested documents and requested that we mail same. Therefore, pursuant to your request, attached are the relevant documents from my file and the original papers which the City of Detroit sent to you.

Very truly yours,

ZAMLER, MELLEN & SHIFFMAN, P.C.

BY:
GENE ZAMLER
GZ:ca
enclosure

P.S. I have also enclosed a copy of my December 18, 2013 letter for your review.

CELEBRATING OVER **40** YEARS OF SERVICE
SINCE 1969

FISHER BUILDING: 3011 WEST GRAND BLVD., SUITE 406, DETROIT, MI 48202 - (313) 874-0120

TAYLOR OFFICE: HORIZON BUSINESS CENTER EAST, 20500 EUREKA, SUITE 107, TAYLOR, MI 48180 - (734) 246-7128

# ZAMLER, MELLEN & SHIFFMAN, P.C.

GENE ZAMLER
DONALD SHIFFMAN
RICHARD J. EHRLICH
PAUL S. ROSEN
MARGARET HOLMAN JENSEN
STEVEN KARFIS
ALICE A. BUFFINGTON
JAMES D. BLOOM

ATTORNEYS AND COUNSELORS
ADVANCE BUILDING
23077 GREENFIELD ROAD
SUITE 557
SOUTHFIELD, MICHIGAN 48075

1-248-557-1155
1-800-LAWYERS
FAX (248) 552-1380
WEBSITE: WWW.ZMSLAW.COM
WRITER'S DIRECT DIAL NUMBER

OF COUNSEL
MARK I. MELLEN
KARL E. NOVAK
CHAD ZAMLER
*BRAD M. ZAMLER
MARC J. LITTMAN
LISA ROTH
MARIO J. AZZOPARDI
DAVID J. WINTER
KEVIN S. OLIVER

* MEMBER OF ILLINOIS BAR ONLY

December 18, 2013

Richard Hall
6626 Hartford St.
Detroit, MI 48210



Dear Mr. Hall:

You came to our office on December 17, 2013 and met with myself. You gave me some documents regarding a bankruptcy from the City of Detroit. I informed you that our office would not be filing those papers on your behalf. Our office will not be representing you in any claim against the City of Detroit.

You need to fill these papers out and file them as soon as possible. You could hire a lawyer and the lawyer could represent you in this claim against the City of Detroit. There are certain time limits and statute of limitations which, when they expire, could prevent you from ever filing a claim or getting any money from the City of Detroit or any other responsible party. Therefore, you should hire a lawyer immediately if you wish to pursue this claim.

The papers which you left at my office and a copy of the medical report and pictures will be left in my office and ready to be picked up by you, if you have not already picked them up. This was at your request as opposed to me mailing them to you.

Once again, our office has closed our file. We have nothing pending for you. We do not represent you in any case.

Very truly yours,

ZAMLER, MELLEN & SHIFFMAN, P.C.

BY: /s/
    GENE ZAMLER
GZ:ca

CELEBRATING OVER **40** YEARS OF SERVICE
SINCE 1969

FISHER BUILDING: 3011 WEST GRAND BLVD., SUITE 406, DETROIT, MI 48202 - (313) 874-0120

TAYLOR OFFICE: HORIZON BUSINESS CENTER EAST, 20500 EUREKA, SUITE 107, TAYLOR, MI 48180 - (734) 246-7128