# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---------------------------------------------------------X
:  Chapter 9
IN RE  :
:  Case No. 13-53846
CITY OF DETROIT, MICHIGAN,  :
:  Hon. Thomas J. Tucker
                DEBTOR  :
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2015, I electronically filed the following documents (collectively the "Replies") with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Replies and file a subsequent Proof of Service after it has performed the service.

- Debtor's Reply To Response To Objection To Claim No. 2177 Filed By Pamela Booker [Dkt. No. 9865]
- Debtor's Reply To Response To Objection To Claim No. 3087 Filed By Mario Ross [Dkt. No. 9866]
- Debtor's Reply To Response To Objection To Claim No. 2252 Filed By Laurence Woody White [Dkt. No. 9867]
- Debtor's Reply To Response To Objection To Claim No. 2730 Filed By Gretchen R. Smith [Dkt. No. 9868]
- Debtor's Reply To Response To Objection To Claim No. 2404 Filed By Irma Industrious And Claim No. 2729 Filed By Dennis Taubitz [Dkt. No. 9869]
- Debtor's Reply In Support Of Its Objection To Claim Number 1097 Filed By Richard Hall [Dkt. No. 9871]
- Debtor's Reply In Support Of Its Objection To Claim Number 474 Filed By Richard Hall [Dkt. No. 9873]

Dated: May 21, 2015

      FOLEY & LARDNER LLP

      By: */s/ John A. Simon*
      John A. Simon (P61866)
      Jeffrey S. Kopp (P59485)
      Tamar N. Dolcourt (P73425)
      Leah R. Imbrogno (P79384)
      500 Woodward Ave., Ste. 2700

4828-9607-5556.1

Detroit, MI 48226
313.234.7100
jsimon@foley.com
jkopp@foley.com
tdolcourt@foley.com
limbrogno@foley.com
*Counsel for the Debtor, City of Detroit, Michigan*