UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

FILED

IN RE:

2015 MAY 22 A 10:33

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon Thomas J. Tucker

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

City of Detroit

Debtor.
_____/

MOTION FOR/TO ADDITIONAL 5 DAYS TO FILE RESPONSE TO DEBTOR'S NOTICE OF 17TH OMNIBUS OBJECTION TO CERTAIN CLAIMS

NOW COMES Debra Guilbault and brings this motion for/to Seek Additional 5 Days to File her Response To Debtor. In support of Debtor(s)'s motion, Debtor states the following [state the facts]:

1. I filed my Proof of Claim #2357 in a timely manner; however, due to fact I am still employed with the City;

2. I need additional time to file a Response in Opposition To Debtor's Notice of 17th Omnibus Objection To Certain Claims

3. Debtor requests five days in which to file my Response in Opposition to Debtor's Notice of 17th Omnibus Objection To Certain Claims

WHEREFORE, Debtor requests this Court to consider Debtor's Motion for/to Seek Additional 5 Days and afford Debtor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Dated: May 22, 2015

Respectfully submitted,

*Debra Guilbeaux*

(Claimant's Signature)
Print Name: Debra Guilbeaux
Proof of Claim #2357

(Co-Debtor's Signature)
Print Name: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon. Thomas J. Tucker

City of Detroit
Debtor.
_____/

ORDER GRANTING MOTION TO/FOR ADDITIONAL 5 DAYS TO File RESPONSE TO DEBTOR'S NOTICE of 17th OMNIBUS OBJECTION TO CERTAIN CLAIMS

This matter having come before the Court on Debtor's motion to/for ADDITIONAL FIVE (5) DAYS To File, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit
Debtor.

U.S. BANKRUPTCY CASE NO: 13-53846
E.D. MICHIGAN-DETROIT CHAPTER: 9

*FILED 2015 MAY 22 A 10:33*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2015 (date of mailing), I served copies as follows:

1. Document(s) served: Motion for Additional Five (5) Days to File Response to Debtor's Notice of 17th Omnibus Objection to Certain Claims.

2. Served upon [name and address of each person served]: John A. Simon, Jeffrey S. Kopp, Tamar N. Dolcourt, Leah R. Imbrogno. of Foley & Lardner LLP. 500 Woodward Ave. Ste 2700, Detroit MI 48226

3. By hand-delivery

Dated: May 22, 2015

*Debra F. Guilbeaux*
(Signature)

Print Name: Debra F. Guilbeaux