211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
　City of Detroit, Michigan
　2 Woodward Avenue
　Suite 1126
　Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
　38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Motion for Extension of Time

is defective as indicated:

- ☐ Acceptable List of Creditors
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Cover Sheet for Amendments (To be filed with corrected document in its entirety as one PDF)
- ☐ Amended Document (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances – Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☑ Notice to Respondent
- ☐ Original Signature
- ☑ Proof of Service Missing or Non−Compliant
- ☑ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 5/22/15

                                           BY THE COURT

                                           Katherine B. Gullo , Clerk of Court
                                           U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                          Eastern District of Michigan
In re:                                                                   Case No. 13-53846-tjt
City of Detroit, Michigan                                                Chapter 9
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: mvozn              Page 1 of 17             Date Rcvd: May 22, 2015
                              Form ID: def2            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2015.
              +Sherell Stanley,   P. O. Box 321032,   Detroit, MI 48232-1032
22240968     #+City of Detroit Water and Sewerage Department,   c/o Kilpatrick & Associates, P.C.,
               615 Griswold, Ste. 1708,   Detroit, MI 48226-3990

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            Daniel M. McDermott
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2015                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2015 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com,  drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Allison Bach on behalf of Interested Party State of Michigan, Department of Attorney General abach@dickinsonwright.com

Amy D. Caton on behalf of Creditor Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com

Amy D. Caton on behalf of Creditor BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com

Andrew A. Paterson, Jr. on behalf of Plaintiff Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com

Andrew A. Paterson, Jr. on behalf of Creditor Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com

Andrew A. Paterson, Jr. on behalf of Creditor Robert Davis aap43@outlook.com, aap43law@gmail.com

Anthony J. Kochis on behalf of Creditor Iron Mountain Information Management, LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com

Anthony J. Kochis on behalf of Creditor The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com

Arthur O'Reilly on behalf of Interested Party Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com

Barbara A. Patek on behalf of Plaintiff Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com

Barbara A. Patek on behalf of Attorney Erman, Teicher, Zucker & Freedman, P.C. bpatek@ermanteicher.com

Barbara A. Patek on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com

Barbara A. Patek on behalf of Creditor Detroit Police Officers Association bpatek@ermanteicher.com

Barry S. Fagan on behalf of Creditor Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com

Benjamin J. Wilensky on behalf of Creditor Robert Cole bjw@seikalystewart.com

Bree A. Packer on behalf of Respondent Rainell Murray packer_b@yahoo.com, jwrentschler1@yahoo.com

Brendan G. Best on behalf of Interested Party Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com

Brendan G. Best on behalf of Plaintiff Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com

Brendan G. Best on behalf of Defendant Syncora Guarantee, Inc. bbest@schaferandweiner.com, wkyles@schaferandweiner.com

Brian Keck on behalf of Interested Party Denise Gardner bkeck@morganmeyers.com, aworlen@morganmeyers.com

Brian Keck on behalf of Interested Party Patricia Ramirez bkeck@morganmeyers.com, aworlen@morganmeyers.com

Brian Keck on behalf of Interested Party Kimberly James bkeck@morganmeyers.com, aworlen@morganmeyers.com

Brian Keck on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com, aworlen@morganmeyers.com

Brian D. O'Keefe on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe on behalf of Interested Party Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe on behalf of Interested Party Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian R. Trumbauer on behalf of Interested Party Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

Bruce Bennett on behalf of Debtor In Possession City of Detroit, Michigan bbennett@jonesday.com

Caralyce M. Lassner on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

Carina Kraatz on behalf of Interested Party Resnick & Moss, P.C. ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net

Carina Kraatz on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net

Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C. candres@gklaw.com

Carol Connor Cohen on behalf of Interested Party Ambac Assurance Corporation carol.cohen@arentfox.com

Carol Connor Cohen on behalf of Plaintiff Ambac Assurance Corporation carol.cohen@arentfox.com

Carole Neville on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com

Carole Neville on behalf of Retiree Committee Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com

Caroline Turner English on behalf of Interested Party Ambac Assurance Corporation caroline.english@arentfox.com

Caroline Turner English on behalf of Plaintiff Ambac Assurance Corporation caroline.english@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Carolyn Beth Markowitz   on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM

        Charles Bruce Idelsohn   on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com

        Charles D. Bullock   on behalf of Interested Party Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

