UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

In re CITY OF DETROIT, Michigan,
DEBTOR.
_____/

CHAPTER 9
CASE NO.:13-53846
HON. Thomas J. Tucker

## ORDER ALLOWING PETITIONER, ATTORNEY IN NON-BANKRUPTCY LEGAL MATTER TO FILE PAPER

This matter having come on pursuant to an ex parte Motion by Ronald A. Steinberg, attorney in a non-bankruptcy legal matter, seeking an order to allow him to file paper.

IT IS HEREBY ORDERED that Petitioner, Ronald A. Steinberg, may file by paper: Motion to File Paper and Motion to Exclude Claim By Citizens Against Detroit Police Officer for Intentional Act/Civil Rights Violation from Detroit's Bankruptcy and to Allow the Case to Proceed in the Wayne County (Michigan) Circuit Court.

Dated: 5-26-15

Judge
Thomas J. Tucker
U.S. Bankruptcy Judge