UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re  
City of Detroit, Michigan  

        Debtor

Chapter 9  
Case No. 13-53846  
Hon.: Thomas J. Tucker

_____/

## JOINT EMERGENCY MOTION TO PARTICIPATE BY TELEPHONE IN HEARING SCHEDULED FOR MAY 27, 2015 AT 1:30 p.m.

NOW COMES Creditors Dennis Taubitz and Irma Industrious for their Joint Emergency Motion to Participate state as follows:

1. Creditors Dennis Taubitz and Irma Industrious filed a Response to Petitioner's Motion to Eliminate their timely filed administrative priority claims.

2. Creditors Dennis Taubitz and Irma Industrious are currently out of state.

3. Creditors attempted to contact Counsel for the Debtor John Simon on May 22, 2015 in order to have their attendance excused by mutual agreement, or in the alternative, participate by telephone, but he failed to return the call.

4. On May 26, 2015, an individual claiming to be with Simon's office returned the call and said to contact the U.S. Bankruptcy Court and to call her back.

5. Despite two (2) telephone calls to the U.S. Bankruptcy Court, and a voicemail being left with the Court, the Creditors received no response back from the Court.

6. Creditors ask that they be allowed to participate by telephone in the hearing scheduled for May 27, 2015 at 1:30 p.m.

1

WHEREFORE, based on the foregoing, these Creditors respectfully pray that this Honorable Court grant their Joint Emergency Motion to Participate in the hearing scheduled for May 27, 2015 at 1:30 p.m. the reasons previously stated.

Respectfully submitted,

/s/ Dennis Taubitz
/s/ Irma Industrious

Dennis Taubitz
Irma Industrious
In Pro Per
Debtors
6002 Diamond Ruby – Suite 3
PMB 255
Christiansted, St. Croix, V.I. 00820
(313) 271-9842/ (340) 332-0006
iindustrious@yahoo.com

Dated: May 26, 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
City of Detroit, Michigan

      Debtor
_____/

Chapter 9
Case No. 13-53846
Hon.: Thomas J. Tucker

## BRIEF IN SUPPORT

NOW COMES Creditors Dennis Taubitz and Irma Industrious for their Brief in Support of their Joint Emergency Motion to Participate state as follows:

Creditors are currently out of state. Creditors seek to be allowed to participate by telephone in the hearing on their administrative priority claim being disallowed by the Debtor.

Creditor's pursuant to Paragraph 3 of the Debtor's Motion to Object to Certain Claims, attempted to contact the Counsel for the Debtor to be excused from attendance "by mutual agreement" with "the objector's attorney." Creditors Dennis Taubitz and Irma Industrious were informed by someone from the Debtor's Counsel's office to contact the U.S. Bankruptcy Court.

Creditors contacted the U.S. Bankruptcy Court and spoke to the Court's Clerk who transferred the telephone call to another clerk, who transferred the telephone call to a telephone extension that has failed to respond to the Creditors' voicemail message.

Creditors seek to be allowed to participate in the hearing by telephone in order to fulfill the due process requirement. Creditors Dennis Taubitz and Irma Industrious should be allowed to participate by telephone as they desire to participate in a fair hearing.

WHEREFORE, based on the foregoing, these Creditors respectfully pray that this Honorable Court grant their Joint Motion to Participate in the hearing scheduled for May 27, 2015 at 1:30 p.m. the reasons previously stated.

> Respectfully submitted,
>
> /s/ Dennis Taubitz
> /s/ Irma Industrious
>
> Dennis Taubitz
> Irma Industrious
> In Pro Per
> Debtors
> 6002 Diamond Ruby – Suite 3
> PMB 255
> Christiansted, St. Croix, V.I. 00820
> (313) 271-9842/ (340) 332-0006
> iindustrious@yahoo.com

Dated: May 26, 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
City of Detroit, Michigan

        Debtor

_____/

Chapter 9
Case No. 13-53846
Hon.: Thomas J. Tucker

### ORDER GRANTING CREDITORS DENNIS TAUBITZ AND IRMA INDUSTRIOUS MOTION TO PARTICIPATE BY TELEPHONE IN HEARING SCHEDULED FOR MAY 27, 2015 AT 1:30 p.m.

It is **ORDERED AND ADJUDGED**, that Creditors Dennis Taubitz and Irma Industrious Motion to Participate By Telephone in Hearing Scheduled for May 27, 2015 at 1:30 p.m. is hereby **GRANTED.**

 

_____
BANKRUPTCY JUDGE
Thomas J. Tucker

5

13-53846-tjt    Doc 9883    Filed 05/26/15    Entered 05/26/15 23:57:52    Page 5 of 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re  
City of Detroit,  
      Debtor  
_____/

Chapter 9  
Case No. 13-53846  
Hon.: Steven W. Rhodes

**NOTICE OF JOINT EMERGENCY MOTION TO PARTICIPATE BY TELEPHONE IN HEARING SCHEDULED FOR MAY 27, 2015 AT 1:30 p.m.**

<u>Creditors Dennis Taubitz and Irma Industrious</u> have filed papers with the court a Joint Emergency Motion to Participate by Telephone in Hearing Scheduled for May 27, 2015 at 1:30 p.m.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Joint Emergency Motion to Participate by Telephone in Hearing Scheduled for May 27, 2015 at 1:30 p.m., or if you want the court to consider your views on the Joint Emergency Motion to Participate by Telephone in Hearing Scheduled for May 27, 2015 at 1:30 p.m. then within 14 days you or your attorney must:

File with the court a written response, or answer explaining your position at:

    Attn: Bankruptcy Court Clerk  
    United States Bankruptcy Court  
    Eastern District of Michigan  
    211 West Fort Street  
    Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

    Dennis Taubitz  
    6002 Diamond Ruby  
    Suite 3, PMB 255  
    Christiansted, St. Croix, V.I. 00820

1

Irma Industrious
6002 Diamond Ruby
Suite 3, PMB 255
Christiansted, St. Croix, V.I. 00820

John A. Simon
Tamar N. Dolcourt
Leah R. Imbrogno
Foley and Lardner, LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226

Attend the hearing scheduled to be held on the date and time and Courtroom set by this court, United States Bankruptcy Court, Eastern District of Michigan, 211 West Fort Street, Detroit, MI 48226.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: May 26, 2015    Signature(s): /s/ Dennis Taubitz
                                        /s/ Irma Industrious

                                 Name(s): Dennis Taubitz
                                          Irma Industrious

                                 Address: 6002 Diamond Ruby, Suite 3, PMB 255
                                          Christiansted, St. Croix, V.I. 00820

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

City of Detroit Mich **Debtor.**

CASE NO: 13 53846
CHAPTER: 9
JUDGE: Thomas J. Tucker

## PROOF OF SERVICE

I hereby certify that on MAY 26, 2015 (date of mailing), I served copies as follows:

1. Document(s) served: Joint Emergency Motion to Participate By Telephone in Hearing Scheduled for MAY 27 2015 at 1:30 PM

2. Served upon [name and address of each person served]:

   John A Simon
   Tamar N Dolcourt
   Leah R Imbrogno
   Foley and Lardner LLP
   500 Woodward Ave. Ste 2700
   Detroit, MI 48226

3. By First Class Mail.

Dated: MAY 26, 2015

(Signature of ~~Debtor~~) Creditor
Print Name: Dennis Taubitz

(Signature of ~~Co-Debtor~~) Creditor
Print Name: Irma Industrious