UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------- x
In re                                                      :   Chapter 9
                                                           :
                                                           :   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                                 :
                                                           :   Hon. Thomas J. Tucker
                    Debtor                                 :
---------------------------------------------------------- x

**CERTIFICATE OF NO RESPONSE TO DEBTOR'S FIFTEENTH OMNIBUS
OBJECTION TO CERTAIN CLAIMS
(NO BASIS CLAIMS)**

(Docket No. 9739)

The undersigned certifies that on April 23, 2015, she caused the Debtor's Fifteenth Omnibus Objection to Certain Claims (No Basis Claims) [Docket No. 9739] (the "Objection") and a Notice of the Objection (the "Notice") [Docket No. 9739], to be filed with the Court and served upon every claimant listed on Exhibit 2 of the Objection via First Class Mail at the addresses listed therein (the "Claimants"). *See* Certificates of Service [Docket Nos. 9746] attached hereto as **Exhibit B.**

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") and the Notice, the Claimants were required to file responses to the relief requested in the Objection, if any, on or before May 20, 2015.

The Debtor received formal responses to the Objection from Pamela Booker regarding Claim No. 2177 [not docketed] and Mario Ross regarding Claim No. 3087 [Docket No. 9866]. The Debtor also received a late filed response by Constance Phillips regarding Claim No. 3471 [Docket No. 9860]. Ms. Phillips' Claim No. 3471 was not included on the Fifteenth Omnibus

4818-9777-1812.1

Objection. The Debtor also received an informal response from Thomas Nunley regarding Claim No. 2780.

The Debtor subsequently filed a Reply to the responses from Pamela Booker [Docket No. 9865] and Mario Ross [Docket No. 9866]. Further, the Debtor filed a Stipulation to Adjourn the Hearing and Extend the Deadline to Respond on Mr. Nunley's response regarding Claim No. 2780 to July 10, 2015 for a deadline to respond and July 22, 2015 to attend the hearing [Docket No. 9852]. The Court entered the Order Approving to Extend the Respond Deadline and Adjourn the Hearing on Mr. Nunley's claim [Docket No. 9854]. No other responses to the Objection were filed and served.

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order in the form attached hereto as **Exhibit A**, granting the Objection as to the claims for which no responses were received.

Dated: May 27, 2015
Detroit, Michigan

FOLEY & LARDNER LLP

/s/ _Tamar N. Dolcourt_____
John A. Simon (P61866)
Jeffrey S. Kopp (P59485)
Tamar N. Dolcourt (P73425)
Leah R. Imbrogno (P79384)
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
(313) 234-7100 (Telephone)
(313) 234-2800 (Facsimile)

*Counsel for the Debtor, City of Detroit Michigan*