UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
In re                                                   :  Chapter 9
                                                        :
                                                        :  Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :
                                                        :  Hon. Thomas J. Tucker
                    Debtor                              :
------------------------------------------------------- x

**CERTIFICATE OF NO RESPONSE TO DEBTOR'S SIXTEENTH OMNIBUS
OBJECTION TO CERTAIN CLAIMS
(BOOKS AND RECORDS CLAIMS)**

(Docket No. 9740)

The undersigned certifies that on April 23, 2015, she caused the Debtor's Sixteenth Omnibus Objection to Certain Claims (Books and Records Claims) [Docket No. 9740] (the "Objection") and a Notice of the Objection (the "Notice") [Docket No. 9740], to be filed with the Court and served upon every claimant listed on Exhibit 2 of the Objection via First Class Mail at the addresses listed therein (the "Claimants"). *See* Certificates of Service [Docket Nos. 9746] attached hereto as **Exhibit B.**

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") and the Notice, the Claimants were required to file responses to the relief requested in the Objection, if any, on or before May 20, 2015.

The Debtor received a formal response by Constance Phillips regarding Claim No. 3471 [Docket No. 9861]. Ms. Phillips' Claim No. 3471 was not included on the Sixteenth Omnibus Objection. No other responses to the Objection were filed and served.

4814-6300-5988.1

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order in the form attached hereto as **Exhibit A**, granting the Objection as to the claims for which no responses were received.

Dated: May 27, 2015
Detroit, Michigan

FOLEY & LARDNER LLP

/s/ *Tamar N. Dolcourt*
John A. Simon (P61866)
Jeffrey S. Kopp (P59485)
Tamar N. Dolcourt (P73425)
Leah R. Imbrogno (P79384)
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
(313) 234-7100 (Telephone)
(313) 234-2800 (Facsimile)

*Counsel for the Debtor, City of Detroit Michigan*

2

4814-6300-5988.1

13-53846-tjt    Doc 9886    Filed 05/27/15    Entered 05/27/15 10:23:07    Page 2 of 2