## EXHIBIT A

**Proposed Order**

4814-6300-5988.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
-------------------------------------------------------------- x
                                              :        Chapter 9
                                              :
In re                                         :
                                              :        Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                    :
                                              :        Hon. Thomas J. Tucker
                              Debtor          :
-------------------------------------------------------------- X
```

## ORDER GRANTING DEBTOR'S
## SIXTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS
### (Books and Records Claims)

Upon the sixteenth omnibus objection to claims, dated April 23, 2015 (the "Objection"),[1]

of the Debtor, the City of Detroit, Michigan (the "City"), seeking entry of an order disallowing

or modifying certain books and records claims as described in the Objection, and it appearing

that this Court has jurisdiction over the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and

the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the

Court having found that venue of this proceeding and the Objection in this District is proper

pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the

Objection is in the best interests of the City, and its creditors; and due and proper notice of the

Objection having been given as provided in the Objection; and it appearing that no other or

further notice of the Objection need be given; and no response to the Objection having been

filed, other than as stated herein; and the Court finding that the legal and factual bases set forth in

the Objection establish just cause for the relief granted; and after due deliberation and good and

sufficient cause appearing therefore; it is hereby

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

4814-6300-5988.1

IT IS ORDERED that:

1.    The Objection is granted as set forth herein.

2.    All of the proofs of claim listed in the "Books and Records Claims" column in Exhibit 2 annexed to the Objection (the "Books and Records Claims") are hereby disallowed or modified as further set forth in that Exhibit 2, pursuant to Section 502(b) of the Bankruptcy Code.  No response was filed as to any claim in Exhibit 2.

3.    The City's claims agent is hereby authorized to update the claims register to reflect the relief granted in this Order.

4.    The City's rights and arguments in respect of any claims sought to be disallowed in the Objection that are not disallowed by this Order, are unaffected and preserved, and this Order has no res judicata, estoppel or other effect in respect of such remaining claims.

5.    The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6.    Each claim and the objections by the City to each claim as addressed in the Objection and set forth in Exhibit 2 of the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each claim.  Any stay of this Order shall apply only to the contested matter that involves such creditor and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby, and further provided that the City shall have the right to submit a separate order with respect to contested matters or claims.

7.    Notice of the Objection as provided therein is good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a) and the local rules of the Court are satisfied by such notice.

4814-6300-5988.1