UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
In re                                                   :  Chapter 9
                                                        :
                                                        :  Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :
                                                        :  Hon. Thomas J. Tucker
                    Debtor                              :
------------------------------------------------------- x

**CERTIFICATE OF NO RESPONSE TO DEBTOR'S SEVENTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (INCORRECTLY CLASSIFIED CLAIMS)**

(Docket No. 9741)

The undersigned certifies that on April 23, 2015, she caused the Debtor's Seventeenth Omnibus Objection to Certain Claims (Incorrectly Classified Claims) [Docket No. 9741] (the "Objection") and a Notice of the Objection (the "Notice") [Docket No. 9741], to be filed with the Court and served upon every claimant listed on Exhibit 2 of the Objection via First Class Mail at the addresses listed therein (the "Claimants"). *See* Certificates of Service [Docket Nos. 9746] attached hereto as **Exhibit B.**

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") and the Notice, the Claimants were required to file responses to the relief requested in the Objection, if any, on or before May 20, 2015.

The Debtor received formal responses to the Objection from Laurence Woody White regarding Claim No. 2252 [Docket No. 9857], Dennis Taubitz and Irma Industrious regarding Claim Nos. 2729 and 2404, respectively [Docket No. 9853], Gretchen R. Smith regarding Claim No. 2730 [Docket No. 9856], and a motion for extension of time from Debra Guilbeaux regarding Claim No. 2357 [Docket No. 9877]. The motion for extension of time was later

4848-6937-0660.1

denied by the Court [Docket No. 9880]. The Debtor also received a late filed response by Constance Phillips regarding Claim No. 3471 [Docket No. 9862]. Ms. Phillips' Claim No. 3471 was not included on Exhibit 2 of the Seventeenth Omnibus Objection.

The Debtor subsequently filed a Reply to the responses from Laurence Woody White [Docket No. 9867], Gretchen R. Smith [Docket No. 9868], and Dennis Taubitz and Irma Industrious [Docket No. 9869]. No other responses regarding the claims in the Objection were filed and served.

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order in the form attached hereto as **Exhibit A**, granting the Objection as to the claims for which no responses were received.

| | |
|---|---|
| Dated: May 27, 2015<br>Detroit, Michigan | FOLEY & LARDNER LLP<br><br>/s/ *Tamar N. Dolcourt*<br>John A. Simon (P61866)<br>Jeffrey S. Kopp (P59485)<br>Tamar N. Dolcourt (P73425)<br>Leah R. Imbrogno (P79384)<br>One Detroit Center<br>500 Woodward Ave., Suite 2700<br>Detroit, MI 48226-3489<br>(313) 234-7100 (Telephone)<br>(313) 234-2800 (Facsimile)<br><br>*Counsel for the Debtor, City of Detroit Michigan* |