UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: )
 ) Chapter 9
 )
CITY OF DETROIT, ) Case No. 13-53846
 )
 Debtor. ) Hon. Thomas J. Tucker
 )
Mr. Bruce Bennett, Heather Lennox, )
and Jones Day Law Firm )
555 S. Flower St. )
50th Floor )
Los Angeles, CA 90071 )
 )
Mr. Marc N. Swanson )
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. )
150 W. Jefferson, Ste. 2500 )
Detroit, MI 48226 )
Telephone: (313) 496-7591 )
Facsimile: (313) 496-8451 )
swansonm@millercanfield.com )
 )
_____)

## CORRECTED NOTICE OF SHERELL STANLEY'S MOTION FOR THE EXTENSION OF TIME/LATE-FILING OF HER APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM IN RESPONSE TO THE CITY OF DETROIT'S OBJECTION AND OPPORTUNITY TO OBJECT

**PLEASE TAKE NOTICE** that Sherell Stanley has filed papers with the Court for the extension of time/late-filing of her Application for Administrative Expense Claim from January 26, 2015, to February 6, 2015. Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to grant Sherell Stanley's Motion, or if you want the court to consider your views on the Motion, within 14 Days, you or your attorney must:

1. File a written response or answer, explaining your position at:

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**
211 W. Fort St., 17th Floor, Detroit, Michigan 48226

If you mail your response to the Court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically. You must also mail a copy to:

Sherell Stanley
Post Office Box 321032
Detroit, MI 48232
(313) 570-2012

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a Notice of the date, time, and location of the hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

DATED: May 27, 2015

SHERELL STANLEY
Post Office Box 321032
Detroit, MI 48232
(313) 570-2012
s.s.stanley@comcast.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: )
) Chapter 9
)
CITY OF DETROIT, ) Case No. 13-53846
)
Debtor. ) Hon. Thomas J. Tucker
)
_____)

# [PROPOSED] ORDER GRANTING SHERELL STANLEY'S MOTION FOR THE EXTENSION OF TIME/LATE-FILING OF HER APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

At a session of said Court,
Held in the City of Detroit, County of Wayne,
And State of Michigan, on:

____/____/____

Present: Honorable Thomas J. Tucker

**THIS MATTER**, having come before the Court on SHERELL STANLEY'S MOTION FOR THE EXTENSION OF TIME/LATE-FILING OF HER APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM, the Court, having considered Sherell Stanley's Motion, held a hearing thereon and being fully advised in the premises did GRANT said Motion;

**THEREFORE, IT IS HEREBY ORDERED** that:

1. Debtor, City of Detroit, was placed on notice of Sherell Stanley's Claim on at least two (2) occasions prior to the original deadline of January 26, 2015; hence, the Debtor's Objection to the timeliness of Sherell Stanley's Application for Administrative Expense Claim is DENIED.

2. Sherell Stanley's Motion for the Extension of Time/Late-Filing of her Application for Administrative Expense Claim is GRANTED;

3. Creditor, Sherell Stanley, is granted an extension to timely file her Administrative Expense Claim to February 6, 2015, due to Excusable Neglect;

**IT IS SO ORDERED.**

---------------------------------------
JUDGE


---------------------------------------
Debtor's Attorney (Please Print and Sign Above)


---------------------------------------
Creditor (Please Print and Sign Above)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: )
) Chapter 9
)
CITY OF DETROIT, ) Case No. 13-53846
)
Debtor. ) Hon. Thomas J. Tucker
)
)

## PROOF OF SERVICE

I certify that on May 21, 2015, I served copies as follows:

1. Document served:

Sherell Stanley's Motion for the Extension of Time/Late-Filing of her Application for Administrative Expense Claim in Response to the City of Detroit's Objection and Request for Oral Argument.

I further certify that on May 27, 2015, I served the following as permitted by the Court:

Corrected Notice of Sherell Stanley's Motion for the Extension of Time/Late-Filing of her Application for Administrative Expense Claim in Response to the City of Detroit's Objection and Opportunity to Object

[PROPOSED] Order Granting Sherell Stanley's Motion for the Extension of Time/Late-Filing of Her Application for Administrative Claim

2. Served upon:

Mr. Bruce Bennett, Heather Lennox, and Jones Day Law Firm
555 S. Flower St.
50th Floor
Los Angeles, CA 90071

Mr. Marc N. Swanson
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 W. Jefferson, Ste. 2500
Detroit, MI 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

3. By Certified First Class Mail.

Dated: 05/27/2015        SHERELL STANLEY
                         Print Name and Sign Above