May 17, 2015

Pamela Booker
16227 Wildemere St.
Detroit, MI. 48221

Clerk of the Court
United States Bankruptcy Court
211 W. Fort St., Ste. 2100
Detroit, MI. 48226

Re: Response to objection letter dated 4/23/15 for City of Detroit Chapter 9, Case No. 13-53846; claim No. 2177.

Hon. Thomas J. Tucker:

The basis of my claim: The City of Detroit owns the property at 15737 Lamphere Det., MI. 48223, because it was forfeited to the city for delinquent taxes. Therefore, the city is responsible for the tree removal and damages to my property at 15741 Lamphere Det., MI. 48223 when a tree from the city owned property fell onto my house on 4/18/13.

On 4/25/13, according to a forestry employee, 15737 Lamphere was slated for development and I was given a work order No. 13-00014943 for the tree removal. On 5/28/13, I received a call from Diane Mandalasha, who stated, she was senior forestry and the city would not remove the tree. This claim is classified general unsecured. The cost of the tree removal and estimates for the roof, gutters and chimney repair is five thousand, four hundred fifty dollars ($5,450.00). The other documents I submitted were to support and or verify the citys' ownership.

Thank You.

*Pamela Booker*
Pamela Booker

In its List of Claims, the City listed your claim as a contingent, unliquidated, and disputed unsecured claim in an unknown amount. To determine if you need to file a claim, please refer to the enclosed Information About Deadlines to File Claims.

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | **FILED** PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 | FEB 20 2014 |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Property Owner

Name and address where notices should be sent: NameID: 11566220
Property Owner
15741 Lamphere
Detroit, MI 48223

Telephone number:     email:

US Bankruptcy Court
MI Eastern District

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):
Pamela Booker
16227 Wildemere Det., MI. 48221
Telephone number: 313-748-2877  email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $ 5,450.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Property Damage from Fallen Tree
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** 4943

3a. Debtor may have scheduled account as: _____
(See instruction #3a)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $ _____
Annual Interest Rate (when case was filed) _____ % ☐ Fixed  or  ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ _____

Basis for perfection: _____

Amount of Secured Claim: $ _____
Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).  $ _____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____ .  $ _____

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (*See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Pamela Booker
Title: Owner
Company:
Address and telephone number (if different from notice address above):
16227 Wildemere
Detroit MI. 48221

(Signature) Pamela Booker    (Date) 2/19/2014

Telephone number: 313-748-2877  email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.












Pamela Booker    313·748·2877    12/1/13
16227 Wildemere
Detroit MI. 48221    15741 Lamphere
                    Det. MI. 48223

Remove tree branches from Roof and tarp holes

We Propose
Six Hundred Fifty & ~~Cents~~    650.00

Acceptance of Proposal

  

## Gutters • All Types Of Repairs
## Roofing Etc.

**Kinnard Hockenhull**        Pager – (313) 332-5016

Date: 2/17/14

Customer's Name: Ms. Booker
Address: 15741 Lamphere
City, State, Zip Code: Detroit MI

*In consideration of the covenants and conditions hereinafter set forth, Customer and Contractor agree as follows:*

I. **SERVICES**
Contractor shall perform the following services for the Customer (the "Work").
- ☑ Strip Roof ( 12 Square Feet)
- ☑ 15 lb asphalt paper
- ☑ Ice & Water shield to code valleys & eaves
- ☑ Drip edge to code
- ☑ Roof venting to code
- ☑ 25-year supreme shingles
- ☐ New Decking
- ☑ Repair damaged wood
- ☑ Complete rubbish and debris removal
- ☐ Install new chimney and flute. Install new Gutters.
- ☐ _____

II. **PAYMENT**
Contractor will be paid for Work performed under this Agreement as follows:
Material & Labor      Total Payment $ 4,800
First Payment of                      $ _____
Final Payment of                      $ _____
Other: _____

III. **WARRANTIES**
Contractor warrants that:

(a) Contractors agreement to perform the Work pursuant to this agreement does not violate any agreement or obligation between contractor and third party; and

(b) The work as delivered to the Customer will not infringe any copyright, patent, trade secret, or other proprietary right held by any third party, and

(c) The services provided by Contractor shall be performed in a professional manner, and shall be of a high grade, nature, and quality. The services shall be performed in a timely manner and shall meet deadlines agreed between Contractor and the Customer.

