UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Case No. 13-53846

CITY OF DETROIT, MICHIGAN, Chapter 9

        Debtor. Judge Thomas J. Tucker
_____/

**ORDER SUSTAINING THE CITY OF DETROIT'S OBJECTION
TO CLAIM NUMBER 3087 FILED BY MARIO ROSS**

      This case came before the Court for a hearing on May 27, 2015, on the objection of the City of Detroit to Claim No. 3087 filed by Mario Ross (the "Claim Objection," part of the City's "Fifteenth Omnibus Objection to Certain Claims," Docket # 9739).  For the reasons stated by the Court on the record during the hearing,

      IT IS ORDERED that:

1.  The Claim Objection (Docket # 9739) is sustained as to the claim of Mario Ross.

2.  Claim No. 3087 of Mario Ross is disallowed in its entirety.

.

**Signed on May 28, 2015**

                                                                 /s/ Thomas J. Tucker
                                                                Thomas J. Tucker
                                                                United States Bankruptcy Judge