UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Case No. 13-53846

CITY OF DETROIT, MICHIGAN,	Chapter 9

        Debtor.	Judge Thomas J. Tucker
_____/

**ORDER REGARDING FURTHER PROCEEDINGS ON THE CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 2177 FILED BY PAMELA BOOKER**

This case came before the Court for a hearing on May 27, 2015, on the objection of the City of Detroit to Claim No. 2177 filed by Pamela Booker (the "Claim Objection," part of the City's "Fifteenth Omnibus Objection to Certain Claims," Docket # 9739). For the reasons stated by the Court on the record during the hearing,

    IT IS ORDERED that:

1. No later than June 3, 2015, the City of Detroit must file a brief in support of its contention that the statutory tort immunity for a "governmental function" under Mich.Comp.Laws § 691.1407(1) applies to the claim of Pamela Booker.

2. No later than June 17, 2015, Pamela Booker may file a response to the brief filed by the City of Detroit, regarding the "governmental function" issue referred to in paragraph 1 above.

3. The Court will hold a further hearing on the Claim Objection on **July 22, 2015 at 1:30 p.m.**
.

**Signed on May 28, 2015**

                                        /s/ Thomas J. Tucker
                                        Thomas J. Tucker
                                        United States Bankruptcy Judge