IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
------------------------------------------------------------ x
                                              :    Chapter 9
In re                                         :
                                              :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                    :
                                              :    Judge Thomas J. Tucker
                       Debtor                 :
------------------------------------------------------------ X
```

# ORDER SUSTAINING DEBTOR'S
# SEVENTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS
### (Incorrectly Classified Claims)

Upon the Seventeenth Omnibus Objection to Certain Claims, filed April 23, 2015 (Docket # 9741, the "<u>Objection</u>"),[1] of the Debtor, the City of Detroit, Michigan (the "<u>City</u>"), seeking entry of an order reclassifying certain incorrectly classified claims as described in the Objection, and it appearing that this Court has jurisdiction over the Objection under 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Objection in this District is proper under 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Objection is in the best interests of the City, and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and it appearing that no other or further notice of the Objection need be given; and no response to the Objection having been filed, other than as stated herein; and the Court finding that the legal and factual bases set forth in the Objection establish just cause for the relief granted; and after due deliberation and good and

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

sufficient cause appearing therefore; and for the reasons stated by the Court on the record during the hearing held on May 27, 2015,

IT IS ORDERED that:

1. The Objection is sustained as set forth in this Order.

2. All of the proofs of claim listed in the "Incorrectly Classified Claims" column in Exhibit 2 annexed to the Objection (the "Incorrectly Classified Claims") are reclassified as general unsecured claims or other such unsecured claims as provided for in the Plan, including the following claims for which a response to the Objection was filed: Claim Nos. 2729 (Dennis Taubitz), 2404 (Irma Industrious), and 2730 (Gretchen R. Smith). With respect to the claim filed by Laurence Woody White, Claim No. 2252, that claim is reclassified as a Class 11 claim under the Plan (GRS Pension Claim). No other responses were filed as to any claim in Exhibit 2.

3. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4. The City's rights and arguments in respect of any claims sought to be disallowed in the Objection that are not disallowed by this Order, are unaffected and preserved, and this Order has no res judicata, estoppel or other effect in respect of such remaining claims.

5. The City is authorized to take all actions necessary to effectuate the relief granted by this Order in accordance with the Objection.

6. Each claim and the objections by the City to each claim as addressed in the Objection and set forth in Exhibit 2 of the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim. Any stay of this Order shall apply only to the contested matter that involves such creditor and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby, and further provided that the City shall

have the right to submit a separate order with respect to contested matters or claims.

7. Notice of the Objection as provided therein is good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a) and the local rules of the Court are satisfied by such notice.

.

**Signed on May 29, 2015**

                                 /s/ Thomas J. Tucker
                                 Thomas J. Tucker
                                 United States Bankruptcy Judge