UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                 Case No. 13-53846

CITY OF DETROIT, MICHIGAN,               Chapter 9

            Debtor.                            Judge Thomas J. Tucker
_____/

**ORDER REGARDING FURTHER PROCEEDINGS ON THE CITY OF DETROIT'S
OBJECTIONS TO PROOF OF CLAIM NUMBER 2581 FILED BY THE COALITION
OF DETROIT UNIONS, AND TO THE PROOF OF CLAIM NUMBER 2958 FILED BY
MICHIGAN AFSCME COUNCIL 25 AND ITS AFFILIATED DETROIT LOCALS**

       This case came before the Court on May 27, 2015, for a further status conference on the City of Detroit's objection to Proof of Claim Number 2581 filed by the Coalition of Detroit Unions (the "Coalition") (Docket # 4874), and the City of Detroit's objection to Proof of Claim Number 2958 filed by Michigan AFSCME Council 25 and its Affiliated Detroit Locals ("AFSCME") (Docket # 4876) (collectively, the "Claim Objections"). For the reasons stated by the Court on the record during the status conference,

       IT IS ORDERED that:

1. Fed.R.Civ.P. 56 will apply to the summary judgment motions referred to in this Order, below.

2. No later than July 31, 2015, the City of Detroit must file separate motions for summary judgment, and supporting briefs not to exceed 15 pages each, supported by stipulation(s) and/or other documents permissible under Fed.R.Civ.P. 56(c), all of which also must be filed no later than July 31, 2015, regarding subclaims 3, 4, 5, 6, 8, 9, 11, and 19 (*see* the Joint Status Report filed May 20, 2015 (Docket # 9851) at ¶ 13).

3. No later than September 30, 2015, the Coalition and AFSCME must jointly file briefs in response to each of the City of Detroit's motions for summary judgment, with the briefs not to exceed 15 pages each, regarding the subclaims referred to in ¶ 3 of this Order, above. The Coalition and AFSCME also may jointly file one or more of their own cross-motions for summary judgment, in which case the briefs filed in response to the City's summary judgment motions will also serve as briefs in support of the cross-motions for summary judgment. (Additional supporting briefs are not permitted). Such response briefs and any such cross-motions filed by the Coalition and AFSCME must be supported by stipulation(s) and/or other documents permissible under Fed.R.Civ.P. 56(c), all of which must be filed no later than September 30, 2015.

4. No later than October 30, 2015, the City of Detroit may file a reply brief in support of each

of its summary judgment motions, which also must respond to any cross-motion(s) for summary judgment filed by the Coalition and AFSCME. Such reply briefs may not exceed 5 pages per brief.

5. No further briefs may be filed by any party relating to any motion or cross-motion for summary judgment.

6. No later than August 14, 2015, the Coalition and AFSCME must file any motion (or stipulation, if the City stipulates) for leave to conduct discovery regarding specified matters relating to the City's motions for summary judgment. Fed.R.Civ.P. 56(d) will apply to any such motion.

7. After reviewing the papers filed by the parties, the Court intends to hold a single, non-evidentiary hearing on all motions and cross-motions of the type referred to in this Order. The Court will schedule such hearing at a later date, and will do so by issuing a notice of hearing.

.

**Signed on May 29, 2015**

                                      /s/ Thomas J. Tucker
                                      Thomas J. Tucker
                                      United States Bankruptcy Judge