UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                   Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                               Chapter 9

        Debtor.                                  Judge Thomas J. Tucker
_____/

# ORDER REGARDING FURTHER PROCEEDINGS ON THE CITY OF DETROIT'S MOTION FOR CERTAIN RELIEF AGAINST THE DETROIT POLICE LIEUTENANTS AND SERGEANTS ASSOCIATION (DOCKET # 9523)

      This case came before the Court for a hearing on May 27, 2015, on the City of Detroit's motion entitled "City of Detroit's Motion for (I) Determination that the Detroit Police Lieutenants and Sergeants Association Has Violated the Terms of the City of Detroit's Confirmed Plan of Adjustment and the Order Confirming It; and (II) Order (A) Enjoining Further Violations and (B) Requiring Dismissal of State Actions" (Docket # 9523, the "Motion"). Confirming action taken during the hearing, and for the reasons stated by the Court on the record during the hearing,

      IT IS ORDERED that:

1. No later than June 10, 2015, the City of Detroit must make available to counsel for the Detroit Police Lieutenants and Sergeants Association (the "DPLSA"), for inspection and copying, all of the Certificates of Coverage for the City's Medical Plan that is the subject of the Motion.

2. No later than June 17, 2015, the DPLSA may file a supplement to its previously-filed response to the Motion (Docket # 9656), consisting of copies of any such Certificates of Coverage, and a list of citations by the DPLSA to specific provisions in such Certificates of Coverage that the DPLSA wants the Court to consider in ruling on the Motion. (This supplement is not to be a brief — rather, it may consist only a copy of, and a list of citations to, Certificates of Coverage).

3. No later than June 24, 2015, the City of Detroit may file a response to any supplement filed by the DPLSA under ¶ 2 of this Order. Such response may consist of copies of any Certificates of Coverage not filed by the DPLSA, and a list of citations by the City to any specific provisions in Certificates of Coverage that the City wants the Court to consider in ruling on the Motion. (This supplement is not to be a brief — rather, it may consist only a copy of, and list of citations to, Certificates of Coverage).

4. On June 25, 2015, the Court will deem the Motion to be taken under advisement. Thereafter, the Court expects to rule on the Motion by means of a written opinion (rather than a bench

opinion) and order.

**Signed on May 29, 2015**

.

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge