UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>                  Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

**STIPULATION FOR ENTRY OF AN ORDER RESOLVING APPLICATION OF PLUNKETT COONEY FOR ALLOWANCE AND PAYMENT OF ITS <u>ADMINISTRATIVE EXPENSE CLAIM [DOC NO. 9110]</u>**

The City of Detroit and Plunkett Cooney, by their undersigned counsel, stipulate, agree and request that the Court enter the order attached as Exhibit 1.

| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br><br>By: /s/ Marc N. Swanson<br>Marc N. Swanson (P71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Facsimile: (313) 496-8451<br>swansonm@millercanfield.com<br><br>ATTORNEYS FOR THE CITY OF DETROIT | PLUNKETT COONEY<br><br>By: /s/ David A. Lerner<br>David A. Lerner (P44829)<br>38505 Woodward Ave., Suite 2000<br>Bloomfield Hills, MI 48303<br>Telephone (248) 901-4010<br>dlerner@plunkettcooney.com<br><br><br><br>ATTORNEYS FOR PLUNKETT COONEY |

DATED: May 29, 2015

**Exhibit 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

**ORDER RESOLVING APPLICATION OF PLUNKETT COONEY FOR ALLOWANCE AND PAYMENT OF ITS ADMINISTRATIVE EXPENSE CLAIM [DOC NO. 9110]**

Upon the stipulation, by and among, the City of Detroit and Plunkett Cooney, for the Entry of an Order Resolving Application of Plunkett Cooney for Allowance and Payment of its Administrative Expense Claim [Doc. No. 9110]; and the Court being otherwise advised in the premises;

**THE COURT ORDERS THAT:**

1. The Application of Plunkett Cooney for Allowance and Payment of Its Administrative Expense Claim [Doc. No. 9110] is resolved as set forth in this order.

2. Within seven days of the entry of this order, the City of Detroit shall pay to Plunkett Cooney the amount of $2070.75.