# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER RESOLVING APPLICATION OF PLUNKETT COONEY FOR ALLOWANCE AND PAYMENT OF ITS ADMINISTRATIVE EXPENSE CLAIM [DOCKET # 9110]**

Upon the stipulation (Docket # 9902) between the City of Detroit and Plunkett Cooney, for the Entry of an Order Resolving Application of Plunkett Cooney for Allowance and Payment of its Administrative Expense Claim (Docket # 9110); and the Court being otherwise advised in the premises;

**IT IS ORDERED THAT:**

1.      The Application of Plunkett Cooney for Allowance and Payment of Its Administrative Expense Claim (Docket # 9110) is resolved as set forth in this Order.

2.      Within seven days of the entry of this Order, the City of Detroit will pay to Plunkett Cooney the amount of $2,070.75.

.

**Signed on May 29, 2015**

_____/s/ Thomas J. Tucker_____
Thomas J. Tucker
United States Bankruptcy Judge