# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

---------------------------------------------------------x
                                              :

In re                                    ::Chapter 9
                                               ::Case No. 13-53846

CITY OF DETROIT, MICHIGAN,     ::Hon. Thomas J. Tucker
               Debtor.                      :
-------------------------------------------------- x

## STIPULATED WITHDRAWAL OF CLAIM

The undersigned counsel on behalf of creditor, Leonard Spratt and debtor, City of Detroit hereby stipulate to withdrawal of claim #1777 filed February 20, 2014. Claim #1777 will not be included in any disbursements under the Debtor's Plan of Adjustment.


/s/Ben M. Gonek (P-43716)            /s/Eric B. Gaabo (P-39213)
Attorney for Leonard Spratt          /s/Michael M. Muller (P-38070)
500 Griswold, Suite 3500             Attorneys for City of Detroit
Detroit, MI. 48226                     2 Woodward Avenue, Suite 500
                                                 Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

------------------------------------------------------x
                                                      :
In re                                                 ::Chapter 9
                                                      ::Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                            ::Hon. Thomas J. Tucker
              Debtor.                                 :
------------------------------------------------------x

## PROOF OF SERVICE

I hereby certify that on May 29, 2015 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, and emailed the same to David Blake at dblake@romanolawpllc.com

**/s/Eric B. Gaabo**