# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

--------------------------------------------------------x
                                      :

In re                               ::Chapter 9
                                      ::Case No. 13-53846

CITY OF DETROIT, MICHIGAN,     ::Hon. Thomas J. Tucker
              Debtor.                  :
-------------------------------------------------------- x

## AMENDED STIPULATED WITHDRAWAL OF CLAIM

     The undersigned counsel on behalf of creditor, Leonard Spratt and debtor, City of Detroit hereby stipulate to withdrawal of claim #1777 filed February 20, 2014. Claim #1777 will not be included in any disbursements under the Debtor's Plan of Adjustment.

| | |
|---|---|
| /s/Ben M. Gonek (P-43716) | /s/Eric B. Gaabo (P-39213) |
| Attorney for Leonard Spratt | /s/Michael M. Muller (P-38070) |
| 500 Griswold, Suite 3500 | Attorneys for City of Detroit |
| Detroit, MI. 48226 | 2 Woodward Avenue, Suite 500 |
| | Detroit, MI 48226 |

# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

-----------------------------------------------------x
                                                     :
In re                                             :: Chapter 9
                                                  :: Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                        :: Hon. Thomas J. Tucker
                        Debtor.                      :
----------------------------------------------------- x

## AMENDED PROOF OF SERVICE

    I hereby certify that on May 29, 2015 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, and emailed the same to Ben M. Gonek at ben@goneklaw.com

**/s/Eric B. Gaabo**