Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
　City of Detroit, Michigan
　2 Woodward Avenue
　Suite 1126
　Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
　38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **6/3/15** at **01:30 PM** to consider and act upon the following:

*9875* – Sherell Stanley's Motion For The Extension Of Time/Late−Filing Of Her Application For Administrative Expense Claim In Response To The City Of Detroit's Objection, Filed by Creditor Sherell Stanley (Related Document(s): 9189 Application for Administrative Expense Claim). (ckata)

Dated: 6/1/15

　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　Katherine B. Gullo
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　BY: christine sikula
　　　　　　　　　　　　　　　　　　　　Deputy Clerk