Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **6/3/15** at **01:30 PM** to consider and act upon the following:

*9864* – Corrected Application for Administrative Expenses and Answer to Objection to Notice of Claim for Administrative Expenses Filed by Creditor Equal Employment Opportunity Commission (Attachments: # 1 Declaration of Dale Price) (Price, Dale)

Dated: 6/1/15

                            BY THE COURT

                            Katherine B. Gullo
                            Clerk, U.S. Bankruptcy Court

                            BY: christine sikula
                            Deputy Clerk