UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
CITY OF DETROIT, MICHIGAN,   Case no. 13-53846
                              Chapter 9
            Debtor.            Hon. Thomas Tucker
_____/

## WITHDRAWAL OF LIMITED OBJECTION TO NOTICE REGARDING EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Waste Management of Michigan, Inc., by and through one of its counsel, Plunkett Cooney, files this its Withdrawal of its Limited Objection to the Notice regarding Executory Contracts and Unexpired Leases to be assumed pursuant to §365 of the Bankruptcy Code that was filed on December 9, 2014, docket entry no. 8629.

Respectfully submitted,

Plunkett Cooney

By: /s/DAVID A. LERNER
DAVID A. LERNER – P44829
Attorney for Waste Management of Michigan, Inc.
38505 Woodward Ave., Ste. 2000
Bloomfield Hills, MI 48304
(248) 901-4010
dlerner@plunkettcooney.com

Dated: June 2, 2015