# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

-------------------------------------------------- x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Thomas J. Tucker
Debtor :
-------------------------------------------------- x

## STIPULATION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING REGARDING DEBTOR'S OBJECTION TO CLAIM NO. 2177 FILED BY PAMELA BOOKER

Pamela Booker, the holder of Claim Number 2177, and the City of Detroit, Michigan (the "City"), by and through their undersigned counsel, hereby stipulate to the entry of the Order attached as **Exhibit 1**, and respectfully request that the Court provide an extension of time to file supplemental briefing regarding the City's Objection to Claim No. 2177, a set forth in the Court's Order dated May 28, 2015 (Dkt. No. 9895). The City and Ms. Booker are working on a resolution to the objection at issue which may render supplemental briefing unnecessary. The City and Ms. Booker thus stipulate to the following supplemental briefing schedule in the event a an agreement is not reached:

1. The City has until June 25, 2015 to file its supplemental brief regarding the objection to Claim No. 2177.

2. Ms. Booker has until July 16, 2015 to file any response to the City's supplemental brief.

Respectfully submitted by:

| | |
|---|---|
| By: /s/ Pamela Booker (w/consent)<br>Ms. Pamela Booker<br>16227 Wildemere<br>Detroit, MI 48221<br>Phone: (313) 748-2877<br>*Claimant for Claim No. 2177*<br><br><br>Dated: June 3, 2015 | By: /s/ Tamar N. Dolcourt<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>Foley & Lardner, LLP<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jsimon@foley.com<br>tdolcourt@foley.com<br>*Counsel to the City of Detroit, Michigan* |

4813-8424-7076.1