# EXHIBIT 1: PROPOSED ORDER

4813-8424-7076.1

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Thomas J. Tucker
Debtor :
------------------------------------------------------- x

**ORDER FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING REGARDING DEBTOR'S OBJECTION TO CLAIM NO. 2177 FILED BY PAMELA BOOKER**

Upon the stipulation (the "Stipulation") of the City of Detroit (the "City"), and Pamela Booker, the holder of Claim Number 2177, for entry of an order for an extension of time to file supplemental briefing regarding debtor's objection to Claim No. 2177; and the Court being fully advised in the premises;

THE COURT HEREBY ORDERS that:

1. The City has until June 25, 2015 to file its supplemental brief regarding the objection to Claim No. 2177.

2. Ms. Booker has until July 16, 2015 to file any response to the City's supplemental brief.

4813-8424-7076.1