## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

------------------------------------------------------- x
                                      :      Chapter 9

In re                              : 

                                        :      Case No. 13-53846

CITY OF DETROIT, MICHIGAN,   : 

                                        :      Judge Thomas J. Tucker

                     Debtor         : 

------------------------------------------------------- x

### ORDER FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING REGARDING DEBTOR'S OBJECTION TO CLAIM NO. 2177 FILED BY PAMELA BOOKER

Upon the stipulation (Docket # 9919, the "Stipulation") of the City of Detroit (the "City"), and Pamela Booker, the holder of Claim Number 2177, for entry of an order for an extension of time to file supplemental briefing regarding debtor's objection to Claim No. 2177; and the Court being fully advised in the premises;

IT IS ORDERED that:

1. The City has an extension of time until June 25, 2015 to file its supplemental brief regarding the objection to Claim No. 2177.

2. Ms. Booker has an extension of time until July 16, 2015 to file any response to the City's supplemental brief.

.

**Signed on June 03, 2015**

        /s/ **Thomas J. Tucker**

**Thomas J. Tucker**

**United States Bankruptcy Judge**
