UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846-
CHAPTER: 9
JUDGE: Tucker

Debtor: City of Detroit,

MOTION FOR/TO: Allow late filed claim

NOW COMES Creditor, and brings this motion for/to motion to allow late filed claim. In support of Creditor motion, Creditor states the following

[state the facts]:
1. Notification of unable to file on time due to excusable neglect, didn't receive notice of time to file properly
2. 
3. Debtor requests permission to allow late filed claim

WHEREFORE, Debtor requests this Court to consider Creditor Motion for/to allow late filed claim and afford Creditor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Dated: 6/3/15

Respectfully submitted,
(Debtor's Signature) Sheila Reed
Print Name: Sheila Reed

(Co-Debtor's Signature)
Print Name: _____

FILED (I) 2015 JUN -3 P 2:40 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 9921    Filed 06/03/15    Entered 06/03/15 14:45:07    Page 1 of 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Tucker

City of Detroit,
Debtor.

ORDER GRANTING MOTION FOR/TO allow late filed claim

_____

This matter having come before the Court on Creditor motion for/to allow late filed claim, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.

Form B20A(Official Form 20A)
12/1/10

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re: **City of Detroit**
Debtor(s)

Chapter: 9
Case No.: 13-53846
Judge: Tucker

Address: _____

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): _____

## NOTICE OF MOTION

**Creditor** has filed papers with the court **allow late filed claim**
{relief sought in motion}

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to **allow late filed claim** [relief sought in motion], or if you want the court to consider your views on the motion, within **14** days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

   United States Bankruptcy Court
   211 W. Fort St.
   Detroit, MI 48226

   If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

   You must also mail a copy to [enter **Creditor** name and address and name and address of others to be served]:
   Sheila Reed
   336 Pinecrest
   Ferndale, MI 48220

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 6/3/15

Signature: Sheila Reed
Name: Sheila Reed
Address: 336 Pinecrest Dr.
Ferndale, MI 48220

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit
Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Tucker

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 3, 2015 (date of mailing), a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of Michigan, upon [specify name and mailing addressed of each party served]:

City of Detroit, Michigan
2 Woodward Ave
Suite 1126
Detroit, MI 48226

Dated: 6/3/2015

(Debtor's Signature)
Print Name: Sheila Reed

(Co-Debtor's Signature)
Print Name: _____