The 6th Circuit Court of Appeals
Phone: 513-564-7000
540 Potter Stewart U SA Court House
100 East 5th Street
Cincinnati, Ohio 45202

*[FILED (I) stamp: U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT 2015 JUN -3 P 4:11]*

From Bankruptcy Eastern District to the 6th circuit The Hon. Tucker'Opinions and order……………………………………..

City of Detroit, Debtor, filed chapter 9    Case Number:13-53846
VS
Hunter L Todd 's 70,000.00 of Retirement Money as a Michigan Certified Teacher
 From Wayne State, College of Education Master Level  as Creditor

  This part of the case comes to the 6th Circuit, Court of Appeals because we learned

That the City of Detroit had their hands in the Cookies' Jar as a means of stealing

70,000.00 from unpaid certified school teacher. The question comes to the Court

attention at the 6th Circuit is stealing is the correct charges that should had leveled

on the City of Detroit for going on Hunter Todd' properties taking two White Tractors

and demolished two homes which were rented for 150,000.00 or more for both lots

According to the Michigan and Federal Statutories laws on stealing, there exist no time limit as to the of times - this case can or can't go to court,

If it was not for Steven Rhodes this part of the Bankruptcy would not be going before

The 6th Circuit. The Judge was totally aware of a law passed by congress that no
Debtor can take retirement money to do the will and wishes of the government.

Checking back, the City of Detroit, stated incorrectly, when City said this case had
Been before the Federal Court, false plus State Court, some what, but far from finished.
This case has never been before ROSEN in Federal District Court.

This claim must and should be allowed because this City of Detroit Black

Female went behind Hunter Todd's back to get a Summary Judgment in

Wayne County Circuit Court which was never judiciated because City

Attorney, Ms. Sims denied the City of Detroit had not taken Mr. Todd's

Tractors and demolished his homes. However, in Bankruptcy Court,

The City admitted of during the wrong thing by stealing the tractors

And demolishing the two homes. The case before Rosen had to do with

10101 West Grand River. This case concerning the stealing by the City

has only been in two court, Michigan court of claims and circuit court of wayne..

church. during 1993-2013  I was in Selma, Alabama  building a knew home and a

The case in Judge \Jones\ was Pending from the first and only hearing.  Never

Judiciated, not once.   Because the City legal Department refused the court to Identifies this was stealing.

Signed  5\24-15
_Hunter Todd_
Hunter L. Todd

attention Judge Tucker
This case has never been
before any U.S. District
Judges; check the files —
records. It was pending
until Ms. Sims asked
for G.D. hearing, has been
without a hearing.