UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                          Chapter 9

              Debtor.                       Judge Thomas J. Tucker
_____/

**ORDER DENYING THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIMS; AND DENYING THE EEOC'S MOTION TO PERMIT THE LATE FILING OF ITS ADMINISTRATIVE EXPENSE CLAIMS**

      This case came before the Court for a hearing on June 3, 2015, on (1) the application for administrative expense claims filed by Equal Employment Opportunity Commission (the "EEOC")(Docket # 9139, the "Administrative Expense Claims"); and (2) the motion by the EEOC to permit the late filing of its application for administrative expense claims (Docket # 9864, the "Motion"). The City of Detroit filed an objection to the Administrative Expense Claims (Docket # 9788), and an objection to the Motion (Docket # 9910). The City and the EEOC each appeared at the hearing, through their respective counsel. For the reasons stated by the Court on the record during the hearing,

      IT IS ORDERED that:

1. The EEOC's Motion (Docket # 9864) is denied.

2. The City's objection to the EEOC's Administrative Expense Claims is sustained, and all administrative expense claims in the EEOC's Application (Docket # 9139) are disallowed in their entirety, as untimely.


**Signed on June 4, 2015**                /s/ Thomas J. Tucker
                                                         **Thomas J. Tucker**
                                                         **United States Bankruptcy Judge**