UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

            Debtor.  Judge Thomas J. Tucker
_____/

# ORDER REGARDING FURTHER PROCEEDINGS ON
# (1) THE ADMINISTRATIVE EXPENSE CLAIM FILED BY SHERELL STANLEY;
# AND (2) SHERELL STANLEY'S MOTION FOR EXTENSION
# OF TIME TO FILE ADMINISTRATIVE EXPENSE CLAIM

This case came before the Court for a hearing on June 3, 2015, on (1) the application for an administrative expense claim filed by Sherell Stanley (Docket # 9189, the "Claim"); and (2) Sherrell Stanley's motion for an extension of time to file an administrative expense claim (Docket # 9875, the "Motion"). The City of Detroit filed an objection to the Claim (Docket # 9789), and an objection to the Motion (Docket # 9909). Sherrell Stanley and counsel for the City appeared at the hearing. For the reasons stated by the Court on the record during the hearing,

      IT IS ORDERED that:

1. No later than June 17, 2015, Sherell Stanley must file a reply in support of her Motion, which must include any response Sherell Stanley has to the City of Detroit's futility argument (which futility argument was discussed during the June 3 hearing). Such reply also must be supported by an affidavit or a declaration under penalty of perjury of Ms. Stanley, and of any other person, in support of any argument that Ms. Stanley did not actually receive the December 10, 2014 Notice of the Bar Date to file an administrative expense claim (*See* "Notice of (I) Entry of Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit and (II) Occurrence of Effective Date" (Docket # 8649) at ¶ 7.a).

2. If Ms. Stanley timely files the reply described in Paragraph 1 of this Order, the City of Detroit may file a response to such reply, no later than July 1, 2015.

3. The Court will hold a further, non-evidentiary hearing on the Claim and on the Motion, on **July 15, 2015 at 1:30 p.m.**

**Signed on June 4, 2015**                        /s/ Thomas J. Tucker
                                                                             **Thomas J. Tucker**
                                                                             **United States Bankruptcy Judge**