UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                          Chapter 9

        Debtor.                              Judge Thomas J. Tucker
_____/

# ORDER REGARDING FURTHER PROCEEDINGS ON
# THE ADMINISTRATIVE EXPENSE CLAIM FILED BY SHEILA REED

This case came before the Court for a hearing on June 3, 2015, on the application for an administrative expense claim filed by Sheila Reed (Docket # 9135) (the "Claim"). The City of Detroit filed an objection to the Claim (Docket # 9791). Sheila Reed and counsel for the City appeared at the hearing. For the reasons stated by the Court on the record during the hearing,

    IT IS ORDERED that:

1. No later than June 10, 2015, Sheila Reed must file a motion seeking (retroactively) an extension of the January 26, 2015 deadline to file administrative claims until January 30, 2015, on the ground of excusable neglect. Such motion must be supported by an affidavit or a declaration under penalty of perjury, in which Ms. Reed swears that she did not actually receive the December 10, 2014 Notice of the Bar Date to file an administrative expense claim (*See* "Notice of (I) Entry of Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit and (II) Occurrence of Effective Date" (Docket # 8649) at ¶ 7.a).

2. If Ms. Reed timely files the motion described in Paragraph 1 of this Order, the City must file any response to such motion no later than June 17, 2015. As part of its response, the City of Detroit may include an affidavit or declaration of its servicing agent, certifying that it mailed the Notice of the Bar Date to Ms. Reed at the address of record of Ms. Reed, and stating that address (which address was redacted in the agent's earlier certificate of service, Docket # 8970). As part of its response, the City also may include its argument that the motion should be denied based on futility.

3. No later than June 24, 2015, Ms. Reed may file a reply to the City's response.

4. The Court will hold a further, non-evidentiary hearing on the Claim on **July 15, 2015 at 1:30 p.m.** The Court expects to hold a hearing, on the same date and at the same time, on Ms. Reed's motion of the type described in paragraph 2 of this Order, above, if Ms. Reed timely files such motion and if the City timely files a response to such motion. The Court will formally schedule such hearing by issuing a notice of hearing, at a later date.

**Signed on June 4, 2015**                    /s/ Thomas J. Tucker
                                              **Thomas J. Tucker**
                                              **United States Bankruptcy Judge**