# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Robert M. Fishman, Fee Examiner, and Peter J. Roberts, one of his attorneys, request to be removed from receiving electronic notices in the above-captioned case at the following e-mail addresses:

- rfishman@shawfishman.com
- proberts@shawfishman.com

Respectfully submitted,

Dated: June 5, 2015

/s/ *Peter J. Roberts*
Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654
P: (312) 541-0151
F: (312) 980-3888
proberts@shawfishman.com