UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S *EX PARTE* MOTION FOR AN ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING**

This case is before the Court on the City of Detroit's *Ex Parte* Motion (Docket # 9936) for an Order Shortening Notice and Scheduling an Expedited Hearing with Respect to the Motion for (I) Determination that the Goodman Acker and Haas & Goldstein Law Firms Have Violated the Plan of Adjustment by (A) Refusing to Honor an ADR Settlement and/or (B) Seeking Relief on a Pre-Petition Claim Beyond that Allowed by the Plan of Adjustment and (II) Order Enjoining Further Violations (Docket # 9893). The Court having reviewed the *Ex Parte* Motion and having found that notice of the *Ex Parte* Motion was sufficient under the circumstances; having determined after due deliberation that the relief requested in the *Ex Parte* Motion is in the best interests of the Debtor and its creditors; and good and sufficient cause having been shown;

IT IS ORDERED THAT:

1. The *Ex Parte* Motion (Docket # 9936) is GRANTED.

2. The Court will hold an expedited hearing on **June 10, 2015 at 1:30 p.m.** on the Motion for (I) Determination that the Goodman Acker and Haas & Goldstein Law Firms Have Violated the Plan of Adjustment by (A) Refusing to Honor an ADR Settlement and/or (B) Seeking Relief on a Pre-Petition Claim Beyond that Allowed by the Plan of Adjustment and (II)

Order Enjoining Further Violations (Docket # 9893, the "Motion") and the Supplement to the Motion (Docket # 9935, the "Supplement").

3. Responses to the Motion must be filed *no later than Monday, June 8, 2015.*

4. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

5. The City must serve a copy of this Order on the Motion respondents *no later than today, June 5, 2015 at 5:00 p.m. EDT*, and must file proof of such service no later than June 8, 2015. Such service must be by both first class mail and by a method that will cause the receipt by respondents of the served documents today by 5:00 p.m., such as hand-delivery, fax, or e-mail.

**Signed on June 5, 2015**   /s/ **Thomas J. Tucker**
**Thomas J. Tucker**
**United States Bankruptcy Judge**