UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                Chapter 9

City of Detroit, Michigan,                  Case No. 13-53846

       Debtor,                                  Judge Thomas J. Tucker
_____/

**ORDER AMENDING**
**MEDIATION ORDER (DOCKET ENTRY NO. 8468)**

Pursuant to 11 U.S.C. § 105, on August 13, 2013, a Mediation Order was issued in this case, outlining a process for conducting facilitative mediations of matters referred within the context of the bankruptcy litigation.

In April of 2014, the Honorable Sean F. Cox was appointed to serve as the mediator for discussions and negotiations related to the potential establishment of a regional authority to operate and manage the Detroit Water and Sewerage Department. In an Order issued on November 26, 2014, Judge Rhodes[1] ordered that Judge Cox shall continue to serve as a judicial mediator in this case for purposes of facilitative mediation of matters regarding the Great Lakes Water Authority. (Docket Entry No. 8468).

**IT IS ORDERED** that the November 26, 2014 Mediation Order (Docket Entry No. 8468) is hereby **AMENDED** to provide that all mediations under this order shall not extend beyond **January 1, 2016.** All other provisions of that order remain as originally stated in the order.

---

[1] Judge Steven Rhodes presided over this case until his retirement, at which time the undersigned judge was assigned to this case.

1

**IT IS SO ORDERED.**

**Signed on June 5, 2015**                                        **/s/ Thomas J. Tucker**
                                                                                         **Thomas J. Tucker**
                                                                                         **United States Bankruptcy Judge**

2