Form ntcvco

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## Notice Of Order Vacating Order Amending Mediation Order (Docket #9941)

The **Order Amending Mediation Order (Docket #9941)** dated **06/05/2015** was entered in error and has been vacated.

Dated: 6/8/15

                         BY THE COURT

                         Katherine B. Gullo , Clerk of Court
                         UNITED STATES BANKRUPTCY COURT