CASE NO. 13-53846
UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

In Re: CITY OF DETROIT, MI., POLICE DEPT., et al.,.......Debtor - Defendant
Corp. Counsel Mr. Melvin Hollowell(P-_____), et al.
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226 - 3437_____/     E.D. Mich. Case No. 13-53846
                                                                         Honorable Steven W. Rhodes

vs.

JEFFREY SANDERS, IFP – Pro Se.,................................Creditor - Plaintiff
Mr. Jeffrey Sanders, In Pro Per
16599 Hubbell Street
Detroit, Michigan 48235 - 4030 /

### EMEND - ENDUING MOTION FOR JUDGEMENT AND RELIEF

Creditor JEFFREY SANDERS, **abrupt** - axiomatic' U.S. Const. Amendments 1,4,5 - 14 **bonafide** 18 U.S.C. s241 - s1001; 28 U.S.C. s354(b)(2)(B) - s1915(d), s2101(b), s2105 - s2111; 42 U.S.C. s1983, cataly(st)zing - constitutional FRCiv. Proc. 1 - 60(b)(3,4) **embodying** - '**Emergency**' - encompassments endu(r)ing '**Judic(ature)ial Errors**' evident E.D. Mich. LR 58.1(a)-(d) **explicative** FRBP 3001 - 7069, incited - itinerary Judicatures' lawful '**Mandat(ed)ory** - **matrixes**'; **nexuses**, Notwithstanding' E.D. Mich. Case No. 07-14206 over(due)t recognizance - responsive unadjudicated; uncompromised; unequivocal; usurpatory, veri(table)fied E.D. Mich.Case No. 13-53846 "Claim Register No. 161" Secured, **strictly substantiat(ed)ive** per [City Of Detroit]'s "12/12/2014 Notice'...In Order To Liquidate [Creditor's] Bankruptcy Claim" FILED(Dkt.#195), Heretofore, ineffectually 'TAKEN UNDER ADVISEMENT', MOVES For Judgement And Relief **emend - Entry And Executions**' extoll(ed)ing [City Of Detroit's] imitated - itinera(nt)ry; over(due)tly - owing; uncompromised - unerring, recognizance - '**retrospective**' Reward of $7,960,000.00(Dollars) Monetary Damages' owing [Creditor JEFFREY SANDERS] veri-table 10/03/2007 Complaint - 07/24/2009 Affidavits(Dkt.#1 - #68) per "Elective-Option (a), (b), or (c)" **impending** - **itinerary** - **Manifest** '12/12/2014 - 06/02/2015 Notices(Dkt.#195 - #222)' 'Officia(l)ted'!

Acceded - Warranted 06/08/2015, By:/s/ _____
Subscribed and sworn to before        Mr. Jeffrey Sanders, IFP – Pro Se
me the 08th day of June,2015.         16599 Hubbell Street
(Notary) _____                 Detroit, Michigan 48235 - 4030
My Commission Expires:
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires Nov. 4, 2018

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN - S.D.

IN RE: JEFFREY SANDERS(IFP -Pro Se)/..................Plaintiff,
Mr. Jeffrey Sanders
16599 Hubbell Street
Detroit, Michigan 48235-4030

CASE NO. 07-14206

HON. DENISE PAGE HOOD

vs.

DETROIT POLICE DEPARTMENT, et al./..................Defendant
Mr. Melvin (Butch) Hollowell(P-?????) et al.
City Of Detroit Corporation Counselor(s)
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226-3437

