UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:  CHAPTER 9
 CASE NO.:13-53846
In re CITY OF DETROIT, MICHIGAN
 DEBTOR. JUDGE: Hon. Thomas J. Tucker
_____/

## MOTION TO EXCLUDE CLAIM BY CITIZEN AGAINST DETROIT POLICE OFFICER FOR INTENTIONAL ACT/CIVIL RIGHTS VIOLATION FROM DETROIT'S BANKRUPTCY AND TO ALLOW THE CASE TO PROCEED IN THE WAYNE COUNTY (MICHIGAN) CIRCUIT COURT

NOW COMES Frazier Cunningham, by his attorneys, Law Offices of Ronald Steinberg And Associates, PLLC, by Ronald A. Steinberg, and moves this Honorable for an Order To Exclude Claim By Citizen Against Detroit Police Officer For Intentional Act/Civil Rights Violation From Detroit's Bankruptcy, And To Allow The Case To Proceed In the Wayne County Circuit Court, for the following reasons:

1. On or about December 16, 2012, at about 10:45 PM, Petitioner, Frazier Cunningham, was falsely arrested, falsely charged with criminal activity, and was required to retain counsel to defend himself in a criminal court proceeding.

3. At the time of the preliminary examination, on Friday, January 25, 2013, when the arresting police officer, George Alam, testified, the judge determined that he had no credibility as a witness, and he dismissed all charges against Frazier Cunningham.

4. The Petitioner retained counsel, and on September 17, 2014, suit was filed in the Wayne County Circuit Court, entitled as follows:

Frazier Cunningham vs. George Alam, City of Detroit Police Officer Case No.: 14-011964CZ.

5. After much difficulty, George Alam was duly served with process, and a Proof of Service was filed with the court.

6. On November 21, 2014, City of Detroit Law Department attorney, David J. Demps, filed with the Wayne County Circuit Court a "Notice of Suggestion of Pendency of Bankruptcy Case and Application of the Automatic Stay."

1

7. It reasonably appears that the facts and circumstances as set forth in the Motion establish that the actions of the Defendant, George Alam, City of Detroit police officer, were intentional, and in fact, did deprive the Plaintiff/ Petitioner, Frazier Cunningham of his civil rights; that as a result, the civil action against George Alam is outside the ambit of the Bankruptcy Court.

8. It reasonably appears that this Court should determine that Plaintiff/Petitioner's case should not be stayed, and that he be allowed to litigate the case in the Wayne County Circuit Court.

WHEREFORE, Petitioner prays that this Honorable Court:

A. Order that the claims of Frazier Cunningham are outside the ambit of the City of Detroit's bankruptcy, and

B. That there should be no stay of the proceedings, and

C. That the claim be allowed to proceed to trial in the Wayne County Circuit Court.

Respectfully submitted,
LAW OFFICES OF RONALD STEINBERG AND ASSOCIATES, PLLC

By: Ronald A. Steinberg (P20956)
Attorney for Petitioner/Plaintiff Cunningham
30300 Northwestern Highway, Suite 100
Farmington Hills, MI 48334
Phone: (248) 932-3230
Fax: (248) 932-0251
Email: ron@ronaldsteinberglaw.com

Dated: June 2, 2015

2

13-53846-tjt    Doc 9949    Filed 06/09/15    Entered 06/09/15 14:14:33    Page 2 of 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:              CHAPTER 9
                               CASE NO.:13-53846
In re CITY OF DETROIT, Michigan,   HON. THOMAS J. TUCKER
                DEBTOR.
_____/

**ORDER TO EXCLUDE CLAIM BY CITIZEN AGAINST
DETROIT POLICE OFFICER FOR INTENTIONAL ACT/
CIVIL RIGHTS VIOLATION FROM DETROIT
BANKRUPTCY AND TO ALLOW THE CASE TO PROCEED
IN THE WAYNE COUNTY (MICHIGAN) CIRCUIT COURT**

This matter having come on pursuant to Motion to Exclude Claim by Citizen Against Detroit Police Officer for Intentional Act/Civil Rights Violation from Detroit Bankruptcy and to Allow the Case to Proceed in the Wayne County (Michigan) Circuit Court,

IT IS HEREBY ORDERED Motion to Exclude Claim By Citizens Against Detroit Police Officer for Intentional Act/Civil Rights Violation from Detroit's Bankruptcy and to Allow the Case to Proceed in the Wayne County (Michigan) Circuit Court is GRANTED and Frazier Cunningham may proceed in the Wayne County Circuit Court Case No: 14-011964-CZ against Detroit Police Offer George Alam.

Dated:_____          _____
                                Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:  CHAPTER 9

In re CITY OF DETROIT, Michigan,  CASE NO.:13-53846

DEBTOR.  JUDGE: Thomas J. Tucker

_____/

## NOTICE TO RESPONDENT

TO:  David Demps, Esq
     Attorney for City of Detroit

**PLEASE TAKE NOTICE** that the attached Motion and Order to Exclude Claim by Citizen Against Detroit Police Officer for Intentional Act/Civil Rights Violation From Detroit's Bankruptcy and to Allow the Case to Proceed in the Wayne County (Michigan) Circuit Court has been submitted to the Clerk for the Honorable Steven Rhodes. You have 14 days to oppose, in writing, the proposed Order. You must file your objections within 14 days at:

   Clerk
   US Bankruptcy Court
   Eastern District of Michigan
   211 W. Fort Street, #2100
   Detroit, MI 48226

You must also mail a copy of your objections to:

   Ronald A. Steinberg
   30300 Northwestern Highway, Suite 100
   Farmington Hills, MI 48334

If you do not take these steps the Court may decide that you do not oppose the relief requested and may enter an Order granting that relief.

Respectfully submitted,

THE LAW OFFICES OF
RONALD STEINBERG AND ASSOCIATES

_____
RONALD A. STEINBERG (P20956)
Attorney for Plaintiff
30300 Northwestern Hwy., Ste.100
Farmington Hills, MI 48334
(248) 932-3230

Dated: June 2, 2015.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

In re CITY OF DETROIT, Michigan
    JUDGE

CHAPTER 9
CASE NO.:13-53846
DEBTOR.

_____/

## PROOF OF SERVICE

The undersigned certifies that she served a copy of the Motion to Exclude Claim by Citizen Against Detroit Police Officer for Intentional Act/Civil Rights Violation from Detroit's Bankruptcy and to Allow the Case to Proceed in the Wayne County (Michigan) Circuit Court and Notice to Respondent, along with a copy of this Proof of Service, upon:

David J. Demps
2 Woodward Avenue, Suite 500
Detroit, MI 48226

Said party was served by first class mail, with postage fully prepaid thereon and deposited in a United States Mail Receptacle on the 2nd day of June, 2015.

_____
Lynda L. Gruden