# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re: ) Chapter 9
)
) Case No. 13-53846
CITY OF DETROIT, MICHIGAN, )
) Hon. Thomas J. Tucker
)
Debtor. )

**ORDER GRANTING EX PARTE MOTION OF STEVEN WOLAK, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CHRISTOPHER WOLAK, DECEASED, FOR LEAVE TO FILE MOTION TO COMPEL PAYMENT BY DEBTOR PURSUANT TO SETTLEMENT CONTRACT, OR ALTERNATIVELY, VOID SETTLEMENT CONTRACT AND REINSTATE CASE IN THE TRADITIONAL MANNER**

At a session of said Court, held in the City of Detroit, County of Wayne, State of Michigan, on _____.

PRESENT: HONORABLE _____

This matter coming before the Court on the *Ex Parte* Motion of STEVEN WOLAK, as Personal Representative of the Estate of CHRISTOPHER WOLAK, Deceased, for Leave to File Motion to Compel Payment by Debtor Pursuant to Settlement Contract, or Alternatively, Void Settlement Contract and Reinstate Case, in the Traditional Manner, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that STEVEN WOLAK, as Personal Representative of the Estate of CHRISTOPHER WOLAK, Deceased, is granted leave to file his Motion to Compel Payment by Debtor Pursuant to Settlement Contract, or Alternatively, Void Settlement Contract and Reinstate Case, in the traditional manner, and to file the required 14 day notice and proposed order, and proof of service of same (which items are missing as of the time of signing this order).

Signed: 6-10-15

Thomas J. Tucker
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY JUDGE

FIEGER LAW • A PROFESSIONAL CORPORATION • ATTORNEYS AND COUNSELORS AT LAW • 19390 WEST TEN MILE ROAD • SOUTHFIELD, MICHIGAN 48075-2463 • TELEPHONE (248) 355-5555 • FAX (248) 355-5148