IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------X
: Chapter 9
IN RE :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Thomas J. Tucker
DEBTOR :
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, I electronically filed DEBTOR'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS OBJECTION TO CLAIM NUMBERS 474 AND 1097 FILED BY RICHARD HALL with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. In addition, we have served a copy to Richard Hall via First Class US Mail at the addresses below.

Richard Hall
3752 Eastern Place
Detroit, MI 48208

Richard Hall
PO Box 32511
Detroit, MI 48232

Dated: June 10, 2015

FOLEY & LARDNER LLP

By: /s/ John A. Simon
John A. Simon (P61866)
Jeffrey S. Kopp (P59485)
Tamar N. Dolcourt (P73425)
Leah R. Imbrogno (P79384)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
jsimon@foley.com
jkopp@foley.com
tdolcourt@foley.com
limbrogno@foley.com
*Counsel for the Debtor, City of Detroit, Michigan*

4843-4727-3764.1