# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Hon. Steven W. Rhodes |

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

PLEASE TAKE NOTICE that John M. Carey and his associates, on behalf of Creditor Wayne County, request to be removed from receiving electronic notices in the above-captioned case at the following e-mail addresses:

- jmcarey@eastmansmith.com
- jjlefevre@eastmansmith.com
- sorose@eastmansmith.com

Respectfully submitted,

Dated: June 11, 2015

/s/ John M. Carey
John M. Carey
Eastman & Smith Ltd.
One SeaGate, 24th Floor
Toledo, Ohio 43604
P: (419) 241-6000
F: (419) 247-1777
jmcarey@eastmansmith.com