# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2015, he served a copy of **CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST HELAINA PERRY** upon Helaina Perry, as listed below, via first class mail:

Helaina Perry
4220 Holcomb St.
Detroit, MI 48214


DATED: June 11, 2015

By: /s/ Marc N. Swanson
  Marc N. Swanson (P71149)
  150 West Jefferson, Suite 2500
  Detroit, Michigan 48226
  Telephone: (313) 496-7591
  Facsimile: (313) 496-8451
  swansonm@millercanfield.com