# EXHIBIT 6 E

425482F02 Abby - FC J

**SHERIFF'S DEED RECORDING SHEET**

T&T #: 425482F02 FC J

LOT: Lot(s) 4275, including 1/2 the adjoining vacated public alley at the rear thereof, BLACKSTONE PARK SUBDIVISION NO. 6, as recorded in Liber 52 on Page(s) 91 and 92 of Plats.

NAME: Audrey V Abby

SALE DATE: 3/6/2014

PROPERTY ADDRESS: 20245 Mendota St, Detroit, MI 48221-1078

MUNICIPALITY: City of Detroit

DATE RECORDED:

Bernard J. Youngblood
Wayne County Register of Deeds

LIBER:

2014069667   L: 51361 P: 693
03/18/2014 11:47 AM   SHD   Total Pages: 7

PAGE:

INSTRUMENT NUMBER (IF APPLICABLE):

425482F02 Abby - FC J

## SHERIFF'S DEED ON MORTGAGE SALE

This Indenture Made this 6th day of March, A.D. 2014, between, **La Shana Cooper**, a Deputy Sheriff in and for Wayne County, Michigan, whose address is 4747 Woodward Ave Detroit, Michigan 48201-1307, party of the first part, and Fifth Third Mortgage Company, whose address is Foreclosure Department, 5001 Kingsley Dr Dept. MD 1MOB19, Cincinnati, OH 45227-1114, party of the second part (hereinafter called the grantee)

WITNESSETH, That Whereas a certain mortgage made by Audrey Abby, an unmarried woman, original mortgagor(s), to Fifth Third Mortgage-MI, LLC, Mortgagee, dated September 21, 2006, and recorded on October 12, 2006 in Liber 45416 on Page 1685, and assigned by mesne assignments to Fifth Third Mortgage Company as assignee as documented by an assignment dated August 14, 2013 recorded on August 14, 2013 in Liber 50981 on Page 312, in Wayne county records, Michigan (said mortgage secured an FHA loan insured by the US Department of Housing and Urban Development ("HUD")), and

WHEREAS, said mortgage contained a power of sale which has become operative by reason of a default in the condition of said mortgage, and

WHEREAS, no suit or proceedings at law or in equity have been instituted to recover the debt secured by said mortgage or any part thereof, and

WHEREAS, by virtue of said power of sale, and pursuant to the statute of the State of Michigan in such case made and provided, a notice was duly published and a copy thereof was duly posted in a conspicuous place upon the premises described in said mortgage, that the said premises, or some part of them, would be sold at 11:00 AM on the 10th day of October, A.D. 2013 (sale adjourned from October 10, 2013 to March 6, 2014), at public vendue, that being the place of holding the Circuit Court for Wayne County where the premises are situated and

WHEREAS, pursuant to said notice I did, at on the day last aforesaid, expose for sale at public vendue the said lands and tenements hereinafter described, and on such sale did strike off and sell the said lands and tenements to the grantee for the sum of Fifty-Five Thousand One Hundred Four and 92/100 Dollars ($55,104.92), that being the highest bid therefore and the grantee being the highest bidder, and

WHEREAS, said lands and tenements are situated in the City of Detroit, Wayne County, Michigan, more particularly described in exhibit A, attached and commonly known as
20245 Mendota St
Property Tax Parcel ID ▓▓▓▓▓▓▓▓▓▓
This property may be located within the vicinity of farmland or a farm operation. Generally, accepted agricultural and management practices, which may generate noise, dust, odors, and other associated conditions, may be used and are protected by the Michigan right to farm act.

Now, this Indenture Witnesseth, That I, the Deputy Sheriff aforesaid, by virtue of and pursuant to the statute in such case made and provided, and in consideration of the sum of money so paid as aforesaid, have granted, conveyed, bargained and sold, and by this deed do grant, convey, bargain and sell unto the grantee, its successors and assigns, forever, all the estate, right, title and interest, which the said Mortgagor(s) had in said land and tenements and every part thereof, on the 21st day of September A.D. 2006, that being the date of said mortgage, or at any time thereafter, to have and to hold the said lands and tenements and every part thereof to the said grantee, its successors and assigns forever, to their sole and only use, benefit and behoof forever, as fully and absolutely as I, the Deputy Sheriff aforesaid, under the authority aforesaid, might, could or ought to sell the same

IN WITNESS WHEREOF, I have hereunto set my hand and seal, the date and year first above written.

