**EXHIBIT 2**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re:  Chapter 9 No. 13-53846

City of Detroit, Michigan  Hon. Thomas J. Tucker

                Debtor

8445 Saint Marys St
Detroit, MI 48228-1960

_____/

**NOTICE OF MOTION AND OPPORTUNITY FOR HEARING**

    Fifth Third Bank as servicer for Fifth Third Mortgage Company has filed papers with the court to seek relief from the automatic stay void ab initio and validating foreclosure sale.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may want to consult one.)**

    If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the Motion, within fourteen (14) days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position, at the United States Bankruptcy Court, 211 W Fort St, Detroit, MI 48226.[1] If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

    You must also mail a copy to:

    John P. Kapitan (P61901), 31440 Northwestern Hwy Ste 200, Farmington Hills, MI 48334-5422, 248.642.2515

2. If a response or answer is timely filed, the Clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

    **If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.**

                                    Respectfully Submitted,
                                    Trott & Trott, P.C.

Dated: June 12, 2015

                                    /S/ John P. Kapitan (P61901)
                                    Attorney for Fifth Third Bank as servicer for Fifth Third Mortgage Company
                                    31440 Northwestern Hwy Ste 200
                                    Farmington Hills, MI 48334-5422
                                    248.642.2515
                                    Email: EasternECF@trottlaw.com

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

**TROTT LAW, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628