UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:
City of Detroit, Michigan

Debtor(s).
_______________________________________/

Chapter 9 No.13-53846

Hon. Thomas J. Tucker

## CERTIFICATE OF SERVICE

The undersigned states that copies of Fifth Third Bank as servicer for Fifth Third Mortgage Company's MOTION FOR RELIEF AND DECLARING THE AUTOMATIC STAY VOID AB INITIO AND VALIDATING FORECLOSURE SALE AND ENTRY OF ORDER WAIVING THE PROVISIONS OF FED. R. BANKR. P. 4001 (a) (3) were served upon the following parties, either electronically or by depositing said copies on June 12, 2015 in the U.S. mail, postage prepaid, properly addressed as follows:

City of Detroit, Michigan
20245 Mendota St
Detroit, MI 48221-1078

Eric D. Carlson
Miller Canfield Paddock & Stone PLC
150 W Jefferson Ave Ste 2500
Detroit, MI 48226-4415

Marion J. Mack
211 W Fort St Ste 700
Detroit, MI 48226-3263

City of Detroit Treasurer
2 Woodward Ave Rm 120
Detroit, MI 48226-3573

City of Detroit - Department of Planning & Development
65 Cadillac Sq Ste 2300
Detroit, MI 48226-2858

Fifth Third Bank - Eastern Michigan
5001 Kingsley Dr
Cincinnati, OH 45227-1114

Secretary of Housing and Urban Development
451 7th St SW
Washington, DC 20410-0001

P.P.T.A., Inc.
20700 Civic Center Dr Ste 420
Southfield, MI 48076-4140

Bruce Bennett
555 S Flower St Fl 50
Los Angeles, CA 90071-2452

Timothy A. Fusco
150 W Jefferson Ave Ste 2500
Detroit, MI 48226-4415

Jonathan S. Green
150 W Jefferson Ave Ste 2500
Detroit, MI 48226-4415

David Gilbert Heiman
901 Lakeside Ave E
Cleveland, OH 44114-1163

Robert S. Hertzberg
4000 Town Ctr Ste 1800
Southfield, MI 48075-1505

Deborah Kovsky-Apap
4000 Town Ctr Ste 1800
Southfield, MI 48075-1505

TROTT LAW, P.C.
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

Kay Standridge Kress
4000 Town Ctr
Southfield, MI 48075-1410

Heather Lennox
222 E 41st St
New York, NY 10017-6739

Daniel M. McDermott - United States Trustee
125 Ottawa Ave NW Ste 200
Grand Rapids, MI 49503-2865

Sam J. Alberts
1301 K St NW Ste 600
Washington, DC 20005-3317

Claude D. Montgomery
620 5th Ave
New York, NY 10020-2402

Matthew Wilkins
401 S Old Woodward Ave Ste 400
Birmingham, MI 48009-6613

Douglas C. Bernestein, Esq.
38505 Woodward Ave Ste 2000
Bloomfield Hills, MI 48304-5096

Michigan Property Tax Relief, LLC
20700 Civic Center Dr Ste 310
Southfield, MI 48076-4155

Stephen S. LaPlante
150 W Jefferson Ave Ste 2500
Detroit, MI 48226-4415

Marc N. Swanson
150 W Jefferson Ave Ste 2500
Detroit, MI 48226-4415

Sean M. Cowley - United States Trustee
211 W Fort St Ste 700
Detroit, MI 48226-3263

Paula A. Hall
401 S Old Woodward Ave Ste 400
Birmingham, MI 48009-6613

Carole Neville
1221 Avenue of the Americas Fl 25
New York, NY 10020-1001

City of Detroit Water and Sewerage Department
615 Griswold St Ste 1708
Detroit, MI 48226-3990

Gary Segatti
20700 Civic Center Dr Ste 420
Southfield, MI 48076-4140

*** See attached List of Creditors Holding 20 Largest Unsecured Claims ***

/S/ Shauna Rinehart

Legal Assistant
Trott Law, P.C.
Attorney for Fifth Third Bank as servicer for Fifth Third Mortgage Company
31440 Northwestern Hwy Ste 200
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

TROTT LAW, P.C.
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re City of Detroit, Michigan, Debtor

