**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re:                                                              Chapter 9 No. 13-53846
City of Detroit, Michigan
                     Debtor.                    Hon. Thomas J. Tucker
_____/

Attached is the Statement of Corporate Ownership for the above referenced case.

Trott# 425482B03

/S/ John P. Kapitan (P61901)
Attorney for Fifth Third Bank as servicer for Fifth Third Mortgage Company
31440 Northwestern Hwy Ste 200
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

**FIFTH THIRD BANK'S CORPORATE AFFILIATONS DISCLOSURE PURSUANT TO FRCP 7.1 AND LR 83.4**

Defendant Fifth Third Bank ("Fifth Third"), by its attorneys, Trott & Trott, P.C. makes the following disclosures pursuant to Fed.R.Civ. P. 7.1 and LR 83.4:

1. Fifth Third Bank, an Ohio banking corporiation, is a wholly-owned subsidiary of Fifth Third Financial Corporation, which is a wholly-owned subsidiary of Fifth Third Bancorp. There is no other publicly held corporation owning 10% or more of Fifth Third's stock.

2. No publicly owned corporation or affiliate not a party to this case has a substantial financial interest in the outcome of this litigation.

This Statement is valid for 90 days from execution unless the corporate ownership changes, at which time a new Statement will be executed by mortgage servicer/creditor as applicable.

Dated: 5/29/15

_____
Signature of Authorized Individual

**Brad Griffith**
**Vice President**
Print Name

_____
Title