UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN          Chapter 9
         Case No. 13-53846
    Debtor.          Hon. Steven W. Rhodes
_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3780

Claimant STATE OF MICHIGAN, by its attorneys, hereby withdraws its Proof of Claim No. 3780.

        Respectfully submitted:

        STATE OF MICHIGAN

        */s/ Steven B. Flancher*
        Steven B. Flancher (P47894)
        Assistant Attorney General
        Revenue & Collections Division
        PO Box 30754
        Lansing, MI 48909
        517-373-3203
        flanchers@michigan.gov

Dated: June 16, 2015