In re:

CITY OF DETROIT, MICHIGAN          Chapter 9
                                                 Case No. 13-53846

       Debtor.                            Hon. Steven W. Rhodes
_____/

## <u>WITHDRAWAL OF PROOF OF CLAIM NO. 3727</u>

       Claimant STATE OF MICHIGAN, by its attorneys, hereby withdraws its

Proof of Claim No. 3727.


                                           Respectfully submitted:

                                         STATE OF MICHIGAN

                                         */s/ Steven B. Flancher*
                                         Steven B. Flancher (P47894)
                                         Assistant Attorney General
                                         Revenue & Collections Division
                                         PO Box 30754
                                         Lansing, MI 48909
                                         517-373-3203
                                         flanchers@michigan.gov
Dated: June 16, 2015