UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

        Debtor.

_____/

Bankruptcy Case No. 13-53846
Honorable Thomas J. Tucker
Chapter 9

**EXHIBIT D (BLUE CROSS PLAN) IN SUPPORT OF DPLSA'S RESPONSE IN
OPPOSITION TO CITY OF DETROIT'S MOTION FOR (I) DETERMINATION
THAT THE DETROIT POLICE LIEUTENANTS AND SERGEANTS
ASSOCIATION HAS VIOLATED THE TERMS OF THE CITY OF DETROIT'S
CONFIRMED PLAN OF ADJUSTMENT AND THE ORDER CONFIRMING IT;
AND (II) ORDER (A) ENJOINING FURTHER VIOLATIONS AND
(B) REQUIRING DISMISSAL OF STATE ACTIONS [DOCKET NO. 9656]**

PART 12 OF 14

# Section 7: Definitions

**This section explains the terms used in your certificate. The terms are listed in alphabetical order.**

**Accidental Injury**
Any physical damage caused by an action, object or substance outside the body. This may include:

- Strains, sprains, cuts and bruises

- Allergic reactions caused by an outside force such as bee stings or another insect bite

- Extreme frostbite, sunburn, sunstroke

- Poisoning

- Drug overdosing

- Inhaling smoke, carbon monoxide or fumes

- Attempted suicide

- A <u>dental</u> accidental injury occurring when an external force to the lower half of the face or jaw damages or breaks sound natural teeth, periodontal structures (gums) or bone.

**Acute Care**
Medical care that requires a wide range of medical, surgical, obstetrical and/or pediatric services. It generally requires a hospital stay of less than 30 days.

**Acute Care Facility**
A facility that provides acute care. This facility primarily treats patients with conditions that require a hospital stay of less than 30 days. The facility is not used primarily for:

- Custodial, convalescent, tuberculosis or rest care

- Care of the aged or substance abusers

- Skilled nursing or other nursing care

**Administrative Costs**
Costs incurred by the organization sponsoring an approved oncology clinical trial. They may include, but are not limited to, the costs of gathering data, conducting statistical studies, meeting regulatory or contractual requirements, attending meetings or travel.

**Affiliate Cancer Center**
A health care provider that has contracted with an NCI-approved cancer center to provide treatment.

**Allogeneic (Allogenic) Transplant**
A procedure using another person's bone marrow, peripheral blood stem cells or umbilical cord to transplant into the patient. This includes syngeneic transplants.

**Ambulatory Infusion Center**
A freestanding outpatient facility that provides infusion therapy and select injections that can be safely performed in this setting.

**Ambulatory Surgery**
Elective surgery that does not require the use of extensive hospital facilities and support systems, but is not usually performed in a physician's office. Only surgical procedures identified by BCBSM as ambulatory surgery are covered.

**Ambulatory Surgery Facility**
A freestanding outpatient surgical facility offering surgery and related care that can be safely performed without the need for overnight inpatient hospital care. It is not an office of a physician or other private practice office.

**Ancillary Services**
Services such as drugs, dressings, laboratory services, physical therapy or other care that supplements the primary care the patient receives. They do not include room, board and nursing care.

**Approved Amount**
The lower of the billed charge or our maximum payment level for the covered service. Copayments and/or deductibles, which may be required of you, are subtracted from the approved amount before we make our payment.

**Approved Clinical Trial** means a Phase I, II, III or IV clinical trial that is conducted for the prevention, detection or treatment of cancer or other life-threatening disease or condition, and includes any of the following:

- A federally-funded trial, as described in the Patient Protection and Affordable Care Act

- A trial conducted under an investigational new drug application reviewed by the Federal Drug Administration

- A drug trial that is exempt from having an investigational new drug application

- A study or investigation conducted by a federal department that meets the requirements of Section 2709 of the Patient Protection and Affordable Act

**Arthrocentesis**
Surgical puncture of a joint to inject and/or withdraw fluid. When performed for temporomandibular joint (jaw joint) dysfunction, this surgery may be performed for reversible, irreversible or diagnostic purposes.

**Attending Physician**
The physician in charge of a case who exercises overall responsibility for the patient's care:

- Within a facility (such as a hospital and other inpatient facility)
- As part of a treatment program
- In a clinic or private office setting

The attending physician may be responsible for coordination of care delivery by other physicians and/or ancillary staff.

**Audiologist**
A professional who is licensed or legally qualified in the state in which services are provided to perform audiometric and other procedures to assist in the diagnosis, treatment and management of individuals with hearing loss or balance problems.

