UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.

Bankruptcy Case No. 13-53846
Honorable Thomas J. Tucker
Chapter 9

_____/

**EXHIBIT D (BLUE CROSS PLAN) IN SUPPORT OF DPLSA'S RESPONSE IN OPPOSITION TO CITY OF DETROIT'S MOTION FOR (I) DETERMINATION THAT THE DETROIT POLICE LIEUTENANTS AND SERGEANTS ASSOCIATION HAS VIOLATED THE TERMS OF THE CITY OF DETROIT'S CONFIRMED PLAN OF ADJUSTMENT AND THE ORDER CONFIRMING IT; AND (II) ORDER (A) ENJOINING FURTHER VIOLATIONS AND (B) REQUIRING DISMISSAL OF STATE ACTIONS [DOCKET NO. 9656]**

PART 13 OF 14

**Mammogram**
A low dose X-ray of the breast, two views per breast. The radiation machine must be state-authorized and specifically designed and used to perform mammography.

**Mandibular Orthotic Reposition Device**
An appliance used in the treatment of temporomandibular joint dysfunction.

**Maternity Care**
Hospital and professional services for any condition due to pregnancy except ectopic (tubal) pregnancy.

**Maxillofacial Prosthesis**
A custom-made replacement of a missing part of the face or mouth such as an artificial eye, ear, nose or an obturator to close a cleft. Excludes replacement of teeth or appliances to support teeth.

**Medical Emergency**
A condition that occurs suddenly and unexpectedly. This condition could result in serious bodily harm or threaten life unless treated immediately. This is not a condition caused by an accidental injury.

**Medical Evidence Report**
A form required by the Centers for Medicare and Medicaid Services that a physician must complete and submit for each ESRD patient beginning dialysis.

**Medically Necessary**
A service must be medically necessary to be covered. There are three definitions: one applies to professional providers (M.D.s, D.O.s, podiatrists, chiropractors, fully licensed psychologists and oral surgeons); another applies to hospitals and LTACHs; and a third applies to other providers.

- Medical necessity for payment of professional provider services:

  Health care services that a professional provider, exercising prudent clinical judgment, would provide to a patient for the purpose of preventing, evaluating, diagnosing or treating an illness, injury, disease or its symptoms, and that are:

  – In accordance with generally accepted standards of medical practice;

  – Clinically appropriate, in terms of type, frequency, extent, site and duration, and considered effective for the member's illness, injury or disease and

  – Not primarily for the convenience of the member, professional provider, or other health care provider, and not more costly than an alternative service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of that member's illness, injury or disease.

Section 7: Definitions

**Medically Necessary** (continued)



"Generally accepted standards of medical practice" means standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, physician or provider society recommendations and the views of physicians or providers practicing in relevant clinical areas and any other relevant factors.

- **Medical necessity for payment of services of other providers:**

Determination by physicians acting for BCBSM, based on criteria and guidelines developed by physicians for BCBSM who are acting for their respective provider type or medical specialty, that:

- The covered service is accepted as necessary and appropriate for the patient's condition. It is not mainly for the convenience of the member or physician.

- In the case of diagnostic testing, the results are essential to and are used in the diagnosis or management of the patient's condition.



**In the absence of established criteria, medical necessity will be determined by physicians according to accepted standards and practices.**

- **Medical necessity for payment of hospital and LTACH services:**

Determination by BCBSM that allows for the payment of covered hospital services when all of the following conditions are met:

- The covered service is for the treatment, diagnosis or symptoms of an injury, condition or disease.

- The service, treatment, or supply is **appropriate** for the symptoms and is consistent with the diagnosis.

  - **Appropriate** means that the type, level and length of care, treatment or supply and setting are needed to provide safe and adequate care and treatment.

    - For inpatient hospital stays, acute care as an inpatient must be necessitated by the patient's condition because safe and adequate care cannot be received as an outpatient or in a less intensified medical setting.

- The service is not mainly for the convenience of the member or health care provider.

- The treatment is not generally regarded as experimental by BCBSM.

- The treatment is not determined to be medically inappropriate by the Utilization Quality and Health Management Programs (applies only to hospitals, not to LTACHs).

