UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.

Bankruptcy Case No. 13-53846
Honorable Thomas J. Tucker
Chapter 9

_____/

**EXHIBIT D (BLUE CROSS PLAN) IN SUPPORT OF DPLSA'S RESPONSE IN OPPOSITION TO CITY OF DETROIT'S MOTION FOR (I) DETERMINATION THAT THE DETROIT POLICE LIEUTENANTS AND SERGEANTS ASSOCIATION HAS VIOLATED THE TERMS OF THE CITY OF DETROIT'S CONFIRMED PLAN OF ADJUSTMENT AND THE ORDER CONFIRMING IT; AND (II) ORDER (A) ENJOINING FURTHER VIOLATIONS AND (B) REQUIRING DISMISSAL OF STATE ACTIONS [DOCKET NO. 9656]**

PART 14 OF 14

# Section 8: Other Information You Should Know About Your Coverage

Blue Cross Blue Shield of Michigan wants you to be satisfied with the services you receive as a member. If you have a question or concern about how we processed your claim or request for benefits, we encourage you to contact Customer Service. The telephone number can be found on the back of your Blues ID and the top right hand corner of your Explanation of Benefit Payments statements.

## *Grievance Process*

We have a formal grievance and appeals process if you are unable to resolve your concerns through Customer Service, or wish to contest an adverse benefit decision.

An adverse benefit determination is a denial, reduction, termination of, or a failure to provide or make payment (in whole or in part) for, a benefit, including any such denial, reduction, termination, or failure to provide or make payment that is based on a determination of a participant's or beneficiary's eligibility to participate in a plan, and including, with respect to group health plans, a denial, reduction, or termination of, or a failure to provide or make payment (in whole or in part) for, a benefit resulting from the application of any utilization review, as well as a failure to cover an item or service for which benefits are otherwise provided because it is determined to be experimental or investigational or not medically necessary or appropriate.

If you choose to file a grievance or appeal:

- You will not incur additional charges for filing a grievance or appeal, and you may submit written materials or testimony to help us in our review at any step of the grievance or appeals process.

- You may authorize another person, including your physician, to act on your behalf at any stage in the standard internal grievance procedure. Your authorization needs to be in writing. Please call the customer service number on the back of your Blues ID and ask for a Designation of Authorized Representative and Release of Information form. Complete it and send it with your appeal.

- Although we have 35 days to give you our final determination, you have the right to allow us additional time if you wish.

- You may obtain copies of information relating to our denial, reduction or termination of coverage for a health care service free of charge.

The grievance and appeals process begins with an internal review by BCBSM. Once you have exhausted your internal options, you have the right to a review by the Michigan Department of Insurance and Financial Services.

**Standard Internal Grievance Process**
You or your authorized representative must send us a written statement explaining why you disagree with our determination on your request for benefits or payment.

**Grievance Process** (continued)

**Standard Internal Grievance Process** (continued)

Mail your written grievance to:
  Appeals Unit
  Blue Cross Blue Shield of Michigan
  P.O. Box 2459
  Detroit, MI 48231-2459

Once we receive your grievance, we will contact you to conduct or schedule a conference. That will be your opportunity to provide us with any additional information or testimony you want us to consider in reviewing your claim. You can ask that the conference be conducted in person or over the telephone. If in person, the conference can be held at our headquarters in Detroit, during regular business hours. Our written resolution will be our final determination regarding your grievance.

If you disagree with our final determination, or if we fail to provide it to you within 35 days of the date we received your original written grievance, you may request an external review from the Michigan Department of Insurance and Financial Services.

**Standard External Review Process**
Once you have exhausted our standard internal grievance process, you or your authorized representative may request an external review from the Director of Financial and Insurance Services.

The standard external review process is as follows:

1. Within 60 days of the date you received our final determination, or should have received it, send a written request for an external review to the Director. Mail your request, including the required forms that we will supply to you, to:

   Department of Insurance and Financial Services
   Office of General Counsel
   Health Care Appeals Section
   P.O. Box 30220
   Lansing, MI 48909-7720

2. If your request for external review concerns a medical issue and is otherwise found to be appropriate for external review, the Director will assign an independent review organization, consisting of independent clinical peer reviewers, to conduct the external review.

