UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

        Debtor.
_____/

Bankruptcy Case No. 13-53846
Honorable Thomas J. Tucker
Chapter 9

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 17, 2015, the DPLSA's SUPPLEMENTAL EXHIBIT D (BLUE CROSS PLAN) IN SUPPORT OF DPLSA'S RESPONSE IN OPPOSITION TO CITY OF DETROIT'S MOTION FOR (I) DETERMINATION THAT THE DETROIT POLICE LIEUTENANTS AND SERGEANTS ASSOCIATION HAS VIOLATED THE TERMS OF THE CITY OF DETROIT'S CONFIRMED PLAN OF ADJUSTMENT AND THE ORDER CONFIRMING IT; AND (II) ORDER (A) ENJOINING FURTHER VIOLATIONS AND (B) REQUIRING DISMISSAL OF STATE ACTIONS [DOCKET NO. 9656] was electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

        ERMAN, TEICHER, ZUCKER & FREEDMAN, P.C.

        By:   */s/ Barbara A. Patek*
            Barbara A. Patek (P34666)
            Counsel for the Detroit Police Lieutenants
            and Sergeants Association
            400 Galleria Officentre, Suite 444
            Southfield, MI  48034
            Telephone: (248) 827-4100/  Facsimile:  (248) 827-4106
            E-mail:  bpatek@ermanteicher.com

DATED:  June 17, 2015