UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                    :
In re                                :        Chapter 9
                                    :
CITY OF DETROIT, MICHIGAN,    :        Case No. 13-53846
                                    :
                            Debtor.    :        Hon. Thomas J. Tucker
                                    :
--------------------------------------------------    :
                                    x

**STIPULATED WITHDRAWAL OF PROOF OF CLAIM 2264**

       Claimant, Letha McCormick, and Debtor, the City of Detroit, stipulate to the withdrawal of Proof of Claim 2264, filed on February 20, 2014, because the actions giving rise to such claim occurred after the filing of the City's Chapter 9 Bankruptcy petition. Claimant's withdrawal of this Proof of Claim shall have no effect on the claims asserted in the complaint filed in the 36th District Court in Detroit, Michigan, on or about December 3, 2014, entitled "Letha McCormick v Kristopher Allen White and City of Detroit Police Department," Case No. 14-122557-GC.


**WIGOD & FALZON, P.C.**

By: /s/ Victor A. McCoy
      victor@falzonlaw.com
Wood & Falzon, P.C.
Attorneys for Claimant
25899 W. 12 Mile Road, Suite 200
Southfield, MI 48034
(248) 356-3300

**CITY OF DETROIT LAW DEPARTMENT**

By: /s/ Eric B. Gaabo
      Gaabe@detroitmi.gov
Attorneys for Debtor City of Detroit
Coleman A. Young Municipal Center
2 Woodward Avenue, 5th Floor
Detroit, MI 48226
(313) 237-3052


Dated: June 18, 2015

## PROOF OF SERVICE

       I certify that on June 18, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record through e-mail correspondence, and I also e-mailed this Withdrawal of Proof of Claim to Claimant's counsel, Victor McCoy, at victor@falzonlaw.com and lisa@falzonlaw.com, and mailed this notice to Mr. McCoy at 25899 West Twelve Mile Road, Suite 220, Southfield, Michigan 48034.

                                        /s/ *Eric B. Gaabo*
                                        Eric B. Gaabo (P39213)