

A business advisory and advocacy law firm®

McDonald Hopkins PLC
39533 Woodward Avenue
Suite 318
Bloomfield Hills, MI 48304

P 1.248.646.5070
F 1.248.646.5075

Direct Dial: 248.220.1344
E-mail: jruff@mcdonaldhopkins.com

June 19, 2015

**VIA EMAIL: cmecfhelpdesk@mieb.uscourts.gov**

U.S. Bankruptcy Court
Eastern District of Michigan
Attn: Help Desk

**Re: Jeffrey S. Grasl (P62550)**

Dear Sir or Madam:

Please be advised that Jeffrey S. Grasl has left the firm of McDonald Hopkins PLC and will no longer require notification of any filing's regarding the attached list. All matters listed on the attached should be transferred to Jayson B Ruff @ jruff@mcdonaldhopkins.com.

Additionally, Jeffrey S. Grasl is requesting that all further communication under his ECF filer number/login be directed to jeff@graslpc.com. Please do not hesitate to contact the undersigned with any questions.

Very truly,

Jayson B. Ruff

Enc.

{5552359:}

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

www.mcdonaldhopkins.com

| Terminate? deselect | Case | Party | Party Role | Status |
|---|---|---|---|---|
| ☑ | 10-20759-dob | TransLogic Auto Carriers, LLC | adb | |
| ☐ | 09-42392-mar | McDonald Hopkins PLC | aty | Party has no other attorney |
| ☐ | 09-42392-mar | Ezra N. Goldman PC | aty | Party has no other attorney |
| ☐ | 09-42392-mar | McDonald Hopkins PLC | aty | Party has no other attorney |
| ☐ | 09-42392-mar | C&W Consultants, Inc. | consult | Party has no other attorney |
| ☐ | 09-42392-mar | UHY Advisors MI, Inc. | consult | Party has no other attorney |
| ☑ | 08-42417-pjs | KW Plastics, Recycling Division | cr | |
| ☐ | 08-42417-pjs | Asahi Kasei Plastics North America, Inc. | cr | Party has no other attorney |
| ☐ | 08-42417-pjs | Roush Industries, Inc. | cr | Party has no other attorney |
| ☑ | 08-42417-pjs | KW Plastics, Inc. | cr | |
| ☐ | 13-53846-tjt | Bishop Real Estate, L.L.C. | cr | Party has no other attorney |
| ☐ | 13-53846-tjt | Sprint Communications Company LP | cr | Party has no other attorney |
| ☑ | 08-68112-mbm | Getrag Transmission Manufacturing LLC | dbpos | |
| ☑ | 09-42392-mar | MAG Operating U.S., LLC | dbpos | |
| ☑ | 09-42392-mar | Contech U.S., LLC | dbpos | |
| ☑ | 10-54515-tjt | Four Green Fields, An Irish Pub, Inc. | dbpos | |
| ☐ | 12-43166-tjt | Quarton Partners | fa | Party has no other attorney |
| ☑ | 08-42417-pjs | Roush Manufacturing, Inc. | intp | |
| ☐ | 09-42392-mar | Conway MacKenzie, Inc. | intp | Party has no other attorney |
| ☐ | 12-43169-tjt | Energy Conversion Devices, Inc. | intp | Party has no other attorney |
| ☐ | 09-42392-mar | Conway MacKenzie, Inc. | op | Party has no other attorney |
| ☐ | 09-42392-mar | McTevia & Associates, Inc. | op | Party has no other attorney |
| ☐ | 09-42392-mar | Conway MacKenzie, Inc. | op | Party has no other attorney |
| ☑ | 12-43166-tjt | McDonald Hopkins PLC | sp | |
| ☑ | 09-42392-mar | Gene Kohut | tr | |
| ☑ | 09-42392-mar | Gene Kohut | tr | |