Supplement Brief supporting
Mr. Hall Objection to Dismiss Claim #474/#1097
Issues (a)(b)(c) do Not Apply
to my filing procedure

Request by
City of Detroit

The Automatic Stay would pertain to me if I had lengthly time to file a lawsuit. To file a lawsuit I would generally need evidence to support my case. In ~~docket #~~ Claim ~~case~~ 1097 I could not obtain evidence And importantly participation in a police-line-up that was scheduled but postponed the day Emergency Management arose. Automatic stay would apply to me if a lawsuit was filed previous or started before bankruptcy and therefore I could request a relief from Automatic stay and filed in the same district court where the civil suit began. Claim #474 was filed in Michigan Court of Claims. So therefore I would not be going back to the city of detroit courts. As when the Auto stay was presented, timing or Non-timely, I have the right to file a lawsuit after the bankruptcy has been approved

FILED 2015 JUN 23 P 1:33 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

Richard Hall
Richard Hall
6.
Rachel Hall

13-53846-tjt    Doc 9987    Filed 06/23/15    Entered 06/23/15 14:56:56    Page 1 of 4

which was December 10, 2014, so Michigan tolling allows me to file 295 days after the original statue of limitations which was October 29, 2014, so therefore I have until August 20, 2015 for claim #1097 As for claim #474 which is now being recognized by Bankruptcy courts re: Detroit debtors I can pursue a lawsuit if City of detroit is indeed liable for my injuries. Again I never filed in District Court against the city but in Michigan State Court of Claims but the city of detroit responded to the intent to file a lawsuit that was presented for Michigan State Court of claims.

Standard procedure is that per federal law, any collection efforts must cease when someone files bankruptcy, and trying to collect a debt after being notified the debtor if filling bankruptcy can actually result in criminal penalties under federal law. I have asserted my claim with respect to bankruptcy procedures and hope to prove my claim is valid, without assertion it may be dismissed.

Rick Hall

Written by James Hirby | Fact checked by The Law Dictionary staff

Whether you can file a civil lawsuit against someone who has filed bankruptcy is a complex question with more than one answer. Standard procedure is that per federal law, any collection efforts must cease when someone files bankruptcy. Trying to collect a debt after being notified the debtor is filing bankruptcy can actually result in criminal penalties under federal law.

Those who are considering filing bankruptcy must file a document called "Suggestion of Bankruptcy" with the bankruptcy court. Based on this information, you cannot file a civil lawsuit after you receive this notification that a debtor plans to file bankruptcy. Filing this document gives debtors what is called an automatic stay from collection efforts. Even if you started the civil suit before the debtor filed the Suggestion of Bankruptcy, you must stop any further court proceedings regarding the suit.

If a creditor can prove the debt was obtained by fraud or false pretenses, the debt is not dischargeable in bankruptcy court. Non dischargeable means the debt will not be forgiven. The debtor will still be responsible to pay. If you think your case meets these criteria you can file what is called an Adversary Proceeding in bankruptcy court.

Other examples of debt that cannot be discharged include student loans and money owed to state or federal agencies. Examples of debts to agencies include federal fines, back ordered child support or alimony, and back taxes.

Creditors may file a request for relief from the automatic stay so that the creditor can continue pursuing the case. This request is filed in the same district court where the civil suit began. It is up to the district court to approve or deny the creditor's request.

The best way to prove your claim is to file an Adversary Proceeding. Doing so states that your claim is valid, has priority over other claims, or is secured by real property.

If creditors do nothing to assert their claim, the claim will be dismissed when the bankruptcy is approved. By not asserting a claim, you are telling the defendant and the bankruptcy court that you are waiving your right to pursue payment.

It is advisable to consult with or retain an attorney when faced with a debtor who is filing bankruptcy. Doing so avoids violating any federal law that protects the debtor's rights


Law Dictionary: Can I File a Civil Suit Against Someone Who Filed Bankruptcy