IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Judge Thomas J. Tucker
---------------------------------------------------------x

**ORDER APPROVING STIPULATION BETWEEN THE
CITY OF DETROIT, MICHIGAN AND IRON MOUNTAIN INFORMATION
MANAGEMENT, LLC REGARDING EXTENSION OF DEADLINES TO
(A) OBJECT TO REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE
AND (B) REPLY TO LIMITED OBJECTION TO
ASSUMPTION OF CONTRACTS AND PROPOSED CURE AMOUNTS**

Upon the Stipulation (Docket # 9988) filed by the City of Detroit, Michigan ("City") and Iron Mountain Information Management, LLC ("Iron Mountain") regarding the Extension of Deadlines to (A) Object to Request for Payment of Administrative Expense and (B) Reply to Limited Objection to Assumption of Contracts and Proposed Cure Amounts; and the Court being otherwise advised in the premises;

IT IS ORDERED THAT:

1. The City's deadline to file a reply to Iron Mountain's Reservation of Rights and Limited Objection to Assumption of Contracts and Proposed Cure Amounts (Docket # 9105) is extended through and including August 31, 2015.

2. The City's deadline to file an objection to Iron Mountain's Request for Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1) (Docket # 9106) is extended through and including August 31, 2015.

.

**Signed on June 24, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge