IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------x
                                  :

In re                                  :         Chapter 9

CITY OF DETROIT, MICHIGAN,     :         Case No. 13-53846

        Debtor.                  :         Hon. Thomas J. Tucker
------------------------------------------------------x

**THIRD STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND CANON FINANCIAL SERVICES, INC. FOR AN ORDER APPROVING AN EXTENSION OF THE DEADLINE TO OBJECT TO APPLICATION OF CANON FINANCIAL SERVICES, INC. FOR ALLOWANCE AND PAYMENT OF ITS <u>ADMINISTRATIVE EXPENSE</u>**

      The City of Detroit, Michigan ("<u>City</u>") and Canon Financial Services, Inc. ("<u>Canon</u>", and together with the City, the "<u>Parties</u>"), file this Third Stipulation by and Between the City of Detroit, Michigan and Canon Financial Services, Inc. For an Order Approving an Extension of the Deadline To Object To Application Of Canon Financial Services, Inc. For Allowance and Payment of Its Administrative Expense.

      WHEREAS, on January 23, 2015, Canon filed the Application Of Canon Financial Services, Inc. For Allowance and Payment of Its Administrative Expense (Doc. No. 9099) ("<u>Motion</u>"); and

      WHEREAS, the Parties have been working toward a consensual resolution of the Motion;

      NOW, THEREFORE, the Parties stipulate and agree as follows:

      1.     The City's deadline to file an objection to the Motion is extended through and including July 21, 2015.

24731396.1\022765-00202

13-53846-tjt    Doc 9991    Filed 06/25/15    Entered 06/25/15 10:17:48    Page 1 of 3

STIPULATED AND AGREED TO ON JUNE 25, 2015 BY:

By: /s/ Marc N. Swanson
Jonathan S. Green (P33140)
Marc N. Swanson (P71149)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
swansonm@millercanfield.com

ATTORNEYS FOR THE CITY OF DETROIT


By: /s/ Paul R. Hage
Jay L. Welford (P34471)
Paul R. Hage (P70460)
JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
jwelford@jaffelaw.com
phage@jaffeelaw.com

ATTORNEYS FOR CANON FINANCIAL SERVICES, INC.

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

| | | |
|---|---|---|
| In re | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| Debtor. | : | Hon. Thomas J. Tucker |

---

**ORDER GRANTING THIRD STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND CANON FINANCIAL SERVICES, INC. FOR AN ORDER APPROVING AN EXTENSION OF THE DEADLINE TO OBJECT TO APPLICATION OF CANON FINANCIAL SERVICES, INC. FOR ALLOWANCE AND PAYMENT OF ITS ADMINISTRATIVE EXPENSE**

Upon the Third Stipulation filed by the City of Detroit, Michigan ("City") and Canon Financial Services, Inc. For an Order Approving an Extension of the Deadline to Object to Application of Canon Financial Services, Inc. For Allowance and Payment of Its Administrative Expense; and the Court being otherwise advised in the premises;

IT IS ORDERED THAT:

1. The City's deadline to file an objection to the Application of Canon Financial Services, Inc. For Allowance and Payment of Its Administrative Expense is extended through and including July 21, 2015.