# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

-------------------------------------------------------x
:
In re                               :           Chapter 9
:
CITY OF DETROIT, MICHIGAN,   :           Case No. 13-53846
:
          Debtor.           :           Judge Thomas J. Tucker
-------------------------------------------------------x

## ORDER APPROVING STIPULATION BETWEEN THE CITY OF DETROIT, MICHIGAN AND ADP, LLC (F/K/A ADP, INC.) TO EXTEND THE DEADLINE TO OBJECT TO THE ADMINISTRATIVE EXPENSE CLAIM FILED BY ADP, INC.

Upon the Stipulation (Docket # 9990) filed by the City of Detroit, Michigan ("City") and ADP, LLC (f/k/a ADP, Inc.) ("ADP") for an Order Approving an Extension of the Deadline to Object to the Administrative Expense Claim Filed by ADP; and the Court being otherwise advised in the premises;

IT IS ORDERED that the City's deadline to file an objection to the Administrative Claim[1] filed by ADP is extended through and including August 4, 2015.

.

**Signed on June 25, 2015**

                                      /s/ Thomas J. Tucker
                                    Thomas J. Tucker
                                    United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings given to them in the Stipulation.