# EXHIBIT 1: CLAIMS TO BE DESIGNATED AS ALLOWED

4837-1218-4611.2

## Allowed Claims

| Claim No. | Creditor Name and Address | Claim Amount | Classification as Stated on Proof of Claim Form | Date Filed |
|---|---|---|---|---|
| 1115 | Apb Associates Inc<br>Attn Accounts Payable<br>28300 Franklin Rd<br>Southfield, MI 48034 | $7,500.00 | General Unsecured | 02/19/2014 |
| 857 | B & G Towing<br>Attn Nicholas Bachand, Esq<br>2411 Vinewood<br>Detroit, MI 48216 | $4,767.00 | General Unsecured | 02/10/2014 |
| 8 | Bell and Howell, LLC<br>Attn Blake Eaddy<br>3791 S. Alston Avenue<br>Durham, NC 27713 | $6,564.78 | General Unsecured | 08/08/2013 |
| 920 | C Specialties Inc<br>Attn Accounts Payable<br>P.O.Box 68591<br>Indianapolis, IN 46268 | $734.65 | General Unsecured | 02/13/2014 |
| 1548 | Charter Township Of Clinton<br>Attn Accounts Payable - Water Dept<br>Drawer #641460 P.O.Box 64000<br>Detroit, MI 48264 1460 | $12,977.66 | General Unsecured | 02/21/2014 |
| 2029 | Cloverdale Equipment Co<br>Attn Accounts Payable<br>13133 Cloverdale<br>Oak Park, MI 48237 | $5,607.75 | General Unsecured | 02/20/2014 |
| 81 | Contrarian Funds, LLC<br>Attn Alisa Mumola<br>Contrarian Funds, LLC as Assignee of UniFirst Corporation<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830 | $1,713.71 | General Unsecured | 09/09/2013 |
| 865 | Cothorn & Mackley P C<br>Attn Accounts Payable<br>535 Griswold Ste 530<br>Detroit, MI 48226 | $7,022.52 | General Unsecured | 02/10/2014 |
| 353 | Early Childhood LLC<br>Attn Accounts Payable<br>P.O. Box 6013<br>Carol Stream, IL 60197 | $610.56 | General Unsecured | 12/26/2013 |

In re City of Detroit, Michigan
Case No. 13-53846 (TJT)
Page 1 of 3
13-53846-tjt    Doc 9993-1    Filed 06/25/15    Entered 06/25/15 13:22:38    Page 2 of 4

## Allowed Claims

| Claim No. | Creditor Name and Address | Claim Amount | Classification as Stated on Proof of Claim Form | Date Filed |
|---|---|---|---|---|
| 636 | J J Barney Construction Inc<br>Attn Accounts Payable<br>2397 Devondale Ste 101<br>Rochester Hills, MI 48309 | $10,783.05 | General Unsecured | 01/28/2014 |
| 589 | Merit Laboratories Inc<br>Attn Accounts Payable<br>2680 East Lansing Dr<br>East Lansing, MI 48823 | $560.00 | General Unsecured | 01/22/2014 |
| 2 | MSC Industrial Supply Co.<br>Attn Legal Dept<br>75 Maxess Rd<br>Melville, NY 11747 | $3,617.73 | General Unsecured | 07/29/2013 |
| 3783 | MSC Industrial Supply Co.<br>Attn Legal Dept<br>75 Maxess Rd<br>Melville, NY 11747 | $228.40 | General Unsecured | 06/27/2014 |
| 6 | NuCo2 Inc.<br>2800 S.E. Market Place<br>Stuart, FL 34997 | $924.67 | General Unsecured | 08/05/2013 |
| 1114 | Southeast Michigan Census Council<br>Attn Accounts Payable<br>28300 Franklin Road<br>Southfield, MI 48034 | $700.00 | General Unsecured | 02/19/2014 |
| 351 | TestAmerica Laboratories, Inc.<br>4101 Shuffel St NW<br>North Canton, OH 44720 | $270.00 | General Unsecured | 12/26/2013 |
| 2439 | The New Executive Towing Co<br>6445 East Hildale<br>Detroit, MI 48234 | $10,879.00 | General Unsecured | 02/21/2014 |
| 390 | Tobys Instrument Shop Inc<br>Attn Accounts Payable<br>1382 Industrial Dr<br>Suite 6<br>Saline, MI 48176 | $171.00 | General Unsecured | 12/23/2013 |
| 2928 | Tri County Towing<br>Attn Accounts Payable<br>13400 Girardin<br>Detroit, MI 48212 | $2,804.00 | General Unsecured | 02/21/2014 |
| 867 | Troy Auto-Bans, INC.<br>Attn Nicholas Bachand, Esq<br>2411 Vinewood<br>Detroit, MI 48216 | $910.00 | General Unsecured | 02/10/2014 |

In re City of Detroit, Michigan
Case No. 13-53846 (TJT)
Page 2 of 3
13-53846-tjt    Doc 9993-1    Filed 06/25/15    Entered 06/25/15 13:22:38    Page 3 of 4

## Allowed Claims

| Claim No. | Creditor Name and Address | Claim Amount | Classification as Stated on Proof of Claim Form | Date Filed |
|---|---|---|---|---|
| 443 | Underwriters Laboratories Inc<br>Attn Legal Department<br>333 Pfingsten Road<br>Northbrook, IL 60062 | $2,342.00 | General Unsecured | 01/06/2014 |
| 247 | Unistrut Detroit Service Co<br>Attn Accounts Payable<br>1275 Hillsmith Dr<br>Cincinnati, OH 45215 | $333.10 | General Unsecured | 12/16/2013 |
| 80 | W W Grainger Inc<br>Attn Special Collections Dept<br>MES17803116201<br>7300 N Melvina<br>Niles, IL 60714 | $3,935.91 | General Unsecured | 08/30/2013 |

In re City of Detroit, Michigan
Case No. 13-53846 (TJT)
Page 3 of 3
13-53846-tjt   Doc 9993-1   Filed 06/25/15   Entered 06/25/15 13:22:38   Page 4 of 4