# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

--------------------------------------------------------- x
In re : Chapter 9
:
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Thomas J. Tucker
Debtor :
--------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM NUMBER 2177 FILED BY PAMELA BOOKER

PLEASE TAKE NOTICE that the City of Detroit (the "City"), by and through its attorneys Foley & Lardner LLP, hereby withdraws its Objection to Claim Number 2177 filed by Pamela Booker (the "Claim"), which was contained in the City's Fifteenth Omnibus Objection to Certain Claims [Docket No. 9739], without prejudice.

PLEASE TAKE FURTHER NOTICE that the City will file a stay modification notice as to the Claim in order to allow Ms. Booker to liquidate the Claim in the appropriate non-bankruptcy forum. In the event that Ms. Booker does not proceed to liquidate her claim, the City reserves its rights to further object to the Claim on any available grounds.

Dated: June 25, 2015            FOLEY & LARDNER LLP

                                By: /s/ *Tamar N. Dolcourt*
                                John A. Simon (P61866)
                                Tamar N. Dolcourt (P73425)
                                Leah R. Imbrogno (P79384)
                                500 Woodward Ave., Ste. 2700
                                Detroit, MI 48226
                                313.234.7100
                                jsimon@foley.com
                                tdolcourt@foley.com
                                limbrogno@foley.com
                                *Counsel for the Debtor, City of Detroit, Michigan*

4849-6000-3621.1