IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------x
                                                             :

In re                                                    :           Chapter 9

CITY OF DETROIT, MICHIGAN,        :           Case No. 13-53846

Debtor.                            :           Judge Thomas J. Tucker
------------------------------------------------------x

**ORDER APPROVING THIRD STIPULATION BETWEEN THE CITY OF DETROIT, MICHIGAN AND CANON FINANCIAL SERVICES, INC. FOR AN ORDER APPROVING AN EXTENSION OF THE DEADLINE TO OBJECT TO APPLICATION OF CANON FINANCIAL SERVICES, INC. FOR ALLOWANCE AND PAYMENT OF ITS ADMINISTRATIVE EXPENSE**

Upon the Third Stipulation (Docket # 9991) filed by the City of Detroit, Michigan ("City") and Canon Financial Services, Inc. For an Order Approving an Extension of the Deadline to Object to Application of Canon Financial Services, Inc. For Allowance and Payment of Its Administrative Expense; and the Court being otherwise advised in the premises;

IT IS ORDERED that the City's deadline to file an objection to the Application of Canon Financial Services, Inc. For Allowance and Payment of Its Administrative Expense is extended through and including July 21, 2015.

.

**Signed on June 25, 2015**

                                                                            /s/ Thomas J. Tucker
                                                                            Thomas J. Tucker
                                                                            United States Bankruptcy Judge