UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                        Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                  Chapter 9

                Debtor.                                      Judge Thomas J. Tucker
_____/

**ORDER DENYING THE RETIRED DETROIT
POLICE AND FIRE FIGHTERS ASSOCIATION'S
"MOTION FOR ENFORCEMENT OF SETTLEMENT
AND EIGHTH AMENDED PLAN OF ADJUSTMENT"**

This case is before the Court on a motion filed by the Retired Detroit Police and Fire Fighters Association (the "RDPFFA"), entitled "Motion for Enforcement of Settlement and Eighth Amended Plan of Adjustment" (Docket # 9414, the "Motion"). The City of Detroit filed an objection to the Motion (Docket # 9571), and the RDPFFA filed a reply (Docket # 9765). The Court held a hearing on May 6, 2015, and took the Motion under advisement.

Today the Court has filed a written opinion regarding the Motion. For the reasons stated by the Court in its written opinion,

IT IS ORDERED that the Motion (Docket # 9414) is denied.

**Signed on June 26, 2015**                      /s/ Thomas J. Tucker
                                                                          **Thomas J. Tucker
                                                                           United States Bankruptcy Judge**