# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case Number 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## STIPULATION FOR AN ORDER RESOLVING FRAZIER CUNNINGHAM'S MOTION TO EXCLUDE CLAIM BY CITIZEN AGAINST DETROIT POLICE OFFICER FOR INTENTIONAL ACT/ CIVIL RIGHTS VIOLATION FROM DETROIT'S BANKRUPTCY AND TO ALLOW THE CASE TO PROCEED IN THE WAYNE COUNTY (MICHIGAN) CIRCUIT COURT

The City of Detroit, Michigan and Frazier Cunningham, by and through their undersigned counsel, stipulate and agree to the entry of the order attached as Exhibit 1.

**SO STIPULATED,**
**APPROVED AS TO FORM AND CONTENT:**

Dated: June 29, 2015

/s/ Ronald A. Steinberg
Ronald A. Steinberg (P20956)
LAW OFFICES OF RONALD STEINBERG
AND ASSOCIATES, PLLC
30300 Northwestern Highway, Suite 100
Farmington Hills, MI 48334
Phone: (248) 932-3230
Fax: (248) 932-0251
Email: ron@ronaldsteinberglaw.com

ATTORNEYS FOR
FRAZIER CUNNINGHAM

/s/ Marc N. Swanson
Jonathan S. Green (P33140)
Marc N. Swanson (P71149)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
green@millercanfield.com
swansonm@millercanfield.com

ATTORNEYS FOR THE CITY

EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case Number 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER RESOLVING FRAZIER CUNNINGHAM'S MOTION TO
EXCLUDE CLAIM BY CITIZEN AGAINST DETROIT POLICE OFFICER
FOR INTENTIONAL ACT/CIVIL RIGHTS VIOLATION FROM
DETROIT'S BANKRUPTCY AND TO ALLOW THE CASE TO PROCEED
IN THE WAYNE COUNTY (MICHIGAN) CIRCUIT COURT**

This matter comes before the Court on (a) the *Motion to Exclude Claim by Citizen Against Detroit Police Officer for Intentional Act/Civil Rights Violation from Detroit's Bankruptcy and to Allow the Case to Proceed in the Wayne County (Michigan) Circuit Court* (the "Motion," Doc. No. 9949) filed by Frazier Cunningham (the "Claimant"); and (b) the stipulation ("Stipulation") filed by the Claimant and the City of Detroit (the "City") to resolve the Motion. The Court having reviewed the Motion and the Stipulation, and determining that there is just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is RESOLVED as set forth herein.

2. The Claimant's case, Case Number 14-011964CZ, filed on September 17, 2014, and currently pending in the Wayne County Circuit Court (the "Case"), may proceed against Detroit Police Officer George Alam ("Officer Alam"), solely in Officer Alam's individual capacity and not in his capacity as a police officer of the City.

3. Claimant may not (a) pursue any claim or seek any other legal or equitable relief against the City, whether in the Case or otherwise, or (b) attempt to hold the City liable or

otherwise responsible for, or seek to enforce or collect against the City in any civil lawsuit or other action, any order or judgment Claimant may obtain against Officer Alam in the Case.

      4.      The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

24703082.5\022765-00202