# KILPATRICK & ASSOCIATES, P.C.
## Attorneys and Counselors at Law
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
Phone: (248) 377-0700
Fax: (248) 377-0800

**RICHARDO I. KILPATRICK**
**LEONORA K. BAUGHMAN**
*Kristy A. Steffani*
*Stephanie J. Addison*
*George A. Drosis*
*Bianca Amsar*
*Luke A. Hennings*

615 Griswold, Suite 1305
Detroit, MI 48226-3985

June 29, 2015

Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
211 W. Fort Street
Detroit, MI 48226

Sent via email and first class mail

Re: Shanna M. Kaminski (P74013)

Dear Sir or Madam,

Effective June 22, 2015, Shanna M. Kaminski is no longer with Kilpatrick & Associates, P.C. Please reassign all the cases on the system assigned to Shanna M. Kaminski for Kilpatrick & Associates, P.C. to Richardo I. Kilpatrick (P35275).

Please contact me if you have any questions.

Very truly yours,

Leonora K. Baughman