United States Bankruptcy Court

Eastern District Of Michigan

In re City of Detroit,
        Debtor

Case No. 13-53846

Chapter 9

Hon. Thomas J. Tucker

MOTION TO PERMIT TRADITIONAL FILING

Jeffrey S Ellison, on behalf of his client Tanya Hughes, requests permission to file a paper Response and Brief Opposing City of Detroit's Motion for Entry of Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring the Dismissal of the State Court Action Filed by Tanya Hughes.

1. Ellison is not ECF registered in Bankruptcy Court.

2. Ellison has had no involvement in the pending bankruptcy action and, up until the City's motion, had no reason to file in Bankruptcy Court.

3. The time for responding to the City's

4. Absent this order, Tonya Hughes would be deprived of the opportunity to respond to the City of Detroit's motion.

5. The next ECF training will come too late to permit timely filing of Hughes' response to the motion.

Respectfully submitted,

/s/

Dated: June 29 2015

Jeffrey J Ellison
214 S Main Street #210
Ann Arbor MI 48104
(734) 761-4300
(734) 528-4159 fax
Ellison Esq @ aol.com