UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CITY OF DETROIT

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Thomas Tucker

Debtor.
_____/

ORDER GRANTING MOTION TO/FOR _TANYA HUGHES TO MAKE TRADITIONAL FILING_

This matter having come before the Court on Debtor's motion to/for _permit traditional filing_, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.

Tanya Hughes and her attorney, Jeffrey Ellison, are permitted to make a traditional, paper filing in response to City of Detroit's motion to enforce injunction.

Signed: 6-29-15

Thomas J. Tucker
U.S. Bankruptcy Judge