Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **7/15/15** at **01:30 PM** to consider and act upon the following:

*9967* – Corrected Motion Of Steven Wolak, As Personal Representative Of The Estate Of Christopher Wolak, Deceased, To Compel Payment By Debtor Pursuant To Settlement Contract, Or Alternatively, Void Settlement Contract And Reinstate Case (related document(s): 9958 Motion to Compel filed by Creditor Steven Wolak) Filed by Creditor Steven Wolak (ckata)

Dated: 6/30/15

                        BY THE COURT

                        Katherine B. Gullo
                        Clerk, U.S. Bankruptcy Court

                        BY: christine sikula
                        Deputy Clerk