# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **7/15/15** at **01:30 PM** to consider and act upon the following:

*9970* – Motion to Enforce City Of Detroits Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring the Dismissal of the State Court Action Filed by Tanya Hughes Filed by Debtor In Possession City of Detroit, Michigan (Swanson, Marc)

Dated: 6/30/15

                          BY THE COURT

                          Katherine B. Gullo
                          Clerk, U.S. Bankruptcy Court

                          BY: christine sikula
                          Deputy Clerk