UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

FILED

2015 JUN 30 A 9: 53

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Case No.: 13-53846-tjt
Chapter: 9

In Re: City of Detroit, Michigan
2 Woodward Avenue
Suite 1126
Detroit, MI 48226

**Kim Lamar Spicer, Claimant. Objection to supplemental brief filed by City of Detroit Water and Sewerage Department Claim Number 3451. Concerning the plan of adjustment that was due to expire 12-10-2014**

I Kim Lamar Spicer duly state that I was never informed of any further dates after my last correspondence with Steven H. Schwartz & Associates, P.L.C. on or about January 24, 2015 in regards to the ADR as noted in the supplemental brief.

As for the notice from Kurtzman Carson Consultants, in regards to ADR process, which would have ended this process, I attest that I never heard from this firm. This is also noted in the supplemental brief from Kilpatrick and Associates.

I Kim Lamar Spicer was not properly informed of any dates. The city choose to communicate with Mr. Dale Price and others even thought I had filed a separate claim independent of the EEOC claim which was filed on my behalf, this was also noted in the supplemental brief.

Furthermore I have been subjected to notices that have been addressed to Karen Spicer, late or no notices at all. I contend that I have not been afforded proper notification and due diligence of the law. I ask the courts and the Hon. Thomas J Tucker to let my claim number 3451 proceed.

Kim L. Spicer
29357 Sandalwood
Roseville MI 48066
313-399-8312

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT

FILED (I)

2015 JUN 30 A 9:53

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

IN RE: City of Detroit, MI
2 Woodward Avenue
Suite 1126
Detroit, MI 48226
**Debtor**

CASE NO: 13-53846-tjt
CHAPTER: 9

## CERTIFICATE OF SERVICE

I hereby certify that on 6/30/2015 (date of mailing), I served Copies as follows:

1. Document(s) served:

    Written Response

2. Served upon (name and address of each person served):

    Kilpatrick and Associates, P.C.
    903 North Opdyke Rd. Suite C
    Auburn Hills, Michigan 48326

3. By First Class Mail.

Dated: 6/30/2015

Signature: [signed]
Printed Name: Kim Spicer