# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 No. 13-53846 |
| City of Detroit, Michigan | |
| Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

## STIPULATION FOR AN ORDER RESOLVING MOTION FOR RELIEF AND DECLARING THE AUTOMATIC STAY VOID AB INITIO AND VALIDATING FORECLOSURE SALE AND WAIVING THE PROVISONS OF FRBP 4001(a)(3)

Fifth Third Bank, as servicer for Fifth Third Mortgage Company, by and through counsel, Trott & Trott, P.C, having filed the *Motion for Relief and Declaring the Automatic Stay Void Ab Initio and Validating Foreclosure Sale and Waiving the Provisions of FRBP 4001(a)(3)* (the "Motion"); and The City of Detroit, Michigan, by and through its counsel, Miller, Canfield, Paddock, and Stone, P.L.C., having informally objected to the Motion; no other parties having objected to the Motion; and the parties having resolved The City of Detroit's objections hereby stipulate to the entry of the proposed order attached as Exhibit A.

Wherefore, the parties respectfully requests that the aforementioned relief be granted.

**AGREED:**

| | |
|---|---|
| TROTT LAW, P.C. | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| By /s/ John P. Kapitan | By: /s/ Eric D. Carlson |
| John P. Kapitan | Eric D. Carlson |
| Attorneys for Fifth Third Bank, as servicer for Fifth Third Mortgage Company | Attorneys for the City of Detroit, Michigan |
| 31440 Northwestern Hwy, Suite 200 | 150 W. Jefferson Ave, Ste 2500 |
| Farmington Hills, MI 48334 | Detroit, MI 48226 |
| (248) 723-5067 | (313) 963-6420 |
| easternECF@trottlaw.com | carlson@millercanfield.com |
| (P61901) | (P60277) |