**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:  Chapter 9 No.13-53846
City of Detroit, Michigan  Hon. Steven W. Rhodes
          Debtor(s).
_____/

## CERTIFICATE OF SERVICE

The undersigned states that copies of Fifth Third Bank as servicer for Fifth Third Mortgage Company's ORDER RESOLVING FIFTH THIRD BANK'S MOTION FOR RELIEF AND DECLARING AUTOMATIC STAY VOID AB INITIO AND VALIDATING FORECLOSURE SALE AND WAIVING THE PROVISION OF FRBP 4001(a)(3) were served upon the following parties, either electronically or by depositing said copies on July 1, 2015 in the U.S. mail, postage prepaid, properly addressed as follows:

| | |
|---|---|
| City of Detroit, Michigan<br>20245 Mendota St<br>Detroit, MI 48221-1078 | Eric D. Carlson<br>Miller Canfield Paddock & Stone PLC<br>150 W Jefferson Ave Ste 2500<br>Detroit, MI 48226-4415 |
| Paul J. Randel<br>211 West Fort Street, Ste 700<br>Detroit, MI 48226 | City of Detroit Treasurer<br>2 Woodward Ave Rm 120<br>Detroit, MI 48226-3573 |
| City of Detroit - Department of Planning & Development<br>65 Cadillac Sq Ste 2300<br>Detroit, MI 48226-2858 | Fifth Third Bank - Eastern Michigan<br>5001 Kingsley Dr<br>Cincinnati, OH 45227-1114 |
| Secretary of Housing and Urban Development<br>451 7th St SW<br>Washington, DC 20410-0001 | Bruce Bennett<br>555 S Flower St Fl 50<br>Los Angeles, CA 90071-2452 |
| Timothy A. Fusco<br>150 W Jefferson Ave Ste 2500<br>Detroit, MI 48226-4415 | Jonathan S. Green<br>150 W Jefferson Ave Ste 2500<br>Detroit, MI 48226-4415 |
| David Gilbert Heiman<br>901 Lakeside Ave E<br>Cleveland, OH 44114-1163 | Robert S. Hertzberg<br>4000 Town Ctr Ste 1800<br>Southfield, MI 48075-1505 |
| Deborah Kovsky-Apap<br>4000 Town Ctr Ste 1800<br>Southfield, MI 48075-1505 | Kay Standridge Kress<br>4000 Town Ctr<br>Southfield, MI 48075-1410 |
| Stephen S. LaPlante<br>150 W Jefferson Ave Ste 2500<br>Detroit, MI 48226-4415 | Heather Lennox<br>222 E 41st St<br>New York, NY 10017-6739 |

**TROTT LAW, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

| | |
|---|---|
| Marc N. Swanson<br>150 W Jefferson Ave Ste 2500<br>Detroit, MI 48226-4415 | Daniel M. McDermott - United States Trustee<br>125 Ottawa Ave NW Ste 200<br>Grand Rapids, MI 49503-2865 |
| Sean M. Cowley - United States Trustee<br>211 W Fort St Ste 700<br>Detroit, MI 48226-3263 | Sam J. Alberts<br>1301 K St NW Ste 600<br>Washington, DC 20005-3317 |
| Paula A. Hall<br>401 S Old Woodward Ave Ste 400<br>Birmingham, MI 48009-6613 | Claude D. Montgomery<br>620 5th Ave<br>New York, NY 10020-2402 |
| Carole Neville<br>1221 Avenue of the Americas Fl 25<br>New York, NY 10020-1001 | Matthew Wilkins<br>401 S Old Woodward Ave Ste 400<br>Birmingham, MI 48009-6613 |
| City of Detroit Water and Sewerage Department<br>615 Griswold St Ste 1708<br>Detroit, MI 48226-3990 | Douglas C. Bernestein, Esq.<br>38505 Woodward Ave Ste 2000<br>Bloomfield Hills, MI 48304-5096 |
| Gary Segatti<br>20700 Civic Center Dr Ste 420<br>Southfield, MI 48076-4140 | Michigan Property Tax Relief, LLC<br>20700 Civic Center Dr Ste 310<br>Southfield, MI 48076-4155 |
| P.P.T.A., Inc.<br>20700 Civic Center Dr Ste 420<br>Southfield, MI 48076-4140 | General Retirement System of the City of Detroit<br>79 Alfred St<br>Detroit, MI 48201-3120 |
| Police and Fire Retirement System of the City of Detroit<br>500 Woodward Ave Ste 3500<br>Detroit, MI 48226-3485 | Susan T. Brown - U.S. Bank N.A., as trustee and contract Administrator<br>535 Griswold St Ste 550<br>Detroit, MI 48226-3672 |
| Susan E. Jacobsen - U.S. Bank National Association<br>60 Livingston Ave<br>Saint Paul, MN 55107-2292 | Downtown Development Authority<br>500 Griswold St Ste 2200<br>Detroit, MI 48226-4402 |
| Brian Kott, Esq. - Downtown Development Authority<br>660 Woodward Ave Ste 2490<br>Detroit, MI 48226-3502 | |

**TROTT LAW, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

/S/ Shauna Rinehart

Legal Assistant
Trott Law, P.C.
Attorney for Fifth Third Bank as servicer for Fifth Third Mortgage Company
31440 Northwestern Hwy Ste 200
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

13-53846-tjt    Doc 10014    Filed 07/01/15    Entered 07/01/15 13:43:31    Page 2 of 2