IN RE:

| | |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| | Case No. 13-53846-tjt |
| Debtor. | Honorable Thomas J. Tucker |

_____/

## AFFIDAVIT OF RICHARDO I. KILPATRICK

STATE OF MICHIGAN    )
                     ) ss.
COUNTY OF OAKLAND )

I, Richardo I. Kilpatrick, Principal Attorney at Kilpatrick & Associates, P.C., being duly sworn, deposes and states, that if called to testify regarding this matter, I will testify as follows:

1. I am the President of the Law Firm of Kilpatrick & Associates, P.C. ("Firm").

2. I am the lead attorney for Detroit Water and Sewerage Department in the City of Detroit Bankruptcy case (13-53846-tjt).

3. I am currently the only attorney at the firm with the necessary knowledge and background in this matter to be able to effectively represent Detroit Water and

Sewerage Department at the Hearing currently scheduled for July 22, 2015 at 1:30pm.

4. I would be unable to attend the hearing on July 22, 2015, or a hearing on August 26, 2015 due to prior commitments.

FURTHER, DEPONENT SAYETH NOT.

DATE: July 1, 2015     /s/ Richardo I. Kilpatrick
**RICHARDO I. KILPATRICK**

Subscribed and sworn to before
me this 1st day of July, 2015

/s/ Bianca Asmar
Bianca Asmar, Notary Public
Oakland County, Michigan

My Commission expires: 11/03/2020