UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

| | |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| | Case No. 13-53846-tjt |
| Debtor. | Honorable Thomas J. Tucker |

_____/

## PROOF OF SERVICE

**Karen O'Nail** states that on the 1st day of July, 2015, she served a copy of the City of Detroit Water and Sewerage Departments Motion to Adjourn Hearing on its objection to Claim Number 3451 Filed By Kim Spicer, Proposed Order, Notice of Motion and Affidavit and this PROOF OF SERVICE upon the following parties with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

All Parties listed on the ECF Notices

Office of the U.S. Trustee        via ecf email

Kim Spicer by first class mail

/s/*Karen O'Nail*  _____
**Karen O'Nail,** an employee of
KILPATRICK & ASSOCIATES, P.C.
903 North Opdyke Road, Suite C
Auburn Hills, Michigan 48326
(248) 377-0700
ecf@kaalaw.com