

Comparison of auto accident cases filed in Wayne, Oakland, and Macomb Counties in given years

### Wayne County

| | Population | Number of NI | NI percentage | Number of NF | NF percentage |
|---|---|---|---|---|---|
| 2010 | 1,820,641 | 2173 | 0.11% | 3462 | 0.19% |
| 2011 | 1,792,365 | 2861 | 0.15% | 4264 | 0.23% |
| 2012 | 1,792,496 | 2738 | 0.15% | 5245 | 0.29% |
| 2013 | 1,775,273 | 2904 | 0.16% | 5599 | 0.31% |

### Oakland County

| | Population | Number of NI | NI percentage | Number of NF | NF percentage |
|---|---|---|---|---|---|
| 2010 | 1,202,362 | 770 | 0.06% | 353 | 0.03% |
| 2011 | 1,211,357 | 880 | 0.07% | 431 | 0.04% |
| 2012 | 1,220,643 | 935 | 0.08% | 538 | 0.04% |
| 2013 | 1,231,640 | 1049 | 0.09% | 526 | 0.04% |

### Macomb County

| | Population | Number of NI | NI percentage | Number of NF | NF percentage |
|---|---|---|---|---|---|
| 2010 | 840,987 | 768 | 0.09% | 322 | 0.03% |
| 2011 | 842,881 | 886 | 0.11% | 539 | 0.06% |
| 2012 | 847,710 | 887 | 0.10% | 486 | 0.05% |
| 2013 | 854,769 | 993 | 0.12% | 482 | 0.06% |

Notes

1. NI refers to cases filed under "Personal Injury, Auto Negligence"
2. NF refers to cases filed under "No-Fault Automobile Insurance"
3. Population numbers taken from US Census Bureau
4. Number of cases taken from the "Newly Filed Cases" as reported in the Statistical Supplement of the Annual Report of Michigan State Courts
5. Percentage heading refers to number of particular type of cases filed vs the county's population