# EXHIBIT 1: PROPOSED ORDER

4816-7431-2741.1

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|   |   |   |
|---|---|---|
| In re | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
|  | : | Hon. Thomas J. Tucker |
| Debtor | : |  |

## ORDER REGARDING THE FILING OF OBJECTIONS TO CERTAIN CLAIMS FILED BY THE STATE OF MICHIGAN

Upon the stipulation (the "Stipulation") of the City of Detroit (the "City"), and the State of Michigan (the "State"), for entry of an order regarding the filing of objections to certain State claims, namely, proofs of claim numbered 3725, 3726, 3748, 3749, 3750, and 3756 (the "State Claims"); and the Court being fully advised in the premises;

IT IS ORDERED THAT:

1. The City may object to the State Claims through and including August 7, 2015.

4816-7431-2741.1