# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

```
------------------------------------------------------ x
                                                       :    Chapter 9
In re                                                  :
                                                       :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                             :
                                                       :    Judge Thomas J. Tucker
                                       Debtor         :
------------------------------------------------------ x
```

## ORDER EXTENDING DEADLINE TO FILE OBJECTIONS
## TO CERTAIN CLAIMS FILED BY THE STATE OF MICHIGAN

Upon the stipulation (Docket # 10024, the "Stipulation") of the City of Detroit (the "City"), and the State of Michigan (the "State"), for entry of an order regarding the filing of objections to certain State claims, namely, proofs of claim numbered 3725, 3726, 3748, 3749, 3750, and 3756 (the "State Claims"); and the Court being fully advised in the premises;

IT IS ORDERED that the deadline for the City to file objections to the State Claims is extended through August 7, 2015.

.

**Signed on July 07, 2015**

                                                   /s/ Thomas J. Tucker
                                                 Thomas J. Tucker
                                                 United States Bankruptcy Judge