**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

**CERTIFICATION OF NO RESPONSE OR OBJECTION REGARDING CITY OF
DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501,
AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND
3003(C), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND
APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST HELAINA
PERRY [DOC. NO. 9954]**

On June 10, 2015, the City Of Detroit ("City") filed its Motion to Enforce Order,
Pursuant To Sections 105, 501, and 503 Of the Bankruptcy Code and Bankruptcy Rules 2002
and 3003(c), Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner
of Notice Thereof Against Helaina Perry ("Motion"). [Doc. No. 9954]. As set forth more fully
in the Motion, the Motion sought to enforce this Court's claims bar date order and prohibit
Helaina Perry from continuing to prosecute an action against the City currently pending in
Wayne County Circuit Court ("State Court Action"). The City served the Motion, via email and
first class mail, upon Ms. Perry's counsel in the State Court Action, Mr. Jonathan Hirsch. *See
Certificate of Service*, Exhibit A. Mr. Hirsch responded to the City's email by stating that he
"withdrew on the case. I no longer represent Ms. Perry. You need to serve her with the Motion."
*See* Exhibit B. The City replied to Mr. Hirsch stating that it had "…checked the docket of the
state court lawsuit in Wayne County Circuit Court and there is not an order granting your motion
to withdraw as counsel. If I am mistaken and there has been an order entered permitting you to
withdraw as counsel, please send it to me. Please also send me Ms. Perry's address so that I can
mail the motion to her as well." *Id.* Mr. Hirsch did not reply this request.

Counsel for the City then attempted to locate a valid address for Helaina Perry. On June 11, 2015, the City served the Motion via first class mail to what it believed to be a valid address for Ms. Perry. *See Supplemental Certificate of Service*, Exhibit C. [Doc. No. 9963]. However, on June 29, 2015, counsel for the City received the mailing to Helaina Perry as returned mail, marked "Return to Sender; Attempted-Not Known; Unable to Forward." Mr. Hirsch filed another motion to withdraw as counsel in the State Court Action on June 25, 2015 and noticed this second motion for hearing on July 10, 2015. *See* Ex. D.

Pursuant to MCR 2.117(C), Mr. Hirsch is Ms. Perry's counsel until an order is entered in the State Court Action permitting him to withdraw. MCR 2.117(C)(2) ("An attorney who has entered an appearance may withdraw from the action or be substituted for only on order of the court."). While Mr. Hirsch has filed two separate motions to withdraw as counsel, no order has been entered approving his withdrawal.

No response or objection to the Motion was filed with the Court and the time to do so has passed. The City respectfully requests that the Court enter an order in substantially the same form as the one which was attached to the Motion. *See Proposed Order* Exhibit E.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
Jonathan S. Green (P33140)
Marc N. Swanson (P71149)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
swanson@millercanfield.com
green@millercanfield.com

- 2 -

ATTORNEYS FOR THE CITY OF DETROIT

DATED: July 7, 2015

24751252.1\022765-00202

**Exhibit A**

24751252.1\022765-00202

## EXHIBIT 4 – CERTIFICATE OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

The undersigned hereby certifies that on June 10, 2015, he served a copy of the foregoing *CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST HELAINA PERRY* upon counsel, as listed below, via electronic mail and first class mail:

Jonathan C. Hirsch
59 N Walnut St Ste 304
Mount Clemens, MI 48043
jonathanhirsch@yahoo.com

DATED:  June 10, 2015

By: /s/ Marc N. Swanson
    Marc N. Swanson (P71149)
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

**Exhibit B**

| From: | Swanson, Marc N. |
|---|---|
| Sent: | Wednesday, June 10, 2015 4:25 PM |
| To: | jonathanhirsch@yahoo.com |
| Cc: | Wysocki, Robin; Swanson, Marc N. |
| Subject: | RE: Service: City Of Detroit's Motion To Enforce Order re Helaina Perry |

Jonathan,

I emailed you last evening and called you twice today but did not hear back. We checked the docket of the state court lawsuit in Wayne County Circuit Court and there is not an order granting your motion to withdraw as counsel. If I am mistaken and there has been an order entered permitting you to withdraw as counsel, please send it to me. Please also send me Ms. Perry's address so that I can mail the motion to her as well.

