# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

```
------------------------------------------------- x
                                                  :   Chapter 9
In re                                             :
                                                  :   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                        :
                                                  :   Hon. Thomas J. Tucker
                              Debtor              :
------------------------------------------------- x
```

## STIPULATION FOR ENTRY OF ORDER ALLOWING CLAIM NO. 3725 OF THE STATE OF MICHIGAN IN A REDUCED AMOUNT

The State of Michigan (the "State") and the City of Detroit, Michigan (the "City"), by and through their undersigned counsel, stipulate as follows in support of the entry of the *Order Allowing Claim No. 3725 of the State of Michigan in a Reduced Amount* attached hereto as **Exhibit 1.**

1. On June 2, 2014, the State filed its proof of claim [Claim No. 3725] (the "Claim") in the amount of $5,766.00.

2. Of that total amount, $4,637.58 related to post-petition invoices, which were inadvertently included in the Claim. Such post-petition amounts will be handled in the City's ordinary course of business.

3. Upon discussion, the parties determined that the Claim should be reduced to $1,128.13, none of which is entitled to administrative priority.

4. Therefore, the parties have agreed to allow Claim No. 3725 as a general unsecured claim in the amount of $1,128.13, provided, however, that nothing in this stipulation is to be construed as a waiver of any of the City's rights to assert and pursue any claims against

4823-8944-1829.2

the State including, without limitation, claims under Chapter 5 of the Bankruptcy Code, and to challenge the assertion of Claim 3725 as a defense to such claims.

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** approving the parties' stipulation.

Respectfully submitted by:

| **LAMBERT LESER** | **FOLEY & LARDNER, LLP** |
|---|---|
| By: /s/ Rozanne M. Giunta (w/ consent)<br>Rozanne M. Giunta<br>309 Davidson Bldg.<br>Bay City, MI 49707<br>Phone: (989) 893-3517<br>rgiunta@lambertleser.com<br><br>*Counsel to the State of Michigan* | By: /s/ Tamar N. Dolcourt<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>Leah R. Imbrogno (P79384)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jsimon@foley.com<br>tdolcourt@foley.com<br>limbrogno@foley.com<br><br>*Counsel to the City of Detroit, Michigan* |

Dated: July 7, 2015

4823-8944-1829.2