# EXHIBIT 1: PROPOSED ORDER

4823-8944-1829.2

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ------------------------------------------------------ x | | Chapter 9 |
| In re : | | |
| : | | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, : | | |
| : | | Hon. Thomas J. Tucker |
| Debtor : | | |
| ------------------------------------------------------ x | | |

**ORDER ALLOWING CLAIM NO. 3725 OF THE STATE OF MICHIGAN
IN A REDUCED AMOUNT**

This matter having come before the Court on the *Stipulation For Entry of Order Allowing Claim No. 3725 Of the State of Michigan in a Reduce Amount* (the "Stipulation"); the State[1] having filed Claim No. 3725 (the "Claim") in the above-captioned bankruptcy case; the parties having agreed that Claim No. 3725 should be allowed as a general unsecured claim in a reduced amount; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. Claim No. 3725 of the State shall be allowed as a general unsecured claim in the amount of $1,128.13.

3. Any post-petition amounts previously associated with Claim No. 3725 will be handled in the City's ordinary course of business.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

4823-8944-1829.2