UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
CITY OF DETROIT, MICHIGAN     Case No. 13-53846
    Hon. Thomas J. Tucker
    Chapter 9

_____/

REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

Please take notice that Leland Prince hereby requests to be removed from receiving electronic notices on behalf of DTE Energy at the following e-mail addresses:

princel@dteenergy.com
bradleyk@dteenergy.com

    Respectfully submitted,

    By: /s/ Leland Prince
    LELAND PRINCE (P30686)
    Attorney for DTE Electric and
    DTE Gas Companies
    One Energy Plaza
    688 WCB – Legal Department
    Detroit, Michigan 48226
    (313) 235-7725
Dated: July 8, 2015     princel@dteenergy.com