# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---------------------------------------------------------- x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Judge Thomas J. Tucker
Debtor :
---------------------------------------------------------- x

## ORDER ALLOWING CLAIM NO. 3725 OF THE STATE OF MICHIGAN IN A REDUCED AMOUNT

This case is before the Court on the *Stipulation For Entry of Order Allowing Claim No. 3725 Of the State of Michigan in a Reduce Amount* (Docket # 10028, the "Stipulation"); the State[1] having filed Claim No. 3725 (the "Claim") in the above-captioned bankruptcy case; the parties having agreed that Claim No. 3725 should be allowed as a general unsecured claim in a reduced amount; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. The Stipulation is approved.

2. Claim No. 3725 of the State is allowed as a general unsecured claim in the amount of $1,128.13.

3. Any post-petition amounts previously associated with Claim No. 3725 will be handled in the City's ordinary course of business.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

Signed on July 08, 2015

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge