# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST HELAINA PERRY**

This case is before the Court on the Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof against Helaina Perry (Docket # 9954, the "Motion"), upon proper notice and with no timely response to the Motion having been filed, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**IT IS ORDERED THAT:**

1. The Motion is granted.

2. Within five days after the entry of this Order, Helaina Perry must dismiss, or cause to be dismissed, with prejudice the action captioned as *Helaina Perry, Plaintiff, v. Michael Harris and City of Detroit, Defendants*, filed in the Wayne County Circuit Court and assigned Case No. 14-013963 ("State Court Action").

3. Helaina Perry is permanently barred, estopped and enjoined from asserting the claims arising from or related to the State Court Action against the City of Detroit or property of the City of Detroit.

4. Helaina Perry is prohibited from sharing in any distribution in this bankruptcy case.

5. The Court will retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

6. The City must promptly serve a copy of this Order on Helaina Perry and on her counsel of record in the State Court Action, and then file proof of such service.

.

**Signed on July 08, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge