Form ntcvco

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

**Notice Of Order Vacating Order Granting City of Detroit's Motion To Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof Against Helaina Perry (Docket # 10033)**

The **Order Granting City of Detroit's Motion To Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof Against Helaina Perry (Docket # 10033)** dated **7/8/2015** was entered in error and has been vacated.

**This order was entered in error, because it is a duplicate of the order entered at Docket # 10032.**

Dated: 7/9/15

                BY THE COURT

                Katherine B. Gullo , Clerk of Court
                UNITED STATES BANKRUPTCY COURT