IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                          ) Chapter 9
                                )
                                ) Case No. 13-53846
CITY OF DETROIT, MICHIGAN,      )
                                ) Hon. Thomas J. Tucker
                                )
Debtor.                         )

## EX PARTE MOTION OF STEVEN WOLAK, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CHRISTOPHER WOLAK, DECEASED, FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL PAYMENT BY DEBTOR PURSUANT TO SETTLEMENT CONTRACT, OR ALTERNATIVELY, VOID SETTLEMENT CONTRACT AND REINSTATE CASE IN THE TRADITIONAL MANNER

Now comes STEVEN WOLAK, as Personal Representative of the Estate of CHRISTOPHER WOLAK, Deceased, by and through his undersigned counsel, and for his *Ex Parte* Motion for Leave to File Reply Brief in Support of Motion to Compel Payment by Debtor Pursuant to Settlement Contract, or Alternatively, Void Settlement Contract and Reinstate Case in the Traditional Manner, respectfully states as follows:

1. Counsel for STEVEN WOLAK, as Personal Representative of the Estate of CHRISTOPHER WOLAK, Deceased ("Claimant"), understands that represented parties in this matter are to use the Court's electronic filing system; however, undersigned counsel does not have an ECF login and/or password for the United States Bankruptcy Court for the Eastern District of Michigan.

2. Claimant opposes the proposed distribution of his claim under the Plan for the reasons set forth in his Corrected Motion, and was granted permission by this Court to file his Corrected Motion in the traditional manner.

3. Debtor has since filed a response and Claimant now respectfully requests that this Court grant him permission to file a Reply Brief in Support of his Corrected Motion in the traditional manner.

4. Claimant is filing said Reply Brief contemporaneously with this Motion, and a Proposed Order.

WHEREFORE, Claimant respectfully requests that the Court GRANT his Motion for Leave to File his Reply Brief in Support of his Motion in the Traditional Manner.

Respectfully submitted,

FIEGER, FIEGER, KENNEY & HARRINGTON, P.C.

*/s/ David A. Dworetsky*
_____
GEOFFREY N. FIEGER (P30441)
DAVID A. DWORETSKY (P67026)
Attorneys for *Steven Wolak, as Personal Representative of the Estate of Christopher Wolak, Deceased*
19390 W. Ten Mile Road
Southfield, MI 48075
(248) 355-5555

July 10, 2015

3