IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: ) Chapter 9
)
) Case No. 13-53846
CITY OF DETROIT, MICHIGAN, )
) Hon. Thomas J. Tucker
)
Debtor. )

**ORDER GRANTING EX PARTE MOTION OF STEVEN WOLAK, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CHRISTOPHER WOLAK, DECEASED, FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF CORRECTED MOTION TO COMPEL PAYMENT BY DEBTOR PURSUANT TO SETTLEMENT CONTRACT, OR ALTERNATIVELY, VOID SETTLEMENT CONTRACT AND REINSTATE CASE IN THE TRADITIONAL MANNER**

At a session of said Court, held in the
City of Detroit, County of Wayne, State of
Michigan, on _____.

PRESENT: HONORABLE _____

This matter coming before the Court on the *Ex Parte* Motion of STEVEN WOLAK, as Personal Representative of the Estate of CHRISTOPHER WOLAK, Deceased, for Leave to File Reply Brief in Support of Corrected Motion to Compel Payment by Debtor Pursuant to Settlement Contract, or Alternatively, Void Settlement Contract and

Reinstate Case, in the Traditional Manner, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that STEVEN WOLAK, as Personal Representative of the Estate of CHRISTOPHER WOLAK, Deceased, is granted leave to file his Reply Brief in Support of Corrected Motion to Compel Payment by Debtor Pursuant to Settlement Contract, or Alternatively, Void Settlement Contract and Reinstate Case, in the traditional manner.

_[Signed 7-10-15]_

UNITED STATES BANKRUPTCY JUDGE