UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

_____/

In re

CITY OF DETROIT, MICHIGAN,

            Debtor

_____/

Chapter 9
Case No. 13-53846
Honorable Thomas J. Tucker

## RESPONSE TO DEBTOR'S FIFTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

**(No Basis Claims)**

The Creditor, **Thomas M. Nunley**, Claim No. 2780, (the "Creditor"), by and through his counsel, for his response states as follows:

### JURISDICTION AND VENUE

1.     Admit.

### BACKGROUND AND FACTS

2.     Admit.

3.     Admit.

4.     Admit.

5.     Admit.

6.     Admit.

7.     Admit.

8.     Admit.

1

9. Neither Admitted nor Denied. Creditor lacks specific knowledge to each and every claim listed in Exhibit 2 and leaves Debtor to its proofs. Denied as it relates to allegations related to Creditor's claim.

10. Neither Admitted nor Denied. Creditor lacks specific knowledge as to this allegation and leaves Debtor to its proofs.

## RELIEF REQUESTED

11. Neither Admitted nor Denied. Creditor lacks specific knowledge to each and every claim listed in Exhibit 2 and leaves Debtor to its proofs. Denied as it relates to allegations related to Creditor's claim.

12. Neither Admitted nor Denied.

## BASIS FOR RELIEF REQUESTED

13. Admit.

14. Admit.

15. Neither Admitted nor Denied. Creditor lacks specific knowledge to each and every claim listed in Exhibit 2 and leaves Debtor to its proofs. Denied as it relates to allegations related to Creditor's claim.

16. Admit.

17. Neither Admitted nor Denied. Creditor lacks specific knowledge to each and every claim listed in Exhibit 2 and leaves Debtor to its proofs. Denied as it relates to allegations related to Creditor's claim.

18. Admit.

19. Neither Admitted nor Denied. Creditor lacks specific knowledge to each and every claim listed in Exhibit 2 and leaves Debtor to its proofs. Denied as it relates to allegations related to Creditor's claim.

20. Neither Admitted nor Denied. Creditor lacks specific knowledge to the allegations therein and leaves Debtor to its proofs.

### NO EFFECT ON CLAIMS THAT ARE NOT SUBJECT TO TREATMENT IN CLASSES 3, 14, OR 15 UNDER THE PLAN

21. Neither Admitted nor Denied.

### SEPARATE CONTESTED MATTERS

22. Neither Admitted nor Denied.

### RESERVATION OF RIGHTS

23. Neither Admitted nor Denied.

### NOTICE

24. Neither Admitted nor Denied.

### NO PRIOR REQUEST

25. Neither Admitted nor Denied.

WHEREFORE, the Creditor respectfully requests that this Court deny the City's requested relief as to Creditor only, and any other further relief this Court may deem just and proper.

*Respectfully Submitted,*

/s/ Joshua J. Wheelock
**By:**_____
  **JOSHUA J. WHEELOCK (P76512)**
  ATTORNEY FOR THOMAS M. NUNLEY
  16400 North Park Drive, Suite 112
  Southfield, Michigan 48075
DATED:  July 10, 2015          (248) 996-8127