# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served the *ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST HELAINA PERRY* [Doc. No. 10032], as follows:

Via electronic mail and First Class United States Mail, on July 9, 2015 upon:

Jonathan C. Hirsch
59 N Walnut St., Ste 304
Mount Clemens, MI 48043
Email: jonathanhirsch@yahoo.com

and

Via First Class United States Mail, on July 13, 2015 upon:

Helaina Perry
4251 Holcomb
Detroit, MI 48214

DATED: July 13, 2015

        By: /s/ Marc N. Swanson
          Marc N. Swanson
          150 West Jefferson, Suite 2500
          Detroit, Michigan 48226
          Telephone: (313) 496-7591
          Facsimile: (313) 496-8451
          swansonm@millercanfield.com