UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

        Debtor.  Judge Thomas J. Tucker
_____/

**ORDER DENYING SHERRELL STANLEY'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ADMINISTRATIVE EXPENSE CLAIM (DOCKET # 9875)**

    This case came before the Court for a further hearing on July 15, 2015, on Sherrell Stanley's motion for an extension of time to file an administrative expense claim (Docket # 9875, the "Motion").[1] Sherrell Stanley and counsel for the City appeared at the hearing. For the reasons stated by the Court on the record during the hearing,

    IT IS ORDERED that the Motion (Docket # 9875) is denied.

.

**Signed on July 15, 2015**

                                                  /s/ Thomas J. Tucker
                                                  Thomas J. Tucker
                                                  United States Bankruptcy Judge

---

[1] The Court held an initial hearing on the Motion on June 3, 2015.