UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Case No. 13-53846

CITY OF DETROIT, MICHIGAN,               Chapter 9

       Debtor.                                Judge Thomas J. Tucker
_____/

**ORDER DENYING THE APPLICATION FOR AN ADMINISTRATIVE EXPENSE
CLAIM FILED BY SHEILA REED (DOCKET # 9135)**

     This case came before the Court for a further hearing on July 15, 2015, on the application for an administrative expense claim filed by Sheila Reed (Docket # 9135, the "Application").[1] Sheila Reed and counsel for the City appeared at the hearing. For the reasons stated by the Court on the record during the hearing,

     IT IS ORDERED that the Application (Docket # 9135) is denied.

.

**Signed on July 15, 2015**

                                                 /s/ Thomas J. Tucker
                                               Thomas J. Tucker
                                               United States Bankruptcy Judge

---

[1] The Court held an initial hearing on the Reed Claim on June 3, 2015.