UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN,             Chapter 9

            Debtor.                            Judge Thomas J. Tucker
_____/

**ORDER DENYING THE APPLICATION FOR AN ADMINISTRATIVE EXPENSE
CLAIM FILED BY SHERELL STANLEY (DOCKET # 9189)**

      This case came before the Court for a further hearing on July 15, 2015, on the application for an administrative expense claim filed by Sherell Stanley (Docket # 9189, the "Application").[1] Sherrell Stanley and counsel for the City appeared at the hearing. For the reasons stated by the Court on the record during the hearing,

      IT IS ORDERED that the Application (Docket # 9189) is denied.

.

**Signed on July 15, 2015**

                                                         /s/ Thomas J. Tucker
                                                         Thomas J. Tucker
                                                         United States Bankruptcy Judge

---

[1] The Court held an initial hearing on the Application on June 3, 2015.