UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

    Debtor.  Judge Thomas J. Tucker
_____/

**ORDER DENYING SHEILA REED'S MOTION TO ALLOW LATE FILED CLAIM (DOCKET # 9921)**

    This case came before the Court for a hearing on July 15, 2015, on Sheila Reed's motion to allow a late-filed claim (Docket # 9921, the "Motion"). Sheila Reed and counsel for the City appeared at the hearing. For the reasons stated by the Court on the record during the hearing,

    IT IS ORDERED that the Motion (Docket # 9921) is denied.

.

**Signed on July 15, 2015**

                                     /s/ Thomas J. Tucker
                                      Thomas J. Tucker
                                      United States Bankruptcy Judge