UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                          Chapter 9

        Debtor.                                  Judge Thomas J. Tucker
_____/

**ORDER DENYING "CORRECTED MOTION OF STEVEN WOLAK, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CHRISTOPHER WOLAK, DECEASED, TO COMPEL PAYMENT BY DEBTOR PURSUANT TO SETTLEMENT CONTRACT, OR ALTERNATIVELY, VOID SETTLEMENT CONTRACT AND REINSTATE CASE" (DOCKET # 9967)**

      This case came before the Court for a hearing on July 15, 2015 on the motion entitled "Corrected Motion of Steven Wolak, as Personal Representative of the Estate of Christopher Wolak, Deceased, to Compel Payment by Debtor Pursuant to Settlement Contract, or Alternatively, Void Settlement Contract and Reinstate Case" (Docket # 9967, the "Motion").[1] Counsel for Steven Wolak and counsel for the City appeared at the hearing. For the reasons stated by the Court on the record during the hearing,

      IT IS ORDERED that the Motion (Docket # 9967) is denied.

      IT IS FURTHER ORDERED that this Order is without prejudice to the City's right to file a timely objection to the $3 million claim filed in this bankruptcy case by Steven Wolak, Personal Representative, and this Order is without prejudice to the right of Steven Wolak, Personal Representative to defend against any such claim objection.

.

**Signed on July 15, 2015**

                                                  /s/ Thomas J. Tucker
                                                  Thomas J. Tucker
                                                  United States Bankruptcy Judge

---

   [1] The Motion superceded the motion filed at Docket # 9958.