UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

        Debtor.  Judge Thomas J. Tucker
_____/

**ORDER REGARDING FURTHER PROCEEDINGS ON THE MOTION ENTITLED "CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND (II) REQUIRING THE DISMISSAL OF THE STATE COURT ACTION FILED BY TANYA HUGHES" (DOCKET # 9970)**

This case came before the Court for a hearing on July 15, 2015, on the City of Detroit's motion entitled "City of Detroit's Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring the Dismissal of the State Court Action Filed by Tanya Hughes" (Docket # 9970, the "Motion"). Confirming action taken by the Court during the hearing, and for the reasons stated by the Court on the record during the hearing,

    IT IS ORDERED that:

1. No later than July 29, 2015, the City of Detroit must file, as a supplement to the Motion, copies of the following documents, to the extent they exist:

   - any written decision of the police trial board following the December 3, 2012 hearing, referred to in ¶ 19 of the Motion;

   - any written decision of the arbitrator upholding Tanya Hughes's termination, which arbitrator's decision is referred to in ¶ 21 or the Motion; and

   - the provisions in the applicable collective bargaining agreement which describe the procedure, including the procedure on appeal(s), which applied to the City's effort(s) to terminate Tanya Hughes.

2. The Court will hold a further hearing on the Motion on **August 5, 2015 at 1:30 p.m.**, for the purpose of issuing a bench opinion stating the Court's ruling on the Motion.
   .

**Signed on July 15, 2015**

                          /s/ Thomas J. Tucker
                          Thomas J. Tucker
                          United States Bankruptcy Judge