IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------X
: Chapter 9
IN RE :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Thomas J. Tucker
DEBTOR :
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2015, I electronically filed NOTICE OF WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM NUMBER 2177 FILED BY PAMELA BOOKER (Dkt No. 9994) with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. In addition, I hereby certify that on July 17, 2015 we have served a copy to Pamela Booker via First Class US Mail at the address below.

Pamela Booker
16227 Wildemere
Detroit, MI 48221

Dated: July 17, 2015

FOLEY & LARDNER LLP

By: */s/ Tamar N. Dolcourt*
John A. Simon (P61866)
Jeffrey S. Kopp (P59485)
Tamar N. Dolcourt (P73425)
Leah R. Imbrogno (P79384)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
jsimon@foley.com
jkopp@foley.com
tdolcourt@foley.com
limbrogno@foley.com
*Counsel for the Debtor, City of Detroit, Michigan*

4850-8567-4533.1