UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION
IN RE:

City of Detroit, Michigan                    Chapter 9
                                             Case No. 13-53846-swr
    Debtor.                                  Judge Rhodes
_____/

### REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

    PLEASE TAKE NOTICE that Scott M. Kwiatkowski of Goldstein, Bershad & Fried, P.C. hereby requests to be removed from receiving electronic notices on behalf of Goodman Acker, at the following e-mail address: scott@bk-lawyer.net

                                  Respectfully submitted:

                                  GOLDSTEIN BERSHAD & FRIED, P.C.

                                  /s/ Scott M. Kwiatkowski
                                Scott M. Kwiatkowski (P67871)
                                Attorney at Law
                                4000 Town Center
                                Suite 1200
                                Southfield, Michigan 48075
                                (248) 355-5300
                                email: scott@bk-lawyer.net

Dated: July 17, 2015