UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

_____/     Chapter 9
    Case No. 13-53846
In re     Honorable Thomas J. Tucker

CITY OF DETROIT, MICHIGAN,

          Debtor

_____/

## **CORRECTED CERTIFICATE OF SERVICE**

    I hereby certify that on July 10, 2015, I electronically filed RESPONSE TO DEBTOR'S FIFTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case.

          *Respectfully Submitted,*

          /s/ Joshua J. Wheelock
          **By:**_____
          **JOSHUA J. WHEELOCK (P76512)**
          ATTORNEY FOR THOMAS M. NUNLEY
          16400 North Park Drive, Suite 112
          Southfield, Michigan 48075
DATED:   July 19, 2015           (248) 996-8127