211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service is missing. (Related document: [9994] Notice of Withdrawal of Objection to Claim by Pamela Booker Claim No. 2177 RE 9739 City's Fifteenth Omnibus Objection to Certain Claims Filed by Debtor In Possession City of Detroit, Michigan)

is defective as indicated:

- ☐ Acceptable List of Creditors
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Cover Sheet for Amendments (To be filed with corrected document in its entirety as one PDF)
- ☐ Amended Document (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☒ Proof of Service Missing or Non−Compliant

☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet

☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 7/17/15

>BY THE COURT
>
>Katherine B. Gullo , Clerk of Court
>U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                   Case No. 13-53846-tjt
City of Detroit, Michigan                                                Chapter 9
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: csiku                Page 1 of 17           Date Rcvd: Jul 17, 2015
                              Form ID: def2              Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2015.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Daniel M. McDermott
                                                                                    TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2015                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2015 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
               ajennings@edwardsjennings.com,   vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com,   vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com,   vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com,   drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
               abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,   achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Plaintiff    Citizens United Against Corrupt Government
               aap43@outlook.com,   aap43law@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com, aap43law@gmail.com
Anthony J. Kochis    on behalf of Creditor   Iron Mountain Information Management, LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
Anthony J. Kochis    on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
Arthur O'Reilly    on behalf of Interested Party   Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com
Barbara A. Patek    on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com
Barbara A. Patek    on behalf of Attorney   Erman, Teicher, Zucker & Freedman, P.C. bpatek@ermanteicher.com
Barbara A. Patek    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com
Barbara A. Patek    on behalf of Creditor   Detroit Police Officers Association bpatek@ermanteicher.com
Barry S. Fagan    on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com
Benjamin J. Wilensky    on behalf of Creditor Robert  Cole bjw@seikalystewart.com
Bree A. Packer    on behalf of Respondent Rainell  Murray packer_b@yahoo.com, jwrentschler1@yahoo.com
Brendan G. Best    on behalf of Interested Party   Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com
Brendan G. Best    on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com
Brendan G. Best    on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com, wkyles@schaferandweiner.com
Brian Keck    on behalf of Interested Party Denise  Gardner bkeck@morganmeyers.com, aworlen@morganmeyers.com
Brian Keck    on behalf of Interested Party Patricia  Ramirez bkeck@morganmeyers.com, aworlen@morganmeyers.com
Brian Keck    on behalf of Interested Party Kimberly  James bkeck@morganmeyers.com, aworlen@morganmeyers.com
Brian Keck    on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com, aworlen@morganmeyers.com
Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party   Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian R. Trumbauer    on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
Bruce Bennett    on behalf of Debtor In Possession   City of Detroit, Michigan bbennett@jonesday.com
Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
Carina Kraatz    on behalf of Interested Party   Resnick & Moss, P.C. ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net
Carina Kraatz    on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net
Carla Orman Andres    on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen    on behalf of Interested Party   Ambac Assurance Corporation carol.cohen@arentfox.com
Carol Connor Cohen    on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
Carole Neville    on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
Carole Neville    on behalf of Retiree Committee   Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com
Caroline Turner English    on behalf of Plaintiff   Ambac Assurance Corporation caroline.english@arentfox.com
Caroline Turner English    on behalf of Interested Party   Ambac Assurance Corporation caroline.english@arentfox.com
Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
Charles D. Bullock    on behalf of Interested Party   Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
Charles N. Ash    on behalf of Creditor   UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash    on behalf of Defendant   UBS AG cash@wnj.com, kkranz@wnj.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
    kkranz@wnj.com
Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
    kkranz@wnj.com
Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
    BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
    cgrosman@carsonfischer.com
Cindy  Tsai    on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
    claude.montgomery@dentons.com,docketny@dentons.com,
    carole.neville@dentons.com;sam.alberts@dentons.com
Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
    Detroit, Michigan claude.montgomery@dentons.com,
    carole.neville@dentons.com;sam.alberts@dentons.com
Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
    courtney.rogers@wallerlaw.com
Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
