# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------x
:
In re                                    :        Chapter 9
:
CITY OF DETROIT, MICHIGAN,               :        Case No. 13-53846
:
         Debtor.                       :        Judge Thomas J. Tucker
------------------------------------------------------x

## ORDER APPROVING FOURTH STIPULATION BETWEEN THE CITY OF DETROIT, MICHIGAN AND CANON FINANCIAL SERVICES, INC. FOR AN ORDER APPROVING AN EXTENSION OF THE DEADLINE TO OBJECT TO APPLICATION OF CANON FINANCIAL SERVICES, INC. FOR ALLOWANCE AND PAYMENT OF ITS ADMINISTRATIVE EXPENSE

Upon the Fourth Stipulation (Docket # 10057) filed by the City of Detroit, Michigan ("City") and Canon Financial Services, Inc. for an Order Approving an Extension of the Deadline to Object to Application of Canon Financial Services, Inc. for Allowance and Payment of Its Administrative Expense; and the Court being otherwise advised in the premises;

IT IS ORDERED that the City's deadline to file an objection to the Application of Canon Financial Services, Inc. for Allowance and Payment of Its Administrative Expense is extended through and including August 21, 2015.

.

**Signed on July 19, 2015**

                                            /s/ Thomas J. Tucker
                                          Thomas J. Tucker
                                            United States Bankruptcy Judge