# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------- x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Judge Thomas J. Tucker
Debtor :
------------------------------------------------------- x

## ORDER ADJOURNING HEARING ON DEBTOR'S OBJECTION TO CLAIM NUMBER 2780 FILED BY THOMAS NUNLEY

Upon the stipulation (Docket # 10063, the "Stipulation") of the City of Detroit (the "City"), and Thomas Nunley, the holder of Claim Number 2780, for entry of an order adjourning the hearing on the City's Fifteenth Omnibus Objection to Certain No-Basis Claims (Docket # 9739) as to Claim Number 2780 only (the "Objection");

IT IS ORDERED that: the hearing on the Objection, as to Claim Number 2780 only, which is currently scheduled to be held on July 22, 2015 at 1:30 p.m., is adjourned to **August 26, 2015 at 1:30 p.m.**

.

**Signed on July 19, 2015**

_____/s/ Thomas J. Tucker_____
Thomas J. Tucker
United States Bankruptcy Judge