UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) | Case No. 13-53846 |
| Debtor. | ) ) | Judge Thomas J. Tucker |
| | ) ) | |

# ORDER MODIFYING THE COURT'S MAY 29, 2015 ORDER REGARDING FURTHER PROCEEDINGS ON THE CITY OF DETROIT'S OBJECTIONS TO PROOF OF CLAIM NUMBER 2581 FILED BY THE COALITION OF DETROIT UNIONS, AND TO THE PROOF OF CLAIM NUMBER 2958 FILED BY MICHIGAN AFSCME COUNCIL 25 AND ITS AFFILIATED DETROIT LOCALS

This case is before the Court on the stipulation filed on July 17, 2015, entitled "Stipulation For Entry Of Order Adjourning Summary Judgment Schedule in the Court's May 29, 2015 Order Regarding Further Proceedings On The City Of Detroit's Objections To Proof Of Claim Number 2581 Filed By The Coalition Of Detroit Unions, And To The Proof Of Claim Number 2958 Filed By Michigan AFSCME Council 25 And Its Affiliated Detroit Locals [Doc. No. 9900]" (Docket # 10064, the "Stipulation"). Based on the Stipulation,

IT IS ORDERED THAT:

1. The Court's May 29, 2015 Order entitled "Order Regarding Further Proceedings On The City Of Detroit's Objections To Proof Of Claim Number

2581 Filed By The Coalition Of Detroit Unions, And To The Proof Of Claim Number 2958 Filed By Michigan AFSCME Council 25 And Its Affiliated Detroit Locals" (Docket # 9900, the "Order") is modified as follows:

    A.    The filing deadlines in Paragraph 2 of the Order are extended from July 31, 2015 to September 30, 2015.

    B.    The filing deadlines in Paragraph 3 of the Order are extended from September 30, 2015 to November 30, 2015.

    C.    The filing deadlines in Paragraph 4 of the Order are extended from October 30, 2015 to December 31, 2015.

    D.    The filing deadline in Paragraph 6 of the Order is extended from August 14, 2015 to October 14, 2015.

    E.    All references in the order to Proof of Claim Number 2581 are replaced with Proof of Claim Number 2851.

.

**Signed on July 19, 2015**

                                                      /s/ Thomas J. Tucker
                                                      Thomas J. Tucker
                                                      United States Bankruptcy Judge