UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

CITY OF DETROIT,  CASE NO. 13-53846
HON: THOMAS J. TUCKER
CHAPTER 9

_____/

**CERTIFICATION OF NO RESPONSE TO CITY OF DEROIT WATER AND SEWERAGE DEPARTMENT'S MOTION TO ADJOURN HEARING ON ITS OBJECTION TO CLAIM NUMBER 3451 FILED BY KIM SPICER**

**NOW COMES** the CITY OF Detroit Water and Sewerage by and through counsel, KILPATRICK & ASSOCIATES, P.C., and hereby states as follows:

1. On July 2, 2015, Kilpatrick & Associates, P.C. filed the Motion to Adjourn Hearing on It's Objection to Claim Number 3451 Filed By Kim Spicer, Proposed Order, Notice and Proof of Service with the Court and an employee of Kilpatrick & Associates, P.C. served copies of the Motion and Attachments, and the Notice of Requirement for Response on Kim Spicer, the Office of the U.S. Trustee and served copies of the Notice only to all interested parties VIA ECF listed on the creditor's mailing matrix pursuant to L.B.R. 4001-1(a) (E.D.M.).

2. As of this date, no Objection or request for Hearing has been filed regarding the Motion to Adjourn Hearing.

3. More than fourteen (14) days have passed since the service of said Motion and Notice of Motion.

**WHEREFORE**, the City of Detroit Water and Sewerage prays this Court grant the relief requested in the Motion to Adjourn Hearing on its Objection to Claim Number 3451 Filed By Kim Spicer.

Respectfully submitted;

KILPATRICK & ASSOCIATES, P.C.

Dated: July 20, 2015

By: /S/Richardo I. Kilpatrick_____
RICHARDO I. KILPATRICK, ESQ. (P35275)
Attorneys for City of Detroit Water and Sewerage
903 North Opdyke Road, Suite C
Auburn Hills, Michigan 48326
(248) 377-0700
ecf@kaalaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,      Chapter 9
Case No. 13-53846-tjt
Debtor.      Honorable Thomas J. Tucker

_____/

# ORDER GRANTING DETROIT WATER AND SEWERAGE DEPARTMENT'S MOTION TO ADJOURN HEARING ON ITS OBJECTION TO CLAIM NUMBER 3451 FILED BY KIM SPICER

This matter having come before the Court on Detroit Water and Sewerage Department's Motion to Adjourn Hearing on its Objection to Claim Number 3451 filed by Kim Spicer; Notice of the Motion having been served pursuant to Fed. R. Bankr, P. 2002 and L.B.R. 9014-1 (E.D.M.); no objections having been filed thereto, or if filed, having been resolved; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Detroit Water and Sewerage Department's Motion to Adjourn Hearing on DWSD's Objection to Claim Number 3451 filed by Kim Spicer is GRANTED;

**IT IS FURTHER ORDERED** that the Hearing on Detroit Water and Sewerage Department's Objection to Claim Number 3451 filed by Kim Spicer is adjourned to:

☐ September 30, 2015 at 1:30pm.

☐ _____, 2015 at _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,   Chapter 9
                             Case No. 13-53846-tjt
    Debtor.                   Honorable Thomas J. Tucker

_____/

## PROOF OF SERVICE

Karen O'Nail states that on the 20th day of July, 2015, she served a copy of the CERTIFICATE OF NO RESPONSE TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENTS MOTION TO ADJOURN HEARING ON ITS OBJECTION TO CLAIM NUMBER 3451 FILED BY KIM SPICER, PROPOSED ORDER ON MOTION, and this PROOF OF SERVICE upon the following parties with the Clerk of the Court using the ECF system which will send notification of such filing to the following: and by first class mail to:

Kim Spicer
29357 Sandlewood
Roseville MI 48066

/s/ Karen O'Nail
Karen O'Nail, and employee of
KILPATRICK & ASSOCIATES, P.C.
903 North Opdyke Road, Suite C
Auburn Hills MI 48326