# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------- x
In re : Chapter 9
:
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Judge Thomas J. Tucker
Debtor :
------------------------------------------------------- x

## ORDER APPROVING STIPULATION
## FOR WITHDRAWAL OF CLAIM OF MICHIGAN AUTO RECOVERY SERVICE

This case is before the Court on the *Stipulation For Withdrawal Of Claim Of Michigan Auto Recovery Service* (Docket # 10074, the "Stipulation"); Michigan Auto[1] having filed Claim No. 852 (the "Claim") in the above-captioned bankruptcy case; Michigan Auto having agreed that the City is not liable to it on account of any pre-petition claims; Michigan Auto having agreed that there is no basis for the Claim against the City; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. Claim No. 852 filed by Michigan Auto is withdrawn in its entirety with prejudice.

2. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

3. The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

4. Nothing in the Stipulation or this Order affects the rights of the City or Michigan Auto with respect to any post-petition or post-confirmation claims which have arisen or may arise between the parties to the extent such claims exist. Both parties fully reserve all of their respective rights with respect to any post-petition or post-confirmation claims to the extent such claims exist.

.

**Signed on July 20, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge