UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,

    Debtor.

Chapter 9
Case No. 13-53846-tjt
Judge Thomas J. Tucker

_____/

### ORDER GRANTING DETROIT WATER AND SEWERAGE DEPARTMENT'S MOTION TO ADJOURN HEARING ON ITS OBJECTION TO CLAIM NUMBER 3451 FILED BY KIM SPICER

This case is before the Court on Detroit Water and Sewerage Department's Motion to Adjourn Hearing on its Objection to Claim Number 3451 filed by Kim Spicer (Docket # 10015, the "Motion"); Notice of the Motion having been served pursuant to Fed. R. Bankr, P. 2002 and L.B.R. 9014-1 (E.D.M.); no objections having been filed thereto;[1] and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that the Motion is granted.

---

[1] Kim Spicer has not filed any response to the Motion. But because the 14-day notice of the Motion was served on July 1, 2015 by mail on Kim Spicer (see Docket # 10017), the deadline to file any objection to the Motion was Monday, July 20, 2015. The Certificate of No Response filed by the City on July 20, 2015 (Docket # 10072) was thus filed prematurely. Normally the Court would strike such a premature Certificate. But the Court has chosen not to do so in this instance, because under the circumstances the Court would grant this adjournment motion even if Kim Spicer filed a timely objection.

**IT IS FURTHER ORDERED** that the Hearing on Detroit Water and Sewerage Department's Objection to Claim Number 3451 filed by Kim Spicer is adjourned to **September 16, 2015 at 1:30 p.m.**

.

**Signed on July 20, 2015**

                                              /s/ Thomas J. Tucker
                                              Thomas J. Tucker
                                              United States Bankruptcy Judge