UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

13-53846 -tjt

IN RE:

City of Detroit

CASE NO: ~~2177~~
CHAPTER: 9

**Debtor.**

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on 7/16/15 (date of mailing), I served copies as follows:

1. Document(s) served: 10055
   Response letter,
   corrected claim,
   photos ~~3 pages~~ 4 pages
   Proposal and Contract

2. Served upon [name and address of each person served]:
   The Court
   City Attorneys
   Foley & Lardner LLP
   Attorneys At Law
   One Detroit Center
   500 Woodward Ave, Ste 2700
   Detroit, MI 48226-3489

3. By First Class Mail.
   City Attorney

Dated: 7/22/15

(Signature) Pamela Booker

Print Name: Pamela Booker

2015 JUL 22 P 12:04
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT
FILED