# EXHIBIT 2: SATISFIED CLAIMS TO BE DISALLOWED

4843-3751-4277.2

## SATISFIED CLAIMS

| Claim No. | Creditor Name and Address | Date of Settlement Payment | Check Number for Settlement Payment |
|---|---|---|---|
| 1448 | Terence Ealy<br>1011 Vincent Ave.<br>Minneapolis, MN 55411 | 1/9/2015 | 2058064 |
| 1788 | Robert Cole<br>Attn: Larry W. Bennett<br>Seikaly & Stewart, PC<br>30300 Northwestern Hwy, Suite 200<br>Farmington Hills, MI 48334 | 2/20/2015 | 2059367 |
| 1126 | Jaleel Gervin-barnes<br>Attn: Christopher J. Trainor<br>Christopher Trainor & Associates<br>9750 Highland Rd<br>White Lake, MI 48386 | 3/13/2015 | 2060035 |
| 658 | Derrick Merriwether<br>3000 Town Center, Suite 2800<br>Southfield, MI 48075 | 3/13/2015 | 2060176 |
| 3009 | Veronica Davis, a minor, by her father, Robert Davis<br>Reifman Law Firm PLLC<br>3000 Town Center, Suite 2800<br>Southfield, MI 48075 | 3/13/2015 | 2060157 |
| 1359 | Walter Swift<br>Neufeld Scheck & Brustin, LLP<br>99 Hudson Street, 8th Fl<br>New York, NY 10013<br>and<br>Goodman & Hurwitz, P.C.<br>1394 E. Jefferson Ave.<br>Detroit, MI 48207 | 3/13/2015 | 2060074 and 3317891 |
| 1777 | Leonard Spratt<br>Attn: Ben M. Gonek<br>500 Griswold Street, Suite 3500<br>Detroit, MI 48226 | 3/13/2015 | 3317825 |

| | | | |
|---|---|---|---|
| 1596 | Kwan Hicks<br>Romano Law<br>23880 Woodward<br>Pleasant Ridge, MI 48069 | 3/20/2015 | 2060411 |
| 1771 | Casadaria Heard<br>Attn: Ben M. Gonek<br>500 Griswold Street, Suite 3500<br>Detroit, MI 48226 | 3/23/2015 | 2060326 |
| 1561 | Brandon Brooks<br>Attn: Daniel G. Romano<br>Romano Law PLLC<br>23880 Woodward Ave.<br>Pleasant Ridge, MI 48069 | 3/13/2015 | 2060142 |
| 1376 | Shykesha Goines<br>Attn: Brian J. Nagy<br>17000 W. 10 Mile Road, 2nd Fl<br>Southfield, MI 48075 | 4/16/2015 | 2061567 |
| 106 | Dwayne Provience<br>Attn: Wolfgang Mueller, Esq.<br>2684 West Eleven Mile Rd.<br>Berkley, MI 48072 | 5/8/2015 | 2062715 |
| 270 | Dwayne Provience<br>Attn: Wolfgang Mueller, Esq.<br>2684 West Eleven Mile Rd.<br>Berkley, MI 48072 | 5/8/2015 | 2062715 |
| 496 | Omar Turner<br>Attn: Renette Jackson<br>AJ & Associates at Law PLLC<br>400 Monroe St., Suite 410<br>Detroit, MI 48226 | 6/5/2015 | 2064291 |

4843-3751-4277.2