# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| --------------------------------------------------X : | Chapter 9 |
| IN RE : : | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, : : | Hon. Thomas J. Tucker |
| DEBTOR : --------------------------------------------------X |  |

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2015, I electronically filed *The City of Detroit's Eighteenth Omnibus Objection* (the "Omnibus Objection") with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Omnibus Objection on the Claimants listed therein and on all parties requesting notices listed on the Master Service List, and file a subsequent Proof of Service after it has performed the service.

Dated: July 23, 2015

FOLEY & LARDNER LLP

By: */s/ Tamar N. Dolcourt*
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
Leah R. Imbrogno (P79384)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
jsimon@foley.com
tdolcourt@foley.com
limbrogno@foley.com
*Counsel for the City of Detroit, Michigan*

4846-5550-2886.1