IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------------------------------------------------------- x
                                              : Chapter 9
In re                                        :
                                              : Case No. 13-53846
CITY OF DETROIT, MICHIGAN,    :
                                              : Judge Thomas J. Tucker
                      Debtor          :
-----------------------------------------------------------X

## ORDER SUSTAINING THE CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 302 FILED BY THOMAS AND LINDA SIMMONS

Upon the objection to Claim No. 302, dated May 8, 2015 (Docket # 9830, the "Objection"),[1] of the City of Detroit, Michigan (the "City"), seeking entry of an order reclassifying the incorrectly classified claim as described in the Objection, and it appearing that this Court has jurisdiction over the Objection under 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Objection in this District is proper under 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Objection is in the best interests of the City, and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and it appearing that no other or further notice of the Objection need be given; and no response to the Objection having been filed; and the Court having held a hearing on July 23, 2015, and finding that the legal and factual bases set forth in the Objection establish just cause for the relief granted; and after due deliberation and good and sufficient cause appearing therefore;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

IT IS ORDERED that:

1. The Objection is sustained as set forth herein.

2. Proof of Claim Number 302 is reclassified as a general unsecured claim.

3. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4. The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

5. Nothing in the Objection or this Order prevents the City from further objecting to Claim No. 302 on grounds other than those asserted in the Objection.

6. Notice of the Objection as provided therein is good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a) and the local rules of the Court are satisfied by such notice.

.

**Signed on July 23, 2015**

                                                                              /s/ Thomas J. Tucker
                                                        Thomas J. Tucker
                                                        United States Bankruptcy Judge

4842-2322-6150.1