IN THE UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Chapter 9
Case No. 13-53846
CITY OF DETROIT, MICHIGAN, Judge Thomas J. Tucker

    Debtor.

_____/

**ORDER APPROVING STIPULATION FOR
WITHDRAWAL OF CLAIMS (CLAIM NOS 24, 25, and 26)
OF THE CHARTER TOWNSHIP OF PLYMOUTH**

This case is before the Court on the Stipulation For Withdrawal of Claims of the Charter Township of Plymouth (Docket # 10081, the "Stipulation"); The Township having filed Claim Nos. 24, 25 and 26 (the "Claims") in this bankruptcy case; and The Township having agreed to withdraw said Claims with prejudice; and the Court being other fully informed:

**IT IS ORDERED THAT:**

1. Claims Nos. 24, 25 and 26 filed by the Charter Township of Plymouth are withdrawn in their entirety with prejudice.

2. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

3. The City is authorized to take all actions necessary to effectuate the relief granted by this Order.

4. Nothing in the Stipulation or this Order affects the rights of the City or The Charter Township of Plymouth with respect to any post-petition or post-confirmation claims which have arisen or may arise between the parties.

.

Signed on July 23, 2015

                                          /s/ Thomas J. Tucker  
                                          Thomas J. Tucker  
                                          United States Bankruptcy Judge