**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

------------------------------------------------------- x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Judge Thomas J. Tucker
Debtor :
------------------------------------------------------- x

**ORDER WITHDRAWING CLAIM NUMBERS 3726, 3748, 3749, AND 3756**

This case is before the Court on the *Stipulation For Withdrawal of Claim Numbers 3726, 3748, 3749, and 3756 Filed by the State of Michigan* (Docket # 10084, the "Stipulation"); the State[1] having filed Claim Numbers 3726, 3748, 3749, and 3756 (the "Claims") in this bankruptcy case; the parties having agreed that the Claims should be withdrawn; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. The Stipulation is approved.

2. The Claims are withdrawn.

3. Any post-petition amounts associated with the Claims will be handled in the City's ordinary course of business.

4. The City's claims agent is permitted to take all actions necessary to effectuate this Order.

.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

**Signed on July 23, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge