# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

Name _____Thomas J. Tucker_____

Firm _____USBC_____

Address _____211 West Fort St. _____

City, State, Zip __Detroit, MI 48226_____

Phone _____313-234-0038_____

Email _____

Case/Debtor Name: City of Detroit, Michigan

Case Number: 13-53846

Chapter: 9

Hearing Judge _____TJT_____

X  Bankruptcy          Adversary

☐ Appeal     Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** _07/22/2015_ **Time of Hearing:** _1:30 P.M._ **Title of Hearing:** _Objection to Claim of Claimant Thomas and Linda Simmons. Claim No. 302 Filed by Debtor In Possession City of Detroit, Michigan and Thirteenth Omnibus Objection to Certain No Basis Claims, regarding Claim Nos. 474 and 1097 Filed by Richard Hall _

**Please specify portion of hearing requested:**      **X** Original/Unredacted     Redacted     Copy
                                                                                                                                             (2nd Party)

Entire Hearing     **X** Ruling/Opinion of Judge     Testimony of Witness     Other

Special Instructions: ____

**Type of Request:**

    Ordinary Transcript - $3.65 per page (30 calendar days)

    14-Day Transcript - $4.25 per page (14 calendar days)

**X**    Expedited Transcript - $4.85 per page (7 working days)

    CD - $30; FTR Gold format (You must download the free FTR Record Player™ onto your computer from [www.ftrgold.com](www.ftrgold.com)

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                                            Date         By

Order Received:

Transcript Ordered

Transcript Received

**Signature of Ordering Party:**

___/s/Jamie Laskaska_____Date: __07/24/2015_____

By signing, I certify that I will pay all charges upon completion of the transcript request.

13-53846-tjt    Doc 10086    Filed 07/24/15    Entered 07/24/15 10:51:58    Page 1 of 1