UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: City of Detroit, Michigan, Debtor. | Case No. 13-53846 Judge Thomas J. Tucker Chapter 9 |
|---|---|

**ORDER GRANTING CITY OF DETROIT'S *EX PARTE* MOTION FOR AN ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING ON THE MOTION FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND (II) REQUIRING B&C LAND DEVELOPMENT CORPORATION TO (A) DISMISS WITH PREJUDICE ITS STATE COURT LAWSUIT AND (B) WITHDRAW ITS NOTICE OF LIS PENDENS**

This case is before the Court on the City of Detroit's *Ex Parte* motion for expedited hearing (Docket # 10088, the "Expedited Hearing Motion"), seeking an expedited hearing on the City's motion filed July 27, 2015, entitled "City of Detroit's Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring B&C Land Development Corporation to (A) Dismiss with Prejudice its State Court Lawsuit and (B) Withdraw its Notice of Lis Pendens" (Docket # 10087, the "Underlying Motion"). The Court having reviewed the Expedited Hearing Motion; and good and sufficient cause having been shown;

IT IS ORDERED THAT:

1. The Expedited Hearing Motion (Docket # 10088) is GRANTED.

2. A hearing on the Underlying Motion (Docket # 10087) will be held on **August 5, 2015, at 1:30 p.m.**

3. B&C Land Development Corporation must file a response to the Underlying Motion no later than July 30, 2015. ***If no timely response is filed, the City may file a certificate of no response and submit a proposed order, and the Underlying Motion may be granted without a hearing.***

4. The City of Detroit may file a reply to any response filed by B&C Land Development Corporation no later than August 3, 2015.

5. ***No later than today, July 27, 2015 at 6:00 p.m. EDT, the City must serve a copy of this Order on B&C Land Development Corporation, by first class mail, and on its attorney (Horace D. Cotton), by first class mail and also by e-mail or fax, and file proof of such service.***

.

**Signed on July 27, 2015**

/s/ **Thomas J. Tucker**

**Thomas J. Tucker**
**United States Bankruptcy Judge**