UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND (II) REQUIRING THE DISMISSAL WITH PREJUDICE OF THE FEDERAL COURT ACTION FILED BY JEROME COLLINS TO THE EXTENT IT SEEKS RELIEF AGAINST THE CITY OF DETROIT OR PROPERTY OF THE CITY OF DETROIT**

This case is before the Court on the City of Detroit's Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring the Dismissal with Prejudice of the Federal Court Action filed by Jerome Collins to the Extent it Seeks Relief Against the City of Detroit or Property of the City of Detroit (Docket # 10030, the "Motion"). No timely response to the Motion was filed, and the Court is fully advised in the premises.

**IT IS ORDERED THAT:**

1. The Motion (Docket # 10030) is granted.

2. Within five days of the entry of this Order, Jerome Collins must dismiss, or cause to be dismissed, with prejudice, Case No 15-11756 filed in the United States District Court for the Eastern District of Michigan, Southern Division, and captioned *Jerome Collins vs. City of Detroit, Detroit Police Department, Ralph Godbee, former Police Chief, Mattie Lewis, former Police Officer, and John Does, whose identities are presently unknown* (the "Federal Court Action") to the extent it seeks any relief against the City or property of the City.

3. Jerome Collins is permanently barred, estopped and enjoined from asserting any claims described in the Federal Court Action, or the alleged conduct forming the basis of the

Federal Court Action, against the City of Detroit or property of the City of Detroit, in the Federal Court Action or in any other action or proceeding.

4. Jerome Collins is prohibited from sharing in any distribution in this bankruptcy case.

5. The Court finds that the Federal Court Action was commenced and prosecuted in violation of the Plan injunction as it pertains to the City and its property.

6. The Court will retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on July 28, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge