UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Chapter 7

City of Detroit, Michigan, Case No. 13-53846

Debtor. Hon. Thomas J. Tucker
_____/

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Benjamin J. Wilensky, of Seikaly Stewart & Bennett, P.C., hereby requests to be removed from receiving electronic notices on behalf of Creditor Robert Cole, at the following e-mail address: bjw@seikalystewart.com.

                  Respectfully submitted,

                  SEIKALY STEWART & BENNETT, P.C.
                  Attorneys for Creditor Robert Cole

      By:   /s/ Benjamin J. Wilensky
                  LARRY W. BENNETT (P26294)
                  BENJAMIN J. WILENSKY (P75302)
                  30445 Northwestern Hwy., Ste. 250
                  Farmington Hills, Michigan 48334
                  (248) 785-0102
                  bjw@seikalystewart.com

Dated: July 28, 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

_____/

**<u>CERTIFICATE OF SERVICE</u>**

    Benjamin J. Wilensky hereby certifies that on this 28th day of July, 2015, he filed the foregoing document with the Clerk of the Court via the Court's ECF system, which will automatically serve the document upon all counsel of record.

/s/ Benjamin J. Wilensky (P75302)

wril109.docx