---------------------------------------------------------

In re                                                                  Chapter 9

CITY OF DETROIT, MICHIGAN,                       Case No. 13-53846

      Debtor.                                                      Hon. Thomas J. Tucker

---------------------------------------------------------

**NOTICE OF AMENDMENT TO EXHIBIT II.D.6
(EXECUTORY CONTRACTS AND UNEXPIRED LEASES
TO BE REJECTED) TO EIGHTH AMENDED PLAN FOR
THE ADJUSTMENT OF DEBTS OF THE CITY OF DETROIT
PLEASE TAKE NOTICE OF THE FOLLOWING:**

    1.    On October 22, 2014, the City of Detroit (the "City"), filed the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 8045) (the "Plan").[1]  On November 12, 2014, the Bankruptcy Court entered the Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket No. 8272) (the "Confirmation Order").  The Effective Date of the Plan occurred on December 10, 2014 (Docket No. 8649).

    2.    On August 4, 2014, the Bankruptcy Court entered an Order (the "Contract Procedures Order") approving certain procedures with respect to the

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Plan.

proposed assumption and rejection of Executory Contracts and Unexpired Leases pursuant to the Plan (Docket No. 6512).

3. In accordance with the Contract Procedures Order, the City filed the Non-Exclusive List of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan ("Non-Exclusive Plan Assumption List") (Docket No. 8387). The two contracts identified on Annex A below ("Contracts") were listed on the Non-Exclusive Plan Assumption List.

4. Attached to the Plan as Exhibit II.D.6 are the executory contracts and unexpired leases to be rejected pursuant to the Plan (the "Rejection Exhibit").

5. Canon Financial Services asserted an informal objection to the cure amounts identified on the Non-Exclusive Plan Assumption List with respect to the Contracts and also filed an administrative expense request. The City and Canon Financial Services have been working toward a consensual resolution. The City hereby designates the Contracts for rejection pursuant to Section II.D.3 of the Plan. Accordingly, the Contracts are hereby added to the Rejection Exhibit, thus providing for their rejection pursuant to Section II.D.6 of the Plan as of the Effective Date.

DATED: July 29, 2015	Respectfully submitted,

Miller Canfield Paddock & Stone, PLC

By: /s/Marc N. Swanson
    Jonathan S. Green (P33140)
    Stephen S. LaPlante (P48063)
    Marc N. Swanson (P71149)
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 963-6420
    Facsimile: (313) 496-7500
    swansonm@millercanfield.com
    green@millercanfield.com
    laplante@millercanfield.com

ATTORNEYS FOR THE CITY

# ANNEX A

| Name of Counterparty | Vendor # | Contract # | Description | City Department |
|---|---|---|---|---|
| Canon Business Solutions, Inc.<br><br>Canon Financial Services, Inc. | 1042356 | 2845487 | Copier Services | Non-Departmental |
| Canon Business Solutions, Inc.<br><br>Canon Financial Services, Inc. | 1042356 | 2859290 | Copier Services | Communications Department |