# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

----------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 9 |
| | : | |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| | : | |
| Debtor. | : | Hon. Thomas J. Tucker |

----------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 29, 2015, he served copies of the *Notice Regarding (A) Executory Contracts and Unexpired Leases to Be Rejected Pursuant to Section 365 of the Bankruptcy Code, (B) Bar Date for Claims Arising Therefrom and (C) Related Procedures* and the *Notice of Amendment to Exhibit II.D.6 (Executory Contracts and Unexpired Leases to Be Rejected) to Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* and the *Notice of Amendment to Exhibit II.D.6 (Executory Contracts and Unexpired Leases to be Rejected) to Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* via email to Paul Hage at phage@jaffelaw.com and by first class United States mail to the below addresses:

Canon Business Solutions, Inc.
26535 American Drive
Southfield, MI 48034-1324

Canon Business Solutions, Inc.
27005 Hill Tech Center
Farmington Hills, MI 48331

Canon Financial Services, Inc.
c/o Jaffe Raitt Heuer & Weiss, P.C.
Attn: Paul Hage
27777 Franklin Road, Suite 2500
Southfield, MI 48034

DATED: July 29, 2015

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com