IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                                :
In re                           : Chapter 9
                                :
CITY OF DETROIT, MICHIGAN,      : Case No. 13-53846
                                :
     Debtor.                    : Judge Thomas J. Tucker
---------------------------------------------------------x

**ORDER GRANTING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND 660 WOODWARD ASSOCIATES LLC FOR AN ORDER APPROVING AN EXTENSION OF THE DEADLINE TO OBJECT TO THE ADMINISTRATIVE EXPENSE CLAIM FILED BY 660 WOODWARD ASSOCIATES LLC**

Upon the Stipulation filed by the City of Detroit, Michigan ("City") and 660 Woodward Associates LLC for an Order Approving an Extension of the Deadline to Object to the Administrative Expense Claim Filed by 660 Woodward Associates LLC (Docket # 10096, the "Stipulation"); and the Court being otherwise advised in the premises;

IT IS ORDERED that the City's deadline to file an objection to the Administrative Claim[1] filed by 660 Woodward is extended through and including August 28, 2015.

.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings given to them in the Stipulation.

Signed on July 29, 2015

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge