**EXHIBIT 1: PROPOSED ORDER**

4833-6484-3558.2

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ------------------------------------------------------- x | |
| In re : | Chapter 9 |
| : | |
| CITY OF DETROIT, MICHIGAN, : | Case No. 13-53846 |
| : | Hon. Thomas J. Tucker |
| Debtor : | |
| ------------------------------------------------------- x | |

**ORDER WITHDRAWING DEBTOR'S OBJECTION TO CLAIM
NOS. 474 AND 1097 FILED BY RICHARD HALL**

Upon the stipulation (the "Stipulation") of the City of Detroit (the "City"), and Richard Hall, the holder of Claim Numbers 474 and 1097, for entry of an order withdrawing the Debtor's objection as to Claim Numbers 474 and 1097; and the Court being fully advised in the premises; THE COURT HEREBY ORDERS that:

1. The objection to Claim Nos. 474 and 1097 is hereby withdrawn, without prejudice.

2. Mr. Hall will have an extension of his applicable statutes of limitations in which to file suit against the City on the Underlying Claims (as defined in the Stipulation) in a non-bankruptcy court of appropriate jurisdiction until forty-five (45) days after entry of this Order.

3. If Mr. Hall does not so file complaint(s) on the Underlying Claims within such forty-five day period, his Claims against the City will be forever barred and expunged from the claims register.

4833-6484-3558.2