**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

--------------------------------------------------------- x
                         :     Chapter 9

In re                       :
                         :     Case No. 13-53846

CITY OF DETROIT, MICHIGAN,     :
                         :     Judge Thomas J. Tucker

               Debtor       :
--------------------------------------------------------- x

**ORDER WITHDRAWING DEBTOR'S OBJECTION TO CLAIM**
**NOS. 474 AND 1097 FILED BY RICHARD HALL**

Upon the stipulation (Docket # 10101, the "Stipulation") of the City of Detroit (the

"City"), and Richard Hall, the holder of Claim Numbers 474 and 1097, for entry of an order

withdrawing the Debtor's objection as to Claim Numbers 474 and 1097; and the Court being

fully advised in the premises;

IT IS ORDERED that:

1.       The City's objection to Claim Nos. 474 and 1097 is withdrawn, without prejudice.

2.       Richard Hall will have an extension of the applicable statutes of limitations in

which to file suit against the City on the Underlying Claims (as defined in the Stipulation) in a

non-bankruptcy court of appropriate jurisdiction until forty-five (45) days after entry of this

Order.

3.       If Mr. Hall does not so file complaint(s) on the Underlying Claims within such

forty-five day period, his Claims against the City will be forever barred and expunged from the

claims register.

.

**Signed on July 29, 2015**

                                        /s/ Thomas J. Tucker
                                    Thomas J. Tucker
                                    United States Bankruptcy Judge