# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------x
                              :
In re                         :            Chapter 9
                              :
CITY OF DETROIT, MICHIGAN,    :            Case No. 13-53846
                              :
         Debtor.              :            Judge Thomas J. Tucker
------------------------------------------------------x
```

## ORDER APPROVING STIPULATION BETWEEN THE CITY OF DETROIT, MICHIGAN AND ADP, LLC (F/K/A ADP, INC.) FOR AN ORDER EXTENDING THE DEADLINE TO OBJECT TO THE ADMINISTRATIVE EXPENSE CLAIM FILED BY ADP, INC.

Upon the Stipulation filed by the City of Detroit, Michigan ("City") and

ADP, LLC (f/k/a ADP, Inc.) ("ADP") for an Order Approving an Extension of the

Deadline to Object to the Administrative Expense Claim Filed by ADP (Docket

# 10105, the "Stipulation"); and the Court being otherwise advised in the premises;

IT IS ORDERED that the City's deadline to file an objection to the

Administrative Claim[1] filed by ADP is extended through and including August 18,

2015.

.

**Signed on July 30, 2015**

                                    _/s/ Thomas J. Tucker_
                                    Thomas J. Tucker
                                    United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings given to them in the Stipulation.