# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| | Honorable Thomas J. Tucker |
| City of Detroit, Michigan, | Chapter 9 |
| Debtor, | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 30, 2015, B&C Land Development Corporation's Response to the City of Detroit's Motion for Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring B&C Land Development Corporation to (A) Dismiss with Prejudice its State Court Lawsuit and (B) Withdraw its Notice of Lis Pendens was filed and served via the Court's electronic case filing and notice system and served on counsel listed below through the system:

Mark N. Swanson  
A50 West Jefferson, Suite 2500  
Detroit, MI 48226  
swansonm@millercanfield.com

Charles N. Raimi  
2 Woodward Ave., Suite 500  
Detroit, MI 48226  
raimic@detroitmi.gov

Dated: July 31, 2015

/s/ Horace D. Cotton  
Horace D. Cotton (P33268)  
P.O. Box 19520  
Detroit, MI 48219  
(313) 595-1517  
hdcotton@yahoo.com