211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service is Missing for the Response − (Entry #10107) to Motion to Enforce City Of Detroit's Motion For the Entry Of An Order (I) Enforcing the Plan Of Adjustment Injunction and (II) Requiring B&C Land Development Corporation To (A) Dismiss With Prejudice Its State Court Lawsuit and (B) Withdraw Its Notic) Filed by Respondent B&C Land Development Corporation.

is defective as indicated:

- ☐ Acceptable List of Creditors
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Cover Sheet for Amendments (To be filed with corrected document in its entirety as one PDF)
- ☐ Amended Document (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature

- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order
- ☐ Reaffirmation Agreement Cover Sheet
- ☐ Statement of Corporate Ownership LBR 9013−5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 7/31/15

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                            United States Bankruptcy Court
                             Eastern District of Michigan
In re:                                                              Case No. 13-53846-tjt
City of Detroit, Michigan                                           Chapter 9
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: ckata              Page 1 of 17          Date Rcvd: Jul 31, 2015
                              Form ID: def2            Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2015.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Daniel M. McDermott
                                                                      TOTALS: 1, * 0, ## 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2015                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2015 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
               ajennings@edwardsjennings.com, vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com, vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com, vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com, drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
               abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com, achouprouta@kramerlevin.com
              Andrew A. Paterson, Jr.    on behalf of Plaintiff    Citizens United Against Corrupt Government
               aap43@outlook.com, aap43law@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com

Andrew A. Paterson, Jr.   on behalf of Creditor Robert   Davis aap43@outlook.com, aap43law@gmail.com

Anthony J. Kochis   on behalf of Creditor   Iron Mountain Information Management, LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com

Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com

Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com

Barbara A. Patek   on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com

Barbara A. Patek   on behalf of Attorney   Erman, Teicher, Zucker & Freedman, P.C. bpatek@ermanteicher.com

Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com

Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association bpatek@ermanteicher.com

Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com

Bree A. Packer   on behalf of Respondent Rainell   Murray packer_b@yahoo.com, jwrentschler1@yahoo.com

Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com

Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com

Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com, wkyles@schaferandweiner.com

Brian   Keck   on behalf of Interested Party Denise   Gardner bkeck@morganmeyers.com, aworlen@morganmeyers.com

Brian   Keck   on behalf of Interested Party Patricia   Ramirez bkeck@morganmeyers.com, aworlen@morganmeyers.com

Brian   Keck   on behalf of Interested Party Kimberly   James bkeck@morganmeyers.com, aworlen@morganmeyers.com

Brian   Keck   on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com, aworlen@morganmeyers.com

Brian D. O'Keefe   on behalf of Creditor Donald   Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Interested Party Donald   Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

Bruce Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan bbennett@jonesday.com

Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

Carina   Kraatz   on behalf of Interested Party   Resnick & Moss, P.C. ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net

Carina   Kraatz   on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net

Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com

Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation carol.cohen@arentfox.com

Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com

Carole   Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com

Carole   Neville   on behalf of Retiree Committee   Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com

Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation caroline.english@arentfox.com

Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation caroline.english@arentfox.com

Carolyn Beth Markowitz   on behalf of Interested Party Kevin   Lewis DVCCOUNSEL@AOL.COM

Charles Bruce Idelsohn   on behalf of Creditor Heidi   Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com

Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com, kkranz@wnj.com

Charles N. Ash   on behalf of Defendant   UBS AG cash@wnj.com, kkranz@wnj.com

Charles N. Ash   on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com

        Christopher A. Grosman   on behalf of Interested Party   BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

        Christopher A. Grosman   on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

        Cindy Tsai   on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com

        Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

        Claude D. Montgomery   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

        Courtney M. Rogers   on behalf of Interested Party   U.S. Bank National Association courtney.rogers@wallerlaw.com

        Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association courtney.rogers@wallerlaw.com

        Craig B. Rule   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net

        Cynthia J. Haffey   on behalf of Defendant   Detroit General Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com

        Cynthia J. Haffey   on behalf of Defendant   Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com

        Dale Price   on behalf of Creditor   Equal Employment Opportunity Commission dale.price@eeoc.gov, legaldt.detroit@eeoc.gov

