UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER APPROVING STIPULATION BY THE CITY OF DETROIT AND TANYA HUGHES REGARDING CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND (II) REQUIRING THE DISMISSAL OF THE STATE COURT ACTION FILED BY TANYA HUGHES**

Upon the Stipulation (Docket # 10109) by the City of Detroit and Tanya Hughes Regarding City of Detroit's Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring the Dismissal of the State Court Action filed by Tanya Hughes; and the Court being otherwise advised in the premises;

IT IS ORDERED THAT the City of Detroit and Tanya Hughes may present limited oral argument on the Supplemental Filings (as defined in the Stipulation) on August 5, 2015 at 1:30 p.m., before the Court announces its bench decision.

.

**Signed on August 01, 2015**

                                                /s/ Thomas J. Tucker
                                                Thomas J. Tucker
                                                United States Bankruptcy Judge