# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Thomas J. Tucker |

## SUBSTITUTION OF ATTORNEY AND
## REQUEST FOR REMOVAL FROM RECEIVING ELECTRONIC NOTICES

**PLEASE TAKE NOTICE** that Andrew M. Minear of Schiff Hardin LLP hereby enters his appearance in substitution for Jeffrey D. Eaton as counsel for Parsons Brinkerhoff Michigan, Inc. in the above-captioned bankruptcy proceeding. Please remove attorney Jeffrey D. Eaton, whose email address is jeaton@schiffhardin.com, from receiving electronic filing notices in the above-captioned case.

Respectfully submitted,

PARSONS BRINKERHOFF MICHIGAN, INC.

/s/ *Andrew M. Minear*
Andrew M. Minear
E-mail: aminear@schiffhardin.com
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
T: (212) 753-5000
F: (212) 753-5044

## CERTIFICATE OF SERVICE

I, Andrew M. Minear, state that on August 3, 2015, I filed a copy of the foregoing Substitution of Attorney and Request for Removal from Receiving Electronic Notices using the Court's ECF system and I hereby certify that the Court's ECF system has served counsel to the City and all registered users that have appeared in the above-captioned case. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

/s/ *Andrew M. Minear*
Andrew M. Minear
E-mail: aminear@schiffhardin.com