# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Thomas J. Tucker |

## ORDER GRANTING SUBSTITUTION OF ATTORNEY AND REQUEST FOR REMOVAL FROM RECEIVING ELECTRONIC NOTICES

Upon the motion of Schiff Hardin LLP, counsel of record for Parsons Brinkerhoff Michigan, Inc., a party-in-interest in the above-captioned bankruptcy proceeding for an order substituting Andrew M. Minear as counsel for attorney Jeffrey D. Eaton, whose email address is jeaton@schiffhardin.com, removing Mr. Eaton from receiving electronic filing notices in the above-captioned case; and it appearing to the Court that (i) it has jurisdiction over the matters raised in the Stipulation; (ii) proper and adequate notice of the Stipulation has been given and no further notice is necessary; and (iii) upon consideration of the Stipulation and the record, and after due deliberation, there is good cause for the granting of the Stipulation.

IT IS HEREBY ORDERED that:

1. Andrew M. Minear is substituted as attorney for Parsons Brinkerhoff Michigan, Inc in place of Jeffrey D. Eaton.

2. Attorney Jeffrey D. Eaton, whose email address is jeaton@schiffhardin.com, is removed from receiving electronic filing notices in the above-captioned case.

Date:

_____
**Hon. Thomas J. Tucker**
**United States Bankruptcy Judge**