IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor | Judge Thomas J. Tucker |

### ORDER REGARDING THE FILING OF OBJECTIONS TO CERTAIN CLAIMS FILED BY THE STATE OF MICHIGAN

Upon the stipulation (Docket # 10121, the "Stipulation") of the City of Detroit (the "City"), and the State of Michigan (the "State"), for entry of an order regarding the filing of objections to certain State claims, namely, proof of claim numbered 3750 (the "Claim"); and the Court being fully advised in the premises;

IT IS ORDERED that the City may file an objection to the Claim through and including October 7, 2015.

.

**Signed on August 06, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge