211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Substitution of Attorney

is defective as indicated:

- ☐ Acceptable List of Creditors
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Cover Sheet for Amendments (To be filed with corrected document in its entirety as one PDF)
- ☐ Amended Document (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☑ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

- ☐ Reaffirmation Agreement Cover Sheet
- ☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 8/4/15

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                       Case No. 13-53846-tjt
City of Detroit, Michigan                                                    Chapter 9
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0645-2           User: afurc                  Page 1 of 17              Date Rcvd: Aug 04, 2015
                               Form ID: def2                Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2015.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            Daniel M. McDermott
                                                                                        TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2015 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff   Peoples Water Board
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff   Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff   National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff   Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com,  drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison Bach    on behalf of Interested Party   State of Michigan, Department of Attorney General
               abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
               acaton@kramerlevin.com,  achouprouta@kramerlevin.com
              Andrew  Minear    on behalf of Creditor    Parsons Brinckerhoff Michigan, Inc.
               aminear@schiffhardin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Andrew A. Paterson, Jr.   on behalf of Plaintiff   Citizens United Against Corrupt Government
 aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
 aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
 aap43law@gmail.com
Anthony J. Kochis   on behalf of Creditor   Iron Mountain Information Management, LLC
 akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
 stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
 aoreilly@honigman.com, ahatcher@honigman.com
Barbara A. Patek   on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants Association
 bpatek@ermanteicher.com
Barbara A. Patek   on behalf of Attorney   Erman, Teicher, Zucker & Freedman, P.C.
 bpatek@ermanteicher.com
Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
 bpatek@ermanteicher.com
Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association
 bpatek@ermanteicher.com
Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
 bfagan@dibandfagan.com
Bree A. Packer   on behalf of Respondent Rainell  Murray packer_b@yahoo.com,
 jwrentschler1@yahoo.com
Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
 bbest@schaferandweiner.com, wkyles@schaferandweiner.com
Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
 wkyles@schaferandweiner.com
Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
 wkyles@schaferandweiner.com
Brian  Keck   on behalf of Interested Party Denise  Gardner bkeck@morganmeyers.com,
 aworlen@morganmeyers.com
Brian  Keck   on behalf of Interested Party Patricia  Ramirez bkeck@morganmeyers.com,
 aworlen@morganmeyers.com
Brian  Keck   on behalf of Interested Party Kimberly  James bkeck@morganmeyers.com,
 aworlen@morganmeyers.com
Brian  Keck   on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com,
 aworlen@morganmeyers.com
Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
 bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
 Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
 Care Network of Michigan btrumbauer@bodmanlaw.com
Bruce  Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
 bbennett@jonesday.com
Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
Carina  Kraatz   on behalf of Interested Party   Resnick & Moss, P.C. ckraatz@resnicklaw.net,
 jabdelnour@resnicklaw.net
Carina  Kraatz   on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net,
 jabdelnour@resnicklaw.net
Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation
 carol.cohen@arentfox.com
Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
Carole  Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
 Michigan carole.neville@dentons.com
Carole  Neville   on behalf of Retiree Committee   Official Committee of Retirees
 carole.neville@dentons.com,daniel.morris@dentons.com
Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation
 caroline.english@arentfox.com
Caroline Turner English   on behalf of Interested Party   Ambac Assurance Corporation
 caroline.english@arentfox.com
Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
 charlesID@hotmail.com
Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
 cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash   on behalf of Defendant   UBS AG cash@wnj.com, kkranz@wnj.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
           kkranz@wnj.com
          Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
           BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
          Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
           cgrosman@carsonfischer.com
          Cindy Tsai    on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
          Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
           claude.montgomery@dentons.com,docketny@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
           Detroit, Michigan claude.montgomery@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
           ANHSOA@earthlink.net
          Cynthia J. Haffey    on behalf of Defendant    Detroit General Retirement System Service
           Corporation haffey@butzel.com, smithe@butzel.com
          Cynthia J. Haffey    on behalf of Defendant    Detroit Police And Fire Retirement System Service
           Corporation haffey@butzel.com, smithe@butzel.com
          Dale Price    on behalf of Creditor    Equal Employment Opportunity Commission dale.price@eeoc.gov,
           legaldt.detroit@eeoc.gov
          Dan Korobkin    on behalf of Interested Party Ian Mobley dkorobkin@aclumich.org
          Dan Korobkin    on behalf of Interested Party Nathaniel Price dkorobkin@aclumich.org
