<pre>
IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
</pre>

------------------------------------------------------x
:
In re                                   :   Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              :   Case No. 13-53846
                                        :
        Debtor.                         :   Judge Thomas J. Tucker
------------------------------------------------------x

**ORDER APPROVING STIPULATION BY THE CITY OF DETROIT,
MICHIGAN AND ADP, LLC (F/K/A ADP, INC.) FOR
AN ORDER APPROVING SETTLEMENT OF ALL CLAIMS
OF ADP, LLC (F/K/A/ ADP, INC.)**

Upon the Stipulation filed by the City of Detroit, Michigan ("City") and ADP, LLC (f/k/a ADP, Inc.) ("ADP") for an Order Approving Settlement of all Claims of ADP, LLC (f/k/a ADP, Inc.) (Docket # 10125, the "Stipulation"); and the Court being otherwise advised in the premises;

IT IS ORDERED THAT:

1.  In full and final settlement and resolution of the ADP Claims,[1] the City agrees to pay ADP Two Hundred Seventy Five Thousand and 00/100 Dollars ($275,000.00) (the "Settlement Payment") within fourteen (14) business days of the entry of this Order.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings given to them in the Stipulation.

2. Effective upon the City's payment of the Settlement Payment to ADP, and without the need for further documentation of any kind, the Parties waive and release each other, their affiliates, predecessors, officers, attorneys, representatives, successor and assigns, from any and all Claims and Causes of Action (each as defined in the Plan), including the ADP Claims, whether such Claims or Causes of Action arose before, on or after the Effective Date, and whether arising in law or equity, that either Party has, had or may have now or in the future, whether asserted or not, arising from or in any way related to the Services Contract (Contract No. 28772341) that was approved by the Detroit City Council on November 20, 2012 (together with all exhibits and supplements thereto).

3. Other than the right to receive the Settlement Payment in accordance with Section 1 above, ADP shall have no other Claims or Causes of Action against the City or its property or any right to any distribution under the Plan.

4. The City's claims agent is authorized to update the claims register accordingly.

.

**Signed on August 10, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge