UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

        Debtor.  Judge Thomas J. Tucker
_____/

**ORDER REQUIRING CITY OF DETROIT AND JEROME COLLINS TO SUPPLEMENT THEIR STIPULATION FILED ON AUGUST 11, 2015 (DOCKET # 10129 )**

      This case is before the Court on a stipulation filed on August 11, 2015 (Docket # 10129, the "Stipulation"), entitled "Stipulation By and Between the City of Detroit, Michigan and Jerome Collins for the Entry of an Order (1)Withdrawing Motion Filed by the City of Detroit at Docket Number 10030 Without Prejudice; (2) Vacating the Order Entered at Docket Number 10094 Granting City of Detroit's Motion; and (3) Permitting the City of Detroit To File a New Motion Seeking, Among Other Things, to Enforce the City of Detroit's Confirmed Plan Against Jerome Collins."

      The Stipulation does not explain, and it is not apparent to the Court, why the Court should grant the relief requested in the Stipulation, given the fact that Jerome Collins failed to file a timely response to the City's motion at Docket # 10030.

      Accordingly,

      IT IS ORDERED that no later than August 19, 2015, the City of Detroit and Jerome Collins must file a supplement to the Stipulation, explaining why the parties contend that the Court should vacate its Order at Docket # 10094.

.

**Signed on August 12, 2015**

                                         /s/ Thomas J. Tucker
                                         Thomas J. Tucker
                                         United States Bankruptcy Judge