UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

      Debtor.

_____/

Case No. 13-53846
Chapter 9
Judge Thomas J. Tucker

**ORDER REGARDING CLAIMS OF, AND ASSUMPTION
OF CONTRACTS WITH, BLUE CROSS BLUE SHIELD
OF MICHIGAN AND BLUE CARE NETWORK OF MICHIGAN**

This case is before the Court on the Stipulation Regarding Claims of, and Assumption of Contracts with, Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan (Docket # 10132, the "Stipulation")[1]; and the Court being otherwise fully informed:

IT IS ORDERED as follows:

1.     Claim No. 3469 filed by BCBSM is withdrawn in its entirety.

2.     Claim No. 3088 filed by BCN is withdrawn in its entirety.

3.     The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4.     Nothing in the Stipulation or this Order affects the rights of the City, BCBSM or BCN (collectively, the "Parties") with respect to any postpetition claims which have arisen or may arise between BCBSM or BCN, on the one hand, and the City, on the other hand. All Parties fully reserve all of their respective rights with respect to any postpetition claims.

---

[1] Undefined capitalized terms in this Order shall have the meaning given to them in the Stipulation.

5. All of the City's contracts with BCBSM and BCN are assumed as of the Effective Date of the Plan. No cure amounts are required to be paid in order for the City to assume the contracts.

6. To the extent that additional claims of participants in the ASC for health services rendered prior to the Effective Date of the Plan are subsequently submitted to and processed by BCBSM, the City will remain obligated to reimburse BCBSM for such claims in the ordinary course, in accordance with the terms of the ASC. The Parties reserve all of their respective rights with respect to any such additional claims.

.

**Signed on August 14, 2015**

                                           /s/ Thomas J. Tucker
                                         Thomas J. Tucker
                                         United States Bankruptcy Judge