IN RE: City of Detroit, Michigan        Case No. 13-53846
       Chapter 9
       Debtor(s).        Hon. Thomas J. Tucker
_____/
B &C Land Development Corporation

       Appellant,        Adv. No. Click here to enter text.

v.

City of Detroit, Michigan

       Appellee.
_____/

**NOTICE OF TRANSMITTAL OF NOTICE OF APPEAL**

    I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Notice of Appeal/Motion to Withdraw the Reference.

☒ Notice of Appeal
☐ Bankruptcy Matter Civil Cover Sheet
☒ Order on Appeal
☒ Notice of Deficiency
☐ Motion for Leave to Appeal
☐ Motion to Withdraw the Reference
☐ Other: Click here to enter text.

**NOTE:**

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-cv-13781 and assigned to District Judge Bernard A. Friedman

☐ This is a new matter and not previously assigned to a District Court Judge.

☐ The Appellant has not paid the filing fee.
.

Dated: 08/19/2015        Clerk, United States Bankruptcy Court

       By: /s/ LaShonda Moss
       Deputy Clerk