Official Form 17A (12/14)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:   Case No. 13-53846
　　　　　Honorable Thomas J. Tucker
City of Detroit, Michigan,   Chapter 9

　　Debtor,

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): B & C LAND DEVELOPMENT CORPORATION

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❑ Plaintiff
   ❑ Defendant
   ❑ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ❑ Debtor
   ☒ Creditor
   ❑ Trustee
   ☒ Other (describe)  Respondent

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Granting City of Detroit's Motion for Entry of an Order Enforcing the Plan of Adjustment Injunction

2. State the date on which the judgment, order, or decree was entered: 8/5/2015

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: B&C Land Development Corporation　　Attorney: Horace D. Cotton (P33268)
   　　　　P.O. Box 19520
   　　　　Detroit, MI 48219
   　　　　(313) 595-1517

2. Party: City of Detroit　　Attorney: Mark N. Swanson
   　　　　350 W. Jefferson, Suite 2500
   　　　　Detroit, MI 48226
   　　　　(313)496-7591

Official Form 17A (12/14)

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

   ☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/ Horace D. Cotton      Date: 08/19/2015
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Horace D. Cotton (P33268)
P. O. Box 19520
Detroit, MI 48219

(313 595-1517

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.