UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name Horace D. Cotton

Firm Horace D. Cotton, PLLC

Address P.O. Box 19520

City, State, Zip Detroit, MI 48219

Phone (313) 595-1517

Email hdcotton@yahoo.com

**Case/Debtor Name: City of Detroit**

Case Number: 13-52846

Chapter: 9

Hearing Judge Thomas J. Tucker

☒ Bankruptcy    ○ Adversary

○ Appeal    Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing: 08/05/15 Time of Hearing: 1:30 pm Title of Hearing: City of Detroit's Motion for Entry of an Order (I) Enforcing The Plan of Adjustment Injunction and (II) Requiring B&C Land Development to (A) Dismiss with Prejudice Its State Court Lawsuit and (B) Withdraw its Notice of Lis Pendens**

Please specify portion of hearing requested:    □ **Original/Unredacted**    □ **Redacted**    □ **Copy**
(2nd Party)
☒ Entire Hearing    ☒ Ruling/Opinion of Judge    ○ Testimony of Witness    ○ Other

**Type of Request:**

☐ Ordinary Transcript - $3.65 per page (30 calendar days)

☒ 14-Day Transcript - $4.25 per page (14 calendar days)

☐ Expedited Transcript - $4.85 per page (7 working days)

☐ CD - $30; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

/s/ Horace D. Cotton Date: 08/20/15
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date        By

Order Received:

Transcript Ordered

Transcript Received