**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
-------------------------------------------------------x
                                          :
In re                                     :         Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                :         Case No. 13-53846
                                          :
              Debtor.                     :         Judge Thomas J. Tucker
-------------------------------------------------------x
```

**ORDER APPROVING THE STIPULATION**
**BETWEEN THE CITY OF DETROIT, MICHIGAN**
**AND 660 WOODWARD ASSOCIATES LLC**
**RESOLVING CLAIM NUMBER 3800 FOR REJECTION DAMAGES**

This case is before the Court on the stipulation (Docket # 10138, the "Stipulation")

entitled *Stipulation by and Between the City of Detroit, Michigan and 660 Woodward Associates*

*LLC Resolving Claim Number 3800 for Rejection Damages*, the Court having reviewed the

Stipulation[1] and being otherwise fully advised in the premises, and there being good cause,

IT IS ORDERED THAT:

1.      Claim 3800 is allowed, in part, as a general unsecured claim in the amount of

$4,257.50.

2.      Claim 3800 is also allowed, in part, as an ordinary course expense claim, as

defined in Article II, Section A.2.b of the Plan, for $6,600.81 for post-petition expenses, which

amount shall be paid in full by the City to 660 Woodward within twenty-one (21) days of the

date of entry of this Order.

---

[1] Capitalized terms not defined in this Order have the meaning given to them in the Stipulation.

3.     Other than the claims described in this Order, 660 Woodward Associates LLC has no further claims of any kind against the City of Detroit ("City") as of December 10, 2014.  The City's claim's agent is authorized to update the claims register accordingly.

4.     No third party may assert a claim against the City on the basis that it has been assigned a claim originally asserted by 660 Woodward Associates LLC.

5.     Allowance of Claim 3800, as provided herein, does not waive the City's rights to assert and pursue any claims against 660 Woodward Associates LLC, including, without limitation, claims under chapter 5 of the Bankruptcy Code, and to challenge the assertion of claim number 3800 as a defense to such claims.  660 Woodward Associates LLC has denied that any such claims exist.

6.     Neither the stipulation nor this Order revives, reinstates, or affirms any rights, remedies, claims, or defenses of the City or 660 Woodward Associates LLC against each other that expired or were otherwise barred, satisfied, released, waived, or discharged as of, or upon the occurrence of, the Effective Date of the Plan.  Neither the stipulation nor this Order modifies the Plan.

.

**Signed on August 20, 2015**

                                    /s/ **Thomas  J.  Tucker**
                                    **Thomas  J.  Tucker**
                                    **United States Bankruptcy Judge**