IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Judge Thomas J. Tucker
---------------------------------------------------------x

**ORDER GRANTING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND JEROME COLLINS FOR THE ENTRY OF AN ORDER (1) WITHDRAWING MOTION FILED BY THE CITY OF DETROIT AT DOCKET NUMBER 10030 WITHOUT PREJUDICE; (2) VACATING THE ORDER ENTERED AT DOCKET NUMBER 10094 GRANTING CITY OF DETROIT'S MOTION; AND (3) PERMITTING THE CITY OF DETROIT TO FILE A NEW MOTION SEEKING, AMONG OTHER THINGS, TO ENFORCE THE CITY OF DETROIT'S CONFIRMED PLAN AGAINST JEROME COLLINS**

Upon the Stipulation by and Between the City of Detroit, Michigan and Jerome Collins for the Entry of an Order (1) Withdrawing Motion filed by the City of Detroit at Docket Number 10030 Without Prejudice; (2) Vacating the Order Entered at Docket Number 10094 Granting City of Detroit's Motion; and (3) Permitting the City of Detroit to File a New Motion Seeking, Among Other Things, To Enforce the City of Detroit's Confirmed Plan Against Jerome Collins; and the Court being otherwise advised in the premises;

IT IS ORDERED THAT:

1. The City of Detroit's Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring the Dismissal with Prejudice of the Federal Court Action Filed by Jerome Collins to the Extent It Seeks Relief Against the City of Detroit or Property of the City of Detroit filed at Docket Number 10030 is withdrawn without prejudice.

2. The Court's order entered at Docket Number 10094 is vacated.

3. The City may file a new motion seeking, among other things, to enforce the City of Detroit's Eighth Amended Plan for the Adjustment of Debts of the City of Detroit against Jerome Collins.

.

**Signed on August 20, 2015**

                                              /s/ Thomas J. Tucker
                                              Thomas J. Tucker
                                              United States Bankruptcy Judge