Honorable Thomas Tucker
Federal Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, Michigan 48226

FILED

2015 AUG 19 A 10: 18

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

August 1, 2015

Dear Honorable Tucker,

I am writing as a creditor in the City of Detroit Bankruptcy filing, case no. 13-53846; I became a creditor based on a judgement by a lower court against the City of Detroit after a trial and several appeals by the City of Detroit (they refused mediation offered by the court and on the record stated that their debt would be absolved by bankruptcy).

Since the city of Detroit petitioned and was granted bankruptcy, individual creditors such as I have been referred to a website and independent agency known as 'KCC' in El Segundo, California for information regarding our claims. It was my understanding that prior, during and after the bankruptcy proceedings, these creditors would be informed of claim status and/or given notice of any court filings and actions.

Since 2014 I have only received two notices by 'KCC' with the last one being on April 2015 and they were regarding general court filings. You can imagine my surprise when I called the company in California and found out that the City of Detroit had filed a motion to remove one of my existing claims because it was a 'duplicate claim.' The motion was granted by your court. Although I did not receive any notice to object to their motion (and I would have), the claim removed was indeed a duplicate claim. The City of Detroit choose to have the duplicate <u>secured</u> claim removed and keep the duplicate <u>unsecured</u> claim (they were both the same amount). However what the City of Detroit failed to inform the court was that this federal court, under Judge Rhodes presiding, instituted the secured claim based on the facts and history of the case before him.

I do not appreciate the City of Detroit's 'sleight of hand' and its obvious disregard for the integrity of the judicial process. I really do believe that the legal representatives for the City of Detroit has taken the post-bankruptcy judicial proceedings for granted with no fear of reprisals or corrections from this court, at least in regards to the small individual claimants such as myself. I am asking to have the secured claim reinstated because I was not given due…any notice at all…to object to the motion filed by the City of Detroit.

Respectfully,

M. Dujon Johnson