211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Notice to Respondent, Proof of Service and Proposed Order missing. (Related document: [10148] Letter Filed by M. Dujon Johnson (Construed by the Court as a Motion for Reconsideration of the Order Sustaining Debtor's Eleventh Omnibus Objection To Certain Claims (Duplicate Claims) [9563]). See below for important information regarding the deadline for filing the missing documents.

is defective as indicated:

- ☐ Acceptable List of Creditors
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Cover Sheet for Amendments (To be filed with corrected document in its entirety as one PDF)
- ☐ Amended Document (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☑ Notice to Respondent

- ☐ Original Signature
- ☑ Proof of Service Missing or Non–Compliant
- ☑ Proposed Order
- ☐ Reaffirmation Agreement Cover Sheet
- ☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 8/21/15

                                    BY THE COURT

                                    Katherine B. Gullo , Clerk of Court
                                    U.S. Bankruptcy Court

```
                           United States Bankruptcy Court
                            Eastern District of Michigan
In re:                                                                Case No. 13-53846-tjt
City of Detroit, Michigan                                             Chapter 9
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0645-2        User: csiku              Page 1 of 17              Date Rcvd: Aug 21, 2015
                            Form ID: def2            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2015.
              +M. Dujon Johnson,    15474 Stoepel,    Detroit, MI 48238-1357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust              Daniel M. McDermott
                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2015 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
               ajennings@edwardsjennings.com, vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com, vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com, vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com, drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
               abach@dickinsonwright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
               achouprouta@kramerlevin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

 Amy D. Caton on behalf of Creditor BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com
 Andrew Minear on behalf of Creditor Parsons Brinckerhoff Michigan, Inc. aminear@schiffhardin.com
 Andrew A. Paterson, Jr. on behalf of Plaintiff Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
 Andrew A. Paterson, Jr. on behalf of Creditor Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
 Andrew A. Paterson, Jr. on behalf of Creditor Robert Davis aap43@outlook.com, aap43law@gmail.com
 Anthony J. Kochis on behalf of Creditor Iron Mountain Information Management, LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
 Anthony J. Kochis on behalf of Creditor The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
 Arthur O'Reilly on behalf of Interested Party Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com
 Barbara A. Patek on behalf of Plaintiff Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com
 Barbara A. Patek on behalf of Attorney Erman, Teicher, Zucker & Freedman, P.C. bpatek@ermanteicher.com
 Barbara A. Patek on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com
 Barbara A. Patek on behalf of Creditor Detroit Police Officers Association bpatek@ermanteicher.com
 Barry S. Fagan on behalf of Creditor Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com
 Bree A. Packer on behalf of Respondent Rainell Murray packer_b@yahoo.com, jwrentschler1@yahoo.com
 Brendan G. Best on behalf of Interested Party Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com
 Brendan G. Best on behalf of Plaintiff Ambac Assurance Corporation bbest@schaferandweiner.com, wkyles@schaferandweiner.com
 Brendan G. Best on behalf of Defendant Syncora Guarantee, Inc. bbest@schaferandweiner.com, wkyles@schaferandweiner.com
 Brian Keck on behalf of Interested Party Denise Gardner bkeck@morganmeyers.com, aworlen@morganmeyers.com
 Brian Keck on behalf of Interested Party Patricia Ramirez bkeck@morganmeyers.com, aworlen@morganmeyers.com
 Brian Keck on behalf of Interested Party Kimberly James bkeck@morganmeyers.com, aworlen@morganmeyers.com
 Brian Keck on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com, aworlen@morganmeyers.com
 Brian D. O'Keefe on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
 Brian D. O'Keefe on behalf of Interested Party Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
 Brian D. O'Keefe on behalf of Interested Party Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
 Brian D. O'Keefe on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
 Brian D. O'Keefe on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
 Brian D. O'Keefe on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
 Brian R. Trumbauer on behalf of Interested Party Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
 Bruce Bennett on behalf of Debtor In Possession City of Detroit, Michigan bbennett@jonesday.com
 Caralyce M. Lassner on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
 Carina Kraatz on behalf of Interested Party Resnick & Moss, P.C. ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net
 Carina Kraatz on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net
 Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C. candres@gklaw.com
 Carol Connor Cohen on behalf of Interested Party Ambac Assurance Corporation carol.cohen@arentfox.com
 Carol Connor Cohen on behalf of Plaintiff Ambac Assurance Corporation carol.cohen@arentfox.com
 Carole Neville on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
 Carole Neville on behalf of Retiree Committee Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com
 Caroline Turner English on behalf of Plaintiff Ambac Assurance Corporation caroline.english@arentfox.com
 Caroline Turner English on behalf of Interested Party Ambac Assurance Corporation caroline.english@arentfox.com
 Carolyn Beth Markowitz on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM
 Charles Bruce Idelsohn on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
        Charles N. Ash   on behalf of Creditor   UBS AG cash@wnj.com, kkranz@wnj.com
        Charles N. Ash   on behalf of Defendant   UBS AG cash@wnj.com, kkranz@wnj.com
        Charles N. Ash   on behalf of Defendant   Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
        Charles N. Ash   on behalf of Creditor   Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
        Christopher A. Grosman   on behalf of Interested Party   BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
        Christopher A. Grosman   on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
        Cindy Tsai   on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
        Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
        Claude D. Montgomery   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
        Courtney M. Rogers   on behalf of Interested Party   U.S. Bank National Association courtney.rogers@wallerlaw.com
        Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association courtney.rogers@wallerlaw.com
        Craig B. Rule   on behalf of Creditor   Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@earthlink.net
        Cynthia J. Haffey   on behalf of Defendant   Detroit General Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
        Cynthia J. Haffey   on behalf of Defendant   Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
        Dale Price   on behalf of Creditor   Equal Employment Opportunity Commission dale.price@eeoc.gov, legaldt.detroit@eeoc.gov
        Dan Korobkin   on behalf of Interested Party Ian Mobley dkorobkin@aclumich.org
        Dan Korobkin   on behalf of Interested Party Nathaniel Price dkorobkin@aclumich.org
        Dan Korobkin   on behalf of Interested Party Jerome Pierce dkorobkin@aclumich.org
        Dan Korobkin   on behalf of Interested Party Paul Kaiser dkorobkin@aclumich.org
        Dan Korobkin   on behalf of Interested Party Jason Leverette-Saunders dkorobkin@aclumich.org
        Dan Korobkin   on behalf of Interested Party James Washington dkorobkin@aclumich.org
        Dan Korobkin   on behalf of Interested Party Laura Malher dkorobkin@aclumich.org
        Dan Korobkin   on behalf of Interested Party Darlene Hellenberg dkorobkin@aclumich.org
        Dan Korobkin   on behalf of Interested Party Angie Wong dkorobkin@aclumich.org
        Dan Korobkin   on behalf of Interested Party Stephanie Hollander dkorobkin@aclumich.org
        Dan Korobkin   on behalf of Interested Party Kimberly Mobley dkorobkin@aclumich.org
        Dan Korobkin   on behalf of Interested Party Wanda Leverette dkorobkin@aclumich.org
        Daniel J. Weiner   on behalf of Plaintiff   Ambac Assurance Corporation dweiner@schaferandweiner.com
        Daniel J. Weiner   on behalf of Interested Party   Ambac Assurance Corporation dweiner@schaferandweiner.com
        David Eisenberg   on behalf of Creditor   Detroit Police Officers Association deisenberg@ermanteicher.com
        David Eisenberg   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com
        David Eisenberg   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com
        David A. Lerner   on behalf of Creditor   Plunkett Cooney dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
        David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
        David E. Lemke   on behalf of Creditor   U.S. Bank National Association david.lemke@wallerlaw.com
        David Gilbert Heiman   on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com
        David Gilbert Heiman   on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
        David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan dgheiman@jonesday.com
        David L. Dubrow   on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com
        David L. Dubrow   on behalf of Interested Party   Ambac Assurance Corporation david.dubrow@arentfox.com
        David M. Blau   on behalf of Creditor   NTH Consultants, Ltd. dblau@clarkhill.com
        David M. Zack   on behalf of Other Professional   McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com
        David T. Lin   on behalf of Interested Party   The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com
        Dawn R. Copley   on behalf of Interested Party   State of Michigan dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
        Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
        Deborah Kovsky-Apap   on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Defendant John Naglik kovskyd@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
 kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com
Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    BlueMountain Capital Management, LLC
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P.
