UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
:  Chapter 9
In re  :
:  Case No. 13-53846
CITY OF DETROIT, MICHIGAN,  :
:  Hon. Thomas J. Tucker
Debtor  :
------------------------------------------------------- x

## CERTIFICATE OF NO RESPONSE TO DEBTOR'S EIGHTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (SATISFIED CLAIMS)

(Docket No. 10079)

The undersigned certifies that on July 23, 2015, she caused the Debtor's Eighteenth Omnibus Objection to Certain Claims (Satisfied Claims) [Docket No. 10079] (the "Objection") and a Notice of the Objection (the "Notice") [Docket No. 10079], to be filed with the Court and served upon every claimant listed on Exhibit 2 of the Objection via First Class Mail at the addresses listed therein (the "Claimants"). *See* Certificate of Service [Docket No. 10090 attached hereto as **Exhibit B.**

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") and the Notice, the Claimants were required to file responses to the relief requested in the Objection, if any, on or before August 19, 2015. No responses regarding the claims in the Objection were filed and served.

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order in the form attached hereto as **Exhibit A**, granting the Objection as stated therein.

4841-2671-0567.1

Dated: August 25, 2015  
Detroit, Michigan

FOLEY & LARDNER LLP

/s/ *Tamar N. Dolcourt*
John A. Simon (P61866)
Jeffrey S. Kopp (P59485)
Tamar N. Dolcourt (P73425)
Leah R. Imbrogno (P79384)
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
(313) 234-7100 (Telephone)
(313) 234-2800 (Facsimile)

*Counsel for the Debtor, City of Detroit Michigan*