UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| City of Detroit, Michigan | ) |
| | ) Case No. 13-53846(tjt) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) |

**REQUEST FOR REMOVAL FROM CM/ECF
CASE MANAGEMENT LIST AND SPECIAL SERVICE LIST**

Joel D. Applebaum, whose email address is japplebaum@clarkhill.com, requests that he

be removed from the list that allows service of electronic filings through the Court's CM/ECF

case management system and service of papers via first class mail.

.
CLARK HILL PLC

By:    /s/ Joel D. Applebaum
     Joel D. Applebaum (P36774)
151 S. Old Woodward Avenue
Suite 200
Birmingham, MI 48009
(248) 642-9692
japplebaum@clarkhill.com

Dated: August 26, 2015

203238030.1 14893/165083