UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------   x
                                                    :
In re                                               :   Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN,                          :   Case No. 13-53846
                                                    :
                            Debtor.                 :   Hon. Thomas J. Tucker
                                                    :
-------------------------------------------------   :
                                                    x
```

## STIPULATED WITHDRAWAL OF PROOF OF CLAIM 880

    Claimant, Eddie Adams, and Debtor, the City of Detroit, stipulate to the withdrawal of Proof of Claim 880, filed on February 12, 2014.

| | |
|---|---|
| **GARRIS, GARRIS, GARRIS & GARRIS, P.C.** | **CITY OF DETROIT LAW DEPARTMENT** |
| By: /s/ Michael J. Garris<br>    mjg3025@gmail.com<br>Attorneys for Claimant<br>300 East Washington Street<br>Ann Arbor, MI 48104<br>(734) 761-7282 | By: /s/ Eric B. Gaabo<br>    Gaabe@detroitmi.gov<br>Attorneys for Debtor City of Detroit<br>Coleman A. Young Municipal Center<br>2 Woodward Avenue, 5th Floor<br>Detroit, MI 48226<br>(313) 237-3052 |

Dated: August 28, 2015

{K:\DOCS\LIT\GAABE\A13000\FORM\EG6534.DOC}
13-53846-tjt    Doc 10167    Filed 08/28/15    Entered 08/28/15 09:16:40    Page 1 of 2

## PROOF OF SERVICE

I certify that on August 28, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record through e-mail correspondence, and I also e-mailed this Stipulated Withdrawal of Proof of Claim to Claimant's counsel, Michael J. Garris, at mjg3025@gmail.com, and mailed this notice to Mr. Garris at 300 East Washington Street, Ann Arbor, MI 48104.

/s/ *Eric B. Gaabo*
Eric B. Gaabo (P39213)