# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
CITY OF DETROIT, MICHIGAN  
Debtor.

Chapter 9  
Case No. 13-53846

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that APB Associates, Inc., a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address  
APB Associates, Inc.  
28300 Franklin Road  
Southfield, MI 48034

New Address  
APB Associates, Inc.  
c/o Bradford Capital Advisors, LLC  
11 Bradford Avenue  
Passaic, NJ 07055

I declare that the foregoing is true and correct.

Authorized Signatory for:  
APB Associates, Inc.  
By: Patrick Becker  
Title: President  
Date: 8-26-15