# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Chapter 9

CITY OF DETROIT, MICHIGAN  Case No. 13-53846

Debtor.

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Southeast Michigan Census Council a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Southeast Michigan Census Council
28300 Franklin Road
Southfield, MI 48034

New Address
Southeast Michigan Census Council
c/o Bradford Capital Advisors, LLC
11 Bradford Avenue
Passaic, NJ 07055

I declare that the foregoing is true and correct.

Authorized Signatory for:

Southeast Michigan Census Council

By: *Patricia C Becker*
Title: Exec Dir
Date: 8-26-15