919 THIRD AVENUE NEW YORK NEW YORK 10022-3908

JENNER & BLOCK LLP

August 4, 2015

Richard Levin
Tel +1 212 891 1601
rlevin@jenner.com

VIA EMAIL

United States Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Re:   *City of Detroit, Michigan*
      *Bankruptcy Petition #: 13-53846-tjt*

To Whom It May Concern:

   I am the attorney in the above-captioned adversary proceeding. My representation has concluded and the need for electronic notification in this matter is no longer necessary. Toward that end, this correspondence is to request that I be removed from the electronic notification of the above-captioned case. Please note that my email addresses are rlevin@cravath.com and mao@cravath.com.

   Thank you for your assistance in this matter. If you have any questions, please do not hesitate to contact me.

Sincerely,

JENNER & BLOCK LLP

Richard Levin

RL:jam

CHICAGO   LONDON   LOS ANGELES   NEW YORK   WASHINGTON, DC          WWW.JENNER.COM