# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Case No. 13-53846
 Honorable Thomas J. Tucker
City of Detroit, Michigan, Chapter 9

    Debtor,
_____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 3, 2015, B&C Land Development Corporation's Designation of Items to be Included in Record on Appeal was filed and served via the Court's electronic case filing and notice system and served on counsel listed below through the system:

| | |
|---|---|
| Mark N. Swanson | Charles N. Raimi |
| A50 West Jefferson, Suite 2500 | 2 Woodward Ave., Suite 500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| swansonm@millercanfield.com | raimic@detroitmi.gov |

Dated: September 3, 2015

    /s/ Horace D. Cotton
    Horace D. Cotton (P33268)
    P.O. Box 19520
    Detroit, MI 48219
    (313) 595-1517
    hdcotton@yahoo.com