UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846
 Honorable Thomas J. Tucker
City of Detroit, Michigan,  Chapter 9

    Debtor,
_____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 3, 2015, B&C Land Development Corporation's Statement of Issues on Appeal was filed and served via the Court's electronic case filing and notice system and served on counsel listed below through the system:

| | |
|---|---|
| Mark N. Swanson | Charles N. Raimi |
| A50 West Jefferson, Suite 2500 | 2 Woodward Ave., Suite 500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| swansonm@millercanfield.com | raimic@detroitmi.gov |

Dated: September 3, 2015

    /s/ Horace D. Cotton
    Horace D. Cotton (P33268)
    P.O. Box 19520
    Detroit, MI 48219
    (313) 595-1517
    hdcotton@yahoo.com