UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                     :
In re                                                :   Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,                           :   Case No. 13-53846
                                                     :
                                Debtor.              :   Hon. Thomas J. Tucker
                                                     :
--------------------------------------------------   :
                                                     x

### STIPULATED WITHDRAWAL OF PROOF OF CLAIM 2466

Claimant, Stroh Properties, Inc., and Debtor, the City of Detroit, stipulate to the withdrawal of Proof of Claim 2466, filed on February 21, 2014.

| | |
|---|---|
| **BUTZEL LONG P.C.** | **CITY OF DETROIT LAW DEPARTMENT** |
| By: /s/ Roxana G. Zaha | |
| zaha@butzel.com | By: /s/ Eric B. Gaabo |
| Attorneys for Claimant | Gaabe@detroitmi.gov |
| 41000 Woodward Avenue | Attorneys for Debtor City of Detroit |
| Stoneridge West | Coleman A. Young Municipal Center |
| Bloomfield Hills, MI 48304 | 2 Woodward Avenue, 5th Floor |
| (248) 258-1616 | Detroit, MI 48226 |
| | (313) 237-3052 |

Dated: September 9, 2015

## PROOF OF SERVICE

 I certify that on September 9, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record through e-mail correspondence, and I also e-mailed this Stipulated Withdrawal of Proof of Claim to Claimant's counsel, Roxana G. Zaha, at zaha@butzel.com, and mailed this notice to Ms. Zaha at Butzel Long P.C., 41000 Woodward Avenue, Stoneridge West, Bloomfield Hills, MI 48304.

           /s/ *Eric B. Gaabo*
           Eric B. Gaabo (P39213)
           Attorney for Debtor

Dated: September 9, 2015

{K:\DOCS\LIT\GAABE\A13000\FORM\EG6534.DOC}-2-
13-53846-tjt   Doc 10178   Filed 09/09/15   Entered 09/09/15 13:54:51   Page 2 of 2