UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-----------------------------------------------------------x
                                        :
In re                                   :    Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN               :    Case No. 13-53846
                                        :
                Debtor.                 :    Hon. Steven W. Rhodes
                                        :
                                        :
-----------------------------------------------------------x

## WITHDRAWAL OF PROOF OF CLAIM NO. 2318

Claimant Tower Defense & Aerospace LLC, by its attorneys, hereby withdraws its Proof of Claim No. 2318 because it has been satisfied.

    Respectfully submitted,

    HONIGMAN MILLER SCHWARTZ AND COHN LLP
    Attorneys for Tower Defense & Aerospace, LLC

    By: /s/ Judy B. Calton
        Judy B. Calton (P38733)
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI 48226
    (313) 465-7344
    jcalton@honigman.com

Dated: September 9, 2015

# CERTIFICATE OF SERVICE

I certify that on September 9, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Tower Defense & Aerospace, LLC


By: /s/ Judy B. Calton
    Judy B. Calton (P38733)
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI 48226
    (313) 465-7344
    jcalton@honigman.com