UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Honorable Thomas J. Tucker<br><br>Chapter 9 |
|---|---|

**CITY OF DETROIT'S COUNTER-DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL OF THE ORDER GRANTING CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND (II) REQUIRING B&C LAND DEVELOPMENT CORPORATION TO (A) DISMISS WITH PREJUDICE ITS STATE COURT LAWSUIT AND (B) <u>WITHDRAW ITS NOTICE OF LIS PENDENS</u>**

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, Appellee, City of Detroit, Michigan ("<u>City</u>") submits this counter-designation of the contents of the record on appeal of the Order Granting City of Detroit's Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring B&C Land Development Corporation to (A) Dismiss With Prejudice Its State Court Lawsuit and (B) Withdraw Its Notice of Lis Pendens:

| Docket Number in Bankruptcy Case No. 13-53846 | Description |
|---|---|
| 1146 | Motion of Debtor, Pursuant to Sections 105, 501 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), for Entry of an Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof |
| 1782 | Order, Pursuant to Sections 105, 501 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof |
| 8045 | Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014) |
| 8272 | Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit |
| 10087 | City of Detroit's Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring B&C Land Development Corporation to (A) Dismiss With Prejudice Its State |

| | |
|---|---|
| | Court Lawsuit and (B) Withdraw Its Notice of Lis Pendens |
| 10088 | City of Detroit's Ex Parte Motion for an Order Shortening Notice and Scheduling an Expedited Hearing on the Motion for the Entry of and Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring B&C Land Development Corporation to (A) Dismiss With Prejudice Its State Court Lawsuit and (B) Withdraw Its Notice of Lis Pendens |
| 10091 | Order Granting City of Detroit's Ex Parte Motion for an Order Shortening Notice and Scheduling an Expedited Hearing on the Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring B&C Land Development Corporation to (A) Dismiss With Prejudice Its State Court Lawsuits and (B) Withdraw Its Notice of Lis Pendens |
| 10107 | B&C Land Development Corporation's Response to City of Detroit's Motion for Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring B&C Land Development to (A) Dismiss with Prejudice Its State Court Lawsuit and (B) Withdraw its Notice of Lis Pendens |
| 10115 | Reply of the City of Detroit in Support of Its Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring B&C Land Development Corporation to (A) Dismiss With Prejudice Its State Court Lawsuit and (B) Withdraw Its Notice of Lis Pendens |
| 10119 | Order Granting City of Detroit's Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring B&C Land Development Corporation to (A) Dismiss With Prejudice Its State Court Lawsuit and (B) Withdraw Its Notice of Lis Pendens |
| 10126 | Transcript Regarding Hearing Held on August 5, 2015 |
| 10139 | Notice of Appeal and Statement of Election by B & C Land Development Corporation |
| 10141 | Notice of Deficient Filing: Bankruptcy Matter Civil Case Cover Sheet Missing |
| 10142 | Notice of Requirement to File Designation |
| 10143 | Notice of Transmittal of Notice of Appeal |
| 10144 | THIS PLEADING HAS BEEN STRICKEN PER ORDER OF THE COURT DATED 08/21/2015. Bankruptcy Matter Civil Cover Sheet Filed by (RE: related document(s)10139 Notice of Appeal). (Cotton, Horace) Modified on 8/21/2015 (lmoss). (Entered: 08/20/2015) |
| 10149 | Notice of Receipt of Bankruptcy Appeal |
| 10152 | Order of the Court to Strike: This document is stricken from the record because the incorrect District Court Bankruptcy Matter Civil Cover Sheet has been filed. The correct form can be found on this Court's website, under Local Forms. (related document 10144 Bankruptcy Matter Civil Cover Sheet). So Ordered by /s/ Judge Thomas J. Tucker.(RE: related document 10144 Bankruptcy Matter Civil Cover Sheet filed by Respondent B&C Land Development Corporation) |

| | (sikula, christine) *This Notice of Electronic Filing is the Official ORDER for this entry. No ORDER is attached.* |
|---|---|

September 16, 2015        Respectfully submitted,

                         By: /s/ Marc N. Swanson
                               Jonathan S. Green (P33140)
                               Marc N. Swanson (P71149)
                               MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
                               150 West Jefferson, Suite 2500
                               Detroit, Michigan 48226
                               Telephone: (313) 496-7591
                               Facsimile: (313) 496-8451
                               green@millercanfield.com
                               swansonm@millercanfield.com

                               ATTORNEYS FOR THE CITY OF DETROIT