# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

```
------------------------------------------------  x
                                                  :
In re                                             :   Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,                        :   Case No. 13-53846
                                                  :
                Debtor.                           :   Hon. Thomas J. Tucker
                                                  :
------------------------------------------------  :
                                                  x
```

## STIPULATION FOR WITHDRAWAL OF PROOF OF CLAIM NO. 1806

Debtor, the City of Detroit, and Claimant, Systematic Recycling, by their respective attorneys, hereby stipulate and agree to the withdrawal of Proof of Claim No. 1806, filed on February 20, 2014, in its entirety and with prejudice (proposed Order attached as Exhibit 1).

    Respectfully submitted,

/s/Cindy Rhodes Victor
**CINDY RHODES VICTOR (P-33613)**
Attorney for Claimant
2851 High Meadow Cir., Ste. 120
Auburn Hills, MI   48326-2790
(248) 364-3090
cvictor@victorfirm.com

/s/Eric B. Gaabo
**ERIC B. GAABO (P-39213)**
**SHERI L. WHYTE (P-41858)**
Attorneys for Debtor City of Detroit
2 Woodward Ave., Ste. 500
Detroit, MI   48226
(313) 237-3052
gaabe@detroitmi.gov
whyts@detroitmi.gov

Dated: September 17, 2015

1

EXHIBIT 1: PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------   x
                                                    :
In re                                               :    Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN,                          :    Case No. 13-53846
                                                    :
                         Debtor.                    :    Hon. Thomas J. Tucker
                                                    :
-------------------------------------------------   :
                                                    x
```

# ORDER WITHDRAWING PROOF OF CLAIM NO. 1806

At a session of said Court held in the City of Detroit, Michigan, on -----

PRESENT: Hon. _____

Pursuant to the Stipulation filed by Debtor, the City of Detroit, and Claimant, Systematic Recycling, on September 17, 2015, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Proof of Claim No. 1806, filed on February 20, 2014, is withdrawn, in its entirety and with prejudice.

2. The City's claims agent is hereby authorized to update the claims register to reflect the relief granted in this Order.

3. The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

## **CERTIFICATE OF SERVICE**

      I certify that on September 17, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing and a copy of the pleading to all counsel of record through email correspondence, and further sent the document to Claimant's counsel, Ms. Victor, via email and U.S. Mail at the addresses noted above.

                                  /s/Eric B. Gaabo
                                  Eric B. Gaabo P39213
                                  Senior Assistant Corporation Counsel
                                  2 Woodward Avenue, Suite 500
                                  Detroit, MI   48226
                                  (313) 237-3052
                                  gaabe@detroitmi.gov

Dated:   September 17, 2015