# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------- x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Judge Thomas J. Tucker
:
------------------------------------------------- :
x

## ORDER WITHDRAWING PROOF OF CLAIM NO. 1806

Based on the Stipulation filed September 17, 2015 between the Debtor and Claimant, Systematic Recycling (Docket # 10187);

IT IS ORDERED THAT:

1. Proof of Claim No. 1806, filed on February 20, 2014, is withdrawn, in its entirety and with prejudice.

2. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

.

**Signed on September 17, 2015**

                                                       /s/ Thomas J. Tucker
                                                  Thomas J. Tucker
                                                  United States Bankruptcy Judge