Law Office Of
# WILLIAM A. WERTHEIMER
ATTORNEY

30515 Timberbrook Lane
Bingham Farms, Michigan 48025

Phone (248) 644-9200
Mobile (248) 396-2125

E-mail: billwertheimer@gmail.com

5 September 2015

US Bankruptcy Court
211 West Fort, Suite 2100
Detroit, MI 48226

Re: City of Detroit
Case No. 13-53846

Dear Clerk:

Please remove me from the list of those receiving notice of pleadings filed in the above matter through the ECF system. I was counsel for Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman ("*Flowers* plaintiffs") in the Detroit municipal bankruptcy. My clients no longer have an interest in the ongoing proceedings.

Thank you for your cooperation. If you have questions, please call me.

Sincerely,

William Wertheimer