UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit, Michigan  Case No. 13-53846
Chapter 9
Debtor(s).  Hon. Thomas J. Tucker
_____/
B & C Land Development Corporation

        Appellant,  Adv. No Click here to enter text.
v.

City of Detroit, Michigan
        Appellee.
_____/

**NOTICE OF TRANSMITTAL OF COMPLETE RECORD**
**REGARDING NOTICE OF APPEAL**

    I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Record on Appeal.

☒ Appellant's Designation of Record.  ☒ Appellee's Designation of Record
☒ Appellant's Statement of Issues  ☒ Appellee's Statement of Issues
☐ Notice of Deficiency
☐ Other: Click here to enter text.

**NOTE:**

☒ This matter was given civil case number 15-cv-12976 and assigned to District Court Judge Bernard A. Friedman

☐ The Appellant has not filed the Designation of Record.
.

Dated: 09/21/2015  Clerk, United States Bankruptcy Court

By: /s/ LaShonda Moss
Deputy Clerk