UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 13-53846

City of Detroit, Michigan,                      Judge Thomas J. Tucker

    Debtor.                                    Chapter 9
_____/

B & C Land Development Corporation,

        Appellant,

-vs-

The City of Detroit,

        Appellee.
_____/

**Designation of Items to Be Included in Record on Appeal**

B & C Land Development Corporation, pursuant to Fed. R. Bankr. P. 8006, hereby

designates the following items to be included in the record on appeal:

1. Docket # 10087-City of Detroit's Motion for Entry Of An Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring B&C Land Development Corporation to (A) Dismiss with Prejudice Its State Court Lawsuit and (B) Withdraw Its Notice of Lis Pendens.

2. Docket # 10088- Ex Parte Motion to Expedite Hearing.

3. Docket # 10091-Order Granting City of Detroit's Ex Parte Motion for An Order Shortening Notice and Scheduling An Expedited Hearing on the Motion for Entry Of An Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring B&C Land Development Corporation to (A) Dismiss with Prejudice Its State Court Lawsuit and (B) Withdraw Its Notice of Lis Pendens.

4. 

5. Docket # 10107-Response to City od Detroit's Motion for Entry

1

Of An Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring B & C Land Development Corporation to (A) Dismiss with Prejudice Its State Court Lawsuit and (B) Withdraw Its Notice of Lis Pendens.

6. Docket # 10115- Reply to (related documents) Motion to Enforce filed by Debtor In Possession City of Detroit, Michigan, 10107 Response filed by Respondent B&C Land Development Corporation) Filed by Debtor In Possession City of Detroit.

7. Docket#-10119-Order Granting City of Detroit's Motion for Entry Of An Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring B & C Land Development Corporation to (A) Dismiss with Prejudice Its State Court Lawsuit and (B) Withdraw Its Notice of Lis Pendens.

8. Transcript of Hearing of 8/2/1025.

/s/ Horace D. Cotton
Horace D. Cotton (P33268)
P.O. Box 19520
Detroit, MI 48219
(313) 595-1517
hdcotton@yahoo.com

2

13-53846-tjt    Doc 10191    Filed 09/21/15    Entered 09/21/15 13:31:21    Page 2 of 3
13-53846-tjt    Doc 10174    Filed 09/03/15    Entered 09/03/15 17:42:57    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 13-53846
                                                    Honorable Thomas J. Tucker
City of Detroit, Michigan,                          Chapter 9

    Debtor,
_____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 3, 2015, B&C Land Development Corporation's Designation of Items to be Included in Record on Appeal was filed and served via the Court's electronic case filing and notice system and served on counsel listed below through the system:

| | |
|---|---|
| Mark N. Swanson | Charles N. Raimi |
| A50 West Jefferson, Suite 2500 | 2 Woodward Ave., Suite 500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| swansonm@millercanfield.com | raimic@detroitmi.gov |

Dated: September 3, 2015

                                               /s/ Horace D. Cotton
                                               Horace D. Cotton (P33268)
                                               P.O. Box 19520
                                               Detroit, MI 48219
                                               (313) 595-1517
                                               hdcotton@yahoo.com