UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

Debtor.

Bankruptcy Case No. 13-53846

Honorable Thomas J. Tucker

Chapter 9

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 16, 2015, he served a copy of *City Of Detroit's Counter-Designation Of the Contents Of the Record On Appeal Of the Order Granting City Of Detroit's Motion For the Entry Of an Order (I) Enforcing the Plan Of Adjustment Injunction and (II) Requiring B&C Land Development Corporation To (A) Dismiss With Prejudice Its State Court Lawsuit and (B) Withdraw Its Notice Of Lis Pendens,* upon counsel, as listed below, as follows:

Via First Class mail:

Horace D. Cotton
P.O. Box 19520
Detroit, MI 48219

Dated: September 16, 2015

By: /s/ Marc N. Swanson
Marc N. Swanson
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

25205381.1\022765-00202

13-53846-tjt   Doc 10191-12   Filed 09/21/15   Entered 09/21/15 13:31:21   Page 1 of 1
13-53846-tjt   Doc 10185-12   Filed 09/16/15   Entered 09/16/15 13:00:52   Page 1 of 1