# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

### ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, UNDER SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST ANTOINETTE CUNNINGHAM AND WILLIE MAE HALL

This case is before the Court on the City of Detroit's Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof against Antoinette Cunningham and Willie Mae Hall (Docket # 10177, the "Motion"), upon proper notice and no timely response to the Motion having been filed, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**IT IS ORDERED THAT:**

1. The Motion (Docket # 10177) is granted.

2. Within five days after the entry of this Order, Antoinette Cunningham and Willie Mae Hall must dismiss, or cause to be dismissed, with prejudice the action captioned as *Antoinette Cunningham and Willie Mae Hall, Plaintiffs, v. City of Detroit, Defendant*, filed in the Wayne County Circuit Court and assigned Case No. 14-011459 ("State Court Action").

3. Antoinette Cunningham and Willie Mae Hall are both permanently barred, estopped and enjoined from asserting the claims arising from or related to the State Court Action against the City of Detroit or property of the City of Detroit.

4. Antoinette Cunningham and Willie Mae Hall are both prohibited from sharing in any distribution in this bankruptcy case.

5. The Court will retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on September 23, 2015**

                                                          /s/ Thomas J. Tucker
                                                        Thomas J. Tucker
                                                        United States Bankruptcy Judge