UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
CITY OF DETROIT, MICHIGAN,   Case no. 13-53846
                             Chapter 9
         Debtor.             Hon. Thomas Tucker
_____/

WITHDRAWAL OF PROOF OF
CLAIM NO. 46

Waste Management of Michigan, Inc., by and through one of its counsel, Plunkett Cooney, files this its Withdrawal of Claim no. 46 filed on February 20, 2014 in its entirety.

Respectfully submitted,

Plunkett Cooney


By: /s/DAVID A. LERNER
DAVID A. LERNER – P44829
Attorney for Waste Management of Michigan, Inc.
38505 Woodward Ave., Ste. 2000
Bloomfield Hills, MI 48304
(248) 901-4010
dlerner@plunkettcooney.com

Dated: September 24, 2015


Open.18961.32165.15968544-1