## EXHIBIT 2: NORFOLK SOUTHERN CLAIMS

B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT  Eastern District of Michigan | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:  City of Detroit, Michigan | Case Number:  13-53846 |
|---|---|

**FILED (I)**

**2013 NOV 26  P 3: 38**

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

COURT USE ONLY

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Norfolk Southern Railway Company

Name and address where notices should be sent:
Attn:  William H. Johnson, Esq.
Norfolk Southern Railway Company
Three Commercial Place
Norfolk, VA  23510-9241
Telephone number: (757) 533-4940    email: william.johnson@nscorp.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
*(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

Telephone number:        email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**     $_____36,128.73_____

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**RECEIVED**

**DEC 0 3 2013**

NORTHERN CUSTOM SOLUTIONS

**2. Basis for Claim:** Labor and Materials
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: | 3a. Debtor may have scheduled account as:  Norfolk Southern Corporation  (See instruction #3a) | 3b. Uniform Claim Identifier (optional):  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ (See instruction #3b) |
|---|---|---|

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐Real Estate  ☐Motor Vehicle  ☐Other
Describe:

Value of Property: $_____

Annual Interest Rate_____% ☐Fixed  or  ☐Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection: _____

Amount of Secured Claim:  $_____

Amount Unsecured:  $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of m

1353846131126000000000030

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

RECEIVED

DEC 0 3 2013

KURTZMANCARSONCONSULTANTS

**8. Signature:** (See instruction #8)

Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Alice M. Padgett
Title: Assistant Manager Miscellaneous Billing
Company: Norfolk Southern Railway Company
Address and telephone number (if different from notice address above):
 110 Franklin Road, SE
 Roanoke, VA 24042

(Signature)   (Date)  11/19/2013

Telephone number: (540) 524-5453   email: Alice.Padgett@nscorp.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

### INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.



Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, Virginia 23510-9241

**Brenda Chapman**
Legal Assistant

(757) 629-2815
(757) 823-5797 Fax
E-mail: brenda.chapman@nscorp.com

November 21, 2013

Katherine Gullo, Clerk of the Court
U.S. Bankruptcy Court
Eastern District of Michigan
211 W. Fort Street, Suite 2100
Detroit, MI 48226

Re:    City of Detroit, Michigan, Debtor
        Chapter 9 Bankruptcy; Case No. 13-53846
        United States Bankruptcy Court; Eastern District of Michigan
        Proof of Claim of Norfolk Southern Railway Company - $36,128.73

Dear Ms. Gullo:

Enclosed are the following:

1. Original and one copy of a fully executed Proof of Claim of Norfolk Southern Railway Company ("NS") in the above proceeding
2. Summary of charges due to NS
3. Self-addressed envelope

I would appreciate your acknowledging receipt of the Proof of Claim by stamping the copy and returning it to me in the self-addressed envelope which is enclosed for your convenience. Also, please advise me if any additional papers need to be filed in connection with this Proof of Claim.

Please forward copies of all future notices and documents for creditors in this proceeding to William H. Johnson, Senior General Attorney, Norfolk Southern Corporation, Three Commercial Place, Norfolk, Virginia, 23510.

Sincerely,

Brenda Chapman

Brenda Chapman

Enclosures
cc:   W. H. Johnson, Esquire

Operating Subsidiary Norfolk Southern Railway Company

# City of Detroit

| Rental | **Pre-Petition** | | |
|---|---|---|---|
| | Inv. number | Inv. date | Inv. amount |
| | 90066650 | 3/1/2013 | $334.96 |
| | 90000080 | 1/10/2012 | $25.00 |
| | 90056194 | 1/2/2013 | $25.00 |
| | 90000543 | 1/20/2012 | $579.39 |
| | 90058825 | 1/7/2013 | $591.03 |
| | 90000544 | 1/20/2012 | $221.00 |
| | 90060467 | 1/14/2013 | $224.32 |
| | 90000545 | 1/20/2012 | $221.00 |
| | 90060468 | 1/14/2013 | $224.32 |
| | 90000546 | 1/20/2012 | $221.00 |
| | 90060469 | 1/14/2013 | $224.32 |
| | 90035805 | 8/1/2012 | $770.00 |
| | 9108301655 | 8/3/2011 | $770.00 |
| | **TOTAL** | | **$4,431.34** |

| Misc. Bills | Pre-Petition | | |
|---|---|---|---|
| | Inv. number | Inv. date | Inv. amount |
| | 90085077 | 7/1/2013 | $30.00 |
| | 90087751 | 7/11/2013 | $60.00 |
| | 2004250005 | 4/14/2010 | $27,806.08 |
| | 1011251046 | 11/22/2010 | $1,468.24 |
| | 1101251192 | 1/10/2011 | $866.28 |
| | 1102250733 | 2/10/2011 | $275.94 |
| | 1103251376 | 3/15/2011 | $282.45 |
| | 1105251071 | 5/6/2011 | $333.00 |
| | 1105251576 | 5/20/2011 | $575.40 |
| | **TOTAL** | | **$31,697.39** |

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA 24042-0034



CITY OF DETROIT MI
ATTENTION LOUISE LIEBERMAN, ASST DIR
DETROIT WATER & SEWERAGE DEPARTMENT
735 RANDOLPH ST
DETROIT MI 48226-2830

| Invoice | |
| --- | --- |
| Repeat Printout | |
| Invoice Number | 90066650 |
| Date | March 1, 2013 |
| Reference Number | RC10275001 |
| Sales Order | 1022 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email: JAMES.CLAYBORNE@NSCORP.COM

Service Period(s): 03/01/2013 to 02/28/2014

Escalation Information

Increase Type : CPI - CPI INDEX

Base Amount * ( Current Index / Base Index ) = Invoice Amount

159.50 * ( 674.960 / 321.4 ) = 334.960

| Item | | Item Detail | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Material: | RECURRING AGREEMENT | | | | |
| | Quantity: | 1 EA | | | | |
| | Prices: | Unit Price | 334.96 USD per 1 | EA | | 334.96 |
| **Items total:** | | | | | | **334.96** |
| **Final amount:** | | | | | | **$334.96** |

LEASE OF GRADE CROSSING LOCATED AT DETROIT MICH; FORMERLY CRR RENT# 43952402; FORMERLY CRR REGISTRY# 212350

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

| Invoice Number | Invoice Date | Customer |
| --- | --- | --- |
| 90066650 | March 1, 2013 | 102556 |

CITY OF DETROIT MI
ATTENTION LOUISE LIEBERMAN, ASST DIR
DETROIT WATER & SEWERAGE DEPARTMENT
735 RANDOLPH ST
DETROIT MI 48226-2830

**PAYMENT DUE BY MARCH 31, 2013**

| **AMOUNT DUE** | **$334.96** |
| --- | --- |

Remit To:

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA GA 30368-6953

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

### Invoice

| Invoice Number | 90000080 |
|---|---|
| Date | January 10, 2012 |
| Reference Number | RC10281001 |
| Sales Order | 1052 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email: JAMES.CLAYBORNE@NSCORP.
COM

