**EXHIBIT 3:  PROOF OF CLAIM**

4833-6760-8360.1

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT    EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|

Name of Debtor: **City of Detroit, Michigan**   Case Number: **13-53846**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**Consolidated Rail Corporation**

Name and address where notices should be sent:

**John K. Enright, Esq.**
**Consolidated Rail Corporation**
**1717 Arch Street, 13th Floor**
**Philadelphia, PA 19103**
Telephone number: 215-209-5012  email: **John.Enright@Conrail.com**

COURT USE ONLY
☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

☑ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

Telephone number:    email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving

**RECEIVED**

**MAR 17 2014**

**KURTZMAN CARSON CONSULTANTS**

**1. Amount of Claim as of Date Case Filed:** $ **38,334.64**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** **Land lease, pipe license and railroad labor charges for work due to**
(See instruction #2)  **property damage caused by City**

**3. Last four digits of any number by which creditor identifies debtor:**    **3a. Debtor may have scheduled account as:** _____
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ _____

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Basis for perfection:** _____

**Value of Property:** $ _____

**Amount of Secured Claim:** $ _____

**Annual Interest Rate (when case was filed)** _____ % ☐ Fixed or ☐ Variable

**Amount Unsecured:** $ _____

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ **2,295.91**

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § _____. $ _____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **John K. Enright**
Title: **Associate General Counsel**
Company: **Consolidated Rail Corporation**
Address and telephone number (if different from notice address above):

(Signature)    3/13/14 (Date)

Telephone number:    email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up

13538461403170000000009



**CONRAIL®**

**JOHN K. ENRIGHT, Associate General Counsel**       1717 Arch Street, 13ᵗʰ Floor, Philadelphia, PA 19103
Phone: 215-209-5012  -  Fax: 215-209-4819
john.enright@conrail.com

March 13, 2014

City of Detroit Claims Processing Center
c/o Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Segundo, CA 90245

Re:    City of Detroit Bankruptcy
       Case No. 13-53846

Dear Sir/Madam:

Enclosed, please find an original and one copy of a proof of claim to be filed on behalf of Consolidated Rail Corporation (Conrail). To my knowledge, Conrail has received no notices in this matter despite having a land lease and pipe and wire agreement that continue to be utilized by the City. Any future notices should be directed to my attention at the above address

Please return the extra copy of the proof of claim in the enclosed self-addressed stamped envelope marked "filed" at your earliest convenience. Thank you.

Sincerely,

John K. Enright

CONSOLIDATED RAIL CORPORATION   1717 ARCH STREET   SUITE 1310   PHILADELPHIA, PA 19103

Bankruptcy Accounts

**Bankruptcy: City of Detroit, Michigan    Bar Date:  Not Set**
**Chapter  9**

Amounts Due NS

FREIGHT[1]

| | | Pre-Petition | | | Post-Petition |
|---|---|---|---|---|---|
| | Conrail | $  - | | Conrail | $  - |
| | TOTAL | $  - | | TOTAL | $  - |

RENTAL[2]

| | | Pre-Petition | | | Post-Petition |
|---|---|---|---|---|---|
| | Conrail | $  - | | Conrail | $  - |
| | TOTAL | $  - | | TOTAL | $  - |

MISCELLANEOUS BILLS

| | | Pre-Petition | | | Post-Petition |
|---|---|---|---|---|---|
| | Conrail | $  36,038.73 | | Conrail | $  2,295.91 |
| | TOTAL | $  36,038.73 | | TOTAL | $  2,295.91 |

INTERLINE ACCOUNTS[4]

| | | Pre-Petition | | | Post-Petition |
|---|---|---|---|---|---|
| | Conrail | $  - | | Conrail | $  - |
| | TOTAL | $  - | | TOTAL | $  - |

OTHER[5]

| | | Pre-Petition | | | Post-Petition |
|---|---|---|---|---|---|
| | Conrail | $  - | | Conrail | $  - |
| | TOTAL | $  - | | TOTAL | $  - |

| | **TOTAL** | $  36,038.73 | | **TOTAL** | $  2,295.91 |

| | | **Pre-Petition** | | | **Post-Petition** |
|---|---|---|---|---|---|
| **DEPOSITS/I** | Conrail | | | Conrail | $  - |
| **UNPAID** | TOTAL | $  - | | TOTAL | $  - |

---

1. Copies of outstanding bills and summary are enclosed.  Summary of amounts due reflect a division between those bills representing  pre-petition charges and those repsenting post-petition charges.  The copies of bills are divided to correspond to the summary.

2. Copies of outstanding bills are enclosed.  If partial or intermitten payments have been made, a summary of the period for which rental is due is attached.  A copy of the lease agreement has been requested and will be forwarded to you upon my receipt of same.

3. Copies of outstanding miscellaneous bills are enclosed.  If the bills represent more than one type of charge, the total amount of each type of charge is set forth on the attached summary.

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTENTION  LOUISE LIEBERMAN, ASST DIR
DETROIT WATER & SEWERAGE DEPARTMENT
735 RANDOLPH ST
DETROIT MI  48226-2830

| **Invoice** | |
| --- | --- |
| Repeat Printout | |
| Invoice Number | 90066650 |
| Date | March 1, 2013 |
| Reference Number | RC10275001 |
| Sales Order | 1022 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email:  JAMES.CLAYBORNE@NSCORP.
COM

Service Period(s):  03/01/2013 to 02/28/2014

Increase Type : CPI - CPI INDEX

Base Amount * ( Current Index / Base Index ) = Invoice Amount

159.50 * ( 674.960 / 321.4 ) = 334.960

| Item | | Item Detail | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Material: | RECURRING AGREEMENT | | | | |
| | Quantity: | 1  EA | | | | |
| | Prices: | Unit Price | 334.96 USD per 1 | EA | | 334.96 |
| **Items total:** | | | | | | **334.96** |
| **Final amount:** | | | | | | **$334.96** |

