# EXHIBIT 4: LIST OF INVOICES

4833-6760-8360.1

# LIST OF PAID CONSOLIDATED RAIL INVOICES

| Vendor | Invoice No. | Invoice Amount | Amount Paid | Check Number | Check Date |
|---|---|---|---|---|---|
| Conrail | 90066650 | 334.96 | 334.96 | 2059323 | 2/20/2015 |
| Conrail | 90000080 | 25.00 | 25.00 | 2059323 | 2/20/2015 |
| Conrail | 90056194 | 25.00 | 25.00 | 2033662 | 1/10/2014 |
| Conrail | 90000543 | 579.39 | 579.39 | 2033662 | 1/21/2014 |
| Conrail | 90058825 | 591.03 | 591.03 | 2033662 | 1/10/2014 |
| Conrail | 90000544 | 221.00 | 221.00 | 2033662 | 1/10/2014 |
| Conrail | 90060467 | 224.32 | 224.32 | 2033662 | 1/10/2014 |
| Conrail | 90000545 | 221.00 | 221.00 | 2033662 | 1/10/2014 |
| Conrail | 90060468 | 224.32 | 224.32 | 2033662 | 1/10/2014 |
| Conrail | 90000546 | 221.00 | 221.00 | 2033662 | 1/10/2014 |
| Conrail | 90035805 | 770.00 | 770.00 | 2033662 | 1/10/2014 |
| Conrail | 9108301655 | 770.00 | 770.00 | 2033662 | 1/10/2014 |
| Norfolk Southern* | 1011251046 | 1,468.24 | 1,468.24 | 3187121 | 12/7/2011 |
| Norfolk Southern* | 1101251192 | 866.28 | 866.28 | 3186259 | 12/2/2011 |
| Norfolk Southern* | 1102250733 | 275.94 | 275.94 | 3186259 | 12/2/2011 |
| Norfolk Southern* | 1103251376 | 282.45 | 282.45 | 3186259 | 12/2/2011 |
| Norfolk Southern* | 1105251071 | 333.00 | 333.00 | 3186259 | 12/2/2011 |
| Norfolk Southern* | 1105251576 | 575.40 | 575.40 | 3186259 | 12/2/2011 |

*Paid to Consolidated Rail

**Total: $8,008.33**