IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------X
: Chapter 9
IN RE :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Steven W. Rhodes
DEBTOR :
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2015, I electronically filed *The City of Detroit's Objection to Claim No. 3646 Filed By Consolidated Rail Corporation as Late-Filed, Duplicative, and Partially Satisfied* (the "Objection") with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Objection to its Master Service List and file a subsequent Proof of Service after it has performed the service. In addition, I hereby certify that on September 24, 2015 we have served a copy to Claimant's Counsel via First Class US Mail at the address below:

John K. Enright, Esq.
Associate General Counsel
Consolidated Rail Corporation
1717 Arch Street, 13th Floor
Philadelphia, PA 19103

Dated: September 24, 2015

FOLEY & LARDNER LLP

By: */s/ Tamar N. Dolcourt*
John A. Simon (P61866)
Jeffrey S. Kopp (P59485)
Tamar N. Dolcourt (P73425)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
jsimon@foley.com
jkopp@foley.com
tdolcourt@foley.com
*Counsel for the City of Detroit*