IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------------------x
                                                             :   Chapter 9
In re                                                        :
                                                             :   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                                   :
                                                             :   Hon. Thomas J. Tucker
                                    Debtor                   :
-------------------------------------------------------------x
```

# NOTICE OF THE CITY OF DETROIT'S OBJECTION TO CLAIM NO. 1288 FILED BY 36TH DISTRICT COURT

**PLEASE TAKE NOTICE THAT** the City of Detroit (the "City"), by and through its undersigned counsel, has filed an objection to claim number 1288 filed by 36th District Court, State of Michigan (the "Claim") as a duplicate claim (the "Objection") and for an order disallowing and expunging the Claim.

If you do not want the court to change your claim, or grant the relief request in the Objection, then on or before **October 21, 2015**, you or your lawyer must:

1. File with the court, at the address below, a written response to the objection. Unless a written response is filed and served by the date specified, the court may decide that you do not oppose the objection to your claim.

Clerk of the Court<br>
United States Bankruptcy Court<br>
211 W. Fort Street, Suite 2100<br>
Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

2. A copy of your response must also be mailed to counsel for the City:

>    John A. Simon
>    Jeffrey S. Kopp
>    Tamar N. Dolcourt
>    Leah R. Imbrogno
>    Foley & Lardner LLP
>    500 Woodward Ave., Ste. 2700
>    Detroit, MI 48226

3. You must also attend the hearing on the objection scheduled to be held on **October 28, 2015** at 1:30 p.m. in Courtroom 1925, 211 W. Fort Street, Detroit, MI 48226 unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled and the objection sustained.**

Date: September 24, 2015

        FOLEY & LARDNER LLP

        By: /s/ *Tamar N. Dolcourt*
        John A. Simon (P61866)
        Jeffrey S. Kopp (P59485)
        Tamar N. Dolcourt (P73425)
        Leah R. Imbrogno (P79384)
        500 Woodward Ave., Ste. 2700
        Detroit, MI 48226
        313.234.7100
        jsimon@foley.com
        jkopp@foley.com
        tdolcourt@foley.com
        limbrogno@foley.com

        *Counsel for the Debtor, City of Detroit, Michigan*