# EXHIBIT 1: PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-----------------------------------------------------------x
  :  Chapter 9
In re  :
  :  Case No. 13-53846
CITY OF DETROIT, MICHIGAN,  :
  :  Hon. Thomas J. Tucker
     Debtor  :
-----------------------------------------------------------x

**ORDER GRANTING THE CITY OF DETROIT'S OBJECTION TO CLAIM NO. 1288 FILED BY 36TH DISTRICT COURT AS A DUPLICATE CLAIM**

Upon the objection to Claim No. 1288 as a duplicate claim, dated September 24, 2015 (the "Objection"),[1] of the Debtor, the City of Detroit, Michigan (the "City"), seeking entry of an order disallowing and expunging Claim No. 1288 as described in the Objection, and it appearing that this Court has jurisdiction over the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Objection in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Objection is in the best interests of the City, and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and it appearing that no other or further notice of the Objection need be given; and a hearing on the Objection having been held before the Court; and any objections to the Objection having been overruled or withdrawn; and the Court finding that the legal and factual bases set forth in the Objection and at the hearing establish just cause for the relief granted; after due deliberation and good and sufficient cause appearing therefore; it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

ORDERED that:

1. The Objection is granted as set forth herein.

2. Claim No. 1288 hereby disallowed and expunged in their entirety, pursuant to Section 502(b) of the Bankruptcy Code.

3. Claim No. 2422 shall remain on the claims register, and is not disallowed or expunged by this Order.

4. The City's claims agent is hereby authorized to update the claims register to reflect the relief granted in this Order.

5. The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6. Notice of the Objection as provided therein is good and sufficient notice of such objection and the requirements of Bankruptcy Rule 3007(a) and the local rules of the Court are satisfied by such notice.

2

4823-5675-4728.1

13-53846-tjt    Doc 10203-2    Filed 09/24/15    Entered 09/24/15 15:25:59    Page 3 of 3