# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE<br><br>CITY OF DETROIT, MICHIGAN,<br><br>　　　　　　　DEBTOR | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2015, I electronically filed *The City of Detroit's Objection to Claim No. 1288 Filed by 36th District Court as a Duplicate Claim* (the "Objection") with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Objection on its Master Service List and file a subsequent Proof of Service after it has performed the service. In addition, I hereby certify that on September 24, 2015 we have served a copy to Claimant's Counsel via First Class US Mail at the address below:

John T. Gregg, Esq.
Barnes & Thornburg LLP
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI 49503

Dated: September 24, 2015

　　　　　　　　　　　　　　　　　　FOLEY & LARDNER LLP

　　　　　　　　　　　　　　　　　　By: */s/ Tamar N. Dolcourt*
　　　　　　　　　　　　　　　　　　John A. Simon (P61866)
　　　　　　　　　　　　　　　　　　Jeffrey S. Kopp (P59485)
　　　　　　　　　　　　　　　　　　Tamar N. Dolcourt (P73425)
　　　　　　　　　　　　　　　　　　500 Woodward Ave., Ste. 2700
　　　　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　　　　313.234.7100
　　　　　　　　　　　　　　　　　　jsimon@foley.com
　　　　　　　　　　　　　　　　　　jkopp@foley.com
　　　　　　　　　　　　　　　　　　tdolcourt@foley.com
　　　　　　　　　　　　　　　　　　*Counsel for the City of Detroit*