FILED

2015 SEP 29 P 3:15

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

Debtor

Bankruptcy Case No. 13-53846

Honorable Thomas J. Tucker

Chapter 9

## EX PARTE MOTION TO FILE A PAPER RESPONSE TO THE MOTION OF THE CITY OF DETROIT (R. 10183) FOR AN INJUNCTION REQUIRING THE SENIOR ACCOUNTANTS, ANALYSTS AND APPRAISERS' ASSOCIATION (SAAA) TO WITHDRAW A GRIEVANCE ON BEHALF OF ITS MEMBER CEDRIC COOK

1. The City of Detroit has filed a motion requesting the SAAA to withdraw with prejudice a grievance that the SAAA filed protesting the post-petition discharge from employment of its member Cedric Cook.

2. The SAAA is a small labor organization representing employees of the City of Detroit. It is not affiliated with any national or statewide labor organization.

3. In the attached brief, the SAAA asserts that this Court should deny the City's motion because the grievance it filed concerns events that occurred after the petition was filed and is protected, not barred, by the Plan of Adjustment and by this Court's Confirmation Order.

RECEIVED

SEP 29 2015

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

1

4.     The SAAA cannot file this answer under the Court's ECF system because the undersigned attorney has not been trained or certified to be a part of that system.

5.     In addition to the fact that there are no ECF classes scheduled before the due date for the SAAA's answer (September 29, 2015), the undersigned attorney has practiced for 39 years, has never had occasion to appear in the United States Bankruptcy Court, and does not anticipate having further occasions to appear in this Court after this motion is decided.

6.     For the foregoing reasons, the SAAA asks permission to file its brief in response to the City's motion in paper. The original of the SAAA's response, the exhibits attached to it, and a proposed order are attached to this motion.

<div style="margin-left:40%;">

By the SAAA's Attorneys,
SCHEFF & WASHINGTON, P.C.

BY: _____
George B. Washington (P-26201)
615 Griswold, Suite 910
Detroit, Michigan 48226
(313) 963-1921

</div>

Dated: September 29, 2015

## CERTIFICATE OF SERVICE

George B. Washington certifies that he served a copy of the foregoing Brief on Behalf of the Senior Accountants, Analysts and Appraisers' Association in response to the City's request for an injunction to block an arbitration proceeding by hand delivering it to counsel for the City of Detroit at the following address:

Mark N. Swanson
Miller, Canfield, Paddock and Stone, PLLC
150 West Jefferson, Suite 2500
Detroit, MI 48226

George B. Washington (P-26201)

Dated: September 29, 2015

# EXHIBIT 1—PROPOSED ORDER

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Honorable Thomas J. Tucker |
| Debtor | Chapter 9 |

**[PROPOSED] ORDER GRANTING THE SENIOR ACCOUNTANTS, ANALYSTS AND APPRAISERS' ASSOCIATION'S MOTION TO FILE A PAPER RESPONSE TO THE CITY OF DETROIT'S MOTION (R. 10183) FOR AN INJUNCTION REQUIRING THE SENIOR ACCOUNTANTS, ANALYSTS AND APPRAISERS' ASSOCIATION(SAAA) TO WITHDRAW A GRIEVANCE FILED ON BEHALF OF ITS MEMBER CEDRIC COOK**

This matter having come before the Court on the Senior Accountants, Analysts and Appraisers' Association's motion to file a paper response to the City of Detroit's motion to require it to withdraw a grievance filed on behalf of its member Cedric Cook, and the Court being fully advised in the premises,

THE COURT ORDERS THAT the motion to file a paper response is granted.

HONORABLE THOMAS J. TUCKER
UNITED STATES BANKRUPTCY JUDGE