

~~EXHIBIT 1~~—PROPOSED ORDER

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

Debtor

Bankruptcy Case No. 13-53846

Honorable Thomas J. Tucker

Chapter 9

### ~~[PROPOSED]~~ ORDER GRANTING THE SENIOR ACCOUNTANTS, ANALYSTS AND APPRAISERS' ASSOCIATION'S MOTION TO FILE A PAPER RESPONSE TO THE CITY OF DETROIT'S MOTION (R. 10183) FOR AN INJUNCTION REQUIRING THE SENIOR ACCOUNTANTS, ANALYSTS AND APPRAISERS' ASSOCIATION(SAAA) TO WITHDRAW A GRIEVANCE FILED ON BEHALF OF ITS MEMBER CEDRIC COOK

This matter having come before the Court on the Senior Accountants, Analysts and Appraisers' Association's motion to file a paper response to the City of Detroit's motion to require it to withdraw a grievance filed on behalf of its member Cedric Cook, and the Court being fully advised in the premises,

THE COURT ORDERS THAT the motion to file a paper response is granted.

_____  9-30-15
HONORABLE THOMAS J. TUCKER
UNITED STATES BANKRUPTCY JUDGE