UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

**ORDER MODIFYING ORDER MODIFYING THE COURT'S MAY 29, 2015 ORDER REGARDING FURTHER PROCEEDINGS ON THE CITY OF DETROIT'S OBJECTIONS TO PROOF OF CLAIM NUMBER 2581 FILED BY THE COALITION OF DETROIT UNIONS, AND TO THE PROOF OF CLAIM NUMBER 2958 FILED BY MICHIGAN AFSCME COUNCIL 25 AND ITS AFFILIATED DETROIT LOCALS**

This case is before the Court on the stipulation filed on September 30, 2015, entitled "Stipulation for the Entry of an Order Modifying Order Modifying the Court's May 29, 2015 Order Regarding Further Proceedings on the City of Detroit's Objections to Proof of Claim Number 2581 Filed by the Coalition of Detroit Unions, and to the Proof of Claim Number 2958 Filed by Michigan AFSCME Council 25 and its Affiliated Detroit Locals" (Docket # 10218, the "Stipulation"). Based on the Stipulation,

IT IS ORDERED THAT:

1. The Court's July 19, 2015 Order entitled "Order Modifying the Court's May 29, 2015 Order Regarding Further Proceedings on the City of Detroit's Objections to Proof of Claim Number 2581 Filed by the Coalition of Detroit Unions, and to the Proof of Claim Number 2958 filed by Michigan AFSCME Council 25 and its Affiliated Detroit Locals" (Docket # 10071, the "Order") is modified as follows:

    A. The filing deadlines in paragraph 1.A of the Order are extended from September 30, 2015 to November 30, 2015.

B. The filing deadlines in paragraph 1.B of the Order are extended from November 30, 2015 to January 29, 2016.

C. The filing deadlines in paragraph 1.C of the Order are extended from December 31, 2015 to February 29, 2016.

D. The filing deadlines in paragraph 1.D of the Order are extended from October 14, 2015 to December 14, 2015.

.

**Signed on September 30, 2015**

                                      _____/s/ Thomas J. Tucker_____
                                      Thomas J. Tucker
                                      United States Bankruptcy Judge