**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **10/28/15** at **01:30 PM** to consider and act upon the following:

*10183* − Motion to Enforce Motion for Entry of an Order (I) Enforcing the Plan of Adjustment and (II) Requiring the Withdrawal with Prejudice of the August 2, 2013, Grievance Filed by the Senior Accountants, Analysts, and Appraisers Association on Behalf of Cedric Cook Filed by Debtor In Possession City of Detroit, Michigan (Swanson, Marc)

Dated: 10/1/15

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: christine sikula
Deputy Clerk