# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-------------------------------------------------------x
                                        :
In re                                   :          Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              :          Case No. 13-53846
                                        :
            Debtor.                     :          Judge Thomas J. Tucker
-------------------------------------------------------x
```

## ORDER REGARDING THE FILING OF OBJECTIONS
## TO CERTAIN CLAIMS FILED BY THE STATE OF MICHIGAN

Upon the stipulation (Docket # 10221, the "Stipulation") of the City of Detroit (the

"City"), and the State of Michigan (the "State"), for entry of an order regarding the filing of

objections to certain State claims, namely, proof of claim numbered 3750 (the "Claim"); and the

Court being fully advised

in the premises;

IT IS ORDERED that the City may object to the Claim through and including December

7, 2015.

.

**Signed on October 01, 2015**

          /s/ **Thomas J. Tucker**

          **Thomas J. Tucker**

          **United States Bankruptcy Judge**
