# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

**STIPULATION FOR ADJOURNMENT OF HEARING ON CITY OF DETROIT'S MOTION FOR ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT AND (II) REQUIRING THE WITHDRAWAL WITH PREJUDICE OF THE AUGUST 2, 2013, GRIEVANCE FILED BY THE SENIOR ACCOUNTANTS, ANALYSTS, AND APPRAISERS ASSOCIATION ON BEHALF OF CEDRIC COOK**

The City of Detroit, Michigan ("City") and the Senior Accountants, Analysts and Appraisers Association on behalf of Cedric Cook ("Cook), by their undersigned counsel, hereby stipulate and agree as follows:

1. On October 1, 2015, this Court issued a notice of hearing for October 28, 2015 on the *City of Detroit's Motion for Entry of an Order (I) Enforcing the Plan of Adjustment and (II) Requiring the Withdrawal with Prejudice of the August 2, 2013, Grievance Filed by the Senior Accountants, Analysts, and Appraisers Association on Behalf of Cedric Cook* ("Motion"). [Doc. No. 10183]

2. The City's counsel is unavailable on October 28, 2015. The parties have conferred and discussed other possible Wednesdays on which they are available for a hearing. The Senior Accountant's counsel is unavailable on November 4 and 18, 2015, due to an arbitration and jury trial. November 11, 2015 is a Court holiday. The parties are available on November 25, 2015 or December 2, 2015.

WHEREFORE, the Parties respectfully request that the Court enter an order adjourning the hearing on the Motion to either November 25, 2015 or December 2, 2015, in substantially in the form as the proposed order attached as Exhibit 1.

STIPULATED AND AGREED TO ON OCTOBER 5, 2015:

SCHEFF & WASHINGTON, PC

By: /s/ George B. Washington
George B. Washington (P26201)
615 Griswold, Suite 910
Detroit, MI 48226
Telephone: (313) 963-1921

Counsel for Senior Accountants, Analysts, and Appraisers Association

MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Counsel for the City of Detroit, Michigan

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING STIPULATION FOR ADJOURNMENT OF HEARING ON CITY OF DETROIT'S MOTION FOR ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT AND (II) REQUIRING THE WITHDRAWAL WITH PREJUDICE OF THE AUGUST 2, 2013, GRIEVANCE FILED BY THE SENIOR ACCOUNTANTS, ANALYSTS, AND APPRAISERS ASSOCIATION ON BEHALF OF CEDRIC COOK**

Upon the Stipulation for Adjournment of Hearing on the City of Detroit's Motion for Entry of an Order (I) Enforcing the Plan of Adjustment and (II) Requiring the Withdrawal with Prejudice of the August 2, 2013, Grievance Filed by the Senior Accountants, Analysts, and Appraisers Association on Behalf of Cedric Cook ("Motion") [Doc. No. 10183]; and the Court being otherwise advised in the premises;

IT IS ORDERED THAT:

1. The hearing on the Motion, currently scheduled to take place October 28, 2015 at 1:30 p.m., is hereby adjourned to _____, ____, 2015 at __:__ __.m.