# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

### ORDER APPROVING STIPULATION FOR ADJOURNMENT OF HEARING, AND ADJOURNING HEARING, ON CITY OF DETROIT'S MOTION FOR ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT AND (II) REQUIRING THE WITHDRAWAL WITH PREJUDICE OF THE AUGUST 2, 2013, GRIEVANCE FILED BY THE SENIOR ACCOUNTANTS, ANALYSTS, AND APPRAISERS ASSOCIATION ON BEHALF OF CEDRIC COOK

Upon the stipulation (Docket # 10224) seeking an adjournment of the hearing on the City of Detroit's Motion for Entry of an Order (I) Enforcing the Plan of Adjustment and (II) Requiring the Withdrawal with Prejudice of the August 2, 2013, Grievance Filed by the Senior Accountants, Analysts, and Appraisers Association on Behalf of Cedric Cook (Docket # 10183, the "Motion");

IT IS ORDERED that the hearing on the Motion, currently scheduled for October 28, 2015 at 1:30 p.m., is adjourned to **December 2, 2015 at 1:30 p.m.**

.

**Signed on October 05, 2015**

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Thomas J. Tucker
　　　　　　　　　　　　　　　　　　　　　　　Thomas J. Tucker
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge