UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

### REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Wolfgang Mueller, on behalf of creditors, Dwayne Provience, Richard Mack, and Gerald and Alecia Wilcox, request to be removed from receiving electronic notices in the above-captioned case at the following e-mail addresses:

- wolf@wolfmuellerlaw.com

- wmueller@olsmanlaw.com

    Respectfully submitted,

    MUELLER LAW FIRM

    /s/Wolfgang Mueller
    Wolfgang Mueller (P43728)
    Attorney for Creditors, Dwayne Provience,
    Richard Mack & Gerald and Alecia Wilcox
    34405 W. Twelve Mile Rd., Ste. 200A
    Farmington Hills, MI 48331
    248-489-9653
    wolf@wolfmuellerlaw.com

Dated: October 12, 2015