UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                               Chapter 9

City of Detroit, Michigan,                           Case No. 13-53846

    Debtor,                                   Judge Thomas J. Tucker
_____/

**ORDER REGARDING MEDIATION OF CERTAIN MATTERS
RELATING TO THE GREAT LAKES WATER AUTHORITY**

    Under 11 U.S.C. § 105, on August 13, 2013, a Mediation Order was issued in this case, outlining a process for conducting facilitative mediations of matters referred within the context of the bankruptcy litigation.

    In April 2014, the Honorable Sean F. Cox was appointed to serve as the mediator for discussions and negotiations related to the potential establishment of a regional authority to operate and manage the Detroit Water and Sewerage Department. In an Order issued on November 26, 2014, Judge Rhodes[1] ordered that Judge Cox would continue to serve as a judicial mediator in this case for purposes of facilitative mediation of matters regarding the Great Lakes Water Authority. (Docket # 8468). In an order issued on June 5, 2015, the undersigned judge extended the time period during which mediations under the above orders could take place, extending the time period to January 1, 2016. (Docket # 9942).

    Judge Cox has apprised this Court that, in connection with the efforts concerning the establishment and standing up of the Great Lakes Water Authority and the Detroit Water and Sewerage Department - Retail ("DWSD-R"), there are certain labor relations issues that require

---

[1] Judge Steven Rhodes presided over this case until his retirement, at which time the undersigned judge was assigned to this case.

facilitative mediation. Judge Cox recommends that this Court appoint the Honorable Victoria Roberts, who successfully conducted other labor relations mediations in connection with this case, to assist him with those efforts. Therefore,

IT IS ORDERED that:

1. With her consent, the Honorable Victoria Roberts, United Stated District Judge, Eastern District of Michigan, will serve as a judicial mediator in this case for the purpose of facilitative mediation of labor relation matters regarding the DWSD-R /Great Lakes Water Authority. As such, she is authorized to enter any order necessary for the facilitation of mediation proceedings on such matters.

2. All parties listed on Exhibit A must participate in mediation as required by Judge Roberts.

3. All parties are reminded that proceedings, discussions, negotiations, and writings incident to mediation will be privileged and confidential, and may not be disclosed, filed or placed in evidence.

4. For each mediation session, Judge Roberts will have the authority to establish the mediation process, including the submission of documents, the attendance of parties with authority to settle, the procedure governing the mediation, and the schedule for the mediation.

5. The judicial mediator may not be called as a witness.

6. Mediations under this Order may not extend beyond January 1, 2016.

**IT IS SO ORDERED.**

**Signed on October 13, 2015**                               /s/ Thomas J. Tucker
                                                             **Thomas J. Tucker**
                                                             **United States Bankruptcy Judge**

| | A. DWSD Locals/Unions |
|---|---|
| 1. | Sanitary Chemists and Technicians Association (SCATA) |
| 2. | Association of Detroit Engineers (ADE) |
| 3. | Association of Municipal Engineers (AME) |
| 4. | Building Trades |
| 5. | American Federation of State, County and Municipal Employees (AFSCME) Local 207 |
| 6. | American Federation of State, County and Municipal Employees (AFSCME) Local 2394 |
| 7. | American Federation of State, County and Municipal Employees (AFSCME) Local 2920 |
| 8. | Association of Professional and Technical Employees (APTE) |
| 9. | Association of Professional Construction Inspectors (APCI) |
| 10. | Utility Workers Union of America 488/531 |
| 11. | Utility Workers Local 504 |
| 12. | Sr. Accountants, Analysts and Appraisers Association (SAAA) |
| 13. | International Union of Operating Engineers (I.U.O.E.) Local 324 |
| 14. | Sr. Water Systems Chemist Association (SWSCA) |
| 15. | Teamsters Local 214 |
| 16. | United Auto Workers (UWA) Local 2200 |

| | B. Other Parties Ordered to Mediate |
|---|---|
| 1. | The City of Detroit |
| 2. | The Detroit Water and Sewerage Department – Retail (DWSD-R) |