UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
: 
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN : Case No. 13-53846
:
Debtor. : Hon. Steven W. Rhodes
:
:
---------------------------------------------------------------x

# WITHDRAWAL OF PROOF OF CLAIM NO. 704

Claimant Koehler Market LLC, by its attorneys, hereby withdraws its Proof of Claim No. 704 because it has been satisfied.

                  Respectfully submitted,

                  HONIGMAN MILLER SCHWARTZ AND COHN LLP
                  Attorneys for Koehler Market LLC

                  By:/s/ Judy B. Calton
                     Judy B. Calton (P38733)
                  2290 First National Building
                  660 Woodward Avenue
                  Detroit, MI 48226
                  (313) 465-7344
                  jcalton@honigman.com

Dated: October 15, 2015

## CERTIFICATE OF SERVICE

I certify that on October 15, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Koehler Market LLC

        By:/s/ Judy B. Calton
            Judy B. Calton (P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226
        (313) 465-7344
        jcalton@honigman.com