IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
In re : Chapter 9
:
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Judge Thomas J. Tucker
Debtor :
------------------------------------------------------- x

**ORDER GRANTING THE CITY OF DETROIT'S *EX PARTE* MOTION FOR SECOND EXTENSION OF THE CLAIMS OBJECTION BAR DATE**

Upon consideration of the City's *Ex Parte* Motion for Second Extension of the Claims Objection Bar Date, filed October 15, 2015 (Docket # 10229, the "Motion"),[1] seeking entry of an order extending the Claims Objection Bar Date; and it appearing that this Court has jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the City, and its creditors; and due and proper notice of the Motion having been given as provided in the Motion; and it appearing that no other or further notice of the Motion need be given; and the Court finding that the legal and factual bases set forth in the Motion establish just cause for the relief granted; and after due deliberation and good and sufficient cause appearing therefore;

IT IS ORDERED that:

1. The Motion is granted as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2. The Claim Objection Deadline, as set forth in the Plan, including the deadline for the City to object to claims, is extended from December 7, 2015 to June 7, 2016.

3. This Order is without prejudice to the rights of the City and any other parties-in-interest entitled to object to claims to request a further extension of the Claims Objection Bar Date.

4. This Court will retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order.

5. Notice of the Motion as provided therein is good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a) and the local rules of the Court are satisfied by such notice.

.

**Signed on October 16, 2015**

                                          /s/ Thomas J. Tucker
                                          Thomas J. Tucker
                                          United States Bankruptcy Judge