IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
:   Chapter 9
In re :
:   Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
:   Judge Thomas J. Tucker
Debtor :
------------------------------------------------------- x

**ORDER ADJOURNING RESPONSE DATE AND HEARING ON DEBTOR'S OBJECTION TO CLAIM NUMBER 2780 FILED BY THOMAS NUNLEY**

Upon the stipulation (Docket # 10234, the "Stipulation") of the City of Detroit (the "City"), and Thomas Nunley, the holder of Claim Number 2780, for entry of an order adjourning the hearing on the City's Fifteenth Omnibus Objection to Certain No-Basis Claims (Dkt. No. 9739) as to Claim Number 2780 only (the "Objection"); and the Court being fully advised in the premises;

IT IS ORDERED that the hearing on the Objection as to Claim Number 2780 only, currently scheduled to be held on October 28, 2015 at 1:30 p.m., is adjourned to **December 2, 2015 at 1:30 p.m.**

.

**Signed on October 23, 2015**

                                                                   /s/ Thomas J. Tucker
                                                          Thomas J. Tucker
                                                          United States Bankruptcy Judge