Form ntchrgadj

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF ADJOURNMENT OF ISSUANCE OF BENCH OPINION

**PLEASE TAKE NOTICE** that the hearing on 10/28/2015 at 1:30 PM to consider and act upon the following:

*9970* – Motion to Enforce City Of Detroits Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring the Dismissal of the State Court Action Filed by Tanya Hughes Filed by Debtor In Possession City of Detroit, Michigan (Swanson, Marc)

is hereby adjourned to **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **12/2/15** at **01:30 PM**. Note: the Court is adjourning this bench opinion control date because the Court intends to issue its decision on the motion by issuing in a written opinion and order, rather than by issuing a bench opinion.

Dated: 10/23/15

                                              BY THE COURT

                                              Katherine B. Gullo
                                              Clerk, U.S. Bankruptcy Court

                                              BY: christine sikula
                                              Deputy Clerk