# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------- X
: Chapter 9
IN RE :
: Case No. 13-53846
City Of Detroit, Michigan, :
:
               DEBTOR : Judge Thomas J. Tucker
------------------------------------------------------- X

## ORDER APPROVING STIPULATION TO WITHDRAW CLAIM NO. 3646 FILED BY CONSOLIDATED RAIL CORPORATION

This case is before the Court on the *Stipulation to Entry of Order Withdrawing Claim No. 3646* (Docket # 10233, the "Stipulation"); Conrail[1] having filed Claim No. 3646 in the above-captioned bankruptcy case; the parties having agreed that Claim No. 3646 is duplicative of Claim Nos. 142 and 143 filed by Norfolk Southern Corporation in the case; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. Claim No. 3646 filed by Conrail is withdrawn and disallowed in its entirety.

2. Nothing in the Stipulation or this Order affects the rights of the City with respect to Conrail or Conrail with respect to the City in any other circumstances, and the parties reserve all such rights.

.

**Signed on October 23, 2015**

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge