| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

**In re:**

The City of Detroit        **Case No.:** 13-53846

                 **Debtor.**

_____/

B&C Land Development Corporation,

       **Appellant,**

    **v.**

The City of Detroit,

       **Appellee.**

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| __x__ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| _____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| _____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| _____ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| _____ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

**Date:** 10/26/2015            **Name:** /s/Horace D. Cotton

---

Name and address of interested Parties:

The City of Detroit. Two Woodward Avenue, Detroit, MI 48226

B&C Land Development Corporation, 8711 Michigan Avenue, Detroit, MI 48210