UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
:  Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Thomas J. Tucker
Debtor :
------------------------------------------------------- x

### CERTIFICATE OF NO RESPONSE TO THE CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1288 FILED BY 36th DISTRICT COURT AS A DUPLICATE CLAIM

(Docket No. 10203)

The undersigned certifies that on September 24, 2015, she caused the City of Detroit's Objection to Claim Number 1288 Filed by 36th District court [Docket No. 10203] (the "Objection") and a Notice of the Objection (the "Notice") [Docket No. 10203], to be filed with the Court and served upon Claimant's Counsel, via First Class US Mail at the address listed therein (the "Claimant"). *See* Certificate of Service attached to the Objection [Docket No. 10203] and attached hereto as **Exhibit B.**

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") and the Notice, the Claimants were required to file a response to the relief requested in the Objection, if any, on or before October 21, 2015. No response regarding the Objection was filed and served.

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order in the form attached hereto as **Exhibit A**, granting the Objection.

4839-0622-0329.1

Dated: October 27, 2015
Detroit, Michigan

FOLEY & LARDNER LLP

/s/ _Tamar N. Dolcourt_
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
Leah R. Imbrogno (P79384)
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
(313) 234-7100 (Telephone)
(313) 234-2800 (Facsimile)

*Counsel for the City of Detroit Michigan*

2

4839-0622-0329.1