# EXHIBIT B

## Certificates of Service

4839-0622-0329.1

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
-------------------------------------------------------X
                                                       :    Chapter 9
IN RE                                                  :
                                                       :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                             :
                                                       :    Hon. Steven W. Rhodes
                          DEBTOR                       :
-------------------------------------------------------X
```

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2015, I electronically filed *The City of Detroit's Objection to Claim No. 1288 Filed by 36th District Court as a Duplicate Claim* (the "Objection") with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Objection on its Master Service List and file a subsequent Proof of Service after it has performed the service. In addition, I hereby certify that on September 24, 2015 we have served a copy to Claimant's Counsel via First Class US Mail at the address below:

    John T. Gregg, Esq.
    Barnes & Thornburg LLP
    171 Monroe Avenue, NW, Suite 1000
    Grand Rapids, MI  49503

Dated: September 24, 2015

        FOLEY & LARDNER LLP

        By: */s/ Tamar N. Dolcourt*
        John A. Simon (P61866)
        Jeffrey S. Kopp (P59485)
        Tamar N. Dolcourt (P73425)
        500 Woodward Ave., Ste. 2700
        Detroit, MI 48226
        313.234.7100
        jsimon@foley.com
        jkopp@foley.com
        tdolcourt@foley.com
        *Counsel for the City of Detroit*

4823-6554-4489.1

13-53846-tjt    Doc 10269-3    Filed 09/24/15    Entered 09/24/15 14:25:59    Page 2 of 2
13-53846-tjt    Doc 10269    Filed 09/24/15    Entered 09/24/15 14:04:02    Page 2 of 2