UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re<br><br>    CITY OF DETROIT, MICHIGAN,<br><br>        Debtor.<br>_____<br><br>Johnathan Brown, on behalf of himself and<br>a class of others similarly situated,<br><br>        Plaintiff.<br>v.<br><br>City of Detroit,<br><br>        Defendant.<br>_____ | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

**REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES**

PLEASE TAKE NOTICE that Mercedes Varasteh Dordeski requests to be removed from receiving electronic notices in the above-captioned case at the following email address:

mdordeski@foleymansfield.com

Attorney Dordeski no longer represents the above-referenced Plaintiff.

                                                Respectfully submitted,

                                                /s/ Mercedes Varasteh Dordeski
                                                Mercedes Varasteh Dordeski
                                                Foley & Mansfield PLLP
                                                130 East Nine Mile Road
                                                Ferndale, MI 48220
                                                Telephone: (248) 721-4200
                                                Facsimile: (248) 721-4201