**EXHIBIT 2: SATISFIED CLAIMS TO BE DISALLOWED**

## SATISFIED CLAIMS

| Claim No. | Creditor Name and Address | Amount of Claim | Classification of Claim |
|---|---|---|---|
| 790 | Frank Okolo<br>P.O. Box 1106<br>Garden City, MI 48136-1106 | $5,906.13 | General Unsecured Trade Claim |
| 1381 | Donnita Grace Cleveland<br>19432 Rutherford<br>Detroit, MI 48235 | $85,000.00 | Secured Litigation Claim |
| 2971 | Mid-America Evaluation Group<br>Attn: Accounts Payable<br>28175 Haggerty Rd.<br>Novi, MI 48377 | $160,538.00 | General Unsecured Trade Claim |
| 591 | Altura Communication Solutions LLC<br>Attn: Linda Pittman<br>1335 S Acacia Ave<br>Fullerton, CA 92831 | $168,624.05 | General Unsecured Trade Claim |
| 1059 | Cummings, McClorey, Davis & Acho, PLC<br>Ronald G. Acho<br>33900 Schoolcraft Road<br>Livonia, MI 48150 | $106,524.94 | General Unsecured Trade Claim |
| 1276 | DTE Electric Company f/k/a the Detroit Edison Company<br>876 WCB<br>One Energy Plaza<br>Detroit, MI 48226 | $40,257.24 | General Unsecured Utility Claim |
| 1277 | DTE Electric Company<br>735 WCB<br>One Energy Plaza<br>Detroit, MI 48226 | $9,648.72 | General Unsecured Utility Claim |
| 1035 | Emerson Process Management Power & Water Solutions, Inc.<br>c/o John J. Cruciani<br>Husch Blackwell LLP<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112 | Unliquidated | Trade Claim |

| | | | |
|---|---|---|---|
| 1036 | Emerson Process Management Power & Water Solutions, Inc. c/o John J. Cruciani Husch Blackwell LLP 4801 Main Street, Suite 1000 Kansas City, MO 64112 | Unliquidated | General Unsecured Trade Claim |