## EXHIBIT 3: DECLARATION OF JOHN NAGLICK REGARDING SATISFIED CLAIMS

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
------------------------------------------------------- x
                                              :      Chapter 9
In re                                         :
                                              :      Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                    :
                                              :      Hon. Thomas J. Tucker
                          Debtor              :
------------------------------------------------------- x
```

## DECLARATION OF JOHN NAGLICK IN SUPPORT OF THE CITY OF DETROIT'S NINETEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

### (Satisfied Claims)

I, John Naglick, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.      I am a Finance Director for the City of Detroit.  Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

2.      The City's ongoing claims reconciliation process involves the collective effort of a team of employees assembled from personnel specifically familiar with the operations and liabilities of the City. This team works together and in conjunction with City's counsel, the City's financial advisor, and the City's claims agent, to review proofs of claim filed against the City (each, a "Claim" and collectively, the "Claims").

3.      In connection with the preparation of the Nineteenth Omnibus Objection to Certain Claims (Satisfied Claims) (the "Nineteenth Omnibus Objection"), the City and its financial professionals reviewed the Claims at issue, as described on Exhibit 2 of the Nineteenth

4846-9254-8648.1

Omnibus Objection.  I have also personally reviewed the Nineteenth Omnibus Objection and the exhibits attached thereto.  Accordingly, I am familiar with the information contained therein.

4.　　　City employees, working with certain of the City's professionals, compared each of the claims listed in Exhibit 2 of the Nineteenth Omnibus Objection (the "Satisfied Claims") to the following City data sources in order to determine whether such claim may be valid and outstanding: the City's Vendor Database, the City's accounts payable records, and the City's disbursement records, (collectively the "Data Sources").

5.　　　Based on the foregoing review, the City's records indicate that any and all amounts due and owing under the Satisfied Claims have been paid in full, or otherwise settled or released, and, thus, such claims have been satisfied.

[SIGNATURE PAGE FOLLOWS]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October ____, 2015

By: /s/
John Naglick