## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

--------------------------------------------------------- x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Thomas J. Tucker
Debtor :
--------------------------------------------------------- x

## SUPPLEMENTAL DESIGNATION OF CERTAIN ALLOWED CLAIMS

The Debtor, the City of Detroit (the "City"), by and through its undersigned counsel, files this Supplemental Designation of Certain Allowed Claims pursuant to the Confirmed Plan of Adjustment (the "Plan").

The City has reviewed the claims referenced in **Exhibit 1** and finds that such claims should be designated as allowed pursuant Article I, Section A.19(e) of the Plan.

The City has provided notice of this Supplemental Designation of Certain Allowed Claims to each of the claimants identified in Exhibit 1 at each address set forth in Exhibit 1, and all other parties who have requested notice pursuant to Bankruptcy Rule 2002. The City respectfully submits that no other or further notice of this Designation need be given.

1

Respectfully submitted,

Dated: October 29, 2015

FOLEY & LARDNER LLP

By: /s/ *Tamar N. Dolcourt*
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
Leah R. Imbrogno (P79384)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
jsimon@foley.com
tdolcourt@foley.com
limbrogno@foley.com

*Counsel for the Debtor, City of Detroit, Michigan*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2015, I electronically filed the foregoing *Supplemental Designation of Certain Allowed Claims* with the Clerk of the Court via the Court's ECF electronic filing system. The electronic filing system will serve notice to all ECF participants. The City has engaged a Noticing Agent, which will further serve the Designation of Certain Allowed Claims on the Claimants listed at Exhibit 1 and any other party requesting notice pursuant to Bankruptcy Rule 2002.

          /s/ *Tamar N. Dolcourt*
          Tamar N. Dolcourt