# EXHIBIT 1: CLAIMS TO BE DESIGNATED AS ALLOWED

## ALLOWED CLAIMS

| Claim No. | Creditor Name and Address | Claim Amount | Classification | Date Filed |
|---|---|---|---|---|
| 1436 | Barthel Contracting Co<br>155 W Congress Ste 603<br>Detroit, MI 48226 | $26,304.97 | General unsecured | 02/19/2014 |
| 760 | Evaluation Group<br>Attn Accounts Payable<br>20300 W 12 Mile Rd Ste 103<br>Examworks Inc<br>Southfield, MI 48076 | $15,176.36 | General unsecured | 02/03/2014 |
| 564 | Hamilton Anderson Associates<br>Attn Accounts Payable<br>1435 Randolph Ste 200<br>Detroit, MI 48226 | $22,507.90 | General unsecured | 01/16/2014 |
| 82 | Level 3 Communications<br>Attn Legal Dept (BKY)<br>1025 Eldorado Blvd<br>Broomfield, CO 80021 | $4,241.45 | General unsecured | 09/10/2013 |
| 2313 | Pitt McGehee Palmer & Rivers, PC<br>117 W Fourth Street Ste 200<br>Royal Oak, MI 48067 | $29,375.00 | General unsecured | 02/20/2014 |
| 3704 | State of Michigan Workers Compensation Agency<br>c/o Matthew Schneider, Chief Legal Counsel<br>525 West Ottawa St<br>Lansing, MI 48915 | $896.07 | General unsecured | 06/02/2014 |
| 3731 | State of Michigan, Department of Transportation<br>c/o Rozanne M. Giunta<br>916 Washington Ave Ste 309<br>Bay City, MI 48708 | $62,132.00 | General unsecured | 06/02/2014 |
| 3688 | The Douglas Company<br>1716 Perrysburg-Holland Rd<br>Holland, OH 43528 | $24,836.00 | General unsecured | 05/27/2014 |