## LIST OF EXHIBITS

**Exhibit 1 – Proposed Order**

**Exhibit 2 – Notice of Opportunity to Respond or Request Hearing on Motion**

**Exhibit 3 – Brief in Support of Motion**

**Exhibit 4 – Certificate of Service**

**Exhibit 5 – None**

**Exhibit 6A – DPLSA Claim 1881**

**Exhibit 6B – Art. 17, ¶H of DPLSA CBA**

**Exhibit 6C – Declaration of DPLSA President Mark Young**

**Exhibit 6D - Email String with Proposed Stipulation and Order**

**Exhibit 6E - Email of October 7, 2015 at 107 PM**