UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:   Chapter 9

CITY OF DETROIT, MICHIGAN   Case No. 13-53846

Debtor.

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Hamilton Anderson Associates**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Hamilton Anderson Associates
1435 Randolph Street, Suite 200
Detroit, MI 48226

New Address
Hamilton Anderson Associates
c/o Bradford Capital Advisors, LLC
11 Bradford Avenue
Passaic, NJ 07055

I declare that the foregoing is true and correct.

Authorized Signatory for:

Hamilton Anderson Associates

By: _____
Title: CEO/President
Date: 11/6/15