IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------- x
:
In re : Chapter 9
:
City of Detroit, Michigan, : Case No. 13-53846
:
Debtor. : Judge Thomas J. Tucker
:
---------------------------------------------- x

**Order Approving Stipulation To Withdraw Claim No. 2044**

This case is before the Court on the stipulation filed on November 9, 2015, entitled "*Stipulation To Entry of Order Withdrawing Claim No. 2044*" (Docket # 10258); the parties having agreed that the claim has been liquidated at zero dollars ($0) by a final judgment entered in a non-bankruptcy forum, and the Court being otherwise fully informed:

IT IS ORDERED that Claim No. 2044 filed by Carmen Mendez-Velez is withdrawn and disallowed in its entirety.

.

**Signed on November 09, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge