# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                                          Chapter 9

CITY OF DETROIT, MICHIGAN                                        Case No. 13-53846

        Debtor.

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Hamilton Anderson Associates,** a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

| Former Address | New Address |
|---|---|
| Hamilton Anderson Associates | Hamilton Anderson Associates |
| 1435 Randolph Street, Suite 200 | c/o Bradford Capital Advisors, LLC |
| Detroit, MI 48226 | 11 Bradford Avenue |
| | Passaic, NJ 07055 |

I declare that the foregoing is true and correct.

Authorized Signatory for:

**Hamilton Anderson Associates**

By: _____

Title: _CED/President_____

Date: _11/6/15_____