IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Hon. Thomas J. Tucker
Debtor :
------------------------------------------------------- x

## STIPULATION FOR ENTRY OF ORDER ALLOWING CLAIM NO. 3676 OF AIRGAS USA LLC IN A REDUCED AMOUNT

Airgas USA LLC ("Airgas") and the City of Detroit, Michigan (the "City"), by and through the undersigned, stipulate as follows in support of the entry of the *Order Allowing Claim No. 3676 of Airgas USA LLC in a Reduced Amount* attached hereto as **Exhibit 1.**

1. On April 14, 2014, Airgas filed its proof of claim [Claim No. 3676] (the "Claim") in the amount of $55,793.34.

2. The parties have determined that the Claim should be reduced to $41,979.02, none of which is entitled to administrative priority.

3. Therefore, the parties have agreed to allow Claim No. 3676 as a general unsecured claim in the amount of $41,979.02, which constitutes Airgas's only pre-petition claim.

4. Nothing in this stipulation is to be construed as a waiver of any of the City's rights to assert and pursue any claims against Airgas, including, without limitation, claims under chapter 5 of the Bankruptcy Code.

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** approving the parties' stipulation.

Respectfully submitted by:

| AIRGAS USA LLC | FOLEY & LARDNER, LLP |
|---|---|
| By: /s/ Nancy Reiman (w/ consent)<br>Nancy Reiman<br>Bankruptcy Administrator<br>PO Box 802576<br>Chicago, IL 60680<br><br>*Representative for Airgas USA LLC* | By: /s/ Tamar N. Dolcourt<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>Leah R. Imbrogno (P79384)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jsimon@foley.com<br>tdolcourt@foley.com<br>limbrogno@foley.com<br><br>*Counsel to the City of Detroit, Michigan* |

Dated: November 12, 2015