**EXHIBIT 1: PROPOSED ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| In re | Chapter 9 |
|  | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, |  |
|  | Hon. Thomas J. Tucker |
| Debtor |  |

## ORDER ALLOWING CLAIM NO. 3676 OF AIRGAS USA LLC IN A REDUCED AMOUNT

This matter having come before the Court on the *Stipulation For Entry of Order Allowing Claim No. 3676 Of Airgas USA LLC in a Reduce Amount* (the "Stipulation"); Airgas[1] having filed Claim No. 3676 (the "Claim") in the above-captioned bankruptcy case; the parties having agreed that Claim No. 3676 should be allowed as a general unsecured claim in a reduced amount; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved as provided herein.

2. Claim No. 3676 of Airgas shall be allowed as a general unsecured claim in the amount of $41,979.02, which constitutes Airgas's only pre-petition claim.

3. Nothing in this Order is to be construed as a waiver of any of the City's rights to assert and pursue any claims against Airgas, including, without limitation, claims under chapter 5 of the Bankruptcy Code.

4. The City's claims agent is authorized to update the claims register accordingly.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.