# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------- x
: Chapter 9
In re :
: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
: Judge Thomas J. Tucker
Debtor :
------------------------------------------------------- x

## ORDER ALLOWING CLAIM NO. 3676 OF AIRGAS USA LLC
## IN A REDUCED AMOUNT

This case is before the Court on the *Stipulation For Entry of Order Allowing Claim No. 3676 Of Airgas USA LLC in a Reduce Amount* (Docket # 10262, the "Stipulation"); Airgas[1] having filed Claim No. 3676 (the "Claim") in this bankruptcy case; the parties having agreed that Claim No. 3676 should be allowed as a general unsecured claim in a reduced amount; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. The Stipulation is approved on the terms stated in this Order.

2. Claim No. 3676 of Airgas is allowed as a general unsecured claim in the amount of $41,979.02, which constitutes Airgas's only pre-petition claim.

3. Nothing in this Order is to be construed as a waiver of any of the City's rights to assert and pursue any claims against Airgas, including, without limitation, claims under chapter 5 of the Bankruptcy Code.

4. The City's claims agent is authorized to update the claims register accordingly.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

**Signed on November 12, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge