# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 17, 2015, he served a copy of ***CITY OF DETROIT'S OBJECTION TO DETROIT POLICE LIEUTENANTS AND SERGEANTS ASSOCIATION'S ("DPLSA") MOTION FOR ENTRY OF AN ORDER MODIFYING CLAIM NO. 1881 FILED BY THE DPLSA TO CLARIFY THAT THE SUBJECT MATTER OF THAT PORTION OF CLAIM NO. 1881 RELATED TO LUMP SUM PAYMENTS FOR BANKED TIME FOR PARTICIPANTS IN THE DEFERRED RETIREMENT OPTION PROGRAM ("DROP") HAS BEEN RESOLVED AND RENDERED MOOT BY TERMS AS WRITTEN OF THE DPLSA COLLECTIVE BARGAINING AGREEMENT AS ADOPTED IN THE CITY'S PLAN OF ADJUSTMENT*** upon the following persons via first class mail:

Peter P. Sudnick
SudnickLaw, P.C.
2555 Crooks Road, Suite 150
Troy, Michigan 48084

Barbara A. Patek
Erman Teicher Zucker & Freedman PC
400 Galleria Officentre, Suite 444
Southfield, MI 48034

By: /s/ Marc N. Swanson
    Marc N. Swanson
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

DATED: November 17, 2015