UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

CITY OF DETROIT, MICHIGAN	Case No. 13-53846
	Judge THOMAS J. TUCKER
    Debtor.	Chapter 9

_____/

**ORDER ALLOWING FOR RESOLUTION OF CLAIM 3451 FILED BY KIM SPICER AND THE OBJECTION THERETO FILED BY THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT BY BINDING ARBITRATION BEFORE THE AMERICAN ARBITRATION ASSOCIATION EMPLOYMENT PANEL**

This case is before the Court on the stipulation, filed November 18, 2015 (Docket # 10266) of the City of Detroit Water and Sewerage Department ("DWSD") and Kim Spicer regarding Claim Number 3451 and the objection thereto (Docket # 8990, the "Objection"); and the Court having held hearings on the Objection, most recently the hearing on November 18, 2015, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that Claim Number 3451 filed by Kim Spicer and the Objection thereto filed by the City of Detroit Water and Sewerage Department contesting the amount of the claim will be submitted to and resolved by binding arbitration by an employment arbitrator before the American Arbitration Association Employment Panel on or before December 10, 2015.

.

**Signed on November 19, 2015**

                                            /s/ Thomas J. Tucker
                                            Thomas J. Tucker
                                            United States Bankruptcy Judge