**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

IN RE:

  CITY OF DETROIT, MICHIGAN,        Chapter 9
                                 Case No. 13-53846-tjt
      Debtor.                Honorable Thomas J. Tucker

_____/

## PROOF OF SERVICE

        Karen O'Nail states that on the 19TH day of November, 2015, she served a copy of the ORDER ALLOWING FOR RESOLUTION OF CLIAM 3451 FILED BY KIM SPICER AND THE OBJECTION THERETO FILED BY THE CITY OF DEROIT WATER AND SEWERAGE DEPARTMENT BY BINDING ARBITRATION BEFORE THE AMERICAN ARBITRATION ASSOCIATION EMPLOYMENT PANEL, and this PROOF OF SERVICE upon the following parties with the Clerk of the Court using the ECF system and by First of such filing to the following:

KIM SPICER

13029 STAMFORD

WARREN, MI 48089

                           */s/Karen O'Nail*_____
                           **Karen O'Nail,** an employee of
                           KILPATRICK & ASSOCIATES, P.C.
                           903 North Opdyke Road, Suite C
                           Auburn Hills, Michigan 48326
                           (248) 377-0700
                           ecf@kaalaw.com