UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
------------------------------------------------------ x
                                                       :
In re                                                  :: Chapter 9
                                                       :: Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                             :: Hon. Thomas J. Tucker
                    Debtor.                            :
------------------------------------------------------ x
```

## STIPULATED WITHDRAWAL OF CLAIM #2008 FILED BY DAVID SOLE

The undersigned counsel on behalf of creditor, David Sole by and through Jerome D. Goldberg and debtor, City of Detroit hereby stipulate to Entry of Order Withdrawing Claim #2008. This claim was filed on or about February 20, 2014. Claim #2008 will not be included in any disbursements under the Debtor's Plan of Adjustment.

| | |
|---|---|
| */s/ Jerome D. Goldberg* | */s/ Mary Beth Cobbs* |
| Jerome D. Goldberg (61678) | Mary Beth Cobbs (P40080) |
| Attorney for Creditor – David Sole | Attorney for Debtor – City of Detroit |
| 2727 2nd Ave Suite 111 | 2 Woodward, Suite 500 |
| Detroit, MI 48201-2658 | Detroit, MI 48226 |
| (313) 393-6001 | (313) 237-3075 |
| | |
| | */s/ Letitia C. Jones* |
| | Letitia C. Jones (P52136) |
| | Attorney for Debtor – City of Detroit |
| | 2 Woodward, Suite 500 |
| | Detroit, MI 48226 |
| | (313) 237-3002 |

Dated: November 23, 2015

# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                    :
In re                                               :: Chapter 9
                                                    :: Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                          :: Hon. Thomas J. Tucker
                    Debtor.                         :
---------------------------------------------------- x

# ORDER APPROVING STIPULATION TO WITHDRAW OF CLAIM #2008 FILED BY DAVID SOLE

This matter coming before the Court on the *Stipulation of Entry of Order Withdrawing Claim No. 2088*, the parties having agreed that the claim will be withdraw and the Court being otherwise fully informed:

IT IS HEREBY ORDERED THAT:

Claim No. 2088 filed on behalf of David Sole is withdrawn and disallowed in its entirety.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

------------------------------------------------------ x
                                                          :

In re                                           :: Chapter 9
                                                      :: Case No. 13-53846

CITY OF DETROIT, MICHIGAN,      :: Hon. Thomas J. Tucker
                     Debtor.              :
------------------------------------------------------ x

## **PROOF OF SERVICE**

     I hereby certify that on November 23, 2015 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, and emailed the same to Claimant's attorney Jerome D. Goldberg at apclawyer@sbcglobal.net.

                               */s/Mary Beth Cobbs*
                                MARY BETH COBBS