# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---------------------------------------------------- x
:
In re :: Chapter 9
:: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :: Judge Thomas J. Tucker
              Debtor. :
---------------------------------------------------- x

## ORDER APPROVING STIPULATION TO WITHDRAW CLAIM # 2008 FILED BY DAVID SOLE

This case is before the Court on the stipulation filed on November 23, 2015 (Docket # 10274, the "Stipulation"), entitled *Stipulated Withdrawal of Claim #2008 Filed by David Sole*." Based on the Stipulation,

IT IS ORDERED THAT Claim No. 2008 filed on behalf of David Sole is withdrawn and disallowed in its entirety.

.

**Signed on November 23, 2015**

                                              /s/ Thomas J. Tucker
                                              Thomas J. Tucker
                                              United States Bankruptcy Judge