# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 9 |
| | : | |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| | : | |
| Debtor | : | Hon. Thomas J. Tucker |

## STIPULATION FOR ENTRY OF ORDER REGARDING CLAIM NO. 1437 OF WADE TRIM ASSOCIATES INC.

Wade Trim Associates Inc. ("Wade Trim") and the City of Detroit, Michigan (the "City"), by and through the undersigned, stipulate as follows in support of the entry of the *Order Regarding Claim No. 1437 Of Wade Trim Associates Inc.* attached hereto as **Exhibit 1.**

1. On February 19, 2014, Wade Trim filed its proof of claim [Claim No. 1437] (the "Claim") in the amount of $69,704.29.

2. In resolution of Wade Trim's Claim, the parties have agreed that: (a) the City will pay $20,900.72 to Wade Trim, (b) the remainder of the Claim will be allowed as a general unsecured claim in the reduced amount of $31,931.53 and (c) Wade Trim has no other claims against the City, whether for the pre-petition or post-petition periods.

3. Nothing in this stipulation is to be construed as a waiver of any of the City's rights to assert and pursue any claims against Wade Trim, including, without limitation, claims under chapter 5 of the Bankruptcy Code.

**WHEREFORE** the parties respectfully request that the Court enter an order in the form attached hereto as **Exhibit 1** approving the parties' stipulation.

Respectfully submitted by:

| WADE TRIM ASSOCIATES INC. | FOLEY & LARDNER, LLP |
|---|---|
| By: /s/ Ralph Picano (with consent)<br>Ralph Picano<br>Wade Trim Associates Inc.<br>500 Griswold St. Ste. 2500<br>Detroit, MI 48226<br>Phone: (313) 961-3650<br>rpicano@wadetrim.com<br><br>*Representative for Wade Trim Associates Inc.* | By: /s/ John A. Simon<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>Leah R. Imbrogno (P79384)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jsimon@foley.com<br>tdolcourt@foley.com<br>limbrogno@foley.com<br><br>*Counsel to the City of Detroit, Michigan* |

Dated: November 24, 2015