**EXHIBIT 1: PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
------------------------------------------------------- x
                                                        :    Chapter 9
In re                                                   :
                                                        :    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :
                                                        :    Hon. Thomas J. Tucker
                                    Debtor              :
------------------------------------------------------- x
```

**ORDER REGARDING CLAIM NO. 1437 OF WADE TRIM ASSOCIATES INC.**

This matter having come before the Court on the *Stipulation For Entry of Order Regarding Claim No. 1437 Of Wade Trim Associates Inc.* (the "Stipulation"); Wade Trim[1] having filed Claim No. 1437 (the "Claim") in the above-captioned bankruptcy case; the parties having agreed that Claim No. 1437 should be resolved pursuant to the parties agreement in the Stipulation; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved as provided herein.

2. The City shall pay $20,900.72 to Wade Trim.

3. Claim No. 1437 of Wade Trim shall be allowed as a general unsecured claim in the reduced amount of $31,931.53, which constitutes Wade Trim's only outstanding claim in this bankruptcy, whether for the pre-petition or post-petition period.

4. The City's claim's agent is authorized to update the claims register accordingly.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.