# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor | Judge Thomas J. Tucker |

**ORDER REGARDING CLAIM NO. 1437 OF WADE TRIM ASSOCIATES INC.**

This case is before the Court on the *Stipulation For Entry of Order Regarding Claim No. 1437 Of Wade Trim Associates Inc.* (Docket # 10277, the "Stipulation"); Wade Trim[1] having filed Claim No. 1437 (the "Claim") in the above-captioned bankruptcy case; the parties having agreed that Claim No. 1437 should be resolved as stated in the Stipulation; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. The Stipulation is approved as provided herein.

2. The City will pay $20,900.72 to Wade Trim.

3. Claim No. 1437 of Wade Trim will be allowed as a general unsecured claim in the reduced amount of $31,931.53, which constitutes Wade Trim's only outstanding claim in this bankruptcy, whether for the pre-petition or post-petition period.

4. The City's claim's agent is authorized to update the claims register accordingly.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Stipulation.

**Signed on November 24, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge