UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: **Robin Wysocki**

Firm: **Miller, Canfield, Paddock and Stone, P.L.C.**

Address: **150 West Jefferson Avenue, Suite 2500**

City, State, Zip: **Detroit, Michigan 48226**

Phone: **313-496-7631**

Email: **wysocki@millercanfield.com**

Case/Debtor Name: **City of Detroit, Michigan**

Case Number: **13-53846**

Chapter: **9**

Hearing

⦿ Bankruptcy  ◯ Adversary

◯ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing:         Time of Hearing:         Title of Hearing:

Please specify portion of hearing requested:  ⦿ Original/Unredacted  ◯ Redacted  ◯ Copy (2nd Party)

⦿ Entire Hearing   ◯ Ruling/Opinion of Judge   ◯ Testimony of Witness   ◯ Other

Special Instructions: _____

**Type of Request:**

[X] Expedited Transcript - $4.85 per page (7 working days)

**Signature of Ordering Party:**

/s/ _____ Date:
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                Date        By

Order Received:

Transcript Ordered

Transcript Received