UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

CITY OF DETROIT, MICHIGAN           Case No. 13-53846-tjt
                                                            Chapter 9

          Debtor                         Honorable Thomas J. Tucker

_____ /

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Demorest Law Firm requests to be removed from receiving electronic notices in the above captioned case at the following email address:

melissa@demolaw.com

                                         Respectfully submitted,

                                         */s/ Melissa Demorest LeDuc*
                                         Melissa Demorest LeDuc (P68867)
                                         Mark S. Demorest (P35912)
                                         Representing: Creditors: HRT Enterprises,
                                         John W. and Vivian M. Denis Trust
                                         T&T Management, Inc.,
                                         James Herbert, John Denis
                                         322 West Lincoln Ave.
                                         Royal Oak, MI 48067
                                         248-723-5500
                                         melissa@demolaw.com

Dated: November 24, 2015

Thomas, Karl:HRT v City of Detroit- 2nd Case:Request to be Removed from Electronic Noices - City of Detroit/13-53846-tjt.docx