# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

    Debtor.

_____/

Chapter 9
Case No. 13-53846
Hon. Thomas J. Tucker

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

Undersigned counsel requests that the Clerk of the Court remove his email address from receiving notices of electronic filing in the above-captioned case, as the claims of his clients in this matter have been resolved.

    Respectfully submitted,

    /s/ Daniel S. Korobkin
    Daniel S. Korobkin (P72842)
    American Civil Liberties Union
      Fund of Michigan
    2966 Woodward Ave.
    Detroit, MI 48201
    (313) 578-6824
    dkorobkin@aclumich.org

Dated: November 25, 2015