# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Honorable Thomas J. Tucker<br><br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 25, 2015, the foregoing Reply to the Brief on Behalf of the Senior Accountants, Analysts and Appraisers' Association (SAAA) in Opposition to the City of Detroit's Application to Require the Withdrawal of a Grievance it Filed for Its Member was filed and served via the Court's electronic case filing and notice system and served on the parties listed below, via first class mail:

Senior Accountants, Analysts, and Appraisers Association
65 Cadillac Square
2905 Cadillac Tower Building
Detroit, Michigan 48226

Cedric Cook
18500 Pinehurst St
Detroit, MI 48221-1990

Scheff & Washington PC
Attn: George B. Washington
615 Griswold St Ste 910
Detroit, MI 48226-3984

DATED: November 25, 2015

> By: /s/ Marc N. Swanson
> Marc N. Swanson
> 150 West Jefferson, Suite 2500
> Detroit, Michigan 48226
> Telephone: (313) 496-7591
> Facsimile: (313) 496-8451
> swansonm@millercanfield.com