UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) | Case No. 13-53846 |
| Debtor. | ) ) ) ) | Judge Thomas J. Tucker |

**ORDER MODIFYING THIS COURT'S SEPTEMBER 30, 2015 ORDER (DOCKET NUMBER 10219)**

This case is before the Court on the stipulation filed on November 24, 2015, entitled "Stipulation for the Entry of an Order Modifying this Court's September 30, 2015 Order (Docket Number 10219)" (Docket # 10282, the "Stipulation"). Based on the Stipulation,

IT IS ORDERED THAT:

1. The Court's September 30, 2015 Order entitled "Order Modifying Order Modifying the Court's May 29, 2015 Order Regarding Further Proceedings on the City of Detroit's Objections to Proof of Claim Number 2581 Filed by the Coalition of Detroit Unions, and to the Proof of Claim Number 2958 filed by Michigan AFSCME Council 25 and its Affiliated Detroit Locals" (Docket # 10219, the "Order") is modified as follows:

    A. The filing deadlines in paragraph 1.A of the Order are extended from November 30, 2015, to January 29, 2016.

    B. The filing deadlines in paragraph 1.B of the Order are extended from January 29, 2016 to March 30, 2016.

    C. The filing deadlines in paragraph 1.C of the Order are extended from February 29, 2016, to April 29, 2016.

D. The filing deadlines in paragraph 1.D of the Order are extended from December 14, 2015 to February 12, 2016.

.

**Signed on November 25, 2015**

                                      /s/ Thomas J. Tucker
                                      Thomas J. Tucker
                                      United States Bankruptcy Judge