UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------X
:
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Thomas J. Tucker
:
---------------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that Togut, Segal & Segal LLP (the "Togut Firm") hereby appears as counsel for City of Detroit, Michigan, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, complaints, demands, petitions, memoranda, affidavits, declarations, orders, other documents, filed or entered in this case and the proceedings therein. All such papers should be served upon the Togut Firm at the address set forth below:

> TOGUT, SEGAL & SEGAL LLP
> One Penn Plaza, Suite 3335
> New York, New York 10119
> Telephone: (212) 594-5000
> Facsimile: (212) 967-4258
> Attention: Albert Togut, Esq.
> Scott E. Ratner, Esq.
> Neil Berger, Esq.
> E-mails:
> seratner@teamtogut.com
> neilberger@teamtogut.com
> dperson@teamtogut.com
> adeering@teamtogut.com
> dcahir@teamtogut.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions set forth above, but also includes, without limitation, orders and notices of, any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise filed or made with regard to this case and the proceedings therein.

DATED:   New York, New York
         November 30, 2015

                                    Respectfully submitted,

                                    TOGUT, SEGAL & SEGAL LLP
                                      By:

                                    /s/ Albert Togut
                                    ALBERT TOGUT (AT-9759)
                                    SCOTT E. RATNER (SER-0015)
                                    NEIL BERGER (NB-3599)
                                    Members of the Firm
                                    One Penn Plaza, Suite 3335
                                    New York, NY 10119
                                    (212) 594-5000

                                    *Counsel for City of Detroit, Michigan*