# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---------------------------------------------------------- x
:
In re                                                     :   Chapter 9
:
:   Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                                :
:   Hon. Thomas J. Tucker
Debtor                         :
---------------------------------------------------------- x

## STIPULATION FOR ADJOURNMENT OF RESPONSE DATE AND HEARING ON DEBTOR'S OBJECTION TO CLAIM NO. 2780 FILED BY THOMAS NUNLEY

Thomas Nunley, the holder of Claim Number 2780, and the City of Detroit, Michigan (the "City"), by and through their undersigned counsel, hereby stipulate to the entry of the Order attached as **Exhibit 1**, and respectfully request that the Court reschedule the hearing on the City's Fifteenth Omnibus Objection to Certain No-Basis Claims (Dkt. No. 9739) as to Claim Number 2780 so that the parties may continue to negotiate the City's proposed settlement on the Claim, as listed on Exhibit 1 hereto or as soon thereafter as the Court may determine and grant such other relief as is proper and just.

Respectfully submitted by:

| **WHEELOCK P.C.** | **FOLEY & LARDNER, LLP** |
|---|---|
| By: /s/ Joshua Wheelock (w/consent)<br>Joshua Wheelock (P76512)<br>16400 N. Park Drive, Ste. 112<br>Southfield, MI 48075<br>Phone: (248) 996-8127<br>jwheelock@wheelocklegal.com<br>*Counsel to Thomas Nunley*<br><br>*Dated: December 1, 2015* | By: /s/ Tamar N. Dolcourt<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>500 Woodward Ave., Ste. 2700<br>Detroit, MI 48226<br>Phone: (313) 234-7100<br>jsimon@foley.com<br>tdolcourt@foley.com<br>*Counsel to the City of Detroit, Michigan* |