# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER SUSTAINING CITY OF DETROIT'S OBJECTION TO CLAIM NO. 1632 FILED BY YVETTE SPENCER

Upon the City of Detroit's Objection to Claim No. 1632 Filed by Yvette Spencer (Docket # 10239, the "Objection") seeking entry of an order disallowing Claim No. 1632, and it appearing that this Court has jurisdiction over the Objection under 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Objection in this District is proper under 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Objection is in the best interests of the City, and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and it appearing that no other or further notice of the Objection need be given; and no timely response to the Objection having been filed; and the Court finding that the legal and factual bases set forth in the Objection establish just cause for the relief granted; and after due deliberation and good and sufficient cause appearing therefore;

IT IS ORDERED that:

1. The Objection is sustained.

2. Claim No. 1632 is disallowed and expunged, under section 502(b)(1) of the Bankruptcy Code.

3. Within five days of the entry of this Order, Yvette Spencer must dismiss, or cause to be dismissed, with prejudice, Case No. 15-012135 filed with the Wayne County Circuit Court,

Michigan, and captioned *Yvette Spencer, Plaintiff vs. The City of Detroit, a municipal corporation, Defendant*.

4. The City's claims agent is authorized to updated the claims register to reflect the relief granted in this order.

5. The City is authorized to take all actions necessary to effectuate the relief granted by this order in accordance with the Objection.

6. Notice of the Objection as provided therein is good and sufficient notice of such objection, and the requirements of Federal Rule of Bankruptcy Procedure 3007(a) and the local rules of the Court are satisfied by such notice.

.

**Signed on December 01, 2015**

                                                    /s/ Thomas J. Tucker
                                                  Thomas J. Tucker
                                                  United States Bankruptcy Judge