# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|   |   |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor | Hon. Thomas J. Tucker |

## CERTIFICATE OF NO RESPONSE TO DEBTOR'S NINETEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS
### (SATISFIED CLAIMS)

(Docket No. 10243)

The undersigned certifies that on October 29, 2015, she caused the Debtor's Nineteenth Omnibus Objection to Certain Claims (Satisfied Claims) [Docket No. 10243] (the "Objection") and a Notice of the Objection (the "Notice") [Docket No. 10243], to be filed with the Court and served upon every claimant listed on Exhibit 2 of the Objection via First Class Mail at the addresses listed therein (the "Claimants"). *See* Certificate of Service [Docket No. 10246 attached hereto as **Exhibit B.**

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") and the Notice, the Claimants were required to file responses to the relief requested in the Objection, if any, on or before November 25, 2015. No responses regarding the claims in the Objection were filed and served.

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order in the form attached hereto as **Exhibit A**, granting the Objection as stated therein.

4821-5172-3819.1

Dated: December 2, 2015
Detroit, Michigan

FOLEY & LARDNER LLP

/s/ *Tamar N. Dolcourt*
John A. Simon (P61866)
Jeffrey S. Kopp (P59485)
Tamar N. Dolcourt (P73425)
Leah R. Imbrogno (P79384)
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
(313) 234-7100 (Telephone)
(313) 234-2800 (Facsimile)

*Counsel for the Debtor, City of Detroit Michigan*