# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

-------------------------------------------------------- x
In re : Chapter 9
 :
 : Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :
 : Judge Thomas J. Tucker
 Debtor :
--------------------------------------------------------X

## ORDER SUSTAINING THE CITY OF DETROIT'S
## NINETEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS
### (Satisfied Claims)

Upon the nineteenth omnibus objection to claims, filed October 29, 2015 (Docket # 10243, the "Objection"),[1] of the Debtor, the City of Detroit, Michigan (the "City"), seeking entry of an order disallowing and expunging certain satisfied claims, and this Court has jurisdiction over the Objection under 28 U.S.C. §§ 157 and 1334; and this is a core proceeding under 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Objection in this District is proper under 28 U.S.C. §§ 1408 and 1409; and the relief requested in the Objection is in the best interests of the City, and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and no other or further notice of the Objection need be given; and no timely response to the Objection having been filed; and the Court finding that the legal and factual bases set forth in the Objection establish just cause for the relief granted; and after due deliberation and good and sufficient cause appearing therefore;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

IT IS ORDERED that:

1. The Objection is sustained as set forth herein.

2. All of the proofs of claims listed on Exhibit 2 annexed to the Objection are disallowed and expunged in their entirety, under section 502(b) of the Bankruptcy Code.

3. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4. The City is authorized to take all actions necessary to effectuate the relief granted by this Order in accordance with the Objection.

5. Each claim and the objections by the City to each claim as addressed in the Objection and set forth in Exhibit 2 constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each claim. Any stay of this Order will apply only to the contested matter that involves such creditor and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby, and further provided that the City will have the right to submit a separate order with respect to contested matters or claims.

6. Notice of the Objection as provided therein is good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a) and the local rules of the Court are satisfied by such notice.

.

**Signed on December 02, 2015**

                                               /s/ Thomas J. Tucker
                                               Thomas J. Tucker
                                               United States Bankruptcy Judge