# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## REQUEST FOR REMOVAL FROM CM/ECF
## CASE MANAGEMENT LIST AND SPECIAL SERVICE LIST

Lawrence A. Larose, whose email address is llarose@chadbourne.com, requests that he be removed from all lists that allow service of electronic filings through the Court's CM/ECF case management system, and any service of papers via first class mail.

Dated: New York, New York
December 2, 2015

**CHADBOURNE & PARKE LLP**

By: */s/ Lawrence A. Larose*
Lawrence A. Larose
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: (212) 408-5100
llarose@chadbourne.com

*Attorneys for Assured Guaranty Municipal Corp.*