UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | : Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : Case No. 13-53846 |
| Debtor. | : Hon. Thomas J. Tucker |

### REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT LIST AND SPECIAL SERVICE LIST

Samuel S. Kohn, whose email address is skohn@chadbourne.com, requests that he be removed from all lists that allow service of electronic filings through the Court's CM/ECF case management system, and any service of papers via first class mail.

Dated: New York, New York
December 2, 2015

**CHADBOURNE & PARKE LLP**

By: */s/ Samuel S. Kohn*
Samuel S. Kohn
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: (212) 408-5100
skohn@chadbourne.com

*Attorneys for Assured Guaranty Municipal Corp.*