UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

CITY OF DETROIT, MICHIGAN

    Debtor.

Chapter: 9
Case No. 13-53846
Judge: Hon. Thomas J. Tucker

Address: Two Woodward Avenue, Ste. 1126
Detroit, Michigan 48226

Employer's Tax ID#38-6004606

### REQUEST TO BE REMOVED FROM RECIEING ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Bree A. Packer request to be removed from receiving electronic notices in the above-captioned case at the following email address:

packer_b@yahoo.com

Attorney Packer no longer represents Claimant, RAINELL MURRAY.

Respectfully submitted,

/s/ Bree A. Packer
BREE A. PACKER (P60121)
18 First Street
Mt. Clemens, Michigan 48043
(586) 463-7060

DATED: December 2, 2015

1