UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | Judge Thomas J. Tucker |

**ORDER REGARDING FURTHER PROCEEDINGS ON
THE CITY OF DETROIT'S MOTION FOR ENTRY OF AN ORDER
ENFORCING THE PLAN OF ADJUSTMENT, ETC. (REGARDING
GRIEVANCE FILED BY THE SENIOR ACCOUNTANTS, ANALYSTS,
AND APPRAISERS ASSOCIATION ON BEHALF OF CEDRIC COOK)**

This case came before the Court for a hearing on December 2, 2015, on the motion entitled "City of Detroit's Motion for Entry of An Order (I) Enforcing the Plan of Adjustment and (II) Requiring the Withdrawal With Prejudice of the August 2, 2013, Grievance Filed By The Senior Accountants, Analysts, and Appraisers Association on Behalf of Cedric Cook," (Docket # 10183, the "Motion"). Confirming certain action taken during the hearing,

IT IS ORDERED that:

1. Each of the parties to the Motion is granted leave to file a supplemental brief, not to exceed two pages, regarding the issue whether Cedric Cook could validly waive or release the grievance filed on his behalf by the Senior Accountants, Analysts, and Appraisers Association (the "SAAA").

2. The SAAA must file its supplemental brief no later than December 9, 2015. Counsel for the SAAA, George B. Washington, is authorized to file that supplemental brief in traditional paper form.

3. The City of Detroit may file its supplemental brief no later than December 16, 2015.

4. After the supplemental briefs have been filed, the Motion will be deemed taken under advisement.

**Signed on December 02, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge