UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN<br><br>　　　　　　Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Steven W. Rhodes |

## REQUEST TO BE REMOVED FROM ECF NOTIFICATIONS

Young & Associates, by Sara MacWilliams, counsel for Oakland County, states that neither Oakland County nor Young & Associates have an interest in these proceedings and she requests that the following email addresses be removed from ECF notifications and requests that she no longer receive electronic filings in this bankruptcy proceeding:

macwilliams@youngpc.com

quadrozzi@youngpc.com

efiling@youngpc.com

**YOUNG & ASSOCIATES**

By: /s/ Sara K. MacWilliams
Sara K. MacWilliams (P67805)
Jaye Quadrozzi (P71646)
27725 Stansbury Blvd., Suite 125
Farmington Hills, MI 48334
Telephone: (248) 353-8620
Email: efiling@youngpc.com
　　　　macwilliams@youngpc.com
　　　　quadrozzi@youngpc.com

*Co-counsel for Oakland County, Michigan*

Date: December 3, 2015

## Certificate of Service

      I certify that on December 3, 2015 I electronically filed Oakland County's Brief in Opposition to Motion of the Official Committee of Retirees to Compel Production of a Privilege Log with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**Young & Associates**

 /s/ Sara K. MacWilliams
27725 Stansbury Boulevard, Suite 125
Farmington Hills, Michigan 48334
248.353.8620
efiling@youngpc.com
P67805
