# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# (DETROIT)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | CASE NO.: 13-53846 |
| | ) | CHAPTER 9 |
| Debtor. | ) | |
| | ) | |

___

**REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATIONS LIST**
___

Waller Lansden Dortch & Davis, LLP, by David E. Lemke, counsel for U.S. Bank, National Association, as Trustee, requests that the following email addresses be removed from the CM/ECF electronic notifications list and requests that the counsel listed below no longer receive electronic filings in this bankruptcy proceeding:

    David E, Lemke:   David.Lemke@wallerlaw.com
    Michael R. Paslay: Mike.Paslay@wallerlaw.com
    Ryan K. Cochran:  Ryan.Cochran@wallerlaw.com

Respectfully submitted on this the 18th day of July, 2013.

          By:   */s/ David E. Lemke*
                David E. Lemke (TN 13586)
                Michael R. Paslay (TN 11092)
                Ryan K. Cochran (TN 25851)
                WALLER LANSDEN DORTCH & DAVIS LLP
                511 Union Street, Suite 2700
                Nashville, TN 37219
                Phone: (615) 244-6380
                Fax: (615) 244-6804
                David.Lemke@wallerlaw.com
                Mike.Paslay@wallerlaw.com
                Ryan.Cochran@wallerlaw.com

                *Attorneys for U.S. Bank National Association,*
                *as Trustee*

4839-2277-1755.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Request To Be Removed From CM/ECF Electronic Notifications List was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter this 3rd day of December, 2015.

      /s/ David E. Lemke

4839-2277-1755.1