# UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

| | |
|---|---|
| In re: ) | |
| ) | |
| CITY OF DETROIT, MICHIGAN, ) | CASE NO.: 13-53846 |
| ) | CHAPTER 9 |
| Debtor. ) | |
| ) | |

## REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATIONS LIST

Stradling Yocca Carlson & Rauth, P.C., by Fred Neufeld, Interested Party, requests that the following email address be removed from the CM/ECF electronic notifications list and requests that the counsel listed below no longer receive electronic filings in this bankruptcy proceeding:

    Fred Neufeld:    FNeufeld@sycr.com

Respectfully submitted on this the 3rd day of December 2015.

    By:    */s/ Fred Neufeld*
                  Fred Neufeld
                  Stradling Yocca Carlson & Rauth, P.C.
                  100 Wilshire Boulevard, 4th Floor
                  Santa Monica, CA 90401
                  Phone: (424) 214-7000
                  Fax: (424) 214-7010
                  FNeufeld@sycr.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Request To Be Removed From CM/ECF Electronic Notifications List was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter this 3rd day of December, 2015.

                                       */s/ Fred Neufeld*