# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:                                        In Bankruptcy

**CITY OF DETROIT, MICHIGAN,**                           Case No. 13-53846 tjt
                                                         Chapter 9
      Debtor(s).                                Hon. Thomas J. Tucker
_____/

## REQUEST FOR REMOVAL FROM
## CM/ECF CASE MANAGEMENT LIST

     Kenneth M. Schneider of Schneider Miller, P.C., whose e-mail address is kschneider@schneidermiller.com, requests that he be removed from the list that allows for receipt of electronic filings through the Court's CM/ECF case management system and service of papers via first class mail in the above-captioned case and any related adversary proceedings.

                                                         SCHNEIDER MILLER, P.C.

Dated: December 4, 2015                     /s/ Kenneth M. Schneider
                                        By:   KENNETH M. SCHNEIDER (P-39163)
                                                   645 Griswold, Suite 3900
                                                   Detroit, MI 48226
                                                   (313) 237-0850
                                                    kschneider@schneidermiller.com