# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Thomas J. Tucker

## REQUEST TO BE REMOVED FROM CM/ECF
## CASE MANAGEMENT LIST AND SPECIAL SERVICE LIST

Louis P. Rochkind, whose email address lrochkind@jaffelaw.com, requests that he be removed from all lists that allow service of electronic filings through the Court's CM/ECF Case Management System, and any service of papers via first class mail.

Respectfully Submitted,

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Louis P. Rochkind
Louis P. Rochkind (P24121)
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214
Telephone: (248) 351-3000
lrochkind@jaffelaw.com

*Counsel for National Public Finance Guarantee Corp.*

Dated: December 4, 2015