# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATIONS LIST

Honigman Miller Schwartz and Cohn LLP by Scott B. Kitei, counsel for the Detroit Institute of Arts requests that the following email address be removed from the CM/ECF electronic notifications list and that he no longer receive electronic filings in this bankruptcy proceeding:

Scott B. Kitei            Email: skitei@honigman.com

.

                Respectfully submitted,

                HONIGMAN MILLER SCHWARTZ AND COHN LLP

                By: /s/ Scott B. Kitei
                    Scott B. Kitei (P78064)
                2290 First National Building
                660 Woodward Avenue
                Detroit, MI  48226
                (313) 465-7524
                Email: skitei@honigman.com

# CERTIFICATE OF SERVICE

On December 4, 2015, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system, which will send a copy to all counsel of record. I certify and declare under penalty of perjury that the foregoing is true and correct.

        HONIGMAN MILLER SCHWARTZ AND COHN LLP

        By: /s/ Scott B. Kitei
            Scott B. Kitei (P78064)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226
        (313) 465-7524
        Email: skitei@honigman.com

active.20247747.1