UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| CITY OF DETROIT, MI | ) | Case No.:  13-53846 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT LIST AND SPECIAL SERVICE LIST

Cary M. Makrouer, whose e-mail address is cmakrouer@thurswell.com, requests that he be removed from the list that allows service of electronic filings through the Court's CM/ECF case management system and service of papers via first-class mail.

THE THURSWELL LAW FIRM, P.L.L.C.

BY:  */s/ Cary M. Makrouer*
CARY M. MAKROUER, P-26831
1000 Town Center, Suite 500
Southfield, MI  48075-1221
248-354-2222 (FAX-2323)
cmakrouer@thurswell.com

DATED:      December 4, 2015