UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN,　　　　　　　　　Chapter 9

　　　　Debtor,　　　　　　　　　　　　　　　Case #: 13-53846

　　　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Tucker

## ORDER GRANTING PETITIONER SHAWN CABOT'S *EX PARTE* MOTION TO FILE BY TRADITIONAL PAPER FILING

This matter coming before the Court on the *ex parte* motion of Petitioner, Shawn C. Cabot [*Claim*] [*Attorney*] [*The*], for entry of an order granting Petitioner the right to file by traditional paper filing his Response to the City of Detroit's "Motion to Enforce Settlement Agreement and Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims Against Gregory Phillips and/or Dominique McCartha as Personal Representative for the Estate of Gregory Phillips, Deceased,"

IT IS HEREBY ORDERED THAT:

　　a.　Petitioner Shawn C. Cabot's motion is granted.

　　b.　[handwritten: Attorney Shawn C. Cabot may file in traditional paper form the] ~~The Clerk of the Court is to receive, file, and docket, Petitioner Shawn C. Cabot's~~ Response to the City of Detroit's "Motion to Enforce Settlement Agreement and Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims Against Gregory Phillips and/or Dominique McCartha as Personal Representative for the Estate of Gregory Phillips, Deceased."

　　c.　The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

_____
HONORABLE THOMAS J. TUCKER

12-4-15