**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **12/23/15** at **01:30 PM** to consider and act upon the following:

*10272* − Motion to Enforce Motion to Enforce Settlement Agreement and Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims Against Gregory Phillips and/or Dominque McCartha as Personal Representative for the Estate of Gregory Phillips, Deceased Filed by Debtor In Possession City of Detroit, Michigan (Swanson, Marc)

Dated: 12/7/15

                                                    BY THE COURT

                                                    Katherine B. Gullo
                                                    Clerk, U.S. Bankruptcy Court

                                                    BY: christine sikula
                                                    Deputy Clerk