Form ntcvco

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

### Notice Of Order Vacating Order of the Court to Strike (Docket # 10687)

The **Order of the Court to Strike (Docket # 10687)** dated **12/7/2015** was entered in error and has been vacated.

Dated: 12/7/15

      BY THE COURT

      Katherine B. Gullo , Clerk of Court
      UNITED STATES BANKRUPTCY COURT