# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,     Case No. 13-53846
                                Chapter 9
        Debtor.     Judge Thomas J. Tucker
_____/

## ORDER REGARDING CLAIM NUMBER 3750
## FILED BY THE STATE OF MICHIGAN

This case is before the Court on the stipulation filed on December 9, 2015, entitled "Stipulation Between the Debtor and the State of Michigan Settling Claim No. 3750 Filed on Behalf of the Michigan Department of Environmental Quality" (Docket # 10690, the "Stipulation"). The State having filed a proof of claim in the amount of $3,609,445.25 for past and future costs associated with environmental contamination caused by releases from underground storage tank systems at 16 sites allegedly owned or operated by the Debtor and that proof of claim being assigned Claim Number 3750 (the "Claim") in the above-captioned bankruptcy case; the parties having subsequently determined that only 15 of the sites were actually owned and operated by the Debtor and that the amount of the Claim attributable to the site located at 4105 West Jefferson should be removed from the Claim; and the Court being otherwise fully informed;

**IT IS ORDERED THAT:**

1. The Claim is allowed as a general unsecured claim in the amount of $3,421,995.25 (Allowed Claim). The Allowed Claim will include liability for all sites, as set out in the proof of claim, except 4105 West Jefferson Avenue, Detroit, Michigan.

2.  This Allowed Claim relates only to the remaining 15 sites, as set out in Exhibit 2 to the Stipulation, and resolves the Debtor's liability only for the specific releases and contamination described in the Claim and attached affidavits and documentation.

3.  This Order will not relieve or release the City from any claims related to future releases at the 15 sites or for claims relating to any releases at any other sites that the City owns or operates or has owned and operated; nor does the City waive or release any defenses it may have to any such claims and any such defenses are preserved. This settlement only addresses the claims asserted in Claim, but not any subsequent releases at the sites covered by the Claim or any releases to any other sites the City owns or operates or has owned or operated.

4.  Except for the claims resolved by the Stipulation and this Order, nothing in the Stipulation or this Order is intended to relieve the City from any obligations that it would otherwise have as an owner or operator under the environmental laws.

.

**Signed on December 10, 2015**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge