UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

CITY OF DETROIT, MICHIGAN          Case No. 13-53846-tjt
                                                    Chapter 9

       Debtor                        Honorable Thomas J. Tucker

_____ /

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Demorest Law Firm requests to be removed from receiving electronic notices in the above captioned case at the following email address:

lisa@demolaw.com

                                         Respectfully submitted,

                                         */s/ Lisa M. Okasinski*
                                         Lisa M. Okasinski (P78470)
                                         Melissa Demorest LeDuc (P68867)
                                         Mark S. Demorest (P35912)
                                         Representing: Creditors: HRT Enterprises,
                                         John W. and Vivian M. Denis Trust
                                         T&T Management, Inc.,
                                         James Herbert, John Denis
                                         322 West Lincoln Ave.
                                         Royal Oak, MI 48067
                                         248-723-5500
                                         lisa@demolaw.com

Dated: December 10, 2015

Thomas, Karl:HRT v City of Detroit- 2nd Case:Request to be Removed from Electronic Noices Lisa Okasinski- City of Detroit-13-53846-tjt.docx

1
13-53846-tjt    Doc 10699    Filed 12/10/15    Entered 12/10/15 13:50:51    Page 1 of 1