# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Honorable Thomas J. Tucker<br><br>Chapter 9 |

**STIPULATION FOR ADJOURNMENT OF HEARING ON CITY OF DETROIT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND ORDER, PURSUANT TO SECTIONS 105 AND 502 OF THE BANKRUPTCY CODE, APPROVING ALTERNATIVE DISPUTE RESOLUTION PROCEDURES TO PROMOTE THE LIQUIDATION OF CERTAIN PREPETITION CLAIMS AGAINST GREGORY PHILLIPS AND/OR DOMINIQUE MCCARTHA AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF GREGORY PHILLIPS, DECEASED**

The City of Detroit, Michigan ("City") and Gregory Phillips and/or Dominque McCartha as Personal Representative for the Estate of Gregory Phillips, Deceased ("Phillips"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On December 7, 2015, this Court issued a notice of hearing for December 23, 2015 on the *City of Detroit's Motion to Enforce Settlement Agreement and Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims Against Gregory Phillips and/or Dominque McCartha as Personal Representative for the Estate of Gregory Phillips, Deceased* ("Motion"). [Doc. No. 10272]

2. The City's counsel is unavailable on December 23, 2015. The parties have conferred and discussed other possible Wednesdays on which they are available for a hearing. The parties are available on January 6, 13, and 20, 2016.

WHEREFORE, the Parties respectfully request that the Court enter an order adjourning the hearing on the Motion to one of the above mentioned dates, in substantially in the form as the proposed order attached as Exhibit 1.

STIPULATED AND AGREED TO ON DECEMBER 10, 2015:

CHRISTOPHER TRAINOR & ASSOCIATES

By: /s/ Shawn C. Cabot
Shawn C. Cabot (P64021)
9750 Highland Road
White Lake, MI 48386
Telephone: (248) 886-8650
shawn.cabot@cjtrainor.com

Counsel for Gregory Phillips and/or Dominque McCartha as Personal Representative for the Estate of Gregory Phillips, Deceased

MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Counsel for the City of Detroit, Michigan

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER GRANTING STIPULATION FOR ADJOURNMENT OF HEARING ON CITY OF DETROIT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND ORDER, PURSUANT TO SECTIONS 105 AND 502 OF THE BANKRUPTCY CODE, APPROVING ALTERNATIVE DISPUTE RESOLUTION PROCEDURES TO PROMOTE THE LIQUIDATION OF CERTAIN PREPETITION CLAIMS AGAINST GREGORY PHILLIPS AND/OR DOMINIQUE MCCARTHA AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF GREGORY PHILLIPS, DECEASED**

Upon the Stipulation for Adjournment of Hearing on the *City of Detroit's Motion to Enforce Settlement Agreement and Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims Against Gregory Phillips and/or Dominque McCartha as Personal Representative for the Estate of Gregory Phillips, Deceased* ("Motion") [Doc. No. 10272]; and the Court being otherwise advised in the premises;

IT IS ORDERED THAT:

1. The hearing on the Motion, currently scheduled to take December 23, 2015 at 1:30 p.m., is hereby adjourned to _____, ____, 2016 at __:__ __.m.