UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Hon. Steven W. Rhodes

## REQUEST FOR REMOVAL FROM ECF SERVICE LIST

Peter L. Canzano hereby requests that his name and e-mail address be removed from the ECF service list for this case.

Respectfully submitted,

SIDLEY AUSTIN LLP

By: /s/ Peter L. Canzano
Peter L. Canzano
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8350
Fax: (202) 736-8711
Email: pcanzano@sidley.com

3293185.v1