UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

CITY OF DETROIT, MICHIGAN           Case No. 13-53846-tjt
                                                    Chapter 9

      Debtor                            Honorable Thomas J. Tucker

_____ /

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Demorest Law Firm requests to be removed from receiving electronic notices in the above captioned case at the following email address:

lisa@demolaw.com

                                             Respectfully submitted,

                                             */s/ Lisa M. Okasinski*
                                             Lisa M. Okasinski (P78470)
                                             Melissa Demorest LeDuc (P68867)
                                             Representing Creditor: HRT Enterprises,
                                             322 West Lincoln Ave.
                                             Royal Oak, MI 48067
                                             248-723-5500
                                             lisa@demolaw.com

Dated: December 11, 2015

Thomas, Karl:HRT v City of Detroit- 2nd Case:Request to be Removed from Electronic Noices Lisa Okasinski- City of Detroit-13-53846-tjt.docx

1