In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

Debtor  Judge Thomas J. Tucker

**MOTION TO REOPEN CASE NUMBER 13-53846 DUE TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT FAILURE TO ADHERE TO THE ORDER ALLOWING FOR RESOLUTION OF CLAIM 3451 FILED BY KIM SPICER AND THE OBJECTION THERETO FILED BY THE CITY OF DETROIT WATER ND SEWERAGE DEPARTMENT BY BINDING ARBITRATION BEFORE THE AMERICAN ARBITRATION ASSOCIATION EMPLOYMENT PANEL**

### FACTS

"This case is before the court on the stipulation, filed November 18, 2015 (Docket # 10266) of the City of Detroit Water and Sewerage Department ("DWSD") and Kim Lamar Spicer regarding Claim Number 3451 and the objection thereto (Docket # 8990, the "Objection"); and the Court having held hearings in the Objection, most recently the hearing on November 18, 2015, and the Court being otherwise fully advised in the premises;"

"***IT IS ORDERED*** *that Claim Number 3451 filed by Kim Spicer and the Objection thereto filed by the City of Detroit Water and Sewerage Department contesting the amount of the claim will be submitted to and resolved by binding arbitration by an employment arbitrator before the American Arbitration Association Employment Panel **ON OR BEFORE DECEMBER 10, 2015**.*"

I Kim Lamar Spicer request that this court reopen Case Number 13-53846 regarding Claim Number 3451 due to the City of Detroit Water and Sewerage Department failure to adhere to the order set forth by this court.

Also it is duly documented that DWSD operates independent financially from The City of Detroit. This is a nonprofit meaning workers get paid by rate payers not the City of Detroit General Funds.

Sincerely,

Kim Lamar Spicer
13029 Stamford Ave.
Warren, MI 48089
313-399-8312

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT

FILED (I)
2015 DEC 14 A 11:00
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re:

CITY OF DETROIT, MICHIGAN,

    Debtor

Case No. 13-53846

Chapter 9

Judge Thomas J. Tucker

### CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2015 (date of mailing), I served

Copies as follows:

1. Document(s) served:
   Motion to reopen case number 13-53846 regarding claim number 3451.

2. Served upon (name and address of each person served):
   Kilpatrick and Associates, P.C.
   903 North Opdyke Road, Suite C
   Auburn Hills, Michigan 48326

3. By First Class Mail.

Dated: December 14, 2015

Signature

Printed Name: Kim Spicer