UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan | Case No: 13-53846 |
| Debtor, _____/ | Judge Thomas J. Tucker |

**THIRD ORDER REQUIRING CERTAIN ENTITIES TO
PARTICIPATE IN ADMINISTRATIVE PROCEEDINGS
AT MICHIGAN EMPLOYMENT RELATIONS COMMISSION**

In the Second Order Requiring Certain Entities to Participate in Administrative Proceedings at MERC (Doc. #10698), the Court did not list the City of Detroit and the Detroit Water and Sewerage Department as parties ordered to participate in the union certification hearing pertaining to the Office Support Specialists Job Classification. This Order intends to clarify that the City of Detroit and the Detroit Water and Sewerage Department are ordered to participate in all proceedings before MERC.

**IT IS ORDERED**.

　　　　　　　　　　　　　　　　　　　／s／ Victoria A. Roberts
　　　　　　　　　　　　　　　　　　Victoria A. Roberts
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: December 15, 2015

1