UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

    CITY OF DETROIT, MICHIGAN            Chapter 9
                                                               Case No. 13-53846-tjt
                          Debtor.                         Hon. Thomas J. Tucker
_____/

**<u>REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILING NOTICES</u>**

      Please remove attorney HUGH M. DAVIS, whose email address is:

Davis@ConLitPC.Com and Info@ConLitPC.Com from receiving electronic filing notices in the

above-captioned case.

                                                     Respectfully submitted,

                                                     _/s/Hugh M. Davis_____
                                                     Hugh M. Davis (P12555)
                                                     450 W. Fort St., Ste. 200
                                                     Detroit, MI 48226
                                                     313-961-2255/Fax: 313-922-5130
                                                     Davis@ConLitPC.Com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

    CITY OF DETROIT, MICHIGAN           Chapter 9
                                                  Case No. 13-53846-tjt
                     Debtor.                    Hon. Thomas J. Tucker
_____/

## CERTIFICATE OF SERVICE

      I, Hugh M. Davis, state that on December 18, 2015, I filed a copy of the Request for Removal From Receiving Electronic Notices along with this Certificate of Service using the Court's ECF system and I hereby certify that the Court's ECF system has served counsel to the City and all registered users that have appeared in the above-captioned case. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

                                       /s/Hugh M. Davis
                                       Hugh M. Davis (P12555)
                                       450 W. Fort St., Ste. 200
                                       Detroit, MI 48226
                                       313-961-2255/Fax: 313-922-5130
                                       Davis@ConLitPC.Com

F:\Cases\DPS (R v. M)\Notice of Removal(2015-12-15).docx