UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CITY OF DETROIT

Debtor.

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon. Tucker

MOTION FOR/TO REINSTATE SECURED CLAIM

NOW COMES ~~Debtor~~ CREDITOR(s), and brings this motion for/to REINSTATE SECURE CLAIM CREDITOR. In support of ~~Debtor~~ CREDITOR(s)'s motion, ~~Debtor~~ CREDITOR states the following

[state the facts]:

1. SEE ATTACHED LETTER

2. _____

3. Debtor requests REINSTATE OF SECURE CLAIM; DID NOT RECEIVE NOTICE

WHEREFORE, ~~Debtor~~ CREDITOR requests this Court to consider Debtor's Motion for/to REINSTATE SECURED CLAIM and afford ~~Debtor~~ CREDITOR what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Dated: 12.18.2015

Respectfully submitted,

(Debtor's Signature)
Print Name:

(Co-Debtor's Signature)
Print Name:

CREDITOR: [signature]

FILED
2015 DEC 18 P 3:35
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

13-53846-tjt   Doc 10716   Filed 12/18/15   Entered 12/18/15 16:01:29   Page 1 of 6

Honorable Thomas Tucker
Federal Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, Michigan 48226

October 30, 2015

Dear Honorable Tucker,

I am writing as a creditor in the City of Detroit Bankruptcy filing, case no. 13-53846; I became a creditor based on a judgement by a lower court against the City of Detroit after a trial and several appeals by the City of Detroit (they refused mediation offered by the court and on the record stated that their debt would be absolved by bankruptcy).

Since the city of Detroit petitioned and was granted bankruptcy, individual creditors such as I have been referred to a website and independent agency known as 'KCC' in El Segundo, California for information regarding our claims. It was my understanding that prior, during and after the bankruptcy proceedings, these creditors would be informed of claim status and/or given notice of any court filings and actions.

Since 2014 I have only received two notices by 'KCC' with the last one being on April 2015 and they were regarding general court filings. You can imagine my surprise when I called the company in California and found out that the City of Detroit had filed a motion to remove one of my existing claims because it was a 'duplicate claim.' The motion was granted by your court. Although I did not receive any notice to object to their motion (and I would have), the claim removed was indeed a duplicate claim. The City of Detroit choose to have the duplicate <u>secured</u> claim removed and keep the duplicate <u>unsecured</u> claim (they were both the same amount). However what the City of Detroit failed to inform the court was that this federal court, under Judge Rhodes presiding, instituted the secured claim based on the facts and history of the case before him.

I do not appreciate the City of Detroit's 'sleight of hand' and its obvious disregard for the integrity of the judicial process. I really do believe that the legal representatives for the City of Detroit has taken the post-bankruptcy judicial proceedings for granted with no fear of reprisals or corrections from this court, at least in regards to the small individual claimants such as myself. I am asking to have the secured claim reinstated because I was not given due…any notice at all…to object to the motion filed by the City of Detroit. <u>I have enclosed proof of service to the city of Detroit.</u>

Respectfully,

M. Dujon Johnson

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT
2015 DEC 10 A 11: 54
FILED

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CITY OF DETROIT CLAIMS
C/O KCC
2335 ALASKA AVE.
EL SEGUNDO, CALIF
90245

2. Article Number
(Transfer from service label)

7015 0640 0000 8977 9982

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

NOV 1 0 2015

KURTZMAN CARSON CONSULTANTS

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CITY OF DETROIT

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon. Tucker

Debtor.
_____/

ORDER GRANTING MOTION TO/FOR REINSTATE SECURED CLAIM

This matter having come before the Court on ~~Debtor's~~ Creditor's motion to/for REINSTATE SECURED CLAIM, the Court having considered the motion, and having found cause:

IT IS ORDERED that the motion is granted.

Form B20A(Official Form 20A)
12/1/10

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

**In re:**

CITY OF DETROIT

2015 DEC 18 P 3:35

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Chapter: 9
Case No.: 13-53846
Judge: Hon. Tucker

_____ Debtor(s) _____

Address _____

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): _____

## NOTICE OF [MOTION] [OBJECTION]

CREDITOR
~~Debtor~~ has filed papers with the court
to REINSTATE SECURED CLAIM

{relief sought in motion or objection}

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to REINSTATE SECURE CLAIM [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

    United States Bankruptcy Court
    211 WEST FORT STREET
    DETROIT, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

    You must also mail a copy to [enter your name and address and name and address of others to be served]: DR. M. DUJON JOHNSON
    15474 STOEPEL
    DETROIT, MI 48238

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 12-18-2015

Signature M. DJC
Name
Address 15474 Stoepel
Det, MI
48238

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Hon. Tucker

Debtor.
CITY OF DETROIT /

## CERTIFICATE OF SERVICE

The undersigned certifies that on 12-18-2015 (date of mailing), a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of Michigan, upon [specify name and mailing addressed of each party served]: CITY OF DETROIT
2 WOODWARD AVENUE
SUITE 1126
DETROIT, MI 48226

Dated: 12-18-2015

(Debtor's Signature)
Print Name:

(Co-Debtor's Signature)
Print Name:

(CREDITOR: DR. M. D-jun Johnson)