Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **2/10/16** at **01:30 PM** to consider and act upon the following:

*10716* – Motion to Reinstate Secured Claim Filed by Creditor M. Dujon Johnson (AGF)

Dated: 1/5/16

            BY THE COURT

            Katherine B. Gullo
            Clerk, U.S. Bankruptcy Court

            BY: christine sikula
            Deputy Clerk