# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2016, he served a copy of the foregoing ***CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST BOBBY WATSON, GODFREY WALTERS, NADINE STALEY AND COURTNEY D. PAYTON*** ("Motion") upon counsel to Courtney Payton and Nadine Staley, via first class mail, as follows:

Ernest F. Friedman
Law Office of Ernest Friedman
24567 Northwestern Hwy., #500
Southfield, MI 48075-2421

The City of Detroit is re-serving the Motion as the original service did not include the city, state and zip code.

DATED: January 8, 2016

                                              By: /s/ Marc N. Swanson
                                                  Marc N. Swanson (P71149)
                                                  150 West Jefferson, Suite 2500
                                                  Detroit, Michigan 48226
                                                  Telephone: (313) 496-7591
                                                  Facsimile: (313) 496-8451
                                                  swansonm@millercanfield.com