# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

## REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATIONS LIST

Honigman Miller Schwartz and Cohn LLP by Jason R. Abel, counsel for the Detroit Institute of Arts requests that the following email address be removed from the CM/ECF electronic notifications list and that he no longer receive electronic filings in this bankruptcy proceeding:

Jason R. Abel      Email: jabel@honigman.com

.

      Respectfully submitted,

      HONIGMAN MILLER SCHWARTZ AND COHN LLP

      By: /s/ Jason R. Abel
         Jason R. Abel (P70408)
      2290 First National Building
      660 Woodward Avenue
      Detroit, MI 48226
      (313) 465-7852

Dated: January 13, 2016      Email: jabel@honigman.com

**CERTIFICATE OF SERVICE**

On January 13, 2016, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system, which will send a copy to all counsel of record.  I certify and declare under penalty of perjury that the foregoing is true and correct.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP

        By: /s/ Jason R. Abel
            Jason R. Abel (P70408)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI  48226
        (313) 465-7852
Dated:  January 13, 2016        Email: jabel@honigman.com