UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND ADR ORDER, AGAINST DOMINIQUE MCCARTHA AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF GREGORY PHILLIPS, DECEASED**

This case came before the Court for a hearing on January 13, 2016, on motion entitled "City Of Detroit's Motion To Enforce Settlement Agreement and Order, Pursuant To Sections 105 And 502 Of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures To Promote the Liquidation Of Certain Prepetition Claims Against Gregory Phillips and/or Dominique McCartha As Personal Representative For the Estate Of Gregory Phillips, Deceased (Docket # 10272, the "Motion"). For the reasons stated by the Court on the record during the hearing;

IT IS ORDERED that:

1. The Motion is granted.

2. No later than January 20, 2016, Dominique McCartha, as Personal Representative for the Estate of Gregory Phillips, deceased and Gregory Phillips must dismiss, or cause to be dismissed, with prejudice, Case No. 11-14419 filed in the United States District Court for the Eastern District of Michigan, Southern Division, and captioned *Dominique McCartha, as Personal Representative for the Estate of Gregory Phillips, deceased and Gregory Phillips, Plaintiff v. City of Detroit and Ian Severy, in his individual and official capacity*.

3. The Court will retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on January 14, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge