08-JAN-16

Dear Sir,

I'm a 72 year old retired Detroit firefighter. I'm rwriting regarding an agreement made with the City of Detroit in our Plan of Adjustment. The city agreed to liqudate the Death Trust Benefit that it have on ritirees that paid (9¢ per mo) in too it IN A TIMELY MANNER. It's being handled by by the General City Union (ASME). We leaned from our union (RDPD/FFA) in December that they're wainting for an actturary. It's been more than a year and we havent heard one word from them. The committee appointed to handle this were to be paid with monies from this trust. We (RDPD/FFA) don't know who they are, how miny there are and how much they're being paid. My fear is that they will exhaust funds from our Death Benifet that we need to pay our Medical Bills. I respectfully ask that ths is looked into for us.

Respectfully
James S Harley
Badge # 1013
PH # (734) 589-8107

FILED (I)
2016 JAN 12 A 10:39
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

2016 JAN 12 A 10:39
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT
FILED (I)

13-53846-tjt  Doc 10730  Filed 01/12/16  Entered 01/14/16 10:47:38  Page 1 of 1