**maddin hauser**

Maddin Hauser Roth & Heller PC
attorneys and counselors

MICHELLE C. HARRELL
Direct Dial No. (248) 827-1862
Direct Fax No. (248) 359-6162
E-Mail: mharrell@maddinhauser.com

28400 Northwestern Highway   Second Floor   Southfield, MI 48034-1839   (248) 354-4030   fax (248) 354-1422   www.maddinhauser.com

January 15, 2016

E-Filing Clerk
U.S. Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, Michigan 48226

RE:   Ian S. Bolton

Dear Clerk:

Please be advised that Ian S. Bolton (P68872) is no longer with our firm. Please substitute David E. Hart (P45084), dhart@maddinhauser.com, for the bankruptcy cases listed on the attached list.

We greatly appreciate your assistance. Please let us know if there is any further information that you need.

Very truly yours,

MADDIN, HAUSER, ROTH & HELLER, P.C.

*Michelle C Harrell*

Michelle C. Harrell

MCH/baw
Attachment

1780543/harrell.misc

| Case | Party | Role |
|---|---|---|
| 03-69096-mar | ZZZ Pad, Inc. | cr |
| 10-69526-mar | Flagstar Bank, FSB | cr |
| 10-72255-pjs | Dott Manufacturing Company Union Employees' Pension Plan | cr |
| 11-60803-pjs | Mazel-Tov Properties Corp. | cr |
| 11-68941-pjs | Flagstar Bank, FSB | cr |
| 12-43166-tjt | JBD Troy, LLC | cr |
| 12-43166-tjt | Pegasus Group | cr |
| 12-46345-mbm | Fifth Third Bank | cr |
| 12-58409-mbm | David DeGorter | cr |
| 12-63795-tjt | Robert Bachman | cr |
| 13-53846-tjt | FK South, LLC | cr |
| 13-53846-tjt | FK Park, LLC | cr |
| 13-53928-wsd | Michael Evangelista | cr |
| 13-53928-wsd | Carl Evangelista | cr |
| 13-54218-tjt | United Meat and Deli, Inc. | cr |
| 15-48255-tjt | Maddin Hauser Roth & Heller, PC | cr |
| 15-50410-wsd | Wyka Properties, LLC | cr |
| 14-20012-dob | Shinners & Cook, P.C. | res |

13-53846-tjt    Doc 10732    Filed 01/15/16    Entered 01/15/16 15:58:48    Page 2 of 2