# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>     Appellee. | Case No. 2:15-cv-12976-BAF-RSW<br><br>Honorable Bernard A. Friedman<br><br>Magistrate Judge R. Steven Whalen |
| In re:<br><br>City of Detroit, Michigan,<br><br>     Debtor. | Bankruptcy Case Number 13-53846<br><br>Honorable Thomas J. Tucker<br><br>Chapter 9 |

## ORDER DISMISSING APPEAL

This matter having come before the Court upon the stipulation of the parties, The City of Detroit, Michigan and B&C Land Development Corporation, by and through their respective counsel, and the Court being advised as to the premises,

IT IS ORDERED that the above-captioned appeal is dismissed with prejudice and without costs or expenses to either party.

                                        S/  Bernard A. Friedman
                          UNITED STATES DISTRICT COURT JUDGE

DATED:  January 19, 2016