IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Judge Thomas J. Tucker
------------------------------------------------------x

## ORDER APPROVING STIPULATION BETWEEN THE
## CITY OF DETROIT, MICHIGAN AND XEROX CORPORATION
## REGARDING CONTRACTS AND CLAIM NUMBER 116

This case is before the Court on the *Stipulation by and Between the City of Detroit, Michigan and Xerox Corporation Regarding Contracts and Claim Number 116* (Docket # 10735, the "Stipulation"); the Court having reviewed the Stipulation[1] and being otherwise apprised of the matter;

IT IS ORDERED THAT:

1. Claim 116 is allowed under the Plan as a Class 15 Convenience Claim in the reduced amount of $19,915.29. Within 60 days after the entry of this Order, the City will pay to Xerox $4,978.82 in complete satisfaction of Claim 116.

2. The Contract is assumed by the City in accordance with the Plan as of the Effective Date. Within 60 days of the entry of this Order, the City will pay to Xerox $12,187.08 in full and final resolution of the Cure Claim. No other cure amounts, payment, compensation or other performance is necessary to satisfy the requirements relating to the City's assumption of the Contract under section 365 of the Bankruptcy Code.

---

[1] Capitalized terms not defined in this Order have the meaning given to them in the Stipulation.

3. Other than the Claims identified in paragraphs 1 and 2 above, Xerox has no further Claims of any kind against the City as of the Effective Date. The City's claims agent is authorized to update the claims register accordingly.

4. No party may assert a claim against the City on the basis that it has been assigned a claim originally asserted by Xerox.

5. Neither the Stipulation nor this Order revives, reinstates, or affirms any rights, remedies, claims, or defenses of the City or Xerox against each other that expired or were otherwise barred, satisfied, released, waived, or discharged as of, or upon the occurrence of, the Effective Date of the Plan. Neither the Stipulation nor this Order modifies the Plan.

.

**Signed on January 25, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge