IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

**CERTIFICATION OF NO RESPONSE OR OBJECTION REGARDING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST BOBBY WATSON, GODFREY WALTERS, NADINE STALEY AND COURTNEY D. PAYTON**

On December 16, 2015, the City Of Detroit ("City") filed its Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof against Bobby Watson, Godfrey Walters, Nadine Staley and Courtney D. Payton ("Motion"). [Doc. No. 10710]. The Motion was served via first class mail and electronic mail on the same date, as follows:

Sent to Counsel to Courtney Payton and Nadine Staley via first class mail:

Ernest F. Friedman
Law Office of Ernest Friedman
24567 Northwestern Hwy., #500

Sent to Counsel to Bobby Watson via first class mail and email:

Daniel G. Romano
23880 Woodward Avenue
Pleasant Ridge, MI 48069
Email: dromano@romanolawpllc.com

Sent to Counsel to Godfrey Walters via first class mail and email:

Kimberly Koester
Christopher Trainor & Associates
9750 Highland Road
White Lake, MI 48386
Email: kimberley.koester@cjtrainor.com

*See Certificate of Service* Exhibit A.

On January 8, 2016, the City re-served the Motion on counsel for Courtney Payton and Nadine Staley via first class mail as follows, because the original mailing did not contain a city, state or zip code:

Ernest F. Friedman
Law Office of Ernest Friedman
24567 Northwestern Hwy., #500
Southfield, MI 48075-2421

*See Supplemental Certificate of Service* Exhibit B.

No response or objection to the Motion has been filed with the Court and the time to do so has passed. The City respectfully requests that the Court enter an order in substantially the same form as the one which was attached to the Motion. *See Proposed Order* Exhibit C.

        MILLER, CANFIELD, PADDOCK AND
        STONE, P.L.C.

        By: /s/ Marc N. Swanson
        Jonathan S. Green (P33140)
        Marc N. Swanson (P71149)
        150 West Jefferson, Suite 2500
        Detroit, Michigan 48226
        Telephone: (313) 496-7591
        Facsimile: (313) 496-8451
        swansonm@millercanfield.com

        - and –

        CITY OF DETROIT LAW DEPARTMENT

                                                                  Charles N. Raimi (P29746)
                                                                  James Noseda (P52563)
                                                                  2 Woodward Avenue, Suite 500
                                                                  Detroit, Michigan 48226
                                                                  Phone – (313) 237-5037/(313)
                                                                  Email – raimic@detroitmi.gov

                                                                  Attorneys for the City of Detroit

DATED: January 27, 2016

**Exhibit A**

**EXHIBIT 4 – CERTIFICATE OF SERVICE**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

The undersigned hereby certifies that on December 16, 2015, he served a copy of the foregoing ***CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST BOBBY WATSON, GODFREY WALTERS, NADINE STALEY AND COURTNEY D. PAYTON*** upon the persons listed below, and in the manner described below:

Sent to Counsel to Courtney Payton and Nadine Staley via first class mail:

Ernest F. Friedman
Law Office of Ernest Friedman
24567 Northwestern Hwy., #500


Sent to Counsel to Bobby Watson via first class mail and email:

Daniel G. Romano
23880 Woodward Avenue
Pleasant Ridge, MI 48069
Email: dromano@romanolawpllc.com

25566522.3\022765-00213

13-53846-tjt   Doc 10738   Filed 01/27/16   Entered 01/27/16 13:08:07   Page 5 of 11
13-53846-tjt   Doc 10710   Filed 12/16/15   Entered 12/16/15 13:48:40   Page 12 of 59

Sent to Counsel to Godfrey Walters via first class mail and email:

Kimberly Koester
Christopher Trainor & Associates
9750 Highland Road
White Lake, MI 48386
Email: kimberley.koester@cjtrainor.com


DATED: December 16, 2015

                                                          By: /s/ Marc N. Swanson
                                                              Marc N. Swanson (P71149)
                                                              150 West Jefferson, Suite 2500
                                                              Detroit, Michigan 48226
                                                              Telephone: (313) 496-7591
                                                              Facsimile: (313) 496-8451
                                                              swansonm@millercanfield.com

**Exhibit B**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>          Debtor. | Bankruptcy Case No. 13-53846<br><br>Honorable Thomas J. Tucker<br><br>Chapter 9 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2016, he served a copy of the foregoing *CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST BOBBY WATSON, GODFREY WALTERS, NADINE STALEY AND COURTNEY D. PAYTON* ("Motion") upon counsel to Courtney Payton and Nadine Staley, via first class mail, as follows:

Ernest F. Friedman
Law Office of Ernest Friedman
24567 Northwestern Hwy., #500
Southfield, MI 48075-2421

The City of Detroit is re-serving the Motion as the original service did not include the city, state and zip code.

DATED: January 8, 2016

                                                By: /s/ Marc N. Swanson
                                                    Marc N. Swanson (P71149)
                                                    150 West Jefferson, Suite 2500
                                                    Detroit, Michigan 48226
                                                    Telephone: (313) 496-7591
                                                    Facsimile: (313) 496-8451
                                                    swansonm@millercanfield.com

**Exhibit C**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST BOBBY WATSON, GODFREY WALTERS, NADINE STALEY AND COURTNEY D. PAYTON**

This matter, having come before the Court on the Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof against Bobby Watson, Godfrey Walters, Nadine Staley and Courtney D. Payton ("<u>Motion</u>")[1], upon proper notice and a hearing, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**THE COURT ORDERS THAT:**

1. The Motion is granted.

2. Within five days of the entry of this Order:

   (a) Nadine Staley shall dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Nadine Staley, Plaintiff, v. City of Detroit*, *Defendant*, filed in the Wayne County Circuit Court and assigned Case No. 15-013025.

   (b) Courtney D. Payton shall dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Courtney D. Payton, Plaintiff, v. City of Detroit*, *Defendant*, filed in the Wayne County Circuit Court and assigned Case No. 15-000962.

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Motion.

(c) Godfrey Walters shall dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Godfrey Walters, Plaintiff, vs. John Doe Driver, and City of Detroit, Defendants*, filed in the Wayne County Circuit Court and assigned Case No. 15-013571.

(d) Bobby Watson shall dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Bobby Watson, Plaintiff, vs. City of Detroit, and John Doe*, filed in Wayne County Circuit Court and assigned Case No. 15-009009.

3. Bobby Watson, Godfrey Walters, Nadine Staley and Courtney D. Payton are permanently barred, estopped and enjoined from asserting the claims arising from or related to their State Court Actions against the City of Detroit or property of the City of Detroit.

4. Bobby Watson, Godfrey Walters, Nadine Staley and Courtney D. Payton are prohibited from sharing in any distribution in this bankruptcy case.

5. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.