# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
| Debtor. | ) | Judge Thomas J. Tucker |
|  | ) |  |

## ORDER MODIFYING THIS COURT'S NOVEMBER 25, 2015 ORDER (DOCKET NUMBER 10286)

This case is before the Court on the stipulation filed on January 28, 2016, entitled "Stipulation for the Entry of an Order Modifying this Court's November 25, 2015 Order (Docket Number 10286)" (Docket # 10739, the "Stipulation"). Based on the Stipulation,

IT IS ORDERED that the Court's November 25, 2015 Order entitled "Order Modifying This Court's September 30, 2015 Order (Docket Number 10219)" (Docket # 10286) is modified as follows:

1. The filing deadlines in paragraph 1.A of the Order are extended from January 29, 2016, to April 29, 2016.

2. The filing deadlines in paragraph 1.B of the Order are extended from March 30, 2016, to June 30, 2016.

3. The filing deadlines in paragraph 1.C of the Order are extended from April 29, 2016, to July 29, 2016.

4. The filing deadlines in paragraph 1.D of the Order are extended from February 12, 2016, to May 12, 2016.

**Signed on January 29, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge