IN RE:     Bankruptcy Case No. 13-53846
           Hon. Thomas J. Tucker
CITY OF DETROIT, MICHIGAN     Chapter 9

Debtor.

_____/

## CLAIMANTS NADINE STALEY AND COURTNEY D. PAYTON'S MOTION TO PERMIT TRADITIONAL AND LATE FILING OF RESPONSE TO CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501 AND 103 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER AND NOTICE THEREOF AGAINST CLAIMANTS STALEY AND PAYTON

NOW COME Claimants NADINE STALEY and COURTNEY D. PAYTON, by and through their attorneys, LAW OFFICE OF ERNEST FRIEDMAN, and for their Motion to Permit Traditional and Late Filing of Response to CITY OF DETROIT's Motion as noted above, state as follows:

1. The undersigned counsel represents COURTNEY D. PAYTON and NADINE STALEY, Creditors of the CITY OF DETROIT in the above-captioned cause of action.

2. The CITY OF DETROIT filed the above-identified Motion which, if granted, would have banned COURTNEY D. PAYTON and NADINE STALEY from filing Proofs of their respective Claims.

1

3. The Response to this Motion is attached and was actually due on or before January 25, 2016.

4. The undersigned is an attorney in a law firm which has Electronic Case Filing (ECF) enrollment for the U.S. District Court, Eastern District of Michigan.

5. The undersigned assumed that the ECF enrollment would also be valid for filing in the U.S. Bankruptcy Court for the Eastern District of Michigan.

6. On January 25, 2016, the undersigned discovered that this was not the case.

7. Therefore, Creditors COURTNEY D. PAYTON and NADINE STALEY request this Court to enter the Order as attached.

Respectfully submitted,

LAW OFFICE OF ERNEST FRIEDMAN

BY: /s/CHARLES H. CHOMET
CHARLES H. CHOMET (P39208)
Attorney for Plaintiff
24567 Northwestern Highway #500
Southfield, MI 48075
(248) 350-9440 ~ (248) 469-4365 (FAX)

DATED: January 27, 2016

2

13-53846-tjt    Doc 10741    Filed 01/27/16    Entered 01/29/16 14:53:41    Page 2 of 4

UNITED STATES BANKRUPTCY COURT

EASTERN DISCTRICT OF MICHIGAN – SOUTHERN DIVISION

IN RE:  Bankruptcy Case No. 13-53846
Hon. Thomas J. Tucker
CITY OF DETROIT, MICHIGAN  Chapter 9

Debtor.
_____/

# CLAIMANTS NADINE STALEY AND COURTNEY D. PAYTON'S BRIEF IN SUPPORT OF MOTION TO PERMIT TRADITIONAL AND LATE FILING OF RESPONSE TO CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501 AND 103 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER AND NOTICE THEREOF AGAINST CLAIMANTS STALEY AND PAYTON

This Motion is based upon Electronic Case Filing Procedure 3(b)(6).

It is believed that good cause for the relief requested has been demonstrated.

Respectfully submitted,

LAW OFFICE OF ERNEST FRIEDMAN

BY: /s/CHARLES H. CHOMET
CHARLES H. CHOMET (P39208)
Attorney for Plaintiff
24567 Northwestern Highway #500
Southfield, MI 48075
(248) 350-9440 ~ (248) 469-4365 (FAX)

DATED: January 27, 2016

UNITED STATES BANKRUPTCY COURT

EASTERN DISCTRICT OF MICHIGAN – SOUTHERN DIVISION

IN RE:                                        Bankruptcy Case No. 13-53846
                                               Hon. Thomas J. Tucker
       CITY OF DETROIT, MICHIGAN             Chapter 9

Debtor.

_____/

## PROOF OF SERVICE

The undersigned, being first duly sworn, deposes and says that, on the date noted below, he served a copy of Claimants NADINE STALEY and COURTNEY D. PAYTON's Motion to Permit Traditional and Late Filing of Response to City of Detroit's Motion to Enforce Order, Pursuant to Sections 105, 501 and 103 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c),Establishing Bar Dates for filing Proofs of Claim and Approving Form and Manner and Notice Thereof against Claimants STALEY and PAYTON, upon Marc N. Swanson, attorney for City of Detroit, of Miller, Canfield, Paddock & Stone, P.L.C., whose address is 150 West Jefferson Avenue #2500, Detroit, MI 48226, by placing same in a self-addressed envelope with postage duly prepaid thereon and depositing same in the U.S. Mail at Southfield, Michigan. Affiant further sayeth not.

                                                                 /s/ROBERT R. GOTZ, JR.
                                                                  ROBERT R. GOTZ, JR.

DATED: January 27, 2016