UNITED STATES BANKRUPTCY COURT

EASTERN DISCTRICT OF MICHIGAN – SOUTHERN DIVISION

IN RE:  Bankruptcy Case No. 13-53846
Hon. Thomas J. Tucker

CITY OF DETROIT, MICHIGAN  Chapter 9

Debtor.

_____/

## ORDER ~~ALLOWING~~ DENYING MOTION TO PERMIT TRADITIONAL AND LATE FILING OF RESPONSE TO CITY OF DETROIT'S MOTION

At a session in said Court, held in the City of
Detroit, County of Wayne, State of Michigan, on ~~[struck through]~~

~~PRESENT: HON. THOMAS J. TUCKER, U.S. BANKRUPTCY COURT JUDGE~~

This matter having been brought before the Court on Plaintiff's Motion and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that The motion by Creditors COURTNEY D. PAYTON and NADINE STALEY to file in paper form ~~shall be permitted to file~~ their Response to Debtor CITY OF DETROIT's Motion to Enforce Order, etc., ~~Pursuant to Sections 105, 501 and 103 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for filing Proofs of Claim and Approving Form and Manner and Notice Thereof against Claimants STALEY and PAYTON by hard copy~~ — the "Traditional Filing" ~~described in ECF Procedure 3(b) within one week of the date of entry of this Order~~, which was tendered to the Clerk's office on January 27, 2016 is denied, without prejudice, because that motion is missing an original signature by the attorney.

Signed: January 29, 2016

Thomas J. Tucker
U.S. Bankruptcy Judge