**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 29, 2016, he served copies of the *Order Granting City of Detroit's Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof against Bobby Watson, Godfrey Walters, Nadine Staley and Courtney D. Payton* [Doc. No. 10743] upon the following as indicated below:

Sent to Counsel to Bobby Watson via first class mail and email:

Daniel G. Romano
23880 Woodward Avenue
Pleasant Ridge, MI 48069
Email: dromano@romanolawpllc.com

Sent to Counsel to Godfrey Walters via first class mail and email:

Kimberly Koester
Christopher Trainor & Associates
9750 Highland Road
White Lake, MI 48386
Email: kimberley.koester@cjtrainor.com

Sent to Counsel to Courtney Payton and Nadine Staley via first class mail:

Ernest F. Friedman
Law Office of Ernest Friedman
24567 Northwestern Hwy., #500
Southfield, MI 48075-2421

DATED: January 29, 2016

                                              By: /s/ Marc N. Swanson
                                              Marc N. Swanson (P71149)
                                              150 West Jefferson, Suite 2500
                                              Detroit, Michigan 48226
                                              Telephone: (313) 496-7591
                                              Facsimile: (313) 496-8451
                                              swansonm@millercanfield.com