# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## CERTIFICATION OF NO RESPONSE OR OBJECTION REGARDING CITY OF DETROIT'S MOTION AGAINST SEAN T. LEWIS FOR VIOLATION OF THE AUTOMATIC STAY AND DISMISSAL OF THE LAWSUIT FILED IN WAYNE COUNTY CIRCUIT COURT

On January 11, 2016, the City Of Detroit ("City") filed its Motion Against Sean T. Lewis For Violation Of the Automatic Stay and Dismissal Of the Lawsuit Filed In Wayne County Circuit Court ("Motion"). [Doc. No. 10725]. The Motion was served upon counsel via first class mail and electronic mail on the same date, as follows:

Larry R. Polk
65 Cadillac Bldg, Ste 2605
Detroit, MI 48226-2842
Lpolk14405@aol.com

*See Certificate of Service* Exhibit A.

No response or objection to the Motion has been filed with the Court and the time to do so has passed. The City respectfully requests that the Court enter an order in substantially the same form as the one which was attached to the Motion. *See Proposed Order* Exhibit B.

              MILLER, CANFIELD, PADDOCK AND
              STONE, P.L.C.

              By: /s/ Marc N. Swanson
              Jonathan S. Green (P33140)
              Marc N. Swanson (P71149)
              150 West Jefferson, Suite 2500
              Detroit, Michigan 48226
              Telephone: (313) 496-7591
              Facsimile: (313) 496-8451
              swansonm@millercanfield.com

                      - and –

              CITY OF DETROIT LAW DEPARTMENT

              Charles N. Raimi (P29746)
              James Noseda (P52563)
              2 Woodward Avenue, Suite 500
              Detroit, Michigan 48226
              Phone – (313) 237-5037/(313)
              Email – raimic@detroitmi.gov

              Attorneys for the City of Detroit

DATED: January 29, 2016

**Exhibit A**

**EXHIBIT 4 – CERTIFICATE OF SERVICE**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 11, 2016, that the foregoing Motion Against Sean T. Lewis for Violation of the Automatic Stay and Dismissal of the Lawsuit Filed in Wayne County Circuit Court was filed and served via the Court's electronic case filing and notice system and upon counsel as listed below, via first class mail and electronic mail:

Larry R. Polk
65 Cadillac Bldg, Ste 2605
Detroit, MI 48226-2842
Lpolk14405@aol.com

DATED: January 11, 2016

        By: /s/ Marc N. Swanson
        Marc N. Swanson
        150 West Jefferson, Suite 2500
        Detroit, Michigan 48226
        Telephone: (313) 496-7591
        Facsimile: (313) 496-8451
        swansonm@millercanfield.com

25612254.3\022765-00213
13-53846-tjt Doc 10745 Filed 01/29/16 Entered 01/29/16 15:47:13 Page 14 of 75
13-53846-tjt Doc 10723 Filed 01/27/16 Entered 01/27/16 15:42:11 Page 13 of 75

**Exhibit B**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Honorable Thomas J. Tucker<br><br>Chapter 9 |

## ORDER GRANTING CITY OF DETROIT'S MOTION AGAINST SEAN T. LEWIS FOR VIOLATION OF THE AUTOMATIC STAY AND DISMISSAL OF THE LAWSUIT FILED IN WAYNE COUNTY CIRCUIT COURT

This matter, having come before the court on the City of Detroit's Motion against Sean T. Lewis for Violation of the Automatic Stay and Dismissal of the Lawsuit filed in Wayne County Circuit Court ("Motion"); upon proper notice and a hearing; the Court being fully advised in the premises; and there being good cause to grant the relief requested,

**IT IS HEREBY FOUND AND CONCLUDED THAT** Sean T. Lewis violated the automatic stay in the above captioned bankruptcy case by filing a complaint ("Complaint") and commencing case number 13-016394, in Wayne County Circuit Court, Michigan ("State Court Lawsuit").

**ACCORDINGLY, THE COURT ORDERS THAT:**

1. The Motion is granted.

2. The Complaint is void.

3. Within five days of the entry of this Order, Sean T. Lewis must dismiss, or cause to be dismissed, the State Court Lawsuit.

4. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.