UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                    Case No. 13-53846
                                          Chapter 9
CITY OF DETROIT, MICHIGAN                 Hon. Thomas J. Tucker

              Debtor
_____/

## NOTICE OF APPEARANCE AND REQUEST TO BE ADDED TO THE MATRIX

**NOW COMES** Michael A. Stevenson from the firm Stevenson & Bullock, P.L.C. and does hereby enter his Appearance as an interested party for Clark Associates, Inc., in the above-entitled matter, and hereby further requests that all pleadings, motions and documents filed with the U.S. Bankruptcy Court be served upon her.

        Respectfully submitted,
        **STEVENSON & BULLOCK, P.L.C.**
        By: /s/ Michael A. Stevenson
        Michael A. Stevenson (P37638)
        Counsel for Defendant
        26100 American Drive, Suite 500
        Southfield, MI 48034
        Phone: (248) 354-7906
        Email: mstevenson@sbplclaw.com

Dated: January 29, 2016

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Case No. 13-53846
 Chapter 9
CITY OF DETROIT, MICHIGAN  Hon. Thomas J. Tucker

      Debtor
_____/

## CERTIFICATE OF SERVICE

  Michael A. Stevenson of Stevenson & Bullock, P.L.C., hereby certifies that on the 29th day of January, 2016, a copy of the **Notice of Appearance and Request to be Added to the Matrix** and this **Certificate of Service** was served electronically and/or by placing same in an envelope with sufficient postage thereon, and depositing same in a United States mail receptacle in the City of Southfield, State of Michigan to:

| | |
|---|---|
| Office of the U.S. Trustee<br>211 W. Fort Street, Suite 700<br>Detroit, MI 48226 | Clark Associates Inc.<br>7700 Second Avenue<br>Suite 617<br>Detroit, MI 48202 |
| Bruce Bennett, at<br>bbennett@jonesday.com | Judy B. Calton ,<br>jcalton@honigman.com |
| Eric D. Carlson, at<br>carlson@millercanfield.com | Tamar Dolcourt, at<br>carlson@millercanfield.com |
| Timothy A. Fusco, at<br>fusco@millercanfield.com | Eric B. Gaabo, at<br>gaabe@detroitmi.gov |
| Jonathan S. Green, at<br>green@millercanfield.com | David Gilbert Heiman, at<br>dgheiman@jonesday.com |
| Robert S. Hertzberg,at<br>hertzbergr@pepperlaw.com | Jeffrey S. Kopp, at<br>jkopp@foley.com |

| | |
|---|---|
| Deborah Kovsky-Apap, at kovskyd@pepperlaw.com | Kay Standridge Kress, at kressk@pepperlaw.com |
| Stephen S. LaPlante, at laplante@millercanfield.com | Heather Lennox, at hlennox@jonesday.com |
| John A. Simon, at jsimon@foley.com | Ronald A. Spinner, at spinner@millercanfield.com |
| Marc N. Swanson, at swansonm@millercanfield.com | Albert Togut, at dperson@teamtogut.com |
| Stanley L. de Jongh, at jongsl@detroitmi.gov | Paula A. Hall, at hall@bwst-law.com |
| Claude D. Montgomery, at claude.montgomery@dentons.com, docketny@dentons.com | Carole Neville, at carole.neville@dentons.com, daniel.morris@dentons.com |
| Matthew Wilkins, at wilkins@bwst-law.com | City of Detroit, Michigan 2 Woodward Avenue Suite 1126 Detroit, MI 48226 |

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**
By: /s/ Michael A. Stevenson
Michael A. Stevenson (P37638)
Counsel for Defendant
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Email: mstevenson@sbplclaw.com