UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------ X
                                                                   :

In re                                      :: Chapter 9
                                                  :: Case No. 13-53846

CITY OF DETROIT, MICHIGAN,       :: Hon. Thomas J. Tucker
                             Debtor.            :
------------------------------------------------------ x

## STIPULATED WITHDRAWAL OF CLAIMS
### #3659, #3660, #3661, #3662, and #3665

The undersigned counsel on behalf of creditor, U.S. Equal Employment Opportunity Commission, Dale Price and debtor, City of Detroit hereby stipulate to withdrawal of claims #3659, #3660, #3661, #3662, and #3665 filed on March 19, 2014.

- **Claim No. 3659**: the investigation involving the City of Detroit and charging party, Kadijah Ahmed on Charge No. 471-2013-01577 has been completed. A "Dismissal and Notice of Rights" issued to the charging party on June 13, 2014.

- **Claim No. 3660**: the investigation involving the City of Detroit and charging party, Joseph Fletcher on Charge No. 471-2013-03183 has been completed. A "Dismissal and Notice of Rights" issued to the charging party on July 14, 2014.

- **Claim No. 3661**: the investigation involving the City of Detroit and charging party, Major Russell on Charge No. 471-2013-02956 has been completed. A "Dismissal and Notice of Rights" issued to the charging party on June 5, 2014.

- **Claim No. 3662**: the investigation involving the City of Detroit and charging party, Tammy Barnes on Charge No. 471-2014-00473 has been completed. A "Dismissal and Notice of Rights" issued to the charging party on June 5, 2014.

- **Claim No. 3665**: the investigation involving the City of Detroit and charging party, Sherrell Stanley on Charge No. 471-2014-00163 has been completed. A "Dismissal and Notice of Rights" issued to the charging party on September 30, 2015.

Claims #3659, #3660, #3661, #3662, and #3665 will not be included in any disbursements under the Debtor's Plan of Adjustment.

*/s/Dale Price*   with consent
Dale Price    (P5578)
Attorney for Creditor – U.S. EEOC
477 Michigan Ave., Room 865
Detroit, MI 48201-2658
(313) 226-7808
Dale.price@eeoc.gov

February 1, 2016

*/s/ Mary Beth Cobbs*
Mary Beth Cobbs (P40080)
Attorney for Debtor – City of Detroit
2 Woodward, Suite 500
Detroit, MI 48226
(313) 237-3075
cobbm@detroitmi.gov

*/s/ Letitia C. Jones*
Letitia C. Jones (P52136)
Attorney for Debtor – City of Detroit
2 Woodward, Suite 500
Detroit, MI 48226
(313) 237-3002
jonelc@detroitmi.gov