**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
-------------------------------------------------- x
                                          :
In re                                     :: Chapter 9
                                          :: Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                :: Hon. Thomas J. Tucker
                        Debtor.           :
-------------------------------------------------- x
```

## ORDER APPROVING STIPULATION TO WITHDRAW CLAIMS #3659, #3660, #3661, #3662, and #3665

This case is before the Court on the stipulation filed on February1, 2016 (Docket # _____, the "Stipulation",) entitled "Stipulated Withdrawal of Claims #3659, 3660, 3661, 3662, and 3665, filed by the U.S.EEOC." Based on the Stipulation,

IT IS ORDERED THAT Claim Nos. #3659, #3660, #3661, #3662, and #3665 filed on behalf of the U.S. EEOC are withdrawn and disallowed in its entirety.

Exhibit A