UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------ x
                                                                           :

In re                                                   :: Chapter 9
                                                                :: Case No. 13-53846

CITY OF DETROIT, MICHIGAN,       :: Hon. Thomas J. Tucker
                   Debtor.                     :
------------------------------------------------------ x

## PROOF OF SERVICE

     I hereby certify that on February 1, 2016, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, and emailed the same to Claimant's attorney Dale Price at dale.price@eeoc.gov.

                              */s/Letitia C. Jones*
                              **Letitia C. Jones**