# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER GRANTING CITY OF DETROIT'S MOTION AGAINST SEAN T. LEWIS FOR VIOLATION OF THE AUTOMATIC STAY AND DISMISSAL OF THE LAWSUIT FILED IN WAYNE COUNTY CIRCUIT COURT

This case is before the Court on the City of Detroit's motion entitled "Motion Against Sean T. Lewis for Violation of the Automatic Stay and Dismissal of the Lawsuit filed in Wayne County Circuit Court" (Docket # 10725, the "Motion"). No timely response to the Motion was filed. Upon proper notice, and the Court being fully advised in the premises;

**THE COURT FINDS THAT** Sean T. Lewis violated the automatic stay in the above captioned bankruptcy case by filing a complaint ("Complaint") and commencing case number 13-016394, in Wayne County Circuit Court, Michigan ("State Court Lawsuit").

**ACCORDINGLY, IT IS ORDERED THAT:**

1. The Motion is granted.

2. The Complaint is deemed void.

3. No later than February 8, 2016, Sean T. Lewis must dismiss, or cause to be dismissed, the State Court Lawsuit.

4. The City of Detroit must immediately serve a copy of this Order on Sean T. Lewis, and then promptly file proof of such service.

5. The Court will retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Signed on February 01, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge