UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                     :
In re                                               :: Chapter 9
                                                    :: Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                          :: Judge Thomas J. Tucker
                         Debtor.                     :
---------------------------------------------------- x

### ORDER APPROVING STIPULATION TO WITHDRAW CLAIM NOS. 3659, 3660, 3661, 3662, and 3665

This case is before the Court on the stipulation filed on February 1, 2016 (Docket # 10747, the "Stipulation"), entitled "Stipulated Withdrawal of Claims #3659, 3660, 3661, 3662, and 3665." Based on the Stipulation,

IT IS ORDERED THAT Claim Nos. 3659, 3660, 3661, 3662, and 3665 filed on behalf of the United States Equal Employment Opportunity Commission are withdrawn and disallowed in their entirety.

.

**Signed on February 01, 2016**

                                               /s/ Thomas J. Tucker
                                               Thomas J. Tucker
                                               United States Bankruptcy Judge