IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 1, 2016, he served a copy of the

***ORDER GRANTING CITY OF DETROIT'S MOTION AGAINST SEAN T. LEWIS FOR VIOLATION OF THE AUTOMATIC STAY AND DISMISSAL OF THE LAWSUIT FILED IN WAYNE COUNTY CIRCUIT COURT*** upon counsel, as listed below via first class mail and electronic mail:

Larry R. Polk
65 Cadillac Bldg, Ste 2605
Detroit, MI 48226-2842
Lpolk14405@aol.com

                                                By: /s/ Marc N. Swanson
                                                Marc N. Swanson (P71149)
                                                150 West Jefferson, Suite 2500
                                                Detroit, Michigan 48226
                                                Telephone: (313) 496-7591
                                                Facsimile: (313) 496-8451
                                                swansonm@millercanfield.com

DATED: February 1, 2016