

# SCHAFER & WEINER, PLLC
## LAW OFFICES

DANIEL J. WEINER *
MICHAEL E. BAUM **
HOWARD M. BORIN
LEON N. MAYER
JOSEPH K. GREKIN
KIM K. HILLARY
JOHN J. STOCKDALE, JR.
BRENDAN G. BEST
JEFFERY J. SATTLER
JASON L. WEINER *
SHANNA M. KAMINSKI

ARNOLD SCHAFER (1948-2007)

*ALSO ADMITTED IN FLORIDA
**BOARD CERTIFIED-BUSINESS BANKRUPTCY LAW
   AMERICAN BOARD OF CERTIFICATION

40950 WOODWARD AVENUE
SUITE 100
BLOOMFIELD HILLS, MICHIGAN 48304

TELEPHONE (248) 540-3340
www.schaferandweiner.com

January 20, 2016

E-Filing Clerk
U.S. Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

  Re: **Brendan B. Best**

Dear Clerk:

  Please be advised that Brendan G. Best (P66370) is no longer with our firm. Please substitute Howard M. Borin (P51959) hborin@schaferandweiner.com; jburns@schaferandweiner.com for the bankruptcy cases listed on the attached.

  Please let me know if there is any further information that you need. Thank you for your assistance.

      Very truly yours,

      SCHAFER AND WEINER, PLLC

      Howard M. Borin

HMB/jmb

{00619308.1}