# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER ADJOURNING HEARING ON DEBTOR'S OBJECTION TO CLAIM NUMBER 2780 FILED BY THOMAS NUNLEY

Upon the Stipulation (Docket # 10753) of the City of Detroit (the "City")

and Thomas Nunley, the holder of Claim Number 2780, for entry of an order

adjourning the hearing on the City's Fifteenth Omnibus Objection to Certain No-

Basis Claims (Docket

# 9739) as to Claim Number 2780 only (the "Objection"); and the Court being

fully advised in the premises;

IT IS ORDERED that the hearing on the Objection as to Claim Number

2780 only, currently scheduled for February 10, 2016 at 1:30 p.m., is adjourned to

**March 30, 2016 at 1:30 p.m.**

.

**Signed on February 04, 2016**

           /s/ Thomas J. Tucker
           Thomas J. Tucker
           United States Bankruptcy Judge