# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------ x
                                                       :
In re                                                  :: Chapter 9
                                                       :: Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                             :: Judge Thomas J. Tucker
                    Debtor.                            :
------------------------------------------------------ x

## ORDER APPROVING STIPULATION TO WITHDRAW CLAIMS #1885 and 3776 FILED BY DPCOA AS MOOT

This case is before the Court on the Stipulation for Entry of an Order Confirming that Claim Nos. 1885 and 3776 are resolved by the DPCOA CBA and the City's Confirmed Plan of Adjustment and Allowing Withdrawal of DPCOA Claim Nos. 1885 and 3776 as Moot filed on February 4, 2016 (Docket # 10754, the "Stipulation"). Based on the Stipulation,

IT IS ORDERED THAT Claim Nos. 1885 and 3776 filed on behalf of Detroit Police Command Officers Association are withdrawn as moot.

.

**Signed on February 04, 2016**

                                           /s/ Thomas J. Tucker
                                           Thomas J. Tucker
                                           United States Bankruptcy Judge