UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
                                                        :
In re                                                   :: Chapter 9
                                                        :: Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :: Judge Thomas J. Tucker
                    Debtor.                             :
------------------------------------------------------- x

# ORDER APPROVING STIPULATION FOR ORDER WITHDRAWING DPCOA CLAIM NOS. 1884 and 3777 AS MOOT

This case is before the Court on the stipulation filed on February 4, 2016 (Docket #10756, the Stipulation) entitled, "Stipulation for Order Withdrawing DPCOA Claim Nos. 1884 and 3777 as Moot." Based on the Stipulation,

IT IS ORDERED THAT Claim Nos. 1884 and 3777 filed on behalf of Detroit Police Command Officers Association are withdrawn as moot.

.

**Signed on February 04, 2016**

                                        /s/ Thomas J. Tucker
                                        Thomas J. Tucker
                                        United States Bankruptcy Judge