Form ntchrgadj

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on 2/10/2016 at 1:30 PM to consider and act upon the following:

*10716* – Motion to Reinstate Secured Claim Filed by Creditor M. Dujon Johnson (AGF)

is hereby adjourned to **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **3/30/16** at **01:30 PM**.

Dated: 2/5/16

                                      BY THE COURT

                                      Katherine B. Gullo
                                      Clerk, U.S. Bankruptcy Court

                                      BY: Christine Sikula
                                      Deputy Clerk