**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re                                                       Chapter 9

CITY OF DETROIT, MICHIGAN,                Case No. 13-53846

        Debtor.                                       Hon. Thomas J. Tucker

_____

## STIPULATION TO WITHDRAW CLAIM
## #3268

The undersigned counsel on behalf of creditor, U.S. Equal Employment Opportunity Commission, Dale Price, and debtor, City of Detroit, Michigan ("City") hereby stipulate to withdrawal of claim #3268 filed on March 19, 2014.

- Claim No. 3268: the investigation involving the City of Detroit and charging party, Shannon Dekun on Charge No. 471-2013-029678 has been completed. A "Notice of Right to Sue" issued to the charging party on January 21, 2016.

Claim 3268 will not be included in any disbursement under the Debtor's Plan of Adjustment.

.

WHEREFORE, the parties request the Court enter an Order in the form

attached hereto as Exhibit A.

STIPULATED AND AGREED:

| | |
|---|---|
| */s/ Dale Price* with consent | */s/ Mary Beth Cobbs* |
| Dale Price (P5578) | Mary Beth Cobbs (P40080) |
| Attorney for Creditor – US EEOC | Attorney for Debtor – City of Detroit |
| 477 Michigan Ave, Room 865 | 2 Woodward, Suite 500 |
| Detroit, MI 48201-2658 | Detroit, MI 48226 |
| (313) 226-7808 | (313) 237-3075 |
| Dale.price@eeoc.gov | cobbm@detroitmi.gov |

-and-

`

*/s/ Letitia C. Jones*
Letitia C. Jones (P52136)
Attorney for Debtor – City of Detroit
2 Woodward, Suite 500
Detroit, MI 48226
(313) 237-3002

February 11, 2016

**EXHIBIT A**
**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

------------------------------------------------------ x
                                      :

In re                              :: Chapter 9
                                   :: Case No. 13-53846

CITY OF DETROIT, MICHIGAN,    :: Hon. Thomas J. Tucker
                 Debtor.     :

------------------------------------------------------ x

**ORDER APPROVING STIPULATION TO WITHDRAW**
**EEOC CLAIM NO. 3268**

This case is before the Court on the stipulation filed on February 11, 2016

(Docket# _____, the Stipulation) entitled, "Stipulation to Withdraw EEOC Claim

No. 3268. Based on the Stipulation,

IT IS HEREBY ORDERED THAT Claim No. 3268 filed on behalf of US

EEOC is withdrawn and disallowed in its entirety.

Exhibit A