UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------ x
                                              :

In re                                    :: Chapter 9
                                           :: Case No. 13-53846

CITY OF DETROIT, MICHIGAN,      :: Judge Thomas J. Tucker
                Debtor.                 :
------------------------------------------------------ x

## ORDER APPROVING STIPULATION TO WITHDRAW
## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CLAIM NO. 3268

This case is before the Court on the stipulation filed on February 11, 2016 (Docket # 10765, the Stipulation) entitled, "Stipulation to Withdraw EEOC Claim # 3268." Based on the Stipulation,

IT IS ORDERED THAT Claim No. 3268 filed on behalf of US EEOC is withdrawn and disallowed in its entirety.

.

**Signed on February 11, 2016**

                                                     /s/ Thomas J. Tucker
                                                     Thomas J. Tucker
                                                     United States Bankruptcy Judge