# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

**CERTIFICATION OF NO RESPONSE OR OBJECTION REGARDING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST DORETHA MASON, NORTHLAND RADIOLOGY, INC. AND AMERICAN ANESTHESIA ASSOCIATES, LLC**

On January 26, 2016, the City Of Detroit ("City") filed its Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof against Doretha Mason, Northland Radiology, Inc. and American Anesthesia Associates, LLC ("Motion"). [Doc. No. 10737]. The Motion was served upon counsel via first class mail and electronic mail on the same date, as follows:

Counsel to Doretha Mason:

Carl Collins
Law Office of Carl Collins III PLC
20755 Greenfield Rd., Ste. 1100
Southfield, MI 48075
carlcollins3@attycarlcollins.com

Counsel to America Anesthesia Associates, LLC

Gerald Paulovich
Anthony Litigation, PLLC
2000 Town Center, Ste. 1900
Southfield, MI 48075
gp@anthonylitigation.com

Counsel to Northland Radiology, Inc.

Lukasz Wietrzynski
Buckfire & Buckfire, P.C.
25800 Northwestern Highway, Ste. 890
Southfield, MI 48075
luke@buckfirelaw.com

*See Certificate of Service* Exhibit A.

No response or objection to the Motion has been filed with the Court and the time to do so has passed. The City respectfully requests that the Court enter an order in substantially the same form as the one which was attached to the Motion. *See Proposed Order* Exhibit B.

- 2 -
26045997.1\022765-00213
13-53846-tjt    Doc 10767    Filed 02/15/16    Entered 02/15/16 10:34:26    Page 2 of 9

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
Jonathan S. Green (P33140)
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

- and –

CITY OF DETROIT LAW DEPARTMENT

Charles N. Raimi (P29746)
James Noseda (P52563)
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
Phone – (313) 237-5037/(313)
Email – raimic@detroitmi.gov

Attorneys for the City of Detroit

DATED: February 15, 2016

# Exhibit A

**EXHIBIT 4 – CERTIFICATE OF SERVICE**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

    The undersigned hereby certifies that on January 26, 2016, he served a copy of the foregoing **CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST DORETHA MASON, NORTHLAND RADIOLOGY, INC. AND AMERICAN ANESTHESIA ASSOCIATES, LLC** upon the persons listed below via first class mail and email:

Counsel to Doretha Mason:

Carl Collins
Law Office of Carl Collins III PLC
20755 Greenfield Rd., Ste. 1100
Southfield, MI 48075
carlcollins3@attycarlcollins.com

Counsel to America Anesthesia Associates, LLC

Gerald Paulovich
Anthony Litigation, PLLC
2000 Town Center, Ste. 1900
Southfield, MI 48075
gp@anthonylitigation.com

Counsel to Northland Radiology, Inc.

Lukasz Wietrzynski
Buckfire & Buckfire, P.C.
25800 Northwestern Highway, Ste. 890
Southfield, MI 48075
luke@buckfirelaw.com

DATED: January 26, 2016

>By: /s/ Marc N. Swanson
> Marc N. Swanson (P71149)
> 150 West Jefferson, Suite 2500
> Detroit, Michigan 48226
> Telephone: (313) 496-7591
> Facsimile: (313) 496-8451
> swansonm@millercanfield.com

25927628.2\022765-00213

13-53846-tjt Doc 10767 Filed 02/15/16 Entered 02/15/16 10:34:26 Page 6 of 9
13-53846-tjt Doc 10737 Filed 02/12/16 Entered 02/12/16 15:37:45 Page 13 of 30

# Exhibit B

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST DORETHA MASON, NORTHLAND RADIOLOGY, INC. AND AMERICAN ANESTHESIA ASSOCIATES, LLC**

This matter, having come before the Court on the Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof against Doretha Mason, Northland Radiology, Inc. and American Anesthesia Associates, LLC ("<u>Motion</u>")[1], upon proper notice and a hearing, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**THE COURT ORDERS THAT:**

1. The Motion is granted.

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Motion.

- 2 -

2. Within five days of the entry of this Order, Doretha Mason, Northland Radiology, Inc. and American Anesthesia Associates, LLC will dismiss, or cause to be dismissed, with prejudice the lawsuit captioned as Doretha Mason, Plaintiff, Northland Radiology, Inc., Intervening Plaintiff, American Anesthesia Associates, LLC, Proposed Intervening Plaintiff vs. City of Detroit, Defendant, case number 14-0001808, filed in the Wayne County Circuit Court.

3. Doretha Mason, Northland Radiology, Inc. and American Anesthesia Associates, LLC are permanently barred, estopped and enjoined from asserting the claims arising from or related to their State Court Actions against the City of Detroit or property of the City of Detroit.

4. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

26045997.1\022765-00213
13-53846-tjt    Doc 10767    Filed 02/15/16    Entered 02/15/16 10:34:26    Page 9 of 9