# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST DORETHA MASON, NORTHLAND RADIOLOGY, INC. AND AMERICAN ANESTHESIA ASSOCIATES, LLC**

This case is before the Court on the City of Detroit's Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof against Doretha Mason, Northland Radiology, Inc. and American Anesthesia Associates, LLC (Docket # 10737, the "Motion"),[1] upon proper notice, and no timely response to the Motion having been filed, and the Court being fully advised in the premises,

**IT IS ORDERED THAT:**

1. The Motion is granted.

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Motion.

2. No later than February 23, 2016, Doretha Mason, Northland Radiology, Inc. and American Anesthesia Associates, LLC must dismiss, or cause to be dismissed, with prejudice, the lawsuit captioned as Doretha Mason, Plaintiff, Northland Radiology, Inc., Intervening Plaintiff, American Anesthesia Associates, LLC, Proposed Intervening Plaintiff vs. City of Detroit, Defendant, case number 14-0001808, filed in the Wayne County Circuit Court.

3. Doretha Mason, Northland Radiology, Inc. and American Anesthesia Associates, LLC (the "respondents") are permanently barred, estopped and enjoined from asserting the claims arising from or related to their State Court Actions against the City of Detroit or property of the City of Detroit.

4. The Court will retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

5. No later than February 16, 2016, counsel for the City must serve a copy of this Order on each of the respondents and their attorneys, and file proof of such service.

.

**Signed on February 16, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge