THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN | ) | Case 13-53846 (TJT) |
| | ) | |
| Debtor. | ) | Honorable Thomas J. Tucker |
| _____ | ) | |
| | ) | |
| CITY OF DETROIT, MICHIGAN | ) | |
| | ) | Adv. Pro. 15-05251 (TJT) |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| SIEMENS INDUSTRY INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

We, the undersigned, do hereby consent and agree that Bowman and Brooke LLP with offices at 41000 Woodward Avenue, Suite 200 East, Bloomfield Hills, MI 48304, be substituted in the place and stead of Plunkett Cooney for Defendant, Siemens Industry Inc.

/s/ Elizabeth A. Favaro
Thomas P. Branigan (P41774)
Elizabeth A. Favaro (P69610)
41000 Woodward, Suite 200 East
Bloomfield Hills, MI 48304
248.205.3300 / 248.205.3399 fx
tom.branigan@bowmanandbrooke.com
elizabeth.favaro@bowmanandbrooke.com

/s/ Douglas C. Bernstein (w/permission)
Douglas C. Bernstein (P33833)
38505 Woodward, Suite 2000
Bloomfield Hills, MI 48304
248.901.4094 / 248.901.4040 fx
dbernstein@plunkettcooney.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2016, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to counsel of record.

        **BOWMAN AND BROOKE LLP**

BY:   Elizabeth A. Favaro
       THOMAS P. BRANIGAN (P41774)
       ELIZABETH A. FAVARO (P69610)
       Attorneys for Def. Siemens Industry Inc.
       41000 Woodward, Suite 200 East
       Bloomfield Hills, MI 48304
       248.205.3300 ph / 248.205.3399 fax
       tom.branigan@bowmanandbrooke.com
       elizabeth.favaro@bowmanandbrooke.com

2
13193582v1
13-53846-tjt    Doc 10770    Filed 02/16/16    Entered 02/16/16 11:22:32    Page 2 of 2