# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 16, 2016 he served a copy of the ***ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST DORETHA MASON, NORTHLAND RADIOLOGY, INC. AND AMERICAN ANESTHESIA ASSOCIATES, LLC*** (Doc. No. 10768) upon the following parties via first class mail and email, as indicated:

Via First Class Mail:

American Anesthesia Associates, LLC
C/O David C. Whitesell
22200 W. 11 Mile Rd. #201
Southfield, MI 48037

Northland Radiology, Inc.
C/O Prakash Gandhi
26222 Telegraph Rd. #100
Southfield, MI 48033

Doretha Mason
235 Mt. Vernon St.
Detroit, MI 48202.

Counsel to Doretha Mason, via First Class Mail and Email:

Carl Collins
Law Office of Carl Collins III PLC
20755 Greenfield Rd., Ste. 1100
Southfield, MI 48075
carlcollins3@attycarlcollins.com

Counsel to American Anesthesia Associates, LLC, via First Class Mail and Email:

Gerald Paulovich
Anthony Litigation, PLLC
2000 Town Center, Ste. 1900
Southfield, MI 48075
gp@anthonylitigation.com

Counsel to Northland Radiology, Inc., via First Class Mail and Email:

Lukasz Wietrzynski
Buckfire & Buckfire, P.C.
25800 Northwestern Highway, Ste. 890
Southfield, MI 48075
luke@buckfirelaw.com

DATED: February 16, 2016

                                           By: /s/ Marc N. Swanson
                                               Marc N. Swanson (P71149)
                                               150 West Jefferson, Suite 2500
                                               Detroit, Michigan 48226
                                               Telephone: (313) 496-7591
                                               Facsimile: (313) 496-8451
                                               swansonm@millercanfield.com