UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN          Chapter 9
         Case No. 13-53846
       Debtor.          Hon. Thomas J. Tucker
_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3746

Claimant STATE OF MICHIGAN, by its attorneys, hereby withdraws its Proof of Claim No. 3746 for the amount of $101,171.38.

         Respectfully submitted:

         STATE OF MICHIGAN

         */s/ Steven B. Flancher*
         Steven B. Flancher (P47894)
         Assistant Attorney General
         Revenue & Collections Division
         PO Box 30754
         Lansing, MI 48909
         517-373-3203
         flanchers@michigan.gov

Dated: February 22, 2016