FILED



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.

Bankruptcy Case No. 13-53846  
Honorable Thomas J. Tucker  
Chapter 9

## ORDER GRANTING EX PARTE MOTION TO FILE PAPER

At a session of said Court, held in the U.S. Bankruptcy Court for the Eastern District in the County of Wayne, State of Michigan, on this _____

PRESENT: HON. _____
                BANKRUPTCY COURT JUDGE

In accordance with the foregoing written ex-parte motion to file paper:

**IT IS HEREBY ORDERED** that the James Williams' Motion to File Paper is hereby granted in the above said cause.

_____
BANKRUPTCY COURT JUDGE

3-1-16

LAW OFFICES
ROMANO LAW, PLLC
26555 EVERGREEN, SUITE 1500 • SOUTHFIELD, MICHIGAN 48076 • (248) 750-0270