March 4, 2016

Clerk of the Court
United States Bankruptcy Court
211 W. Fort St., Suite 2100
Detroit, MI 48226

FILED

2016 MAR -4 P 12: 37

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

**Re: WRITTEN RESPONSE TO THE TWENTY-FIFTH OMNIBUS OBJECTION**
  **WRITTEN RESPONSE TO THE THIRTY-FOURTH OMNIBUS OBJECTION**
  **Honorable Thomas J. Tucker**
  **Case No. 13-53846**

To whom it may concern:

I _Teulaina Richardson_ am submitting this written response to object to the filing by the City of Detroit which seeks to modify, disallow and/or expunge certain filed proofs of claim.

Thank you,

_[signature]_
Teulaina Richardson
3044 Lawton
Detroit, MI 48216

_[notary seal/signature]_
MELODY WHITE
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Jan 19, 2021
ACTING IN COUNTY OF Wayne