Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **4/13/16** at **11:00 AM** to consider and act upon the following:

*10764* – Motion to Enforce Order, Pursuant To Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates For Filing Proofs Of Claim and Approving Form and Manner Of Notice Thereof Against James Williams Filed by Debtor In Possession City of Detroit, Michigan (Swanson, Marc)

Dated: 3/7/16

                              BY THE COURT

                              Katherine B. Gullo
                              Clerk, U.S. Bankruptcy Court

                              BY: Christine Sikula
                              Deputy Clerk