## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Thomas J. Tucker |
| Debtor. | ) | |

## NOTICE OF WITHDRAWAL OF CLAIM NUMBER 1848 FILED BY THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT

The General Retirement System of the City of Detroit (the "GRS") withdraws the general unsecured claim it filed in the amount of $66,604,357.54 which claim was assigned Claim Number 1848 (the "Claim") because the *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* [Dkt. No. 8045], confirmed by Order of the Court dated November 12, 2014 [Dkt. No. 8272], fixed the amount and treatment of the Claim, and the Claim thereby has been superseded.

Respectfully submitted,

CLARK HILL PLC

/s/ Robert D. Gordon
Robert D. Gordon (P48627)
Shannon L. Deeby (P60242)
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
Facsimile: (248) 988-2502
rgordon@clarkhill.com

Dated: March 7, 2016

*Counsel to the General Retirement System of the City of Detroit*

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Thomas J. Tucker |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 7, 2016, the *Notice of Withdrawal of Claim Number 1848 Filed by the General Retirement System of the City of Detroit* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

CLARK HILL PLC

/s/ Robert D. Gordon
Robert D. Gordon (P48627)
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882
Facsimile: (248) 988-2502
rgordon@clarkhill.com

Dated: March 7, 2016

*Counsel to the General Retirement System of the City of Detroit*