# DETROIT POLICE
# LIEUTENANTS AND SERGEANTS
# ASSOCIATION

MAR - 7 2016

Sergeant Mark Young
President

Lieutenant Rodney N. Sizemore
Vice President

Sergeant John F. Kennedy
Secretary - Treasurer

Sergeant Carol Almeranti
Sergeant-at-Arms

28 W. Adams, Suite 700
Detroit, Michigan 48226-1685
Phone: (313) 961-5699
Fax: (313) 961-0923

March 1, 2016

Judge Thomas J. Tucker
U. S. Bankruptcy Court for the Eastern District of Michigan Southern Division
211 W. Fort Street, Suite 1900
Detroit, Michigan 48226
Courtroom 1825

Dear Judge Thomas Tucker,

I am writing to you regarding the newly discovered shortfall in the City of Detroit Retirement systems.

As you are both aware, the City of Detroit paid nearly $200 Million in consulting services related to the Detroit bankruptcy. These firms made tremendous profits at the same time the City of Detroit workers and residents were asked to make a major sacrifice to move the City of Detroit forward.

For the amount of money spent on consultants, it is unfathomable that an error of the magnitude of the pension shortfall was made. I am deeply concerned on behalf of my membership and the current and future retirees.

On behalf of all the pensioners and resident of the City of Detroit, I am asking both of you to use any and all authority to recoup as much of the money spent on the analysis of the City of Detroit retirement systems as possible.

Whether through any "Claw back" provisions that were included in the contracts with the consultants or the authority of the Bankruptcy Court, these consultants who clearly failed to live up to their professional responsibilities should be part of any financial fix to the pension fund shortfall.

As the City of Detroit continues an historic comeback, it is shameful if those who were paid millions of dollars are allowed to leave behind a mess that others including my "First Responders" that risk their lives every day are affected by and have to clean up.

During the bankruptcy, public officials and high-paid consultants talked about "shared sacrifice". It is time they experience the concept.

Please do not hesitate to contact me if I may provide assistance in resolving this matter.

Thank you for your time and attention.

Mark Young, President
Detroit Police Lieutenants and Sergeants Association


cc: Mayor Mike Duggan