

## Bethany K. Batie
2931 Crane St.
Detroit, MI 48214-1978

March 03, 2016

**RE: Bankruptcy Case No. 13-53846 Chapter 9**

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

Re: City of Detroit, Michigan, Debtor

To whom it may concern:

I Bethany K. Batie would like to object to the decision made on the United States Bankruptcy Court.

I am objecting to the relief requested in the Twenty-Eight Omnibus Objection for my claims in the amounts of $1,050.00, $948.00 and $1,896.00 ordered by the City of Detroit.

Sincerely,

*Bethany K. Batie*

CC: Marc N. Swanson
    Miller, Canfield, Paddock and Stone, PLC
    150 West Jefferson, Suite 2500
    Detroit, MI 48226

FILED 2016 MAR -7 A 10:49
U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT