March 3, 2016

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street
Suite 2100
Detroit, MI 48226

FILED

2016 MAR -8 A 10: 33

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Dear Madam/Sir:

In the matter of, City of Detroit, Michigan, Debtor, Bankruptcy Case No. 13-53846,

I, Beverly Welch, City of Detroit Retiree, hereby state I do not want the court to eliminate or change my claim, or grant the relief requested in the Twenty-Third Omnibus Objection.

Sincerely,

Beverly Welch

Beverly Welch
9314 Grandville
Detroit, MI 48228