3-3-16

13-53486

Gentlemen
My name is listed on pg 20
And this my objection because
it is a pension claim.
I worked for the city from 1949 to 1956
and again from 1972 to 1990.
I have no other claim
except for my pension.

line 2417   Maguire, Margarite Unliquidated
General Unsecured
Please remove my name from
the list.
Cant afford an attorney.
Thank you.

Margarite Maguire
11077 E. Houghton Lake
Houghton Lake, Mi, 48629

989  302  7770

pension # 1 0 5 8 2 3

PS Please excuse me from
3-30-16 meeting in courtroom 1925
Im 86 yrs old & have a hard time
getting around.

2016 MAR -9 A 10:48
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT
FILED