

McAlpine PC
3201 University Drive, Suite 100
Auburn Hills, Michigan 48326-2361
p 248.373.3700   f 248.373.3708

Writer's e-mail:
mlmcalpine@mcalpinepc.com

March 9, 2016

Clerk of the Court
US Bankruptcy Court
Eastern District of MI
211 West Fort Street
Detroit, MI 48226

Re: **City of Detroit; Case No. 13-53846-TJT**

Dear Clerk:

This letter is to inform you that David M. Zack has left McAlpine PC and should no longer receive NEF notices regarding this matter. I have taken over the case representing McAlpine PC.

Please contact my office with any questions.

Thank you,

**MCALPINE PC**

Mark L. McAlpine

MLM/dm