Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service is Missing. (Related document [10805] Response Filed by Creditor Beverly Welch to Debtor's Twenty−Third Omnibus Objection To Certain Claims (Pension Claims That Have Been Classified and Allowed by the City's Plan)). See below for important deadline information.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant

- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 3/8/16

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                    Case No. 13-53846-tjt
City of Detroit, Michigan                                                 Chapter 9
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: csiku              Page 1 of 18      Date Rcvd: Mar 08, 2016
                              Form ID: def2            Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            Daniel M. McDermott
                                                                            TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2016 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Albert   Togut    on behalf of Plaintiff    City of Detroit, Michigan neilberger@teamtogut.com,
               apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,
               adeering@teamtogut.com,srobinson@teamtogut.com
              Albert   Togut    on behalf of Debtor In Possession    City of Detroit, Michigan
               dperson@teamtogut.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alidz  Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com,  drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison  Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
               abach@dickinsonwright.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Amanda Kill on behalf of Defendant Wright Tool Co akill@ahernkill.com, tmeluso@ahernkill.com;jmeyers@ahernkill.com
        Amanda Carol Vintevoghel on behalf of Defendant Interstate Trucksource Inc avintevoghel@dragichlaw.com, avintevoghel@hotmail.com
        Amanda Carol Vintevoghel on behalf of Defendant Oracle Corporation avintevoghel@dragichlaw.com, avintevoghel@hotmail.com
        Amy D. Caton on behalf of Creditor Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com
        Amy D. Caton on behalf of Creditor BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com
        Andrew Minear on behalf of Creditor Parsons Brinckerhoff Michigan, Inc. aminear@schiffhardin.com
        Andrew Minear on behalf of Defendant Parsons Brinckeroff Michigan Inc aminear@schiffhardin.com
        Andrew A. Paterson, Jr. on behalf of Plaintiff Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
        Andrew A. Paterson, Jr. on behalf of Creditor Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
        Andrew A. Paterson, Jr. on behalf of Creditor Robert Davis aap43@outlook.com, aap43law@gmail.com
        Anthony J. Kochis on behalf of Creditor Iron Mountain Information Management, LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
        Anthony J. Kochis on behalf of Creditor The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
        Arthur O'Reilly on behalf of Interested Party Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com
        Barbara A. Patek on behalf of Plaintiff Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com
        Barbara A. Patek on behalf of Attorney Erman, Teicher, Zucker & Freedman, P.C. bpatek@ermanteicher.com
        Barbara A. Patek on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com
        Barbara A. Patek on behalf of Creditor Detroit Police Officers Association bpatek@ermanteicher.com
        Barry S. Fagan on behalf of Creditor Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com
        Brendan G. Best on behalf of Interested Party Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com
        Brendan G. Best on behalf of Plaintiff Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com
        Brendan G. Best on behalf of Defendant Syncora Guarantee, Inc. bbest@schaferandweiner.com, wrkyles@varnumlaw.com
        Brian Keck on behalf of Interested Party Denise Gardner bkeck@morganmeyers.com, aworlen@morganmeyers.com
        Brian Keck on behalf of Interested Party Patricia Ramirez bkeck@morganmeyers.com, aworlen@morganmeyers.com
        Brian Keck on behalf of Interested Party Kimberly James bkeck@morganmeyers.com, aworlen@morganmeyers.com
        Brian Keck on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com, aworlen@morganmeyers.com
        Brian D. O'Keefe on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe on behalf of Interested Party Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe on behalf of Interested Party Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian D. O'Keefe on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
        Brian R. Trumbauer on behalf of Interested Party Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
        Bruce Bennett on behalf of Debtor In Possession City of Detroit, Michigan bbennett@jonesday.com
