FILED
2016 MAR 11 A 10:54
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846
CHAPTER: 9

City of Detroit,
Debtor.

**CERTIFICATE OF SERVICE**

I hereby certify that on 3/11/16 (date of mailing), I served copies as follows:

1. Document(s) served:
   Response to the objection the Twenty-third Omnibus objection
2. Served upon [name and address of each person served]:
   Mark Swanson
   Miller, Canfield, Paddock and Stone, PLC
   150 West Jefferson Suite 2500
   Detroit, Michigan 48226
3. By First Class Mail.

Dated: 3/11/16

Beverly Welch
(Signature)

Print Name: Beverly Welch