Case Number 13-53846

To Whom It May Concern;

I am writing you today to let you know I am OBJECTING to the City of Detroit's Debtor's 28th Omibus Objection to MY CLAIM, concerning the chapter 9 bankruptcy and the 10 percent pay cut. The city of Detroit did not need to cut my pay by 10% for 27 months. The department I was in water and sewerage collects over a $1 billion dollars a year from at least 92 cities and townships in the State of Michigan.

The ten percent pay cut caused me a loss income I need to receive back. If you look on the third page at check stub for week 43, my weekly pay was $602.40 which amounts to $15.06 an hour, before my pay was cut. If you look on the check stub for week 44, my weekly pay was reduced to $542.20 which amounts to $13.55 an hour, after my pay was cut. That amounts to a weekly pay cut of $60.20 and an hourly pay cut of $1.51 an hour. The longjevity pay that owed to me from 2010 is $300.

The pay cut continued until 1/25/2015 as shown on the third page, under check stub for week 05. That amounts to a loss of wages of $7343.40 over 27 months. The check stub on the fourth page show the stub for week 06, when my pay increased. The pay cut amounts to a loss of wages of $6560.80 over 24 months, $3430.40 over 12 months.

The City of Detroit owes me the above mention amounts for 27 months, 24 months and 12 months. My claim number is 2096.

Andre R. Canty
3/11/2016

FILED (I) 916 MAR 11 P 12:20 BANKRUPTCY COURT J. MICHIGAN-DETROIT

| B10 (Official Form 10) (04/13) (Modified) | | | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | | |
| Name of Debtor: City of Detroit, Michigan | | Case Number: 13-53846 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Andre R. Canty

Name and address where notices should be sent:
31410 John R Road Apt. 109
Madison Heights, MI 48071

Telephone number: (248) 592-0784  email:

Name and address where payment should be sent (if different from above):
31410 John R Road Apt. 109
Madison Heights, MI 48071

Telephone number: (248) 592-0784  email:

COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ Longevity 10% 1992 Hrs. X 10% of payrate; and Swing Holidays for 2 years X rate of pay. And 10% rate of pay since 2012. #39,040 X.079

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: Longevity
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____

Annual Interest Rate (when case was filed) _____% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $_____

Basis for perfection: _____

Amount of Secured Claim: $_____

Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).  $_____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____.  $_____

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. Signature: (See instruction # 8)
Check the appropriate box.

☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Andre R. Canty
Title:
Company:
Address and telephone number (if different from notice address above):

(Signature) Andre R. Canty    (Date) 2/15/2014

Telephone number: _____  email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## Pay Stub 1

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS

250287 PAYROLL A FOR 10/15/2012 TO 10/21/2012 PAID 10/26/2012 CK000102

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: CANTY, ANDRE — WEEK 43

### Earnings

| KIND OF TIME | TIME | UNIT | AMOUNT |
|---|---|---|---|
| REGULAR | | | |
| OVERTIME | | | |
| SHIFT PREM. | | | |
| COLA | | | |
| SICK | 40.00 | | 602.40 |
| **TOTAL GROSS** | | | **602.40** |

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 24.39 | 1142.64 | BENEFIT PLAN | .40 | DEFFERED PAY PLAN | |
| FEDERAL WITHHELD | 62.01 | 3040.35 | LIFE INS. | 1.27 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 22.24 | 1053.87 | RET. DET. | 18.07 | CREDIT UNION | |
| DETROIT WITHHELD | 14.23 | 667.74 | BONDS | | | |
| HOSPITAL | 21.80 | 43.60 | 38011 | .00 | | |
| MEDC | 8.42 | 394.48 | | | | |
| 45030 | 17.31 | 390.82 | | | | |

TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 190.14

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 27532.7? |
| | .00 |
| VACATION | 304.00 |
| COMP. TIME | 16.00 |
| PRIOR COMP. TIME | 16.00 |
| SICK TIME | 1128.00 |
| RESERVE SICK TIME | 576.00 |

