UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846
CHAPTER: 9

Debtor.
Twenty Third Ombinus /

## CERTIFICATE OF SERVICE

I hereby certify that on 3/11/2016 (date of mailing), I served copies as follows:

1. Document(s) served: Objection to the Twenty Third Ombinus

2. Served upon [name and address of each person served]:

   Marc N. Swanson
   Miller, Canfield, Paddock and Stone, PLC
   150 West Jefferson Suite 2500
   Detroit, MI 48226

3. By First Class Mail.

Dated: 3/11/2016

_Andre B. Canty_
(Signature)

Print Name: Andre B. Canty

FILED (I)
16 MAR 11 P 12:19
BANKRUPTCY COURT
MICHIGAN-DETROIT