18314 Stratford Dr.
Southfield, MI 48075

March 8, 2016

Clerk of The Court                          **VIA CERTIFIED MAIL**
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI. 48226

**RE: City of Detroit Michigan, Debtor; Bankruptcy Case No. 13-53846, Chapter 9, Doc 10780, Filed February 26, 2016**

Dear Hon. Thomas J. Tucker:

I the undersigned <u>do not</u> want the court to eliminate or change my claim, or grant the relief requested in the Twenty-Fourth Omnibus Objection.

Sincerely,

*[signature]*

Samuel H. Owen, Claim # 2240


cc.     Marc N. Swanson
       Miller, Canfield, Paddock & Stone, PLC
       150 W. Jefferson, Suite 2500
       Detroit, MI 48226