# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

**CERTIFICATION OF NO RESPONSE OR OBJECTION REGARDING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST ABDUL AL-ATABI, QATAR AL-HACHAMI AND KARIEM FORD**

On February 22, 2016, the City Of Detroit ("City") filed its Motion to Enforce Order, Pursuant To Sections 105, 501, and 503 Of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(C), Establishing Bar Dates For Filing Proofs Of Claim and Approving Form and Manner Of Notice Thereof Against Abdul Al-Atabi, Qatar Al-Hachami and Kariem Ford ("Motion"). [Doc. No. 10775]. The Motion was served upon counsel via first class mail and electronic mail on the same date, as follows:

Counsel to Abdul Al-Atabi and Qatar Al-Hachami, via first class mail and email:

Danielle S. Yatooma
Paul J. Wayner
Yatooma & Associates P.C.
29777 Telegraph Road Ste. 2400
Southfield, MI 48034
yatoomalaw@gmail.com
pyatoomad@gmail.com

Counsel to Kariem Ford, via first class mail and email:

Carl L. Collins, III
Law Office of Carl L. Collins, III
20755 Greenfield Road, Suite 1100
Southfield, MI 48075
carlcollins3@attycarlcollins.com

*See Certificate of Service* Exhibit A.

No response or objection to the Motion has been filed with the Court and the time to do so has passed. The City respectfully requests that the Court enter an order in substantially the same form as the one which was attached to the Motion. *See Proposed Order* Exhibit B.

                    MILLER, CANFIELD, PADDOCK AND
                    STONE, P.L.C.

By: /s/ Marc N. Swanson
Jonathan S. Green (P33140)
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

    - and –

CITY OF DETROIT LAW DEPARTMENT

Charles N. Raimi (P29746)
James Noseda (P52563)
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
Phone – (313) 237-5037/(313)
Email – raimic@detroitmi.gov

Attorneys for the City of Detroit

DATED: March 15, 2016

# Exhibit A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 22, 2016, he served a copy of the foregoing ***CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST ABDUL AL-ATABI, QATAR AL-HACHAMI AND KARIEM FORD*** upon the persons listed below, and in the manner described below:

Counsel to Abdul Al-Atabi and Qatar Al-Hachami, via first class mail and email:

Danielle S. Yatooma
Paul J. Wayner
Yatooma & Associates P.C.
29777 Telegraph Road Ste. 2400
Southfield, MI 48034
yatoomalaw@gmail.com
pyatoomad@gmail.com

26056265.1\022765-00213
13-53846-tjt  Doc 10986  Filed 03/15/16  Entered 03/15/16 12:07:25  Page 5 of 9
13-53846-tjt  Doc 10775  Filed 02/22/16  Entered 02/22/16 15:59:37  Page 4 of 29

Counsel to Kariem Ford, via first class mail and email:

Carl L. Collins, III
Law Office of Carl L. Collins, III
20755 Greenfield Road, Suite 1100
Southfield, MI 48075
carlcollins3@attycarlcollins.com

DATED: February 22, 2016

> By: /s/ Marc N. Swanson
> Marc N. Swanson (P71149)
> 150 West Jefferson, Suite 2500
> Detroit, Michigan 48226
> Telephone: (313) 496-7591
> Facsimile: (313) 496-8451
> swansonm@millercanfield.com

# Exhibit B

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST ABDUL AL-ATABI, QATAR AL-HACHAMI AND KARIEM FORD**

This matter, having come before the Court on the Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof against Abdul Al-Atabi, Qatar Al-Hachami and Kariem Ford ("<u>Motion</u>")[1], upon proper notice and a hearing, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**THE COURT ORDERS THAT:**

1. The Motion is granted.

2. Within five days of the entry of this Order:

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Motion.

- 1 -

(a) Abdul Al-Atabi shall dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Abdul Al-Atabi & Qatar Al-Hachami, Plaintiffs, vs. Bernice Vance & City of Detroit-DOT*, *Defendants*, filed in the Wayne County Circuit Court and assigned Case No. 15-014535.

(b) Qatar Al-Hachami shall dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Abdul Al-Atabi & Qatar Al-Hachami, Plaintiffs, vs. Bernice Vance & City of Detroit-DOT, Defendants*, filed in the Wayne County Circuit Court and assigned Case No. 15-014535.

(c) Kariem Ford shall dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Kariem Ford, Plaintiff, vs. City of Detroit and Dwain Williams, Defendants*, filed in the Wayne County Circuit Court and assigned Case No. 15-004533.

3. Abdul Al-Atabi, Qatar Al-Hachami and Kariem Ford are permanently barred, estopped and enjoined from asserting the claims arising from or related to their respective state court actions identified in paragraphs 2(a) – (c) above against the City of Detroit or property of the City of Detroit.

4. Abdul Al-Atabi, Qatar Al-Hachami and Kariem Ford are prohibited from sharing in any distribution in this bankruptcy case.

5. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.