# United States Bankruptcy Court

_____ District Of _____

In re **DARIS HOWARD**
Debtor

Case No. 13-53846

Chapter #9

response to Objection

#2501 Claim                             3·15·16

To whom it may Concern,
in case 13-53846.

I Daris L. Howard affirm that I oppose the Objection by the City of Detroit, and I'm owed this 10,000 Dollars Claim and would like to be rewarded with this law suit

Sincerely
Daris Howard

FILED 2016 MAR 15 P 1:11 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:   CASE NO: 13-53846
         CHAPTER: 9

Debtor.
City of Detroit

## CERTIFICATE OF SERVICE

I hereby certify that on 3.15.16 (date of mailing), I served copies as follows:

1. Document(s) served:

   response to Objection

2. Served upon [name and address of each person served]:

   City of Detroit
   Marc N. Swanson
   Miller Canfield, Paddock
   and Stone, P.L.C.
   150 West Jefferson, Suit 2500
   Detroit, MI 48226

   Charles N. Raimi (P29746)
   Deputy Corporation Counsel
   City of Detroit Law Dept
   2 Woodward Ave, Suit 500
   Coleman A. Young Municipal
   Center Detroit, MI
   48226
   Telephone (313) 237-5037

3. By First Class Mail.

Dated: 3.15.16

(Signature)

Print Name: Daris Howard

FILED 2016 MAR 15 P 1:11 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT