UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST ABDUL AL-ATABI, QATAR AL-HACHAMI AND KARIEM FORD**

This case is before the Court on the motion entitled "City of Detroit's Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof Against Abdul Al-Atabi, Qatar Al-Hachami and Kariem Ford" (Docket # 10775, the "Motion"),[1] upon proper notice, no timely objection to the Motion having been filed, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**IT IS ORDERED THAT:**

1. The Motion is granted.

---

[1] Capitalized terms used but not otherwise defined in this Order will have the meanings given to them in the Motion.

2. No later than March 22, 2016:

   (a) Abdul Al-Atabi must dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Abdul Al-Atabi & Qatar Al-Hachami, Plaintiffs, vs. Bernice Vance & City of Detroit-DOT, Defendants*, filed in the Wayne County Circuit Court and assigned Case No. 15-014535.

   (b) Qatar Al-Hachami must dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Abdul Al-Atabi & Qatar Al-Hachami, Plaintiffs, vs. Bernice Vance & City of Detroit-DOT, Defendants*, filed in the Wayne County Circuit Court and assigned Case No. 15-014535.

   (c) Kariem Ford must dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Kariem Ford, Plaintiff, vs. City of Detroit and Dwain Williams, Defendants*, filed in the Wayne County Circuit Court and assigned Case No. 15-004533.

3. Abdul Al-Atabi, Qatar Al-Hachami and Kariem Ford are permanently barred, estopped and enjoined from asserting the claims arising from or related to their respective state court actions identified in paragraphs 2(a) – (c) above against the City of Detroit or property of the City of Detroit.

4. Abdul Al-Atabi, Qatar Al-Hachami and Kariem Ford are prohibited from sharing in any distribution in this bankruptcy case.

5. The Court will retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Signed on March 15, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge