March 10, 2015

Dennis E. Nessel  
PMB 222  
5824 Bee Ridge Rd.  
Sarasota Fl. 34233

Dennis E. Nessel  
5539 Wilde Oak Way  
Sarasota, Florida 34232

lemonseed12@verizon.net  
941-706-3904  
Pension No. 142943

Clerk of the Court  
United States Bankruptcy Court  
211 W. Fort Street Suite 2100  
Detroit, Michigan 48226

Mr. Marc N. Swanson (P71149)  
Miller Canfield, Paddock and Stone, PLC  
150 W. Jefferson, Suite 2500  
Detroit, Michigan 48226

Dear Clerk of the Court and Mr. Swanson:

I am writing to you in response to the notice I received from the United States Bankruptcy Court, Case No. 13-53846.

Somehow, I was listed as Claimant No. 3564. within Exhibit 2 of the Debtors twenty-third omnibus objection to certain claims.

I am greatly concerned that my pension might be "**REDUCED, MODIFIED OR ELIMINATED PURSUANT TO FED.R. BANKR.P.3007(e)(1) and PRIOR ORDERS OF THIS COURT**". This pension and social security just covers my monthly living expenses. My wife and I are both over seventy years old. Loss of this income would create a great difficulty for us.

I don't know how I ended up on Exhibit 2. Perhaps, it was because we live in Florida and have resided in four locations since moving here. We did not receive all of the bankruptcy notices and updates on time and was late in filing a claim in February, 2014. I mailed a claim on February 19, 2014. It was recorded on February 24, 2014.

The February 26, 2016 notice suggested that I hire an attorney. Florida attorneys would need to spend too much time researching the case and I don't know any Detroit attorneys. Moreover, the cost would be prohibitive. Do you have any suggestions? Since time is of the essence, please call me at 941-706-3904.

I cannot attend the hearing scheduled for March 30, 2016.

I requested and continue to request that I not be included in any group or list that would result in the reduction or loss of the City of Detroit Pension that I am receiving.

Respectfully,

*Dennis E Nessel*

Dennis E. Nessel

copy: DRCEA