# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## NOTICE OF WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM NUMBER 315 OF CLAIMANT JAMIE FIELDS

The City of Detroit ("City") hereby withdraws its objection to Proof of Claim number 315 of claimant Jamie Fields ("Claim"). The Claim was included on Exhibit 2 of the *Debtor's Twenty-Third Omnibus Objection to Certain Claims (Pension Claims That Have Been Classified and Allowed by the City's Plan)* [Doc. No. 10779] ("23rd Omnibus Objection"). For the avoidance of doubt, the City is not withdrawing its objection to any of the other claims identified on Exhibit 2 to the 23rd Omnibus Objection.

- 1 -

26269501.1\022765-00213

13-53846-tjt    Doc 10833    Filed 03/16/16    Entered 03/16/16 12:26:39    Page 1 of 2

Dated: March 16, 2016

        Respectfully submitted,

    By: /s/ Marc N. Swanson
        Jonathan S. Green (P33140)
        Marc N. Swanson (P71149)
        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
        150 West Jefferson, Suite 2500
        Detroit, Michigan 48226
        Telephone: (313) 963-6420
        Facsimile: (313) 496-8451
        green@millercanfield.com
        swansonm@millercanfield.com

        and

        Charles N. Raimi (P29746)
        Deputy Corporation Counsel
        City of Detroit Law Department
        2 Woodward Avenue, Suite 500
        Coleman A. Young Municipal Center
        Detroit, Michigan 48226
        Telephone: (313) 237-0470
        Facsimile: (313) 224-5505
        raimic@detroitmi.gov

    ATTORNEYS FOR THE CITY OF DETROIT