

# BENJAMIN J. HOGUE JR.
19983 SAINT AUBIN STREET
DETROIT, MI 48234

March 07, 2016

**RE: Bankruptcy Case No. 13-53846 Chapter 9**

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

Re: City of Detroit, Michigan, Debtor

To whom it may concern:

I Benjamin J. Hogue Jr. would like to object to the decision made on the United States Bankruptcy Court.

I am objecting to the relief requested in the Twenty-Eight Omnibus Objection for my claim in the amount of $3,000 ordered by the City of Detroit.

Sincerely,

*Benjamin J. Hogue Jr.*

CC: Marc N. Swanson
    Miller, Canfield, Paddock and Stone, PLC
    150 West Jefferson, Suite 2500
    Detroit, MI 48226