Devon L Smith
16599 Greenview
Detroit, Michigan
48219  Claim #963

FILED
2016 MAR 17 A 10: 35
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Clerk of the Court
United States Bankruptcy Court
211 W Fort Street, Suite 2100
Detroit, MI 48226

Dear Clerk of the Court;

According to a lawsuit confirmed in records by Doyle O'Conner Administrative Law Judge for the Michigan Administrative Hearing System, I Devon Smith was awarded on May 25, 2011 to be reimbursed for losses out of pocket during the time I was laid off by the City of Detroit unlawfully without negotiation represented by AFSCME. I had to get a list of hospital and medical losses during that time starting May 16th 2010. These charges in this case was timed before the bankruptcy case by the City of Detroit. Information was given to ~~Andrea~~ Valerie Colbert Osamuede in labor relations on case C10E119 by Judge Doyle Conner. Also was given to Jerimiah Gross on the 10th floor of Benefits and Andrea Hamilton. I was told to ~~be refunded then~~ was told months later that the Mayor froze all assets. I would like to object/dispute my claim to be disallowed or expunged.

City of Detroit - and - AFSCME Local 207
MERC Case No C10E-119
July 20, 2012

Thank you
Devon Smith

13-53846-tjt    Doc 10839    Filed 03/17/16    Entered 03/17/16 11:25:16    Page 1 of 1