FILED

2016 MAR 17 A 11: 00

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:
City of Detroit, Michigan
2 Woodward Avenue
Suite 1126
Detroit, MI 48226

Case No. 13-53846-tjt

Chapter 9

PROOF OF SERVICE

I, the undersigned, hereby certify that on the 3rd day of March 20 16, a copy of the Application for Payment From Unclaimed Funds by Dinah Lynn (Tyus) Bolton was served on the United States Attorney for the Eastern District of Michigan at the following address:

> U.S. Attorney for the Eastern District of Michigan
> Attn.: Civil Division-Financial Litigation
> 211 West Fort Street, Suite 2001
> Detroit, MI 48226-3211

Dated: March 14, 2016

By: _Dinah L. Bolton_
Dinah Lynn Bolton

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Dinah Lynn (Tyus) Bolton, 20230 Fenelon Street, Detroit, MI 48234

A true and correct copy of the foregoing document entitled (*specify*): Response Filed by Creditor Dinah Lynn Bolton to Debtor's Twenty – Eighty Omnibus Objection to Certain Claims (Insufficient Documentation) _____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __3/14/16__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below: and
to respond to Court.  DL Bolton

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) _March 3, 2016_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 3/14/16 | Dinah Lynn Bolton | DL L. Bolton |
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.15.PROOF.SERVICE

13-53846-tjt    Doc 10840    Filed 03/17/16    Entered 03/17/16 13:37:15    Page 2 of 6

Dinah Lynn Bolton
20230 Fenelon Street
Detroit, MI 48234
313-893-3148
dinahtyus@sbcglobal.net


FILED
2016 MAR -7 A 10: 43
...RUPTCY COURT
E.J. MICHIGAN-DETROIT

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street
Suite 2100
Detroit, MI 48226

March 3, 2016

RE:  DEBTOR'S TWENTY-EIGHTH OMNIBUS OBJECTION TO CERTAIN CLAIMS
     BANKRUPTCY CASE NO. 13-53846  -  (Insufficient Documentation) - 3522

Dear United States Bankruptcy Court:

I would like to response to the objection of my claim in the above referenced case.

I would like to declare that as stated in my claim for the amount of $30,000.00 the following is true:

I did suffer loss / reduction in my wages by a 10% pay cut issued by the City of Detroit.

I did suffer loss / reduction in my wages by an additional 4% pay cut issued by the City of Detroit.

I did suffer loss in the ability to receive merit pay, step increases, reimbursement for jury duty, tuition reimbursement, Election day time off, sick time, swing holidays and out of class pay for working in a manager position.

I did suffer increased health care premium costs and co-pays, yet lowered medical insurance coverage.

I did suffer loss of longevity payment at the starting point of $150 per year until the current date.

I did suffer loss of funds from my annuity / pension with the City of Detroit specifically with the Craw back of $8,200.00.

I declare that the City of Detroit in its capacity as my employer has the data needed to compile the totals of these losses by fact of my employment with it.

To calculate the reductions I received in my wages and other benefits, the City of Detroit has access to this documentation in my employee files used to make those deductions.

Notice of these deductions were provide by the City of Detroit to each of its employees when they were made upon us.

The Human Resources Department and Payroll Divisions of the City of Detroit already have this information on behalf of the City of Detroit for this Court action.

The City of Detroit in its own interest would make these calculation difficult to obtain by each claimant to give more weight to its case to disallow and/ or expunge each applicants' request.

I am a member of APTE union and request that as a member their arguments against this notice be applied towards my claim.

For these reasons, the City of Detroit should not be allowed to disallow and / or expunge my claim.

I would like to request that I be excused from attendance to the hearing to be held on March 30, 2016, due to work assignments at the City of Detroit particularly during this time of transition in my Department.

Sincerely,

*Dinah Bolton*

Dinah L. Bolton

cc: Marc N. Swanson, Miller, Canfield, Paddock and Stone, PLC

# This document : Failed
## (reduced sample and details below)
## Document size : 8.5"x11"

To:

Dated: ~~February 26, 2016~~ March 14, 2016

Respectfully submitted,

1) By: /s/ Marc N. Swanson
 Jonathan S. Green (P33140)
 Marc N. Swanson (P71149)
 MILLER, CANFIELD, PADDOCK AND
 STONE, P.L.C.
 150 West Jefferson, Suite 2500
 Detroit, Michigan 48226
 Telephone: (313) 496-7591
 Facsimile: (313) 496-8451
 green@millercanfield.com
 swansonm@millercanfield.com

and

2) Charles N. Raimi (P29746)
 Deputy Corporation Counsel
 City of Detroit Law Department
 2 Woodward Avenue, Suite 500
 Coleman A. Young Municipal Center
 Detroit, Michigan 48226
 Telephone: (313) 237-5037
 Facsimile: (313) 224-5505
 raimic@detroitmi.gov

ATTORNEYS FOR THE CITY OF DETROIT

- 7 -

13-53846-tjt    Doc 10784    Filed 02/26/16    Entered 02/26/16 13:43:32    Page 7 of 22

| Total Pages Scanned : 7 | | Total Pages Confirmed : 0 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
| 001 | 283 | 913132245505 | 10:40:59 a.m. 03-14-2016 | 00:00:58 | 0/7 | 1 | EC | HS | FA2400 |

Abbreviations:
HS: Host send          PL: Polled local       MP: Mailbox print     CP: Completed        TS: Terminated by system
HR: Host receive       PR: Polled remote      RP: Report            FA: Fail             G3: Group 3
WS: Waiting send       MS: Mailbox save       FF: Fax Forward       TU: Terminated by user    EC: Error Correct

| | |
|---|---|
| Date/Time | 03-14-2016 10:42:06 a.m. |
| Local ID 1 | 2241310 |

Transmit Header Text
Local Name 1

# Transmission Report

This document : Confirmed
(reduced sample and details below)
Document size : 8.5"x11"

To:

Dated: ~~February 29, 2016~~ March 14, 2016

Respectfully submitted,

1) By: /s/ Marc N. Swanson
   Jonathan S. Green (P33140)
   Marc N. Swanson (P71149)
   MILLER, CANFIELD, PADDOCK AND
   STONE, P.L.C.
   150 West Jefferson, Suite 2500
   Detroit, Michigan 48226
   Telephone: (313) 496-7591
   Facsimile: (313) 496-8451
   green@millercanfield.com
   swansonm@millercanfield.com

   and

2) Charles N. Raimi (P29746)
   Deputy Corporation Counsel
   City of Detroit Law Department
   2 Woodward Avenue, Suite 500
   Coleman A. Young Municipal Center
   Detroit, Michigan 48226
   Telephone: (313) 237-5037
   Facsimile: (313) 224-5505
   raimic@detroitmi.gov

   ATTORNEYS FOR THE CITY OF DETROIT

- 7 -

13-53846-tjt  Doc 10784  Filed 02/26/16  Entered 02/26/16 13:43:32  Page 7 of 22

Total Pages Scanned : 7         Total Pages Confirmed : 7

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 282 | MillerCanfieldDE | 10:40:34 a.m. 03-14-2016 | 00:01:00 | 7/7 | 1 | EC | HS | CP33600 |

Abbreviations:
HS: Host send          PL: Polled local       MP: Mailbox print      CP: Completed         TS: Terminated by system
HR: Host receive       PR: Polled remote      RP: Report             FA: Fail              G3: Group 3
WS: Waiting send       MS: Mailbox save       FF: Fax Forward        TU: Terminated by user  EC: Error Correct

13-53846-tjms  Doc 10840  Filed 03/17/16  Entered 03/17/16 11:37:52  Page 6 of 6