UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Steven W. Rhodes |

**REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES**

PLEASE TAKE NOTICE that Matthew D. Klakulak, on behalf of Creditors Delania Patterson, Delshone Balfour, and Kevin Bullard, requests to be removed from receiving electronic notices in the above-captioned case at the following email addresses:

- m.klakulak@fiegerlaw.com

Respectfully submitted,

**Giroux Ratton PC**

Dated: March 17, 2016

/s/ Matthew D. Klakulak
Matthew D. Klakulak (P60220)
Attorney for Creditors Delania Patterson, Delshone
  Balfour and Kevin Bullard,
28588 Northwestern Highway, Suite 100
Southfield, Michigan 48034
(248) 531-8665
m.klakulak@girouxratton.com