UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit, Michigan

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Thomas J. Tucker

Debtor.
_____/

WRITTEN RESPONSE TO OBJECTION (TWENTY-NINTH ~~OMNIBUS~~ Omnibus Objection)

NOW COMES Debtor(s), and brings this motion for/to _____

_____. In support of Debtor(s)'s motion, Debtor states the following

[state the facts]: Claim #3402

1. I Disagree because I feel the Debtor owes me monies taken away ($4300).

2. I Charles Husky in re to case 13-53846 I oppose the objection by the city and I'm owed

3. Debtor requests $4300.00 and would like to collect my Reward

WHEREFORE, Debtor requests this Court to consider Debtor's Motion for/to _____

_____ and afford Debtor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

FILED (I) 2016 MAR 18 P 1:14
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Respectfully submitted,

Dated: 3/18/2016

Charles Husky
(Debtor's Signature)
Print Name: Charles Husky

_____
(Co-Debtor's Signature)
Print Name: _____