UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit, Michigan

Debtor.
_____/

CASE NO: 13-53846
CHAPTER: 9

## CERTIFICATE OF SERVICE

I hereby certify that on 3/18/2016 (date of mailing), I served copies as follows:

Claim # 3402

1. Document(s) served: Response to objection

2. Served upon [name and address of each person served]:

City of Detroit
Marc N. Swanson
Miller, Canfield, Paddock and Stone, PLC
150 West Jefferson, Suite 2500
Detroit, MI. 48224

Charles N. Raimi
Depty Corporation Counsel
City of Detroit Law Dept.
2 Woodward Avenue, Ste. 500
Coleman A. Young Municipal Center
Detroit, Michigan 48226
Tel: 313 237 5037
Fax 224-5505   raimic@detroitmi.gov

3. By First Class Mail.

Dated: 3/18/2016

(Signature)

Print Name: Charles Huskey

FILED
2016 MAR 18 P
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

13-53846-tjt    Doc 10847-1    Filed 03/18/16    Entered 03/18/16 13:26:44    Page 1 of 1