# United States Bankruptcy Court  FILED (I)

Eastern District of Michigan

2016 MAR 18 P 1:21

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re Debra Martin
Debtor

Case No. 13-53846

Chapter #9

I'm responding to A Objection, 32nd
#1016 my claim

3-18-16

To Whom It May Concern in my case 13-5386.

I Debra Martin had $1,500.00 was taken away from me & I want to know will I ever receive any of my money. I work for the City of Detroit Water and Sewerage Department.

[signature]

19163 Gable
Det MI 48234

313-395-5782

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:  CASE NO: 13-53846
        CHAPTER: 9

Debtor.
City of Detroit

FILED
2016 MAR 18 P 1:27
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

**CERTIFICATE OF SERVICE**

I hereby certify that on 3-18-16 (date of mailing), I served copies as follows:

1. Document(s) served:
   response to objection 32nd

2. Served upon [name and address of each person served]:
   City of Detroit
   Marcie N Swanson
   Miller, Canfield, Paddock and Stone PLC
   150 West Jefferson Suite 2500
   Detroit Michigan 48226

   Charles N. Rain (2974)
   Deputy Corporation Counsel
   City of Detroit Law Dept
   200 Woodward Ave
   Suite 500
   Coleman Young Municipal
   Detroit Mich 48226

3. By First Class Mail.

Dated: 3-18-16

(Signature)
Print Name: Debra Mackin