UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-538-46
CHAPTER: 9
JUDGE: Thomas J. Tucker

Debtor.
City of Detroit Michigan

Response
~~MOTION~~ FOR/TO Debtor's Twenty-Third And Twenty-Ninth Omnibus Objection To Certain Claims Creditor

NOW COMES ~~Debtor(s)~~, and brings this motion for/to _____

_____. In support of ~~Debtor(s)'s motion~~ Response Creditor, ~~Debtor~~ states the following

[state the facts]:

1. The city of Detroit is obligated to reimburse money without any deduction exspunge or rewrite any contracts.

2. _____

3. Debtor requests _____

WHEREFORE, Debtor requests this Court to consider Debtor's Motion for/to _____ and afford Debtor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Dated: 3-18-16

Respectfully submitted,

_Eddie Green_
(~~Debtor's~~ Signature)
Print Name: Eddie Green

_____
(Co-Debtor's Signature)
Print Name: _____

FILED 2016 MAR 18 PM 4:[?] U.S. BANKRUPTCY E.D. MICHIGAN DETROIT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846
CHAPTER: 9

Debtor.
City of Detroit Michigan,

## CERTIFICATE OF SERVICE

I hereby certify that on 3-18-16 (date of mailing), I served copies as follows:

1. Document(s) served:

   OMNIBUS RESPONSE DEBTOR TWENTY-THIRD AND TWENTY-NINTH OBJECTION TO CERTAIN CLAIMS

2. Served upon [name and address of each person served]:

   MARC N. SWANSON
   MILLER, CANFIELD, PADDOCK AND STONE PLC
   150 WEST JEFFERSON SUITE 2500
   DETROIT MICH 48226

3. By First Class Mail.

FILED 2016 MAR 18 P 4:16 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT

Dated: 3-18-16

(Signature) Ellie Greer

Print Name: Ellie Greer