Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service is Missing. (Related document [10841] Corrected Response filed by Creditor Dinah Lynn Bolton to [10784] Debtors Twenty−Eighth Omnibus Objection to Certain Claims (Insufficient Documentation)). See below for important deadline information.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant

- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 3/18/16

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                            United States Bankruptcy Court
                             Eastern District of Michigan
In re:                                                                Case No. 13-53846-tjt
City of Detroit, Michigan                                             Chapter 9
        Debtor           CERTIFICATE OF NOTICE
District/off: 0645-2           User: csiku                  Page 1 of 18                  Date Rcvd: Mar 18, 2016
                               Form ID: def2                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2016.
          +Dinah Lynn Bolton,    20230 Fenelon Street,    Detroit, MI 48234-2207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            Daniel M. McDermott
                                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2016                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2016 at the address(es) listed below:
              A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
              Albert   Togut    on behalf of Plaintiff    City of Detroit, Michigan neilberger@teamtogut.com,
               apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,
               adeering@teamtogut.com,srobinson@teamtogut.com
              Albert   Togut    on behalf of Debtor In Possession    City of Detroit, Michigan
               dperson@teamtogut.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alidz  Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com,  drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Allison Bach on behalf of Interested Party State of Michigan, Department of Attorney General abach@dickinsonwright.com
- Amanda Kill on behalf of Defendant Wright Tool Co akill@ahernkill.com, tmeluso@ahernkill.com;jmeyers@ahernkill.com
- Amanda Carol Vintevoghel on behalf of Defendant Interstate Trucksource Inc avintevoghel@dragichlaw.com, avintevoghel@hotmail.com
- Amanda Carol Vintevoghel on behalf of Defendant Oracle Corporation avintevoghel@dragichlaw.com, avintevoghel@hotmail.com
- Amy D. Caton on behalf of Creditor Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com
- Amy D. Caton on behalf of Creditor BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com
- Andrew Minear on behalf of Creditor Parsons Brinckerhoff Michigan, Inc. aminear@schiffhardin.com
- Andrew Minear on behalf of Defendant Parsons Brinckeroff Michigan Inc aminear@schiffhardin.com
- Andrew A. Paterson, Jr. on behalf of Plaintiff Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
- Andrew A. Paterson, Jr. on behalf of Creditor Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
- Andrew A. Paterson, Jr. on behalf of Creditor Robert Davis aap43@outlook.com, aap43law@gmail.com
- Anthony J. Kochis on behalf of Creditor Iron Mountain Information Management, LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
- Anthony J. Kochis on behalf of Creditor The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
- Arthur O'Reilly on behalf of Interested Party Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com
- Barbara A. Patek on behalf of Plaintiff Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com
- Barbara A. Patek on behalf of Attorney Erman, Teicher, Zucker & Freedman, P.C. bpatek@ermanteicher.com
- Barbara A. Patek on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com
- Barbara A. Patek on behalf of Creditor Detroit Police Officers Association bpatek@ermanteicher.com
- Barry S. Fagan on behalf of Creditor Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com
- Brendan G. Best on behalf of Interested Party Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com
- Brendan G. Best on behalf of Plaintiff Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com
- Brendan G. Best on behalf of Defendant Syncora Guarantee, Inc. bbest@schaferandweiner.com, wrkyles@varnumlaw.com
- Brian Keck on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com, aworlen@morganmeyers.com
- Brian Keck on behalf of Interested Party Denise Gardner bkeck@morganmeyers.com, aworlen@morganmeyers.com
- Brian Keck on behalf of Interested Party Patricia Ramirez bkeck@morganmeyers.com, aworlen@morganmeyers.com
- Brian Keck on behalf of Interested Party Kimberly James bkeck@morganmeyers.com, aworlen@morganmeyers.com
- Brian D. O'Keefe on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian R. Trumbauer on behalf of Interested Party Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
- Bruce Bennett on behalf of Debtor In Possession City of Detroit, Michigan bbennett@jonesday.com
- Caralyce M. Lassner on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
- Carina Kraatz on behalf of Defendant Bauer & Hunter PLLC ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net
- Carina Kraatz on behalf of Interested Party Resnick & Moss, P.C. ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net
- Carina Kraatz on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net
- Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C. candres@gklaw.com
- Carol Connor Cohen on behalf of Interested Party Ambac Assurance Corporation carol.cohen@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
      Carole Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
      Carole Neville    on behalf of Retiree Committee    Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com
      Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation caroline.english@arentfox.com
      Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation caroline.english@arentfox.com
      Carolyn Beth Markowitz    on behalf of Interested Party Kevin    Lewis DVCCOUNSEL@AOL.COM
      Charles Bruce Idelsohn    on behalf of Creditor Heidi    Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
      Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
      Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
      Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com
      Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
      Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com, kkranz@wnj.com
      Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
      Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
      Christopher E. McNeely    on behalf of Defendant    Great Lakes Power Inc cmcneely@mandmpc.com
      Cindy Tsai    on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
      Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
      Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
      Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association courtney.rogers@wallerlaw.com
      Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association courtney.rogers@wallerlaw.com
      Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
      Cynthia J. Haffey    on behalf of Defendant    Detroit General Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
      Cynthia J. Haffey    on behalf of Defendant    Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
      Dale Price    on behalf of Creditor    Equal Employment Opportunity Commission dale.price@eeoc.gov, legaldt.detroit@eeoc.gov
      Daniel Kielczewski    on behalf of Defendant    Bob Maxey Ford Inc dgkielczewski@abbottnicholson.com, adwilliams@abbottnicholson.com
      Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation dweiner@schaferandweiner.com
      Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation dweiner@schaferandweiner.com
      David Eisenberg    on behalf of Creditor    Detroit Police Officers Association deisenberg@ermanteicher.com
      David Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association deisenberg@ermanteicher.com
      David Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 deisenberg@ermanteicher.com
      David A. Lerner    on behalf of Creditor    Plunkett Cooney dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
      David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
      David A. Lerner    on behalf of Defendant    Waste Management of Michigan Inc dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
