## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN,

Case No. 13-53846
Chapter 9

    Debtor.

_____/

## REQUEST FOR REMOVAL FROM ECF NOTIFICATION

Ralph E. McDowell, an attorney with Bodman PLC, requests that he be removed from the ECF notification in the above-captioned case.

BODMAN PLC


By:    /s/ Ralph E. McDowell
        Ralph E. McDowell (P39235)
Attorneys for Interested Party Oakland-Macomb
  Interceptor Drain Drainage
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, Michigan 48226
Direct Dial: (313) 393-7592
Facsimile: (313) 393-7579
Email: *rmcdowell@bodmanlaw.com*

March 21, 2016