March 17, 2016

To Whom It May Concern:

FILED
2016 MAR 21 A 11: 00
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

My name is Althea F. Phillips, **Pension # 216115**, City of *Detroit* employee, **Claim # 2325** and I'm writing this letter in response to the **Chapter 9 - City of Detroit, Bankruptcy Case No. 13-53846, Doc No. 10784**. According to my understanding, the City of Detroit has filed an objection requesting that the Court enter an Order of Objection disallowing and expunging each of the claims identified on **Exhibit 2** because they do not include sufficient documentation to ascertain their validity.

Therefore, I am submitting my objection to the Clerk of the United States Bankruptcy Court and the Counsel for the City of Detroit, Marc N. Swanson, Miller, Canfield, Paddock and Stone, PLC. This objection is on the ground of insufficient documentation to ascertain its validity, of my **$18,150.00** money **not** be taken.

Sincerely,

*Althea F. Phillips*

Althea F. Phillips

#216115