From

    Raju Markose

    16929 Ryan Road,

    Livonia, MI 48154.

To

    Clerk of the Court

    United States Bankruptcy Court

    211 W. Fort St., Suite 2100

    Detroit, MI 48226.

FILED

2016 MAR 21 A 10: 59

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Honorable Thomas J. Tucker

    Sub : Filing objection for the City's claim for relief petition – Bankruptcy case # 13-53846.

    Ref : Bankruptcy Case No. 13-53846 – Debtor's Thirty-Third Omnibus Objection to Certain Claims.

    The following are the detailed Claims and City has the all the documents as the living testimony.

Claim # 1 : Call Back amount of $ 75,000.00 with 5% annual interest for 30 more years of life span-

    Claim Amount: $ 333407.00

Claim # 2 : Due to Bankruptcy, my pension calculation for Annual Final Compensation was frozen on June 30th, 2014 resulted in loss of $15,000.00 AFC- 55% of AFC as the pension loss of $8250.00/yr for 30 yrs.

    Claim Amount: $247,500.00

Claim # 3 : Recoupment amount taken out all taxes tax paid of $ 10,000.00 for 30 yrs @ 5% interest

    Claim Amount: $ 43220.00

Total Claim Amount: $624127.00

Actual Claim Amount: $ 500,000.00

An amount of $ 124127.00 reduced in lieu with life expectancy shortfall.

I hereby requesting to your Honor to approve the claim amount of $500,000.00 and dismiss the City attorney's request to Modify, Disallow and/or Expunge the claim.

Respectfully yours,

Raju Markose

3/17/16

Copy to: Marc N. Swanson

Miller, Canfiled, Paddock and Stone, PLC

150 W. Jefferson, Suite 2500

Detroit, MI 48226.

ITEM #1

**General Retirement System City of Detroit**
**Annuity Savings Fund Recoupment Calculation**

Name  Markose, Raju

### GRS Annuity Savings Fund Account | Bankruptcy ASF Adjustment

| fiscal year | begin balance | yearly contribution | yearly interest | yearly adjustment | yearly dividend | end balance | excess interest *1 |
|---|---|---|---|---|---|---|---|
| 2003-2004 | 113,169.74 | 4,951.73 | 9,131.28 | 0.00 | 0.00 | 127,252.75 | |
| 2004-2005 | 127,252.75 | 4,611.03 | 10,228.30 | 0.00 | 1,904.03 | 142,092.08 | 1,904.03 |
| 2005-2006 | 143,996.11 | 4,831.70 | 11,774.93 | 0.00 | 21,639.61 | 160,602.74 | 21,639.61 |
| 2006-2007 | 182,242.35 | 5,072.39 | 14,593.80 | 0.00 | 30,459.32 | 201,908.54 | 30,459.32 |
| 2007-2008 | 232,367.86 | 6,571.24 | 18,616.08 | 0.00 | 0.00 | 257,555.18 | 18,616.08 |
| 2008-2009 | 257,555.18 | 5,622.40 | 20,564.48 | 0.00 | 0.00 | 283,742.06 | 20,564.48 |
| 2009-2010 | 283,742.06 | 4,519.56 | 22,589.73 | 0.00 | 0.00 | 310,851.35 | 9707.84 |
| 2010-2011 | 310,851.35 | 4,307.63 | 24,720.71 | 0.00 | 0.00 | 339,879.69 | |
| 2011-2012 | 339,879.69 | 6,097.75 | 27,592.64 | 0.00 | 0.00 | 373,570.08 | 25794.68 |
| 2012-2013 | 373,570.08 | 6,956.58 | 21,722.24 | -400,247.53 | 0.00 | 2,001.37 | |

**Total ASF Excess Interest**   $128,686.04

**High Balance**   $373,570.08

**20% of High**   $74,714.02

**ASF Recoupment**   $74,714.02

**Retiree Adjusted**

*1 The "excess interest" is the difference between: (a) the yearly interest and dividend amounts previously credited to your ASF account; and, (b) the GRS net investment return with a CAP of 7.9% and a floor of 0% as limited by the POA.

ITEM #2
2015 AFC

| CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION | | | | | | | | | STATEMENT OF EARNINGS AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 212172 PAYROLL B FOR 12/07/2015 TO 12/20/2015 PAID 12/23/2015 ST5003729 | | | | | | | | | | | |
| YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES. | | | | | | | | | | | |
| EMPLOYEE NAME: MARKOSE, RAJU | | | | | | | BANK 23 | | ACCOUNT 3100025908 | | WEEK 52 |
| EARNINGS | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
| KIND OF TIME | TIME | UNIT AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 8000 | 240000 | FICA | 00 | 734700 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | GROSS EARNINGS | 3148532 |
| OVERTIME | 7130 | 365700 | FEDERAL WITHHELD | 108483 | 676665 | LIFE INS. | 1168 | SURVIVOR BENEFIT | | | 100 |
| SHIFT PREM. | 8090 | 8899 | MICHIGAN WITHHELD | 25349 | 458081 | RET. DET. | 9600 | CREDIT UNION | | VACATION | 1400 |
| COLA | | | DETROIT WITHHELD | 7619 | 138979 | BONDS | | | | COMP. TIME | 1600 |
| | | | | | 00 | | 30012 | 50000 | | PRIOR COMP. TIME | 1600 |
| PREM | 4140 | 6831 | HOSPITAL MEDC | 9011 | 190545 | | | | | SICK TIME | 66100 |
| | | | | | | | | | | RESERVE SICK TIME | 74400 |
| TOTAL GROSS | | 621430 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 211270 | AMOUNT OF CHECK | | | 410160 |
| MAIL CODE 5520 | AGENCY 62 | | UNIT 5520 | | | | | NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS | | PAYROLL | |

