March 18, 2016

FILED
2016 MAR 21 A 11: 09
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

Marc N. Swanson
Miller, Canfield, Paddock and Stone, PLC
150 West Jefferson, Suite 2500
Detroit, MI 48226

**Re: Bankruptcy Case No. 13-53846**

Dear, Honorable Thomas J. Tucker:

I am submitting this letter to oppose and prevent the modification, expunge, elimination or disallowing of my claim. The City of Detroit frivolous mismanagement of funds is of no doing by city employees. Therefore city employees should not be punished or held accountable. It was reported Thursday, March 17, 2016 by Channel 4 News that $50 million dollars was discovered in bond funds which had gone unspent over several decades and $11.7 million dollars is to be utilized on forty city parks and playgrounds and the remaining funds will pay to build a high-tech real-time crime center and to construct a new 8th Precinct for the Police Department. Yet, the City of Detroit filed bankruptcy and illegally took money from our employee' pension and annuity fund. Many corporations, citizens, and most importantly the employees was misled and misrepresented by city government. City employees' should not be made a scapegoat for the poor decisions, poor investments and unprofessional conduct made by city government. The employees' voiced opinion was disregarded when given the opportunity to elaborate on the irrational decisions made by the city. The accountabilities lies on city government but employees and retirees has endured the burden. The city government has caused financial hardship to many pensioners' and employees' lively hood. The City of Detroit's actions has been unconstitutional, and it would be immoral if city government was not held accountable. All involved in this lawsuit against the city government should be compensated and made hold for the many lives the city have ruined. The City of Detroit have an obligation to represent their employees, citizens, and corporates with the upmost respect, honest and dignity and have failed to do so.

Sincerely,

Jacqueline Knowles
City of Detroit, OAIII