BELINDA F ELLIS
14503 E 12 MILE RD APT B
WARREN, MI     48088

FILED
2016 MAR 21 P 12:51
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

March 17, 2016

Clerk of the Court
United States Bankruptcy Court
211 W. Fort St.
Detroit, MI 48226

Re: Claim 1963   Filed 13-53846-tjt   Doc 10784 2/26/16   Entered 2/26/216 13:43.32

Dear Clerk of the Court:
I, Belinda Ellis, am writing to request a continuation of my claim #1963 in the United States Bankruptcy Court case regarding the City of Detroit.

My claim equaling $25,000 is for a workers comp injury:

- Medical Expenses
- Wage Loss
- Loss of medication
- Loss of Doctors care

Based on the notice I received, I am requesting a continuation of my claim #1963 and I believe I have sufficient documentation for my claim. I look forward to hearing from you.

Sincerely,

BELINDA F ELLIS