March 18, 2016

From:  LaTonya Pennington
       23901 W. Chicago
       Redford, MI  48239

To:    Clerk of the Court
       United States Bankruptcy Court

Cc:    Marc N. Swanson

24th & 31st

I (LaTonya Pennington) am writing this letter in response to the objection I received from the City of Detroit regarding the objection to pay my claim for money due me from the City of Detroit. I feel that there is sufficient evidence in the City of Detroit records that the City should be accountable to pay such claims to me that are outlined in exhibit 2 of the letters I received from the City of Detroit.

*LaTonya Pennington*
LaTonya Pennington

FILED (I)
2016 MAR 21 P 1:17
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: LaTonya Pennington

CASE NO: 13-53846
CHAPTER: 9

Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on 3-21-16 (date of mailing), I served copies as follows:

1. Document(s) served: my response to my 2# & 31st objection.

2. Served upon [name and address of each person served]: Marc Swanson

3. By First Class Mail.

Dated: 3-21-16

(Signature) LaTonya Pennington

Print Name: LaTonya Pennington