UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

Re: CASE NUMBER 13-53846   DATE: 3/21/16

NAME(S): Shelia L. Bell

## STATEMENT OF CHANGE OF MAILING ADDRESS OF CREDITOR

FILED (I) 2016 MAR 21 P 1: [illegible]
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Dear Clerk of the Court:

The Creditor in the above entitled case do hereby request that the mailing address listed in the above-stated case be changed;

From: 17378 Five Points
Detroit, MI 48240

To: 14421 Royal Grand
Redford, MI 48239

Sincerely,

Creditor: Shelia Bell

***If you would like a copy of this form returned to you, mail two (2) copies of this form and a self-addressed stamped envelope directly to the Clerk of the Court at 211 West Fort Street, Detroit, MI 48226.*