UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846
CHAPTER: 9

Debtor.
City of Detroit

## CERTIFICATE OF SERVICE

I hereby certify that on 3-21-2016 (date of mailing), I served copies as follows:

1. Document(s) served:

   RESPONSE

2. Served upon [name and address of each person served]:

   MARK SWANSON

3. By First Class Mail.

Dated: 3-21-2016

(Signature)

Print Name: DEVON L SMITH