March 21, 2016

Shelia L. Bell
14421 Royal Grand
Redford, MI 48239

FILED (I)

2016 MAR 31 P 1:37

S. BANKRUPTCY COURT
D. MICHIGAN-DETROIT

Clerk of Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

To whom it may concern:

I, Shelia Bell am writing this short letter/statement to address my concerns about the Thirty-Fifth Omnibus Objection. I **DO OPPOSE** the objection to my claim and I would like to press forward with this case.

My old address is 17378 Five Points, Detroit, MI 48240 and my new address is listed above.

Thank You for the opportunity to express my opinion.

Respectfully,

*Shelia L. Bell*

Shelia L. Bell

CC: Marc N. Swanson

claim #2995