# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Case No. 13-53846
 Honorable Thomas J. Tucker
City of Detroit, Michigan,  Chapter 9

    Debtor,
_____

## REQUEST FOR REMOVAL FROM ECF NOTIFICATION

    The undersigned as attorney for B & C Land Development Corporation requests that he be removed from the ECF notification in the above captioned case.

Dated: March 21, 2016

    /s/ Horace D. Cotton
    Horace D. Cotton (P33268)
    P.O. Box 19520
    Detroit, MI 48219
    (313) 595-1517
    hdcotton@yahoo.com