# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                                   Chapter 9

City of Detroit, Michigan,                               Case No. 13-53846

    Debtor.                                         Hon. Thomas J. Tucker

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

    On March 14, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit A**; and via First Class mail on the service list attached hereto as **Exhibit B**:

- Debtor's Thirtieth Omnibus Objection to Certain Claims [Docket No. 10786]

Dated: March 21, 2016

                                                    /s/ Lydia Pastor Nino
                                                    Lydia Pastor Nino
                                                     KCC
                                                     2335 Alaska Ave
                                                     El Segundo, CA 90245

# **EXHIBIT A**

**Exhibit A**

| CreditorName | Email |
|---|---|
| Kahlil Felder | KahlilFelder@yahoo.com |

# **EXHIBIT B**

**Exhibit B**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Kahlil Felder | 20237 Mackay | Detroit | MI | 48234 |