# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                               Chapter 9

City of Detroit, Michigan,                           Case No. 13-53846

    Debtor.                                          Hon. Thomas J. Tucker

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

    On March 17, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Debtor's Twenty-Third Omnibus Objection to Certain Claims [Docket No. 10779]

    Furthermore, on March 17, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document and via First Class mail on the service list attached hereto as **Exhibit B**:

- Debtor's Twenty-Fifth Omnibus Objection to Certain Claims [Docket No. 10781]

    Furthermore, on March 17, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document and via First Class mail on the service list attached hereto as **C**:

- Debtor's Twenty-Ninth Omnibus Objection to Certain Claims [Docket No. 10785]

    Furthermore, on March 17, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit D**:

- Debtor's Thirty-Fourth Omnibus Objection to Certain Claim [Docket No. 10790]

Dated: March 18, 2016

                                                             /s/ Stephanie Delgado
                                                             Stephanie Delgado
                                                             KCC
                                                             2335 Alaska Ave
                                                             El Segundo, CA 90245

# Exhibit A

**Exhibit A**
**23rd Omnibus Objection to Claims**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Betty Collins | 1295 Arnold Ln | Savanah | TN | 38372-6551 |
| Irma Industrious | 6002 Diamond Ruby Ste 3 | christiansted | VI | 00820-5226 |

# Exhibit B

**Exhibit B**
**25th Omnibus Objection to Claims**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Taubitz, Dennis M | Address Redacted | | | |

# Exhibit C

**Exhibit C**
**29th Omnibus Objection to Claims**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Irma Industrious | 6002 Diamond Ruby Ste 3 | christiansted | VI | 00820-5226 |

# Exhibit D

**Exhibit D**
**25th Omnibus Objection to Claims**
**Served Via First Class Mail**

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Taubitz, Dennis M | | | | |