United States Bankruptcy Court

Eastern District of Michigan

FILED (I)
2016 MAR 22 A 10: 33
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re City of Detroit
 Debtor

Case No. 13-53846-tjt

Chapter 9

Objection 29th

Creditor Objection to Proof of Claims 3391/3443

To whom it May Concern, I Damon L. Osley affirm that I oppose the objection by the City of Detroit. And I am owed this 7,050.00 dollars claim would like to be rewarded with law-suit.

Damon L. Osley
19306 Irene
Detroit, MI 48221

(313) 778-8160

FILED (I)
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846-tjt
CHAPTER: 9

City of Detroit, Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on 3-22-16 (date of mailing), I served copies as follows:

1. Document(s) served: Creditor Objection to the 29th Objection to Proof of claim # 3391/3443

2. Served upon [name and address of each person served]:

   Marc N. Swanson
   Miller, Canfield, Paddock and Stone, PLC
   150 West Jefferson, Suite 2500
   Detroit, MI 48226

3. By First Class Mail.

Dated: 3-22-16

(Signature)

Print Name: Damon L. Osley