March 16, 2016

To: The Clerk of the Court
United States Bankruptcy Court

From: Carol Jean Finley (#2359)

Re: Notice of Debtor's Twenty-Third Omnibus Objection to my claim, Finley, Carol - #2359

Dear Clerk of the U.S. Bankruptcy Court,

I am submitting a written response indicating that I, Finley, Carol Jean (#2359) do not want the court to eliminate or change my claim, or grant the relief requested in the Twenty-Third Omnibus Objection. I, FINLEY, CAROL JEAN, #2359, STRONGLY OBJECT.

Please do not cancel pension claim.

(OVER)

I, Finley, Carol Jean, #2359, thank you in advance. and I have also & sent a copy to Marc N. Swanson of Miller, Canfield, Paddock and Stone, PLC. per your instructions.

Sincerely yours,

*Carol Finley*

Carol Jean Finley
#2359


cc: Marc N. Swanson
    of Miller, Canfield, Paddock and Stone, PLC
150 West Jefferson
Suite 2500
Detroit MI 48226

## AND CLAIM. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.

If you do not want the court to eliminate or change your claim, or grant the relief requested in the Twenty-Third Omnibus Objection, then on or before **March 23, 2016**, you or your lawyer must:

1. File with the court, at the address below, a written response to the objection. Unless a written response is filed and served by the date stated above, the court may decide that you do not oppose the objection to your claim.

*Sent 3/17/16 Cf*

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

2. A copy of your response must also be mailed to counsel for the City:

*Sent 3/17/16 Cf*

Marc N. Swanson
Miller, Canfield, Paddock and Stone, PLC
150 West Jefferson, Suite 2500
Detroit, MI 48226

3. You must also attend the hearing on the objection scheduled to be held on **March 30, 2016, at 1:30 p.m. in Courtroom 1925, 211 W. Fort Street, Detroit, MI 48226** unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be cancelled and the objection sustained.**

*will attend Cf 3/17/16*

25988687.2\022765-00213
13-53846-tjt   Doc 10779   Filed 02/26/16   Entered 02/26/16 12:28:24   Page 12 of 27
13-53846-tjt   Doc 10881   Filed 03/22/16   Entered 03/22/16 11:55:08   Page 3 of 4



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
| --- | --- |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## NOTICE OF DEBTOR'S TWENTY-THIRD OMNIBUS OBJECTION TO CERTAIN CLAIMS

(Pension Claims That Have Been Classified and Allowed by the City's Plan)

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIMS(S).**

**PLEASE TAKE NOTICE THAT** the City of Detroit ("City") has filed an objection to your claim because it has been classified and allowed by the City's Plan ("Twenty-Third Omnibus Objection") as a GRS Pension Claim or a PFRS Pension Claim and, therefore, should be disallowed and expunged to the extent that it asserts a claim that is not a GRS Pension Claim or a PFRS Pension Claim.

**YOUR CLAIM MAY BE REDUCED, MODIFIED OR ELIMINATED PURSUANT TO FED. R. BANKR. P. 3007(e)(1) AND PRIOR ORDERS OF THIS COURT. YOU SHOULD CAREFULLY REVIEW EXHIBIT 2 OF THE TWENTY-THIRD OMNIBUS OBJECTION TO FIND YOUR NAME**

25988687.2\022765-00213

13-53846-tjt   Doc 10779   Filed 02/26/16   Entered 02/26/16 12:28:24   Page 11 of 27
13-53846-tjt   Doc 10881   Filed 03/22/16   Entered 03/22/16 11:55:08   Page 4 of 4