United States Bankruptcy Court
__Eastern__ District of __Michigan__

FILED (I)
2016 MAR 22 P 12: 17
U.S. BANKRUPTCY COURT
E.D. MICHIGAN·DETROIT

In re __City of Detroit__,
Debtor

Case No. __13-53846__

Chapter __9__

Objection to 30th Omnibus Objections

I, Kahlil Felder, is resonding to the 10% that was wrongfully taking from me. While, I, was a employee of the City of Detroit Water & Sewerage Department the city filed Bankruptcy. In the mest of that the city took 10% and there was no vote on the employee's behalf. I'm seeking to claim what's owed to me. I will not be able to attend the court hearing because I will be out of town. I would like to be excused and to be given any information on the hearing. I recieved this Thirtieth Omnibus this pass Saturday March 20. I didn't have time to make other arrignments about my trip out of town. I've attach my payroll history in the little time I had.

Thank You in Advance,

Kahlil Felder
20237 Mackay
Det., MI. 48234

FILED (I)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit

Debtor.

CASE NO: 13-53846
CHAPTER: 9

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2016 (date of mailing), I served copies as follows:

1. Document(s) served: Objection to the 30th Omnibus Objections

2. Served upon [name and address of each person served]:

   Marc N. Swanson
   150 W. Jefferson, Suite 2500
   Det., MI. 48226

3. By First Class Mail.

Dated: March 22, 2016

(Signature) Kahlil Felder

Print Name: Kahlil Felder