3-22-16

To Whom It May Concern

OBJECTION TO THE THIRTIETH OMNIBUS OBJ

My name is John H. Johnson and I'm responding to the validity of the objections of claims filed for the $20,000 amount stated for my case. I have enclosed a copy of my pay history received from the payroll audit department with the City of Detroit Water and Sewage Department. Unfortunately the total amount I added and actually earned is not reflected correctly with the payroll history. It's documented that $20,000 is whats due to me. However, the pay history does not calculate my earnings properly. There's the matter of the 10% pay cut, the step increase, and the loss of paid sick time. If additional information is needed I can be contacted at this number - (313) 610-4475. My new address is 9135 Yorkshire unit #2 Detroit, Michigan 48224.

FILED (I)
2016 MAR 22 P 12:51
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Respectfully Yours,

Mr. John H. Johnson

CITY OF DETROIT
PERSONNEL DEPARTMENT
EMPLOYEE HISTORY FILE

## EMPLOYEE DESCRIPTION

| SOC SEC NO | EMP STATUS | NAME | APPT DATE | AUG SEN DATE | LAST DAY WKD | BANK OUT DATE | VET STATUS |
|---|---|---|---|---|---|---|---|
| [redacted] | 01 | JOHNSON,JOHN HORACE | 3/03/2008 | 3/03/2008 | 0/00/0000 | 0/00/0000 | |

| HOSP. DENT. | ADDRESS | CITY | ST | ZIP | TELEPHONE | BIRTH DATE | SEX | RACE | PENSION NO |
|---|---|---|---|---|---|---|---|---|---|
| | 21120 BEACHWOOD | EASTPOINT | MI | 48021 | 704-1849 | 8/18/1962 | M | 2 | 261974 |

## CLASS INFORMATION

| CLASS TITLE | CLASS CODE | TYPE | EFF DATE | APPT | AGY | SPEC | SEQ | ACTION | ACT DATE | FM | FLW | FLW DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WATER SYSTEMS HELPER | 61-75-06 | | 3/03/2008 | 01 | 62 | | 001 | HIRE-REGULAR CLASSIFIED | 3/07/2008 | (FM) | A | 6/03/2008 |
| WATER SYSTMS REP WKR | 61-75-21 | | 11/03/2008 | 01 | 62 | | 002 | PROMOTION-PERMANENT | 11/06/2008 | (FM) | A | 2/03/2009 |
| WATER SYSTMS REP WKR | 61-75-21 | | 6/01/2012 | 01 | 62 | | 003 | ON WORKERS COMPENSATION | 6/22/2012 | (FM) | | 0/00/0000 |
| WATER SYSTMS REP WKR | 61-75-21 | | 6/24/2012 | 01 | 62 | | 004 | OFF WORKERS COMPENSATION | 6/28/2012 | (FM) | | 0/00/0000 |

## RATE INFORMATION

| CLASS CODE | BARG UNIT | RATE EFF | SAL/RATE | COLA | TYPE | SEQ | CLASS CODE | BARG UNIT | RATE EFF | SAL/RATE | COLA | TYPE | SEQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-75-06 | 1540 | 3/03/2008 | 10.53 | .00 | NH | 001 | 61-75-21 | 1540 | 3/28/2011 | 14.43 | .00 | SI | 006 |
| 61-75-21 | 1540 | 11/03/2008 | 14.03 | .00 | PR | 002 | 61-75-21 | 1540 | 9/26/2011 | 14.53 | .00 | SI | 007 |
| 61-75-21 | 1540 | 7/01/2009 | 14.13 | .00 | SI | 003 | 61-75-21 | 1540 | 3/26/2012 | 14.63 | .00 | SI | 008 |
| 61-75-21 | 1540 | 12/28/2009 | 14.23 | .00 | SI | 004 | 61-75-21 | 1540 | 10/05/2012 | 13.165 | .00 | GI | 009 |
| 61-75-21 | 1540 | 9/27/2010 | 14.33 | .00 | SI | 005 | | | | | | | |

