R. Members of the bargaining unit shall have the option of belonging to the City's current defined benefit/defined contribution retirement plan or a new defined contribution retirement plan in accordance with the rules the City will issue for a defined contribution plan. The parties agree that the defined contribution plan the Executive Branch will propose for acceptance by the City Council, although not specifically detailed at this time, is intended to be primarily in accordance with the provisions which were last advocated in the Executive Branch in November-December, 1997.

S. Effective August 1, 1999, or the earliest date thereafter when all required agreements are reached between the City and other parties, the membership of the General Retirement System, Board of Trustees [Article II, Section 2, Subsection (1)] shall be modified to provide that one of the trustees is: "The Mayor of the City or his/her designated representative, ex-officio. Such designated person shall be a full time appointive or classified City employee."

T. All Retirement and Pension Plan Provisions provided for by the City Charter and Municipal Code are incorporated herein by referral unless otherwise specifically modified by this Agreement and Ordinance 2-93, J.C.C. Page 133.

**NOTE:** All of the above provision changes will be presented to the Internal Revenue Service and are subject to being final only upon a determination that they are acceptable and approved and will not harm the current favorable tax-exempt status of the General Retirement System.

# 42. MILEAGE

A. **Rates of Payment**

When an employee covered by this Agreement is assigned to use his/her automobile to perform his/her job, he shall be paid mileage at the current IRS per mile rate, subject to change when that rate changes higher or lower. In addition, $3.00 per day is to be paid for each day an employee is required to use his/her car for City business. This provision will become effective upon approval by City Council.

The City will continue to reimburse employees for the difference in premiums between business and pleasure insurance according to the formula approved by City Council for that purpose.

B. **Definition of Reimbursable Mileage**

1. Trips from home to headquarters and back home shall not constitute reimbursable mileage.

2. Trips in either direction between home and any officially designated point (when there is no specific headquarters) shall not constitute reimbursable mileage.

3. Trips from headquarters (or from the designated starting point if he/she has no headquarters) to a job, from job to job, and if directed, back to headquarters or starting

point, shall constitute reimbursable mileage.

4. For those employees who do not report to a specific headquarters, or starting point on any given day, mileage in excess of fifteen (15) miles from home directly to a job at other than headquarters or starting point at the start of the work day and mileage in excess of fifteen (15) miles from a job located at other point than headquarters or starting point to home at the end of work day shall constitute reimbursable mileage.

C. For City employees residing in Detroit and who report for work outside of Detroit on regularly assigned basis the travel allowance shall be as follows:

1. For employees reporting for work at North Service Center - $5 per day travel allowance.

2. For employees reporting for work at Southwest Station - $3 per day travel allowance.

3. For employees reporting for work at Ford Road Booster Station - $1.50 per day travel allowance.

4. For employees assigned to Lake Huron Station - $18 per day travel allowance. Employees permanently assigned to Lake Huron Station shall be ineligible for this payment eighteen (18) months after their assignment to this location.

D. **Accident Payments**

When an employee is involved in an accident while on City business resulting in damage to his automobile in excess of $50, the City will pay for unrecoverable collision damage in excess of $50 not to exceed $250. Employees must furnish proof to their department of the time of an accident and the extent of the damages. Automobile accidents will be excluded from the City's regular small claims program.

E. In the event of an automobile breakdown during regular working hours, the time which an employee is allowed for servicing and repairing his automobile shall be a proper subject of a special conference.

F. At no time during the term of this Agreement shall any person or persons who regularly uses and provides his/her or their cars to perform his/her or their job assignments, withhold same in an effort to coerce or otherwise bring pressure to bear on the City to change any terms of this Agreement. Employees who do so may be subject to discipline.

Properly documented good faith reasons for temporary and incidental failure to use or provide such a car shall not be subject to the provisions of this section.

G. In order to receive mileage reimbursement an employee must actually use an automobile on City business. However, if as a condition of employment an employee must bring his/her car to work, then the City must pay the daily rate, regardless of whether it is used or not. If the employee brings the car to work by his/her own choice and does not drive it on City business,

52

then no payment is to be made.

# 43. COOPERATION IN VALIDATION STUDIES

A.   The City and the Association recognize the need for and the responsibility of the Human Resources Department in taking steps to insure that written tests and other selection devices and procedures used in selecting persons for positions in City service be validated, i.e. that such devices and procedures be shown to be predictive of, or significantly related to, important elements of work behavior of the position or positions for which applicants are being evaluated.

B.   The Human Resources Department agrees to inform the Association of all validation studies and projects directed toward development of validated tests in which the Association or Association members are asked to participate and, upon request, to meet with Association representatives to discuss any aspects of such studies or projects.

C.   The Association agrees to cooperate and provide assistance in validation studies and test development projects conducted by the Human Resources Department, and to use its good offices to secure the cooperation and participation of Association members in such studies or projects, provided that the Association is assured that such studies or projects will not cause any detriment to the members of the bargaining unit.

# 44. SAFETY

The City shall provide a reasonably safe and healthful working environment. Any dispute as to health and safety shall be referred to the appropriate level of the grievance procedure.

# 45. FLEX-TIME

The City agrees to maintain the current flex-time system for SAAA members in those departments which have expressed no major problems therewith. *This system is as follows:*

Employees covered by the SAAA agreement shall generally be permitted to arrive at their assigned work stations at any time between one hour before and one hour after their currently scheduled starting time. Quitting time for these employees would be that time following completion of their currently assigned number of work hours for that work day.

a.   If an employee's (or employees') presence is required on a specific day at a specific time, the supervisor may deny said employee or employees the right to fully utilize the above described flex-time system on that day.

b.   If an employee or employees are presently assigned to a 24 hour operation, utilization of the above flex-time system shall be modified to permit necessary coverage.

53

In the event problems arise in any flex-time program, the department or operating division involved shall request a meeting thereon, and the Association President and the Labor Relations Director and or his/her designated representative will meet in Special Conference within fifteen (15) days of notification of the request. Upon approval of the Labor Relations Director, the City reserves the right to suspend the flex-time system where appropriate based on department needs.

**2003 NOTE:** During negotiations, the parties agreed that a primary concern of the employer under this flex-time program is assuring that appropriate personnel coverage is provided for all hours of operation as needed in an agency and that the appropriate supervisory-to-subordinate interactions must be maintained to insure exemplary accomplishment of the agency's goals. To that end, if as a result of the operation of the flex-time program, either or both 1) regular recurring periods of unacceptable gaps in personnel coverage occurs or 2) inadequate supervisory direction of subordinates' activities exist, then the parties' flex-time program resolution procedures set forth in Section 45.C., above, shall be employed.

## 46. STATE LICENSING EXAMINATIONS

Provided an employee notifies the Department two (2) weeks in advance of his/her intention to take a State of Michigan Licensing examination related to his/her occupational series, he/she shall be excused from his/her regular work assignment on the day he/she takes the examination without loss of pay or charge to an off-time bank.

