# United States Bankruptcy Court

_____ District Of _____

In re **City of Detroit**
Debtor

Response To

Case No. 13-53846

Chapter 9

**FILED**
2016 MAR 22 P 2:25
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

# Thirty-First Omnibus Objection To Certain Claims

I Kevin Washington worked for City of Detroit Water and Sewage Department when 10% of my earned Income was witheld, I Am Filing this Claim to Recoup that Income, October 2012 to September 2015.

Kevin Washington
3-22-2016

```
                                                    CITY OF DETROIT                                                    DATE 12/26/2012
                                                    PERSONNEL DEPARTMENT                                                PAGE NO 26020
                                                    EMPLOYEE HISTORY FILE                                               EMP PAGE NO 1

                                                    EMPLOYEE DESCRIPTION

SOC SEC NO.   EMP STATUS  NAME                                APPT DATE  AUG SEN DATE  LAST DAY WKD  BANK OUT DATE  VET STATUS
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   01          WASHINGTON,KEVIN                    11/22/2010 11/22/2010    0/00/0000     0/00/0000

HOSP. DENT.   ADDRESS                        CITY             ST  ZIP       TELEPHONE   BIRTH DATE   SEX  RACE   PENSION NO
              20437 BRAMFORD                 DETROIT          MI  48234     366-4843    9/05/1962    M    2      293264
```

CLASS INFORMATION

```
CLASS TITLE           CLASS CODE  TYPE  EFF DATE    APPT AGY  SPEC SEQ       ACTION                    ACT DATE    FM FLW(FM)  FLW DATE
WATER SYSTEMS HELPER  61-75-06          11/22/2010  01   62        001  HIRE-REGULAR CLASSIFIED        12/03/2010(FM) A        2/22/2011
WATER SYSTEMS HELPER  61-75-06          11/22/2010  01   62        002  RATE/SALARY CORRECTION         1/06/2012(FM)           0/00/0000
```

RATE INFORMATION

```
CLASS CODE  BARG UNIT   RATE EFF     SAL/RATE  COLA  TYPE  SEQ   CLASS CODE  BARG UNIT   RATE EFF     SAL/RATE  COLA   TYPE  SEQ
61-75-06    1540        11/22/2010   10.96     .00   NH    001   61-75-06    1540        10/05/2012   10.43     .00    GI    003
61-75-06    1540        1/01/2012    11.59     .00   RA    002
```

GROSS PAY INFORMATION

| PAY PER    | GROSS    | CETA GROSS | PAY PER    | GROSS    | CETA GROSS | PAY PER    | GROSS    | CETA GROSS |
|------------|----------|------------|------------|----------|------------|------------|----------|------------|
| A 2012-01  | 546.90   | .00        | A 2012-14  | 507.06   | .00        | A 2012-27  | 463.60   | .00        |
| A 2012-02  | 480.99   | .00        | A 2012-15  | 463.60   | .00        | A 2012-28  | 802.61   | .00        |
| A 2012-03  | 463.60   | .00        | A 2012-16  | 463.60   | .00        | A 2012-29  | 607.90   | .00        |
| A 2012-04  | 480.99   | .00        | A 2012-17  | 463.60   | .00        | A 2012-30  | 576.60   | .00        |
| A 2012-05  | 602.68   | .00        | A 2012-18  | 643.82   | .00        | A 2012-31  | 544.73   | .00        |
| A 2012-06  | 507.06   | .00        | A 2012-19  | 552.26   | .00        | A 2012-32  | 498.37   | .00        |
| A 2012-07  | 593.99   | .00        | A 2012-20  | 524.45   | .00        | A 2012-33  | 463.60   | .00        |
| A 2012-08  | 1187.41  | .00        | A 2012-21  | 649.62   | .00        | A 2012-34  | 423.04   | .00        |
| A 2012-09  | 463.60   | .00        | A 2012-22  | 520.97   | .00        | A 2012-35  | 585.30   | .00        |
| A 2012-10  | 480.99   | .00        | A 2012-23  | 647.95   | .00        | A 2012-36  | 463.60   | .00        |
| A 2012-11  | 463.60   | .00        | A 2012-24  | 481.00   | .00        | A 2012-37  | 805.57   | .00        |
| A 2012-12  | 463.60   | .00        | A 2012-25  | 585.30   | .00        | A 2012-38  | 569.65   | .00        |
| A 2012-13  | 515.76   | .00        | A 2012-26  | 463.60   | .00        | A 2012-39  | 847.44   | .00        |

