# United States Bankruptcy Court

_Eastern_ District of _Michigan Southern Division_

In re _City of Detroit, Michigan_
Debtor

Case No. _13-53846_

Objection to Debtor's 34th Chapter _9_ Omnibus Objection to certain Claims

I _Toni Baldwin_ is objecting the City of Detroit claim of me not having sufficient documentation for my claim. I have mail every and all documentation that was mailed to me and asked of me in the time it was asked for. If there is any more documents you need me to show for proof of my claim I can do.

FILED (I)

2016 MAR 22 P 2:33

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

_Toni Baldwin_

3/22/2016

P.O. Box 35116
Southie ? MI

FILED (I)

2016 MAR 22 PM 2:33

S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

IN RE:

City of Detroit, Michigan

CASE NO: 13-53846
CHAPTER: 9

Debtor.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on ___March 22, 2016___ (date of mailing), I served

copies as follows:

1. Document(s) served: Objection to Debtor's 34th Omnibus object
Objection certain claims

2. Served upon [name and address of each person served]:
Marc N. Swanson
Miller, Canfield, Paddock and Stone, PLC
150 West Jefferson, Suit 2500
Detroit, MI 48226

3. By First Class Mail.

Dated: ___3/22/2016___

_Toni Baldw___
(Signature)

Print Name: _Toni Baldwin_