# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## NOTICE OF WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM NUMBER 1442 OF CLAIMANT WARREN CHIROPRACTIC AND REHAB CLINIC

The City of Detroit ("City") hereby withdraws its objection without prejudice to Proof of Claim number 1442 of claimant Warren Chiropractic and Rehab Clinic ("Claim"). The Claim was included on Exhibit 2 of the *Debtor's Twenty-Second Omnibus Objection to Certain Claims (Workers' Compensation Claims Not Subject to the Claims Process in this Bankruptcy Case)* [Doc. No. 10778] ("22nd Omnibus Objection"). For the avoidance of doubt, the City is not withdrawing its objection to any of the other claims identified on Exhibit 2 to the 22nd Omnibus Objection.

- 1 -

Dated: March 22, 2016

          Respectfully submitted,

      By: /s/ Marc N. Swanson
          Jonathan S. Green (P33140)
          Marc N. Swanson (P71149)
          MILLER, CANFIELD, PADDOCK AND
          STONE, P.L.C.
          150 West Jefferson, Suite 2500
          Detroit, Michigan 48226
          Telephone: (313) 963-6420
          Facsimile: (313) 496-8451
          green@millercanfield.com
          swansonm@millercanfield.com

          and

          Charles N. Raimi (P29746)
          Deputy Corporation Counsel
          City of Detroit Law Department
          2 Woodward Avenue, Suite 500
          Coleman A. Young Municipal Center
          Detroit, Michigan 48226
          Telephone: (313) 237-0470
          Facsimile: (313) 224-5505
          raimic@detroitmi.gov

      ATTORNEYS FOR THE CITY OF DETROIT