**FILED**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
2016 MAR 23  A 8:56

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

IN RE:  CASE NO: 13-53846
CHAPTER: 9

City of Detroit, Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on 3-23-16 (date of mailing), I served copies as follows:

1. Document(s) served:

   Objection to the Thirty-Second Omnibus Objection

2. Served upon [name and address of each person served]:

   Marc N. Swanson
   Miller, Canfield, Paddock and Stone, PLC
   150 West Jefferson Avenue, Ste 2500
   Detroit, MI 48226

3. By First Class Mail.

Dated: 3-23-16

Natalie Clemans
(Signature)

Print Name: Natalie Clemans