# United States Bankruptcy Court

Eastern District of Michigan

In re City of Detroit, MI,
Debtor

Case No. 13-53846

Chapter 9

I Gerald Murphy, City employee object to the Thirthieth Omnibus that the City doesn't have any sufficient documentation of my claim, that filed.

Gerald Murphy
3/23/2016

FILED (I)
2016 MAR 23 A 9:25
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846
CHAPTER: 9

Debtor.
City of Detroit

## CERTIFICATE OF SERVICE

I hereby certify that on 3/23/2016 (date of mailing), I served copies as follows:

1. Document(s) served:

    The Thirthieth Omnibus Objection

2. Served upon [name and address of each person served]:

    Marc N. Swanson
    Miller, Canfield, Paddock and Stone, PLC
    150 West Jefferson, Suite 2500
    Detroit, MI 48226

3. By First Class Mail.

Dated: 3/23/2016

(Signature) Gerald Murphy

Print Name: Gerald Murphy

FILED (I)
2016 MAR 23 A 9:25
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT