# United States Bankruptcy Court

_____ District Of _____

In re  City of Detroit
           Debtor

Case No. 13-53846

Chapter 9

I Patrick H Chlosta, object to [the Thirthy Second Omnibus objection to Parties] taking 10% of my pay for a period of time. During the Bankruptcy that no other Union did. I am City of Detroit Employee. For Detroit water and Sewerage Dept.

Patrick H Chlosta
3/23/16

FILED (I)
2016 MAR 23 A 9:30
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846
CHAPTER: 9

Debtor.
City of Detroit

## CERTIFICATE OF SERVICE

I hereby certify that on 3/23/16 (date of mailing), I served copies as follows:

1. Document(s) served: Debtor's thirty-Second Omnibus Objection to Certain Claims

2. Served upon [name and address of each person served]:

   Marc N Swanson
   Miller, Canfield, Paddock and Stone
   150 West Jefferson, Suite 2500
   Det MI 48226

3. By First Class Mail.

Dated: 3/22/16

(Signature)

Print Name: Patrick H Chloste