# United States Bankruptcy Court

Eastern District Of Michigan

In re City of Detroit,
Debtor

Case No. 13-53846

Chapter 9

Response to: The Debtor's Thirty-Second Omnibus Objection to Certain claims

I Otis Butler in respones to Debtors Thirty-Second Omnibus Objection to Certain Claims I sent documentation to California objecting to the taking of the 10% of my pay and is fighting to have those deduction return

FILED (I)
2016 MAR 23 A 9:32
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Otis Butler
3-23-2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846
CHAPTER: 9

Debtor.
City of Detroit

## CERTIFICATE OF SERVICE

I hereby certify that on 3-23-2016 (date of mailing), I served copies as follows:

1. Document(s) served: RESPONSE TO: THE DEBTOR'S THIRTY-SECOND OMNIBUS OBJECTION to CERTAIN CLAIMS

2. Served upon [name and address of each person served]:

   MARC N. SWANSON
   MILLER, CANFIELD, PADDOCK AND STONE, PLC
   150 WEST JEFFERSON, Suite 2500
   DETROIT, MI 48226

3. By First Class Mail.

FILED (I)
2016 MAR 23 A 9:32
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Dated: 3-23-16

(Signature)

Print Name: Otis Butler