March 22, 2016

FILED (I)

2016 MAR 23 A 9: 54

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Da'Nean Brooks
1403 18 Street
Detroit, MI 48216
(313) 469-2748  (313) 964-5789

To: Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

CC: Marc N. Swanson
Miller, Canfield, Paddock & Stone, PLC
150 W. Jefferson, Suite 2500
Detroit, MI 48226

Re: Claim # 3383

Bankruptcy Case No. 13-53846-tjt  Doc 10784  Filed 2/26/16  Entered 2/26/16  13:43:32

Dear Honorable Thomas J. Tucker and Clerk of the Court:

I, Da'Nean Brooks, am writing to request a continuation of my claim # 3383 in the United States Bankruptcy Court. I am submitting this written response indicating that I do not want the court to eliminate, expunge, or dismiss my claim as requested in the Twenty-Eighth Omnibus Objection to Certain Claims. The City of Detroit mismanaged funds for decades and I am in no way responsible for this. At the beginning stages of the Bankruptcy I was employed by the Detroit Water & Sewerage Department. The Water Department was never in the red and feel that we as a separate money making entity should have never been included in the bankruptcy. The bankruptcy has had a huge negative impact on me personally. I no longer am employed with the City of Detroit Water & Sewerage Department and was forced to resign and work for another company after almost 23yrs of service. Furthermore, monies were taken illegally from my pension as well as from other city employee's and retiree's, to pay for a bankruptcy that majority of us voted against. In addition to this I feel that the taking of monies from my pension was unconstitutional and that City Government should be held responsible and accountable. Lastly, I believe I have sufficient documentation for my claim. If you should require additional documentation, please contact me. I will respond promptly. Thank you for your consideration

Sincerely,

Da'Nean M. Brooks

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846
CHAPTER: 9

City of Detroit, MI, Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2016 (date of mailing), I served copies as follows:

1. Document(s) served:
   ① Written Response to Objection
   ② Certificate of Service

2. Served upon [name and address of each person served]:

   ① Clerk of the Court
   United States Bankruptcy Court
   211 W. Fort Street, Suite 2100
   Detroit, MI 48226

   ② Marc N. Swanson
   Miller, Canfield,
   Paddock & Stone, PLC
   150 W. Jefferson
   Suite 2500
   Detroit, MI 48226

3. By First Class Mail.

Dated: 03-23-16

(Signature)
Print Name: Danean Brooks

FILED (1) 2016 MAR 23 A 9:54 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT