Revised Petition   Corrected No. 2

March 21, 2016

Dennis E. Nessel   No. 142943
PMB 222
5824 Bee Ridge Rd.
Sarasota, Fl., 34232
971-706-3904
lemonseed12@verizon.net

Clerk of the Court                      Mr. Marc N. Swanson
United States Bankruptcy Court          Miller, Canfield, Paddock and Stone
211 W. Fort St.  Suite 2100             150 West Jefferson, Suite 2500
Detroit, Michigan  48226                Detroit, Michigan  48226

Dear Clerk of the Court and Mr. Swanson:

I am writing in response to the notice I received regarding Case No. 13-53846.

I was listed as Claimant No. 3564 within Exhibit 2 of the Debtors twenty-third omnibus objection to certain claims..

I am greatly concerned that my pension might be "**REDUCED, MODIFIED OR ELIMINATED PURSUANT TO FED.R. BANKR.P.3007(e)(1) and PRIOR ORDERS OF THIS COURT**". My wife and I are over seventy years old. Loss of this income would create a great difficulty and financial hardship for us.

**I am not sure why my name had been entered in Exhibit 2. I accept the pension *benefit reductions* resulting from the Plan of Adjustment required by the Confirmation Order previously entered in the U.S. Bankruptcy Court. I cannot attend the hearing scheduled for March 30, 2016. I continue to request that I not be included in any group or placed on any list that would result in a further reduction or loss of the City of Detroit pension benefits that I am presently receiving.**

Thank you for your consideration.

                                           Sincerely,

                                           Dennis E Nessel

PROOF OF SERVICE:

In re:

Bankruptcy Case No. 13-53846
Chapter 9

I certify that on March 21, 2016 I mailed the attached revised petition to:

Mr. Marc N. Swanson
Miller, Canfield, Paddock and Stone
150 West Jefferson, Suite 2500
Detroit, Michigan 48226

Dennis Nessel
5539 Wilde Oak Way
Sarasota, Fl. 34232

Dennis Nessel
PMB 222
5824 Bee Ridge Rd.
Sarasota, Fl. 34233

941-315-0536
lemonsed12@verizon.net

*Dennis E Nessel*

FILED 2016 MAR 23 A 10:30 BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

PROOF OF SERVICE:

In re:

Bankruptcy Case No. 13-53846
Chapter 9

I certify that on March 10, 2016 I mailed a response to:

Mr. Marc N. Swanson
Miller, Canfield, Paddock and Stone
150 West Jefferson, Suite 2500
Detroit, Michigan 48226

Dennis Nessel
5539 Wilde Oak Way
Sarasota, Fl. 34232

Dennis Nessel
PMB 222
5824 Bee Ridge Rd.
Sarasota, Fl. 34233

941-315-0536
lemonsed12@verizon.net

*Dennis E Nessel*

*Corrected No. 1*

March 10, 2015

Dennis E. Nessel    No. 142943
PMB 222
5824 Bee Ridge Rd.
Sarasota Fl. 34232

lemonseed12@verizon.net
941-706-3904

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street Suite 2100
Detroit, Michigan  48226

Mr. Marc N. Swanson (P71149)
Miller Canfield, Paddock and Stone, PLC
150 W. Jefferson, Suite 2500
Detroit, Michigan  48226

*Dear Mr. Swanson:*

I am writing to you in response to the notice I received from the United States Bankruptcy Court, Case No. 13-53846.

Somehow, I was listed as Claimant No. 3564. within Exhibit 2 of the Debtors twenty-third omnibus objection to certain claims.

I am greatly concerned that my pension might be "**REDUCED, MODIFIED OR ELIMINATED PURSUANT TO FED.R. BANKR.P.3007(e)(1) and PRIOR ORDERS OF THIS COURT**". This pension and social security just covers my monthly living expenses. My wife and I are both over seventy years old. Loss of this income would create a great difficulty for us.

I don't know how I ended up on Exhibit 2. Perhaps, it was because we live in Florida and have resided in four locations since moving here. We did not receive all of the bankruptcy notices and updates on time and was late in filing a claim in February, 2014. I mailed a claim on February 19, 2014. It was recorded on February 24, 2014.

The February 26, 2016 notice suggested that I hire an attorney. Florida attorneys would need to spend too much time researching the case and I don't know any Detroit attorneys. Moreover, the cost would be prohibitive. Do you have any suggestions?

I cannot attend the hearing scheduled for March 30, 2016.

I requested and continue to request that I not be included in any group or list that would result in the reduction or loss of the City of Detroit Pension that I am receiving.

Respectfully,

Dennis E. Nessel

*[signature: Dennis E. Nessel]*