Craig Steele
27310 Cranford Lane
Dearborn Heights, MI. 48127
313.208.0695
veronica.steele37@gmail.com

FILED

2016 MAR 23 A 10: 43

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

Marc N. Swanson
Miller, Canfield, Paddock and stone, PLC
150 West Jefferson, Suite 2500
Detroit, Michigan 48226

City of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226

Greetings Professionals,
*To whom it may concern,*

    I reject the city of Detroit Twenty-Ninth Omnibus Objection. Please reward me my claim. If there are any questions or concerns please feel free to contact me via phone (313)208.0695 or by email: veronica.steele37@gmail.com. I look forward to hearing from you soon.

    Enclosure

    Sincerely.
    Craig Decarlo Steele

    *Craig D. Steele*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit

Debtor.

CASE NO: 13 53846
CHAPTER: _____

## CERTIFICATE OF SERVICE

I hereby certify that on 3/23/16 (date of mailing), I served copies as follows:

1. Document(s) served:

   Response to City of Detroit Twenty-Ninth Omnibus Objection

2. Served upon [name and address of each person served]:

   Marc N. Swanson
   Miller, Canfield, Paddock and Stone PLC
   150 West Jefferson, Suite 2500
   Detroit Mich 48226

3. By First Class Mail.

Dated: 3/23/16

_Craig D. Steele_
(Signature)

Print Name: Craig D. Steele