March 11, 2016

ROBERT A. LUKASIK
15511 Mc Guire Street
Taylor, MI 48180



MARC N. SWANSON
ATTN: PERSON IN CHARGE OF RESPONSES TO City of Detroit Bankruptcy Case no. 13-53846
    Mailers that were sent to persons affected
Miller, Canfield, Paddock and Stone, PLC
150 West Jefferson, Suite 2500
Detroit, MI 48226

CLERK OF THE COURT
UNITED STATES BANKRUPTCY COURT
211 W. Fort Street, Suite 2100
Detroit, MI 48226

To Whom It May Concern:

Please be advised that I am in receipt of the information regarding "Debtor's Thirty-Third Omnibus Objection to Certain Claims" and how it affects monies still owing to me.

I Do Oppose the objection to my claim. A copy of this letter will be sent to the Clerk of the Court, US Bankruptcy Court, and I will be attending the court date of March 30, 2016 at 1:30, unless a notice of excused attendance is sent to me by the attorney.

Thank you,

X  *[signed] Robert A. Lukasik*