# United States Bankruptcy Court

Eastern District of Michigan

In re City of Detroit,
Debtor

Case No. 13-53846
Chapter 9

Response to Debtor's Thirtieth Omnibus Objection to Certain Claims

I am requesting whatever monies the City of Detroit owes to me, whether it is the ten percent cuts, longevity, denial of breaks, raises and any other reparations owed to me. Please continue my case.

Kathy L. McCaskill

23 March 16

FILED
2016 MAR 23 A 11:08
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

City of Detroit, Michigan
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

0000065

PRF 74911***      11748483
Svc: 11

Kathy Lynn McCaskill
7361 Erbie
Detroit, MI 48213

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846
CHAPTER: 9

City of Detroit, Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on 23 March 16 (date of mailing), I served copies as follows:

1. Document(s) served: Response to Debtor's Thirtieth Omnibus Objection to Certain Claims

2. Served upon [name and address of each person served]:

   Marc N. Swanson
   Miller, Canfield, Paddock and Stone, PLC
   150 West Jefferson, Suite 2500
   Detroit, MI 48226

3. By First Class Mail.

Dated: 23 March 16

(Signature) Kathy L McCaskill

Print Name: Kathy L McCaskill