# United States Bankruptcy Court

Eastern District District of Michigan Southern Division

In re City of Detroit
/Debtor

Case No. 13-53846

Chapter 9

FILED 2016 MAR 23 AM 11:03 BANKRUPTCY COURT E.D. MICHIGAN DETROIT

Response to Debtor's twenty-ninth Omnibus Objection to Certain Claims; I oppose the modify and disallow and/or expunge certain filed proof of claim. I would like for the attorney to continue his/her pursuit of all claims that concern Deirdre Green City of Detroit Retiree with just cause hardships to Deirdre Green. Please continue and give me all reparation due to retired City of Detroit employee.

Deirdre Green

March 23, 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit

CASE NO: 13-53846
CHAPTER: 9

Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2016 (date of mailing), I served copies as follows:

1. Document(s) served:

   Response to Debtor's twenty-ninth Omnibus Objection to Certain Claims

2. Served upon [name and address of each person served]:

   Marc N. Swanson
   Miller, Canfield, Paddock and Stone, PLC
   150 W Jefferson, Suite 2500
   Detroit MI 48226

3. By First Class Mail.

Dated: March 23, 2016

(Signature)

Print Name: Deirdre Green