3-12-16

I George M Piepszyk Do Not WANT The Court To Eliminate, or change my Chaim # 1906.

George M. Piepszyk

Case # 13-53846