# United States Bankruptcy Court

_Eastern_ District Of _Mich. Southern Division_

In re _City of Detroit, MI_
         Debtor

Case No. _13-53846_

Chapter _9_

FILED 2016 MAR 23 AM 11:25 U.S. BANKRUPTCY COURT MICHIGAN-DETROIT

I, Annie Jewell Kuykendall #3380, do not want the court to eliminate, or change or grant relief requested in the Twenty-third Omnibus Objection in the above case No. I worked 32 yr & 1 month for the City of Detroit, Retired for 6 years, I was doing fine until the City of Detroit Bankruptcy, thus resulting in a financial hardship for me.

_Annie J. Kuykendall_

17300 Hartwell
Detroit, MI 48235

Kuykendallaj@comcast.net

313-864-3468

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846
CHAPTER: 9

City of Detroit, MI , Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2016 (date of mailing), I served copies as follows:

1. Document(s) served: Response to Twenty-Third Omnibus Objection to certain claims

2. Served upon [name and address of each person served]:

   Mark N. Swanson
   150 W. Jefferson #2500
   Det. MI 48226

3. By First Class Mail. Hand delivered

Dated: 3-23-16

(Signature)

Print Name: Annie J. Kayhendall