UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of
CITY OF DETROIT, MICHIGAN
_____Debtor_____/

Case No. 13-53846-swr
Chapter 9
Honorable Thomas J. Tucker

FILED BY: **WANDA JAN HILL**

hereby states her **OBJECTION TO:**

**DEBTOR'S TWENTY-THIRD OMNIBUS OBJECTION TO CERTAIN CLAIMS**
**DOCKET 10779, FILED 2/26/16**

for the following reasons:

1. I am interested in the Bankruptcy of the City of Detroit because I am a City of Detroit retiree. I served the city for 30 years.

2. I object to the above filing because this is a drastically affecting my quality of life. I am also a tax paying home owner, if you take a 4th of my pension that will hinder my ability to pay for my health care, taxes, utilities and other life-sustaining financial responsibilities.

3. I hereby state that I do not want the court to eliminate or change my claim or grant the relief requested in the Debtor's Twenty-third Omnibus Objection.

4. I have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore, I request the Court will deny the relief sought in said filling.

Name: WANDA JAN HILL
Signature: _____
Address: 16125 OAKFIELD STREET

DETROIT, MICHIGAN 48235-3408

Email: ELECTWANDA@GMAIL.COM

Dated: 3/23/16

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of
CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr

Chapter: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

DEBTOR /

I, HEREBY CERTIFY THAT ON 3/23/16 I served copies as follows:

1. Document(s) served: Response to the following Document 10779, 2-26-16

   (~~DEBTOR'S TWENTY~~-THIRD OMNIBUS OBJECTION TO CERTAIN CLAIMS)

2. Served upon"

MARC N. SWANSON
MILLER, CANFIELD, PADDOCK AND STONE, PLC
150 WEST JEFFERSON, SUITE 2500
DETROIT, MI 48226

Dated: 3/23/16

Signed: Wanda J. Hill

Print Name: Wanda Jean Hill