# United States Bankruptcy Court

_Eastern_ District Of _Michigan_

In re _City of Detroit_
Debtor

Case No. 13-53846

Chapter 9

In Response to: Debtor's Thirty-Third Omnibus Objection to Certain Claims

I, Ronnie Jordan received a pay cut from the city of Detroit in the amount of 10% of my pay hourly. The pay cut began on 10-5-12, & was not adjusted until 9-28-15. By my calculations the money accumulated to the amount of $5,500.

FILED (I)
2016 MAR 23 A 11:53
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Ronnie Jordan

Mar. 23, 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit

Debtor.

CASE NO: 13-53846
CHAPTER: 9

## CERTIFICATE OF SERVICE

I hereby certify that on Mar. 23, 2016 (date of mailing), I served copies as follows:

1. Document(s) served:

   Response to Thirty-Third Omnibus

2. Served upon [name and address of each person served]:

   Marc N. Swanson
   150 W. Jefferson, Ste 2500
   Det., MI 48226

3. By First Class Mail.

Dated: 3-24-16

(Signature) Rennie Jordan

Print Name: Rennie Jordan

FILED (1)
2016 MAR 23 A 11:53
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT