# United States Bankruptcy Court

Eastern District Of Michigan

In re _City of Detroit_
Debtor

Case No. 13-53846

Chapter 4

RESPONSE to DEBTOR'S TWENTIETH OMNIBUS OBJECTION to CERTAIN Claims

I RECEIVED A 10% CUT 10/5/12
THAT LASTED until 9/28/15
The CUT WAS $1.69 AN hr. which CAME
to $3,515.20 A YEAR.
It WAS three YEARS Before the cut WAS RETURNED
Which Brings the Amount to $10,545.60

AND MY OVERTIME has 52
$3.03 AN hr. comes to $157.56

3/23/16

_[signature]_

FILED (1)
2016 MAR 23 A 11: 53
BANKRUPTCY COURT
D. MICHIGAN-DETROIT

228602   PAYROLL   A   FOR 11/19/2012 TO 11/25/2012   PAID 11/30/2012   ST5003733

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 48 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |

| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 2350 | 35462 | FICA | 2503 | 150990 | BENEFIT PLAN | | DEFFERED PAY PLAN | | GROSS EARNINGS | 374876 68 |
| OVERTIME | | | FEDERAL WITHHELD | 6433 | 375644 | LIFE INS. | | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 2292 | 135299 | RET. DET. | 4172 | CREDIT UNION | | VACATION | 00 |
| COLA | | | DETROIT WITHHELD | 1461 | 87854 | | | | | COMP. TIME | 1000 |
| S.OT | 1600 | 24144 | | | 00 | BONDS | 38011 | | 00 | PRIOR COMP. TIME | 1600 |
| | | | HOSPITAL MEDC | 865 | 52128 | | | | | SICK TIME | 800 |
| | | | | | | | | | | RESERVE SICK TIME | 11400 |

| TOTAL GROSS | 59606 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 17726 | AMOUNT OF CHECK | 41880 |
|---|---|---|---|---|---|

MAIL CODE 2150   AGENCY 62   UNIT 2150   NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

228602   PAYROLL   A   FOR 12/17/2012 TO 12/23/2012   PAID 12/28/2012    ST5003668

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 52 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 4000 | 603 60 | | FICA | 2878 | 1613 25 | BENEFIT PLAN | | DEFFERED PAY PLAN | | GROSS EARNINGS | 40129 19 |
| OVERTIME | 360 | 81 49 | | FEDERAL WITHHELD | 7769 | 4025 22 | LIFE INS. | 4706 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 2679 | 1447 98 | RET. DET. | | CREDIT UNION | | VACATION | 00 |
| COLA | | | | DETROIT WITHHELD | 1684 | 9389 0 | | | | | COMP. TIME | 00 |
| | | | | | | 00 | BONDS | | | | PRIOR COMP. TIME | 00 |
| | | | | HOSPITAL MEDC | 993 | 5569 5 | 38011 | 00 | | | SICK TIME | 00 |
| | | | | | | | | | | | RESERVE SICK TIME | 106 00 |

| TOTAL GROSS | 685 09 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 207 99 | AMOUNT OF CHECK | 477 10 |
|---|---|---|---|---|---|

MAIL CODE 2150    AGENCY 62    UNIT 2150      NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

228602 PAYROLL A FOR 1/14/2013 TO 1/20/2013 PAID 1/25/2013 ST5003636

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER,ENOS | 86 | 228602000 | 04 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 3990 | | 602 09 | FICA | 55 67 | 145 16 | BENEFIT PLAN | | DEFFERED PAY PLAN | | GROSS EARNINGS | 2514 75 |
| OVERTIME | 1300 | | 294 26 | FEDERAL WITHHELD | 116 92 | 256 02 | LIFE INS. | | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 35 96 | 89 47 | RET. DET. | 62 85 | CREDIT UNION | | VACATION | 00 |
| COLA | | | | DETROIT WITHHELD | 22 16 | 57 38 | | | | | | 00 |
| S.OT | | 10 | 1 51 | | | 00 | BONDS | | | | COMP. TIME PRIOR COMP. TIME | 00 |
| | | | | HOSPITAL MEDC | 13 02 | 33 95 | | | | | | 00 |
| | | | | | | | | | | | SICK TIME RESERVE SICK TIME | 90 00 |

| TOTAL GROSS | 897 86 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 306 58 | AMOUNT OF CHECK | 591 28 |
|---|---|---|---|---|---|

MAIL CODE 2150 AGENCY 62 UNIT 2150 NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER.ENOS
3717 CHATSWORTH
DETROIT MI 48224

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 08 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | | TYPE | AMOUNT |
| REGULAR | 40 00 | | 603 60 | FICA | 53 00 | 328 31 | BENEFIT PLAN | | DEFERRED PAY PLAN | | | GROSS EARNINGS | 5755 72 |
| OVERTIME | 11 10 | | 251 25 | FEDERAL WITHHELD | 31 99 | 525 97 | LIFE INS. | | SURVIVOR BENEFIT | | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 21 71 | 198 46 | RET. DET. | 59 84 | CREDIT UNION | | | VACATION | 00 |
| COLA | | | | DETROIT WITHHELD | 9 96 | 121 98 | BONDS | | | | | COMP. TIME | 00 |
| | | | | | | 00 | | | | | | PRIOR COMP. TIME | 00 |
| | | | | HOSPITAL MEDC | 12 39 | 76 78 | | | | | | SICK TIME | 00 |
| | | | | | | | | | | | | RESERVE SICK TIME | 66 00 |

| TOTAL GROSS | 854 85 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 188 89 | AMOUNT OF CHECK | 665 96 |
|---|---|---|---|---|---|

