MICHAEL COOPER
CITY OF DET-EMPLOYEE MPD
1045 E WOODWARD HTS APT 305
HAZEL PARK - MI 48030
CLAIM #'S 1891, 1979

FILED (I)
2016 MAR 23 P 12:48
BANKRUPTCY COURT
MICHIGAN-DETROIT

To
CLERK OF THE COURT
UNITED STATES BANKRUPTCY COURT

RESPONSE

THIS LETTER IS TO INFORM YOU THAT I DO NOT WISH TO HAVE MY CASE, INDICATED BY THE ABOVE STATED CLAIM NUMBERS, ELIMINATED OR CHANGED. FURTHER, I DO NOT WISH THE COURT TO GRANT RELEIF REQUESTED IN THE THIRTY-SECOND OMNIBUS OBJECTION.

BANKRUPTCY CASE NO 13-53846

THANK YOU
Michael Cooper

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CITY OF DETROIT

Debtor.
_____/

CASE NO: 13-53846
CHAPTER: 9

## CERTIFICATE OF SERVICE

I hereby certify that on 3-23-16 (date of mailing) served copies as follows:

1. Document(s) served:

   RESPONSE TO THIRTY-SECOND OMNIBUS OBJECTION

2. Served upon [name and address of each person served]:

   MARC N SWANSON
   MILLER, CANFIELD, PADDOCK AND MILLER PLC
   150 WEST JEFFERSON SUITE 2500
   DETROIT MI 48226

3. By First Class Mail.

Dated: 3-23-16

(Signature) Michael Cooper

Print Name: Michael Cooper