March 23 2016

Dear Bankruptcy Court Clerk
RESPONCE TO: Twenty Ninth Omnibus objection
I DO NOT WANT MY CASE CLOSED

Doc # ~~[scribbled out]~~

CASE # 13-53846

THANK YOU
Denise Williams
DENISE WILLIAMS
910 SEWARD APT 310
DETROIT MI 48202

FILED (I)
016 MAR 23 P 12: 53
BANKRUPTCY COURT
MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit

Debtor.

CASE NO: 13-53846
CHAPTER: 9

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2016 (date of mailing), I served copies as follows:

1. Document(s) served:

   Response to 104th Omnibus Objection

2. Served upon [name and address of each person served]:

   Marc N. Swanson
   Miller, Canfield Paddock & Stone PLC
   150 W Jefferson Det MI 48226

3. By First Class Mail.

Dated: March 23, 2016

(Signature)

Print Name: _____

FILED
016 MAR 23 P 12:53
BANKRUPTCY COURT
MICHIGAN-DETROIT

13-53846-tjt    Doc 10909    Filed 03/23/16    Entered 03/23/16 12:57:36    Page 2 of 2