UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:
Antonio Ratliff
Claimant. Response

Bankruptcy Case No. 13-53846
Honorable Thomas J. Tucker
Chapter 9

This letter is in response to the City of Detroit objection to my claim, during Bankruptcy I recieved numerous paycuts, lost benifits, lost job titles, at times could not provide for my family, after bankruptcy I lost my ~~andhom~~ and also lost my job after 14 years of service to the city.

*[signature]* 3/23/16

FILED (I)
2016 MAR 23 P 1:27
BANKRUPTCY COURT
MICHIGAN-DETROIT

13-53846-tjt    Doc 10910    Filed 03/23/16    Entered 03/23/16 13:34:05    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: CITY OF DETROIT

CASE NO: 13-53846
CHAPTER: 9

Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on 3/23/16 (date of mailing), I served copies as follows:

1. Document(s) served:
   RESPONSE TO DEBTORS TWENTY-EIGHTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

2. Served upon [name and address of each person served]:
   MARC N. SWANSON MILLER CANFIELD, PADDOCK AND STONE PLC
   150 WEST JEFFERSON, SUITE 2500
   DETROIT, MI 48226

3. By First Class Mail.

Dated: 3-23-16

(Signature)

Print Name: Antonio Ratliff