UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

CITY OF DETROIT, MICHIGAN,         Chapter 9
       Case No. 13-53846-MAR
    Debtor.        Honorable Mark A. Randon
_____/

# REQUEST TO BE REMOVED FROM
# RECEIVING ELECTRONIC FILINGS IN A CASE

Please remove attorney Elias T. Majoros, whose e-mail address is emajoros@glmpc.com, from the electronic service list that provides for receipt of electronic filings in the above captioned case.

       Respectfully Submitted,

       GOLD, LANGE & MAJOROS, P.C.

Dated: March 23, 2016      /s/ Elias T. Majoros
       Attorney for U.S. Health & Life Insurance
           Company
       24901 Northwestern Highway, Suite 444
       Southfield, MI 48075
       (248) 350-8220
       emajoros@glmpc.com
       (P41040)

c:\users\hannah.glm\desktop\work folder\(city of detroit chapter 9) request to be removed from ecf noticing.dal.docx