UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Honorable Thomas J. Tucker<br><br>Chapter 9 |

**STIPULATION FOR ADJOURNMENT OF RESPONSE DATE AND HEARING ON DEBTOR'S OBJECTION TO CLAIM NO. 2780 FILED BY THOMAS NUNLEY**

Thomas Nunley, the holder of Claim Number 2780, and the City of Detroit, Michigan ("City"), by and through, their undersigned counsel, hereby stipulate to the entry of the Order attached as Exhibit 1, and respectfully request that the Court reschedule the hearing on the City's Fifteenth Omnibus Objection to Certain No-Basis Claims (Dkt. No. 9739) as to Claim Number 2780 so that the parties may continue to negotiate the City's proposed settlement on Claim Number 2780, as listed on Exhibit 1 hereto or as soon thereafter as the Court may determine and grant such other relief as is proper and just.

Dated: March 23, 2016

| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br><br>By: /s/ Marc N. Swanson<br>Jonathan S. Green (P33140)<br>Marc N. Swanson (P71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Facsimile: (313) 496-8451<br>swansonm@millercanfield.com<br><br>*Counsel to the City of Detroit, Michigan* | WHEELOCK P.C.<br><br>By:/s/ Joshua Wheelock (w/consent)<br>Joshua Wheelock (P76512)<br>16400 N. Park Drive, Ste. 112<br>Southfield, MI 48075<br>Phone: 248.996.8127<br>jwheelock@wheelocklegal.com<br>*Counsel to Thomas Nunley* |
|---|---|

26321860.1\022765-00213

EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER ADJOURNING HEARING ON DEBTOR'S OBJECTION TO CLAIM NUMBER 2780 FILED BY THOMAS NUNLEY**

Upon the Stipulation of the City of Detroit (the "City") and Thomas Nunley, the holder of Claim Number 2780, for entry of an order adjourning the hearing on the City's Fifteenth Omnibus Objection to Certain No-Basis Claims (Docket # 9739) as to Claim Number 2780 only (the "Objection"); and the Court being fully advised in the premises;

IT IS ORDERED that the hearing on the Objection as to Claim Number 2780 only, scheduled to be held on March 30, 2016 at 1:30 p.m. is adjourned to **April 27, 2016 at 11:00 a.m.**

- 1 -