# United States Bankruptcy Court

<u>Eastern</u> District of <u>Michigan Southern Division</u>

In re <u>City of Detroit,</u>
Debtor

Case No. 13-53846

Chapter 9

Creditor's Response to Debtors' Twenty-Ninth Omnibus Objection to Certain Claims.

Creditor, Harriet A. Cook, object to Debtor, City of Detroit's Objection to allow the claims, specifically, Harriet Cook as follows

1. Claim # 1852 $1,800
2. Claim # 1853 $30,000

## Background

City of Detroit is well aware of these claims whereas, they are part of the City's Establish Annuity, and has in its possession sufficient documentation.

## Relief

This Honorable Court to deny the City of Detroit's objection and allow these claims

Harriet A. Cook

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846
CHAPTER: _____

City of Detroit, Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2016 (date of mailing), I served copies as follows:

1. Document(s) served: Response to Debtor's Twenty-Ninth Omnibus Objection to Certain Claims. Harriet Cook, individually

2. Served upon [name and address of each person served]:
   Marc N. Swanson (P71149)
   150 W. Jefferson, Ste 2500
   Detroit, MI 48226

3. By First Class Mail.

Dated: 3/23/16

(Signature) Harriet A. Cook

Print Name: Harriet A. Cook

FILED (I)
2016 MAR 23 P 3:57
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT