# United States Bankruptcy Court
## Eastern District of Michigan

In re City of Detroit, Michigan
      Debtor

Case No. 13-53846

Chapter 9

## Response to Debtor's Thirtieth Omnibus Objection to Claims

Claim # 3482

My claim should not be modified, disallowed or expunged because my claim represents compensation withheld and/or reduced for employment services provided.

Employment services provided by myself were not reduced or withheld and therefore compensation for such services should not be reduced or withheld.

My claim # 3482 should be therefore recognized, honored and paid.

Supporting documentation - pay stubs provided.

Joseph Fields

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: Debtor's Thirtieth Omnibus Objection to Claims - #3482

CASE NO: 13-53846
CHAPTER: 9

Debtor.
City of Detroit, Michigan

FILED
16 MAR 23 PM 3:52
BANKRUPTCY COURT
MICHIGAN-DETROIT

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2016 (date of mailing) I served copies as follows:

1. Document(s) served: Response to Debtor's Thirtieth Ombibus Objection to Claims

2. Served upon [name and address of each person served]:

   Marc N. Swanson
   Miller, Canfield, Paddock and Stone, PLC
   150 West Jefferson, Suite 2500
   Detroit, Michigan 48226

3. By First Class Mail.

Dated: March 23, 2016

(Signature)
Print Name: Joseph Fields