## Pay Period 1: 10/01/2012 to 10/07/2012

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**

293265 PAYROLL A — FOR 10/01/2012 to 10/07/2012 — PAID 10/12/2012 — ST5001911

Employee Name: FIELDS, JOSEPH W | Bank: 07 | Account: 929734960 | Week: 41

### Earnings

| Kind of Time | Time | Unit | Amount |
|---|---|---|---|
| REGULAR | 4000 | | 46360 |
| OVERTIME | | | |
| SHIFT PREM. | | | |
| COLA | | | |
| **TOTAL GROSS** | | | **46360** |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 1716 | 85924 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 3621 | 192528 | LIFE INS. | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1476 | 76648 | RET. DET. | 3245 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 993 | 49963 | BONDS | | | |
| HOSPITAL | 4902 | 4902 | 1600N | 599 | | |
| MEDC | 592 | 29664 | 4005A | 00 | | |
| 45030 | 1332 | 27900 | 40842 | 5016 | | |
| | | | 30012 | 1000 | | |

Total Taxes, Deductions and Reimbursements: 35398
Amount of Check: 10962

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 2115040 |
| | 00 |
| VACATION | 1000 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| SICK TIME | 1600 |
| RESERVE SICK TIME | 3600 |

MAIL CODE 2150 | AGENCY 62 | UNIT 2150
NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

---

## Pay Period 2: 10/08/2012 to 10/14/2012

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**

293265 PAYROLL A — FOR 10/08/2012 to 10/14/2012 — PAID 10/19/2012 — ST5003744

Employee Name: FIELDS, JOSEPH W | Bank: 07 | Account: 929734960 | Week: 42

### Earnings

| Kind of Time | Time | Unit | Amount |
|---|---|---|---|
| REGULAR | 4000 | | 46360 |
| OVERTIME | 2760 | | 47983 |
| SHIFT PREM. | | | |
| COLA | | | |
| **TOTAL GROSS** | | | **94343** |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 3963 | 89887 | BENEFIT PLAN | | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 13166 | 205694 | LIFE INS. | | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 3803 | 80451 | RET. DET. | 6604 | CREDIT UNION | |
| DETROIT WITHHELD | 2330 | 52293 | BONDS | | | |
| HOSPITAL | | 00 | | | | |
| MEDC | 1368 | 31032 | | | | |

Total Taxes, Deductions and Reimbursements: 31234
Amount of Check: 63109

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 2209383 |
| | 00 |
| VACATION | 800 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| SICK TIME | 1600 |
| RESERVE SICK TIME | 3600 |

MAIL CODE 2150 | AGENCY 62 | UNIT 2150
NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

---

## Pay Period 3: 10/15/2012 to 10/21/2012

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**

293265 PAYROLL A — FOR 10/15/2012 to 10/21/2012 — PAID 10/26/2012 — ST5001900

Employee Name: FIELDS, JOSEPH W | Bank: 07 | Account: 929734960 | Week: 43

### Earnings

| Kind of Time | Time | Unit | Amount |
|---|---|---|---|
| REGULAR | 4000 | | 46360 |
| OVERTIME | 740 | | 12865 |
| SHIFT PREM. | | | |
| COLA | | | |
| **TOTAL GROSS** | | | **59225** |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 2281 | 92168 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 5641 | 211335 | LIFE INS. | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 2062 | 82513 | RET. DET. | 4146 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 1329 | 53622 | BONDS | | | |
| HOSPITAL | 4902 | 9804 | 40842 | 5016 | | |
| MEDC | 788 | 31820 | 30012 | 1000 | | |
| 45030 | 1332 | 29232 | | | | |

Total Taxes, Deductions and Reimbursements: 39403
Amount of Check: 19822

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 2268608 |
| | 00 |
| VACATION | 800 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| SICK TIME | 1600 |
| RESERVE SICK TIME | 3600 |

MAIL CODE 2150 | AGENCY 62 | UNIT 2150
NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

## Statement 1

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265 PAYROLL A FOR 10/22/2012 to 10/28/2012 PAID 11/02/2012 ST5003709

