## Pay Stub 1

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**

293265 PAYROLL A  FOR 12/24/2012 TO 12/30/2012  PAID 1/04/2013  ST5001856

Employee Name: FIELDS, JOSEPH W
Bank: 07  Account: 929734960  Week: 01

### Earnings

| Kind of Time | Time Units | Amount |
|---|---|---|
| REGULAR | 2400 | 25032 |
| OVERTIME | | |
| SHIFT PREM. | | |
| COLA | | |
| HOL | 1600 | 16688 |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 2283 | 2283 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 2943 | 2943 | LIFE INS. | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1292 | 1292 | RET. DET. | 2920 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 892 | 892 | BONDS | | | |
| HOSPITAL | 4902 | 4902 | 4005A | 00 | | |
| MEDC | 534 | 534 | 40842 | 5016 | | |
| 45030 | 1199 | 1199 | 30012 | 1000 | | |

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 41720 |
| | 100 |
| | 100 |
| VACATION | 800 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 2400 |
| SICK TIME | 3600 |
| RESERVE SICK TIME | |

TOTAL GROSS: 41720
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 33887
AMOUNT OF CHECK: 7833
MAIL CODE: 2150  AGENCY: 62  UNIT: 2150
NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS  PAYROLL

---

## Pay Stub 2

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**

293265 PAYROLL A  FOR 12/31/2012 TO 1/06/2013  PAID 1/11/2013  ST5003617

Employee Name: FIELDS, JOSEPH W
Bank: 07  Account: 929734960  Week: 02

### Earnings

| Kind of Time | Time Units | Amount |
|---|---|---|
| REGULAR | 2400 | 25032 |
| OVERTIME | | |
| SHIFT PREM. | | |
| COLA | | |
| HOL | 1600 | 16688 |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount |
|---|---|---|---|---|
| FICA | 2586 | 4869 | BENEFIT PLAN | |
| FEDERAL WITHHELD | 3678 | 6621 | LIFE INS. | |
| MICHIGAN WITHHELD | 1505 | 2797 | RET. DET. | 2920 |
| DETROIT WITHHELD | 1014 | 1906 | BONDS | |
| HOSPITAL | | 00 | | |
| MEDC | 605 | 1139 | | |

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 83440 |
| | 100 |
| | 100 |
| VACATION | 800 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 2400 |
| SICK TIME | 3600 |
| RESERVE SICK TIME | |

TOTAL GROSS: 41720
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 12308
AMOUNT OF CHECK: 29412
MAIL CODE: 2150  AGENCY: 62  UNIT: 2150
NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS  PAYROLL

---

## Pay Stub 3

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**

293265 PAYROLL A  FOR 1/07/2013 TO 1/13/2013  PAID 1/18/2013  ST5001839

Employee Name: FIELDS, JOSEPH W
Bank: 07  Account: 929734960  Week: 03

### Earnings

| Kind of Time | Time Units | Amount |
|---|---|---|
| REGULAR | 4000 | 41720 |
| OVERTIME | | |
| SHIFT PREM. | | |
| COLA | | |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 2258 | 7127 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 2881 | 9502 | LIFE INS. | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1274 | 4071 | RET. DET. | 2920 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 881 | 2787 | BONDS | | | |
| HOSPITAL | 5311 | 10213 | 40842 | 5016 | | |
| MEDC | | | 30012 | 1000 | | |
| 45030 | 1199 | 2398 | | | | |

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 125160 |
| | 100 |
| VACATION | 800 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| SICK TIME | 2400 |

13-53846-tjt  Doc 10050-2  Filed 03/14/16  Entered 03/14/16 16:27:01  Page 1 of 6

## Pay Stub 1

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265 PAYROLL A FOR 1/14/2013 to 1/20/2013 PAID 1/25/2013 ST5003620

EMPLOYEE NAME: FIELDS, JOSEPH W | BANK 07 | ACCOUNT 929734960 | WEEK 04

### Earnings

| KIND OF TIME | TIME UNIT | AMOUNT |
|---|---|---|
| REGULAR | 3700 | 33376 |
| OVERTIME | 400 | 6258 |
| SHIFT PREM. | | |
| COLA | | |
| SICK | 800 | 8344 |
| S. OT | 800 | 8344 |

