## Statement 1

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265 PAYROLL A FOR 4/29/2013 to 5/05/2013 PAID 5/10/2013 ST5001793

EMPLOYEE NAME: FIELDS, JOSEPH W | BANK 07 | ACCOUNT 929734960 | WEEK 19

### Earnings

| Kind of Time | Time Unit | Amount |
|---|---|---|
| REGULAR | 4000 | 41720 |
| OVERTIME | 620 | 9700 |
| SHIFT PREM. | | |
| COLA | | |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 2863 | 61283 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 4312 | 98688 | LIFE INS. | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1699 | 37116 | RET. DED. | 3599 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 1126 | 24164 | BONDS | 599 | | |
| HOSPITAL | 4638 | 13914 | 16000 | | | |
| MEDC | 669 | 14332 | 40842 | 5016 | | |
| 45030 | 1199 | 11990 | 30012 | 1000 | | |

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 1049600 |
| | 100 |
| VACATION | 8000 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| | 1600 |
| SICK TIME RESERVE SICK TIME | 3600 |

TOTAL GROSS: 51420
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 37626
AMOUNT OF CHECK: 13794

MAIL CODE 2150  AGENCY 62  UNIT 2150

---

## Statement 2

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265 PAYROLL A FOR 5/06/2013 to 5/12/2013 PAID 5/17/2013 ST5003511

EMPLOYEE NAME: FIELDS, JOSEPH W | BANK 07 | ACCOUNT 929734960 | WEEK 20

### Earnings

| Kind of Time | Time Unit | Amount |
|---|---|---|
| REGULAR | 4000 | 41720 |
| OVERTIME | 510 | 7979 |
| SHIFT PREM. | | |
| COLA | | |
| ADJ | 500 | 7823 |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 3279 | 64562 | BENEFIT PLAN | | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 4203 | 102891 | LIFE INS. | | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1991 | 39107 | RET. DED. | 4027 | CREDIT UNION | |
| DETROIT WITHHELD | 1293 | 25457 | BONDS | | | |
| HOSPITAL | | 100 | | | | |
| MEDC | 767 | 15099 | | | | |

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 1106522 |
| | 100 |
| VACATION | 8000 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| SICK TIME | 1600 |
| RESERVE SICK TIME | 3600 |

TOTAL GROSS: 57522
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 15560
AMOUNT OF CHECK: 41962

MAIL CODE 2150  AGENCY 62  UNIT 2150

---

## Statement 3

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265 PAYROLL A FOR 5/13/2013 to 5/19/2013 PAID 5/24/2013 ST5001783

EMPLOYEE NAME: FIELDS, JOSEPH W | BANK 07 | ACCOUNT 929734960 | WEEK 21

### Earnings

| Kind of Time | Time Unit | Amount |
|---|---|---|
| REGULAR | 2400 | 25032 |
| OVERTIME | | |
| SHIFT PREM. | | |
| COLA | | |
| SICK | 1600 | 16688 |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 2299 | 66861 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 2947 | 105838 | LIFE INS. | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1304 | 40411 | RET. DED. | 2920 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 898 | 26355 | BONDS | | | |
| HOSPITAL | 4638 | 18552 | 40842 | 5016 | | |
| MEDC | 538 | 15637 | 30012 | 1000 | | |
| 45030 | 1199 | 13189 | | | | |

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 1148742 |
| | 100 |
| VACATION | 8000 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| | 100 |
| SICK TIME RESERVE SICK TIME | 3600 |

TOTAL GROSS: 41720
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 33665
AMOUNT OF CHECK: 8055

MAIL CODE 2150  AGENCY 62  UNIT 2150

## Pay Stub 1

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265  PAYROLL A  FOR 5/20/2013 TO 5/26/2013  PAID 5/31/2013  ST5003489

EMPLOYEE NAME: FIELDS, JOSEPH W  BANK: 07  ACCOUNT: 929734960  WEEK: 22

### Earnings
| Kind of Time | Time | Unit | Amount |
|---|---|---|---|
| REGULAR | 3200 | | 33376 |
| OVERTIME | | | |
| SHIFT PREM. | | | |
| COLA | | | |
| VAC | 800 | | 8344 |

