## Pay Stub 1

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265 PAYROLL A FOR 9/02/2013 to 9/08/2013 PAID 9/13/2013 CK0000884
YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: FIELDS, JOSEPH W — WEEK 37

### Earnings

| KIND OF TIME | TIME | UNIT | AMOUNT |
|---|---|---|---|
| REGULAR | 2000 | | 20860 |
| OVERTIME | | | |
| SHIFT PREM. | | | |
| COLA | | | |
| SICK | 800 | | 8344 |
| VAC | 400 | | 4172 |
| HOL | 800 | | 8344 |
| S. OT | 150 | | 522 |
| **TOTAL GROSS** | | | **42242** |

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 2295 | 115356 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 2936 | 181676 | LIFE INS. | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1300 | 69484 | RET. DED. | 2957 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 896 | 45447 | BONDS | | | |
| HOSPITAL | 4638 | 55656 | 16000 | 599 | | |
| MEDC | 536 | 26978 | 40842 | 5262 | | |
| | | | 30012 | 1000 | | |
| 45030 | 1199 | 22781 | | | | |
| **TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS** | | | | **34524** | **AMOUNT OF CHECK** | **7718** |

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 2007010 |
| | 100 |
| VACATION | 1200 |
| COMP. TIME | 1600 |
| PRIOR COMP. TIME | 1600 |
| SICK TIME | 800 |
| RESERVE SICK TIME | 3600 |

MAIL CODE 2150  AGENCY 62

---

## Pay Stub 2

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265 PAYROLL A FOR 9/09/2013 to 9/15/2013 PAID 9/20/2013 CK0001691

EMPLOYEE NAME: FIELDS, JOSEPH W — WEEK 38

### Earnings

| KIND OF TIME | TIME | UNIT | AMOUNT |
|---|---|---|---|
| REGULAR | 4000 | | 41720 |
| OVERTIME | | | |
| SHIFT PREM. | | | |
| COLA | | | |
| **TOTAL GROSS** | | | **41720** |

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT |
|---|---|---|---|---|
| FICA | 2299 | 117655 | BENEFIT PLAN | |
| FEDERAL WITHHELD | 2947 | 184623 | LIFE INS. | |
| MICHIGAN WITHHELD | 1304 | 70788 | RET. DED. | 2929 |
| DETROIT WITHHELD | 898 | 46345 | | |
| | | 100 | BONDS | |
| HOSPITAL | | | | |
| MEDC | 538 | 27516 | | |
| **TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS** | | | | **10906** |

AMOUNT OF CHECK: **30814**

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 2048730 |
| | 100 |
| VACATION | 1200 |
| COMP. TIME | 1600 |
| PRIOR COMP. TIME | 1600 |
| SICK TIME | 800 |
| RESERVE SICK TIME | 3600 |

MAIL CODE 2150  AGENCY 62

---

## Pay Stub 3

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265 PAYROLL A FOR 9/16/2013 to 9/22/2013 PAID 9/27/2013 CK0000857

EMPLOYEE NAME: FIELDS, JOSEPH W — WEEK 39

### Earnings

| KIND OF TIME | TIME | UNIT | AMOUNT |
|---|---|---|---|
| REGULAR | 4000 | | 41720 |
| OVERTIME | 660 | | 10326 |
| SHIFT PREM. | | | |
| COLA | | | |
| **TOTAL GROSS** | | | **52046** |

### Taxes, Deductions and Reimbursements

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 2939 | 120594 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 4496 | 189119 | LIFE INS. | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 1753 | 72541 | RET. DED. | 3643 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 1156 | 47501 | BONDS | | | |
| HOSPITAL | 4638 | 60294 | 40842 | 5262 | | |
| MEDC | 687 | 28203 | 30012 | 1000 | | |
| 45030 | 1199 | 23980 | | | | |
| **TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS** | | | | **37679** | **AMOUNT OF CHECK** | **14367** |

### Year to Date

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 2100776 |
| | 100 |
| VACATION | 1200 |
| COMP. TIME | 1600 |
| PRIOR COMP. TIME | 1600 |
| SICK TIME | 800 |
| RESERVE SICK TIME | 3600 |

