Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service is Missing. (Related document [10874] Response filed by Creditor Sheila L. Bell to [10781] Objection to Claim Number 2995 of Debtor's Twenty−Fifth Omnibus Objection to Certain Claims (Pension Claims that Have Been Classified and Allowed by the City's Plan)). See below for important deadline information.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant

☐ Petition Non−Compliant (To be filed in its entirety)

☑ Proof of Service Missing or Non−Compliant

☐ Proposed Order Missing

☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant

☐ Statement of Corporate Ownership Missing

☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 3/21/16

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:  Case No. 13-53846-tjt
City of Detroit, Michigan  Chapter 9
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2    User: csiku    Page 1 of 18    Date Rcvd: Mar 21, 2016
    Form ID: def2    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2016.
    +Sheila L. Bell,   14421 Royal Grand,   Redford, MI 48239-3344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust    Daniel M. McDermott
    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2016    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2016 at the address(es) listed below:
    A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
    Albert Togut    on behalf of Plaintiff    City of Detroit, Michigan neilberger@teamtogut.com,
     apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,
     adeering@teamtogut.com,srobinson@teamtogut.com
    Albert Togut    on behalf of Debtor In Possession    City of Detroit, Michigan
     dperson@teamtogut.com
    Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
     alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
    Alice Bonita Jennings    on behalf of Plaintiff John Smith ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
     ajennings@edwardsjennings.com, vgray@edwardsjennings.com
    Alice Bonita Jennings    on behalf of Plaintiff Sylvia Taylor ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings    on behalf of Plaintiff Rosalyn Walker ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings    on behalf of Plaintiff Tammika Williams ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings    on behalf of Plaintiff John Jackson ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings    on behalf of Plaintiff Janice Ward ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
     ajennings@edwardsjennings.com, vgray@edwardsjennings.com
    Alice Bonita Jennings    on behalf of Plaintiff Rosalyn Parham ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
     ajennings@edwardsjennings.com, vgray@edwardsjennings.com
    Alice Bonita Jennings    on behalf of Plaintiff Maurika Lyda ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings    on behalf of Plaintiff Nicole Hill ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings    on behalf of Plaintiff Scott Eubank ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
     oshagan@legghioisrael.com, drf@legghioisrael.com
    Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
    Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
     allan.brilliant@dechert.com
    Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
     allan.brilliant@dechert.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Allison Bach   on behalf of Interested Party   State of Michigan, Department of Attorney General abach@dickinsonwright.com
Amanda Kill   on behalf of Defendant   Wright Tool Co akill@ahernkill.com, tmeluso@ahernkill.com;jmeyers@ahernkill.com
Amanda Carol Vintevoghel   on behalf of Defendant   Interstate Trucksource Inc avintevoghel@dragichlaw.com, avintevoghel@hotmail.com
Amanda Carol Vintevoghel   on behalf of Defendant   Oracle Corporation avintevoghel@dragichlaw.com, avintevoghel@hotmail.com
Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com
Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com
Andrew Minear   on behalf of Creditor   Parsons Brinckerhoff Michigan, Inc. aminear@schiffhardin.com
Andrew Minear   on behalf of Defendant   Parsons Brinckeroff Michigan Inc aminear@schiffhardin.com
Andrew A. Paterson, Jr.   on behalf of Plaintiff   Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr.   on behalf of Creditor Robert Davis aap43@outlook.com, aap43law@gmail.com
Anthony J. Kochis   on behalf of Creditor   Iron Mountain Information Management, LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com
Barbara A. Patek   on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com
Barbara A. Patek   on behalf of Attorney   Erman, Teicher, Zucker & Freedman, P.C. bpatek@ermanteicher.com
Barbara A. Patek   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com
Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association bpatek@ermanteicher.com
Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com
Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com
Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com
Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com, wrkyles@varnumlaw.com
Brian Keck   on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com, aworlen@morganmeyers.com
Brian Keck   on behalf of Interested Party Denise Gardner bkeck@morganmeyers.com, aworlen@morganmeyers.com
Brian Keck   on behalf of Interested Party Patricia Ramirez bkeck@morganmeyers.com, aworlen@morganmeyers.com
Brian Keck   on behalf of Interested Party Kimberly James bkeck@morganmeyers.com, aworlen@morganmeyers.com
Brian D. O'Keefe   on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com
Bruce Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan bbennett@jonesday.com
Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
Carina Kraatz   on behalf of Defendant   Bauer & Hunter PLLC ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net
Carina Kraatz   on behalf of Interested Party   Resnick & Moss, P.C. ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net
Carina Kraatz   on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net
Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen   on behalf of Interested Party   Ambac Assurance Corporation carol.cohen@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
              Carole  Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan carole.neville@dentons.com
              Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
               carole.neville@dentons.com,daniel.morris@dentons.com
              Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
               caroline.english@arentfox.com
              Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
               caroline.english@arentfox.com
              Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
              Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
               charlesID@hotmail.com
              Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
              Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com,   kkranz@wnj.com
              Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com,   kkranz@wnj.com
              Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
               kkranz@wnj.com
              Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
               kkranz@wnj.com
              Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
               BRCY@CarsonFischer.com,   cgrosman@carsonfischer.com
              Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
               cgrosman@carsonfischer.com
              Christopher E. McNeely    on behalf of Defendant    Great Lakes Power Inc cmcneely@mandmpc.com
