## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re:

CITY OF DETROIT, MICHIGAN,                    Case No. 13-53846-mar
                                              Chapter 9
                Debtor.                        Hon. Mark A. Randon
_____ /

## REQUEST TO BE REMOVED FROM
## RECEIVING ELECTRONIC FILINGS IN A CASE


Please remove attorney Howard Borin, whose email is hborin@schaferandweiner.com;

jburns@schaferandweiner.com; nmack@schaferandweiner.com from the electronic service list that

provides for receipt of electronic filings in the above captioned case and any related adversary

proceedings.



Respectfully submitted:

SCHAFER AND WEINER, PLLC

By:  / s / Howard Borin_____
     HOWARD BORIN (P51959)
     Counsel for Ambach Assurance Corp.
     40950 Woodward Ave., Ste. 100
     Bloomfield Hills, MI 48304
     248-540-3340
     hborin@schaferandweiner.com

Dated:  March 24, 2016