Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service is Missing. (Related document [10932] Response Filed by Creditor Linda M. Riley to [10780] Debtor's Twenty−Fourth Omnibus Objection To Certain Claims (Pension Claims That Have Been Classified and Allowed by the City's Plan)). See below for important deadline information.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant

☐ Petition Non−Compliant (To be filed in its entirety)

☑ Proof of Service Missing or Non−Compliant

☐ Proposed Order Missing

☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant

☐ Statement of Corporate Ownership Missing

☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 3/24/16

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court