# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN,           Chapter 9
                                                                 Case No. 13-53846
Debtor.                                                 Hon. Thomas J. Tucker

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR ECF NOTICE

Doron Yitzchaki of Dickinson Wright PLLC hereby enters an appearance counsel for creditor Sky Group Grand, LLC and requests that electronic notice of all future Court filings and proceedings in this case be e-mailed to him.

                                                                DICKINSON WRIGHT PLLC

                                                                /s/ Doron Yitzchaki
                                                                Doron Yitzchaki (P72044)
                                                                 350 S. Main St., Suite 300
                                                                 Ann Arbor, MI 48104
                                                                 (734) 623 – 1947
                                                                 (734) 623 – 1625 (fax)
                                                                 dyitzchaki@dickinsonwright.com

Dated: March 24, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2016, I electronically filed the foregoing *Notice of Appearance and Request for ECF Notice* with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                                                                 /s/ Doron Yitzchaki
                                                                 Doron Yitzchaki (P72044)

ANNARBOR 69122-1 208129v1