**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S *EX PARTE* MOTION FOR AN ORDER (I) ADJOURNING HEARING ON CERTAIN RESPONSES FILED TO THE CITY'S TWENTIETH AND TWENTY-EIGHTH THROUGH THIRTY-FOURTH OMNIBUS OBJECTIONS TO CLAIMS, AND (II) ESTABLISHING A PROCESS FOR HEARING THESE OBJECTIONS AND RESPONSES TO THEM**

This case is before the Court on the motion filed by the City of Detroit on March 24, 2016 (Docket # 10931, the "Ex Parte Motion") entitled "*City of Detroit's Ex Parte Motion for an Order (I) Adjourning Hearing on Certain Responses Filed to the City's Twentieth and Twenty-Eighth Through Thirty-Fourth Omnibus Objections to Claims, and (II) Establishing a Process for Hearing These Objections and Responses to Them*." The Court, having reviewed the Ex Parte Motion and having found that notice of the Ex Parte Motion was sufficient under the circumstances; having determined after due deliberation that the relief requested in the Ex Parte Motion is in the best interests of the Debtor and its creditors; and good and sufficient cause having been shown;

IT IS ORDERED THAT:

1.     The Ex Parte Motion is granted.

2.     The hearing on the responses filed by the following individuals to the City of Detroit's Twentieth and Twenty-Eighth through Thirty-Fourth Omnibus Objections (collectively, the "Employee Obligation Claimants"), currently scheduled for March 30, 2016, at 1:30 p.m. is adjourned to **June 15, 2016 at 1:30 p.m.**, in Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226.  These individuals, therefore, are not required to attend the hearing scheduled for March 30, 2016:

| | | |
|---|---|---|
| Althea F. Phillips | Dinah Bolton | Natalie Clemons |
| Andre R. Canty | Eddie Greer | Otis Butler |
| Antonio Domingo Ratliff | Enos P. Walker | Patrick Chlosta |
| Benjamin Hogue | Gerald Murphy | Roderick French |
| Carmelita Brown Bullock | Harriett Cook | Ronnie Jordan |
| Charles Huskey | John Johnson | Sharon K. Jordan |
| Chukwuma Udegbunam | Joseph Fields | Shelia Bell |
| Corey Thomas | Kahlil Felder | Stephanie Hogue |
| Craig Steele | Kanard McClain | Teulaina Richardson |
| Damon Osley | Kathy L McCaskill | Toni Baldwin |
| Daris Howard | Kevin Washington | Vetonia Dorch |
| Deirdre Green | LaTonya Pennington | Wanda Beckom White |
| Denise Williams | Michael Cooper | |

3.     The City must serve this Order on the Employee Obligation Claimants in such a fashion that the Order is actually received by the Employee Obligation Claimants no later than Monday, March 28, 2016, and the City must file proof of such service no later than Monday, March 28, 2016.

4.     No later than April 21, 2016, the City must file a brief explaining its position on why the issue collectively raised by the Employee Obligation Claimants (namely, that the City improperly breached employment obligations to the Employee Obligation Claimants) fails as a matter of law and serve it on the Employee Obligation Claimants.

5.     Employee Obligation Claimants may, but are not required to, file an additional response, explaining their position to the Court on this issue no later than May 19, 2016.  The Court may set further hearings at its discretion to resolve the claims asserted by Employee Obligation Claimants.

6.     A hearing on the responses filed by Eddie Greer, LaTonya Pennington, Shelia Bell, and Teulaina Richardson to the City's Twenty-Third, Twenty-Fourth, or Twenty-Fifth Omnibus Objections will still be held on March 30, 2016 at 1:30 p.m. in Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226.

**7.**     The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on March 24, 2016**

_/s/_ **Thomas  J. Tucker**
_____
**Thomas  J. Tucker**
**United States Bankruptcy Judge**
