UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

City of Detroit, Michigan,　　　　　　　　Case No. 13-53846-TJT
　　　　　　　　　　　　　　　　　　　　Chapter 9
　　　　　　　Debtor.　　　　　　　　　　Hon. Thomas J. Tucker
_____/

# REQUEST FOR REMOVAL FROM EMAIL
# SERVICE LIST FOR MAIN BANKRUPTCY CASE

Tracy M. Clark of Steinberg Shapiro & Clark requests her removal from the email service list of the main bankruptcy matter case no. 13-53846-TJT.

　　　　　　　　　　　　　　　　　Steinberg Shapiro & Clark

　　　　　　　　　　　　　　　　　/s/ Tracy M. Clark (P60262)
　　　　　　　　　　　　　　　　　Attorney for K.S. Doe; Joliet Town
　　　　　　　　　　　　　　　　　Houses Cooperative Association;
　　　　　　　　　　　　　　　　　Lafayette Town Houses, Inc.; Lasalle
　　　　　　　　　　　　　　　　　Town Houses Cooperative; Local
　　　　　　　　　　　　　　　　　3308 of the American Federation of
　　　　　　　　　　　　　　　　　State, County and Municipal
　　　　　　　　　　　　　　　　　Employees; Local 917 of the
　　　　　　　　　　　　　　　　　American Federation of State, County
　　　　　　　　　　　　　　　　　and Municipal Employees; Nicolet
　　　　　　　　　　　　　　　　　Town Houses Cooperative
　　　　　　　　　　　　　　　　　Association; St. James Cooperative
　　　　　　　　　　　　　　　　　25925 Telegraph Rd., Suite 203
　　　　　　　　　　　　　　　　　Southfield, MI 48033
　　　　　　　　　　　　　　　　　(248) 352-4700
　　　　　　　　　　　　　　　　　clark@steinbergshapiro.com

Date: March 24, 2016