UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

*FILED*
2016 MAR 25 A 11: 23
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

IN RE:

CASE NO: 13-53846-tjt
CHAPTER: 9

City of Detroit, Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2016 (date of mailing), I served copies as follows:

1. Document(s) served:

A copy of my opposing letter to the ~~Through~~ Thirty-Fifth Omnibus Objection Cases. This letter was stamped by the Bankruptcy Court on this day.

2. Served upon [name and address of each person served]:

The Secretary of:
Marc N. Swanson
Miller, Canfield, Paddock and Stone, PLC
150 West Jefferson, Suite 2500
Detroit, MI 48226

3. By First Class Mail.

Served to him/her in person

Dated: March 25, 2016

(Signature) Shelia Bell

Print Name: Shelia Bell