Dinah Lynn Bolton
20230 Fenelon Street
Detroit, MI 48234
313-893-3148
dinahtyus@sbcglobal.net


FILED
2016 MAR 25 A 10: 34
[...] CY COURT
[...] MICHIGAN-DETROIT

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street
Suite 2100
Detroit, MI 48226

*Corrected*

March 3, 2016

RE: **DEBTOR'S TWENTY-EIGHTH OMNIBUS OBJECTION TO CERTAIN CLAIMS**
   **BANKRUPTCY CASE NO. 13-53846 - (Insufficient Documentation) - 3522**

Dear United States Bankruptcy Court:

I would like to response to the objection of my claim in the above referenced case.

I would like to declare that as stated in my claim for the amount of $30,000.00 the following is true:

I did suffer loss / reduction in my wages by a 10% pay cut issued by the City of Detroit.

I did suffer loss / reduction in my wages by an additional 4% pay cut issued by the City of Detroit.

I did suffer loss in the ability to receive merit pay, step increases, reimbursement for jury duty, tuition reimbursement, Election day time off, sick time, swing holidays and out of class pay for working in a manager position.

I did suffer increased health care premium costs and co-pays, yet lowered medical insurance coverage.

I did suffer loss of longevity payment at the starting point of $150 per year until the current date.

I did suffer loss of funds from my annuity / pension with the City of Detroit specifically with the Craw back of $8,200.00.

I declare that the City of Detroit in its capacity as my employer has the data needed to compile the totals of these losses by fact of my employment with it.

To calculate the reductions I received in my wages and other benefits, the City of Detroit has access to this documentation in my employee files used to make those deductions.

Notice of these deductions were provide by the City of Detroit to each of its employees when they were made upon us.

The Human Resources Department and Payroll Divisions of the City of Detroit already have this information on behalf of the City of Detroit for this Court action.

The City of Detroit in its own interest would make these calculation difficult to obtain by each claimant to give more weight to its case to disallow and/ or expunge each applicants' request.

I am a member of APTE union and request that as a member their arguments against this notice be applied towards my claim.

For these reasons, the City of Detroit should not be allowed to disallow and / or expunge my claim.

I would like to request that I be excused from attendance to the hearing to be held on March 30, 2016, due to work assignments at the City of Detroit particularly during this time of transition in my Department.

Sincerely,

*DL Bolton*

Dinah L. Bolton

cc:   Marc N. Swanson, Miller, Canfield, Paddock and Stone, PLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit, Michigan
2 Woodward Avenue, Suite 1126
Detroit, MI 48226
    Debtor.
_____/

CASE NO: 13-53846-tjt
CHAPTER: 9

## CERTIFICATE OF SERVICE

I hereby certify that on 3/22/16 (date of mailing), I served copies as follows: (and previously mailed 3/6/16 and 3/14/16)

1. Document(s) served: Debtor's Twenty-Eighth Omnibus Objection to Certain Claims Bankruptcy Case No 13-53846 (Insufficient Documentation) — 3522 Response

2. Served upon [name and address of each person served]:

Marc N Swanson (P71149)
Jonathan Green (P33140)
Miller, Canfield, Paddock + Stone, PLC
150 West Jefferson, Ste 2500
Detroit, MI 48226

Charles N. Raimi (P29746)
City of Detroit Law Department
2 Woodward Ave, Suite 500
Coleman A Young Municipal Center
Detroit, MI 48226

3. By First Class Mail.

Dated: 3/21/16

_Dinah L. Bolton_
(Signature)

Print Name: Dinah L. Bolton