UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

2016 MAR 25  A 11: 23

IN RE:

City of Detroit — Debtor.

CASE NO: 13-53846-tjt
CHAPTER: 9

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2016 (date of mailing), I served copies as follows:

1. Document(s) served:
I served a copy of my opposing letter to the Thirty-Fifth Omnibus Objection. This letter was stamped by the Bankruptcy Court on this day.

2. Served upon [name and address of each person served]:
Marc N. Swanson (his secretary)
Miller, Canfield, Paddock and Stone, PLC
150 West Jefferson, Suite 2500
Detroit, MI 48226

3. By First Class Mail.
Served to him/her in person.

Dated: March 25, 2016

Shelia Bell
(Signature)

Print Name: Shelia Bell