UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED

2016 MAR 25 A 10: 36

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In the matter of
CITY OF DETROIT, MICHIGAN

Case No. 13-53846-swr
Chapter 9

_____Debtor_____

Honorable Thomas J. Tucker

## OBJECTION TO CITY OF DETROIT'S PLAN OF ADJUSTMENT [DOCKET 2708]

FILED BY: **WANDA JAN HILL**

hereby states his **OBJECTION TO:**

## CITY OF DETROIT'S PLAN OF ADJUSTMENT

for the following reasons:

1. I am interested in the Bankruptcy of the City of Detroit because I am a City of Detroit retiree. I served the city for 30 years.

2. I object to the above filing because this is a drastically affecting my quality of life. I am also a tax paying home owner, if you take a 4th of my pension that will hinder my ability to pay for my health care, taxes, utilities and other life-sustaining financial responsibilities.

3. I hereby state that I do not want the court to eliminate or change my claim or grant the relief requested in the Debtor's Twenty-third Omnibus Objection.

4. I have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore, I request the Court will deny the relief sought in said filling.

Name: WANDA JAN HILL

Signature: _____

Address: 16125 OAKFIELD STREET

DETROIT, MICHIGAN 48235-3408

Email: ELECTWANDA@GMAIL.COM

Dated: March 17, 2016

# Proof of Service

**DELIVERY BY U.S. MAIL.** I declare that I am over the age of eighteen years and not a party to the action. My address is 16125 OAKFIELD STREET, Detroit, Michigan 48235-3408. On ___3/18/16___ (date of mailing), I served the enclosed letter regarding **BANKRUPTCY CASE # 13-53846** by placing a true copy enclosed in a sealed envelope with postage fully prepaid in the United States mail, addressed as follows:

Mark N. Swanson

Miller, Canfield, Paddock and Stone, PLC

150 West Jefferson, Suite 2500

Detroit, MI 48226

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on ___3/18/16___ (date of mailing) at Detroit, Michigan.

Name: WANDA JAN HILL             Signature: _[signature]_