UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BANKRUPTCY CASE NO. 13-53846
HONORABLE THOMAS J. TUCKER
CHAPTER 9

JULIUS R. COLLINS
3330 DARTMOUTH ST.
DETROIT MI. 48217

Mar 23, 2016

In RE: City of Detroit, Michigan, Debtor.

I am writing this letter in opposition to the to the ORDER GRANTING DEBTOR'S TWENTIETH OMNIBUS OBJECTION TO CERTAIN CLAIMS.
I Object to the City Of Detroit order to expunge or eliminate my claims in which I am entitled. Its my determination that the filing of Bankruptcy by the City of Detroit was unfair and unjust to me and my co-workers and the Citizens of Detroit. In objection that at the time of filing or submitting my claim there were no specified cash amount was documented during time claim was submit. I Appeal to the Bankruptcy Court to honor my claim. I ask the court to consider my claim. And I ask for reimbursement of the City of Detroit up to 30,000. (dollar) or for 10% Reimbursement for the years the City of Detroit deducted wages from my pay while I worked for the Water Department for 12 years. And the lost of wages during the bankruptcy period. I like to amend to my claims such amount 30,000 (dollar). I am requesting reimbursement.

Dated: 3/23/2016

Sincerely Yours,

*Julius R. Collins*

Julius R. Collins