UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## REPLY IN SUPPORT OF DEBTOR'S TWENTIETH OMNIBUS OBJECTION TO CERTAIN CLAIMS

The City of Detroit ("City"), by its undersigned counsel, files this reply in support of its *Twentieth Omnibus Objection to Certain Claims* ("Objection," Doc. No. 10776), stating as follows:

On February 26, 2016, the City filed its Objection. On March 25, 2016, Julius Collins filed a response to the Objection. [Doc. No. 10952.] The deadline to file a response to the Objection was March 23, 2016. Consequently, the response filed by Collins was not timely filed and should be overruled. *See* Local Bankruptcy Rule 3007-1(b) & (c). The City thus asks the Court to sustain its Objection as to this claim.

Dated: March 25, 2016

        Respectfully submitted,

        By: /s/ Marc N. Swanson
            Jonathan S. Green (P33140)
            Marc N. Swanson (P71149)
            MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
            150 West Jefferson, Suite 2500
            Detroit, Michigan 48226
            Telephone: (313) 496-7591
            Facsimile: (313) 496-8451
            green@millercanfield.com
            swansonm@millercanfield.com

            and

            Charles N. Raimi (P29746)
            Deputy Corporation Counsel
            City of Detroit Law Department
            2 Woodward Avenue, Suite 500
            Coleman A. Young Municipal Center
            Detroit, Michigan 48226
            Telephone: (313) 237-5037
            Facsimile: (313) 224-5505
            raimic@detroitmi.gov

        ATTORNEYS FOR THE CITY OF DETROIT