# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## REPLY IN SUPPORT OF DEBTOR'S
## TWENTY-EIGHTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

## (INSUFFICIENT DOCUMENTATION)

The City of Detroit ("City"), by its undersigned counsel, files this reply in support of its *Twenty-Eighth Omnibus Objection to Certain Claims* ("Objection," Doc. No. 10784), stating as follows:

1.      On February 26, 2016, the City filed its Objection.  The following individuals filed responses to the Objection:[1]

(a)     Response filed by Brenda F. Ellis [Doc. No. 10864] ("Ellis Response").[2]  Ellis's proof of claim and her response to the Objection are attached as Exhibits 1 and 2.

(b)     Response filed by Bradford Comit Jr. [Doc. No. 10849] ("Comit Response").  Comit's proof of claim and his response to the Objection are attached as Exhibits 3 and 4.

---

[1] Additional responses were filed, but all other responses were either stricken for filing deficiencies or will be handled via a separate procedure recently approved by the Court.  Doc. No. 10941.  As noted below, the Ellis Response is subject to a pending deficiency notice.

[2] A deficiency notice was entered by the Court on March 21, 2016. [Doc. No. 10870]. The deficiency has not yet been cured.

- 1 -

(c) Response filed by Da'Nean M. Brooks [Doc. No. 10897] ("Brooks Response"; and collectively with the Ellis and Comit Responses, the "Responses"). Brooks's proof of claim and her response to the Objection are attached as Exhibits 5 and 6.

**Ellis Response**

2.     The Ellis Response should be overruled. The Objection stated that Ellis's proof of claim lacked any documentation showing that the City owed her the money claimed[3] because her proof of claim merely states that she is owed $25,000 as a result of a 10% wage cut. Ex. 1. In response to the Objection, she now claims that the City's $25,000 obligation to her arises from a worker's compensation claim, rather than from diminished wages. A claim may not be amended after the bar date has expired to assert an entirely different claim. *E.g.*, *United States v. Int'l Horizons, Inc. (In re Int'l Horizons, Inc.)*, 751 F.2d 1213, 1216-17 (11th Cir. 1985). And, even if Ellis were permitted to amend her claim, she still provides no documentation to show why she is entitled to $25,000. Ex. 2. Therefore, the Objection should be sustained as to her claim.

**Comit Response**

3.     The Comit Response should be overruled. The Objection objected to Comit's proof of claim because it lacked any documentation showing that the City owed him the money claimed. Comit's proof of claim simply states that the City

---

[3] Indeed, Federal Rule of Bankruptcy Procedure 3001(c)(1) notes that a claim based on writings must be filed with the documentation supporting it.

26322219.2\022765-00213

owes him $1 million for "Services Performed." Ex. 3. The Comit Response provides no documentation as to why the City owes him this sum; instead, it consists of confusing (and dubious) legal arguments, none of which explain how Comit arrived at his $1 million figure.[4] Ex. 4. As such, it fails to respond to the Objection, and thus the Objection should be upheld as to his claim.

**Brooks Response**

4. The Brooks Response also should be overruled. The Objection objected to Brooks's proof of claim because it provides no documentation explaining why the City owes her an estimated $2,200,000. Ex. 5. Like the Comit Response, instead of responding to the Objection, the Brooks Response attacks the City's confirmation order. Ex. 6. And like Ellis and Comit, the Brooks Response contains no documentation for her claim. The Brooks Response simply states, "I believe I have sufficient documentation for my claim. If you should require additional documentation, please contact me. I will respond promptly." This was

---

[4] The City's interpretation of the Comit Response is that it is meant as a collateral attack on the City's confirmed Plan. *See, e.g.*, Comit Response, ¶¶ 8-11. If that is the intent, the proper way to make these arguments would have been in an objection to confirmation, not in response to an objection to his proof of claim. *See DeLorean v. Gully*, 118 B.R. 932, 935 n.1 (E.D. Mich. 1990) (noting that a collateral attack is a request for relief, which, if granted, "must in some fashion overrule a previous judgment.") (citation and quotation marks omitted). Here, Comit's arguments (e.g., the City's allegedly improper solicitation of votes for its plan) relate to issues settled by the confirmation order entered previously in this bankruptcy case. Comit is not entitled to relitigate that issue here. *Id.*

26322219.2\022765-00213

her opportunity to provide her documentation, however; neither the City nor the Court is required to make multiple requests. Because the Brooks Response fails to respond to the Objection, the Objection should be upheld as to her claim.

