# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## REPLY IN SUPPORT OF DEBTOR'S
## THIRTY-SECOND OMNIBUS OBJECTION TO CERTAIN CLAIMS

### (INSUFFICIENT DOCUMENTATION)

The City of Detroit ("City"), by its undersigned counsel, files this reply in support of its *Thirty-Second Omnibus Objection to Certain Claims* ("Objection," Doc. No. 10788), stating as follows:

1. On February 26, 2016, the City filed its Objection. Only one individual filed a response to the Objection that needs to be considered at this time:[1]

    (a) Response filed by Debra Ann Martin [Doc. No. 10848] ("Martin Response"). Martin's proof of claim and his response to the Objection are attached as Exhibits 1 and 2.

**Martin Response**

2. The Martin Response should be overruled. The Objection stated that Martin's proof of claim lacked any documentation showing that the City owed her

---

[1] Additional responses were filed, but all other responses were either stricken for filing deficiencies or will be handled via a separate procedure recently approved by the Court. [Doc. No. 10941.]

- 1 -

the $15,000 she claims.[2] Her proof of claim merely states "Financial Loss" or possibly "Wage Loss" without explaining the source of this loss. Ex. 1. In response to the Objection, she writes "I Debra Martin had $15,000.00 was taken [sic] away from me & I want to know will I ever receive any of my money. I work for the City of Detroit Water and Sewerage Department." Ex. 2. Neither filing constitutes documentation evidencing any claim against the City at all, much less a claim in the amount of $15,000. The Objection to this claim should be sustained.

## CONCLUSION

For these reasons, the City asks the Court to overrule the Martin Response and sustain the City's Objection to this claim.

Dated: March 24, 2016

                                            By: /s/ Marc N. Swanson
                                                 Jonathan S. Green (P33140)
                                                 Marc N. Swanson (P71149)
                                                 MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
                                                 150 West Jefferson, Suite 2500
                                                 Detroit, Michigan 48226
                                                 Telephone: (313) 496-7591
                                                 Facsimile: (313) 496-8451
                                                 green@millercanfield.com
                                                 swansonm@millercanfield.com

                                                 and

---

[2] Indeed, Federal Rule of Bankruptcy Procedure 3001(c)(1) notes that a claim based on writings must be filed with the documentation supporting it.

Charles N. Raimi (P29746)
Deputy Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Coleman A. Young Municipal Center
Detroit, Michigan 48226
Telephone: (313) 237-5037
Facsimile: (313) 224-5505
raimic@detroitmi.gov

ATTORNEYS FOR THE CITY OF DETROIT

In its List of Claims, the City listed your claim as a contingent and unliquidated unsecured claim in an unknown amount. To determine if you need to file a claim, please refer to the enclosed Information About Deadlines to File Claims.

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

Name of Debtor: City of Detroit, Michigan  Case Number: 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Martin, Debra A

Name and address where notices should be sent: NameID: 11533900

Martin, Debra A
9247 Ashton Ave
Detroit, MI 48228-1805

Telephone number:    email:

FILED
2014 FEB 14 A 10:15
U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT

COURT USE ONLY
☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:    email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

RECEIVED
FEB 17 2014
KURTZMAN CARSON CONSULTANTS

1. **Amount of Claim as of Date Case Filed:** $ 15,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a

2. **Basis for Claim:** Financial Loss
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** ▓▓▓▓

3a. Debtor may have scheduled account as: Wage Loss
(See instruction #3a)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $_____
Annual Interest Rate (when case was filed) ____% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $_____
Basis for perfection: _____
Amount of Secured Claim: $_____
Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**  $_____

5b. **Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § _____.  $_____

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Debra A. Martin
Title: Offc Asst II
Company: City of Detroit
Address and telephone number (if different from notice address above):
2 Woodward Ave

(Signature) Debra Martin   (Date) 2-13-14

313-909-4191    48226
Telephone number:    email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

United States Bankruptcy Court FILED (I)

Eastern District of Michigan  2016 MAR 18 P 1:21

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re Debra Martin
Debtor

Case No. 13-53846

Chapter #9

I'm responding to A objection, 32nd
#1016 my claim
3-18-16

To whom It May concern in my case 13-5386.
I Debra Martin had 1,500.00 was taken away from me & I want to know will I ever receive any of my money. I work for the City of Detroit Water and Sewerage Department.

19163 Gable
Det MI 48234

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-538-46
CHAPTER: 9

Debtor.
City of Detroit

FILED
2016 MAR 18 P 1:27
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

**CERTIFICATE OF SERVICE**

I hereby certify that on 3-18-16 (date of mailing), I served copies as follows:

1. Document(s) served:
   response to objection 32nd

2. Served upon [name and address of each person served]:
   City of Detroit
   Marcee N Swanson
   Miller, Canfield, Paddock and Stone PLC
   150 West Jefferson Suite 2500
   Detroit Michigan 48226

   Charles N. Rain (2974)
   Deputy Corporation Counsel
   City of Detroit Law Depart
   200 Woodward Ave
   Suite 500
   Coleman Young Municipal
   Detroit Mich 48226

3. By First Class Mail.

Dated: 3-18-16

(Signature)
Print Name: Debra Martin