## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## DEBTOR'S OMNIBUS REPLY IN SUPPORT OF TWENTY-THIRD, TWENTY-FOURTH AND TWENTY-FIFTH OMNIBUS OBJECTIONS TO CERTAIN CLAIMS

The City of Detroit ("City"), by its undersigned counsel, files this reply in support of its *Twenty-Third, Twenty-Fourth and Twenty-Fifth Omnibus Objections to Certain Claims* (collectively, the "Objections," Doc. Nos. 10779, 10780, 10781), stating as follows:

1. On February 26, 2016, the City filed its Objections. The following individuals filed responses to the Objections:[1]

**Twenty-Third Omnibus Objection**

      (a)    Response filed by Annie J. Kuykendall [Doc. No. 10904]. Kuykendall's proof of claim and response are attached as Exhibits 1 and 2.

---

[1] Additional responses were stricken by the Court because of filing deficiencies. The response filed by Linda Riley was not timely filed and is subject to a deficiency notice. [Doc. Nos. 10932 & 10933]. The response filed by Grover Kennedy was not timely filed. [Doc. No. 10950]. The City requests that the Court overrule the Riley and Kennedy responses because they were not timely filed. *See* Local Bankruptcy Rule 3007-1(b) & (c).

26329987.2\022765-00213

(b)    Response filed by Beverly Welch [Doc. No. 10805]. Welch's proof of claim and response are attached as Exhibits 3 and 4.

(c)    Response filed by Carol Jean Finley [Doc. No. 10811].[2] Finley's proof of claim and response are attached as Exhibits 5 and 6.

(d)    Response filed by Dennis E. Nessel [Doc. No. 10898]. Nessel's proof of claim and response are attached as Exhibit 7 and 8.

(e)    Response filed by Eddie Greer [Doc. No. 10852]. Greer's proof of claim and response are attached as Exhibits 9 and 10.

(f)    Response filed by Wanda Jan Hill [Doc. No. 10905].[3] Hill's proof of claim and response are attached as Exhibits 11 and 12.

**Twenty-Fourth Omnibus Objection**

(g)    Response filed by LaTonya Pennington [Doc. No. 10865]. Pennington's proof of claim and response are attached as Exhibits 13 and 14.

**Twenty-Fifth Omnibus Objection**

(h)    Response filed by Shelia Bell [Doc. No. 10874]. Bell's proof of claim and response are attached as Exhibit 15 and 16.

(i)    Response filed by Teulaina Richardson [Doc. No. 10795]. Richardson's proof of claim and response are attached as Exhibit 17 and 18.

---

[2] A deficiency notice was entered by the Court on March 22, 2016. [Doc. No. 10888]. The deficiency has not yet been cured.

[3] Hill filed an additional untimely response that appears at docket number 10951. The additional response appears to be substantially the same as the original response. However, the title of the additional response provides that it is an "Objection to the City of Detroit's Plan of Adjustment [Docket 2708]" whereas the original response provided that it was an objection to the Twenty-Third Omnibus Objection.

2.     As set forth in the Objections, PFRS Pension Claims[4] and GRS Pension Claims were classified and allowed in certain aggregate amounts under the Plan and as a class are subject to the treatment provided for in Classes 10 and 11 of the Plan, respectively.  The City filed the Objections to provide each claimant with an opportunity to assert that his or her claim should not be classified, treated, and subsumed within the aggregate allowed amount specified in Class 10 or 11 of the Plan or, as importantly, was filed and asserted as a different type of claim to be treated differently.[5]

3.     None of the claimants appear to argue that his or her proof of claim asserts any claim other than a PFRS Pension Claim or a GRS Pension Claim and, as such, each of the responses should be overruled and the Objections granted.

4.     However, in order to provide comfort to each of the claimants that his or her pension claim is not being adversely affected by granting the Objections, the City proposes to include language in the respective Orders granting the Objections that nothing in the Order shall adversely affect the claim evidenced by the proof(s) of claim filed by (a) Kuykendall, Welch, Nessel, Greer, Pennington, Bell and Richardson to be classified and treated as a GRS Pension Claims under Class 11 of

---

[4] Capitalized terms not otherwise defined in this Reply, shall have the meanings ascribed to them in the Objections.

[5] Among other things, this was necessary to clean up the claims register so that distributions can be made under the Plan.

