# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 25, 2016, he electronically filed the following:

- Reply In Support of Debtor's Twentieth Omnibus Objection to Certain Claims [Doc. No. 10954]

- Reply In Support of Debtor's Twenty-Eighth Omnibus Objection to Certain Claims [Doc. No. 10955]

- Reply In Support of Debtor's Thirtieth Omnibus Objection to Certain Claims [Doc. No. 10956]

- Reply In Support of Debtor's Thirty-Second Omnibus Objection to Certain Claims [Doc. No. 10957]

- Debtor's Omnibus Reply in Support of Twenty-Third, Twenty-Fourth and Twenty-Fifth Omnibus Objections to Certain Claims [Doc. No. 10958]

- Reply In Support of Debtor's Thirty-Third Omnibus Objection to Certain Claims [Doc. No. 10959]

collectively, (the "Replies") with the Clerk of the Court which will send notice of the filings by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a

Noticing Agent, which will serve the Replies on the claimants listed therein at the address set forth by each of the claimants on its respective proof of claim and file a subsequent Proof of Service after it has performed the service.

DATED: March 25, 2016

By: /s/ Marc N. Swanson
   Marc N. Swanson
   150 West Jefferson, Suite 2500
   Detroit, Michigan 48226
   Telephone: (313) 496-7591
   Facsimile: (313) 496-8451
   swansonm@millercanfield.com