Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

---

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service is Missing. (Related document [10900] Response Filed by Creditor Robert A. Lukasik to [10789] Debtor's Thirty−Third Omnibus Objection To Certain Claims (Insufficient Documentation)). See below for important deadline information.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant

- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 3/23/16

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:  
City of Detroit, Michigan  
    Debtor

Case No. 13-53846-tjt  
Chapter 9

## CERTIFICATE OF NOTICE

District/off: 0645-2      User: csiku      Page 1 of 18      Date Rcvd: Mar 23, 2016  
                   Form ID: def2      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2016.  
      +Robert A. Lukasik,    15511 McGuire Street,    Taylor, MI 48180-5006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
ust           Daniel M. McDermott  
                                                                                                         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2016                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2016 at the address(es) listed below:
         A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
         Albert    Togut    on behalf of Plaintiff    City of Detroit, Michigan neilberger@teamtogut.com,
          apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,
          adeering@teamtogut.com,srobinson@teamtogut.com
         Albert    Togut    on behalf of Debtor In Possession    City of Detroit, Michigan
          dperson@teamtogut.com
         Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
          alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
         Alice Bonita Jennings    on behalf of Plaintiff John    Smith ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
          ajennings@edwardsjennings.com,    vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Sylvia    Taylor ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Rosalyn    Walker ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Tammika    Williams ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff John    Jackson ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Janice    Ward ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
          ajennings@edwardsjennings.com,    vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Rosalyn    Parham ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
          ajennings@edwardsjennings.com,    vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Maurika    Lyda ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Nicole    Hill ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Scott    Eubank ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
          oshagan@legghioisrael.com,    drf@legghioisrael.com
         Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
         Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
          allan.brilliant@dechert.com
         Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
          allan.brilliant@dechert.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Allison Bach on behalf of Interested Party State of Michigan, Department of Attorney General abach@dickinsonwright.com

Amanda Kill on behalf of Defendant Wright Tool Co akill@ahernkill.com, tmeluso@ahernkill.com;jmeyers@ahernkill.com

Amanda Carol Vintevoghel on behalf of Defendant Interstate Trucksource Inc avintevoghel@dragichlaw.com, avintevoghel@hotmail.com

Amanda Carol Vintevoghel on behalf of Defendant Oracle Corporation avintevoghel@dragichlaw.com, avintevoghel@hotmail.com

Amy D. Caton on behalf of Creditor Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com

Amy D. Caton on behalf of Creditor BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com

Andrew Minear on behalf of Creditor Parsons Brinckerhoff Michigan, Inc. aminear@schiffhardin.com

Andrew Minear on behalf of Defendant Parsons Brinckeroff Michigan Inc aminear@schiffhardin.com

Andrew A. Paterson, Jr. on behalf of Plaintiff Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com

Andrew A. Paterson, Jr. on behalf of Creditor Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com

Andrew A. Paterson, Jr. on behalf of Creditor Robert Davis aap43@outlook.com, aap43law@gmail.com

Anthony J. Kochis on behalf of Creditor Iron Mountain Information Management, LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com

Anthony J. Kochis on behalf of Creditor The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com

Arthur O'Reilly on behalf of Interested Party Detroit Institute of Arts aoreilly@honigman.com, ahatcher@honigman.com

Barbara A. Patek on behalf of Plaintiff Detroit Police Lieutenants and Sergeants Association bpatek@ermanteicher.com

Barbara A. Patek on behalf of Attorney Erman, Teicher, Zucker & Freedman, P.C. bpatek@ermanteicher.com

Barbara A. Patek on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 bpatek@ermanteicher.com

Barbara A. Patek on behalf of Creditor Detroit Police Officers Association bpatek@ermanteicher.com

Barry S. Fagan on behalf of Creditor Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com

Brendan G. Best on behalf of Interested Party Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com

Brendan G. Best on behalf of Plaintiff Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com

Brendan G. Best on behalf of Defendant Syncora Guarantee, Inc. bbest@schaferandweiner.com, wrkyles@varnumlaw.com

Brian Keck on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com, aworlen@morganmeyers.com

Brian Keck on behalf of Interested Party Denise Gardner bkeck@morganmeyers.com, aworlen@morganmeyers.com

Brian Keck on behalf of Interested Party Patricia Ramirez bkeck@morganmeyers.com, aworlen@morganmeyers.com

Brian Keck on behalf of Interested Party Kimberly James bkeck@morganmeyers.com, aworlen@morganmeyers.com

Brian D. O'Keefe on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe on behalf of Interested Party Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe on behalf of Interested Party Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian R. Trumbauer on behalf of Interested Party Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan btrumbauer@bodmanlaw.com

Bruce Bennett on behalf of Debtor In Possession City of Detroit, Michigan bbennett@jonesday.com

Caralyce M. Lassner on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

Carina Kraatz on behalf of Defendant Bauer & Hunter PLLC ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net

Carina Kraatz on behalf of Interested Party Resnick & Moss, P.C. ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net

