# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

_____/

## CERTIFICATE OF SERVICE

I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On March 25, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Overnight mail on the service list attached hereto as **Exhibit A**:

- Reply in Support of Debtor's Twentieth Omnibus Objection to Certain Claims [Docket No. 10954]

Furthermore, on March 25, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Overnight mail on the service list attached hereto as **Exhibit B**:

- Reply in Support of Debtor's Twenty-Eighth Omnibus Objection to Certain Claims [Docket No. 10955]

Furthermore, on March 25, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Overnight mail on the service list attached hereto as **Exhibit C**:

- Reply in Support of Debtor's Thirtieth Omnibus Objection to Certain Claims [Docket No. 10956]

Furthermore, on March 25, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Overnight mail on the service list attached hereto as **Exhibit D**:

- Reply in Support of Debtor's Thirty-Second Omnibus Objection to Certain Claims [Docket No. 10957]

Furthermore, on March 25, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Overnight mail on the service list attached hereto as **Exhibit E**:

- Debtor's Omnibus Reply in Support of Twenty-Third, Twenty-Fourth and Twenty-Fifth Omnibus [Docket No. 10958]

*(Space Left Intentionally Blank)*

Furthermore, on March 25, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Overnight mail on the service list attached hereto as **Exhibit F**:

- Reply in Support of Debtor's Thirty-Third Omnibus Objection to Certain [Docket No. 10959]

Dated: March 27, 2016

/s/ Lydia Pastor Nino
Lydia Pastor Nino
KCC
2335 Alaska Ave
El Segundo, CA 90245

# **EXHIBIT A**

Exhibit A
Served via Overnight Mail

**Exhibit A**
**Served via Overnight Mail**

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Julius R. Collins | | 3330 Dartmouth | | Detroit | MI | 48217 |
| Julius R. Collins | WWTP | Julius R. Collins | 9300 W. Jefferson | Detroit | MI | 48029 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt    Doc 10967    Filed 03/28/16    Entered 03/28/16 02:14:19    Page 4 of 14

In re City of Detroit, Michigan
Case No. 13-53846

Page 1 of 1

13-53846-tjt    Doc 10967    Filed 03/28/16    Entered 03/28/16 02:14:19    Page 4 of 14

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt    Doc 10967    Filed 03/28/16    Entered 03/28/16 02:14:19    Page 4 of 14

# EXHIBIT B

**Exhibit B**
**Served via Overnight Mail**

| Name | Address1 | City | State | Zip |
|---|---|---|---|---|
| Belinda F. Ellis | 14503 E 12 Mile Rd Apt B | Warren | MI | 48088 |
| Bradford, Comit Jr | Address Redacted | | | |
| Brooks, Danean | Address Redacted | | | |

# **EXHIBIT C**

**Exhibit C**
**Served via Overnight Mail**

| Name | Address1 | City | State | Zip |
|---|---|---|---|---|
| George M. Pieprzyk | 22527 Fullerton | Detroit | MI | 48223-3106 |
| Jacqueline Knowles | 15015 Stahelin Rd | Detroit | MI | 48223 |

# EXHIBIT D

**Exhibit D**
**Served via Overnight Mail**

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Martin, Debra A | | Address Redacted | | | | |
| Martin, Debra A | Debra A. Martin | Office Assistant | 2 Woodward Ave. | Detroit | MI | 48226 |

# EXHIBIT E

| Name | CreditorNoticeName | Address1 | State | Zip |
|---|---|---|---|---|
| Annie Jewell Kuykendall | | 17300 Hartwell | MI | 48235 |
| Beverly A. Welch | | 9314 Grandville Ave. | MI | 48228 |
| Carol Jean Finley | | 8227 Karan Blvd., Unit #1 | MI | 48093 |
| Dennis E Nessel | | 5824 Bee Ridge Rd. Pmb 222 | FL | 34233 |
| Eddie Greer | Eddie D. Greer | 9438 Queen St | MI | 48213 |
| Grover, Kennedy | | 142240 Faust Ave | MI | 48223 |
| Hill, Wanda J | | Address Redacted | | |
| LaTonya Pennington | | 23901 W. Chicago | MI | 48239 |
| Linda M. Riley | | 1991 Edison | MI | 48206 |
| Shelia L Bell | | 14421 Royal Grand | MI | 48239 |
| Teulaina Richardson | | 3044 Lawton | MI | 48216 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt    Doc 10967    Filed 03/28/16    Entered 03/28/16 02:14:19    Page 12 of 14

# **EXHIBIT F**

**Exhibit F**
**Served via Overnight Mail**

| Name | Address1 | City | State | Zip |
|---|---|---|---|---|
| Raju K Markose | 16929 Ryan | Livonia | MI | 48154 |
| Robert A Lukasik | 15511 McGuire Street | Taylor | MI | 48180 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt    Doc 10967    Filed 03/28/16    Entered 03/28/16 02:14:19    Page 14 of 14