UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846-tjt
CHAPTER: Chapter 9

Debtor.
City of Detroit,

## CERTIFICATE OF SERVICE

I hereby certify that on  3-27-2016  (date of mailing), I served copies as follows:

1. Document(s) served: Debtor Thirty-Thirty-Third Omnibus Claims

2. Served upon [name and address of each person served]:

    Miller, Canfield, Paddock and Stone PLC
    150 West Jefferson Suite 2500
    Detroit MI 48226

(3.) By First Class Mail.

Dated:  3-27-16 

(Signature)

Print Name: Robert A. Lukasik

Signed before me 3-27-16 by Robert A. Lukasik

JANINE L LINNE
Notary Public - Michigan
Wayne County
My Commission Expires Sep 4, 2018
Acting in the County of WAYNE