To whom it may concern:

My name is Frank Daviston Jr and I have been dealing with pain in my Right Hand and Right Elbow since 2010. I cannot do my daily function because of the pain.

I try to pick up something and I experience nothing pain.

I would hope you would reconsider you decision. Also I had a stoke in 2012, which may explain lack of what to do.

Thank you

Frank Daviston Jr

To Whom it may Concern

My name is Frank Daviston Jr And I Have been dealing with the pain in my **Hand & Elbow** since 2010 July. I cannot do my Daily funtions because of the Immence pain. Every Time I Try To pickup something my Hand Hurts. I would appriciate if you would reconcider your decicion... I Also

had a stroke in 2012