UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
211 WEST FORT STREET
DETROIT, MICHIGAN 48226

**"CORRECTED"**

Jacqueline Knowles
Case No.: 13-53846-tjt

## PROOF OF SERVICE

On March 24, 2016, I mailed by first-class mail this correspondence as requested to:

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF MICHIGAN
211 WEST FORT STREET
DETROIT, MICHIGAN 48226

I declare that the statement above is true to the best of my information, knowledge and belief.

Dated: March 24, 2016

Jacqueline Knowles
15015 Stahelin
Detroit, Michigan 48223