# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____
                                        )
In re                                   )    Case No. 13-53846
                                        )
CITY OF DETROIT, MICHIGAN,              )    In Proceedings Under
                                        )    Chapter 9
        Debtor.                         )
_____  )    Hon. Mark A. Randon

## REQUEST TO BE REMOVED FROM
## RECEIVING ELECTRONIC FILINGS IN A CASE

      Please remove attorney Caroline English, whose email is caroline.english@arentfox.com from the electronic service list that provides for receipt of electronic filings in the above captioned case and any related adversary proceedings.

Dated: March 28, 2016                  Respectfully submitted by:

                                                                     __/s/ Caroline English_____
                                                                       ARENT FOX LLP

                                                                       Caroline English
                                                                       1717 K Street, NW
                                                                       Washington, DC  20006-5344
                                                                       caroline.english@arentfox.com

                                                                       *Attorney for Ambac Assurance*
                                                                       *Corporation*