# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 13-53846 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | In Proceedings Under |
| | ) | Chapter 9 |
| Debtor. | ) | |
| | ) | Hon. Mark A. Randon |

## REQUEST TO BE REMOVED FROM
## RECEIVING ELECTRONIC FILINGS IN A CASE

    Please remove attorney Mark A. Angelov, whose email is mark.angelov@arentfox.com from the electronic service list that provides for receipt of electronic filings in the above captioned case and any related adversary proceedings.

Dated: March 28, 2016

Respectfully submitted by:

  /s/ Mark A. Angelov_____
ARENT FOX LLP

Mark A. Angelov
1675 Broadway
New York, NY 10019
mark.angelov@arentfox.com

*Attorney for Ambac Assurance Corporation*