# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____
                                            )
In re                                       )    Case No. 13-53846
                                            )
CITY OF DETROIT, MICHIGAN,                  )    In Proceedings Under
                                            )    Chapter 9
      Debtor.                                )
_____)            Hon. Mark A. Randon

## REQUEST TO BE REMOVED FROM
## RECEIVING ELECTRONIC FILINGS IN A CASE

     Please remove attorney David Dubrow, whose email is david.dubrow@arentfox.com from the electronic service list that provides for receipt of electronic filings in the above captioned case and any related adversary proceedings.

Dated: March 28, 2016                Respectfully submitted by:

                                                      __/s/ David Dubrow_____
                                                      ARENT FOX LLP

                                                      David L. Dubrow
                                                      1675 Broadway
                                                      New York, NY 10019
                                                      david.dubrow@arentfox.com

                                                      *Attorney for Ambac Assurance Corporation*