# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| In re | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | In Proceedings Under Chapter 9 |
| Debtor. | Hon. Mark A. Randon |

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS IN A CASE

Please remove attorney Carol Conner Cohen, whose email is carol.cohen@arentfox.com from the electronic service list that provides for receipt of electronic filings in the above captioned case and any related adversary proceedings.

Dated: March 28, 2016

Respectfully submitted by:

/s/ Carol Conner Cohen
ARENT FOX LLP

Carol Conner Cohen
1717 K Street, NW
Washington, DC 20006-5344
carol.cohen@arentfox.com

*Attorney for Ambac Assurance Corporation*