# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 13-53846 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | In Proceedings Under |
| | ) | Chapter 9 |
| Debtor. | ) | |
| | ) | Hon. Mark A. Randon |

## REQUEST TO BE REMOVED FROM
## RECEIVING ELECTRONIC FILINGS IN A CASE

Please remove attorney Ralph Taylor, whose email is ralph.taylor@arentfox.com from the electronic service list that provides for receipt of electronic filings in the above captioned case and any related adversary proceedings.

Dated: March 28, 2016

Respectfully submitted by:

__/s/ Ralph Taylor_____
ARENT FOX LLP

Ralph Taylor
1717 K Street, NW
Washington, DC 20006-5344
ralph.taylor@arentfox.com

*Attorney for Ambac Assurance Corporation*