UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:                                    Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                Chapter 9 Proceeding
                                          Hon. Mark A. Randon

        Debtor.

_____/

## REQUEST TO BE REMOVED FROM RECEIVING
## ELECTRONIC FILINGS IN A CASE

        Please remove attorney Sherrie Farrell, whose e-mail is sfarrell@dykema.com, from the

electronic service list that provides for receipt of electronic filings in the above captioned case

and any related adversary proceedings.

        Respectfully submitted,

        DYKEMA GOSSETT PLLC


        By: */s/ Sherrie L. Farrell*
        Sherrie L. Farrell (P57209)
        Attorneys for Creditor Downtown
        Development Authority
        400 Renaissance Center
        Detroit, MI 48243
        Telephone: (313) 568-6550
        sfarrell@dykema.com


Dated: March 28, 2016

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243

## CERTIFICATE OF SERVICE

Sherrie L. Farrell deposes and states that on March 28, 2016, my assistant electronically filed the foregoing with the Clerk of the Court using the electronic filing system, and that a copy of the foregoing was also served on opposing counsel via e-mail.

DYKEMA GOSSETT PLLC


By: */s/ Sherrie L. Farrell*
Sherrie L. Farrell (P57209)
Attorneys for Creditor Downtown
Development Authority
400 Renaissance Center
Detroit, MI 48243
sfarrell@dykema.com

4815-4350-1359.1
ID\FARRELL, SHERRIE - 019956\000999

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243

1