UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
In re                                              :
                                                   :    Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         :    Case No. 13-53846
                                                   :
                    Debtor.                        :    Hon. Thomas J. Tucker
                                                   :
                                                   :
---------------------------------------------------------------x

**REQUEST TO BE REMOVED FROM**
**RECEIVING ELECTRONIC FILINGS IN A CASE**

Please remove attorney Mark R. James, whose e-mail address is mrjames@wwrplaw.com, from the electronic service list that provides for receipt of electronic filings in the above-captioned case and any related adversary proceedings.

Dated: March 28, 2016                              Respectfully submitted,

                                                    /s/ Mark R. James
                                                   Mark R. James
                                                   WILLIAMS, WILLIAMS, RATTNER &
                                                   PLUNKETT, P.C.
                                                   380 North Old Woodward Avenue, Ste 300
                                                   Birmingham, MI 48009
                                                   Telephone: (248) 642-0333
                                                   Facsimile: (248) 642-0856
                                                   Email: mrjames@wwrplaw.com

                                                   *Attorney for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28. 2016 the above *Request to be Removed from Receiving Electronic Filings in a Case* was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

Dated: March 28, 2016

Respectfully submitted,

 */s/ Mark R. James*
Mark R. James
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
380 North Old Woodward Avenue, Ste 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: mrjames@wwrplaw.com