UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN,

    Debtor.

Chapter 9

Case No. 13-53846

## WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST TO BE REMOVED FROM THE SERVICE LIST AND MATRIX

**PLEASE TAKE NOTICE** that Paul R. Hage and the firm of Jaffe Raitt Heuer & Weiss, P.C., hereby withdraws the Notice of Appearance as counsel for National Public Finance Guarantee Corporation and requests that his name be removed from the service list and matrix.

**JAFFE RAITT HEUER & WEISS, P.C.**

Dated: March 28, 2016      By:    /s/ Paul R. Hage
                                         Paul R. Hage (P70460)
                                         27777 Franklin Road, Suite 2500
                                         Southfield, Michigan 48034-8214
                                         phage@jaffelaw.com
                                         (248) 351-3000