UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN,

    Debtor.

Chapter 9

Case No. 13-53846

# WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST TO BE REMOVED FROM THE SERVICE LIST AND MATRIX

**PLEASE TAKE NOTICE** that Eric D. Novetsky and the firm of Jaffe Raitt Heuer & Weiss, P.C., hereby withdraws the Notice of Appearance as counsel for National Public Finance Guarantee Corporation and requests that his name be removed from the service list and matrix.

**JAFFE RAITT HEUER & WEISS, P.C.**

Dated: March 28, 2016     By:   /s/ Eric D. Novetsky
                                            Eric D. Novetsky (P71953)
                                            27777 Franklin Road, Suite 2500
                                            Southfield, Michigan 48034-8214
                                            enovetsky@jaffelaw.com
                                            (248) 351-3000