UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

_____

In re:

CITY OF DETROIT, MICHIGAN,

         Debtor.

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

_____

## REQUEST FOR REMOVAL FROM ECF SERVICE LIST

    Harold E. Nelson hereby requests that his name and e-mail address be removed from the ECF service list for this case.

Respectfully submitted,

**RHOADES MCKEE PC**

By: ___/s/ Harold E. Nelson_____
    Harold E. Nelson (P-27974)
Business Address:
    55 Campau Avenue, N.W., Suite 300
    Grand Rapids, MI 49503
    (616) 235-3500