# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 29, 2016 he caused a copy of the *Order Granting City of Detroit's Ex Parte Motion For an Order (I) Adjourning Hearing on Certain Responses Filed to the City's Twentieth and Twenty-Eighth Through Thirty-Fourth Omnibus Objections to Claims, and (II) Establishing a Process for Hearing These Objections and Responses to Them* to be served upon the following party via first class mail:

John H. Johnson
9135 Yorkshire, Unit #2
Detroit, MI  48224

DATED:  March 29, 2016

                                          By: /s/ Marc N. Swanson
                                              Marc N. Swanson
                                              150 West Jefferson, Suite 2500
                                              Detroit, Michigan 48226
                                              Telephone: (313) 496-7591
                                              swansonm@millercanfield.com