# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On March 28 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

• Debtor's Twenty-Second Omnibus Objection to Certain Claims [Docket No. 10778]

Furthermore, on March 28, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit B**:

• Debtor's Twenty-Third Omnibus Objection to Certain Claims [Docket No. 10779]

Furthermore, on March 28, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit C**:

• Debtor's Twenty-Eighth Omnibus Objection to Certain Claims [Docket No. 10784]

Furthermore, on March 28, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit D**:

• Debtor's Twenty-Ninth Omnibus Objection to Certain Claims [Docket No. 10785]

Furthermore, on March 29, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit E**:

• Debtor's Thirty-Third Omnibus Objection to Certain Claims [Docket No. 10789]

Furthermore, on March 28, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit F**:

- Debtor's Thirty-Fourth Omnibus Objection to Certain Claim [Docket No. 10790]

Dated: March 29, 2016

/s/ Stephanie Delgado
Stephanie Delgado
KCC
2335 Alaska Ave
El Segundo, CA 90245

# Exhibit A

**Exhibit A**
**22nd Omnibus Objection to Claims**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Medical Supply Inc | Attn Accounts Payable | 29219 Southfield Rd | Southfield | MI | 48076-1922 |
| Murray, Rainell | | Address Redacted | | | |

# Exhibit B

**Exhibit B**
**23rd Omnibus Objection to Claims**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Beth T. Oliver | 5334 Timberwood Point Dr | Flint | MI | 48532-2266 |
| Beverly Johnson | 11255 Allen Rd Apt 316 | Southgate | MI | 48195-2879 |
| Cynthia L. Colling | 2059 Buckingham Ave | Berkley | MI | 48072-1214 |

# Exhibit C

**Exhibit C**
**28th Omnibus Objection to Claims**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Beth T. Oliver | 5334 Timberwood Point Dr | Flint | MI | 48532-2266 |
| Dawn Bryant | 217 Richter St Apt 2 | River Rouge | MI | 48218-1448 |

# Exhibit D

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Candace S Lawson | 51347 Central Village Rd Apt 102 | Chestfield | MI | 48047-3535 |

# Exhibit E

**Exhibit E**
**33rd Omnibus Objection to Claims**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Rosalind Grady | 2008 Chene St | Detroit | MI | 48207-3831 |

# Exhibit F

**Exhibit F**
**34th Omnibus Objection to Claims**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| William Mayweather Jr | 461 New Town St W | Detroit | MI | 48215-4114 |