UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: City of Detroit, Michigan
       Debtor

Case No. 13-53846-tjt
Chapter 9
Hon. Thomas J. Tucker

_____/

## APPEARANCE

TO: CLERK OF THE COURT

I hereby appear as attorney for the Creditor, DANEAN BROOKS.

Dated: March 30, 2016

Respectfully Submitted
**GREENE LAW GROUP, PLC**

By /s/ _____
By: Anthony Greene (P47715)
2232 S. Main, Suite 438
Ann Arbor MI 48103
(313) 410-3390
greenelawgroup@gmail.com