UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit, Debtor.

CASE NO: 13-53846
CHAPTER: 9

## CERTIFICATE OF SERVICE

I hereby certify that on 3-23- (date of mailing), I served copies as follows:

1. Document(s) served: Debtors, Thirtieth Omnibus, objection to certain claims

2. Served upon [name and address of each person served]:
   1) Marc N. Swanson
      150 West Jefferson Suite 2500
      Det Mich, 48226
   2)

3. By First Class Mail.

Dated: 3-26-16

(Signature) George Pieprzyk
Print Name: George Pieprzyk