UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846
CHAPTER: 9

**Debtor.**
City of Detroit, Michigan

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2016 (date of mailing), I served copies as follows:

1. Document(s) served: Notice of objection to the Order Granting Debtor Twentieth Omnibus Objection Claim.

2. Served upon [name and address of each person served]:

   Marc N. Swanson, Miller, Paddock and Stone, PlC
   150 West Jefferson Ave. Suite 2500
   Detroit, MI 48226

3. By First Class Mail.

Dated: March 31, 2016

(Signature) Julius R. Collins

Print Name: Julius R. Collins