# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION



In re:                      Debtor

City of Detroit, Michigan        Bankruptcy Case No. 13-53846

Honorable Thomas J.Tucker Chapter9

## DEBTOR'S THIRTY-SIXTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

## OBJECTION OF CHERYL MINNIEFIELD TO THE ABOVE

I have spent $40,000 on this case in arbitration plus lawyer's fees and on filings in Federal District Court as well as previous EEOC filings.

The City of Detroit is offering nothing to settle this case. Therefore, I want to proceed to the trial at Federal District Court.

I opposed the city's objection to my claim. I do not agree with the City of Detroit's argument that my case is unworthy and the City of Detroit's assessment of only $5,000 dollars.

March 30, 2016

                                         Respectfully Submitted,

                                         By: Cheryl Minniefield
                                             14175 Glastonbury Ave.
                                             Detroit, MI 48223
                                             Phone# 313-837-5048
                                             cminniefi@yahoo.com