**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:

CITY OF DETROIT, MICHIGAN,	Case No. 13-53846-mar
	Chapter 9
	Debtor.	Hon. Mark A. Randon
_____/

**REQUEST TO BE REMOVED FROM**
**RECEIVING ELECTRONIC FILINGS IN A CASE**

Please remove attorney Daniel J. Weiner, whose email is dweiner@schaferandweiner.com from the electronic service list that provides for receipt of electronic filings in the above captioned case and any related adversary proceedings.

Respectfully submitted:

SCHAFER AND WEINER, PLLC

By: / s / Daniel J. Weiner
DANIEL J. WEINER (P32010)
Counsel for Ambac Assurance Corp.
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
248-540-3340
dweiner@schaferandweiner.com

Dated: April 1, 2016