**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## STIPULATION TO AMEND ORDER OF WITHDRAWAL OF CLAIMS

The undersigned counsel on behalf of creditor, U.S. Equal Employment Opportunity Commission, Dale Price, and debtor, City of Detroit, Michigan ("City") hereby stipulate to withdrawal of claim #3663 filed on March 19, 2014.

- Claim No. 3663: the investigation involving the City of Detroit and charging party, Shannon Dekun on Charge No. 471-2013-029678 has been completed. A "Notice of Right to Sue" issued to the charging party on January 21, 2016.

- Claim No. 3268 involving the same claim filed by Ms. Dekun individually, has been settled and paid.

- The City inadvertently filed the originally agreed upon stipulation citing to the individual claim, and not to the EEOC claim. This filing is meant to correct that error.

Claim 3663 will not be included in any disbursement under the Debtor's Plan of Adjustment.

WHEREFORE, the parties request the Court enter an Order in the form attached hereto as Exhibit A.

STIPULATED AND AGREED:

| | |
|---|---|
| /s/ Dale Price with consent | /s/ Mary Beth Cobbs |
| Dale Price (P5578) | Mary Beth Cobbs (P40080) |
| Attorney for Creditor – US EEOC | Attorney for Debtor – City of Detroit |
| 477 Michigan Ave, Room 865 | 2 Woodward, Suite 500 |
| Detroit, MI 48201-2658 | Detroit, MI 48226 |
| (313) 226-7808 | (313) 237-3075 |
| Dale.price@eeoc.gov | cobbm@detroitmi.gov |
| | |
| | -and- |
| ` | /s/ Letitia C. Jones |
| | Letitia C. Jones (P52136) |
| | Attorney for Debtor – City of Detroit |
| | 2 Woodward, Suite 500 |
| | Detroit, MI 48226 |
| | (313) 237-3002 |

April 1, 2016

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

------------------------------------------------------- x
                                                        :

In re                                           :: Chapter 9
                                                  :: Case No. 13-53846

CITY OF DETROIT, MICHIGAN,      :: Hon. Thomas J. Tucker
                  Debtor.                :
------------------------------------------------------- x

## AMENDED

## ORDER APPROVING STIPULATION TO WITHDRAW EEOC CLAIM NO. 3663

This case is before the Court on the stipulation filed on April 1, 2016 (Docket# _),

the Stipulation entitled, "Stipulation to Amend Order of Withdrawal of Claims",

Based on the Stipulation,

    IT IS HEREBY ORDERED THAT Claim No. 3663 filed on behalf of US EEOC is withdrawn and disallowed in its entirety.

Exhibit A