------------------------------------------------------- x
                                                 :

In re                                      :: Chapter 9

                                          :: Case No. 13-53846 tjt

CITY OF DETROIT, MICHIGAN,       :: Judge Thomas J. Tucker

                    Debtor.           :

------------------------------------------------------- x

# AMENDED
# ORDER APPROVING STIPULATION TO WITHDRAW
# EEOC CLAIM NO. 3663

This case is before the Court on the stipulation filed on April 1, 2016 (Docket # 11010, the "Stipulation") entitled "Stipulation to Amend Order of Withdrawal of Claims." Based on the Stipulation,

IT IS ORDERED THAT Claim No. 3663 filed on behalf of US EEOC is withdrawn and disallowed in its entirety.

.

**Signed on April 02, 2016**

                                                            /s/ Thomas J. Tucker
                                                            Thomas J. Tucker
                                                            United States Bankruptcy Judge