FILED

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

2016 APR -4 A 11: 48

IN RE: Carol Finley

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CASE NO: 13-53846

CHAPTER: 9

Debtor.

/

## CERTIFICATE OF SERVICE

I hereby certify that on _3-28-16 q_ (now 3/30/16 q) see letter attached (date of mailing), I served copies as follows:

1. Document(s) served: a copy of service time for the City of Detroit. Date retired 11-13-15. with 30 years & 9 months of service.

2. Served upon [name and address of each person served]:

Carol Finley, 8227 Karam Blvd., Unit #1 Warren, MI 48093

3. By First Class Mail.

Dated: _3-28-16 q_
now 3-30-16 q

(Signature)

Print Name: Carol Finley
3-30-16 q

10881

March 30, 2016

I, Carol Finley, #2359, did not receive these forms (attached) until this pass Monday, March 28, 2016. I was going to stay after the court hearing today to drop off the form so you would have it w/in the 7-DAY deadline, but had a family emergency and had to leave. Therefore, I am sending it today, this evening, in the mail with hopes of reaching you by Monday, April 4th 2016 which is within 7-DAYS deadline.

Sincerely & Thank you

Carol

case no #f 13-53846



# GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT
## BENEFIT ESTIMATE
### Calculated on: 10/12/2015
### (Service) - General City



FINLEY, CAROL
8227 KARAM BLVD UNIT#1
WARREN MI          48093

| | YR | MO |
|---|---|---|
| Date of Birth: | 04/13/1960 | |
| Service Date | 08/08/1983 | |
| Retirement Date: | 11/13/2015 | |
| Member Age | 55 | 7 |
| Beneficiary Age | 59 | 1 |

Calculation Factors Effective          06/30/2014
SSN:          XXX - XX - 4809

Pension #:          208171

---

| Survivor SSN | Survivor Name | Beneficiary Birth Date |
|---|---|---|
| XXX-XX-4809D | FRIEND | 09/15/1956 |

| Revenue Group | Service Credit Years | Service Credit Months | (A F C) Average Final Compensation | |
|---|---|---|---|---|
| 1 | 30 | 9 | AFC from Wages | $42,126.11 |
| Included Military Service Credit | 0 | 0 | Sick Leave AFC | $0.00 |
| | | | Total AFC | $42,126.11 |

*(handwritten: 3-28-16, 3-28-16)*

## TOTAL PENSION PRIOR TO OPTION SELECTION

| Service Pension | + | Basic Pension | = | Total Pension* | Annuity Balance |
|---|---|---|---|---|---|
| $23,864.44 | | $120.00 | | $22,905.14 | $133,794.21 |

**56.65%**   Pension Calculation Percentage Factor

## FOR QUESTIONS AND/OR APPOINTMENTS, PHONE (313) 224-3362

*Total Pension includes a 4.5% cut as part of 2014 POA (Plan of Adjustment)*

*THIS IS A RETIREMENT ESTIMATE BASED ON INFORMATION AVAILABLE AT THIS TIME. IT SHOULD NOT BE INTERPRETED AS A FINAL RETIREMENT ALLOWANCE*



Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13–53846–tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38–6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non–Compliant:

Proof of Service is Missing. (Related document [10881] Response filed by Creditor Carol Jean Finley to [10779] Debtor's Twenty–Third Omnibus Objection To Certain Claims (Pension Claims That Have Been Classified and Allowed by the City's Plan)). See below for important deadline information.

is defective as indicated:

☐  Acceptable List of Creditors Missing

☐  Acceptable List of Creditors Not Uploaded

☐  Amended Document Missing or Non–Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)

☐  Application to Have the Chapter 7 Filing Fee Waived Missing or Non–Compliant

☐  Bankruptcy Petition Cover Sheet Missing or Non–Compliant

☐  Bankruptcy Matter Civil Case Cover Sheet Missing

☐  Brief Missing

☐  Certificate of Exigent Circumstances–Credit Counseling Waiver Missing

☐  Cover Sheet for Amendments to Schedules and or Statements Missing or Non–Compliant (To be filed with corrected document in its entirety as one PDF)

☐  Electronic Signature does not match login

☐  Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)

☐  List of 20 Largest Unsecured Creditors Missing

☐  Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing

☐  Motion to Convert under 11 USC 706(a)(Rule 9013) Missing

☐  Motion to Excuse Credit Counseling (109)(h)(4) Missing

☐  Notice of Objection to Claim Missing or Non–Compliant

☐  Notice of Special Appearance (LBR 9010–1(c)) Missing or Non–Compliant

☐  Notice to Respondent Missing or Non–Compliant

☐  Original Signature Missing or Non–Compliant

☐ Petition Non–Compliant (To be filed in its entirety)

☑ Proof of Service Missing or Non–Compliant

☐ Proposed Order Missing

☐ Statement of Attorney for Debtors 2016b LBR 9010–1c Missing or Non–Compliant

☐ Statement of Corporate Ownership Missing

☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 3/22/16

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

*Proof Sent 3/22/16 3/30/3t*