3-31-2016

CLERK OF THE COURT  
US BANKRUPTCY COURT  
211 W. FORT ST, SUIT 2100  
DETROIT, MI, 48226  
DUE DATE: 4-20-2016

BANKRUPTCY CASE # 13-53846  
CITY OF DETROIT, MICHIGAN

CC: Marc N Swanson  
Miller, Canfield, Paddock & Stone, PLC  
150 West Jefferson, Suit 2500  
Detroit, MI 48226

Fr: James & Carol Lancellotti  
21 Hamilton Ave  
Fairview NJ 07022  
201-943-0023  
REF : CLAIM # 605 AND 606  
General Unsecured Bonds



Please be advised, we contest the City Of Detroit ( Debtor ) in contesting our claim. We feel the obligation by the City Of Detroit should be honored, with no exception. Those bonds were issued to help those in need and we obliged. Sometimes Politicians use the system to look or do good, and debt via bonds gets pushed forward to others. That's no different than a game. This debt should not be dismissed , and cities should learn from this mistake not to take on debt that they cant pay back. I hope the court see's this and helps the bond holders.

I or my wife cannot come to the court date 4-27-2016 at 11:00 AM court room 1925, at 211 W. Fort St, Detroit MI 48226.

**The Reason:**

On 1-20-2014 we both got into a serious car accident totaling our car. Carol had broken ribs and punctured lung and a fall cracked her Pelvis and continues to go to Dr's. I with herniated dis'c, leg and knee problems also our ages makes it worse. We would appreciate your help and accept our request.

If you need to talk to us call 201-943-0023 anytime , we are both retired.   THANK YOU.

X James lancellotti  
*James Lancellotti*

X Carol Lanellotti  
*Carol Lancellotti*