April 1, 2016

Honorable Thomas J. Tucker
Bankruptcy Case No. 13-53846
211 W. Fort Street
Suite 2100
Detroit, MI 48226

Regarding Bankruptcy Case: No. 13-53846

Dear Honorable Tucker:

    My name is Theresa Hall, I am written regarding Bankruptcy Case No 13-53846; Claim No.1958. A co-worker left this information for me regarding this case. I have not received any correspondence from the Law office of Miller, Canfield, Paddock and Stone request any information from me pertaining to this case.

    Upon receiving the attached information from a co-worker, I thought you should be aware of this situation. If at all possible I am requesting information that I need to forward to the court for this case. Please forward any correspondence to Theresa A. Hall-P.O. Box 43654 – Detroit, MI 48243.

    Attached is the information my co-worker left me.

    Thanking you in advance for considering my request.

Sincerely,

Theresa A. Hall

Cc: Marc N. Swanson

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
| --- | --- |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 10, 2016, he electronically filed the foregoing Omnibus Objection to Certain Claims (the "Omnibus Objection") with the Clerk of the Court which sends notice by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Omnibus Objection on the Claimants listed therein at the address set forth by each of the claimants on its respective proof of claim and on all parties requesting notices listed on the Master Service List, and file a subsequent Proof of Service after it has performed the service.

DATED: March 10, 2016

By: /s/ Marc N. Swanson
Marc N. Swanson
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

| | The ground for objection to each claim listed below is that the claim does not contain sufficient documentation to ascertain its validity. Each of the pages in the omnibus objection is pertinent to the stated ground for objection. | | |
|---|---|---|---|
| Claim Number | Name | Claim Amount | Nature |
| 3356 | Ballard, William | $23,000.00 | General Unsecured |
| 3371 | Blaney, Walter | $3,710.00 | General Unsecured |
| 2911 | Danforth, Tara | $27,665.46 | General Unsecured |
| 2887 | Daniel, Shondell | $20,492.00 | General Unsecured |
| 3457 | Davenport, Terry | $25,000.00 | General Unsecured |
| 3233 | Flennoy, Winston L. II | $1,200.00 | General Unsecured |
| 3285 | Ford, Valerie | $17,228.00 | General Unsecured |
| 1961 | Ganzie, Tanya | $4,914.16 | General Unsecured |
| 2845 | Globe, Sheila | $15,360.00 | General Unsecured |
| 1694 | Greene, Sondra | $1,000,000.00 | General Unsecured |
| 2840 | Grice, Tracey | $300.00 | General Unsecured |
| 3205 | Haliburton, Terrell | $500,000.00 | General Unsecured |
| 1958 | Hall, Theresa | $4,945.00 | General Unsecured |
| 3344 | Holloway, Takeisha | $20,000.00 | General Unsecured |
| 3281 | Holmes, Rodney | $25,000.00 | General Unsecured |
| 2250 | Hopkins, Robin | $4,549.28 | General Unsecured |
| 2910 | Hyler, Tonya | $10,282.75 | General Unsecured |
| 2838 | Johnson, Sandra | $300.00 | General Unsecured |
| 3127 | Johnson, Yolaundra | $21,625.50 | General Unsecured |
| 3122 | McCrary, Sarah | $27,686.00 | General Unsecured |