April 4, 2016

FILED (I)

2016 APR -5 A 11: 44

S. BANKRUPTCY COURT
.D. MICHIGAN-DETROIT

From: Lucille Pasha
18225 Oak Drive
Detroit, MI 48221

To: Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

Re: Bankruptcy Case No. 13-53846
Honorable Thomas J. Tucker
Chapter 9

I (Lucille Pasha) am writing this letter in response to the 36th Omnibus Objection I received from the City of Detroit regarding the objection to pay my claims (2077 & 2084) for money due me from the City of Detroit. I feel that there is sufficient evidence in the City of Detroit records that the City should be accountable to pay such claims to me that are outlined in Exhibit 2 of the letters I received from the City of Detroit.

*Lucille Pasha*
Lucille Pasha

Cc: Marc N. Swanson

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: CITY OF DETROIT

CASE NO: 13-53846
CHAPTER: 9

**Debtor.**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on __April 5, 2016__ (date of mailing), I served copies as follows:

1. Document(s) served:

    OBJECTION TO THE THIRTY-SIXTH OMNIBUS OBJECTION

2. Served upon [name and address of each person served]:

    MARC N. SWANSON
    MILLER, CANFIELD, PADDOCK AND STONE, PLC
    150 WEST JEFFERSON AVENUE STE 2500
    DETROIT, MI 48226

3. By First Class Mail.

Dated: April 5, 2016

(Signature)

Print Name: Lucille Pasha