April 5 2016

From: Dwayne Brown
9302 Appleton
Redford, Mi. 48239

To: Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit Mi. 48226

Re: Bankruptcy Case No: 13-53846
Honorable Judge Thomas J. Tucker
Chapter 9

FILED (I)

2016 APR -5 P 12: 21

S. BANKRUPTCY COURT
.D. MICHIGAN-DETROIT

This letter is my response to oppose the City of Detroit objection for the following claims No: 2984, 2997 for Dwayne Brown. I Dwayne Brown oppose to the City of Detroit objection in the Thirty-Sixth Omnibus Objection.

I feel that there is sufficient evidence in the City of Detroit records that the City should be accountable to pay such claims to me, outlined in form attached as Exhibit 1, and Exhibit 2

Dwayne Brown
4-5-16

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit

Debtor. City

CASE NO: 13-53846
CHAPTER: 9

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2016 (date of mailing), I served copies as follows:

1. Document(s) served: In response to Debtor's Thirty Sixth Omnibus Objection

2. Served upon [name and address of each person served]:

    Mark N. Swanson
    150 West Jefferson, Suite 2500
    Detroit, MI. 48226

3. By First Class Mail.

Dated: 4-5-2016

(Signature)

Print Name: Dwayne A. Brown

FILED
2016 APR -5 P 12:21
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT