**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**SUPPLEMENTAL ORDER REGARDING CITY OF DETROIT'S *EX PARTE* MOTION FOR AN ORDER (I) ADJOURNING HEARING ON CERTAIN RESPONSES FILED TO THE CITY'S TWENTIETH AND TWENTY-EIGHTH THROUGH THIRTY-FOURTH OMNIBUS OBJECTIONS TO CLAIMS, AND (II) ESTABLISHING A PROCESS FOR HEARING THESE OBJECTIONS AND RESPONSES TO THEM**

This case is before the Court on the motion filed by the City of Detroit on March 24, 2016 (Docket # 10931, the "Ex Parte Motion") entitled "*City of Detroit's Ex Parte Motion for an Order (I) Adjourning Hearing on Certain Responses Filed to the City's Twentieth and Twenty-Eighth Through Thirty-Fourth Omnibus Objections to Claims, and (II) Establishing a Process for Hearing These Objections and Responses to Them*." The Court, having granted the relief requested on March 24, 2016 (Docket # 10941, the "Claim Objection Process Order") by entry of an Order entitled "*Order Granting City of Detroit's Ex Parte Motion for an Order (I) Adjourning Hearing on Certain Responses Filed to the City's Twentieth and Twenty-Eighth Through Thirty-Fourth Omnibus Objections to Claims, and (II) Establishing a Process for Hearing These Objections and Responses to Them*;" the Court having held a hearing on March 30, 2016, on objections to claims not subject to the Claim Objection Process Order (the "Hearing"); and the Court having determined that certain additional claims and objections should be governed by the Claim Objection Process Order; proper notice having been provided, as the affected claimants attended the Hearing;

IT IS ORDERED that:

1. The hearing on the responses filed by the following individuals to the City of Detroit's Twentieth and Twenty-Eighth through Thirty-Fourth Omnibus Objections (collectively, the "Additional Employee Obligation Claimants"), which was held on March 30, 2016, at 1:30 p.m. is adjourned for a further hearing to be held on **June 15, 2016 at 1:30 p.m.**, in Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226:

| Julius Collins | Ronald Leaphart | Da'Nean Brooks |
|---|---|---|
| Carol Jean Finley | Sheila Pennington | |

2. The City must serve this Order on the Additional Employee Obligation Claimants by first class mail.

3. The City must serve the brief that it will file pursuant to the Claim Objection Process Order[1] on the Additional Employee Obligation Claimants by April 21, 2016.

4. The Additional Employee Obligation Claimants may, but are not required to, file an additional response, explaining their position to the Court on this issue by May 19, 2016. The Court may set further hearings at its discretion to resolve the claims asserted by the Additional Employee Obligation Claimants.

5. The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

---

[1] The Claim Objection Process Order states that "No later than April 21, 2016, the City must file a brief explaining its position on why the issue collectively raised by the Employee Obligation Claimants (namely, that the City improperly breached employment obligations to the Employee Obligation Claimants) fails as a matter of law and serve it on the Employee Obligation Claimants."

**Signed on April 05, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge