City of Detroit   #13-53846

3-31-16

I Ronald Branam am writing in response and oppose the objection filed by the bankrupcy and City attornies etc. Claim #3438

Ronald Branam

Bankrupcy case no 13-53846

FILED 2016 APR -5 A 10:32 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT