April 3, 2016

Bankruptcy Case No.
13-53846

FILED (I)

2016 APR -5 A 9: 35

S. BANKRUPTCY COURT
.D. MICHIGAN-DETROIT

## To The United States Bankruptcy Court Eastern District of Michigan Southern Division:

## Re: Objection to the disallowing, modification and/or expungement of my city property tax refund claim

I am the homeowner of 119 W. Euclid, Detroit, MI 48202. I am also a retired senior citizen. My property taxes were paid by my mortgage company, Nationstar (at that time). I began paying an additional property tax to the city in 2008 as a result of a mileage passed regarding the trash and bulk pick-up in the city of Detroit. I did not notify my mortgage company because I decided to pay the additional taxes myself. (See attachments.)

Little did I know that the city had notified my mortgage company (Nationstar) of the additional taxes, and they began paying as well. This meant that the city was receiving two payments each tax period for this additional amount. It would seem that the city's tax department should have seen the overpayment and notified me to stop paying my portion, because my mortgage company had factored the increase into its property tax payments.

The City of Detroit continued to receive my overpayment for close to five years in the total amount of $1517.00. This was a gross oversight and some incompetence on the part of the city's tax department. The City had almost five years to recognize its financial errors and write me a letter of apology, along with a reimbursement check. Had my taxes been delinquent, it would have taken the city no time at all to notify me.

It is my profound declaration that the City of Detroit do one of three things to rectify this property tax owed to me:

1. Send me a check for the entire amount ($1517.00) plus appropriate interest/or

2. Reduce my property taxes over a five- year period until the debt is paid/or

3. Deduct this year's property taxes and send me a check for the balance, if any is left after this year's taxes have been paid.

Thank you in advance for your attention to this property tax refund claim.

*Dianne L. Thomas*

Dianne L. Thomas

119 W. Euclid, Detroit, MI 48202



**2008 CITY OF DETROIT**
CITY, COUNTY, SCHOOL TAX/FEES BILL
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

MARKSL      08/04/08

**PARCEL #**     **02001236.001**

**TOTAL DUE**     266.93

**AMOUNT PAID**    267.00

0000200801002683010000020012361001003900000266937

```
147.45  1ST SUMMER PMT DUE 08/15/2008
119.48  2ND SUMMER PMT DUE 01/15/2009
266.93  OR TOTAL AMOUNT DUE 08/31/2008
```

THOMAS, DIANE
119 W EUCLID
DETROIT MI 48202

**Property Address: 119 W EUCLID 10**

## 2009 CITY OF DETROIT
CITY, COUNTY, SCHOOL TAX/FEES BILL
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|---|---|
| TOTAL DUE | $266.93 |
| AMOUNT PAID | 266,93 |

0000200901002683010000020012361001003900000266936

$147.45 1ST SUMMER PMT DUE 08/15/2009
$119.48 2ND SUMMER PMT DUE 01/15/2010
$266.93 OR FULL SUMMER PMT DUE 08/31/2009

**Partial Legal Descriptions:**
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY
CONDOMINIUM SUB PLANNO 459 L29708 P3743-800
DEEDS WCR (A K A

**Property Address: 119 W EUCLID 10**

*******AUTO**5-DIGIT 48201 1/101   0029753
THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036



# 2009 CITY OF DETROIT

**CITY, COUNTY, SCHOOL TAX/FEES BILL**
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|---|---|
| **TOTAL DUE** | **$39.64** |
| **AMOUNT PAID** | |

*pd*
*39.64*

**Please Note:** This bill is for 2009 only. Prior years' unpaid taxes/fees are billed separately.

**Make checks payable to: Treasurer, City of Detroit**

$39.64 Winter Balance Due 01/15/2010

THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036

**Partial Legal Description:**
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY CONDOMINIUM
SUB PLANNO 459 L29708 P3743-800 DEEDS WCR (A K A

