# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

2016 APR -6 A 10: 14

U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT

In re:                                              Debtor

City of Detroit, Michigan          Bankruptcy Case No. 13-53846

                                   Honorable Thomas J. Tucker Chapter 9


## DEBTOR'S THIRTY-SIXTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

## OBJECTION OF CHERYL MINNIEFIELD TO THE ABOVE

I have spent $40,000 on this case in arbitration plus lawyer's fees and on filings in Federal District Court as well as previous EEOC filings.

The City of Detroit is offering nothing to settle this case. Therefore, I want to proceed to the trial at Federal District Court.

I opposed the city's objection to my claim. I do not agree with the City of Detroit's argument that my case is unworthy and the City of Detroit's assessment of only $5,000 dollars.

March 30, 2016

Respectfully Submitted,

By: Cheryl Minniefield
    14175 Glastonbury Ave.
    Detroit, MI 48223
    Phone# 313-837-5048
    cminniefi@yahoo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846
CHAPTER: 9

Debtor.

City of Detroit

## CERTIFICATE OF SERVICE

I hereby certify that on 4/4/16 (date of mailing), I served copies as follows:

1. Document(s) served: Objection of Cheryl Minniefield to Debtor's Thirty Sixth Omnibus Objection to Certain Claims

2. Served upon [name and address of each person served]: Marc N. Swanson, Jonathan S. Green, Miller, Canfield, Paddock and Stone, PLC @ 150 W. Jefferson Ste 2500, Detroit MI 48226 AND Charles N. Raimi, Deputy Corp Counsel, City of Detroit Law Dep't, 2 Woodward Ave Ste 500, CAYMC, Detroit, MI 48226

3. By First Class Mail.

Dated: 4/4/2016

Cheryl Minniefield
(Signature)

Print Name: Cheryl Minniefield