Belinda Ellis
14503 East 12 Mile Rd
Apt B
Warren, MI    48088

3/30/2016

CLERK OF THE COURT
United States Bankruptcy Court
211 W. Fort St.
Detroit, MI 48226



**Re: Claim 1963    Filed 13-53846-tjt    Doc 10784 2/26/16    Entered 2/26/216 13:43.32**

Dear THOMAS J TUCKER & CLERK OF THE COURT:

I, Belinda Ellis, am writing to request a continuation of my claim #1963 in the United States Bankruptcy Court case regarding the City of Detroit. I was sent a copy of the form I submitted which indicated I file because of the 10% cut in pay. I am truly sorry for the letter mix up on what the claim was for

The documentation for my claim equaling $25,000 as followed

    Year gross form  2009 was $32,451.81        2010 was $29,208.10        2011 was $22,315.98

                    2012 was $30,024.47        2013 was $29,921.36        2014 was $29,617.24

    Total loss over the years  $22,172.30     plus bonus pay of $300.00 for 5 years equal $1,500.00

- Wage Loss   In 2009    gross $1,269.23 every 2 weeks    work 80 hours    until 7/2010

                     In 2010    gross  $ 809.92 every 2 weeks    work injury      until 9/2011

                     In 2011    gross $1,142.31 every 2 weeks    work 72 hours    until 8/2013

                     In 2013    gross $1,142.31 every 2 weeks    work 80 hours    until 7/2014

                     In 2014    gross $1,200.00 every 2 weeks    work 80 hours    until now

Based on the notice I received, I am requesting a continuation of my claim #1963 and I believe I have enclosed sufficient documentation for my claim. I look forward to hearing from you.

Sincerely,

*[signature]*
Belinda Ellis