

# ERMAN TEICHER ZUCKER & FREEDMAN

LAW OFFICES OF

400 Galleria Officentre #444
Southfield, MI 48034
(248) 827-4100
ermanteicher.com

* Earle I. Erman
Julie Beth Teicher
Craig E. Zucker
David H. Freedman

Dianne S. Ruhlandt
David M. Eisenberg

* American Bankruptcy
Board of Certification

April 6, 2016

**VIA E-MAIL**
U.S. Bankruptcy Court

    **RE: Attorneys on cases**

This is to advise you that Barbara Patek has left our firm. Therefore, please terminate her from these cases unless otherwise noted: Case No: 13-53846-tjt, Case No. 01-57090-tjt Case No. 14-46148-mbm, Case No. 12-43166-tjt. Julie Teicher will be representing Erman Teicher.

With regard to Case No: 13-53846-tjt:

    (i) for Detroit Fire Fighters Assoc., IAFF Local 344, Erman Teicher should not be on as their counsel. An Order was entered Nov. 26, 2014 [Doc. No. 8488] allowing our withdrawal as counsel for the DFFA.

    (ii) Detroit Police Officers Association—Barbara Patek will stay on as counsel. Her email address is pateklaw@gmail.com. Erman Teicher can be removed for this creditor.

    (iii) Detroit Police Lieutenants and Sergeants Assoc. –Barbara Patek will stay on as counsel. pateklaw@gmail.com. Erman Teicher can be removed for this creditor.

Adv. Case No. 15-04209: Barbara Patek will be representing the Plaintiff, DPLSA, in this matter.

If you have any questions, please do not hesitate to call me.

Thank you for your assistance.

                Very truly yours,

          ERMAN, TEICHER, ZUCKER & FREEDMAN, P.C.

                Julie Beth Teicher

JBT/gs
cc: Barbara Patek (via email)