UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Chapter 9

City of Detroit, Michigan,  Case No. 13-53846

  Debtor.  Hon. Thomas J. Tucker
_____/

# NOTICE OF AND CONSENT FOR SUBSTITUTION OF ATTORNEYS FOR THE DPOA

PLEASE TAKE NOTICE that Law Office of Barbara A. Patek, PLC, is hereby substituted as attorneys for the Detroit Police Officers Association, in the above-captioned matter in the place and stead of Erman, Teicher, Zucker & Freedman, P.C.

Erman, Teicher, Zucker & Freedman, P.C. hereby consents to the substitution of Law Office of Barbara A. Patek, PLC, as attorneys for the Detroit Police Officers Association in the above-entitled matter.

LAW OFFICE OF BARBARA A. PATEK, PLC

By: /s/ Barbara A. Patek
Barbara A. Patek (P34666)
27 E. Flint Street, Suite 2
Lake Orion, MI 48362
(248) 814-9470
pateklaw@gmail.com

ERMAN, TEICHER, ZUCKER & FREEDMAN, P.C.

By: /s/ Julie Beth Teicher
    Julie Beth Teicher (P34300)
    400 Galleria Officentre, Suite 444
    Southfield, MI 48034
    (248) 827-4100
    jteicher@ermanteicher.com

Dated: April 5, 2016

F:\CHAP 9\DETROIT\substitution of counsel info\substitution of attorneys.DPOA.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

### ORDER FOR SUBSTITUTION OF ATTORNEYS FOR THE DPOA

Upon reading and filing of the Stipulation for Substitution of Attorneys for the Detroit Police Officers Association (the "DPOA") below, and the Court being otherwise fully advised;

IT IS HEREBY ORDERED that Law Office of Barbara A. Patek, PLC is substituted as attorneys for the DPOA in the above-captioned matter in the place and stead of the law firm of Erman, Teicher, Zucker & Freedman, P.C.