UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. _____/ | Hon. Thomas J. Tucker |

## NOTICE OF AND CONSENT FOR SUBSTITUTION OF ATTORNEYS FOR THE DPLSA

PLEASE TAKE NOTICE that Law Office of Barbara A. Patek, PLC, is hereby substituted as attorneys for the Detroit Police Lieutenants & Sergeants Association, in the above-captioned matter in the place and stead of Erman, Teicher, Zucker & Freedman, P.C.

Erman, Teicher, Zucker & Freedman, P.C. hereby consents to the substitution of Law Office of Barbara A. Patek, PLC, as attorneys for the Detroit Police Lieutenants & Sergeants Association in the above-entitled matter.

LAW OFFICE OF BARBARA A. PATEK, PLC

By: /s/ Barbara A. Patek
    Barbara A. Patek (P34666)
    27 E. Flint Street, Suite 2
    Lake Orion, MI 48362
    (248) 814-9470
    pateklaw@gmail.com

ERMAN, TEICHER, ZUCKER & FREEDMAN, P.C.

By: /s/ Julie Beth Teicher
    Julie Beth Teicher (P34300)
    400 Galleria Officentre, Suite 444
    Southfield, MI 48034
    (248) 827-4100
    jteicher@ermanteicher.com

Dated: April 5, 2016

F:\CHAP 9\DETROIT\substitution of counsel info\substitution of attorneys.dplsa.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

**ORDER FOR SUBSTITUTION OF ATTORNEYS FOR THE DPLSA**

Upon reading and filing of the Stipulation for Substitution of Attorneys for the Detroit Police Lieutenants & Sergeants Association (the "DPLSA"), and the Court being otherwise fully advised;

IT IS HEREBY ORDERED that Law Office of Barbara A. Patek, PLC is substituted as attorneys for the DPLSA in the above-captioned matter in the place and stead of the law firm of Erman, Teicher, Zucker & Freedman, P.C.