UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST HORIZON IMAGING, LLC**

This case is before the Court on the motion filed by the City of Detroit, entitled "City of Detroit's Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof Against Horizon Imaging, LLC (Docket # 10846, the "Motion")[1], upon proper notice, and no timely response to the Motion having been filed, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**IT IS ORDERED THAT:**

1. The Motion is granted.

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Motion.

2. No later than April 14, 2016, Intervening Plaintiff Horizon Imaging, LLC must dismiss, or cause to be dismissed, with prejudice, its Intervening Complaint filed on January 26, 2016 in the lawsuit captioned as Frederick Morris, Plaintiff and Horizon Imaging, LLC, Intervening Plaintiff, vs. City of Detroit, Defendant, case number 15-004176, Wayne County Circuit Court, Michigan (the "State Court Action").

3. Horizon Imaging, LLC is permanently barred, estopped and enjoined from asserting the claim arising from or related to its State Court Action against the City of Detroit or property of the City of Detroit.

4. The Court will retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on April 07, 2016**

                                        /s/ Thomas J. Tucker
                                        Thomas J. Tucker
                                        United States Bankruptcy Judge