UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

**ORDER FOR SUBSTITUTION OF ATTORNEYS FOR THE DPOA**

Upon the Stipulation for Substitution of Attorneys for the Detroit Police Officers Association (the "DPOA"), and the Court being otherwise fully advised;

IT IS ORDERED that the Law Office of Barbara A. Patek, PLC is substituted as attorneys for the DPOA in this case, in the place and stead of the law firm of Erman, Teicher, Zucker & Freedman, P.C.

.

**Signed on April 07, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge