UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:     Chapter 9

City of Detroit, Michigan,     Case No. 13-53846

         Debtor.     Judge Thomas J. Tucker
_____/

**ORDER FOR SUBSTITUTION OF ATTORNEYS FOR THE DPLSA**

Upon the Stipulation for Substitution of Attorneys for the Detroit Police Lieutenants & Sergeants Association (the "DPLSA"), and the Court being otherwise fully advised;

IT IS ORDERED that the Law Office of Barbara A. Patek, PLC is substituted as attorneys for the DPLSA in this case, in the place and stead of the law firm of Erman, Teicher, Zucker & Freedman, P.C.

.

**Signed on April 07, 2016**

                                                    /s/ Thomas J. Tucker
                                                    Thomas J. Tucker
                                                    United States Bankruptcy Judge