4-3-2016

To Whom It May Concern,

This stands as my written response that I do _not_ want my claim to be eliminated by the court; nor do I want my claim changed. I oppose the objection to my claim. The reasons I oppose these claims are based on the following losses.

① Loss of retirement health care.
② Loss of several current health care benefits.
③ Holidays lost = One annual Swing, Election Day.
④ Lunch hour shortened to thirty minutes.

Thank You,

Kendra McDonald
Kendra McDonald
(313) 320-4650

FILED 2016 APR -8 A 11:03 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT