UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

**REPLY IN SUPPORT OF DEBTOR'S
THIRTY-SIXTH OMNIBUS OBJECTION TO CERTAIN CLAIMS**

**(INSUFFICIENT DOCUMENTATION)**

The City of Detroit ("City"), by its undersigned counsel, files this reply in support of its *Thirty-Sixth Omnibus Objection to Certain Claims* ("Objection," Doc. No. 10811), stating as follows:

1. On March 10, 2016, the City filed its Objection. As set forth on Exhibit 2 to the Objection, the City objected to claim number 3292 of Cheryl Minniefield. On April 6, 2016, Minniefield filed her corrected response.[1] Claim number 3292 and the corrected response are attached as Exhibits 1 and 2.

---

[1] Minniefield's first response was filed on April 1, 2016, at docket number 11005. Additional timely responses were filed to the Objection, but those responses, other than Dwayne A. Brown's response to claim number 2984, will be handled via a separate procedure recently approved by the Court. [Doc. No. 11054]. The City is continuing to investigate claim number 2984 of Dwayne A. Brown and will address his claim at the April 13 hearing. An untimely response was filed by Kendra McDonald on April 8, 2016. [Doc. No. 11060.] McDonald's response should be overruled as untimely.

2.	Minniefield filed three claims in the City's bankruptcy case: claim 3289, 3292 and 3294.[2] Claim number 3292 was listed on Exhibit 2 to the Objection. The other two claims (3289 and 3294) filed by Minniefield were not. The stated basis for claim 3289 is "discrimination (EEOC) Case # - Civil No. 12-13479." Ex. 3. The stated basis for claim 3294 is "unjust discharge – civil service case # 2011-5." Ex. 4.

3.	Minniefield's response, however, addresses the two claims that were not listed on Exhibit 2. The response fails to address claim number 3292 or provide any documentation in support of claim number 3292. Consequently, the City's objection to claim 3292 should be sustained. For these reasons, the City asks the Court to overrule the responses and sustain the City's Objection to these claims.

---

[2] Claim numbers 3289 and 3294 are attached as Exhibits 3 and 4. The City reserves all rights to object to these claims on any basis.

Dated: April 8, 2016

      By: /s/ Marc N. Swanson
         Jonathan S. Green (P33140)
         Marc N. Swanson (P71149)
         MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
         150 West Jefferson, Suite 2500
         Detroit, Michigan 48226
         Telephone: (313) 496-7591
         Facsimile: (313) 496-8451
         green@millercanfield.com
         swansonm@millercanfield.com

         -and-

         Charles N. Raimi (P29746)
         Deputy Corporation Counsel
         City of Detroit Law Department
         2 Woodward Avenue, Suite 500
         Coleman A. Young Municipal Center
         Detroit, Michigan 48226
         Telephone: (313) 237-5037
         Facsimile: (313) 224-5505
         raimic@detroitmi.gov

     ATTORNEYS FOR THE CITY OF DETROIT

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | **FILED** CHAPTER 9 PROOF OF CLAIM |

Name of Debtor: City of Detroit, Michigan   Case Number: 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
*Cheryl Minniefield*

Name and address where notices should be sent:
*Cheryl Minniefield*
*14175 Glastonbury Ave*
*Detroit, MI 48223*

Telephone number: 313-837-5048   email: CMINNIEFI@yahoo.com

**FEB 2 1 2014**

US Bankruptcy Court
MI Eastern District

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):
*Cheryl Minniefield*
*14175 Glastonbury Ave*
*Detroit, MI 48223*

Telephone number: 5[?]-837-5048   email: CMINNIEFI@yahoo.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**
**FEB 24 2014**
**KURTZMAN CARSON CONSULTANTS**

1. **Amount of Claim as of Date Case Filed:** $ 5,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** *Unpaid time bank i.e. Vacation/Swing Holiday*
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $_____
Annual Interest Rate (when case was filed) _____% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $_____

Basis for perfection: _____

Amount of Secured Claim: $_____
Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $_____

5b. **Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____.** $_____

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (*See instruction #7, and the definition of "redacted"*.) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company: _____
Address and telephone number (if different from notice address above):
_____
_____
Telephone number:   email:

*Cheryl Minniefield*   2/24/2014
(Signature)   (Date)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment

# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

In re:                                                    Debtor

City of Detroit, Michigan          Bankruptcy Case No. 13-53846

                                   Honorable Thomas J. Tucker Chapter 9

## DEBTOR'S THIRTY-SIXTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

## OBJECTION OF CHERYL MINNIEFIELD TO THE ABOVE

I have spent $40,000 on this case in arbitration plus lawyer's fees and on filings in Federal District Court as well as previous EEOC filings.

