# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## REPLY IN SUPPORT OF DEBTOR'S
## THIRTY-SEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

## (INSUFFICIENT DOCUMENTATION)

The City of Detroit ("City"), by its undersigned counsel, files this reply in support of its *Thirty-Seventh Omnibus Objection to Certain Claims* ("Objection," Doc. No. 10812), stating as follows:

1.      On March 10, 2016, the City filed its Objection.  As set forth on Exhibit 2 to the Objection, the City objected to claim number 1958 of Theresa Hall.  Claim number 1958 is attached as Exhibit 1.  The City's claims and noticing agent served the Objection on Hall at the address identified on claim number 1958. Certificate of Service, page 17 of 21. [Doc. No. 10816].

2.      On April 5, 2016, Hall filed a letter with the Court.  [Doc. No. 11018].[1]      The letter is attached as Exhibit 2.   The letter requests that correspondence be mailed to the same address identified on the proof of claim and

---

[1] Additional responses were filed, but all other responses will be handled via a separate procedure recently approved by the Court.  [Doc. No. 11054.]

26400797.1\022765-00213

the Certificate of Service but does not respond to the Objection or provide any documentation to support claim number 1958. Consequently, the letter should be overruled and the Objection sustained.

Dated: April 8, 2016

By: /s/ Marc N. Swanson
    Jonathan S. Green (P33140)
    Marc N. Swanson (P71149)
    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    green@millercanfield.com
    swansonm@millercanfield.com

    and

    Charles N. Raimi (P29746)
    Deputy Corporation Counsel
    City of Detroit Law Department
    2 Woodward Avenue, Suite 500
    Coleman A. Young Municipal Center
    Detroit, Michigan 48226
    Telephone: (313) 237-5037
    Facsimile: (313) 224-5505
    raimic@detroitmi.gov

    ATTORNEYS FOR THE CITY OF DETROIT

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT     EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|

| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 | **FILED** |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

*Theresa A. Hall*

Name and address where notices should be sent:

*Theresa A. Hall*
*P.O. Box 43654*
*Detroit, MI 48243*

Telephone number: (313) 729-7006 email: *thall@dwsd.org*

FEB 2 0 2014 COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

US Bankruptcy Court
Court Claim Number: Eastern District
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

*N/A*

Telephone number:      email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

FEB 2 4 2014

KURTZMAN CARSON CONSULTANTS

1. **Amount of Claim as of Date Case Filed:**    $ *4,945.00*

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** *Longevity Cut; Election Day Eliminated; Lunch hour Cut And Annuity Free,*
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** _____  3a. **Debtor may have scheduled account as:**_____
   (See instruction #3a)

4. **Secured Claim** (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

   **Nature of property or right of setoff:** ☐Real Estate ☐Motor Vehicle ☐Other
   **Describe:**

   **Value of Property:** $_____

   **Annual Interest Rate** (when case was filed)_____% ☐Fixed or ☐Variable

   **Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
   $_____

   **Basis for perfection:** _____

   **Amount of Secured Claim:** $_____
   **Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**   $_____

5b. **Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §** _____.   $_____

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

   If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
   Check the appropriate box.

   ☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: *Theresa A. Hall*
   Title: *Office Assistant*
   Company: *City of Detroit*
   Address and telephone number (if different from notice address above):

   *(Signature)* *Theresa A. Hall* 2/19/14 *(Date)*

   (313) 964-9157  *thall@dwsd.org*
   Telephone number:

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up

13538461402200000000000431

Theresa A. Hall

Office Assistant III

City of Detroit Water and Sewerage Finance Department - Procurement


Elimination of longevity 2 yrs @150.00/yr and 1 yr @ $300.00.............$600.00

Elimination of Election Day 2 yrs worked 16……………………………....$220.00

Elimination of Hour lunch 245hrs@13.75...............................................$4,125.00


Total Claim…………………………………………………………….$4,945.00

FILED

2016 APR -5 A 11: 01

BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

April 1, 2016

Honorable Thomas J. Tucker
Bankruptcy Case No. 13-53846
211 W. Fort Street
Suite 2100
Detroit, MI 48226

Regarding Bankruptcy Case: No. 13-53846

Dear Honorable Tucker:

My name is Theresa Hall, I am written regarding Bankruptcy Case No 13-53846; Claim No.1958. A co-worker left this information for me regarding this case. I have not received any correspondence from the Law office of Miller, Canfield, Paddock and Stone request any information from me pertaining to this case.

Upon receiving the attached information from a co-worker, I thought you should be aware of this situation. If at all possible I am requesting information that I need to forward to the court for this case. Please forward any correspondence to Theresa A. Hall-P.O. Box 43654 – Detroit, MI 48243.

Attached is the information my co-worker left me.

Thanking you in advance for considering my request.

Sincerely,

Theresa A. Hall

Cc: Marc N. Swanson

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 10, 2016, he electronically

filed the foregoing Omnibus Objection to Certain Claims (the "Omnibus

Objection") with the Clerk of the Court which sends notice by operation of the

court's electronic filing service to all ECF participants registered to receive notice

in this case. The City has engaged a Noticing Agent, which will serve the Omnibus

Objection on the Claimants listed therein at the address set forth by each of the

claimants on its respective proof of claim and on all parties requesting notices

listed on the Master Service List, and file a subsequent Proof of Service after it has

performed the service.

DATED: March 10, 2016

By: /s/ Marc N. Swanson
    Marc N. Swanson
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

The ground for objection to each claim listed below is that the claim does not contain sufficient documentation to ascertain its validity. Each of the pages in the omnibus objection is pertinent to the stated ground for objection.

| Claim Number | Name | Claim Amount | Nature |
|---:|---|---:|---|
| 3356 | Ballard, William | $23,000.00 | General Unsecured |
| 3371 | Blaney, Walter | $3,710.00 | General Unsecured |
| 2911 | Danforth, Tara | $27,665.46 | General Unsecured |
| 2887 | Daniel, Shondell | $20,492.00 | General Unsecured |
| 3457 | Davenport, Terry | $25,000.00 | General Unsecured |
| 3233 | Flennoy, Winston L. II | $1,200.00 | General Unsecured |
| 3285 | Ford, Valerie | $17,228.00 | General Unsecured |
| 1961 | Ganzie, Tanya | $4,914.16 | General Unsecured |
| 2845 | Globe, Sheila | $15,360.00 | General Unsecured |
| 1694 | Greene, Sondra | $1,000,000.00 | General Unsecured |
| 2840 | Grice, Tracey | $300.00 | General Unsecured |
| 3205 | Haliburton, Terrell | $500,000.00 | General Unsecured |
| 1958 | Hall, Theresa | $4,945.00 | General Unsecured |
| 3344 | Holloway, Takeisha | $20,000.00 | General Unsecured |
| 3281 | Holmes, Rodney | $25,000.00 | General Unsecured |
| 2250 | Hopkins, Robin | $4,549.28 | General Unsecured |
| 2910 | Hyler, Tonya | $10,282.75 | General Unsecured |
| 2838 | Johnson, Sandra | $300.00 | General Unsecured |
| 3127 | Johnson, Yolaundra | $21,625.50 | General Unsecured |
| 3122 | McCrary, Sarah | $27,686.00 | General Unsecured |