# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## REPLY IN SUPPORT OF DEBTOR'S
## THIRTY-EIGHTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

### (Tax Refund Claims Not Subject to the Claims Process in this Bankruptcy Case)

The City of Detroit ("City"), by its undersigned counsel, files this reply in support of its *Thirty-Eighth Omnibus Objection to Certain Claims* ("Objection," Doc. No. 10813), stating as follows:

1.      On March 10, 2016, the City filed its Objection.  The following individuals filed responses to the Objection:

> (a)      Response filed by Eric Heckmann [Doc. No. 11013]. Heckmann's proof of claim and his response to the Objection are attached as Exhibits 1 and 2.

> (b)      Response filed by Dianne Thomas [Doc. No. 11037]. Thomas's proof of claim and her response to the Objection are attached as Exhibits 3 and 4.

2.      On October 22, 2014, the City filed the *Eight Amended Plan of the Adjustment of Debts of the City of Detroit (October 22, 2014)* [Doc. No. 8045] ("Plan").

- 1 -

26402790.1\022765-00213

3.    On November 12, 2014, this Court entered an Order confirming the Plan [Doc. No. 8272] ("Confirmation Order").

4.    With respect to tax refund claims, the Plan provides

From and after the Effective Date, the City will continue to administer (either directly or through a third party administrator) and pay all valid claims for income tax refunds and property tax refunds for which the City is responsible under applicable law, regardless of when the applicable right to a refund arose, in accordance with the City's prepetition practices and procedures. The City expressly reserves the right to challenge the validity of any claim for an income tax refund or property tax refund.

Plan Art. IV.T, p. 63; *see also* Confirmation Order, p. 108-09, ¶ 59.

5.    Thus, tax refund claims are not subject to the claim process in this bankruptcy case because they are to be administered by the City in accordance with the City's prepetition practices and procedures.

6.    Both claimants assert that they are entitled to a tax refund due to the alleged overpayment of property taxes. As such, the claims of both claimants fall squarely within the above quoted provision of the Plan regarding tax refund claims. Consequently, both responses should be overruled and the claims disallowed.

## CONCLUSION

For these reasons, the City asks the Court to overrule the responses and sustain the City's Objection to these claims.

Dated: April 8, 2016

By: /s/ Marc N. Swanson
Jonathan S. Green (P33140)
Marc N. Swanson (P71149)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
green@millercanfield.com
swansonm@millercanfield.com

and

Charles N. Raimi (P29746)
Deputy Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Coleman A. Young Municipal Center
Detroit, Michigan  48226
Telephone: (313) 237-5037
Facsimile: (313) 224-5505
raimic@detroitmi.gov

ATTORNEYS FOR THE CITY OF DETROIT

26402790.1\022765-00213

In its List of Clai[  ]
unknown amount. To determine if you need to file a claim, please refer to the enclosed Information About
Deadlines to File Claims.

Claim #2024 Date Filed: 2/20/2014

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT    EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|
| Name of Debtor: City of Detroit, Michigan     Case Number: 13-53846 | **FILED** |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property)

Heckmann, Eric C                                    **RECEIVED**

2014 FEB 20 A 10: 24

Name and address where notices should be sent:     NameID: 11546470

Heckmann, Eric C
2108 S Delano St                                    **FEB 24 2014**
Saint Clair, MI 48079

KURTZMAN CARSON CONSULTANTS

Telephone number: 8105801543  email: ericheckmann@msh.com

☐ Check this box if this claim amends a
previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that
anyone else has filed a proof of claim
relating to this claim. Attach copy of
statement giving particulars.

Telephone number:              email:

**1. Amount of Claim as of Date Case Filed:**   $ 1,300.00 + ACCRUED   INTEREST (NONE PAID YET.)

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** PROPERTY TAX REFUND DUE FOR 2012 TAX YEAR - PER MICHIGAN TAX TRIBUNAL CASE
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** 9945

**3a. Debtor may have scheduled account as:** ERIC HECKMAN
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of
setoff, attach required redacted documents, and provide the requested information.

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
$ _____

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☒ Other
Describe:

**Basis for perfection:** REAL ESTATE PROPERTY TAX

**Value of Property:** $ 1,300.00

**Amount of Secured Claim:** $ _____

**Annual Interest Rate (when case was filed)** 1+ %  ☐ Fixed or ☒ Variable

**Amount Unsecured:** $ _____

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**   $ _____

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § _____.   $ _____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)   $ 0.00

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted".) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: LAST PAGE OF TAX TRIBUNAL ORDER MISSING -- I HAVE REQUESTED IT.

**8. Signature: (See instruction # 8)**
Check the appropriate box.

☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor,
or their authorized agent.
(See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, indorser, or other codebtor.
(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ERIC HECKMANN
Title: _____
Company: _____
Address and telephone number (if different from notice address above):

_____
_____

Telephone number: _____     email: _____

(Signature) Eric C Heckmann   (Date) 2/10/14

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# STATE OF MICHIGAN
## DEPARTMENT OF LICENSING & REGULATORY AFFAIRS
## MICHIGAN ADMINISTRATIVE HEARING SYSTEM
## MICHIGAN TAX TRIBUNAL

Eric Heckmann,
    Petitioner,

v                               MTT Docket No.0428318

City of Detroit,
    Respondent.

## STIPULATION FOR ENTRY OF CONSENT JUDGMENT
## AND CONSENT JUDGMENT

1.    The case is pending in the ___ Entire Tribunal X Small Claims Division.

2.    Property Parcel No: W21I003698C9.
    (If more than one parcel is at issue, attach a completed Stipulation –
    Multiple Parcel Form addressing all other parcels at issue.)

3.    The values for the property identified above as established by Respondent's
    Board of Review are:

| Tax Year | True Cash Value | Assessed Value | Taxable Value |
|---|---|---|---|
| 2011 | 50,000 | 25,000 | 25,000 |
| 2012 | 45,580 | 22,790 | 22,790 |
| | | | |
| | | | |

4.    The values for the property identified above as stipulated by the parties for
    settlement purposes are:

| Tax Year | True Cash Value | State Equalized Value | Taxable Value |
|---|---|---|---|
| 2011 | 15,000 | 7500 | 7500 |
| 2012 | 15,000 | 7500 | 7500 |
| | | | |
| | | | |

5.  If stipulation addresses tax years other than the tax year originally appealed or tax years added through motions to amend that have been granted by the Tribunal, list the separate facts upon which the parties rely to invoke the Tribunal's authority over those tax year or years (attach additional page if necessary): _____

    _____

    _____

6.  List separately any special terms or conditions being proposed by the parties that would affect the execution of this Consent Judgment including, but not limited to, the joint payment of the refund, the waiver of interest, etc. (attach additional page if necessary): Remit refund as a 2 party check payable to PPTA, INC & Eric Heckmann mailed to 37500 Garfield Ste 100 Clinton Twp, MI 48036.

Signature of Petitioner's Authorized Representative or, *if none*, Petitioner:

_Harold Hoyt_

Harold Hoyt-PPTA, Inc

Date: _4·30·12_

Signature of Respondent's authorized representative:

_[signature]_

Date: _4/30/12_

## CONSENT JUDGMENT

IT IS ORDERED that the parties' Stipulation for Entry of Consent Judgment including all attachments, terms and conditions is ADOPTED, unless otherwise indicated.

