# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Honorable Thomas J. Tucker<br><br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2016, he electronically filed the following:

- Reply In Support of Debtor's Thirty-Sixth Omnibus Objection to Certain Claims [Doc. No. 11062]

- Reply In Support of Debtor's Thirty-Seventh Objection to Certain Claims [Doc. No. 11063]

- Reply In Support of Debtor's Thirty-Eighth Omnibus Objection to Certain Claims [Doc. No. 11064]

collectively, (the "Replies") with the Clerk of the Court which will send notice of the filings by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Replies on the claimants listed therein at the address set forth by each of the claimants on its respective proof of claim and file a subsequent Proof of Service after it has performed the service.

DATED: April 8, 2016

                By: /s/ Marc N. Swanson
                   Marc N. Swanson
                   150 West Jefferson, Suite 2500
                   Detroit, Michigan 48226
                   Telephone: (313) 496-7591
                   Facsimile: (313) 496-8451
                   swansonm@millercanfield.com