# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Chapter 9

City of Detroit, Michigan,  Case No. 13-53846

    Debtor.  Hon. Thomas J. Tucker

_____/

## CERTIFICATE OF SERVICE

    I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

    On April 5, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Supplemental Order Regarding City of Detroit's Ex Parte Motion for an Order (I) Adjourning Hearing on Certain Responses Filed to the City's Twentieth and Twenty-Eighth Through Thirty-Fourth Omnibus Objections to Claims, and (II) Establishing a Process for Hearing These Objections and Responses to Them [Docket No. 11035]

Dated: April 8, 2016

                                              /s/ Lydia Pastor Nino
                                              Lydia Pastor Nino
                                              KCC
                                              2335 Alaska Ave
                                              El Segundo, CA 90245

# **EXHIBIT A**

Exhibit A

| Name | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Brooks, Danean | | Address Redacted | | | |
| Carol Jean Finley | | Address Redacted | | | |
| Collins, Julius | | Address Redacted | | | |
| Green Law Group PLC | Anthony Green | 2232 S Main Ste 438 | Ann Arbor | MI | 48103 |
| Julius R. Collins | | Address Redacted | | | |
| LEAPHEART, RONALD | | Address Redacted | | | |
| Pennington, Shelia M | | Address Redacted | | | |
| Sheila Pennington | | Address Redacted | | | |
| WWTP | Julius R. Collins | 9300 W. Jefferson | Detroit | MI | 48029 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt    Doc 11070    Filed 04/11/16    Entered 04/11/16 04:44:21    Page 3 of 3