# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## CERTIFICATE OF SERVICE

I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On April 7, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Overnight mail on the service list attached hereto as **Exhibit A**:

- Order (I) Adjourning Hearing on Certain Responses Filed to the City's Thirty-Sixth and Thirty-Seventh Omnibus Objections to Claims, and (II) Assigning Them to be Heard and Resolved Under the Established Process for Hearing and Resolving Employee Obligation Claims [Docket No. 11054]

Dated: April 8, 2016

/s/ Lydia Pastor Nino
Lydia Pastor Nino
KCC
2335 Alaska Ave
El Segundo, CA 90245

# **EXHIBIT A**

Exhibit A
Served via Overnight Mail

| Name | Notice Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Aldrina Thomas | Mrs. Aldrina Thomas | 18906 Gainsborough Road | | Detroit | MI | 48223 |
| Clemons, Natalie | | Address Redacted | | | | |
| DUNCAN-MARTIN, FRANCINE M | | 19015 ELSMERE AVE | | EASTPOINTE | MI | 48021-2016 |
| Dwayne A Brown | | 9302 Appleton | | Redford | MI | 48239 |
| Dwayne A Brown | Delivery Driver | City of Detroit - Dept of Transportation | 1301 E Warren | Detroit | MI | 48207 |
| Janice E. Clarke | | 16546 Stoepel | | Detroit | MI | 48221 |
| Janice E. Clarke | | 18665 Gainsborough | | Detroit | MI | 48223 |
| Lenetta Walker | | 60 E Milwaukee #2714 | | Detroit | MI | 48202 |
| Lucille Pasha | | 18225 Oak Drive | | Detroit | MI | 48221 |
| Mccrary, Sarah M | | 19971 Conley St | | Detroit | MI | 48234 |
| MOORE, JAJUAN | | 3873 ROHNS ST | | DETROIT | MI | 48214-1394 |
| Natalie Clemons | | 18000 Santa Barbara | | Detroit | MI | 48221 |
| Ronald Branam Sr | | 21951 Beverly St. | | Oak Park | MI | 48237 |
| WALKER, LENETTA | | 8552 ROSELAWN ST | | DETROIT | MI | 48204-3261 |
| Walker, Lenetta S | | Address Redacted | | | | |