# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

## CERTIFICATE OF SERVICE

I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On April 8, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Overnight mail on the service list attached hereto as **Exhibit A**:

- Reply in Support of Debtors' Thirty-Sixth Omnibus Objection to Certain Claims [Docket No. 11062]

Furthermore, on April 8, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Overnight mail on the service list attached hereto as **Exhibit B**:

- Reply In Support of Debtors Thirty-Seventh Omnibus Objection to Certain Claims [Docket No. 11063]

Furthermore, on April 8, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via Overnight mail on the service list attached hereto as **Exhibit C**:

- Reply In Support of Debtor's Thirty-Eighth Omnibus Objection to Certain Claims [Docket No. 11064]

Dated: April 11, 2016

/s/ Lydia Pastor Nino
Lydia Pastor Nino
KCC
2335 Alaska Ave
El Segundo, CA 90245

# **EXHIBIT A**

Exhibit A

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Cheryl Minniefield | | 14175 Glastonbury Ave | | | Detroti | MI | 48223 |
| Dwayne A Brown | | 9302 Appleton | | | Redford | MI | 48239 |
| Dwayne A Brown | Dwayne A Brown | Delivery Driver | City of Detroit - Dept of Transportation | 1301 E Warren | Detroit | MI | 48207 |
| Kendra McDonald | | 9237 Patton | | | Detroit | MI | 48228 |
| Mcdonald, Kendra E | | 9237 Patton St | | | Detroit | MI | 48228-1623 |

# **EXHIBIT B**

**Exhibit B**

| CreditorName | Address 1 | City | State | Zip |
|---|---|---|---|---|
| Theresa A Hall | PO Box 43654 | Detroit | MI | 48243 |

# **EXHIBIT C**

**Exhibit C**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Heckmann, Eric C | | 2108 S Delano St | Saint Clair | MI | 48079 |
| Property Owner | Dianne L. Thomas | 119 W Euclid | Detroit | MI | 48202-2036 |