# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE:

CITY OF Detroit
      **Debtor.**

_____/

CASE NO: 13-53846
CHAPTER: 9

## CERTIFICATE OF SERVICE

I hereby certify that on ___3-31-16___ (date of mailing), I served

copies as follows:

1. Document(s) served: corrected letter of objection

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT
2016 APR 11 A 10:42
FILED (1)

2. Served upon [name and address of each person served]:
   Clerk of The court
   United States Bankruptcy court
   211 w Fort, Street Suite 2100
   Detroit mi 48226
   Marc N Swanson
   miller, Canfield, Paddock and Stone, PIC
   150 west Jefferson, Suite 2500
   Detroit MI 48226
3. By First Class Mail.

Dated: ___4- -16___

___Ronald Branon sr___
(Signature)

Print Name: ___Ronald Branon sr___