UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CITY OF DETROIT

Debtor.

CASE NO: 13-53846-tjT
CHAPTER: 9

NEW/CORRECTED

## CERTIFICATE OF SERVICE

I hereby certify that on APRIL 8, 2016 (date of mailing), I served copies as follows:

1. Document(s) served:

   a) OBJECTION TO CITY'S PROPOSAL
   b) THIS "CERTIFICATE OF SERVICE"

2. Served upon [name and address of each person served]:

   A) CLERK OF THE COURT
   UNITED STATES BANKRUPTCY COURT
   211 W. FORT ST, SUITE 2100
   DETROIT, MI 48226

   B) MARC SWANSON
   MILLER, PADDOCK & STONE PLC
   SUITE 2500
   150 W. JEFFERSON
   DETROIT, MI 48226

3. By First Class Mail.
   YES

Dated: April 8, 2016

(Signature)

Print Name: ERIC HECKMANN