FILED
2016 APR 11 A 10:33
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

CASE # and Claim #

To whom it may concern
I Tony A. Harper objected
to having my claim dismissed
Because I have submitted all the
documatation Requested by me

Tony Harper
3-19-16

Case # 13-53846

Claim # HARPER TONY/2615