        Charles N. Ash   on behalf of Creditor UBS AG cash@wnj.com, kkranz@wnj.com

        Charles N. Ash   on behalf of Defendant UBS AG cash@wnj.com, kkranz@wnj.com

        Charles N. Ash   on behalf of Defendant Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

        Charles N. Ash   on behalf of Creditor Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

        Christopher A. Grosman   on behalf of Interested Party BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

        Christopher A. Grosman   on behalf of Creditor Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

        Cindy Tsai   on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com

        Claude D. Montgomery   on behalf of Retiree Committee Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

        Claude D. Montgomery   on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

        Courtney M. Rogers   on behalf of Interested Party U.S. Bank National Association courtney.rogers@wallerlaw.com

        Courtney M. Rogers   on behalf of Creditor U.S. Bank National Association courtney.rogers@wallerlaw.com

        Craig B. Rule   on behalf of Creditor Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

        Cynthia J. Haffey   on behalf of Defendant Detroit General Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com

        Cynthia J. Haffey   on behalf of Defendant Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com

        Dale Price   on behalf of Creditor Equal Employment Opportunity Commission dale.price@eeoc.gov, legaldt.detroit@eeoc.gov

        Dan Korobkin   on behalf of Interested Party Ian Mobley dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Nathaniel Price dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Jerome Pierce dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Paul Kaiser dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Jason Leverette-Saunders dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Laura Malher dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party James Washington dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Darlene Hellenberg dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Angie Wong dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Stephanie Hollander dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Kimberly Mobley dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Wanda Leverette dkorobkin@aclumich.org

        Daniel J. Weiner   on behalf of Plaintiff Ambac Assurance Corporation dweiner@schaferandweiner.com

        Daniel J. Weiner   on behalf of Interested Party Ambac Assurance Corporation dweiner@schaferandweiner.com

        David Eisenberg   on behalf of Creditor Detroit Police Officers Association deisenberg@ermanteicher.com

        David Eisenberg   on behalf of Creditor Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com

        David Eisenberg   on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com

        David A. Lerner   on behalf of Creditor Plunkett Cooney dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

        David A. Lerner   on behalf of Creditor Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

        David E. Lemke   on behalf of Creditor U.S. Bank National Association david.lemke@wallerlaw.com

        David Gilbert Heiman   on behalf of Defendant City of Detroit, Michigan dgheiman@jonesday.com

        David Gilbert Heiman   on behalf of Defendant Kevyn Orr dgheiman@jonesday.com

        David Gilbert Heiman   on behalf of Debtor In Possession City of Detroit, Michigan dgheiman@jonesday.com

        David L. Dubrow   on behalf of Plaintiff Ambac Assurance Corporation david.dubrow@arentfox.com

        David L. Dubrow   on behalf of Interested Party Ambac Assurance Corporation david.dubrow@arentfox.com

        David M. Blau   on behalf of Creditor NTH Consultants, Ltd. dblau@clarkhill.com

        David M. Zack   on behalf of Other Professional McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com

        David T. Lin   on behalf of Interested Party The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com

        Dawn R. Copley   on behalf of Interested Party State of Michigan dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