**Customer:**                                       **Contractor:**
By: _____           By: *Kinnard Hockenhull* (Signature)
        (Signature)                                      (Signature)
Name: _____           Name: Kinnard Hockenhull
        (Print Name)                                      (Print)

*"A Reputation built by Word of Mouth!"*
*Since 1992*

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE, STATE OF MICHIGAN

In the Matter of the Petition by the  
Wayne County Treasurer for Foreclosure of  
Certain Lands for Unpaid Property Taxes

Hon. Virgil C. Smith, Jr.  
Circuit Court Case Number: 12-007968-CH

## NOTICE OF SHOW CAUSE HEARING, JUDICIAL FORECLOSURE HEARING AND REQUEST FOR PAYMENT

A petition has been filed in Wayne County Circuit Court by the Wayne County Treasurer regarding property that has been forfeited due to unpaid taxes, identified by property ID. 22116465-6   15737 LAMPHERE, DETROIT 48223

Legal Description:  
W LAMPHERE S 5 FT OF LOT 2 ALL OF LOT 3 AND N 10 FT LOT 4 ABERDEEN HEIGHTS SUB L49 P52 PLATS, W C R 22/481 35 X 130

You could lose your interest in the property if the court enters a judgment granting the petition.  
**If a judgment is entered, you have the right to redeem the property by paying the forfeited 2010 and all prior years' forfeited taxes, interest, penalties, and fees at any time prior to March 31, 2013.** Unless you pay the forfeited taxes, interest, penalties, and fees by March 31, 2013, by state law, you will lose your interest in the property and title will transfer to the Wayne County Treasurer.

Two hearings will take place before the judgment becomes final:
1. **SHOW CAUSE HEARING.** Scheduled for the Parcel ID Number shown above for 2/4/2013 at 9:00 AM at Cobo Center, 1 Washington Blvd, Detroit, MI 48226. The Show Cause Hearing allows you the opportunity to explain why title to the property should not transfer to the Wayne County Treasurer. You may appear at the Show Cause Hearing in person or through an agent.

2. **NOTICE OF JUDICIAL FORECLOSURE HEARING.** To be held on Thursday, February 21, 2013 commencing at 9:00 a.m. before Chief Judge Virgil C. Smith, Jr. in the Wayne County Circuit Court, 701 Coleman A. Young Municipal Center, 2 Woodward Ave., Detroit, Michigan 48226. **If you claim an interest in the property and want a hearing to contest the Petition, you must file a written objection by February 6, 2013 with Chief Judge Smith's Court Clerk, and provide the Wayne County Treasurer with a copy of the written objection either by regular mail or by hand delivery c/o Wayne County Corporation Counsel/Objections, 400 Monroe St., Suite 660 Detroit, Michigan, 48226.** The written objection must be filed and received by Corporation Counsel by February 6, 2013. If no objection is filed, you waive your right to a hearing and the Court may enter a Judgment of Foreclosure. If you have an interest in the referenced above, you could lose your interest as a result of the foreclosure proceeding.
You may dispute the validity or correctness of the forfeited delinquent taxes, interest, penalties, and fees for one or more of the following reasons:
   1. No law authorizes the tax.
   2. The person appointed to decide whether the tax shall be levied under a law of this state acted without jurisdiction, or did not impose the tax in question.
   3. The property was exempt from the tax in question, or was not legally levied.
   4. The tax has been paid within the time limited by law for payment or redemption.
   5. The tax was assessed fraudulently.
   6. The description of the property used in the assessment was so indefinite or erroneous that the forfeiture was void.