FILED 2015 JUN -2 A 9: 53 U.S. DISTRICT COURT CLERK EAST DIST MICHIGAN DETROIT

## EMEND - EMERGEN(CY)T NOTICE TO SETTLE PROPOSED JUDGEMENT

JEFFREY SANDERS, Abruptly - axiomatic USDC-E.D. Mich. Case No. 07-14206 usurpatory Case No. 13-53846 "Claim Register No. 161" catalyzed - concern Constitutionally "EAGERING - EMERGENCY" eminently encompassed - ensuring / exacting [Defendants'] incessant - itinerary' Judicially - lawfully "Mandat(ed)ory" - matri(x)ces / "NEXUSES" no(ted)nrestrictive E.D. Mich. Case No. 13-53846 "Claim Register No. 161 Secured", sanctioned - substantive '12/12/2014 Notice ...In Order To Liquidate Plaintiff's Bankruptcy Claim(Dkt.#195) FILED imminent - incumbency incurring inescapable; inher(ent)ing; insurmounted invocations; irrefute - irresolution - irrespect itinerary Judicially over(due)t, ultimate - unequivocal, unerring, veri(table)fied Award / Recoup - Reward of "$7,960,000.00" ow(ed)ing to [Writer's] prescribes' ultimately unabated - unequivocal, unerringly validated / veri(table)fied via Warrant(ed)s' witnesse(d)s "ELECTIVE - OPTION (c)" discern(able)ments, exactingly, "Found" officially recognizant 'Records' - retrospectively FILED, from 10/03/2007 - 07/24/2009 to 12/18/2013 - 12/12/2014 to 05/18/2015, HERETOFORE, "TAKEN UNDER ADVISEMENT"? Itinerary Judicially authorized "ELECTIVE-OPTION (c)" sanctions-verified' warrant(s)ing "Affidavits' Of Injuries And Damages Inflicted(Dkt.#1-54,57,64,67-68,...)"

Subscribed and sworn to before
me on this 01 day of June, 2015.
(Notary) Allison McMath
My Commission Expires

ALLISON MCMATH
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires Dec. 18, 2019
Acting in the County of Wayne

/s/ Jeffrey Sanders
Mr. Jeffrey Sanders – In Pro Per
16599 Hubbell Street
Detroit, Michigan 48235-4030

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN - S.D.

IN RE: JEFFREY SANDERS(IFP -Pro Se)/..................Plaintiff,
Mr. Jeffrey Sanders
16599 Hubbell Street
Detroit, Michigan  48235-4030

CASE NO. 07-14206

HON. DENISE PAGE HOOD

RE: USDC-E.D. Mich. Case No. 07-14206 Itinerary Case No. 13-53846 "Claim Register No. 161"

Dear City Of Detroit Corporation Counsel(s) Melvin (Butch) Hollowell, et al:

ABRUPTLY - abstractly - axiomatic USDC-E.D. Mich. Case No. 07-14206(Sanders v. Detroit Police Dept., et al.) cataly(st)zing - concern "Constitutional embodied - EMERGENCY equivalent" essentially established, ethically, exacting Explicatives' expressly extoll(ed)ing, exuding, imminent incessant - 'incorporat(ed)ions' - incurring - 'itinerary' Judicatures lawful / legal 'Mandat(es)ory - maternal matrixes / 'Nexuses' not(ed)ing E.D. Mich. Case No. 13-53846 "Claim Register No. 161" overtly Secured - substantive "12/12/2014 Notice ... In Order To Liquidate Plaintiff's Bankruptcy Claim(Dkt.#195) FILED" imminent imperatives' - incurring - inherently - itinerary, outstanding, over(due)t, ultimately - unequivocal; unerring, veri(table)fied recoup - reward of "$7,960,000.00" ow(ed)ing to [Writer] pending - pertinent "ELECTIVE - OPTION (c)" discern(able)ments eager- "EMEND" - ensuring factually "Found" officially recognizant 'Records' - retrospectively FILED, from 10/03/2007 - 07/24/2009 to 12/18/2013 - 12/12/2014 to 05/18/2015, HERETOFORE, "TAKEN UNDER ADVISEMENT"???? Hence, implicated - itinerary [Your] absolute - 'acknowledgement' addressing 'administrative' ascend(ant)ing - ascertainment ascribing [City Of Detroit's] authored 'averments' axiomatical 'Judicial nexuses', over(due)tly recognizance - reward of "$7,960,000.00" ow(ed)ing per [Writer's] preternatural record' - retrospectively sanctioned; Secured; substantive, ultimately - unerring validation veri(table)fied, Warrants "ELECTIVE-OPTION (a), (b), (c)" per 10/03/2007 Complaint #s 1 - 12(c) cataly(st)zed - corresponding 04/13/2009 - 07/24/2009 Affidavits cumulative USBC-E.D. Mich. Case No. 13-53846 'Claim Register No. 161'; 18 U.S.C. s241 - s1001.