La Shana Cooper
Deputy Sheriff in and for the County of Wayne

STATE OF MICHIGAN
COUNTY OF WAYNE

On this 6th day of March, A.D. 2014, before me, a Notary Public in and for said County of Wayne came **La Shana Cooper**, a Deputy Sheriff of said County, known to me to be the individual described in and who executed the above conveyance, and who acknowledged that she/he executed the same to be her/his free act and deed as such Deputy Sheriff

TERRI SIMS HILSON
Notary Public, State of Michigan
County of Oakland
My Commission Expires Oct 24, 2018
Acting in the County of [Wayne]

Notary Public, Wayne County, Michigan
My commission expires
Acting in the county of Wayne

THIS INSTRUMENT IS EXEMPT FROM MICHIGAN TRANSFER TAX UNDER MCLA 207.505(c), MCLA 207.526(v), MCLA 207.505(h)(ii)

425482F02 Abby - FC J

**Exhibit A - Property Description**



Lot(s) 4275, including 1/2 the adjoining vacated public alley at the rear thereof, BLACKSTONE PARK SUBDIVISION NO. 6, as recorded in Liber 52 on Page(s) 91 and 92 of Plats

**Team J - Audrey Abby**

TROTT & TROTT, P C Attorneys and Counselors 31440 Northwestern Highway, Suite 200 Farmington Hills, Michigan 48334-2525 THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE PLEASE CONTACT OUR OFFICE AT THE NUMBER BELOW IF YOU ARE IN ACTIVE MILITARY DUTY ATTN PURCHASERS This sale may be rescinded by the foreclosing mortgagee In that event, your damages, if any, shall be limited solely to the return of the bid amount tendered at sale, plus interest MORTGAGE SALE - Default has been made in the conditions of a mortgage made by Audrey Abby, an unmarried woman, original mortgagor(s), to Fifth Third Mortgage-MI, LLC, Mortgagee, dated September 21, 2006, and recorded on October 12, 2006 in Liber 45418 on Page 1685, and assigned by mesne assignments to Fifth Third Mortgage Company as assignee as documented by an assignment, in Wayne county records, Michigan, on which mortgage there is claimed to be due at the date hereof the sum of Fifty-Two Thousand Four Hundred Six and 60/100 Dollars ($52,406 60) Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public vendue, at the place of holding the circuit court within Wayne County, at 11 00 AM, on October 10, 2013 Said premises are situated in City of Detroit, Wayne County, Michigan, and are described as Lot(s) 4275, including 1/2 the adjoining vacated public alley at the rear thereof, BLACKSTONE PARK SUBDIVISION NO 6, as recorded in Liber 52 on Page(s) 91 and 92 of Plats The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCLA 600 3241a, in which case the redemption period shall be 30 days from the date of such sale If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600 3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period Dated September 12, 2013 For more information, please call FC J (248) 593-1311 Trott & Trott, P C Attorneys For Servicer 31440 Northwestern Hwy Ste 200 Farmington Hills, Michigan 48334-5422 File #425482F02 (09-12)(10-03)

**AFFIDAVIT OF PUBLICATION**

(Affidavit of Publisher)

STATE OF MICHIGAN,
ss
COUNTY OF OAKLAND

The undersigned, an employee of the publisher of Detroit Legal News, having knowledge of the facts, being duly sworn deposes and says that a notice, a true copy of which is annexed hereto, was published in Detroit Legal News a newspaper circulated in Wayne County on September 12, September 19, September 26, October 3, 2013 A D

_Cindy C Lawler_

Subscribed and sworn before me on this 3rd day of October 2013 A D

_Jennifer Dado_

Notary Public Oakland County, Michigan My commission expires January 25, 2019 Acting in Oakland County, Michigan

| | |
|---|---|
| Attorney | Trott & Trott P C - Trott & Trott P C (team J) Wayne |
| AttorneyFile# | 425482F02 |
| Notice# | 1157703 |

425482F02

**Team J - Audrey Abby**

TROTT & TROTT, P.C Attorneys and Counselors 31440 Northwestern Highway, Suite 200 Farmington Hills, Michigan 48334-2525 THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE PLEASE CONTACT OUR OFFICE AT THE NUMBER BELOW IF YOU ARE IN ACTIVE MILITARY DUTY ATTN PURCHASERS This sale may be rescinded by the foreclosing mortgagee In that event, your damages, if any shall be limited solely to the return of the bid amount tendered at sale, plus interest MORTGAGE SALE - Default has been made in the conditions of a mortgage made by Audrey Abby, an unmarried woman, original mortgagor(s), to Fifth Third Mortgage-MI, LLC, Mortgagee, dated September 21, 2006, and recorded on October 12, 2006 in Liber 45416 on Page 1685, and assigned by mesne assignments to Fifth Third Mortgage Company as assignee as documented by an assignment, in Wayne county records, Michigan, on which mortgage there is claimed to be due at the date hereof the sum of Fifty-Two Thousand Four Hundred Six and 60/100 Dollars ($52,406.60) Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public vendue, at the place of holding the circuit court within Wayne County, at 11 00 AM, on October 10, 2013 Said premises are situated in City of Detroit, Wayne County, Michigan, and are described as Lot(s) 4275, including 1/2 the adjoining vacated public alley at the rear thereof, BLACKSTONE PARK SUBDIVISION NO 6, as recorded in Liber 52 on Page(s) 91 and 92 of Plats The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCLA 600 3241a, in which case the redemption period shall be 30 days from the date of such sale If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600 3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period Dated September 12, 2013 For more information, please call FC J (248) 593-1311 Trott & Trott, P C, Attorneys For Servicer 31440 Northwestern Hwy Ste 200 Farmington Hills, Michigan 48334-5422 File #425482F02 (09-12)(10-03)