Case No. 13-53846

Chapter 9

Hon. Steven W. Rhodes

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 9 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address, including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also state value of security]*[1] |
|---|---|---|---|---|
| General Retirement System of the City of Detroit | General Retirement System of the City of Detroit<br>Attn: Michael J. VanOverbeke, Esq.<br>Interim General Counsel<br>VANOVERBEKE, MICHAUD & TIMMONY, P.C.<br>79 Alfred Street<br>Detroit, Michigan 48201<br>Telephone: (313) 578-1200<br>Facsimile: (313) 578-1201<br>mvanoverbeke@vmtlaw.com | Estimated pension unfunded actuarial accrued liability | Contingent, unliquidated | $2,037,000,000[2] |

1 Amounts listed for funded debt obligations reflect the total amounts outstanding, estimated as of June 30, 2013.

2 Based on most recent available actuarial analysis.

| (1)<br>*Name of creditor and complete mailing address, including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]*[1] |
|---|---|---|---|---|
| Police and Fire Retirement System of the City of Detroit | Police and Fire Retirement System of the City of Detroit<br>Attn: Joseph E. Turner, Esq.<br>General Counsel<br>CLARK HILL PLC<br>500 Woodward Avenue<br>Suite 3500<br>Detroit, Michigan 48226<br>Telephone: (313) 965-8300<br>Facsimile: (313) 965-8252<br>jturner@clarkhill.com | Estimated pension unfunded actuarial accrued liability | Contingent, unliquidated | $1,437,000,000[2] |
| U.S. Bank N.A., as trustee and contract administrator<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br><br>and<br><br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107 | Susan T. Brown<br>Senior Vice President and Manager<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br>Telephone: (313) 234-4711<br>Facsimile: (313) 963-9428<br>susan.brown5@usbank.com<br><br>Susan E. Jacobsen<br>Vice President<br>U.S. Bank National Association<br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>Telephone: (651) 466-5864<br>Facsimile: (651) 466-7401<br>susan.jacobsen2@usbank.com | Pension-related Certificate of Participation ("COP") liabilities, Series 2006-B | Disputed | $801,361,345 |

| (1) *Name of creditor and complete mailing address, including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also state value of security]*[1] |
|---|---|---|---|---|
| U.S. Bank N.A., as trustee and contract administrator 535 Griswold Suite 550 Detroit, MI 48226 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com | COP liabilities, Series 2005-A | Disputed | $516,496,945 |
| and | | | | |
| Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | | | |
| U.S. Bank N.A., as trustee and contract administrator, 535 Griswold Suite 550 Detroit, MI 48226 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com | COP liabilities, Series 2006-A | Disputed | $153,358,699 |
| and | | | | |
| Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | | | |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security][1] |
|---|---|---|---|---|
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br><br>and<br><br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107 | Susan T. Brown<br>Senior Vice President and Manager<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br>Telephone: (313) 234-4711<br>Facsimile: (313) 963-9428<br>susan.brown5@usbank.com<br><br>Susan E. Jacobsen<br>Vice President<br>U.S. Bank National Association<br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>Telephone: (651) 466-5864<br>Facsimile: (651) 466-7401<br>susan.jacobsen2@usbank.com | $100,000,000 Unlimited Tax General Obligation Bonds, Series 2001-A(1) | | $78,603,375 |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br><br>and<br><br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107 | Susan T. Brown<br>Senior Vice President and Manager<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br>Telephone: (313) 234-4711<br>Facsimile: (313) 963-9428<br>susan.brown5@usbank.com<br><br>Susan E. Jacobsen<br>Vice President<br>U.S. Bank National Association<br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>Telephone: (651) 466-5864<br>Facsimile: (651) 466-7401<br>susan.jacobsen2@usbank.com | $73,500,000 Limited Tax General Obligation Capital Improvement Bonds, Series 2005-A(1) | | $60,639,506 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]*[1] |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br><br>and<br><br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107 | Susan T. Brown<br>Senior Vice President and Manager<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br>Telephone: (313) 234-4711<br>Facsimile: (313) 963-9428<br>susan.brown5@usbank.com<br><br>Susan E. Jacobsen<br>Vice President<br>U.S. Bank National Association<br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>Telephone: (651) 466-5864<br>Facsimile: (651) 466-7401<br>susan.jacobsen2@usbank.com | $58,630,000 Unlimited Tax General Obligation Bonds, Series 2008-A | | $59,354,563 |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br><br>and<br><br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107 | Susan T. Brown<br>Senior Vice President and Manager<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br>Telephone: (313) 234-4711<br>Facsimile: (313) 963-9428<br>susan.brown5@usbank.com<br><br>Susan E. Jacobsen<br>Vice President<br>U.S. Bank National Association<br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>Telephone: (651) 466-5864<br>Facsimile: (651) 466-7401<br>susan.jacobsen2@usbank.com | $51,760,000 Unlimited Tax General Obligation Bonds, Series 2005-B | | $45,350,528 |