**Autologous Transplant**
A procedure using the patient's own bone marrow or peripheral blood stem cells to transplant back into the patient.

**BCBSM**
Blue Cross Blue Shield of Michigan.

**Benefit Period**
The period of time that begins five days before, and ends one year after, the organ transplant. All payable human organ transplant services, except anti-rejection drugs and other transplant related prescription drugs, must be provided during this period of time.

**Biological**
A virus, therapeutic serum, toxin, antitoxin, vaccine, blood, blood component or derivative, allergenic product, or similar product, used for the prevention, treatment, or cure of a disease or condition of human beings. FDA regulations and policies have established that biological products include blood-derived products, vaccines in vivo diagnostic allergenic products, immunoglobulin products, products containing cells or microorganisms, and most protein products.

**Birth Year**
A 12-month period of time beginning with a child's month and day of birth.

**BlueCard PPO® Program**
A program that allows Blue Cross Blue Shield PPO members to receive health care services in other states and have claims processed by the Host Plan, subject to Blue Cross and Blue Shield Association policies.

**BlueCard Worldwide® Program**
A program that provides access to a network of inpatient facilities and medical assistance services worldwide including referrals to professional providers for all Blue Cross Blue Shield of Michigan members whose claims are eligible for processing through the BlueCard Program.

**Blue Cross Plan**
Any hospital service plan approved by the Blue Cross and Blue Shield Association at the time the hospital service is furnished.

13-53846-tjt   Doc 9974-11   Filed 06/17/15   Entered 06/17/15 12:15:00   Page 4 of 14

**Blue Shield Plan**
Any <u>medical service plan</u> approved by the Blue Cross and Blue Shield Association at the time the medical service is furnished.

**Calendar Year**
A period of time beginning January 1 and ending December 31 of the same year.

**Carrier**
An insurance company providing a health care plan for its members.

**Certificate**
This book, which describes your benefit plan, **and** any riders that amend this certificate.

**Certified Nurse Midwife**
A nurse who provides some maternity, contraceptive, and other services and who:

- Is licensed as a registered nurse by the state of Michigan

- Has a specialty certification as a nurse midwife by the Michigan Board of Nursing

- Has current national certification as a midwife by an organization recognized by the Michigan Board of Nursing

**Certified Nurse Practitioner**
A nurse who provides some medical services and who:

- Is licensed as a registered nurse by the state of Michigan

- Has a specialty certification as a certified nurse practitioner by the Michigan Board of Nursing

- Meets BCBSM qualification standards

- When outside the state of Michigan, is legally qualified to perform services in the state where services are performed

**Certified Registered Nurse Anesthetist**
A nurse who provides anesthesiology services and who:

- Is licensed as a registered nurse by the state of Michigan

- Has a specialty certification as a certified registered nurse anesthetist by the Michigan Board of Nursing

- Meets BCBSM qualification standards

- When outside of the state of Michigan, is legally qualified to perform anesthesiology services in the state where the services are performed

## Chronic Condition

A condition that recurs frequently or one that may or may not have been present at birth but will last a long time, perhaps throughout the patient's life. Therapy may not help and the chronic condition may eventually result in significant disability and/or death. Arthritis and heart disease are examples of chronic diseases.

## Claim for Damages

A lawsuit against, or demand to, another person or organization for compensation for an injury to a person.

## Clinical Licensed Master's Social Worker

A clinical licensed master's social worker who provides some mental health services and who:

- Is licensed as a clinical social worker by the state of Michigan.

- Meets BCBSM qualification standards.

- When outside of the state of Michigan, is legally qualified to perform services in the state where services are performed.

## Clinical Trial

A study conducted on a group of patients to determine the effect of a treatment. For purposes of this certificate, clinical trials include:

- Phase II - a study conducted on a number of patients to determine whether the treatment has a positive effect on the disease or condition as compared to the side effects of the treatment.

- Phase III - a study conducted on a much larger group of patients to compare the results of a new treatment of a condition to the results of conventional treatment. Phase III gives an indication as to whether the new treatment leads to better, worse or no change in outcome.

## Coinsurance

The portion of the approved amount that you must pay for a covered drug or service. Your coinsurance is not altered by an audit, adjustment, or recovery. For prescription drugs, your coinsurance is not reduced by any rebate or other credit received directly or indirectly from the drug manufacturer.

## Colony Stimulating Growth Factors

Factors that stimulate the multiplication of very young blood cells.