**Member**
Any person eligible for health care services under this certificate on the date the services are rendered. This means the subscriber and any eligible dependent listed on the application. The member is the "patient" when receiving covered drugs or services.

**Network Providers**
Also called "in-network providers" See the definition of "In-network Providers" on Page **145**.

**Noncontracted Area Hospital**
A BCBSM nonparticipating and out-of-network hospital located in an area defined by BCBSM.

**Nonparticipating Hospital**
A hospital that has not signed a participation agreement with BCBSM to accept our approved amount as payment in full.

**Nonparticipating Providers**
Physicians and other health care professionals, or hospitals and other facilities or programs that have not signed a participation agreement with BCBSM to accept the approved amount as payment in full. Some nonparticipating providers, however, may agree to accept the approved amount on a per claim basis.

**Occupational Therapy**
A rehabilitative service that uses specific activities and methods. The therapist is responsible for involving the patient in specific therapeutic tasks and activities to:

- Develop, improve, retain or restore the performance of necessary neuromusculoskeletal functions affected by an illness or injury or following surgery

- Help the patient learn to apply the newly restored or improved function to meet the demands of daily living, or

- Design and use splints, ortheses (such as universal cuffs and braces) and adaptive devices (such as door openers, shower chairs, large-handle eating utensils, lap trays and raised toilet seats)

**Off-Label**
The use of a drug or device for clinical indications other than those stated in the labeling approved by the Federal Food and Drug Administration.

**Orthopedic Shoes**
Orthopedic shoes are prescribed by a physician or certified nurse practitioner to support or correct the bones, joints, muscles, tendons and ligaments of a weak or deformed foot.

- 
**Orthotic Device**
An appliance worn outside the body to correct a body defect of form or function.

**Out-of-Area Hospital**
A BCBSM in-network or participating hospital that is more than 75 miles from a noncontracted area hospital. It is not in the same area as a contracted or noncontracted area hospital.

**Out-of-Area Services**
Services available to members living or traveling outside a health plan's service area.

**Out-of-network Providers**
Hospitals, physicians and other licensed facilities or health care professionals who have not signed an agreement to provide services under this PPO program.

**Outpatient Mental Health Facility**
A facility that provides outpatient mental health services. It must have a participating agreement with BCBSM. Sometimes referred to as an outpatient psychiatric care facility (OPC), it may include centers for mental health care such as clinics and community mental health centers, as defined in the Federal Community Mental Health Centers Act of 1963, as amended. The facility may or may not be affiliated with a hospital.

**Outpatient Substance Abuse Treatment Program**
A program that provides medical and other services on an outpatient basis specifically for substance abusers.

**Pap Smear**
A method used to detect abnormal conditions, including cancer of the female genital tract.

**Partial Liver**
A portion of the liver taken from a cadaver or living donor.

**Participating Hospital**
A hospital that has signed a participation agreement with BCBSM to accept our approved amount as payment in full. Copayments or deductibles, which may be required of you, are subtracted from the approved amount before we make our payment.

**Participating PPO Provider**
A provider who participates with the Host Plan's PPO.

**Participating Providers**
Physicians and other health care professionals, or hospitals and other facilities or programs that have signed a participation agreement with BCBSM to accept the approved amount as payment in full. Copayments and/or deductibles, which may be required of you, are subtracted from the approved amount before we make our payment.

**Patient**
The subscriber or eligible dependent that is awaiting or receiving medical care, treatment or covered drugs.

**Per Claim Participation**
Available to some nonparticipating providers when they elect to accept the approved amount for specific covered services as payment in full.

**Period of Crisis**
A period during which a patient requires continuous care (primarily nursing care) to alleviate or manage acute medical symptoms.

**Peripheral Blood Stem Cell Transplant**
A procedure in which blood stem cells are obtained by pheresis and infused into the patient's circulation.

**Peritoneal Dialysis**
Removal of wastes from the body by perfusion of a chemical solution through the abdomen.

**Pheresis**
Removal of blood from the donor or patient in order to separate and retain specific components of the blood (red cells, white cells, platelets and stem cells).