   – You will have an opportunity to provide additional information to the Director within seven days of submitting your request for an external review. We must provide documents and information considered in making our final determination to the independent review organization within seven business days after we receive notice of your request from the Director.

   – The assigned independent review organization will recommend within 14 days whether the Director should uphold or reverse our determination. The Director must decide within seven business days whether or not to accept the recommendation and will notify you. The Director's decision is the final administrative remedy under the Patient's Right to

## Section 8: Other Information You Should Know About Your Coverage

Independent Review Act of 2000.

**Grievance Process** (continued)

**Standard External Grievance Process** (continued)

If your request for external review is related to nonmedical issues and is otherwise found to be appropriate for external review, the Director's staff will conduct the external review.

The Director's staff will recommend whether the Director should uphold or reverse our determination. The Director will notify you of the decision, and the Director's decision is your final administrative remedy.

**Expedited Internal Grievance**
If a physician substantiates (either orally or in writing) that adhering to the timeframe for the standard internal grievance process would seriously jeopardize your life or health, or would jeopardize your ability to regain maximum function, you may file a request for an expedited internal grievance.

You may file a request for an expedited internal grievance only when you think that we have wrongfully denied, terminated or reduced coverage for a health care service prior to your having received that health care service, or if you believe we have failed to respond in a timely manner to a request for benefits or payment.

The procedure is as follows:

- You may submit your expedited internal grievance request by telephone to 313-225-6800. The required physician's substantiation that your condition qualifies for an expedited grievance can also be submitted by telephone.

- We must provide you with our decision within 72 hours of receiving both your grievance and the physician's substantiation.

If you do not agree with our decision, you may, within 10 days of receiving it, request an expedited external review from the Director of the Department of Insurance and Financial Services.

**Expedited External Grievance**
If you have filed a request for an expedited internal grievance, you may request an expedited external review from the Director of Insurance and Financial Services.

You may file a request for an expedited external review only when you think that we have wrongfully denied, terminated or reduced coverage for a health care service prior to your having received that health care service.

The expedited external review process is as follows:

- Within 10 days of your receipt of our denial, termination or reduction in coverage for a health care service, you or your authorized representative may request an expedited external review from the Director by calling 1-877-999-6442 to request the forms required.

**Section 8: Other Information You Should Know About Your Coverage**

**Grievance Process** (continued)

**Expedited External Grievance** (continued)

- Mail your request, including the required forms that we will give you, to:

    Department of Insurance and Financial Services
    Office of General Counsel
    Health Care Appeals Section
    P.O. Box 30220
    Lansing, MI 48909-7720

Immediately after receiving your request, the Director will decide if it is appropriate for external review and assign an independent review organization to conduct the expedited external review. If the independent review organization decides that you do not have to first complete the expedited internal grievance procedure, it will review your request and recommend within 36 hours whether the Director should uphold or reverse our determination.

The Director must decide within 24 hours whether or not to accept the recommendation and will notify you. The Director's decision is the final administrative remedy under the Patient's Right to Independent Review Act of 2000.

## *Pre-Service Appeals*
**For members who must get approval before obtaining certain health services.**

If your health plan requires you to get approval before obtaining certain health services, and you disagree with our decision not to approve a service, you have the right to appeal it.

Please follow the steps below to request a review. If you have questions or need help with the appeal process, please call the customer service number on the back of your Blues ID card.

All appeals must be requested in writing. We must receive your written request within 180 days of the date you received notice that the service was not approved.

### Requesting a Standard Review
You may make the request yourself, or your doctor or someone else acting on your behalf may make the request for you. If another person will represent you, that person must obtain written authorization to do so. Please call the customer service number on the back of your Blues ID and ask for a Designation of Authorized Representative and Release of Information form. Complete it and send it with your appeal.

Your letter requesting a review must include the following information:

- Your contract and group numbers, found on your Blues ID card
- A daytime phone number for both you and your representative
- The patient's name if different from the member
- A statement explaining why you disagree with our decision and any additional supporting information

**Pre-service Appeals** (continued)

**Requesting a Standard Review** (continued)

Once we receive your appeal, we will provide you with our final decision within 30 days.