Thanks,

Marc

---

**Marc N. Swanson** | Principal
**Miller Canfield**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226 (USA)
**T** +1.313.496.7591 | **F** +1.313.496.8451 | **Mobile** +1.248.766.7159
swansonm@millercanfield.com | View Profile + VCard
http://www.millercanfield.com/MarcSwanson

---

**From:** Jonathan Hirsch [mailto:jonathanhirsch@yahoo.com]
**Sent:** Wednesday, June 10, 2015 4:16 PM
**To:** Wysocki, Robin
**Subject:** Re: Service: City Of Detroit's Motion To Enforce Order re Helaina Perry

I withdrew on this case. I no longer represent Ms. Perry. You need to serve her with the Motion.

Thank you,

*Jonathan C. Hirsch*
THE HIRSCH LAW FIRM, PLLC
59 N. Walnut St., Suite 304
Mt. Clemens, MI 48043
P (586) 445-0900
F (586) 789-9033

CONFIDENTIALITY NOTE: The information contained in this message may be privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient,

or any employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

---

**From:** "Wysocki, Robin" <wysocki@MillerCanfield.com>
**To:** "jonathanhirsch@yahoo.com" <jonathanhirsch@yahoo.com>
**Sent:** Wednesday, June 10, 2015 3:48 PM
**Subject:** Service: City Of Detroit's Motion To Enforce Order re Helaina Perry

Please see the attached motion filed with the court today.

Best regards,

Robin Wysocki
Paralegal
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226
Ph. (313) 496-7631
Fax: (313) 496-8452
wysocki@millercanfield.com

**Exhibit C**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2015, he served a copy of *CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST HELAINA PERRY* upon

Helaina Perry, as listed below, via first class mail:

Helaina Perry
4220 Holcomb St.
Detroit, MI 48214

DATED:  June 11, 2015

<div style="margin-left:40%">

By: /s/ Marc N. Swanson
    Marc N. Swanson (P71149)
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

</div>

24684166.1\022765-00202

13-53846-tjt  Doc 10027   Filed 07/07/15   Entered 07/07/15 12:34:09   Page 10 of 25
13-53846-tjt  Doc 9953   Filed 06/11/15   Entered 06/11/15 11:34:19   Page 10 of 12

**Exhibit D**

# REGISTER OF ACTIONS
## CASE NO. 14-013963-NI

| | PARTY INFORMATION | |
|---|---|---|

| | | **Lead Attorneys** |
|---|---|---|
| Defendant | City of Detroit | **Mary Beth Cobbs** |
| | | *Retained* |
| | | (313) 237-3075(W) |
| Defendant | Harris, Michael | **Mary Beth Cobbs** |
| | | *Retained* |
| | | (313) 237-3075(W) |
| Plaintiff | Perry, Helaina | **Jonathan C. Hirsch** |
| | | *Retained* |
| | | (586) 445-0900(W) |

| EVENTS & ORDERS OF THE COURT |
|---|

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 10/29/2014 | **Service Review Scheduled** |
| 10/29/2014 | **Status Conference Scheduled** |
| 10/29/2014 | **Complaint, Filed** |
| 10/29/2014 | **Case Filing Fee - Paid** |
| 11/07/2014 | **Miscellaneous Pleadings, Filed** |
| 01/27/2015 | **Status Conference** (11:30 AM) (Judicial Officer, Murphy, John A.) |
| | *01/28/2015 Reset by Court to 01/30/2015* |
| | *01/30/2015 Reset by Court to 01/27/2015* |
| | Result: Reviewed by Court |
| 01/28/2015 | **Status Conference Scheduling Order, Signed and Filed** (Judicial Officer: Murphy, John A. ) |
| 02/05/2015 | **Answer to Complaint, Filed** |
| 03/13/2015 | **Order Substituting Plaintiff Attorney, Signed and Filed** |
| 04/21/2015 | **Motion to Withdraw as Attorney, Filed** |
| 04/27/2015 | **Praecipe, Filed** (Judicial Officer: Murphy, John A. ) |
| 05/11/2015 | **Praecipe, Filed** (Judicial Officer: Murphy, John A. ) |
| 05/22/2015 | *CANCELED* **Motion Hearing** (9:00 AM) (Judicial Officer Murphy, John A.) |
| | *Dismiss Non-Appearance* |
| 05/22/2015 | *CANCELED* **Motion Hearing** (9:00 AM) (Judicial Officer Murphy, John A.) |
| | *Scheduling Error* |
| 06/25/2015 | **Notice of Hearing, Filed** |
| 06/25/2015 | **Motion to Withdraw as Attorney, Filed** |
| 08/03/2015 | **Case Evaluation - General Civil** |
| 09/17/2015 | **Settlement Conference** (9:30 AM) (Judicial Officer Murphy, John A.) |