    courtney.rogers@wallerlaw.com
Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
    ANHSOA@earthlink.net
Cynthia J. Haffey    on behalf of Defendant    Detroit General Retirement System Service
    Corporation haffey@butzel.com,  smithe@butzel.com
Cynthia J. Haffey    on behalf of Defendant    Detroit Police And Fire Retirement System Service
    Corporation haffey@butzel.com,  smithe@butzel.com
Dale  Price    on behalf of Creditor    Equal Employment Opportunity Commission dale.price@eeoc.gov,
    legaldt.detroit@eeoc.gov
Dan  Korobkin    on behalf of Interested Party Ian  Mobley dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Nathaniel  Price dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Jerome  Pierce dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Paul  Kaiser dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Jason  Leverette-Saunders dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party James  Washington dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Laura  Malher dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Darlene  Hellenberg dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Angie  Wong dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Stephanie  Hollander dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Kimberly  Mobley dkorobkin@aclumich.org
Dan  Korobkin    on behalf of Interested Party Wanda  Leverette dkorobkin@aclumich.org
Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
    dweiner@schaferandweiner.com
Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
    dweiner@schaferandweiner.com
David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
    deisenberg@ermanteicher.com
David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
    deisenberg@ermanteicher.com
David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
    deisenberg@ermanteicher.com
David A. Lerner    on behalf of Creditor    Plunkett Cooney dlerner@plunkettcooney.com,
    nwinagar@plunkettcooney.com
David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
    nwinagar@plunkettcooney.com
David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
    dgheiman@jonesday.com
David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
    david.dubrow@arentfox.com
David M. Blau    on behalf of Creditor    NTH Consultants, Ltd. dblau@clarkhill.com
David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
    nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
    nepc.com
David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
    kbilpo@seyburn.com
Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com,
    dnavin@dickinsonwright.com
Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
    General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
    kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Deborah Kovsky-Apap on behalf of Plaintiff City of Detroit, Michigan kovskyd@pepperlaw.com
Deborah Kovsky-Apap on behalf of Plaintiff City of Detroit kovskyd@pepperlaw.com
Deborah Kovsky-Apap on behalf of Defendant City of Detroit, Michigan kovskyd@pepperlaw.com
Deborah L. Fish on behalf of Interested Party Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Intervenor-Defendant Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Intervenor-Defendant Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Intervenor-Defendant BlueMountain Capital Management, LLC dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Intervenor-Defendant Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Intervenor-Defendant Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Interested Party Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish on behalf of Intervenor-Defendant Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Debra N. Pospiech on behalf of Interested Party Patricia Ramirez dpospiech@morganmeyers.com
Dirk H. Beckwith on behalf of Defendant Detroit Retirement Systems Funding Trust 2005 dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Defendant Wilmington Trust, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Defendant U.S. Bank, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Interested Party U.S. Bank N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Creditor Wilmington Trust Company, National Association dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Defendant Detroit Retirement Systems Funding Trust 2006 dbeckwith@fosterswift.com
Dirk H. Beckwith on behalf of Creditor U.S. Bank National Association dbeckwith@fosterswift.com
Donald G. McGuigan, II on behalf of Interested Party Mario's Restaurant, Inc. don@mcguiganlaw.com
Douglas Steele on behalf of Interested Party International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
Douglas C. Bernstein on behalf of Interested Party Hudson-Webber Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party W.K. Kellogg Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party Max M. and Marjorie S. Fisher Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party The Ford Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party Charles Stewart Mott Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party William Davidson Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party McGregor Fund dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein on behalf of Interested Party A. Paul and Carol C. Schaap Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Earle I. Erman on behalf of Creditor Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
Earle I. Erman on behalf of Creditor Detroit Police Officers Association eerman@ermanteicher.com
Earle I. Erman on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company emajoros@glmpc.com
        Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
        Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
        Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com, ANHSOA@earthlink.net
        Elizabeth M. Abood-Carroll    on behalf of Creditor    CitiMortgage, Inc. bankruptcy@orlans.com, ANHSOA@earthlink.net
        Elizabeth M. Abood-Carroll    on behalf of Creditor    M&T Bank bankruptcy@orlans.com, ANHSOA@earthlink.net