        Dan Korobkin   on behalf of Interested Party Ian Mobley dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Nathaniel Price dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Jerome Pierce dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Paul Kaiser dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Jason Leverette-Saunders dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party James Washington dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Laura Malher dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Darlene Hellenberg dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Angie Wong dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Stephanie Hollander dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Kimberly Mobley dkorobkin@aclumich.org

        Dan Korobkin   on behalf of Interested Party Wanda Leverette dkorobkin@aclumich.org

        Daniel J. Weiner   on behalf of Plaintiff   Ambac Assurance Corporation dweiner@schaferandweiner.com

        Daniel J. Weiner   on behalf of Interested Party   Ambac Assurance Corporation dweiner@schaferandweiner.com

        David Eisenberg   on behalf of Creditor   Detroit Police Officers Association deisenberg@ermanteicher.com

        David Eisenberg   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com

        David Eisenberg   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com

        David A. Lerner   on behalf of Creditor   Plunkett Cooney dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

        David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

        David E. Lemke   on behalf of Creditor   U.S. Bank National Association david.lemke@wallerlaw.com

        David Gilbert Heiman   on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com

        David Gilbert Heiman   on behalf of Defendant Kevyn Orr dgheiman@jonesday.com

        David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan dgheiman@jonesday.com

        David L. Dubrow   on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com

        David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation david.dubrow@arentfox.com

        David M. Blau   on behalf of Creditor   NTH Consultants, Ltd. dblau@clarkhill.com

        David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com

        David T. Lin   on behalf of Interested Party   The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com

        Dawn R. Copley   on behalf of Interested Party   State of Michigan dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

        Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

        Deborah Kovsky-Apap   on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com

        Deborah Kovsky-Apap   on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com

        Deborah Kovsky-Apap   on behalf of Defendant John Naglik kovskyd@pepperlaw.com

        Deborah Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com

        Deborah Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan kovskyd@pepperlaw.com