          Dan Korobkin    on behalf of Interested Party Jerome Pierce dkorobkin@aclumich.org
          Dan Korobkin    on behalf of Interested Party Paul Kaiser dkorobkin@aclumich.org
          Dan Korobkin    on behalf of Interested Party Jason Leverette-Saunders dkorobkin@aclumich.org
          Dan Korobkin    on behalf of Interested Party James Washington dkorobkin@aclumich.org
          Dan Korobkin    on behalf of Interested Party Laura Malher dkorobkin@aclumich.org
          Dan Korobkin    on behalf of Interested Party Darlene Hellenberg dkorobkin@aclumich.org
          Dan Korobkin    on behalf of Interested Party Angie Wong dkorobkin@aclumich.org
          Dan Korobkin    on behalf of Interested Party Stephanie Hollander dkorobkin@aclumich.org
          Dan Korobkin    on behalf of Interested Party Kimberly Mobley dkorobkin@aclumich.org
          Dan Korobkin    on behalf of Interested Party Wanda Leverette dkorobkin@aclumich.org
          Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
           dweiner@schaferandweiner.com
          David Eisenberg    on behalf of Creditor    Detroit Police Officers Association
           deisenberg@ermanteicher.com
          David Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           deisenberg@ermanteicher.com
          David Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           deisenberg@ermanteicher.com
          David A. Lerner    on behalf of Creditor    Plunkett Cooney dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David E. Lemke    on behalf of Creditor    U.S. Bank National Association david.lemke@wallerlaw.com
          David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
           dgheiman@jonesday.com
          David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
          David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
           david.dubrow@arentfox.com
          David M. Blau    on behalf of Creditor    NTH Consultants, Ltd. dblau@clarkhill.com
          David M. Zack    on behalf of Other Professional    McAlpine PC dmzack@mcalpinelawfirm.com,
           nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpi
           nepc.com
          David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
           kbilpo@seyburn.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com,
           dnavin@dickinsonwright.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
          Deborah Kovsky-Apap    on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Defendant John Naglik kovskyd@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
           kovskyd@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Defendant John Naglick kovskyd@pepperlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Deborah Kovsky-Apap on behalf of Plaintiff City of Detroit, Michigan kovskyd@pepperlaw.com
    Deborah Kovsky-Apap on behalf of Plaintiff City of Detroit kovskyd@pepperlaw.com
    Deborah Kovsky-Apap on behalf of Defendant City of Detroit, Michigan kovskyd@pepperlaw.com
    Deborah L. Fish on behalf of Interested Party Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish on behalf of Intervenor-Defendant Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish on behalf of Interested Party Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish on behalf of Interested Party Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish on behalf of Interested Party Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish on behalf of Interested Party Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish on behalf of Intervenor-Defendant Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish on behalf of Interested Party Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish on behalf of Intervenor-Defendant BlueMountain Capital Management, LLC dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish on behalf of Intervenor-Defendant Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish on behalf of Interested Party Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish on behalf of Intervenor-Defendant Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish on behalf of Interested Party Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish on behalf of Intervenor-Defendant Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
    Debra N. Pospiech on behalf of Interested Party Patricia Ramirez dpospiech@morganmeyers.com
    Dirk H. Beckwith on behalf of Defendant Detroit Retirement Systems Funding Trust 2005 dbeckwith@fosterswift.com
    Dirk H. Beckwith on behalf of Defendant Wilmington Trust, N.A. dbeckwith@fosterswift.com
    Dirk H. Beckwith on behalf of Defendant U.S. Bank, N.A. dbeckwith@fosterswift.com
    Dirk H. Beckwith on behalf of Interested Party U.S. Bank N.A. dbeckwith@fosterswift.com
    Dirk H. Beckwith on behalf of Creditor Wilmington Trust Company, National Association dbeckwith@fosterswift.com
    Dirk H. Beckwith on behalf of Defendant Detroit Retirement Systems Funding Trust 2006 dbeckwith@fosterswift.com
    Dirk H. Beckwith on behalf of Creditor U.S. Bank National Association dbeckwith@fosterswift.com
    Donald G. McGuigan, II on behalf of Interested Party Mario's Restaurant, Inc. don@mcguiganlaw.com
    Douglas Steele on behalf of Interested Party International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
    Douglas C. Bernstein on behalf of Interested Party Hudson-Webber Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein on behalf of Interested Party Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein on behalf of Interested Party The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein on behalf of Interested Party W.K. Kellogg Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein on behalf of Interested Party Max M. and Marjorie S. Fisher Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein on behalf of Interested Party The Ford Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein on behalf of Interested Party Charles Stewart Mott Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein on behalf of Interested Party William Davidson Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein on behalf of Interested Party McGregor Fund dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein on behalf of Interested Party A. Paul and Carol C. Schaap Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Earle I. Erman on behalf of Creditor Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
    Earle I. Erman on behalf of Creditor Detroit Police Officers Association eerman@ermanteicher.com