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Stone Lion Capital Partners L.P.
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Panning Capital Management, LP
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Debra N. Pospiech    on behalf of Interested Party Patricia  Ramirez dpospiech@morganmeyers.com
Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
 dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
 dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
 dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
 dbeckwith@fosterswift.com
Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
 don@mcguiganlaw.com
Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters,
 AFL-CIO, CLC dls@wmlaborlaw.com
Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast
 Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
 Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 eerman@ermanteicher.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
               eerman@ermanteicher.com
              Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               eerman@ermanteicher.com
              Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
               emajoros@glmpc.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
               (Fannie Mae) bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor    CitiMortgage, Inc. bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor     M&T Bank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor     M&T Bank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor     EverBank bankruptcy@orlans.com,
               ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor     Champion Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor     Rushmore Loan Management Services, LLC
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elizabeth M. Abood-Carroll    on behalf of Creditor     Everhome Mortgage Company
               bankruptcy@orlans.com, ANHSOA@earthlink.net
              Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               ecrowder@sbplclaw.com, lhaas@sbplclaw.com
              Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
              Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
               carlson@millercanfield.com
              Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
               enovetsky@jaffelaw.com
              Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit efeldman@clarkhill.com
              Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
               efeldman@clarkhill.com
              Fred  Neufeld    on behalf of Interested Party    Courtesy Notice fneufeld@sycr.com
              H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
               jabdelnour@resnicklaw.net
              Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
               ecf-hen@rhoadesmckee.com
              Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
              Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
               Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heather  Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com
              Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather  Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com
              Heather  Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com
              Heather  Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Heidi  Peterson    hdpeterson75@gmail.com
              Horace D. Cotton    on behalf of Respondent    B&C Land Development Corporation hdcotton@yahoo.com
              Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
              Hugh M. Davis    on behalf of Creditor Catherine W. Phillips Info@ConLitPC.com
              Hugh M. Davis    on behalf of Creditor Thomas  Stephens Info@ConLitPC.com
              Ian S. Bolton    on behalf of Creditor    FK Park, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              Ian S. Bolton    on behalf of Creditor    FK South, LLC ibolton@maddinhauser.com,
               bwislinski@maddinhauser.com;nanderson@maddinhauser.com
              Irma  Industrious    on behalf of Creditor Irma  Industrious iindustrious@yahoo.com,
               iimeldai123@gmail.com
              James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
           jeansartre@msn.com
          Jason  Abel    on behalf of Interested Party    Detroit Institute of Arts jpa@honigman.com
          Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com,
           ssmith@kerr-russell.com
          Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
           jbank@kerr-russell.com, ssmith@kerr-russell.com
          Jayson  Ruff    on behalf of Creditor    Sprint Communications Company LP jruff@mcdonaldhopkins.com
          Jayson  Ruff    on behalf of Creditor    Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
          Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey  Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
           Lhaidostian@mwe.com
          Jeffrey  Rossman    on behalf of Creditor    U.S. Bank, N.A. jrossman@mwe.com
          Jeffrey  Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
          Jeffrey  Rossman    on behalf of Interested Party    U.S. Bank N.A. jrossman@mwe.com
          Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com, tc@osbig.com
          Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
          Jennifer  Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
           jbelveal@honigman.com, mjohnson@honigman.com
          Jennifer  Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
           jbelveal@honigman.com, mjohnson@honigman.com
          Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
           apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
           apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
          Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
          Joel D. Applebaum    on behalf of Respondent    Detroit Wayne Joint Building Authority
           japplebaum@clarkhill.com
          Joel D. Applebaum    on behalf of Creditor    Colasanti Construction Services, Inc.