Service Period(s):  01/01/2012 to 12/31/2012

| Item | Item Detail | | | | |
|---|---|---|---|---|---|
| 1 | Material: | RECURRING AGREEMENT | | | |
| | Quantity: | 1  EA | | | |
| | Prices: | Unit Price | 25.00  USD  per 1 | EA | 25.00 |
| **Items total:** | | | | | **25.00** |
| **Final amount:** | | | | | **$25.00** |

LEASE OF LAND LOCATED AT ALLEN PARK MICH
FORMERLY CRR RENT# -1009002; FORMERLY CRR REGISTRY# 293138

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

| Invoice Number | Invoice Date | Customer |
|---|---|---|
| 90000080 | January 10, 2012 | 102403 |

CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

**PAYMENT DUE BY JANUARY 25, 2012**

| **AMOUNT DUE** | **$25.00** |
|---|---|

Remit To:

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA GA  30368-6953

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

| Invoice | |
| --- | --- |
| Repeat Printout | |
| Invoice Number | 90056194 |
| Date | January 2, 2013 |
| Reference Number | RC10281001 |
| Sales Order | 1052 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email: JAMES.CLAYBORNE@NSCORP.
COM

Service Period(s): 01/01/2013 to 12/31/2013

| Item | | Item Detail | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | Material: | RECURRING AGREEMENT | | | | | |
| | Quantity: | 1  EA | | | | | |
| | Prices: | Unit Price | 25.00  USD  per 1 | EA | | | 25.00 |
| **Items total:** | | | | | | | **25.00** |
| **Final amount:** | | | | | | | **$25.00** |

LEASE OF LAND LOCATED AT ALLEN PARK MICH
FORMERLY CRR RENT# -1009002; FORMERLY CRR REGISTRY# 293138

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

| Invoice Number | Invoice Date | Customer |
| --- | --- | --- |
| 90056194 | January 2, 2013 | 102403 |

CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

**PAYMENT DUE BY FEBRUARY 1, 2013**

| AMOUNT DUE | $25.00 |
| --- | --- |

Remit To:

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA GA  30368-6953

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

## Invoice

| Invoice Number | 90000543 |
|---|---|
| Date | January 20, 2012 |
| Reference Number | RC10191001 |
| Sales Order | 3025 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email:  JAMES.CLAYBORNE@NSCORP.
  COM

Service Period(s):  01/01/2012 to 12/31/2012

**Escalation Information**

Increase Type : CPI - CPI INDEX

Base Amount * ( Current Index / Base Index ) = Invoice Amount

282.00 * ( 666.298 / 324.3 ) = 579.390

| Item | | Item Detail | | | | |
|---|---|---|---|---|---|---|
| 1 | Material: | RECURRING AGREEMENT | | | | |
| | Quantity: | 1  EA | | | | |
| | Prices: | Unit Price | 579.39  USD  per 1 | EA | | 579.39 |

| | |
|---|---|
| **Items total:** | **579.39** |
| **Final amount:** | **$579.39** |

LEASE OF PIPE (ORIGINAL CODE) LOCATED AT DETROIT MICHIGAN; FORMERLY CRR RENT# 43971152;
FORMERLY CRR REGISTRY# 245343

---

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

| Invoice Number | Invoice Date | Customer |
|---|---|---|
| 90000543 | January 20, 2012 | 102403 |

CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

**PAYMENT DUE BY FEBRUARY 4, 2012**

| **AMOUNT DUE** | **$579.39** |
|---|---|

Remit To:

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA GA  30368-6953

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

| Invoice | |
| --- | --- |
| Repeat Printout | |
| Invoice Number | 90058825 |
| Date | January 7, 2013 |
| Reference Number | RC10191001 |
| Sales Order | 3025 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email: JAMES.CLAYBORNE@NSCORP.
    COM

Service Period(s):  01/01/2013 to 12/31/2013

**Escalation Information**

Increase Type : CPI - CPI INDEX

Base Amount * ( Current Index / Base Index ) = Invoice Amount

282.00 * ( 679.684 / 324.3 ) = 591.030

| Item | | Item Detail | | |
| --- | --- | --- | --- | --- |
| 1 | Material: | RECURRING AGREEMENT | | |
| | Quantity: | 1  EA | | |
| | Prices: | Unit Price | 591.03 USD  per 1  EA | 591.03 |

| | |
| --- | --- |
| **Items total:** | **591.03** |
| **Final amount:** | **$591.03** |

LEASE OF PIPE (ORIGINAL CODE) LOCATED AT DETROIT MICHIGAN; FORMERLY CRR RENT# 43971152; FORMERLY CRR REGISTRY# 245343

---

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

| Invoice Number | Invoice Date | Customer |
| --- | --- | --- |
| 90058825 | January 7, 2013 | 102403 |

CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

| **PAYMENT DUE BY FEBRUARY 6, 2013** | |
| --- | --- |
| **AMOUNT DUE** | **$591.03** |

Remit To:

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA GA  30368-6953

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

## Invoice

| Invoice Number | 90000544 |
|---|---|
| Date | January 20, 2012 |
| Reference Number | RC10191002 |
| Sales Order | 3041 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email: JAMES.CLAYBORNE@NSCORP.
COM

Service Period(s):  01/01/2012 to 12/31/2012

**Escalation Information**

Increase Type : CPI - CPI INDEX

Base Amount * ( Current Index / Base Index ) = Invoice Amount

100.00 * ( 666.315 / 301.5 ) = 221.000

| Item | | Item Detail | | | | |
|---|---|---|---|---|---|---|
| 2 | Material: | RECURRING AGREEMENT | | | | |
| | Quantity: | 1  EA | | | | |
| | Prices: | Unit Price | 221.00  USD  per 1 | EA | | 221.00 |

| | |
|---|---|
| **Items total:** | **221.00** |
| **Final amount:** | **$221.00** |

LEASE OF PIPE (ORIGINAL CODE)
LOCATED AT DETROIT MICHIGAN
FORMERLY CRR RENT# 43971452
FORMERLY CRR REGISTRY# 247222
SAP SD# 3041

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA 24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI 48226-2830

| Invoice | |
|---|---|
| Repeat Printout | |
| Invoice Number | 90060467 |
| Date | January 14, 2013 |
| Reference Number | RC10191002 |
| Sales Order | 3041 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email: JAMES.CLAYBORNE@NSCORP.COM

Service Period(s): 01/01/2013 to 12/31/2013

**Escalation Information**

Increase Type : CPI - CPI INDEX

Base Amount * ( Current Index / Base Index ) = Invoice Amount

100.00 * ( 676.325 / 301.5 ) = 224.320

| Item | | Item Detail | | | | |
|---|---|---|---|---|---|---|
| 2 | Material: | RECURRING AGREEMENT | | | | |
| | Quantity: | 1  EA | | | | |
| | Prices: | Unit Price | 224.32 USD | per 1 | EA | 224.32 |
| **Items total:** | | | | | | **224.32** |
| **Final amount:** | | | | | | **$224.32** |

LEASE OF PIPE (ORIGINAL CODE)
LOCATED AT DETROIT MICHIGAN
FORMERLY CRR RENT# 43971452
FORMERLY CRR REGISTRY# 247222
SAP SD# 3041