LEASE OF GRADE CROSSING LOCATED AT DETROIT MICH; FORMERLY CRR RENT# 43952402; FORMERLY CRR
REGISTRY# 212350

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

| Invoice Number | Invoice Date | Customer |
| --- | --- | --- |
| 90066650 | March 1, 2013 | 102556 |

CITY OF DETROIT MI
ATTENTION  LOUISE LIEBERMAN, ASST DIR
DETROIT WATER & SEWERAGE DEPARTMENT
735 RANDOLPH ST
DETROIT MI  48226-2830

**PAYMENT DUE BY MARCH 31, 2013**

| **AMOUNT DUE** | **$334.96** |
| --- | --- |

Remit To:

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA GA  30368-6953

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

### Invoice

| | |
|---|---|
| Invoice Number | 90000080 |
| Date | January 10, 2012 |
| Reference Number | RC10281001 |
| Sales Order | 1052 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email:  JAMES.CLAYBORNE@NSCORP.
COM

Service Period(s):  01/01/2012 to 12/31/2012

| Item | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Material: | RECURRING AGREEMENT | | | | | |
| | Quantity: | 1  EA | | | | | |
| | Prices: | Unit Price | 25.00  USD  per 1 | | EA | | 25.00 |

| | |
|---|---|
| **Items total:** | **25.00** |
| **Final amount:** | **$25.00** |

LEASE OF LAND LOCATED AT ALLEN PARK MICH
FORMERLY CRR RENT# -1009002; FORMERLY CRR REGISTRY# 293138

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

| Invoice Number | Invoice Date | Customer |
|---|---|---|
| 90000080 | January 10, 2012 | 102403 |

**PAYMENT DUE BY JANUARY 25, 2012**

| **AMOUNT DUE** | **$25.00** |
|---|---|

**Remit To:**

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA GA  30368-6953

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

| **Invoice** | |
| --- | --- |
| Repeat Printout | |
| Invoice Number | 90056194 |
| Date | January 2, 2013 |
| Reference Number | RC10281001 |
| Sales Order | 1052 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email:  JAMES.CLAYBORNE@NSCORP.
COM

Service Period(s): 01/01/2013 to 12/31/2013

| 1 | Material: | RECURRING AGREEMENT | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Quantity: | 1  EA | | | | |
| | Prices: | Unit Price | 25.00  USD  per 1 | EA | | 25.00 |
| **Items total:** | | | | | | 25.00 |
| **Final amount:** | | | | | | **$25.00** |

LEASE OF LAND LOCATED AT ALLEN PARK MICH
FORMERLY CRR RENT# -1009002; FORMERLY CRR REGISTRY# 293138

---

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

| Invoice Number | Invoice Date | Customer |
| --- | --- | --- |
| 90056194 | January 2, 2013 | 102403 |

**PAYMENT DUE BY FEBRUARY 1, 2013**

| **AMOUNT DUE** | **$25.00** |
| --- | --- |

Remit To:

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA GA  30368-6953

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA 24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI 48226-2830

| Invoice | |
|---|---|
| Invoice Number | 90000543 |
| Date | January 20, 2012 |
| Reference Number | RC10191001 |
| Sales Order | 3025 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email: JAMES.CLAYBORNE@NSCORP.COM

Service Period(s): 01/01/2012 to 12/31/2012

### Escalation Information

Increase Type : CPI - CPI INDEX

Base Amount * ( Current Index / Base Index ) = Invoice Amount

282.00 * ( 666.298 / 324.3 ) = 579.390

| Item | Item Detail | | | | | |
|---|---|---|---|---|---|---|
| 1 | Material: | RECURRING AGREEMENT | | | | |
| | Quantity: | 1 EA | | | | |
| | Prices: | Unit Price | 579.39 USD per 1 | EA | | 579.39 |
| **Items total:** | | | | | | **579.39** |
| **Final amount:** | | | | | | **$579.39** |

LEASE OF PIPE (ORIGINAL CODE) LOCATED AT DETROIT MICHIGAN; FORMERLY CRR RENT# 43971152; FORMERLY CRR REGISTRY# 245343

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI 48226-2830

| Invoice Number | Invoice Date | Customer |
|---|---|---|
| 90000543 | January 20, 2012 | 102403 |

**PAYMENT DUE BY FEBRUARY 4, 2012**

**AMOUNT DUE** $579.39

Remit To:

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA GA 30368-6953

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA 24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI 48226-2830

| Invoice | |
| --- | --- |
| Repeat Printout | |
| Invoice Number | 90058825 |
| Date | January 7, 2013 |
| Reference Number | RC10191001 |
| Sales Order | 3025 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email: JAMES.CLAYBORNE@NSCORP.
COM

Service Period(s): 01/01/2013 to 12/31/2013

Increase Type : CPI - CPI INDEX

Base Amount * ( Current Index / Base Index ) = Invoice Amount

$282.00 * ( 679.684 / 324.3 ) = 591.030$

| Item | | Item Detail | | | |
| --- | --- | --- | --- | --- | --- |
| 1 | Material: | RECURRING AGREEMENT | | | |
| | Quantity: | 1  EA | | | |
| | Prices: | Unit Price | 591.03 USD  per 1 | EA | 591.03 |
| **Items total:** | | | | | **591.03** |
| **Final amount:** | | | | | **$591.03** |

LEASE OF PIPE (ORIGINAL CODE) LOCATED AT DETROIT MICHIGAN; FORMERLY CRR RENT# 43971152;
FORMERLY CRR REGISTRY# 245343

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI 48226-2830

| Invoice Number | Invoice Date | Customer |
| --- | --- | --- |
| 90058825 | January 7, 2013 | 102403 |

**PAYMENT DUE BY FEBRUARY 6, 2013**

| **AMOUNT DUE** | **$591.03** |
| --- | --- |

Remit To:

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA GA 30368-6953

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

### Invoice

| | |
|---|---|
| Invoice Number | 90000544 |
| Date | January 20, 2012 |
| Reference Number | RC10191002 |
| Sales Order | 3041 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email: JAMES.CLAYBORNE@NSCORP.
COM

Service Period(s):  01/01/2012 to 12/31/2012

**Additional Information**

Increase Type : CPI - CPI INDEX

Base Amount * ( Current Index / Base Index ) = Invoice Amount

100.00 * ( 666.315 / 301.5 ) = 221.000

**Item Detail**

| 2 | Material: | RECURRING AGREEMENT | | | | | |
|---|---|---|---|---|---|---|---|
| | Quantity: | 1  EA | | | | | |
| | Prices: | Unit Price | 221.00 USD | per 1 | EA | | 221.00 |

| | |
|---|---|
| **Items total:** | **221.00** |
| **Final amount:** | **$221.00** |

LEASE OF PIPE (ORIGINAL CODE)
LOCATED AT DETROIT MICHIGAN
FORMERLY CRR RENT# 43971452
FORMERLY CRR REGISTRY# 247222
SAP SD# 3041

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI 48226-2830

| Invoice | |
| --- | --- |
| Repeat Printout | |
| Invoice Number | 90060467 |
| Date | January 14, 2013 |
| Reference Number | RC10191002 |
| Sales Order | 3041 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email:  JAMES.CLAYBORNE@NSCORP.
COM

Service Period(s): 01/01/2013 to 12/31/2013

| Location Information | | |
| --- | --- | --- |
| Increase Type : CPI - CPI INDEX | | |
| Base Amount * ( Current Index / Base Index ) = Invoice Amount | | |
| 100.00 * ( 676.325 / 301.5 ) = 224.320 | | |

| Item | | Item Detail | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Material: | RECURRING AGREEMENT | | | | |
| | Quantity: | 1  EA | | | | |
| | Prices: | Unit Price | 224.32 USD  per 1 | EA | | 224.32 |

| | |
| --- | --- |
| **Items total:** | **224.32** |
| **Final amount:** | **$224.32** |

LEASE OF PIPE (ORIGINAL CODE)
LOCATED AT DETROIT MICHIGAN
FORMERLY CRR RENT# 43971452
FORMERLY CRR REGISTRY# 247222
SAP SD# 3041

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA 24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI 48226-2830

| **Invoice** | |
| --- | --- |
| Invoice Number | 90000545 |
| Date | January 20, 2012 |
| Reference Number | RC10191003 |
| Sales Order | 3056 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email: JAMES.CLAYBORNE@NSCORP.
COM

Service Period(s): 01/01/2012 to 12/31/2012

Escalation Information

Increase Type : CPI - CPI INDEX

Base Amount * ( Current Index / Base Index ) = Invoice Amount

100.00 * ( 666.315 / 301.5 ) = 221.000

| Item | Item Detail | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 3 | Material: | RECURRING AGREEMENT | | | | |
| | Quantity: | 1 EA | | | | |
| | Prices: | Unit Price | 221.00 USD per 1 | EA | | 221.00 |

| Items total: | 221.00 |
| --- | --- |
| **Final amount:** | **$221.00** |

LEASE OF PIPE (ORIGINAL CODE)
LOCATED AT DETROIT MICHIGAN
FORMERLY CRR RENT# 43971302
FORMERLY CRR REGISTRY# 247257
SAP SD# 3056

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

| Invoice | |
| --- | --- |
| Repeat Printout | |
| Invoice Number | 90060468 |
| Date | January 14, 2013 |
| Reference Number | RC10191003 |
| Sales Order | 3056 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email:  JAMES.CLAYBORNE@NSCORP.
COM

Service Period(s):  01/01/2013 to 12/31/2013

Transaction Description

Increase Type : CPI - CPI INDEX

Base Amount * ( Current Index / Base Index ) = Invoice Amount

100.00 * ( 676.325 / 301.5 ) = 224.320

| Item | | Item Detail | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | Material: | RECURRING AGREEMENT | | | | | |
| | Quantity: | 1  EA | | | | | |
| | Prices: | Unit Price | 224.32  USD  per 1 | | EA | | 224.32 |
| **Items total:** | | | | | | | **224.32** |
| **Final amount:** | | | | | | | **$224.32** |

LEASE OF PIPE (ORIGINAL CODE)
LOCATED AT DETROIT MICHIGAN
FORMERLY CRR RENT# 43971302
FORMERLY CRR REGISTRY# 247257
SAP SD# 3056

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA 24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI 48226-2830

## Invoice

| | |
|---|---|
| Invoice Number | 90000546 |
| Date | January 20, 2012 |
| Reference Number | RC10191004 |
| Sales Order | 3072 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email: JAMES.CLAYBORNE@NSCORP.
COM

Service Period(s): 01/01/2012 to 12/31/2012

Escalation Information

Increase Type : CPI - CPI INDEX

Base Amount * ( Current Index / Base Index ) = Invoice Amount

100.00 * ( 666.315 / 301.5 ) = 221.000

Item Detail

| 4 | Material: | RECURRING AGREEMENT | | | | | |
|---|---|---|---|---|---|---|---|
| | Quantity: | 1 EA | | | | | |
| | Prices: | Unit Price | 221.00 USD | per 1 | EA | | 221.00 |

| | |
|---|---|
| Items total: | 221.00 |
| Final amount: | $221.00 |

LEASE OF PIPE (ORIGINAL CODE)
LOCATED AT DETROIT MICHIGAN
FORMERLY CRR RENT# 43971292
FORMERLY CRR REGISTRY# 247258
SAP SD# 3072

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI  48226-2830

| Invoice | |
| --- | --- |
| Repeat Printout | |
| Invoice Number | 90060469 |
| Date | January 14, 2013 |
| Reference Number | RC10191004 |
| Sales Order | 3072 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email:  JAMES.CLAYBORNE@NSCORP.
COM