        Caralyce M. Lassner on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
        Carina Kraatz on behalf of Defendant Bauer & Hunter PLLC ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net
        Carina Kraatz on behalf of Interested Party Resnick & Moss, P.C. ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net
        Carina Kraatz on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net
        Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C. candres@gklaw.com
        Carol Connor Cohen on behalf of Interested Party Ambac Assurance Corporation carol.cohen@arentfox.com
        Carol Connor Cohen on behalf of Plaintiff Ambac Assurance Corporation carol.cohen@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Carole Neville on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
- Carole Neville on behalf of Retiree Committee Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com
- Caroline Turner English on behalf of Interested Party Ambac Assurance Corporation caroline.english@arentfox.com
- Caroline Turner English on behalf of Plaintiff Ambac Assurance Corporation caroline.english@arentfox.com
- Carolyn Beth Markowitz on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM
- Charles Bruce Idelsohn on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
- Charles D. Bullock on behalf of Interested Party Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
- Charles N. Ash on behalf of Creditor UBS AG cash@wnj.com, kkranz@wnj.com
- Charles N. Ash on behalf of Defendant UBS AG cash@wnj.com, kkranz@wnj.com
- Charles N. Ash on behalf of Defendant Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
- Charles N. Ash on behalf of Creditor Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
- Christopher A. Grosman on behalf of Interested Party BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
- Christopher A. Grosman on behalf of Creditor Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
- Christopher E. McNeely on behalf of Defendant Great Lakes Power Inc cmcneely@mandmpc.com
- Cindy Tsai on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
- Claude D. Montgomery on behalf of Retiree Committee Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
- Claude D. Montgomery on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
- Courtney M. Rogers on behalf of Interested Party U.S. Bank National Association courtney.rogers@wallerlaw.com
- Courtney M. Rogers on behalf of Creditor U.S. Bank National Association courtney.rogers@wallerlaw.com
- Craig B. Rule on behalf of Creditor Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
- Cynthia J. Haffey on behalf of Defendant Detroit General Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
- Cynthia J. Haffey on behalf of Defendant Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
- Dale Price on behalf of Creditor Equal Employment Opportunity Commission dale.price@eeoc.gov, legaldt.detroit@eeoc.gov
- Daniel Kielczewski on behalf of Defendant Bob Maxey Ford Inc dgkielczewski@abbottnicholson.com, adwilliams@abbottnicholson.com
- Daniel J. Weiner on behalf of Plaintiff Ambac Assurance Corporation dweiner@schaferandweiner.com
- Daniel J. Weiner on behalf of Interested Party Ambac Assurance Corporation dweiner@schaferandweiner.com
- David Eisenberg on behalf of Creditor Detroit Police Officers Association deisenberg@ermanteicher.com
- David Eisenberg on behalf of Creditor Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com
- David Eisenberg on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com
- David A. Lerner on behalf of Creditor Plunkett Cooney dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
- David A. Lerner on behalf of Creditor Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
- David A. Lerner on behalf of Defendant Waste Management of Michigan Inc dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
- David E. Schwartz on behalf of Defendant SMART dschwartz@allardfishpc.com, allardfishpc@yahoo.com
- David G. Dragich on behalf of Defendant Oracle Corporation ddragich@dragichlaw.com
- David G. Dragich on behalf of Defendant Interstate Trucksource Inc ddragich@dragichlaw.com
- David Gilbert Heiman on behalf of Defendant City of Detroit, Michigan dgheiman@jonesday.com
- David Gilbert Heiman on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
- David Gilbert Heiman on behalf of Debtor In Possession City of Detroit, Michigan dgheiman@jonesday.com
- David L. Dubrow on behalf of Plaintiff Ambac Assurance Corporation david.dubrow@arentfox.com
- David L. Dubrow on behalf of Interested Party Ambac Assurance Corporation david.dubrow@arentfox.com
- David M. Blau on behalf of Creditor NTH Consultants, Ltd. dblau@clarkhill.com
- David M. Blau on behalf of Defendant Mannik & Smith Group Inc dblau@clarkhill.com
- David M. Zack on behalf of Other Professional McAlpine PC dmzack@mcalpinelawfirm.com, nanichols@mcalpinelawfirm.com;dwblevins@mcalpinepc.com;mrsanborn@mcalpinepc.com;rwjezdimir@mcalpinepc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com

        Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

        Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

        Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com

        Deborah  Kovsky-Apap    on behalf of Defendant Cheryl   Johnson kovskyd@pepperlaw.com

        Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com

        Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com

        Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan kovskyd@pepperlaw.com

        Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com

        Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com

        Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com

        Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com

        Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish    on behalf of Intervenor-Defendant    BlueMountain Capital Management, LLC dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish    on behalf of Interested Party    Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish    on behalf of Interested Party    Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com

        Debra N. Pospiech    on behalf of Interested Party Patricia  Ramirez dpospiech@morganmeyers.com

        Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005 dbeckwith@fosterswift.com

        Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com

        Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com

        Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com

        Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association dbeckwith@fosterswift.com

        Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006 dbeckwith@fosterswift.com

        Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association dbeckwith@fosterswift.com

        Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc. don@mcguiganlaw.com

        Doron  Yitzchaki    on behalf of Defendant    Hesco Hamlett Engineering Sales Company DYitzchaki@dickinsonwright.com

        Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com

        Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

        Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

        Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

        Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

        Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

        Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

        Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Douglas C. Bernstein    on behalf of Defendant    1 Way Service Inc dbernstein@plunkettcooney.com,
 ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Defendant    Examworks Inc dbernstein@plunkettcooney.com,
 ssherbow@plunkettcooney.com
Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
 eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
 eerman@ermanteicher.com
Edward J. Gudeman    on behalf of Defendant    Audio Visual Equipment & Supplies
 ejgudeman@gudemanlaw.com,
 ecf@gudemanlaw.com;lmerucci@ecf.inforuptcy.com;rtanner@ecf.inforuptcy.com;kdarr@ecf.inforuptcy.co
 m;kshinn@ecf.inforuptcy.com;ejgudeman@ecf.inforuptcy.com;brookard@ecf.inforuptcy.com
Edward J. Hood    on behalf of Defendant    Colasanti Corporation ehood@clarkhill.com,
 atheisen@clarkhill.com
Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
 emajoros@glmpc.com
Elizabeth Ann Favaro    on behalf of Defendant    Siemens Industry Inc
 elizabeth.favaro@bowmanandbrooke.com, diana.murray@bowmanandbrooke.com
Elizabeth Ann Favaro    on behalf of Interested Party    Siemens Industry Inc.
 elizabeth.favaro@bowmanandbrooke.com, diana.murray@bowmanandbrooke.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
 bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
 (Fannie Mae) bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
 ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    CitiMortgage, Inc. bankruptcy@orlans.com,
 ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor     M&T Bank bankruptcy@orlans.com,
 ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    M&T Bank bankruptcy@orlans.com,
 ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
 bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
 ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
 bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Rushmore Loan Management Services, LLC
 bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elliot G. Crowder    on behalf of Defendant    W C Ducomb Co ecrowder@sbplclaw.com,
 lhaas@sbplclaw.com
Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
 ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
 carlson@millercanfield.com, brashier@millercanfield.com
Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
 enovetsky@jaffelaw.com
Erika D. Hart    on behalf of Defendant    OAS Group Inc ehart@tauntlaw.com
Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit efeldman@clarkhill.com
Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
 efeldman@clarkhill.com
Fred Neufeld    on behalf of Interested Party Fred Neufeld fneufeld@sycr.com
Gordon J. Toering    on behalf of Defendant    EJ USA Inc gtoering@wnj.com
H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
 jabdelnour@resnicklaw.net
H. Nathan Resnick    on behalf of Defendant    Bauer & Hunter PLLC hnresnick@resnicklaw.net,
 jabdelnour@resnicklaw.net
Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
 ecf-hen@rhoadesmckee.com
Harold E. Nelson    on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com
Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
 Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
 Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
           Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
           Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heather Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com
          Heather Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com
          Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
           hlennox@jonesday.com
          Heather Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com
          Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
          Heidi Peterson    hdpeterson75@gmail.com
          Horace D. Cotton    on behalf of Respondent    B&C Land Development Corporation hdcotton@yahoo.com
          Howard M. Borin    on behalf of Interested Party    Ambac Assurance Corporation
           hborin@schaferandweiner.com, jburns@schaferandweiner.com;nmack@schaferandweiner.com
          Howard Yale Lederman    on behalf of Creditor Ernest Flagg hlederman@normanyatooma.com
          Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
          Howard Yale Lederman    on behalf of Creditor Brian Greene hlederman@normanyatooma.com
          Hugh M. Davis    on behalf of Creditor Constance M. Phillips Info@ConLitPC.com