AMOUNT OF CHECK: 412.26

MAIL CODE 2250 AGENCY 62

---

## Pay Stub 2

**DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS

250287 PAYROLL A FOR 10/22/2012 TO 10/28/2012 PAID 11/02/2012 CK000199

EMPLOYEE NAME: CANTY, ANDRE — BANK 54 — ACCOUNT 0833110257 — WEEK 44

### Earnings

| KIND OF TIME | TIME | UNIT | AMOUNT |
|---|---|---|---|
| REGULAR | | | |
| OVERTIME | | | |
| SHIFT PREM. | | | |
| COLA | | | |
| SICK | 40.00 | | 542.20 |
| **TOTAL GROSS** | | | **542.20** |

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 22.77 | 1165.41 | BENEFIT PLAN | | DEFFERED PAY PLAN | |
| FEDERAL WITHHELD | 56.25 | 3096.60 | LIFE INS. | | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 20.57 | 1074.44 | RET. DET. | 16.27 | CREDIT UNION | |
| DETROIT WITHHELD | 13.27 | 681.01 | BONDS | | | |
| HOSPITAL | | .00 | 38011 | .00 | | |
| MEDC | 7.86 | 402.34 | | | | |

TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 136.99

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 28074.9? |
| | .00 |
| VACATION | 304.00 |
| COMP. TIME | 16.00 |
| PRIOR COMP. TIME | 16.00 |
| SICK TIME | 1088.00 |
| RESERVE SICK TIME | 576.00 |

AMOUNT OF CHECK: 405.21

MAIL CODE 2250 AGENCY 62

---

## Pay Stub 3

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS

250287 PAYROLL A FOR 1/19/2015 TO 1/25/2015 PAID 1/30/2015 ST5001860

EMPLOYEE NAME: CANTY, ANDRE — BANK 04 — ACCOUNT 0307049833 — WEEK 05

### Earnings

| KIND OF TIME | TIME | UNIT | AMOUNT |
|---|---|---|---|
| REGULAR | 32.00 | | 433.76 |
| OVERTIME | 8.50 | | 172.83 |
| SHIFT PREM. | 32.00 | | 8.00 |
| COLA | | | |
| HOL | 8.00 | | 108.44 |
| PREM | 8.50 | | 3.19 |
| **TOTAL GROSS** | | | **726.22** |

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 42.79 | 208.89 | BENEFIT PLAN | .40 | DEFFERED PAY PLAN | |
| FEDERAL WITHHELD | 73.25 | 354.38 | LIFE INS. | 1.27 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 25.15 | 122.25 | RET. DET. | 58.00 | CREDIT UNION | |
| DETROIT WITHHELD | 16.43 | 80.10 | BONDS | | | |
| HOSPITAL | 35.97 | 71.94 | 38011 | .00 | | |
| MEDC | 10.00 | 48.85 | | | | |
| 45030 | 15.58 | 46.74 | | | | |

TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 278.84

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 3571.66 |
| | .00 |
| VACATION | 8.00 |
| COMP. TIME | 16.00 |
| PRIOR COMP. TIME | 16.00 |
| SICK TIME | 56.00 |
| RESERVE SICK TIME | .00 |

AMOUNT OF CHECK: 447.38

MAIL CODE 2250 AGENCY 62 UNIT 2250

NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

# CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION
## STATEMENT OF EARNINGS AND DEDUCTIONS

250287 PAYROLL A FOR 1/26/2015 TO 2/01/2015 PAID 2/06/2015 ST500312

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| CANTY, ANDRE | 04 | 0307049833 | 06 |

| EARNINGS | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 40 00 | 662 63 | FICA | 38 86 | 247 75 | BENEFIT PLAN | | DEFFERED PAY PLAN | | GROSS EARNINGS | 4234 29 |
| OVERTIME | | | FEDERAL WITHHELD | 62 99 | 417 37 | LIFE INS. | | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 22 24 | 144 49 | RET. DET. | 59 64 | CREDIT UNION | | VACATION | 8 00 |
| COLA | | | DETROIT WITHHELD | 14 72 | 94 82 | | | | | COMP. TIME | 16 00 |
| | | | | | 00 | BONDS | | | | PRIOR COMP. TIME | 16 00 |
| | | | HOSPITAL MEDC | 9 09 | 380 11 57 94 | | 00 | | | SICK TIME | 64 00 |
| | | | | | | | | | | RESERVE SICK TIME | 00 |
| TOTAL GROSS | | 662 63 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 207 54 | AMOUNT OF CHECK | | | 455 09 |

MAIL CODE 2250    AGENCY 62    UNIT 2250

NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS    PAYROLL