      David E. Schwartz    on behalf of Defendant    SMART dschwartz@allardfishpc.com, allardfishpc@yahoo.com
      David G. Dragich    on behalf of Defendant    Oracle Corporation ddragich@dragichlaw.com
      David G. Dragich    on behalf of Defendant    Interstate Trucksource Inc ddragich@dragichlaw.com
      David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
      David Gilbert Heiman    on behalf of Defendant Kevyn    Orr dgheiman@jonesday.com
      David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan dgheiman@jonesday.com
      David Jonathan Cross    on behalf of Defendant    T & N Services Inc davidjonathancross@gmail.com
      David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
      David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation david.dubrow@arentfox.com
      David M. Blau    on behalf of Creditor    NTH Consultants, Ltd. dblau@clarkhill.com
      David M. Blau    on behalf of Defendant    Mannik & Smith Group Inc dblau@clarkhill.com
      David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Dawn R. Copley    on behalf of Interested Party   State of Michigan dcopley@dickinsonwright.com,
 dnavin@dickinsonwright.com
Dawn R. Copley    on behalf of Interested Party   State of Michigan, Department of Attorney
 General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Debtor In Possession   City of Detroit, Michigan
 kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com
Deborah L. Fish    on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party   Aurelius Capital Management, LP
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party   Bronze Gable, L.L.C. dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party   Monarch Alternative Capital LP
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    BlueMountain Capital Management, LLC
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P.
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party   Stone Lion Capital Partners L.P.
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com,
 allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party   Panning Capital Management, LP
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP
 dfish@allardfishpc.com, allardfishpc@yahoo.com
Debra N. Pospiech    on behalf of Interested Party Patricia  Ramirez dpospiech@morganmeyers.com
Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
 dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
 dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
 dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
 dbeckwith@fosterswift.com
Donald C. Wheaton, Jr.    on behalf of Defendant    SBM Inc dwheatonjr@aol.com
Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
 don@mcguiganlaw.com
Doron  Yitzchaki    on behalf of Defendant    Hesco Hamlett Engineering Sales Company
 DYitzchaki@dickinsonwright.com
Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters,
 AFL-CIO, CLC dls@wmlaborlaw.com
Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast
 Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
 Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
 dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
            Douglas C. Bernstein    on behalf of Defendant    1 Way Service Inc dbernstein@plunkettcooney.com,
             ssherbow@plunkettcooney.com
            Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
             dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
            Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
             dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
            Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
             dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
            Douglas C. Bernstein    on behalf of Defendant    Examworks Inc dbernstein@plunkettcooney.com,
             ssherbow@plunkettcooney.com
            Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
             dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
            Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
             eerman@ermanteicher.com
            Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association
             eerman@ermanteicher.com
            Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
             eerman@ermanteicher.com
            Edward J. Gudeman    on behalf of Defendant    Audio Visual Equipment & Supplies
             ejgudeman@gudemanlaw.com,
             ecf@gudemanlaw.com;lmerucci@ecf.inforuptcy.com;rtanner@ecf.inforuptcy.com;kdarr@ecf.inforuptcy.co
             m;kshinn@ecf.inforuptcy.com;ejgudeman@ecf.inforuptcy.com;brookard@ecf.inforuptcy.com
            Edward J. Hood    on behalf of Defendant    Colasanti Corporation ehood@clarkhill.com,
             atheisen@clarkhill.com
            Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company
             emajoros@glmpc.com
            Elizabeth Ann Favaro    on behalf of Defendant    Siemens Industry Inc
             elizabeth.favaro@bowmanandbrooke.com, diana.murray@bowmanandbrooke.com
            Elizabeth Ann Favaro    on behalf of Interested Party    Siemens Industry Inc.
             elizabeth.favaro@bowmanandbrooke.com, diana.murray@bowmanandbrooke.com
            Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
             bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
            Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
             (Fannie Mae) bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
            Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
             ANHSOA@4stechnologies.com;anhsoa@gmail.com
            Elizabeth M. Abood-Carroll    on behalf of Creditor    CitiMortgage, Inc. bankruptcy@orlans.com,
             ANHSOA@4stechnologies.com;anhsoa@gmail.com
            Elizabeth M. Abood-Carroll    on behalf of Creditor     M&T Bank bankruptcy@orlans.com,
             ANHSOA@4stechnologies.com;anhsoa@gmail.com
            Elizabeth M. Abood-Carroll    on behalf of Creditor    M&T Bank bankruptcy@orlans.com,
             ANHSOA@4stechnologies.com;anhsoa@gmail.com
            Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
             ANHSOA@4stechnologies.com;anhsoa@gmail.com
            Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
             bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
            Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
             bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
            Elizabeth M. Abood-Carroll    on behalf of Creditor    Rushmore Loan Management Services, LLC
             bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
            Elliot G. Crowder    on behalf of Defendant    W C Ducomb Co ecrowder@sbplclaw.com,
             lhaas@sbplclaw.com
            Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
             ecrowder@sbplclaw.com, lhaas@sbplclaw.com
            Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
            Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
             carlson@millercanfield.com, brashier@millercanfield.com
            Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation
             enovetsky@jaffelaw.com
            Erika D. Hart    on behalf of Defendant    OAS Group Inc ehart@tauntlaw.com
            Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
             Detroit efeldman@clarkhill.com
            Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
             efeldman@clarkhill.com
            Fred Neufeld    on behalf of Interested Party Fred  Neufeld fneufeld@sycr.com
            Gordon J. Toering    on behalf of Defendant    EJ USA Inc gtoering@wnj.com
            H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
             jabdelnour@resnicklaw.net
            H. Nathan Resnick    on behalf of Defendant    Bauer & Hunter PLLC hnresnick@resnicklaw.net,
             jabdelnour@resnicklaw.net
            Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc.
             ecf-hen@rhoadesmckee.com
            Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
            Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
             Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
            Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
             Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
         Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
          Heath.Rosenblat@dbr.com,    Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
         Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
          Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
         Heather Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com
         Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
          hlennox@jonesday.com
         Heather Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com
         Heather Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com
         Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
         Heidi Peterson     hdpeterson75@gmail.com
         Horace D. Cotton    on behalf of Respondent    B&C Land Development Corporation hdcotton@yahoo.com
         Howard M. Borin    on behalf of Interested Party    Ambac Assurance Corporation
          hborin@schaferandweiner.com,    jburns@schaferandweiner.com;nmack@schaferandweiner.com
         Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
         Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
         Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
         Hugh M. Davis    on behalf of Creditor Constance M. Phillips Info@ConLitPC.com
         Irma Industrious    on behalf of Creditor Irma  Industrious iindustrious@yahoo.com,
          iimeldai123@gmail.com
         J. Paul Sugameli    on behalf of Defendant    Farrow Group Inc psugameli@sugamelilaw.com
         James Pelland    on behalf of Defendant    Metco Services Inc jpelland@fb-firm.com,
          psugars@fb-firm.com
         James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
          james.sprayregen@kirkland.com
         James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
          james.sprayregen@kirkland.com
         James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
          james.sprayregen@kirkland.com
         James J. Hayes    on behalf of Defendant    Alexander Chemical Corp attyjjhayes@gmail.com
         Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
         Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
          jeansartre@msn.com
         Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com,
          ssmith@kerr-russell.com
         Jason W. Bank    on behalf of Defendant    New England Fertilizer Company jbank@kerr-russell.com,
          ssmith@kerr-russell.com
         Jason W. Bank    on behalf of Defendant    Wade Trim Associates Inc. jbank@kerr-russell.com,
          ssmith@kerr-russell.com
         Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
          jbank@kerr-russell.com,    ssmith@kerr-russell.com
         Jason W. Bank    on behalf of Defendant    Hinshon Environmental Consulting, Inc.
          jbank@kerr-russell.com,    ssmith@kerr-russell.com
         Jayson Ruff    on behalf of Creditor    Sprint Communications Company LP jruff@mcdonaldhopkins.com
         Jayson Ruff    on behalf of Creditor    Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
         Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
         Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
          Lhaidostian@mwe.com
         Jeffrey Rossman    on behalf of Creditor    U.S. Bank, N.A. jrossman@mwe.com
         Jeffrey Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
         Jeffrey Rossman    on behalf of Interested Party    U.S. Bank N.A. jrossman@mwe.com
         Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,
          tc@osbig.com;mk@osbig.com
         Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
         Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
          jbelveal@honigman.com,    mjohnson@honigman.com
         Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
          jbelveal@honigman.com,    mjohnson@honigman.com
         Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
         Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
          apclawyer@sbcglobal.net
         Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
         Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
         Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
          apclawyer@sbcglobal.net
         Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
         Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
         Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
         Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
         Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
         Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
         Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
         Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
         Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
         Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
         Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
         Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
         Jimmylee Gray    on behalf of Defendant    Ampro Construction LLC j.gray50@comcast.net
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Jimmylee Gray    on behalf of Defendant    Uniglobe Construction Co j.gray50@comcast.net
              Jimmylee Gray    on behalf of Defendant    Kingsway Building & Maintenance j.gray50@comcast.net
              John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
              John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jstevens@mathesonparr.com, nlmumma@aol.com
              John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
               pjohnson@bredhoff.com;mforan@bredhoff.com
              John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
               john.ramirez@kattenlaw.com
              John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
              John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               john.sieger@kattenlaw.com
              John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
               jcanzano@kmsmc.com
              Jon M. Gaskell    on behalf of Defendant    Agar Lawn Sprinkler Systems Inc jgaskell@alldial.net
              Jonathan S. Green    on behalf of Defendant Michael Hall green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
              Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
               green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant Michael Duggan, Mayor green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant    City of Detroit green@millercanfield.com
              Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
               green@millercanfield.com
              Jonathan S. Taub    on behalf of Defendant    PVS Technologies Inc jtaub@pvschemicals.com,
               jon.taub1@comcast.net;dtheodore@pvschemicals.com
              Jong-Ju Chang    on behalf of Creditor    Oakland County, Michigan jchang@dykema.com,
               dkelley@dykema.com;docket@dykema.com
              Jong-Ju Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
               jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
              Joseph David Hess    on behalf of Defendant    Compuware Corporation jhess@honigman.com
              Joseph David Hess    on behalf of Defendant    CW Professional Services LLC jhess@honigman.com
              Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
               jfischer@carsonfischer.com
              Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joshua Wheelock    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
               joshwheelock@hotmail.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
              Judith Greenstone Miller    on behalf of Defendant    Election Systems & Software
               jmiller@jaffelaw.com, dgoldberg@jaffelaw.com
              Judith Greenstone Miller    on behalf of Creditor    ADP, LLC jmiller@jaffelaw.com,
               dgoldberg@jaffelaw.com
              Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    WC Hoover Investments, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Singent Consulting LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Mound Road Enterprises L.L.C. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    LDM, LLC jcalton@honigman.com, litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    TSD Solutions LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Delbruck Technology, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor Aziz & Lorna Abraham jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    440 Congress LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Stanne Consulting, LLC jcalton@honigman.com,
               litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