2014 - AFC

| CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION | | | | | | | | | STATEMENT OF EARNINGS AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 212172 PAYROLL B FOR 12/08/2014 TO 12/21/2014 PAID 12/26/2014 ST5003264 | | | | | | | | | | | |
| YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES. | | | | | | | | | | | |
| EMPLOYEE NAME: MARKOSE, RAJU | | | | | | | BANK 23 | | ACCOUNT 3100025908 | | WEEK 52 |
| EARNINGS | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
| KIND OF TIME | TIME | UNIT AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 7070 | 212100 | FICA | 00 | 725400 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | 35000 | GROSS EARNINGS | 2990895 |
| OVERTIME | 3490 | 160200 | FEDERAL WITHHELD | 48024 | 508681 | LIFE INS. | 987 | SURVIVOR BENEFIT | | | 100 |
| SHIFT PREM. | 5740 | 6314 | MICHIGAN WITHHELD | 14955 | 490418 | RET. DET. | 9600 | CREDIT UNION | | VACATION | 7800 |
| COLA | | | DETROIT WITHHELD | 4562 | 148317 | BONDS | | | | COMP. TIME | 1390 |
| COMP | 130 | 3900 | | | 00 | | 30012 | 50000 | | PRIOR COMP. TIME | 1390 |
| FUNR | 800 | 24000 | HOSPITAL MEDC | 5973 | 188355 | | | | | SICK TIME | 61300 |
| PREM | 3250 | 5363 | | | | | | | | RESERVE SICK TIME | 70400 |
| | | | | | | | | | | SWH | 800 |
| TOTAL GROSS | | 411877 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 169141 | AMOUNT OF CHECK | | | 242736 |
| MAIL CODE 5520 | AGENCY 62 | | UNIT 5520 | | | | | NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS | | PAYROLL | |

ITEM #3

## Retirement Systems City of Detroit
## 2013-2014 Fiscal Year Annuity Summary Report

2/16/16 8:07 am

MARKOSE, RAJU                                    Pension Number  212172

| | | | | | |
|---|---|---|---|---|---|
| **Revenue Group** | Water | **Payroll Status** Active | | **Annuity Status** | Active |
| **Vested?** | No   **Birth Date** 11/25/1954 | **Start Date** 03/17/1986 | | **WComp Status** | |
| **Address** | 16929 RYAN LIVONIA, MI 48154 | | | | |

| CONTRIBUTIONS | | INTEREST | | ADJUSTMENTS | |
|---|---|---|---|---|---|
| | | **Up To 1962** | | **Pre-Tax** | $0.00 |
| **Up To 8/1982** | $0.00 | **Up To 1967** | | **Post-Tax** | $0.00 |
| **Pre-Tax 87-Last** | $0.00 | **Up To 1970** | $0.00 | **Interest** | $0.00 |
| **Post-Tax 82-Last** | $1,981.59 | **70/71 To Last** | $19.78 | **Total Adjusments** | $0.00 |
| **Up To Last Year** | $1,981.59 | **Up To Last Year** | $19.78 | **Total Last Year** | $2,001.37 |

| | | CURRENT FISCAL YEAR AMOUNTS | | **Last Annuity Date** | 06/27/2014 |
|---|---|---|---|---|---|
| **Pre-Tax Contribution** | $0.00 | Interest | $0.00 | | |
| **Post-Tax Contribution** | $8,170.79 | Fiscal Total | $8,170.79 | **Net Total Annuity** | $10,172.16 |
| **Total Conbtribution** | $8,170.79 | | | | |

2/16/16 8:07 am

## Retirement Systems City of Detroit
## 2014-2015 Fiscal Year Annuity Summary Report

MARKOSE,RAJU                    Pension Number 212172

| | | | | | |
|---|---|---|---|---|---|
| **Revenue Group** | Water | **Payroll Status** | Active | **Annuity Status** | Active |
| **Vested?** | No | **Birth Date** 11/25/1954 | **Start Date** 03/17/1986 | **WComp Status** | |
| **Address** | 16929 RYAN LIVONIA, MI 48154 | | | | |

| CONTRIBUTIONS | | INTEREST | | ADJUSTMENTS | |
|---|---|---|---|---|---|
| | | **Up To 1962** | | **Pre-Tax** | $0.00 |
| **Up To 8/1982** | $0.00 | **Up To 1967** | | **Post-Tax** | ($10,854.02) |
| **Pre-Tax 87-Last** | $0.00 | **Up To 1970** | $0.00 | **Interest** | ($324.88) |
| **Post-Tax 82-Last** | $10,152.38 | **70/71 To Last** | $19.78 | **Total Adjusments** | ($11,178.90) |
| **Up To Last Year** | $10,152.38 | **Up To Last Year** | $19.78 | **Total Last Year** | $10,172.16 |

|  | | CURRENT FISCAL YEAR AMOUNTS | | **Last Annuity Date** | 06/26/2015 |
|---|---|---|---|---|---|
| **Pre-Tax Contribution** | $0.00 | Interest | $305.10 | **Net Total Annuity** | $0.00 |
| **Post-Tax Contribution** | $701.64 | Fiscal Total | $1,006.74 | | |
| **Total Conbtribution** | $701.64 | | | | |