## GROSS PAY INFORMATION

| PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A 2012-01 | 679.28 | .00 | A 2012-14 | 503.27 | .00 | A 2012-27 | 479.86 | .00 | A 2012-40 | 635.67 | .00 |
| A 2012-02 | 755.56 | .00 | A 2012-15 | 745.40 | .00 | A 2012-28 | 585.20 | .00 | A 2012-41 | 469.63 | .00 |
| A 2012-03 | 780.99 | .00 | A 2012-16 | 234.08 | .00 | A 2012-29 | 498.88 | .00 | A 2012-42 | 982.40 | .00 |
| A 2012-04 | 786.80 | .00 | A 2012-17 | 829.15 | .00 | A 2012-30 | 642.26 | .00 | A 2012-43 | 1114.07 | .00 |
| A 2012-05 | 690.18 | .00 | A 2012-18 | 416.96 | .00 | A 2012-31 | 585.20 | .00 | A 2012-44 | 588.13 | .00 |
| A 2012-06 | 897.23 | .00 | A 2012-19 | 730.04 | .00 | A 2012-32 | 585.20 | .00 | A 2012-45 | 730.04 | .00 |
| A 2012-07 | 617.53 | .00 | A 2012-20 | 716.87 | .00 | A 2012-33 | 592.53 | .00 | A 2012-46 | 787.27 | .00 |
| A 2012-08 | 1002.57 | .00 | A 2012-21 | 725.65 | .00 | A 2012-34 | 618.12 | .00 | A 2012-47 | 552.93 | .00 |
| A 2012-09 | 598.64 | .00 | A 2012-22 | 532.54 | .00 | A 2012-35 | 468.16 | .00 | A 2012-48 | 595.72 | .00 |
| A 2012-10 | 464.96 | .00 | A 2012-23 | 725.65 | .00 | A 2012-36 * | .00 | .00 | A 2012-49 | 637.19 | .00 |
| A 2012-11 | 603.00 | .00 | A 2012-24 | 585.20 | .00 | A 2012-37 | 468.16 | .00 | A 2012-50 | 966.97 | .00 |
| A 2012-12 | 552.14 | .00 | A 2012-25 | 234.08 | .00 | A 2012-38 | 675.17 | .00 | A 2012-51 | 433.79 | .00 |
| A 2012-13 | 810.77 | .00 | A 2012-26 * | .00 | .00 | A 2012-39 | 1138.51 | .00 | A 2012-52 | 616.78 | .00 |

WRONG GROSS

TOTAL GROSS 22178.06 35 WEEK AVERAGE 633.65 35 WEEK CETA GROSS .00 NO. WEEKS NOT USED 2

MY TOTAL IS 32,666.38

CITY OF DETROIT
PERSONNEL DEPARTMENT
EMPLOYEE HISTORY FILE

GROSS PAY INFORMATION

| PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A 2014-50 * | .00 | .00 | A 2015-11 * | .00 | .00 | A 2015-24 * | .00 | .00 | A 2015-37 * | .00 | .00 |
| A 2014-51 * | .00 | .00 | A 2015-12 * | .00 | .00 | A 2015-25 * | .00 | .00 | A 2015-38 * | .00 | .00 |
| A 2014-52 * | .00 | .00 | A 2015-13 * | .00 | .00 | A 2015-26 * | .00 | .00 | A 2015-39 * | .00 | .00 |
| A 2015-01 * | .00 | .00 | A 2015-14 * | .00 | .00 | A 2015-27 * | .00 | .00 | A 2015-40 * | .00 | .00 |
| A 2015-02 * | .00 | .00 | A 2015-15 * | .00 | .00 | A 2015-28 * | .00 | .00 | A 2015-41 * | .00 | .00 |
| A 2015-03 * | .00 | .00 | A 2015-16 * | .00 | .00 | A 2015-29 * | .00 | .00 | A 2015-42 * | .00 | .00 |
| A 2015-04 * | .00 | .00 | A 2015-17 * | .00 | .00 | A 2015-30 * | .00 | .00 | A 2015-43 * | .00 | .00 |
| A 2015-05 * | .00 | .00 | A 2015-18 * | .00 | .00 | A 2015-31 * | .00 | .00 | A 2015-44 * | .00 | .00 |
| A 2015-06 * | .00 | .00 | A 2015-19 * | .00 | .00 | A 2015-32 * | .00 | .00 | A 2015-45 * | .00 | .00 |
| A 2015-07 * | .00 | .00 | A 2015-20 * | .00 | .00 | A 2015-33 * | .00 | .00 | A 2015-46 * | .00 | .00 |
| A 2015-08 * | .00 | .00 | A 2015-21 * | .00 | .00 | A 2015-34 * | .00 | .00 | A 2015-47 * | .00 | .00 |
| A 2015-09 * | .00 | .00 | A 2015-22 * | .00 | .00 | A 2015-35 * | .00 | .00 | A 2015-48 * | .00 | .00 |
| A 2015-10 * | .00 | .00 | A 2015-23 * | .00 | .00 | A 2015-36 * | .00 | .00 | A 2015-49 * | .00 | .00 |