## 47. TUITION REFUND

A. Effective January 1, 2010, the City's Tuition Refund Program is suspended for the balance of the 2008-2012 contract period. No reimbursement/payment shall be made for course work or employee development program ending after December 31, 2009. Effective July 1, 2012, bargaining unit members with a minimum of three (3) years of service may participate in the City's Tuition Refund Program in accordance with the policies as administered by the Human Resources Department. Employees requesting a tuition refund should submit the applications to the Human Resources Consultant/Manager servicing their department. Eligibility to participant in the tuition refund program will begin after attaining three (3) years of service, prior to the start of the course or employee development program.

B. Effective upon approval of City Council, the maximum amount of the tuition refund shall be as indicated below:

1. An eligible employee will be entitled to receive a maximum of $2,000 per fiscal year to be applied toward tuition in seeking a graduate degree from an accredited university.

2. An eligible employee will be entitled to receive a maximum of $1,500 per fiscal year to be applied toward tuition in seeking an undergraduate degree from an accredited university.

3. An eligible employee will be entitled to receive a maximum of $1,200 per fiscal year to be applied toward payment for participation in employee development programs.

The above amounts cannot be pyramided to permit any employee to receive more than a total amount of $2,000 in any fiscal year.

# 48. RATES FOR NEW POSITIONS

When the Human Resources Department establishes a new classification or materially changes the specifications of an existing classification, the rate of pay shall be determined by the Labor Relations Division, subject to the approval of the department involved. Recommendation for the establishment of such rates shall be directed by the Labor Relations Division to the City Council.

When the new classification clearly falls within bargaining units covered by the Agreement, the Association will be advised as to the classification, the departments, the rate and anticipated number of employees affected before any action will be taken by the City Council. In the absence of any appeal by the Association within ten (10) working days of the date of the notice to the Association, action on the position will be submitted to the City Council.

In the event of an appeal the interested bargaining agent may negotiate for a suitable rate with the proper department or departments and the Labor Relations Division and the matter shall be handled in accordance with the procedure for Special Conference. If the parties fail to reach an agreement on a new rate within forty-five (45) days after notice is given to the Association, the City may implement its last offer to the Association. Any subsequent settlement shall have retroactivity to the date the offer is implemented.

# 49. SUCCESSOR CLAUSE

This Agreement shall be binding upon the successors and assigns of the parties hereto, and no provisions, terms or obligations herein contained shall be affected, modified, altered, or changed to the detriment of the other party in any respect whatsoever by the consolidation, merger, sale, transfer, lease, or assignment of either party hereto, or affected, modified, altered, or changed in any respect whatsoever by a change of any kind of the ownership or management of either party hereto or of any separable, independent segment of either party hereto.

# 50. CONTENT

The parties acknowledge that for the life of this Agreement, they have voluntarily and unqualifiedly waived the right, and agreed that the other shall not be obligated to bargain collectively with respect to any subject or matter referred to, or covered in this Agreement, or with respect to any subject or matter not specifically referred to, or covered in this Agreement even though such subjects or matter may not have been within the knowledge or contemplation of either or both of the parties at the time that they negotiated or signed this Agreement.

# 51. SAVINGS CLAUSE

If any Article or Section of this Agreement should be held invalid by operation of law or by any tribunal of competent jurisdiction, or if compliance with or enforcement of any Article or Section should be restrained by such tribunal, the remainder of this Agreement shall not be affected thereby and the parties shall enter into immediate collective bargaining negotiations for the purpose of arriving at a mutually satisfactory replacement for such Article or Section.

# 52. MODIFICATION AND TERMINATION

It is agreed between the parties that this contract shall continue in full force and effect until 11:59 p.m., June 30, 2012. If either party desires to modify this contract it shall give written notice during the month of February, 2012. Negotiations for a new contract shall commence thirty (30) days after that date.

In the event the City and the Association fail to arrive at an agreement on wages, fringe benefits, other monetary matters and non-economic items by June 30, 2012, this Agreement will remain in effect on a day-to-day basis. Either party may terminate the Agreement by giving the other party a ten (10) day written notice on or after June 20, 2012.

IN WITNESS WHEREOF, the parties hereto have affixed their signatures below:

Dated This _____ Day of _____, 2011.

SENIOR ACCOUNTANTS,
ANALYSTS, AND APPRAISERS
ASSOCIATION

CITY OF DETROIT

_____
Susan Glaser, President
SAAA

_____
Dave Bing, Mayor
City of Detroit

_____
Greg Murray, Admin. Rep.
and Vice President No. 1

_____
Joseph P. Martinico, Director
Labor Relations

_____
Lillette Benn-Harrison
Vice President No. 2

_____
Gail A. Oxendine, Director
Human Resources Department

_____
Krystal A. Crittendon, Corporation Counsel
Law Department

_____
Norman L. White, Chief Financial Officer
Finance Department

# MEMORANDUM OF UNDERSTANDING
## BETWEEN THE
## CITY OF DETROIT
### AND THE
## SENIOR ACCOUNTANTS, ANALYSTS & APPRAISERS ASSOCIATION

## RE: Medical Technologists in the Health Department

A. The City recognizes that Medical Technologists are charged with providing a professional service in a safe, competent and thorough manner. It is recognized that in order to do so, it is the responsibility of the City to provide Technologists, facilities and supporting personnel.

B. In hiring Medical Technologists, credit for experience outside of City Service will be allowed on the basis of one (1) year credit for each two (2) years of outside Medical Technologist experience within the ten (10) years immediately preceding the date of hire.

C. Health Exams - Health Exams will be arranged for all Technologists employed by the City of Detroit without cost to the Technologist prior to completion of the probationary period.

**Tests will include:**
1. Tuberculin Testing
2. Hemoglobin
3. Blood Pressure
4. Vision and Hearing
5. Height and Weight
6. Urinalysis

Results of these tests will be sent to the Medical Technologist's private physician upon request. The Manager of Medical and Public Health Services can advise whether or not further evaluation is necessary by a private physician.

D. A tuberculin test will be given each Technologist no less than once annually.

E. In addition, a physical exam may be requested and provided for any Medical Technologist by the Administration (Division Administrator) on the basis of her health history.

F. Immunization - Every Medical Technologist will be given an opportunity to obtain the following immunizations free of charge and a billfold size card will be supplied indicating the date immunizations were given.

1. Small Pox Vaccination
2. Tetanus Toxoid Series or Booster
3. Influenza
4. Adult Diphtheria Toxoid Series or Booster
5. Polio Series or Booster

Immunization will only be provided at intervals as recommended by the Health Department Director.

DRAFT 4/26/2011

G. <u>Injury on Duty</u> - Technologists must immediately report to their supervisor any accident or injury occurring while on duty.

  1. If a Technologist is so seriously injured as to require emergency treatment, such arrangements should be made immediately, with a report of the situation to the supervisor or designated safety officer at the earliest possible moment.

  2. If the injury sustained by the Technologist does not require immediate hospitalization, the Division Administrator must be consulted before arranging for other than first aid treatment.

  3. The responsibility for medical treatment of a Technologist injured on duty belongs to the City of Detroit. Any arrangements a Technologist makes with her own physician without prior approval of the Human Resources Office is done at the Technologist's own expense.

H. **Illness on Duty**

Emergency treatment for illness and accidents which may interfere with a Technologist's ability to carry out duties shall be provided without charge to the Technologist.