| PAY PER    | GROSS    | CETA GROSS |
|------------|----------|------------|
| A 2012-40  | 606.16   | .00        |
| A 2012-41  | 500.11   | .00        |
| A 2012-42  | 776.53   | .00        |
| A 2012-43  | 463.60   | .00        |
| A 2012-44  | 417.20   | .00        |
| A 2012-45 *| .00      | .00        |
| A 2012-46  | 500.64   | .00        |
| A 2012-47 *| 83.44    | .00        |
| A 2012-48  | 496.99   | .00        |
| A 2012-49  | 709.72   | .00        |
| A 2012-50  | 561.39   | .00        |
| A 2012-51  | 1558.24  | .00        |
| A 2012-52  | 558.01   | .00        |

```
TOTAL GROSS  20796.77       35 WEEK AVERAGE   594.19    35 WEEK CETA GROSS   .00    NO. WEEKS NOT USED   2
```

13-53846-tjt    Doc 10886    Filed 03/22/16    Entered 03/22/16 14:28:42    Page 2 of 6

CITY OF DETROIT
PERSONNEL DEPARTMENT
EMPLOYEE HISTORY FILE

DATE 12/26/2013
PAGE NO 26078
EMP PAGE NO 1

## EMPLOYEE DESCRIPTION

| SOC SEC NO. | EMP STATUS | NAME | APPT DATE | AUG SEN DATE | LAST DAY WKD | BANK OUT DATE | VET STATUS |
|---|---|---|---|---|---|---|---|
| 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 | 01 | WASHINGTON,KEVIN | 11/22/2010 | 11/22/2010 | 0/00/0000 | 0/00/0000 | |

| HOSP. DENT. | ADDRESS | CITY | ST | ZIP | TELEPHONE | BIRTH DATE | SEX | RACE | PENSION NO |
|---|---|---|---|---|---|---|---|---|---|
| | 20437 BRAMFORD | DETROIT | MI | 48234 | 366-4843 | 9/05/1962 | M | 2 | 293264 |

## CLASS INFORMATION

| CLASS TITLE | CLASS CODE | BARG UNIT | TYPE | EFF DATE | SAL/RATE | COLA | APPT | AGY | SPEC | SEQ | ACTION | ACT DATE | FM FLW FLW(FM) | FLW DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WATER SYSTEMS HELPER | 61-75-06 | 1540 | | 11/22/2010 | 10.96 | .00 | 01 | 62 | | 001 | HIRE-REGULAR CLASSIFIED | 12/03/2010(FM) | A | 2/22/2011 |
| WATER SYSTEMS HELPER | 61-75-06 | 1540 | | 11/22/2010 | 11.59 | .00 | 01 | 62 | | 002 | RATE/SALARY CORRECTION | 1/06/2012(FM) | | 0/00/0000 |

## RATE INFORMATION

| CLASS CODE | BARG UNIT | RATE EFF | TYPE | SEQ | CLASS CODE | BARG UNIT | RATE EFF | SAL/RATE | COLA | TYPE | SEQ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-75-06 | 1540 | 11/22/2010 | NH | 001 | 61-75-06 | 1540 | 10/05/2012 | 10.43 | .00 | GI | 003 |
| 61-75-06 | 1540 | 1/01/2012 | RA | 002 | | | | | | | |