MAIL CODE 2150   AGENCY 62   UNIT 2150

NOT NEGOTIABLE
DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

## CITY OF DETROIT
## DIRECT DEPOSIT STUB
## NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

228602 PAYROLL A FOR 3/18/2013 TO 3/24/2013 PAID 3/28/2013 STUB ST5001835

▼ YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 13 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | | | FICA | 19 18 | 492 49 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | | GROSS EARNINGS | 8653 00 |
| OVERTIME | | | FEDERAL WITHHELD | 00 | 547 30 | LIFE INS. | 6 13 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 00 | 238 30 | RET. DET. | 27 46 | CREDIT UNION | 203 23 | | 00 |
| COLA | | | DETROIT WITHHELD | 3 14 | 151 47 | | | | | COMP. TIME | 00 |
| SICK | 26 00 | 392 34 | | | 00 | BONDS | 86300 | | | VACATION | 00 |
| | | | HOSPITAL | 4 49 | 115 18 | | 83 08 | | | PRIOR COMP. TIME | 00 |
| | | | MEDC | | | 40844 | 24 36 | | | SICK TIME | 00 |
| | | | 45030 | 17 35 | 121 45 | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 392 34 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 388 82 | AMOUNT OF CHECK | 3 52 |
|---|---|---|---|---|---|

MAIL CODE 2150    AGENCY 62    UNIT 2150    NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS    PAYROLL



# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE

CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

228602   PAYROLL   A   FOR 4/15/2013 TO 4/21/2013   PAID 4/26/2013   ST5001811

◄ YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 17 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | | TYPE | AMOUNT |
| REGULAR | 4000 | 60360 | FICA | 3844 | 63972 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | | GROSS EARNINGS | 1125452 |
| OVERTIME | 400 | 9054 | FEDERAL WITHHELD | 7811 | 84391 | LIFE INS. RET. DET. | 613 | SURVIVOR BENEFIT | | | | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 2697 | 34160 | | 4870 | CREDIT UNION | 20323 | | VACATION | 16000 |
| COLA | | | DETROIT WITHHELD | 1550 | 21084 | | | | | | | 00 |
| S.OT | 10 | 151 | | | | BONDS | | | | | COMP. TIME | 00 |
| | | | HOSPITAL | 7560 | 15120 | 40844 | 2436 | | | | PRIOR COMP. TIME | 00 |
| | | | MEDC | 899 | 14961 | | | | | | SICK TIME | 00 |
| | | | 45030 | 1735 | 15615 | | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 69565 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 54378 | AMOUNT OF CHECK | 15187 |
|---|---|---|---|---|---|

MAIL CODE 2150    AGENCY 62    UNIT 2150     NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

228602 PAYROLL A FOR 5/13/2013 TO 5/19/2013 PAID 5/24/2013 ST5001801

▼ YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 21 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 40 00 | 603 60 | FICA | 57 79 | 806 62 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | GROSS EARNINGS | 14256 33 |
| OVERTIME | 2 00 | 45 27 | FEDERAL WITHHELD | 113 51 | 1176 69 | LIFE INS. | 6 13 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 40 55 | 458 70 | RET. DET. | 70 64 | CREDIT UNION | 203 23 | VACATION | 128 00 |
| COLA | | | DETROIT WITHHELD | 23 30 | 278 13 | | | | | | 00 |
| ADJ | 24 00 | 358 80 | HOSPITAL | 75 60 | 302 40 | BONDS 40844 | 24 36 | | | COMP. TIME | 00 |
| | | | MEDC | 13 51 | 188 64 | | | | | PRIOR COMP. TIME | 00 |
| | | | 45030 | 17 35 | 190 85 | | | | | SICK TIME | 8 00 |
| | | | | | | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 1007 67 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 646 27 | AMOUNT OF CHECK | 361 40 |
|---|---|---|---|---|---|

MAIL CODE 2150    AGENCY 62    UNIT 2150

NOT NEGOTIABLE
DETACH AND RETAIN FOR YOUR RECORDS    PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER.ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

228602   PAYROLL   A   FOR 6/17/2013 TO 6/23/2013   PAID 6/28/2013   ST5003501

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 26 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 3200 | | 48288 | FICA | 3905 | 101435 | BENEFIT PLAN | | DEFFERED PAY PLAN | | GROSS EARNINGS | 1799244 |
| OVERTIME | 450 | | 10186 | FEDERAL WITHHELD | 7958 | 161923 | LIFE INS. | | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 2740 | 60446 | RET. DET. | 4988 | CREDIT UNION | | VACATION | 10400 |
| COLA | | | | DETROIT WITHHELD | 1575 | 36191 | | | | | | 00 |
| VAC | 800 | | 12072 | | | 00 | BONDS | | | | COMP. TIME PRIOR COMP. TIME | 00 |
| | | | | HOSPITAL MEDC | 913 | 23723 | | | | | | 00 |
| | | | | | | | | | | | SICK TIME RESERVE SICK TIME | 1600 |
| | | | | | | | | | | | | 00 |

| TOTAL GROSS | 70546 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 22029 | AMOUNT OF CHECK | 48517 |
|---|---|---|---|---|---|

MAIL CODE 2150    AGENCY 62    UNIT 2150      NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

# CITY OF DETROIT
## DIRECT DEPOSIT STUB
## NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS
OPENING INSTRUCTIONS

228602 PAYROLL A FOR 7/15/2013 TO 7/21/2013 PAID 7/26/2013 ST5003491

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 30 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | | TYPE | AMOUNT |
| REGULAR | 2390 | | 36065 | FICA | 3265 | 115667 | BENEFIT PLAN | | DEFFERED PAY PLAN | | | GROSS EARNINGS | 2059773 |
| OVERTIME | | | | FEDERAL WITHHELD | 6407 | 190393 | LIFE INS. | | SURVIVOR BENEFIT | | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 2290 | 70430 | RET. DET. | 4215 | CREDIT UNION | | | VACATION | 7600 |
| COLA | | | | DETROIT WITHHELD | 1316 | 41930 | | | | | | | 00 |
| SICK | 1600 | | 24144 | | | 00 | BONDS | | | | | COMP. TIME | 00 |
| | | | | HOSPITAL | | | | | | | | PRIOR COMP. TIME | 00 |
| | | | | MEDC | 763 | 27051 | | | | | | SICK TIME | 800 |
| | | | | | | | | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 60209 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 18256 | AMOUNT OF CHECK | 41953 |
|---|---|---|---|---|---|