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| FIELDS, JOSEPH W | 07 | 929734960 | 44 |

| EARNINGS | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 4000 | 41720 | FICA | 1898 | 94066 | BENEFIT PLAN | | DEFFERED PAY PLAN | | GROSS EARNINGS | 2314396 |
| OVERTIME | 460 | 4068 | FEDERAL WITHHELD | 4271 | 215606 | LIFE INS. | | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 1665 | 84178 | RET. DET. | 3205 | CREDIT UNION | | VACATION | 800 |
| COLA | | | DETROIT WITHHELD | 1101 | 54723 | BONDS | | | | COMP. TIME | 800 |
| | | | HOSPITAL | | 00 | | | | | PRIOR COMP. TIME | 800 |
| | | | MEDC | 655 | 32475 | | | | | SICK TIME | 1600 |
| | | | | | | | | | | RESERVE SICK TIME | 3600 |
| TOTAL GROSS | | 45788 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 12795 | AMOUNT OF CHECK | | | 32993 |

MAIL CODE 2150 AGENCY 62 UNIT 2150 — NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

---

## Statement 2

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265 PAYROLL A FOR 10/29/2012 to 11/04/2012 PAID 11/09/2012 ST5001883

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| FIELDS, JOSEPH W | 07 | 929734960 | 45 |

| EARNINGS | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 4000 | 41720 | FICA | 3195 | 97261 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | GROSS EARNINGS | 2395978 |
| OVERTIME | 2220 | 39217 | FEDERAL WITHHELD | 8904 | 224510 | LIFE INS. | 806 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | 860 | 645 | MICHIGAN WITHHELD | 3008 | 87186 | RET. DET. | 5711 | CREDIT UNION | 10060 | VACATION | 800 |
| COLA | | | DETROIT WITHHELD | 1873 | 56596 | BONDS | | | | COMP. TIME | 800 |
| | | | HOSPITAL | 4902 | 14706 | 1600N | 599 | | | PRIOR COMP. TIME | 800 |
| | | | MEDC | 1103 | 33578 | 4005A | 00 | | | SICK TIME | 2400 |
| | | | | 45030 | 1199 | 30431 | 40842 | 5016 | | RESERVE SICK TIME | 3600 |
| | | | | | | 30012 | 1000 | | | | |
| TOTAL GROSS | | 81582 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 47416 | AMOUNT OF CHECK | | | 34166 |

MAIL CODE 2150 AGENCY 62 UNIT 2150 — NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

---

## Statement 3

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265 PAYROLL A FOR 11/05/2012 to 11/11/2012 PAID 11/16/2012 ST5003721

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| FIELDS, JOSEPH W | 07 | 929734960 | 46 |

| EARNINGS | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 4000 | 41720 | FICA | 2016 | 99277 | BENEFIT PLAN | | DEFFERED PAY PLAN | | GROSS EARNINGS | 2443956 |
| OVERTIME | 400 | 6258 | FEDERAL WITHHELD | 4689 | 229199 | LIFE INS. | | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 1786 | 88972 | RET. DET. | 3368 | CREDIT UNION | | VACATION | 800 |
| COLA | | | DETROIT WITHHELD | 1171 | 57767 | BONDS | | | | COMP. TIME | 800 |
| | | | HOSPITAL | | 00 | | | | | PRIOR COMP. TIME | 800 |
| | | | MEDC | 696 | 34274 | | | | | SICK TIME | 2400 |
| | | | | | | | | | | RESERVE SICK TIME | 3600 |
| TOTAL GROSS | | 47978 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 13716 | AMOUNT OF CHECK | | | 34262 |

MAIL CODE 2150 AGENCY 62 UNIT 2150 — NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