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 3492 | 10619 | BENEFIT PLAN | | DEFFERED PAY PLAN | |
| FEDERAL WITHHELD | 5833 | 15335 | LIFE INS. | | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 2141 | 6212 | RET. DET. | 3943 | CREDIT UNION | |
| DETROIT WITHHELD | 1379 | 4166 | BONDS | | | |
| HOSPITAL | | 00 | | | | |
| MEDC | 816 | 2483 | | | | |

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 181482 |
| | 100 |
| VACATION | 100 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| SICK TIME | 1600 |
| RESERVE SICK TIME | 3600 |

TOTAL GROSS: 56322 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 17604 | AMOUNT OF CHECK: 38718

MAIL CODE 2150 | AGENCY 62 | UNIT 2150 | NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

---

## Pay Stub 2

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265 PAYROLL A FOR 1/21/2013 to 1/27/2013 PAID 2/01/2013 ST5001847

EMPLOYEE NAME: FIELDS, JOSEPH W | BANK 07 | ACCOUNT 929734960 | WEEK 05

### Earnings

| KIND OF TIME | TIME UNIT | AMOUNT |
|---|---|---|
| REGULAR | 3200 | 33376 |
| OVERTIME | 1670 | 26127 |
| SHIFT PREM. | | |
| COLA | | |
| HOL | 800 | 8344 |
| PREM | 860 | 323 |

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 3897 | 14516 | BENEFIT PLAN | 40 | DEFFERED PAY PLAN | |
| FEDERAL WITHHELD | 6814 | 22149 | LIFE INS. | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 2425 | 8637 | RET. DET. | 4772 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 1543 | 5709 | BONDS | | | |
| HOSPITAL | 5311 | 15524 | 40842 | 5016 | | |
| MEDC | 912 | 3395 | 30012 | 1600 | | |
| 45030 | 1199 | 3597 | | | | |

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 249652 |
| | 100 |
| VACATION | 100 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| SICK TIME | 1600 |
| RESERVE SICK TIME | 3600 |

TOTAL GROSS: 68170 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 43795 | AMOUNT OF CHECK: 24375

MAIL CODE 2150 | AGENCY 62 | UNIT 2150 | NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

---

## Pay Stub 3

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265 PAYROLL A FOR 1/28/2013 to 2/03/2013 PAID 2/08/2013 ST5003621

EMPLOYEE NAME: FIELDS, JOSEPH W | BANK 07 | ACCOUNT 929734960 | WEEK 06

### Earnings

| KIND OF TIME | TIME UNIT | AMOUNT |
|---|---|---|
| REGULAR | 4000 | 41720 |
| OVERTIME | 2510 | 39269 |
| SHIFT PREM. | | |
| COLA | | |
| PREM | 1160 | 435 |

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 5048 | 19564 | BENEFIT PLAN | | DEFFERED PAY PLAN | |
| FEDERAL WITHHELD | 9601 | 31750 | LIFE INS. | | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 3232 | 11869 | RET. DET. | 5700 | CREDIT UNION | |
| DETROIT WITHHELD | 2007 | 7716 | BONDS | | | |
| HOSPITAL | | 00 | | | | |
| MEDC | 1181 | 4576 | | | | |

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 331076 |
| | 100 |
| VACATION | 100 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 2400 |
| SICK TIME | |
| RESERVE SICK TIME | 3600 |

TOTAL GROSS: 81424 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 26769 | AMOUNT OF CHECK: 54655

13-53846-tjt Doc 10936-4 Filed 03/23/16 Entered 03/23/16 16:07:01 Page 2

MAIL CODE 2150 | AGENCY 62 | UNIT 2150 | NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

## Paystub 1

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**
293265 PAYROLL A FOR 2/04/2013 TO 2/10/2013 PAID 2/15/2013 ST5001822