### Taxes, Deductions and Reimbursements
| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 2299 | 69160 | BENEFIT PLAN | | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 2947 | 108785 | LIFE INS. | | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1304 | 41715 | RET. DET. | 2920 | CREDIT UNION | |
| DETROIT WITHHELD | 898 | 27253 | BONDS | | | |
| HOSPITAL | | | | | | |
| MEDC | 538 | 16175 | | | | |

### Year to Date
| Type | Amount |
|---|---|
| GROSS EARNINGS | 1189962 |
| | 00 |
| VACATION | 7200 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| | 00 |
| SICK TIME/RESERVE SICK TIME | 3600 |

TOTAL GROSS: 41720  TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 10906  AMOUNT OF CHECK: 30814

MAIL CODE 2150  AGENCY 62  UNIT 2150  NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS  PAYROLL

---

## Pay Stub 2

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265  PAYROLL A  FOR 5/27/2013 TO 6/02/2013  PAID 6/07/2013  ST5001797

EMPLOYEE NAME: FIELDS, JOSEPH W  BANK: 07  ACCOUNT: 929734960  WEEK: 23

### Earnings
| Kind of Time | Time | Unit | Amount |
|---|---|---|---|
| REGULAR | 1600 | | 16688 |
| OVERTIME | 250 | | 3911 |
| SHIFT PREM. | | | |
| COLA | | | |
| VAC | 1600 | | 16688 |
| HOL | 800 | | 8344 |

### Taxes, Deductions and Reimbursements
| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 2505 | 71665 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 3444 | 112229 | LIFE INS. | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1448 | 43163 | RET. DET. | 3194 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 981 | 28234 | BONDS | | | |
| HOSPITAL | 4638 | 23190 | | 16000 | 599 | |
| MEDC | 585 | 16760 | | 40842 | 5016 | |
| 45030 | 1199 | 14388 | | 30012 | 1000 | |

### Year to Date
| Type | Amount |
|---|---|
| GROSS EARNINGS | 1235593 |
| | 00 |
| VACATION | 5600 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| | 800 |
| SICK TIME/RESERVE SICK TIME | 3600 |

TOTAL GROSS: 45631  TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 35515  AMOUNT OF CHECK: 10116

MAIL CODE 2150  AGENCY 62  UNIT 2150  NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS  PAYROLL

---

## Pay Stub 3

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265  PAYROLL A  FOR 6/03/2013 TO 6/09/2013  PAID 6/14/2013  ST5003442

EMPLOYEE NAME: FIELDS, JOSEPH W  BANK: 07  ACCOUNT: 929734960  WEEK: 24

### Earnings
| Kind of Time | Time | Unit | Amount |
|---|---|---|---|
| REGULAR | 4000 | | 41720 |
| OVERTIME | 170 | | 2660 |
| SHIFT PREM. | | | |
| COLA | | | |

### Taxes, Deductions and Reimbursements
| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 2464 | 74129 | BENEFIT PLAN | | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 3346 | 115575 | LIFE INS. | | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1419 | 44582 | RET. DET. | 3107 | CREDIT UNION | |
| DETROIT WITHHELD | 965 | 29199 | BONDS | | | |
| HOSPITAL | | 00 | | | | |
| MEDC | 577 | 17337 | | | | |

### Year to Date
| Type | Amount |
|---|---|
| GROSS EARNINGS | 1279973 |
| | 00 |
| VACATION | 5000 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| | 800 |
| SICK TIME/RESERVE SICK TIME | 3600 |

TOTAL GROSS: 44380  TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 11878  AMOUNT OF CHECK: 32502

MAIL CODE 2150  AGENCY 62  UNIT 2150  NOT NEGOTIABLE — DETACH AND RETAIN FOR YOUR RECORDS  PAYROLL

## Pay Statement — Week 25

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
STATEMENT OF EARNINGS AND DEDUCTIONS
293265  PAYROLL A  FOR 6/10/2013 to 6/16/2013  PAID 6/21/2013  CK0000862
YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: FIELDS, JOSEPH W
WEEK: 25