MAIL CODE 2150  AGENCY 62

## Pay Stub 1 — Week 40

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**

293265 PAYROLL A FOR 9/23/2013 to 9/29/2013 PAID 10/04/2013 CK0001715

Employee: FIELDS, JOSEPH W — Week 40

### Earnings

| Kind of Pay | Time/Unit | Amount |
|---|---|---|
| REGULAR | 40.00 | 417.20 |
| OVERTIME | 4.10 | 64.14 |
| ADJ | 32.00 | 382.89 |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD |
|---|---|---|
| FICA | 50.71 | 1256.65 |
| FEDERAL WITHHELD | 65.00 | 1956.19 |
| MICHIGAN WITHHELD | 32.48 | 757.89 |
| DETROIT WITHHELD | 20.16 | 495.17 |
| HOSPITAL | | .00 |
| MEDC | 11.86 | 293.89 |

| Type | Amount |
|---|---|
| RET DFT | 48.60 |
| BONDS | 123.00 (38011) |

### Year-to-Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 21871.99 |
| VACATION | 12.00 |
| COMP TIME | 16.00 |
| PRIOR COMP TIME | 16.00 |
| SICK TIME | 8.00 |
| RESERVE SICK TIME | 36.00 |

TOTAL GROSS: 864.23
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 351.81
AMOUNT OF CHECK: 512.42

MAIL CODE 2150  AGENCY 62

---

## Pay Stub 2 — Week 41

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**

293265 PAYROLL A FOR 9/30/2013 to 10/06/2013 PAID 10/11/2013 CK0000869

Employee: FIELDS, JOSEPH W — Week 41

### Earnings

| Kind of Pay | Time/Unit | Amount |
|---|---|---|
| REGULAR | 36.00 | 375.48 |
| OVERTIME | 2.60 | 40.68 |
| VAC | 4.00 | 41.72 |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD |
|---|---|---|
| FICA | 25.14 | 1281.79 |
| FEDERAL WITHHELD | 34.68 | 1990.87 |
| MICHIGAN WITHHELD | 14.54 | 772.43 |
| DETROIT WITHHELD | 9.85 | 505.02 |
| HOSPITAL | 46.38 | 649.32 |
| MEDC | 5.88 | 299.77 |
| | 450.30 | 11.99 | 251.79 |

| Type | Amount |
|---|---|
| BENEFIT PLAN | .40 |
| LIFE INS | 8.06 |
| RET DFT | 32.05 |
| BONDS | 5.99 (16000) |
| | 52.62 (40842) |
| | 10.00 (30012) |
| CREDIT UNION | 100.60 |

### Year-to-Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 22329.87 |
| VACATION | 8.00 |
| COMP TIME | 16.00 |
| PRIOR COMP TIME | 16.00 |
| SICK TIME | 16.00 |
| RESERVE SICK TIME | 36.00 |

TOTAL GROSS: 457.88
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 358.18
AMOUNT OF CHECK: 99.70

MAIL CODE 2150  AGENCY 62

---

## Pay Stub 3 — Week 42

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
**STATEMENT OF EARNINGS AND DEDUCTIONS**

293265 PAYROLL A FOR 10/07/2013 to 10/13/2013 PAID 10/18/2013 CK0001710

Employee: FIELDS, JOSEPH W — Week 42

### Earnings

| Kind of Pay | Time/Unit | Amount |
|---|---|---|
| REGULAR | 40.00 | 417.20 |
| OVERTIME | 10.60 | 165.84 |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD |
|---|---|---|
| FICA | 33.27 | 1315.06 |
| FEDERAL WITHHELD | 54.35 | 2045.22 |
| MICHIGAN WITHHELD | 20.25 | 792.68 |
| DETROIT WITHHELD | 13.13 | 518.15 |
| HOSPITAL | | .00 |
| MEDC | 7.78 | 307.55 |

| Type | Amount |
|---|---|
| RET DFT | 40.81 |

### Year-to-Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 22912.91 |
| VACATION | 8.00 |
| COMP TIME | 16.00 |
| PRIOR COMP TIME | 16.00 |
| SICK TIME | 16.00 |
| RESERVE SICK TIME | 36.00 |

TOTAL GROSS: 583.04
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 169.59
AMOUNT OF CHECK: 413.45

MAIL CODE 2150  AGENCY 62

## Statement 1

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265 PAYROLL A — FOR 10/14/2013 to 10/20/2013 PAID 10/25/2013 CK0000861