              Cindy  Tsai    on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
              Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
               claude.montgomery@dentons.com,docketny@dentons.com,
               carole.neville@dentons.com;sam.alberts@dentons.com
              Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
               Detroit, Michigan claude.montgomery@dentons.com,
               carole.neville@dentons.com;sam.alberts@dentons.com
              Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
               courtney.rogers@wallerlaw.com
              Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
               courtney.rogers@wallerlaw.com
              Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
               ANHSOA@4stechnologies.com;anhsoa@gmail.com
              Cynthia J. Haffey    on behalf of Defendant    Detroit General Retirement System Service
               Corporation haffey@butzel.com,   smithe@butzel.com
              Cynthia J. Haffey    on behalf of Defendant    Detroit Police And Fire Retirement System Service
               Corporation haffey@butzel.com,   smithe@butzel.com
              Dale  Price    on behalf of Creditor    Equal Employment Opportunity Commission dale.price@eeoc.gov,
               legaldt.detroit@eeoc.gov
              Daniel  Kielczewski    on behalf of Defendant    Bob Maxey Ford Inc
               dgkielczewski@abbottnicholson.com,   adwilliams@abbottnicholson.com
              Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
               dweiner@schaferandweiner.com
              Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
               dweiner@schaferandweiner.com
              David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
               deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               deisenberg@ermanteicher.com
              David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               deisenberg@ermanteicher.com
              David A. Lerner    on behalf of Creditor    Plunkett Cooney dlerner@plunkettcooney.com,
               nwinagar@plunkettcooney.com
              David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
               nwinagar@plunkettcooney.com
              David A. Lerner    on behalf of Defendant    Waste Management of Michigan Inc
               dlerner@plunkettcooney.com,   nwinagar@plunkettcooney.com
              David E. Schwartz    on behalf of Defendant    SMART dschwartz@allardfishpc.com,
               allardfishpc@yahoo.com
              David G. Dragich    on behalf of Defendant    Oracle Corporation ddragich@dragichlaw.com
              David G. Dragich    on behalf of Defendant    Interstate Trucksource Inc ddragich@dragichlaw.com
              David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
              David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
              David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
               dgheiman@jonesday.com
              David Jonathan Cross    on behalf of Defendant    T & N Services Inc davidjonathancross@gmail.com
              David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
              David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
               david.dubrow@arentfox.com
              David M. Blau    on behalf of Creditor    NTH Consultants, Ltd. dblau@clarkhill.com
              David M. Blau    on behalf of Defendant    Mannik & Smith Group Inc dblau@clarkhill.com
              David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
               kbilpo@seyburn.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Dawn R. Copley   on behalf of Interested Party   State of Michigan dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
          Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap   on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant John  Naglik kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant John  Naglick kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com
          Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   BlueMountain Capital Management, LLC dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Interested Party   Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish   on behalf of Intervenor-Defendant   Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
          Debra N. Pospiech   on behalf of Interested Party Patricia  Ramirez dpospiech@morganmeyers.com
          Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2005 dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Defendant   Wilmington Trust, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Interested Party   U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Creditor   Wilmington Trust Company, National Association dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006 dbeckwith@fosterswift.com
          Dirk H. Beckwith   on behalf of Creditor   U.S. Bank National Association dbeckwith@fosterswift.com
          Donald C. Wheaton, Jr.   on behalf of Defendant    SBM Inc dwheatonjr@aol.com
          Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc. don@mcguiganlaw.com
          Doron  Yitzchaki   on behalf of Defendant   Hesco Hamlett Engineering Sales Company DYitzchaki@dickinsonwright.com
          Douglas  Steele   on behalf of Interested Party   International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein   on behalf of Interested Party   Hudson-Webber Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   W.K. Kellogg Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   Max M. and Marjorie S. Fisher Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party   The Ford Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
          Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Douglas C. Bernstein    on behalf of Defendant    1 Way Service Inc dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Defendant    Examworks Inc dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Earle I. Erman    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Police Officers Association eerman@ermanteicher.com
Earle I. Erman    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com
Edward J. Gudeman    on behalf of Defendant    Audio Visual Equipment & Supplies ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com;lmerucci@ecf.inforuptcy.com;rtanner@ecf.inforuptcy.com;kdarr@ecf.inforuptcy.com;kshinn@ecf.inforuptcy.com;ejgudeman@ecf.inforuptcy.com;brookard@ecf.inforuptcy.com
Edward J. Hood    on behalf of Defendant    Colasanti Corporation ehood@clarkhill.com, atheisen@clarkhill.com
Elias T. Majoros    on behalf of Interested Party    US Health & Life Insurance Company emajoros@glmpc.com
Elizabeth Ann Favaro    on behalf of Defendant    Siemens Industry Inc elizabeth.favaro@bowmanandbrooke.com, diana.murray@bowmanandbrooke.com
Elizabeth Ann Favaro    on behalf of Interested Party    Siemens Industry Inc. elizabeth.favaro@bowmanandbrooke.com, diana.murray@bowmanandbrooke.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    CitiMortgage, Inc. bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor     M&T Bank bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    M&T Bank bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Rushmore Loan Management Services, LLC bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elliot G. Crowder    on behalf of Defendant    W C Ducomb Co ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan carlson@millercanfield.com, brashier@millercanfield.com
Eric David Novetsky    on behalf of Creditor    National Public Finance Guarantee Corporation enovetsky@jaffelaw.com