## <u>CONCLUSION</u>

For these reasons, the City asks the Court to overrule the Responses and sustain the City's Objection to these claims.

Dated: March 25, 2016

<div style="margin-left:40%">

By: /s/ Marc N. Swanson
    Jonathan S. Green (P33140)
    Marc N. Swanson (P71149)
    MILLER, CANFIELD, PADDOCK AND
    STONE, P.L.C.
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    green@millercanfield.com
    swansonm@millercanfield.com

    Charles N. Raimi (P29746)
    Deputy Corporation Counsel
    City of Detroit Law Department
    2 Woodward Avenue, Suite 500
    Coleman A. Young Municipal Center
    Detroit, Michigan 48226
    Telephone: (313) 237-5037
    Facsimile: (313) 224-5505
    raimic@detroitmi.gov

ATTORNEYS FOR THE CITY OF DETROIT

</div>

B10 (Official Form 10) (04/13) (Modified)

Deadlines to File Claims.

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

Name of Debtor: **City of Detroit, Michigan**

Case Number: **13-53846**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

# FILED

Name of Creditor (the *person* or other entity to whom the debtor owes money or property):

**Belinda F. Ellis**

FEB 20 2014

Name and address where notices should be sent: NameID:

**Belinda F. Ellis
14503 E 12 Mile Rd Apt B
Warren, MI 48088**

Telephone number: **313 828 1161** email:

COURT USE ONLY

❑ Check this box if this claim amends a previously filed claim.

US Bankruptcy Court
MI Eastern District

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number: email:

❑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

## RECEIVED

FEB 24 2014

KURTZMAN CARSON CONSULTANTS

1. Amount of Claim as of Date Case Filed: $ **25,000.00**

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

❑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a

2. Basis for Claim: **10% pay cut**
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: ████

3a. Debtor may have scheduled account as: _____
(See instruction #3a)

4. **Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ❑ Real Estate ❑ Motor Vehicle ❑ Other
Describe:

Value of Property: $_____

Annual Interest Rate (when case was filed)_____% ❑ Fixed or ❑ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection: _____

Amount of Secured Claim: $_____

Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).
$_____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____
$_____

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☑ I am the creditor. ❑ I am the creditor's authorized agent. ❑ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ❑ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Belinda Ellis**
Title: **Parking Enforcement Controller**
Company: **City of Detroit**
Address and telephone number (if different from notice address above):

_____

(Signature) **B. Ellis** (Date) **2-19-14**

Telephone number: email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment

1353846140220000000000172

BELINDA F ELLIS
14503 E 12 MILE RD APT B
WARREN, MI        48088

March 17, 2016


FILED

'2016 MAR 21 P 12: 51

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Clerk of the Court
United States Bankruptcy Court
211 W. Fort St.
Detroit, MI 48226

### Re: Claim 1963   Filed 13-53846-tjt   Doc 10784 2/26/16   Entered 2/26/216 13:43.32

Dear Clerk of the Court:
I, Belinda Ellis, am writing to request a continuation of my claim #1963 in the United States Bankruptcy Court case regarding the City of Detroit.

My claim equaling $25,000 is for a workers comp injury:

- Medical Expenses

- Wage Loss

- Loss of medication

- Loss of Doctors care

Based on the notice I received, I am requesting a continuation of my claim #1963 and I believe I have sufficient documentation for my claim. I look forward to hearing from you.

Sincerely,

BELINDA F ELLIS

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT     EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|

**Name of Debtor:** City of Detroit, Michigan     **Case Number:** 13-53846

*FILED*

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):

Bradford, Comit Jr

*2014 FEB 19 A 9:42*

*COURTROOM*

Name and address where notices should be sent:   NameID: 11627549

*U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT*

Bradford, Comit Jr
5914 Farmbrook
Detroit, MI 48224

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Filed on:_____

Telephone number:     email:

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

*RECEIVED*

Telephone number:     email:

**1. Amount of Claim as of Date Case Filed:**   $ *1,000,000*

*FEB 20 2014*

*KURTZMAN CARSON CONSULTANTS*

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** *Services Performed*
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** ▮▮▮▮    **3a. Debtor may have scheduled account as:**_____
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**   $_____

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Basis for perfection:**_____