26329987.2\022765-00213

the Plan and (b) Finley to be classified and treated as a PFRS Pension Claim under Class 10 of the Plan.[6]

Dated: March 25, 2016

Respectfully submitted,

By: /s/ Marc N. Swanson
   Jonathan S. Green (P33140)
   Marc N. Swanson (P71149)
   MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
   150 West Jefferson, Suite 2500
   Detroit, Michigan 48226
   Telephone: (313) 496-7591
   Facsimile: (313) 496-8451
   green@millercanfield.com
   swansonm@millercanfield.com

                and

   Charles N. Raimi (P29746)
   Deputy Corporation Counsel
   City of Detroit Law Department
   2 Woodward Avenue, Suite 500
   Coleman A. Young Municipal Center
   Detroit, Michigan  48226
   Telephone: (313) 237-5037
   Facsimile: (313) 224-5505
   raimic@detroitmi.gov

ATTORNEYS FOR THE CITY OF DETROIT

---

[6] Finley will not be included in the event that the response is stricken.

EXHIBIT 1

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT    EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|

| Name of Debtor: **City of Detroit, Michigan** | Case Number: **13-53846** | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

*ANNIE JEWELL KUYKENDALL*

Name and address where notices should be sent:

*ANNIE J. KUYKENDALL*
*12300 HARTWELL*
*DETROIT, MI 48255*

Telephone number: *313 864-3460* email: *Kuykendall@je comcast.net*

Name and address where payment should be sent (if different from above):

↑

*313-864-3460*

Telephone number:        email:

**FILED**
COURT USE ONLY

2015 A 10: 40

☐ Check this box if this claim amends a previously filed claim.

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Court Claim Number:
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**
FEB 2 4 2014
KURTZMAN CARSON CONSULTANTS

1. Amount of Claim as of Date Case Filed:    $ *1,185,144 ℃*    *2469.05 × 12 = 29628.60* ✗ *40*
                                                                          *1,185,144 ℃*          *7×*

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: *Full pension for 40 yrs*
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: *- 0711*    3a. Debtor may have scheduled account as: _____
                                                                                        (See instruction #3a)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ _____

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Basis for perfection: _____

Value of Property: $ _____

Amount of Secured Claim: $ _____

Annual Interest Rate (when case was filed) _____ % ☐ Fixed or ☐ Variable

Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).    $ _____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____ .    $ _____

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. Signature: (See instruction # 8)
   Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *ANNIE J. KUYKENDALL*
Title:
Company:
Address and telephone number (if different from notice address above):
_____
_____

*Annie J. Kuykendall*    *2/19/14*
(Signature)                 (Date)

Telephone number:        email:

13-53846-tjt    Doc 10958    Filed 03/25/16    Entered 03/28/16 15:18:44    Page 6 of 48

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment t

135384614022100000000684

EXHIBIT 2

# United States Bankruptcy Court

_Eastern_ District Of _Mich. Southern Division_

In re _City of Detroit, MI_
Debtor

Case No. _13-5384_

Chapter _9_

FILED U.S. BANKRUPTCY EAST. MICHIGAN-DETROIT 20016 MAR 23 AM 11:25

I, Annie Jewell Kuykendall
# 3380, do not want the court to
eliminate, or change or grant relief
requested in the Twenty-third Omnibus
Objection in the above case No.
I worked 32 yr & 1 month for the
city of Detroit, retired for 6 years, I
was doing fine until the City of
Detroit Bankruptcy, thus resulting
in a financial Hardship for me.

Annie J. Kuykendall

17300 Hartwell
Detroit, MI 48235

Kuykendallaj@comcast.net

313-864-3405

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: _13-53846_

CHAPTER: _9_

_City of Detroit, MI_

**Debtor.**

## CERTIFICATE OF SERVICE

I hereby certify that on _March 23, 2016_ (date of mailing), I served copies as follows:

1. Document(s) served:

   _Response to Twenty-Third Omnibus objection to certain claims_

2. Served upon [name and address of each person served]:

   _Marc N. Swanson_
   _150 W. Jefferson #2500_
   _Det. MI 48226_

3. By First Class Mail. _Hand delivered_

Dated: _3-23-16_

_Annie J Kuykendall_
(Signature)

Print Name: _Annie J. Kuykendall_

EXHIBIT 3

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Beverly A. Welch**

Name and address where notices should be sent:
**Beverly A. Welch**
**9314 Grandville Ave.**
**Detroit, MI 48228**

Telephone number:                     email:

Name and address where payment should be sent (if different from above):