Carina Kraatz on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net

Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C. candres@gklaw.com

Carol Connor Cohen on behalf of Interested Party Ambac Assurance Corporation carol.cohen@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
Carole  Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan carole.neville@dentons.com
Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
 carole.neville@dentons.com,daniel.morris@dentons.com
Caroline Turner English    on behalf of Interested Party    Ambac Assurance Corporation
 caroline.english@arentfox.com
Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
 caroline.english@arentfox.com
Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
 charlesID@hotmail.com
Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
 cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com, kkranz@wnj.com
Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
 kkranz@wnj.com
Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
 kkranz@wnj.com
Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
 BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
 cgrosman@carsonfischer.com
Christopher E. McNeely    on behalf of Defendant    Great Lakes Power Inc cmcneely@mandmpc.com
Cindy  Tsai    on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
 claude.montgomery@dentons.com,docketny@dentons.com,
 carole.neville@dentons.com;sam.alberts@dentons.com
Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
 Detroit, Michigan claude.montgomery@dentons.com,
 carole.neville@dentons.com;sam.alberts@dentons.com
Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
 courtney.rogers@wallerlaw.com
Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
 courtney.rogers@wallerlaw.com
Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
 ANHSOA@4stechnologies.com;anhsoa@gmail.com
Cynthia J. Haffey    on behalf of Defendant    Detroit General Retirement System Service
 Corporation haffey@butzel.com, smithe@butzel.com
Cynthia J. Haffey    on behalf of Defendant    Detroit Police And Fire Retirement System Service
 Corporation haffey@butzel.com, smithe@butzel.com
Dale  Price    on behalf of Creditor    Equal Employment Opportunity Commission dale.price@eeoc.gov,
 legaldt.detroit@eeoc.gov
Daniel  Kielczewski    on behalf of Defendant    Bob Maxey Ford Inc
 dgkielczewski@abbottnicholson.com, adwilliams@abbottnicholson.com
Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
 dweiner@schaferandweiner.com
Daniel J. Weiner    on behalf of Interested Party    Ambac Assurance Corporation
 dweiner@schaferandweiner.com
David  Eisenberg    on behalf of Creditor    Detroit Police Officers Association
 deisenberg@ermanteicher.com
David  Eisenberg    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 deisenberg@ermanteicher.com
David  Eisenberg    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
 deisenberg@ermanteicher.com
David A. Lerner    on behalf of Creditor    Plunkett Cooney dlerner@plunkettcooney.com,
 nwinagar@plunkettcooney.com
David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
 nwinagar@plunkettcooney.com
David A. Lerner    on behalf of Defendant    Waste Management of Michigan Inc
 dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
David E. Schwartz    on behalf of Defendant    SMART dschwartz@allardfishpc.com,
 allardfishpc@yahoo.com
David G. Dragich    on behalf of Defendant    Oracle Corporation ddragich@dragichlaw.com
David G. Dragich    on behalf of Defendant    Interstate Trucksource Inc ddragich@dragichlaw.com
David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
 dgheiman@jonesday.com
David Jonathan Cross    on behalf of Defendant    T & N Services Inc davidjonathancross@gmail.com
David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
David L. Dubrow    on behalf of Interested Party    Ambac Assurance Corporation
 david.dubrow@arentfox.com
David M. Blau    on behalf of Creditor    NTH Consultants, Ltd. dblau@clarkhill.com
David M. Blau    on behalf of Defendant    Mannik & Smith Group Inc dblau@clarkhill.com
David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
 kbilpo@seyburn.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com,
           dnavin@dickinsonwright.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
           kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com
          Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    BlueMountain Capital Management, LLC
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P.
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Stone Lion Capital Partners L.P.
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Panning Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Debra N. Pospiech    on behalf of Interested Party Patricia  Ramirez dpospiech@morganmeyers.com
          Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
           dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
           dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
           dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
           dbeckwith@fosterswift.com
          Donald C. Wheaton, Jr.    on behalf of Defendant    SBM Inc dwheatonjr@aol.com
          Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
           don@mcguiganlaw.com
          Doron  Yitzchaki    on behalf of Defendant    Hesco Hamlett Engineering Sales Company
           DYitzchaki@dickinsonwright.com
          Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters,
           AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast
           Michigan dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
           Foundation dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Douglas C. Bernstein on behalf of Interested Party Charles Stewart Mott Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Defendant 1 Way Service Inc dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party William Davidson Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party McGregor Fund dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Defendant Examworks Inc dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party A. Paul and Carol C. Schaap Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Earle I. Erman on behalf of Creditor Detroit Police Lieutenants and Sergeants Association eerman@ermanteicher.com
- Earle I. Erman on behalf of Creditor Detroit Police Officers Association eerman@ermanteicher.com