**Property Address: 119 W EUCLID 10**

0030238/#40310

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.98970 | 4.61 |
| W C JAILS | 0.93810 | 4.37 |
| W C PARKS | 0.24590 | 1.14 |
| W C HCMA | 0.21460 | 1.00 |
| W C RESA | 0.09650 | 0.44 |
| W C RESA SP ED | 3.36780 | 15.69 |
| W C COMM COLLEGE | 2.47690 | 11.54 |
| W C ZOO | 0.10000 | 0.46 |
| | | |
| **Total Winter Mills/Tax** 8.42950 | | 39.25 |
| Admin Fee | | 0.39 |
| | | |
| **Total** | | 39.64 |
| | | |
| | | |
| | | |
| **TOTAL DUE:** | | **$39.64** |

| | |
|---|---|
| Taxable Value: | 4,661 |
| State Equalized Value: | 4,661 |
| School District: | DETROIT SCHOOL |
| Property Class: | RESIDENTIAL CONDOS |
| Special Classification: | |
| P.R.E. / M.B.T: | 100% |
| (For additional information on principal residence, see back of bill) | |
| Mortgage Co: | |

**NOTICE:**

The current tax year amount may be paid at http://www.detroitmi.gov/paypropertytax or by calling 1-800-2pay-tax (800-272-9829) code #3279. The credit card processor charges a three percent (3%) convenience fee for this service.

Payments must be received on or before the due date. Postmark dates are not recognized as the date received.

If a delinquent water/sewer amount is reflected on this bill, it represents water/sewer use from June 2008 through May 2009.



# 2008 CITY OF DETROIT
CITY, COUNTY, SCHOOL TAX/FEES BILL
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|---|---|
| TOTAL DUE | $39.64 |
| AMOUNT PAID | 39.64 |

0000200801002683010000020012361001003900000039648

$39.64  Winter Balance Due 01/15/2009

**Partial Legal Description:**
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY CONDOMINIUM SUB
PLANNO 459 L29708 P3743-800 DEEDS WCR (A K A

Property Address : 119 W EUCLID 10

******AUTO**5-DIGIT 48201  1/90
THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI  48202-2036

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.98970 | 4.61 |
| W C JAILS | 0.93810 | 4.37 |
| W C PARKS | 0.24590 | 1.14 |
| W C HCMA | 0.21460 | 1.00 |
| W C RESA | 0.09650 | 0.44 |
| W C RESA SP ED | 3.36780 | 15.69 |
| W C COMM COLLEGE | 2.47690 | 11.54 |
| W C ZOO | 0.10000 | 0.46 |
| | | |
| Total Winter Mills/Tax | 8.42950 | 39.25 |
| Admin Fee | | 0.39 |
| | | |
| Total | | 39.64 |
| | | |
| TOTAL DUE: | | $39.64 |

| Taxable Value: | 4,661 |
|---|---|
| State Equalized Value: | 4,661 |
| School District: | Detroit |
| Property Class: | RESIDENTIAL CONDOS |
| Special Classification: | |
| P.R.E. / M.B.T: | 100% |

(For additional information on principal residence, see back of bill)

Mortgage Co:

**NOTICE:**
The current tax year amount may be paid at
http://www.detroitmi.gov/paypropertytax or by calling
1-800-2pay-tax (800-272-9829) code #3279. The credit
card processor charges a three percent (3%)
convenience fee for this service.
Payments must be received on or before the due date.
Postmark dates are not recognized as the date received.

If a delinquent water/sewer amount is reflected on this
bill, it represents water/sewer use from June 2007
through May 2008.

WHEN PAYING IN PERSON PLEASE BRING THE ENTIRE BILL



# 2008 CITY OF DETROIT

**CITY, COUNTY, SCHOOL TAX/FEES BILL**
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|---|---|
| TOTAL DUE | $39.64 |
| AMOUNT PAID | |

**Please Note:** This bill is for 2008 only. Prior years, unpaid taxes/fees are billed separately.

**Make checks payable to: Treasurer, City of Detroit**

$39.64  Winter Balance Due 01/15/2009

THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI  48202-2036

Partial Legal Description:
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY CONDOMINIUM SUB PLANNO
459 L29708 P3743-800 DEEDS WCR (A K A