The City of Detroit is offering nothing to settle this case. Therefore, I want to proceed to the trial at Federal District Court.

I opposed the city's objection to my claim. I do not agree with the City of Detroit's argument that my case is unworthy and the City of Detroit's assessment of only $5,000 dollars.

March 30, 2016

Respectfully Submitted,

By: Cheryl Minniefield
    14175 Glastonbury Ave.
    Detroit, MI 48223
    Phone# 313-837-5048
    cminniefi@yahoo.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE:

2016 APR -6 A 10: 14

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CASE NO: 13-53846
CHAPTER: 9

Debtor.

City of Detroit

## CERTIFICATE OF SERVICE

I hereby certify that on 4/4/16 (date of mailing), I served copies as follows:

1. Document(s) served: Objection of Cheryl Minniefield to Debtor's Thirty sixth Omnibus Objection to Certain Claims

2. Served upon [name and address of each person served]: Marc N. Swanson, Jonathan S. Green, Miller, Canfield Paddock and Stone, PLC @ 150 W. Jefferson Ste 2500, Detroit MI 48226 AND Charles N. Raimi, Deputy Corp Counsel City of Detroit Law Dep't, 2 Woodward Ave Ste 500, CAYMC, Detroit, MI 48226

3. By First Class Mail.

Dated: 4/4/2016

(Signature) Cheryl Minniefield

Print Name: Cheryl Minniefield

Claim #3289 Date Filed: 2/21/2014

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | |
|---|---|---|
| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Cheryl Minniefield

Name and address where notices should be sent:
Cheryl Minniefield
14175 Glastonbury Ave
Detroit, MI 48223

Telephone number: 313-837-5048  email: cminnief1@yahoo.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Cheryl Minniefield
14175 Glastonbury Ave
Det MI 48223

Telephone number: 313-837-5048  email: cminnief1@yahoo.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

FILED
FEB 21 2014
US Bankruptcy Court
Eastern District

RECEIVED
FEB 24 2014
KURTZMAN CARSON CONSULTANTS

1. **Amount of Claim as of Date Case Filed:** $2,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Discrimination (EEOC) Case # Civil No. 12-13479
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____
Annual Interest Rate (when case was filed) ____% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____
Basis for perfection: _____
Amount of Secured Claim: $_____
Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).  $_____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____.  $_____

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company: _____
Address and telephone number (if different from notice address above):
_____
_____

(Signature) Cheryl Minniefield    (Date) 2/21/2014

Telephone number: _____  email: _____

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

13-53846-tjt  Doc 11062  Filed 04/08/16  Entered 04/08/16 14:58:38  Page 10 of 12

1353846140221000000000169

Claim #3294  Date Filed: 2/21/2014

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHAGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

Name of Debtor: City of Detroit, Michigan  Case Number: 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): Cheryl Minniefield

Name and address where notices should be sent:
Cheryl Minniefield
14175 Glastonbury Ave
Detroit, MI 48223

Telephone number: 313 837-5048  email: CMINNIEFI@YAHOO.COM

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Cheryl Minniefield
14175 Glastonbury Ave
Det MI 48223

Telephone number: _____  email: CMINNIEFI@YAHOO.COM

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

FILED FEB 21 2014 US Bankruptcy Court MI Eastern District

RECEIVED FEB 24 2014 KURTZMAN CARSON CONSULTANTS

1. Amount of Claim as of Date Case Filed: $500,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: Unjust Discharge - Civil Service Case # 2011-5
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: XX4300

3a. Debtor may have scheduled account as: _____
(See instruction #3a)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____
Annual Interest Rate (when case was filed) ____ % ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $_____

Basis for perfection: _____

Amount of Secured Claim: $_____
Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).  $_____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____.  $_____

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. Documents: Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. Signature: (See instruction # 8)
Check the appropriate box.

☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company: _____
Address and telephone number (if different from notice address above):
_____

(Signature) Cheryl Minniefield  2/21/2014 (Date)

Telephone number: _____  email: _____

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

13-53846-tjt  Doc 11062  Filed 04/08/16  Entered 04/08/16 14:53:39  Page 12 of 12