IT IS FURTHER ORDERED that the officer charged with maintaining the assessment rolls for the tax years at issue shall correct or cause the assessment rolls to be corrected to reflect the property's true cash and taxable values as provided in this Consent Judgment within 20 days of the entry of the Consent Judgment. See MCL 205.755.

IT IS FURTHER ORDERED that the officer charged with collecting or refunding the affected taxes shall collect taxes and any applicable interest or issue a refund as required by the Consent Judgment within 28 days of the entry of the Consent Judgment. If a refund is warranted, it shall, unless otherwise indicated, include a proportionate share of any property tax administration fees paid and of penalty and interest paid on delinquent taxes. The refund shall also, unless otherwise indicated, separately indicate the amount of the taxes, fees, penalties, and interest being refunded. A sum determined by the Tribunal to have been unlawfully paid shall, unless otherwise indicated, bear interest from the date of payment to the date of judgment and the judgment shall bear interest to the date of its payment. A sum determined by the Tribunal to have been underpaid shall not bear interest for any time period prior to 28 days after the issuance of this Final Opinion and Judgment. Pursuant to MCL 205.737, interest shall accrue (i) after December 31, 2007, at the rate of 5.81% for calendar year 2008, (ii) after December 31, 2008, at the rate of 3.31% for calendar year 2009, (iii) after December 31, 2009, at the rate of 1.23% for calendar year 2010, (iv) after December 31, 2010, at the rate of 1.12% for calendar year 2011 and (v) after December 31, 2011, at the rate of 1.09% for calendar year 2012.

MICHIGAN TAX TRIBUNAL

By _____

Tribunal Member:

Entered:


FILED

2016 APR -4  A 10: 26

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

RE: " Claim No. 2024, Heckmann, Eric C., UNLIQUIDATED, Secured, 2/20/2014"

OBJECTION TO CITY'S PROPOSAL

I hereby object to the City's proposal to having the Court dismiss my claim which was timely filed and was for the refund of my overpayment of property taxes caused by the City's failure to properly and promptly record my property tax payment in its tax revenue system, thereby causing me to have to make a double payment in order to avoid the Wayne County Treasurer from assessing me extra penalties and interest on supposedly late/delinquent payments. The Wayne County Treasurer's Office in previous years penalized me when the City failed to record my property tax payments in a timely manner, and then improperly delayed the transmission of the Wayne County share of taxes to the Wayne County Treasurer's Office, thereby causing me to have to pay the Wayne County Treasurer an extra approximately $100 in allegedly late payment penalties and interest in some past years.

I also object to the language contained in the City's request to the Court that … " the relief requested in the Objection is in the best interests of the City, and its creditors; …" as is stated on Page 13 of 25, COPY ENCLOSED. This statement is not only untrue, it is also completely asinine from a legal standpoint as it presumes that the Creditors have already agreed to the City's proposal to not honor the legitimate refunds due to the creditor(s). This statement by the City is tantamount to saying that the Plaintiffs, i.e. the City's creditors such as myself, and the City, i.e., the Defendant, are in agreement or have agreed that the Defendant's proposal is agreeable to the Creditors, i.e., me, etc.

I certainly do not, and will never, agree that the City should be able to keep money that it was not legally entitled to keep in the first place, regardless of its filing for bankruptcy. I have never agreed to make donations of my limited monies to the City for the City to keep and do whatever it wants to do with these funds such as giving raises to current employees at the direct expense of retirees and creditors. Had the City properly and timely recorded my payments at the time they were made, there would not even be any claim now for me to have made. And further, had the City Treasurer's Office processed my refund in a timely manner as was stated in their emails to me at the time indicating that my refund had been processed, there would never be a Claim still now in dispute.

As such, I am requesting hereby that the Court NOT APPROVE the City's proposal with respect to my claim for a property tax refund due to my actual overpayment which was originally caused by the City's own failure to have properly and timely recorded my payments and then transmitted the Wayne County share of the payments to the Wayne County Treasurer in a timely fashion, as the City repeatedly failed to do in prior years.

Lastly, as the Court document states that ... " You must attend the hearing on the objection scheduled to be held on April 13, 2016 unless your attendance is excused by mutual agreement between yourself and the objector's attorney", I hereby request that I be excused from attending the hearing due to medical reasons which prevent me from walking any distance greater than 100 feet. As I am all alone due to my wife's very recent death, I have no one that can drive me to Detroit for this hearing. Also, as a City retiree, I have already been sufficiently harmed and punished vis-à-vis the bankruptcy outcomes so as to not deserve the additional punishment requested by the City of not returning/refunding my property tax overpayment money that I was told by the City Treasurer's Office was in process of being refunded to me in an email long before the bankruptcy was ever even filed by the City.

Thank you very much for your consideration of my objections and my request for being excused from attending the scheduled April 13, 2016 hearing due to the reasons cited above.


Sincerely,

Eric C. Heckmann
2108 South Delano St.
Saint Clair, MI 48079

Dated: *March 30, 2016*

Case No. 13-53846

Cc: Marc N. Swanson
Miller, Paddock and Stone, PLC
Suite 2500
150 West Jefferson
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER GRANTING DEBTOR'S THIRTY-EIGHTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

### (Tax Refund Claims Not Subject to the Claims Process in this Bankruptcy Case)

Upon review of the thirty-eighth objection to claims (the "Objection"),[4] of the Debtor, City of Detroit, Michigan (the "City"), seeking entry of an order disallowing and expunging each of the claims listed on Exhibit 2 to the Objection; and it appearing that this Court has jurisdiction over the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and Article VII of the Plan; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Objection in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Objection is in the best interests of the City, and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and it appearing that no other or further notice of the

---

[4] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

The ground for objection to each claim listed below is that it is a tax refund claim that is not subject to the claims administration process in this bankruptcy case. Each of the pages in the omnibus objection is pertinent to the stated ground for objection.

| Claim No. | Creditor Name and Address | Claim Amount | Classification | Date Filed |
|---|---|---|---|---|
| 986 | Fk North, LLC Honigman 600 Woodward Avenue Detroit, MI, 48226 | UNLIQUIDATED | General Unsecured | 02/17/2014 |
| 991 | Fk Park, LLC Honigman 660 Woodward Avenue Detroit, MI, 48226 | UNLIQUIDATED | General Unsecured | 02/17/2014 |
| 992 | Fk South, LLC Honigman 660 Woodward Avenue Detroit, MI, 48226 | UNLIQUIDATED | General Unsecured | 02/17/2014 |
| 2024 | Heckmann, Eric C 2108 S Delano St Saint Clair, MI, 48079 | UNLIQUIDATED | Secured | 02/20/2014 |
| 989 | JC Office I, LLC Honigman 660 Woodward Avenue Detroit, MI, 48226 | UNLIQUIDATED | General Unsecured | 02/17/2014 |
| 1411 | Property Owner James & Joyce Edwards 9152 Littlefield Detroit, MI, 48228 | UNLIQUIDATED | General Unsecured | 02/18/2014 |
| 195 | Property Owner Leginia Chandler 509 Marston Detroit, MI, 48202 | BLANK | General Unsecured | 12/09/2013 |
| 2351 | Property Owner 1159 Burlingame Detroit, MI, 48206 | UNLIQUIDATED | Secured | 02/21/2014 |
| 2648 | Property Owner 119 W Euclid Detroit, MI, 48202-2036 | 1,517.00 | General Unsecured | 02/21/2014 |