        Dawn R. Copley   on behalf of Interested Party State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Deborah Kovsky-Apap   on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com
      Deborah Kovsky-Apap   on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com
      Deborah Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com
      Deborah Kovsky-Apap   on behalf of Defendant John Naglik kovskyd@pepperlaw.com
      Deborah Kovsky-Apap   on behalf of Debtor In Possession City of Detroit, Michigan kovskyd@pepperlaw.com
      Deborah Kovsky-Apap   on behalf of Defendant John Naglick kovskyd@pepperlaw.com
      Deborah Kovsky-Apap   on behalf of Plaintiff City of Detroit, Michigan kovskyd@pepperlaw.com
      Deborah Kovsky-Apap   on behalf of Plaintiff City of Detroit kovskyd@pepperlaw.com
      Deborah Kovsky-Apap   on behalf of Defendant City of Detroit, Michigan kovskyd@pepperlaw.com
      Deborah L. Fish   on behalf of Intervenor-Defendant Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
      Deborah L. Fish   on behalf of Interested Party Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
      Deborah L. Fish   on behalf of Interested Party Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
      Deborah L. Fish   on behalf of Interested Party Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
      Deborah L. Fish   on behalf of Interested Party Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
      Deborah L. Fish   on behalf of Intervenor-Defendant Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
      Deborah L. Fish   on behalf of Interested Party Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
      Deborah L. Fish   on behalf of Interested Party Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
      Deborah L. Fish   on behalf of Intervenor-Defendant BlueMountain Capital Management, LLC dfish@allardfishpc.com, allardfishpc@yahoo.com
      Deborah L. Fish   on behalf of Intervenor-Defendant Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
      Deborah L. Fish   on behalf of Interested Party Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
      Deborah L. Fish   on behalf of Intervenor-Defendant Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
      Deborah L. Fish   on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
      Deborah L. Fish   on behalf of Interested Party Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
      Deborah L. Fish   on behalf of Intervenor-Defendant Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
      Debra N. Pospiech   on behalf of Interested Party Patricia Ramirez dpospiech@morganmeyers.com
      Dirk H. Beckwith   on behalf of Defendant Detroit Retirement Systems Funding Trust 2005 dbeckwith@fosterswift.com
      Dirk H. Beckwith   on behalf of Defendant Wilmington Trust, N.A. dbeckwith@fosterswift.com
      Dirk H. Beckwith   on behalf of Defendant U.S. Bank, N.A. dbeckwith@fosterswift.com
      Dirk H. Beckwith   on behalf of Interested Party U.S. Bank N.A. dbeckwith@fosterswift.com
      Dirk H. Beckwith   on behalf of Creditor Wilmington Trust Company, National Association dbeckwith@fosterswift.com
      Dirk H. Beckwith   on behalf of Defendant Detroit Retirement Systems Funding Trust 2006 dbeckwith@fosterswift.com
      Dirk H. Beckwith   on behalf of Creditor U.S. Bank National Association dbeckwith@fosterswift.com
      Donald G. McGuigan, II   on behalf of Interested Party Mario's Restaurant, Inc. don@mcguiganlaw.com
      Douglas Steele   on behalf of Interested Party International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
      Douglas C. Bernstein   on behalf of Interested Party A. Paul and Carol C. Schaap Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
      Douglas C. Bernstein   on behalf of Interested Party Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
      Douglas C. Bernstein   on behalf of Interested Party Hudson-Webber Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
      Douglas C. Bernstein   on behalf of Interested Party The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
      Douglas C. Bernstein   on behalf of Interested Party W.K. Kellogg Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
      Douglas C. Bernstein   on behalf of Interested Party Max M. and Marjorie S. Fisher Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
      Douglas C. Bernstein   on behalf of Interested Party The Ford Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
      Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
      Douglas C. Bernstein   on behalf of Interested Party Charles Stewart Mott Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
      Douglas C. Bernstein   on behalf of Interested Party William Davidson Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
      Douglas C. Bernstein   on behalf of Interested Party McGregor Fund dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Earle I. Erman on behalf of Creditor Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com

Earle I. Erman on behalf of Creditor Detroit Police Officers Association eerman@ermanteicher.com

Earle I. Erman on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com

Elias T. Majoros on behalf of Interested Party US Health & Life Insurance Company emajoros@glmpc.com

Elizabeth M. Abood-Carroll on behalf of Creditor Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll on behalf of Creditor Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll on behalf of Creditor Wells Fargo Bank, NA bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll on behalf of Creditor CitiMortgage, Inc. bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll on behalf of Creditor M&T Bank bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll on behalf of Creditor M&T Bank bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll on behalf of Creditor EverBank bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll on behalf of Creditor Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll on behalf of Creditor Rushmore Loan Management Services, LLC bankruptcy@orlans.com, ANHSOA@earthlink.net

Elizabeth M. Abood-Carroll on behalf of Creditor Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

Elliot G. Crowder on behalf of Interested Party Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Eric B. Gaabo on behalf of Debtor In Possession City of Detroit, Michigan gaabe@detroitmi.gov

Eric D. Carlson on behalf of Debtor In Possession City of Detroit, Michigan carlson@millercanfield.com

Eric David Novetsky on behalf of Creditor National Public Finance Guarantee Corporation enovetsky@jaffelaw.com

Evan Justin Feldman on behalf of Creditor Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com

Evan Justin Feldman on behalf of Creditor General Retirement System of the City of Detroit efeldman@clarkhill.com