THE TOTAL AMOUNT TO REDEEM AS OF 10/1/2012 is $2,877.65 PAYABLE TO THE WAYNE COUNTY TREASURER.  
YOU MUST CONTACT THE WAYNE COUNTY TREASURER AT taxinfo@co.wayne.mi.us or (313) 224-5990 FOR THE CURRENT AMOUNT.

## IF NO OBJECTION IS FILED, THE COURT MAY ENTER A JUDGMENT OF FORECLOSURE.


*0122116465-6*

# SHOW CAUSE HEARING:        Monday, February 04, 2013 at    9:00 AM

*Wayne County Register of Deeds*

## Search Real Estate Index    Criteria:

Home | New Search | Refine Search | View Detail | Print Results | Print Detail        Next Item | Last Item  Page 1        More Pages | Final Page        Help

| # | Doc# | Date | Liber | Page | Type | Grantor/Grantee | Other Party |
|---|------|------|-------|------|------|-----------------|-------------|
| 1 | 2013232011 | 04/10/2013 | 50695 | 160 | CERTIFICATE OF FORFEITURE OF REAL PROPERTY | R ROBERTS EDWARD | E WAYNE COUNTY TREASURER  T |
|   | Mun Address: DETROIT | | Tax ID: 15737 LAMPHERE | | | Block: 22/116465-6  Lot From:  Lot To: 2  Lot Alpha: 4 | |
| 2 |  | 03/21/2013 | 50629 | 549 | CERTIFICATE OF FORFEITURE OF REAL PROPERTY | R ROBERTS EDWARD | E WAYNE COUNTY TREASURER  T |
|   | Mun Address: LINCOLN PARK | | Tax ID: 1770 HANOVER | | | Block: 45005030090000  Lot From:  Lot To: 90  Lot Alpha: 90 | |
| 3 |  | 04/11/2012 | 49751 | 916 | CERTIFICATE OF FORFEITURE OF REAL PROPERTY | R ROBERTS EDWARD | E WAYNE COUNTY TREASURER |
|   | Mun Address: LINCOLN PARK | | Tax ID: 1770 HANOVER | | | Block: 45005030090000  Lot From:  Lot To: 90  Lot Alpha: 90 | |
| 4 | 2012 | 04/10/2012 | 49742 | 467 | CERTIFICATE OF FORFEITURE OF REAL PROPERTY | R ROBERTS EDWARD | E WAYNE COUNTY TREASURER |
|   | Mun Address: DETROIT | | Tax ID: 15737 LAMPHERE | | | Block: 22/116465-6  Lot From:  Lot To: 2  Lot Alpha: 4 | |
| 5 |  | 04/14/2011 | 49143 | 896 | CERTIFICATE OF FORFEITURE OF REAL PROPERTY | R ROBERTS EDWARD | E WAYNE COUNTY TREASURER |
|   | Mun Address: LINCOLN PARK | | Tax ID: 1770 HANOVER | | | Block: 45005030090000  Lot From:  Lot To: 90  Lot Alpha: 90 | |
| 6 | 2007162097 | 04/19/2007 | 46216 | 889 | CERTIFICATE OF FORFEITURE OF REAL PROPERTY | R ROBERTS EDWARD | E WAYNE COUNTY TREASURER |
|   | Mun Address: DETROIT | | Tax ID: 15737 LAMPHERE | | | Block: 22/116465-6  Lot From:  Lot To: 2  Lot Alpha: 4 | |
| 7 |  | 05/09/2005 | 42646 | 846 | DISCHARGE | E ROBERTS EDWARD | R MORTGAGE ELECTRONIC REGISTRATION SY 3 |
|   | Mun Address: ROMULUS | | Tax ID: 15268 INKSTER | | | Township: 80141990016000  Range: 3  Section: 9  Quarter: 36 | |
| 8 |  | 04/13/2005 | 42457 | 1208 | MORTGAGE | R ROBERTS EDWARD | E MORTGAGE ELECTRONIC REGISTRATION SY NOM 3 |
|   | Mun Address: ROMULUS | | Tax ID: 15268 INSTER | | | Township: 80141990016000  Range: 3  Section: 9  Quarter: 36 | |
| 9 |  | 01/19/2005 | 41983 | 113 | ASSIGNMENT | R ROBERTS EDWARD | E FIRST TENNESSEE BANK NATIONAL ASSN |