Subscribed and sworn to before
me on this 01 day of June, 2015
(Notary) Allison McMath
My Commission Expires:

ALLISON McMATH
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires Dec. 18, 2019
Acting in the County of Wayne

Mr. Jeffrey Sanders – In Pro Per
16599 Hubbell Street
Detroit, Michigan  48235-4030

### IV. Stipulation Of Facts

[Defendants'] abruptly - axiomatical, cataly(st)zed' / constituent / illuminate - <u>appropriate</u> "<u>Elective-Option (e)</u>" unabated, uncon(tested)ventional, unerring, unresolved, validated veri(fied)table warrant(ed)s' witness(ed)ing [<u>Plaintiff's</u>] "<u>Emergency</u>" Award - Recovery of "$7,960,000.00" Money Damages' per 10/03/2007 Complaint Nos. 1 - 12(c)(<u>Dkt. #1</u>) and 04/13/2009 - 07/24/2009 Affidavit Of Injuries And Damages Inflicted(<u>Dkt. #s 54, 57, 64, 67, 68 - 170</u>) du(ly)e owing <u>Relief</u>' remittance(s) by [Defendant] City Of Detroit, Michigan, according - conforming to <u>correlative</u>' USBC-E.D. Mich. Case No. 13-53846 '<u>Bankruptcy</u> "<u>Claims Register No. 161</u>"' - Judic(ature)ially sanction(ed)ing secur(ed)ity services' specifically, <u>subscribed</u>, substantive '12/12/2014 Notice...In Order To Liquidate Plaintiff's Bankruptcy Claim(<u>Dkt.#195</u>) <u>emends</u> USDC-E.D. Mich. Case No. 07-14206 (<u>Proposed</u>) Judgement (<u>Dkt.#170</u>) Filed 12/18/2013. <u>Hence</u>, eagers "EMERGENCY" exacting explicit, immediate, intrinsic, remittance of $4,776,000.00(<u>Dollars</u>) over(due)tly owed [<u>Plaintiff</u>] JEFFREY SANDERS en(due)suing annual April 01, 2015 - 2018, remittance of $796,000.00(<u>Dollars</u>) due [<u>Plaintiff</u>] JEFFREY SANDERS.

### V. Issues Of Fact To Be Litigated

Outstanding - <u>pertinent</u> '<u>Facts To Be Litigated</u>' abruptly - <u>accedes</u>' ascend(ant)ing Judicial recoup - relief' as 18 U.S.C. s241; 28 U.S.C. s354(b)(2)(B) - s1915(d) on FRCP 54 - E.D. Mich. LR 58.1 'ERR'.

### VI. Issues Of Law To Be Litigated

<u>See</u> U.S. Const. Amendments I, IV, V - XIV <u>cataly(st)zed</u> 18 U.S.C. s241; 28 U.S.C. s354(b)(2)(B)-s1915(d), s2101(b), s2105 - s2111; 42 U.S.C. s1983 <u>causal</u> FRCiv. Proc. 1 to 54 - USDC-E.D.Mich. LR 58.1(a)-(d)' directly <u>Man(dates)ifest</u> "<u>Payton v New York</u>, 445 U.S. 573, n[1] 576(1980) - <u>Georgia v Randolph</u>, 547 U.S. 103, 109-123(2006)' <u>plus</u> <u>Owen v City Of Independence</u>, 445 U.S. 622, 635-658 (1980) - <u>Johnson v City Of Shelby</u>, 574 U.S. __, __ Opinion Page 2(<u>Per Curiam</u>)(11/10/2014)", etc.

Acceded - <u>Witnessed</u> March 17, 2015, By:/s/ _____
Subscribed and sworn to before me
on this 17th day of March, 2015.
(Notary) _____
My Commission Expires:

Mr. Jeffrey Sanders (IFP – Pro Se)
16599 Hubbell Street
Detroit, Michigan 48235 – 4030

/s/HON. _____
United States District Judge

MICHAEL ROLLINS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires July 29, 2019
Acting in Wayne

IN RE: JEFFREY SANDERS(IFP -Pro Se)/..................Plaintiff,
Mr. Jeffrey Sanders
16599 Hubbell Street
Detroit, Michigan 48235-4030

CASE NO. 07-14206

HON. DENISE PAGE HOOD

vs.

DETROIT POLICE DEPARTMENT, et al./..................Defendant
Mr. Melvin (Butch) Hollowell(P-?????) et al.
City Of Detroit Corporation Counselor(s)
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226-3437