**EVIDENCE OF SALE**

(Affidavit of Posting)

STATE OF MICHIGAN
ss
COUNTY OF OAKLAND

Walter Reed being duly sworn, deposes that on the 14th day of September, 2013 A D, he/she posted a notice, a true copy of which is annexed hereto, in a conspicuous place upon the premises described in said notice by attaching the same in a secure manner to the front door.

_____
Walter Reed

Subscribed and sworn before me on this 17th day of September 2013 A D

_____
Sheree B Glynn

Notary Public Oakland County, Michigan My commission expires February 5, 2014 Acting in Oakland County, Michigan.

CHECK IF ☐ Vacant
☐ Multi-Unit ☐ Upper-Unit ☐ Lower-Unit
☐ Multi-Addr ☐ Unit 1 ☐ Unit 2 ☐ Unit A ☐ Unit B
☐ Condo ☐ Mobile/Manufactured Home ☐ No Dwelling

Attorney Office  Trott & Trott P C. (team j) Wayne
Attorney File#  425482F02
Notice ID  1157703

425482F02

Abby, Audrey  
NON-MILITARY AFFIDAVIT  
STATE OF MICHIGAN  
                        SS  
COUNTY OF OAKLAND

T&T #425482F02

The undersigned, being first duly sworn, deposes and says that upon investigation she/he is informed and believes that no borrower(s) are currently in active military service of the United States.

*Terese McDermott*

Signed and sworn to before me in Oakland County, Michigan, on this 4th day of March 2014 by Terese McDermott

Tina M Jordan, Notary public  
State of Michigan, County of Wayne  
My commission expires January 9, 2020  
Acting in the County of Oakland

EVIDENCE OF SALE (Affidavit of Auctioneer)  
STATE OF MICHIGAN  
                        SS  
COUNTY OF WAYNE

ORIGINAL  
14-994

La Shana Cooper

,,being duly sworn, deposes and says that she/he is a Deputy Sheriff of said Wayne, that she/he acted as Auctioneer, and made the sale as described in the annexed Deed pursuant to the annexed printed notice that said sale was opened at 11:00 AM on the 6th day of March, A.D. 2014, at the In Courtroom 1607, Wayne County Circuit Court Tower in the Coleman A. Young Municipal Center in Detroit, Michigan, that being the place of holding the Circuit Court in said Wayne County; that the highest bid for the lands and tenements therein described was Fifty-Five Thousand One Hundred Four and 92/100 Dollars dollars $55,104.92 made by Fifth Third Mortgage Company; that said sale was in all respects open and fair; and that she/he did strike off and sell lands and tenements to said bidder, which purchased the said lands and tenements fairly, and in good faith, as deponent verily believes.

La Shana Cooper  
Deputy Sheriff in and for Wayne County, Michigan

Signed and sworn to before me in Wayne County, Michigan, on this 6th day of March, A.D. 2014

Notary Public, Wayne County, Michigan  
My Commission Expires:  
Acting in the county of Wayne

TERRI SIMS HILSON  
Notary Public, State of Michigan  
County of Oakland  
My Commission Expires Oct 26, 2018

I DO HEREBY CERTIFY that the last day to redeem is September 6, 2014, after which the within Sheriff's Deed will become operative, unless determined abandoned in accordance with MCLA 600.3241a, or unless redeemed according to the law, in such case made and provided.

La Shana Cooper  
Deputy Sheriff in and for Wayne County, Michigan

Prepared By:  
Terese McDermott (P71090)  
Trott & Trott, P C.  
31440 Northwestern Hwy Ste 200  
Farmington Hills, MI 48334-5422  
T & T # 425482F02

**ATTN REGISTER OF DEEDS:** Please send all Redemption notifications and funds collected in your office to Fifth Third Mortgage Company c/o Trott & Trott, P.C., Post-Sale Unit, 31440 Northwestern Hwy Ste 200, Farmington Hills, MI 48334-5422

ATTN PURCHASERS: This sale may be rescinded by the foreclosing mortgagee. In that event, your damages, if any, shall be limited solely to the return of the bid amount tendered at sale, plus interest. Please be advised that all 3rd party bidders are responsible for preparing and recording the Sheriff's Deed. TROTT & TROTT, P.C Hereby expressly disclaims all liability relating to the foreclosure, preparation and recording of the Sheriff Deed.