| (1) *Name of creditor and complete mailing address, including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also state value of security]*[1] |
|---|---|---|---|---|
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent 535 Griswold Suite 550 Detroit, MI 48226 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com | $39,270,000 Unlimited Tax General Obligation Bonds, Series 2004-A(1) | | $39,778,853 |
| and | | | | |
| Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | | | |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent 535 Griswold Suite 550 Detroit, MI 48226 | Susan T. Brown Senior Vice President and Manager 535 Griswold Suite 550 Detroit, MI 48226 Telephone: (313) 234-4711 Facsimile: (313) 963-9428 susan.brown5@usbank.com | $49,715,000 Limited Tax General Obligation Capital Improvement Bonds, Series 2008-A(1) | | $38,279,555 |
| and | | | | |
| Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 | Susan E. Jacobsen Vice President U.S. Bank National Association Mail Station EP-MN-WS1D 60 Livingston Ave. St. Paul, MN 55107 Telephone: (651) 466-5864 Facsimile: (651) 466-7401 susan.jacobsen2@usbank.com | | | |

| (1)<br>*Name of creditor and complete mailing address, including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]*[1] |
|---|---|---|---|---|
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br><br>and<br><br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107 | Susan T. Brown<br>Senior Vice President and Manager<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br>Telephone: (313) 234-4711<br>Facsimile: (313) 963-9428<br>susan.brown5@usbank.com<br><br>Susan E. Jacobsen<br>Vice President<br>U.S. Bank National Association<br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>Telephone: (651) 466-5864<br>Facsimile: (651) 466-7401<br>susan.jacobsen2@usbank.com | $53,085,000 Unlimited Tax General Obligation Refunding Bonds, Series 2004-B(1) | | $38,118,791 |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br><br>and<br><br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107 | Susan T. Brown<br>Senior Vice President and Manager<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br>Telephone: (313) 234-4711<br>Facsimile: (313) 963-9428<br>susan.brown5@usbank.com<br><br>Susan E. Jacobsen<br>Vice President<br>U.S. Bank National Association<br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>Telephone: (651) 466-5864<br>Facsimile: (651) 466-7401<br>susan.jacobsen2@usbank.com | $44,020,000 Unlimited Tax General Obligation Bonds, Series 2003-A | | $34,826,238 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security][1] |
|---|---|---|---|---|
| Downtown Development Authority<br>500 Griswold<br>Suite 2200<br>Detroit, MI 48226 | Athanasios Papapanos<br>500 Griswold St., Suite 2200<br>Detroit, MI 48226<br>Telephone: (313) 237-4638<br>Facsimile: (313) 483-4108<br>Artp1@degc.org<br><br>Glen W. Long, Jr.<br>500 Griswold St., Suite 2200<br>Detroit, MI 48226<br>Telephone: (313) 237-4616<br>Facsimile: (313) 483-4132<br>gwlong@degc.org<br><br>Rebecca Navin, Esq.<br>500 Griswold St., Suite 2200<br>Detroit, MI 48226<br>Telephone: (313) 237-4627<br>Facsimile: (313) 963-8839<br>navin@degc.org<br><br>Brian Kott, Esq.<br>Lewis & Munday, P.C.<br>660 Woodward Ave., Suite 2490<br>Detroit, Michigan 48226<br>Telephone: (313) 961-4121<br>Facsimile: (313) 961-1270<br>bkott@lewismunday.com | Loan payable | | $33,600,000 |
| U.S. Bank N.A.,<br>as bond registrar, transfer agent and paying agent<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br><br>and<br><br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107 | Susan T. Brown<br>Senior Vice President and Manager<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br>Telephone: (313) 234-4711<br>Facsimile: (313) 963-9428<br>susan.brown5@usbank.com<br><br>Susan E. Jacobsen<br>Vice President<br>U.S. Bank National Association<br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>Telephone: (651) 466-5864<br>Facsimile: (651) 466-7401<br>susan.jacobsen2@usbank.com | $66,475,000 Unlimited Tax General Obligation Refunding Bonds, Series 2008-B(1) | | $29,891,976 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]*[1] |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226 | Susan T. Brown<br>Senior Vice President and Manager<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br>Telephone: (313) 234-4711<br>Facsimile: (313) 963-9428<br>susan.brown5@usbank.com | $25,000,000 Capital Improvement Bonds (Limited Tax), Series 2008-A(2) | | $25,047,259 |
| and | | | | |
| Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107 | Susan E. Jacobsen<br>Vice President<br>U.S. Bank National Association<br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>Telephone: (651) 466-5864<br>Facsimile: (651) 466-7401<br>susan.jacobsen2@usbank.com | | | |
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226 | Susan T. Brown<br>Senior Vice President and Manager<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br>Telephone: (313) 234-4711<br>Facsimile: (313) 963-9428<br>susan.brown5@usbank.com | $44,100,000 Unlimited Tax General Obligation Bonds, Series 1999-A | | $18,704,347 |
| and | | | | |
| Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107 | Susan E. Jacobsen<br>Vice President<br>U.S. Bank National Association<br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>Telephone: (651) 466-5864<br>Facsimile: (651) 466-7401<br>susan.jacobsen2@usbank.com | | | |