## Congenital Condition

A condition that exists at birth.

## Contraceptive Device

A device such as, but not limited to, a diaphragm, intrauterine device or contraceptive implant designed to prevent pregnancy.

**Contraceptive Medication**
Any drug used for the express purpose of preventing pregnancy at the time of its administration.

**Contract**
This certificate and any related riders, your signed application for coverage and your BCBSM ID card.

**Contracted Area Hospital**
A BCBSM participating or in-network hospital located in the same area as a noncontracted area hospital.

**Conventional Treatment**
Treatment that has been scientifically proven to be safe and effective for treatment of the patient's condition.

**Coordination Period**
A period of time, defined by Medicare, that begins in the first month of Medicare entitlement due to ESRD and lasts for 30 months.

**Copayment**
The dollar amount that you must pay for a covered drug or service. Your copayment is not altered by an audit, adjustment, or recovery. For prescription drugs, your copayment is not reduced by any rebate or other credit received directly or indirectly from the drug manufacturer.

**Covered Services**
A health care service that is identified as payable in this certificate. Such services must be medically necessary, as defined in this certificate, and ordered or performed by a provider that is legally authorized or licensed to order or perform the service. The provider must also be appropriately credentialed or privileged, as determined by BCBSM, to order or perform the service.

**Custodial Care**
Care primarily used in helping the patient with activities of daily living or meeting personal needs. Such care includes help in walking, getting in and out of bed, and bathing, dressing and taking medicine. Custodial care can be provided safely and reasonably by people without professional skills or training.

**Deductible**
The amount that you must pay for covered services, under any certificate, before benefits are payable.

**Dental Care**
Care given to diagnose, treat, restore, fill, remove or replace teeth or the structures supporting the teeth, including changing the bite or position of the teeth.

**Designated Cancer Center**
A site approved by the National Cancer Institute as a cancer center, comprehensive cancer center, clinical cancer center or an affiliate of one of these centers. The names of the approved centers and their affiliates are available to you and your physician upon request.

**Designated Facility**
To be a covered benefit, human organ transplants must take place in a "BCBSM-designated" facility. A **designated facility** is one that BCBSM determines to be qualified to perform a specific organ transplant. We have a list of designated facilities and will make it available to you and your physician upon request.

**Designated Services**
Services that BCBSM determines only a noncontracted area hospital is equipped to provide.

**Detoxification**
The medical process of removing an intoxicating or addictive substance from the body of a person who is dependent on that substance.

**Developmental Condition**
A condition that can delay or completely stop the normal progression of speech development. Speech therapy may not help these conditions.

**Diagnostic Agents**
Substances used to diagnose rather than treat a condition or disease.

**Dialysis**
The process of cleaning wastes from the blood artificially. This job is normally done by the kidneys. If the kidneys fail, the blood must be cleaned artificially with special equipment. The two major forms of dialysis are hemodialysis and peritoneal dialysis.

**Direct Supervision**
The type of supervision that requires the supervising personnel to be in the same physical structure where the service is being performed.

**Diversional Therapy**
Planned recreational activities, such as hobbies, arts and crafts, etc., not directly related to functional therapy for a medical condition.

**Dual Entitlement**
When an individual is entitled to Medicare on the basis of both ESRD and age or disability.

**Durable Medical Equipment**
Equipment that can withstand repeated use and that is used for a medical purpose by a patient who is ill or injured. It may be used in the home.

**Effective Date**
The date your coverage begins under this contract. This date is established by BCBSM.

**Eligibility**
As used in Section 1 of this certificate under **End Stage Renal Disease**, eligibility means the member's right to Medicare coverage under Title XVIII of the Social Security Act, as amended. Otherwise, eligibility means the member's right to coverage under this certificate.

**Emergency Care**
Care to treat an accidental injury or medical emergency.

**Emergency Medical Condition**
Emergency Medical Condition is a medical condition that manifests itself by acute symptoms of sufficient severity (including severe pain) which could cause a prudent layperson with average knowledge of health and medicine to reasonably expect that the absence of immediate medical attention would result in:

- The health of the patient (or with respect to a pregnant woman, the health of the woman or her unborn child) to be in serious jeopardy, or

- Serious impairment to bodily functions, or

- Serious dysfunction of any bodily organ or part (or with respect to a pregnant woman who is having contractions, there is inadequate time for a safe transfer to another hospital before delivery or the transfer may pose a threat to the health and safety of the woman or unborn child)

**Emergency Services**
Emergency Services include medical screening exams (as required under Section 1167 of the Social Security Act) that are within the capability of an emergency room department of a hospital, and include ancillary services routinely available in a hospital's emergency room to evaluate an emergency medical condition. They also include, within the capabilities of the staff and facilities available at the hospital, additional medical exams and treatment (as required under Section 1867 of the Social Security Act) to stabilize the patient.