**Physical Therapist**
A physical therapist who provides some physical therapy services and who is licensed as a physical therapist by the state of Michigan.

**Physical Therapy**
The use of specific activities or methods to treat disability when there is a loss of neuromusculoskeletal functions due to an illness or injury, or following surgery. Treatments include exercise and therapy of the patient's specific muscles or joints to keep, learn, retain or improve:

- Muscle strength
- Joint motion
- Coordination
- General mobility

**Physician**
A doctor of medicine, osteopathy, podiatry, chiropractic or an oral surgeon. Physicians may also be referred to as "practitioners."

**Plaintiff**
The person who brings the lawsuit or claim for damages. The plaintiff may be the injured party or a representative of the injured party.

Section 7: Definitions

**Practitioner**
A physician (a doctor of medicine, osteopathy, podiatry, or chiropractic) or a professional provider (a doctor of medicine, osteopathy, podiatrist, chiropractor, fully licensed psychologist, clinical licensed master's social worker or oral surgeon) or other professional provider who participates with BCBSM or who is in a BCBSM PPO network. Practitioner may also be referred to as "participating" or "in-network" provider.

**Preapproval**
A process that allows you or your provider to know if we will cover proposed services before you receive them. If preapproval is not obtained **before** you receive certain services described in this rider, they will not be covered.

**Preferred Provider Organization (PPO)**
A limited group of health care providers or pharmacies who have agreed to provide covered drugs or services to BCBSM members enrolled in the PPO program. These providers or pharmacies accept the approved amount as payment in full for covered drugs or services.

**Presurgical Consultation**
A consultation that allows a member to get an additional opinion from a physician who is a **doctor of medicine, osteopathy, podiatry or an oral surgeon** when surgery is recommended.

**Primary Payer**
The health care coverage plan that pays first when you are provided benefits by more than one carrier. (For example, you may have BCBSM group coverage and Medicare.)

**Primary Plan**
The health care plan obligated to pay for services before any other health care plan that covers the member or patient.

**Prior Authorization Process**
A process occurring before treatment is rendered in which a BCBSM nurse or case manager (or a BCBSM delegate/representative) approves all applied behavior analysis services. A request for continued services will be authorized contingent on the member meeting a mutually agreed upon (between BCBSM and the board certified behavior analyst) demonstration of measurable improvement and therapeutic progress, which can typically occur at three, six, or nine month intervals or at other mutually agreed upon intervals after the onset of treatment.

**Professional Provider**
One of the following:

- Doctor of Medicine (M.D.)
- Doctor of Osteopathy (D.O.)
- Podiatrist
- Chiropractor
- Fully licensed psychologist
- Clinical licensed master's social worker
- Oral surgeon
- Board certified behavior analyst
- Other providers as identified by BCBSM

Professional providers may also be referred to as "practitioners."

**Prosthetic Device**
An artificial appliance that:

- Replaces all or part of a body part or

- Replaces all or part of the functions of a permanently disabled or poorly functioning body organ

**Provider**
A person (such as a physician) or a facility (such as a hospital) that provides services or supplies related to medical care or a pharmacy legally licensed to dispense drugs.

**Provider-Delivered Care Management (PDCM)**
A program that enables patients to receive care management from a trained clinical care manager in collaboration with, and coordinated by, your primary care physician.

**Psychiatric Day Treatment**
Treatment for mental or emotional disorders given to a patient who lives at home and goes to a facility for each day of treatment.

**Psychiatric Night Treatment**
Treatment for mental or emotional disorders given to a patient who lives at home, but goes to a facility at night for treatment and is given meals and a bed.

**Psychologist**
A practitioner of clinical psychology, counseling or guidance, who is fully licensed and certified by the state of Michigan or by the state where you receive services. Where there are no certification or licensure requirements, the psychologist must be recognized by the appropriate professional society.

## Section 7: Definitions

**Purging**
A process that attempts to remove abnormal cells from a blood or bone marrow sample so that a clean sample with only normal blood producing cells is obtained.

**Qualified Beneficiary**
Persons eligible for continued group coverage under COBRA. This includes the employee, spouse and children (including those born to, or placed for adoption with, the employee during the period of COBRA coverage).