**Requesting an Urgent Review**
If your situation meets the definition of urgent under the law, your review will be conducted as soon as possible; generally within 72 hours. An urgent situation is one in which your health may be in serious jeopardy or, in the opinion of your physician, you may experience pain that cannot be adequately controlled while you wait for a decision on your appeal. If you believe your situation is urgent, you may request an urgent review. You may also request a simultaneous external review.

For more information on how to request an urgent review or simultaneous external review, call the customer service number listed on the back of your Blues ID card.

**For more information**
At your request and without charge, we will send you details from your health care plan if our decision was based on your benefits. If our decision was based on medical guidelines, we will provide you with the appropriate protocols and treatment criteria. If we involved a medical expert in making this decision, we will provide that person's credentials.

To request information about your plan or the medical guidelines used, or if you need help with the appeal process, call the customer service number on the back of your Blues ID card.

**Other resources to help you**
For questions about your rights, this notice, or for assistance, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272). You can also contact the Department of Insurance and Financial Services for assistance.

## *Other Provisions of your Coverage*

**Genetic Testing**

We will <u>not</u>:

- Adjust premiums for this coverage on genetic information related to you, your spouse or your dependents

- Request or require genetic testing of anyone covered under this certificate

- Collect genetic information from anyone covered under this certificate at any time for underwriting purposes

# Section 9: How to Reach Us

This section lists phone numbers and addresses to help you get information quickly. You may call or visit our BCBSM Customer Service center.

## *To Call*

Most of our BCBSM Customer Service lines are open for calls from 8:30 a.m. to noon and from 1 to 5 p.m., Monday through Friday. Please have your ID card with your group and contract numbers ready when you call.

**Area code 248, 313, 586, 734, 810 or 947**
Southeast Michigan toll-free .......................................... 1-877-790-2583

**Area code 231, 269 or 616**
West Michigan toll-free ................................................. 1-800-972-9797

**Area code 517 or 989**
Central Michigan toll-free ............................................. 1-800-258-8000

**Area code 906**
Upper Peninsula toll-free .............................................. 1-800-562-7884

**For when you are out-of-state, call BlueCard** ......................... 800-810-2583

**For when you are out of the country, call BlueCard Worldwide** ................................ 804-763-1177 (call collect)

## *To Visit*

**BCBSM Customer Service centers are located throughout Michigan. Check the following list or visit our website at <u>bcbsm.com</u> to find the center nearest you. The centers are open Monday through Friday, 9 a.m. to 5 p.m.**

**Detroit**
600 E. Lafayette Blvd., Detroit 48226
Downtown, three blocks north of Jefferson at St. Antoine

**Flint**
4520 Linden Creek Parkway, Suite A, Flint 48507

**Grand Rapids**
86 Monroe Center N.W., Grand Rapids 49503

**Holland**
151 Central Ave., Holland, 49423

**To Visit** (continued)

**Lansing**
232 S. Capitol Ave., Lansing 48933

**Marquette**
415 S. McClellan Ave., Marquette 49855
Up on the hill

**Portage**
8175 Creekside Dr., Suite 100, Portage 49024

**Traverse City**
City Centre Plaza
202 State St., Traverse City 49686

**Utica**
6100 Auburn Road, Utica 48317
Diagonally across from the AAA building

# Index

## A

Accidental Injury
    Dental injury ..................................................... 31, 141
Acupuncture ............................................................... 130
Acute Care .................................................................. 141
Acute Care Facility ..................................................... 141
Administrative Costs ................................................. 141
Affiliate Cancer Center.............................................. 141
Allergy Testing and Therapy ................................ 21, 61
Allogeneic (Allogenic) Transplant ............................ 142
Alternative medicines ............................................... 130
Alveoplasty ............................................................ 31, 100
Ambulance service ...................................................... 22
    Air ambulance ........................................................ 22
Ambulatory Infusion Center ................................ 48, 142
Ambulatory Surgery .................................................. 142
Ambulatory Surgery Facility ..................................... 142
Ancillary Services ...................................................... 142
Annual Maximums ...................................................... 18
Approved Amount ..................................................... 142
Approved Clinical Trial .............................................. 142
Arthrocentesis ........................................................... 142
Attending Physician .................................................. 143
Audiologist ............................................................ 24, 143
Autologous Transplant .............................................. 143