| FINANCIAL INFORMATION |
|---|

| | | | |
|---|---|---|---|
| | **Plaintiff** Perry, Helaina | | |
| | Total Financial Assessment | | 40.00 |
| | Total Payments and Credits | | 40.00 |
| | **Balance Due as of 06/29/2015** | | **0.00** |
| 04/21/2015 | Transaction Assessment | | 20.00 |
| 04/21/2015 | Civil File & Serve Payment  Receipt # 2015-34535 | Perry, Helaina | (20.00) |
| 06/25/2015 | Transaction Assessment | | 20.00 |
| 06/25/2015 | Civil File & Serve Payment  Receipt # 2015-55277 | Perry, Helaina | (20.00) |

https://cmspublic.3rdcc.org/CaseDetail.aspx?CaseID=2433766

6/29/2015

HELAINA PERRY

                Plaintiff,                  Case No: 14-013963-NI

vs                                    Hon. John A. Murphy

MICHAEL HARRIS and CITY OF DETROIT,
A Michigan corporation Municipal Corporation,

                Defendants.

14-013963-NI

FILED IN MY OFFICE
WAYNE COUNTY CLERK
6/25/2015 4:12:06 PM
CATHY M. GARRETT

| THE HIRSCH LAW FIRM, PLLC | CITY OF DETROIT LAW DEPT |
|---|---|
| JONATHAN C. HIRSCH (P46952) | MARY BETH COBBS (P40080) |
| LAUREN SNIDERMAN HIRSCH (P46111) | Attorney for Defendant |
| Attorneys for Plaintiff | 2 Woodward Avenue, Suite 500 |
| 59 N. Walnut Street, Suite 304 | Detroit, MI 48226 |
| Mount Clemens, MI 48043 | (313) 237-3075 |
| (586) 445-0900 | |
| jonathanhirsch@yahoo.com | |

## RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff's counsel will bring his Motion to

Withdraw as Counsel for Plaintiff on for hearing before this Honorable

Court, on **Friday, July 10, 2015 at 9:00 a.m.** or as soon thereafter as

may be heard.

                /s/ Jonathan C. Hirsch
                THE HIRSCH LAW FIRM, PLLC
                JONATHAN C. HIRSCH (P46952)
                59 N. Walnut Street, Suite 304
                Mt. Clemens, MI 48043
Dated: June 25, 2015      (586) 445-0900

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

HELAINA PERRY

                    Plaintiff,

vs

MICHAEL HARRIS and CITY OF DETROIT,
A Michigan corporation Municipal Corporation,

                 Defendants.

Case No: 14-013963-NI
Hon. John A. Murphy

14-013963-NI
FILED IN MY OFFICE
WAYNE COUNTY CLERK
6/25/2015 4:12:41 PM
CATHY M. GARRETT

---

THE HIRSCH LAW FIRM, PLLC
JONATHAN C. HIRSCH (P46952)
LAUREN SNIDERMAN HIRSCH (P46111)
Attorneys for Plaintiff
59 N. Walnut Street, Suite 304
Mount Clemens, MI 48043
(586) 445-0900
jonathanhirsch@yahoo.com

CITY OF DETROIT LAW DEPT.
MARY BETH COBBS (P40080)
Attorney for Defendant
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-3075

---

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

      NOW COMES Plaintiff's Counsel, THE HIRSCH LAW FIRM, PLLC,

and for their Motion to Withdraw as counsel for Plaintiff states as follows:

1. This is a 3rd Party Automobile Negligence lawsuit.

2. Plaintiff's counsel recently substituted in as counsel for

    Plaintiff.

3. Plaintiff's counsel has had repeated disturbing conversations

    with Plaintiff.

4. There has been a breakdown in the attorney client relationship.

5. Plaintiff's counsel should be allowed to withdraw as counsel for

    Plaintiff.

**WHEREFORE**, Plaintiff's counsel prays this Honorable Court grant

its Motion to Withdraw as counsel for Plaintiff.