        Elizabeth M. Abood-Carroll    on behalf of Creditor    M&T Bank bankruptcy@orlans.com, ANHSOA@earthlink.net
        Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com, ANHSOA@earthlink.net
        Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
        Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
        Elizabeth M. Abood-Carroll    on behalf of Creditor    Rushmore Loan Management Services, LLC bankruptcy@orlans.com, ANHSOA@earthlink.net
        Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
        Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
        Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan carlson@millercanfield.com
        Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation enovetsky@jaffelaw.com
        Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com
        Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit efeldman@clarkhill.com
        Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
        H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net, jabdelnour@resnicklaw.net
        Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com
        Harold E. Nelson    on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com
        Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
        Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
        Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
        Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
        Heather Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com
        Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan hlennox@jonesday.com
        Heather Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com
        Heather Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com
        Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
        Heidi Peterson    hdpeterson75@gmail.com
        Howard Yale Lederman    on behalf of Creditor Ernest Flagg hlederman@normanyatooma.com
        Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
        Howard Yale Lederman    on behalf of Creditor Brian Greene hlederman@normanyatooma.com
        Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
        Hugh M. Davis    on behalf of Creditor Thomas Stephens Info@ConLitPC.com
        Ian S. Bolton    on behalf of Creditor    FK Park, LLC ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com
        Ian S. Bolton    on behalf of Creditor    FK South, LLC ibolton@maddinhauser.com, bwislinski@maddinhauser.com;nanderson@maddinhauser.com
        Irma Industrious    on behalf of Creditor Irma Industrious iindustrious@yahoo.com, iimeldai123@gmail.com
        James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc. james.sprayregen@kirkland.com
        James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc. james.sprayregen@kirkland.com
        James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd. james.sprayregen@kirkland.com
        Jamie Scott Fields    on behalf of Creditor Jamie Fields jeansartre@msn.com
        Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association jeansartre@msn.com
        Jason Abel    on behalf of Interested Party    Detroit Institute of Arts jpa@honigman.com
        Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com, ssmith@kerr-russell.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Jason W. Bank    on behalf of Interested Party   New England Fertilizer Company
 jbank@kerr-russell.com, ssmith@kerr-russell.com
Jayson Ruff    on behalf of Creditor   Sprint Communications Company LP jruff@mcdonaldhopkins.com
Jayson Ruff    on behalf of Creditor   Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
Jeffery R. Sieving    on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
Jeffrey Rossman    on behalf of Defendant   U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
 Lhaidostian@mwe.com
Jeffrey Rossman    on behalf of Creditor   U.S. Bank, N.A. jrossman@mwe.com
Jeffrey Rossman    on behalf of Creditor   U.S. Bank National Association jrossman@mwe.com
Jeffrey Rossman    on behalf of Interested Party   U.S. Bank N.A. jrossman@mwe.com
Jeffrey David Eaton    on behalf of Creditor   Parsons Brinckerhoff Michigan, Inc.
 jeaton@schiffhardin.com
Jeffrey H. Bigelman    on behalf of Creditor   Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
Jeffrey S. Kopp    on behalf of Debtor In Possession   City of Detroit, Michigan jkopp@foley.com
Jennifer Zbytowski Belveal    on behalf of Defendant   Detroit Entertainment, LLC
 jbelveal@honigman.com, mjohnson@honigman.com
Jennifer Zbytowski Belveal    on behalf of Defendant   Greektown Casino, LLC
 jbelveal@honigman.com, mjohnson@honigman.com
Jerome D. Goldberg    on behalf of Plaintiff John Smith apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff   National Action Network--Michigan Chapter
 apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Nicole Hill apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Rosalyn Parham apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff   Michigan Welfare Rights Organization
 apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Scott Eubank apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Rosalyn Walker apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Janice Ward apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff   Peoples Water Board apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff   Moratorium Now! apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff John Jackson apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Tammika Williams apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Sylvia Taylor apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Creditor David Sole apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Maurika Lyda apclawyer@sbcglobal.net
Jill Kristen Smith    on behalf of Creditor   Macomb County Jill.Smith@macombgov.org
Joel D. Applebaum    on behalf of Respondent   Detroit Wayne Joint Building Authority
 japplebaum@clarkhill.com
Joel D. Applebaum    on behalf of Creditor   Colasanti Construction Services, Inc.