        Deborah Kovsky-Apap   on behalf of Defendant John Naglick kovskyd@pepperlaw.com

        Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com

        Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Deborah Kovsky-Apap    on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com
        Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Intervenor-Defendant    BlueMountain Capital Management, LLC
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P.
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Stone Lion Capital Partners L.P.
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Panning Capital Management, LP
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP
        dfish@allardfishpc.com,  allardfishpc@yahoo.com
        Debra N. Pospiech    on behalf of Interested Party Patricia  Ramirez dpospiech@morganmeyers.com
        Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
        dbeckwith@fosterswift.com
        Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
        dbeckwith@fosterswift.com
        Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
        dbeckwith@fosterswift.com
        Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
        dbeckwith@fosterswift.com
        Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
        don@mcguiganlaw.com
        Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters,
        AFL-CIO, CLC dls@wmlaborlaw.com
        Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation
        dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast
        Michigan dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
        Foundation dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation
        dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
        dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
        dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
        dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
        dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
        dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
        dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
        dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
        Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
        eerman@ermanteicher.com
        Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
        eerman@ermanteicher.com
        Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
        eerman@ermanteicher.com
        Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
        emajoros@glmpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Elizabeth M. Abood-Carroll    on behalf of Creditor   Champion Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor   Federal National Mortgage Association
               (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor   Wells Fargo Bank, NA bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor   CitiMortgage, Inc. bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    M&T Bank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    M&T Bank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Rushmore Loan Management Services, LLC
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               ecrowder@sbplclaw.com, lhaas@sbplclaw.com
              Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
              Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
               carlson@millercanfield.com
              Eric David Novetsky    on behalf of Creditor   National Public Finance Guarantee Corporation
               enovetsky@jaffelaw.com
              Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit efeldman@clarkhill.com
              Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
               efeldman@clarkhill.com
              Fred Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
              H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
               jabdelnour@resnicklaw.net
              Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
               ecf-hen@rhoadesmckee.com
              Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
              Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
               Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heather Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com
              Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com
              Heather Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com
              Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Heidi  Peterson     hdpeterson75@gmail.com
              Horace D. Cotton    on behalf of Respondent    B&C Land Development Corporation hdcotton@yahoo.com
              Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
              Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
              Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
              Ian S. Bolton    on behalf of Creditor    FK Park, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              Ian S. Bolton    on behalf of Creditor    FK South, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              Irma  Industrious    on behalf of Creditor Irma  Industrious iindustrious@yahoo.com,
               iimeldai123@gmail.com
              James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
              Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
               jeansartre@msn.com
              Jason  Abel    on behalf of Interested Party    Detroit Institute of Arts jpa@honigman.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com,
               ssmith@kerr-russell.com
              Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
               jbank@kerr-russell.com, ssmith@kerr-russell.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    Jayson  Ruff    on behalf of Creditor    Sprint Communications Company LP jruff@mcdonaldhopkins.com
    Jayson  Ruff    on behalf of Creditor    Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
    Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
    Jeffrey  Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
     Lhaidostian@mwe.com
    Jeffrey  Rossman    on behalf of Creditor    U.S. Bank, N.A. jrossman@mwe.com
    Jeffrey  Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
    Jeffrey  Rossman    on behalf of Interested Party    U.S. Bank N.A. jrossman@mwe.com
    Jeffrey David Eaton    on behalf of Creditor    Parsons Brinckerhoff Michigan, Inc.
     jeaton@schiffhardin.com
    Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
    Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
    Jennifer  Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
     jbelveal@honigman.com,  mjohnson@honigman.com
    Jennifer  Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
     jbelveal@honigman.com,  mjohnson@honigman.com
    Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
    Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
     apclawyer@sbcglobal.net
    Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
    Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
    Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
     apclawyer@sbcglobal.net
    Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
    Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
    Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
    Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
    Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
    Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
    Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
    Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
    Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
    Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
    Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
    Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
    Joel D. Applebaum    on behalf of Respondent    Detroit Wayne Joint Building Authority
     japplebaum@clarkhill.com
    Joel D. Applebaum    on behalf of Creditor    Colasanti Construction Services, Inc.
     japplebaum@clarkhill.com
    John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
    John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
     jstevens@mathesonparr.com,  nlmumma@aol.com
    John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
     pjohnson@bredhoff.com;mforan@bredhoff.com
    John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
     john.ramirez@kattenlaw.com
    John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
    John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
     john.sieger@kattenlaw.com
    John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
     jcanzano@kmsmc.com
    Jonathan S. Green    on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
    Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
     green@millercanfield.com
    Jonathan S. Green    on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
    Jonathan S. Green    on behalf of Defendant    City of Detroit green@millercanfield.com
    Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
     green@millercanfield.com
    Jonathan S. Green    on behalf of Defendant Michael  Hall green@millercanfield.com
    Jong-Ju Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
     jchang@dykema.com,  dkelley@dykema.com;docket@dykema.com
    Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
     jfischer@carsonfischer.com
    Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
     litdocket@honigman.com
    Joshua  Wheelock    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
     joshwheelock@hotmail.com
    Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
     jgadharf@mcdonaldhopkins.com
    Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
     jgadharf@mcdonaldhopkins.com
    Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
     jgadharf@mcdonaldhopkins.com
    Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
    Judith Greenstone Miller    on behalf of Creditor    ADP, LLC jmiller@jaffelaw.com,
     dgoldberg@jaffelaw.com
    Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
     litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