    Earle I. Erman on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
               emajoros@glmpc.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
               (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    CitiMortgage, Inc. bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    M&T Bank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    M&T Bank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Rushmore Loan Management Services, LLC
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               ecrowder@sbplclaw.com, lhaas@sbplclaw.com
              Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
              Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
               carlson@millercanfield.com
              Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
               enovetsky@jaffelaw.com
              Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit efeldman@clarkhill.com
              Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
               efeldman@clarkhill.com
              Fred  Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
              H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
               jabdelnour@resnicklaw.net
              Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
               ecf-hen@rhoadesmckee.com
              Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
              Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
               Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heather  Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com
              Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather  Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com
              Heather  Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com
              Heather  Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Heidi  Peterson    hdpeterson75@gmail.com
              Horace D. Cotton    on behalf of Respondent    B&C Land Development Corporation hdcotton@yahoo.com
              Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
              Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
              Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
              Ian S. Bolton    on behalf of Creditor    FK Park, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              Ian S. Bolton    on behalf of Creditor    FK South, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              Irma  Industrious    on behalf of Creditor Irma  Industrious iindustrious@yahoo.com,
               iimeldai123@gmail.com
              James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
              Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
               jeansartre@msn.com
              Jason  Abel    on behalf of Interested Party    Detroit Institute of Arts jpa@honigman.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com,
               ssmith@kerr-russell.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
 jbank@kerr-russell.com, ssmith@kerr-russell.com
Jayson Ruff    on behalf of Creditor    Sprint Communications Company LP jruff@mcdonaldhopkins.com
Jayson Ruff    on behalf of Creditor    Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
 Lhaidostian@mwe.com
Jeffrey Rossman    on behalf of Creditor    U.S. Bank, N.A. jrossman@mwe.com
Jeffrey Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
Jeffrey Rossman    on behalf of Interested Party    U.S. Bank N.A. jrossman@mwe.com
Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
 jbelveal@honigman.com, mjohnson@honigman.com
Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
 jbelveal@honigman.com, mjohnson@honigman.com
Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
 apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
 apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
Joel D. Applebaum    on behalf of Respondent    Detroit Wayne Joint Building Authority
 japplebaum@clarkhill.com
Joel D. Applebaum    on behalf of Creditor    Colasanti Construction Services, Inc.
 japplebaum@clarkhill.com
John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 jstevens@mathesonparr.com, nlmumma@aol.com
John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
 pjohnson@bredhoff.com;mforan@bredhoff.com
John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
 john.ramirez@kattenlaw.com
John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
 john.sieger@kattenlaw.com
John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
 jcanzano@kmsmc.com
Jonathan S. Green    on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
 green@millercanfield.com
Jonathan S. Green    on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
Jonathan S. Green    on behalf of Defendant    City of Detroit green@millercanfield.com
Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
 green@millercanfield.com
Jonathan S. Green    on behalf of Defendant Michael  Hall green@millercanfield.com
Jong-Ju Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
 jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
 jfischer@carsonfischer.com
Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
 litdocket@honigman.com
Joshua Wheelock    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
 joshwheelock@hotmail.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Judith Greenstone Miller    on behalf of Creditor    ADP, LLC jmiller@jaffelaw.com,
 dgoldberg@jaffelaw.com
Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
 litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Judy B. Calton    on behalf of Creditor    Singent Consulting LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Mound Road Enterprises L.L.C. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    LDM, LLC jcalton@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    TSD Solutions LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Delbruck Technology, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    440 Congress LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Stanne Consulting, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Gekko Enterprises LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    VITEC, L.L.C. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Taggart Technologies LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Seven Mile Partners, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Cass Community Social Services, Inc.