           japplebaum@clarkhill.com
          John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
          John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jstevens@mathesonparr.com, nlmumma@aol.com
          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
           pjohnson@bredhoff.com;mforan@bredhoff.com
          John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
           john.ramirez@kattenlaw.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           john.sieger@kattenlaw.com
          John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
           jcanzano@kmsmc.com
          Jonathan S. Green    on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
          Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
           green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant    City of Detroit green@millercanfield.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
           green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant Michael  Hall green@millercanfield.com
          Jong-Ju Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
           jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
          Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
           jfischer@carsonfischer.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua  Wheelock    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
           joshwheelock@hotmail.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
        Judith Greenstone Miller   on behalf of Creditor   ADP, LLC jmiller@jaffelaw.com,
         dgoldberg@jaffelaw.com
        Judy B. Calton   on behalf of Creditor   120 W. Montcalm Properties LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Singent Consulting LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Kennedy Square Garage LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Mound Road Enterprises L.L.C. jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Country West Apartments, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   LDM, LLC jcalton@honigman.com,  litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   3250 Associated LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   TSD Solutions LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   136 Bagley LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Delbruck Technology, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   440 Congress LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Stanne Consulting, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Olympia Office Building, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Gekko Enterprises LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Olympia Development of Michigan LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   VITEC, L.L.C. jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Sunrise Parking LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Taggart Technologies LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Skyline Partners LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Cass Community Social Services, Inc.
         jcalton@honigman.com,  litdocket@honigman.com
        Judy B. Calton   on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Compuware Corporation jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Seven Mile Partners, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Arrow Uniform Rental, Inc. jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   TC Manor House, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Cathedral Owner LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   3100 East Jefferson, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Oakland Plant Properties, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   5801 Southfield Service Drive Corp. jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Magnolia Properties, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Fox Parking Garage, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Chene Square, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   4737 Conner Co., LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton   on behalf of Creditor   Parkrite Holdings LLC jcalton@honigman.com,
         litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Judy B. Calton    on behalf of Creditor    Enforcement Technology, Inc. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
 jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Regency Owner LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Linwood Neighbors LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Attorney L. Katie Mason jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Mack Avenue Investors LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Seven Mile Holdings, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Bean Little Investments, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    MICMR, LLC jcalton@honigman.com, litdocket@honigman.com
Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
 344 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants
 Association jteicher@ermanteicher.com
Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
 karen.dine@kattenlaw.com
Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
 kressk@pepperlaw.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
 kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
 kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
 kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth M. Schneider    on behalf of Interested Party Kenneth M. Schneider
 kschneider@schneidermiller.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov, michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;barbara.sinicki@usdoj.gov;Mary.compeau@usdoj.gov

        Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com

        Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com

        Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com

        Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006 Kristin.Going@dbr.com

        Kristin K. Going    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005 Kristin.Going@dbr.com

        Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        L. Nichole Hunter    on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com, sobrien@alglawpc.com

        Lawrence A. Larose    on behalf of Creditor    Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com

        Lawrence A. Larose    on behalf of Plaintiff    Assured Guaranty Municipal Corp. llarose@chadbourne.com, skohn@chadbourne.com;japfel@chadbourne.com;sbloomfield@chadbourne.com

        Lawrence A. Lichtman    on behalf of Creditor    660 Woodward Associates, LLC llichtman@honigman.com, litdocket@honigman.com

        Leah Montesano    on behalf of Interested Party    Ambac Assurance Corporation leah.montesano@arentfox.com

        Leonora K. Baughman    on behalf of Respondent    Wayne County Treasurer ecf@kaalaw.com