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

## Invoice

| | |
|---|---|
| Invoice Number | 90000545 |
| Date | January 20, 2012 |
| Reference Number | RC10191003 |
| Sales Order | 3056 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email: JAMES.CLAYBORNE@NSCORP.
 COM

Service Period(s):  01/01/2012 to 12/31/2012

### Escalation Information

Increase Type : CPI - CPI INDEX

Base Amount * ( Current Index / Base Index ) = Invoice Amount

100.00 * ( 666.315 / 301.5 ) = 221.000

| Item | | Item Detail | | | | |
|---|---|---|---|---|---|---|
| 3 | Material: | RECURRING AGREEMENT | | | | |
| | Quantity: | 1  EA | | | | |
| | Prices: | Unit Price | 221.00  USD  per 1 | EA | | 221.00 |

| | |
|---|---|
| **Items total:** | **221.00** |
| **Final amount:** | **$221.00** |

LEASE OF PIPE (ORIGINAL CODE)
LOCATED AT DETROIT MICHIGAN
FORMERLY CRR RENT# 43971302
FORMERLY CRR REGISTRY# 247257
SAP SD# 3056

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA 24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI 48226-2830

| Invoice | |
| --- | --- |
| Repeat Printout | |
| Invoice Number | 90060468 |
| Date | January 14, 2013 |
| Reference Number | RC10191003 |
| Sales Order | 3056 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email: JAMES.CLAYBORNE@NSCORP.COM

Service Period(s): 01/01/2013 to 12/31/2013

**Escalation Information**

Increase Type : CPI - CPI INDEX

Base Amount * ( Current Index / Base Index ) = Invoice Amount

100.00 * ( 676.325 / 301.5 ) = 224.320

| Item | | Item Detail | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 3 | Material: | RECURRING AGREEMENT | | | | |
| | Quantity: | 1   EA | | | | |
| | Prices: | Unit Price | 224.32 USD | per 1 | EA | 224.32 |

| | |
| --- | --- |
| **Items total:** | **224.32** |
| **Final amount:** | **$224.32** |

LEASE OF PIPE (ORIGINAL CODE)
LOCATED AT DETROIT MICHIGAN
FORMERLY CRR RENT# 43971302
FORMERLY CRR REGISTRY# 247257
SAP SD# 3056

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI 48226-2830

### Invoice

| | |
|---|---|
| Invoice Number | 90000546 |
| Date | January 20, 2012 |
| Reference Number | RC10191004 |
| Sales Order | 3072 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email:  JAMES.CLAYBORNE@NSCORP.
COM

Service Period(s):  01/01/2012 to 12/31/2012

**Escalation Information**

Increase Type : CPI - CPI INDEX

Base Amount * ( Current Index / Base Index ) = Invoice Amount

100.00 * ( 666.315 / 301.5 ) = 221.000

| Item | | Item Detail | | | | | |
|---|---|---|---|---|---|---|---|
| 4 | Material: | RECURRING AGREEMENT | | | | | |
| | Quantity: | 1   EA | | | | | |
| | Prices: | Unit Price | 221.00  USD | per 1 | EA | | 221.00 |

| | |
|---|---:|
| **Items total:** | **221.00** |
| **Final amount:** | **$221.00** |

LEASE OF PIPE (ORIGINAL CODE)
LOCATED AT DETROIT MICHIGAN
FORMERLY CRR RENT# 43971292
FORMERLY CRR REGISTRY# 247258
SAP SD# 3072

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

| Invoice | |
| --- | --- |
| Repeat Printout | |
| Invoice Number | 90060469 |
| Date | January 14, 2013 |
| Reference Number | RC10191004 |
| Sales Order | 3072 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email:  JAMES.CLAYBORNE@NSCORP.
COM

Service Period(s):  01/01/2013 to 12/31/2013

Escalation Information

Increase Type : CPI - CPI INDEX

Base Amount * ( Current Index / Base Index ) = Invoice Amount

100.00 * ( 676.325 / 301.5 ) = 224.320

| Item | | Item Detail | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 4 | Material: | RECURRING AGREEMENT | | | | |
| | Quantity: | 1  EA | | | | |
| | Prices: | Unit Price | 224.32 USD  per 1 | EA | | 224.32 |
| **Items total:** | | | | | | **224.32** |
| **Final amount:** | | | | | | **$224.32** |

LEASE OF PIPE (ORIGINAL CODE)
LOCATED AT DETROIT MICHIGAN
FORMERLY CRR RENT# 43971292
FORMERLY CRR REGISTRY# 247258
SAP SD# 3072

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA 24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI 48226-2830

### Invoice

| Repeat Printout | |
|---|---|
| Invoice Number | 90035805 |
| Date | August 1, 2012 |
| Reference Number | RC10191005 |
| Sales Order | 3088 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email: JAMES.CLAYBORNE@NSCORP.COM

Service Period(s): 09/01/2012 to 08/31/2013

| Item | Item Detail | | | | |
|---|---|---|---|---|---|
| 5 | Material: | RECURRING AGREEMENT | | | |
| | Quantity: | 1 EA | | | |
| | Prices: | Unit Price | 770.00 USD per 1 | EA | 770.00 |
| **Items total:** | | | | | **770.00** |
| **Final amount:** | | | | | **$770.00** |

LEASE OF 0.703 ACRES OF LAND IN CONNECTION W/WATER AND SEWER PLANT LOCATED AT DETROIT (WAYNE COUNTY) MI FORMERLY CRR RENT# 93068302 FORMERLY CRR REGISTRY# 289459

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

| Invoice Number | Invoice Date | Customer |
|---|---|---|
| 90035805 | August 1, 2012 | 102403 |

CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI 48226-2830

**PAYMENT DUE BY AUGUST 31, 2012**

| AMOUNT DUE | $770.00 |
|---|---|

Remit To:

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA GA 30368-6953

Form F02014
(8/02)

# INVOICE



**CONRAIL**

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 9108301655 | AUGUST 3, 2011 | C10191 |

110 FRANKLIN ROAD
ROANOKE, VA 24042-0044

**Bill To** CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT, MI 48226-2830

**Remit To**

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

**Direct Inquiries To**
540-524-5532    **Fax** 540-524-5531

Invoice Description

|  | Agreement Date | Last Amended | Service Period | Amount |
|---|---|---|---|---|
|  | 1976-08-17 |  | From: 2011-09-01<br>To  : 2012-08-31 | 770.00 |

LEASE OF 0.703 ACRES OF LAND IN CONNECTION W/WATER AND
SEWER PLANT LOCATED AT DETROIT (WAYNE COUNTY) MI
FORMERLY CRR RENT# 93068302
FORMERLY CRR REGISTRY# 289459

LOCATION: DETROIT          MI
REFERENCE NUMBER: 93068302
BILL NUMBER: RC10191005

## PLEASE PAY THIS AMOUNT

**770.00**

Please Detach and Remit with Payment

CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT, MI 48226-2830

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 9108301655 | AUGUST 3, 2011 | C10191 |

## AMOUNT DUE        770.00

**PAYMENT DUE BY SEPTEMBER 2, 2011**

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

NORFOLK SOUTHERN RAILWAY COMPANY
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
DETROIT DEPARTMENT OF PUBLIC WORKS
2 WOODWARD AVENUE SUITE 802
DETROIT MI  48226

| Invoice | |
|---|---|
| Repeat Printout | |
| Invoice Number | 90085077 |
| Date | July 1, 2013 |
| Reference Number | RDY3430001 |
| Sales Order | 3756 |