Service Period(s):  01/01/2013 to 12/31/2013

**Special Price Information**

Increase Type : CPI - CPI INDEX

Base Amount * ( Current Index / Base Index ) = Invoice Amount

100.00 * ( 676.325 / 301.5 ) = 224.320

| Item | | Item Detail | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 4 | Material: | RECURRING AGREEMENT | | | | |
| | Quantity: | 1  EA | | | | |
| | Prices: | Unit Price | 224.32 USD | per 1 | EA | 224.32 |

| | |
| --- | --- |
| **Items total:** | **224.32** |
| **Final amount:** | **$224.32** |

LEASE OF PIPE (ORIGINAL CODE)
LOCATED AT DETROIT MICHIGAN
FORMERLY CRR RENT# 43971292
FORMERLY CRR REGISTRY# 247258
SAP SD# 3072

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA 24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI 48226-2830

| Invoice | |
| --- | --- |
| Repeat Printout | |
| Invoice Number | 90035805 |
| Date | August 1, 2012 |
| Reference Number | RC10191005 |
| Sales Order | 3088 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email: JAMES.CLAYBORNE@NSCORP.
COM

Service Period(s): 09/01/2012 to 08/31/2013

| 5 | Material: | RECURRING AGREEMENT | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Quantity: | 1 EA | | | | |
| | Prices: | Unit Price | 770.00 USD per 1 | EA | | 770.00 |
| **Items total:** | | | | | | **770.00** |
| **Final amount:** | | | | | | **$770.00** |

LEASE OF 0.703 ACRES OF LAND IN CONNECTION W/WATER AND SEWER PLANT LOCATED AT DETROIT
(WAYNE COUNTY) MI FORMERLY CRR RENT# 93068302 FORMERLY CRR REGISTRY# 289459

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

| Invoice Number | Invoice Date | Customer |
| --- | --- | --- |
| 90035805 | August 1, 2012 | 102403 |

CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI 48226-2830

**PAYMENT DUE BY AUGUST 31, 2012**

| **AMOUNT DUE** | **$770.00** |
| --- | --- |

**Remit To:**

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA GA 30368-6953

 **CONRAIL**

(8/02)

# INVOICE

110 FRANKLIN ROAD
ROANOKE, VA 24042-0044

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 9108301655 | AUGUST 3, 2011 | C10191 |

**Bill To**  CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT, MI 48226-2830

**Remit To**
CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

**Direct Inquiries To**
540-524-5532   **Fax** 540-524-5531

Invoice Description

| | Agreement Date 1976-08-17 | Last Amended | Service Period | Amount |
|---|---|---|---|---|
| | | | From: 2011-09-01 | 770.00 |
| | | | To  : 2012-08-31 | |

LEASE OF 0.703 ACRES OF LAND IN CONNECTION W/WATER AND
SEWER PLANT LOCATED AT DETROIT (WAYNE COUNTY) MI
FORMERLY CRR RENT# 93068302
FORMERLY CRR REGISTRY# 289459
LOCATION: DETROIT          MI
REFERENCE NUMBER: 93068302
BILL NUMBER: RC10191005

## PLEASE PAY THIS AMOUNT

770.00

Please Detach and Remit with Payment

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 9108301655 | AUGUST 3, 2011 | C10191 |

CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT, MI 48226-2830

## AMOUNT DUE          770.00

**PAYMENT DUE BY SEPTEMBER 2, 2011**

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953


**RFOLK SOUTHERN™**

110 FRANKLIN ROAD
ROANOKE, VA 24042-0034

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 2004250005 | APRIL 14, 2010 | ZX3768 |

**Bill To**
CITY OF DETROIT
DETROIT FIRE DEPARTMENT
250 W LARNED ST
DETROIT, MI 48226-4469

**Remit To**
REGIONAL MANAGER CLAIMS
CONSOLIDATED RAIL CORPORATION
3 COMMERCIAL PLACE BOX 250
NORFOLK, VA 23510

**Direct Inquiries To**
540 981-5453   **Fax**   540-524-5531

DESCRIPTION OF WORK

STATEMENT OF LABOR AND MATERIAL CHARGES NECESSARY TO REPAIR
NS PROPERTY DAMAGED AS A RESULT OF AN ACCIDENT, PER DETAIL
ATTACHED.
CONRAIL BILL #:  DA6785
ACCIDENT DATE: 2010/03/01
LOCATION: DETROIT, MI
CLAIM NUMBER   10001068

## PLEASE PAY THIS AMOUNT

**$27,806.08**

Please Detach and Remit with Payment

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 2004250005 | APRIL 14, 2010 | ZX3768 |

CITY OF DETROIT
DETROIT FIRE DEPARTMENT
250 W LARNED ST

DETROIT, MI 48226-4469

## AMOUNT DUE     **$27,806.08**

**PAYMENT DUE BY APRIL 29, 2010**

REGIONAL MANAGER CLAIMS
CONSOLIDATED RAIL CORPORATION
3 COMMERCIAL PLACE BOX 250
NORFOLK, VA 23510



RECEIVED
SEPTEMBER 23, 2013

PAGE   2 OF   3

Form
F02005

**INVOICE**

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 2004250005 | APRIL 14, 2010 | ZX3768 |