          Irma Industrious    on behalf of Creditor Irma Industrious iindustrious@yahoo.com,
           iimeldai123@gmail.com
          James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
           james.sprayregen@kirkland.com
          James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
           james.sprayregen@kirkland.com
          James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
           james.sprayregen@kirkland.com
          James J. Hayes    on behalf of Defendant    Alexander Chemical Corp attyjjhayes@gmail.com
          Jamie Scott Fields    on behalf of Creditor Jamie Fields jeansartre@msn.com
          Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
           jeansartre@msn.com
          Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com,
           ssmith@kerr-russell.com
          Jason W. Bank    on behalf of Defendant    New England Fertilizer Company jbank@kerr-russell.com,
           ssmith@kerr-russell.com
          Jason W. Bank    on behalf of Defendant    Wade Trim Associates Inc. jbank@kerr-russell.com,
           ssmith@kerr-russell.com
          Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
           jbank@kerr-russell.com, ssmith@kerr-russell.com
          Jason W. Bank    on behalf of Defendant    Hinshon Environmental Consulting, Inc.
           jbank@kerr-russell.com, ssmith@kerr-russell.com
          Jayson Ruff    on behalf of Creditor    Sprint Communications Company LP jruff@mcdonaldhopkins.com
          Jayson Ruff    on behalf of Creditor    Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
          Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey Rossman    on behalf of Creditor    U.S. Bank, N.A. jrossman@mwe.com
          Jeffrey Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
          Jeffrey Rossman    on behalf of Interested Party    U.S. Bank N.A. jrossman@mwe.com
          Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
           Lhaidostian@mwe.com
          Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,
           tc@osbig.com;mk@osbig.com
          Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
          Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
           jbelveal@honigman.com, mjohnson@honigman.com
          Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
           jbelveal@honigman.com, mjohnson@honigman.com
          Jerome D. Goldberg    on behalf of Plaintiff John Smith apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
           apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Nicole Hill apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Rosalyn Parham apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
           apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Scott Eubank apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Rosalyn Walker apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Janice Ward apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff John Jackson apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Tammika Williams apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Sylvia Taylor apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Creditor David Sole apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Maurika Lyda apclawyer@sbcglobal.net
          Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
          Jimmylee Gray    on behalf of Defendant    Ampro Construction LLC j.gray50@comcast.net
          Jimmylee Gray    on behalf of Defendant    Uniglobe Construction Co j.gray50@comcast.net
          Jimmylee Gray    on behalf of Defendant    Kingsway Building & Maintenance j.gray50@comcast.net
          John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jstevens@mathesonparr.com, nlmumma@aol.com
              John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
               pjohnson@bredhoff.com;mforan@bredhoff.com
              John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
               john.ramirez@kattenlaw.com
              John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
              John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               john.sieger@kattenlaw.com
              John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
               jcanzano@kmsmc.com
              Jon M. Gaskell    on behalf of Defendant    Agar Lawn Sprinkler Systems Inc jgaskell@alldial.net
              Jonathan S. Green    on behalf of Defendant Michael  Hall green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
              Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
               green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant    City of Detroit green@millercanfield.com
              Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
               green@millercanfield.com
              Jonathan S. Taub    on behalf of Defendant    PVS Technologies Inc jtaub@pvschemicals.com,
               jon.taub1@comcast.net;dtheodore@pvschemicals.com
              Jong-Ju Chang    on behalf of Creditor    Oakland County, Michigan jchang@dykema.com,
               dkelley@dykema.com;docket@dykema.com
              Jong-Ju Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
               jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
              Joseph David Hess    on behalf of Defendant    Compuware Corporation jhess@honigman.com
              Joseph David Hess    on behalf of Defendant    CW Professional Services LLC jhess@honigman.com
              Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
               jfischer@carsonfischer.com
              Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joshua Wheelock    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
               joshwheelock@hotmail.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
              Judith Greenstone Miller    on behalf of Defendant    Election Systems & Software
               jmiller@jaffelaw.com, dgoldberg@jaffelaw.com
              Judith Greenstone Miller    on behalf of Creditor    ADP, LLC jmiller@jaffelaw.com,
               dgoldberg@jaffelaw.com
              Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    WC Hoover Investments, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Singent Consulting LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Mound Road Enterprises L.L.C. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    LDM, LLC jcalton@honigman.com, litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    TSD Solutions LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Delbruck Technology, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    440 Congress LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Stanne Consulting, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Tower Defense & Aerospace, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
               litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Judy B. Calton    on behalf of Creditor    VITEC, L.L.C. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Gekko Enterprises LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Taggart Technologies LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Seven Mile Partners, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Cass Community Social Services, Inc.
               jcalton@honigman.com,  litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Compuware Corporation jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant   CW Professional Services LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Cathedral Owner LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    3100 East Jefferson, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Oakland Plant Properties, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Magnolia Properties, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    4737 Conner Co., LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Enforcement Technology, Inc. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
               jcalton@honigman.com,  litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Koehler Market LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Regency Owner LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant    Sigma Associates Inc jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Linwood Neighbors LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
               litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Judy B. Calton    on behalf of Attorney  L. Katie Mason jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor   Mack Avenue Investors LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor   Lynch Road Land L.L.C. jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor   Imperial Manor House, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor   Seven Mile Holdings, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor   MICMR, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor   Riverfront Towers Holdings LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor   Ivey & Associates LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Defendant   Compuware Corporation jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Creditor   Bean Little Investments, LLC jcalton@honigman.com, litdocket@honigman.com
Julie Beth Teicher    on behalf of Creditor   Detroit Police Officers Association jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc. karen.dine@kattenlaw.com
Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association Avery@SilvermanMorris.com
Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan kressk@pepperlaw.com
Kenneth B. Vance    on behalf of Defendant    Z Contractors Inc kbvance@comcast.net, kbvance01@gmail.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc. kenneth.noble@kattenlaw.com, nyc.bknotices@kattenlaw.com
Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov, michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Mary.compeau@usdoj.gov;Jack.Tubbs@usdoj.gov
Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc. kevin.baum@kattenlaw.com
Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Kurt  Thornbladh     on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh     on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh     on behalf of Creditor    Plymouth Square Ltd. Housing Association
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt  Thornbladh     on behalf of Creditor    Michigan Welfare Rights Organization
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt  Thornbladh     on behalf of Plaintiff    Michigan Welfare Rights Organization
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt  Thornbladh     on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh     on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh     on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh     on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh     on behalf of Creditor    Michigan Auto Recovery Service, Inc.
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          L. Nichole Hunter     on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com,
           sobrien@alglawpc.com
          Lawrence A. Lichtman     on behalf of Creditor    660 Woodward Associates, LLC
           llichtman@honigman.com,  litdocket@honigman.com
          Leah  Montesano     on behalf of Interested Party    Ambac Assurance Corporation
           leah.montesano@arentfox.com
          Leonora K. Baughman     on behalf of Respondent    Wayne County Treasurer ecf@kaalaw.com,
           Dchapman@ecf.courtdrive.com;konail@ecf.courtdrive.com;malexander@ecf.courtdrive.com;ksmith@ecf.co
           urtdrive.com;tsmith@ecf.courtdrive.com;csanders@ecf.courtdrive.com;Lbaughman@ecf.courtdrive.com
          Lisa Hill Fenning     on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
          Lisa Sommers Gretchko     on behalf of Creditor    Howard & Howard Attorneys PLLC
           lgretchko@howardandhoward.com,  ebarrett@howardandhoward.com
          Louis P. Rochkind     on behalf of Plaintiff    National Public Finance Guarantee Corporation
           lrochkind@jaffelaw.com,  dburris@jaffelaw.com
          M. Ellen Dennis     on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
           dwhadden@umich.edu
          Mami  Kato     on behalf of Interested Party    International Union of Operating Engineers, Local
           324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato     on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato     on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato     on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato     on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato     on behalf of Interested Party    Service Employees International Union, Local 517M
           mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato     on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato     on behalf of Creditor    Detroit Police Command Officers Association
           mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato     on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Marc N. Swanson     on behalf of Defendant    Detroit City Council swansonm@millercanfield.com
          Marc N. Swanson     on behalf of Defendant Michael  Hall swansonm@millercanfield.com
          Marc N. Swanson     on behalf of Debtor In Possession    City of Detroit, Michigan
           swansonm@millercanfield.com
          Marc N. Swanson     on behalf of Defendant    City of Detroit swansonm@millercanfield.com
          Marc N. Swanson     on behalf of Defendant Michael  Duggan, Mayor swansonm@millercanfield.com