| | | | |
|---|---|---|---|
| Judy B. Calton | on behalf of Creditor | Tower Defense & Aerospace, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Olympia Office Building, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Gekko Enterprises LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | VITEC, L.L.C. | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Olympia Development of Michigan LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Sunrise Parking LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Taggart Technologies LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Skyline Partners LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Cass Community Social Services, Inc. | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Interested Party | Michael Duggan, Mayor | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Seven Mile Partners, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Compuware Corporation | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Defendant | CW Professional Services LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Arrow Uniform Rental, Inc. | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Interested Party | Detroit Entertainment, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | TC Manor House, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Interested Party | Detroit Institute of Arts | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Cathedral Owner LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | 3100 East Jefferson, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Oakland Plant Properties, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | 5801 Southfield Service Drive Corp. | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Magnolia Properties, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Fox Parking Garage, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Chene Square, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | 4737 Conner Co., LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Parkrite Holdings LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Enforcement Technology, Inc. | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Debtor In Possession | City of Detroit, Michigan | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Elizabeth Street Properties, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Detroit Thermal, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Atwater Group | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Abraham & Potestivo, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Koehler Market LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Blenheim Building, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | 441 E. Larned LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Pont Solutions, LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Regency Owner LLC | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Defendant | Sigma Associates Inc | jcalton@honigman.com, litdocket@honigman.com |
| Judy B. Calton | on behalf of Creditor | Country House Apartments | jcalton@honigman.com, litdocket@honigman.com |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Judy B. Calton    on behalf of Creditor    Linwood Neighbors LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Attorney L. Katie Mason jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Mack Avenue Investors LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Seven Mile Holdings, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    MICMR, LLC jcalton@honigman.com,  litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Compuware Corporation jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Bean Little Investments, LLC jcalton@honigman.com,
 litdocket@honigman.com
Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
 344 jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants
 Association jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 jteicher@ermanteicher.com
Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
 karen.dine@kattenlaw.com
Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
 kressk@pepperlaw.com
Kenneth B. Vance    on behalf of Defendant    Z Contractors Inc kbvance@comcast.net,
 kbvance01@gmail.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
 kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
 kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
 kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov,
 michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Mary.compeau@usdoj.gov;Jack.Tubbs@usdoj.gov
Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
 kevin.baum@kattenlaw.com
Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
 ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
 kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
 kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