TOTAL GROSS .00 0 WEEK AVERAGE .00 0 WEEK CETA GROSS .00 NO. WEEKS NOT USED 52

CITY OF DETROIT
PERSONNEL DEPARTMENT
EMPLOYEE HISTORY FILE

DATE 12/26/2013
PAGE NO 79610
EMP PAGE NO 1

## EMPLOYEE DESCRIPTION

| SOC SEC NO. | EMP STATUS | NAME | APPT DATE | AUG SEN DATE | LAST DAY WKD | BANK OUT DATE | VET STATUS |
|---|---|---|---|---|---|---|---|
| [redacted] | 01 | JOHNSON,JOHN HORACE | 3/03/2008 | 3/03/2008 | 0/00/0000 | 0/00/0000 | |

| HOSP. DENT. | ADDRESS | CITY | ST | ZIP | TELEPHONE | BIRTH DATE | SEX | RACE | PENSION NO |
|---|---|---|---|---|---|---|---|---|---|
| | 21120 BEACHWOOD | EASTPOINT | MI | 48021 | 704-1849 | 8/18/1962 | M | 2 | 261974 |

## CLASS INFORMATION

| CLASS TITLE | CLASS CODE | TYPE | EFF DATE | APPT | AGY | SPEC | SEQ | ACTION | ACT DATE | FM | FLW | FLW DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WATER SYSTEMS HELPER | 61-75-06 | | 3/03/2008 | 01 | 62 | | 001 | HIRE-REGULAR CLASSIFIED | 3/07/2008 | (FM) | A | 6/03/2008 |
| WATER SYSTMS REP WKR | 61-75-21 | | 11/03/2008 | 01 | 62 | | 002 | PROMOTION-PERMANENT | 11/06/2008 | (FM) | A | 2/03/2009 |
| WATER SYSTMS REP WKR | 61-75-21 | | 6/01/2012 | 01 | 62 | | 003 | ON WORKERS COMPENSATION | 6/22/2012 | (FM) | | 0/00/0000 |
| WATER SYSTMS REP WKR | 61-75-21 | | 6/24/2012 | 01 | 62 | | 004 | OFF WORKERS COMPENSATION | 6/28/2012 | (FM) | | 0/00/0000 |

## RATE INFORMATION

| CLASS CODE | BARG UNIT | RATE EFF | SAL/RATE | COLA | TYPE | SEQ | CLASS CODE | BARG UNIT | RATE EFF | SAL/RATE | COLA | TYPE | SEQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-75-06 | 1540 | 3/03/2008 | 10.53 | .00 | NH | 001 | 61-75-21 | 1540 | 3/28/2011 | 14.43 | .00 | SI | 006 |
| 61-75-21 | 1540 | 11/03/2008 | 14.03 | .00 | PR | 002 | 61-75-21 | 1540 | 9/26/2011 | 14.53 | .00 | SI | 007 |
| 61-75-21 | 1540 | 7/01/2009 | 14.13 | .00 | SI | 003 | 61-75-21 | 1540 | 3/26/2012 | 14.63 | .00 | SI | 008 |
| 61-75-21 | 1540 | 12/28/2009 | 14.23 | .00 | SI | 004 | 61-75-21 | 1540 | 10/05/2012 | 13.165 | .00 | GI | 009 |
| 61-75-21 | 1540 | 9/27/2010 | 14.33 | .00 | SI | 005 | | | | | | | |