I. <u>Professional Meetings</u>

  1. The City will encourage attendance at professional meetings, where attendance is likely to increase the competency or otherwise benefit a Technologist in his/her professional capacity.

  2. The Association shall periodically make recommendations to the City regarding meetings where attendance by Medical Technologists is desirable and may submit the names of Technologists who might attend.

  3. With prior approval of the Director of Laboratories and the Department Head, and subject to the approval of the City Council when necessary, Medical Technologists shall be given time off without loss of pay to attend such meetings. A Technologist requesting time off to attend professional meetings of more than one (1) day's duration shall notify the Division Head at least four (4) weeks in advance of the meeting registration deadline, and the Division Head shall give a written reply to the Technologist's request for time off at least one (1) week prior to such deadline.

I. **Uniform Allowance**

Medical Technologists shall receive an annual uniform allowance of three hundred seventy ($370) dollars.

Dated This _____ Day of _____, 2011.

_____
Susan Glaser, President
Senior Accountants, Analysts
& Appraisers Association

_____
Joseph P. Martinico, Director
Labor Relations

# MEMORANDUM OF UNDERSTANDING

### BETWEEN THE

## CITY OF DETROIT

### AND THE

## SENIOR ACCOUNTANTS, ANALYSTS & APPRAISERS ASSOCIATION

### RE: Association Business Time for Association Grievance Executive

The parties are aware that both the Association President and the Association Administrative Representative are simultaneously serving as elected Trustees of the Detroit General Retirement System Board. Such dual service by the Association President and Association Administrative Representative results in individual allocations of time by each as deemed appropriate.

Accordingly, in an effort to address this issue and to further foster and promote harmonious Labor/Management relations, the City agrees to allow the Association Grievance Executive three (3) days off per week [an increase from two (2) days] devoted solely to Association duties and responsibilities, subject to the following:

A. The three (3) days off granted to the Association Grievance Executive will be subject to the same conditions as specified in the Memorandum of Understanding re: Association Business Time.

B. Should the Association President or the Association Administrative Representative vacate their elected Trustee position on the General Retirement System Board or respective Association positions, the additional time off granted to the Designated Grievance Executive shall be disallowed and Association Business Time shall be allotted pursuant to the Memorandum cited above.

Dated This _____ Day of _____, 2011.


_____
Susan Glaser, President
Senior Accountants, Analysts
& Appraisers Association

_____
Joseph P. Martinico, Director
Labor Relations

# MEMORANDUM OF UNDERSTANDING
## BETWEEN THE
# CITY OF DETROIT
## AND THE
# SENIOR ACCOUNTANTS, ANALYSTS & APPRAISERS ASSOCIATION

## RE: Association Business Time

A. The City and the Association agree that for the duration of their Master Agreement, to which this Memorandum is attached, the Administrative Representative shall have ~~five (5)~~ three (3) days off per work week, and the President three (3) days off per work week, and the Designated Grievance Executive two (2) days off per work week, devoted solely to Association duties and responsibilities, subject to the following conditions:

B. The name of the Association Administrative Representative, President and Designated Grievance Executive covered by this Memorandum shall be certified in writing by the Association as well as the business address and phone number of the Association, and any subsequent changes shall be certified in a like manner and shall include the effective date of each change.

C. The Administrative Representative, President and Designated Grievance Executive of the Association shall devote the designated days exclusively to matters pertaining to Association business. It is expected that such persons will schedule meetings with management representatives and bargaining unit members on those designated days. Other members of the Association will not be excused to attend meetings or grievance hearings as a substitute for the Administrative Representative, President or Designated Grievance Executive unless the Labor Relations Division and employing departments are notified in advance of the day or days that the Administrative Representative, President or Designated Grievance Executive will not be available and specifies that the unavailability is due to excused time (vacation, sick leave, and other city time) or other City responsibilities.

The Labor Relations Division will have sole discretion as to release time for a substitute for the Association Administrative Representative, President or Designated Grievance Executive when these officers are not available and will not unreasonably deny release of said substitute to attend scheduled meetings and grievance hearings as required.

D. In the event the Administrative Representative, President or Designated Grievance Executive is not available for duty he/she must notify said department representative of the manner in which he/she wishes his/her time to be charged.

E. The compensation for the Administrative Representative, President and Designated Grievance Executive qualifying above shall be the obligation of the City and shall be administered subject to and in accordance with the following:

F. The Administrative Representative, President and Designated Grievance Executive shall be paid a salary equivalent to hours of his straight time rate for each day spent on full time Association duty status. His/her salary shall be adjusted in accordance with Article 24 of the

Master Agreement. Said salary shall be full compensation for all time spent in his/her duties as Administrative Representative, President and Designated Grievance Executive.

G. The City will provide fringe benefits in the same manner and to the same extent as it provides other employees covered by this Agreement. Holidays, vacation, or other off time banks shall be charged for days which the Association Administrative Representative or President is scheduled for union duties but is not available.

H. Any expenses (including the use of automobiles) incurred by the employee in the performance of his/her duties as Administrative Representative, President or Designated Grievance Executive shall not be the responsibility of the City.

I. One of the primary purposes of this memorandum is to promote labor harmony between the City and its employees. When necessary, either party may request a special conference to achieve this end. If circumstances warrant immediate attention, the parties will meet as soon as possible after the request is made.

J. Except as specifically stated above, the Association agrees to reimburse the City for all legal liabilities, if any, assessed against the City in the event that the Administrative Representative, President or Designated Grievance Executive incurs such liability when functioning in duties or areas related to Association representation.

Dated This _____ Day of _____, 2011.


_____
Susan Glaser, President
Senior Accountants, Analysts
& Appraisers Association

_____
Joseph P. Martinico, Director
Labor Relations

DRAFT 4/26/2011

# MEMORANDUM OF UNDERSTANDING
## BETWEEN THE
## CITY OF DETROIT
### AND THE
## SENIOR ACCOUNTANTS, ANALYSTS & APPRAISERS ASSOCIATION

## RE: Americans With Disabilities Act

The City and the Association jointly recognize their mutual obligations under the Federal Americans with Disabilities Act regarding the need to make any necessary reasonable accommodations to facilitate the employment of otherwise qualified individuals who possess, or are regarded as possessing some handicap. The City and SAAA agree that the contract between them contains no impediment to any such necessary reasonable accommodation to make possible the employment, or continued employment, of any otherwise qualified person in any position in the SAAA bargaining unit. In the event that the City believes it must make an accommodation, they shall have the right to implement the plan after supplying the Association with the details. The City and SAAA agree to meet to attempt to resolve any dispute which may arise regarding the implementation of any such necessary reasonable accommodation and agree that if such dispute cannot be resolved by mutual agreement, to submit such disputes to binding arbitration, pursuant to the Collective Bargaining Agreement and as encouraged by Section 513 of the Americans with Disabilities Act.

Dated This _____ Day of _____, 2011.