## GROSS PAY INFORMATION

| PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS | PAY PER | GROSS | CETA GROSS |
|---|---|---|---|---|---|---|---|---|
| A 2013-01 | 464.14 | .00 | A 2013-14 | 593.24 | .00 | A 2013-27 | 456.31 | .00 |
| A 2013-02 | 879.16 | .00 | A 2013-15 | 720.18 | .00 | A 2013-28 | 417.20 | .00 |
| A 2013-03 | 879.80 | .00 | A 2013-16 | 781.32 | .00 | A 2013-29 | 417.20 | .00 |
| A 2013-04 | 695.12 | .00 | A 2013-17 | 527.76 | .00 | A 2013-30 | 333.76 | .00 |
| A 2013-05 | 562.98 | .00 | A 2013-18 | 628.41 | .00 | A 2013-31 | 479.78 | .00 |
| A 2013-06 | 417.20 | .00 | A 2013-19 | 417.20 | .00 | A 2013-32 | 570.99 | .00 |
| A 2013-07 | 597.12 | .00 | A 2013-20 | 629.44 | .00 | A 2013-33 | 590.86 | .00 |
| A 2013-08 | 634.28 | .00 | A 2013-21 | 634.28 | .00 | A 2013-34 | 590.86 | .00 |
| A 2013-09 | 831.79 | .00 | A 2013-22 | 479.78 | .00 | A 2013-35 | 495.43 | .00 |
| A 2013-10 | 620.02 | .00 | A 2013-23 | 607.06 | .00 | A 2013-36 | 417.20 | .00 |
| A 2013-11 | 512.63 | .00 | A 2013-24 | 611.07 | .00 | A 2013-37 | 448.49 | .00 |
| A 2013-12 | 517.21 | .00 | A 2013-25 | 686.30 | .00 | A 2013-38 | 481.34 | .00 |
| A 2013-13 | 624.72 | .00 | A 2013-26 | 515.76 | .00 | A 2013-39 | 448.49 | .00 |

| PAY PER | GROSS | CETA GROSS |
|---|---|---|
| A 2013-40 | 759.30 | .00 |
| A 2013-41 | 564.58 | .00 |
| A 2013-42 | 620.59 | .00 |
| A 2013-43 | 417.20 | .00 |
| A 2013-44 | 417.20 | .00 |
| A 2013-45 | 752.00 | .00 |
| A 2013-46 | 698.81 | .00 |
| A 2013-47 | 701.94 | .00 |
| A 2013-48 | 669.08 | .00 |
| A 2013-49 | 584.60 | .00 |
| A 2013-50 | 449.53 | .00 |
| A 2013-51 | 780.17 | .00 |
| A 2013-52 | 743.84 | .00 |