MAIL CODE 2150    AGENCY 62    UNIT 2150

NOT NEGOTIABLE
DETACH AND RETAIN FOR YOUR RECORDS    PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

228602   PAYROLL   A   FOR 8/19/2013 TO 8/25/2013   PAID 8/30/2013   ST5001751

▼ — YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 35 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 3180 | 47986 | | FICA | 3957 | 137941 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | GROSS EARNINGS | 2457588 |
| OVERTIME | 480 | 10865 | | FEDERAL WITHHELD | 8082 | 239001 | LIFE INS. | 613 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 2776 | 86058 | RET. DET. | 4996 | CREDIT UNION | 20323 | VACATION | 5200 |
| COLA | | | | DETROIT WITHHELD | 1595 | 50911 | | | | | COMP. TIME | 1200 |
| VAC | 800 | 12072 | | HOSPITAL | 7560 | 83160 | BONDS | | | | PRIOR COMP. TIME | 1200 |
| S.OT | 130 | 453 | | MEDC | 925 | 32260 | 40844 | 2436 | | | SICK TIME | 800 |
| | | | | 45030 | 1735 | 31230 | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 71376 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 55038 | AMOUNT OF CHECK | 16338 |
|---|---|---|---|---|---|

MAIL CODE 2150   AGENCY 62   UNIT 2150     NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

## CITY OF DETROIT
## DIRECT DEPOSIT STUB
## NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER.ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

228602   PAYROLL   A   FOR 9/16/2013 TO 9/22/2013   PAID 9/27/2013   ST5001746

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 39 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 16 00 | | 241 44 | FICA | 32 74 | 1525 93 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | GROSS EARNINGS | 27249 04 |
| OVERTIME | | | | FEDERAL WITHHELD | 64 30 | 2684 68 | LIFE INS. | 6 13 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 22 97 | 963 38 | RET. DET. | 42 25 | CREDIT UNION | 203 23 | VACATION | 800 |
| COLA | | | | DETROIT WITHHELD | 13 20 | 568 19 | | | | | | 400 |
| VAC | 24 00 | | 362 16 | | | | BONDS | | | | COMP. TIME | 400 |
| | | | | HOSPITAL | 75 60 | 982 80 | 40844 | 24 36 | | | PRIOR COMP. TIME | 1600 |
| | | | | MEDC | 7 66 | 356 87 | | | | | SICK TIME | 00 |
| | | | | 45030 | 17 35 | 347 00 | | | | | RESERVE SICK TIME | |

| TOTAL GROSS | 603 60 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 510 19 | AMOUNT OF CHECK | 93 41 |
|---|---|---|---|---|---|

MAIL CODE 2150   AGENCY 62   UNIT 2150     NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

## CITY OF DETROIT
## DIRECT DEPOSIT STUB
## NON-NEGOTIABLE



CITY OF DETROIT
# NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT. SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER. ENOS
3717 CHATSWORTH
DETROIT MI 48224

228602  PAYROLL  A  FOR 10/14/2013 TO 10/20/2013  PAID 10/25/2013  ST5001735

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 43 |

| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 40 00 | 603 60 | FICA | 32 74 | 1670 60 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | | GROSS EARNINGS | 2989229 |
| OVERTIME | | | FEDERAL WITHHELD | 64 30 | 2970 28 | LIFE INS. | 6 13 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 22 97 | 1064 88 | RET. DET. | 42 25 | CREDIT UNION | 203 23 | VACATION | 800 |
| COLA | | | DETROIT WITHHELD | 13 20 | 626 52 | | | | | COMP. TIME | 00 |
| | | | | 75 60 | 1134 00 | BONDS | | | | PRIOR COMP. TIME | 00 |
| | | | HOSPITAL | | | 40844 | 24 36 | | | SICK TIME | 1600 |
| | | | MEDC | 7 65 | 390 70 | | | | | RESERVE SICK TIME | 00 |
| | | | 45030 | 17 35 | 381 70 | | | | | | |

| TOTAL GROSS | 603 60 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 510 18 | AMOUNT OF CHECK | 93 42 |
|---|---|---|---|---|---|

MAIL CODE 2150   AGENCY 62   UNIT 2150

NOT NEGOTIABLE
DETACH AND RETAIN FOR YOUR RECORDS  PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER. ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

228602  PAYROLL  A  FOR 11/18/2013 TO 11/24/2013  PAID 11/27/2013  ST5003388

▼ YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER,ENOS | 86 | 228602000 | 48 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | | TYPE | AMOUNT |
| REGULAR | 40 00 | | 603 60 | FICA | 35 54 | 1863 70 | BENEFIT PLAN | | DEFERRED PAY PLAN | | | GROSS EARNINGS | 33392 42 |
| OVERTIME | 2 00 | | 45 27 | FEDERAL WITHHELD | 71 09 | 3366 32 | LIFE INS. | | SURVIVOR BENEFIT | | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 24 94 | 12003 7 | RET. DET. | 45 42 | CREDIT UNION | | | VACATION | 00 |
| COLA | | | | DETROIT WITHHELD | 14 33 | 704 38 | BONDS | | | | | | 00 |
| | | | | | | 00 | | | | | | COMP. TIME | 00 |
| | | | | HOSPITAL | | | | | | | | PRIOR COMP. TIME | |
| | | | | MEDC | 8 32 | 435 87 | | | | | | SICK TIME | 16 00 |
| | | | | | | | | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 648 87 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 199 64 | AMOUNT OF CHECK | 449 23 |
|---|---|---|---|---|---|

MAIL CODE 2150   AGENCY 62   UNIT 2150   NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER,ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