## Statement of Earnings and Deductions — 11/21/2012 (ST5001902)

CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION
293265 PAYROLL A FOR 11/12/2012 TO 11/18/2012 PAID 11/21/2012 ST5001902
YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: FIELDS, JOSEPH W
BANK: 07  ACCOUNT: 929734960  WEEK: 47

| Earnings | | | Taxes, Deductions and Reimbursements | | | | | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| | | | | | | | | | | GROSS EARNINGS | 2520356 |
| REGULAR | 3200 | 33376 | FICA | 3002 | 102279 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | | 100 |
| OVERTIME | 1150 | 17992 | FEDERAL WITHHELD | 5855 | 235054 | LIFE INS. | 806 | SURVIVOR BENEFIT | | VACATION | 800 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 2809 | 59526 | RET. DET. | 5348 | CREDIT UNION | 10060 | COMP. TIME | 800 |
| COLA | | | DETROIT WITHHELD | 1759 | 19608 | BONDS | 40842 | | 5016 | PRIOR COMP. TIME | 800 |
| | | | | 4902 | 35311 | | 30012 | | 1000 | SICK TIME | 1600 |
| ADJ | 1600 | 16688 | HOSPITAL MEDC | 1037 | 31630 | | | | | RESERVE SICK TIME | 3600 |
| HOL | 800 | 8344 | 45030 | 1199 | | | | | | | |
| TOTAL GROSS | | 76400 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | 42833 | AMOUNT OF CHECK | 33567 |

MAIL CODE 2150  AGENCY 62  UNIT 2150
NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

---

## Statement of Earnings and Deductions — 11/30/2012 (ST5003717)

CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION
293265 PAYROLL A FOR 11/19/2012 TO 11/25/2012 PAID 11/30/2012 ST5003717

EMPLOYEE NAME: FIELDS, JOSEPH W
BANK: 07  ACCOUNT: 929734960  WEEK: 48

| Earnings | | | Taxes, Deductions and Reimbursements | | | | | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| | | | | | | | | | | GROSS EARNINGS | 2573810 |
| REGULAR | 2400 | 25032 | FICA | 2246 | 104525 | BENEFIT PLAN | | DEFFERED PAY PLAN | | | 100 |
| OVERTIME | 750 | 11734 | FEDERAL WITHHELD | 5510 | 240564 | LIFE INS. | | SURVIVOR BENEFIT | | VACATION | 800 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 2024 | 93805 | RET. DET. | 3742 | CREDIT UNION | | COMP. TIME | 800 |
| COLA | | | DETROIT WITHHELD | 1308 | 60834 | BONDS | | | | PRIOR COMP. TIME | 800 |
| HOL | 1600 | 16688 | HOSPITAL | | 00 | | | | | SICK TIME | 1600 |
| | | | MEDC | 775 | 36086 | | | | | RESERVE SICK TIME | 3600 |
| TOTAL GROSS | | 53454 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | 15605 | AMOUNT OF CHECK | 37849 |

MAIL CODE 2150  AGENCY 62  UNIT 2150
NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

---

## Statement of Earnings and Deductions — 12/07/2012 (ST5001863)

CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION
293265 PAYROLL A FOR 11/26/2012 TO 12/02/2012 PAID 12/07/2012 ST5001863

EMPLOYEE NAME: FIELDS, JOSEPH W
BANK: 07  ACCOUNT: 929734960  WEEK: 49

| Earnings | | | Taxes, Deductions and Reimbursements | | | | | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| | | | | | | | | | | GROSS EARNINGS | 2635243 |
| REGULAR | 4000 | 41720 | FICA | 2374 | 106899 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | | | 100 |
| OVERTIME | 1260 | 19713 | FEDERAL WITHHELD | 5972 | 246536 | LIFE INS. | 806 | SURVIVOR BENEFIT | | VACATION | 800 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 2158 | 95963 | RET. DET. | 4300 | CREDIT UNION | 10060 | COMP. TIME | 800 |
| COLA | | | DETROIT WITHHELD | 1384 | 62218 | BONDS | | | | PRIOR COMP. TIME | 800 |
| | | | HOSPITAL | 4902 | 24510 | 4005A | 00 | | 5016 | SICK TIME | 2400 |
| | | | MEDC | 820 | 36906 | 40842 | | | 1000 | RESERVE SICK TIME | 3600 |
| | | | 45030 | 1199 | 32829 | 30012 | | | | | |
| TOTAL | | 61433 | TOTAL TAXES, DEDUCTIONS | | | | | | 40031 | AMOUNT OF CHECK | 21402 |

13-53846-tjt   Doc 10920-1   Filed 03/23/16   Entered 03/23/16 16:27:01   Page 3 of 5