EMPLOYEE NAME: FIELDS, JOSEPH W
BANK: 07 | ACCOUNT: 929734960 | WEEK: 07

### Earnings

| TYPE | TIME | UNIT | AMOUNT |
|---|---|---|---|
| REGULAR | 4000 | | 41720 |
| OVERTIME | 2050 | | 32072 |
| SHIFT PREM | | | |
| COLA | | | |

**TOTAL GROSS: 73792**

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 4246 | 23810 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 7657 | 39407 | LIFE INS. | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 2669 | 14538 | RET. DET. | 5165 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 1683 | 9399 | BONDS | | | |
| HOSPITAL | 5311 | 20835 | 40842 | 5016 | | |
| MEDC | 992 | 5568 | 30012 | 1000 | | |
| 45030 | 1199 | 4796 | | | | |

**TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 45844**
**AMOUNT OF CHECK: 27948**

### Year To Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 404868 |
| | 100 |
| VACATION | 100 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| | 2400 |
| SICK TIME RESERVE SICK TIME | 3600 |

MAIL CODE: 2150 | AGENCY: 62 | UNIT: 2150

---

## Paystub 2

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**
293265 PAYROLL A FOR 2/11/2013 TO 2/17/2013 PAID 2/22/2013 ST5003593

EMPLOYEE NAME: FIELDS, JOSEPH W
BANK: 07 | ACCOUNT: 929734960 | WEEK: 08

### Earnings

| TYPE | TIME | UNIT | AMOUNT |
|---|---|---|---|
| REGULAR | 4000 | | 41720 |
| OVERTIME | 1860 | | 29100 |
| SHIFT PREM | | | |
| COLA | | | |

**TOTAL GROSS: 70820**

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT |
|---|---|---|---|---|
| FICA | 4391 | 28201 | BENEFIT PLAN | |
| FEDERAL WITHHELD | 8008 | 47415 | LIFE INS. | |
| MICHIGAN WITHHELD | 2771 | 17309 | RET. DET. | 4967 |
| DETROIT WITHHELD | 1742 | 11141 | BONDS | |
| HOSPITAL | | 00 | | |
| MEDC | 1027 | 6595 | | |

**TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 22896**
**AMOUNT OF CHECK: 47924**

### Year To Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 475688 |
| | 100 |
| VACATION | 100 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| | 2400 |
| SICK TIME RESERVE SICK TIME | 3600 |

MAIL CODE: 2150 | AGENCY: 62 | UNIT: 2150

---

## Paystub 3

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**
293265 PAYROLL A FOR 2/18/2013 TO 2/24/2013 PAID 3/01/2013 ST5001809

EMPLOYEE NAME: FIELDS, JOSEPH W
BANK: 07 | ACCOUNT: 929734960 | WEEK: 09

### Earnings

| TYPE | TIME | UNIT | AMOUNT |
|---|---|---|---|
| REGULAR | 3200 | | 33376 |
| OVERTIME | 360 | | 5632 |
| SHIFT PREM | 800 | | 200 |
| COLA | | | |
| SICK | 800 | | 8344 |
| PREM | 360 | | 135 |

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 3145 | 31346 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 4993 | 52408 | LIFE INS. | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1897 | 19206 | RET. DET. | 3922 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 1239 | 12380 | BONDS | | | |
| HOSPITAL | 5311 | 26146 | 40842 | 5016 | | |
| MEDC | 736 | 7331 | 30012 | 1000 | | |

### Year To Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 531719 |
| | 100 |
| VACATION | 100 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| | 1600 |
| SICK TIME RESERVE SICK TIME | 3600 |

Filed 03/23/16 Entered 03/23/16 16:27:01 Page 3 of 6

## Pay Stub 1

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
293265 PAYROLL A FOR 2/25/2013 to 3/03/2013 PAID 3/08/2013
STATEMENT OF EARNINGS AND DEDUCTIONS ST5003566

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: FIELDS, JOSEPH W
BANK: 07   ACCOUNT: 929734960   WEEK: 10