### Earnings

| JOB/O.T. | TIME | UNIT | AMOUNT |
|---|---|---|---|
| REGULAR | 4000 | | 41720 |
| OVERTIME | 1010 | | 15801 |
| SHIFT PREM. | | | |
| COLA | | | |
| PREM | 1010 | | 579 |

TOTAL GROSS: 57900

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 3302 | 77431 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 5374 | 120949 | LIFE INS. | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 2007 | 46589 | RET. DED. | 4053 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 1303 | 30502 | BONDS | | | |
| HOSPITAL | 4638 | 27828 | 40842 | 5016 | | |
| MEDC | 772 | 18109 | 30012 | 1000 | | |
| 45030 | 1199 | 15587 | | | | |

TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 39570
AMOUNT OF CHECK: 18330

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 1337873 |
| | 100 |
| VACATION | 5600 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| SICK TIME RESERVE SICK TIME | 3600 |

MAIL CODE: 2150  AGENCY: 62

---

## Pay Statement — Week 26

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
STATEMENT OF EARNINGS AND DEDUCTIONS
293265  PAYROLL A  FOR 6/17/2013 to 6/23/2013  PAID 6/28/2013  CK0001795

EMPLOYEE NAME: FIELDS, JOSEPH W
WEEK: 26

### Earnings

| JOB/O.T. | TIME | UNIT | AMOUNT |
|---|---|---|---|
| REGULAR | 3200 | | 33376 |
| OVERTIME | | | |
| SHIFT PREM. | | | |
| COLA | | | |
| SICK | 800 | | 8344 |

TOTAL GROSS: 41720

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT |
|---|---|---|---|---|
| FICA | 2299 | 79730 | BENEFIT PLAN | |
| FEDERAL WITHHELD | 2947 | 123896 | LIFE INS. | |
| MICHIGAN WITHHELD | 1304 | 47893 | RET. DED. | 2920 |
| DETROIT WITHHELD | 898 | 31400 | BONDS | |
| HOSPITAL | | 100 | | |
| MEDC | 538 | 18647 | | |

TOTAL: 10906
AMOUNT OF CHECK: 30814

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 1379593 |
| | 100 |
| VACATION | 5600 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| | 100 |
| SICK TIME RESERVE SICK TIME | 3600 |

MAIL CODE: 2150  AGENCY: 62

---

## Pay Statement — Week 27

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
STATEMENT OF EARNINGS AND DEDUCTIONS
293265  PAYROLL A  FOR 6/24/2013 to 6/30/2013  PAID 7/05/2013  CK0000872

EMPLOYEE NAME: FIELDS, JOSEPH W
WEEK: 27

### Earnings

| JOB/O.T. | TIME | UNIT | AMOUNT |
|---|---|---|---|
| REGULAR | 3200 | | 33376 |
| OVERTIME | 1510 | | 23624 |
| SHIFT PREM. | | | |
| COLA | | | |
| VAC | 800 | | 8344 |

TOTAL GROSS: 65344

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 3727 | 83457 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 6401 | 130297 | LIFE INS. | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 2305 | 50198 | RET. DED. | 4517 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 1474 | 32874 | BONDS | | | |
| HOSPITAL | 4638 | 32466 | 16000 | 599 | | |
| MEDC | 871 | 19518 | 40842 | 5016 | | |
| | | | 30012 | 1000 | | |
| 45030 | 1199 | 16786 | | | | |

TOTAL: 42710
AMOUNT OF CHECK: 22634

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 1444937 |
| | 100 |
| VACATION | 4800 |
| COMP. TIME | 800 |
| PRIOR COMP. TIME | 800 |
| SICK TIME RESERVE SICK TIME | 3600 |