Employee Name: FIELDS, JOSEPH W — WEEK 43

### Earnings

| Kind of Income | Time | Unit | Amount |
|---|---|---|---|
| REGULAR | 40.00 | | 417.20 |
| OVERTIME | 8.20 | | 128.29 |
| SHIFT PREM. | | | |
| COLA | | | |
| PREM | 8.20 | | 3.08 |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 31.14 | 1346.20 | BENEFIT PLAN | .40 | DEFFERED PAY PLAN | |
| FEDERAL WITHHELD | 49.18 | 2094.40 | LIFE INS. | 8.06 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 18.75 | 811.43 | RET. DET. | 38.40 | CREDIT UNION | 100.60 |
| DETROIT WITHHELD | 12.27 | 530.42 | BONDS | | | |
| HOSPITAL | 46.38 | 695.70 | 408.42 | 52.62 | | |
| MEDC | 7.29 | 314.54 | 300.12 | 10.00 | | |
| 45030 | 11.99 | 263.78 | | | | |

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 23461.48 |
| | .00 |
| VACATION | 8.00 |
| COMP. TIME | 16.00 |
| PRIOR COMP. TIME | 16.00 |
| SICK TIME | 16.00 |
| RESERVE SICK TIME | 36.00 |

TOTAL GROSS: 548.57
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 387.08
AMOUNT OF CHECK: 161.49

MAIL CODE 2150  AGENCY 62

---

## Statement 2

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265 PAYROLL A — FOR 10/21/2013 to 10/27/2013 PAID 11/01/2013 CK0001693

Employee Name: FIELDS, JOSEPH W — WEEK 44

### Earnings

| Kind of Income | Time | Unit | Amount |
|---|---|---|---|
| REGULAR | 32.00 | | 333.76 |
| OVERTIME | 18.70 | | 292.56 |
| SHIFT PREM. | 8.00 | | 2.00 |
| COLA | | | |
| SICK | 8.00 | | 83.44 |
| PREM | 7.20 | | 2.70 |
| S. OT | 8.00 | | 83.44 |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 46.59 | 1392.79 | BENEFIT PLAN | | DEFFERED PAY PLAN | |
| FEDERAL WITHHELD | 86.58 | 2180.98 | LIFE INS. | | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 29.60 | 841.03 | RET. DET. | 55.85 | CREDIT UNION | |
| DETROIT WITHHELD | 18.50 | 548.92 | BONDS | .00 | | |
| HOSPITAL | | | | | | |
| MEDC | 10.89 | 325.73 | | | | |

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 24259.38 |
| | .00 |
| VACATION | 8.00 |
| COMP. TIME | 16.00 |
| PRIOR COMP. TIME | 16.00 |
| SICK TIME | 8.00 |
| RESERVE SICK TIME | 36.00 |

TOTAL GROSS: 797.90
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 248.01
AMOUNT OF CHECK: 549.89

MAIL CODE 2150  AGENCY 62

---

## Statement 3

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION** — STATEMENT OF EARNINGS AND DEDUCTIONS
293265 PAYROLL A — FOR 10/28/2013 to 11/03/2013 PAID 11/08/2013 CK0000837

Employee Name: FIELDS, JOSEPH W — WEEK 45

### Earnings

| Kind of Income | Time | Unit | Amount |
|---|---|---|---|
| REGULAR | 40.00 | | 417.20 |
| OVERTIME | 32.30 | | 505.33 |
| SHIFT PREM. | | | |
| COLA | | | |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 53.95 | 1446.74 | BENEFIT PLAN | .40 | DEFFERED PAY PLAN | |
| FEDERAL WITHHELD | 109.99 | 2290.97 | LIFE INS. | 8.06 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 34.76 | 875.79 | RET. DET. | 64.58 | CREDIT UNION | 100.60 |
| DETROIT WITHHELD | 21.47 | 570.39 | BONDS | | | |
| HOSPITAL | 46.38 | 742.08 | 160.00 | 5.99 | | |
| MEDC | 12.62 | 338.35 | 408.42 | 52.62 | | |
| | | | 300.12 | 10.00 | | |
| 45030 | 11.99 | 275.77 | | | | |

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 25181.91 |
| | .00 |
| VACATION | 8.00 |
| COMP. TIME | 16.00 |
| PRIOR COMP. TIME | 16.00 |
| SICK TIME | 16.00 |
| RESERVE SICK TIME | 36.00 |