Erika D. Hart    on behalf of Defendant    OAS Group Inc ehart@tauntlaw.com
Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com
Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit efeldman@clarkhill.com
Fred Neufeld    on behalf of Interested Party Fred Neufeld fneufeld@sycr.com
Gordon J. Toering    on behalf of Defendant    EJ USA Inc gtoering@wnj.com
H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net, jabdelnour@resnicklaw.net
H. Nathan Resnick    on behalf of Defendant    Bauer & Hunter PLLC hnresnick@resnicklaw.net, jabdelnour@resnicklaw.net
Harold E. Nelson    on behalf of Creditor    Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com
Harold E. Nelson    on behalf of Creditor Brendan  Mylewski ecf-hen@rhoadesmckee.com
Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
               Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heather Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com
              Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com
              Heather Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com
              Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Heidi Peterson    hdpeterson75@gmail.com
              Horace D. Cotton    on behalf of Respondent    B&C Land Development Corporation hdcotton@yahoo.com
              Howard M. Borin    on behalf of Interested Party    Ambac Assurance Corporation
               hborin@schaferandweiner.com, jburns@schaferandweiner.com;nmack@schaferandweiner.com
              Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
              Hugh M. Davis    on behalf of Creditor Constance M. Phillips Info@ConLitPC.com
              Irma Industrious    on behalf of Creditor Irma  Industrious iindustrious@yahoo.com,
               iimeldai123@gmail.com
              J. Paul Sugameli    on behalf of Defendant    Farrow Group Inc psugameli@sugamelilaw.com
              James Pelland    on behalf of Defendant    Metco Services Inc jpelland@fb-firm.com,
               psugars@fb-firm.com
              James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              James J. Hayes    on behalf of Defendant    Alexander Chemical Corp attyjjhayes@gmail.com
              Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
              Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
               jeansartre@msn.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com,
               ssmith@kerr-russell.com
              Jason W. Bank    on behalf of Defendant    New England Fertilizer Company jbank@kerr-russell.com,
               ssmith@kerr-russell.com
              Jason W. Bank    on behalf of Defendant    Wade Trim Associates Inc. jbank@kerr-russell.com,
               ssmith@kerr-russell.com
              Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
               jbank@kerr-russell.com, ssmith@kerr-russell.com
              Jason W. Bank    on behalf of Defendant    Hinshon Environmental Consulting, Inc.
               jbank@kerr-russell.com, ssmith@kerr-russell.com
              Jayson Ruff    on behalf of Creditor    Sprint Communications Company LP jruff@mcdonaldhopkins.com
              Jayson Ruff    on behalf of Creditor    Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
               Lhaidostian@mwe.com
              Jeffrey Rossman    on behalf of Creditor    U.S. Bank, N.A. jrossman@mwe.com
              Jeffrey Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
              Jeffrey Rossman    on behalf of Interested Party    U.S. Bank N.A. jrossman@mwe.com
              Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,
               tc@osbig.com;mk@osbig.com
              Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
              Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
               jbelveal@honigman.com, mjohnson@honigman.com
              Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
               jbelveal@honigman.com, mjohnson@honigman.com
              Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
              Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
              Jimmylee Gray    on behalf of Defendant    Ampro Construction LLC j.gray50@comcast.net
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jimmylee Gray   on behalf of Defendant   Uniglobe Construction Co j.gray50@comcast.net
Jimmylee Gray   on behalf of Defendant   Kingsway Building & Maintenance j.gray50@comcast.net
John A. Simon   on behalf of Debtor In Possession   City of Detroit, Michigan jsimon@foley.com
John A. Stevens   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association jstevens@mathesonparr.com, nlmumma@aol.com
John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com;mforan@bredhoff.com
John Joseph Ramirez   on behalf of Interested Party   Deutsche Bank AG, London john.ramirez@kattenlaw.com
John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com
John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan john.sieger@kattenlaw.com
John R. Canzano   on behalf of Creditor   Michigan Building and Construction Trades Council jcanzano@kmsmc.com
Jon M. Gaskell   on behalf of Defendant   Agar Lawn Sprinkler Systems Inc jgaskell@alldial.net
Jonathan S. Green   on behalf of Defendant Michael  Hall green@millercanfield.com
Jonathan S. Green   on behalf of Defendant   City of Detroit, Michigan green@millercanfield.com
Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com
Jonathan S. Green   on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
Jonathan S. Green   on behalf of Defendant   City of Detroit green@millercanfield.com
Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com
Jonathan S. Taub   on behalf of Defendant   PVS Technologies Inc jtaub@pvschemicals.com, jon.taub1@comcast.net;dtheodore@pvschemicals.com
Jong-Ju Chang   on behalf of Creditor   Oakland County, Michigan jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
Jong-Ju Chang   on behalf of Interested Party   City of Detroit, Water and Sewerage Department jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
Joseph David Hess   on behalf of Defendant   Compuware Corporation jhess@honigman.com
Joseph David Hess   on behalf of Defendant   CW Professional Services LLC jhess@honigman.com
Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com, jfischer@carsonfischer.com
Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com, litdocket@honigman.com
Joshua  Wheelock   on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com, joshwheelock@hotmail.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Judith Greenstone Miller   on behalf of Defendant   Election Systems & Software jmiller@jaffelaw.com, dgoldberg@jaffelaw.com
Judith Greenstone Miller   on behalf of Creditor   ADP, LLC jmiller@jaffelaw.com, dgoldberg@jaffelaw.com
Judy B. Calton   on behalf of Creditor   120 W. Montcalm Properties LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   WC Hoover Investments, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Singent Consulting LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Kennedy Square Garage LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Mound Road Enterprises L.L.C. jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Country West Apartments, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor Aziz N. Abraham jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   LDM, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   3250 Associated LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   TSD Solutions LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   136 Bagley LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Delbruck Technology, LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   440 Congress LLC jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Stanne Consulting, LLC jcalton@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Judy B. Calton    on behalf of Creditor    Tower Defense & Aerospace, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Gekko Enterprises LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    VITEC, L.L.C. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Taggart Technologies LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Cass Community Social Services, Inc.