**Value of Property:** $_____

**Amount of Secured Claim:**   $_____

**Annual Interest Rate (when case was filed)_____% ☐ Fixed or ☐ Variable**

**Amount Unsecured:**   $_____

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**   $_____

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §_____.**   $_____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are *redacted* copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature: (See instruction # 8)**
Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Comit Bradford Jr.*
Title:
Company:
Address and telephone number (if different from notice address above):

*Comit Bradford Jr*   *2-17-14*
(Signature)     (Date)

Telephone number:     email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

1353846131125154722112651

# UNITED STATE BANRUPTCY COURT
# FOR EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                            Bankruptcy case No. 13-53846

City of Detroit Michigan        Honorable Thomas J. Tucker

Creditors                Chapter 9

## CREDITORS AFFIRMATION RESPONSE REJECTION TO DEBTOR OBJECTION SEEKING TO MODIFY DISALLOW ANCE AND/OR EXPUNGE CERTAIN FILED PROOFS OF CLAIM.

I the creditor Bradford Comit Jr, duly swear depose and say: That I reject the objection response of the Debtor, the city of Detroit Objection seeking to modify, disallow and/or expunge certain filed proofs of claim for the following reasons.

1) The Debtor, the city of Detroit have no cause against any of the named objectors except Charles Raimi and we never agreed to disallow our claim.

2) That this is not a class action and therefore, the Debtor have no standing to omnibus object certain claims against the other creditors, especially when they have different reason for filing their claims under these circumstance. The debtor, the city of Detroit has not established a cause of

1

action to which the objectors named in exhibit 2 as claims, has to respond or reply to.

3) That the only way that the debtor, the city of Detroit can legally address or object to these objectors listed is if they filed something in the last 14 days, otherwise there objection is untimely, in accordance to the bankruptcy rules and bankruptcy regulation code.

4) The debtor, the city of Detroit failed to state what constitute sufficient documentation to ascertain their validity. This is ridiculous, since the debtor is the one who prepare these exhibits, if the city want more clarification they should be more specific, stating what they want and the creditors then won't have guest.

5) The debtor has not demonstrated the objection is in the best interest of the city. The creditors is part of the city and we object to the notion that other objection having been held before the court and alleging that any others have been overruled before the creditor has respond show beyond a doubt preconceived prejudice against the creditors in the court.

6) The debtor is in violation of the rules and procedures of only written on one side of the paper and both side is prohibited by the court.

7) The court has jurisdiction only over Charles Raimi, unless the other claimant give their consent.

2

8) The debtor failed to comply with Sections 942 and 1127(d) "All creditors entitled to vote on the Plan received proper notice of the Confirmation hearing, The debtor failed to comply with the Bankruptcy code requiring a notice to be given of the commencement of the case in according to 11 U.S.C. section 923 of the Bankruptcy code. The Bankruptcy Rule provided that the clerk, or such other person as the court may direct is to give notice Fed.R.Bankr Procedure 2002(f). The notice "must" be also published "at least once a week for three successive weeks in at least one newspaper of general circulation published within the district in which the case commenced and in such other newspaper having a general circulation among bond dealers and bondholders as the court designates, in title 11U.S.C. sect 923 of the bankruptcy code.

9) That most creditors and anyone of interest never received a adequate notice and hearing, which is a denial of due process of law. In the present context these principles require that a person have timely and adequate notice detailing the reasons for the notice and an effective opportunity to defend. Armstrong v. Manzo, 380 U.S. 545, 552 (1965).

10) The debtor has contravened 11 USC 903 that states in part (1) "municipality may not blind any creditor that does not consent to such

composition (2) a judgment entered under such a law may not blind a creditor that dose not consent to such composition. Where in the files or on paper is the consent? This Debtor's Twenty-Eight Omnibus Objection to certain claims should be dismissed.

11) The class that voted received a counterfeit voting ballot and was not a proper legal official form 14 ballot and fraudulent, due to the signatures were on a separate page from the voting box and could be easily manipulated and was not conducted to preserve the purity of the election process, to provided an adequate opportunity to object to any amendments and modification to the Fourth Amended Plan: (a) The people never were legally notified according to the bankruptcy rules and code regulation. The eight amendment plan was filed on May 5, 2014 and one newspaper article in all the three new papers on May 9, 2014 after the fact and is a unrecoverable violation. The rule states it must be in three different new-papers for three (3) consecutive weeks that never was done, therefore, due process and equal protection of the law violation of the Basic Civil Voting Right law and the 5th and 14th Amendment violations of the Constitution of the United States.