Telephone number: **313 213-7303** email: **bwelch@onemediadetroit.biz**

COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving

**FILED** 2014 FEB 26 A 10: 43

**RECEIVED** MAR 0 3 2014 KURTZMAN CARSON CONSULTANTS

1. **Amount of Claim as of Date Case Filed:** $ **1,164,321.60**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** **PENSION AS A RESULT OF 30 yrs OF SERVICE TO THE CITY OF DETROIT**
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** **3160**

| 3a. Debtor may have scheduled account as: (See instruction #3a) |
|---|

4. **Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $ _____

**Nature of property or right of setoff:** ☐Real Estate ☐Motor Vehicle ☐Other
**Describe:**

**Basis for perfection:** _____

**Value of Property:** $ _____

**Amount of Secured Claim:** $ _____

**Annual Interest Rate (when case was filed)_____% ☐Fixed or ☐Variable**

**Amount Unsecured:** $ _____

5. **Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ _____

5b. **Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____.** $ _____

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Beverly A. Welch**
Title: _____
Company: _____
Address and telephone number (if different from notice address above):
**9314 Grandville Ave**

(Signature) **Beverly A. Welch**       (Date) **2/23/14**

Telephone number:                     email:

# PENSION STATEMENT



**DGRS**

General Retirement System *
of the City of Detroit
2 Woodward Ave Ste 908
Detroit, MI 48226-3455

Page 001 of 001
Period Beginning: 12/01/2013
Period Ending: 12/31/2013
Advice Date: 01/01/2014
Advice Number:
Batch Number:

Retirement Code E-10-D-3

WELCH,BEVERLY A
9314 GRANDVILLE AVE
DETROIT MI 48228-1723

Tax Code Single 0 exemptions
Pension No
Social Security No XXX-XX-0611

| EARNINGS | RATE | ADJUSTMENT | CURRENT | YTD | DEDUCTIONS | DEDUCTION CODE | CURRENT | YTD |
|----------|------|------------|---------|-----|------------|----------------|---------|-----|
| Pension | 3018.83 | 0.00 | 3018.83 | 38810.72 | Federal Income Tax | | 388.17 | 388.17 |
| Annuity | 0.00 | 0.00 | 0.00 | 0.00 | Michigan Income Tax | | 128.30 | 128.30 |
| | | | | | Medical-HAP | EBADA100 | 117.36 | 117.36 |
| | | | | | Death Benefit | 00040210 | 0.09 | 0.09 |
| | | | | | Dental-Golden Dental | 00050062 | 5.62 | 5.62 |
| | | | | | Vision-Heritage | 00040052 | 1.07 | 1.07 |

| Gross Pay | 3018.83 | 38810.72 | Total Deductions | 640.61 | 640.61 |
|-----------|---------|----------|------------------|--------|--------|
| | | | Net Pay | $2,378.22 | |

IMPORTANT NOTES:

© 2002 Automatic Data Processing (PCSLMO)



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**DGRS**

General Retirement System
of the City of Detroit
2 Woodward Ave Ste 908
Detroit, MI 48226-3455

Advice Number: 1100888406

Advice Date: 01/01/2014

| Deposited to the account of | Account Number | Transit-ABA | Amount |
|------------------------------|----------------|-------------|--------|
| WELCH,BEVERLY A | Checking | | $2,378.22 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

EXHIBIT 4

March 3, 2016

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street
Suite 2100
Detroit, MI 48226

FILED

2016 MAR -8  A 10: 33

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Dear Madam/Sir:

In the matter of, City of Detroit, Michigan, Debtor, Bankruptcy Case No.
13-53846,

I, Beverly Welch, City of Detroit Retiree, hereby state I do not want the
court to eliminate or change my claim, or grant the relief requested in the
Twenty-Third Omnibus Objection.

Sincerely,

Beverly Welch

Beverly Welch
9314 Grandville
Detroit, MI 48228

EXHIBIT 5

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

Name of Debtor: City of Detroit, Michigan  Case Number: 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Carol Jean Finley

Name and address where notices should be sent:

8227 Karam Blvd., Unit #1
Warren, MI 48093

Telephone number:          email:

Name and address where payment should be sent (if different from above):

Same

Telephone number:          email:

2014 FEB 21 A 10: 49
COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Court Claim Number: _____
(*If known*)

Filed on: _____

RECEIVED
FEB 24 2014
KURTZMAN CARSON CONSULTANTS

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

NA

**1. Amount of Claim as of Date Case Filed:**  $ 59,130

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Service performed, delivers health care, credit card debt
(See instruction #2)          & mortgage Interest on Pension

**3. Last four digits of any number by which creditor identifies debtor:** 4809  |  **3a. Debtor may have scheduled account as:** No Change
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