- Earle I. Erman on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 eerman@ermanteicher.com
- Edward J. Gudeman on behalf of Defendant Audio Visual Equipment & Supplies ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com;lmerucci@ecf.inforuptcy.com;rtanner@ecf.inforuptcy.com;kdarr@ecf.inforuptcy.com;kshinn@ecf.inforuptcy.com;ejgudeman@ecf.inforuptcy.com;brookard@ecf.inforuptcy.com
- Edward J. Hood on behalf of Defendant Colasanti Corporation ehood@clarkhill.com, atheisen@clarkhill.com
- Elias T. Majoros on behalf of Interested Party US Health & Life Insurance Company emajoros@glmpc.com
- Elizabeth Ann Favaro on behalf of Defendant Siemens Industry Inc elizabeth.favaro@bowmanandbrooke.com, diana.murray@bowmanandbrooke.com
- Elizabeth Ann Favaro on behalf of Interested Party Siemens Industry Inc. elizabeth.favaro@bowmanandbrooke.com, diana.murray@bowmanandbrooke.com
- Elizabeth M. Abood-Carroll on behalf of Creditor Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
- Elizabeth M. Abood-Carroll on behalf of Creditor Federal National Mortgage Association (Fannie Mae) bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
- Elizabeth M. Abood-Carroll on behalf of Creditor Wells Fargo Bank, NA bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
- Elizabeth M. Abood-Carroll on behalf of Creditor CitiMortgage, Inc. bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
- Elizabeth M. Abood-Carroll on behalf of Creditor M&T Bank bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
- Elizabeth M. Abood-Carroll on behalf of Creditor M&T Bank bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
- Elizabeth M. Abood-Carroll on behalf of Creditor EverBank bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
- Elizabeth M. Abood-Carroll on behalf of Creditor Champion Mortgage Company bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
- Elizabeth M. Abood-Carroll on behalf of Creditor Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
- Elizabeth M. Abood-Carroll on behalf of Creditor Rushmore Loan Management Services, LLC bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
- Elliot G. Crowder on behalf of Defendant W C Ducomb Co ecrowder@sbplclaw.com, lhaas@sbplclaw.com
- Elliot G. Crowder on behalf of Interested Party Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
- Eric B. Gaabo on behalf of Debtor In Possession City of Detroit, Michigan gaabe@detroitmi.gov
- Eric D. Carlson on behalf of Debtor In Possession City of Detroit, Michigan carlson@millercanfield.com, brashier@millercanfield.com
- Eric David Novetsky on behalf of Creditor National Public Finance Guarantee Corporation enovetsky@jaffelaw.com
- Erika D. Hart on behalf of Defendant OAS Group Inc ehart@tauntlaw.com
- Evan Justin Feldman on behalf of Creditor Police and Fire Retirement System of the City of Detroit efeldman@clarkhill.com
- Evan Justin Feldman on behalf of Creditor General Retirement System of the City of Detroit efeldman@clarkhill.com
- Fred Neufeld on behalf of Interested Party Fred Neufeld fneufeld@sycr.com
- Gordon J. Toering on behalf of Defendant EJ USA Inc gtoering@wnj.com
- H. Nathan Resnick on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net, jabdelnour@resnicklaw.net
- H. Nathan Resnick on behalf of Defendant Bauer & Hunter PLLC hnresnick@resnicklaw.net, jabdelnour@resnicklaw.net
- Harold E. Nelson on behalf of Creditor Advisacare Health Care Solutions, Inc. ecf-hen@rhoadesmckee.com
- Harold E. Nelson on behalf of Creditor Brendan Mylewski ecf-hen@rhoadesmckee.com
- Heath Douglas Rosenblat on behalf of Counter-Claimant Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
- Heath Douglas Rosenblat on behalf of Creditor Wilmington Trust Company, National Association Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
               Heath.Rosenblat@dbr.com,    Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
               Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heather  Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com
              Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather  Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com
              Heather  Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com
              Heather  Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Heidi  Peterson     hdpeterson75@gmail.com
              Howard M. Borin    on behalf of Interested Party    Ambac Assurance Corporation
               hborin@schaferandweiner.com,    jburns@schaferandweiner.com;nmack@schaferandweiner.com
              Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
              Hugh M. Davis    on behalf of Creditor Constance M. Phillips Info@ConLitPC.com
              Irma  Industrious    on behalf of Creditor Irma  Industrious iindustrious@yahoo.com,
               iimeldai123@gmail.com
              J. Paul Sugameli    on behalf of Defendant    Farrow Group Inc psugameli@sugamelilaw.com
              James  Pelland    on behalf of Defendant    Metco Services Inc jpelland@fb-firm.com,
               psugars@fb-firm.com
              James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              James J. Hayes    on behalf of Defendant    Alexander Chemical Corp attyjjhayes@gmail.com
              Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
              Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
               jeansartre@msn.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com,
               ssmith@kerr-russell.com
              Jason W. Bank    on behalf of Defendant    New England Fertilizer Company jbank@kerr-russell.com,
               ssmith@kerr-russell.com
              Jason W. Bank    on behalf of Defendant    Wade Trim Associates Inc. jbank@kerr-russell.com,
               ssmith@kerr-russell.com
              Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
               jbank@kerr-russell.com,    ssmith@kerr-russell.com
              Jason W. Bank    on behalf of Defendant    Hinshon Environmental Consulting, Inc.
               jbank@kerr-russell.com,    ssmith@kerr-russell.com
              Jayson  Ruff    on behalf of Creditor    Sprint Communications Company LP jruff@mcdonaldhopkins.com
              Jayson  Ruff    on behalf of Creditor    Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey  Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
               Lhaidostian@mwe.com