Property Address: 119 W EUCLID 10

0031407/#34557

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.98970 | 4.61 |
| W C JAILS | 0.93810 | 4.37 |
| W C PARKS | 0.24590 | 1.14 |
| W C HCMA | 0.21460 | 1.00 |
| W C RESA | 0.09650 | 0.44 |
| W C RESA SP ED | 3.36780 | 15.69 |
| W C COMM COLLEGE | 2.47690 | 11.54 |
| W C ZOO | 0.10000 | 0.46 |
| | | |
| Total Winter Mills/Tax | 8.42950 | 39.25 |
| Admin Fee | | 0.39 |
| | | |
| Total | | 39.64 |
| | | |
| | | |
| TOTAL DUE: | | $39.64 |

| | |
|---|---|
| Taxable Value: | 4,661 |
| State Equalized Value: | 4,661 |
| School District: | Detroit |
| Property Class: | RESIDENTIAL CONDOS |
| Special Classification: | |
| P.R.E. / M.B.T: | 100% |

(For additional information on principal residence, see back of bill)

Mortgage Co:

**NOTICE:**

The current tax year amount may be paid at http://www.detroitmi.gov/paypropertytax or by calling 1-800-2pay-tax (800-272-9829) code #3279. The credit card processor charges a three percent (3%) convenience fee for this service.
Payments must be received on or before the due date. Postmark dates are not recognized as the date received.

If a delinquent water/sewer amount is reflected on this bill, it represents water/sewer use from June 2007 through May 2008.

WHEN PAYING IN PERSON PLEASE BRING THE ENTIRE BILL



# 2010 CITY OF DETROIT
**CITY, COUNTY, SCHOOL TAX/FEES BILL**
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|---|---|
| TOTAL DUE | $273.35 |
| AMOUNT PAID | 273.35 |

**Please Note:** This bill is for 2010 only. Prior years' unpaid taxes/fees are billed separately.

### Make checks payable to: Treasurer, City of Detroit

0018452/#43567

$150.62 1ST SUMMER PMT DUE 08/15/2010
$122.73 2ND SUMMER PMT DUE 01/15/2011
$273.35 OR TOTAL AMOUNT DUE 08/31/2010

THOMAS, DIANE
119 W Euclid St
Detroit, MI 48202-2036

**Property Address: 119 W EUCLID 10**

Partial Legal Description:
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY
CONDOMINIUM SUB PLANNO 459 L29708
P3743-800 DEEDS WCR (A K A

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| STATE EDUCATION | 6.00000 | 27.88 |
| GENERAL CITY | 19.95200 | 92.71 |
| DEBT SERVICE | 8.91570 | 41.43 |
| LIBRARY | 4.63070 | 21.51 |
| SCHOOL DEBT | 13.00000 | 60.41 |
| SCHOOL OPERATING | 17.83080 | 0.00 |
| SCHOOL JUDGMENT | 0.10150 | 0.47 |
| W COUNTY TAX | 5.64830 | 26.24 |
| **Totals** | **76.07900** | **270.65** |

| Taxable Value: | 4,647 |
|---|---|
| State Equalized Value: | 4,661 |
| School District: | DETROIT SCHOOL |
| Property Class: | RESIDENTIAL CONDOS |
| Special Classification: | |
| P.R.E/M.B.T: | 100% |

(For additional information on
principal residence, see back of bill)

| SPECIAL FEES | | FEE AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**NOTICE:**
All special fees are immediately due and
payable upon billing and are included in the
total amount due. If you are making a 1st and
2nd summer payment, please note that all
special fees are included respectively to
the 1st and 2nd payments.

| TAX BILL SUMMARY | SUMMARY TOTALS |
|---|---|
| Admin Fee | 2.70 |
| Total Tax | 270.65 |
| **TOTAL AMOUNT DUE:** | **$273.35** |

Current amounts due may be paid at
http://www.detroitmi.gov/egov or by calling
1-800-2pay-tax (800-272-9829) code #3279.
The credit card processor charges a three
percent (3%) convenience fee for this
service.