Claim #2648  Date Filed: 2/21/2014

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT  EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|

Name of Debtor: **City of Detroit, Michigan**    Case Number: **13-53846**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Property Owner **Dianne L. Thomas**

Name and address where notices should be sent:    NameID: 11618724

Property Owner - **Dianne L. Thomas**
119 W Euclid
Detroit, MI 48202-2036

Telephone number: **313-874-2508**  Email: **dthomas890@aol.com**

Name and address where payment should be sent (if different from above):

Telephone number:    email:

**COURT USE ONLY**

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
*(If known)*

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

FEB 2 4 2014

KURTZMAN CARSON CONSULTANTS

**1. Amount of Claim as of Date Case Filed:** $ **1217.00**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim: Over payment of property taxes for 4½ yrs**
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor: - 3846**

**3a. Debtor may have scheduled account as:**_____
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of Property:** $_____

**Annual Interest Rate (when case was filed)**_____% ☐ Fixed or ☐ Variable

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
$_____

**Basis for perfection:**_____

**Amount of Secured Claim:** $_____

**Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $_____

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §**_____ $_____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature: (See instruction # 8)**
Check the appropriate box.

☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Dianne L. Thomas**
Title: **Home owner**
Company:
Address and telephone number (if different from notice address above):

**313-874-2508  dthomas890@aol.com**
Telephone number:    email:

**Dianne L. Thomas 2/19/14**
(Signature)    (Date)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*(stamp: U.S. BANKRUPTCY COURT EASTERN MICHIGAN DETROIT  FILED 2014 FEB 21 A 10:39)*

February 17, 2014

Property Owner

119 W. Euclid Ave.

Detroit, MI 48202

Property I D 23000097.027/02001236.001

To Whom it May Concern:

My claim is based on property tax overpayment from 2008-2013.

When the bulk pick up tax was instated around 2008 by then Mayor Kilpatrick, I paid the tax bill each summer and winter. At the same time I was sending my payment into the city, my mortgage company, PennyMac was also making the same payment. The city of Detroit never reimbursed me for those duplicate property tax payments.

I have attached some documentation to verify my personal payments.

Sincerely,

*Dianne L. Thomas*

Dianne L. Thomas, Property Owner



**2012 CITY OF DETROIT**
CITY, COUNTY, SCHOOL TAX/FEES BILL
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 136
DETROIT, MICHIGAN 48226

| PARCEL # 23000097.027 | |
|---|---|
| TOTAL DUE | $457.99 |
| AMOUNT PAID | |

**Please Note: This bill is for 2012 only. Prior years, unpaid taxes/fees are billed separately.**

**Make checks payable to: Treasurer, City of Detroit**

$376.80 Summer Balance Due 01/15/2013
$81.19 Winter Balance Due 01/15/2013

*(handwritten)* 299.15 already pd on 8/13/12

THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036

*(handwritten, circled)* -pd 213.84

Partial Legal Description:
ACT 147 NEZ CERTIFICATE LAND IN 02001236.001

0016777/#57143

**Property Address: 119 W EUCLID**

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.25249 | 9.79 |
| W C JAILS | 0.23933 | 9.28 |
| W C PARKS | 0.06273 | 2.43 |
| W C HCMA | 0.05475 | 2.12 |
| W C RESA | 0.02462 | 0.95 |
| W C RESA SP ED | 0.85919 | 33.32 |
| W C COMM COLLEGE | 0.50409 | 19.55 |
| W C ZOO | 0.02551 | 0.98 |
| W C DIA | 0.05102 | 1.97 |

| | |
|---|---|
| Taxable Value: | 38,786 |
| State Equalized Value: | 38,786 |
| School District: | DETROIT SCHOOL |
| Property Class: | 447-RESIDENTIAL NEZ NEW |
| Special Classification: | |
| P.R.E. / M.B.T: | 100% |

(For additional information on
principal residence, see back of bill)

Mortgage Co:

| | MILLS | TAX |
|---|---|---|
| Winter Tax/Special Fee | 2.07373 | 80.39 |
| Admin Fee | | 0.80 |
| Total | | 81.19 |
| Summer Tax Balance | | 376.80 |
| | | |
| TOTAL DUE: | | $457.99 |

**NOTICE:**
The current amount due may be paid at
http://www.detroitmi.gov/ or by calling 1-855-894-2400.
The credit card processor charges a 2.5 percent (2.5%)
convenience fee for this service. For help in making a
credit card payment, please call 1-888-891-6064 ext#1
*Effective 12/01/2011 tax receipts will NO LONGER be mailed
back to the taxpayer*
**Payments received after 11/15/2012 may not be reflected on
this statement**

WHEN PAYING IN PERSON, PLEASE BRING THE ENTIRE BILL

CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 136
DETROIT, MICHIGAN 48226

| PARCEL # 02001236.001 | |
| --- | --- |
| TOTAL DUE | $33.63 |
| AMOUNT PAID | 33.63 |

**Please Note: This bill is for 2012 only. Prior years, unpaid taxes/fees are billed separately.**

**Make checks payable to: Treasurer, City of Detroit**

12/23/12

$33.63 Winter Balance Due 01/15/2013

THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036

**Partial Legal Description:**
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY CONDOMINIUM
SUB PLANNO 459 L29708 P3743-800 DEEDS WCR (A K A

0013913/#57143

**Property Address: 119 W EUCLID 10**

| TAXING AUTHORITY | MILLS | TAX |
| --- | --- | --- |
| WAYNE COUNTY | 0.98970 | 4.05 |
| W C JAILS | 0.93810 | 3.84 |
| W C PARKS | 0.24590 | 1.00 |
| W C HCMA | 0.21460 | 0.88 |
| W C RESA | 0.09650 | 0.39 |
| W C RESA SP ED | 3.36780 | 13.81 |
| W C COMM COLLEGE | 1.97590 | 8.10 |
| W C ISD | 0.10000 | 0.41 |
| W C DIA | 0.20000 | 0.82 |

| | | |
| --- | --- | --- |
| **Winter Tax/Special Fee** 8.12850 | | 33.30 |
| Admin Fee | | 0.33 |
| Total | | 33.63 |

| **TOTAL DUE:** | **$33.63** |
| --- | --- |

Taxable Value: 4,102

State Equalized Value: 4,102

School District: DETROIT SCHOOL

Property Class: 403-RESIDENTIAL CONDOS

Special Classification:

P.R.E. / M.B.T: 100%
(For additional information on
principal residence, see back of bill)

Mortgage Co:

**NOTICE:**
The current amount due may be paid at
http://www.detroitmi.gov/ or by calling 1-855-894-2400.
The credit card processor charges a 2.5 percent (2.5%)
convenience fee for this service. For help in making a
credit card payment, please call 1-888-891-6064 ext#1
*Effective 12/01/2011 tax receipts will NO LONGER be mailed
back to the taxpayer*
**Payments received after 11/15/2012 may not be reflected on
this statement**

WHEN PAYING IN PERSON, PLEASE BRING THE ENTIRE BILL



# 2012 CITY OF DETROIT
## CITY, COUNTY, SCHOOL TAX/FEES BILL
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 136
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
| --- | --- |
| TOTAL DUE | $244.15 |
| AMOUNT PAID | |