Fred Neufeld on behalf of Interested Party Courtesy Notice fneufeld@sycr.com

H. Nathan Resnick on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net, jabdelnour@resnicklaw.net

Harold E. Nelson on behalf of Creditor Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com

Harold E. Nelson on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com

Heath Douglas Rosenblat on behalf of Counter-Claimant Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

Heath Douglas Rosenblat on behalf of Creditor Wilmington Trust Company, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

Heath Douglas Rosenblat on behalf of Creditor Wilmington Trust, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

Heath Douglas Rosenblat on behalf of Defendant Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

Heather Lennox on behalf of Attorney Jones Day hlennox@jonesday.com

Heather Lennox on behalf of Debtor In Possession City of Detroit, Michigan hlennox@jonesday.com

Heather Lennox on behalf of Interested Party Miller Buckfire & Co., LLC hlennox@jonesday.com

Heather Lennox on behalf of Interested Party Christie's, Inc. hlennox@jonesday.com

Heather Lennox on behalf of Defendant City of Detroit, Michigan hlennox@jonesday.com

Heidi Peterson hdpeterson75@gmail.com

Howard Yale Lederman on behalf of Creditor Ernest Flagg hlederman@normanyatooma.com

Howard Yale Lederman on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com

Howard Yale Lederman on behalf of Creditor Brian Greene hlederman@normanyatooma.com

Hugh M. Davis on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com

Hugh M. Davis on behalf of Creditor Thomas Stephens Info@ConLitPC.com

Ian S. Bolton on behalf of Creditor FK Park, LLC ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com

Ian S. Bolton on behalf of Creditor FK South, LLC ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com

Irma Industrious on behalf of Creditor Irma Industrious iindustrious@yahoo.com, iimeldai123@gmail.com

James Sprayregen on behalf of Interested Party Syncora Capital Assurance Inc. james.sprayregen@kirkland.com

James Sprayregen on behalf of Interested Party Syncora Guarantee Inc. james.sprayregen@kirkland.com

James Sprayregen on behalf of Interested Party Syncora Holdings Ltd. james.sprayregen@kirkland.com