|   | Mun Address: LIVONIA | | Tax ID: 18351 WHITBY | | | Block: 46033030097000  Lot From:  Lot To: 97  Lot Alpha: | |
| 10 |  | 09/08/2004 | 41318 | 368 | DISCHARGE | E ROBERTS EDWARD | R ARGENT MTG CO LLC 3 |
|    | Mun Address: ROMULUS | | Tax ID: 15268 INKSTER | | | Township: 80141990016000  Range: 3  Section: 9  Quarter: 36 | |
| 11 |  | 06/15/2004 | 40803 | 366 | MORTGAGE | R ROBERTS EDWARD | E MORTGAGE ELECTRONIC REGISTRATION SY NOM 3 |
|    | Mun Address: ROMULUS | | Tax ID: 15268 INKSTER | | | Township: 80141990016000  Range: 3  Section: 9  Quarter: 36 | |
| 12 |  | 01/27/2004 | 39785 | 633 | CERTIFICATE OF REDEMPTION | E ROBERTS EDWARD | R WAYNE COUNTY TREASURER |
|    | Mun Address: DETROIT | | Tax ID: 15737 LAMPHERE | | | Block: 22/116465-6  Lot From:  Lot To: 2  Lot Alpha: | |
| 13 |  | 07/30/2003 | 38771 | 60 | RELEASE | E ROBERTS EDWARD | R WELLS FARGO HOME MTG INC 3 |
|    | Mun Address: ROMULUS | | Tax ID: 15268 INKSTER | | | Township: 80141990016000  Range: 3  Section: 9  Quarter: 36 | |
| 14 |  | 06/23/2003 | 38544 | 1090 | MORTGAGE | R ROBERTS EDWARD | E ARGENT MTG CO LLC 3 |
|    | Mun Address: ROMULUS | | Tax ID: 15268 INSTER | | | Township: 80141990016000  Range: 3  Section: 9  Quarter: 36 | |
| 15 |  | 04/16/2003 | 37798 | 6767 | CERTIFICATE OF REDEMPTION | E ROBERTS EDWARD | R WAYNE COUNTY TREASURER |
|    | Mun Address: DETROIT | | Tax ID: 15737 LAMPHERE | | | Block: 22/116465-6  Lot From:  Lot To: 2  Lot Alpha: | |
| 16 | 203217517 | 04/15/2003 | 37900 | 2551 | CERTIFICATE OF FORFEITURE OF REAL PROPERTY | R ROBERTS EDWARD | E WAYNE COUNTY TREASURER |
|    | Mun Address: DETROIT | | Tax ID: 15737 LAMPHERE | | | Block: 22/116465-6  Lot From:  Lot To: 2  Lot Alpha: | |
| 17 |  | 11/18/2002 | 37248 | 57 | JUDGMENT | E ROBERTS EDWARD | R DETROIT PROPERTIES GROUP INC PLTF |
|    | Mun Address: DETROIT | | Tax ID: 12637 STEEL | | | Block:  Lot From:  Lot To: 88  Lot Alpha: | |
| 18 |  | 09/10/2002 | 36879 | 461 | QUIT CLAIM DEED | E ROBERTS EDWARD | R P G PROPERTIES INC |
|    | Mun Address: DETROIT | | Tax ID: 15737 LAMPHERE | | | Block: 22/116456-6  Lot From:  Lot To: 2  Lot Alpha: | |
| 19 |  | 09/10/2002 | 36879 | 460 | QUIT CLAIM DEED | R ROBERTS EDWARD | E BEAVERS WALTER |
|    | Mun Address: DETROIT | | Tax ID: 15737 LAMPHERE | | | Block: 22/116456-6  Lot From:  Lot To: 2  Lot Alpha: | |
| 20 |  | 04/15/2002 | 36057 | 116 | CERTIFICATE OF FORFEITURE OF REAL PROPERTY | R ROBERTS EDWARD | E WAYNE COUNTY TREASURER |
|    | Mun Address: DETROIT | | Tax ID: 15737 LAMPHERE | | | Block: 22/116465-6  Lot From:  Lot To: 2  Lot Alpha: | |
| 21 |  | 05/08/2001 | 33780 | 639 | DISCHARGE | E ROBERTS EDWARD | R WASHINGTON MUTUAL HOME LOANS INC 24 |
|    | Mun Address: NONE | | Tax ID: | | | Building:  Bldg Alpha: 24  Unit: | |