2015 JUN -2 A 9: 53  FILED  U.S. DIST. COURT CLERK EAST. DIST. MICHIGAN DETROIT

## EMEND - EMERGEN(CY)T NOTICE TO SETTLE PROPOSED JUDGEMENT

JEFFREY SANDERS, Abruptly - axiomatic USDC-E.D. Mich. Case No. 07-14206 usurpatory Case No. 13-53846 "Claim Register No. 161" catalyzed - concern Constitutionally "EAGERING - EMERGENCY" eminently encompassed - ensuring / exacting [Defendants'] incessant - itinerary' Judicially - lawfully "Mandat(ed)ory" - matri(x)ces / "NEXUSES" no(ted)nrestrictive E.D. Mich. Case No. 13-53846 "Claim Register No. 161 Secured", sanctioned – substantive '12/12/2014 Notice ...In Order To Liquidate Plaintiff's Bankruptcy Claim(Dkt.#195) FILED imminent - incumbency incurring inescapable; inher(ent)ing; insurmounted invocations; irrefute - irresolution - irrespect itinerary Judicially over(due)t, ultimate - unequivocal, unerring, veri(table)fied Award / Recoup - Reward of "$7,960,000.00" ow(ed)ing to [Writer's] prescribes' ultimately unabated - unequivocal, unerringly validated / veri(table)fied via Warrant(ed)s' witnesse(d)s "ELECTIVE - OPTION (c)" discern(able)ments, exactingly, "Found" officially recognizant 'Records' - retrospectively FILED, from 10/03/2007 - 07/24/2009 to 12/18/2013 - 12/12/2014 to 05/18/2015, HERETOFORE, "TAKEN UNDER ADVISEMENT"? Itinerary Judicially axiomatic' "ELECTIVE-OPTION (c)" sanctions-verified' warrant(s)ing "Affidavits' Of Injuries And Damages Inflicted(Dkt.#1-54,57,64,67-68,...)".

Subscribed and sworn to before
me on this 01 day of June, 2015.
(Notary) Allison McMath
My Commission Expires:

ALLISON MCMATH
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires Dec. 18, 2019
Acting in the County of Wayne

/s/ Jeffrey Sanders
Mr. Jeffrey Sanders — In Pro Per
16599 Hubbell Street
Detroit, Michigan 48235-4030

CASE NO. 13-53846
In The
UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN – S.D.

In Re: JEFFREY SANDERS (Pro Se),..........................Creditor - Plaintiff
Mr. Jeffrey Sanders, In Pro Per
16599 Hubbell Street
Detroit, Michigan 48235 - 4030_____/         E.D. Mich. Case No. 13-53846
                                               Honorable Steven W. Rhodes

vs.

CITY OF DETROIT, MI., POLICE DEPT., et al.,.............Debtor - Defendant
Corp. Counsel Melvin Hollowell (P-54382) et al.
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226 - 3437_____/

## EMERGENCY CERTIFICATE - PROOF OF SERVICE

Plaintiff JEFFREY SANDERS, **abrupt - axiomatic** U.S. Const. Amendments 1, 4, 5 - 14 **bonafide** 18 U.S.C. s241 - s1001; 28 U.S.C. s354(b)(2)(B) - s1915(d), s2101(b), s2105 - s2111; 42 U.S.C. s1983, FRCiv. Proc. 1 - 60(b)(3-4) **emend** - "Emergen(t)cy" - **endu(ed)ring** E.D. Mich. LR 58.1(a)-(d)' **cataly(st)zing** "Claim" concern - **constitutional** USDC-E.D. Mich. Case No. 07-14206 - No. 13-53846 "Claim Register No. 161" incorporated - **itinera(nt)ry** Judicatures' lawful, **Mandat(ed)ory**, "nexuses" **noted** - "Notwithstanding" unabated - unerring, **veri(table)fied** "Elective Options (a), (b), and (c)" WARRANTS' Witness(es)ing, **Hereby**, CERTIF(Y)IES abrupt - axiomatically; **eagerly** - 'Emergency' eminent / evident / explicit Proof Of Service attending 'Motion For Judgement **And** Relief', as executed June 08, 2015, **Serviced** by First Class Postage-Paid U.S. Mail, sealed, and, **respectively**, addressed to:

**Attn**: Melvin Hollowell(P-54382), et al.
**City Of Detroit Corporation Counsels**
**2 Woodward Avenue, Suite 500**
**Detroit, Michigan 48226-3437**

Embodied explicit Judicatures' lawfully incited - itinerary, overdue, unerring "Recoup - Respectively"

Acceded - Warranted **06/09/2015**, By:/s/ _____
Subscribed and sworn to before                    Mr. Jeffrey Sanders,  IFP – Pro Se
me the 08th day of June, 2015.                    16599 Hubbell Street
(Notary) _____                          Detroit, Michigan 48235 - 4030
My Commission Expires:

MATTY JENG
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires Nov. 4, 2018