**AFFIDAVIT OF MCL 600.3205 NOTICE**

STATE OF MICHIGAN)
COUNTY OF OAKLAND) SS.

NOW COMES _____Terese McDermott_____, who, first being sworn, deposes and says.

I am an attorney employed by Trott & Trott, P.C. and am duly authorized to execute this Affidavit on its behalf

That I have reviewed the business records of Trott & Trott, P.C. and based on my review of those records, a written notice dated July 24, 2013 was served in the manner necessary according to MCL 600.3205a(3);

That said notice includes: (a) the reason for default and the amount due and owing; (b) the contact information for the mortgage holder, the mortgage servicer, or any agent designated by the mortgage holder or mortgage servicer, and (c) a statement of the borrowers' rights, all according to MCL 600.3205a(1);

That said notice includes a list of housing counselors as required by MCL 600.3205a(2), and

That the time for a housing counselor to notify the person designated under MCL 600.3205a(1)(c) of a request by the borrower(s) has expired without a request for a meeting.

FURTHER DEPONENT SAYETH NOT

_____
Terese McDermott
Attorney for Fifth Third Mortgage Company
Trott & Trott, P.C.
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-5422

Signed and sworn to before me in Oakland County, Michigan, on __3-4-2014__

by _____Terese McDermott_____, Attorney for Fifth Third Mortgage Company

_____
Tina M Jordan, Notary public
State of Michigan, County of Wayne
My commission expires January 9, 2020
Acting in the County of Oakland

T&T # 425482F02 Abby, Audrey

## AFFIDAVIT OF PURCHASER

The Undersigned, being duly sworn, states as follows

1. I am an employee of Trott & Trott, P.C and am authorized as counsel to submit this Affidavit Of Purchaser. I have knowledge of the facts stated herein and am competent to testify concerning such facts regarding a foreclosure sale scheduled for March 6, 2014 with respect to certain real property (the "Property") commonly known as 20245 Mendota St.

**2. This affidavit may only be recorded and used by Fifth Third Mortgage Company in the event it is the successful purchaser of the property on March 6, 2014. No other purchaser may utilize this affidavit.**

3. The last date the Property may be redeemed is September 6, 2014 ANY REDEEMING PARTY SHOULD NOTE THAT THIS DATE MAY CHANGE AS SET FORTH IN SUBSEQUENT AFFIDAVITS OR AS PROVIDED BY APPLICABLE LAW

4. The amount necessary to redeem the Property is $55,104 92 (Fifty-Five Thousand One Hundred Four and 92/100 Dollars), plus interest at a per diem rate of $6 61 (Six and 61/100 Dollars) from the date of sale to the date of redemption, plus any additional amounts that may be added pursuant to MCL 600.3240(4). ANY REDEEMING PARTY SHOULD NOTE THAT THIS AMOUNT MAY INCREASE to include amounts paid by Fifth Third Mortgage Company for taxes, amounts necessary to redeem senior liens, condominium assessments, homeowner association assessments, community association assessments, insurance premiums, or any other amounts as provided by MCL 600.3240(4), as well as interest thereon at the interest rate specified in the mortgage from the date of payment to the date of redemption.

5. Fifth Third Mortgage Company has designated Trott & Trott, P.C as its designee responsible to assist an appropriate person redeeming the Property in computing the exact amount required to redeem the Property and to receive redemption funds If you choose to utilize this assistance, contact Trott & Trott, P C at **RedemptionFigures@trottlaw.com** or by phone at (248) 593-1308 Pursuant to statute, Trott & Trott, P C. will charge a fee of $150 00 (One Hundred Fifty And 00/100 Dollars) if you opt to use this assistance.

FURTHER DEPONENT SAYETH NOT

Terese McDermott (P71090)
Attorney For Fifth Third Mortgage Company
Trott & Trott, P C
31440 Northwestern Hwy Ste 200
Farmington Hills, MI 48334-5422

Signed and sworn to before me in Oakland County, Michigan, on 3-4-2014 by Terese McDermott, Attorney for Fifth Third Mortgage Company

Tina M Jordan, Notary public
State of Michigan, County of Wayne
My commission expires January 9, 2020
Acting in the County of Oakland

T&T #425482F02   Audrey V Abby, Mortgagor(s)