| (1) *Name of creditor and complete mailing address, including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [If secured also state value of security][1]* |
|---|---|---|---|---|
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br><br>and<br><br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107 | Susan T. Brown<br>Senior Vice President and Manager<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br>Telephone: (313) 234-4711<br>Facsimile: (313) 963-9428<br>susan.brown5@usbank.com<br><br>Susan E. Jacobsen<br>Vice President<br>U.S. Bank National Association<br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>Telephone: (651) 466-5864<br>Facsimile: (651) 466-7401<br>susan.jacobsen2@usbank.com | $30,805,000 Unlimited Tax General Obligation Refunding Bonds, Series 2005-C | | $18,629,059 |
| U.S. Bank N.A., as bond registrar and paying agent<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br><br>and<br><br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107 | Susan T. Brown<br>Senior Vice President and Manager<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br>Telephone: (313) 234-4711<br>Facsimile: (313) 963-9428<br>susan.brown5@usbank.com<br><br>Susan E. Jacobsen<br>Vice President<br>U.S. Bank National Association<br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>Telephone: (651) 466-5864<br>Facsimile: (651) 466-7401<br>susan.jacobsen2@usbank.com | $62,285,000 Limited Tax General Obligation Self-Insurance Bonds, Series 2004 | | $13,157,625 |

| (1) *Name of creditor and complete mailing address, including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also state value of security]*[1] |
|---|---|---|---|---|
| U.S. Bank N.A., as bond registrar, transfer agent and paying agent<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226 | Susan T. Brown<br>Senior Vice President and Manager<br>535 Griswold<br>Suite 550<br>Detroit, MI 48226<br>Telephone: (313) 234-4711<br>Facsimile: (313) 963-9428<br>susan.brown5@usbank.com | $13,530,000 General Obligation Capital Improvement Bonds (Limited Tax), Series 2005-A(2) | | $11,057,563 |
| and | | | | |
| Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107 | Susan E. Jacobsen<br>Vice President<br>U.S. Bank National Association<br>Mail Station EP-MN-WS1D<br>60 Livingston Ave.<br>St. Paul, MN 55107<br>Telephone: (651) 466-5864<br>Facsimile: (651) 466-7401<br>susan.jacobsen2@usbank.com | | | |

Date: July 29, 2013

/s/ Kevyn D. Orr
City of Detroit, Michigan
Kevyn D. Orr
Emergency Manager

I, Kevyn D. Orr, Emergency Manager of the City of Detroit, Michigan, declare under penalty of perjury that I have read the foregoing Amended List of Creditors Holding 20 Largest Unsecured Claims, and that it is true and correct to the best of my information and belief.

Dated: July 29, 2013

/s/ Kevyn D. Orr
Kevyn D. Orr
Emergency Manager, City of Detroit