**End Stage Renal Disease (ESRD)**
Chronic, irreversible kidney failure that requires a regular course of dialysis or a kidney transplant as verified by a medical evidence report (defined in this section) or a provider bill that contains a diagnosis of chronic renal (kidney) failure.

**Enrollment Date**
The first date of coverage or, if there is a new hire waiting period, the first day of the waiting period.

**Entitlement (or Entitled)**
The member's right to receive Medicare benefits once the member has met the eligibility requirements to qualify for Medicare coverage, has filed a valid application for benefits, and has met any applicable waiting period requirements.

**Evaluation**
An evaluation must include a review of the member's clinical history and examination of the member. Based on the member's needs, as determined by the BCBSM-approved treatment center, an evaluation may also include cognitive assessment, audiologic evaluation, a communication assessment, assessment by an occupational or physical therapist and lead screening.

**Exclusions**
Situations, conditions, or services that are not covered by the subscriber's contract.

**Experimental Treatment**
Treatment that has not been scientifically proven to be as safe and effective for treatment of the patient's conditions as conventional treatment. Sometimes it is referred to as "investigational" or "experimental services."

**Facility**
A hospital or clinic that offers acute care or specialized treatment, such as substance abuse treatment, rehabilitation treatment, skilled nursing care or physical therapy.

**Fecal Occult Blood Screening**
A laboratory test to detect blood in feces or stool.

**Federal Food and Drug Administration (FDA)**
An agency of the U.S. Department of Health and Human Services that is responsible for protecting the public health by assuring the safety, efficacy and security of human drugs.

**First Degree Relative**
An immediate family member who is directly related to the patient: either a parent, sibling or child.

**First Priority Security Interest**
The right to be paid before any other person from any money or other valuable consideration recovered by:

- Judgment or settlement of a legal action

- Settlement not due to legal action

- Undisputed payment

- This right may be invoked without regard for:

- Whether plaintiff's recovery is partial or complete

- Who holds the recovery

- Where the recovery is held

**Flexible Sigmoidoscopy**
A visual examination of the lower portion of the colon through the rectum, using a flexible instrument called a sigmoidoscope.

**Freestanding Outpatient Physical Therapy Facility**
An independently owned and operated facility, separate from a hospital, which provides outpatient physical therapy services and occupational therapy or speech and language pathology services.

**Group**
A collection of subscribers under one contract. Generally, all members of a group are employed by the same employer. One employer, however, may have different segments or categories of employees working for the same employer. A group can also include participants of a trust fund that has been established to purchase health care coverage pursuant to collective bargaining agreements.

**Gynecological Examination**
A history and physical examination of the female genital tract.

**Hazardous Medical Condition**
The dangerous state of health of a patient who is at risk for loss, harm, injury or death.

**Health Maintenance Examination**
A comprehensive history and physical examination including blood pressure measurement, skin examination for malignancy, breast examination, testicular examination, rectal examination and health counseling regarding potential risk factors.

**Hematopoietic Transplant**
A transplant of bone marrow, peripheral blood stem cells or umbilical cord blood.

**Hemodialysis**
The use of a machine to clean wastes from the blood after the kidneys have failed.

**High-Dose Chemotherapy**
A procedure in which patients are given cell destroying drugs in doses higher than those used in conventional therapy. Stem cell replacement is required after high-dose chemotherapy is given.

**High-Risk Patient**
An individual who has an increased risk of mortality or morbidity according to standard criteria recognized by the oncology community.

**HLA Genetic Markers**
Specific chemical groupings that are part of many body cells, including white blood cells. Called human leukocyte antigens, these chemical groupings are inherited from each parent and are used to detect the constitutional similarity of one person to another. Close (or the degree of) identity is determined by tests using serologic (test tube) methods and/or molecular (DNA fingerprinting) techniques. An HLA identical match occurs when the six clinically important markers of the donor are identical to those of the patient.

**Home Health Care Agency**
An organization that is primarily engaged in providing skilled nursing services and other therapeutic services in the patient's home.

**Hospice**
A public agency, private organization or subdivision of either, which primarily provides care for terminally ill persons.