**Qualified Individual**
An individual eligible for coverage under this certificate who participates in an approved clinical trial according to the trial protocol for treatment of cancer or other life-threatening disease or condition and either:

- The referring provider participates in the trial and has concluded that the individual's participation in it would be appropriate because the individual meets the trial's protocol, or

- The individual provides medical and scientific information establishing that the individual's participation in the trial would be appropriate because he/she meets the trial's protocols

**Qualifying Event**
One of the following events that allows a qualified beneficiary to receive COBRA coverage:

- Termination of employment, other than for gross misconduct, or reduction of hours

- Death of the employee

- Divorce

- Loss of dependent status due to age, marriage, change in student status, etc.

- The employee becomes entitled to coverage under Medicare

**Radiology Services**
These include X-ray exams, radium, radon, cobalt therapy, ultrasound testing, radioisotopes, computerized axial tomography scans, magnetic resonance imaging scans and positron emission tomography scans.

**Refractory Patient**
An individual who does not achieve clinical disappearance of the disease after standard therapy.

**Registered Provider**
A participating or nonparticipating provider (or in-network or out-of-network PPO provider) that has the qualifications to meet BCBSM's provider enrollment and credentialing standards.

**Relapse**
When a disease recurs after a period of time following therapy. This period of time is defined by evidence-based literature pertaining to the patient's condition.

**Remitting Agent**
Any individual or organization that has agreed, on behalf of the subscriber, to:

- Collect or deduct premiums from wages or other sums owed to the subscriber and

- Pay the subscriber's BCBSM bill

**Rescission**
The cancellation of coverage that dates back to the effective date of the member's contract and voids coverage during this time.

**Research Management**
Services, such as diagnostic tests, which are performed solely to support the sponsoring organization's research. They are not necessary for treating the patient's condition.

**Residential Psychiatric Treatment Facility**
A facility that provides residents with 24-hour mental health care and treatment, 7 days a week. The facility must participate with BCBSM (if located in Michigan) or with its local Blue Cross/Blue Shield plan (if located outside of Michigan).

**Residential Substance Abuse Treatment Program**
A program that provides medical and other services specifically for substance abusers in a facility that operates 24 hours a day, seven days a week. Treatment in a residential program is sometimes called "intermediate care."

**Respite Care**
Relief to family members or other persons caring for terminally ill persons at home.

**Reversible Treatment**
Refers to medical and/or dental treatment of temporomandibular joint (jaw joint) dysfunction.

- The treatment is to the mouth, teeth, jaw, jaw joint, skull, and the complex of muscles and nerves, including blood vessels and tissues related to the jaw joint.

- This treatment is **not** intended to cause permanent change to a person's bite or position of the jaws.

- This treatment is designed to manage the patient's symptoms. It can include, but is not limited to, the following services:

    - Arthrocentesis
    - Physical therapy (see Page 66 for physical therapy services)
    - Reversible appliance therapy (mandibular orthotic repositioning)

## Section 7: Definitions

**Rider**
A document that changes a certificate by adding, limiting, deleting or clarifying benefits.

**Right of Recovery**
The right of BCBSM to make a claim against you, your dependents or representatives if you or they have received funds from another party responsible for benefits paid by BCBSM.

**Routine Patient Costs** means all items and services related to an approved clinical trial if they are covered under this certificate (or any riders that amend it) for members who are not participants in an approved clinical trial. They do not include:

- The investigational item, device, or service itself

- Items and services provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the patient, or

- A service that is clearly inconsistent with widely accepted and established standards of care for a particular diagnosis.

**Sanctioned Prescriber**
Any provider who has been disciplined under Section 1128 and Section 1902(a)(39) of the Social Security Act; excluded or suspended from participation in Medicare or Medicaid; whose license to issue prescriptions has been revoked or suspended by any state licensing board; or whose prescribing habits have been determined by BCBSM to deviate significantly from established standards of medical necessity.

**Screening Services**
Procedures or tests ordered for a patient (or for almost all patients of a particular class or group) that are not directly related to the diagnosis or treatment of a specific disease or injury. For example, tests routinely performed as part of a physical are considered screening services.