## B

BCBSM ........................................................................ 143
Benefit Period ............................................................ 143
Biological.................................................................... 143
Birth Year ................................................................... 143
Birthing center ............................................................ 50
Bite splint .................................................................... 32
Blue Cross Plan .......................................................... 143
Blue Shield Plan ......................................................... 144
BlueCard PPO Program ....................................... 122, 143
BlueCard Worldwide Program ............................ 125, 143
Bone Marrow Transplants
    Allogeneic ............................................................. 107
        Oncology Clinical Trials .................................... 64
    Autologous ........................................................... 109
        Oncology Clinical Trials .................................... 63

## C

Calendar Year ............................................................. 144
Cancelling coverage ..................................................... 5
Cardiac rehabilitation .................................................. 25
Carrier ........................................................................ 144
Certificate .................................................................. 144
Certified Nurse Anesthetist ................................. 23, 144
Certified Nurse Midwife .................. 144, See Maternity Care
Certified Nurse Practitioner ................................. 82, 144
Chemotherapy ............................................................. 26
    For bone marrow transplants ................................. 111
    For oncology clinical trials ...................................... 64
    Infusion pumps ........................................................ 27
Children's Health Insurance Program ......................... 2
CHIP
    Children's Health Insurance Program ..................... 2
Chiropractic services .................................................. 28
Chronic Condition ..................................................... 145
Claim for Damages ................................................... 145
Clinical Licensed Master's Social Worker ............... 145
Clinical Trial .............................................................. 145
Clinical Trials .............................................................. 29
COBRA ........................................................................... 6
Colonoscopy ............................................................... 79
Colony Stimulating Growth Factors ........................ 145
Congenital Condition ................................................ 145
Consultations, Inpatient or Outpatient ..................... 82
Contraceptive Devices ................................................ 80
    definition .............................................................. 145
    What you must pay ................................................ 16
Contraceptive Injections ............................................. 80
Contraceptive Medication .......................................... 80
Contract .................................................................... 146
Contracted Area Hospital ......................................... 146
Conventional Treatment .......................................... 146
Coordination of Benefits .......................................... 133
Coordination Period ................................................ 146
Copayment ............................................................... 146
    In-network and Out-of-network ............................ 13
    low access area ...................................................... 15
    Requirements ........................................................ 13
Covered Services ...................................................... 146
CPAP
    Continuous Positive Airway Pressure .................... 38
CRNA
    Certified Nurse Anesthetist ................................... 23
Custodial Care .......................................................... 146

## D

Deductible ................................................................ 146

# INDEX

    In-network and out-of-network .................................... 9
    Low access area ....................................................... 11
Dental Care ................................................................ 146
Dental services
    in a hospital ............................................................. 31
    Not payable ............................................................. 32
Designated Cancer Center ........................................... 146
Designated Facility ..................................................... 147
Designated Services ................................................... 147
Detoxification ............................................................ 147
Developmental Condition ........................................... 147
Diabetes
    Medical supplies ...................................................... 68
    Outpatient Diabetes Management Program ............... 68
Diagnostic Agents ...................................................... 147
Diagnostic Laboratory and Pathology Services .............. 33
Diagnostic Testing ........................................................ 33
Dialysis services ........................................................... 34
    Conditions for treatment ..................................... 3, 34
    definition .............................................................. 147
    In a freestanding ESRD facility .................................. 34
    In a home ................................................................ 36
    Medicare ................................................................... 3
Direct Supervision ...................................................... 147
Diversional Therapy ................................................... 147
Drugs ........................................................................... 74
    Injectable ................................................................. 75
Dual Entitlement ........................................................ 147
Durable Medical Equipment .................................. 37, 147
    Continuous Positive Airway Pressure (CPAP) ............. 38