/s/ *Jonathan C. Hirsch*
THE HIRSCH LAW FIRM, PLLC
JONATHAN C. HIRSCH (P46952)
59 N. Walnut, Ste 304
Mount Clemens, MI 48043
(586) 445-0900
jonathanhirsch@yahoo.com

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

HELAINA PERRY

                    Plaintiff,                    Case No: 14-013963-NI
vs                                                Hon. John A. Murphy

MICHAEL HARRIS and CITY OF DETROIT,
A Michigan corporation Municipal Corporation,

                    Defendants.

---

THE HIRSCH LAW FIRM, PLLC            CITY OF DETROIT LAW DEPT.
JONATHAN C. HIRSCH (P46952)         MARY BETH COBBS (P40080)
LAUREN SNIDERMAN HIRSCH (P46111)    Attorney for Defendant
Attorneys for Plaintiff              2 Woodward Avenue, Suite 500
59 N. Walnut Street, Suite 304       Detroit, MI 48226
Mount Clemens, MI 48043              (313) 237-3075
(586) 445-0900
jonathanhirsch@yahoo.com

---

## PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Plaintiff's counsel hereby relies on the facts set forth in the

foregoing Motion and MRPC 1.16 in support of his Motion to Withdraw as

Plaintiff's counsel.

                              /s/ Jonathan C. Hirsch
                              THE HIRSCH LAW FIRM, PLLC
                              JONATHAN C. HIRSCH (P46952)
                              LAUREN HIRSCH (P46111)
                              Attorneys for Plaintiff
                              59 N. Walnut, Ste 304
                              Mount Clemens, MI 48043
                              (586) 445-0900

HELAINA PERRY

               Plaintiff,              Case No: 14-013963-NI

vs                                 Hon. John A. Murphy

MICHAEL HARRIS and CITY OF DETROIT,
A Michigan corporation Municipal Corporation,

               Defendants.

FILED IN MY OFFICE
WAYNE COUNTY CLERK 14-013963-NI
4/21/2015 10:22:07 AM
CATHY M. GARRETT

| | |
|---|---|
| THE HIRSCH LAW FIRM, PLLC | CITY OF DETROIT LAW DEPT. |
| JONATHAN C. HIRSCH (P46952) | MARY BETH COBBS (P40080) |
| LAUREN SNIDERMAN HIRSCH (P46111) | Attorney for Defendant |
| Attorneys for Plaintiff | 2 Woodward Avenue, Suite 500 |
| 59 N. Walnut Street, Suite 304 | Detroit, MI 48226 |
| Mount Clemens, MI 48043 | (313) 237-3075 |
| (586) 445-0900 | |
| jonathanhirsch@yahoo.com | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

NOW COMES Plaintiff's Counsel, THE HIRSCH LAW FIRM, PLLC, and for their Motion to Withdraw as counsel for Plaintiff states as follows:

1. This is a 3rd Party Automobile Negligence lawsuit.

2. Plaintiff's counsel recently substituted in as counsel for Plaintiff.

3. Plaintiff's counsel has had repeated disturbing conversations with Plaintiff.

4. There has been a breakdown in the attorney client relationship.

5. Plaintiff's counsel should be allowed to withdraw as counsel for Plaintiff.

**WHEREFORE**, Plaintiff's counsel prays this Honorable Court grant

its Motion to Withdraw as counsel for Plaintiff.

/s/ Jonathan C. Hirsch
THE HIRSCH LAW FIRM, PLLC
JONATHAN C. HIRSCH (P46952)
59 N. Walnut, Ste 304
Mount Clemens, MI 48043
(586) 445-0900
jonathanhirsch@yahoo.com

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

HELAINA PERRY

                Plaintiff,

vs

MICHAEL HARRIS and CITY OF DETROIT,
A Michigan corporation Municipal Corporation,

              Defendants.

Case No: 14-013963-NI
Hon. John A. Murphy

| THE HIRSCH LAW FIRM, PLLC | CITY OF DETROIT LAW DEPT. |
|---|---|
| JONATHAN C. HIRSCH (P46952) | MARY BETH COBBS (P40080) |
| LAUREN SNIDERMAN HIRSCH (P46111) | Attorney for Defendant |
| Attorneys for Plaintiff | 2 Woodward Avenue, Suite 500 |
| 59 N. Walnut Street, Suite 304 | Detroit, MI 48226 |
| Mount Clemens, MI 48043 | (313) 237-3075 |
| (586) 445-0900 | |
| jonathanhirsch@yahoo.com | |

## <u>PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL</u>

Plaintiff's counsel hereby relies on the facts set forth in the foregoing Motion and MRPC 1.16 in support of his Motion to Withdraw as Plaintiff's counsel.