 japplebaum@clarkhill.com
John A. Simon    on behalf of Debtor In Possession   City of Detroit, Michigan jsimon@foley.com
John A. Stevens    on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
 jstevens@mathesonparr.com, nlmumma@aol.com
John E. Eaton    on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
 pjohnson@bredhoff.com;mforan@bredhoff.com
John Joseph Ramirez    on behalf of Interested Party   Deutsche Bank AG, London
 john.ramirez@kattenlaw.com
John P. Kapitan    on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
John P. Sieger    on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
 john.sieger@kattenlaw.com
John R. Canzano    on behalf of Creditor   Michigan Building and Construction Trades Council
 jcanzano@kmsmc.com
Jonathan S. Green    on behalf of Defendant   City of Detroit, Michigan green@millercanfield.com
Jonathan S. Green    on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC
 green@millercanfield.com
Jonathan S. Green    on behalf of Defendant Michael Duggan, Mayor green@millercanfield.com
Jonathan S. Green    on behalf of Defendant   City of Detroit green@millercanfield.com
Jonathan S. Green    on behalf of Debtor In Possession   City of Detroit, Michigan
 green@millercanfield.com
Jonathan S. Green    on behalf of Defendant Michael Hall green@millercanfield.com
Jong-Ju Chang    on behalf of Interested Party   City of Detroit, Water and Sewerage Department
 jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
Joseph M. Fischer    on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com,
 jfischer@carsonfischer.com
Joseph R. Sgroi    on behalf of Interested Party   General Motors LLC jsgroi@honigman.com,
 litdocket@honigman.com
Joshua Wheelock    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
 joshwheelock@hotmail.com
Joshua A. Gadharf    on behalf of Interested Party   Syncora Capital Assurance Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party   Syncora Guarantee Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party   Syncora Holdings Ltd.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Judith Greenstone Miller    on behalf of Creditor   ADP, LLC jmiller@jaffelaw.com,
 dgoldberg@jaffelaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

| | | | |
|---|---|---|---|
| Judy B. Calton | on behalf of Creditor | 120 W. Montcalm Properties LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Singent Consulting LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Kennedy Square Garage LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Mound Road Enterprises L.L.C. | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Country West Apartments, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor Aziz N. Abraham | | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | LDM, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | 3250 Associated LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | TSD Solutions LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | 136 Bagley LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Delbruck Technology, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor Aziz & Lorna Abraham | | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | 440 Congress LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Stanne Consulting, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Olympia Office Building, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Gekko Enterprises LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | VITEC, L.L.C. | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Olympia Development of Michigan LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Sunrise Parking LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Taggart Technologies LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Skyline Partners LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Seven Mile Partners, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Cass Community Social Services, Inc. | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Interested Party Michael Duggan, Mayor | | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Compuware Corporation | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Arrow Uniform Rental, Inc. | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Interested Party | Detroit Entertainment, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | TC Manor House, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Interested Party | Detroit Institute of Arts | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Cathedral Owner LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | 3100 East Jefferson, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Oakland Plant Properties, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | 5801 Southfield Service Drive Corp. | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Magnolia Properties, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Fox Parking Garage, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Chene Square, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | 4737 Conner Co., LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Parkrite Holdings LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Enforcement Technology, Inc. | jcalton@honigman.com, litdocket@honigman.com |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
               jcalton@honigman.com,   litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Regency Owner LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Linwood Neighbors LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Attorney L. Katie Mason jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Mack Avenue Investors LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Seven Mile Holdings, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Bean Little Investments, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    MICMR, LLC jcalton@honigman.com,   litdocket@honigman.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
               344 jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants
               Association jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jteicher@ermanteicher.com
              Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
               karen.dine@kattenlaw.com
              Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
               Avery@SilvermanMorris.com
              Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
               kressk@pepperlaw.com
              Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
               kenneth.noble@kattenlaw.com,   nyc.bknotices@kattenlaw.com
              Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
               kenneth.noble@kattenlaw.com,   nyc.bknotices@kattenlaw.com
              Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kenneth.noble@kattenlaw.com,   nyc.bknotices@kattenlaw.com
              Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
               kschneider@schneidermiller.com
              Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov,
               michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;barbara.sinicki@usdoj.gov;Mary.compeau@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Kevin M. Baum   on behalf of Interested Party   Deutsche Bank Securities Inc.
         kevin.baum@kattenlaw.com
        Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc.
         ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
        Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
        Kristin K. Going   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006
         Kristin.Going@dbr.com
        Kristin K. Going   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2005
         Kristin.Going@dbr.com
        Kurt Thornbladh   on behalf of Plaintiff   Peoples Water Board kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Nicole Hill kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Scott Eubank kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff   National Action Network--Michigan Chapter
         kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Interested Party   Housing is a Human Right Coalition
         kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Maurika Lyda kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff   Moratorium Now! kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Sylvia Taylor kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Rosalyn Walker kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Rosalyn Parham kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Creditor   Plymouth Square Ltd. Housing Association
         kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Creditor   Michigan Welfare Rights Organization
         kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff   Michigan Welfare Rights Organization
         kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Janice Ward kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff John Smith kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Tammika Williams kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff John Jackson kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc.
         kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        L. Nichole Hunter   on behalf of Creditor   Public Lighting Authority nhunter@alglawpc.com,
         sobrien@alglawpc.com
        Lawrence A. Larose   on behalf of Creditor   Assured Guaranty Municipal Corp.
         llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
        Lawrence A. Larose   on behalf of Plaintiff   Assured Guaranty Municipal Corp.
         llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
        Lawrence A. Lichtman   on behalf of Creditor   660 Woodward Associates, LLC
         llichtman@honigman.com, litdocket@honigman.com
        Leah Montesano   on behalf of Interested Party   Ambac Assurance Corporation
         leah.montesano@arentfox.com
        Leonora K. Baughman   on behalf of Respondent   Wayne County Treasurer ecf@kaalaw.com
        Lisa Okasinski   on behalf of Creditor   HRT Enterprises lisa@demolaw.com
        Lisa Hill Fenning   on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
        Lisa Sommers Gretchko   on behalf of Creditor   Howard & Howard Attorneys PLLC
         lgretchko@howardandhoward.com, ebarrett@howardandhoward.com
        Louis P. Rochkind   on behalf of Plaintiff   National Public Finance Guarantee Corporation
         lrochkind@jaffelaw.com, dburris@jaffelaw.com
        Louis P. Rochkind   on behalf of Creditor   National Public Finance Guarantee Corporation
         lrochkind@jaffelaw.com, dburris@jaffelaw.com
        M. Ellen Dennis   on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com,
         dwhadden@umich.edu
        Mami Kato   on behalf of Interested Party   International Union of Operating Engineers, Local
         324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Devery Jones mkato@sachswaldman.com,
         pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Bruce Goldman mkato@sachswaldman.com,
         pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
         pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Mary Washington mkato@sachswaldman.com,
         pmerchak@sachswaldman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
               mkato@sachswaldman.com, pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor    Detroit Police Command Officers Association
               mkato@sachswaldman.com, pmerchak@sachswaldman.com
              Mami  Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Marc N. Swanson    on behalf of Defendant Michael  Hall swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
               swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant    City of Detroit swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant Michael  Duggan, Mayor swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant    City of Detroit, Michigan swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant    Detroit City Council swansonm@millercanfield.com
              Marcy J. Ford    on behalf of Creditor    Bank of America, N.A. easternecf@trottlaw.com
              Marguerite Hammerschmidt    on behalf of Interested Party    Haas & Goldstein P.C.
               admin@hammer-stick.com
              Mark  Wasvary    on behalf of Creditor    Hyde Park Co-Operative, et al. mark@wasvarylaw.com
              Mark  Wasvary    on behalf of Creditor    Plymouth Square Ltd. Housing Association
               mark@wasvarylaw.com
              Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
              Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
               mark.angelov@arentfox.com
              Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
               jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets
               Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
               shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Interested Party    Greenhill & Co., LLC
               shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
               mrj@wwrplaw.com
              Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
              Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
              Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               bankrout@davispolk.com
              Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
               mbcobbs@flash.net
              Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
               cobbm@detroitmi.gov, mbcobbs@flash.net
              Mary Kay Shaver    on behalf of Creditor    Varnum LLP mkshaver@varnumlaw.com
              Matthew  Klakulak    on behalf of Creditor Delania  Patterson m.klakulak@fiegerlaw.com
              Matthew  Klakulak    on behalf of Creditor Kevin  Bullard m.klakulak@fiegerlaw.com
              Matthew  Klakulak    on behalf of Creditor Delshone  Balfour m.klakulak@fiegerlaw.com
              Matthew  Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
              Matthew  Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
              Matthew  Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City
               of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew D. Harper    on behalf of Interested Party    City of Detroit Water and Sewerage Department
               mdharper@eastmansmith.com
              Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
               Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
               summersm@ballardspahr.com
              Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
              Melissa Demorest LeDuc    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
               paula@demolaw.com
              Melissa Demorest LeDuc    on behalf of Creditor John  Denis melissa@demolaw.com, paula@demolaw.com
              Melissa Demorest LeDuc    on behalf of Creditor    John W. and Vivian M. Denis Trust
               melissa@demolaw.com, paula@demolaw.com
              Melissa Demorest LeDuc    on behalf of Creditor James  Herbert melissa@demolaw.com,
               paula@demolaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Melissa Demorest LeDuc   on behalf of Creditor   HRT Enterprises melissa@demolaw.com, paula@demolaw.com
      Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
      Michael Anthony Karman   on behalf of Creditor   Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
      Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
      Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
      Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
      Michael R. Bell   on behalf of Interested Party   State of Michigan, Department of Attorney General BellM1@michigan.gov
      Michael R. Bell   on behalf of Interested Party Bill   Schuette BellM1@michigan.gov