            Judy B. Calton    on behalf of Creditor    Singent Consulting LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Mound Road Enterprises L.L.C. jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor Aziz N. Abraham jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    LDM, LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    TSD Solutions LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Delbruck Technology, LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor Aziz & Lorna Abraham jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    440 Congress LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Stanne Consulting, LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Gekko Enterprises LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    VITEC, L.L.C. jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Taggart Technologies LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Seven Mile Partners, LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Cass Community Social Services, Inc. jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Interested Party Michael Duggan, Mayor jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Compuware Corporation jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Cathedral Owner LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    3100 East Jefferson, LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Oakland Plant Properties, LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Magnolia Properties, LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    4737 Conner Co., LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Creditor    Enforcement Technology, Inc. jcalton@honigman.com, litdocket@honigman.com
            Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan jcalton@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Regency Owner LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Linwood Neighbors LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Attorney   L. Katie Mason jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Mack Avenue Investors LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Seven Mile Holdings, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Bean Little Investments, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    MICMR, LLC jcalton@honigman.com,  litdocket@honigman.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
           jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
           344 jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants
           Association jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jteicher@ermanteicher.com
          Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
           karen.dine@kattenlaw.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
           kressk@pepperlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
           kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
           kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
           kschneider@schneidermiller.com
          Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov,
           michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;barbara.sinicki@usdoj.gov;Mary.compeau@usdoj.g
           ov
          Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kevin.baum@kattenlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
           Kristin.Going@dbr.com
          Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
           Kristin.Going@dbr.com
          Kurt  Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          L. Nichole Hunter    on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com,
           sobrien@alglawpc.com
          Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
           llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
           llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Lawrence A. Lichtman    on behalf of Creditor    660 Woodward Associates, LLC
           llichtman@honigman.com, litdocket@honigman.com
          Leah  Montesano    on behalf of Interested Party    Ambac Assurance Corporation
           leah.montesano@arentfox.com
          Leonora K. Baughman    on behalf of Respondent    Wayne County Treasurer ecf@kaalaw.com
          Lisa  Okasinski    on behalf of Creditor    HRT Enterprises lisa@demolaw.com
          Lisa Hill Fenning    on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
          Lisa Sommers Gretchko    on behalf of Creditor    Howard & Howard Attorneys PLLC
           lgretchko@howardandhoward.com, ebarrett@howardandhoward.com
          Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com, dburris@jaffelaw.com
          Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com, dburris@jaffelaw.com
          M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
           dwhadden@umich.edu
          Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
           324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
           mkato@sachswaldman.com, pmerchak@sachswaldman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Mami   Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami   Kato    on behalf of Creditor    Detroit Police Command Officers Association
               mkato@sachswaldman.com, pmerchak@sachswaldman.com
              Mami   Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Marc N. Swanson    on behalf of Defendant Michael  Hall swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
               swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant    City of Detroit swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant Michael  Duggan, Mayor swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant    City of Detroit, Michigan swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant    Detroit City Council swansonm@millercanfield.com
              Marcy J. Ford    on behalf of Creditor    Bank of America, N.A. easternecf@trottlaw.com
              Marguerite Hammerschmidt    on behalf of Interested Party    Haas & Goldstein P.C.
               admin@hammer-stick.com
              Mark   Wasvary    on behalf of Creditor    Hyde Park Co-Operative, et al. mark@wasvarylaw.com
              Mark   Wasvary    on behalf of Creditor    Plymouth Square Ltd. Housing Association
               mark@wasvarylaw.com
              Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
              Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
               mark.angelov@arentfox.com
              Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
               jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets
               Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
               shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Interested Party    Greenhill & Co., LLC
               shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
               mrj@wwrplaw.com
              Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
              Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
              Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               bankrout@davispolk.com
              Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
               mbcobbs@flash.net
              Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
               cobbm@detroitmi.gov, mbcobbs@flash.net
              Mary Kay Shaver    on behalf of Creditor    Varnum LLP mkshaver@varnumlaw.com
              Matthew   Klakulak    on behalf of Creditor Delania  Patterson m.klakulak@fiegerlaw.com
              Matthew   Klakulak    on behalf of Creditor Kevin  Bullard m.klakulak@fiegerlaw.com
              Matthew   Klakulak    on behalf of Creditor Delshone  Balfour m.klakulak@fiegerlaw.com
              Matthew   Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
              Matthew   Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
              Matthew   Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew   Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew   Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew   Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew   Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew   Wilkins    on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City
               of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew D. Harper    on behalf of Interested Party    City of Detroit Water and Sewerage Department
               mdharper@eastmansmith.com
              Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
               Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
               summersm@ballardspahr.com
              Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
              Melissa Demorest LeDuc    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
               paula@demolaw.com;pam@demolaw.com
              Melissa Demorest LeDuc    on behalf of Creditor John  Denis melissa@demolaw.com,
               paula@demolaw.com;pam@demolaw.com
              Melissa Demorest LeDuc    on behalf of Creditor    John W. and Vivian M. Denis Trust
               melissa@demolaw.com, paula@demolaw.com;pam@demolaw.com
              Melissa Demorest LeDuc    on behalf of Creditor James  Herbert melissa@demolaw.com,
               paula@demolaw.com;pam@demolaw.com
              Melissa Demorest LeDuc    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
               paula@demolaw.com;pam@demolaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Mercedes Varasteh Dordeski on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
- Michael Anthony Karman on behalf of Creditor Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
- Michael Anthony Karman on behalf of Creditor St. Martins Cooperative makarmanesq@gmail.com
- Michael C. Hammer on behalf of Defendant MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
- Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
- Michael R. Bell on behalf of Interested Party State of Michigan, Department of Attorney General BellM1@michigan.gov
- Michael R. Bell on behalf of Interested Party Bill Schuette BellM1@michigan.gov
- Michael R. Paslay on behalf of Creditor U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
- Michael S. Leib on behalf of Interested Party Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
- My Chi To on behalf of Creditor Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
- Nabih H. Ayad on behalf of Interested Party Detroit Branch NAACP ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Michigan State Conference NAACP ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Donnell White ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
- Neil R. Sherman on behalf of Creditor Flagstar Bank, FSB nsherman@sspclegal.com, stremonti1@sspclegal.com
- Neil R. Sherman on behalf of Interested Party CitiMortgage, Inc. nsherman@sspclegal.com, stremonti1@sspclegal.com
- Neil R. Sherman on behalf of Interested Party Schneiderman and Sherman, P.C. nsherman@sspclegal.com, stremonti1@sspclegal.com
- Neil R. Sherman on behalf of Interested Party Kondaur Capital Corporation nsherman@sspclegal.com, stremonti1@sspclegal.com
- Niraj R. Ganatra on behalf of Attorney UAW - Solidarity House Nganatra@uaw.net
- Noah J. Ornstein on behalf of Interested Party Syncora Guarantee Inc. noah.ornstein@kirkland.com
- Noah J. Ornstein on behalf of Interested Party Syncora Capital Assurance Inc. noah.ornstein@kirkland.com
- Paige E. Barr on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
- Patrick C. Lannen on behalf of Creditor Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
- Patrick E. Mears on behalf of Creditor 36th District Court for the State of Michigan pmears@btlaw.com
- Paul H. Saint-Antoine on behalf of Defendant Wilmington Trust, N.A. Paul.Saint-Antoine@dbr.com, Todd.Hutchison@dbr.com;James.Williamson@dbr.com
- Paul R. Hage on behalf of Creditor National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
- Paul R. Hage on behalf of Creditor Canon Financial Services, Inc. phage@jaffelaw.com, jtravick@jaffelaw.com
- Paul R. Hage on behalf of Plaintiff National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
- Paula A. Hall on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Paula A. Hall on behalf of Interested Party Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Paula A. Hall on behalf of Retiree Committee Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Peter D. Dechiara on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
- Peter L. Canzano on behalf of Creditor National Public Finance Guarantee Corporation pcanzano@sidley.com
- Peter Paul Sudnick on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com, psudnick13@gmail.com
- Ralph A. Taylor on behalf of Interested Party Ambac Assurance Corporation ralph.taylor@arentfox.com
- Ralph A. Taylor on behalf of Plaintiff Ambac Assurance Corporation ralph.taylor@arentfox.com
- Ralph E. McDowell on behalf of Interested Party Oakland-Macomb Interceptor Drain Drainage District rmcdowell@bodmanlaw.com
- Randall A. Brater on behalf of Interested Party Ambac Assurance Corporation randall.brater@arentfox.com
- Randall A. Pentiuk on behalf of Interested Party Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Randall A. Pentiuk on behalf of Interested Party Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Randall A. Pentiuk on behalf of Interested Party Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Randall A. Pentiuk   on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