           jcalton@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Compuware Corporation jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Cathedral Owner LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    3100 East Jefferson, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Oakland Plant Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Magnolia Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    4737 Conner Co., LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Enforcement Technology, Inc. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
           jcalton@honigman.com,  litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Regency Owner LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Linwood Neighbors LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Attorney    L. Katie Mason jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Mack Avenue Investors LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Seven Mile Holdings, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Bean Little Investments, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    MICMR, LLC jcalton@honigman.com,  litdocket@honigman.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
               jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
               344 jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants
               Association jteicher@ermanteicher.com
              Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jteicher@ermanteicher.com
              Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
               karen.dine@kattenlaw.com
              Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
               Avery@SilvermanMorris.com
              Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
               kressk@pepperlaw.com
              Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
               kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
              Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
               kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
              Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
              Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
               kschneider@schneidermiller.com
              Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov,
               michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;barbara.sinicki@usdoj.gov;Mary.compeau@usdoj.g
               ov
              Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
               kevin.baum@kattenlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
           Kristin.Going@dbr.com
          Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
           Kristin.Going@dbr.com
          Kurt  Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          L. Nichole Hunter    on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com,
           sobrien@alglawpc.com
          Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp.
           llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp.
           llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com
          Lawrence A. Lichtman    on behalf of Creditor    660 Woodward Associates, LLC
           llichtman@honigman.com, litdocket@honigman.com
          Leah  Montesano    on behalf of Interested Party    Ambac Assurance Corporation
           leah.montesano@arentfox.com
          Leonora K. Baughman    on behalf of Respondent    Wayne County Treasurer ecf@kaalaw.com
          Lisa  Okasinski    on behalf of Creditor    HRT Enterprises lisa@demolaw.com
          Lisa Hill Fenning    on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
          Lisa Sommers Gretchko    on behalf of Creditor    Howard & Howard Attorneys PLLC
           lgretchko@howardandhoward.com, ebarrett@howardandhoward.com
          Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com, dburris@jaffelaw.com
          Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com, dburris@jaffelaw.com
          M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
           dwhadden@umich.edu
          Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
           324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
           mkato@sachswaldman.com, pmerchak@sachswaldman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Mami   Kato     on behalf of Creditor Michael   Wells mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami   Kato     on behalf of Creditor    Detroit Police Command Officers Association
           mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami   Kato     on behalf of Creditor Mary   Whitson mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Marc N. Swanson    on behalf of Defendant Michael   Hall swansonm@millercanfield.com
          Marc N. Swanson    on behalf of Debtor In Possession   City of Detroit, Michigan
           swansonm@millercanfield.com
          Marc N. Swanson    on behalf of Defendant    City of Detroit swansonm@millercanfield.com
          Marc N. Swanson    on behalf of Defendant Michael   Duggan, Mayor swansonm@millercanfield.com
          Marc N. Swanson    on behalf of Defendant    City of Detroit, Michigan swansonm@millercanfield.com
          Marc N. Swanson    on behalf of Defendant    Detroit City Council swansonm@millercanfield.com
          Marcy J. Ford    on behalf of Creditor    Bank of America, N.A. easternecf@trottlaw.com
          Marguerite  Hammerschmidt    on behalf of Interested Party    Haas & Goldstein P.C.