        Lisa Okasinski    on behalf of Creditor    HRT Enterprises lisa@demolaw.com

        Lisa Hill Fenning    on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com

        Lisa Sommers Gretchko    on behalf of Creditor    Howard & Howard Attorneys PLLC lgretchko@howardandhoward.com, ebarrett@howardandhoward.com

        Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

        Louis P. Rochkind    on behalf of Creditor    National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com

        M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu

        Mami Kato    on behalf of Interested Party    International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com

        Mami Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com

        Mami Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato on behalf of Creditor Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Marc N. Swanson on behalf of Defendant Michael Hall swansonm@millercanfield.com
        Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
        Marc N. Swanson on behalf of Defendant City of Detroit swansonm@millercanfield.com
        Marc N. Swanson on behalf of Defendant Michael Duggan, Mayor swansonm@millercanfield.com
        Marc N. Swanson on behalf of Defendant City of Detroit, Michigan swansonm@millercanfield.com
        Marc N. Swanson on behalf of Defendant Detroit City Council swansonm@millercanfield.com
        Marcy J. Ford on behalf of Creditor Bank of America, N.A. easternecf@trottlaw.com
        Marguerite Hammerschmidt on behalf of Interested Party Haas & Goldstein P.C. admin@hammer-stick.com
        Mark Wasvary on behalf of Creditor Hyde Park Co-Operative, et al. mark@wasvarylaw.com
        Mark Wasvary on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
        Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
        Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
        Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
        Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
        Mark H. Shapiro on behalf of Creditor BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
        Mark H. Shapiro on behalf of Interested Party Greenhill & Co., LLC shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
        Mark R. James on behalf of Interested Party Financial Guaranty Insurance Company mrj@wwrplaw.com
        Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
        Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
        Marshall S. Huebner on behalf of Creditor Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
        Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
        Mary Beth Cobbs on behalf of Interested Party City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
        Mary Kay Shaver on behalf of Creditor Varnum LLP mkshaver@varnumlaw.com
        Matthew Klakulak on behalf of Creditor Delania Patterson m.klakulak@fiegerlaw.com
        Matthew Klakulak on behalf of Creditor Kevin Bullard m.klakulak@fiegerlaw.com
        Matthew Klakulak on behalf of Creditor Delshone Balfour m.klakulak@fiegerlaw.com
        Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
        Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
        Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins on behalf of Intervenor-Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew D. Harper on behalf of Interested Party City of Detroit Water and Sewerage Department mdharper@eastmansmith.com
        Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
        Matthew Gernet Summers on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com
        Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
        Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt AG summersm@ballardspahr.com
        Max J. Newman on behalf of Interested Party Wayne County Corporation newman@butzel.com
        Melissa Demorest LeDuc on behalf of Creditor T&T Management, Inc. melissa@demolaw.com, paula@demolaw.com;pam@demolaw.com
        Melissa Demorest LeDuc on behalf of Creditor John Denis melissa@demolaw.com, paula@demolaw.com;pam@demolaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Melissa Demorest LeDuc   on behalf of Creditor   John W. and Vivian M. Denis Trust
 melissa@demolaw.com, paula@demolaw.com;pam@demolaw.com
Melissa Demorest LeDuc   on behalf of Creditor James  Herbert melissa@demolaw.com,
 paula@demolaw.com;pam@demolaw.com
Melissa Demorest LeDuc   on behalf of Creditor   HRT Enterprises melissa@demolaw.com,
 paula@demolaw.com;pam@demolaw.com
Mercedes Varasteh Dordeski   on behalf of Creditor Johnathan Aaron Brown
 mdordeski@foleymansfield.com,cindy@loevy.com
Michael Anthony Karman   on behalf of Creditor    Fountain Court Consumer Housing Cooperative
 makarmanesq@gmail.com
Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
Michael C. Hammer   on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell   on behalf of Interested Party    State of Michigan, Department of Attorney
 General BellM1@michigan.gov
Michael R. Bell   on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
Michael R. Paslay   on behalf of Creditor    U.S. Bank National Association
 mike.paslay@wallerlaw.com,
 Cathy.thomas@wallerlaw.com;Chris.cronk@wallerlaw.com;David.lemke@wallerlaw.com;Ryan.cochran@walle
 rlaw.com;Courtney.rogers@wallerlaw.com;Gerald.mace@wallerlaw.com
Michael S. Leib   on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
 msl@maddinhauser.com, bac@maddinhauser.com
My Chi To   on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
 mao-bk-ecf@debevoise.com
Nabih H. Ayad   on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party    Michigan State Conference NAACP
 ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
Neil R. Sherman   on behalf of Creditor    Flagstar Bank, FSB nsherman@sspclegal.com,
 stremonti1@sspclegal.com
Neil R. Sherman   on behalf of Interested Party    CitiMortgage, Inc. nsherman@sspclegal.com,
 stremonti1@sspclegal.com
Neil R. Sherman   on behalf of Interested Party    Schneiderman and Sherman, P.C.
 nsherman@sspclegal.com, stremonti1@sspclegal.com
Neil R. Sherman   on behalf of Interested Party    Kondaur Capital Corporation
 nsherman@sspclegal.com, stremonti1@sspclegal.com
Niraj R. Ganatra   on behalf of Attorney    UAW - Solidarity House Nganatra@uaw.net
Noah J. Ornstein   on behalf of Interested Party    Syncora Guarantee Inc.
 noah.ornstein@kirkland.com
Noah J. Ornstein   on behalf of Interested Party    Syncora Capital Assurance Inc.
 noah.ornstein@kirkland.com
Paige E. Barr   on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
 Paige.Barr@kattenlaw.com
Patrick C. Lannen   on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
 mkisell@plunkettcooney.com
Patrick E. Mears   on behalf of Creditor    36th District Court for the State of Michigan
 pmears@btlaw.com
Paul H. Saint-Antoine   on behalf of Defendant    Wilmington Trust, N.A.