For questions, please contact:
Timothy Carpenter
Telephone: 540-524-5499
Email:  TIMOTHY.
   CARPENTER@NSCORP.COM

Service Period(s):  07/01/2013 to 09/30/2013

| Item | Item Detail | | | | |
|---|---|---|---|---|---|
| 1 | Material: | RECURRING AGREEMENT | | | |
| | Quantity: | 1  EA | | | |
| | Prices: | Unit Price | 30.00  USD  per 1 | EA | 30.00 |
| **Items total:** | | | | | **30.00** |
| **Final amount:** | | | | | **$30.00** |

CROSSING DEVICES AT FORMAN AVE DETROIT MI
W 3032          W02807

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

| Invoice Number | Invoice Date | Customer |
|---|---|---|
| 90085077 | July 1, 2013 | 100653 |

CITY OF DETROIT MI
DETROIT DEPARTMENT OF PUBLIC WORKS
2 WOODWARD AVENUE SUITE 802
DETROIT MI  48226

**PAYMENT DUE BY JULY 31, 2013**

**AMOUNT DUE**                    **$30.00**

**Remit To:**

NORFOLK SOUTHERN CORPORATION
P.O. BOX 116944
ATLANTA GA  30368-6944

NORFOLK SOUTHERN RAILWAY COMPANY
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
DETROIT DEPARTMENT OF PUBLIC WORKS
2 WOODWARD AVENUE SUITE 802
DETROIT MI  48226

| Invoice | |
|---|---|
| Repeat Printout | |
| Invoice Number | 90087751 |
| Date | July 11, 2013 |
| Reference Number | RDY3430002 |
| Sales Order | 3774 |

For questions, please contact:
Timothy Carpenter
Telephone: 540-524-5499
Email:  TIMOTHY.
    CARPENTER@NSCORP.COM

Service Period(s):  07/01/2013 to 09/30/2013

| Item | Item Detail | | | | | |
|---|---|---|---|---|---|---|
| 2 | Material: | RECURRING AGREEMENT | | | | |
| | Quantity: | 1 EA | | | | |
| | Prices: | Unit Price | 60.00 USD per 1 | EA | | 60.00 |

**Items total:**     **60.00**
**Final amount:**     **$60.00**

AUTO FLASHERS DIX AVE AT DETROIT MI
W7981; W02808

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

| Invoice Number | Invoice Date | Customer |
|---|---|---|
| 90087751 | July 11, 2013 | 100653 |

CITY OF DETROIT MI
DETROIT DEPARTMENT OF PUBLIC WORKS
2 WOODWARD AVENUE SUITE 802
DETROIT MI  48226

**PAYMENT DUE BY AUGUST 10, 2013**

**AMOUNT DUE**     **$60.00**

**Remit To:**

NORFOLK SOUTHERN CORPORATION
P.O. BOX 116944
ATLANTA GA  30368-6944


**NS**
**NORFOLK SOUTHERN**™

REPRINTED
SEPTEMBER 23, 2013

PAGE     1 OF     3

Form F02010
(6/02)

# INVOICE

110 FRANKLIN ROAD
ROANOKE, VA 24042-0034

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 2004250005 | APRIL 14, 2010 | ZX3768 |

**Bill To**
CITY OF DETROIT
DETROIT FIRE DEPARTMENT
250 W LARNED ST
DETROIT, MI 48226-4469

**Remit To**
REGIONAL MANAGER CLAIMS
CONSOLIDATED RAIL CORPORATION
3 COMMERCIAL PLACE BOX 250
NORFOLK, VA 23510

**Direct Inquiries To**
540 981-5453    **Fax**   540-524-5531

DESCRIPTION OF WORK

STATEMENT OF LABOR AND MATERIAL CHARGES NECESSARY TO REPAIR
NS PROPERTY DAMAGED AS A RESULT OF AN ACCIDENT, PER DETAIL
ATTACHED.
CONRAIL BILL #:  DA6785
ACCIDENT DATE: 2010/03/01
LOCATION: DETROIT, MI
CLAIM NUMBER   10001068

## PLEASE PAY THIS AMOUNT                  $27,806.08

Please Detach and Remit with Payment

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 2004250005 | APRIL 14, 2010 | ZX3768 |

CITY OF DETROIT
DETROIT FIRE DEPARTMENT
250 W LARNED ST

DETROIT, MI 48226-4469

## AMOUNT DUE          $27,806.08

### PAYMENT DUE BY APRIL 29, 2010

REGIONAL MANAGER CLAIMS
CONSOLIDATED RAIL CORPORATION
3 COMMERCIAL PLACE BOX 250
NORFOLK, VA 23510


| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 2004250005 | APRIL 14, 2010 | ZX3768 |