| | QTY | RATE | TOTAL |
|---|---|---|---|
| **DEPARTMENT - COMMUNICATION AND SIGNALS** | | | |
| **LABOR - 2010-03** | | | |
| **GANG** | | | |
| 03/01 C & S INSPECTOR | 8.0 ST | 29.83 | |
| | 8.0 OT | | 596.60 |
| 03/01 ELECTRICIAN TECH | 8.0 ST | 29.28 | |
| | 4.0 OT | | 409.92 |
| 03/01 SIGNAL CONSTRUCTION | 12.0 ST | 41.84 | 502.08 |
| 03/01 SIGNAL MAINTAINER'S | 32.0 ST | 26.42 | |
| | 20.0 OT | | 1,638.04 |
| SIGNAL SUPERVISOR | | | |
| 03/01 ELECTRONIC SPEC./T0762608 | 8.0 ST | 29.28 | 234.24 |
| 03/01 INSPECTOR       0297434 | 8.0 ST | 29.83 | |
| | 5.0 OT | | 462.37 |
| 03/01 MAINTAINER C&S   0092611 | 8.0 ST | 26.42 | |
| | 1.5 OT | | 270.81 |
| 03/01 MAINTAINER C&S   0762424 | 8.0 ST | 26.42 | |
| | 5.0 OT | | 409.51 |
| 03/02 ELECTRONIC SPEC./T0762608 | 8.0 ST | 29.28 | 234.24 |
| 03/02 INSPECTOR       0297434 | 8.0 ST | 29.83 | 238.64 |
| 03/02 MAINTAINER C&S   0762318 | 8.0 ST | 26.42 | 211.36 |
| 03/02 MAINTAINER C&S   0762424 | 8.0 ST | 26.42 | 211.36 |
| 03/03 INSPECTOR       0297434 | 8.0 ST | 29.83 | |
| | 3.0 OT | | 372.88 |
| 03/03 MAINTAINER C&S   0092611 | 8.0 ST | 26.42 | |
| | 4.0 OT | | 369.88 |
| TOTAL LABOR FOR ALL GANGS | | | 6,161.93 |
| TOTAL OVERHEAD COMPOSITE | | 143.58% | 8,847.27 |
| TOTAL OVERHEAD LIABILITY | | 15.00% | 924.30 |
| TOTAL LABOR AND OVERHEAD   2010-03 | | | 15,933.50 |
| **MATERIAL 2010-03** | | | |
| CSAO DETROIT SIG | | | |
| 03/01 ASSEMBLY, GATE W/GATESAVER  AND BELL S | 1.00 /EA | 7,553.5000 | 7,553.50 |
| 03/01 SIGN, "STOP ON RED SIGNAL" SAFETRAN 03 | 1.00 /EA | 90.0600 | 90.06 |
| 03/01 BRACKET, GATE SAVER, NEG385102GS, SPRI | 1.00 /EA | 1,083.5533 | 1,083.55 |
| TOTAL MATERIAL | | | 8,727.11 |
| TOTAL OVERHEADS | | | 1,832.69 |
| TOTAL MATERIAL & OVERHEAD 2010-03 | | | 10,559.80 |
| **VEHICLE/EQUIPMENT - 2010-03** | | | |
| DODG 1/2T P/U | | | |
| 03/03 | 3.00 | 4.45 | 13.35 |
| DODG 1T C-VAN | | | |
| 03/01 | 1.00 | 82.08 | 82.08 |
| 03/02 | 1.00 | 82.08 | 82.08 |
| FORD 1T HR INSP | | | |
| 03/01 | 4.00 | 11.57 | 46.28 |
| FORD 1T UTILITY | | | |
| 03/01 | 1.00 | 55.08 | 55.08 |
| 03/02 | 1.00 | 55.08 | 55.08 |
| 03/03 | 1.00 | 55.08 | 55.08 |
| FORD 3/4T UTIL | | | |
| 03/01 | 1.00 | 48.06 | 48.06 |
| 03/02 | 1.00 | 48.06 | 48.06 |
| FORD 3T BUCKET | | | |
| 03/01 | 1.00 | 78.10 | 78.10 |
| 03/02 | 1.00 | 78.10 | 78.10 |
| TOTAL VEHICLE  2010-03 | | | 641.35 |
| **TOTAL FOR COMMUNICATION AND SIGNALS** | | | 27,134.65 |
| **DEPARTMENT - MAINTENANCE OF EQUIPMENT - CAR REPAIR** | | | |
| **LABOR - 2010-03** | | | |
| **GANG** | | | |
| 03/01 GOVERNMENT REPORTING | 2.0 ST | 34.11 | 68.22 |


| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 2004250005 | APRIL 14, 2010 | ZX3768 |

| | QTY | RATE | TOTAL |
|---|---|---|---|
| TOTAL LABOR FOR ALL GANGS | | | 68.22 |
| TOTAL OVERHEAD COMPOSITE | | 113.46% | 77.40 |
| TOTAL OVERHEAD LIABILITY | | 15.00% | 10.23 |
| TOTAL LABOR AND OVERHEAD   2010-03 | | | 155.85 |

TOTAL FOR MAINTENANCE OF EQUIPMENT - CAR REPAIR                         155.85

**DEPARTMENT - MAINTENANCE OF WAY AND STRUCTURES**
   LABOR - 2010-03
      GANG

| | QTY | RATE | TOTAL |
|---|---|---|---|
| 03/01 TRACK INSPECTOR | 4.0 ST | 24.20 | 96.80 |
| TOTAL LABOR FOR ALL GANGS | | | 96.80 |
| TOTAL OVERHEAD COMPOSITE | | 143.58% | 138.99 |
| TOTAL OVERHEAD LIABILITY | | 15.00% | 14.52 |
| TOTAL LABOR AND OVERHEAD   2010-03 | | | 250.31 |

TOTAL FOR MAINTENANCE OF WAY AND STRUCTURES                         250.31

**DEPARTMENT - TRANSPORTATION - RAIL LINE**
   LABOR - 2010-03
      TRACK SUPRV (LIVERNOIS YARD)

| | | QTY | RATE | TOTAL |
|---|---|---|---|---|
| 03/01 FOREMAN | 0752186 | 4.0 ST | 24.20 | 96.80 |
| TOTAL LABOR FOR ALL GANGS | | | | 96.80 |
| TOTAL OVERHEAD COMPOSITE | | | 128.05% | 123.95 |
| TOTAL OVERHEAD LIABILITY | | | 15.00% | 14.52 |
| TOTAL LABOR AND OVERHEAD   2010-03 | | | | 235.27 |