          Marc N. Swanson     on behalf of Defendant    City of Detroit, Michigan swansonm@millercanfield.com
          Marcy J. Ford     on behalf of Creditor    Bank of America, N.A. easternecf@trottlaw.com
          Marguerite Hammerschmidt     on behalf of Interested Party    Haas & Goldstein P.C.
           admin@hammer-stick.com
          Mark  Wasvary     on behalf of Creditor    Hyde Park Co-Operative, et al. mark@wasvarylaw.com
          Mark  Wasvary     on behalf of Creditor    Plymouth Square Ltd. Housing Association
           mark@wasvarylaw.com
          Mark A. Angelov     on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
          Mark A. Angelov     on behalf of Interested Party    Ambac Assurance Corporation
           mark.angelov@arentfox.com
          Mark B. Berke     on behalf of Defendant    Birks Works Environmental LLC mberkelaw@gmail.com
          Mark H. Shapiro     on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          Mark H. Shapiro     on behalf of Interested Party    The Securities Industry and Financial Markets
           Association shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark H. Shapiro     on behalf of Creditor    BlackRock Financial Management, Inc.
           shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Mark H. Shapiro    on behalf of Interested Party    Greenhill & Co., LLC
 shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
 mrj@wwrplaw.com
Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
Mark S. Frankel    on behalf of Defendant    Tooles Contracting Group LLC mfrankel@couzens.com
Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
Mark S. Frankel    on behalf of Defendant    Motor City Pipe & Supply Co mfrankel@couzens.com
Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
 bankrout@davispolk.com
Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
 cobbm@detroitmi.gov, mbcobbs@flash.net
Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
 mbcobbs@flash.net
Mary Kay Shaver    on behalf of Creditor    Varnum LLP mkshaver@varnumlaw.com
Matthew Klakulak    on behalf of Creditor Delania Patterson m.klakulak@fiegerlaw.com
Matthew Klakulak    on behalf of Creditor Kevin Bullard m.klakulak@fiegerlaw.com
Matthew Klakulak    on behalf of Creditor Delshone Balfour m.klakulak@fiegerlaw.com
Matthew Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
Matthew Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
Matthew Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
 wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
 wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
 wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins    on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City
 of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
Matthew D. Harper    on behalf of Interested Party    City of Detroit Water and Sewerage Department
 mdharper@eastmansmith.com
Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
 Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
 summersm@ballardspahr.com
Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
 summersm@ballardspahr.com
Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
Michael A. Stevenson    on behalf of Interested Party    Clark Associates, Inc. mas@sbplclaw.com,
 rschultz@sbplclaw.com
Michael A. Stevenson    on behalf of Defendant    Clark Associates Inc mas@sbplclaw.com,
 rschultz@sbplclaw.com
Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
 makarmanesq@gmail.com
Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael H. Perry    on behalf of Defendant    Fraser Trebilcock Davis & Dunlap PC
 mperry@fraserlawfirm.com
Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell    on behalf of Interested Party    State of Michigan, Department of Attorney
 General BellM1@michigan.gov
Michael R. Bell    on behalf of Interested Party Bill Schuette BellM1@michigan.gov
Michael Robert Wolin    on behalf of Defendant    Systems & Software Inc mike@tishlaw.com
Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
 msl@maddinhauser.com, bac@maddinhauser.com
My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
 mao-bk-ecf@debevoise.com
Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
 ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Donnell White ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
Neil Matthew Berger    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com,
 dcahir@teamtogut.com,twiener@teamtogut.com,smcgrath@teamtogut.com,ygreenberg@teamtogut.com,
 seratner@teamtogut.com,dgeoghan@teamtogut.com,neilberger@teamtogut.com,scurrie@teamtogut.com,
 abrogan@teamtogut.com,bmoore@teamtogut.com,dsmith@teamtogut.com,jlee@teamtogut.com,
 echafetz@teamtogut.com,awinchell@teamtogut.com,hmagaliff@teamtogut.com
Neil R. Sherman    on behalf of Creditor    Flagstar Bank, FSB nsherman@sspclegal.com,
 stremonti1@sspclegal.com
Neil R. Sherman    on behalf of Interested Party    CitiMortgage, Inc. nsherman@sspclegal.com,
 stremonti1@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Neil R. Sherman    on behalf of Interested Party    Schneiderman and Sherman, P.C.
           nsherman@sspclegal.com, stremonti1@sspclegal.com
          Neil R. Sherman    on behalf of Interested Party    Kondaur Capital Corporation
           nsherman@sspclegal.com, stremonti1@sspclegal.com
          Niraj R. Ganatra    on behalf of Attorney    UAW - Solidarity House Nganatra@uaw.net
          Noah J. Ornstein    on behalf of Interested Party    Syncora Guarantee Inc.
           noah.ornstein@kirkland.com
          Noah J. Ornstein    on behalf of Interested Party    Syncora Capital Assurance Inc.
           noah.ornstein@kirkland.com
          Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           Paige.Barr@kattenlaw.com
          Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
           mkisell@plunkettcooney.com
          Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
           pmears@btlaw.com
          Patrick W. Carothers    on behalf of Defendant    Carmeuse Lime Inc pcarothers@leechtishman.com,
           bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
          Paul H. Saint-Antoine    on behalf of Defendant    Wilmington Trust, N.A.
           Paul.Saint-Antoine@dbr.com, Todd.Hutchison@dbr.com;James.Williamson@dbr.com
          Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
           phage@jaffelaw.com, jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Defendant    Inland Waters Pollution Control Inc. phage@jaffelaw.com,
           jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Creditor    Canon Financial Services, Inc. phage@jaffelaw.com,
           jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
           phage@jaffelaw.com, jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Defendant    Election Systems & Software phage@jaffelaw.com,
           jtravick@jaffelaw.com
          Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
           Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
           marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter Paul Sudnick    on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com,
           psudnick13@gmail.com
          Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
           ralph.taylor@arentfox.com
          Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
          Ralph E. McDowell    on behalf of Interested Party    Oakland-Macomb Interceptor Drain Drainage
           District rmcdowell@bodmanlaw.com
          Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation
           randall.brater@arentfox.com
          Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Raymond   Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
          Raymond   Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Coalition of Detroit Unions
           richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
           mcoil@millercohen.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com,
           konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdr
           ive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;tsmith@ec
           f.courtdrive.com;male
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit, Water and Sewerage Department ecf@kaalaw.com, konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;tsmith@ecf.courtdrive.com;male
- Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
- Robert Fetter on behalf of Interested Party Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Interested Party Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert A. Weisberg on behalf of Defendant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert A. Weisberg on behalf of Creditor Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert D. Gordon on behalf of Creditor Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
- Robert D. Gordon on behalf of Creditor General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
- Robert J. Diehl, Jr. on behalf of Interested Party U.S. Bank N.A. rdiehl@bodmanlaw.com
- Robert J. Figa on behalf of Defendant D A Central Inc RFiga@Comlawone.com
- Robert J. Figa on behalf of Defendant Vancon Inc RFiga@Comlawone.com
- Robert N. Bassel on behalf of Interested Party Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
- Robert S. Hertzberg on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Debtor In Possession City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Interested Party Pepper Hamilton LLP hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Roger Q. Hyde on behalf of Defendant Able Demolition Inc. rogerqhyde@sbcglobal.net
- Ronald A. Spinner on behalf of Defendant City of Detroit, Michigan spinner@millercanfield.com
- Ronald A. Spinner on behalf of Debtor In Possession City of Detroit, Michigan spinner@millercanfield.com
- Roy C. Sgroi on behalf of Defendant Michigan CAT rcs@sgroilaw.com
- Rozanne M. Giunta on behalf of Interested Party State of Michigan, Department of Attorney General rmgiunta@lambertleser.com, amckeoun@lambertleser.com
- Rozanne M. Giunta on behalf of Interested Party State of Michigan rmgiunta@lambertleser.com, amckeoun@lambertleser.com
- Ryan Plecha on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
 rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
 rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
 jdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
 jdobrzycki@lippittokeefe.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
 irkland.com
Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
 irkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
 ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
 justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
 irkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
 justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
 irkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
 ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
 irkland.com
Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
 soconnor@glmpc.com
Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
 david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
 stravis@wolfsonbolton.com
Scott Eric Ratner    on behalf of Defendant    Shrader Tire & Oil Inc dperson@teamtogut.com
Scott Eric Ratner    on behalf of Defendant    Siemens Industry Inc dperson@teamtogut.com
Scott Eric Ratner    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com
Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
Scott W. Rooney    on behalf of Defendant    Olive Delivery Service LLC scott@nemesassociates.com,
 alison@nemesassociates.com
Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
Sean P. McNally    on behalf of Defendant    Kotz Sangster Wysocki & Berg PC
 smcnally@kotzsangster.com,  jhopko@kotzsangster.com
Shanna Marie Kaminski    on behalf of Interested Party    City of Detroit Water and Sewerage
 Department ,  pjozwiak@schaferandweiner.com
Shanna Marie Kaminski    on behalf of Defendant    Detroit Water and Sewerage Department ,
 pjozwiak@schaferandweiner.com
Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
 sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Interested Party    General Retirement System of the City of
 Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Interested Party    Police and Fire Retirement System of the City
 of Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Defendant    Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
 State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 of the American Federation of
 State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine    on behalf of Creditor    Michigan Council 25 Of The American Federation of
 State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
 slevine@lowenstein.com
Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
 lawtoll@comcast.net
Sherrie L. Farrell    on behalf of Attorney    Dykema Gossett PLLC sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sherrie L. Farrell    on behalf of Creditor    Downtown Development Authority sfarrell@dykema.com,
 mpearson@dykema.com;docket@dykema.com
Sheryl L. Toby    on behalf of Interested Party    Barclays Capital, Inc. stoby@dykema.com,
 dguerrero@dykema.com
Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com,
 dguerrero@dykema.com
Stanley L. de Jongh    on behalf of Interested Party    City of Detroit Law Department
 jongsl@detroitmi.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Stanley L. de Jongh   on behalf of Debtor In Possession   City of Detroit, Michigan
           jongsl@detroitmi.gov
          Stephen  Wolpert    on behalf of Creditor   Macomb County stephen.wolpert@dechert.com