　　　　　Kurt Thornbladh　on behalf of Plaintiff　Moratorium Now! kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
　　　　　Kurt Thornbladh　on behalf of Plaintiff Sylvia Taylor kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
　　　　　Kurt Thornbladh　on behalf of Plaintiff Rosalyn Walker kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
　　　　　Kurt Thornbladh　on behalf of Plaintiff Rosalyn Parham kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
　　　　　Kurt Thornbladh　on behalf of Creditor　Plymouth Square Ltd. Housing Association kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
　　　　　Kurt Thornbladh　on behalf of Creditor　Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
　　　　　Kurt Thornbladh　on behalf of Plaintiff　Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
　　　　　Kurt Thornbladh　on behalf of Plaintiff Janice Ward kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
　　　　　Kurt Thornbladh　on behalf of Plaintiff John Smith kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
　　　　　Kurt Thornbladh　on behalf of Plaintiff Tammika Williams kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
　　　　　Kurt Thornbladh　on behalf of Plaintiff John Jackson kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
　　　　　Kurt Thornbladh　on behalf of Creditor　Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
　　　　　L. Nichole Hunter　on behalf of Creditor　Public Lighting Authority nhunter@alglawpc.com, sobrien@alglawpc.com
　　　　　Lawrence A. Lichtman　on behalf of Creditor　660 Woodward Associates, LLC llichtman@honigman.com, litdocket@honigman.com
　　　　　Leah Montesano　on behalf of Interested Party　Ambac Assurance Corporation leah.montesano@arentfox.com
　　　　　Leonora K. Baughman　on behalf of Respondent　Wayne County Treasurer ecf@kaalaw.com, Dchapman@ecf.courtdrive.com;konail@ecf.courtdrive.com;malexander@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;tsmith@ecf.courtdrive.com;csanders@ecf.courtdrive.com;Lbaughman@ecf.courtdrive.com
　　　　　Lisa Hill Fenning　on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
　　　　　Lisa Sommers Gretchko　on behalf of Creditor　Howard & Howard Attorneys PLLC lgretchko@howardandhoward.com, ebarrett@howardandhoward.com
　　　　　Louis P. Rochkind　on behalf of Plaintiff　National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
　　　　　M. Ellen Dennis　on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu
　　　　　Mami Kato　on behalf of Interested Party　International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
　　　　　Mami Kato　on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
　　　　　Mami Kato　on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
　　　　　Mami Kato　on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
　　　　　Mami Kato　on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
　　　　　Mami Kato　on behalf of Interested Party　Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
　　　　　Mami Kato　on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
　　　　　Mami Kato　on behalf of Creditor　Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
　　　　　Mami Kato　on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
　　　　　Marc N. Swanson　on behalf of Defendant　Detroit City Council swansonm@millercanfield.com
　　　　　Marc N. Swanson　on behalf of Defendant Michael Hall swansonm@millercanfield.com
　　　　　Marc N. Swanson　on behalf of Debtor In Possession　City of Detroit, Michigan swansonm@millercanfield.com
　　　　　Marc N. Swanson　on behalf of Defendant　City of Detroit swansonm@millercanfield.com
　　　　　Marc N. Swanson　on behalf of Defendant Michael Duggan, Mayor swansonm@millercanfield.com
　　　　　Marc N. Swanson　on behalf of Defendant　City of Detroit, Michigan swansonm@millercanfield.com
　　　　　Marcy J. Ford　on behalf of Creditor　Bank of America, N.A. easternecf@trottlaw.com
　　　　　Marguerite Hammerschmidt　on behalf of Interested Party　Haas & Goldstein P.C. admin@hammer-stick.com
　　　　　Mark Wasvary　on behalf of Creditor　Hyde Park Co-Operative, et al. mark@wasvarylaw.com
　　　　　Mark Wasvary　on behalf of Creditor　Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
　　　　　Mark A. Angelov　on behalf of Plaintiff　Ambac Assurance Corporation mark.angelov@arentfox.com
　　　　　Mark A. Angelov　on behalf of Interested Party　Ambac Assurance Corporation mark.angelov@arentfox.com
　　　　　Mark B. Berke　on behalf of Defendant　Birks Works Environmental LLC mberkelaw@gmail.com
　　　　　Mark H. Shapiro　on behalf of Creditor　Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets
               Association shapiro@steinbergshapiro.com,   jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
               shapiro@steinbergshapiro.com,   jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Interested Party    Greenhill & Co., LLC
               shapiro@steinbergshapiro.com,   jbrown@steinbergshapiro.com
              Mark L. McAlpine    on behalf of Other Professional    McAlpine PC mlmcalpine@mcalpinelawfirm.com,
               dajaworski@mcalpinepc.com;nanichols@mcalpinepc.com
              Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
               mrj@wwrplaw.com
              Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
              Mark S. Frankel    on behalf of Defendant    Tooles Contracting Group LLC mfrankel@couzens.com
              Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
              Mark S. Frankel    on behalf of Defendant    Motor City Pipe & Supply Co mfrankel@couzens.com
              Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               bankrout@davispolk.com
              Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
               cobbm@detroitmi.gov,   mbcobbs@flash.net
              Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
               mbcobbs@flash.net
              Mary Kay Shaver    on behalf of Creditor    Varnum LLP mkshaver@varnumlaw.com
              Matthew Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
              Matthew Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
              Matthew Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan wilkins@bwst-law.com,   marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
               wilkins@bwst-law.com,   marbury@bwst-law.com
              Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
               wilkins@bwst-law.com,   marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
               wilkins@bwst-law.com,   marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               wilkins@bwst-law.com,   marbury@bwst-law.com