## GROSS PAY INFORMATION

| PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A 2013-01 | 526.60 | .00 | A 2013-14 | 315.96 | .00 | A 2013-27 | 421.28 | .00 | A 2013-40 | 718.32 | .00 |
| A 2013-02 | 647.06 | .00 | A 2013-15 | 526.60 | .00 | A 2013-28 | 438.39 | .00 | A 2013-41 | 526.60 | .00 |
| A 2013-03 | 1194.32 | .00 | A 2013-16 | 901.73 | .00 | A 2013-29 | 919.42 | .00 | A 2013-42 | 751.72 | .00 |
| A 2013-04 | 1013.02 | .00 | A 2013-17 | 1009.94 | .00 | A 2013-30 | 858.36 | .00 | A 2013-43 | 526.60 | .00 |
| A 2013-05 | 661.54 | .00 | A 2013-18 | 579.92 | .00 | A 2013-31 | 617.44 | .00 | A 2013-44 | 526.60 | .00 |
| A 2013-06 | 811.62 | .00 | A 2013-19 | 770.08 | .00 | A 2013-32 | 540.71 | .00 | A 2013-45 | 589.13 | .00 |
| A 2013-07 | 575.31 | .00 | A 2013-20 | 918.90 | .00 | A 2013-33 | 561.49 | .00 | A 2013-46 | 767.52 | .00 |
| A 2013-08 | 976.84 | .00 | A 2013-21 | 546.35 | .00 | A 2013-34 | 373.89 | .00 | A 2013-47 | 315.96 | .00 |
| A 2013-09 | 943.27 | .00 | A 2013-22 | 421.28 | .00 | A 2013-35 | 635.21 | .00 | A 2013-48 | 599.67 | .00 |
| A 2013-10 | 668.13 | .00 | A 2013-23 | 721.79 | .00 | A 2013-36 | 763.57 | .00 | A 2013-49 | 526.60 | .00 |
| A 2013-11 | 701.01 | .00 | A 2013-24 | 526.60 | .00 | A 2013-37 | 526.60 | .00 | A 2013-50 | 899.29 | .00 |
| A 2013-12 | 780.15 | .00 | A 2013-25 | 526.60 | .00 | A 2013-38 | 469.99 | .00 | A 2013-51 | 978.82 | .00 |
| A 2013-13 | 585.84 | .00 | A 2013-26 | 554.25 | .00 | A 2013-39 | 733.79 | .00 | A 2013-52 | 547.66 | .00 |

WRONG → TOTAL GROSS 21700.40 35 WEEK AVERAGE 620.01 35 WEEK CETA GROSS .00 NO. WEEKS NOT USED 0

MY TOTAL IS 34,538.8

CITY OF DETROIT
PERSONNEL DEPARTMENT
EMPLOYEE HISTORY FILE

GROSS PAY INFORMATION

| PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A 2013-41 | 526.60 | .00 | A 2014-02 | 210.64 | .00 | A 2014-15 * | .00 | .00 | A 2014-28 * | .00 | .00 |
| A 2013-42 | 751.72 | .00 | A 2014-03 * | 105.32 | .00 | A 2014-16 * | .00 | .00 | A 2014-29 * | .00 | .00 |
| A 2013-43 | 526.60 | .00 | A 2014-04 * | .00 | .00 | A 2014-17 * | .00 | .00 | A 2014-30 * | .00 | .00 |
| A 2013-44 | 526.60 | .00 | A 2014-05 * | .00 | .00 | A 2014-18 * | .00 | .00 | A 2014-31 * | .00 | .00 |
| A 2013-45 | 589.13 | .00 | A 2014-06 * | .00 | .00 | A 2014-19 * | .00 | .00 | A 2014-32 * | .00 | .00 |
| A 2013-46 | 767.52 | .00 | A 2014-07 * | .00 | .00 | A 2014-20 * | .00 | .00 | A 2014-33 * | .00 | .00 |
| A 2013-47 | 315.96 | .00 | A 2014-08 * | .00 | .00 | A 2014-21 * | .00 | .00 | A 2014-34 * | .00 | .00 |
| A 2013-48 | 599.67 | .00 | A 2014-09 * | .00 | .00 | A 2014-22 * | .00 | .00 | A 2014-35 * | .00 | .00 |
| A 2013-49 | 526.60 | .00 | A 2014-10 * | .00 | .00 | A 2014-23 * | .00 | .00 | A 2014-36 * | .00 | .00 |
| A 2013-50 | 899.29 | .00 | A 2014-11 * | .00 | .00 | A 2014-24 * | .00 | .00 | A 2014-37 * | .00 | .00 |
| A 2013-51 | 978.82 | .00 | A 2014-12 * | .00 | .00 | A 2014-25 * | .00 | .00 | A 2014-38 * | .00 | .00 |
| A 2013-52 | 547.66 | .00 | A 2014-13 * | .00 | .00 | A 2014-26 * | .00 | .00 | A 2014-39 * | .00 | .00 |
| A 2014-01 | 766.57 | .00 | A 2014-14 * | .00 | .00 | A 2014-27 * | .00 | .00 | A 2014-40 * | .00 | .00 |