_____ 
Susan Glaser, President
Senior Accountants, Analysts
& Appraisers Association

_____
Joseph P. Martinico, Director
Labor Relations

# MEMORANDUM OF UNDERSTANDING
## BETWEEN THE
## CITY OF DETROIT
### AND THE
## SENIOR ACCOUNTANTS, ANALYSTS & APPRAISERS ASSOCIATION

## RE: Labor/Management Committees

The parties acknowledge a need to maintain a means for a continuing dialogue between management and Association representatives in order to discuss and resolve matters that are of mutual concern, and to work cooperatively toward improving services, and the effective delivery of such services, to the citizens of Detroit. Accordingly, the parties have agreed to maintain the following:

A.    **CENTRAL LABOR/MANAGEMENT COMMITTEE:**

   A Central Labor/Management Committee which shall consist of an Executive Board Officer or his/her designated representative, and the Labor Relations Director, or his/her designated representative, and a departmental representative.

   The proper subjects to be discussed by the Central Labor/Management Committee shall include issues that concern workers on a city wide basis, and other subjects which the parties agree need to be addressed and studied. The committee may agree to appoint sub-committees to conduct studies on particular matters.

B.    **DEPARTMENTAL LABOR/MANAGEMENT COMMITTEE:**

   A Local Labor/Management Committee, shall be established in each City department in which members of this bargaining unit work. Appointment of the Association and management representatives shall be on an ad hoc basis; that is, committee members can be chosen based on the items on the meeting agenda.

   The proper subjects to be discussed by Local Labor/Management Committees may include employment issues that are unique or of special concern to a particular department, quality of work life, better employee moral, greater work life commitments, continuous improvements, methods of increasing productivity, implementation of technological changes, and employee training. In short, the Committee members shall jointly look at strategic decisions that have impact on the workers at that location. No grievances shall be discussed and no bargaining shall take place.

DRAFT 4/26/2014

The parties agree that to increase effectiveness of Committee discussions, relevant training in specific subject areas should be made available to committee members. Provisions may be made to send selected committee members to seminars, workshops or in-service training.

The joint labor/management committees established in this memorandum are not intended to replace or displace other special joint committees provided for under other specific provisions of this Master Agreement.

Dated This _____ Day of _____, 2011.


_____
Susan Glaser, President
Senior Accountants, Analysts
& Appraisers Association

_____
Joseph P. Martinico, Director
Labor Relations

# MEMORANDUM OF UNDERSTANDING
## BETWEEN THE
## CITY OF DETROIT
### AND THE
## SENIOR ACCOUNTANTS, ANALYSTS & APPRAISERS ASSOCIATION

## RE: Budget Analyst Positions

Pursuant to litigation between the parties at the Michigan Employment Relations Commission (Case #C87 H-173), and pursuant to a settlement reached relating thereto, the City of Detroit and the Senior Accountants, Analysts and Appraisers Association hereby agree that the Association will be recognized as the exclusive representative for all employees holding the classification of Intermediate Budget Analyst and Senior Budget Analyst except for three (3) positions which the Association will recognize as confidential and exempt positions, in accordance with the following:

A.    The City and the Association agree that the City of Detroit Budget Department will designate three (3) Budget Analyst positions as confidential and exempt within the Budget Department.

B.    It is understood that the Budget Department is designating the positions as confidential and that if an incumbent leaves an exempt position, the person who fills that position shall be designated as a confidential and exempt employee.

Dated This _____ Day of _____, 2011.


_____
Susan Glaser, President
Senior Accountants, Analysts
& Appraisers Association

_____
Joseph P. Martinico, Director
Labor Relations

# MEMORANDUM OF UNDERSTANDING
## BETWEEN THE
## CITY OF DETROIT
## AND THE
## SENIOR ACCOUNTANTS, ANALYSTS & APPRAISERS ASSOCIATION

## RE: Drafting Technicians I, II, and III

The above referenced classifications, formerly represented by the Municipal Engineering Draftsmen Association but now accreted to the Senior Accountants, Analysts, and Appraisers Association, shall have all of the terms and conditions of the 2001-2004 Collective Bargaining Agreement apply with the exception of the following provisions:

**Article 41 - Retirement Provisions:** The vesting provision deduction of .64% as contained in paragraph E shall not apply.

**Article 45 - Flex Time:** Employees shall generally be permitted to arrive at their assigned work stations at any time between one (1) hour before and one (1) hour after their currently scheduled starting time. It is understood that the department may designate an alternate supervisor during the flex-time hours. All other provisions of Article 47 shall apply.

Dated This _____ Day of _____, 2011.

_____
Susan Glaser, President
Senior Accountants, Analysts
& Appraisers Association

_____
Joseph P. Martinico, Director
Labor Relations

# MEMORANDUM OF UNDERSTANDING
## BETWEEN THE
## CITY OF DETROIT
### AND THE
## SENIOR ACCOUNTANTS, ANALYSTS, & APPRAISERS ASSOCIATION

## RE: Classification and Out-Of-Class

The City and the Association discussed various issues concerning classification matters and out-of-class assignments during these negotiation sessions. The Classification and Compensation Division of the Human Resources Department is agreeable to meeting with the Association at a mutually agreeable time to discuss all classification and out-of-class questions, including timeliness, which have, in the past, been considered problems by the Association.

Dated This _____ Day of _____, 2011.


_____
Susan Glaser, President
Senior Accountants, Analysts
& Appraisers Association

_____
Joseph P. Martinico, Director
Labor Relations

C. The employer will not require nor attempt to require any individual employed in any position in the SAAA bargaining unit to submit to any form of substance abuse testing as a condition of continued employment, recall to employment from layoff, or as a condition of returning to active employment following an approved leave or other extended absence from work, including individuals previously employed by the City who are returning to work in the City's summer employment training programs, except as follows:

1. The City may subject to substance abuse testing any individual returning to work from an approved leave of absence of 30 days or more where the absence was for the purpose of substance abuse rehabilitation. The Association is to be promptly notified of any "positive" outcome of such testing.

2. The employer may subject an employee to substance abuse testing pursuant to any arbitration award which specifically mandates such testing of that individual employee.

3. The employer may require an employee to submit to substance abuse testing pursuant to a "last chance" agreement, which has been signed by the employee and the Association, and which specifically provides for such testing. A "last chance agreement" may provide for discharge for violation of the "last chance" agreement, including violations of the agreement by refusing to take a substance abuse test or testing "positive" on such a test.

D. Any substance abuse testing conducted by the City regarding any SAAA bargaining unit member shall utilize the scientific methodology set forth in the 1988 Detroit Police Department policies regarding the collection and testing of samples. The City shall not require the employee as part of the substance abuse testing to submit to visual inspection while disrobed or produce a urine sample while under visual observation. The identity of the laboratories currently utilized for analyzing samples, and the substantive procedures used, will not be changed without the approval of the Association, except that, the City shall remain free to, with notice to the Association, utilize a new laboratory selected from among the laboratories certified by the Federal Department of Health and Human Services as competent to perform drug testing.

E. This program shall continue in full force and effect for a period of three years, until midnight June 30, 1998, and thereafter remain in effect for a like period of time unless the parties mutually agree to reopen negotiations for the purpose of amending or terminating this Substance Abuse Program. Any extension of this Program beyond this period shall be by mutual agreement of the parties.

Dated This _____ Day of _____, 2011.