TOTAL GROSS 19516.05    35 WEEK AVERAGE 557.60    35 WEEK CETA GROSS .00    NO. WEEKS NOT USED 0

```
                                               CITY OF DETROIT                                              DATE 1/30/2015
                                          PERSONNEL DEPARTMENT                                              PAGE NO 26230
                                          EMPLOYEE HISTORY FILE                                             EMP PAGE NO 1

                                              EMPLOYEE DESCRIPTION

SOC SEC NO.   EMP STATUS  NAME                APPT DATE   AUG SEN DATE  LAST DAY WKD  BANK OUT DATE  SEX  BIRTH DATE  RACE  PENSION NO
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   01          WASHINGTON,KEVIN    11/22/2010  11/22/2010    0/00/0000     0/00/0000      M    9/05/1962   2     293264

HOSP. DENT.   ADDRESS                         CITY        ST  ZIP       TELEPHONE     VET STATUS
              20437 BRAMFORD                  DETROIT     MI  48234     366-4843

                                               CLASS INFORMATION

CLASS TITLE             CLASS CODE  TYPE  EFF DATE    APPT  AGY  SPEC  SEQ      ACTION                      ACT DATE
WATER SYSTEMS HELPER    61-75-06          11/22/2010  01    62         001  HIRE-REGULAR CLASSIFIED          12/03/2010(FM) A     2/22/2011
WATER SYSTEMS HELPER    61-75-06          11/22/2010  01    62         002  RATE/SALARY CORRECTION            1/06/2012(FM)       0/00/0000
FIELD SVCS TECHN        50-20-16           9/01/2014  01    62         003  PROMOTION-PERMANENT               1/30/2015(FM) B     3/01/2015

                                               RATE INFORMATION

CLASS CODE  BARG UNIT  RATE EFF    SAL/RATE  COLA  TYPE  SEQ  CLASS CODE  BARG UNIT  RATE EFF    SAL/RATE  COLA  TYPE  SEQ
61-75-06    1540       11/22/2010  10.96     .00   NH    001  61-75-06    1540       10/05/2012  10.43     .00   GI    003
61-75-06    1540        1/01/2012  11.59     .00   RA    002  50-20-16    8001        9/01/2014  28213     .00   PR    004

                                               GROSS PAY INFORMATION

PAY PER       GROSS    CETA GROSS  PAY PER       GROSS    CETA GROSS  PAY PER       GROSS    CETA GROSS
A 2014-06    747.31    .00         A 2014-19    479.78    .00         A 2014-32    512.11    .00         A 2014-45    667.52    .00
A 2014-07    439.10    .00         A 2014-20    586.17    .00         A 2014-33    637.79    .00         A 2014-46    706.63    .00
A 2014-08   1160.35    .00         A 2014-21    464.14    .00         A 2014-34    861.17    .00         A 2014-47    542.36    .00
A 2014-09    596.62    .00         A 2014-22    667.52    .00         A 2014-35    677.40    .00         A 2014-48    417.20    .00
A 2014-10    821.69    .00         A 2014-23    570.99    .00         A 2014-36    675.87    .00         A 2014-49    432.85    .00
A 2014-11    585.61    .00         A 2014-24    542.36    .00         A 2014-37    502.09    .00         A 2014-50    417.20    .00
A 2014-12    417.20    .00         A 2014-25    505.86    .00         A 2014-38    739.61    .00         A 2014-51    604.94    .00
A 2014-13    511.07    .00         A 2014-26    753.57    .00         A 2014-39    980.96    .00         A 2014-52    464.14    .00
A 2014-14    617.65    .00         A 2014-27    768.14    .00         A 2014-40    644.05    .00         A 2015-01    417.20    .00
A 2014-15    558.01    .00         A 2014-28    612.76    .00         A 2014-41    561.39    .00         A 2015-02    629.91    .00
A 2014-16    628.41    .00         A 2014-29    734.79    .00         A 2014-42    802.94    .00         A 2015-03    722.28    .00
A 2014-17    515.76    .00         A 2014-30    620.59    .00         A 2014-43    731.60    .00         A 2015-04    910.83    .00
A 2014-18    606.50    .00         A 2014-31    645.62    .00         A 2014-44    644.05    .00         A 2015-05    870.77    .00

TOTAL GROSS  22529.54       35 WEEK AVERAGE  643.70       35 WEEK CETA GROSS  .00       NO. WEEKS NOT USED  0
```