228602  PAYROLL    A   FOR 12/16/2013 TO 12/22/2013  PAID 12/27/2013   ST5003354

▼ YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 52 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 4000 | 603 60 | | FICA | 32 74 | 2024 67 | BENEFIT PLAN | | DEFFERED PAY PLAN | | GROSS EARNINGS | 36298 53 |
| OVERTIME | | | | FEDERAL WITHHELD | 64 30 | 3723 47 | LIFE INS. | | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 22 97 | 1313 31 | RET. DET. | 42 25 | CREDIT UNION | | VACATION | 00 |
| COLA | | | | DETROIT WITHHELD | 13 20 | 769 28 | BONDS | | | | COMP. TIME | 00 |
| | | | | | | 00 | | | | | PRIOR COMP. TIME | 00 |
| | | | | HOSPITAL MEDC | 7 66 | 473 51 | | | | | SICK TIME | 8 00 |
| | | | | | | | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 603 60 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 183 12 | AMOUNT OF CHECK | 420 48 |
|---|---|---|---|---|---|

MAIL CODE 2150    AGENCY 62    UNIT 2150    NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS  PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

228602 PAYROLL A FOR 1/20/2014 TO 1/26/2014 PAID 1/31/2014    ST5001736

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 05 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 3200 | 482 88 | FICA | 30 36 | 148 43 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | GROSS EARNINGS | 2897 28 |
| OVERTIME | | | FEDERAL WITHHELD | 58 27 | 283 41 | LIFE INS. | 5 68 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 20 82 | 102 81 | RET. DET. | 42 25 | CREDIT UNION | 203 23 | VACATION | 00 |
| COLA | | | DETROIT WITHHELD | 12 25 | 59 86 | | | | | COMP. TIME | 00 |
| HOL | 800 | 120 72 | HOSPITAL | 113 79 | 230 67 | BONDS | 24 36 | | | PRIOR COMP. TIME | 00 |
| | | | MEDC | 7 10 | 34 71 | 40844 | | | | SICK TIME | 00 |
| | | | 45030 | 17 35 | 52 05 | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 603 60 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 535 86 | AMOUNT OF CHECK | 67 74 |
|---|---|---|---|---|---|

MAIL CODE 2150    AGENCY 62    UNIT 2150      NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

▼ YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 09 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 40 00 | | 603 60 | FICA | 36 37 | 276 39 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | GROSS EARNINGS | 542486 |
| OVERTIME | | | | FEDERAL WITHHELD | 58 27 | 532 17 | LIFE INS. | 5 68 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 20 82 | 190 53 | RET. DET. | 42 25 | CREDIT UNION | 203 23 | VACATION | 00 |
| COLA | | | | DETROIT WITHHELD | 12 25 | 111 46 | | | | | COMP. TIME | 00 |
| | | | | | 113 79 | 458 25 | BONDS | 408 44 | 24 36 | PRIOR COMP. TIME | 00 |
| | | | | HOSPITAL MEDC | 7 10 | 64 64 | | | | | SICK TIME | 00 |
| | | | | 450 30 | 17 35 | 86 75 | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 603 60 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 535 87 | AMOUNT OF CHECK | 67 73 |
|---|---|---|---|---|---|

MAIL CODE 2150     AGENCY 62     UNIT 2150

NOT NEGOTIABLE
DETACH AND RETAIN FOR YOUR RECORDS     PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS
OPENING INSTRUCTIONS

228602  PAYROLL  A  FOR 3/17/2014 TO 3/23/2014  PAID 3/28/2014  ST5001730

▼ YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 13 |

| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **EARNINGS** | | | **TAXES, DEDUCTIONS AND REIMBURSEMENTS** | | | | | | | **YEAR TO DATE** | |
| REGULAR | 3200 | 482 88 | FICA | 36 37 | 404 50 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | GROSS EARNINGS | 7955 08 |
| OVERTIME | | | FEDERAL WITHHELD | 58 27 | 781 32 | LIFE INS. | 5 68 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 20 82 | 278 36 | RET. DET. | 00 | CREDIT UNION | 203 23 | VACATION | 00 |
| COLA | | | DETROIT WITHHELD | 12 25 | 163 13 | | | | | COMP. TIME | 00 |
| SICK | 800 | 120 72 | | 113 79 | 685 83 | BONDS | | | | PRIOR COMP. TIME | 00 |
| | | | HOSPITAL | 40844 | 24 36 | | | | | SICK TIME | 00 |
| | | | MEDC | 7 10 | 94 60 | | | | | RESERVE SICK TIME | 00 |
| | | | 45030 | 17 35 | 121 45 | | | | | | |

| TOTAL GROSS | 603 60 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 493 62 | AMOUNT OF CHECK | 109 98 |
|---|---|---|---|---|---|

MAIL CODE 2150   AGENCY 62   UNIT 2150   NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

228602 PAYROLL A FOR 4/14/2014 TO 4/20/2014 PAID 4/25/2014 ST5001753

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 17 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | | TYPE | AMOUNT |
| REGULAR | 2400 | 362 16 | | FICA | 37 86 | 533 58 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | | GROSS EARNINGS | 1050076 |
| OVERTIME | | | | FEDERAL WITHHELD | 76 38 | 1032 79 | LIFE INS. RET. DET. | 5 68 | SURVIVOR BENEFIT | | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 25 95 | 366 85 | | 00 | CREDIT UNION | 203 23 | | VACATION | 16000 |
| COLA | | | | DETROIT WITHHELD | 15 26 | 215 18 | | | | | | COMP. TIME | 00 |
| SICK | 800 | 120 72 | | HOSPITAL | 113 79 | 913 41 | BONDS | | | | | PRIOR COMP. TIME | 00 |
| HOL | 800 | 120 72 | | MEDC | 8 85 | 124 79 | 40844 | 24 36 | | | | SICK TIME | 00 |
| S.OT | 800 | 120 72 | | 45030 | 17 35 | 156 15 | | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 724 32 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 529 11 | AMOUNT OF CHECK | 195 21 |
|---|---|---|---|---|---|