## Week 49 (Pay stub)

**FIELDS, JOSEPH W** — BANK 86 — ACCOUNT 274650000 — WEEK 49

| KIND OF TIME | TIME/UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT | YEAR TO DATE TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 2400 | 25032 | FICA | 6047 | 165614 | BENEFIT PLAN | 140 | DEFERRED PAY PLAN | | | | GROSS EARNINGS | 2875090 |
| OVERTIME | 3870 | 60546 | FEDERAL WITHHELD | 13630 | 272345 | LIFE INS. | 806 | SURVIVOR BENEFIT | | | | | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 3933 | 101032 | RET. DET. | 7194 | CREDIT UNION | 10060 | | | VACATION | 800 |
| COLA | | | DETROIT WITHHELD | 2410 | 65368 | | | | | | | COMP TIME | 1600 |
| HOL | 1600 | 16688 | HOSPITAL | 4638 | 83484 | BONDS 16000 | 599 | | | | | PRIOR COMP TIME | 1600 |
| PREM | 1360 | 510 | MEDC | 1414 | 38732 | 40842 | 5262 | | | | | SICK TIME | 2400 |
| | | | | 45030 | 1199 | 299975 | 30012 | 11800 | | | | RESERVE SICK TIME | 3600 |

TOTAL GROSS: 102776
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 69032
AMOUNT OF CHECK: 33744
MAIL CODE 2150 — AGENCY 62

---

## Week 50

CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION
293265 PAYROLL A FOR 12/02/2013 to 12/08/2013 PAID 12/13/2013 ST5003374

**FIELDS, JOSEPH W** — BANK 86 — ACCOUNT 274650000 — WEEK 50

| KIND OF TIME | TIME/UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | YEAR TO DATE TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 4000 | 41720 | FICA | 2697 | 168311 | BENEFIT PLAN | | DEFERRED PAY PLAN | | GROSS EARNINGS | 2923224 |
| OVERTIME | 410 | 6414 | FEDERAL WITHHELD | 3909 | 276254 | LIFE INS. | | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 1583 | 102615 | RET. DET. | 3369 | CREDIT UNION | | VACATION | 800 |
| COLA | | | DETROIT WITHHELD | 1059 | 66427 | | | | | COMP TIME | 1600 |
| | | | | | 00 | BONDS | | | | PRIOR COMP TIME | 1600 |
| | | | HOSPITAL MEDC | 631 | 39363 | | | | | SICK TIME | 2400 |
| | | | | | | | | | | RESERVE SICK TIME | 3600 |

TOTAL GROSS: 48134
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 13248
AMOUNT OF CHECK: 34886
MAIL CODE 2150 — AGENCY 62 — UNIT 2150
NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

---

## Week 51

CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION
293265 PAYROLL A FOR 12/09/2013 to 12/15/2013 PAID 12/20/2013 ST5001726

**FIELDS, JOSEPH W** — BANK 86 — ACCOUNT 274650000 — WEEK 51

| KIND OF TIME | TIME/UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | YEAR TO DATE TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 800 | 8344 | FICA | 2299 | 170610 | BENEFIT PLAN | 140 | DEFERRED PAY PLAN | | GROSS EARNINGS | 2964944 |
| OVERTIME | | | FEDERAL WITHHELD | 2947 | 279201 | LIFE INS. | 806 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 1304 | 103919 | RET. DET. | 2920 | CREDIT UNION | 10060 | VACATION | 800 |
| COLA | | | DETROIT WITHHELD | 898 | 67325 | | | | | COMP TIME | 1600 |
| SICK | 3400 | 33376 | HOSPITAL | 4638 | 88122 | BONDS 40842 | 5262 | | | PRIOR COMP TIME | 1600 |
| | | | MEDC | 538 | 39901 | 40844 | 3444 | | | SICK TIME | 00 |
| | | | | 45030 | 1199 | 31174 | 30012 | 00 | | RESERVE SICK TIME | 2800 |

TOTAL GROSS: 41720
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 36355
AMOUNT OF CHECK: 5365
MAIL CODE 2150 — AGENCY 62 — UNIT 2150
NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