### Earnings

| KIND OF TIME | TIME UNIT | AMOUNT |
|---|---|---|
| REGULAR | 3990 | 41616 |
| OVERTIME | 1000 | 15645 |
| SHIFT PREM. | | |
| COLA | | |
| S. OT | 20 | 209 |

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 3563 | 34909 | BENEFIT PLAN | | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 6006 | 58414 | LIFE INS | | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 2190 | 21396 | RET. DET. | 4023 | CREDIT UNION | |
| DETROIT WITHHELD | 1408 | 13788 | BONDS | | | |
| HOSPITAL | | 00 | | | | |
| MEDC | 833 | 8164 | | | | |

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 589189 |
| VACATION | 100 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| SICK TIME | 2400 |
| RESERVE SICK TIME | 3600 |

TOTAL GROSS: 57470
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 18023
AMOUNT OF CHECK: 39447

MAIL CODE: 2150   AGENCY: 62   UNIT: 2150

NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

---

## Pay Stub 2

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
293265 PAYROLL A FOR 3/04/2013 to 3/10/2013 PAID 3/15/2013
STATEMENT OF EARNINGS AND DEDUCTIONS ST5001815

EMPLOYEE NAME: FIELDS, JOSEPH W
BANK: 07   ACCOUNT: 929734960   WEEK: 11

### Earnings

| KIND OF TIME | TIME UNIT | AMOUNT |
|---|---|---|
| REGULAR | 3990 | 41616 |
| OVERTIME | | |
| SHIFT PREM. | | |
| COLA | | |

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 2251 | 37160 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 2831 | 61245 | LIFE INS | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1270 | 22666 | RET. DET. | 2913 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 879 | 14667 | BONDS | | | |
| HOSPITAL | 5311 | 31457 | 40842 | 5016 | | |
| MEDC 45030 | 527 1199 | 8691 7194 | 30012 | 1000 | | |

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 630805 |
| VACATION | 100 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| SICK TIME | 2400 |
| RESERVE SICK TIME | 3600 |

TOTAL GROSS: 41616
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 34103
AMOUNT OF CHECK: 7513

MAIL CODE: 2150   AGENCY: 62   UNIT: 2150

NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS — PAYROLL

---

## Pay Stub 3

**...MENT, TREASURY DIVISION**
A FOR 3/11/2013 to 3/17/2013 PAID 3/22/2013
STATEMENT OF EARNINGS AND DEDUCTIONS ST5003585

EMPLOYEE NAME: FIELDS, JOSEPH W
BANK: 07   ACCOUNT: 929734960   WEEK: 12

### Earnings

| KIND OF TIME | TIME UNIT | AMOUNT |
|---|---|---|
| REGULAR | 4000 | 41720 |
| OVERTIME | 750 | 11734 |
| SHIFT PREM. | | |
| COLA | | |

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 3314 | 40474 | BENEFIT PLAN | | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 5403 | 66648 | LIFE INS | | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 2016 | 24682 | RET. DET. | 3742 | CREDIT UNION | |
| DETROIT WITHHELD | 1308 | 15975 | BONDS | | | |
| HOSPITAL | | 00 | | | | |
| MEDC | 775 | 9466 | | | | |

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 684259 |
| VACATION | 100 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| SICK TIME | 2400 |
| RESERVE SICK TIME | 3600 |

TOTAL: 53454
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 16558
AMOUNT OF CHECK: 36896

13-53846-tjt Doc 10920-2   Filed 03/23/16   Entered 03/23/16 16:27:01   Page 4 of 6

## Pay Stub 1

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**

293265 PAYROLL A FOR 3/18/2013 TO 3/24/2013 PAID 3/28/2013 ST5001819

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: FIELDS, JOSEPH W | BANK: 07 | ACCOUNT: 929734960 | WEEK: 13