MAIL CODE: 2150  AGENCY: 62

## Statement of Earnings and Deductions — Week 28

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
293265 PAYROLL A  FOR 7/01/2013 to 7/07/2013  PAID 7/12/2013  CK0001740
YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES

Employee Name: FIELDS, JOSEPH W  Week: 28

### Earnings

| Kind of Time | Time | Unit | Amount |
|---|---|---|---|
| REGULAR | 2400 | | 25032 |
| OVERTIME | | | |
| SHIFT PREM | | | |
| COLA | | | |
| SICK | 800 | | 8344 |
| HOL | 800 | | 8344 |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 2299 | 85756 | BENEFIT PLAN | | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 2947 | 133244 | LIFE INS | | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1304 | 51502 | RET. DED. | 2920 | CREDIT UNION | |
| DETROIT WITHHELD | 898 | 33772 | BONDS | | | |
| HOSPITAL | | 00 | | | | |
| MEDC | 538 | 20056 | | | | |

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 1486657 |
| | 00 |
| VACATION | 4800 |
| | 00 |
| COMP-TIME | 00 |
| PRIOR COMP-TIME | 00 |
| SICK TIME | 00 |
| RESERVE SICK TIME | 3600 |

TOTAL GROSS: 41720
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 10906
AMOUNT OF CHECK: 30814
MAIL CODE: 2150  AGENCY: 62

---

## Statement of Earnings and Deductions — Week 29

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
293265 PAYROLL A  FOR 7/08/2013 to 7/14/2013  PAID 7/19/2013  CK0000867

Employee Name: FIELDS, JOSEPH W  Week: 29

### Earnings

| Kind of Time | Time | Unit | Amount |
|---|---|---|---|
| REGULAR | 2400 | | 25032 |
| OVERTIME | 750 | | 11734 |
| SHIFT PREM | | | |
| COLA | | | |
| VAC | 1600 | | 16688 |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 3027 | 88783 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 4707 | 137951 | LIFE INS | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1814 | 53316 | RET. DED. | 3742 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 1192 | 34964 | BONDS | | | |
| HOSPITAL | 4638 | 37104 | 40842 | 5016 | | |
| MEDC | 708 | 20764 | 30012 | 1000 | | |
| 45030 | 11199 | 17985 | | | | |

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 1540111 |
| | 00 |
| VACATION | 3200 |
| | 00 |
| COMP-TIME | 00 |
| PRIOR COMP-TIME | 00 |
| SICK TIME | 00 |
| RESERVE SICK TIME | 3600 |

TOTAL GROSS: 53454
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 37949
AMOUNT OF CHECK: 15505
MAIL CODE: 2150  AGENCY: 62

---

## Statement of Earnings and Deductions — Week 30

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
293265 PAYROLL A  FOR 7/15/2013 to 7/21/2013  PAID 7/26/2013  CK0001725

Employee Name: FIELDS, JOSEPH W  Week: 30

### Earnings

| Kind of Time | Time | Unit | Amount |
|---|---|---|---|
| REGULAR | 4000 | | 41720 |
| OVERTIME | 3020 | | 47248 |
| SHIFT PREM | | | |
| COLA | | | |
| PREM | 1670 | | 626 |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 5267 | 94050 | BENEFIT PLAN | | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 10484 | 148435 | LIFE INS | | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 3386 | 56702 | RET. DED. | 6172 | CREDIT UNION | |
| DETROIT WITHHELD | 2095 | 37059 | BONDS | | | |
| HOSPITAL | | 00 | | | | |
| MEDC | 1232 | 21996 | | | | |

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 1629705 |
| | 00 |
| VACATION | 3200 |
| | 00 |
| COMP-TIME | 00 |
| PRIOR COMP-TIME | 00 |
| SICK TIME | 00 |
| RESERVE SICK TIME | 3600 |

TOTAL GROSS: 89594
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 28736
AMOUNT OF CHECK: 60858
MAIL CODE: 2150  AGENCY: 62

## Pay Stub 1

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**
293265 PAYROLL A FOR 7/22/2013 to 7/28/2013 PAID 8/02/2013 CK0000882
YOUR SOC SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES

EMPLOYEE NAME: FIELDS, JOSEPH W
WEEK: 31

### Earnings

| KIND OF TIME | TIME UNIT | AMOUNT |
|---|---|---|
| REGULAR | 4000 | 41720 |
| OVERTIME | 310 | 4850 |
| SHIFT PREM. | | |
| COLA | | |

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 2562 | 96612 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 3585 | 152020 | LIFE INS. | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1488 | 58190 | RET. DED. | 3260 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 1004 | 38063 | BONDS | | | |
| HOSPITAL | 4638 | 41742 | 16000 | 599 | | |
| MEDC | 599 | 22595 | 40842 | 5016 | | |
| | | | 30012 | 1000 | | |
| 45030 | 1199 | 19184 | | | | |

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 1676275 |
| | 00 |
| VACATION | 1600 |
| COMP. TIME | 1600 |
| PRIOR COMP. TIME | 1600 |
| SICK TIME | 00 |
| RESERVE SICK TIME | 3600 |

TOTAL GROSS: 46570
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 35856
AMOUNT OF CHECK: 10714
MAIL CODE: 2150 AGENCY: 62

---

## Pay Stub 2

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**
293265 PAYROLL A FOR 7/29/2013 to 8/04/2013 PAID 8/09/2013 CK0001693

EMPLOYEE NAME: FIELDS, JOSEPH W
WEEK: 32

### Earnings

| KIND OF TIME | TIME UNIT | AMOUNT |
|---|---|---|
| REGULAR | 4000 | 41720 |
| OVERTIME | 460 | 7197 |
| SHIFT PREM. | | |
| COLA | | |

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT |
|---|---|---|---|---|
| FICA | 2746 | 99358 | BENEFIT PLAN | |
| FEDERAL WITHHELD | 4027 | 156047 | LIFE INS. | |
| MICHIGAN WITHHELD | 1617 | 59807 | RET. DED. | 3424 |
| DETROIT WITHHELD | 1078 | 39141 | BONDS | |
| HOSPITAL | | 00 | | |
| MEDC | 642 | 23237 | | |

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 1725192 |
| | 00 |
| VACATION | 1600 |
| COMP. TIME | 1600 |
| PRIOR COMP. TIME | 1600 |
| SICK TIME | 800 |
| RESERVE SICK TIME | 3600 |

TOTAL GROSS: 48917
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 13534
AMOUNT OF CHECK: 35383
MAIL CODE: 2150 AGENCY: 62

---

## Pay Stub 3

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**
293265 PAYROLL A FOR 8/05/2013 to 8/11/2013 PAID 8/16/2013 CK0000887

EMPLOYEE NAME: FIELDS, JOSEPH W
WEEK: 33

### Earnings

| KIND OF TIME | TIME UNIT | AMOUNT |
|---|---|---|
| REGULAR | 4000 | 41720 |
| OVERTIME | 2420 | 37861 |
| SHIFT PREM. | | |
| COLA | | |
| PREM | 2410 | 904 |

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 4702 | 104060 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 8762 | 164809 | LIFE INS. | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 2990 | 62797 | RET. DED. | 5634 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 1867 | 41008 | BONDS | | | |
| HOSPITAL | 4638 | 46380 | 40842 | 5016 | | |
| MEDC | 1100 | 24337 | 30012 | 1000 | | |
| 45030 | 1199 | 20383 | | | | |

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 1805677 |
| | 00 |
| VACATION | 1600 |
| COMP. TIME | 1600 |
| PRIOR COMP. TIME | 1600 |
| SICK TIME | 800 |
| RESERVE SICK TIME | 3600 |

TOTAL GROSS: 80485
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 47814
AMOUNT OF CHECK: 32671
MAIL CODE: 2150 AGENCY: 62

## Week 34 — Statement of Earnings and Deductions

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
293265 PAYROLL A FOR 8/12/2013 TO 8/18/2013 PAID 8/23/2013 CK00001713