TOTAL GROSS: 922.53
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 533.41
AMOUNT OF CHECK: 389.12

MAIL CODE 2150  AGENCY 62

## Pay Stub — Week 46

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
293265  PAYROLL A  FOR 11/04/2013 to 11/10/2013  PAID 11/15/2013  CK0001678

EMPLOYEE NAME: FIELDS, JOSEPH W  WEEK: 46

### Earnings

| Type of Time | Time Unit | Amount |
|---|---|---|
| REGULAR | 4000 | 41720 |
| OVERTIME | 2370 | 37079 |
| SHIFT PREM | 1460 | 548 |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 4632 | 149306 | BENEFIT PLAN | | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 8591 | 237688 | LIFE INS | | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 2940 | 90519 | RET. DET. | 5554 | CREDIT UNION | |
| DETROIT WITHHELD | 1839 | 58878 | BONDS | | | |
| HOSPITAL | | 00 | | | | |
| MEDC | 1083 | 34918 | | | | |

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 2597538 |
| | 00 |
| VACATION | 800 |
| COMP. TIME | 1600 |
| PRIOR COMP. TIME | 1600 |
| SICK TIME | 1600 |
| RESERVE SICK TIME | 3600 |

TOTAL GROSS: 79347
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 24639
AMOUNT OF CHECK: 54708

MAIL CODE: 2150   AGENCY: 62

---

## Pay Stub — Week 47

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
293265  PAYROLL A  FOR 11/11/2013 to 11/17/2013  PAID 11/22/2013  CK0000835

EMPLOYEE NAME: FIELDS, JOSEPH W  WEEK: 47

### Earnings

| Type of Time | Time Unit | Amount |
|---|---|---|
| REGULAR | 3200 | 33376 |
| OVERTIME | 3690 | 57730 |
| HOL | 800 | 8344 |
| PREM | 2410 | 904 |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 5934 | 155240 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 13174 | 250862 | LIFE INS | 806 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 3854 | 94373 | RET. DET. | 7025 | CREDIT UNION | 10060 |
| DETROIT WITHHELD | 2364 | 61242 | BONDS | | | |
| HOSPITAL | 4638 | 78846 | 40842 | 5262 | | |
| MEDC | 1388 | 36306 | 30012 | 1000 | | |
| 45030 | 1199 | 28776 | | | | |

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 2697892 |
| | 00 |
| VACATION | 800 |
| COMP. TIME | 1600 |
| PRIOR COMP. TIME | 1600 |
| SICK TIME | 1600 |
| RESERVE SICK TIME | 3600 |

TOTAL GROSS: 100354
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 56744
AMOUNT OF CHECK: 43610

MAIL CODE: 2150   AGENCY: 62

---

## Pay Stub — Week 48

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
293265  PAYROLL A  FOR 11/18/2013 to 11/24/2013  PAID 11/27/2013  CK0001694

EMPLOYEE NAME: FIELDS, JOSEPH W  WEEK: 48

### Earnings

| Type of Time | Time Unit | Amount |
|---|---|---|
| REGULAR | 4000 | 41720 |
| OVERTIME | 2060 | 32229 |
| PREM | 1260 | 473 |

### Taxes, Deductions and Reimbursements

| Type | Amount | YTD | Type | Amount | Type | Amount |
|---|---|---|---|---|---|---|
| FICA | 4327 | 159567 | BENEFIT PLAN | | DEFERRED PAY PLAN | |
| FEDERAL WITHHELD | 7853 | 258715 | LIFE INS | | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 2726 | 97099 | RET. DET. | 5210 | CREDIT UNION | |
| DETROIT WITHHELD | 1716 | 62958 | BONDS | | | |
| HOSPITAL | | 00 | | | | |
| MEDC | 1012 | 37318 | | | | |

### Year to Date

| Type | Amount |
|---|---|
| GROSS EARNINGS | 2772314 |
| | 00 |
| VACATION | 800 |
| COMP. TIME | 1600 |
| PRIOR COMP. TIME | 1600 |
| SICK TIME | 1600 |
| RESERVE SICK TIME | 3600 |

TOTAL GROSS: 74422
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 22844
AMOUNT OF CHECK: 51578