           jcalton@honigman.com,    litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party Michael   Duggan, Mayor jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Seven Mile Partners, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Compuware Corporation jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    CW Professional Services LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Cathedral Owner LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    3100 East Jefferson, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Oakland Plant Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Magnolia Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    4737 Conner Co., LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Enforcement Technology, Inc. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
           jcalton@honigman.com,    litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Koehler Market LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Regency Owner LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Sigma Associates Inc jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
           litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Judy B. Calton    on behalf of Creditor    Linwood Neighbors LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Attorney L. Katie Mason jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Mack Avenue Investors LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Seven Mile Holdings, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    MICMR, LLC jcalton@honigman.com,   litdocket@honigman.com
        Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Defendant    Compuware Corporation jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Bean Little Investments, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
         jteicher@ermanteicher.com
        Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
         344 jteicher@ermanteicher.com
        Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants
         Association jteicher@ermanteicher.com
        Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
         jteicher@ermanteicher.com
        Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
         karen.dine@kattenlaw.com
        Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
         Avery@SilvermanMorris.com
        Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
         Association Avery@SilvermanMorris.com
        Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
         Avery@SilvermanMorris.com
        Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
         Avery@SilvermanMorris.com
        Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
         kressk@pepperlaw.com
        Kenneth B. Vance    on behalf of Defendant    Z Contractors Inc kbvance@comcast.net,
         kbvance01@gmail.com
        Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
         kenneth.noble@kattenlaw.com,    nyc.bknotices@kattenlaw.com
        Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
         kenneth.noble@kattenlaw.com,    nyc.bknotices@kattenlaw.com
        Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
         kenneth.noble@kattenlaw.com,    nyc.bknotices@kattenlaw.com
        Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov,
         michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Mary.compeau@usdoj.gov;Jack.Tubbs@usdoj.gov
        Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
         kevin.baum@kattenlaw.com
        Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
         ksummers@dflaw.com,    mmichael@psedlaw.com;ccook@dflaw.com
        Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
        Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
         kthornbladh@gmail.com,    thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
         kthornbladh@gmail.com,    thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kurt Thornbladh on behalf of Plaintiff Moratorium Now! kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh on behalf of Plaintiff Sylvia Taylor kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh on behalf of Plaintiff Rosalyn Walker kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh on behalf of Plaintiff Rosalyn Parham kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh on behalf of Creditor Plymouth Square Ltd. Housing Association kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh on behalf of Creditor Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh on behalf of Plaintiff Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh on behalf of Plaintiff Janice Ward kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh on behalf of Plaintiff John Smith kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh on behalf of Plaintiff Tammika Williams kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh on behalf of Plaintiff John Jackson kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh on behalf of Creditor Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        L. Nichole Hunter on behalf of Creditor Public Lighting Authority nhunter@alglawpc.com, sobrien@alglawpc.com
        Lawrence A. Lichtman on behalf of Creditor 660 Woodward Associates, LLC llichtman@honigman.com, litdocket@honigman.com
        Leah Montesano on behalf of Interested Party Ambac Assurance Corporation leah.montesano@arentfox.com
        Leonora K. Baughman on behalf of Respondent Wayne County Treasurer ecf@kaalaw.com, Dchapman@ecf.courtdrive.com;konail@ecf.courtdrive.com;malexander@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;tsmith@ecf.courtdrive.com;csanders@ecf.courtdrive.com;Lbaughman@ecf.courtdrive.com
        Lisa Hill Fenning on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
        Lisa Sommers Gretchko on behalf of Creditor Howard & Howard Attorneys PLLC lgretchko@howardandhoward.com, ebarrett@howardandhoward.com
        Louis P. Rochkind on behalf of Plaintiff National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
        M. Ellen Dennis on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu
        Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato on behalf of Creditor Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Marc N. Swanson on behalf of Defendant Detroit City Council swansonm@millercanfield.com
        Marc N. Swanson on behalf of Defendant Michael Hall swansonm@millercanfield.com
        Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
        Marc N. Swanson on behalf of Defendant City of Detroit swansonm@millercanfield.com
        Marc N. Swanson on behalf of Defendant Michael Duggan, Mayor swansonm@millercanfield.com
        Marc N. Swanson on behalf of Defendant City of Detroit, Michigan swansonm@millercanfield.com
        Marcy J. Ford on behalf of Creditor Bank of America, N.A. easternecf@trottlaw.com
        Marguerite Hammerschmidt on behalf of Interested Party Haas & Goldstein P.C. admin@hammer-stick.com
        Mark Wasvary on behalf of Creditor Hyde Park Co-Operative, et al. mark@wasvarylaw.com