12) I object and reject the debtor's twenty-eight omnibus objection to certain claims because the material included with the voting packages has some solicitation for a "yes votes" with letters from Shirley Lightsey a re-

4

presentative of the retiree committee, Donald Taylor president of Detroit

retiree, Police and Fire Fighters on the behalf of the board of directors and

the Emergency Manager, Kevyn Orr encouraging a yes votes in violation of

the Michigan Election Statute 168.485 that states the language used shall not

create no prejudice for or against the issue or proposal. This clearly is viola-

tions of Basic voting right act and the Michigan Election Statute, therefore,

Due process and equal protection of the law violations of the 5th and 14th

Amendment of the Constitution of the United State.

13) This plan of adjustment to seek to modify, disallow and/or expunge

certain proofs of claim with false allegation of insufficient documentation

without revealing what is need to process the claim if there is information or

Documentation need.

14) For the court to grant the debtor request to modify, disallow

and/or expunge certain filed without revealing what information is need to

complete the process and move forward and then made a blanket objection.

This is not a one fit all claims because they are different and the omnibus

objection is inappropriate and should be denied.

Sign _Comit Bradford Jr_
       Comit Bradford
       5914 Frambrook
       Detroit, Michigan 48224
             5

## UNITED STATE BANRUPTCY COURT
## FOR EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                   Bankruptcy case No. 13-53846
City of Detroit Michigan                 Honorable Thomas J. Tucker
        Creditors                        Chapter 9

## CREDITORS ORDER REJECTION TO GRANT DEBTOR'S TWENTY-EIGHT OMNIBUS OBJECTION TO CERTAIN CLAIMS.

Upon review of the Objection of the debtor, City of Detroit

making false allegations of insufficient documentation and refusing

to state what documentation is needed to complete or to move for-

ward to settle or process the claims

**IT IS ORDERED** that:

1. The Objection is overruled and/or denied.

2.  That each of the proof of claim listed on Exhibit 2 annexed to the

    objection is hereby granted.

3.  The city is authorized to take all action necessary to effectuate the relief

    granted pursuant to this order in accordance with the rejection.

4.  Nothing in this Order is intended to, shall constitute or shall be deemed

    to constitute the Claimant and/or objector, consent pursuant to section

6

903 of the Bankruptcy Code.

5. The claimant/objector of the plan retains all its rights to reject, on any
   Other basis, to further plan of adjustment.

6. The claimant and objector to plan disagree totally about the modifying,
   Disallow and/or expunge certain proofs of claim.

7. The claimant/objector to the plan of adjustment request a legal, fair, and
   with proper voting ballot and no interference from the Emergency
   Manager, Kevyn Orr, Shirley Lightsey a representative of the
   retiree committee and Donald Taylor president of Detroit retiree

# UNITED STATE BANRUPTCY COURT
# FOR EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:
City of Detroit Michigan
      Creditors

Bankruptcy case No. 13-53846
Honorable Thomas J. Tucker
Chapter 9

## PROOF OF SERVICE

Comit Bradford Jr. , being first duly sworn deposes

Say that on March __18__ 2016. I sent a copy of the debtor,

twenty-eight omnibus objection to certain claims, Upon the concern

parties by certified mail at the following address:

Marc N Swanson
Miller, Canfield,, Paddock and Stone, PLC
150 West Jefferson, Suite 2500
Detroit, Michigan 48226

I/We hereby certify that the statements made herein are true and correct to the best of my knowledge and belief, under penalty of perjury and contempt of Court under the laws of the United States of America.

Sign Comit Bradford Jr.

Dated__March,18 2014__

20I6 MAR 18 P 1: 18
U.S. BANKRUPTCY
D. MICHIGAN-DETROIT
FILED

In its List of Claim
unknown amount. To determine if you need to file a claim, please refer to the enclosed Information About
Deadlines to File Claims.

Claim #3383 Date Filed: 2/21/2014

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | **FILED** CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

Name of Debtor: City of Detroit, Michigan

Case Number: 13-53846

**FEB 21 2014**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

US Bankruptcy Court
COURT USE ONLY
ME Eastern District

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Brooks, Danean

☐ Check this box if this claim amends a previously filed claim.