**Value of Property:** $ 36,000 - Home, 9,000 Car

**Annual Interest Rate** (when case was filed) 5.1 % ☐Fixed or ☐ Variable  1.8 Car

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ 4,000

Basis for perfection: Car, Home, Interest, Long Ceviaty on Pension

**Amount of Secured Claim:** $ 59,130

**Amount Unsecured:** $ 59,130

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**  $ 59,130

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §** _____  $ 59,130

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are *redacted* copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and *redacted* copies of documents providing evidence of perfection of a security interest are attached. (*See instruction #7, and the definition of "redacted".*) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Carol Finley
Title: Sr. Storekeeper
Company: City of Detroit - FIRE
Address and telephone number (if different from notice address above):          Carol Finley          2/18/14
                                                                                (Signature)          (Date)

Telephone number: 586-806-5001          email: FinleyC@detroitmi.gov

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

13-53846-tjt    Doc 10958    Filed 03/25/16    Entered 03/25/16 15:08:18    Page 16 of 48

13538461402210000000000977

| EXHIBIT 6 |
| --- |

March 16, 2016

To: The Clerk of the Court
    United States Bankruptcy Court

From: Carol Jean Finley (#2359)

Re: Notice of Debtor's Twenty-Third Omnibus
    Objection to my claim, Finley, Carol - #2359


Dear Clerk of the U.S. Bankruptcy Court,

     I am submitting a written response

indicating that I, Finley, Carol Jean (#2359)

do not want the court to eliminate or change

my claim, or grant the relief requested in the

Twenty-Third Omnibus Objection. I, FINLEY,

CAROL JEAN, #2359, STRONGLY OBJECT.

Please do not cancel pension claim.

(— OVER —)

I, Finley, Carol Jean, # 2359, thank

you in advance and I have also sent a copy

to Marc N. Swanson of Miller, Canfield,

Paddock and Stone, PLC. per your instructions.


Sincerely yours,

Carol Jean Finley
# 2359


cc: Marc N. Swanson
        of Miller, Canfield, Paddock and
                                Stone, PLC
    150 West Jefferson
    Suite 2500
    Detroit MI 48226

**AND CLAIM. YOU SHOULD READ THESE PAPERS CAREFULLY AND**

**DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

If you do not want the court to eliminate or change your claim, or grant the relief requested in the Twenty-Third Omnibus Objection, then on or before **March 23, 2016**, you or your lawyer must:

1.     File with the court, at the address below, a written response to the objection. Unless a written response is filed and served by the date stated above, the court may decide that you do not oppose the objection to your claim.

sent
3/17/16
of

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

2.     A copy of your response must also be mailed to counsel for the City:

sent
3/17/16
of

Marc N. Swanson
Miller, Canfield, Paddock and Stone, PLC
150 West Jefferson, Suite 2500
Detroit, MI 48226

3.     You must also attend the hearing on the objection scheduled to be held on **March 30, 2016, at 1:30 p.m. in Courtroom 1925, 211 W. Fort Street, Detroit, MI 48226** unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be cancelled and the objection sustained.**

will attend /of 3/17/16

25988687.2\022765-00213
13-53846-tjt   Doc 10779   Filed 02/26/16   Entered 02/26/16 12:28:24   Page 12 of 27
13-53846-tjt   Doc 10958   Filed 03/25/16   Entered 03/25/16 15:51:53   Page 20 of 48

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## NOTICE OF DEBTOR'S TWENTY-THIRD OMNIBUS OBJECTION TO CERTAIN CLAIMS

**(Pension Claims That Have Been Classified and Allowed by the City's Plan)**

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIMS(S).**

**PLEASE TAKE NOTICE THAT** the City of Detroit ("City") has filed an objection to your claim because it has been classified and allowed by the City's Plan ("Twenty-Third Omnibus Objection") as a GRS Pension Claim or a PFRS Pension Claim and, therefore, should be disallowed and expunged to the extent that it asserts a claim that is not a GRS Pension Claim or a PFRS Pension Claim.

**YOUR CLAIM MAY BE REDUCED, MODIFIED OR ELIMINATED PURSUANT TO FED. R. BANKR. P. 3007(e)(1) AND PRIOR ORDERS OF THIS COURT. YOU SHOULD CAREFULLY REVIEW EXHIBIT 2 OF THE TWENTY-THIRD OMNIBUS OBJECTION TO FIND YOUR NAME**

25988687.2\022765-00213

13-53846-tjt    Doc 10779    Filed 02/26/16    Entered 02/26/16 12:28:24    Page 11 of 27
13-53846-tjt    Doc 10958    Filed 03/25/16    Entered 03/25/16 15:51:53    Page 21 of 48

EXHIBIT 7

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT     EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|