              Jeffrey  Rossman    on behalf of Creditor    U.S. Bank, N.A. jrossman@mwe.com
              Jeffrey  Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
              Jeffrey  Rossman    on behalf of Interested Party    U.S. Bank N.A. jrossman@mwe.com
              Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,
               tc@osbig.com;mk@osbig.com
              Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
              Jennifer  Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
               jbelveal@honigman.com,    mjohnson@honigman.com
              Jennifer  Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
               jbelveal@honigman.com,    mjohnson@honigman.com
              Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
              Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
              Jimmylee  Gray    on behalf of Defendant    Ampro Construction LLC j.gray50@comcast.net
              Jimmylee  Gray    on behalf of Defendant    Uniglobe Construction Co. j.gray50@comcast.net
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Jimmylee  Gray    on behalf of Defendant    Kingsway Building & Maintenance j.gray50@comcast.net
John A. Simon     on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
John A. Stevens     on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 jstevens@mathesonparr.com,  nlmumma@aol.com
John E. Eaton     on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
 pjohnson@bredhoff.com;mforan@bredhoff.com
John Joseph Ramirez     on behalf of Interested Party    Deutsche Bank AG, London
 john.ramirez@kattenlaw.com
John P. Kapitan     on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
John P. Sieger     on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
 john.sieger@kattenlaw.com
John R. Canzano     on behalf of Creditor    Michigan Building and Construction Trades Council
 jcanzano@kmsmc.com
Jon M. Gaskell     on behalf of Defendant    Agar Lawn Sprinkler Systems Inc jgaskell@alldial.net
Jonathan S. Green     on behalf of Defendant Michael  Hall green@millercanfield.com
Jonathan S. Green     on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
Jonathan S. Green     on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
 green@millercanfield.com
Jonathan S. Green     on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
Jonathan S. Green     on behalf of Defendant    City of Detroit green@millercanfield.com
Jonathan S. Green     on behalf of Debtor In Possession    City of Detroit, Michigan
 green@millercanfield.com
Jonathan S. Taub     on behalf of Defendant    PVS Technologies Inc jtaub@pvschemicals.com,
 jon.taub1@comcast.net;dtheodore@pvschemicals.com
Jong-Ju  Chang     on behalf of Creditor    Oakland County, Michigan jchang@dykema.com,
 dkelley@dykema.com;docket@dykema.com
Jong-Ju  Chang     on behalf of Interested Party    City of Detroit, Water and Sewerage Department
 jchang@dykema.com,  dkelley@dykema.com;docket@dykema.com
Joseph David Hess     on behalf of Defendant    Compuware Corporation jhess@honigman.com
Joseph David Hess     on behalf of Defendant    CW Professional Services LLC jhess@honigman.com
Joseph M. Fischer     on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
 jfischer@carsonfischer.com
Joseph R. Sgroi     on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
 litdocket@honigman.com
Joshua  Wheelock     on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
 joshwheelock@hotmail.com
Joshua A. Gadharf     on behalf of Interested Party    Syncora Capital Assurance Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf     on behalf of Interested Party    Syncora Guarantee Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf     on behalf of Interested Party    Syncora Holdings Ltd.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf     on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Judith Greenstone Miller     on behalf of Defendant    Election Systems & Software
 jmiller@jaffelaw.com,  dgoldberg@jaffelaw.com
Judith Greenstone Miller     on behalf of Creditor    ADP, LLC jmiller@jaffelaw.com,
 dgoldberg@jaffelaw.com
Judy B. Calton     on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton     on behalf of Creditor    WC Hoover Investments, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton     on behalf of Creditor    Singent Consulting LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton     on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton     on behalf of Creditor    Mound Road Enterprises L.L.C. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton     on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton     on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton     on behalf of Creditor    LDM, LLC jcalton@honigman.com,  litdocket@honigman.com
Judy B. Calton     on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton     on behalf of Creditor    TSD Solutions LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton     on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton     on behalf of Creditor    Delbruck Technology, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton     on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton     on behalf of Creditor    440 Congress LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton     on behalf of Creditor    Stanne Consulting, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton     on behalf of Creditor    Tower Defense & Aerospace, LLC jcalton@honigman.com,
 litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Gekko Enterprises LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    VITEC, L.L.C. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Taggart Technologies LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Cass Community Social Services, Inc.
               jcalton@honigman.com, litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Seven Mile Partners, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Compuware Corporation jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant   CW Professional Services LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Cathedral Owner LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    3100 East Jefferson, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Oakland Plant Properties, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Magnolia Properties, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    4737 Conner Co., LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Enforcement Technology, Inc. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Debtor In Possession   City of Detroit, Michigan