WHEN PAYING IN PERSON PLEASE BRING THE ENTIRE BILL

13-53846-tjt   Doc 11037   Filed 04/05/16   Entered 04/06/16 09:57:55   Page 8 of 22



# 2010 CITY OF DETROIT
**CITY, COUNTY, SCHOOL TAX/FEES BILL**
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|---|---|
| **TOTAL DUE** | **$39.52** |
| **AMOUNT PAID** | |

**Please Note:** This bill is for 2010 only.  Prior years' unpaid taxes/fees are billed separately.

### Make checks payable to:  Treasurer, City of Detroit

$39.52 Winter Balance Due 01/15/2011

THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036

Partial Legal Description:
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY CONDOMINIUM
SUB PLANNO 459 L29708 P3743-800 DEEDS WCR (A K A

**Property Address: 119 W EUCLID 10**

0015141/#45666

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.98970 | 4.59 |
| W C JAILS | 0.93810 | 4.35 |
| W C PARKS | 0.24590 | 1.14 |
| W C HCMA | 0.21460 | 0.99 |
| W C RESA | 0.09650 | 0.44 |
| W C RESA SP ED | 3.36780 | 15.65 |
| W C COMM COLLEGE | 2.47690 | 11.51 |
| W C ZOO | 0.10000 | 0.46 |
| | | |
| **Total Winter Mills/Tax** 8.42950 | | 39.13 |
| Admin Fee | | 0.39 |
| | | |
| **Total** | | 39.52 |
| | | |
| **TOTAL DUE:** | | **$39.52** |

Taxable Value: 4,647

State Equalized Value: 4,661

School District: DETROIT SCHOOL

Property Class: RESIDENTIAL CONDOS

Special Classification:

P.R.E. / M.B.T: 100%
(For additional information on
principal residence, see back of bill)

Mortgage Co:

**NOTICE:**
The current tax year amount may be paid at
http://www.detroitmi.gov/paypropertytax or by calling
1-800-2pay-tax (800-272-9829) code #3279.  The credit
card processor charges a three percent (3%)
convenience fee for this service.

Payments must be received on or before the due date.
Postmark dates are not recognized as the date received.

If a delinquent water/sewer amount is reflected on this
bill, it represents water/sewer use from June 2009
through May 2010.

WHEN PAYING IN PERSON, PLEASE BRING THE ENTIRE BILL



# 2012 CITY OF DETROIT

**CITY, COUNTY, SCHOOL TAX/FEES BILL**
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 136
DETROIT, MICHIGAN 48226

| PARCEL # 23000097.027 | |
|---|---|
| **TOTAL DUE** | **$457.99** |
| **AMOUNT PAID** | |

**Please Note:** This bill is for 2012 only. Prior years, unpaid taxes/fees are billed separately.

**Make checks payable to:** Treasurer, City of Detroit

$376.80 Summer Balance Due 01/15/2013
$81.19 Winter Balance Due 01/15/2013

*244.15 already pd 8/13/12*

THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036

*- pd 213.84*

**Partial Legal Description:**
ACT 147 NEZ CERTIFICATE LAND IN 02001236.001

0016777/#57143

**Property Address:** 119 W EUCLID

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.25249 | 9.79 |
| W C JAILS | 0.23933 | 9.28 |
| W C PARKS | 0.06273 | 2.43 |
| W C HCMA | 0.05475 | 2.12 |
| W C RESA | 0.02462 | 0.95 |
| W C RESA SP ED | 0.85919 | 33.32 |
| W C COMM COLLEGE | 0.50409 | 19.55 |
| W C ZOO | 0.02551 | 0.98 |
| W C DIA | 0.05102 | 1.97 |

| | | |
|---|---|---|
| Taxable Value: | | 38,786 |
| State Equalized Value: | | 38,786 |
| School District: | DETROIT SCHOOL | |
| Property Class: | 447-RESIDENTIAL NEZ NEW | |
| Special Classification: | | |
| P.R.E. / M.B.T: | | 100% |

(For additional information on
principal residence, see back of bill)
Mortgage Co:

| | | |
|---|---|---|
| **Winter Tax/Special Fee** | 2.07373 | 80.39 |
| Admin Fee | | 0.80 |
| **Total** | | 81.19 |
| Summer Tax Balance | | 376.80 |
| **TOTAL DUE:** | | **$457.99** |

**NOTICE:**

The current amount due may be paid at
http://www.detroitmi.gov/ or by calling 1-855-894-2400.
The credit card processor charges a 2.5 percent (2.5%)
convenience fee for this service. For help in making a
credit card payment, please call 1-888-891-6064 ext#1
*Effective 12/01/2011 tax receipts will NO LONGER be mailed
back to the taxpayer*
**Payments received after 11/15/2012 may not be reflected on
this statement**