**Please Note:** This bill is for 2012 only. Prior years unpaid taxes/fees are billed separately.

**Make checks payable to: Treasurer, City of Detroit**

$134.38 1ST SUMMER PMT DUE 08/15/2012
$109.77 2ND SUMMER PMT DUE 01/15/2013
$244.15 OR TOTAL AMOUNT DUE 08/31/2012

0013634/#54390

THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036

**Property Address: 119 W EUCLID 10**

Partial Legal Description:
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY
CONDOMINIUM SUB PLANNO 459 L29708
P3743-800 DEEDS WCR (A K A

| TAXING AUTHORITY | MILLS | TAX |
| --- | --- | --- |
| STATE EDUCATION | 6.00000 | 24.61 |
| GENERAL CITY | 19.95200 | 81.84 |
| DEBT SERVICE | 9.61360 | 39.43 |
| LIBRARY | 4.63070 | 18.99 |
| SCHOOL DEBT | 13.00000 | 53.32 |
| SCHOOL OPERATING | 17.83080 | 0.00 |
| SCHOOL JUDGMENT | 0.09690 | 0.39 |
| W COUNTY TAX | 5.64830 | 23.16 |
| **Totals** | **76.77230** | **241.74** |

| Taxable Value: | 4,102 |
| --- | --- |
| State Equalized Value: | 4,102 |
| School District: | DETROIT SCHOOL |
| Property Class: | 403-RESIDENTIAL CONDOS |
| Special Classification: | |
| P.R.E/M.B.T: | 100% |

(For additional information on
principal residence, see back of bill)

| SPECIAL FEES | FEE AMOUNT |
| --- | --- |
| | |

| TAX BILL SUMMARY | SUMMARY TOTALS |
| --- | --- |
| Admin Fee | 2.41 |
| Total Tax | 241.74 |
| **TOTAL AMOUNT DUE:** | **$244.15** |

*NOTICE:*
All special fees are immediately due and payable upon billing and are included in the total amount due. If you are making a 1st and 2nd summer payment, please note that all special fees are included respectively to the 1st and 2nd payments.

Current amounts due may be paid at http://www.detroitmi.gov/ or by calling 1-855-894-2400. The credit card processor charges a 2.5 percent (2.5%) convenience fee for this service. For help in making a credit card payment, please call 1-888-891-6064 ext #1

WHEN PAYING IN PERSON PLEASE BRING THE ENTIRE BILL



## 2009 CITY OF DETROIT
**CITY, COUNTY, SCHOOL TAX/FEES BILL**
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|---|---|
| **TOTAL DUE** | **$266.93** |
| **AMOUNT PAID** | 266.93 |

0000200901002683010000020012361001003900000266936

$147.45 1ST SUMMER PMT DUE 08/15/2009
$119.48 2ND SUMMER PMT DUE 01/15/2010
$266.93 OR FULL SUMMER PMT DUE 08/31/2009

**Partial Legal Descriptions:**
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY
CONDOMINIUM SUB PLANNO 459 L29708 P3743-800
DEEDS WCR (A K A

**Property Address: 119 W EUCLID 10**

*******AUTO**5-DIGIT 48201 1/101    0029753
THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036



## 2009 CITY OF DETROIT
**CITY, COUNTY, SCHOOL TAX/FEES BILL**
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|---|---|
| TOTAL DUE | $39.64 |
| AMOUNT PAID | |

*pd 3964*

**Please Note: This bill is for 2009 only. Prior years' unpaid taxes/fees are billed separately.**

**Make checks payable to: Treasurer, City of Detroit**

$39.64 Winter Balance Due 01/15/2010

THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036

**Partial Legal Description:**
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY CONDOMINIUM
SUB PLANNO 459 L29708 P3743-800 DEEDS WCR (A K A

0030238/#40310

**Property Address: 119 W EUCLID 10**

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.98970 | 4.61 |
| W C JAILS | 0.93810 | 4.37 |
| W C PARKS | 0.24590 | 1.14 |
| W C HCMA | 0.21460 | 1.00 |
| W C RESA | 0.09650 | 0.44 |
| W C RESA SP ED | 3.36780 | 15.69 |
| W C COMM COLLEGE | 2.47690 | 11.54 |
| W C ZOO | 0.10000 | 0.46 |
| | | |
| **Total Winter Mills/Tax** **8.42950** | | **39.25** |
| Admin Fee | | 0.39 |
| | | |
| **Total** | | **39.64** |
| | | |
| **TOTAL DUE:** | | **$39.64** |

| Taxable Value: | 4,661 |
|---|---|
| State Equalized Value: | 4,661 |
| School District: | DETROIT SCHOOL |
| Property Class: | RESIDENTIAL CONDOS |
| Special Classification: | |
| P.R.E. / M.B.T: | 100% |
| (For additional information on principal residence, see back of bill) | |
| Mortgage Co: | |

**NOTICE:**
The current tax year amount may be paid at
http://www.detroitmi.gov/paypropertytax or by calling
1-800-2pay-tax (800-272-9829) code #3279. The credit
card processor charges a three percent (3%)
convenience fee for this service.

Payments must be received on or before the due date.
Postmark dates are not recognized as the date received.

If a delinquent water/sewer amount is reflected on this
bill, it represents water/sewer use from June 2008
through May 2009.



# 2010 CITY OF DETROIT
**CITY, COUNTY, SCHOOL TAX/FEES BILL**
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|---|---|
| **TOTAL DUE** | **$39.52** |
| **AMOUNT PAID** | |

**Please Note: This bill is for 2010 only. Prior years' unpaid taxes/fees are billed separately.**

**Make checks payable to: Treasurer, City of Detroit**

$39.52 Winter Balance Due 01/15/2011

THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036

pd 10/3/10

**Partial Legal Description:**
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY CONDOMINIUM
SUB PLANNO 459 L29708 P3743-800 DEEDS WCR (A K A

0015141/#45666

**Property Address: 119 W EUCLID 10**

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.98970 | 4.59 |
| W C JAILS | 0.93810 | 4.35 |
| W C PARKS | 0.24590 | 1.14 |
| W C HCMA | 0.21460 | 0.99 |
| W C RESA | 0.09650 | 0.44 |
| W C RESA SP ED | 3.36780 | 15.65 |
| W C COMM COLLEGE | 2.47690 | 11.51 |
| W C ZOO | 0.10000 | 0.46 |

| | | |
|---|---|---|
| **Total Winter Mills/Tax** | **8.42950** | **39.13** |
| Admin Fee | | 0.39 |
| **Total** | | **39.52** |

| **TOTAL DUE:** | **$39.52** |
|---|---|

Taxable Value: 4,647
State Equalized Value: 4,661
School District: DETROIT SCHOOL
RESIDENTIAL CONDOS
Property Class:
Special Classification:
P.R.E. / M.B.T: 100%
(For additional information on principal residence, see back of bill)
Mortgage Co:

**NOTICE:**

The current tax year amount may be paid at http://www.detroitmi.gov/paypropertytax or by calling 1-800-2pay-tax (800-272-9829) code #3279. The credit card processor charges a three percent (3%) convenience fee for this service.

Payments must be received on or before the due date. Postmark dates are not recognized as the date received.