Jamie Scott Fields on behalf of Creditor Jamie Fields jeansartre@msn.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
           jeansartre@msn.com
          Jason Abel    on behalf of Interested Party    Detroit Institute of Arts jpa@honigman.com
          Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com,
           ssmith@kerr-russell.com
          Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
           jbank@kerr-russell.com, ssmith@kerr-russell.com
          Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey Rossman    on behalf of Creditor    U.S. Bank, N.A. jrossman@mwe.com
          Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
           Lhaidostian@mwe.com
          Jeffrey Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
          Jeffrey Rossman    on behalf of Interested Party    U.S. Bank N.A. jrossman@mwe.com
          Jeffrey David Eaton    on behalf of Creditor    Parsons Brinckerhoff Michigan, Inc.
           jeaton@schiffhardin.com
          Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
          Jeffrey S. Grasl    on behalf of Creditor    Sprint Communications Company LP
           jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com
          Jeffrey S. Grasl    on behalf of Creditor    Bishop Real Estate, L.L.C. jgrasl@mcdonaldhopkins.com,
           sharrow@mcdonaldhopkins.com
          Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
          Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
           jbelveal@honigman.com, mjohnson@honigman.com
          Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
           jbelveal@honigman.com, mjohnson@honigman.com
          Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
           apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
           apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
          Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
          Joel D. Applebaum    on behalf of Respondent    Detroit Wayne Joint Building Authority
           japplebaum@clarkhill.com
          Joel D. Applebaum    on behalf of Creditor    Colasanti Construction Services, Inc.
           japplebaum@clarkhill.com
          John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
          John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jstevens@mathesonparr.com, nlmumma@aol.com
          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
           pjohnson@bredhoff.com;mforan@bredhoff.com
          John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
           john.ramirez@kattenlaw.com
          John M. Carey    on behalf of Creditor    Wayne County jmcarey@eastmansmith.com,
           sorose@eastmansmith.com;jjlefevre@eastmansmith.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           john.sieger@kattenlaw.com
          John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
           jcanzano@kmsmc.com
          Jonathan S. Green    on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
          Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
           green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant    City of Detroit green@millercanfield.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
           green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant Michael  Hall green@millercanfield.com
          Jong-Ju Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
           jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
          Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
           jfischer@carsonfischer.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
              Judith Greenstone Miller    on behalf of Creditor    ADP, LLC jmiller@jaffelaw.com,
               dgoldberg@jaffelaw.com
              Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Singent Consulting LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Mound Road Enterprises L.L.C. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    LDM, LLC jcalton@honigman.com,  litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    TSD Solutions LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Delbruck Technology, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    440 Congress LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Stanne Consulting, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Gekko Enterprises LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Taggart Technologies LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    VITEC, L.L.C. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Cass Community Social Services, Inc.
               jcalton@honigman.com,  litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Compuware Corporation jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Seven Mile Partners, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Cathedral Owner LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    3100 East Jefferson, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Oakland Plant Properties, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Magnolia Properties, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
               litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Judy B. Calton    on behalf of Creditor    4737 Conner Co., LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Enforcement Technology, Inc. jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Regency Owner LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Linwood Neighbors LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Attorney    L. Katie Mason jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Mack Avenue Investors LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Seven Mile Holdings, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Bean Little Investments, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    MICMR, LLC jcalton@honigman.com, litdocket@honigman.com
Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc. karen.dine@kattenlaw.com
Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association Avery@SilvermanMorris.com
Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan kressk@pepperlaw.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
          kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
          kschneider@schneidermiller.com
          Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov,
          michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Mary.compeau@usdoj.gov
          Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
          kevin.baum@kattenlaw.com
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
          ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
          Kristin.Going@dbr.com
          Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
          Kristin.Going@dbr.com
          Kurt  Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
          kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
          kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization
          kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association
          kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization
          kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
          thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
          kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          L. Nichole Hunter    on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com,
          sobrien@alglawpc.com
          Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
          llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
          llarose@chadbourne.com,  skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Lawrence A. Lichtman    on behalf of Creditor    660 Woodward Associates, LLC
          llichtman@honigman.com,  litdocket@honigman.com
          Leah  Montesano    on behalf of Interested Party    Ambac Assurance Corporation
          leah.montesano@arentfox.com
          Leland  Prince    on behalf of Creditor Leland Prince DTE Energy Co princel@dteenergy.com
          Leonora K. Baughman    on behalf of Respondent    Wayne County Treasurer ecf@kaalaw.com
          Lisa  Okasinski    on behalf of Creditor    HRT Enterprises lisa@demolaw.com
          Lisa Hill Fenning    on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
          Lisa Sommers Gretchko    on behalf of Creditor    Howard & Howard Attorneys PLLC
          lgretchko@howardandhoward.com,  ebarrett@howardandhoward.com
          Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
          lrochkind@jaffelaw.com,  dburris@jaffelaw.com
          Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
          lrochkind@jaffelaw.com,  dburris@jaffelaw.com
          M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
          dwhadden@umich.edu
          Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
          324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Marc N. Swanson on behalf of Defendant Detroit City Council swansonm@millercanfield.com
      Marc N. Swanson on behalf of Defendant Michael Hall swansonm@millercanfield.com
      Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
      Marc N. Swanson on behalf of Defendant City of Detroit swansonm@millercanfield.com
      Marc N. Swanson on behalf of Defendant Michael Duggan, Mayor swansonm@millercanfield.com
      Marc N. Swanson on behalf of Defendant City of Detroit, Michigan swansonm@millercanfield.com
      Marcy J. Ford on behalf of Creditor Bank of America, N.A. easternecf@trottlaw.com
      Mark Wasvary on behalf of Creditor Hyde Park Co-Operative, et al. mark@wasvarylaw.com
      Mark Wasvary on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
      Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
      Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
      Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark H. Shapiro on behalf of Creditor BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark H. Shapiro on behalf of Interested Party Greenhill & Co., LLC shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark R. James on behalf of Interested Party Financial Guaranty Insurance Company mrj@wwrplaw.com
      Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
      Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
      Marshall S. Huebner on behalf of Creditor Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
      Mary Beth Cobbs on behalf of Interested Party City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
      Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
      Mary Kay Shaver on behalf of Creditor Varnum LLP mkshaver@varnumlaw.com
      Matthew Klakulak on behalf of Creditor Delania Patterson m.klakulak@fiegerlaw.com
      Matthew Klakulak on behalf of Creditor Kevin Bullard m.klakulak@fiegerlaw.com
      Matthew Klakulak on behalf of Creditor Delshone Balfour m.klakulak@fiegerlaw.com
      Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
      Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
      Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew Wilkins on behalf of Intervenor-Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
      Matthew D. Harper on behalf of Interested Party City of Detroit Water and Sewerage Department mdharper@eastmansmith.com
      Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
      Matthew Gernet Summers on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com
      Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
      Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt AG summersm@ballardspahr.com
      Max J. Newman on behalf of Interested Party Wayne County Corporation newman@butzel.com
      Melissa Demorest LeDuc on behalf of Creditor T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Melissa Demorest LeDuc    on behalf of Creditor John  Denis melissa@demolaw.com, paula@demolaw.com
Melissa Demorest LeDuc    on behalf of Creditor   John W. and Vivian M. Denis Trust
 melissa@demolaw.com,  paula@demolaw.com
Melissa Demorest LeDuc    on behalf of Creditor James  Herbert melissa@demolaw.com,
 paula@demolaw.com
Melissa Demorest LeDuc    on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
 paula@demolaw.com
Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown
 mdordeski@foleymansfield.com,cindy@loevy.com
Michael Anthony Karman    on behalf of Creditor   Fountain Court Consumer Housing Cooperative
 makarmanesq@gmail.com
Michael Anthony Karman    on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
Michael C. Hammer    on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell    on behalf of Interested Party   State of Michigan, Department of Attorney
 General BellM1@michigan.gov
Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
Michael R. Paslay    on behalf of Creditor   U.S. Bank National Association
 mike.paslay@wallerlaw.com,
 Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
 rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib    on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
 msl@maddinhauser.com,  bac@maddinhauser.com
My Chi To    on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
 mao-bk-ecf@debevoise.com
Nabih H. Ayad    on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party   Michigan State Conference NAACP
 ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
Neil R. Sherman    on behalf of Creditor   Flagstar Bank, FSB nsherman@sspclegal.com,
 joumedian@sspclegal.com
Neil R. Sherman    on behalf of Interested Party   CitiMortgage, Inc. nsherman@sspclegal.com,
 joumedian@sspclegal.com
Neil R. Sherman    on behalf of Interested Party   Schneiderman and Sherman, P.C.
 nsherman@sspclegal.com,  joumedian@sspclegal.com
Neil R. Sherman    on behalf of Interested Party   Kondaur Capital Corporation
 nsherman@sspclegal.com,  joumedian@sspclegal.com
Niraj R. Ganatra    on behalf of Attorney   UAW - Solidarity House Nganatra@uaw.net
Noah J. Ornstein    on behalf of Interested Party   Syncora Guarantee Inc.
 noah.ornstein@kirkland.com
Noah J. Ornstein    on behalf of Interested Party   Syncora Capital Assurance Inc.
 noah.ornstein@kirkland.com