## Property & Tax Information

**Municipality**  
01 - DETROIT

**Parcel ID**  
22116465

**Property Type**  
REAL

**Property Address**  
AMPHERE, DETROIT 48223

**Taxpayer(s)**  
ROBERTS, EDWARD AVAILABLE FOR DEVELOPMENT

| Tax Year | Tax | Interest & Fees | Amt. Due | Status |
|---|---|---|---|---|
| 2010 | $1,956.45 | $1,163.62 | $3,120.07 | SUBJECT TO FORECLOSURE |
| 2011 | $1,768.76 | $684.72 | $2,453.48 | SUBJECT TO FORECLOSURE |
| 2012 | $1,629.54 | $114.07 | $1,743.61 | UNCONFIRMED |
| TOTALS | $5,354.75 | $1,962.41 | $7,317.16 | |

TOTAL TAX AMOUNT DUE  
if paid on or before 5/31/2013  
$7,317.16

2012 DATA HAS NOT BEEN CONFIRMED. YOU MUST COME INTO OUR OFFICE OR CALL 224-5990 TO GET THIS INFORMATION.

OR CLICK BELOW

## Property & Tax Information

**Municipality**      **Parcel ID**         **Property Type**
01 - DETROIT          22116465-6            REAL
**Property Address**
  15737 LAMPHERE, DETROIT 48223
**Taxpayer(s)**
DETROIT LAND BANK AUTHORITY
2014 DATA HAS NOT BEEN CONFIRMED YET. YOU MAY PAY THE AMOUNT SHOWN. ONCE COMFIRMED, YOU MAY STILL OWE ADDITIONAL TAXES OR YOU WILL BE REFUNDED FOR AN OVERPAYMENT.
ADDITIONAL TAXES OR ADJUSTMENTS MAY BE DUE FOR THE CURRENT YEAR
PROPERTY TAX INFORMATION IS VALID AS OF BUSINESS DAY 5/15/2015
PER OUR RECORDS THERE ARE NO OUTSTANDING DELINQUENT TAXES FOR THIS
PARCEL. CERTIFIED FUNDS REQUIRED FOR FORFEITURE YEARS.

[<< Go Back]   [<< New Search]   [Definitions]

Click Here to Receive a Receipt for Paid Taxes

## Property & Tax Information

| Municipality | Parcel ID | Property Type |
|---|---|---|
| 01 - DETROIT | 22116464. | REAL |

**Property Address**
15741 LAMPHERE, DETROIT 48223

**Taxpayer(s)**
BOOKER, PAMELA

2014 DATA HAS NOT BEEN CONFIRMED YET. YOU MAY PAY THE AMOUNT SHOWN. ONCE COMFIRMED, YOU MAY STILL OWE ADDITIONAL TAXES OR YOU WILL BE REFUNDED FOR AN OVERPAYMENT.
ADDITIONAL TAXES OR ADJUSTMENTS MAY BE DUE FOR THE CURRENT YEAR
PROPERTY TAX INFORMATION IS VALID AS OF BUSINESS DAY 5/15/2015.
PER OUR RECORDS THERE ARE NO OUTSTANDING DELINQUENT TAXES FOR THIS
PARCEL. CERTIFIED FUNDS REQUIRED FOR FORFEITURE YEARS

[<< Go Back]   [<< New Search]   [Definitions]

Click Here to Receive a Receipt for Paid Taxes