**Hospital**
A facility that:

- Provides inpatient diagnostic, therapeutic and surgical services for injured or acutely ill persons on a 24-hour per day basis **and**

- Is fully licensed and certified as a hospital, as required by all applicable laws **and**

- Complies with all applicable national certification and accreditation standards

Hospital services must be provided by or under the supervision of a professional staff of licensed physicians, surgeons and registered nurses.

 A facility that provides specialized services that does not meet all of the above requirements does not qualify as a hospital under this certificate, regardless of its affiliation with any hospital that does meet the above requirements. Such facilities include but are not limited to the following:

  - Facilities that provide custodial, convalescent, pulmonary tuberculosis, rest or domiciliary care

  - Facilities that serve as institutions for exceptional children or for the treatment of the aged or of substance abusers

  - Skilled nursing facilities or other nursing care facilities

**Hospital privileges**
Permission granted by a hospital to allow accredited professional providers on the hospital's medical staff to perform certain services at that hospital.

**Host Blue**
See definition of "Host Plan."

**Host Plan**
A Blue Cross and/or Blue Shield plan outside of Michigan that participates in the BlueCard PPO Program and processes claims for services that you receive in that state. Sometimes referred to as Host Blue.

13-53846-tjt   Doc 9974-11   Filed 06/17/15   Entered 06/17/15 12:15:00   Page 12 of 14

### Independent Occupational Therapist
An occupational therapist who provides some occupational therapy services and who:

- Is licensed as an occupational therapist by the state of Michigan

- Meets BCBSM qualification standards

- When outside the state of Michigan, is legally qualified to perform services in the state where services are performed.

### In-network Providers
Hospitals, physicians and other licensed facilities or health care professionals who provide services through this PPO program. In-network providers have agreed to accept BCBSM's approved amount as payment in full for covered services provided under this PPO program.

### Independent Physical Therapist
A physical therapist who provides some physical therapy services and who:

- Is licensed as a physical therapist by the state of Michigan

- Meets BCBSM qualification standards

- When outside the state of Michigan, is legally qualified to perform services in the state where services are performed.

### Independent Speech-Language Pathologist
A speech-language pathologist who provides some speech-language therapy services and who:

- Is licensed as a speech-language pathologist by the state of Michigan. If the state of Michigan has not released license applications or has not issued licenses, then a Certificate of Clinical Competence from the American Speech and Hearing Association is an acceptable alternative until the state issues licenses.

- Meets BCBSM qualification standards

- When outside the state of Michigan, is legally qualified to perform services in the state where services are performed.

### Infusion Therapy
The continuous, slow administration of a controlled drug, nutrient, antibiotic or other fluid into a vein or other tissue on a daily, weekly or monthly basis, depending on the condition being treated and type of therapy.

### Injectable Drugs
Payable drugs that are ordered or furnished by a physician and administered by the physician or under the physician's supervision.

## Irreversible Treatment

Refers to medical and/or dental treatment of temporomandibular joint (jaw joint) dysfunction.

- The treatment is to the mouth, teeth, jaw, jaw joint, skull, and the complex of muscles and nerves, including blood vessels and tissues related to the jaw joint.

- The treatment is intended to cause permanent change to a person's bite or position of the jaws.

- The treatment includes, but is not limited to:

  - Crowns, inlays, caps, restorations and grinding

  - Orthodontics, such as braces, orthopedic repositioning and traction

  - Installation of removable or fixed appliances such as dentures, partial dentures or bridges

  - Surgery directly to the jaw joint and related anesthesia services

  - Arthrocentesis

## Jaw Joint Disorders

These include, but are not limited to:

- Skeletal defects of the jaws or problems with the bite that cause pain and inability to move the jaw properly
- Muscle tension, muscle spasms, or problems with the nerves, blood vessels or tissues related to the jaw joint that cause pain and inability to move the jaw properly
- Defects within the temporomandibular joint (jaw joint) that cause pain and an inability to move the jaw properly

## Lien

A first priority security interest in any money or other valuable consideration recovered by judgment, settlement or otherwise up to the amount of benefits, costs and legal fees BCBSM paid as a result of the plaintiff's injuries.

## Life-threatening Condition

Any disease or condition from which the likelihood of death is probable unless the course of the disease of condition is interrupted.

## Lobar Lung

A portion of a lung from a cadaver or living donor.

## Long-Term Acute Care Hospital

A specialty hospital that focuses on treating patients requiring extended intensive care; meets BCBSM qualification standards and is certified by Medicare as an LTACH.