**Secondary Plan**
The health care plan obligated to pay for services after the primary plan has paid for services.

**Self-Dialysis Training**
Teaching a member to conduct dialysis on himself or herself.

**Semiprivate Room**
A hospital room with two beds.

**Service Area**
The geographic area in which BCBSM is authorized to use the Blue Cross and Blue Shield name and service marks.

 BCBSM may contract with providers in areas contiguous with the state of Michigan. These providers' claims will not be subject to BlueCard rules.

**Services**
Surgery, care, treatment, supplies, devices, drugs or equipment given by a health care provider to diagnose or treat a disease, injury, condition or pregnancy.

**Skilled Care**
A level of care that can be given only by a licensed nurse to ensure the medical safety of the patient and the desired medical result. Such care must be:

- Ordered by the attending physician

- Medically necessary according to generally accepted standards of medical practice

- Provided by a registered nurse or a licensed practical nurse supervised by a registered nurse or physician

**Skilled Nursing Facility**
A facility that provides continuous skilled nursing and other health care services by or under the supervision of a physician and a registered nurse.

**Small Bowel Transplant**
A procedure in which the patient's small intestine is removed and replaced with the small intestine of a cadaver.

**Special Foods for Metabolic Disease**
Special medical foods that are formulated for the dietary treatment of an inherited metabolic disease. The nutritional requirements of the patient are established by medical evaluation and the diet is administered under the supervision of a physician. These formulations are exempt from the general requirements for nutritional labeling under the statutory and regulatory guidelines of the Federal Food and Drug Administration.

Special infant formulas are liquid feedings used for the treatment of inherited metabolic diseases. These formulas can provide up to 85 percent of the protein, vitamin and mineral needs of an infant.

A low-protein modified food product is one specially formulated to provide less than one gram of protein per serving. It is intended to be used under the direction of a physician for the dietary treatment of an inherited metabolic disease, but does not include a food that is naturally low in protein.

**Specialty Hospitals**
Hospitals that treat specific diseases, such as mental illness.

## Section 7: Definitions

**Specialty Pharmaceuticals**
Biotech drugs, including high-cost infused, injectable, oral and other drugs related to specialty disease categories or other categories. BCBSM determines which specific drugs are payable. This may include vaccines and chemotherapy drugs used in the treatment of cancer, but excludes injectable insulin. **Select specialty pharmaceuticals require preauthorization from BCBSM.**

Examples of specialty pharmaceuticals include, but are not limited to, the following:

- Drugs administered by infusion therapy providers

- Drugs administered in the office by health care practitioners

- Certain drugs to treat highly complex disorders, such as multiple sclerosis, lupus and immune deficiency

- Chemotherapy specialty pharmaceuticals dispensed at the pharmacy and self-administered, or administered by a health care practitioner at an approved facility or a physician's office



BCBSM will cover these drugs under the certificate that applies to the benefit. For example, drugs administered in the office by a health care practitioner are covered under the certificate that applies to your medical benefits.

**Specialty Pharmacy**
Companies that specialize in specialty pharmaceuticals and the associated clinical management support.

**Speech and Language Pathology Services**
Rehabilitative services that use specific activities or methods to treat speech, language or voice impairment due to an illness, injury or following surgery.

**Spouse**
An individual who is legally married to the subscriber and meets the group's eligibility requirements.

**Stabilize**
Stabilize, with respect to an emergency medical condition, means that no material deterioration of the condition is likely, within reasonable medical
probability, to result from or occur during the transfer of the patient from a facility (or with respect to a woman who is having contractions, to deliver the child (including the placenta)).

**Stem Cells**
Primitive blood cells originating in the marrow, but also found in small quantities in the blood. These cells develop into mature blood components including red cells, white cells and platelets.

158    COMMUNITY BLUE ASC
13-53846-tjt    Doc 9974-12    Filed 06/17/15    Entered 06/17/15 12:15:00    Page 13 of 16

**Subrogation**
The assumption by BCBSM of your right, or the right of your dependents or representatives, to make a legal claim against or to receive money or other valuable consideration from another person, insurance company or organization.