# E

EEG
    Electroencephalogram ............................................. 33
Effective Date ............................................................ 147
EKG
    Electrocardiogram ................................................... 33
Eligibility .................................................................... 147
    Children ..................................................................... 2
    Grandchildren ............................................................ 2
    Spouse ....................................................................... 2
Emergency Care ......................................................... 148
Emergency Dental Care ................................................ 31
Emergency Medical Condition .................................... 148
Emergency Services ................................................... 148
Emergency Treatment .................................................. 39
    copayment .............................................................. 13
End Stage Renal Disease ......................................... 3, 148
    Dialysis Services for .................................................. 34
Enrollment Date ......................................................... 148
Entitlement (or Entitled) ............................................. 148
ESRD .......................................... See End Stage Renal Disease
Evaluation ................................................................. 148
Exclusions ................................................................. 148
Experimental Treatment ............................................. 149

# F

Facility ...................................................................... 149
FDA .................... See Federal Food and Drug Administration
Fecal Occult Blood Screening ................................. 78, 149
Federal Food and Drug Administration .... 26, 115, 133, 135, 149, 156, 164
First Degree Relative ................................................. 149
First Priority Security Interest .................................... 149
Flexible Sigmoidoscopy ........................................ 78, 149
Foreign Travel
    BlueCard Worldwide Program ................................ 125
Freestanding Ambulatory Surgery Facility Services ..... 101
Freestanding Outpatient Physical Therapy Facility ..... 149

# G

General services that are not payable ........................ 128
Genetic Testing ......................................................... 173
Group ....................................................................... 150
Gynecological Examination .................................. 78, 150

# H

Hazardous Medical Condition .................................... 150
Health Maintenance Examination ......................... 77, 150
Hearing aids ........................................................ 85, 129
Hematopoietic Transplant .......................................... 150
Hemodialysis ............................................................ 150
Hemophilia Medication ............................................... 75
Herbal medicines ...................................................... 130
High-Dose Chemotherapy .......................................... 150
High-Risk Patient ...................................................... 150
HLA Genetic Markers ................................................ 150
Home Health Care Agency ......................................... 150
Home Health Care Services ......................................... 40
    Conditions ............................................................... 40
Hospice Care Services .................................................. 42
    Conditions ............................................................... 42
    Definition .............................................................. 150
    What you must pay .................................................. 16
Hospital .................................................................... 151
    Inpatient services ..................................................... 46
    Outpatient services .................................................. 47
Hospital privileges ..................................................... 151
Host Blue .................................................................. 151
Host Plan .................................................................. 151

# I

Immunizations ............................................................ 79
Independent Occupational Therapist ......................... 152
Independent Physical Therapist ................................. 152
Independent Speech-Language Pathologist ................ 152
Individual Coverage ...................................................... 7
Infertility services ..................................................... 130
Infusion Therapy .................................................. 48, 152
    Conditions ............................................................... 48

# INDEX

Injectable Drugs .................................................... 75, 152
   In a physician's office ........................................... 61
Injections, Therapeutic ............................................. 61
In-network Providers .............................................. 152
Irreversible Treatment ............................................ 153

## J

Jaw Joint Disorders 153, *See also* Temporomandibular joint dysfunction

## L

Lien ........................................................................ 153
Life-threatening condition .................................... 153
Lobar Lung ............................................................. 153
Long-Term Acute Care Hospital Services ................ 49
   Definition ............................................................ 153
LTACH ............... *See* Long Term Acute Care Hospital Services