                              */s/ Jonathan C. Hirsch*
                              THE HIRSCH LAW FIRM, PLLC
                              JONATHAN C. HIRSCH (P46952)
                              LAUREN HIRSCH (P46111)
                              Attorneys for Plaintiff
                              59 N. Walnut, Ste 304
                              Mount Clemens, MI 48043
                              (586) 445-0900

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

HELAINA PERRY

                Plaintiff,             Case No: 14-013963-NI

vs                                   Hon. John A. Murphy

MICHAEL HARRIS and CITY OF DETROIT,
A Michigan corporation Municipal Corporation,

                Defendants.

---

| THE HIRSCH LAW FIRM, PLLC | CITY OF DETROIT LAW DEPT. |
|---|---|
| JONATHAN C. HIRSCH (P46952) | MARY BETH COBBS (P40080) |
| LAUREN SNIDERMAN HIRSCH (P46111) | Attorney for Defendant |
| Attorneys for Plaintiff | 2 Woodward Avenue, Suite 500 |
| 59 N. Walnut Street, Suite 304 | Detroit, MI 48226 |
| Mount Clemens, MI 48043 | (313) 237-3075 |
| (586) 445-0900 | |
| jonathanhirsch@yahoo.com | |

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff's counsel will bring his Motion to

Withdraw as Counsel for Plaintiff on for hearing before this Honorable

Court, on **Friday, May 1, 2015 at 9:00 a.m.** or as soon thereafter as

may be heard.

                             /s/ Jonathan C. Hirsch
                             THE HIRSCH LAW FIRM, PLLC
                             JONATHAN C. HIRSCH (P46952)
                             59 N. Walnut Street, Suite 304
                             Mt. Clemens, MI 48043

Dated: April 20, 2015       (586) 445-0900

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was
served upon all parties to the above cause to each of the
attorneys of records herein at their respective addresses as
indicated on the pleadings on April 20, 2015 via US Mail.

---

Jonathan C. Hirsch

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

HELAINA PERRY

              Plaintiff,           Case No: 14-013963-NI

vs                            Hon. John A. Murphy

MICHAEL HARRIS and CITY OF DETROIT,
A Michigan corporation Municipal Corporation,

              Defendants.

| THE HIRSCH LAW FIRM, PLLC | CITY OF DETROIT LAW DEPT. |
|---|---|
| JONATHAN C. HIRSCH (P46952) | MARY BETH COBBS (P40080) |
| LAUREN SNIDERMAN HIRSCH (P46111) | Attorney for Defendant |
| Attorneys for Plaintiff | 2 Woodward Avenue, Suite 500 |
| 59 N. Walnut Street, Suite 304 | Detroit, MI 48226 |
| Mount Clemens, MI 48043 | (313) 237-3075 |
| (586) 445-0900 | |
| jonathanhirsch@yahoo.com | |

## RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff's counsel will bring his Motion to

Withdraw as Counsel for Plaintiff on for hearing before this Honorable

Court, on **Friday, May 22, 2015 at 9:00 a.m.** or as soon thereafter as

may be heard.

                    */s/Jonathan C. Hirsch*
                    THE HIRSCH LAW FIRM, PLLC
                    JONATHAN C. HIRSCH (P46952)
                    59 N. Walnut Street, Suite 304
                    Mt. Clemens, MI 48043

Dated:  May 7, 2015          (586) 445-0900

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of records herein at their respective addresses as indicated on the pleadings on May 14, 2015 via E-Filing System.

*/s/ Jonathan C. Hirsch*
Jonathan C. Hirsch

**Exhibit E**

24751252.1\022765-00202

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST HELAINA PERRY**

This matter, having come before the Court on the Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof against Helaina Perry ("Motion"), upon proper notice and a hearing, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**THE COURT ORDERS THAT:**

1.     The Motion is granted.

2.     Within five days of the entry of this Order, Helaina Perry shall dismiss, or cause to be dismissed, with prejudice the action captioned as *Helaina Perry, Plaintiff, v. Michael Harris and City of Detroit, Defendants*, filed in the Wayne County Circuit Court and assigned Case No. 14-013963 ("State Court Action").

3.     Helaina Perry is permanently barred, estopped and enjoined from asserting the claims arising from or related to the State Court Action against the City of Detroit or property of the City of Detroit.

4. Helaina Perry is prohibited from sharing in any distribution in this bankruptcy case.

5. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.