      Michael R. Paslay   on behalf of Creditor   U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
      Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
      My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
      Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
      Nabih H. Ayad   on behalf of Interested Party Rashida   Tlaib ayadlaw@hotmail.com
      Nabih H. Ayad   on behalf of Interested Party Maureen   Taylor ayadlaw@hotmail.com
      Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP ayadlaw@hotmail.com
      Nabih H. Ayad   on behalf of Interested Party Donnell   White ayadlaw@hotmail.com
      Nabih H. Ayad   on behalf of Interested Party Thomas   Stallworth III ayadlaw@hotmail.com
      Neil R. Sherman   on behalf of Creditor   Flagstar Bank, FSB nsherman@sspclegal.com, stremonti1@sspclegal.com
      Neil R. Sherman   on behalf of Interested Party   CitiMortgage, Inc. nsherman@sspclegal.com, stremonti1@sspclegal.com
      Neil R. Sherman   on behalf of Interested Party   Schneiderman and Sherman, P.C. nsherman@sspclegal.com, stremonti1@sspclegal.com
      Neil R. Sherman   on behalf of Interested Party   Kondaur Capital Corporation nsherman@sspclegal.com, stremonti1@sspclegal.com
      Niraj R. Ganatra   on behalf of Attorney   UAW - Solidarity House Nganatra@uaw.net
      Noah J. Ornstein   on behalf of Interested Party   Syncora Guarantee Inc. noah.ornstein@kirkland.com
      Noah J. Ornstein   on behalf of Interested Party   Syncora Capital Assurance Inc. noah.ornstein@kirkland.com
      Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
      Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
      Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan pmears@btlaw.com
      Paul H. Saint-Antoine   on behalf of Defendant   Wilmington Trust, N.A. Paul.Saint-Antoine@dbr.com, Todd.Hutchison@dbr.com;James.Williamson@dbr.com
      Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
      Paul R. Hage   on behalf of Creditor   Canon Financial Services, Inc. phage@jaffelaw.com, jtravick@jaffelaw.com
      Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
      Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
      Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
      Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
      Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
      Peter L. Canzano   on behalf of Creditor   National Public Finance Guarantee Corporation pcanzano@sidley.com
      Peter Paul Sudnick   on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com, psudnick13@gmail.com
      Ralph A. Taylor   on behalf of Interested Party   Ambac Assurance Corporation ralph.taylor@arentfox.com
      Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
      Ralph E. McDowell   on behalf of Interested Party   Oakland-Macomb Interceptor Drain Drainage District rmcdowell@bodmanlaw.com
      Randall A. Brater   on behalf of Interested Party   Ambac Assurance Corporation randall.brater@arentfox.com
      Randall A. Pentiuk   on behalf of Interested Party   Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
      Randall A. Pentiuk   on behalf of Interested Party   Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Raymond   Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
          Raymond   Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richard   Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
           mao@cravath.com
          Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Coalition of Detroit Unions
           richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
           mcoil@millercohen.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com, wjackson@KAALaw.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit, Water and Sewerage
           Department ecf@kaalaw.com, wjackson@KAALaw.com
          Robert   Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert   Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert   Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert   Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
           rweisberg@carsonfischer.com;njudge@carsonfischer.com
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Interested Party    Pepper Hamilton LLP
           hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Ronald A. Spinner    on behalf of Defendant    City of Detroit, Michigan spinner@millercanfield.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

　　　Ronald A. Spinner　　on behalf of Debtor In Possession　　City of Detroit, Michigan
　　　　spinner@millercanfield.com
　　　Rozanne M. Giunta　　on behalf of Interested Party　　State of Michigan rmgiunta@lambertleser.com,
　　　　amckeoun@lambertleser.com
　　　Ryan Cochran　　on behalf of Creditor　　U.S. Bank National Association ryan.cochran@wallerlaw.com
　　　Ryan Plecha　　on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
　　　　jdobrzycki@lippittokeefe.com
　　　Ryan Plecha　　on behalf of Interested Party　　Retired Detroit Police and Fire Fighers
　　　　Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
　　　Ryan Plecha　　on behalf of Plaintiff　　Retired Detroit Police and Fire Fighters Association
　　　　rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
　　　Ryan Plecha　　on behalf of Interested Party　　Detroit Retired City Employees Association
　　　　rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
　　　Ryan Plecha　　on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
　　　　jdobrzycki@lippittokeefe.com
　　　Ryan Plecha　　on behalf of Plaintiff　　Detroit Retired City Employees Association
　　　　rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
　　　Ryan Plecha　　on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com,
　　　　jdobrzycki@lippittokeefe.com
　　　Ryan Plecha　　on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com,
　　　　jdobrzycki@lippittokeefe.com
　　　Ryan Blaine Bennett　　on behalf of Interested Party　　Syncora Guarantee Inc.
　　　　ryan.bennett@kirkland.com,
　　　　dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
　　　Ryan Blaine Bennett　　on behalf of Defendant　　Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
　　　　dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
　　　Ryan Blaine Bennett　　on behalf of Interested Party　　Syncora Capital Assurance Inc.