    Randall A. Pentiuk   on behalf of Interested Party   St. James Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

    Randall A. Pentiuk   on behalf of Interested Party   Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

    Raymond Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com

    Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com

    Richard Levin   on behalf of Interested Party   Detroit Institute of Arts rlevin@cravath.com, mao@cravath.com

    Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov

    Richard G. Mack, Jr.   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com

    Richard G. Mack, Jr.   on behalf of Creditor   Coalition of Detroit Unions richardmack@millercohen.com, mcoil@millercohen.com

    Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com

    Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com

    Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com

    Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit, Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com

    Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission robert.darnell@usdoj.gov

    Robert Fetter   on behalf of Interested Party   Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

    Robert Fetter   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

    Robert Fetter   on behalf of Interested Party   Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

    Robert A. Weisberg   on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com

    Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

    Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

    Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com

    Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

    Robert N. Bassel   on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com

    Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com

    Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

    Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

    Robert S. Hertzberg   on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

    Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

    Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

    Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

    Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

    Robert S. Hertzberg   on behalf of Interested Party   Pepper Hamilton LLP hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

    Robert S. Hertzberg   on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

    Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

    Robert S. Hertzberg   on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

    Robert S. Hertzberg   on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

    Ronald A. Spinner   on behalf of Defendant   City of Detroit, Michigan spinner@millercanfield.com

    Ronald A. Spinner   on behalf of Debtor In Possession   City of Detroit, Michigan spinner@millercanfield.com

```
District/off: 0645-2           User: ckata                Page 13 of 17             Date Rcvd: Jul 31, 2015
                               Form ID: def2              Total Noticed: 0
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Rozanne M. Giunta on behalf of Interested Party State of Michigan rmgiunta@lambertleser.com, amckeoun@lambertleser.com
- Ryan Cochran on behalf of Creditor U.S. Bank National Association ryan.cochran@wallerlaw.com
- Ryan Plecha on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Plaintiff Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Defendant Syncora Guarantee, Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Capital Assurance Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Holdings Ltd. ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
- Sam J. Alberts on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
- Samuel S. Kohn on behalf of Creditor Assured Guaranty Municipal Corp. skohn@chadbourne.com, sbloomfield@chadbourne.com;lschapira@chadbourne.com
- Samuel S. Kohn on behalf of Plaintiff Assured Guaranty Municipal Corp. skohn@chadbourne.com, sbloomfield@chadbourne.com;lschapira@chadbourne.com
- Sandra L. O'Connor on behalf of Interested Party US Health & Life Insurance Company soconnor@glmpc.com
- Sara Klettke MacWilliams on behalf of Creditor Oakland County, Michigan macwilliams@youngpc.com, efiling@youngpc.com
- Scott A. Wolfson on behalf of Creditor The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;mjosic@wolfsonbolton.com
- Scott B. Kitei on behalf of Interested Party Detroit Institute of Arts skitei@honigman.com
- Scott M. Watson on behalf of Creditor UBS AG swatson@wnj.com
- Sean M. Cowley (UST) on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
- Shanna Marie Kaminski on behalf of Interested Party City of Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com
- Shanna Marie Kaminski on behalf of Defendant Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com
- Shannon L. Deeby on behalf of Interested Party General Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Interested Party Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor General Retirement System of the City of Detroit sdeeby@clarkhill.com
- Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
- Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
- Sharon L. Levine on behalf of Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
- Sheldon S. Toll on behalf of Interested Party Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Sherrie L. Farrell    on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell    on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
           dguerrero@dykema.com
          Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
           dguerrero@dykema.com
          Stanley L. de Jongh    on behalf of Interested Party    City of Detroit Law Department
           jongsl@detroitmi.gov
          Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
          Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Defendant    Detroit City Council laplante@millercanfield.com,
           skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
          Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Susheel  Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
           rdin.com
          Tamar  Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
           tdolcourt@foley.com
          Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
           tchristy@garanlucow.com
          Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
           morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
           morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
          Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Monarch Alternative Capital LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Interested Party    1983 Claimants tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Trevor J. Zamborsky on behalf of Creditor Taesean Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Tarita Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Brandon Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Gregory Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Robert Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Terry Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Henry Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Woodrow Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Daniel Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Antonio Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Carolyn Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Ray Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Landon Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Raymond Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Winter Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Lucy Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Darnell Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Hondra Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Darchella Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Shumithia Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Clenette Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Bradley Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Joseph Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor David Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Floyd Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Kevin Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Taralyn Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Raymond Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Brandon Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Brady Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Victoria Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Jamie Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Bernard White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor James Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Curtis Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Jerry Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Quentin King tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Daniel Soto tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky on behalf of Creditor Rhonda Craig tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
           vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
          William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
          William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
          William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
          William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           wcb@osbig.com
          William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
           Authority wlistman@davislistman.com
          William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
          William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
          William W. Kannel    on behalf of Creditor    Fidelity Management & Research Company
           wkannel@mintz.com
          Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com,
           amckeoun@lambertleser.com
          Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
           jsmith@olsmanlaw.com
          Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 695
```