           admin@hammer-stick.com
          Mark   Wasvary    on behalf of Creditor    Hyde Park Co-Operative, et al. mark@wasvarylaw.com
          Mark   Wasvary    on behalf of Creditor    Plymouth Square Ltd. Housing Association
           mark@wasvarylaw.com
          Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
          Mark A. Angelov    on behalf of Interested Party    Ambac Assurance Corporation
           mark.angelov@arentfox.com
          Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets
           Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
           shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Interested Party    Greenhill & Co., LLC
           shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
           mrj@wwrplaw.com
          Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
          Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
           bankrout@davispolk.com
          Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
           mbcobbs@flash.net
          Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
           cobbm@detroitmi.gov,  mbcobbs@flash.net
          Mary Kay Shaver    on behalf of Creditor    Varnum LLP mkshaver@varnumlaw.com
          Matthew   Klakulak    on behalf of Creditor Delania   Patterson m.klakulak@fiegerlaw.com
          Matthew   Klakulak    on behalf of Creditor Kevin   Bullard m.klakulak@fiegerlaw.com
          Matthew   Klakulak    on behalf of Creditor Delshone   Balfour m.klakulak@fiegerlaw.com
          Matthew   Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
          Matthew   Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
          Matthew   Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew   Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew   Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew   Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew   Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew   Wilkins    on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City
           of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew D. Harper    on behalf of Interested Party    City of Detroit Water and Sewerage Department
           mdharper@eastmansmith.com
          Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
           summersm@ballardspahr.com
          Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
          Melissa Demorest LeDuc    on behalf of Creditor    T&T Management, Inc. melissa@demolaw.com,
           paula@demolaw.com;pam@demolaw.com
          Melissa Demorest LeDuc    on behalf of Creditor John   Denis melissa@demolaw.com,
           paula@demolaw.com;pam@demolaw.com
          Melissa Demorest LeDuc    on behalf of Creditor    John W. and Vivian M. Denis Trust
           melissa@demolaw.com,  paula@demolaw.com;pam@demolaw.com
          Melissa Demorest LeDuc    on behalf of Creditor James   Herbert melissa@demolaw.com,
           paula@demolaw.com;pam@demolaw.com
          Melissa Demorest LeDuc    on behalf of Creditor    HRT Enterprises melissa@demolaw.com,
           paula@demolaw.com;pam@demolaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Mercedes Varasteh Dordeski    on behalf of Creditor Johnathan Aaron Brown mdordeski@foleymansfield.com,cindy@loevy.com
    Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
    Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
    Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
    Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
    Michael R. Bell    on behalf of Interested Party    State of Michigan, Department of Attorney General BellM1@michigan.gov
    Michael R. Bell    on behalf of Interested Party Bill    Schuette BellM1@michigan.gov
    Michael R. Paslay    on behalf of Creditor    U.S. Bank National Association mike.paslay@wallerlaw.com, Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@wallerlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
    Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
    My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
    Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
    Nabih H. Ayad    on behalf of Interested Party Rashida    Tlaib ayadlaw@hotmail.com
    Nabih H. Ayad    on behalf of Interested Party Maureen    Taylor ayadlaw@hotmail.com
    Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP ayadlaw@hotmail.com
    Nabih H. Ayad    on behalf of Interested Party Donnell    White ayadlaw@hotmail.com
    Nabih H. Ayad    on behalf of Interested Party Thomas    Stallworth III ayadlaw@hotmail.com
    Neil R. Sherman    on behalf of Creditor    Flagstar Bank, FSB nsherman@sspclegal.com, stremonti1@sspclegal.com
    Neil R. Sherman    on behalf of Interested Party    CitiMortgage, Inc. nsherman@sspclegal.com, stremonti1@sspclegal.com
    Neil R. Sherman    on behalf of Interested Party    Schneiderman and Sherman, P.C. nsherman@sspclegal.com, stremonti1@sspclegal.com
    Neil R. Sherman    on behalf of Interested Party    Kondaur Capital Corporation nsherman@sspclegal.com, stremonti1@sspclegal.com
    Niraj R. Ganatra    on behalf of Attorney    UAW - Solidarity House Nganatra@uaw.net
    Noah J. Ornstein    on behalf of Interested Party    Syncora Guarantee Inc. noah.ornstein@kirkland.com
    Noah J. Ornstein    on behalf of Interested Party    Syncora Capital Assurance Inc. noah.ornstein@kirkland.com
    Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
    Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
    Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan pmears@btlaw.com
    Paul H. Saint-Antoine    on behalf of Defendant    Wilmington Trust, N.A. Paul.Saint-Antoine@dbr.com, Todd.Hutchison@dbr.com;James.Williamson@dbr.com
    Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
    Paul R. Hage    on behalf of Creditor    Canon Financial Services, Inc. phage@jaffelaw.com, jtravick@jaffelaw.com
    Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
    Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
    Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
    Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
    Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
    Peter L. Canzano    on behalf of Creditor    National Public Finance Guarantee Corporation pcanzano@sidley.com
    Peter Paul Sudnick    on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com, psudnick13@gmail.com
    Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation ralph.taylor@arentfox.com
    Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
    Ralph E. McDowell    on behalf of Interested Party    Oakland-Macomb Interceptor Drain Drainage District rmcdowell@bodmanlaw.com
    Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation randall.brater@arentfox.com
    Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
    Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
    Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, Pentiukpc@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Randall A. Pentiuk   on behalf of Creditor   St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Randall A. Pentiuk   on behalf of Interested Party   St. James Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Randall A. Pentiuk   on behalf of Interested Party   Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
        Raymond Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
        Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
        Richard Levin   on behalf of Interested Party   Detroit Institute of Arts rlevin@cravath.com, mao@cravath.com
        Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
        Richard G. Mack, Jr.   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com
        Richard G. Mack, Jr.   on behalf of Creditor   Coalition of Detroit Unions richardmack@millercohen.com, mcoil@millercohen.com
        Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
        Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
        Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com
        Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit, Water and Sewerage Department ecf@kaalaw.com, wjackson@KAALaw.com
        Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
        Robert Fetter   on behalf of Interested Party   Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
        Robert Fetter   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
        Robert Fetter   on behalf of Interested Party   Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