 Paul.Saint-Antoine@dbr.com, Todd.Hutchison@dbr.com;James.Williamson@dbr.com
Paul R. Hage   on behalf of Creditor    National Public Finance Guarantee Corporation
 phage@jaffelaw.com, jtravick@jaffelaw.com
Paul R. Hage   on behalf of Creditor    Canon Financial Services, Inc. phage@jaffelaw.com,
 jtravick@jaffelaw.com
Paul R. Hage   on behalf of Plaintiff    National Public Finance Guarantee Corporation
 phage@jaffelaw.com, jtravick@jaffelaw.com
Paula A. Hall   on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall   on behalf of Interested Party    Official Committee of Retirees of the City of
 Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall   on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
 marbury@bwst-law.com;pleban@bwst-law.com
Peter D. Dechiara   on behalf of Creditor    International Union, United Automobile, Aerospace and
 Agricultural Implement Workers of America pdechiara@cwsny.com
Peter L. Canzano   on behalf of Creditor    National Public Finance Guarantee Corporation
 pcanzano@sidley.com
Peter Paul Sudnick   on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com,
 psudnick13@gmail.com
Ralph A. Taylor   on behalf of Interested Party    Ambac Assurance Corporation
 ralph.taylor@arentfox.com
Ralph A. Taylor   on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
Ralph E. McDowell   on behalf of Interested Party    Oakland-Macomb Interceptor Drain Drainage
 District rmcdowell@bodmanlaw.com
Randall A. Brater   on behalf of Interested Party    Ambac Assurance Corporation
 randall.brater@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
          Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richard  Levin    on behalf of Interested Party    Detroit Institute of Arts rlevin@cravath.com,
           mao@cravath.com
          Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Coalition of Detroit Unions
           richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
           mcoil@millercohen.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com, kerichson@kaalaw.com;konail@kaalaw.com;asmiley@kaalaw.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit, Water and Sewerage
           Department ecf@kaalaw.com, kerichson@kaalaw.com;konail@kaalaw.com;asmiley@kaalaw.com
          Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert  Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert  Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
           rweisberg@carsonfischer.com;njudge@carsonfischer.com
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
           robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com
          Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Interested Party    Pepper Hamilton LLP
           hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
```

```
District/off: 0645-2           User: csiku              Page 13 of 17            Date Rcvd: Aug 21, 2015
                               Form ID: def2            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
        Robert S. Hertzberg   on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
        Ronald A. Spinner   on behalf of Defendant   City of Detroit, Michigan spinner@millercanfield.com
        Ronald A. Spinner   on behalf of Debtor In Possession   City of Detroit, Michigan spinner@millercanfield.com
        Rozanne M. Giunta   on behalf of Interested Party   State of Michigan rmgiunta@lambertleser.com, amckeoun@lambertleser.com
        Ryan Cochran   on behalf of Creditor   U.S. Bank National Association ryan.cochran@wallerlaw.com
        Ryan Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
        Ryan Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
        Ryan Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
        Ryan Plecha   on behalf of Interested Party   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
        Ryan Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
        Ryan Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
        Ryan Plecha   on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
        Ryan Plecha   on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
        Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
        Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
        Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
        Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
        Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd. ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com
        Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
        Samuel S. Kohn   on behalf of Creditor   Assured Guaranty Municipal Corp. skohn@chadbourne.com, sbloomfield@chadbourne.com;lschapira@chadbourne.com
        Samuel S. Kohn   on behalf of Plaintiff   Assured Guaranty Municipal Corp. skohn@chadbourne.com, sbloomfield@chadbourne.com;lschapira@chadbourne.com
        Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company soconnor@glmpc.com
        Sara Klettke MacWilliams   on behalf of Creditor   Oakland County, Michigan macwilliams@youngpc.com, efiling@youngpc.com
        Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com;mjosic@wolfsonbolton.com
        Scott B. Kitei   on behalf of Interested Party   Detroit Institute of Arts skitei@honigman.com
        Scott M. Watson   on behalf of Creditor   UBS AG swatson@wnj.com
        Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
        Shanna Marie Kaminski   on behalf of Interested Party   City of Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com
        Shanna Marie Kaminski   on behalf of Defendant   Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com
        Shannon L. Deeby   on behalf of Interested Party   General Retirement System of the City of Detroit sdeeby@clarkhill.com
        Shannon L. Deeby   on behalf of Interested Party   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
        Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
        Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit sdeeby@clarkhill.com
        Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

           Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
           Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
           Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net
           Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
           Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com
           Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com
           Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com
           Stanley L. de Jongh    on behalf of Interested Party    City of Detroit Law Department jongsl@detroitmi.gov
           Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
           Stephen B. Grow    on behalf of Creditor     UBS AG sgrow@wnj.com, kfrantz@wnj.com