|  | QTY | RATE | TOTAL |
|---|---|---|---|
| <u>DEPARTMENT - COMMUNICATION AND SIGNALS</u> | | | |
|   <u>LABOR - 2010-03</u> | | | |
|     GANG | | | |
|     03/01 C & S INSPECTOR | 8.0 ST | 29.83 | |
|     03/01 ELECTRICIAN TECH | 8.0 OT | | 596.60 |
| | 8.0 ST | 29.28 | |
| | 4.0 OT | | 409.92 |
|     03/01 SIGNAL CONSTRUCTION | 12.0 ST | 41.84 | 502.08 |
|     03/01 SIGNAL MAINTAINER'S | 32.0 ST | 26.42 | |
| | 20.0 OT | | 1,638.04 |
|     SIGNAL SUPERVISOR | | | |
|     03/01 ELECTRONIC SPEC./T0762608 | 8.0 ST | 29.28 | 234.24 |
|     03/01 INSPECTOR        0297434 | 8.0 ST | 29.83 | |
| | 5.0 OT | | 462.37 |
|     03/01 MAINTAINER C&S   0092611 | 8.0 ST | 26.42 | |
| | 1.5 OT | | 270.81 |
|     03/01 MAINTAINER C&S   0762424 | 8.0 ST | 26.42 | |
| | 5.0 OT | | 409.51 |
|     03/02 ELECTRONIC SPEC./T0762608 | 8.0 ST | 29.28 | 234.24 |
|     03/02 INSPECTOR        0297434 | 8.0 ST | 29.83 | 238.64 |
|     03/02 MAINTAINER C&S   0762318 | 8.0 ST | 26.42 | 211.36 |
|     03/02 MAINTAINER C&S   0762424 | 8.0 ST | 26.42 | 211.36 |
|     03/03 INSPECTOR        0297434 | 8.0 ST | 29.83 | |
| | 3.0 OT | | 372.88 |
|     03/03 MAINTAINER C&S   0092611 | 8.0 ST | 26.42 | |
| | 4.0 OT | | 369.88 |
|   TOTAL LABOR FOR ALL GANGS | | | 6,161.93 |
|   TOTAL OVERHEAD COMPOSITE | | 143.58% | 8,847.27 |
|   TOTAL OVERHEAD LIABILITY | | 15.00% | 924.30 |
|   TOTAL LABOR AND OVERHEAD   2010-03 | | | 15,933.50 |
|   <u>MATERIAL 2010-03</u> | | | |
|     CSAO DETROIT SIG | | | |
|     03/01 ASSEMBLY, GATE W/GATESAVER  AND BELL S | 1.00 /EA | 7,553.5000 | 7,553.50 |
|     03/01 SIGN, "STOP ON RED SIGNAL" SAFETRAN 03 | 1.00 /EA | 90.0600 | 90.06 |
|     03/01 BRACKET, GATE SAVER, NEG385102GS, SPRI | 1.00 /EA | 1,083.5533 | 1,083.55 |
|   TOTAL MATERIAL | | | 8,727.11 |
|   TOTAL OVERHEADS | | | 1,832.69 |
|   TOTAL MATERIAL & OVERHEAD 2010-03 | | | 10,559.80 |
|   <u>VEHICLE/EQUIPMENT - 2010-03</u> | | | |
|     DODG 1/2T P/U | | | |
|     03/03 | 3.00 | 4.45 | 13.35 |
|     DODG 1T C-VAN | | | |
|     03/01 | 1.00 | 82.08 | 82.08 |
|     03/02 | 1.00 | 82.08 | 82.08 |
|     FORD 1T HR INSP | | | |
|     03/01 | 4.00 | 11.57 | 46.28 |
|     FORD 1T UTILITY | | | |
|     03/01 | 1.00 | 55.08 | 55.08 |
|     03/02 | 1.00 | 55.08 | 55.08 |
|     03/03 | 1.00 | 55.08 | 55.08 |
|     FORD 3/4T UTIL | | | |
|     03/01 | 1.00 | 48.06 | 48.06 |
|     03/02 | 1.00 | 48.06 | 48.06 |
|     FORD 3T BUCKET | | | |
|     03/01 | 1.00 | 78.10 | 78.10 |
|     03/02 | 1.00 | 78.10 | 78.10 |
|   TOTAL VEHICLE  2010-03 | | | 641.35 |
|   TOTAL FOR COMMUNICATION AND SIGNALS | | | 27,134.65 |
| <u>DEPARTMENT - MAINTENANCE OF EQUIPMENT - CAR REPAIR</u> | | | |
|   <u>LABOR - 2010-03</u> | | | |
|     GANG | | | |
|     03/01 GOVERNMENT REPORTING | 2.0 ST | 34.11 | 68.22 |



| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 2004250005 | APRIL 14, 2010 | ZX3768 |

|  | QTY | RATE | TOTAL |
|---|---|---|---|
| TOTAL LABOR FOR ALL GANGS |  |  | 68.22 |
| TOTAL OVERHEAD COMPOSITE |  | 113.46% | 77.40 |
| TOTAL OVERHEAD LIABILITY |  | 15.00% | 10.23 |
| TOTAL LABOR AND OVERHEAD   2010-03 |  |  | 155.85 |

TOTAL FOR MAINTENANCE OF EQUIPMENT - CAR REPAIR    155.85

DEPARTMENT - MAINTENANCE OF WAY AND STRUCTURES
  LABOR - 2010-03
    GANG

|  |  | QTY | RATE | TOTAL |
|---|---|---|---|---|
| 03/01 TRACK INSPECTOR |  | 4.0 ST | 24.20 | 96.80 |
| TOTAL LABOR FOR ALL GANGS |  |  |  | 96.80 |
| TOTAL OVERHEAD COMPOSITE |  |  | 143.58% | 138.99 |
| TOTAL OVERHEAD LIABILITY |  |  | 15.00% | 14.52 |
| TOTAL LABOR AND OVERHEAD   2010-03 |  |  |  | 250.31 |

TOTAL FOR MAINTENANCE OF WAY AND STRUCTURES    250.31

DEPARTMENT - TRANSPORTATION - RAIL LINE
  LABOR - 2010-03
    TRACK SUPRV (LIVERNOIS YARD)

|  |  | QTY | RATE | TOTAL |
|---|---|---|---|---|
| 03/01 FOREMAN | 0752186 | 4.0 ST | 24.20 | 96.80 |
| TOTAL LABOR FOR ALL GANGS |  |  |  | 96.80 |
| TOTAL OVERHEAD COMPOSITE |  |  | 128.05% | 123.95 |
| TOTAL OVERHEAD LIABILITY |  |  | 15.00% | 14.52 |
| TOTAL LABOR AND OVERHEAD   2010-03 |  |  |  | 235.27 |

TOTAL FOR TRANSPORTATION - RAIL LINE    235.27

    04/14 RECOVERY OF ADMINISTRATIVE FEE    30.00

FINAL TOTAL    $27,806.08



110 FRANKLIN ROAD
ROANOKE, VA 24042-0034

| Invoice Number | Invoice Date | Account Number |
| --- | --- | --- |
| 1011251046 | NOVEMBER 22, 2010 | C10058 |

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

540 981-5532          540-524-5531

DESCRIPTION OF WORK

INVOICE NUMBER    4 - PROGRESSIVE
LABOR AND OTHER EXPENSES INCURRED BY CONSOLIDATED RAIL CORP
PERFORMING CONSTRUCTION WORK AS DESCRIBED BELOW
SAFETY ENHANCEMENT PROJECT, LIVERNOIS AVE., VERNOR HWY.
& SPRINGWELLS STREET
DETROIT LINE, LC 50-5221, MP 3.37, 3.58 & 4.53

CONTACT:  JAMES ORLANDO (CR)     PHONE: 856-231-2182
LOCATION: DETROIT, MI
WORK DONE JUNE 17, 2010 ($184.00)
WORK DONE AUGUST 31, 2010 (1,240.00)
 ***$155 AN HOUR IS WHAT STAPHEN SCHMIDT WAS PAID FOR 8/31**
CR BILL #M49025                    RSF

$1,468.24

1011251046     NOVEMBER 22, 2010     C10058

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226                      $1,468.24

PAYMENT DUE BY DECEMBER 7, 2010

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

6BILL     1B



| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 1011251046 | NOVEMBER 22, 2010 | C10058 |

|  | QTY | RATE | TOTAL |
|---|---|---|---|
| **DEPARTMENT - MAINTENANCE OF WAY AND STRUCTURES** | | | |
| INVOICES AND OTHER | | | |
| CSAO ENGR STAFF | | | |
| 2010/10/01 JACOBS ENGINEE E6X68004INV18 | 1.00 | 184.0000 | 184.00 |
| TOTAL INVOICES AND OTHER | | | 184.00 |
| TOTAL OVERHEADS | | | 1.84 |
| TOTAL INVOICE & OVERHEAD | | | 185.84 |
| TOTAL MAINTENANCE OF WAY AND STRUCTURES | | | 185.84 |
| **DEPARTMENT - TRANSPORTATION - RAIL LINE** | | | |
| INVOICES AND OTHER | | | |
| CSAO DETROIT TRK ZONE D6 | | | |
| 2010/10/01 JACOBS ENGINEE E6X68027INV01 | 1.00 | 1,240.0000 | 1,240.00 |
| TOTAL INVOICES AND OTHER | | | 1,240.00 |
| TOTAL OVERHEADS | | | 12.40 |
| TOTAL INVOICE & OVERHEAD | | | 1,252.40 |
| TOTAL TRANSPORTATION - RAIL LINE | | | 1,252.40 |
| 11/22 RECOVERY OF ADMINISTRATIVE FEE | | | 30.00 |
| FINAL TOTAL | | | $1,468.24 |