TOTAL FOR TRANSPORTATION - RAIL LINE                         235.27

   04/14 RECOVERY OF ADMINISTRATIVE FEE                         30.00

FINAL TOTAL                                              $27,806.08



**IORFOLK SOUTHERN**™

110 FRANKLIN ROAD
ROANOKE, VA 24042-0034

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 1011251046 | NOVEMBER 22, 2010 | C10058 |

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

540 981-5532        540-524-5531

DESCRIPTION OF WORK

INVOICE NUMBER    4 - PROGRESSIVE
LABOR AND OTHER EXPENSES INCURRED BY CONSOLIDATED RAIL CORP
PERFORMING CONSTRUCTION WORK AS DESCRIBED BELOW
SAFETY ENHANCEMENT PROJECT, LIVERNOIS AVE., VERNOR HWY.
& SPRINGWELLS STREET
DETROIT LINE, LC 50-5221, MP 3.37, 3.58 & 4.53

CONTACT:  JAMES ORLANDO (CR)    PHONE: 856-231-2182
LOCATION: DETROIT, MI
WORK DONE JUNE 17, 2010 ($184.00)
WORK DONE AUGUST 31, 2010 (1,240.00)
 ***$155 AN HOUR IS WHAT STAPHEN SCHMIDT WAS PAID FOR 8/31**
CR BILL #M49025                RSF

$1,468.24

1011251046    NOVEMBER 22, 2010    C10058

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

$1,468.24

PAYMENT DUE BY DECEMBER 7, 2010

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

6BILL    1B



| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 1011251046 | NOVEMBER 22, 2010 | C10058 |

| | QTY | RATE | TOTAL |
|---|---|---|---|
| DEPARTMENT - MAINTENANCE OF WAY AND STRUCTURES | | | |
| INVOICES AND OTHER | | | |
| CSAO ENGR STAFF | | | |
| 2010/10/01 JACOBS ENGINEE E6X68004INV18 | 1.00 | 184.0000 | 184.00 |
| TOTAL INVOICES AND OTHER | | | 184.00 |
| TOTAL OVERHEADS | | | 1.84 |
| TOTAL INVOICE & OVERHEAD | | | 185.84 |
| TOTAL MAINTENANCE OF WAY AND STRUCTURES | | | 185.84 |
| DEPARTMENT - TRANSPORTATION - RAIL LINE | | | |
| INVOICES AND OTHER | | | |
| CSAO DETROIT TRK ZONE D6 | | | |
| 2010/10/01 JACOBS ENGINEE E6X68027INV01 | 1.00 | 1,240.0000 | 1,240.00 |
| TOTAL INVOICES AND OTHER | | | 1,240.00 |
| TOTAL OVERHEADS | | | 12.40 |
| TOTAL INVOICE & OVERHEAD | | | 1,252.40 |
| TOTAL TRANSPORTATION - RAIL LINE | | | 1,252.40 |
| 11/22 RECOVERY OF ADMINISTRATIVE FEE | | | 30.00 |
| FINAL TOTAL | | | $1,468.24 |



110 FRANKLIN ROAD
ROANOKE, VA 24042-0034

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 1101251192 | JANUARY 10, 2011 | C10058 |

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

540 981-5532        540-524-5531

DESCRIPTION OF WORK

INVOICE NUMBER    5 - PROGRESSIVE
LABOR AND OTHER EXPENSES INCURRED NORFOLK SOUTHERN
LABOR AND OTHER EXPENSES INCURRED BY CONSOLIDATED RAIL CORP
PERFORMING CONSTRUCTION WORK AS DESCRIBED BELOW
SAFETY ENHANCEMENT PROJECT, LIVERNOIS AVE., VERNOR HWY.
& SPRINGWELLS STREET
DETROIT LINE, LC 50-5221, MP 3.37, 3.58 & 4.53

CONTACT:  JAMES ORLANDO (CR)      PHONE: 856-231-2182
LOCATION: DETROIT, MI
WORK DONE 2010/04/23 TO 2010/04/27

CR BILL #M49025                        RSF

| | QTY | RATE | TOTAL |
|---|---|---|---|
| DEPARTMENT - MAINTENANCE OF WAY AND STRUCTURES | | | |
| INVOICES AND OTHER | | | |
| CSAO ENGR STAFF | | | |
| 2010/12/01 JACOBS ENGINEE E6X68004INV20 | 1.00 | 644.0000 | 644.00 |
| 2010/12/01 JACOBS ENGINEE E6X68004INV23 | 1.00 | 184.0000 | 184.00 |
| TOTAL INVOICES AND OTHER | | | 828.00 |
| TOTAL OVERHEADS | | | 8.28 |
| TOTAL INVOICE & OVERHEAD | | | 836.28 |
| TOTAL MAINTENANCE OF WAY AND STRUCTURES | | | 836.28 |
| 01/10 RECOVERY OF ADMINISTRATIVE FEE | | | 30.00 |
| FINAL TOTAL | | | $866.28 |

$866.28

1101251192     JANUARY 10, 2011     C10058

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

$866.28

PAYMENT DUE BY JANUARY 25, 2011

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953



**NORFOLK SOUTHERN™**

110 FRANKLIN ROAD
ROANOKE, VA 24042-0034

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 1102250733 | FEBRUARY 10, 2011 | C10058 |

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

540 981-5532      540-524-5531

DESCRIPTION OF WORK

INVOICE NUMBER   6 – PROGRESSIVE
LABOR AND OTHER EXPENSES INCURRED BY CONSOLIDATED RAIL CORP
PERFORMING CONSTRUCTION WORK AS DESCRIBED BELOW
SAFETY ENHANCEMENT PROJECT, LIVERNOIS AVE., VERNOR HWY.
& SPRINGWELLS STREET
DETROIT LINE, LC 50-5221, MP 3.37, 3.58 & 4.53