          Stephen B. Grow    on behalf of Creditor   UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant   UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen J. Pokoj    on behalf of Defendant   Applied Science Inc spokoj@fildewhinks.com
          Stephen M. Gross    on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Interested Party   Detroit Institute of Arts
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Defendant   City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Plaintiff   City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Defendant   Detroit City Council laplante@millercanfield.com,
           skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Debtor In Possession   City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party   State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party   State of Michigan showell@dickinsonwright.com
          Steven G. Howell    on behalf of Interested Party   State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Stuart A. Gold    on behalf of Defendant   Federal Pipe & Supply Inc sgold@glmpc.com
          Stuart A. Gold    on behalf of Creditor   Detroit Public Library sgold@glmpc.com
          Stuart A. Gold    on behalf of Defendant   Binkelman Corp. sgold@glmpc.com
          Susheel  Kirpalani    on behalf of Plaintiff   Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Susheel  Kirpalani    on behalf of Interested Party   Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Suzanne L. Wahl    on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
          Tamar  Dolcourt    on behalf of Debtor In Possession   City of Detroit, Michigan
           tdolcourt@foley.com
          Thomas B. Radom    on behalf of Defendant   Wolverine Oil & Supply Co., Inc Radom@butzel.com
          Thomas B. Radom    on behalf of Defendant   DeMaria Building Company Radom@butzel.com
          Thomas B. Radom    on behalf of Defendant   Detroit Contracting Inc LLC Radom@butzel.com
          Thomas B. Radom    on behalf of Defendant   DCI Wolverine JV Radom@butzel.com
          Thomas B. Radom    on behalf of Defendant   Computech Corporation Radom@butzel.com
          Thomas P. Christy    on behalf of Creditor   Berkshire Hathaway Assurance Corporation
           tchristy@garanlucow.com
          Thomas R. Morris    on behalf of Plaintiff   Detroit Retired City Employees Association
           morris@silvermanmorris.com, kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
           kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
           kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party   Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com, kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
           morris@silvermanmorris.com, kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party   Detroit Retired City Employees Association
           morris@silvermanmorris.com, kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           kjordan@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession   City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Defendant   City of Detroit, Michigan fusco@millercanfield.com
          Timothy R. Graves    on behalf of Interested Party   Bronze Gable, L.L.C. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Aurelius Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Stone Lion Capital Partners L.P.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Panning Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP
    tgraves@allardfishpc.com, allardfishpc@yahoo.com
    Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
    Todd W. Grant   on behalf of Defendant   Waterworks Systems & Equipment tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
    Todd W. Grant   on behalf of Defendant   E L Bailey & Co Inc tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
    Todd W. Grant   on behalf of Defendant   North-West Trading Co tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
    Todd W. Grant   on behalf of Defendant   Clarks Construction tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
    Todd W. Grant   on behalf of Defendant   Blue Star Inc tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
    Todd W. Grant   on behalf of Defendant   KEO and Associates Inc. tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
    Tracy M. Clark   on behalf of Defendant   A & M Trucking Inc clark@steinbergshapiro.com
    Trevor J. Zamborsky   on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Trevor J. Zamborsky    on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor David  Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky   on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Vanessa G. Fluker   on behalf of Interested Party    Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
      Wallace M. Handler   on behalf of Defendant    Tetra Tech Mps whandler@swappc.com, kgleeson@swappc.com, ckrause@swappc.com
      Wendy Turner Lewis   on behalf of Defendant    Pyratech Security Systems Inc wtlewis@ameritech.net
      William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
      William H. Goodman   on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
      William H. Goodman   on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
      William H. Goodman   on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
      William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
      William H. Goodman   on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
      William J. Barrett   on behalf of Defendant    Genuine Parts Company william.barrett@bfkn.com
      William Norman Listman   on behalf of Interested Party    Southeastern Oakland County Water Authority wlistman@davislistman.com
      William Pfeiffer Smith   on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
      William W. Kannel   on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
      William W. Kannel   on behalf of Creditor    Fidelity Management & Research Company wkannel@mintz.com
      Winnifred P. Boylan   on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com, amckeoun@lambertleser.com
      Yuliy  Osipov   on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
      Yuliy  Osipov   on behalf of Defendant    Toter Incorporated yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
      Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
      Yuliy  Osipov   on behalf of Defendant    Capp, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
      Yuliy  Osipov   on behalf of Interested Party    Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
      Yuliy  Osipov   on behalf of Defendant    Kessler International yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
      Yuliy  Osipov   on behalf of Defendant    Capp USA yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
      Yuliy  Osipov   on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                        TOTAL: 732