              Matthew Wilkins    on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City
               of Detroit, Michigan wilkins@bwst-law.com,   marbury@bwst-law.com
              Matthew D. Harper    on behalf of Interested Party    City of Detroit Water and Sewerage Department
               mdharper@eastmansmith.com
              Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
               Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
               summersm@ballardspahr.com
              Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
              Michael A. Stevenson    on behalf of Interested Party    Clark Associates, Inc. mas@sbplclaw.com,
               rschultz@sbplclaw.com
              Michael A. Stevenson    on behalf of Defendant    Clark Associates Inc mas@sbplclaw.com,
               rschultz@sbplclaw.com
              Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
               makarmanesq@gmail.com
              Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
              Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
              Michael H. Perry    on behalf of Defendant    Fraser Trebilcock Davis & Dunlap PC
               mperry@fraserlawfirm.com
              Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
              Michael R. Bell    on behalf of Interested Party    State of Michigan, Department of Attorney
               General BellM1@michigan.gov
              Michael R. Bell    on behalf of Interested Party Bill    Schuette BellM1@michigan.gov
              Michael Robert Wolin    on behalf of Defendant    Systems & Software Inc mike@tishlaw.com
              Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
               msl@maddinhauser.com,   bac@maddinhauser.com
              My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
               mao-bk-ecf@debevoise.com
              Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Rashida    Tlaib ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Maureen    Taylor ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
               ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Donnell    White ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Thomas    Stallworth III ayadlaw@hotmail.com
              Neil Matthew Berger    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com,
                dcahir@teamtogut.com,twiener@teamtogut.com,smcgrath@teamtogut.com,ygreenberg@teamtogut.com,
                seratner@teamtogut.com,dgeoghan@teamtogut.com,neilberger@teamtogut.com,scurrie@teamtogut.com,
                abrogan@teamtogut.com,bmoore@teamtogut.com,dsmith@teamtogut.com,jlee@teamtogut.com,
                echafetz@teamtogut.com,awinchell@teamtogut.com,hmagaliff@teamtogut.com
              Neil R. Sherman    on behalf of Creditor    Flagstar Bank, FSB nsherman@sspclegal.com,
               stremonti1@sspclegal.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Neil R. Sherman    on behalf of Interested Party    CitiMortgage, Inc. nsherman@sspclegal.com,
           stremonti1@sspclegal.com
          Neil R. Sherman    on behalf of Interested Party    Schneiderman and Sherman, P.C.
           nsherman@sspclegal.com, stremonti1@sspclegal.com
          Neil R. Sherman    on behalf of Interested Party    Kondaur Capital Corporation
           nsherman@sspclegal.com, stremonti1@sspclegal.com
          Niraj R. Ganatra    on behalf of Attorney    UAW - Solidarity House Nganatra@uaw.net
          Noah J. Ornstein    on behalf of Interested Party    Syncora Guarantee Inc.
           noah.ornstein@kirkland.com
          Noah J. Ornstein    on behalf of Interested Party    Syncora Capital Assurance Inc.
           noah.ornstein@kirkland.com
          Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           Paige.Barr@kattenlaw.com
          Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
           mkisell@plunkettcooney.com
          Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
           pmears@btlaw.com
          Patrick W. Carothers    on behalf of Defendant    Carmeuse Lime Inc pcarothers@leechtishman.com,
           bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
          Paul H. Saint-Antoine    on behalf of Defendant    Wilmington Trust, N.A.
           Paul.Saint-Antoine@dbr.com, Todd.Hutchison@dbr.com;James.Williamson@dbr.com
          Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
           phage@jaffelaw.com, jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Defendant    Inland Waters Pollution Control Inc. phage@jaffelaw.com,
           jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Creditor    Canon Financial Services, Inc. phage@jaffelaw.com,
           jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
           phage@jaffelaw.com, jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Defendant    Election Systems & Software phage@jaffelaw.com,
           jtravick@jaffelaw.com
          Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
           Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
           marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter Paul Sudnick    on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com,
           psudnick13@gmail.com
          Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
           ralph.taylor@arentfox.com
          Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
          Ralph E. McDowell    on behalf of Interested Party    Oakland-Macomb Interceptor Drain Drainage
           District rmcdowell@bodmanlaw.com
          Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation
           randall.brater@arentfox.com
          Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
           Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
          Raymond   Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
          Raymond   Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Coalition of Detroit Unions
           richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
           mcoil@millercohen.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com,
           konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdr
           ive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;tsmith@ec
           f.courtdrive.com;male
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit, Water and Sewerage Department ecf@kaalaw.com, konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;tsmith@ecf.courtdrive.com;male

Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission robert.darnell@usdoj.gov

Robert Fetter   on behalf of Interested Party   Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

Robert Fetter   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

Robert Fetter   on behalf of Interested Party   Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

Robert A. Weisberg   on behalf of Defendant   Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com

Robert A. Weisberg   on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com

Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com

Robert J. Figa   on behalf of Defendant   D A Central Inc RFiga@Comlawone.com

Robert J. Figa   on behalf of Defendant   Vancon Inc RFiga@Comlawone.com

Robert M. Sosin   on behalf of Defendant   Universal System Technologies Inc robert@asnlaw.com

Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

Robert N. Bassel   on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com

Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com

Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

Robert S. Hertzberg   on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Interested Party   Pepper Hamilton LLP hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

Robert S. Hertzberg   on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

Roger Q. Hyde   on behalf of Defendant   Able Demolition Inc. rogerqhyde@sbcglobal.net

Ronald A. Spinner   on behalf of Defendant   City of Detroit, Michigan spinner@millercanfield.com

Ronald A. Spinner   on behalf of Debtor In Possession   City of Detroit, Michigan spinner@millercanfield.com

Roy C. Sgroi   on behalf of Defendant   Michigan CAT rcs@sgroilaw.com

Rozanne M. Giunta   on behalf of Interested Party   State of Michigan, Department of Attorney General rmgiunta@lambertleser.com, amckeoun@lambertleser.com

Rozanne M. Giunta   on behalf of Interested Party   State of Michigan rmgiunta@lambertleser.com, amckeoun@lambertleser.com

Ryan Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

Ryan Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

Ryan Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

Ryan Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Ryan Plecha on behalf of Interested Party Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

      Ryan Plecha on behalf of Plaintiff Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

      Ryan Plecha on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

      Ryan Plecha on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

      Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

      Ryan Blaine Bennett on behalf of Defendant Syncora Guarantee, Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

      Ryan Blaine Bennett on behalf of Interested Party Syncora Capital Assurance Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

      Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

      Ryan Blaine Bennett on behalf of Interested Party Syncora Holdings Ltd. ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

      Sam J. Alberts on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com

      Sandra L. O'Connor on behalf of Interested Party US Health & Life Insurance Company soconnor@glmpc.com

      Scott A. Wolfson on behalf of Creditor The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com

      Scott Eric Ratner on behalf of Defendant Detroit Thermal, LLC dperson@teamtogut.com

      Scott Eric Ratner on behalf of Plaintiff City of Detroit, Michigan dperson@teamtogut.com

      Scott M. Watson on behalf of Creditor UBS AG swatson@wnj.com

      Scott W. Rooney on behalf of Defendant Olive Delivery Service LLC scott@nemesassociates.com, alison@nemesassociates.com

      Sean M. Cowley (UST) on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov

      Sean P. McNally on behalf of Defendant Kotz Sangster Wysocki & Berg PC smcnally@kotzsangster.com, jhopko@kotzsangster.com

      Shanna Marie Kaminski on behalf of Interested Party City of Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com

      Shanna Marie Kaminski on behalf of Defendant Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com

      Shannon L. Deeby on behalf of Creditor General Retirement System of the City of Detroit sdeeby@clarkhill.com

      Shannon L. Deeby on behalf of Interested Party General Retirement System of the City of Detroit sdeeby@clarkhill.com