TOTAL GROSS 8533.38 14 WEEK AVERAGE 609.52 14 WEEK CETA GROSS .00 NO. WEEKS NOT USED 38

CITY OF DETROIT
PERSONNEL DEPARTMENT
EMPLOYEE HISTORY FILE

EMPLOYEE DESCRIPTION

| SOC SEC NO. | EMP STATUS | NAME | APPT DATE | AUG SEN DATE | LAST DAY WKD | BANK OUT DATE | VET STATUS |
|---|---|---|---|---|---|---|---|
| [redacted] | 83 | GLENN,VINCENT G | 7/13/1979 | 0/00/0000 | 8/10/1979 | 0/00/0000 | |

| HOSP. DENT. | ADDRESS | CITY | ST | ZIP | TELEPHONE | BIRTH DATE | SEX | RACE | PENSION NO |
|---|---|---|---|---|---|---|---|---|---|
| | 20570 KENTFIELD | DETROIT | MI | 48219 | 000-0000 | 2/13/1962 | M | | 984058 |

CLASS INFORMATION

| CLASS TITLE | CLASS CODE | TYPE | EFF DATE | APPT | AGY | SPEC | SEQ | ACTION | ACT DATE | FM FLW | FLW DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AST PBLC SV ATT EX L | 82-49-01 | | 7/13/1979 | 08 | 56 | | 001 | | 7/77/1977(FM) | | 0/00/0000 |

RATE INFORMATION

| CLASS CODE | BARG UNIT | RATE EFF | SAL/RATE | COLA | TYPE | SEQ | CLASS CODE | BARG UNIT | RATE EFF | SAL/RATE | COLA | TYPE | SEQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00-00-00 | | 0/00/0000 | .00 | .00 | | 001 | | | | | | | |

GROSS PAY INFORMATION

| PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013-01 | .00 | .00 | 2013-14 | .00 | .00 | 2013-27 | .00 | .00 | 2013-40 | .00 | .00 |
| 2013-02 | .00 | .00 | 2013-15 | .00 | .00 | 2013-28 | .00 | .00 | 2013-41 | .00 | .00 |
| 2013-03 | .00 | .00 | 2013-16 | .00 | .00 | 2013-29 | .00 | .00 | 2013-42 | .00 | .00 |
| 2013-04 | .00 | .00 | 2013-17 | .00 | .00 | 2013-30 | .00 | .00 | 2013-43 | .00 | .00 |
| 2013-05 | .00 | .00 | 2013-18 | .00 | .00 | 2013-31 | .00 | .00 | 2013-44 | .00 | .00 |
| 2013-06 | .00 | .00 | 2013-19 | .00 | .00 | 2013-32 | .00 | .00 | 2013-45 | .00 | .00 |
| 2013-07 | .00 | .00 | 2013-20 | .00 | .00 | 2013-33 | .00 | .00 | 2013-46 | .00 | .00 |
| 2013-08 | .00 | .00 | 2013-21 | .00 | .00 | 2013-34 | .00 | .00 | 2013-47 | .00 | .00 |
| 2013-09 | .00 | .00 | 2013-22 | .00 | .00 | 2013-35 | .00 | .00 | 2013-48 | .00 | .00 |
| 2013-10 | .00 | .00 | 2013-23 | .00 | .00 | 2013-36 | .00 | .00 | 2013-49 | .00 | .00 |
| 2013-11 | .00 | .00 | 2013-24 | .00 | .00 | 2013-37 | .00 | .00 | 2013-50 | .00 | .00 |
| 2013-12 | .00 | .00 | 2013-25 | .00 | .00 | 2013-38 | .00 | .00 | 2013-51 | .00 | .00 |
| 2013-13 | .00 | .00 | 2013-26 | .00 | .00 | 2013-39 | .00 | .00 | 2013-52 | .00 | .00 |

TOTAL GROSS .00 0 WEEK AVERAGE .00 0 WEEK CETA GROSS .00 NO. WEEKS NOT USED 0

## EMPLOYEE DESCRIPTION

| SOC SEC NO. | EMP STATUS | NAME | APPT DATE | AUG SEN DATE | LAST DAY WKD | BANK OUT DATE | VET STATUS |
|---|---|---|---|---|---|---|---|
| [redacted] | 01 | JOHNSON,JOHN HORACE | 3/03/2008 | 3/03/2008 | 0/00/0000 | 0/00/0000 | |

| HOSP. DENT. | ADDRESS | CITY | ST | ZIP | TELEPHONE | BIRTH DATE | SEX | RACE | PENSION NO |
|---|---|---|---|---|---|---|---|---|---|
| | 19236 VOTROBECK DR | DETROIT | MI | 48219 | 704-1849 | 8/18/1962 | M | 2 | 261974 |