_____
Susan Glaser, President
Senior Accountants, Analysts
& Appraisers Association

_____
Joseph P. Martinico, Director
Labor Relations

# MEMORANDUM OF UNDERSTANDING
### BETWEEN THE
## CITY OF DETROIT
### AND THE
## SENIOR ACCOUNTANTS, ANALYSTS & APPRAISERS ASSOCIATION

## RE: Substance Abuse Program

Pursuant to the Consent Judgment entered in the case of <u>Senior Accountants, Analysts & Appraisers Associations</u> v <u>City of Detroit</u>, Wayne County Circuit Court No. 88-807850 CL, the parties agreed in the 1995-1998 labor agreement to institute a "Substance Abuse Program" as fully described below. The parties agreed that this Program would continue for an additional three (3) years after the termination date of the 1995-1998 labor agreement.

A. The City and the Association agree that an appropriate mechanism for dealing with employees with problems related to substance abuse is referral of the employee to the existing City Employee Assistance Program or referral to appropriate outside agencies.

B. The City and the Association agree that when the City suspects that deficiencies in employment performance may be a result of substance abuse, the City may offer employees the opportunity to undergo substance abuse testing, subject to the following limitations:

1. The employee will be advised that undergoing such testing is purely voluntary and the employee will be advised that a "positive" test outcome, or a refusal to submit to testing, will not result in discipline or the loss of employment.

2. The Association will be notified in advance of the offer to the employee to undergo testing and will be offered an opportunity to discuss the matter with the employee.

3. If the employee voluntarily undergoes testing offered by the City, any proposed discipline will be held in abeyance and will not be imposed if the employee receives a "positive" test outcome and successfully undergoes participation in an employer approved rehabilitation program.

4. If the employee declines to take the test, he/she will not be disciplined for the failure to take the test; however, the employee will be subject to discipline for just cause.

5. If the employee declines to take the substance abuse test, that fact cannot be used to support discipline or be used in evidence in any later arbitration of any grievance related to discipline unless the employee was disciplined based on the employer's claim of intoxication on the job or unless the employee during the course of the arbitration asserts, by way of defense or mitigation, that an opportunity for rehabilitation should have been offered.

6. Any testing, or any demand for testing, pursuant to a "last chance agreement" will be governed by the terms of such agreement.

DRAFT 4/20/2011

# MEMORANDUM OF UNDERSTANDING
## BETWEEN THE
## CITY OF DETROIT
### AND THE
## SENIOR ACCOUNTANTS, ANALYSTS & APPRAISERS ASSOCIATION

## RE: Temporary Placement of Employees into Other Duties/Departments

The parties agreed to several initiatives in the 1995-1998 contract to reduce costs and improve services to the public. One of those initiatives was that a procedure would be instituted to allow employees to be temporarily placed into other duties and departments other than their permanent shift and assignment locations. The parties have agreed to continue this initiative during the 1998-2001 contract period.

Such temporary placements shall be subject to the following conditions:

A. Limited to moving an employee once per year; thereafter, the employee must have volunteered for additional temporary assignments. The employer will first seek volunteers and if additional employees are required, the employee(s) will be assigned by inverse seniority.

B. The period of a temporary assignment under this language is forty-five (45) days.

C. The employees shall not be required to perform work out of their class.

D. Out-of-class (OOC) opportunities at the "transferred-in" location (TIL) must be preserved.

E. Promotional opportunities at the "transferred-out" location (TOL) must not be lost.

F. If the work at the TIL is an upgrade, the employee gets the OOC rate.

G. The Association must be notified of proposed move, reasons, etc. at least thirty (30) days before the planned move. The City will consider the Association's response to the proposed movement of employees.

H. Any vacation period the moved employee had approved at the TOL will continue to be honored at the TIL.

The parties agree that the details related to the implementation of this governmental operations improvement initiative shall be a proper subject for a Special Conference between the parties.

Dated This _____ Day of _____, 2011.


_____          _____
Susan Glaser, President                 Joseph P. Martinico, Director
Senior Accountants, Analysts            Labor Relations
& Appraisers Association

# MEMORANDUM OF UNDERSTANDING
## BETWEEN THE
## CITY OF DETROIT
### AND THE
## SENIOR ACCOUNTANTS, ANALYSTS & APPRAISERS ASSOCIATION

### RE: Association Jurisdiction – Schedule B

The parties agree that should the City reorganize or merge City Departments, the Association shall have the right to renegotiate the Association Representative Districts as identified pursuant to schedule B.

Dated This _____ Day of _____, 2011.


_____          _____
Susan Glaser, President                     Joseph P. Martinico, Director
Senior Accountants, Analysts                Labor Relations
& Appraisers Association

# MEMORANDUM OF UNDERSTANDING
## BETWEEN THE
## CITY OF DETROIT
### AND THE
## SENIOR ACCOUNTANTS, ANALYSTS & APPRAISERS ASSOCIATION

## RE: City Alternative Health Care Proposal

A. Effective with the implementation of the new HR/Payroll and Benefit System:

1. **Life Insurance and Death Benefit:** Coverage begins on the first day of the first full pay period, and ends on the last day of the month that employment ends.

2. **Supplemental Life Insurance Coverage:** Employees may opt for additional coverage up to either their actual salary or double their actual salary, rounded up to the nearest thousand. This would replace the Option 1 and Option 2 schedules for additional life insurance found in the Death Benefit and Life Insurance article of the Master Agreement.

3. **Pre-Tax Medical Premiums:** The employee's share of medical premiums will be shown and paid on a pre-tax basis.

4. **Employee Payroll Deductions:** Payroll deductions will be taken out equally during every pay cycle.

In addition to the above noted provisions, the parties will continue to work collaboratively toward establishing cost saving measures for medical, dental, optical and life insurance plans as well as resolve issues that may arise with the implementation of the new HR/Payroll and Benefit System.

Dated This _____ Day of _____, 2011.


_____

Susan Glaser, President
Senior Accountants, Analysts
& Appraisers Association

_____

Joseph P. Martinico, Director
Labor Relations

| City of Detroit Alternative Health Care Plan Design Blue Cross PPO | | |
|---|---|---|
| **General Plan Information** | **In-Network Benefits** | **Out-of Network Benefits** |
| Annual Deductible/Individual | $175 | $425 |
| Annual Deductible/Family | 2x individual deductible | 2x individual deductible |
| Coinsurance (Outpatient only) | 90% | 70% |
| Office Visit/Exam | $10 copay, then 100% | D&C |
| Outpatient Mental Health/Substance Abuse | $90%/50% | 70%/50% |
| Annual Out-of-Pocket Limit/Individual | $1,000 | $2,000 |
| Annual Out-of-Pocket Limit/Family | $2,000 | $4,000 |
| Inpatient Hospitalization | 100% | 70% |
| Emergency Room (Co-pay waived if admitted) | $75 copay, then 100% | $75 copay, then 100% |
| Urgent Care Facility | $10 copay, then 100% | D&C |
| Hospital Admission Deductible | None | None |
| **Prescription Drug Benefits Retail** | | |
| Generic | $5 | Not covered |
| Brand (SingleSource/Formulary) | $15 | Not Covered |
| Brand (Multi-Source/Non-formulary) | $15 | Not Covered |
| Number of Days Supply | 30 days | 30 days |
| **Mail Order** | | |
| Generic | $10 | Not Covered |
| Brand (Single-Source/Formulary) | $30 | Not Covered |
| Brand (Multi-Source/Non-Formulary) | $30 | Not Covered |
| Number of Days Supply for Mail Order | 90 days | n.a. |