13-53846-tjt    Doc 10886    Filed 03/22/16    Entered 03/22/16 14:28:42    Page 4 of 6

```
                                                  CITY OF DETROIT                                        DATE 12/30/2015
                                              PERSONNEL DEPARTMENT                                       PAGE NO 26434
                                              EMPLOYEE HISTORY FILE                                      EMP PAGE NO 1

                                              EMPLOYEE DESCRIPTION

SOC SEC NO.   EMP STATUS  NAME                        APPT DATE  AUG SEN DATE             LAST DAY WKD  BANK OUT DATE  SEX  RACE   VET STATUS
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      11       WASHINGTON,KEVIN            11/22/2010 11/22/2010                 3/11/2015     3/11/2015     M    2

HOSP. DEPT.   ADDRESS                       CITY               ST    ZIP      TELEPHONE    BIRTH DATE                              PENSION NO
69200 12000   20437 BRAMFORD                DETROIT            MI    48234    366-4843     9/05/1962                               293264

                                                      CLASS INFORMATION

CLASS TITLE           CLASS CODE  TYPE  EFF DATE   APPT  AGY  SPEC  SEQ           ACTION              ACT DATE      FM FLW FLW DATE
WATER SYSTEMS HELPER    61-75-06              11/22/2010    01   62          001  HIRE-REGULAR CLASSIFIED         12/03/2010(FM) A    2/22/2011
WATER SYSTEMS HELPER    61-75-06              11/22/2010    01   62          002  RATE/SALARY CORRECTION           1/06/2012(FM)      0/00/0000
FIELD SVCS TECHN        50-20-16               9/01/2014    01   62          003  PROMOTION-PERMANENT              1/30/2015(FM) B    3/01/2015
FIELD SVCS TECHN        50-20-16               3/11/2015    01   62          004  RESIGNATION-LEAVING CITY         4/17/2015(FM)      0/00/0000
FIELD SVCS TECHN        50-20-16               3/11/2015    01   62          005  RESIGNATION-LEAVING CITY         8/21/2015(FM)      0/00/0000

                                                      RATE INFORMATION

CLASS CODE  BARG UNIT  RATE EFF    SAL/RATE  COLA  TYPE  SEQ   CLASS CODE  BARG UNIT   RATE EFF    SAL/RATE  COLA  TYPE  SEQ
 61-75-06     1540    11/22/2010    10.96     .00   NH   001    61-75-06     1540     10/05/2012    10.43     .00   GI   003
 61-75-06     1540     1/01/2012    11.59     .00   RA   002    50-20-16     8001      9/01/2014    28213     .00   PR   004

                                                    GROSS PAY INFORMATION

PAY PER       GROSS    CETA GROSS   PAY PER         GROSS  CETA GROSS   PAY PER       GROSS    CETA GROSS   PAY PER        GROSS  CETA GROSS
A 2015-02    629.91        .00     A 2015-15  *      .00      .00      A 2015-28  *    .00        .00      A 2015-41  *     .00     .00
A 2015-03    722.28        .00     A 2015-16  *      .00      .00      A 2015-29  *    .00        .00      A 2015-42  *     .00     .00
A 2015-04    910.83        .00     A 2015-17       759.58     .00      A 2015-30  *    .00        .00      A 2015-43  *     .00     .00
A 2015-05    870.77        .00     A 2015-18  *      .00      .00      A 2015-31  *    .00        .00      A 2015-44  *     .00     .00
A 2015-06   1022.38        .00     A 2015-19  *      .00      .00      A 2015-32  *    .00        .00      A 2015-45  *     .00     .00
A 2015-07    325.53        .00     A 2015-20  *      .00      .00      A 2015-33  *    .00        .00      A 2015-46  *     .00     .00
A 2015-08  *    .00        .00     A 2015-21  *      .00      .00      A 2015-34  *    .00        .00      A 2015-47  *     .00     .00
A 2015-09  *    .00        .00     A 2015-22  *      .00      .00      A 2015-35  *    .00        .00      A 2015-48  *     .00     .00
A 2015-10  *    .00        .00     A 2015-23  *      .00      .00      A 2015-36  *  651.07       .00      A 2015-49  *     .00     .00
A 2015-11    3968.15       .00     A 2015-24  *      .00      .00      A 2015-37  *    .00        .00      A 2015-50  *     .00     .00
A 2015-12  *    .00        .00     A 2015-25  *      .00      .00      A 2015-38  *    .00        .00      A 2015-51  *     .00     .00
A 2015-13  *    .00        .00     A 2015-26  *      .00      .00      A 2015-39  *    .00        .00      A 2015-52  *     .00     .00
A 2015-14  *    .00        .00     A 2015-27  *      .00      .00      A 2015-40  *    .00        .00      A 2015-53  *     .00     .00

          TOTAL GROSS   9860.50       9 WEEK AVERAGE   1095.61        9 WEEK CETA GROSS        .00   NO. WEEKS NOT USED     43
```

13-53846-tjt    Doc 10886    Filed 03/22/16    Entered 03/22/16 14:28:42    Page 5 of 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit

CASE NO: 13-53846
CHAPTER: 9

Debtor.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on 3-22-2016 (date of mailing), I served copies as follows:

1. Document(s) served: Thirty First Omnibus Objection to Certain Claims

2. Served upon [name and address of each person served]:
   Marc N. Swanson
   150 West Jefferson Suite 2500
   Detroit, Michigan 48226

3. By First Class Mail.

Dated: 3-22-16

_____
(Signature)
Print Name: Kevin Washington