MAIL CODE 2150    AGENCY 62    UNIT 2150     NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

228602 PAYROLL A FOR 5/19/2014 TO 5/25/2014 PAID 5/30/2014 ST5003238

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 22 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT | |
| REGULAR | 3600 | 543 24 | | FICA | 31 07 | 685 58 | BENEFIT PLAN | | DEFFERED PAY PLAN | | GROSS EARNINGS | 13530 08 | |
| OVERTIME | 150 | 11 32 | | FEDERAL WITHHELD | 59 97 | 1324 54 | LIFE INS. | | SURVIVOR BENEFIT | | | 00 | |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 21 30 | 471 06 | RET. DET. | 00 | CREDIT UNION | | VACATION | 14000 | |
| COLA | | | | DETROIT WITHHELD | 12 53 | 2764 9 | BONDS | | | | COMP. TIME | 00 | |
| VAC | 400 | 60 36 | | | | 00 | | | | | PRIOR COMP. TIME | 00 | |
| | | | | HOSPITAL MEDC | 7 27 | 160 34 | | | | | SICK TIME | 800 | |
| | | | | | | | | | | | RESERVE SICK TIME | 00 | |

| TOTAL GROSS | 614 92 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 132 14 | AMOUNT OF CHECK | 482 78 |
|---|---|---|---|---|---|

MAIL CODE 2150    AGENCY 62    UNIT 2150      NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

228602   PAYROLL   A   FOR 6/16/2014 TO 6/22/2014   PAID 6/27/2014   ST5003169

▼ YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 26 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | | TYPE | AMOUNT |
| REGULAR | 2400 | | 362 16 | FICA | 30 37 | 808 62 | BENEFIT PLAN LIFE INS. RET. DET. | | DEFFERED PAY PLAN SURVIVOR BENEFIT CREDIT UNION | | | GROSS EARNINGS | 1597844 |
| OVERTIME | | | | FEDERAL WITHHELD | 58 27 | 1561 42 | | | | | | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 20 82 | 555 41 | | 00 | | | | VACATION | 10400 |
| COLA | | | | DETROIT WITHHELD | 12 25 | 326 11 | | | | | | | 00 |
| SICK | 800 | | 120 72 | | | 00 | BONDS | | | | | COMP. TIME PRIOR COMP. TIME | 00 |
| VAC | 800 | | 120 72 | HOSPITAL | | 189 11 | | | | | | | 00 |
| | | | | MEDC | 7 10 | | | | | | | SICK TIME | 800 |
| | | | | | | | | | | | | RESERVE SICK TIME | 00 |
| TOTAL GROSS | | | 603 60 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 128 81 | AMOUNT OF CHECK | | | | 474 79 |

MAIL CODE 2150   AGENCY 62   UNIT 2150   NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER.ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

228602  PAYROLL  A  FOR 7/14/2014 TO 7/20/2014  PAID 7/25/2014  ST5003125

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 30 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | | TYPE | AMOUNT |
| REGULAR | 4000 | | 50360 | FICA | 3752 | 89180 | BENEFIT PLAN | | DEFERRED PAY PLAN | | | GROSS EARNINGS | 1778396 |
| OVERTIME | 510 | | 11544 | FEDERAL WITHHELD | 7559 | 171135 | LIFE INS. | | SURVIVOR BENEFIT | | | | 100 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 2572 | 61244 | RET. DET. | 00 | CREDIT UNION | | | VACATION | 8000 |
| COLA | | | | DETROIT WITHHELD | 1513 | 35965 | BONDS | | | | | COMP. TIME | 1000 |
| | | | | | | 00 | | | | | | PRIOR COMP. TIME | 1000 |
| | | | | HOSPITAL MEDC | 878 | 20857 | | | | | | SICK TIME | 800 |
| | | | | | | | | | | | | RESERVE SICK TIME | 100 |

| TOTAL GROSS | 71904 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 16274 | AMOUNT OF CHECK | 55630 |
|---|---|---|---|---|---|

MAIL CODE 2150    AGENCY 62    UNIT 2150    NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS    PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

228602   PAYROLL   A   FOR 8/18/2014 TO 8/24/2014   PAID 8/29/2014   ST5001678

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER,ENOS | 86 | 228602000 | 35 |

### EARNINGS

| END OF TIME | TIME UNIT | AMOUNT |
|---|---|---|
| REGULAR | 3200 | 48288 |
| OVERTIME | 700 | 15845 |
| SHIFT PREM. | | |
| COLA | | |
| COMP | 800 | 12072 |

### TAXES, DEDUCTIONS AND REIMBURSEMENTS

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 4019 | 105008 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 7747 | 199946 | LIFE INS. | 568 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 2626 | 71561 | RET. DET. | 2414 | CREDIT UNION | 10500 |
| DETROIT WITHHELD | 1544 | 42033 | BONDS | | | |
| HOSPITAL | 11379 | 193752 | 40844 | 2436 | | |
| MEDC | 940 | 24558 | 30012 | 5000 | | |
| 45030 | 1735 | 31230 | | | | |

### YEAR TO DATE

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 2091892 00 |
| VACATION | 8000 00 |
| COMP. TIME PRIOR COMP. TIME | 00 |
| SICK TIME | 800 00 |
| RESERVE SICK TIME | 00 |

| TOTAL GROSS | 76205 |
|---|---|

| TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 50948 |
|---|---|

| AMOUNT OF CHECK | 25257 |
|---|---|

MAIL CODE 2150   AGENCY 62   UNIT 2150

NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

## CITY OF DETROIT
## DIRECT DEPOSIT STUB
## NON-NEGOTIABLE



CITY OF DETROIT
### NOT - NEGOTIABLE
#### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT. SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER.ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION

STATEMENT OF EARNINGS AND DEDUCTIONS

228602 PAYROLL A FOR 9/15/2014 TO 9/21/2014 PAID 9/26/2014 ST5001697

▼ YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 39 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 4000 | | 60360 | FICA | 4691 | 118408 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | GROSS EARNINGS | 2354859 |
| OVERTIME | | | | FEDERAL WITHHELD | 7460 | 224282 | LIFE INS. | 568 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 2702 | 80336 | RET. DET. | 2414 | CREDIT UNION | 10500 | VACATION | 8000 |
| COLA | | | | DETROIT WITHHELD | 1589 | 47194 | | | | | | 00 |
| ADJ | 00 | | 17000 | | | | BONDS | | | | COMP. TIME | 00 |
| | | | | HOSPITAL | 11379 | 216510 | 40844 | 2436 | | | PRIOR COMP. TIME | 00 |
| | | | | MEDC | 957 | 27692 | 30012 | 5000 | | | SICK TIME | 800 |
| | | | | 45030 | 1735 | 34700 | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 77360 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 50871 | AMOUNT OF CHECK | 26489 |
|---|---|---|---|---|---|

MAIL CODE 2150  AGENCY 62  UNIT 2150  NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS  PAYROLL

CITY OF DETROIT
DIRECT DEPOSIT STUB
NON-NEGOTIABLE



CITY OF DETROIT
NOT - NEGOTIABLE
NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER.ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

228602 PAYROLL A FOR 10/20/2014 TO 10/26/2014 PAID 10/31/2014 ST5003067

▼ YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER,ENOS | 86 | 228602000 | 44 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | | TYPE | AMOUNT |
| REGULAR | 40.00 | | 603.60 | FICA | 30.37 | 1335.10 | BENEFIT PLAN | | DEFFERED PAY PLAN | | | GROSS EARNINGS | 26566.59 |
| OVERTIME | | | | FEDERAL WITHHELD | 54.65 | 2514.09 | LIFE INS. | | SURVIVOR BENEFIT | | | | .00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 19.79 | 901.75 | RET. DET. | 24.14 | CREDIT UNION | | | VACATION | 64.00 |
| COLA | | | | DETROIT WITHHELD | 11.64 | 529.81 | BONDS | | | | | | .00 |
| | | | | | | .00 | | | | | | COMP. TIME | .00 |
| | | | | HOSPITAL MEDC | 7.10 | 312.24 | | | | | | PRIOR COMP. TIME | .00 |
| | | | | | | | | | | | | SICK TIME | 16.00 |
| | | | | | | | | | | | | RESERVE SICK TIME | .00 |

| TOTAL GROSS | 603.60 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 147.69 | AMOUNT OF CHECK | 455.91 |
|---|---|---|---|---|---|

MAIL CODE 2150    AGENCY 62    UNIT 2150

NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS    PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER,ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

228602   PAYROLL    A    FOR 11/17/2014 TO 11/23/2014   PAID 11/26/2014    ST5003045

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER,ENOS | 86 | 228602000 | 48 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| END OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 40 00 | | 603 60 | FICA | 30 37 | 1455 75 | BENEFIT PLAN | | DEFERRED PAY PLAN | | GROSS EARNINGS | 28980 99 |
| OVERTIME | | | | FEDERAL WITHHELD | 54 65 | 2730 71 | LIFE INS. | | SURVIVOR BENEFIT | | | 100 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 19 79 | 980 35 | RET. DET. | 24 14 | CREDIT UNION | | VACATION | 5600 00 |
| COLA | | | | DETROIT WITHHELD | 11 64 | 576 04 | BONDS | | | | COMP. TIME | 100 |
| | | | | | | 100 | | | | | PRIOR COMP. TIME | 100 |
| | | | | HOSPITAL MEDC | 7 10 | 340 46 | | | | | SICK TIME | 2400 00 |
| | | | | | | | | | | | RESERVE SICK TIME | 100 |
| TOTAL GROSS | | | 603 60 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | 147 69 | | | AMOUNT OF CHECK | | | 455 91 |

MAIL CODE 2150    AGENCY 62    UNIT 2150    NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS    PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT. SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER,ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS
OPENING INSTRUCTIONS

CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION       STATEMENT OF EARNINGS AND DEDUCTIONS
228602   PAYROLL        A    FOR 12/15/2014 TO 12/21/2014   PAID 12/26/2014    ST5003023

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 52 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| END OF TIME | TIME UNIT | AMOUNT | | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |

| END OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 4000 | | 603 60 | FICA | 36 37 | 1576 40 | BENEFIT PLAN | | DEFFERED PAY PLAN | | GROSS EARNINGS | 31395 39 |
| OVERTIME | | | | FEDERAL WITHHELD | 54 65 | 2947 33 | LIFE INS. | | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 19 79 | 1058 95 | RET. DET. | 24 14 | CREDIT UNION | | VACATION | 4000 00 |
| COLA | | | | DETROIT WITHHELD | 11 64 | 622 27 | BONDS | | | | COMP. TIME | 00 |
| | | | | | | 00 | | | | | PRIOR COMP. TIME | 00 |
| | | | | HOSPITAL MEDC | 7 10 | 368 67 | | | | | SICK TIME | 3200 00 |
| | | | | | | | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 603 60 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 147 69 | AMOUNT OF CHECK | 455 91 |
|---|---|---|---|---|---|

MAIL CODE 2150       AGENCY 62       UNIT 2150       NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

MAIL CODE 2150  AGENCY 62   13-53846-tjt   Doc 10907   Filed 03/23/16   Entered 03/23/16 11:59:06   Page 27 of 37