## Pay Stub 1

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**

293265  PAYROLL A  FOR 12/03/2012 TO 12/09/2012  PAID 12/14/2012  ST5003663

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| FIELDS, JOSEPH W | 07 | 929734960 | 50 |

### EARNINGS

| KIND OF TIME | TIME UNIT | AMOUNT |
|---|---|---|
| REGULAR | 4000 | 41720 |
| OVERTIME | 1150 | 17992 |
| SHIFT PREM. | | |
| COLA | | |

**TOTAL GROSS: 59712**

### TAXES, DEDUCTIONS AND REIMBURSEMENTS

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 2508 | 109407 | BENEFIT PLAN | | DEFFERED PAY PLAN | |
| FEDERAL WITHHELD | 6449 | 252985 | LIFE INS. | | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 2296 | 98259 | RET. DET. | 4180 | CREDIT UNION | |
| DETROIT WITHHELD | 1464 | 63682 | BONDS | | | |
| HOSPITAL | | 00 | | | | |
| MEDC | 865 | 37771 | | | | |

**TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 17762**

### YEAR TO DATE

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 2694955 |
| | 100 |
| VACATION | 800 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| SICK TIME | 2400 |
| RESERVE SICK TIME | 3600 |

**AMOUNT OF CHECK: 41950**

MAIL CODE: 2150   AGENCY: 62   UNIT: 2150

NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

---

## Pay Stub 2

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**

293265  PAYROLL A  FOR 12/10/2012 TO 12/16/2012  PAID 12/21/2012  ST5001854

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| FIELDS, JOSEPH W | 07 | 929734960 | 51 |

### EARNINGS

| KIND OF TIME | TIME UNIT | AMOUNT |
|---|---|---|
| REGULAR | 3200 | 33376 |
| OVERTIME | | |
| SHIFT PREM. | | |
| COLA | | |
| VAC | 800 | 8344 |

**TOTAL GROSS: 41720**

### TAXES, DEDUCTIONS AND REIMBURSEMENTS

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 1546 | 110953 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | |
| FEDERAL WITHHELD | 3015 | 256000 | LIFE INS. | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1300 | 99559 | RET. DET. | 2920 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 892 | 64574 | BONDS | | | |
| HOSPITAL | 4902 | 29412 | 40842 | 5016 | | |
| MEDC | 534 | 38305 | 30012 | 1000 | | |
| 45030 | 1199 | 34028 | | | | |

**TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 33230**

### YEAR TO DATE

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 2736675 |
| | 100 |
| VACATION | 100 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| SICK TIME | 2400 |
| RESERVE SICK TIME | 3600 |

**AMOUNT OF CHECK: 8490**

MAIL CODE: 2150   AGENCY: 62   UNIT: 2150

NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

---

## Pay Stub 3

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**

293265  PAYROLL A  FOR 12/17/2012 TO 12/23/2012  PAID 12/28/2012  ST5003652

| EMPLOYEE NAME | BANK | ACCOUNT | WEEK |
|---|---|---|---|
| FIELDS, JOSEPH W | 07 | 929734960 | 52 |

### EARNINGS

| KIND OF TIME | TIME UNIT | AMOUNT |
|---|---|---|
| REGULAR | 3200 | 33376 |
| OVERTIME | | |
| SHIFT PREM. | | |
| COLA | | |
| SICK | 800 | 8344 |

### TAXES, DEDUCTIONS AND REIMBURSEMENTS

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 1752 | 112705 | BENEFIT PLAN | | DEFFERED PAY PLAN | |
| FEDERAL WITHHELD | 3750 | 259750 | LIFE INS. | | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1514 | 101073 | RET. DET. | 2920 | CREDIT UNION | |
| DETROIT WITHHELD | 1014 | 65588 | BONDS | | | |
| HOSPITAL | | 00 | | | | |
| MEDC | 605 | 38910 | | | | |

### YEAR TO DATE

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 2778395 |
| | 100 |
| VACATION | 100 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| RESERVE SICK TIME | 3600 |

13-53846-tjt   Doc 10920-1   Filed 03/23/16   Entered 03/23/16 16:27:01   Page 5 of 6

**TOTAL GROSS: 41720**