| EARNINGS | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JOB/OT TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 3200 | 33376 | FICA | 2457 | 42731 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | | GROSS EARNINGS | 725979 |
| OVERTIME | | | FEDERAL WITHHELD | 2846 | 69494 | LIFE INS. | 806 | SURVIVOR BENEFIT | | | 100 |
| SHIFT PREM | | | MICHIGAN WITHHELD | 1274 | 25956 | RET. DED. | 2900 | CREDIT UNION | 10060 | VACATION | 100 |
| COLA | | | DETROIT WITHHELD | 881 | 16856 | BONDS | | | | COMP TIME | 800 |
| SICK | 800 | 8344 | HOSPITAL | 5311 | 36768 | 40842 | 5016 | | | PRIOR COMP TIME | 800 |
| | | | MEDC | 528 | 9994 | 30012 | 1000 | | | SICK TIME | 1600 |
| | | | 45030 | 1199 | 8393 | | | | | RESERVE SICK TIME | 3600 |
| TOTAL GROSS | | 41720 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 34138 | AMOUNT OF CHECK | | | 7582 |

MAIL CODE 2150  AGENCY 62  UNIT 2150  NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS  PAYROLL

## Pay Stub 2

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**

293265 PAYROLL A FOR 3/25/2013 TO 3/31/2013 PAID 4/05/2013 ST5003584

EMPLOYEE NAME: FIELDS, JOSEPH W | BANK: 07 | ACCOUNT: 929734960 | WEEK: 14

| EARNINGS | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JOB/OT TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 3200 | 33376 | FICA | 3217 | 45948 | BENEFIT PLAN | | DEFERRED PAY PLAN | | GROSS EARNINGS | 777868 |
| OVERTIME | 650 | 10169 | FEDERAL WITHHELD | 5168 | 74662 | LIFE INS. | | SURVIVOR BENEFIT | | | 100 |
| SHIFT PREM | | | MICHIGAN WITHHELD | 1948 | 27904 | RET. DED. | 3682 | CREDIT UNION | | VACATION | 100 |
| COLA | | | DETROIT WITHHELD | 1268 | 18124 | BONDS | | | | COMP TIME | 800 |
| HOL | 800 | 8344 | | | 00 | | | | | PRIOR COMP TIME | 800 |
| | | | MEDC | 752 | 10746 | | | | | SICK TIME | 1600 |
| | | | | | | | | | | RESERVE SICK TIME | 3600 |
| TOTAL GROSS | | 51889 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 15985 | AMOUNT OF CHECK | | | 35904 |

MAIL CODE 2150  AGENCY 62  UNIT 2150  PAYROLL

## Pay Stub 3

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**

293265 PAYROLL A FOR 4/01/2013 TO 4/07/2013 PAID 4/12/2013 ST5001800

EMPLOYEE NAME: FIELDS, JOSEPH W | BANK: 07 | ACCOUNT: 929734960 | WEEK: 15

| EARNINGS | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JOB/OT TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 4000 | 41720 | FICA | 3642 | 49590 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | | GROSS EARNINGS | 841244 |
| OVERTIME | 1360 | 21277 | FEDERAL WITHHELD | 6196 | 80858 | LIFE INS. | 806 | SURVIVOR BENEFIT | | | 100 |
| SHIFT PREM | | | MICHIGAN WITHHELD | 2246 | 30150 | RET. DED. | 4436 | CREDIT UNION | 10060 | VACATION | 100 |
| COLA | | | DETROIT WITHHELD | 1440 | 19564 | BONDS | | | | COMP TIME | 800 |
| PREM | 1010 | 379 | HOSPITAL | 4638 | 4638 | 40842 | 5016 | | | PRIOR COMP TIME | 800 |
| | | | MEDC | 852 | 11598 | 30012 | 1000 | | | SICK TIME | 2400 |
| | | | 45030 | 1199 | 9592 | | | | | RESERVE SICK TIME | 3600 |
| TOTAL GROSS | | 63376 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 41571 | AMOUNT OF CHECK | | | 21805 |

MAIL CODE 2150  AGENCY 62  UNIT 2150  PAYROLL

## Pay Statement 1

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
293265 PAYROLL A FOR 4/08/2013 TO 4/14/2013 PAID 4/19/2013 ST5003533
STATEMENT OF EARNINGS AND DEDUCTIONS