EMPLOYEE NAME: FIELDS, JOSEPH W — WEEK 34

| Kind of Time | Time | Unit | Amount | Type | Amount | YTD | Type | Amount | Type | Amount | Type (YTD) | Amount (YTD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 4000 | | 41720 | FICA | 2794 | 106854 | BENEFIT PLAN | | DEFERRED PAY PLAN | | GROSS EARNINGS | 1855376 |
| OVERTIME | 510 | | 7979 | FEDERAL WITHHELD | 4144 | 168953 | LIFE INS. | | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 1651 | 64448 | RET. DED. | 3479 | CREDIT UNION | | VACATION | 1600 |
| COLA | | | | DETROIT WITHHELD | 1098 | 42106 | BONDS | | | | COMP TIME | 1600 |
| | | | | HOSPITAL | | 00 | | | | | PRIOR COMP TIME | 1600 |
| | | | | MEDC | 653 | 24990 | | | | | SICK TIME | 800 |
| | | | | | | | | | | | RESERVE SICK TIME | 3600 |
| **TOTAL GROSS** | | | **49699** | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 13819 | AMOUNT OF CHECK | | | 35880 |

MAIL CODE 2150   AGENCY 62

---

## Week 35 — Statement of Earnings and Deductions

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
293265 PAYROLL A FOR 8/19/2013 TO 8/25/2013 PAID 8/30/2013 CK00000882

EMPLOYEE NAME: FIELDS, JOSEPH W — WEEK 35

| Kind of Time | Time | Unit | Amount | Type | Amount | YTD | Type | Amount | Type | Amount | Type (YTD) | Amount (YTD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 4000 | | 41720 | FICA | 3763 | 110617 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | | GROSS EARNINGS | 1920701 |
| OVERTIME | 1480 | | 23155 | FEDERAL WITHHELD | 6488 | 175441 | LIFE INS. | 806 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 2330 | 66778 | RET. DED. | 4573 | CREDIT UNION | 10060 | VACATION | 1600 |
| COLA | | | | DETROIT WITHHELD | 1488 | 43594 | BONDS | | | | COMP TIME | 1600 |
| PREM | 1200 | | 450 | HOSPITAL | 4635 | 51018 | 40842 | 5016 | | | PRIOR COMP TIME | 1600 |
| | | | | MEDC | 880 | 25870 | 30012 | 1000 | | | SICK TIME | 800 |
| | | | | 45030 | 1199 | 21562 | | | | | RESERVE SICK TIME | 3600 |
| **TOTAL GROSS** | | | **65325** | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 42281 | AMOUNT OF CHECK | | | 23044 |

MAIL CODE 2150   AGENCY 62

---

## Week 36 — Statement of Earnings and Deductions

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
293265 PAYROLL A FOR 8/26/2013 TO 9/01/2013 PAID 9/06/2013 CK00001677

EMPLOYEE NAME: FIELDS, JOSEPH W — WEEK 36

| Kind of Time | Time | Unit | Amount | Type | Amount | YTD | Type | Amount | Type | Amount | Type (YTD) | Amount (YTD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 4000 | | 41720 | FICA | 2444 | 113061 | BENEFIT PLAN | | DEFERRED PAY PLAN | | GROSS EARNINGS | 1964768 |
| OVERTIME | 150 | | 2347 | FEDERAL WITHHELD | 3299 | 178740 | LIFE INS. | | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 1406 | 68184 | RET. DED. | 3085 | CREDIT UNION | | VACATION | 1600 |
| COLA | | | | DETROIT WITHHELD | 957 | 44551 | BONDS | | | | COMP TIME | 1600 |
| | | | | HOSPITAL | | 00 | | | | | PRIOR COMP TIME | 1600 |
| | | | | MEDC | 572 | 26442 | | | | | SICK TIME | 1600 |
| | | | | | | | | | | | RESERVE SICK TIME | 3600 |
| **TOTAL GROSS** | | | **44067** | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 11763 | AMOUNT OF CHECK | | | 32304 |

MAIL CODE 2150   AGENCY 62