MAIL CODE: 2150   AGENCY: 62

## Statement of Earnings and Deductions — ST5003337

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
293265 PAYROLL A FOR 12/16/2013 to 12/22/2013 PAID 12/27/2013
BANK 86 ACCOUNT 274650000 WEEK 52

EMPLOYEE NAME: FIELDS, JOSEPH W

| Earnings | | | | Taxes, Deductions and Reimbursements | | | | | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kind of Time | Time | Unit | Amount | Type | Amount | YTD | Type | Amount | Type | Amount | Type | Amount |
| REGULAR | | | | FICA | 1523 | 172153 | BENEFIT PLAN | | DEFERRED PAY PLAN | | GROSS EARNINGS | 2994148 |
| OVERTIME | | | | FEDERAL WITHHELD | 1287 | 280488 | LIFE INS. | | SURVIVOR BENEFIT | | VACATION | 100 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 759 | 104678 | RET. DET. | 2044 | CREDIT UNION | | COMP. TIME | 800 |
| COLA | | | | DETROIT WITHHELD | 585 | 67910 | BONDS | | | | PRIOR COMP. TIME | 1600 |
| SICK | 2800 | | 29204 | HOSPITAL MEDC | 356 | 40257 | | | | | SICK TIME RESERVE SICK TIME | 00 |

TOTAL GROSS: 29204
TOTAL TAXES DEDUCTIONS AND REIMBURSEMENTS: 6554
AMOUNT OF CHECK: 22650
MAIL CODE 2150  AGENCY 62  UNIT 2150

---

## Statement of Earnings and Deductions — ST5001735

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
293265 PAYROLL A FOR 12/23/2013 to 12/29/2013 PAID 1/03/2014
BANK 86 ACCOUNT 274650000 WEEK 01

EMPLOYEE NAME: FIELDS, JOSEPH W

| Earnings | | | | Taxes, Deductions and Reimbursements | | | | | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kind of Time | Time | Unit | Amount | Type | Amount | YTD | Type | Amount | Type | Amount | Type | Amount |
| REGULAR | | | | FICA | 193 | 193 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | 00 | GROSS EARNINGS | 8344 |
| OVERTIME | | | | FEDERAL WITHHELD | 00 | 00 | LIFE INS. | 806 | SURVIVOR BENEFIT | | VACATION | 100 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 00 | 49 | RET. DET. | 584 | CREDIT UNION | | COMP. TIME | 800 |
| COLA | | | | DETROIT WITHHELD | 49 | 4638 | BONDS | 16000 | | | PRIOR COMP. TIME | 1600 |
| | | | | HOSPITAL | 4638 | 45 | | 40842 | | 599 | SICK TIME RESERVE | 1600 |
| SICK | 800 | | 8344 | MEDC | 45030 | 1199 | | 40844 | | 00 | SICK TIME | 00 |
| | | | | | 1199 | | | 30012 | | 00 | | 00 |

TOTAL GROSS: 8344
TOTAL TAXES DEDUCTIONS AND REIMBURSEMENTS: 8153
AMOUNT OF CHECK: 191
MAIL CODE 2150  AGENCY 62  UNIT 2150

---

## Statement of Earnings and Deductions — ST5003306

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
293265 PAYROLL A FOR 12/30/2013 to 1/05/2014 PAID 1/10/2014
BANK 86 ACCOUNT 274650000 WEEK 02

EMPLOYEE NAME: FIELDS, JOSEPH W

| Earnings | | | | Taxes, Deductions and Reimbursements | | | | | | | Year to Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kind of Time | Time | Unit | Amount | Type | Amount | YTD | Type | Amount | Type | Amount | Type | Amount |
| REGULAR | | | | FICA | 00 | 193 | BENEFIT PLAN | | DEFERRED PAY PLAN | | GROSS EARNINGS | 8344 |
| OVERTIME | | | | FEDERAL WITHHELD | 00 | 00 | LIFE INS. | | SURVIVOR BENEFIT | | VACATION | 100 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 00 | 00 | RET. DET. | 00 | CREDIT UNION | | COMP. TIME | 800 |
| COLA | | | | DETROIT WITHHELD | 00 | 49 | BONDS | | | | PRIOR COMP. TIME | 1600 |
| | | | | HOSPITAL MEDC | 00 | 00 | | | | | SICK TIME RESERVE | 1600 |
| | | | | | | 45 | | | | | SICK TIME | 00 |
| | | | | | | | | | | | | 00 |