        Mark Wasvary on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
        Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
        Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
        Mark B. Berke on behalf of Defendant Birks Works Environmental LLC mberkelaw@gmail.com
        Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
        Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
        Mark H. Shapiro    on behalf of Interested Party    Greenhill & Co., LLC shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
        Mark L. McAlpine    on behalf of Other Professional    McAlpine PC mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com;nanichols@mcalpinepc.com
        Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company mrj@wwrplaw.com
        Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
        Mark S. Frankel    on behalf of Defendant    Tooles Contracting Group LLC mfrankel@couzens.com
        Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
        Mark S. Frankel    on behalf of Defendant    Motor City Pipe & Supply Co mfrankel@couzens.com
        Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
        Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
        Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
        Mary Kay Shaver    on behalf of Creditor    Varnum LLP mkshaver@varnumlaw.com
        Matthew Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
        Matthew Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
        Matthew Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins    on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew D. Harper    on behalf of Interested Party    City of Detroit Water and Sewerage Department mdharper@eastmansmith.com
        Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
        Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
        Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
        Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG summersm@ballardspahr.com
        Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
        Michael A. Stevenson    on behalf of Interested Party    Clark Associates, Inc. mas@sbplclaw.com, rschultz@sbplclaw.com
        Michael A. Stevenson    on behalf of Defendant    Clark Associates Inc mas@sbplclaw.com, rschultz@sbplclaw.com
        Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
        Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
        Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
        Michael H. Perry    on behalf of Defendant    Fraser Trebilcock Davis & Dunlap PC mperry@fraserlawfirm.com
        Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
        Michael R. Bell    on behalf of Interested Party    State of Michigan, Department of Attorney General BellM1@michigan.gov
        Michael R. Bell    on behalf of Interested Party Bill Schuette BellM1@michigan.gov
        Michael Robert Wolin    on behalf of Defendant    Systems & Software Inc mike@tishlaw.com
        Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com
        My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
        Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Donnell White ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
        Neil Matthew Berger    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com, dcahir@teamtogut.com,twiener@teamtogut.com,smcgrath@teamtogut.com,ygreenberg@teamtogut.com, seratner@teamtogut.com,dgeoghan@teamtogut.com,neilberger@teamtogut.com,scurrie@teamtogut.com, abrogan@teamtogut.com,bmoore@teamtogut.com,dsmith@teamtogut.com,jlee@teamtogut.com, echafetz@teamtogut.com,awinchell@teamtogut.com,hmagaliff@teamtogut.com
        Neil R. Sherman    on behalf of Creditor    Flagstar Bank, FSB nsherman@sspclegal.com, stremontil@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Neil R. Sherman on behalf of Interested Party CitiMortgage, Inc. nsherman@sspclegal.com, stremonti1@sspclegal.com
- Neil R. Sherman on behalf of Interested Party Schneiderman and Sherman, P.C. nsherman@sspclegal.com, stremonti1@sspclegal.com
- Neil R. Sherman on behalf of Interested Party Kondaur Capital Corporation nsherman@sspclegal.com, stremonti1@sspclegal.com
- Niraj R. Ganatra on behalf of Attorney UAW - Solidarity House Nganatra@uaw.net
- Noah J. Ornstein on behalf of Interested Party Syncora Guarantee Inc. noah.ornstein@kirkland.com
- Noah J. Ornstein on behalf of Interested Party Syncora Capital Assurance Inc. noah.ornstein@kirkland.com
- Paige E. Barr on behalf of Creditor Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com
- Patrick C. Lannen on behalf of Creditor Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
- Patrick E. Mears on behalf of Creditor 36th District Court for the State of Michigan pmears@btlaw.com
- Patrick W. Carothers on behalf of Defendant Carmeuse Lime Inc pcarothers@leechtishman.com, bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
- Paul H. Saint-Antoine on behalf of Defendant Wilmington Trust, N.A. Paul.Saint-Antoine@dbr.com, Todd.Hutchison@dbr.com;James.Williamson@dbr.com
- Paul R. Hage on behalf of Creditor National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
- Paul R. Hage on behalf of Defendant Inland Waters Pollution Control Inc. phage@jaffelaw.com, jtravick@jaffelaw.com
- Paul R. Hage on behalf of Creditor Canon Financial Services, Inc. phage@jaffelaw.com, jtravick@jaffelaw.com
- Paul R. Hage on behalf of Plaintiff National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
- Paul R. Hage on behalf of Defendant Election Systems & Software phage@jaffelaw.com, jtravick@jaffelaw.com
- Paula A. Hall on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Paula A. Hall on behalf of Interested Party Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Paula A. Hall on behalf of Retiree Committee Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Peter D. Dechiara on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
- Peter Paul Sudnick on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com, psudnick13@gmail.com
- Ralph A. Taylor on behalf of Interested Party Ambac Assurance Corporation ralph.taylor@arentfox.com
- Ralph A. Taylor on behalf of Plaintiff Ambac Assurance Corporation ralph.taylor@arentfox.com
- Ralph E. McDowell on behalf of Interested Party Oakland-Macomb Interceptor Drain Drainage District rmcdowell@bodmanlaw.com
- Randall A. Brater on behalf of Interested Party Ambac Assurance Corporation randall.brater@arentfox.com
- Randall A. Pentiuk on behalf of Interested Party Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Randall A. Pentiuk on behalf of Interested Party Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Randall A. Pentiuk on behalf of Interested Party Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Randall A. Pentiuk on behalf of Creditor St. Martins Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Randall A. Pentiuk on behalf of Interested Party St. James Cooperative RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Randall A. Pentiuk on behalf of Interested Party Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
- Raymond Guzall, III on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
- Raymond Guzall, III on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
- Richard A. Roble (UST) on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
- Richard G. Mack, Jr. on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Coalition of Detroit Unions richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com, konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;tsmith@ecf.courtdrive.com;male