Name and address where notices should be sent: NameID: 11529743

Brooks, Danean
1403 18Th Street
Detroit, MI 48216
(313) 469-2748

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Telephone number: email: dbrooks@dwsd.org

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number: email:

**RECEIVED**

**FEB 24 2014**

**KURTZMAN CARSON CONSULTANTS**

1. Amount of Claim as of Date Case Filed: $ 2,200,000 Estimated Amt.

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** ① LOST WAGES IN INTEREST DUE TO NON FUNDING/FREEZE OF PENSION.
(See instruction #2) ② LOST WAGES/INTEREST OF 7.9% OR GREATER ON ANNUITY. ③ POSSIBLE LOSS OF
TOTAL PENSION AND ANNUITY EARNED. ④ INCREASE IN HEALTHCARE EXPENSES.

3. Last four digits of any number by which creditor identifies debtor: 4606

3a. Debtor may have scheduled account as: _____
(See instruction #3a)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ _____

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Basis for perfection:** _____

**Value of Property:** $ _____

**Amount of Secured Claim:** $ _____

**Annual Interest Rate** (when case was filed) _____ % ☐ Fixed or ☐ Variable

**Amount Unsecured:** $ _____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).
$ _____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____.
$ _____

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☒ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: DANEAN M. BROOKS
Title: EMPLOYEE VESTED WITH CITY OF DETROIT
Company:
Address and telephone number (if different from notice address above): (Signature) *Danean M. Brooks* 2-19-14 (Date)

Telephone number: email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

13-53846-tjt Doc 10955 Filed 03/25/16 Entered 03/25/16 14:02:51 Page 21 of 24

March 22, 2016

FILED (I)

2016 MAR 23 A 9: 54

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Da'Nean Brooks
1403 18 Street
Detroit, MI 48216
(313) 469-2748  (313) 964-5789

To:  Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI  48226

CC:  Marc N. Swanson
Miller, Canfield, Paddock & Stone, PLC
150 W. Jefferson, Suite 2500
Detroit, MI  48226

Re:  Claim # 3383

Bankruptcy Case No. 13-53846-tjt  Doc 10784  Filed 2/26/16 Entered 2/26/16 13:43:32

Dear Honorable Thomas J. Tucker and Clerk of the Court:

I, Da'Nean Brooks, am writing to request a continuation of my claim # 3383 in the United States
Bankruptcy Court. I am submitting this written response indicating that I do not want the court to
eliminate, expunge, or dismiss my claim as requested in the Twenty-Third Omnibus Objection to Certain
Claims. The City of Detroit mismanaged funds for decades and I am in no way responsible for this. At
the beginning stages of the Bankruptcy I was employed by the Detroit Water & Sewerage Department.
The Water Department was never in the red and feel that we as a separate money making entity should
have never been included in the bankruptcy. The bankruptcy has had a huge negative impact on me
personally.  I no longer am employed with the City of Detroit Water & Sewerage Department and was
forced to resign and work for another company after almost 23yrs of service.  Furthermore, monies
were taken illegally from my pension as well as from other city employee's and retiree's, to pay for a
bankruptcy that majority of us voted against.  In addition to this I feel that the taking of monies from my
pension was unconstitutional and that City Government should be held responsible and accountable.
Lastly, I believe I have sufficient documentation for my claim.  If you should require additional
documentation, please contact me.  I will respond promptly.  Thank you for your consideration

Sincerely,

Da'Nean M. Brooks

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

IN RE:

CASE NO: _13-53846_
CHAPTER: _9_

_City of Detroit, MI_    **Debtor.**

## CERTIFICATE OF SERVICE

I hereby certify that on _March 23, 2016_ (date of mailing), I served

copies as follows:

1. Document(s) served:

   ① Written Response to Objection
   ② Certificate of Service

FILED (1)

2016 MAR 23 A 9:54

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

2. Served upon [name and address of each person served]:

   ① Clerk of the Court
   United States Bankruptcy Court
   211 W. Fort Street, Suite 2100
   Detroit, MI 48226

   ② Marc N. Swanson
   Miller, Canfield,
   Paddock & Stone, PLC
   150 W. Jefferson
   Suite 2500
   Detroit, MI 48226

3. By First Class Mail.

Dated: _03-23-16_

(Signature)

Print Name: _Danean Brooks_