Name of Debtor: **City of Detroit, Michigan** | Case Number: **13-53846**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

**FILED**

Name of Creditor (the person or other entity to whom the debtor owes money or property):

*Dennis E Nessel*

Name and address where notices should be sent:

*Dennis E Nessel*
*5824 Bee Ridge Rd Pmb.222*
*SARASOTA, Fl4 34233*

Telephone number: *941 706 3928* email: *19monseed12 @Gmcast.net*

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: *(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:                    email:

1. Amount of Claim as of Date Case Filed:     $ *1250.68 peR MoNTH*

**RECEIVED**

MAR 0 3 2014

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement

2. Basis for Claim: *PeNSIoN*
   (See instruction #2)

**KURTZMAN CARSON CONSULTANTS**

3. Last four digits of any number by which creditor identifies debtor: ▮▮▮▮ | 3a. Debtor may have scheduled account as: _____
(See instruction #3a)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:     $ _____

Nature of property or right of setoff: ☐Real Estate  ☐Motor Vehicle  ☐Other
Describe:

Basis for perfection: _____

Value of Property: $ _____

Amount of Secured Claim:     $ _____

Annual Interest Rate (when case was filed) _____ % ☐Fixed or ☐Variable

Amount Unsecured:     $ _____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).     $ _____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____.     $ _____

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Dennis E. Nessel*
Title: *Retiree*
Company: *City of Detroit*
Address and telephone number (if different from notice address above):

*Dennis E Nessel*     *2-9-14*
(Signature)                    (Date)

Telephone number: 13-53846-tjt    Doc# 10958    Filed 03/25/16    Entered 03/25/16 ... Page 23 of 48

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprison...

1353846140224000000000164

EXHIBIT 8

March 10, 2015

Dennis E. Nessel
PMB 222
5824 Bee Ridge Rd.
Sarasota Fl. 34233

Dennis E. Nessel
5539 Wilde Oak Way
Sarasota, Florida 34232

lemonseed12@verizon.net
941-706-3904
Pension No. 142943

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street  Suite 2100
Detroit, Michigan  48226

Mr. Marc N. Swanson (P71149)
Miller Canfield, Paddock and Stone, PLC
150 W. Jefferson, Suite 2500
Detroit, Michigan  48226

Dear Clerk of the Court and Mr. Swanson:

I am writing to you in response to the notice I received from the United States Bankruptcy Court, Case No. 13-53846.

Somehow, I was  listed as  Claimant No.  3564.    within Exhibit 2 of the Debtors twenty-third omnibus objection to certain claims.

I am greatly concerned that my pension might be **"REDUCED, MODIFIED OR ELIMINATED PURSUANT TO FED.R. BANKR.P.3007(e)(1) and PRIOR ORDERS OF THIS COURT"**.  This pension and social security just  covers my monthly living expenses.  My wife and I are both over seventy years old.   Loss of this income would create a great difficulty for us.

I don't know how I ended up on Exhibit 2.    Perhaps, it was because we live in Florida and have resided in four locations since moving here.   We did not receive  all of the bankruptcy notices and updates on time and was late  in filing a claim in February, 2014.   I mailed  a claim on February 19, 2014 .  It was recorded on February 24, 2014.

The February 26, 2016 notice suggested that I hire an attorney.   Florida attorneys would need to spend too much time   researching the case and I don't know any Detroit attorneys.    Moreover, the cost would be prohibitive.  Do you have any suggestions?  Since time is of the essence, please call me at 941-706-3904.

I cannot attend the hearing scheduled for March 30, 2016.

I requested and continue to request that I  not be included in any group or list that would result in the reduction or loss of the City of Detroit Pension that I am receiving.

Respectfully,

*Dennis E Nessel*

Dennis E. Nessel

copy:  DRCEA

## EXHIBIT 9

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | **FILED** CHAPTER 9 |

Name of Debtor: City of Detroit, Michigan    Case Number: 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

**FEB 2 1 2014**

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Eddie GREER

Name and address where notices should be sent:

Eddie D. GREER
9438 QUEEN
Det MICH 48-13

Telephone number: 311-562-2124 email:

COURT USE ONLY

☐ U.S. Bankruptcy Court amends a previously filed claim.
My Eastern District

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

Telephone number:          email:

**FEB 2 4 2014**

1. Amount of Claim as of Date Case Filed:  $ 1,560,000

**KURTZMAN CARSON CONSULTANTS**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: PENSION / BENEFIT Lost wf compute
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: # 4967 | 3a. Debtor may have scheduled account as: _____ (See instruction #3a) |

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $_____

Annual Interest Rate (when case was filed)_____% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection: _____

Amount of Secured Claim:    $_____

Amount Unsecured:    $_____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).    $_____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____    $_____

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. Documents: Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted".) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. Signature: (See instruction # 8)
Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Eddie DONALD GREER
Title:
Company:
Address and telephone number (if different from notice address above):

Eddie Green 2-21-14
(Signature)          (Date)

Telephone number:          email:

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment*

1353846140221000000001037

EXHIBIT 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

IN RE:

CASE NO: _13·538·46_
CHAPTER: _9_
JUDGE: _THOMAS J. TUCKER_

Debtor.