               jcalton@honigman.com, litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Koehler Market LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Regency Owner LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Defendant   Sigma Associates Inc jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Linwood Neighbors LLC jcalton@honigman.com,
               litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Attorney L. Katie Mason jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Mack Avenue Investors LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Seven Mile Holdings, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    MICMR, LLC jcalton@honigman.com,    litdocket@honigman.com
        Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Defendant    Compuware Corporation jcalton@honigman.com,
         litdocket@honigman.com
        Judy B. Calton    on behalf of Creditor    Bean Little Investments, LLC jcalton@honigman.com,
         litdocket@honigman.com
        Julie Beth Teicher    on behalf of Creditor    Detroit Police Officers Association
         jteicher@ermanteicher.com
        Julie Beth Teicher    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local
         344 jteicher@ermanteicher.com
        Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants
         Association jteicher@ermanteicher.com
        Julie Beth Teicher    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
         jteicher@ermanteicher.com
        Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
         karen.dine@kattenlaw.com
        Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
         Avery@SilvermanMorris.com
        Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
         Association Avery@SilvermanMorris.com
        Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
         Avery@SilvermanMorris.com
        Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
         Avery@SilvermanMorris.com
        Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
         kressk@pepperlaw.com
        Kenneth B. Vance    on behalf of Defendant    Z Contractors Inc kbvance@comcast.net,
         kbvance01@gmail.com
        Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
         kenneth.noble@kattenlaw.com,    nyc.bknotices@kattenlaw.com
        Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
         kenneth.noble@kattenlaw.com,    nyc.bknotices@kattenlaw.com
        Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
         kenneth.noble@kattenlaw.com,    nyc.bknotices@kattenlaw.com
        Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov,
         michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Mary.compeau@usdoj.gov;Jack.Tubbs@usdoj.gov
        Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
         kevin.baum@kattenlaw.com
        Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
         ksummers@dflaw.com,    mmichael@psedlaw.com;ccook@dflaw.com
        Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
        Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
         kthornbladh@gmail.com,    thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
         kthornbladh@gmail.com,    thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Kurt Thornbladh on behalf of Plaintiff Sylvia Taylor kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff Rosalyn Walker kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff Rosalyn Parham kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Creditor Plymouth Square Ltd. Housing Association kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Creditor Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff Janice Ward kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff John Smith kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff Tammika Williams kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff John Jackson kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Creditor Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
L. Nichole Hunter on behalf of Creditor Public Lighting Authority nhunter@alglawpc.com, sobrien@alglawpc.com
Lawrence A. Lichtman on behalf of Creditor 660 Woodward Associates, LLC llichtman@honigman.com, litdocket@honigman.com
Leah Montesano on behalf of Interested Party Ambac Assurance Corporation leah.montesano@arentfox.com
Leonora K. Baughman on behalf of Respondent Wayne County Treasurer ecf@kaalaw.com, Dchapman@ecf.courtdrive.com;konail@ecf.courtdrive.com;malexander@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;tsmith@ecf.courtdrive.com;csanders@ecf.courtdrive.com;Lbaughman@ecf.courtdrive.com
Lisa Hill Fenning on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
Lisa Sommers Gretchko on behalf of Creditor Howard & Howard Attorneys PLLC lgretchko@howardandhoward.com, ebarrett@howardandhoward.com
Louis P. Rochkind on behalf of Plaintiff National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
M. Ellen Dennis on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu
Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
Marc N. Swanson on behalf of Defendant Detroit City Council swansonm@millercanfield.com
Marc N. Swanson on behalf of Defendant Michael Hall swansonm@millercanfield.com
Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
Marc N. Swanson on behalf of Defendant City of Detroit swansonm@millercanfield.com
Marc N. Swanson on behalf of Defendant Michael Duggan, Mayor swansonm@millercanfield.com
Marc N. Swanson on behalf of Defendant City of Detroit, Michigan swansonm@millercanfield.com
Marcy J. Ford on behalf of Creditor Bank of America, N.A. easternecf@trottlaw.com
Marguerite Hammerschmidt on behalf of Interested Party Haas & Goldstein P.C. admin@hammer-stick.com
Mark Wasvary on behalf of Creditor Hyde Park Co-Operative, et al. mark@wasvarylaw.com
Mark Wasvary on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
Mark A. Angelov on behalf of Interested Party Ambac Assurance Corporation mark.angelov@arentfox.com
Mark B. Berke on behalf of Defendant Birks Works Environmental LLC mberkelaw@gmail.com
Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Mark H. Shapiro   on behalf of Creditor   BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