WHEN PAYING IN PERSON, PLEASE BRING THE ENTIRE BILL



# 2012 CITY OF DETROIT
CITY, COUNTY, SCHOOL TAX/FEES BILL
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 136
DETROIT, MICHIGAN 48226

| | |
|---|---|
| PARCEL # | **02001236.001** |
| TOTAL DUE | **$244.15** |
| AMOUNT PAID | |

**Please Note:** This bill is for 2012 only. Prior years unpaid taxes/fees are billed separately.
**Make checks payable to: Treasurer, City of Detroit**

$134.38 1ST SUMMER PMT DUE 08/15/2012
$109.77 2ND SUMMER PMT DUE 01/15/2013
$244.15 OR TOTAL AMOUNT DUE 08/31/2012

0013634/#54390

THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036

**Property Address: 119 W EUCLID 10**

Partial Legal Description:
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY
CONDOMINIUM SUB PLANNO 459 L29708
P3743-800 DEEDS WCR (A K A

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| STATE EDUCATION | 6.00000 | 24.61 |
| GENERAL CITY | 19.95200 | 81.84 |
| DEBT SERVICE | 9.61360 | 39.43 |
| LIBRARY | 4.63070 | 18.99 |
| SCHOOL DEBT | 13.00000 | 53.32 |
| SCHOOL OPERATING | 17.83080 | 0.00 |
| SCHOOL JUDGMENT | 0.09690 | 0.39 |
| W COUNTY TAX | 5.64830 | 23.16 |
| | | |
| Totals | 76.77230 | 241.74 |

| SPECIAL FEES | FEE AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |

| TAX BILL SUMMARY | SUMMARY TOTALS |
|---|---|
| Admin Fee | 2.41 |
| Total Tax | 241.74 |

| **TOTAL AMOUNT DUE:** | **$244.15** |
|---|---|

| | |
|---|---|
| Taxable Value: | 4,102 |
| State Equalized Value: | 4,102 |
| School District: | DETROIT SCHOOL |
| Property Class: | 403-RESIDENTIAL CONDOS |
| Special Classification: | |
| P.R.E/M.B.T: | 100% |

(For additional information on principal residence, see back of bill)

**NOTICE:**

All special fees are immediately due and payable upon billing and are included in the total amount due. If you are making a 1st and 2nd summer payment, please note that all special fees are included respectively to the 1st and 2nd payments.

Current amounts due may be paid at http://www.detroitmi.gov/ or by calling 1-855-894-2400. The credit card processor charges a 2.5 percent (2.5%) convenience fee for this service. For help in making a credit card payment, please call 1-888-891-6064 ext #1

WHEN PAYING IN PERSON PLEASE BRING THE ENTIRE BILL



## 2012 CITY OF DETROIT
**CITY, COUNTY, SCHOOL TAX/FEES BILL**
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 136
DETROIT, MICHIGAN 48226

| PARCEL # 02001236.001 | |
|---|---|
| TOTAL DUE | $33.63 |
| AMOUNT PAID | 33.63 |

**Please Note:** This bill is for 2012 only. Prior years, unpaid taxes/fees are billed separately.

**Make checks payable to: Treasurer, City of Detroit**

12/23/12

$33.63 Winter Balance Due 01/15/2013

THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036

**Partial Legal Description:**
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY CONDOMINIUM
SUB PLANNO 459 L29708 P3743-800 DEEDS WCR (A K A

0013913/#57143

**Property Address: 119 W EUCLID 10**

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.98970 | 4.05 |
| W C JAILS | 0.93810 | 3.84 |
| W C PARKS | 0.24590 | 1.00 |
| W C HCMA | 0.21460 | 0.88 |
| W C RESA | 0.09650 | 0.39 |
| W C RESA SP ED | 3.36780 | 13.81 |
| W C COMM COLLEGE | 1.97590 | 8.10 |
| W C ZOO | 0.10000 | 0.41 |
| W C DIA | 0.20000 | 0.82 |

| | | |
|---|---|---|
| Winter Tax/Special Fee | 8.12850 | 33.30 |
| Admin Fee | | 0.33 |
| Total | | 33.63 |