If a delinquent water/sewer amount is reflected on this bill, it represents water/sewer use from June 2009 through May 2010.

WHEN PAYING IN PERSON, PLEASE BRING THE ENTIRE BILL





**CITY, COUNTY, SCHOOL TAX/FEES BILL**
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

**PARCEL #**     02001236.001

**TOTAL DUE**     $273.35

**AMOUNT PAID**     *273.35*

**Please Note: This bill is for 2010 only. Prior years' unpaid taxes/fees are billed separately.**

**Make checks payable to: Treasurer, City of Detroit**

0018452/#43567

$150.62 1ST SUMMER PMT DUE 08/15/2010
$122.73 2ND SUMMER PMT DUE 01/15/2011
$273.35 OR TOTAL AMOUNT DUE 08/31/2010

THOMAS, DIANE
119 W Euclid St
Detroit, MI 48202-2036

**Property Address: 119 W EUCLID 10**

Partial Legal Description:
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY
CONDOMINIUM SUB PLANNO 459 L29708
P3743-800 DEEDS WCR (A K A

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| STATE EDUCATION | 6.00000 | 27.88 |
| GENERAL CITY | 19.95200 | 92.71 |
| DEBT SERVICE | 8.91570 | 41.43 |
| LIBRARY | 4.63070 | 21.51 |
| SCHOOL DEBT | 13.00000 | 60.41 |
| SCHOOL OPERATING | 17.83080 | 0.00 |
| SCHOOL JUDGMENT | 0.10150 | 0.47 |
| W COUNTY TAX | 5.64830 | 26.24 |
| | | |
| **Totals** | **76.07900** | **270.65** |

| SPECIAL FEES | | FEE AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| TAX BILL SUMMARY | | SUMMARY TOTALS |
|---|---|---|
| Admin Fee | | 2.70 |
| Total Tax | | 270.65 |
| | | |
| **TOTAL AMOUNT DUE:** | | **$273.35** |

Taxable Value:     4,647

State Equalized Value:     4,661

School District:     DETROIT SCHOOL

Property Class:     RESIDENTIAL CONDOS

Special Classification:

P.R.E/M.B.T:     100%
   (For additional information on
   principal residence, see back of bill)

*NOTICE:*
All special fees are immediately due and
payable upon billing and are included in the
total amount due. If you are making a 1st and
2nd summer payment, please note that all
special fees are included respectively to
the 1st and 2nd payments.

Current amounts due may be paid at
http://www.detroitmi.gov/egov or by calling
1-800-2pay-tax (800-272-9829) code #3279.
The credit card processor charges a three
percent (3%) convenience fee for this
service.

WHEN PAYING IN PERSON PLEASE BRING THE ENTIRE BILL

Check Front



Check Back



**Check Front**



**Check Back**



**Check Front**



**Check Back**



View Check: #007380   Amount: $39.64   Date: 12/21/2009

Print Check

**Check Front**



**Check Back**



Print this page



DIANNE L. THOMAS ~83
119 W. EUCLID, #10
DETROIT, MI 48202

7583

09-7836/2720
000002

8/10/12

Pay to the Order of _Treasurer, City of Detroit_   $ 244.15

Two hundred fifty-four 15/100

Michigan First   27000 Evergreen Rd.
Lathrup Village, MI 48076

Dianne L Thomas

For



Batch ID: ██████████████        Process Date: 08/13/2012

City of Detroit-Property Tax
Comerica Bank

**Check Front**



**Check Back**



**Check Front**



**Check Back**



**Check Front**



**Check Back**



April 3, 2016

FILED (I)

2016 APR -5 A 9: 35

S. BANKRUPTCY COURT
.D. MICHIGAN-DETROIT

To The United States Bankruptcy Court Eastern District of Michigan Southern

Division:

**Re: Objection to the disallowing, modification and/or expungement of my city**

**property tax refund claim**

I am the homeowner of 119 W. Euclid, Detroit, MI 48202. I am also a retired

senior citizen. My property taxes were paid by my mortgage company, Nationstar

(at that time). I began paying an additional property tax to the city in 2008 as a

result of a mileage passed regarding the trash and bulk pick-up in the city of

Detroit. I did not notify my mortgage company because I decided to pay the

additional taxes myself. (See attachments.)

Little did I know that the city had notified my mortgage company (Nationstar) of

the additional taxes, and they began paying as well. This meant that the city was

receiving two payments each tax period for this additional amount. It would

seem that the city's tax department should have seen the overpayment and

notified me to stop paying my portion, because my mortgage company had

factored the increase into its property tax payments.

The City of Detroit continued to receive my overpayment for close to five years in the total amount of $1517.00. This was a gross oversight and some incompetence on the part of the city's tax department. The City had almost five years to recognize its financial errors and write me a letter of apology, along with a reimbursement check. Had my taxes been delinquent, it would have taken the city no time at all to notify me.

It is my profound declaration that the City of Detroit do one of three things to rectify this property tax owed to me:

1.  Send me a check for the entire amount ($1517.00) plus appropriate interest/or

2.  Reduce my property taxes over a five- year period until the debt is paid/or

3.  Deduct this year's property taxes and send me a check for the balance, if any is left after this year's taxes have been paid.

Thank you in advance for your attention to this property tax refund claim.

*Dianne L. Thomas*

Dianne L. Thomas

119 W. Euclid, Detroit, MI 48202



MARKSL                                   08/04/08

# 2008 CITY OF DETROIT
**CITY, COUNTY, SCHOOL TAX/FEES BILL**
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

**PARCEL #**      02001236.001

**TOTAL DUE**           266.93

**AMOUNT PAID**    267.00

0000200801002683010000020012361001003900000266937

```
147.45  1ST SUMMER PMT DUE 08/15/2008       THOMAS, DIANE
119.48  2ND SUMMER PMT DUE 01/15/2009       119 W EUCLID
266.93  OR TOTAL AMOUNT DUE 08/31/2008      DETROIT MI 48202
```

**Property Address:119 W EUCLID 10**

## 2009 CITY OF DETROIT
CITY, COUNTY, SCHOOL TAX/FEES BILL
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|---|---|
| **TOTAL DUE** | **$266.93** |
| AMOUNT PAID | 266.93 |

0000200901002683010000020012361001003900000266936

$147.45 1ST SUMMER PMT DUE 08/15/2009
$119.48 2ND SUMMER PMT DUE 01/15/2010
$266.93 OR FULL SUMMER PMT DUE 08/31/2009

**Partial Legal Descriptions:**
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY
CONDOMINIUM SUB PLANNO 459 L29708 P3743-800
DEEDS WCR (A K A

**Property Address: 119 W EUCLID 10**

*******AUTO**5-DIGIT 48201 1/101    0029753
THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036



# 2009 CITY OF DETROIT

**CITY, COUNTY, SCHOOL TAX/FEES BILL**
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|---|---|
| **TOTAL DUE** | **$39.64** |
| **AMOUNT PAID** | |

*pd*
*3964*

**Please Note:** This bill is for 2009 only. Prior years' unpaid taxes/fees are billed separately.

**Make checks payable to: Treasurer, City of Detroit**

$39.64 Winter Balance Due 01/15/2010

THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036

**Partial Legal Description:**
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY CONDOMINIUM
SUB PLANNO 459 L29708 P3743-800 DEEDS WCR (A K A