Paige E. Barr    on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
 Paige.Barr@kattenlaw.com
Patrick C. Lannen    on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
 mkisell@plunkettcooney.com
Patrick E. Mears    on behalf of Creditor   36th District Court for the State of Michigan
 pmears@btlaw.com
Paul H. Saint-Antoine    on behalf of Defendant   Wilmington Trust, N.A.
 Paul.Saint-Antoine@dbr.com,  Todd.Hutchison@dbr.com;James.Williamson@dbr.com
Paul R. Hage    on behalf of Creditor   National Public Finance Guarantee Corporation
 phage@jaffelaw.com,  jtravick@jaffelaw.com
Paul R. Hage    on behalf of Creditor   Canon Financial Services, Inc. phage@jaffelaw.com,
 jtravick@jaffelaw.com
Paul R. Hage    on behalf of Plaintiff   National Public Finance Guarantee Corporation
 phage@jaffelaw.com,  jtravick@jaffelaw.com
Paula A. Hall    on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
 Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Interested Party   Official Committee of Retirees of the City of
 Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
 marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara    on behalf of Creditor   International Union, United Automobile, Aerospace and
 Agricultural Implement Workers of America pdechiara@cwsny.com
Peter J. Roberts    on behalf of Examiner Robert M. Fishman proberts@shawfishman.com
Peter L. Canzano    on behalf of Creditor   National Public Finance Guarantee Corporation
 pcanzano@sidley.com
Peter Paul Sudnick    on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com,
 psudnick13@gmail.com
Ralph A. Taylor    on behalf of Interested Party   Ambac Assurance Corporation
 ralph.taylor@arentfox.com
Ralph A. Taylor    on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
Ralph E. McDowell    on behalf of Interested Party   Oakland-Macomb Interceptor Drain Drainage
 District rmcdowell@bodmanlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Randall A. Brater    on behalf of Interested Party   Ambac Assurance Corporation
               randall.brater@arentfox.com
              Randall A. Pentiuk    on behalf of Interested Party   Lasalle Town Houses Cooperative Association
               RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Interested Party   Joliet Town Houses Cooperative Association
               RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Interested Party   Lafayette Town Houses, Inc.
               RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com,
               Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Interested Party   St. James Cooperative RPentiuk@PCK-Law.Com,
               Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Interested Party   Nicolet Town Houses Cooperative Association
               RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
              Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
              Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
              Richard  Levin    on behalf of Interested Party   Detroit Institute of Arts rlevin@cravath.com,
               mao@cravath.com
              Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
              Richard G. Mack, Jr.    on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
               richardmack@millercohen.com, mcoil@millercohen.com
              Richard G. Mack, Jr.    on behalf of Creditor   Coalition of Detroit Unions
               richardmack@millercohen.com, mcoil@millercohen.com
              Richard G. Mack, Jr.    on behalf of Creditor   Michigan Council 25 of the American Federation of
               State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
              Richard G. Mack, Jr.    on behalf of Creditor   Michigan Council 25 of the American Federation of
               State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
               mcoil@millercohen.com
              Richardo I. Kilpatrick    on behalf of Interested Party   City of Detroit Water and Sewerage
               Department ecf@kaalaw.com, wjackson@KAALaw.com
              Robert  Darnell    on behalf of Interested Party   United States Nuclear Regulatory Commission
               robert.darnell@usdoj.gov
              Robert  Fetter    on behalf of Interested Party   Local 3308 of the American Federation of State,
               County and Municipal Employees rfetter@millercohen.com,
               richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
               com
              Robert  Fetter    on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
               rfetter@millercohen.com,
               richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
               com
              Robert  Fetter    on behalf of Interested Party   Local 917 of the American Federation of State,
               County and Municipal Employees rfetter@millercohen.com,
               richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
               com
              Robert A. Weisberg    on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM,
               rweisberg@carsonfischer.com;njudge@carsonfischer.com
              Robert D. Gordon    on behalf of Creditor   Police and Fire Retirement System of the City of
               Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
              Robert D. Gordon    on behalf of Creditor   General Retirement System of the City of Detroit
               rgordon@clarkhill.com, lbellguzzo@clarkhill.com
              Robert J. Diehl, Jr.    on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
              Robert M. Fishman    rfishman@shawfishman.com
              Robert N. Bassel    on behalf of Interested Party   Lasalle Town Houses Cooperative Association
               bbassel@gmail.com, robertbassel@hotmail.com
              Robert N. Bassel    on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com,
               robertbassel@hotmail.com
              Robert N. Bassel    on behalf of Interested Party   Joliet Town Houses Cooperative Association
               bbassel@gmail.com, robertbassel@hotmail.com
              Robert N. Bassel    on behalf of Interested Party   St. James Cooperative bbassel@gmail.com,
               robertbassel@hotmail.com
              Robert N. Bassel    on behalf of Interested Party   Nicolet Town Houses Cooperative Association
               bbassel@gmail.com, robertbassel@hotmail.com
              Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
               kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com,
               kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
               kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com,
               kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Debtor In Possession   City of Detroit, Michigan
               hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Interested Party   Pepper Hamilton LLP
               hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
               kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
               kuschj@pepperlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