**Subscriber**
The person who signed and submitted the application for coverage.

**Substance Abuse**
Taking alcohol or other drugs in amounts that can:

- Harm a person's physical, mental, social and economic well-being

- Cause a person to lose self-control as reflected by alterations of thought, mood, cognition, or behavior

- Endanger the safety or welfare of self or others because of the substance's habitual influence on the person.

Substance abuse is alcohol or drug abuse or dependence as classified in the most current edition of the "International Classification of Diseases."

 Tobacco addictions are included in this definition.

**Substance Abuse Treatment Program Services**
Subacute services to restore a person's mental and physical well-being when the person is a substance abuser. Services must be provided and billed by an approved residential or outpatient substance abuse treatment program.

**Syngeneic Transplant**
A procedure using bone marrow, peripheral blood stem cells or umbilical cord blood from a patient's identical twin to transplant into the patient.

**Tandem Transplant**
A procedure in which the patient is given chemotherapy followed by a blood stem cell (peripheral or umbilical cord blood) transplant or bone marrow transplant, and if the patient's cancer has not progressed, a second round of chemotherapy followed by a blood stem cell or bone marrow transplant. The second round of chemotherapy and transplant is usually performed within six months of the first transplant and if not, it must be approved by BCBSM. Tandem transplants are also referred to as dual transplants or sequential transplants. A tandem transplant is considered to be one transplant.

**T-Cell Depleted Infusion**
A procedure in which T-Cells (immunocompetent lymphocytes) are eliminated from peripheral blood stem cells, bone marrow or umbilical cord blood.

## Section 7: Definitions

### Technical Surgical Assistance
Professional active assistance given to the operating physician during surgery by another physician not in charge of the case.

> **NOTE** Professional active assistance requires direct physical contact with the patient.

### Terminally Ill
A state of illness causing a person's life expectancy to be 12 months or less according to a medically justified opinion.

### Therapeutic Shoes
Therapeutic or diabetic shoes are prescribed by a physician or certified nurse practitioner and are either "off-the-shelf" or custom-molded shoes which assist in protecting the diabetic foot.

### Total Body Irradiation
A procedure that exposes most of the body to ionizing radiation to produce an anti-tumor effect that helps prevent rejection of a bone marrow, peripheral blood stem cell or umbilical cord blood transplant.

### Treatment Plan
A written plan that describes the goals, expected outcomes, type and limited duration of services to be provided to the member under the case management program. The treatment plan may include medically necessary services that BCBSM determines should be covered because of the member's condition as specified in the plan, even if those services are not covered under the patient's hospital and professional certificates. (Such services are referred to as non-contractual services.) All services described in the treatment plan must be ordered by the member's physician. Because plans that include non-contractual services are a binding contract between the member and BCBSM, they must be signed by the member (or representative) and the BCBSM case manager.

### Urgent Care
Walk-in care needed for an unexpected illness or injury that requires immediate treatment to prevent long-term harm. Urgent care centers are not the same as emergency rooms or doctors' offices.

### Valid Application
An application for Medicare benefits filed by a member with ESRD according to the rules established by Medicare.

### Voluntary Sterilization
Sterilization that is not medically necessary according to generally accepted standards of medical practice and is performed strictly at the request of the patient.

**Waiting Period**
Defined by Medicare as the period of time (up to three months) before a member with ESRD, who has begun a regular course of dialysis, becomes entitled to Medicare. Entitlement begins on the first day of the fourth month of dialysis, provided the member files a valid application for Medicare.

**Ward**
A hospital room with three or more beds.

**We, Us, Our**
Used when referring to Blue Cross Blue Shield of Michigan.

**Well-Baby Care**
Services provided in a physician's office to monitor the health and growth of a healthy child.

**Working Aged**
Employed individuals age 65 or over, and individuals age 65 or over with employed spouses of any age, who have group health plan coverage by reason of their own or their spouse's current employment.

**Working Disabled**
Disabled individuals under age 65 who have successfully returned to work but continue to have a disabling impairment.

**You and Your**
Used when referring to any person covered under the subscriber's contract.