## M

Mammogram .......................................................... 154
Mammography
   copayment ............................................................ 15
   deductible ............................................................. 12
Mandibular Orthotic Reposition Device ................ 154
Massage therapy ................................................... 130
Mastectomy supplies .............................................. 84
Maternity Care ................................................. 50, 154
   Certified Nurse Midwife ....................................... 50
Maxillofacial Prosthesis ......................................... 154
Mechanical traction ................................................. 28
Medicaid .................................................................... 2
   Diabetes Treatment ............................................. 69
   Medical Evidence Report .................................... 154
Medical Emergency ............................................... 154
Medical Evidence Report ...................................... 154
Medical supplies ...................................................... 52
Medically Necessary .............................................. 154
Medicare ................................................................ 132
   Coordination Period ........................................... 146
   Diabetes Treatment ............................................. 69
   Dialysis Services ................................................... 34
   Durable Medical Equipment ............................... 37
   End Stage Renal Disease ....................................... 3
   Medical Evidence Report .................................... 154
   Prosthetics and Orthotics .................................... 83
   Valid Application ................................................ 167
   Waiting Period .................................................... 168
Member ................................................................. 156
Mental Health Services
   Copayment ........................................................... 16
   Outpatient ............................................................ 56

## N

Network Providers ................................................. 156

Newborn examination ........................... *See* Maternity Care
Noncontracted Area Hospital ................................ 156
Nonparticipating Hospital ...................................... 156
Nonparticipating Providers ................................... 156

## O

Obstetrics ............................................. *See* Maternity Care
Occupational Therapy ..................................... 58, 156
   Visit limits ............................................................ 59
Office visits ............................................................... 61
   copayments .......................................................... 13
Off-Label ................................................................ 156
Oncology Clinical Trials
   Conditions ............................................................ 62
Optometrist services ............................................... 67
Orthopedic Shoes .................................................. 156
Orthotic Device ............................................... 83, 157
Ostomy supplies ...................................................... 84
Out-of-Area Hospital ............................................. 157
Out-of-Area Services .............................................. 157
Out-of-network Providers ..................... 119, 120, 157
   Copayments ......................................................... 14
   Deductible ............................................................ 11
Out-of-pocket Maximums ....................................... 18
Out-of-State
   BlueCard ............................................................. 122
Outpatient Mental Health Facility ........................ 157
Outpatient Substance Abuse Treatment Program ......... 157

## P

Pain Management ................................................... 70
PAP Smear ........................................................ 78, 157
Partial Liver ............................................................ 157
Participating Hospital ............................................ 157
Participating PPO Provider .................................... 157
**Participating Providers** ....................... 118, 119, 120, 157
Patient ................................................................... 158
Per Claim Participation .......................................... 158
Period of Crisis ....................................................... 158
Peripheral Blood Stem Cell Transplant ................. 158
Peritoneal Dialysis ................................................. 158
Pheresis ................................................................. 158
Physical Therapist .................................................. 158
Physical Therapy .............................................. 71, 158
   Visit limits ........................................... 58, 71, 72, 94
Physician ................................................................ 158
   Nonparticipating ................................................ 121
Plaintiff .................................................................. 158
Post-natal care ............................... 61, *See* Maternity Care
Practitioner ........................................................... 159
Preapproval ........................................................... 159
Preferred Provider Organization (PPO) ................ 159
Pre-natal care ................................ 61, *See* Maternity Care
Prescription Drugs ................................................... 74
Presurgical Consultation .................................. 61, 159
   What you must pay .............................................. 17

Primary Payer .................................................................. 159
Primary Plan .................................................................... 159
**Prior Authorization Process** ..................................... 159
Private Duty Nursing ........................................................ 81
Professional Provider ..................................................... 160
Prostate Specific Antigen Screening ............................... 79
Prosthetic Device .................................................... 83, 160
Provider ........................................................................ 160
    low access area .................................................... 11, 15
Provider Delivered Care Management ........................ 160
PSA Screening ........ See Prostate Specific Antigen Screening
Psychiatric Day Treatment ..................................... 56, 160
Psychiatric Night Treatment .................................. 56, 160
Psychologist .................................................................. 160
Purging .......................................................................... 161

## Q

Qualified Beneficiary ..................................................... 161
Qualified Individual ...................................................... 161
Qualifying Event ........................................................... 161