　　　　ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
　　　　justin.bernbrock@kirkland.com,
　　　　dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
　　　Ryan Blaine Bennett　　on behalf of Interested Party　　Syncora Guarantee Inc.
　　　　ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
　　　　justin.bernbrock@kirkland.com,
　　　　dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
　　　Ryan Blaine Bennett　　on behalf of Interested Party　　Syncora Holdings Ltd.
　　　　ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
　　　　dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
　　　Sam J. Alberts　　on behalf of Plaintiff　　Official Committee of Retirees of the City of Detroit,
　　　　Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
　　　Samuel S. Kohn　　on behalf of Creditor　　Assured Guaranty Municipal Corp. skohn@chadbourne.com,
　　　　sbloomfield@chadbourne.com;lschapira@chadbourne.com
　　　Samuel S. Kohn　　on behalf of Plaintiff　　Assured Guaranty Municipal Corp. skohn@chadbourne.com,
　　　　sbloomfield@chadbourne.com;lschapira@chadbourne.com
　　　Sandra L. O'Connor　　on behalf of Interested Party　　US Health & Life Insurance Company
　　　　soconnor@glmpc.com
　　　Sara Klettke MacWilliams　　on behalf of Creditor　　Oakland County, Michigan
　　　　macwilliams@youngpc.com, efiling@youngpc.com
　　　Scott Kwiatkowski　　on behalf of Interested Party　　Goodman Acker, P.C. scott@bk-lawyer.net
　　　Scott A. Wolfson　　on behalf of Creditor　　The Bank Of New York Mellon swolfson@wolfsonbolton.com,
　　　　david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
　　　　stravis@wolfsonbolton.com;mjosic@wolfsonbolton.com
　　　Scott B. Kitei　　on behalf of Interested Party　　Detroit Institute of Arts skitei@honigman.com
　　　Scott M. Watson　　on behalf of Creditor　　UBS AG swatson@wnj.com
　　　Sean M. Cowley (UST)　　on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
　　　Shanna Marie Kaminski　　on behalf of Interested Party　　City of Detroit Water and Sewerage
　　　　Department , pjozwiak@schaferandweiner.com
　　　Shanna Marie Kaminski　　on behalf of Defendant　　Detroit Water and Sewerage Department ,
　　　　pjozwiak@schaferandweiner.com
　　　Shannon L. Deeby　　on behalf of Interested Party　　General Retirement System of the City of
　　　　Detroit sdeeby@clarkhill.com
　　　Shannon L. Deeby　　on behalf of Interested Party　　Police and Fire Retirement System of the City
　　　　of Detroit sdeeby@clarkhill.com
　　　Shannon L. Deeby　　on behalf of Creditor　　Police and Fire Retirement System of the City of
　　　　Detroit sdeeby@clarkhill.com
　　　Shannon L. Deeby　　on behalf of Creditor　　General Retirement System of the City of Detroit
　　　　sdeeby@clarkhill.com
　　　Sharon L. Levine　　on behalf of Creditor　　Michigan Council 25 of the American Federation of
　　　　State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
　　　Sharon L. Levine　　on behalf of Creditor　　Michigan Council 25 of the American Federation of
　　　　State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
　　　Sharon L. Levine　　on behalf of Creditor　　Michigan Council 25 Of The American Federation of
　　　　State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
　　　　slevine@lowenstein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net
        Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
        Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
        Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com
        Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com
        Stanley L. de Jongh    on behalf of Interested Party    City of Detroit Law Department jongsl@detroitmi.gov
        Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
        Stephen B. Grow    on behalf of Creditor     UBS AG sgrow@wnj.com,  kfrantz@wnj.com
        Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
        Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
        Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
        Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
        Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
        Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com
        Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
        Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
        Stephen S. LaPlante    on behalf of Defendant    Detroit City Council laplante@millercanfield.com, skoczylas@millercanfield.com
        Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
        Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
        Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
        Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney General showell@dickinsonwright.com
        Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
        Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
        Susheel  Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
        Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
        Tamar  Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan tdolcourt@foley.com
        Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation tchristy@garanlucow.com
        Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association morris@silvermanmorris.com,  marlene@silvermanmorris.com
        Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
        Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
        Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan fusco@millercanfield.com
        Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
        Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com,  allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P. tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com
Timothy R. Graves   on behalf of Interested Party   Panning Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com
Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP tgraves@allardfishpc.com, allardfishpc@yahoo.com
Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