        Robert A. Weisberg   on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
        Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
        Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
        Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
        Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
        Robert N. Bassel   on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com
        Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com
        Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
        Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
        Robert S. Hertzberg   on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Interested Party   Pepper Hamilton LLP hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
        Ronald A. Spinner   on behalf of Defendant   City of Detroit, Michigan spinner@millercanfield.com
        Ronald A. Spinner   on behalf of Debtor In Possession   City of Detroit, Michigan spinner@millercanfield.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Rozanne M. Giunta    on behalf of Interested Party    State of Michigan rmgiunta@lambertleser.com, amckeoun@lambertleser.com
      Ryan Cochran    on behalf of Creditor    U.S. Bank National Association ryan.cochran@wallerlaw.com
      Ryan Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
      Ryan Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
      Ryan Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
      Ryan Plecha    on behalf of Interested Party    Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
      Ryan Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
      Ryan Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
      Ryan Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
      Ryan Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
      Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
      Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
      Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
      Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
      Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd. ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
      Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
      Samuel S. Kohn    on behalf of Creditor    Assured Guaranty Municipal Corp. skohn@chadbourne.com, sbloomfield@chadbourne.com;lschapira@chadbourne.com
      Samuel S. Kohn    on behalf of Plaintiff    Assured Guaranty Municipal Corp. skohn@chadbourne.com, sbloomfield@chadbourne.com;lschapira@chadbourne.com
      Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company soconnor@glmpc.com
      Sara Klettke MacWilliams    on behalf of Creditor    Oakland County, Michigan macwilliams@youngpc.com, efiling@youngpc.com
      Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;mjosic@wolfsonbolton.com
      Scott B. Kitei    on behalf of Interested Party    Detroit Institute of Arts skitei@honigman.com
      Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
      Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
      Shanna Marie Kaminski    on behalf of Interested Party    City of Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com
      Shanna Marie Kaminski    on behalf of Defendant    Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com
      Shannon L. Deeby    on behalf of Interested Party    General Retirement System of the City of Detroit sdeeby@clarkhill.com
      Shannon L. Deeby    on behalf of Interested Party    Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
      Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
      Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit sdeeby@clarkhill.com
      Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
      Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
      Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
      Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
           mpearson@dykema.com;docket@dykema.com
          Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
           dguerrero@dykema.com
          Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
           dguerrero@dykema.com
          Stanley L. de Jongh    on behalf of Interested Party    City of Detroit Law Department
           jongsl@detroitmi.gov
          Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
          Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Defendant    Detroit City Council laplante@millercanfield.com,
           skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
          Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Susheel  Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffha
           rdin.com
          Tamar  Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
           tdolcourt@foley.com
          Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
           tchristy@garanlucow.com
          Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
           morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
           morris@silvermanmorris.com, marlene@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           marlene@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
          Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Timothy R. Graves   on behalf of Interested Party   Panning Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

        Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

        Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com

        Trevor J. Zamborsky   on behalf of Creditor Orlando Marion tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Teran Brown tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Melvin Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Ezekiel Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Wendy Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Doug Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Rodney Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Angela Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Yvette Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Eddie Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Otis Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor John Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Gary Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Marily Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Phyllis Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Jeffrey Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Donna Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Jeremiah Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Mario Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Jennifer Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

        Trevor J. Zamborsky   on behalf of Creditor Jermaine Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

  Trevor J. Zamborsky  on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Raymond   Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor David  Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
  Trevor J. Zamborsky  on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
               trevor.zamborsky@gmail.com
              Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
               vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
              William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
              William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
              William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
              William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               wcb@osbig.com
              William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
              William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
              William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
               Authority wlistman@davislistman.com
              William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
              William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
              William W. Kannel    on behalf of Creditor    Fidelity Management & Research Company
               wkannel@mintz.com
              Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com,
               amckeoun@lambertleser.com
              Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
               jsmith@olsmanlaw.com
              Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 695
```