           Stephen B. Grow    on behalf of Creditor     Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
           Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
           Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
           Stephen C. Hackney    on behalf of Defendant    Syncora Guarantee, Inc. stephen.hackney@kirkland.com
           Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
           Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com
           Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
           Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
           Stephen S. LaPlante    on behalf of Defendant    Detroit City Council laplante@millercanfield.com, skoczylas@millercanfield.com
           Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
           Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
           Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
           Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney General showell@dickinsonwright.com
           Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
           Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
           Susheel  Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
           Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;dchapman@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
           Tamar  Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan tdolcourt@foley.com
           Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation tchristy@garanlucow.com
           Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
           Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
           Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com, marlene@silvermanmorris.com
           Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, marlene@silvermanmorris.com
           Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, marlene@silvermanmorris.com
           Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
           Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association morris@silvermanmorris.com, marlene@silvermanmorris.com
           Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, marlene@silvermanmorris.com
           Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
           Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan fusco@millercanfield.com
           Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
           Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com, allardfishpc@yahoo.com
           Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Monarch Alternative Capital LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Interested Party    1983 Claimants tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Trevor J. Zamborsky　　on behalf of Creditor Robert　Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Jeremiah　Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Mario　Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Jennifer　Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Jermaine　Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Taesean　Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Tarita　Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Brandon　Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Gregory　Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Robert　Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Terry　Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Henry　Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Woodrow　Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Daniel　Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Antonio　Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Carolyn　Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Ray　Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Landon　Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Raymond　Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Winter　Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Lucy　Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Darnell　Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Darchella　Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Hondra　Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Shumithia　Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Clenette　Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Bradley　Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor David　Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Joseph　Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Floyd　Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Kevin　Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Taralyn　Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Raymond　Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Brandon　Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Brady　Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Victoria　Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Jamie　Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor Bernard　White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky　　on behalf of Creditor James　Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
 vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
William A. Wertheimer, Jr.    on behalf of Creditor Robbie Lee Flowers billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Mary  Washington billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Michael  Wells billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Mary  Whitson billwertheimer@gmail.com
William A. Wertheimer, Jr.    on behalf of Creditor Bruce  Goldman billwertheimer@gmail.com
William C. Blasses    on behalf of Interested Party Gary  Segatti wcb@osbig.com
William C. Blasses    on behalf of Creditor    Jackie's Transport, Inc. wcb@osbig.com
William C. Blasses    on behalf of Interested Party    Michigan Property Tax Relief, LLC
 wcb@osbig.com
William C. Blasses    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt wcb@osbig.com
William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
 Authority wlistman@davislistman.com
William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
William W. Kannel    on behalf of Creditor    Fidelity Management & Research Company
 wkannel@mintz.com
Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com,
 amckeoun@lambertleser.com
Wolfgang  Mueller    on behalf of Creditor Richard  Mack wmueller@olsmanlaw.com,
 jsmith@olsmanlaw.com
Wolfgang  Mueller    on behalf of Creditor Alecia  Wilcox wmueller@olsmanlaw.com,
 jsmith@olsmanlaw.com
Wolfgang  Mueller    on behalf of Creditor Dwayne  Provience wmueller@olsmanlaw.com,
 jsmith@olsmanlaw.com
Wolfgang  Mueller    on behalf of Creditor Gerald  Wilcox wmueller@olsmanlaw.com,
 jsmith@olsmanlaw.com
Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
 yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                      TOTAL: 695
```