REPRINTED
SEPTEMBER 23, 2013

PAGE    1 OF    1

Form
F02005

**INVOICE**

110 FRANKLIN ROAD
ROANOKE, VA 24042-0034

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 1101251192 | JANUARY 10, 2011 | C10058 |

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

540 981-5532        540-524-5531

DESCRIPTION OF WORK

INVOICE NUMBER    5 - PROGRESSIVE
LABOR AND OTHER EXPENSES INCURRED NORFOLK SOUTHERN
LABOR AND OTHER EXPENSES INCURRED BY CONSOLIDATED RAIL CORP
PERFORMING CONSTRUCTION WORK AS DESCRIBED BELOW
SAFETY ENHANCEMENT PROJECT, LIVERNOIS AVE., VERNOR HWY.
& SPRINGWELLS STREET
DETROIT LINE, LC 50-5221, MP 3.37, 3.58 & 4.53

CONTACT:  JAMES ORLANDO (CR)    PHONE: 856-231-2182
LOCATION: DETROIT, MI
WORK DONE 2010/04/23 TO 2010/04/27

CR BILL #M49025                          RSF

| | QTY | RATE | TOTAL |
|---|---|---|---|
| DEPARTMENT - MAINTENANCE OF WAY AND STRUCTURES | | | |
| INVOICES AND OTHER | | | |
| CSAO ENGR STAFF | | | |
| 2010/12/01 JACOBS ENGINEE E6X68004INV20 | 1.00 | 644.0000 | 644.00 |
| 2010/12/01 JACOBS ENGINEE E6X68004INV23 | 1.00 | 184.0000 | 184.00 |
| TOTAL INVOICES AND OTHER | | | 828.00 |
| TOTAL OVERHEADS | | | 8.28 |
| TOTAL INVOICE & OVERHEAD | | | 836.28 |
| TOTAL MAINTENANCE OF WAY AND STRUCTURES | | | 836.28 |
| 01/10 RECOVERY OF ADMINISTRATIVE FEE | | | 30.00 |
| FINAL TOTAL | | | $866.28 |

$866.28

1101251192    JANUARY 10, 2011    C10058

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

$866.28

PAYMENT DUE BY JANUARY 25, 2011

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

6BILL        1B


**NORFOLK SOUTHERN**™

REPRINTED
SEPTEMBER 23, 2013

PAGE   1 OF   1

Form
F02005

**INVOICE**

110 FRANKLIN ROAD
ROANOKE, VA 24042-0034

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 1102250733 | FEBRUARY 10, 2011 | C10058 |

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

540 981-5532          540-524-5531

DESCRIPTION OF WORK

INVOICE NUMBER   6 - PROGRESSIVE
LABOR AND OTHER EXPENSES INCURRED BY CONSOLIDATED RAIL CORP
PERFORMING CONSTRUCTION WORK AS DESCRIBED BELOW
SAFETY ENHANCEMENT PROJECT, LIVERNOIS AVE., VERNOR HWY.
& SPRINGWELLS STREET
DETROIT LINE, LC 50-5221, MP 3.37, 3.58 & 4.53

CONTACT:  JAMES ORLANDO (CR)      PHONE: 856-231-2182
LOCATION: DETROIT, MI
WORK DONE 2011/01/03

CR BILL #M49025                    RSF

|  | QTY | RATE | TOTAL |
|---|---|---|---|
| DEPARTMENT - NON-CONTRACT | | | |
| LABOR - | | | |
| ENGINEERING - M/W | | | |
| 2011/01/03 DIR ENGR & CONSTR 0992053 | 2.00 ST | 53.16 | 106.32 |
| TOTAL LABOR FOR ALL GANGS | | | 106.32 |
| TOTAL OVERHEAD COMPOSITE | | 116.32% | 123.67 |
| TOTAL OVERHEAD LIABILITY | | 15.00% | 15.95 |
| TOTAL LABOR AND OVERHEAD | | | 245.94 |
| TOTAL NON-CONTRACT | | | 245.94 |
| 02/10 RECOVERY OF ADMINISTRATIVE FEE | | | 30.00 |
| FINAL TOTAL | | | $275.94 |

$275.94

1102250733      FEBRUARY 10, 2011      C10058

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

$275.94

PAYMENT DUE BY FEBRUARY 25, 2011

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

6BILL      1B



REPRINTED
SEPTEMBER 23, 2013

PAGE    1 OF    1

Form
F02005

**INVOICE**

110 FRANKLIN ROAD
ROANOKE, VA 24042-0034

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 1103251376 | MARCH 15, 2011 | C10058 |

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

540 981-5532          540-524-5531

DESCRIPTION OF WORK

INVOICE NUMBER    7 - PROGRESSIVE
LABOR AND OTHER EXPENSES INCURRED BY CONSOLIDATED RAIL CORP
PERFORMING CONSTRUCTION WORK AS DESCRIBED BELOW
SAFETY ENHANCEMENT PROJECT, LIVERNOIS AVE., VERNOR HWY.
& SPRINGWELLS STREET
DETROIT LINE, LC 50-5221, MP 3.37, 3.58 & 4.53

CONTACT:  JAMES ORLANDO (CR)      PHONE: 856-231-2182
LOCATION: DETROIT, MI
WORK DONE 2011/01/09

CR BILL #M49025                    RSF

| | QTY | RATE | TOTAL |
|---|---|---|---|
| DEPARTMENT - MAINTENANCE OF WAY AND STRUCTURES | | | |
| INVOICES AND OTHER | | | |
| CSAO DETROIT TRK ZONE D6 | | | |
| 2011/02/01 JACOBS ENGINEERING  101TO116 | 1.00 | 240.0000 | 240.00 |
| CSAO ENGR STAFF | | | |
| 2011/02/01 DANELLA RENTAL SYS 294240068 | 1.00 | 9.9500 | 9.95 |
| TOTAL INVOICES AND OTHER | | | 249.95 |
| TOTAL OVERHEADS | | | 2.50 |
| TOTAL INVOICE & OVERHEAD | | | 252.45 |
| TOTAL MAINTENANCE OF WAY AND STRUCTURES | | | 252.45 |
| 03/15 RECOVERY OF ADMINISTRATIVE FEE | | | 30.00 |
| FINAL TOTAL | | | $282.45 |

$282.45

1103251376      MARCH 15, 2011      C10058

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

$282.45

PAYMENT DUE BY MARCH 30, 2011

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

6BILL      1B



**NORFOLK SOUTHERN™**

110 FRANKLIN ROAD
ROANOKE, VA 24042-0034

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 1105251071 | MAY 6, 2011 | C10058 |