CONTACT:   JAMES ORLANDO (CR)      PHONE: 856-231-2182
LOCATION: DETROIT, MI
WORK DONE 2011/01/03

CR BILL #M49025                      RSF

|  | QTY | RATE | TOTAL |
|---|---|---|---|
| DEPARTMENT - NON-CONTRACT | | | |
| LABOR - | | | |
| ENGINEERING - M/W | | | |
| 2011/01/03 DIR ENGR & CONSTR 0992053 | 2.00 ST | 53.16 | 106.32 |
| | | | |
| TOTAL LABOR FOR ALL GANGS | | | 106.32 |
| TOTAL OVERHEAD COMPOSITE | | 116.32% | 123.67 |
| TOTAL OVERHEAD LIABILITY | | 15.00% | 15.95 |
| TOTAL LABOR AND OVERHEAD | | | 245.94 |
| TOTAL NON-CONTRACT | | | 245.94 |
| 02/10 RECOVERY OF ADMINISTRATIVE FEE | | | 30.00 |
| FINAL TOTAL | | | $275.94 |

$275.94

1102250733      FEBRUARY 10, 2011      C10058

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

$275.94

PAYMENT DUE BY FEBRUARY 25, 2011

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

6BILL      1B



110 FRANKLIN ROAD
ROANOKE, VA 24042-0034

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 1103251376 | MARCH 15, 2011 | C10058 |

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

540 981-5532      540-524-5531

DESCRIPTION OF WORK

INVOICE NUMBER    7 - PROGRESSIVE
LABOR AND OTHER EXPENSES INCURRED BY CONSOLIDATED RAIL CORP
PERFORMING CONSTRUCTION WORK AS DESCRIBED BELOW
SAFETY ENHANCEMENT PROJECT, LIVERNOIS AVE., VERNOR HWY.
& SPRINGWELLS STREET
DETROIT LINE, LC 50-5221, MP 3.37, 3.58 & 4.53

CONTACT:  JAMES ORLANDO (CR)      PHONE: 856-231-2182
LOCATION: DETROIT, MI
WORK DONE 2011/01/09

CR BILL #M49025                           RSF

|  | QTY | RATE | TOTAL |
|---|---|---|---|
| DEPARTMENT - MAINTENANCE OF WAY AND STRUCTURES | | | |
| INVOICES AND OTHER | | | |
| CSAO DETROIT TRK ZONE D6 | | | |
| 2011/02/01 JACOBS ENGINEERING   101TO116 | 1.00 | 240.0000 | 240.00 |
| CSAO ENGR STAFF | | | |
| 2011/02/01 DANELLA RENTAL SYS 294240068 | 1.00 | 9.9500 | 9.95 |
| TOTAL INVOICES AND OTHER | | | 249.95 |
| TOTAL OVERHEADS | | | 2.50 |
| TOTAL INVOICE & OVERHEAD | | | 252.45 |
| TOTAL MAINTENANCE OF WAY AND STRUCTURES | | | 252.45 |
| 03/15 RECOVERY OF ADMINISTRATIVE FEE | | | 30.00 |
| FINAL TOTAL | | | $282.45 |

$282.45

1103251376      MARCH 15, 2011      C10058

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226                              $282.45

PAYMENT DUE BY MARCH 30, 2011

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953



110 FRANKLIN ROAD
ROANOKE, VA 24042-0034

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 1105251071 | MAY 6, 2011 | C10058 |

CITY OF DETROIT MI                    CONSOLIDATED RAIL CORPORATION
ATTN: MR. MANILAL V. PATEL            P.O. BOX 116953
65 CADILLAC SQUARE, SUITE 900         ATLANTA, GA 30368-6953
DETROIT, MI 48226

                                      540 981-5532       540-524-5531

DESCRIPTION OF WORK

INVOICE NUMBER    8 - PROGRESSIVE
LABOR AND OTHER EXPENSES INCURRED BY CONSOLIDATED RAIL CORP
PERFORMING CONSTRUCTION WORK AS DESCRIBED BELOW
SAFETY ENHANCEMENT PROJECT, LIVERNOIS AVE., VERNOR HWY.
& SPRINGWELLS STREET
DETROIT LINE, LC 50-5221, MP 3.37, 3.58 & 4.53

CONTACT:  JAMES ORLANDO (CR)        PHONE: 856-231-2182
LOCATION: DETROIT, MI
WORK DONE 2011/01/09

CR BILL #M49025                      RSF

| | QTY | RATE | TOTAL |
|---|---|---|---|
| DEPARTMENT - MAINTENANCE OF WAY AND STRUCTURES | | | |
|   INVOICES AND OTHER | | | |
|     CSAO DETROIT TRK ZONE D6 | | | |
|   2011/04/01 JACOBS ENGINEERING GR 136148 | 1.00 | 300.0000 | 300.00 |
|   TOTAL INVOICES AND OTHER | | | 300.00 |
|    TOTAL OVERHEADS | | | 3.00 |
|    TOTAL INVOICE & OVERHEAD | | | 303.00 |
| TOTAL MAINTENANCE OF WAY AND STRUCTURES | | | 303.00 |
|     05/06 RECOVERY OF ADMINISTRATIVE FEE | | | 30.00 |
| FINAL TOTAL | | | $333.00 |

                                              $333.00

            1105251071      MAY 6, 2011        C10058

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900                     $333.00
DETROIT, MI 48226

                    PAYMENT DUE BY MAY 21, 2011

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953



110 FRANKLIN ROAD
ROANOKE, VA 24042-0034

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 1105251576 | MAY 20, 2011 | C10058 |

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

540 981-5532          540-524-5531

DESCRIPTION OF WORK

INVOICE NUMBER    9 - PROGRESSIVE
LABOR AND OTHER EXPENSES INCURRED NORFOLK SOUTHERN
LABOR AND OTHER EXPENSES INCURRED BY CONSOLIDATED RAIL CORP
PERFORMING CONSTRUCTION WORK AS DESCRIBED BELOW
SAFETY ENHANCEMENT PROJECT, LIVERNOIS AVE., VERNOR HWY.
& SPRINGWELLS STREET
DETROIT LINE, LC 50-5221, MP 3.37, 3.58 & 4.53