      Shannon L. Deeby on behalf of Interested Party Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

      Shannon L. Deeby on behalf of Defendant Eastern Oil Co sdeeby@clarkhill.com

      Shannon L. Deeby on behalf of Defendant CDM Michigan Inc sdeeby@clarkhill.com

      Shannon L. Deeby on behalf of Defendant J Ranck Electric Inc sdeeby@clarkhill.com

      Shannon L. Deeby on behalf of Defendant Camp Dresser & McKee sdeeby@clarkhill.com

      Shannon L. Deeby on behalf of Creditor Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

      Shannon L. Deeby on behalf of Defendant Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com

      Shannon L. Deeby on behalf of Defendant David Wm Ruskin sdeeby@clarkhill.com

      Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com

      Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com

      Sharon L. Levine on behalf of Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com

      Sheldon S. Toll on behalf of Interested Party Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net

      Sherrie L. Farrell on behalf of Attorney Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

      Sherrie L. Farrell on behalf of Creditor Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

      Sheryl L. Toby on behalf of Interested Party Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Sheryl L. Toby    on behalf of Creditor    Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com
      Stanley L. de Jongh    on behalf of Interested Party    City of Detroit Law Department jongsl@detroitmi.gov
      Stanley L. de Jongh    on behalf of Debtor In Possession    City of Detroit, Michigan jongsl@detroitmi.gov
      Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
      Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
      Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
      Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com, kfrantz@wnj.com
      Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
      Stephen J. Pokoj    on behalf of Defendant    Applied Science Inc spokoj@fildewhinks.com
      Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
      Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com
      Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
      Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
      Stephen S. LaPlante    on behalf of Defendant    Detroit City Council laplante@millercanfield.com, skoczylas@millercanfield.com
      Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
      Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
      Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
      Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney General showell@dickinsonwright.com
      Stuart A. Gold    on behalf of Defendant    Binkelman Corp. sgold@glmpc.com
      Stuart A. Gold    on behalf of Defendant    Federal Pipe & Supply Inc sgold@glmpc.com
      Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
      Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
      Susheel  Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
      Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
      Tamar  Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan tdolcourt@foley.com
      Thomas B. Radom    on behalf of Defendant    Wolverine Oil & Supply Co., Inc Radom@butzel.com
      Thomas B. Radom    on behalf of Defendant    DeMaria Building Company Radom@butzel.com
      Thomas B. Radom    on behalf of Defendant    Detroit Contracting Inc LLC Radom@butzel.com
      Thomas B. Radom    on behalf of Defendant    DCI Wolverine JV Radom@butzel.com
      Thomas B. Radom    on behalf of Defendant    Computech Corporation Radom@butzel.com
      Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation tchristy@garanlucow.com
      Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association morris@silvermanmorris.com, kjordan@silvermanmorris.com
      Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com, kjordan@silvermanmorris.com
      Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com, kjordan@silvermanmorris.com
      Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, kjordan@silvermanmorris.com
      Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, kjordan@silvermanmorris.com
      Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, kjordan@silvermanmorris.com
      Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association morris@silvermanmorris.com, kjordan@silvermanmorris.com
      Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, kjordan@silvermanmorris.com
      Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
      Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan fusco@millercanfield.com
      Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
      Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com, allardfishpc@yahoo.com
      Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com
      Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com
      Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P. tgraves@allardfishpc.com, allardfishpc@yahoo.com
      Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Monarch Alternative Capital LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Todd W. Grant    on behalf of Defendant    Waterworks Systems & Equipment tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    E L Bailey & Co Inc tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    North-West Trading Co tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    Clarks Construction tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    Blue Star Inc tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    KEO and Associates Inc. tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Tracy M. Clark    on behalf of Defendant    A & M Trucking Inc clark@steinbergshapiro.com
          Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Interested Party    1983 Claimants tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Trevor J. Zamborsky    on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Raymond   Thompson, Jr. tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Trevor J. Zamborsky    on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
 vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
Wallace M. Handler    on behalf of Defendant    Tetra Tech Mps whandler@swappc.com,
 kgleeson@swappc.com,  ckrause@swappc.com
Wendy Turner Lewis    on behalf of Defendant    Pyratech Security Systems Inc wtlewis@ameritech.net
William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
William J. Barrett    on behalf of Defendant    Genuine Parts Company william.barrett@bfkn.com
William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
 Authority wlistman@davislistman.com
William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
William W. Kannel    on behalf of Creditor    Fidelity Management & Research Company
 wkannel@mintz.com
Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com,
 amckeoun@lambertleser.com
Yuliy Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov    on behalf of Defendant    Toter Incorporated yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov    on behalf of Defendant    Capp, Inc. yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
 yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov    on behalf of Defendant    Kessler International yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov    on behalf of Defendant    Capp USA yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                       TOTAL: 738
```