## CLASS INFORMATION

| CLASS TITLE | CLASS CODE | TYPE | EFF DATE | APPT | AGY | SPEC | SEQ | ACTION | ACT DATE | FM | FLW | FLW DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WATER SYSTEMS HELPER | 61-75-06 | | 3/03/2008 | 01 | 62 | | 001 | HIRE-REGULAR CLASSIFIED | 3/07/2008 | (FM) | A | 6/03/2008 |
| WATER SYSTMS REP WKR | 61-75-21 | | 11/03/2008 | 01 | 62 | | 002 | PROMOTION-PERMANENT | 11/06/2008 | (FM) | A | 2/03/2009 |
| WATER SYSTMS REP WKR | 61-75-21 | | 6/01/2012 | 01 | 62 | | 003 | ON WORKERS COMPENSATION | 6/22/2012 | (FM) | | 0/00/0000 |
| WATER SYSTMS REP WKR | 61-75-21 | | 6/24/2012 | 01 | 62 | | 004 | OFF WORKERS COMPENSATION | 6/28/2012 | (FM) | | 0/00/0000 |

## RATE INFORMATION

| CLASS CODE | BARG UNIT | RATE EFF | SAL/RATE | COLA | TYPE | SEQ | CLASS CODE | BARG UNIT | RATE EFF | SAL/RATE | COLA | TYPE | SEQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-75-06 | 1540 | 3/03/2008 | 10.53 | .00 | NH | 001 | 61-75-21 | 1540 | 3/28/2011 | 14.43 | .00 | SI | 006 |
| 61-75-21 | 1540 | 11/03/2008 | 14.03 | .00 | PR | 002 | 61-75-21 | 1540 | 9/26/2011 | 14.53 | .00 | SI | 007 |
| 61-75-21 | 1540 | 7/01/2009 | 14.13 | .00 | SI | 003 | 61-75-21 | 1540 | 3/26/2012 | 14.63 | .00 | SI | 008 |
| 61-75-21 | 1540 | 12/28/2009 | 14.23 | .00 | SI | 004 | 61-75-21 | 1540 | 10/05/2012 | 13.165 | .00 | GI | 009 |
| 61-75-21 | 1540 | 9/27/2010 | 14.33 | .00 | SI | 005 | | | | | | | |

## GROSS PAY INFORMATION

| PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A 2013-10 | 668.13 | .00 | A 2013-23 | 721.79 | .00 | A 2013-36 | 763.57 | .00 | A 2013-49 | 526.60 | .00 |
| A 2013-11 | 701.01 | .00 | A 2013-24 | 526.60 | .00 | A 2013-37 | 526.60 | .00 | A 2013-50 | 899.29 | .00 |
| A 2013-12 | 780.15 | .00 | A 2013-25 | 526.60 | .00 | A 2013-38 | 469.99 | .00 | A 2013-51 | 978.82 | .00 |
| A 2013-13 | 585.84 | .00 | A 2013-26 | 554.25 | .00 | A 2013-39 | 733.79 | .00 | A 2013-52 | 547.66 | .00 |
| A 2013-14 | 315.96 | .00 | A 2013-27 | 421.28 | .00 | A 2013-40 | 718.32 | .00 | A 2014-01 | 766.57 | .00 |
| A 2013-15 | 526.60 | .00 | A 2013-28 | 438.39 | .00 | A 2013-41 | 526.60 | .00 | A 2014-02 | 210.64 | .00 |
| A 2013-16 | 901.73 | .00 | A 2013-29 | 919.42 | .00 | A 2013-42 | 751.72 | .00 | A 2014-03 * | 105.32 | .00 |
| A 2013-17 | 1009.94 | .00 | A 2013-30 | 858.36 | .00 | A 2013-43 | 526.60 | .00 | A 2014-04 * | .00 | .00 |
| A 2013-18 | 579.92 | .00 | A 2013-31 | 617.44 | .00 | A 2013-44 | 526.60 | .00 | A 2014-05 * | .00 | .00 |
| A 2013-19 | 770.08 | .00 | A 2013-32 | 540.71 | .00 | A 2013-45 | 589.13 | .00 | A 2014-06 * | .00 | .00 |
| A 2013-20 | 918.90 | .00 | A 2013-33 | 561.49 | .00 | A 2013-46 | 767.52 | .00 | A 2014-07 * | .00 | .00 |
| A 2013-21 | 546.35 | .00 | A 2013-34 | 373.89 | .00 | A 2013-47 | 315.96 | .00 | A 2014-08 * | .00 | .00 |
| A 2013-22 | 421.28 | .00 | A 2013-35 | 635.21 | .00 | A 2013-48 | 599.67 | .00 | A 2014-09 * | .00 | .00 |