| City of Detroit Alternative Health Care Plan Design HMO Plans | |
|---|---|
| **Plan Design** | **Alternative Plan** |
| **General Plan Information** | |
| Office Visit Copay | $ 10 Copay |
| Inpatient Admission Copay | None |
| Emergency Copay (Waived if admitted) | $ 75 Copay, then 100% |
| Urgent Care Copay | $10 Copay |
| Outpatient MH/SA Copay | $10 Copay |
| **Prescription Drug Benefits Retail** | |
| Generic | $5 |
| Brand (Single Source/Formulary) | $15 |
| Brand (Multi-Source/Non-Formulary) | $15 |
| Number of Days Supply | 30 days |
| **Mail Order** | |
| Generic | $10 |
| Brand (Single Source/Formulary) | $30 |
| Brand (Multi-Source/Non-Formulary) | $30 |
| Number of Days Supply for Mail Order | 90 days |

# MEMORANDUM OF UNDERSTANDING
### Between the
## CITY OF DETROIT
### AND
## SENIOR ACCOUNTANTS, ANALYSTS AND APPRAISERS ASSOCIATION

## RE: HR / Payroll Systems

The parties agree that the effective date for the two-tier systems, referenced throughout the 2008-2012 agreement, shall be effective on the date of the City Council's approval; however, not implemented until the HR/Payroll/Benefit system can accommodate each specific change.

Furthermore, the parties will continue to work collaboratively toward resolving issues that may arise with the implementation of the 2008-2012 payroll/benefit negotiated changes.

The City agrees to meet with the Union in Special Conference to discuss such payroll issues which may result due to the negotiated changes as well as the two-tier systems prior to implementation.

Dated This _____ Day of _____, 2011.


_____
Susan Glaser, President
Senior Accountants, Analysts
& Appraisers Association

_____
Joseph P. Martinico, Director
Labor Relations

# MEMORANDUM OF UNDERSTANDING
### Between the
## CITY OF DETROIT
### AND
## SENIOR ACCOUNTANTS, ANALYSTS AND APPRAISERS ASSOCIATION

## RE: Defined Contribution Retirement Plan

During the 2008 negotiations, there was discussion between the parties concerning a requirement for all newly hired employees to be placed in a Defined Contribution Plan (DCP) in lieu of the current Defined Benefit Plan (DBP). The parties agree to have an actuarial study performed on the retirement plan, which the City will initiate. During the term of this agreement, the parties agree to continue collective bargaining negotiations on this issue.

Dated This _____ Day of _____, 2011.


_____
Susan Glaser, President
Senior Accountants, Analysts
& Appraisers Association

_____
Joseph P. Martinico, Director
Labor Relations

# MEMORANDUM OF UNDERSTANDING
### Between the
## CITY OF DETROIT
### AND
## SENIOR ACCOUNTANTS, ANALYSTS AND APPRAISERS ASSOCIATION

## RE: Family Medical Leave

Family and Medical Leave Act of 1993 (FMLA): The Act is intended to allow employees to balance their work and family life by taking reasonable leaves of absences for reasons set forth in the Act. The City is committed to the two (2) fundamental concerns of FMLA-the needs of the American workforce, and the development of high-performance organizations.

The Human Resources (HR) Department is responsible for developing and disseminating policy directives which detail how the City will implement the provisions of the Act and any amendments promulgated during the life of this agreement. The City agrees to meet and confer with the Union on any administrative change that may impact the benefits bargaining unit members currently receive under FMLA prior to the issuance and implementation of any new Policy Directive.

Currently, for employees of the City, the twelve month period for FMLA is the fiscal year. Effective July 1, 2010, for employees of the City, the twelve month period for FMLA will be a rolling 12-month period measured backward from the date an employee uses any FMLA.

A full explanation of the employee's FMLA rights shall be included in the New Employee Orientation.

Dated This _____ Day of _____, 2011.


_____
Susan Glaser, President
Senior Accountants, Analysts
& Appraisers Association

_____
Joseph P. Martinico, Director
Labor Relations

# MEMORANDUM OF UNDERSTANDING
## Between the
## CITY OF DETROIT
### AND
## SENIOR ACCOUNTANTS, ANALYSTS AND APPRAISERS ASSOCIATION

## RE: Work Week

The work week for members of this bargaining unit shall consist of forty (40) hours per week, exclusive of the lunch period.  During the 2008-2012 contract period, this provision shall be modified, when necessary, to include budget required furlough days.

Dated This _____ Day of _____, 2011.


_____          _____
Susan Glaser, President                  Joseph P. Martinico, Director
Senior Accountants, Analysts             Labor Relations
& Appraisers Association

82

# MEMORANDUM OF UNDERSTANDING
## Between the
## CITY OF DETROIT
### AND
## SENIOR ACCOUNTANTS, ANALYSTS AND APPRAISERS ASSOCIATION

## RE: Disciplinary Procedures

The City is to implement uniform work rules and disciplinary guidelines on a city-wide basis for common offenses. The universal rules and disciplinary guidelines shall supersede current department rules on the same offense. The City is to provide notice prior to implementation.

Dated This _____ Day of _____, 2011.

_____
Susan Glaser, President
Senior Accountants, Analysts
& Appraisers Association

_____
Joseph P. Martinico, Director
Labor Relations

**MEMORANDUM OF UNDERSTANDING**
**Between the**
**CITY OF DETROIT**
**AND**
**SENIOR ACCOUNTANTS, ANALYSTS AND APPRAISERS ASSOCIATION**

## RE: Employee Loan Program

In fulfillment of their collective bargaining obligations under the Michigan Public Employees Relations Act ("PERA") MC423.215, the parties agree that a Participant Loan Program will be available to bargaining unit members. Its terms will be as follows:

(a) **Established:** Any loans granted or renewed shall conform with the requirements of Section 72(p) of the Internal Revenue Code, 26 U.S.C.1 et seq. Such loan program shall be established in writing by the Board of Trustees, and must include, but need not be limited to the following:

    1. The identity of the administrator of the Participant Loan Program;

    2. A procedure to apply for loans, the amount of loan that will be approved or denied, and limitations, if any, on the types and amount of loans offered;

    3. The procedure under the program for determining a reasonable rate of interest; and

    4. The events constituting default and the steps that will be taken to preserve plan assets.

(b) **The Loan Program:** The Loan Program shall be contained in a separate written document copies of which shall be made available in the offices of the City of Detroit General Retirement System for prospective participants in the program. The Board of Trustees is authorized to adopt rules and regulations, from time to time, to govern the administration and the operation of this program. Copies of the rules shall also be made available to prospective participating members of the system in the offices of the General Retirement System.

(c) **Eligibility:** Subject to the rules and procedures established by the General Retirement System Board, loans will be made to bargaining unit members. Former participants, spouses of participants, and beneficiaries are not eligible to receive any loans from the Plan. Subject to rules and procedures established by the Board, a participant who has been in the plan for twelve (12) months or more is eligible to apply for a loan from this plan.