STATEMENT OF EARNINGS AND DEDUCTIONS
PAID 1/30/2015        ST5001723

▼ YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | | BANK | ACCOUNT | WEEK |
|---|---|---|---|---|
| WALKER, ENOS | | 86 | 228602000 | 05 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| END OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | | TYPE | AMOUNT |
| REGULAR | 32 00 | 482 88 | FICA | 29 82 | 149 39 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | | | GROSS EARNINGS | 3018 00 |
| OVERTIME | | | FEDERAL WITHHELD | 53 04 | 266 14 | LIFE INS. | 5 68 | SURVIVOR BENEFIT | | | | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 19 42 | 97 28 | RET. DET. | 24 14 | CREDIT UNION | 105 00 | | VACATION | 24 00 |
| COLA | | | DETROIT WITHHELD | 11 42 | 57 21 | | | | | | | 00 |
| HOL | 8 00 | 120 72 | HOSPITAL | 122 55 | 358 89 | BONDS | 408 44 | 24 36 | | | COMP. TIME PRIOR COMP. TIME | 00 |
| | | | MEDC | 6 98 | 34 94 | | | | | | | 00 |
| | | | 45030 | 17 35 | 52 05 | | | | | | SICK TIME RESERVE SICK TIME | 16 00 |
| | | | | | | | | | | | | 00 |

| TOTAL GROSS | | 603 60 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 420 16 | AMOUNT OF CHECK | | 183 44 | | |

| MAIL CODE | 2150 | AGENCY | 62 | UNIT | 2150 | NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS | PAYROLL |
|---|---|---|---|---|---|---|---|

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

228602  PAYROLL      A    FOR 2/16/2015 TO 2/22/2015   PAID 2/27/2015   ST5001736

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 09 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 4000 | | 684 21 | FICA | 3483 | 277 87 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | GROSS EARNINGS | 559362 |
| OVERTIME | | | | FEDERAL WITHHELD | 6464 | 4995 51 | LIFE INS. | 568 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 2271 | 1809 8 | RET. DET. | 7526 | CREDIT UNION | 105 00 | VACATION | 00 |
| COLA | | | | DETROIT WITHHELD | 1336 | 1064 4 | | | | | COMP. TIME | 00 |
| | | | | | 12255 | 603 99 | BONDS | 40844 | 2436 | PRIOR COMP. TIME | 00 |
| | | | | HOSPITAL MEDC | 815 | 64 99 | | | | | | 2400 |
| | | | | 45030 | 1967 | 890 7 | | | | | SICK TIME | 00 |
| | | | | | | | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 684 21 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 496 61 | AMOUNT OF CHECK | 187 60 |
|---|---|---|---|---|---|

MAIL CODE 2150    AGENCY 62    UNIT 2150    NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS    PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
# NOT - NEGOTIABLE
## NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

228602   PAYROLL   A   FOR 3/16/2015 TO 3/22/2015   PAID 3/27/2015   ST5001738

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 13 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 4000 | | 68421 | FICA | 3482 | 53164 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | GROSS EARNINGS | 1019022 |
| OVERTIME | | | | FEDERAL WITHHELD | 6464 | 98109 | LIFE INS. | 568 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 2271 | 35030 | RET. DET. | 7526 | CREDIT UNION | 10500 | VACATION | 00 |
| COLA | | | | DETROIT WITHHELD | 1336 | 20604 | | | | | COMP. TIME | 00 |
| | | | | | 12255 | 84909 | BONDS | 40844 | 2436 | | PRIOR COMP. TIME | 00 |
| | | | | HOSPITAL MEDC | 815 | 12434 | | | | | SICK TIME | 3200 |
| | | | | 45030 | 1967 | 12841 | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 68421 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 49660 | AMOUNT OF CHECK | 18761 |
|---|---|---|---|---|---|

MAIL CODE 2150   AGENCY 62   UNIT 2150   NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL



# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE

CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

228602   PAYROLL   A   FOR 4/20/2015 TO 4/26/2015   PAID 5/01/2015   ST5002984

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER,ENOS | 86 | 228602000 | 18 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 16 00 | | 273 68 | FICA | 34 82 | 729 77 | BENEFIT PLAN | | DEFFERED PAY PLAN | | GROSS EARNINGS | 14011 77 |
| OVERTIME | | | | FEDERAL WITHHELD | 64 64 | 1362 39 | LIFE INS. | | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 22 71 | 480 31 | RET. DET. | 75 26 | CREDIT UNION | | VACATION | 16000 00 |
| COLA | | | | DETROIT WITHHELD | 13 36 | 282 52 | BONDS | | | | COMP. TIME | 00 |
| SICK | 24 00 | | 410 53 | | | 00 | | | | | PRIOR COMP. TIME | 00 |
| | | | | HOSPITAL MEDC | 8 14 | 170 67 | | | | | SICK TIME | 1600 00 |
| | | | | | | | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 684 21 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 218 93 | AMOUNT OF CHECK | 465 28 |
|---|---|---|---|---|---|

MAIL CODE 2150    AGENCY 62    UNIT 2150    NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER.ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

228602   PAYROLL   A   FOR 5/18/2015 TO 5/24/2015   PAID 5/29/2015   ST5003070

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 22 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | | TYPE | AMOUNT |
| REGULAR | 4000 | | 68421 | FICA | 3482 | 86824 | BENEFIT PLAN | | DEFFERED PAY PLAN | | | GROSS EARNINGS | 1674861 00 |
| OVERTIME | | | | FEDERAL WITHHELD | 6464 | 161897 | LIFE INS. | | SURVIVOR BENEFIT | | | | |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 2271 | 57059 | RET. DET. | 7526 | CREDIT UNION | | | VACATION | 15200 00 |
| COLA | | | | DETROIT WITHHELD | 1336 | 33563 00 | BONDS | | | | | PRIOR COMP. TIME | |
| | | | | HOSPITAL MEDC | 815 | 20306 | | | | | | COMP. TIME | 00 |
| | | | | | | | | | | | | SICK TIME | 2400 00 |
| | | | | | | | | | | | | RESERVE SICK TIME | 00 |
| TOTAL GROSS | | | 68421 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 21894 | AMOUNT OF CHECK | | | | 46527 |

MAIL CODE 2150    AGENCY 62    UNIT 2150      NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
# NOT - NEGOTIABLE
## NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER.ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

228602  PAYROLL    A   FOR 6/15/2015 TO 6/21/2015   PAID 6/26/2015    ST5003084

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 26 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 2400 | | 41653 | FICA | 3482 | 100671 | BENEFIT PLAN | | DEFFERED PAY PLAN | | GROSS EARNINGS | 1948545 |
| OVERTIME | | | | FEDERAL WITHHELD | 6464 | 187555 | LIFE INS. | | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 2271 | 66087 | RET. DET. | 7526 | CREDIT UNION | | VACATION | 12800 |
| COLA | | | | DETROIT WITHHELD | 1336 | 38874 | | | | | | 00 |
| | | | | | | 00 | BONDS | | | | COMP. TIME PRIOR | 00 |
| VAC | 1600 | | 27368 | HOSPITAL MEDC | 814 | 23544 | | | | | COMP. TIME | 3200 |
| | | | | | | | | | | | SICK TIME | 00 |
| | | | | | | | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 68421 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 21893 | AMOUNT OF CHECK | 46528 |
|---|---|---|---|---|---|

MAIL CODE 2150   AGENCY 62   UNIT 2150

NOT NEGOTIABLE
DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER.ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

▼ YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 31 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 1600 | 273 68 | | FICA | 34 83 | 1181 60 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | GROSS EARNINGS | 2293215 00 |
| OVERTIME | | | | FEDERAL WITHHELD | 64 64 | 2200 62 | LIFE INS. RET. DET. | 5 68 | SURVIVOR BENEFIT | | | |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 22 71 | 774 95 | | 75 26 | CREDIT UNION | 105 00 | VACATION | 10400 00 |
| COLA | | | | DETROIT WITHHELD | 13 36 | 455 85 | | | | | COMP. TIME | 800 |
| SICK | 2400 | 410 53 | | | 122 55 | 1952 04 | BONDS | | | | PRIOR COMP. TIME | 800 |
| | | | | HOSPITAL MEDC | 8 14 | 276 34 | 40844 | 24 36 | | | SICK TIME | 1600 00 |
| | | | | 45030 | 19 67 | 305 44 | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 684 21 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 496 60 | AMOUNT OF CHECK | 187 61 |
|---|---|---|---|---|---|

MAIL CODE 2150   AGENCY 62   UNIT 2150   NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER, ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS
OPENING INSTRUCTIONS

228602   PAYROLL    A    FOR 7/20/2015 TO 7/26/2015    PAID 7/31/2015    ST5001898

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER, ENOS | 86 | 228602000 | 31 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 1600 | 27368 | FICA | 3483 | 118160 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | GROSS EARNINGS | 2293215 |
| OVERTIME | | | FEDERAL WITHHELD | 6464 | 220062 | LIFE INS. | 568 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 2271 | 77495 | RET. DET. | 7526 | CREDIT UNION | 10500 | VACATION | 10400 |
| COLA | | | DETROIT WITHHELD | 1336 | 45585 | | | | | COMP. TIME | 800 |
| SICK | 2400 | 41053 | | 12255 | 195204 | BONDS | 2436 | | | PRIOR COMP. TIME | 800 |
| | | | HOSPITAL | 814 | 27634 | 40844 | | | | SICK TIME | 1600 |
| | | | MEDC 45030 | 1967 | 30544 | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 68421 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 49660 | AMOUNT OF CHECK | 18761 |
|---|---|---|---|---|---|

MAIL CODE 2150    AGENCY 62    UNIT 2150    NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS    PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER.ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS     OPENING INSTRUCTIONS

CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION
STATEMENT OF EARNINGS AND DEDUCTIONS

228602 PAYROLL A FOR 9/14/2015 TO 9/20/2015 PAID 9/25/2015 ST5001902

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| WALKER,ENOS | 86 | 228602000 | 39 |

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 40 00 | | 684 21 | FICA | 34 82 | 1471 28 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | GROSS EARNINGS | 28598 26 |
| OVERTIME | | | | FEDERAL WITHHELD | 64 64 | 2744 61 | LIFE INS. | 5 68 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 22 71 | 964 24 | RET. DET. | 75 26 | CREDIT UNION | 105 00 | VACATION | 88 00 |
| COLA | | | | DETROIT WITHHELD | 13 36 | 567 20 | | | | | COMP. TIME | 8 00 |
| | | | | | 122 55 | 2442 24 | BONDS | 24 36 | | | PRIOR COMP. TIME | 8 00 |
| | | | | MEDC | 8 14 | 344 09 | 40844 | | | | SICK TIME | 32 00 |
| | | | | 45030 | 19 67 | 384 12 | | | | | RESERVE SICK TIME | 00 |

| TOTAL GROSS | 684 21 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | 496 59 | AMOUNT OF CHECK | 187 62 |
|---|---|---|---|---|---|

MAIL CODE 2150 AGENCY 62 UNIT 2150

NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS PAYROLL

# CITY OF DETROIT
# DIRECT DEPOSIT STUB
# NON-NEGOTIABLE



CITY OF DETROIT
## NOT - NEGOTIABLE
### NON-NEGOTIABLE

CITY OF DETROIT
FINANCE DEPARTMENT, SUITE 120
COLEMAN A. YOUNG MUNICIPAL CENTER
DETROIT MI 48226

WALKER,ENOS
3717 CHATSWORTH
DETROIT MI 48224

OPENING INSTRUCTIONS

OPENING INSTRUCTIONS

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE: *City of Detroit*

CASE NO: _13-53846_
CHAPTER: _9_

**Debtor.**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on _3/23/16_ (date of mailing), I served copies as follows:

1. Document(s) served:

*Response to: Debtor's twentieth omnibus objection to certain claims*

2. Served upon [name and address of each person served]:

*Marc N. Swanson
Miller Canfield, Paddock and Stone, PLC
150 West Jefferson, Suite 2500
Detroit, MI 48226*

3. By First Class Mail.

Dated: _3/23/16_

_Enos P. C___
(Signature)

Print Name: _Enos Philip Walker_