Employee Name: FIELDS, JOSEPH W
Bank: 07  Account: 929734960  Week: 16

| Earnings | Time/Unit | Amount | Type | Amount | YTD | Type | Amount | Type | Amount | YTD Type | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 4000 | 41720 | FICA | 2299 | 51889 | BENEFIT PLAN | | DEFERRED PAY PLAN | | GROSS EARNINGS | 882964 |
| OVERTIME | | | FEDERAL WITHHELD | 2947 | 83805 | LIFE INS. | | SURVIVOR BENEFIT | | | 100 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 1304 | 31454 | RET. DET. | 2920 | CREDIT UNION | | VACATION | 8000 |
| COLA | | | DETROIT WITHHELD | 898 | 20462 | BONDS | | | | COMP. TIME | 800 |
| | | | HOSPITAL | | 00 | | | | | PRIOR COMP TIME | 800 |
| | | | MEDC | 537 | 12135 | | | | | SICK TIME | 2400 |
| | | | | | | | | | | RESERVE SICK TIME | 3600 |

TOTAL GROSS: 41720
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 10905
AMOUNT OF CHECK: 30815
MAIL CODE: 2150  AGENCY: 62  UNIT: 2150

---

## Pay Statement 2

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
293265 PAYROLL A FOR 4/15/2013 TO 4/21/2013 PAID 4/26/2013 ST5001794

Employee Name: FIELDS, JOSEPH W
Bank: 07  Account: 929734960  Week: 17

| Earnings | Time/Unit | Amount | Type | Amount | YTD | Type | Amount | Type | Amount | YTD Type | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 2400 | 25032 | FICA | 2629 | 54518 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | | GROSS EARNINGS | 930003 |
| OVERTIME | | | FEDERAL WITHHELD | 3745 | 87550 | LIFE INS. | 806 | SURVIVOR BENEFIT | | | 100 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 1535 | 32989 | RET. DET. | 3293 | CREDIT UNION | 10060 | VACATION | 8000 |
| COLA | | | DETROIT WITHHELD | 1031 | 21493 | BONDS | | | | COMP. TIME | 800 |
| SICK | 1600 | 16688 | HOSPITAL | 4638 | 9276 | 40842 | 5016 | | | PRIOR COMP TIME | 800 |
| S.OT | 510 | 5319 | MEDC | 615 | 12750 | 30012 | 1000 | | | SICK TIME | 800 |
| | | 45030 | | 1199 | 10791 | | | | | RESERVE SICK TIME | 3600 |

TOTAL GROSS: 47039
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 35607
AMOUNT OF CHECK: 11432
MAIL CODE: 2150  AGENCY: 62  UNIT: 2150

---

## Pay Statement 3

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
293265 PAYROLL A FOR 4/22/2013 TO 4/28/2013 PAID 5/03/2013 ST5003514

Employee Name: FIELDS, JOSEPH W
Bank: 07  Account: 929734960  Week: 18

| Earnings | Time/Unit | Amount | Type | Amount | YTD | Type | Amount | Type | Amount | YTD Type | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 4000 | 41720 | FICA | 3902 | 58420 | BENEFIT PLAN | | DEFERRED PAY PLAN | | GROSS EARNINGS | 997580 |
| OVERTIME | 1600 | 25032 | FEDERAL WITHHELD | 6826 | 94376 | LIFE INS. | | SURVIVOR BENEFIT | | | 100 |
| SHIFT PREM. | 1050 | 825 | MICHIGAN WITHHELD | 2428 | 35417 | RET. DET. | 4730 | CREDIT UNION | | VACATION | 8000 |
| COLA | | | DETROIT WITHHELD | 1545 | 23038 | BONDS | | | | COMP. TIME | 800 |
| | | | HOSPITAL | | 00 | | | | | PRIOR COMP TIME | 800 |
| | | | MEDC | 913 | 13663 | | | | | SICK TIME | 800 |
| | | | | | | | | | | RESERVE SICK TIME | 3600 |

TOTAL GROSS: 67577
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 20344
AMOUNT OF CHECK: 47233
MAIL CODE: 2150  AGENCY: 62  UNIT: 2150