TOTAL GROSS: 00
AMOUNT OF CHECK: 00
MAIL CODE 2150  AGENCY 62  UNIT 2150

## Statement 1

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
STATEMENT OF EARNINGS AND DEDUCTIONS  ST5003337
PAID 12/27/2013
FOR 12/16/2013 to 12/22/2013
293265  PAYROLL A  BANK 86  ACCOUNT 274650000  WEEK 52

EMPLOYEE NAME: FIELDS, JOSEPH W

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | | | | FICA | 1523 | 172133 | BENEFIT PLAN | | DEFERRED PAY PLAN | | GROSS EARNINGS | 2994148 |
| OVERTIME | | | | FEDERAL WITHHELD | 1287 | 280488 | LIFE INS. | | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 759 | 104678 | RET. DET. | 2044 | CREDIT UNION | | VACATION | 800 |
| COLA | | | | DETROIT WITHHELD | 585 | 67910 | BONDS | | | | COMP. TIME | 1600 |
| SICK | 2800 | | 29204 | HOSPITAL MEDC | 356 | 40257 | | | | | PRIOR COMP. TIME | 1600 |
| | | | | | | | | | | | SICK TIME | 00 |
| | | | | | | | | | | | RESERVE SICK TIME | 00 |

AMOUNT OF CHECK: 22650
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 6554
TOTAL GROSS: 29204
MAIL CODE 2150  AGENCY 62  UNIT 2150
NOT NEGOTIABLE  DETACH AND RETAIN FOR YOUR RECORDS  PAYROLL

---

## Statement 2

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
STATEMENT OF EARNINGS AND DEDUCTIONS  ST5001735
PAID 1/03/2014
FOR 12/23/2013 to 12/29/2013
293265  PAYROLL A  BANK 86  ACCOUNT 274650000  WEEK 01

EMPLOYEE NAME: FIELDS, JOSEPH W

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | | | | FICA | 193 | 193 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | | GROSS EARNINGS | 8344 |
| OVERTIME | | | | FEDERAL WITHHELD | 00 | 00 | LIFE INS. | 806 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 149 | 149 | RET. DET. | 584 | CREDIT UNION | 00 | VACATION | 800 |
| COLA | | | | DETROIT WITHHELD | 4638 | 4638 | BONDS | 599 | | | COMP. TIME | 1600 |
| SICK | 800 | | 8344 | HOSPITAL MEDC | 45 45030 | 45 11199 | 16000 40842 40844 30012 | 00 00 00 | | | PRIOR COMP. TIME SICK TIME RESERVE SICK TIME | 1600 00 00 |

AMOUNT OF CHECK: 191
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 8153
TOTAL GROSS: 8344
MAIL CODE 2150  AGENCY 62  UNIT 2150
NOT NEGOTIABLE  DETACH AND RETAIN FOR YOUR RECORDS  PAYROLL

---

## Statement 3

**CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION**
STATEMENT OF EARNINGS AND DEDUCTIONS  ST5003306
PAID 1/10/2014
FOR 12/30/2013 to 1/05/2014
293265  PAYROLL A  BANK 86  ACCOUNT 274650000  WEEK 02

EMPLOYEE NAME: FIELDS, JOSEPH W

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME | UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | | | | FICA | 00 | 193 | BENEFIT PLAN | | DEFERRED PAY PLAN | | GROSS EARNINGS | 8344 |
| OVERTIME | | | | FEDERAL WITHHELD | 00 | 00 | LIFE INS. | | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | | MICHIGAN WITHHELD | 00 | 00 | RET. DET. | 00 | CREDIT UNION | 00 | VACATION | 800 |
| COLA | | | | DETROIT WITHHELD | 00 | 149 | BONDS | | | | COMP. TIME | 1600 |
| | | | | HOSPITAL MEDC | 00 | 00 45 | | | | | PRIOR COMP. TIME | 1600 |
| | | | | | | | | | | | SICK TIME | 00 |
| | | | | | | | | | | | RESERVE SICK TIME | 00 |

AMOUNT OF CHECK: 00
TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 00
TOTAL GROSS: 00
MAIL CODE 2150  AGENCY 62  UNIT 2150
NOT NEGOTIABLE  DETACH AND RETAIN FOR YOUR RECORDS  PAYROLL