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit, Water and Sewerage Department ecf@kaalaw.com, konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;tsmith@ecf.courtdrive.com;male
- Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
- Robert Fetter on behalf of Interested Party Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Interested Party Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert A. Weisberg on behalf of Defendant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert A. Weisberg on behalf of Creditor Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert D. Gordon on behalf of Creditor Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
- Robert D. Gordon on behalf of Creditor General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
- Robert J. Diehl, Jr. on behalf of Interested Party U.S. Bank N.A. rdiehl@bodmanlaw.com
- Robert J. Figa on behalf of Defendant D A Central Inc RFiga@Comlawone.com
- Robert J. Figa on behalf of Defendant Vancon Inc RFiga@Comlawone.com
- Robert M. Sosin on behalf of Defendant Universal System Technologies Inc robert@asnlaw.com
- Robert N. Bassel on behalf of Interested Party Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
- Robert S. Hertzberg on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Debtor In Possession City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Interested Party Pepper Hamilton LLP hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Roger Q. Hyde on behalf of Defendant Able Demolition Inc. rogerqhyde@sbcglobal.net
- Ronald A. Spinner on behalf of Defendant City of Detroit, Michigan spinner@millercanfield.com
- Ronald A. Spinner on behalf of Debtor In Possession City of Detroit, Michigan spinner@millercanfield.com
- Roy C. Sgroi on behalf of Defendant Michigan CAT rcs@sgroilaw.com
- Rozanne M. Giunta on behalf of Interested Party State of Michigan, Department of Attorney General rmgiunta@lambertleser.com, amckeoun@lambertleser.com
- Rozanne M. Giunta on behalf of Interested Party State of Michigan rmgiunta@lambertleser.com, amckeoun@lambertleser.com
- Ryan Plecha on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Ryan Plecha   on behalf of Interested Party   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