_City of Detroit Michigan_

_Response_
~~MOTION~~ FOR/TO _DEBTOR's TWENTY-THIRD AND TWENTY-NINTH_
_OMNIBUS OBJECTION TO CERTAIN CLAIMS_
_Creditor_

NOW COMES ~~Debtor(s)~~, and brings this motion for/to _____
_____. In support of ~~Debtor(s)'s motion~~, ~~Debtor~~ states the following
_Respond Creditor_

[state the facts]:

1. _The city of Detroit is obligated to reimburse money_
   _without any deduction exspunge or rewrite any_
2. _contracts._

3. Debtor requests_____

_____

WHEREFORE, Debtor requests this Court to consider Debtor's Motion for/to

_____ and afford Debtor what further relief this Court deems equitable

and just. A copy of a proposed Order is attached hereto.

Dated: _3-18-16_

Respectfully submitted,

_Eddie Greer_
(~~Debtor~~'s Signature) _EDDIE GREER_
Print Name: _EDDIE GREER_

_____
(Co-Debtor's Signature)
Print Name: _____

FILED

2016 MAR 18 P 4: 11

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

IN RE:

CASE NO: _13-538 46_
CHAPTER: _9_

_City of Detroit Michigan,_
Debtor.

### CERTIFICATE OF SERVICE

I hereby certify that on _3-18-16_ (date of mailing), I served

copies as follows:

1. Document(s) served:

OMNIBUS RESPONSE DEBTOR TWENTY-THIRD AND TWENTY-NINTH OBJECTION TO CERTAIN CLAIMS

2. Served upon [name and address of each person served]:

MARC N. SWANSON
MILLER, CANFIELD, PADDOCK AND STONE PLC
150 WEST JEFFERSON SUITE 2500
DETROIT MICH 48226

3. By First Class Mail.

Dated: _3-18-16_

_Eddie Green_
(Signature)

Print Name: _EDDIE GREER_

FILED

2016 MAR 18 P 4: 16

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

EXHIBIT 11

In its List of Claims, the City listed your claim as a contingent and unliquidated unsecured claim in an unknown amount. To determine if you need to file a claim, please refer to the enclosed Information About Deadlines to File Claims.

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT OF MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

Name of Debtor: **City of Detroit, Michigan**   Case Number: 13-53846

**FILED**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): **RECEIVED**

Hill, Wanda J

2014 FEB 20 A 10: 31
COURT USE ONLY

Name and address where notices should be sent:   NameID: 11546738

Hill, Wanda J
16125 Oakfield St
Detroit, MI 48235

FEB 24 2014

KURTZMAN CARSON CONSULTANTS

Telephone number: 313 949 8908 email: ElectWanda @gmail.com

☐ Check this box if this claim amends a previously filed claim.
BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

S.A.A.

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:        email:

**1. Amount of Claim as of Date Case Filed:**   $ Present & Future Health Care Cost $30 monthly. I'm scared about my Future!!

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** 30 year Retiree City of Detroit
(See instruction #2)

| **3.** Last four digits of any number by which creditor identifies debtor: 4306 | **3a.** Debtor may have scheduled account as: N/A (See instruction #3a) |
|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Basis for perfection: _____

Value of Property: $_____

Amount of Secured Claim: $_____

Annual Interest Rate (when case was filed)_____% ☐ Fixed or ☐ Variable

Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**   $_____

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § _____.   $_____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (*See instruction #7, and the definition of "redacted".*) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: WANDA JAN Hill
Title:
Company:
Address and telephone number (if different from notice address above):
S.A.A.