      Mark H. Shapiro   on behalf of Interested Party   Greenhill & Co., LLC shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

      Mark L. McAlpine   on behalf of Other Professional   McAlpine PC mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com;nanichols@mcalpinepc.com

      Mark R. James   on behalf of Interested Party   Financial Guaranty Insurance Company mrj@wwrplaw.com

      Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com

      Mark S. Frankel   on behalf of Defendant   Tooles Contracting Group LLC mfrankel@couzens.com

      Mark S. Frankel   on behalf of Creditor   Waste Management Inc. etal mfrankel@couzens.com

      Mark S. Frankel   on behalf of Defendant   Motor City Pipe & Supply Co mfrankel@couzens.com

      Marshall S. Huebner   on behalf of Creditor   Merrill Lynch Capital Services, Inc. bankrout@davispolk.com

      Mary Beth Cobbs   on behalf of Interested Party   City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net

      Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net

      Mary Kay Shaver   on behalf of Creditor   Varnum LLP mkshaver@varnumlaw.com

      Matthew Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov

      Matthew Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov

      Matthew Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew Wilkins   on behalf of Retiree Committee   Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew Wilkins   on behalf of Intervenor-Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew D. Harper   on behalf of Interested Party   City of Detroit Water and Sewerage Department mdharper@eastmansmith.com

      Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com

      Matthew Gernet Summers   on behalf of Creditor   FMS Wertmanagement summersm@ballardspahr.com

      Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com

      Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG summersm@ballardspahr.com

      Max J. Newman   on behalf of Interested Party   Wayne County Corporation newman@butzel.com

      Michael A. Stevenson   on behalf of Interested Party   Clark Associates, Inc. mas@sbplclaw.com, rschultz@sbplclaw.com

      Michael A. Stevenson   on behalf of Defendant   Clark Associates Inc mas@sbplclaw.com, rschultz@sbplclaw.com

      Michael Anthony Karman   on behalf of Creditor   Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com

      Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com

      Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com

      Michael H. Perry   on behalf of Defendant   Fraser Trebilcock Davis & Dunlap PC mperry@fraserlawfirm.com

      Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu

      Michael R. Bell   on behalf of Interested Party   State of Michigan, Department of Attorney General BellM1@michigan.gov

      Michael R. Bell   on behalf of Interested Party Bill   Schuette BellM1@michigan.gov

      Michael Robert Wolin   on behalf of Defendant   Systems & Software Inc mike@tishlaw.com

      Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC msl@maddinhauser.com, bac@maddinhauser.com

      My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com

      Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com

      Nabih H. Ayad   on behalf of Interested Party Rashida   Tlaib ayadlaw@hotmail.com

      Nabih H. Ayad   on behalf of Interested Party Maureen   Taylor ayadlaw@hotmail.com

      Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP ayadlaw@hotmail.com

      Nabih H. Ayad   on behalf of Interested Party Donnell   White ayadlaw@hotmail.com

      Nabih H. Ayad   on behalf of Interested Party Thomas   Stallworth III ayadlaw@hotmail.com

      Neil Matthew Berger   on behalf of Plaintiff   City of Detroit, Michigan dperson@teamtogut.com, dcahir@teamtogut.com,twiener@teamtogut.com,smcgrath@teamtogut.com,ygreenberg@teamtogut.com, seratner@teamtogut.com,dgeoghan@teamtogut.com,neilberger@teamtogut.com,scurrie@teamtogut.com, abrogan@teamtogut.com,bmoore@teamtogut.com,dsmith@teamtogut.com,jlee@teamtogut.com, echafetz@teamtogut.com,awinchell@teamtogut.com,hmagaliff@teamtogut.com

      Neil R. Sherman   on behalf of Creditor   Flagstar Bank, FSB nsherman@sspclegal.com, stremonti1@sspclegal.com