**TOTAL DUE:** $33.63

| | |
|---|---|
| Taxable Value: | 4,102 |
| State Equalized Value: | 4,102 |
| School District: | DETROIT SCHOOL |
| Property Class: | 403-RESIDENTIAL CONDOS |
| Special Classification: | |
| P.R.E. / M.B.T: | 100% |

(For additional information on
principal residence, see back of bill)

Mortgage Co:

**NOTICE:**
The current amount due may be paid at
http://www.detroitmi.gov/ or by calling 1-855-894-2400.
The credit card processor charges a 2.5 percent (2.5%)
convenience fee for this service. For help in making a
credit card payment, please call 1-888-891-6064 ext#1
*Effective 12/01/2011 tax receipts will NO LONGER be mailed
back to the taxpayer*
**Payments received after 11/15/2012 may not be reflected on
this statement**

WHEN PAYING IN PERSON, PLEASE BRING THE ENTIRE BILL



# 2008 CITY OF DETROIT
**CITY, COUNTY, SCHOOL TAX/FEES BILL**
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|---|---|
| TOTAL DUE | **$39.64** |
| AMOUNT PAID | 39.64 |

0000200801002683010000020012361001003900000039648

$39.64  Winter Balance Due 01/15/2009

**Partial Legal Description:**
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY CONDOMINIUM SUB
PLANNO 459 L29708 P3743-800 DEEDS WCR (A K A

**Property Address : 119 W EUCLID 10**

```
*******AUTO**5-DIGIT 48201  1/90
THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI  48202-2036
```

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

Name of Debtor: City of Detroit, Michigan    Case Number: 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Property Owner    *Dianne L. Thomas*

Name and address where notices should be sent:   NameID: 11618724

Property Owner - *Dianne L. Thomas*
119 W Euclid
Detroit, MI 48202-2036

Telephone number: 313-874-2508  Email: dthomas890@aol.com

Name and address where payment should be sent (if different from above):

Telephone number:    email:

COURT USE ONLY
☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
*(If known)*

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**  $ *1517.00*

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** *Over payment of property taxes for 4½ yrs*
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** *- 3846*

**3a. Debtor may have scheduled account as:**_____
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $_____

Annual Interest Rate (when case was filed)_____% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection:_____

Amount of Secured Claim: $_____

Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**   $_____

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. §_____.   $_____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Dianne L. Thomas*
Title: *Home owner*
Company:
Address and telephone number (if different from notice address above):

(Signature) *Dianne L. Thomas*  (Date) 2/19/14

*313-874-2508   dthomas890@aol.com*
Telephone number:    email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

13-53846-tjt   Doc 11037   Filed 04/05/16   Entered 04/05/16 00:00:00   Page 14 of 22



DIANNE L. THOMAS 83
119 W. EUCLID, #10
DETROIT, MI 48202

7583

09-7836/2720
000002

8/10/12 Date

Pay to the
Order of  Treasurer, City of Detroit  $ 244.15

Two hundred fortyfour 15/100 Dollars

Michigan First  27000 Evergreen Rd.
Lathrup Village, MI 48076

For _____

⑆272078365⑆  0004232256  7583

Dianne L Thomas



Batch ID: 4507693 Klik DIN: 44353240 Process Date: 08/13/2012
0001 - 1840003014
6268301 - City of Detroit-Property Tax
Comerica Bank

Print Check

View Check: #007613    Amount: $213.84    Date: 2/1/2013

**Check Front**



**Check Back**



**Check Front**



**Check Back**

View Check: #007307    Amount: $266.93    Date: 7/27/2009

Print Check

**Check Front**



**Check Back**



Print Check

**View Check: #007163  Amount: $39.64  Date: 12/22/2008**

---

**Check Front**

---



**Check Back**

---

View Check: #007070   Amount: $267.00   Date: 8/8/2008

Print Check

**Check Front**



**Check Back**

View Check: #007466    Amount: $273.35    Date: 8/30/2010

Print Check

**Check Front**



**Check Back**



View Check: #007481   Amount: $39.52   Date: 12/7/2010

Print Check

**Check Front**



**Check Back**