**Property Address: 119 W EUCLID 10**

0030238/#40310

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.98970 | 4.61 |
| W C JAILS | 0.93810 | 4.37 |
| W C PARKS | 0.24590 | 1.14 |
| W C HCMA | 0.21460 | 1.00 |
| W C RESA | 0.09650 | 0.44 |
| W C RESA SP ED | 3.36780 | 15.69 |
| W C COMM COLLEGE | 2.47690 | 11.54 |
| W C ZOO | 0.10000 | 0.46 |
| **Total Winter Mills/Tax** | **8.42950** | **39.25** |
| Admin Fee | | 0.39 |
| **Total** | | **39.64** |
| **TOTAL DUE:** | | **$39.64** |

| | |
|---|---|
| Taxable Value: | 4,661 |
| State Equalized Value: | 4,661 |
| School District: | DETROIT SCHOOL |
| Property Class: | RESIDENTIAL CONDOS |
| Special Classification: | |
| P.R.E. / M.B.T: | 100% |
| (For additional information on principal residence, see back of bill) | |
| Mortgage Co: | |

**NOTICE:**

The current tax year amount may be paid at http://www.detroitmi.gov/paypropertytax or by calling 1-800-2pay-tax (800-272-9829) code #3279. The credit card processor charges a three percent (3%) convenience fee for this service.

Payments must be received on or before the due date. Postmark dates are not recognized as the date received.

If a delinquent water/sewer amount is reflected on this bill, it represents water/sewer use from June 2008 through May 2009.



# 2008 CITY OF DETROIT
### CITY, COUNTY, SCHOOL TAX/FEES BILL
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|---|---|
| **TOTAL DUE** | **$39.64** |
| **AMOUNT PAID** | 39.64 |

0000200801002683010000020012361001003900000039648

$39.64  Winter Balance Due 01/15/2009

**Partial Legal Description:**
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY CONDOMINIUM SUB
PLANNO 459 L29708 P3743-800 DEEDS WCR (A K A

Property Address : 119 W EUCLID 10

******AUTO**5-DIGIT 48201  1/90
THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI  48202-2036

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.98970 | 4.61 |
| W C JAILS | 0.93810 | 4.37 |
| W C PARKS | 0.24590 | 1.14 |
| W C HCMA | 0.21460 | 1.00 |
| W C RESA | 0.09650 | 0.44 |
| W C RESA SP ED | 3.36780 | 15.69 |
| W C COMM COLLEGE | 2.47690 | 11.54 |
| W C ZOO | 0.10000 | 0.46 |
| | | |
| Total Winter Mills/Tax | 8.42950 | 39.25 |
| Admin Fee | | 0.39 |
| | | |
| Total | | 39.64 |
| | | |
| TOTAL DUE: | | $39.64 |

| | |
|---|---|
| Taxable Value: | 4,661 |
| State Equalized Value: | 4,661 |
| School District: | Detroit |
| Property Class: | RESIDENTIAL CONDOS |
| Special Classification: | |
| P.R.E. / M.B.T: | 100% |

(For additional information on
principal residence, see back of bill)

Mortgage Co:

**NOTICE:**
The current tax year amount may be paid at
http://www.detroitmi.gov/paypropertytax or by calling
1-800-2pay-tax (800-272-9829) code #3279.  The credit
card processor charges a three percent (3%)
convenience fee for this service.
Payments must be received on or before the due date.
Postmark dates are not recognized as the date received.

If a delinquent water/sewer amount is reflected on this
bill, it represents water/sewer use from June 2007
through May 2008.

WHEN PAYING IN PERSON PLEASE BRING THE ENTIRE BILL



# 2008 CITY OF DETROIT

CITY, COUNTY, SCHOOL TAX/FEES BILL
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|---|---|
| TOTAL DUE | $39.64 |
| AMOUNT PAID | |

**Please Note:** This bill is for 2008 only.  Prior years, unpaid taxes/fees are billed separately.

### Make checks payable to: Treasurer, City of Detroit

$39.64  Winter Balance Due 01/15/2009

THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI  48202-2036

Partial Legal Description:
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY CONDOMINIUM SUB PLANNO
459 L29708 P3743-800 DEEDS WCR (A K A

Property Address: 119 W EUCLID 10

0031407/#34557

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.98970 | 4.61 |
| W C JAILS | 0.93810 | 4.37 |
| W C PARKS | 0.24590 | 1.14 |
| W C HCMA | 0.21460 | 1.00 |
| W C RESA | 0.09650 | 0.44 |
| W C RESA SP ED | 3.36780 | 15.69 |
| W C COMM COLLEGE | 2.47690 | 11.54 |
| W C ZOO | 0.10000 | 0.46 |

| | | |
|---|---|---|
| Total Winter Mills/Tax | 8.42950 | 39.25 |
| Admin Fee | | 0.39 |
| Total | | 39.64 |
| TOTAL DUE: | | $39.64 |

| Taxable Value: | 4,661 |
|---|---|
| State Equalized Value: | 4,661 |
| School District: | Detroit |
| Property Class: | RESIDENTIAL CONDOS |
| Special Classification: | |
| P.R.E. / M.B.T: | 100% |

(For additional information on
principal residence, see back of bill)

Mortgage Co:

**NOTICE:**

The current tax year amount may be paid at
http://www.detroitmi.gov/paypropertytax or by calling
1-800-2pay-tax (800-272-9829) code #3279.  The credit
card processor charges a three percent (3%)
convenience fee for this service.
Payments must be received on or before the due date.
Postmark dates are not recognized as the date received.

If a delinquent water/sewer amount is reflected on this
bill, it represents water/sewer use from June 2007
through May 2008.

WHEN PAYING IN PERSON PLEASE BRING THE ENTIRE BILL



# 2010 CITY OF DETROIT

CITY, COUNTY, SCHOOL TAX/FEES BILL
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|---|---|
| TOTAL DUE | $273.35 |
| AMOUNT PAID | 273.35 |

**Please Note:** This bill is for 2010 only. Prior years' unpaid taxes/fees are billed separately.

### Make checks payable to: Treasurer, City of Detroit

0018452/#43567

$150.62 1ST SUMMER PMT DUE 08/15/2010
$122.73 2ND SUMMER PMT DUE 01/15/2011
$273.35 OR TOTAL AMOUNT DUE 08/31/2010

THOMAS, DIANE
119 W Euclid St
Detroit, MI 48202-2036

**Property Address: 119 W EUCLID 10**

Partial Legal Description:
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY
CONDOMINIUM SUB PLANNO 459 L29708
P3743-800 DEEDS WCR (A K A

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| STATE EDUCATION | 6.00000 | 27.88 |
| GENERAL CITY | 19.95200 | 92.71 |
| DEBT SERVICE | 8.91570 | 41.43 |
| LIBRARY | 4.63070 | 21.51 |
| SCHOOL DEBT | 13.00000 | 60.41 |
| SCHOOL OPERATING | 17.83080 | 0.00 |
| SCHOOL JUDGMENT | 0.10150 | 0.47 |
| W COUNTY TAX | 5.64830 | 26.24 |
| Totals | 76.07900 | 270.65 |

| Taxable Value: | 4,647 |
|---|---|
| State Equalized Value: | 4,661 |
| School District: | DETROIT SCHOOL |
| Property Class: | RESIDENTIAL CONDOS |
| Special Classification: | |
| P.R.E/M.B.T: | 100% |

(For additional information on
principal residence, see back of bill)

| SPECIAL FEES | FEE AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

| TAX BILL SUMMARY | SUMMARY TOTALS |
|---|---|
| Admin Fee | 2.70 |
| Total Tax | 270.65 |

| **TOTAL AMOUNT DUE:** | **$273.35** |
|---|---|

*NOTICE:*
**All special fees are immediately due and
payable upon billing and are included in the
total amount due. If you are making a 1st and
2nd summer payment, please note that all
special fees are included respectively to
the 1st and 2nd payments.**

Current amounts due may be paid at
http://www.detroitmi.gov/egov or by calling
1-800-2pay-tax (800-272-9829) code #3279.
The credit card processor charges a three
percent (3%) convenience fee for this
service.