        Robert S. Hertzberg   on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

        Ronald A. Spinner   on behalf of Defendant   City of Detroit, Michigan spinner@millercanfield.com

        Ronald A. Spinner   on behalf of Debtor In Possession   City of Detroit, Michigan spinner@millercanfield.com

        Rozanne M. Giunta   on behalf of Interested Party   State of Michigan rmgiunta@lambertleser.com, amckeoun@lambertleser.com

        Ryan Cochran   on behalf of Creditor   U.S. Bank National Association ryan.cochran@wallerlaw.com

        Ryan Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

        Ryan Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

        Ryan Plecha   on behalf of Interested Party   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

        Ryan Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

        Ryan Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

        Ryan Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

        Ryan Plecha   on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

        Ryan Plecha   on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

        Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

        Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

        Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

        Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

        Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd. ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

        Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com

        Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com, sbloomfield@chadbourne.com;lschapira@chadbourne.com

        Samuel S. Kohn   on behalf of Plaintiff   Assured Guaranty Municipal Corp. skohn@chadbourne.com, sbloomfield@chadbourne.com;lschapira@chadbourne.com

        Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company soconnor@glmpc.com

        Sara Klettke MacWilliams   on behalf of Creditor   Oakland County, Michigan macwilliams@youngpc.com, efiling@youngpc.com

        Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;mjosic@wolfsonbolton.com

        Scott B. Kitei   on behalf of Interested Party   Detroit Institute of Arts skitei@honigman.com

        Scott M. Watson   on behalf of Creditor   UBS AG swatson@wnj.com

        Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov

        Shanna Marie Kaminski   on behalf of Interested Party   City of Detroit Water and Sewerage Department ecf@kaalaw.com, skaminski@kaalaw.com

        Shanna Marie Kaminski   on behalf of Defendant   Detroit Water and Sewerage Department ecf@kaalaw.com, skaminski@kaalaw.com

        Shannon L. Deeby   on behalf of Interested Party   General Retirement System of the City of Detroit sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Interested Party   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit sdeeby@clarkhill.com

        Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com

Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com

Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net

Sherrie L. Farrell   on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

Sheryl L. Toby   on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com

Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com

Stanley L. de Jongh   on behalf of Interested Party   City of Detroit Law Department jongsl@detroitmi.gov

Stephen Wolpert   on behalf of Creditor   Macomb County stephen.wolpert@dechert.com

Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com, kfrantz@wnj.com

Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com

Stephen B. Grow   on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com

Stephen B. Grow   on behalf of Defendant   UBS AG sgrow@wnj.com, kfrantz@wnj.com

Stephen C. Hackney   on behalf of Defendant   Syncora Guarantee, Inc. stephen.hackney@kirkland.com

Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com

Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

Stephen S. LaPlante   on behalf of Plaintiff   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

Stephen S. LaPlante   on behalf of Defendant   Detroit City Council laplante@millercanfield.com, skoczylas@millercanfield.com

Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov

Steven G. Howell   on behalf of Interested Party   State of Michigan showell@dickinsonwright.com

Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney General showell@dickinsonwright.com

Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com

Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com

Tamar Dolcourt   on behalf of Debtor In Possession   City of Detroit, Michigan tdolcourt@foley.com

Thomas P. Christy   on behalf of Creditor   Berkshire Hathaway Assurance Corporation tchristy@garanlucow.com

Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Creditor Donald  Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com

Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com

Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com

Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan fusco@millercanfield.com

Timothy A. Fusco   on behalf of Defendant   City of Detroit, Michigan fusco@millercanfield.com

Timothy R. Graves   on behalf of Interested Party   Bronze Gable, L.L.C. tgraves@allardfishpc.com, allardfishpc@yahoo.com

Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Timothy R. Graves   on behalf of Interested Party   Aurelius Capital Management, LP
         tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves   on behalf of Interested Party   Stone Lion Capital Partners L.P.
         tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
         allardfishpc@yahoo.com
        Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
         allardfishpc@yahoo.com
        Timothy R. Graves   on behalf of Interested Party   Panning Capital Management, LP
         tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP
         tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
         allardfishpc@yahoo.com
        Trevor J. Zamborsky   on behalf of Creditor Orlando Marion tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Teran Brown tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Samiya Speed tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Melvin Miller tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Ezekiel Davis tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Wendy Jefferson tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Doug Taylor tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Rodney Heard tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Angela Davis tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Yvette Spencer tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Eddie Moore tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Otis Evans tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor John Collins tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Gary Musser tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Marily Cloyd tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Phyllis Tharpe tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Jeffrey Peterson tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com
        Trevor J. Zamborsky   on behalf of Creditor Donna Weatherspoon tzamborsky@romanolawpllc.com,
         trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Trevor J. Zamborsky    on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor David  Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
           vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
          William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
           Authority wlistman@davislistman.com
          William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
          William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
          William W. Kannel    on behalf of Creditor    Fidelity Management & Research Company
           wkannel@mintz.com
          Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com,
           amckeoun@lambertleser.com
          Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 696
```