## R

Radiology Services ....................................................... 161
    Diagnostic ................................................................ 88
    Therapeutic ............................................................. 89
Refractory Patient ........................................................ 161
Registered Provider ..................................................... 161
Relapse ......................................................................... 162
Remitting Agent ........................................................... 162
Rescission ................................................................ 6, 162
Research Management ................................................ 162
Residental Psychiatric Treatment Facility ................... 162
Residential Psychiatric Treatment ................................ 54
Residential Substance Abuse Treatment Program ..... 162
Respite Care ................................................................ 162
Reversible Treatment .................................................. 162
Rider ............................................................................. 163
Right of Recovery ......................................................... 163
Routine Laboratory and Radiology Services ................ 79
Routine Patient Costs .................................................. 163

## S

Sanctioned Provider ..................................................... 163
Screening Mammography .............................................. 78
Screening Services ....................................................... 163
Secondary Plan ............................................................. 163
Self-Dialysis Training .................................................... 163
Semiprivate Room ........................................................ 163
Service Area .................................................................. 163
Services ........................................................................ 164
Skilled Care .................................................................. 164
Skilled Nursing Facility .......................................... 90, 164
Small Bowel Transplant ............................................... 164
Special Foods for Metabolic Disease ..................... 92, 164
Specialty Hospitals ...................................................... 164

Specialty Pharmaceuticals ..................................... 75, 165
Specialty Pharmacy ...................................................... 165
Specified Organ Transplants ........................................ 112
Speech and Language Pathology ........................... 94, 165
    Visit limit .................................................................. 96
Spinal manipulation ...................................................... 28
Spouse .......................................................................... 165
Stabilize ........................................................................ 165
Stem Cells .................................................................... 165
Subrogation .......................................................... 139, 166
Subscriber .................................................................... 166
Substance Abuse ......................................................... 166
Substance Abuse Treatment Services ........................ 166
    Copayment .............................................................. 16
    Inpatient .................................................................. 97
    Outpatient/Residential ........................................... 97
Surgery
    Cosmetic ................................................................ 100
    Dental .................................................................... 100
    Presurgical consultations ....................................... 99
    TSA ........................................................................ 100
Syngeneic Transplant .................................................. 166

## T

Tandem Transplant ..................................................... 166
T-Cell Depleted Infusion .............................................. 166
Technical Surgical Assistance ..................................... 100
Technical Surgical Assistance (TSA) ............................ 167
Temporomandibular joint dysfunction ........................ 32
Terminally Ill ................................................................ 167
Therapeutic injections ............................................ 61, 75
Therapeutic Shoes ....................................................... 167
TMJ ................................................................................ 32
    Bite splint ................................................................ 32
Total Body Irradiation ................................................. 167
Transplants
    Bone Marrow ......................................................... 107
    Cornea ................................................................... 107
    Kidney .................................................................... 107
    Skin ........................................................................ 107
    Specified Organ
        Combined small intestine-liver ....................... 112
        Heart ................................................................ 112
        Heart-lung(s) ................................................... 112
        Kidney-liver ..................................................... 113
        Limitations and Exclusions ............................. 114
        Liver ................................................................. 112
        Lobar Lung ....................................................... 112
        Lung(s) ............................................................. 112
        Multivisceral .................................................... 113
        Pancreas .......................................................... 112
        pancreas-kidney .............................................. 113
        Partial liver ...................................................... 113
        Small intestine (small bowel) ......................... 113
        What you must pay ........................................... 17
Travel
    BlueCard ................................................................ 122

# INDEX

Treatment Plan ............................................................. 167
TSA ............................................................................... 100

## U

Urgent Care ................................................. 61, 116, 167

## V

Valid Application ......................................................... 167
Voluntary Sterilization ................................................ 167
Voluntary Sterilization for Females ............................. 80
   Cost-sharing ............................................................. 17

## W

Waiting Period ............................................................ 168

Ward ........................................................................... 168
We, Us, Our ................................................................ 168
Well-Baby Care .................................................... 78, 168
Well-Child Care ............................................................ 78
When Others are Responsible for Illness or Injury ........ 139
Women's Preventive Care for Females ....................... 80
Working Aged ............................................................. 168
Working Disabled ....................................................... 168

## X

X-rays .............................................................. 28, 32, 88

## Y

You and Your .............................................................. 168

Form No. 457F   ASC-only
State approval not required
**Effective Date 02/15**