Trevor J. Zamborsky   on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Trevor J. Zamborsky   on behalf of Creditor Jermaine Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Taesean Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Tarita Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Brandon Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Gregory Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Robert Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Terry Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Henry Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Woodrow Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Daniel Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Antonio Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Carolyn Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Ray Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Landon Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Raymond Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Winter Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Lucy Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Darnell Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Hondra Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Darchella Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Shumithia Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Clenette Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Bradley Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Joseph Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor David Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Floyd Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Kevin Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Taralyn Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Raymond Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Brandon Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Brady Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Victoria Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jamie Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Bernard White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor James Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Curtis Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jerry Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Quentin King tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Daniel Soto tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Trevor J. Zamborsky  on behalf of Creditor Leinathian Jelks tzamborsky@romanolawpllc.com,
     trevor.zamborsky@gmail.com
    Trevor J. Zamborsky  on behalf of Creditor Rhonda Craig tzamborsky@romanolawpllc.com,
     trevor.zamborsky@gmail.com
    Trevor J. Zamborsky  on behalf of Creditor Velma Denson tzamborsky@romanolawpllc.com,
     trevor.zamborsky@gmail.com
    Trevor J. Zamborsky  on behalf of Creditor Sharon Pettway tzamborsky@romanolawpllc.com,
     trevor.zamborsky@gmail.com
    Trevor J. Zamborsky  on behalf of Creditor Shelton Bell, Jr. tzamborsky@romanolawpllc.com,
     trevor.zamborsky@gmail.com
    Trevor J. Zamborsky  on behalf of Creditor Samiya Speed tzamborsky@romanolawpllc.com,
     trevor.zamborsky@gmail.com
    Vanessa G. Fluker  on behalf of Interested Party  Center for Community Justice and Advocacy
     vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
    William A. Wertheimer, Jr.  on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
    William A. Wertheimer, Jr.  on behalf of Creditor Mary Washington billwertheimer@gmail.com
    William A. Wertheimer, Jr.  on behalf of Creditor Michael Wells billwertheimer@gmail.com
    William A. Wertheimer, Jr.  on behalf of Creditor Mary Whitson billwertheimer@gmail.com
    William A. Wertheimer, Jr.  on behalf of Creditor Bruce Goldman billwertheimer@gmail.com
    William C. Blasses  on behalf of Interested Party Gary Segatti wcb@osbig.com
    William C. Blasses  on behalf of Creditor  Jackie's Transport, Inc. wcb@osbig.com
    William C. Blasses  on behalf of Interested Party  Michigan Property Tax Relief, LLC
     wcb@osbig.com
    William C. Blasses  on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
    William H. Goodman  on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
    William H. Goodman  on behalf of Creditor Dwayne Provience mail@goodmanhurwitz.com
    William H. Goodman  on behalf of Creditor Christobal Mendoza mail@goodmanhurwitz.com
    William H. Goodman  on behalf of Creditor Annica Cuppetelli mail@goodmanhurwitz.com
    William H. Goodman  on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
    William H. Goodman  on behalf of Creditor Walter Swift mail@goodmanhurwitz.com
    William Norman Listman  on behalf of Interested Party  Southeastern Oakland County Water
     Authority wlistman@davislistman.com
    William Pfeiffer Smith  on behalf of Creditor  U.S. Bank National Association wsmith@mwe.com
    William W. Kannel  on behalf of Creditor  Ad Hoc Bondholder Committee wkannel@mintz.com
    William W. Kannel  on behalf of Creditor  Fidelity Management & Research Company
     wkannel@mintz.com
    Winnifred P. Boylan  on behalf of Interested Party  State of Michigan wpboylan@lambertleser.com,
     amckeoun@lambertleser.com
    Wolfgang Mueller  on behalf of Creditor Richard Mack wmueller@olsmanlaw.com,
     jsmith@olsmanlaw.com
    Wolfgang Mueller  on behalf of Creditor Alecia Wilcox wmueller@olsmanlaw.com,
     jsmith@olsmanlaw.com
    Wolfgang Mueller  on behalf of Creditor Dwayne Provience wmueller@olsmanlaw.com,
     jsmith@olsmanlaw.com
    Wolfgang Mueller  on behalf of Creditor Gerald Wilcox wmueller@olsmanlaw.com,
     jsmith@olsmanlaw.com
    Yuliy Osipov  on behalf of Creditor  Jackie's Transport, Inc. yotc_ecf@yahoo.com,
     yo_ecf@osbig.com;tc_ecf@osbig.com
    Yuliy Osipov  on behalf of Interested Party Gary Segatti yotc_ecf@yahoo.com,
     yo_ecf@osbig.com;tc_ecf@osbig.com
    Yuliy Osipov  on behalf of Interested Party  Michigan Property Tax Relief, LLC
     yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
    Yuliy Osipov  on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
     yo_ecf@osbig.com;tc_ecf@osbig.com

                                           TOTAL: 696