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

540 981-5532        540-524-5531

DESCRIPTION OF WORK

INVOICE NUMBER    8 – PROGRESSIVE
LABOR AND OTHER EXPENSES INCURRED BY CONSOLIDATED RAIL CORP
PERFORMING CONSTRUCTION WORK AS DESCRIBED BELOW
SAFETY ENHANCEMENT PROJECT, LIVERNOIS AVE., VERNOR HWY.
& SPRINGWELLS STREET
DETROIT LINE, LC 50-5221, MP 3.37, 3.58 & 4.53

CONTACT:  JAMES ORLANDO (CR)      PHONE: 856-231-2182
LOCATION: DETROIT, MI
WORK DONE 2011/01/09

CR BILL #M49025                    RSF

| | QTY | RATE | TOTAL |
|---|---|---|---|
| DEPARTMENT - MAINTENANCE OF WAY AND STRUCTURES | | | |
|     INVOICES AND OTHER | | | |
|       CSAO DETROIT TRK ZONE D6 | | | |
|   2011/04/01 JACOBS ENGINEERING GR 136148 | 1.00 | 300.0000 | 300.00 |
|   TOTAL INVOICES AND OTHER | | | 300.00 |
|   TOTAL OVERHEADS | | | 3.00 |
|   TOTAL INVOICE & OVERHEAD | | | 303.00 |
| TOTAL MAINTENANCE OF WAY AND STRUCTURES | | | 303.00 |
|   05/06 RECOVERY OF ADMINISTRATIVE FEE | | | 30.00 |
| FINAL TOTAL | | | $333.00 |

$333.00

1105251071      MAY 6, 2011        C10058

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226                        $333.00

PAYMENT DUE BY MAY 21, 2011

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

6BILL    1B



# INVOICE

| Invoice Number | Invoice Date | Account Number |
|----------------|--------------|----------------|
| 1105251576 | MAY 20, 2011 | C10058 |

110 FRANKLIN ROAD
ROANOKE, VA 24042-0034

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

540 981-5532        540-524-5531

DESCRIPTION OF WORK

INVOICE NUMBER    9 - PROGRESSIVE
LABOR AND OTHER EXPENSES INCURRED NORFOLK SOUTHERN
LABOR AND OTHER EXPENSES INCURRED BY CONSOLIDATED RAIL CORP
PERFORMING CONSTRUCTION WORK AS DESCRIBED BELOW
SAFETY ENHANCEMENT PROJECT, LIVERNOIS AVE., VERNOR HWY.
& SPRINGWELLS STREET
DETROIT LINE, LC 50-5221, MP 3.37, 3.58 & 4.53

CONTACT:  JAMES ORLANDO (CR)     PHONE: 856-231-2182
LOCATION: DETROIT, MI
WORK DONE 2011/01/09

CR BILL #M49025                 RSF

| | QTY | RATE | TOTAL |
|---|---|---|---|
| DEPARTMENT - MAINTENANCE OF WAY AND STRUCTURES | | | |
| INVOICES AND OTHER | | | |
| CSAO DETROIT TRK ZONE D6 | | | |
| 2011/05/01 JACOBS ENGINEERING GR 149161 | 1.00 | 540.0000 | 540.00 |
| TOTAL INVOICES AND OTHER | | | 540.00 |
| TOTAL OVERHEADS | | | 5.40 |
| TOTAL INVOICE & OVERHEAD | | | 545.40 |
| TOTAL MAINTENANCE OF WAY AND STRUCTURES | | | 545.40 |
| 05/20 RECOVERY OF ADMINISTRATIVE FEE | | | 30.00 |
| FINAL TOTAL | | | $575.40 |

$575.40

1105251576     MAY 20, 2011        C10058

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226                          $575.40

PAYMENT DUE BY JUNE 4, 2011

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

6BILL    1B

| UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF MICHIGAN | ADMINISTRATIVE EXPENSE CLAIM FORM |
|---|---|

Indicate Debtor against which you assert a claim by checking the appropriate box below. (Check only one Debtor per claim form.)

CITY OF DETROIT, MICHIGAN

THIS SPACE IS FOR COURT USE ONLY

---

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Norfolk Southern Railway Company

Name and address where notices should be sent:
Attn: William H. Johnson, Esq.
Norfolk Southern Railway Company
Three Commercial Place
Norfolk, Virginia 23510

william.johnson@nscorp.com     Telephone No. (757) 533-4940

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
       (if known)

Filed on:_____

---

Name and address where payment should be sent (if different from above):

Telephone No.

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

☐ Check box if you are aware that anyone else has filed an Administrative Expense Claim Form relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

---

1. **Amount of Claim:**    $ 2,385.91_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or charges

2. **Basis for Claim:**_____Rental_____
   (See instruction #3a on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

   **3a.** Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:

   Value of Property: $_____   Annual Interest Rate: _____%

   Amount of arrearage and other charges included in secured claim,

   if any: $_____        Basis for Perfection: _____

   Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
6. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENT MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

RECEIVED
DEC 0 3 2013
KURTZMANCARSONCONSULTANTS

U.S. BANKRUPTCY COURT
ED. MICHIGAN-DETROIT
2013 NOV 26 P 3:36
FILED

FOR COURT USE ONLY

| Date: 11/19/2013 | *signature* | FOR COURT USE ONLY |
|---|---|---|

**Signature:** The person filing this Administrative Expense Claim Form must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

38

13538461311126000000000031



Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, Virginia  23510-9241

**Brenda Chapman**
**Legal Assistant**

(757) 629-2815
(757) 823-5797 Fax
E-mail: brenda.chapman@nscorp.com

November 21, 2013

Katherine Gullo, Clerk of the Court
U.S. Bankruptcy Court
Eastern District of Michigan
211 W. Fort Street, Suite 2100
Detroit, MI 48226

> Re:   City of Detroit, Michigan,  Debtor
> Chapter 9 Bankruptcy; Case No. 13-53846
> United States Bankruptcy Court; Eastern District of Michigan
> Administrative Expense Claim of Norfolk Southern Railway Company -
> $2,385.91

Dear Ms. Gullo:

Enclosed are the following:

1. Original and one copy of a fully executed Administrative Expense Claim of Norfolk Southern Railway Company ("NS") in the above proceeding
2. Summary of charges due to NS
3. Self-addressed envelope

I would appreciate your acknowledging receipt of the Administrative Expense Claim by stamping the copy and returning it to me in the self-addressed envelope which is enclosed for your convenience.  Also, please advise me if any additional papers need to be filed in connection with this Administrative Expense Claim.

Please forward copies of all future notices and documents for creditors in this proceeding to William H. Johnson, Senior General Attorney, Norfolk Southern Corporation, Three Commercial Place, Norfolk, Virginia, 23510.