CONTACT:  JAMES ORLANDO (CR)        PHONE: 856-231-2182
LOCATION: DETROIT, MI
WORK DONE 2011/01/09

CR BILL #M49025                          RSF

| | QTY | RATE | TOTAL |
|---|---|---|---|
| DEPARTMENT - MAINTENANCE OF WAY AND STRUCTURES | | | |
| INVOICES AND OTHER | | | |
| CSAO DETROIT TRK ZONE D6 | | | |
| 2011/05/01 JACOBS ENGINEERING GR 149161 | 1.00 | 540.0000 | 540.00 |
| TOTAL INVOICES AND OTHER | | | 540.00 |
| TOTAL OVERHEADS | | | 5.40 |
| TOTAL INVOICE & OVERHEAD | | | 545.40 |
| TOTAL MAINTENANCE OF WAY AND STRUCTURES | | | 545.40 |
| 05/20 RECOVERY OF ADMINISTRATIVE FEE | | | 30.00 |
| FINAL TOTAL | | | $575.40 |

$575.40

1105251576      MAY 20, 2011          C10058

CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT, MI 48226

$575.40

PAYMENT DUE BY JUNE 4, 2011

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA, GA 30368-6953

6BILL    1B

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT
ATTN: ASHOK PATEL, P.E.
HEAD TRANSPORTATION ENGINEER
2633 MICHIGAN AVE
DETROIT MI  48216-1385

| **Invoice** | |
| --- | --- |
| Repeat Printout | |
| Invoice Number | 90084818 |
| Date | July 19, 2013 |
| Reference Number | F-00198 |
| Sales Order | 28059 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email:  JAMES.CLAYBORNE@NSCORP.
COM

Invoice 1 - FINAL
WBS F-00198 , Order 28059
Location: Detroit, MI
Agreement Dated 4/4/2012
For costs incurred by Consolidated Rail Corporation

Service Period(s):  May 2012 - June 2012, January 2013 - February 2013, July 2013

| Item Detail | |
| --- | --- |
| Charges | 532.58 |
| **Items total:** | 532.58 |
| **Final amount:** | **$532.58** |

Improvements to sidewalks on Central Avenue as part of the City of Detroit 2012 Safety Projects
Wayne County - Detroit, Michigan

Date first work performed: May 2012
Date last work completed:

Records supporting charges in this bill are in the office of
Miscellaneous Billing
110 Franklin Road, S.E.
Roanoke, VA 24042-0034
-------------------------------------------------------------------------
I certify that this is a fair and true bill for services performed, and that to the best of my knowledge, payment has not been
received.
-
-
-
Assistant Manager, Miscellaneous Billing

Post-
Petition
C230

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
110 FRANKLIN ROAD
ROANOKE VA  24042-0034



CITY OF DETROIT MI
ATTN: MR. MANILAL V. PATEL
65 CADILLAC SQUARE, SUITE 900
DETROIT MI  48226

| Invoice | |
|---|---|
| Repeat Printout | |
| Invoice Number | 90075539 |
| Date | July 19, 2013 |
| Reference Number | M-49025 |
| Sales Order | 29104 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email:  JAMES.CLAYBORNE@NSCORP.
COM

Invoice 10 - FINAL
WBS M-49025 , Order 29104
Location: Detroit, MI
Agreement Dated
For costs incurred by Consolidated Rail Corporation

Service Period(s):  January 2012, July 2013

| Item Detail | |
|---|---|
| Charges | 993.33 |
| **Items total:** | **993.33** |
| **Final amount:** | **$993.33** |

Safety Enhancement Project at Livernois Avenue (MP 3.37), Vernor Highway (MP 3.58) and Springwells Street (MP 4.53)
on the Detroit Line

Date first work performed: April 2010
Date last work completed:

Records supporting charges in this bill are in the office of
Miscellaneous Billing
110 Franklin Road, S.E.
Roanoke, VA 24042-0034
-------------------------------------------------------------
I certify that this is a fair and true bill for services performed, and that to the best of my knowledge, payment has not been
received.
-
-

-
Assistant Manager, Miscellaneous Billing

CONSOLIDATED RAIL CORPORATION
MISCELLANEOUS BILLING
11G FRANKLIN ROAD
ROANOKE VA 24042-0034



CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI 48226-2830

| Invoice | |
|---|---|
| Repeat Printout | |
| Invoice Number | 90091328 |
| Date | August 2, 2013 |
| Reference Number | RC10191005 |
| Sales Order | 3088 |

For questions, please contact:
James Clayborne
Telephone: 540-524-5562
Email: JAMES.CLAYBORNE@NSCORP.COM

Service Period(s): 09/01/2013 to 08/31/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Material: | RECURRING AGREEMENT | | | | |
| | Quantity: | 1 EA | | | | |
| | Prices: | Unit Price | 770.00 USD per 1 | EA | | 770.00 |
| **Items total:** | | | | | | **770.00** |
| **Final amount:** | | | | | | **$770.00** |

LEASE OF 0.703 ACRES OF LAND IN CONNECTION W/WATER AND SEWER PLANT LOCATED AT DETROIT (WAYNE COUNTY) MI FORMERLY CRR RENT# 93068302 FORMERLY CRR REGISTRY# 289459

## PLEASE PAY THIS AMOUNT

Please Detach and Remit with Payment

| Invoice Number | Invoice Date | Customer |
|---|---|---|
| 90091328 | August 2, 2013 | 102403 |

CITY OF DETROIT MI
ATTN MILDRED MORRIS - ROOM 1801
735 RANDOLPH STREET
DETROIT MI 48226-2830

**PAYMENT DUE BY SEPTEMBER 1, 2013**

**AMOUNT DUE** $770.00

Remit To:

CONSOLIDATED RAIL CORPORATION
P.O. BOX 116953
ATLANTA GA 30368-6953