2014

TOTAL GROSS 21327.61    35 WEEK AVERAGE 609.36    35 WEEK CETA GROSS .00    NO. WEEKS NOT USED 7

CITY OF DETROIT
PERSONNEL DEPARTMENT
EMPLOYEE HISTORY FILE

## EMPLOYEE DESCRIPTION

| SOC SEC NO. | EMP STATUS | NAME | APPT DATE | AUG SEN DATE | LAST DAY WKD | BANK OUT DATE | VET STATUS |
|---|---|---|---|---|---|---|---|
| [redacted] | 11 | JOHNSON,JOHN HORACE | 3/03/2008 | 3/03/2008 | 3/29/2014 | 3/29/2014 | |

| HOSP. | DENT. | ADDRESS | CITY | ST | ZIP | TELEPHONE | BIRTH DATE | SEX | RACE | PENSION NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 67819 | 13602 | 882 OAKMAN BLVD. APT 517 | DETROIT | MI | 48238 | 704-7835 | 8/18/1962 | M | 2 | 261974 |

## CLASS INFORMATION

| CLASS TITLE | CLASS CODE | TYPE | EFF DATE | APPT | AGY | SPEC | SEQ | ACTION | ACT DATE | FM | FLW | FLW DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WATER SYSTEMS HELPER | 61-75-06 | | 3/03/2008 | 01 | 62 | | 001 | HIRE-REGULAR CLASSIFIED | 3/07/2008 | (FM) | A | 6/03/2008 |
| WATER SYSTMS REP WKR | 61-75-21 | | 11/03/2008 | 01 | 62 | | 002 | PROMOTION-PERMANENT | 11/06/2008 | (FM) | A | 2/03/2009 |
| WATER SYSTMS REP WKR | 61-75-21 | | 6/01/2012 | 01 | 62 | | 003 | ON WORKERS COMPENSATION | 6/22/2012 | (FM) | | 0/00/0000 |
| WATER SYSTMS REP WKR | 61-75-21 | | 6/24/2012 | 01 | 62 | | 004 | OFF WORKERS COMPENSATION | 6/28/2012 | (FM) | | 0/00/0000 |
| WATER SYSTMS REP WKR | 61-75-21 | | 3/21/2014 | 01 | 62 | | 005 | TERM-NO TIME-OVR 60 DA RXVI S1 | 3/21/2014 | (FM) | | 0/00/0000 |
| WATER SYSTMS REP WKR | 61-75-21 | | 3/29/2014 | 01 | 62 | | 006 | DISCHARGE-INTOXICATED ON DUTY | 4/04/2014 | (FM) | | 0/00/0000 |

## RATE INFORMATION

| CLASS CODE | BARG UNIT | RATE EFF | SAL/RATE | COLA | TYPE | SEQ | CLASS CODE | BARG UNIT | RATE EFF | SAL/RATE | COLA | TYPE | SEQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-75-06 | 1540 | 3/03/2008 | 10.53 | .00 | NH | 001 | 61-75-21 | 1540 | 3/28/2011 | 14.43 | .00 | SI | 006 |
| 61-75-21 | 1540 | 11/03/2008 | 14.03 | .00 | PR | 002 | 61-75-21 | 1540 | 9/26/2011 | 14.53 | .00 | SI | 007 |
| 61-75-21 | 1540 | 7/01/2009 | 14.13 | .00 | SI | 003 | 61-75-21 | 1540 | 3/26/2012 | 14.63 | .00 | SI | 008 |
| 61-75-21 | 1540 | 12/28/2009 | 14.23 | .00 | SI | 004 | 61-75-21 | 1540 | 10/05/2012 | 13.165 | .00 | GI | 009 |
| 61-75-21 | 1540 | 9/27/2010 | 14.33 | .00 | SI | 005 | | | | | | | |