(d) **Amount of Loan:** A participant who has satisfied applicable rules and procedures may borrow from his or her account an amount, which does not exceed fifty percent (50%) of the participant's vested accumulated balance, or ten thousand dollars ($10,000.00) reduced by the excess, if any, of: 1) the highest outstanding balance of loans from the trust during the one (1) year period ending on the day before the date on which the loan is made, or 2) the outstanding balance of loans from the trust on the date on which the loan is made, whichever is less. The minimum loan amount shall be one thousand dollars ($1,000.00).

(e) **Terms and Conditions:** In addition to such rules and procedures that are established by the

Board, all loans shall comply with the following terms and conditions:

1.  Loan applications shall be in writing;

2.  Loan shall be repaid by equal payroll deductions over a period not to exceed five (5) years, or, where the loan is for the purpose of buying a principal residence, a period not to exceed fifteen (15) years. In no case shall the amount of the payroll deduction be less than twenty dollars ($20.00) for any two-week period;

3.  Each loan shall be made against the assignment of the participant's entire right, title, and interest in and to the trust supported by the participant's collateral promissory note for the amount of the loan, including interest payable to the order of the trustee;

4.  Each loan shall bear interest at a rate determined by the Board. The Board shall not discriminate among participants in its determination of interest rates on loans. Loans initiated at different times may bear different interest rates, where, in the opinion of the Board, the difference in rates is supported by a change in market interest rates or a change in the pension system's current assumed rate of return. The loan interest rate shall bear a reasonable relationship to market rates for secured loans of a similar duration and shall bear a reasonable relationship to the costs to the pension trust of administering the trust. The loan interest rate shall be calculated in a manner that will not negatively affect the City's costs to the trust or the return to trust members.

5.  Loan repayments shall be suspended under this plan as permitted by Section 414(u)(4) of the Internal Revenue Code, 26 U.S.C. 414(u)(4). A participant who has an outstanding loan balance from the plan who is absent from employment with the employer, and who has satisfied the requirements of 26 USC 414(u) of the Internal Revenue Code shall not be required to make loan repayments to the fund during said periods of absence.

6.  **Renewal of Loan:** Any loans granted or renewed shall be made pursuant to the participant loan program and Section 72(p) of the Internal Revenue Code, 26 U.S.C.72(p) and the regulations thereunder.

7.  **Loan Balance:** A participant's outstanding loan balance shall be considered a directed investment by the participant and interest payments, shall be credited to the participant's account balance, and shall not be part of net investment income or part of the participant's account balance for the purpose of allocation of net investment income under Section 47-2-18 of the City Code.

8.  **Distribution:** No distributions shall be made to a participant, former participant, or beneficiary until all loan balances drawn on the applicable vested accumulated balance and applicable accrued interest have been liquidated.

9.  **Annual Report:** The General Retirement System shall include, in their annual report to all members, an accounting of the loan program established by this section, which contains the number and amount of loans made, the costs of administering the

program, the amount of payments made including interest received by the trust, the amount of loans outstanding, including any defaults or delinquencies, and an evaluation as to whether the interest charged in the fiscal year covered the costs of administering the program.

Based on the request of the union, in recognition of what it views as the severest of economic hardships now being experienced by its bargaining unit members, the parties agree that eligibility for participation in said loan program will be in accordance with the provisions contained herein, and shall be effective immediately upon the signing of this Memorandum of Understanding and ratification by City Council. All necessary steps shall be taken to ensure that the implementation date of the Employee Loan Program for members of this bargaining unit shall occur as soon as administratively possible so that it coincides with the initial implementation date established by the General Retirement System.

The parties agree that this Memorandum of Understanding represents the sole and complete agreement regarding the Participant Loan Program for members of this bargaining unit, that this Agreement in full text shall be incorporated in the successor Labor Agreement and shall remain in full force for the duration of said successor agreement, and in recognition that the Participant Loan Program is a mandatory subject of bargaining, no modifications can be made unless collectively bargained and mutually agreed between the parties hereto.

Dated This _____ Day of _____, 2011.


_____
Susan Glaser, President
Senior Accountants, Analysts
& Appraisers Association

_____
Joseph P. Martinico, Director
Labor Relations

| Class Code | Classification | Effective July 1, 2008 through June 30, 2012 | |
|---|---|---|---|
| | | Minimum | Maximum |
| 04-50-23 | Intermediate Statistician | $35,800 | $40,300 |
| 04-50-24 | Intermediate Statistician - Biomedical | $35,800 | $40,300 |
| 04-50-31 | Senior Statistician | $43,900 | $47,800 |
| 04-50-32 | Senior Statistician - Biomedical | $43,900 | $47,800 |
| 05-10-21 | Purchases Agent II | $35,800 | $40,300 |
| 05-10-31 | Purchases Agent III | $43,900 | $47,800 |
| 06-10-21 | Appraiser I | $31,200 | $43,800 |
| 06-10-31 | Appraiser II | $40,400 | $56,600 |
| 07-50-11 | Junior Job Development & Training Specialist | $29,100 | $34,400 |
| 07-50-21 | Intermediate Job Development & Training Specialist | $35,800 | $40,300 |
| 07-50-31 | Senior Job Development & Training Specialist | $43,900 | $47,800 |
| 09-33-11 | Assessment Technician Trainee | $28,000 | $29,100 |
| 09-33-20 | Appraisal Technician I | $30,000 | $38,900 |
| 09-33-21 | Assessment Technician - Interim | $33,600 | $34,700 |
| 09-33-40 | Appraisal Technician II | $34,100 | $47,600 |
| 09-93-15 | Assistant Social Planning & Development Specialist | $29,100 | $34,400 |
| 09-93-25 | Associate Social Planning & Development Specialist | $35,800 | $40,300 |
| 09-93-35 | Senior Social Planning & Development Specialist | $43,900 | $47,800 |

88

## SCHEDULE A
## WAGE SCHEDULE

| Class Code | Classification | Effective July 1, 2008 through June 30, 2012 | |
|---|---|---|---|
| | | Minimum | Maximum |
| 01-91-11 | Technical Aid - Business Administration | $28,200 | $32,600 |
| 02-50-31 | Senior Data Processing Equipment Operator | $27,900 | $34,000 |
| 02-50-33 | Data Processing Telecommunication Technician | $33,500 | $46,000 |
| 02-50-43 | Senior Data Processing Telecommunication Technician | $39,600 | $53,900 |
| 04-12-21 | Intermediate Budget Analyst | $35,800 | $40,300 |
| 04-12-31 | Senior Budget Analyst | $43,900 | $47,800 |
| 04-15-11 | Junior Government Analyst | $29,100 | $34,400 |
| 04-15-21 | Intermediate Government Analyst | $35,800 | $40,300 |
| 04-15-31 | Senior Government Analyst | $43,900 | $47,800 |
| 04-17-12 | Junior Data Processing Programmer Analyst | $32,200 | $40,500 |
| 04-17-22 | Intermediate Data Processing Programmer Analyst | $41,200 | $47,600 |
| 04-17-32 | Senior Data Processing Programmer Analyst | $50,500 | $56,600 |
| 04-20-22 | Accountant I | $29,100 | $40,300 |
| 04-20-31 | Senior Accountant | $43,900 | $47,800 |
| 04-20-32 | Auditor | $40,400 | $56,600 |
| 04-50-11 | Junior Statistician | $29,100 | $34,400 |