        Ryan Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

        Ryan Plecha   on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

        Ryan Plecha   on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

        Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

        Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

        Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

        Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

        Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd. ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

        Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com

        Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company soconnor@glmpc.com

        Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com

        Scott Eric Ratner   on behalf of Defendant   Detroit Thermal, LLC dperson@teamtogut.com

        Scott Eric Ratner   on behalf of Plaintiff   City of Detroit, Michigan dperson@teamtogut.com

        Scott M. Watson   on behalf of Creditor   UBS AG swatson@wnj.com

        Scott W. Rooney   on behalf of Defendant   Olive Delivery Service LLC scott@nemesassociates.com, alison@nemesassociates.com

        Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov

        Sean P. McNally   on behalf of Defendant   Kotz Sangster Wysocki & Berg PC smcnally@kotzsangster.com, jhopko@kotzsangster.com

        Shanna Marie Kaminski   on behalf of Interested Party   City of Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com

        Shanna Marie Kaminski   on behalf of Defendant   Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com

        Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Interested Party   General Retirement System of the City of Detroit sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Interested Party   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Defendant   Eastern Oil Co sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Defendant   CDM Michigan Inc sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Defendant   J Ranck Electric Inc sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Defendant   Camp Dresser & McKee sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Defendant   Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Defendant   David Wm Ruskin sdeeby@clarkhill.com

        Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com

        Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com

        Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com

        Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net

        Sherrie L. Farrell   on behalf of Attorney   Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

        Sherrie L. Farrell   on behalf of Creditor   Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

        Sheryl L. Toby   on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Sheryl L. Toby    on behalf of Creditor   Downtown Development Authority stoby@dykema.com,
           dguerrero@dykema.com
          Stanley L. de Jongh    on behalf of Interested Party   City of Detroit Law Department
           jongsl@detroitmi.gov
          Stanley L. de Jongh    on behalf of Debtor In Possession   City of Detroit, Michigan
           jongsl@detroitmi.gov
          Stephen  Wolpert    on behalf of Creditor   Macomb County stephen.wolpert@dechert.com
          Stephen B. Grow    on behalf of Creditor   UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen B. Grow    on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow    on behalf of Defendant   UBS AG sgrow@wnj.com, kfrantz@wnj.com
          Stephen J. Pokoj    on behalf of Defendant   Applied Science Inc spokoj@fildewhinks.com
          Stephen M. Gross    on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Interested Party   Detroit Institute of Arts
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Defendant   City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Plaintiff   City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Defendant   Detroit City Council laplante@millercanfield.com,
           skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Debtor In Possession   City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party   State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party   State of Michigan showell@dickinsonwright.com
          Steven G. Howell    on behalf of Interested Party   State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Stuart A. Gold    on behalf of Defendant   Binkelman Corp. sgold@glmpc.com
          Stuart A. Gold    on behalf of Defendant   Federal Pipe & Supply Inc sgold@glmpc.com
          Stuart A. Gold    on behalf of Creditor   Detroit Public Library sgold@glmpc.com
          Susheel  Kirpalani    on behalf of Plaintiff   Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Susheel  Kirpalani    on behalf of Interested Party   Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Suzanne L. Wahl    on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
          Tamar  Dolcourt    on behalf of Debtor In Possession   City of Detroit, Michigan
           tdolcourt@foley.com
          Thomas B. Radom    on behalf of Defendant   Wolverine Oil & Supply Co., Inc Radom@butzel.com
          Thomas B. Radom    on behalf of Defendant   DeMaria Building Company Radom@butzel.com
          Thomas B. Radom    on behalf of Defendant   Detroit Contracting Inc LLC Radom@butzel.com
          Thomas B. Radom    on behalf of Defendant   DCI Wolverine JV Radom@butzel.com
          Thomas B. Radom    on behalf of Defendant   Computech Corporation Radom@butzel.com
          Thomas P. Christy    on behalf of Creditor   Berkshire Hathaway Assurance Corporation
           tchristy@garanlucow.com
          Thomas R. Morris    on behalf of Plaintiff   Detroit Retired City Employees Association
           morris@silvermanmorris.com, kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
           kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
           kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party   Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com, kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
           morris@silvermanmorris.com, kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party   Detroit Retired City Employees Association
           morris@silvermanmorris.com, kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           kjordan@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession   City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Defendant   City of Detroit, Michigan fusco@millercanfield.com
          Timothy R. Graves    on behalf of Interested Party   Bronze Gable, L.L.C. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Aurelius Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Stone Lion Capital Partners L.P.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Timothy R. Graves   on behalf of Interested Party   Panning Capital Management, LP
 tgraves@allardfishpc.com, allardfishpc@yahoo.com
Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP
 tgraves@allardfishpc.com, allardfishpc@yahoo.com
Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
Todd W. Grant   on behalf of Defendant   Waterworks Systems & Equipment tgrant@cqlawfirm.com,
 pcavanaugh@cqlawfirm.com
Todd W. Grant   on behalf of Defendant   E L Bailey & Co Inc tgrant@cqlawfirm.com,
 pcavanaugh@cqlawfirm.com
Todd W. Grant   on behalf of Defendant   North-West Trading Co tgrant@cqlawfirm.com,
 pcavanaugh@cqlawfirm.com
Todd W. Grant   on behalf of Defendant   Clarks Construction tgrant@cqlawfirm.com,
 pcavanaugh@cqlawfirm.com
Todd W. Grant   on behalf of Defendant   Blue Star Inc tgrant@cqlawfirm.com,
 pcavanaugh@cqlawfirm.com
Todd W. Grant   on behalf of Defendant   KEO and Associates Inc. tgrant@cqlawfirm.com,
 pcavanaugh@cqlawfirm.com
Tracy M. Clark   on behalf of Defendant   A & M Trucking Inc clark@steinbergshapiro.com
Trevor J. Zamborsky   on behalf of Creditor Orlando Marion tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Teran Brown tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Melvin Miller tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Ezekiel Davis tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Wendy Jefferson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Doug Taylor tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Rodney Heard tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Angela Davis tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Yvette Spencer tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Eddie Moore tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Otis Evans tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor John Collins tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Gary Musser tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Marily Cloyd tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Trevor J. Zamborsky   on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Trevor J. Zamborsky    on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
           vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
          Wallace M. Handler    on behalf of Defendant    Tetra Tech Mps whandler@swappc.com,
           kgleeson@swappc.com,  ckrause@swappc.com
          Wendy Turner Lewis    on behalf of Defendant    Pyratech Security Systems Inc wtlewis@ameritech.net
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William J. Barrett    on behalf of Defendant    Genuine Parts Company william.barrett@bfkn.com
          William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
           Authority wlistman@davislistman.com
          William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
          William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
          William W. Kannel    on behalf of Creditor    Fidelity Management & Research Company
           wkannel@mintz.com
          Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com,
           amckeoun@lambertleser.com
          Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Defendant    Toter Incorporated yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Defendant    Capp, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Defendant    Kessler International yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Defendant    Capp USA yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 738
```