(Signature) Wanda Jan Hill   (Date) 2/16/14

Telephone number:        email:

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

13-53846-tjt   Doc 10958   Filed 03/25/16   Entered 03/25/16 15:35:58   Page 32 of 48

EXHIBIT 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In the matter of
CITY OF DETROIT, MICHIGAN

_____Debtor_____/

Case No.  13-53846-swr
Chapter 9
Honorable Thomas J. Tucker

FILED BY:  **WANDA JAN HILL**

hereby states her **OBJECTION TO:**

## DEBTOR'S TWENTY-THIRD OMNIBUS OBJECTION TO CERTAIN CLAIMS
## DOCKET 10779, FILED 2/26/16

for the following reasons:

1.   I am interested in the Bankruptcy of the City of Detroit because I am a City of Detroit retiree. I served the city for 30 years.

2.  I object to the above filing because this is a drastically affecting my quality of life. I am also a tax paying home owner, if you take a 4th of my pension that will hinder my ability to pay for my health care, taxes, utilities and other life-sustaining financial responsibilities.

3.  I hereby state that I do not want the court to eliminate or change my claim or grant the relief requested in the Debtor's Twenty-third Omnibus Objection.

4.  I have not attached additional sheets to explain and establish my position.

I hereby certify that the statements made herein are true and correct under penalty of perjury and contempt of Court under the laws of the United States of America.

Wherefore, I request the Court will deny the relief sought in said filling.

Name:   WANDA JAN HILL

Signature: _____

Address: 16125 OAKFIELD STREET

DETROIT, MICHIGAN 48235-3408

Email:  ELECTWANDA@GMAIL.COM

Dated: _____3/23/16_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of
CITY OF DETROIT, MICHIGAN

Case No.  13-53846-swr

Chapter: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

I n re:

DEBTOR /

I, HEREBY CERTIFY THAT ON __3/23/16_____ I served copies as follows:

1.   Document(s) served: Response to the following Document 10779, 2-26-16

     (DEBTOR'S TWENTY-THIRD OMNIBUS OBJECTION TO CERTAIN CLAIMS)

2. Served upon"

  MARC N. SWANSON
  MILLER, CANFIELD, PADDOCK AND STONE,
  PLC
  150 WEST JEFFERSON, SUITE 2500
  DETROIT, MI  48226

Dated: __3/23/16_____

Signed_____

Print Name: _____

EXHIBIT 13

B10 (Official Form 10) (04/13) (Modified)

# UNITED STATES BANKRUPTCY COURT — EASTERN DISTRICT of MICHIGAN

**FILED** ~~PROOF OF CLAIM~~

**FEB 2 1 2014**

US Bankruptcy Court
MI Eastern District

| | |
|---|---|
| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**LaTonya Pennington**

Name and address where notices should be sent:
LaTonya Pennington
23901 W. Chicago
Redford, MI 48239

Telephone number: 313 399 2734  email: Lpennin662@aol.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:          email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

**FEB 2 4 2014**

KURTZMAN CARSON CONSULTANTS

1. Amount of Claim as of Date Case Filed:   $ 12,561.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: Annuity freeze (accumulated interest)
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a)

4. **Secured Claim (See instruction #4)**
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:

   Value of Property: $_____

   Annual Interest Rate (when case was filed)_____% ☐ Fixed or ☐ Variable

   Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
   $_____

   Basis for perfection: _____

   Amount of Secured Claim:  $_____

   Amount Unsecured:  $_____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).  $_____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____  $_____

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
   Check the appropriate box.

   ☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: LaTonya Pennington
   Title: Senior Accountant
   Company: DWSD - City of Detroit
   Address and telephone number (if different from notice address above):

   _____      *LaTonya Pennington*  2-21-14
                     (Signature)              (Date)

   Telephone number:          email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5

13538461402210000000000455

EXHIBIT 14

March 18, 2016

From: LaTonya Pennington
23901 W. Chicago
Redford, MI 48239

To: Clerk of the Court
United States Bankruptcy Court

Cc: Marc N. Swanson

28th or 31st
^

I (LaTonya Pennington) am writing this letter in response to the objection I received from the City of Detroit regarding the objection to pay my claim for money due me from the City of Detroit. I feel that there is sufficient evidence in the City of Detroit records that the City should be accountable to pay such claims to me that are outlined in exhibit 2 of the letters I received from the City of Detroit.

LaTonya Pennington
LaTonya Pennington

FILED
2016 MAR 21 P 1:11
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

IN RE: La Tonya Pennington

CASE NO: 13-53846
CHAPTER: 9

Debtor.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on _3-21-16_ (date of mailing), I served copies as follows:

1. Document(s) served: my response to my 2nd & 31st objection.

2. Served upon [name and address of each person served]: Marc Swanson

FILED (I)
2016 MAR 21 P 1:17
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

3. By First Class Mail.

Dated: _3-21-16_

_La Tonya Pennington_
(Signature)

Print Name: _La Tonya Pennington_

EXHIBIT 15

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | **FILED** |
|---|---|---|

**CHAPTER 9 PROOF OF CLAIM**

| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

FEB 21 2014

US Bankruptcy Court
Eastern District

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

Shelia L. Bell
17378 Five Points
Detroit MI 48240
Telephone number: 313 478 2381  email: mstazzee@yahoo.com

❏ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

FEB 24 2014

Telephone number: _____  email: _____

KURTZMAN CARSON CONSULTANTS

1. Amount of Claim as of Date Case Filed: $ 4,585,000.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

❏ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a

2. Basis for Claim: Pension
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: _____ | 3a. Debtor may have scheduled account as: _____
(See instruction #3a)

4. Secured Claim (See instruction #4)

Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ _____

Nature of property or right of setoff: ❏ Real Estate  ❏ Motor Vehicle  ❏ Other

Describe:

Basis for perfection: _____

Value of Property: $ _____

Amount of Secured Claim: $ _____

Annual Interest Rate (when case was filed) _____ % ❏ Fixed or ❏ Variable

Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2). $ _____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____. $ _____

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted".) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

8. Signature: (See instruction # 8)

Check the appropriate box.

☑ I am the creditor.  ❏ I am the creditor's authorized agent.  ❏ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ❏ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Shelia L. Bell
Title: OADE
Company: Detroit DOT (DOT)
Address and telephone number (if different from notice address above): _____

Shelia L. Bell 2/20/14
(Signature) (Date)

Telephone number: _____  email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up

1353846140221000000000397

EXHIBIT 16

March 21, 2016

FILED (I)

2016 MAR 31  P 1: 37

S. BANKRUPTCY COURT
.D. MICHIGAN-DETROIT

Shelia L. Bell
14421 Royal Grand
Redford, MI 48239

Clerk of Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

To whom it may concern:

I, Shelia Bell am writing this short letter/statement to address my concerns about the Thirty-Fifth Omnibus Objection.  I **DO OPPOSE** the objection to my claim and I would like to press forward with this case.

My old address is 17378 Five Points, Detroit, MI 48240 and my new address is listed above.

Thank You for the opportunity to express my opinion.

Respectfully,

*Shelia L. Bell*

Shelia L. Bell


CC:  Marc N. Swanson

claim # 2995

EXHIBIT 17

B10 (Official Form 10) (04/13) (Modified)

FILED
PROOF OF CLAIM
FEB 21 2014
US Bankruptcy Court
MI Eastern District

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN |
|---|---|

| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
*Teulaina Richardson*

Name and address where notices should be sent:
Teulaina Richardson
3044 Lawton, Det., M. 48216

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: _____ email: _____

Name and address where payment should be sent (if different from above):
SAME
313-662-4530      TRSweets102@gmail.com

Telephone number: _____ email: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ $10,000 - $12,000 Approx.

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if this claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Pension
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** XXX-XX-1051

**3a.** Debtor may have scheduled account as: _____
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐Real Estate ☐Motor Vehicle ☑Other
Describe:

Value of Property: $ N/A

Annual Interest Rate (when case was filed)_____% ☐Fixed or ☐Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ 0

Basis for perfection: 0 N/A

Amount of Secured Claim: $ N/A

Amount Unsecured: $ N/A

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ N/A

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §** _____. $ N/A

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

RECEIVED
FEB 2 4 2014
KURTZMAN CARSON CONSULTANTS

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature: (See instruction # 8)**
Check the appropriate box.

☑ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Teulaina Richardson
Title:
Company: City of Detroit
Address and telephone number (if different from notice address above):
3044 Lawton, Det., Mi 48216
313 662-4530

(Signature) Teulaina Richardson

(Date) 2/20/14

Telephone number: _____ email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

1353846140221000000000403

EXHIBIT 18

March 4, 2016

FILED

2016 MAR -4 P 12: 37

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

Clerk of the Court
United States Bankruptcy Court
211 W. Fort St., Suite 2100
Detroit, MI 48226

**Re: WRITTEN RESPONSE TO THE TWENTY-FIFTH OMNIBUS OBJECTION
WRITTEN RESPONSE TO THE THIRTY-FOURTH OMNIBUS OBJECTION
Honorable Thomas J. Tucker
Case No. 13-53846**

To whom it may concern:

I _Teulaina Richardson_ am submitting this written response to object to the filing by the City of Detroit which seeks to modify, disallow and/or expunge certain filed proofs of claim.

Thank you,

Teulaina Richardson
3044 Lawton
Detroit, MI 48216

MELODY WHITE
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Jan 19, 2021
ACTING IN COUNTY OF Wayne