      Neil R. Sherman   on behalf of Interested Party   CitiMortgage, Inc. nsherman@sspclegal.com, stremonti1@sspclegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Neil R. Sherman    on behalf of Interested Party    Schneiderman and Sherman, P.C.
               nsherman@sspclegal.com, stremonti1@sspclegal.com
              Neil R. Sherman    on behalf of Interested Party    Kondaur Capital Corporation
               nsherman@sspclegal.com, stremonti1@sspclegal.com
              Niraj R. Ganatra    on behalf of Attorney    UAW - Solidarity House Nganatra@uaw.net
              Noah J. Ornstein    on behalf of Interested Party    Syncora Guarantee Inc.
               noah.ornstein@kirkland.com
              Noah J. Ornstein    on behalf of Interested Party    Syncora Capital Assurance Inc.
               noah.ornstein@kirkland.com
              Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               Paige.Barr@kattenlaw.com
              Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
               mkisell@plunkettcooney.com
              Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
               pmears@btlaw.com
              Patrick W. Carothers    on behalf of Defendant    Carmeuse Lime Inc pcarothers@leechtishman.com,
               bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
              Paul H. Saint-Antoine    on behalf of Defendant    Wilmington Trust, N.A.
               Paul.Saint-Antoine@dbr.com, Todd.Hutchison@dbr.com;James.Williamson@dbr.com
              Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
               phage@jaffelaw.com, jtravick@jaffelaw.com
              Paul R. Hage    on behalf of Defendant    Inland Waters Pollution Control Inc. phage@jaffelaw.com,
               jtravick@jaffelaw.com
              Paul R. Hage    on behalf of Creditor    Canon Financial Services, Inc. phage@jaffelaw.com,
               jtravick@jaffelaw.com
              Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               phage@jaffelaw.com, jtravick@jaffelaw.com
              Paul R. Hage    on behalf of Defendant    Election Systems & Software phage@jaffelaw.com,
               jtravick@jaffelaw.com
              Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
              Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
               Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
              Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
               marbury@bwst-law.com;pleban@bwst-law.com
              Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
               Agricultural Implement Workers of America pdechiara@cwsny.com
              Peter Paul Sudnick    on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com,
               psudnick13@gmail.com
              Ralph A. Taylor    on behalf of Interested Party    Ambac Assurance Corporation
               ralph.taylor@arentfox.com
              Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
              Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation
               randall.brater@arentfox.com
              Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
               RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
               RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
               RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
               Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
               Pentiukpc@aol.com
              Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
               RPentiuk@PCK-Law.Com, Pentiukpc@aol.com
              Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
              Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
              Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
              Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
               richardmack@millercohen.com, mcoil@millercohen.com
              Richard G. Mack, Jr.    on behalf of Creditor    Coalition of Detroit Unions
               richardmack@millercohen.com, mcoil@millercohen.com
              Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
              Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
               mcoil@millercohen.com
              Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
               Department ecf@kaalaw.com,
               konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdr
               ive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;tsmith@ec
               f.courtdrive.com;male
              Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit, Water and Sewerage
               Department ecf@kaalaw.com,
               konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdr
               ive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;tsmith@ec
               f.courtdrive.com;male
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
- Robert Fetter on behalf of Interested Party Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Interested Party Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert A. Weisberg on behalf of Defendant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert A. Weisberg on behalf of Creditor Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert D. Gordon on behalf of Creditor Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
- Robert D. Gordon on behalf of Creditor General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
- Robert J. Diehl, Jr. on behalf of Interested Party U.S. Bank N.A. rdiehl@bodmanlaw.com
- Robert J. Figa on behalf of Defendant D A Central Inc RFiga@Comlawone.com
- Robert J. Figa on behalf of Defendant Vancon Inc RFiga@Comlawone.com
- Robert M. Sosin on behalf of Defendant Universal System Technologies Inc robert@asnlaw.com
- Robert N. Bassel on behalf of Interested Party Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com
- Robert N. Bassel on behalf of Interested Party Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
- Robert S. Hertzberg on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Debtor In Possession City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Interested Party Pepper Hamilton LLP hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Roger Q. Hyde on behalf of Defendant Able Demolition Inc. rogerqhyde@sbcglobal.net
- Ronald A. Spinner on behalf of Defendant City of Detroit, Michigan spinner@millercanfield.com
- Ronald A. Spinner on behalf of Debtor In Possession City of Detroit, Michigan spinner@millercanfield.com
- Roy C. Sgroi on behalf of Defendant Michigan CAT rcs@sgroilaw.com
- Rozanne M. Giunta on behalf of Interested Party State of Michigan, Department of Attorney General rmgiunta@lambertleser.com, amckeoun@lambertleser.com
- Rozanne M. Giunta on behalf of Interested Party State of Michigan rmgiunta@lambertleser.com, amckeoun@lambertleser.com
- Ryan Plecha on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Plaintiff Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Ryan Plecha on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

        Ryan Plecha on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

        Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

        Ryan Blaine Bennett on behalf of Defendant Syncora Guarantee, Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

        Ryan Blaine Bennett on behalf of Interested Party Syncora Capital Assurance Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

        Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

        Ryan Blaine Bennett on behalf of Interested Party Syncora Holdings Ltd. ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@kirkland.com

        Sam J. Alberts on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com

        Sandra L. O'Connor on behalf of Interested Party US Health & Life Insurance Company soconnor@glmpc.com

        Scott A. Wolfson on behalf of Creditor The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com

        Scott Eric Ratner on behalf of Defendant Detroit Thermal, LLC dperson@teamtogut.com

        Scott Eric Ratner on behalf of Plaintiff City of Detroit, Michigan dperson@teamtogut.com

        Scott M. Watson on behalf of Creditor UBS AG swatson@wnj.com

        Scott W. Rooney on behalf of Defendant Olive Delivery Service LLC scott@nemesassociates.com, alison@nemesassociates.com

        Sean M. Cowley (UST) on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov

        Sean P. McNally on behalf of Defendant Kotz Sangster Wysocki & Berg PC smcnally@kotzsangster.com, jhopko@kotzsangster.com

        Shanna Marie Kaminski on behalf of Interested Party City of Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com

        Shanna Marie Kaminski on behalf of Defendant Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com

        Shannon L. Deeby on behalf of Creditor General Retirement System of the City of Detroit sdeeby@clarkhill.com

        Shannon L. Deeby on behalf of Interested Party General Retirement System of the City of Detroit sdeeby@clarkhill.com

        Shannon L. Deeby on behalf of Interested Party Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

        Shannon L. Deeby on behalf of Defendant Eastern Oil Co sdeeby@clarkhill.com

        Shannon L. Deeby on behalf of Defendant CDM Michigan Inc sdeeby@clarkhill.com

        Shannon L. Deeby on behalf of Defendant J Ranck Electric Inc sdeeby@clarkhill.com

        Shannon L. Deeby on behalf of Defendant Camp Dresser & McKee sdeeby@clarkhill.com

        Shannon L. Deeby on behalf of Creditor Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

        Shannon L. Deeby on behalf of Defendant Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com

        Shannon L. Deeby on behalf of Defendant David Wm Ruskin sdeeby@clarkhill.com

        Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com

        Sharon L. Levine on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com

        Sharon L. Levine on behalf of Creditor Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com

        Sheldon S. Toll on behalf of Interested Party Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net

        Sherrie L. Farrell on behalf of Attorney Dykema Gossett PLLC sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

        Sherrie L. Farrell on behalf of Creditor Downtown Development Authority sfarrell@dykema.com, mpearson@dykema.com;docket@dykema.com

        Sheryl L. Toby on behalf of Interested Party Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com

        Sheryl L. Toby on behalf of Creditor Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com

        Stanley L. de Jongh on behalf of Interested Party City of Detroit Law Department jongsl@detroitmi.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Stanley L. de Jongh    on behalf of Debtor In Possession    City of Detroit, Michigan
 jongsl@detroitmi.gov
Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
Stephen B. Grow    on behalf of Creditor    UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen B. Grow    on behalf of Creditor    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
Stephen B. Grow    on behalf of Defendant    Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
 kfrantz@wnj.com
Stephen B. Grow    on behalf of Defendant    UBS AG sgrow@wnj.com, kfrantz@wnj.com
Stephen J. Pokoj    on behalf of Defendant    Applied Science Inc spokoj@fildewhinks.com
Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
 shelly.harrow@gmail.com
Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
 laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
 laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
 laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Defendant    Detroit City Council laplante@millercanfield.com,
 skoczylas@millercanfield.com
Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
 laplante@millercanfield.com, skoczylas@millercanfield.com
Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
 General showell@dickinsonwright.com
Stuart A. Gold    on behalf of Defendant    Binkelman Corp. sgold@glmpc.com
Stuart A. Gold    on behalf of Defendant    Federal Pipe & Supply Inc sgold@glmpc.com
Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
 susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
Susheel  Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
 susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
 mosullivan@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
Tamar  Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
 tdolcourt@foley.com
Thomas B. Radom    on behalf of Defendant    Wolverine Oil & Supply Co., Inc Radom@butzel.com
Thomas B. Radom    on behalf of Defendant    DeMaria Building Company Radom@butzel.com
Thomas B. Radom    on behalf of Defendant    Detroit Contracting Inc LLC Radom@butzel.com
Thomas B. Radom    on behalf of Defendant    DCI Wolverine JV Radom@butzel.com
Thomas B. Radom    on behalf of Defendant    Computech Corporation Radom@butzel.com
Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
 tchristy@garanlucow.com
Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
 morris@silvermanmorris.com, kjordan@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
 kjordan@silvermanmorris.com
Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
 kjordan@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association morris@silvermanmorris.com, kjordan@silvermanmorris.com
Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 morris@silvermanmorris.com, kjordan@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
 kjordan@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
 morris@silvermanmorris.com, kjordan@silvermanmorris.com
Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
 kjordan@silvermanmorris.com
Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
 fusco@millercanfield.com
Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
 tgraves@allardfishpc.com, allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
 tgraves@allardfishpc.com, allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
 tgraves@allardfishpc.com, allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP
 tgraves@allardfishpc.com, allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Todd W. Grant   on behalf of Defendant   Waterworks Systems & Equipment tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
          Todd W. Grant   on behalf of Defendant   E L Bailey & Co Inc tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
          Todd W. Grant   on behalf of Defendant   North-West Trading Co tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
          Todd W. Grant   on behalf of Defendant   Clarks Construction tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
          Todd W. Grant   on behalf of Defendant   Blue Star Inc tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
          Todd W. Grant   on behalf of Defendant   KEO and Associates Inc. tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
          Tracy M. Clark   on behalf of Defendant   A & M Trucking Inc clark@steinbergshapiro.com
          Trevor J. Zamborsky   on behalf of Creditor Orlando Marion tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Teran Brown tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Melvin Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Ezekiel Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Wendy Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Doug Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Rodney Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Angela Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Yvette Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Eddie Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Otis Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor John Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Gary Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Marily Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Phyllis Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jeffrey Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Trevor J. Zamborsky   on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy vgflawyer@sbcglobal.net,    dfjohnson@cfaith.com
          Wallace M. Handler   on behalf of Defendant    Tetra Tech Mps whandler@swappc.com, kgleeson@swappc.com,   ckrause@swappc.com
          Wendy Turner Lewis   on behalf of Defendant    Pyratech Security Systems Inc wtlewis@ameritech.net
          William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman   on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William J. Barrett   on behalf of Defendant    Genuine Parts Company william.barrett@bfkn.com
          William Norman Listman   on behalf of Interested Party    Southeastern Oakland County Water Authority wlistman@davislistman.com
          William Pfeiffer Smith   on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
          William W. Kannel   on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
          William W. Kannel   on behalf of Creditor    Fidelity Management & Research Company wkannel@mintz.com
          Winnifred P. Boylan   on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com, amckeoun@lambertleser.com
          Yuliy  Osipov   on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Defendant    Toter Incorporated yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Defendant    Capp, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party    Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com,   yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Defendant    Kessler International yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Defendant    Capp USA yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                                                                                 TOTAL: 736