WHEN PAYING IN PERSON PLEASE BRING THE ENTIRE BILL



# 2010 CITY OF DETROIT
**CITY, COUNTY, SCHOOL TAX/FEES BILL**
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|---|---|
| TOTAL DUE | $39.52 |
| AMOUNT PAID | |

**Please Note:** This bill is for 2010 only.  Prior years' unpaid taxes/fees are billed separately.

### Make checks payable to:  Treasurer, City of Detroit



$39.52 Winter Balance Due 01/15/2011

THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036

**Partial Legal Description:**
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY CONDOMINIUM
SUB PLANNO 459 L29708 P3743-800 DEEDS WCR (A K A

0015141/#45666

**Property Address: 119 W EUCLID 10**

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.98970 | 4.59 |
| W C JAILS | 0.93810 | 4.35 |
| W C PARKS | 0.24590 | 1.14 |
| W C HCMA | 0.21460 | 0.99 |
| W C RESA | 0.09650 | 0.44 |
| W C RESA SP ED | 3.36780 | 15.65 |
| W C COMM COLLEGE | 2.47690 | 11.51 |
| W C ZOO | 0.10000 | 0.46 |
| | | |
| **Total Winter Mills/Tax** | 8.42950 | 39.13 |
| Admin Fee | | 0.39 |
| | | |
| **Total** | | 39.52 |
| | | |
| **TOTAL DUE:** | | **$39.52** |

| | |
|---|---|
| Taxable Value: | 4,647 |
| State Equalized Value: | 4,661 |
| School District: | DETROIT SCHOOL |
| Property Class: | RESIDENTIAL CONDOS |
| Special Classification: | |
| P.R.E. / M.B.T: | 100% |
| (For additional information on principal residence, see back of bill) | |
| Mortgage Co: | |

**NOTICE:**
The current tax year amount may be paid at
http://www.detroitmi.gov/paypropertytax or by calling
1-800-2pay-tax (800-272-9829) code #3279.  The credit
card processor charges a three percent (3%)
convenience fee for this service.

Payments must be received on or before the due date.
Postmark dates are not recognized as the date received.

If a delinquent water/sewer amount is reflected on this
bill, it represents water/sewer use from June 2009
through May 2010.

WHEN PAYING IN PERSON, PLEASE BRING THE ENTIRE BILL



# 2012 CITY OF DETROIT
### CITY, COUNTY, SCHOOL TAX/FEES BILL
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 136
DETROIT, MICHIGAN 48226

| | |
|---|---|
| **PARCEL # 23000097.027** | |
| **TOTAL DUE** | **$457.99** |
| **AMOUNT PAID** | |

**Please Note:** This bill is for 2012 only. Prior years, unpaid taxes/fees are billed separately.

**Make checks payable to:** Treasurer, City of Detroit

$376.80 Summer Balance Due 01/15/2013
$81.19 Winter Balance Due 01/15/2013

**Partial Legal Description:**
ACT 147 NEZ CERTIFICATE LAND IN 02001236.001

**Property Address:** 119 W EUCLID

THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036

*244.15 already pd or 8/13/17*

*-pd 213.84*

0016777/#57143

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.25249 | 9.79 |
| W C JAILS | 0.23933 | 9.28 |
| W C PARKS | 0.06273 | 2.43 |
| W C HCMA | 0.05475 | 2.12 |
| W C RESA | 0.02462 | 0.95 |
| W C RESA SP ED | 0.85919 | 33.32 |
| W C COMM COLLEGE | 0.50409 | 19.55 |
| W C ZOO | 0.02551 | 0.98 |
| W C DIA | 0.05102 | 1.97 |

| | | |
|---|---|---|
| Taxable Value: | | 38,786 |
| State Equalized Value: | | 38,786 |
| School District: | | DETROIT SCHOOL |
| Property Class: | | 447-RESIDENTIAL NEZ NEW |
| Special Classification: | | |
| P.R.E. / M.B.T: | | 100% |

(For additional information on
principal residence, see back of bill)

Mortgage Co:

| | | |
|---|---|---|
| **Winter Tax/Special Fee** | **2.07373** | **80.39** |
| Admin Fee | | 0.80 |
| **Total** | | **81.19** |
| Summer Tax Balance | | 376.80 |
| | | |
| **TOTAL DUE:** | | **$457.99** |

**NOTICE:**
The current amount due may be paid at
http://www.detroitmi.gov/ or by calling 1-855-894-2400.
The credit card processor charges a 2.5 percent (2.5%)
convenience fee for this service. For help in making a
credit card payment, please call 1-888-891-6064 ext#1
*Effective 12/01/2011 tax receipts will NO LONGER be mailed
back to the taxpayer*
**Payments received after 11/15/2012 may not be reflected on
this statement**

WHEN PAYING IN PERSON, PLEASE BRING THE ENTIRE BILL



# 2012 CITY OF DETROIT
CITY, COUNTY, SCHOOL TAX/FEES BILL
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 136
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|---|---|
| TOTAL DUE | $244.15 |
| AMOUNT PAID | |

**Please Note: This bill is for 2012 only.  Prior years unpaid taxes/fees are billed separately.**

**Make checks payable to:  Treasurer, City of Detroit**

$134.38 1ST SUMMER PMT DUE 08/15/2012
$109.77 2ND SUMMER PMT DUE 01/15/2013
$244.15 OR TOTAL AMOUNT DUE 08/31/2012

0013634/#54390

THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036

**Property Address: 119 W EUCLID 10**

Partial Legal Description:
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY
CONDOMINIUM SUB PLANNO 459 L29708
P3743-800 DEEDS WCR (A K A

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| STATE EDUCATION | 6.00000 | 24.61 |
| GENERAL CITY | 19.95200 | 81.84 |
| DEBT SERVICE | 9.61360 | 39.43 |
| LIBRARY | 4.63070 | 18.99 |
| SCHOOL DEBT | 13.00000 | 53.32 |
| SCHOOL OPERATING | 17.83080 | 0.00 |
| SCHOOL JUDGMENT | 0.09690 | 0.39 |
| W COUNTY TAX | 5.64830 | 23.16 |
| | | |
| Totals | 76.77230 | 241.74 |

| SPECIAL FEES | FEE AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

| TAX BILL SUMMARY | SUMMARY TOTALS |
|---|---|
| Admin Fee | 2.41 |
| Total Tax | 241.74 |

| **TOTAL AMOUNT DUE:** | **$244.15** |
|---|---|

| Taxable Value: | 4,102 |
|---|---|
| State Equalized Value: | 4,102 |
| School District: | DETROIT SCHOOL |
| Property Class: | 403-RESIDENTIAL CONDOS |
| Special Classification: | |
| | |
| P.R.E/M.B.T: | 100% |

(For additional information on
principal residence, see back of bill)

*NOTICE:*

All special fees are immediately due and payable upon billing and are included in the total amount due. If you are making a 1st and 2nd summer payment, please note that all special fees are included respectively to the 1st and 2nd payments.

Current amounts due may be paid at http://www.detroitmi.gov/ or by calling 1-855-894-2400. The credit card processor charges a 2.5 percent (2.5%) convenience fee for this service. For help in making a credit card payment, please call 1-888-891-6064 ext #1

WHEN PAYING IN PERSON PLEASE BRING THE ENTIRE BILL



## 2012 CITY OF DETROIT
### CITY, COUNTY, SCHOOL TAX/FEES BILL
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 136
DETROIT, MICHIGAN 48226

| PARCEL # 02001236.001 | |
|---|---|
| **TOTAL DUE** | **$33.63** |
| **AMOUNT PAID** | 33.63 |

**Please Note: This bill is for 2012 only. Prior years, unpaid taxes/fees are billed separately.**

**Make checks payable to: Treasurer, City of Detroit**

12/13/12

$33.63 Winter Balance Due 01/15/2013

THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI 48202-2036

**Partial Legal Description:**
S W EUCLID BLDG 2 UNIT 10 WAYNE COUNTY CONDOMINIUM
SUB PLAN NO 459 L29708 P3743-800 DEEDS WCR (A K A

0013913/#57143

**Property Address: 119 W EUCLID 10**

| TAXING AUTHORITY | MILLS | TAX |
|---|---|---|
| WAYNE COUNTY | 0.98970 | 4.05 |
| W C JAILS | 0.93810 | 3.84 |
| W C PARKS | 0.24590 | 1.00 |
| W C HCMA | 0.21460 | 0.88 |
| W C RESA | 0.09650 | 0.39 |
| W C RESA SP ED | 3.36780 | 13.81 |
| W C COMM COLLEGE | 1.97590 | 8.10 |
| W C ZOO | 0.10000 | 0.41 |
| W C DIA | 0.20000 | 0.82 |

| Taxable Value: | 4,102 |
|---|---|
| State Equalized Value: | 4,102 |

School District: DETROIT SCHOOL
Property Class: 403-RESIDENTIAL CONDOS
Special Classification:

P.R.E. / M.B.T: 100%
(For additional information on principal residence, see back of bill)
Mortgage Co:

| | MILLS | TAX |
|---|---|---|
| **Winter Tax/Special Fee** | 8.12850 | 33.30 |
| Admin Fee | | 0.33 |
| **Total** | | 33.63 |

| **TOTAL DUE:** | **$33.63** |
|---|---|

**NOTICE:**
The current amount due may be paid at
http://www.detroitmi.gov/ or by calling 1-855-894-2400.
The credit card processor charges a 2.5 percent (2.5%)
convenience fee for this service. For help in making a
credit card payment, please call 1-888-891-6064 ext#1
*Effective 12/01/2011 tax receipts will NO LONGER be mailed
back to the taxpayer*
**Payments received after 11/15/2012 may not be reflected on
this statement**

WHEN PAYING IN PERSON, PLEASE BRING THE ENTIRE BILL



## 2008 CITY OF DETROIT
**CITY, COUNTY, SCHOOL TAX/FEES BILL**
CITY OF DETROIT FINANCE DEPARTMENT
TREASURY DIVISION
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE ROOM 120
DETROIT, MICHIGAN 48226

| PARCEL # | 02001236.001 |
|----------|--------------|
| TOTAL DUE | $39.64 |
| AMOUNT PAID | 39.64 |

0000200801002683010000020012361001003900000039648

$39.64  Winter Balance Due 01/15/2009

**Partial Legal Description:**
S W EUCLID BLDG 2 UNIT 10WAYNE COUNTY CONDOMINIUM SUB
PLANNO 459 L29708 P3743-800 DEEDS WCR (A K A

**Property Address :** 119 W EUCLID 10

```
*******AUTO**5-DIGIT 48201  1/90
THOMAS, DIANE
119 W EUCLID ST
DETROIT, MI  48202-2036
```

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

Name of Debtor: **City of Detroit, Michigan**   Case Number: **13-53846**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Property Owner  *Dianne L. Thomas*

Name and address where notices should be sent:   NameID: 11618724

Property Owner - *Dianne L. Thomas*
119 W Euclid
Detroit, MI 48202-2036

Telephone number: *313-874-2508*  Email: *dthomas890@aol.com*

Name and address where payment should be sent (if different from above):

Telephone number:   email:

**COURT USE ONLY**

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed:   $ *1517.00*

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: *Over payment of property taxes for 4½ yrs*
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: *- 3846*

3a. Debtor may have scheduled account as: _____
    (See instruction #3a)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Basis for perfection: _____

Value of Property: $_____

Amount of Secured Claim: $_____

Annual Interest Rate (when case was filed)_____% ☐ Fixed  or  ☐ Variable

Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).   $_____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____.   $_____

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. Signature: (See instruction # 8)
Check the appropriate box.

☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Dianne L. Thomas*
Title: *Home owner*
Company:
Address and telephone number (if different from notice address above):    *Dianne L. Thomas*  2/19/14
(Signature)   (Date)

*313-874-2508*   *dthomas890@aol.com*
Telephone number:   email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



DIANNE L. THOMAS         83                                          7583
119 W. EUCLID, #10                                          09-7836/2720
DETROIT, MI 48202                                          000002

8/10/12

Pay to the
Order of  *Treasurer, City of Detroit*  $244.15

*Two hundred - fortif - four + 15/100*

Michigan First  27000 Evergreen Rd.
CREDIT UNION  Lathrup Village, MI 48076

For _____

*Dianne L. Thomas*



Batch ID: _____        Process Date: 08/13/2012

City of Detroit - Property Tax
Comerica Bank

View Check: #007613   Amount: $213.84   Date: 2/1/2013

Print Check

**Check Front**



**Check Back**



**Check Front**



**Check Back**





View Check: #007307   Amount: $266.93   Date: 7/27/2009

Print Check

**Check Front**



**Check Back**



https://online.michiganfirst.com/User/MainTransactions/ViewCheckFrame/B0642E3D87A...   2/19/2014

View Check: #007163   Amount: $39.64   Date: 12/22/2008                    <u>Print Check</u>

**Check Front**



**Check Back**



https://online.michiganfirst.com/User/MainTransactions/ViewCheckFrame/94FE9B4514D...   2/19/2014

Print Check

View Check: #007070   Amount: $267.00   Date: 8/8/2008

Check Front



Check Back



https://online.michiganfirst.com/User/MainTransactions/ViewCheckFrame/05137E4DE44...   2/19/2014

Print Check

View Check: #007466   Amount: $273.35   Date: 8/30/2010

---

**Check Front**

---



---

**Check Back**

---



View Check: #007481   Amount: $39.52   Date: 12/7/2010

Print Check

**Check Front**



**Check Back**



https://online.michiganfirst.com/User/MainTransactions/ViewCheckFrame/8FBC8521099...   2/19/2014