Sincerely,

Brenda Chapman
Brenda Chapman

Enclosures
cc:    W. H. Johnson, Esquire

Operating Subsidiary Norfolk Southern Railway Company

**City of Detroit**

Post- Petition

| Inv. number | Inv. date | Inv. amount |
|---|---|---|
| 90091328 | 8/2/2013 | $770.00 |

**TOTAL** **$770.00**

Post- Petition

| Inv. number | Inv. date | Inv. amount |
|---|---|---|
| 90098199 | 10/1/2013 | $30.00 |
| 90100115 | 10/11/2013 | $60.00 |
| 90084818 | 7/19/2013 | $532.58 |
| 90075539 | 7/19/2013 | $993.33 |

**TOTAL** **$1,615.91**

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

| Invoice | |
| --- | --- |
| Repeat Printout | |
| Invoice Number | 90091328 |
| Date | August 2, 2013 |
| Reference Number | RC10191005 |
| Sales Order | 3088 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email:  JAMES.CLAYBORNE@NSCORP.
COM

Service Period(s):  09/01/2013 to 08/31/2014

| 5 | Material: | RECURRING AGREEMENT | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Quantity: | 1  EA | | | | |
| | Prices: | Unit Price | 770.00  USD  per 1 | EA | | 770.00 |

**Items total:**         **770.00**
**Final amount:**        **$770.00**

LEASE OF 0.703 ACRES OF LAND IN CONNECTION W/WATER AND SEWER PLANT LOCATED AT DETROIT
(WAYNE COUNTY) MI FORMERLY CRR RENT# 93068302 FORMERLY CRR REGISTRY# 289459

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

| Invoice Number | Invoice Date | Customer |
| --- | --- | --- |
| 90091328 | August 2, 2013 | 102403 |

CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

**PAYMENT DUE BY SEPTEMBER 1, 2013**

| **AMOUNT DUE** | **$770.00** |
| --- | --- |

Remit To:

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA GA  30368-6953

NORFOLK SOUTHERN RAILWAY COMPANY
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
DETROIT DEPARTMENT OF PUBLIC WORKS
2 WOODWARD AVENUE SUITE 802
DETROIT MI  48226

| Invoice | |
|---|---|
| Repeat Printout | |
| Invoice Number | 90098199 |
| Date | October 1, 2013 |
| Reference Number | RDY3430001 |
| Sales Order | 3756 |

For questions, please contact:
Timothy Carpenter
Telephone: 540-524-5499
Email:  TIMOTHY.
CARPENTER@NSCORP.COM

Service Period(s):  10/01/2013 to 12/31/2013

| Item | | Item Detail | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Material: | RECURRING AGREEMENT | | | | | |
| | Quantity: | 1  EA | | | | | |
| | Prices: | Unit Price | 30.00  USD  per 1 | | EA | | 30.00 |

**Items total:** 30.00

**Final amount:** **30.00**

**$30.00**

CROSSING DEVICES AT FORMAN AVE DETROIT MI; W 3032; W02807

---

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

CITY OF DETROIT MI
DETROIT DEPARTMENT OF PUBLIC WORKS
2 WOODWARD AVENUE SUITE 802
DETROIT MI  48226

| Invoice Number | Invoice Date | Customer |
|---|---|---|
| 90098199 | October 1, 2013 | 100653 |

**PAYMENT DUE BY OCTOBER 31, 2013**

| **AMOUNT DUE** | **$30.00** |
|---|---|

Remit To:

NORFOLK SOUTHERN CORPORATION
P.O. BOX 116944
ATLANTA GA  30368-6944

NORFOLK SOUTHERN RAILWAY COMPANY
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
DETROIT DEPARTMENT OF PUBLIC WORKS
2 WOODWARD AVENUE SUITE 802
DETROIT MI  48226

| Invoice | |
| --- | --- |
| Repeat Printout | |
| Invoice Number | 90100115 |
| Date | October 11, 2013 |
| Reference Number | RDY3430002 |
| Sales Order | 3774 |

For questions, please contact:
Timothy Carpenter
Telephone: 540-524-5499
Email:  TIMOTHY.
    CARPENTER@NSCORP.COM

Service Period(s):  10/01/2013 to 12/31/2013

| Item | Item Detail | | | | |
| --- | --- | --- | --- | --- | --- |
| 2 | Material: | RECURRING AGREEMENT | | | |
| | Quantity: | 1  EA | | | |
| | Prices: | Unit Price | 60.00  USD  per 1 | EA | 60.00 |

| | |
| --- | --- |
| **Items total:** | **60.00** |
| **Final amount:** | **$60.00** |

AUTO FLASHERS DIX AVE AT DETROIT MI
W7981; W02808

---

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

| Invoice Number | Invoice Date | Customer |
| --- | --- | --- |
| 90100115 | October 11, 2013 | 100653 |

CITY OF DETROIT MI
DETROIT DEPARTMENT OF PUBLIC WORKS
2 WOODWARD AVENUE SUITE 802
DETROIT MI  48226

| **PAYMENT DUE BY NOVEMBER 10, 2013** | |
| --- | --- |
| **AMOUNT DUE** | **$60.00** |

Remit To:

NORFOLK SOUTHERN CORPORATION
P.O. BOX 116944
ATLANTA GA  30368-6944

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT
ATTN: ASHOK PATEL, P.E.
HEAD TRANSPORTATION ENGINEER
2633 MICHIGAN AVE
DETROIT MI  48216-1385

| Invoice | |
| --- | --- |
| Repeat Printout | |
| Invoice Number | 90084818 |
| Date | July 19, 2013 |
| Reference Number | F-00198 |
| Sales Order | 28059 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email:  JAMES.CLAYBORNE@NSCORP.
COM

Invoice 1 - FINAL
WBS F-00198 , Order 28059
Location: Detroit, MI
Agreement Dated 4/4/2012
For costs incurred by Consolidated Rail Corporation

Service Period(s):  May 2012 - June 2012, January 2013 - February 2013, July 2013

| Item Detail | |
| --- | --- |
| Charges | 532.58 |
| **Items total:** | 532.58 |
| **Final amount:** | **$532.58** |

Improvements to sidewalks on Central Avenue as part of the City of Detroit 2012 Safety Projects
Wayne County - Detroit, Michigan

Date first work performed: May 2012
Date last work completed:

Records supporting charges in this bill are in the office of
Miscellaneous Billing
110 Franklin Road, S.E.
Roanoke, VA 24042-0034
--------------------------------------------------------------------------
I certify that this is a fair and true bill for services performed, and that to the best of my knowledge, payment has not been
received.

-
-

-

Assistant Manager, Miscellaneous Billing

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT MI  48226

| Invoice | |
| --- | --- |
| Repeat Printout | |
| Invoice Number | 90075539 |
| Date | July 19, 2013 |
| Reference Number | M-49025 |
| Sales Order | 29104 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email:  JAMES.CLAYBORNE@NSCORP.
COM

Invoice 10 - FINAL
WBS M-49025 , Order 29104
Location: Detroit, MI
Agreement Dated
For costs incurred by Consolidated Rail Corporation

Service Period(s):  January 2012, July 2013

| Item Detail | |
| --- | --- |
| Charges | 993.33 |
| **Items total:** | **993.33** |
| **Final amount:** | **$993.33** |

Safety Enhancement Project at Livernois Avenue (MP 3.37), Vernor Highway (MP 3.58) and Springwells Street (MP 4.53)
on the Detroit Line

Date first work performed: April 2010
Date last work completed:

Records supporting charges in this bill are in the office of
Miscellaneous Billing
110 Franklin Road, S.E.
Roanoke, VA 24042-0034
-------------------------------------------------------------------
I certify that this is a fair and true bill for services performed, and that to the best of my knowledge, payment has not been
received.
-
-
-
Assistant Manager, Miscellaneous Billing