CITY OF DETROIT
PERSONNEL DEPARTMENT
EMPLOYEE HISTORY FILE

DATE 12/04/2015
PAGE NO 80764
EMP PAGE NO 1

EMPLOYEE DESCRIPTION

| SOC SEC NO. | EMP STATUS | NAME | APPT DATE | AUG SEN DATE | LAST DAY WKD | BANK OUT DATE | VET STATUS |
|---|---|---|---|---|---|---|---|
| [redacted] | 11 | JOHNSON,JOHN HORACE | 3/03/2008 | 3/03/2008 | 3/29/2014 | 3/29/2014 | |

| HOSP. | DENT. | ADDRESS | CITY | ST | ZIP | TELEPHONE | BIRTH DATE | SEX | RACE | PENSION NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 67819 | 13602 | 882 OAKMAN BLVD. APT 517 | DETROIT | MI | 48238 | 704-7835 | 8/18/1962 | M | 2 | 261974 |

CLASS INFORMATION

| CLASS TITLE | CLASS CODE | TYPE | EFF DATE | APPT | AGY | SPEC | SEQ | ACTION | ACT DATE | FM | FLW | FLW DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WATER SYSTEMS HELPER | 61-75-06 | | 3/03/2008 | 01 | 62 | | 001 | HIRE-REGULAR CLASSIFIED | 3/07/2008 | (FM) | A | 6/03/2008 |
| WATER SYSTMS REP WKR | 61-75-21 | | 11/03/2008 | 01 | 62 | | 002 | PROMOTION-PERMANENT | 11/06/2008 | (FM) | A | 2/03/2009 |
| WATER SYSTMS REP WKR | 61-75-21 | | 6/01/2012 | 01 | 62 | | 003 | ON WORKERS COMPENSATION | 6/22/2012 | (FM) | | 0/00/0000 |
| WATER SYSTMS REP WKR | 61-75-21 | | 6/24/2012 | 01 | 62 | | 004 | OFF WORKERS COMPENSATION | 6/28/2012 | (FM) | | 0/00/0000 |
| WATER SYSTMS REP WKR | 61-75-21 | | 3/21/2014 | 01 | 62 | | 005 | TERM-NO TIME-OVR 60 DA RXVI S1 | 3/21/2014 | (FM) | | 0/00/0000 |
| WATER SYSTMS REP WKR | 61-75-21 | | 3/29/2014 | 01 | 62 | | 006 | DISCHARGE-INTOXICATED ON DUTY | 4/04/2014 | (FM) | | 0/00/0000 |

RATE INFORMATION

| CLASS CODE | BARG UNIT | RATE EFF | SAL/RATE | COLA | TYPE | SEQ | CLASS CODE | BARG UNIT | RATE EFF | SAL/RATE | COLA | TYPE | SEQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-75-06 | 1540 | 3/03/2008 | 10.53 | .00 | NH | 001 | 61-75-21 | 1540 | 3/28/2011 | 14.43 | .00 | SI | 006 |
| 61-75-21 | 1540 | 11/03/2008 | 14.03 | .00 | PR | 002 | 61-75-21 | 1540 | 9/26/2011 | 14.53 | .00 | SI | 007 |
| 61-75-21 | 1540 | 7/01/2009 | 14.13 | .00 | SI | 003 | 61-75-21 | 1540 | 3/26/2012 | 14.63 | .00 | SI | 008 |
| 61-75-21 | 1540 | 12/28/2009 | 14.23 | .00 | SI | 004 | 61-75-21 | 1540 | 10/05/2012 | 13.165 | .00 | GI | 009 |
| 61-75-21 | 1540 | 9/27/2010 | 14.33 | .00 | SI | 005 | | | | | | | |

FILED (I)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

2016 MAR 22 P 12:54

S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

IN RE:

CASE NO: 13-53846
CHAPTER: 9

City of Detroit
Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2016 (date of mailing), I served copies as follows:

1. Document(s) served: I served the objection to the both objection to claims

2. Served upon [name and address of each person served]:
Marc N. Swanson
Miller, Canfield, Paddock and Stone, PLC
150 W Jefferson, Suite 2500
Detroit, MI 48226

3. By First Class Mail.

Dated: 3-22-2016

(Signature)

Print Name: John H Johnson
9135 Yorkshire - unit 2
Detroit, 48224
Phone# 313-610-4475