87

DRAFT 4/26/2011

| Class Code | Classification | Effective July 1, 2008 through June 30, 2012 | |
| --- | --- | --- | --- |
| | | Minimum | Maximum |
| 09-94-10 | Program Development & Evaluation Specialist - Sub. Ab. | $35,800 | $40,300 |
| 09-94-20 | Senior Program Development & Evaluation Specialist - Sub. Ab. | $43,900 | $47,800 |
| 19-30-05 | Drafting Technician I (Except Public Lighting) | $27,000 | $31,100 |
| 19-30-13 | Drafting Technician II (Except Public Lighting) | $30,700 | $35,700 |
| 19-30-23 | Drafting Technician III (Except Public Lighting) | $36,000 | $39,600 |
| 19-30-55 | Senior Designer | $43,100 | $50,600 |
| 24-23-11 | Nutritionist | $39,900 | $49,200 |
| 24-33-11 | Junior Medical Technologist | $36,100 | $41,400 |
| 24-33-21 | Senior Medical Technologist | $51,100 | $55,300 |
| 29-20-11 | Junior Public Health Educator | $29,100 | $34,400 |
| 29-20-21 | Public Health Educator | $37,800 | $40,000 |
| 29-20-31 | Senior Public Health Educator | $41,200 | $43,900 |
| 29-30-15 | Medical Record Technician | $28,800 | $32,600 |
| 41-22-12 | Senior Child Development Compliance Assistant - Head Start | $43,700 | $47,800 |
| 41-22-13 | Child Development Compliance Assistant - Head Start | $35,800 | $40,300 |
| 42-20-11 | Development Specialist | $29,100 | $34,400 |
| 42-20-21 | Associate Development Specialist | $35,800 | $40,300 |
| 42-20-31 | Senior Development Specialist | $43,900 | $47,800 |

89

DRAFT 4/26/2011

# SCHEDULE B
## ASSOCIATION REPRESENTATIVE DISTRICTS

The below listed Department and Division designations shall constitute Association Representative Districts, each of which shall be served by one representative. The District Representative shall represent the bargaining unit members employed in the District to the extent of the authority as provided for elsewhere in this Agreement.

## DISTRICTS

I - Auditor General's Office

II - Budget Department

III - Information & Technical Services Department

     a)    Systems & Programming
     b)    Operations

IV - Department of Public Works

V - Finance Department:

     a)  Administration - Contract Compliance
     b)  Accounts - General Accounting, Debt Management, Risk Management,
     c)  Payroll Audit, Voucher Audit, Income Tax Section
     d)  Purchasing
     e)  Treasury, including Income Tax Collections
     f)  Assessments

VI - Planning and Development

VIII - Police

IX - Recreation

X - Water & Sewerage:
     a)  Main Office and other Downtown locations
     b)  Waste Water Treatment Plant, Industrial Waste Control (Livernois Center)
     c)  Huber

XI - Employment and Training

## DISTRICTS

XII - Health and Wellness Promotion

      A.   Medical Technologists
      B.   Health-Education & Nutrition
      C.   General

XIII - Human Services Department

XIV - Public Lighting Department

XV - Buildings and Safety Engineering Department; Fire; Historical; DOT; Senior Citizens and Consumer Advocacy Division; Civic Center; Municipal Parking

**Notes:**

1. The Association may designate an alternate in each of the above listed districts who will serve as the District Representative in the District Representative's absence.

2. The person serving as the District Representative or alternate must be employed in that district.

3. In the event a District Representative has not been properly appointed for a district or the District Representative will be unavailable for an extended period and no alternate has been designated, the members of the Association Executive Grievance Committee may serve as an employee's representative for the purpose of investigating, writing and processing a grievance.

## SCHEDULE C

## SENIOR ACCOUNTANTS, ANALYSTS AND APPRAISERS ASSOCIATION
## 2008 – 2012 HOLIDAY SCHEDULE

| HOLIDAY | 2008 - 2009 | 2009 - 2010 | 2010 - 2011 | 2011 - 2012 |
|---|---|---|---|---|
| Independence Day | Friday, July 4, 2008 | Friday, July 3, 2009 | Monday, July 5, 2010 | Monday, July 4, 2011 |
| Labor Day | Monday, September 1, 2008 | Monday, September 7, 2009 | Monday, September 6, 2010 | Monday, September 5, 2011 |
| Election Day* | Tuesday, November 4, 2008 | Tuesday, November 3, 2009 | Tuesday, November 2, 2010 | Extra Swing Holiday |
| Veterans Day* | Tuesday, November 11, 2008 | Wednesday, November 11, 2009 | Thursday, November 11, 2010 | Friday, November 11, 2011 |
| Thanksgiving Day | Thursday, November 27, 2008 | Thursday, November 26, 2009 | Thursday, November 25, 2010 | Thursday, November 24, 2011 |
| Day After Thanksgiving* | Friday, November 28, 2008 | Friday, November 27, 2009 | Friday, November 26, 2010 | Friday, November 25, 2011 |
| Christmas Eve (eight hours)* | Wednesday, December 24, 2008 | Thursday, December 24, 2009 | Friday, December 24, 2010 | Friday, December 23, 2011 |
| Christmas Day | Thursday, December 25, 2008 | Friday, December 25, 2009 | Monday, December 27, 2010 | Monday, December 26, 2011 |
| New Year's Eve (eight hours)* | Wednesday, December 31, 2008 | Thursday, December 31, 2009 | Friday, December 31, 2010 | Friday, December 30, 2011 |
| New Year's Day | Thursday, January 1, 2009 | Friday, January 1, 2010 | Monday, January 3, 2010 | Monday, January 2, 2012 |
| Martin Luther King's Birthday | Monday, January 19, 2009 | Monday, January 18, 2010 | Monday, January 17, 2011 | Monday, January 16, 2012 |
| Good Friday (eight hours)* | Friday, April 10, 2009 | Friday, April 2, 2010 | Friday, April 22, 2011 | Friday, April 6, 2012 |
| Memorial Day | Monday, May 25, 2009 | Monday, May 31, 2010 | Monday, May 30, 2011 | Monday, May 28, 2012 |

*Excused Time Holiday for all City employees. No holiday premium to be paid.

**NOTE:** Special rules on holiday observance may apply to employees engaged in unusual work assignments such as shift work and/or six (6) or seven (7) operations

DRAFT 4/26/2011

92

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

IN RE: *City of Detroit*

CASE NO: *13-53846*
CHAPTER: *9*

Debtor.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date of mailing), I served

copies as follows:

1. Document(s) served:

*Response to 28th Omnibus*

2. Served upon [name and address of each person served]:

*Marc N. Swanson*
*Miller, Canfield, Paddock & Stone, P*
*150 West Jefferson, Suite 250*
*Detroit, MI 48224*

3. By First Class Mail.

Dated: *3/22/2016*

*Carmelita J Brown-Bullock*
(Signature)

Print Name: *Carmelita J. Brown-Bullock*

FILED (I)

2016 MAR 22 P 12: 53

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT