# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service is Missing. (Related document [11075] Response filed by Creditor Tony Harper to [10789] Debtor's Thirty−Third Omnibus Objection To Certain Claims (Insufficient Documentation)). See below for important deadline information.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing

- ☐ Acceptable List of Creditors Not Uploaded

- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)

- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant

- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant

- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing

- ☐ Brief Missing

- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing

- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)

- ☐ Electronic Signature does not match login

- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)

- ☐ List of 20 Largest Unsecured Creditors Missing

- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing

- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing

- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing

- ☐ Notice of Objection to Claim Missing or Non−Compliant

- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant

- ☐ Notice to Respondent Missing or Non−Compliant

- ☐ Original Signature Missing or Non−Compliant

☐ Petition Non−Compliant (To be filed in its entirety)

☑ Proof of Service Missing or Non−Compliant

☐ Proposed Order Missing

☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant

☐ Statement of Corporate Ownership Missing

☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 4/11/16

                                        BY THE COURT


                                        Katherine B. Gullo , Clerk of Court
                                        U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Michigan

In re:                                                                          Case No. 13-53846-tjt
City of Detroit, Michigan                                                       Chapter 9
     Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0645-2          User: csiku              Page 1 of 18          Date Rcvd: Apr 11, 2016
                              Form ID: def2            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2016.
        +Tony Harper,    15733 Sorrento,    Detroit, MI 48227-4027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Daniel M. McDermott
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2016                                Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2016 at the address(es) listed below:
     A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
     Albert  Togut    on behalf of Plaintiff    City of Detroit, Michigan neilberger@teamtogut.com,
     apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,
     adeering@teamtogut.com,srobinson@teamtogut.com
     Albert  Togut    on behalf of Debtor In Possession    City of Detroit, Michigan
     dperson@teamtogut.com
     Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
     alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
     Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
     Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
     ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
     Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
     Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
     Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
     Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
     Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
     Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
     Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
     ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
     Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
     Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
     ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
     Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
     Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
     Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
     Alidz  Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
     oshagan@legghioisrael.com,  drf@legghioisrael.com
     Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
     Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
     allan.brilliant@dechert.com
     Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
     allan.brilliant@dechert.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
abach@dickinsonwright.com

Amanda Kill    on behalf of Defendant    Wright Tool Co akill@ahernkill.com,
tmeluso@ahernkill.com;jmeyers@ahernkill.com

Amanda Carol Vintevoghel    on behalf of Defendant    Interstate Trucksource Inc
avintevoghel@dragichlaw.com,  avintevoghel@hotmail.com

Amanda Carol Vintevoghel    on behalf of Defendant    Oracle Corporation
avintevoghel@dragichlaw.com,  avintevoghel@hotmail.com

Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
achouprouta@kramerlevin.com

Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
acaton@kramerlevin.com,  achouprouta@kramerlevin.com

Andrew Minear    on behalf of Creditor    Parsons Brinckerhoff Michigan, Inc.
aminear@schiffhardin.com

Andrew Minear    on behalf of Defendant    Parsons Brinckeroff Michigan Inc
aminear@schiffhardin.com

Andrew A. Paterson, Jr.    on behalf of Plaintiff    Citizens United Against Corrupt Government
aap43@outlook.com,  aap43law@gmail.com

Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
aap43@outlook.com,  aap43law@gmail.com

Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
aap43law@gmail.com

Anthony Greene    on behalf of Creditor Da'Nean M. Brooks greenelawgroup@gmail.com,
greenelawgroup@yahoo.com

Anthony J. Kochis    on behalf of Creditor    Iron Mountain Information Management, LLC
akochis@wolfsonbolton.com,  stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com

Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com

Arthur O'Reilly    on behalf of Interested Party    Detroit Institute of Arts
aoreilly@honigman.com,  ahatcher@honigman.com

Barbara A. Patek    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants Association
pateklaw@gmail.com

Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
pateklaw@gmail.com

Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association pateklaw@gmail.com

Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
bfagan@dibandfagan.com

Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
bbest@schaferandweiner.com,  wrkyles@varnumlaw.com

Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
wrkyles@varnumlaw.com

Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
wrkyles@varnumlaw.com

Brian Keck    on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com,
aworlen@morganmeyers.com

Brian Keck    on behalf of Interested Party Denise  Gardner bkeck@morganmeyers.com,
aworlen@morganmeyers.com

Brian Keck    on behalf of Interested Party Patricia  Ramirez bkeck@morganmeyers.com,
aworlen@morganmeyers.com

Brian Keck    on behalf of Interested Party Kimberly  James bkeck@morganmeyers.com,
aworlen@morganmeyers.com

Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
TReitzloff@lippittokeefe.com

Brian R. Trumbauer    on behalf of Interested Party    Blue Cross Blue Shield of Michigan and Blue
Care Network of Michigan btrumbauer@bodmanlaw.com

Bruce Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
bbennett@jonesday.com

Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com

Carina Kraatz    on behalf of Defendant    Bauer & Hunter PLLC ckraatz@resnicklaw.net,
jabdelnour@resnicklaw.net

Carina Kraatz    on behalf of Interested Party    Resnick & Moss, P.C. ckraatz@resnicklaw.net,
jabdelnour@resnicklaw.net

Carina Kraatz    on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net,
jabdelnour@resnicklaw.net

Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com

Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com

Carole Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
Michigan carole.neville@dentons.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Carole Neville    on behalf of Retiree Committee    Official Committee of Retirees
  carole.neville@dentons.com,daniel.morris@dentons.com
Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
  caroline.english@arentfox.com
Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
  charlesID@hotmail.com
Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
  cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com,  kkranz@wnj.com
Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com,  kkranz@wnj.com
Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com,
  kkranz@wnj.com
Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com,
  kkranz@wnj.com
Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
  BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
  cgrosman@carsonfischer.com
Christopher E. McNeely    on behalf of Defendant    Great Lakes Power Inc cmcneely@mandmpc.com
Cindy  Tsai    on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
  claude.montgomery@dentons.com,docketny@dentons.com,
  carole.neville@dentons.com;sam.alberts@dentons.com
Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
  Detroit, Michigan claude.montgomery@dentons.com,
  carole.neville@dentons.com;sam.alberts@dentons.com
Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
  courtney.rogers@wallerlaw.com
Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
  courtney.rogers@wallerlaw.com
Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
  ANHSOA@4stechnologies.com;anhsoa@gmail.com
Cynthia J. Haffey    on behalf of Defendant    Detroit General Retirement System Service
  Corporation haffey@butzel.com,  smithe@butzel.com
Cynthia J. Haffey    on behalf of Defendant    Detroit Police And Fire Retirement System Service
  Corporation haffey@butzel.com,  smithe@butzel.com
Dale  Price    on behalf of Creditor    Equal Employment Opportunity Commission dale.price@eeoc.gov,
  legaldt.detroit@eeoc.gov
Daniel  Kielczewski    on behalf of Defendant    Bob Maxey Ford Inc
  dgkielczewski@abbottnicholson.com,  adwilliams@abbottnicholson.com
Daniel C. DiCicco    on behalf of Defendant    Wright Tool Co ddicicco@ahernkill.com
Daniel J. Weiner    on behalf of Plaintiff    Ambac Assurance Corporation
  dweiner@schaferandweiner.com
David A. Lerner    on behalf of Creditor    Plunkett Cooney dlerner@plunkettcooney.com,
  nwinagar@plunkettcooney.com
David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
  nwinagar@plunkettcooney.com
David A. Lerner    on behalf of Defendant    Waste Management of Michigan Inc
  dlerner@plunkettcooney.com,  nwinagar@plunkettcooney.com
David E. Schwartz    on behalf of Defendant    SMART dschwartz@allardfishpc.com,
  allardfishpc@yahoo.com
David G. Dragich    on behalf of Defendant    Oracle Corporation ddragich@dragichlaw.com
David G. Dragich    on behalf of Defendant    Interstate Trucksource Inc ddragich@dragichlaw.com
David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
  dgheiman@jonesday.com
David Jonathan Cross    on behalf of Defendant    T & N Services Inc davidjonathancross@gmail.com
David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
David M. Blau    on behalf of Creditor    NTH Consultants, Ltd. dblau@clarkhill.com
David M. Blau    on behalf of Defendant    Mannik & Smith Group Inc dblau@clarkhill.com
David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
  kbilpo@seyburn.com
Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com,
  dnavin@dickinsonwright.com
Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
  General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
  kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com
Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

   Deborah L. Fish on behalf of Interested Party Ad Hoc COPs Holders dfish@allardfishpc.com,
   allardfishpc@yahoo.com
   Deborah L. Fish on behalf of Intervenor-Defendant Panning Capital Management, LP
   dfish@allardfishpc.com, allardfishpc@yahoo.com
   Deborah L. Fish on behalf of Interested Party Aurelius Capital Management, LP
   dfish@allardfishpc.com, allardfishpc@yahoo.com
   Deborah L. Fish on behalf of Interested Party Bronze Gable, L.L.C. dfish@allardfishpc.com,
   allardfishpc@yahoo.com
   Deborah L. Fish on behalf of Interested Party Dexia Credit Local dfish@allardfishpc.com,
   allardfishpc@yahoo.com
   Deborah L. Fish on behalf of Interested Party Dexia Holdings, Inc. dfish@allardfishpc.com,
   allardfishpc@yahoo.com
   Deborah L. Fish on behalf of Intervenor-Defendant Aurelius Capital Management, LP
   dfish@allardfishpc.com, allardfishpc@yahoo.com
   Deborah L. Fish on behalf of Interested Party Monarch Alternative Capital LP
   dfish@allardfishpc.com, allardfishpc@yahoo.com
   Deborah L. Fish on behalf of Intervenor-Defendant BlueMountain Capital Management, LLC
   dfish@allardfishpc.com, allardfishpc@yahoo.com
   Deborah L. Fish on behalf of Intervenor-Defendant Stone Lion Capital Partners L.P.
   dfish@allardfishpc.com, allardfishpc@yahoo.com
   Deborah L. Fish on behalf of Interested Party Stone Lion Capital Partners L.P.
   dfish@allardfishpc.com, allardfishpc@yahoo.com
   Deborah L. Fish on behalf of Intervenor-Defendant Bronze Gable, L.L.C. dfish@allardfishpc.com,
   allardfishpc@yahoo.com
   Deborah L. Fish on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A.
   dfish@allardfishpc.com, allardfishpc@yahoo.com
   Deborah L. Fish on behalf of Interested Party Panning Capital Management, LP
   dfish@allardfishpc.com, allardfishpc@yahoo.com
   Deborah L. Fish on behalf of Intervenor-Defendant Monarch Alternative Capital LP
   dfish@allardfishpc.com, allardfishpc@yahoo.com
   Debra N. Pospiech on behalf of Interested Party Patricia Ramirez dpospiech@morganmeyers.com
   Dirk H. Beckwith on behalf of Defendant Detroit Retirement Systems Funding Trust 2005
   dbeckwith@fosterswift.com
   Dirk H. Beckwith on behalf of Defendant U.S. Bank, N.A. dbeckwith@fosterswift.com
   Dirk H. Beckwith on behalf of Defendant Wilmington Trust, N.A. dbeckwith@fosterswift.com
   Dirk H. Beckwith on behalf of Interested Party U.S. Bank N.A. dbeckwith@fosterswift.com
   Dirk H. Beckwith on behalf of Creditor Wilmington Trust Company, National Association
   dbeckwith@fosterswift.com
   Dirk H. Beckwith on behalf of Defendant Detroit Retirement Systems Funding Trust 2006
   dbeckwith@fosterswift.com
   Dirk H. Beckwith on behalf of Creditor U.S. Bank National Association
   dbeckwith@fosterswift.com
   Donald C. Wheaton, Jr. on behalf of Defendant SBM Inc dwheatonjr@aol.com
   Donald G. McGuigan, II on behalf of Interested Party Mario's Restaurant, Inc.
   don@mcguiganlaw.com
   Doron Yitzchaki on behalf of Defendant Hesco Hamlett Engineering Sales Company
   DYitzchaki@dickinsonwright.com
   Doron Yitzchaki on behalf of Creditor Sky Group Grand, LLC DYitzchaki@dickinsonwright.com
   Douglas Steele on behalf of Interested Party International Association of Fire Fighters,
   AFL-CIO, CLC dls@wmlaborlaw.com
   Douglas C. Bernstein on behalf of Interested Party Hudson-Webber Foundation
   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
   Douglas C. Bernstein on behalf of Interested Party Community Foundation for Southeast
   Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
   Douglas C. Bernstein on behalf of Interested Party The Fred A. and Barbara M. Erb Family
   Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
   Douglas C. Bernstein on behalf of Interested Party W.K. Kellogg Foundation
   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
   Douglas C. Bernstein on behalf of Interested Party Max M. and Marjorie S. Fisher Foundation
   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
   Douglas C. Bernstein on behalf of Interested Party The Ford Foundation
   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
   Douglas C. Bernstein on behalf of Interested Party Douglas C. Bernstein
   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
   Douglas C. Bernstein on behalf of Interested Party Charles Stewart Mott Foundation
   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
   Douglas C. Bernstein on behalf of Defendant 1 Way Service Inc dbernstein@plunkettcooney.com,
   ssherbow@plunkettcooney.com
   Douglas C. Bernstein on behalf of Interested Party William Davidson Foundation
   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
   Douglas C. Bernstein on behalf of Interested Party McGregor Fund
   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
   Douglas C. Bernstein on behalf of Defendant Examworks Inc dbernstein@plunkettcooney.com,
   ssherbow@plunkettcooney.com
   Douglas C. Bernstein on behalf of Interested Party A. Paul and Carol C. Schaap Foundation
   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Edward J. Gudeman    on behalf of Defendant    Audio Visual Equipment & Supplies
           ejgudeman@gudemanlaw.com,
           ecf@gudemanlaw.com;lmerucci@ecf.inforuptcy.com;rtanner@ecf.inforuptcy.com;kdarr@ecf.inforuptcy.co
           m;kshinn@ecf.inforuptcy.com;ejgudeman@ecf.inforuptcy.com;brookard@ecf.inforuptcy.com
          Edward J. Hood    on behalf of Defendant    Colasanti Corporation ehood@clarkhill.com,
           atheisen@clarkhill.com
          Elizabeth Ann Favaro    on behalf of Defendant    Siemens Industry Inc
           elizabeth.favaro@bowmanandbrooke.com,  diana.murray@bowmanandbrooke.com
          Elizabeth Ann Favaro    on behalf of Interested Party    Siemens Industry Inc.
           elizabeth.favaro@bowmanandbrooke.com,  diana.murray@bowmanandbrooke.com
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
           bankruptcy@orlans.com,  ANHSOA@4stechnologies.com;anhsoa@gmail.com
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
           (Fannie Mae) bankruptcy@orlans.com,  ANHSOA@4stechnologies.com;anhsoa@gmail.com
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
           ANHSOA@4stechnologies.com;anhsoa@gmail.com
          Elizabeth M. Abood-Carroll    on behalf of Creditor    CitiMortgage, Inc. bankruptcy@orlans.com,
           ANHSOA@4stechnologies.com;anhsoa@gmail.com
          Elizabeth M. Abood-Carroll    on behalf of Creditor     M&T Bank bankruptcy@orlans.com,
           ANHSOA@4stechnologies.com;anhsoa@gmail.com
          Elizabeth M. Abood-Carroll    on behalf of Creditor    M&T Bank bankruptcy@orlans.com,
           ANHSOA@4stechnologies.com;anhsoa@gmail.com
          Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
           ANHSOA@4stechnologies.com;anhsoa@gmail.com
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
           bankruptcy@orlans.com,  ANHSOA@4stechnologies.com;anhsoa@gmail.com
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Rushmore Loan Management Services, LLC
           bankruptcy@orlans.com,  ANHSOA@4stechnologies.com;anhsoa@gmail.com
          Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
           bankruptcy@orlans.com,  ANHSOA@4stechnologies.com;anhsoa@gmail.com
          Elliot G. Crowder    on behalf of Defendant    W C Ducomb Co ecrowder@sbplclaw.com,
           lhaas@sbplclaw.com
          Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
           ecrowder@sbplclaw.com,  lhaas@sbplclaw.com
          Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
          Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
           carlson@millercanfield.com,  brashier@millercanfield.com
          Erika D. Hart    on behalf of Defendant    OAS Group Inc ehart@tauntlaw.com
          Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit efeldman@clarkhill.com
          Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
           efeldman@clarkhill.com
          Fred Neufeld    on behalf of Interested Party Fred Neufeld fneufeld@sycr.com
          Gordon J. Toering    on behalf of Defendant    EJ USA Inc gtoering@wnj.com
          H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
           jabdelnour@resnicklaw.net
          H. Nathan Resnick    on behalf of Defendant    Bauer & Hunter PLLC hnresnick@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
           Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
           Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
           Heath.Rosenblat@dbr.com,  Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
           Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
          Heather Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com
          Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
           hlennox@jonesday.com
          Heather Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com
          Heather Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com
          Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
          Heidi Peterson    hdpeterson75@gmail.com
          Howard Yale Lederman    on behalf of Creditor Ernest Flagg hlederman@normanyatooma.com
          Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
          Howard Yale Lederman    on behalf of Creditor Brian Greene hlederman@normanyatooma.com
          Hugh M. Davis    on behalf of Creditor Constance M. Phillips Info@ConLitPC.com
          Irma Industrious    on behalf of Creditor Irma Industrious iindustrious@yahoo.com,
           iimeldai123@gmail.com
          J. Paul Sugameli    on behalf of Defendant    Farrow Group Inc psugameli@sugamelilaw.com
          James Pelland    on behalf of Defendant    Metco Services Inc jpelland@fb-firm.com,
           psugars@fb-firm.com
          James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
           james.sprayregen@kirkland.com
          James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
           james.sprayregen@kirkland.com
          James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
           james.sprayregen@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          James J. Hayes    on behalf of Defendant    Alexander Chemical Corp attyjjhayes@gmail.com
          Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
          Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
           jeansartre@msn.com
          Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com,
           ssmith@kerr-russell.com
          Jason W. Bank    on behalf of Defendant    New England Fertilizer Company jbank@kerr-russell.com,
           ssmith@kerr-russell.com
          Jason W. Bank    on behalf of Defendant    Wade Trim Associates Inc. jbank@kerr-russell.com,
           ssmith@kerr-russell.com
          Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
           jbank@kerr-russell.com,  ssmith@kerr-russell.com
          Jason W. Bank    on behalf of Defendant    Hinshon Environmental Consulting, Inc.
           jbank@kerr-russell.com,  ssmith@kerr-russell.com
          Jayson  Ruff    on behalf of Creditor    Sprint Communications Company LP jruff@mcdonaldhopkins.com
          Jayson  Ruff    on behalf of Creditor    Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
          Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey  Rossman    on behalf of Defendant    U.S. Bank, N.A. jrossman@mwe.com,ncoco@mwe.com,
           Lhaidostian@mwe.com
          Jeffrey  Rossman    on behalf of Creditor    U.S. Bank, N.A. jrossman@mwe.com
          Jeffrey  Rossman    on behalf of Creditor    U.S. Bank National Association jrossman@mwe.com
          Jeffrey  Rossman    on behalf of Interested Party    U.S. Bank N.A. jrossman@mwe.com
          Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,
           tc@osbig.com;mk@osbig.com
          Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
          Jennifer  Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
           jbelveal@honigman.com,  mjohnson@honigman.com
          Jennifer  Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
           jbelveal@honigman.com,  mjohnson@honigman.com
          Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
           apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
           apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
          Jill Kristen Smith    on behalf of Creditor    Macomb County Jill.Smith@macombgov.org
          Jimmylee  Gray    on behalf of Defendant    Ampro Construction LLC j.gray50@comcast.net
          Jimmylee  Gray    on behalf of Defendant    Uniglobe Construction Co j.gray50@comcast.net
          Jimmylee  Gray    on behalf of Defendant    Kingsway Building & Maintenance j.gray50@comcast.net
          John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
          John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jstevens@mathesonparr.com,  nlmumma@aol.com
          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
           pjohnson@bredhoff.com;mforan@bredhoff.com
          John Joseph Ramirez    on behalf of Interested Party    Deutsche Bank AG, London
           john.ramirez@kattenlaw.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           john.sieger@kattenlaw.com
          John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
           jcanzano@kmsmc.com
          Jon M. Gaskell    on behalf of Defendant    Agar Lawn Sprinkler Systems Inc jgaskell@alldial.net
          Jonathan S. Green    on behalf of Defendant Michael  Hall green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
          Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
           green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant    City of Detroit green@millercanfield.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
           green@millercanfield.com
          Jonathan S. Taub    on behalf of Defendant    PVS Technologies Inc jtaub@pvschemicals.com,
           jon.taub1@comcast.net;dtheodore@pvschemicals.com
          Jong-Ju  Chang    on behalf of Creditor    Oakland County, Michigan jchang@dykema.com,
           dkelley@dykema.com;docket@dykema.com
          Jong-Ju  Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
           jchang@dykema.com,  dkelley@dykema.com;docket@dykema.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Joseph David Hess   on behalf of Defendant   Compuware Corporation jhess@honigman.com
Joseph David Hess   on behalf of Defendant   CW Professional Services LLC jhess@honigman.com
Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com,
 jfischer@carsonfischer.com
Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com,
 litdocket@honigman.com
Joshua Wheelock   on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
 joshwheelock@hotmail.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Judith Greenstone Miller   on behalf of Defendant   Election Systems & Software
 jmiller@jaffelaw.com,  dgoldberg@jaffelaw.com
Judith Greenstone Miller   on behalf of Creditor   ADP, LLC jmiller@jaffelaw.com,
 dgoldberg@jaffelaw.com
Judy B. Calton   on behalf of Creditor   120 W. Montcalm Properties LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   WC Hoover Investments, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Singent Consulting LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Kennedy Square Garage LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Mound Road Enterprises L.L.C. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Country West Apartments, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   LDM, LLC jcalton@honigman.com,  litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   3250 Associated LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   TSD Solutions LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   136 Bagley LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Delbruck Technology, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   440 Congress LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Stanne Consulting, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Tower Defense & Aerospace, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Olympia Office Building, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Gekko Enterprises LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Olympia Development of Michigan LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   VITEC, L.L.C. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Sunrise Parking LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Taggart Technologies LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Skyline Partners LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Cass Community Social Services, Inc.
 jcalton@honigman.com,  litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Compuware Corporation jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Defendant   CW Professional Services LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Seven Mile Partners, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Creditor   Arrow Uniform Rental, Inc. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
 litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Judy B. Calton   on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Cathedral Owner LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    3100 East Jefferson, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Oakland Plant Properties, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Magnolia Properties, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    4737 Conner Co., LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Enforcement Technology, Inc. jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan
                 jcalton@honigman.com,  litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Atwater Group jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Koehler Market LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Regency Owner LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Defendant   Sigma Associates Inc jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Country House Apartments jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Linwood Neighbors LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Attorney L. Katie Mason jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Mack Avenue Investors LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Seven Mile Holdings, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    MICMR, LLC jcalton@honigman.com,  litdocket@honigman.com
                Judy B. Calton   on behalf of Defendant   Compuware Corporation jcalton@honigman.com,
                 litdocket@honigman.com
                Judy B. Calton   on behalf of Creditor    Bean Little Investments, LLC jcalton@honigman.com,
                 litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants
           Association jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
           jteicher@ermanteicher.com
          Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
           karen.dine@kattenlaw.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
           kressk@pepperlaw.com
          Kenneth B. Vance    on behalf of Defendant    Z Contractors Inc kbvance@comcast.net,
           kbvance01@gmail.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank AG, London
           kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Intervenor-Defendant    Deutsche Bank AG, London
           kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kenneth E. Noble    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kenneth.noble@kattenlaw.com,  nyc.bknotices@kattenlaw.com
          Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov,
           michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Mary.compeau@usdoj.gov;Jack.Tubbs@usdoj.gov
          Kevin M. Baum    on behalf of Interested Party    Deutsche Bank Securities Inc.
           kevin.baum@kattenlaw.com
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Gibbs    on behalf of Defendant    Futurenet Group Inc KimberlyG@futurenetgroup.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
           kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
          L. Nichole Hunter    on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com,
           sobrien@alglawpc.com
          Lawrence A. Lichtman    on behalf of Creditor    660 Woodward Associates, LLC
           llichtman@honigman.com,  litdocket@honigman.com
          Leah Montesano    on behalf of Interested Party    Ambac Assurance Corporation
           leah.montesano@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       Leonora K. Baughman    on behalf of Respondent    Wayne County Treasurer ecf@kaalaw.com,
 Dchapman@ecf.courtdrive.com;konail@ecf.courtdrive.com;malexander@ecf.courtdrive.com;ksmith@ecf.co
 urtdrive.com;tsmith@ecf.courtdrive.com;csanders@ecf.courtdrive.com;Lbaughman@ecf.courtdrive.com
       Lisa Hill Fenning    on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
       Lisa Sommers Gretchko    on behalf of Creditor    Howard & Howard Attorneys PLLC
 lgretchko@howardandhoward.com,   ebarrett@howardandhoward.com
       Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
 lrochkind@jaffelaw.com,   dburris@jaffelaw.com
       M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
 dwhadden@umich.edu
       Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
 324 mkato@sachswaldman.com,   pmerchak@sachswaldman.com
       Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
 pmerchak@sachswaldman.com
       Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
 pmerchak@sachswaldman.com
       Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
 pmerchak@sachswaldman.com
       Mami  Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
 pmerchak@sachswaldman.com
       Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
 mkato@sachswaldman.com,   pmerchak@sachswaldman.com
       Mami  Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
 pmerchak@sachswaldman.com
       Mami  Kato    on behalf of Creditor    Detroit Police Command Officers Association
 mkato@sachswaldman.com,   pmerchak@sachswaldman.com
       Mami  Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
 pmerchak@sachswaldman.com
       Marc N. Swanson    on behalf of Defendant    Detroit City Council swansonm@millercanfield.com
       Marc N. Swanson    on behalf of Defendant Michael  Hall swansonm@millercanfield.com
       Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
 swansonm@millercanfield.com
       Marc N. Swanson    on behalf of Defendant    City of Detroit swansonm@millercanfield.com
       Marc N. Swanson    on behalf of Defendant Michael  Duggan, Mayor swansonm@millercanfield.com
       Marc N. Swanson    on behalf of Defendant    City of Detroit, Michigan swansonm@millercanfield.com
       Marcy J. Ford    on behalf of Creditor    Bank of America, N.A. easternecf@trottlaw.com
       Marguerite Hammerschmidt    on behalf of Interested Party    Haas & Goldstein P.C.
 admin@hammer-stick.com
       Mark  Wasvary    on behalf of Creditor    Hyde Park Co-Operative, et al. mark@wasvarylaw.com
       Mark  Wasvary    on behalf of Creditor    Plymouth Square Ltd. Housing Association
 mark@wasvarylaw.com
       Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
       Mark B. Berke    on behalf of Defendant    Birks Works Environmental LLC mberkelaw@gmail.com
       Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
 jbrown@steinbergshapiro.com
       Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets
 Association shapiro@steinbergshapiro.com,   jbrown@steinbergshapiro.com
       Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
 shapiro@steinbergshapiro.com,   jbrown@steinbergshapiro.com
       Mark H. Shapiro    on behalf of Interested Party    Greenhill & Co., LLC
 shapiro@steinbergshapiro.com,   jbrown@steinbergshapiro.com
       Mark L. McAlpine    on behalf of Other Professional    McAlpine PC mlmcalpine@mcalpinelawfirm.com,
 dajaworski@mcalpinepc.com;nanichols@mcalpinepc.com
       Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
 mrj@wwrplaw.com
       Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
       Mark S. Frankel    on behalf of Defendant    Tooles Contracting Group LLC mfrankel@couzens.com
       Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
       Mark S. Frankel    on behalf of Defendant    Motor City Pipe & Supply Co mfrankel@couzens.com
       Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
 bankrout@davispolk.com
       Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
 cobbm@detroitmi.gov,   mbcobbs@flash.net
       Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
 mbcobbs@flash.net
       Mary Kay Shaver    on behalf of Creditor    Varnum LLP mkshaver@varnumlaw.com
       Matthew  Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
       Matthew  Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
       Matthew  Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan wilkins@bwst-law.com,   marbury@bwst-law.com
       Matthew  Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
 wilkins@bwst-law.com,   marbury@bwst-law.com
       Matthew  Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
 wilkins@bwst-law.com,   marbury@bwst-law.com
       Matthew  Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
 wilkins@bwst-law.com,   marbury@bwst-law.com
       Matthew  Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 wilkins@bwst-law.com,   marbury@bwst-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Matthew Wilkins   on behalf of Intervenor-Plaintiff   Official Committee of Retirees of the City
        of Detroit, Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
        Matthew D. Harper   on behalf of Interested Party   City of Detroit Water and Sewerage Department
        mdharper@eastmansmith.com
        Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und
        Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
        Matthew Gernet Summers   on behalf of Creditor   FMS Wertmanagement summersm@ballardspahr.com
        Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
        summersm@ballardspahr.com
        Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG
        summersm@ballardspahr.com
        Max J. Newman   on behalf of Interested Party   Wayne County Corporation newman@butzel.com
        Michael A. Stevenson   on behalf of Interested Party   Clark Associates, Inc. mas@sbplclaw.com,
        rschultz@sbplclaw.com
        Michael A. Stevenson   on behalf of Defendant   Clark Associates Inc mas@sbplclaw.com,
        rschultz@sbplclaw.com
        Michael Anthony Karman   on behalf of Creditor   Fountain Court Consumer Housing Cooperative
        makarmanesq@gmail.com
        Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
        Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
        Michael H. Perry   on behalf of Defendant   Fraser Trebilcock Davis & Dunlap PC
        mperry@fraserlawfirm.com
        Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
        Michael R. Bell   on behalf of Interested Party   State of Michigan, Department of Attorney
        General BellM1@michigan.gov
        Michael R. Bell   on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
        Michael Robert Wolin   on behalf of Defendant   Systems & Software Inc mike@tishlaw.com
        Michael S. Leib   on behalf of Interested Party   Maddin Hauser Wartell Roth & Heller, PC
        msl@maddinhauser.com,  bac@maddinhauser.com
        My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
        mao-bk-ecf@debevoise.com
        Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
        Nabih H. Ayad   on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
        Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
        Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP
        ayadlaw@hotmail.com
        Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
        Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
        Neil Matthew Berger   on behalf of Plaintiff   City of Detroit, Michigan dperson@teamtogut.com,
        dcahir@teamtogut.com,twiener@teamtogut.com,smcgrath@teamtogut.com,ygreenberg@teamtogut.com,
        seratner@teamtogut.com,dgeoghan@teamtogut.com,neilberger@teamtogut.com,scurrie@teamtogut.com,
        abrogan@teamtogut.com,bmoore@teamtogut.com,dsmith@teamtogut.com,jlee@teamtogut.com,
        echafetz@teamtogut.com,awinchell@teamtogut.com,hmagaliff@teamtogut.com
        Neil R. Sherman   on behalf of Creditor   Flagstar Bank, FSB nsherman@sspclegal.com,
        stremonti1@sspclegal.com
        Neil R. Sherman   on behalf of Interested Party   CitiMortgage, Inc. nsherman@sspclegal.com,
        stremonti1@sspclegal.com
        Neil R. Sherman   on behalf of Interested Party   Schneiderman and Sherman, P.C.
        nsherman@sspclegal.com,  stremonti1@sspclegal.com
        Neil R. Sherman   on behalf of Interested Party   Kondaur Capital Corporation
        nsherman@sspclegal.com,  stremonti1@sspclegal.com
        Niraj R. Ganatra   on behalf of Attorney   UAW - Solidarity House Nganatra@uaw.net
        Noah J. Ornstein   on behalf of Interested Party   Syncora Guarantee Inc.
        noah.ornstein@kirkland.com
        Noah J. Ornstein   on behalf of Interested Party   Syncora Capital Assurance Inc.
        noah.ornstein@kirkland.com
        Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan
        Paige.Barr@kattenlaw.com
        Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
        mkisell@plunkettcooney.com
        Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan
        pmears@btlaw.com
        Patrick W. Carothers   on behalf of Defendant   Carmeuse Lime Inc pcarothers@leechtishman.com,
        bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
        Paul H. Saint-Antoine   on behalf of Defendant   Wilmington Trust, N.A.
        Paul.Saint-Antoine@dbr.com,  Todd.Hutchison@dbr.com;James.Williamson@dbr.com
        Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
        phage@jaffelaw.com,  jtravick@jaffelaw.com
        Paul R. Hage   on behalf of Defendant   Inland Waters Pollution Control Inc. phage@jaffelaw.com,
        jtravick@jaffelaw.com
        Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation
        phage@jaffelaw.com,  jtravick@jaffelaw.com
        Paul R. Hage   on behalf of Defendant   Election Systems & Software phage@jaffelaw.com,
        jtravick@jaffelaw.com
        Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
        Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
        Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of
        Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
          marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
          Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter Paul Sudnick    on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com,
          psudnick13@gmail.com
          Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
          Randall A. Brater    on behalf of Interested Party    Ambac Assurance Corporation
          randall.brater@arentfox.com
          Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
          RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
          RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
          RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
          Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
          Pentiukpc@aol.com
          Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
          RPentiuk@PCK-Law.Com,  Pentiukpc@aol.com
          Raymond  Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
          Raymond  Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
          richardmack@millercohen.com,  mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Coalition of Detroit Unions
          richardmack@millercohen.com,  mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
          State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com,  mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
          State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
          mcoil@millercohen.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
          Department ecf@kaalaw.com,
          konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdr
          ive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;tsmith@ec
          f.courtdrive.com;male
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit, Water and Sewerage
          Department ecf@kaalaw.com,
          konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdr
          ive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;tsmith@ec
          f.courtdrive.com;male
          Robert  Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
          robert.darnell@usdoj.gov
          Robert  Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
          County and Municipal Employees rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
          rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert  Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
          County and Municipal Employees rfetter@millercohen.com,
          richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
          com
          Robert A. Weisberg    on behalf of Defendant    Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM,
          rweisberg@carsonfischer.com;njudge@carsonfischer.com
          Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
          rweisberg@carsonfischer.com;njudge@carsonfischer.com
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
          Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
          rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.    on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert J. Figa    on behalf of Defendant    D A Central Inc RFiga@Comlawone.com
          Robert J. Figa    on behalf of Defendant    Vancon Inc RFiga@Comlawone.com
          Robert M. Sosin    on behalf of Defendant    Universal System Technologies Inc robert@asnlaw.com
          Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
          bbassel@gmail.com,  robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
          robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
          bbassel@gmail.com,  robertbassel@hotmail.com
          Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
          robertbassel@hotmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
        bbassel@gmail.com,  robertbassel@hotmail.com
        Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
        kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
        kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com,
        kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
        kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com,
        kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Debtor In Possession   City of Detroit, Michigan
        hertzbergr@pepperlaw.com,  kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Interested Party    Pepper Hamilton LLP
        hertzbergr@pepperlaw.com,  kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
        kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
        kuschj@pepperlaw.com
        Robert S. Hertzberg    on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com,
        kuschj@pepperlaw.com
        Roger Q. Hyde    on behalf of Defendant    Able Demolition Inc. rogerqhyde@sbcglobal.net
        Ronald A. Spinner    on behalf of Defendant   City of Detroit, Michigan spinner@millercanfield.com
        Ronald A. Spinner    on behalf of Debtor In Possession   City of Detroit, Michigan
        spinner@millercanfield.com
        Rozanne M. Giunta    on behalf of Interested Party    State of Michigan, Department of Attorney
        General rmgiunta@lambertleser.com,  amckeoun@lambertleser.com
        Rozanne M. Giunta    on behalf of Interested Party    State of Michigan rmgiunta@lambertleser.com,
        amckeoun@lambertleser.com
        Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
        jdobrzycki@lippittokeefe.com
        Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
        Association rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
        Ryan  Plecha    on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
        rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
        Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
        rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
        Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
        jdobrzycki@lippittokeefe.com
        Ryan  Plecha    on behalf of Plaintiff   Detroit Retired City Employees Association
        rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
        Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
        jdobrzycki@lippittokeefe.com
        Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
        jdobrzycki@lippittokeefe.com
        Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
        ryan.bennett@kirkland.com,
        dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
        irkland.com
        Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
        dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
        irkland.com
        Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
        ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
        justin.bernbrock@kirkland.com,
        dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
        irkland.com
        Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
        ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
        justin.bernbrock@kirkland.com,
        dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
        irkland.com
        Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
        ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
        dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com;noah.ornstein@k
        irkland.com
        Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
        Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
        Sandra L. O'Connor    on behalf of Interested Party    US Health & Life Insurance Company
        soconnor@glmpc.com
        Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
        david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
        stravis@wolfsonbolton.com
        Scott Eric Ratner    on behalf of Defendant    Detroit Thermal, LLC dperson@teamtogut.com
        Scott Eric Ratner    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com
        Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Scott W. Rooney   on behalf of Defendant   Olive Delivery Service LLC scott@nemesassociates.com,
           alison@nemesassociates.com
          Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Sean P. McNally   on behalf of Defendant   Kotz Sangster Wysocki & Berg PC
           smcnally@kotzsangster.com,  jhopko@kotzsangster.com
          Shanna Marie Kaminski   on behalf of Interested Party   City of Detroit Water and Sewerage
           Department ,  pjozwiak@schaferandweiner.com
          Shanna Marie Kaminski   on behalf of Defendant   Detroit Water and Sewerage Department ,
           pjozwiak@schaferandweiner.com
          Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit
           sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Interested Party   General Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Interested Party   Police and Fire Retirement System of the City
           of Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Defendant   Eastern Oil Co sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Defendant   J Ranck Electric Inc sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Defendant   Camp Dresser & McKee sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Defendant   CDM Michigan Inc sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Defendant   Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Defendant   David Wm Ruskin sdeeby@clarkhill.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
          Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of
           State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees
           slevine@lowenstein.com
          Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
           lawtoll@comcast.net
          Sheryl L. Toby   on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com,
           dguerrero@dykema.com
          Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com,
           dguerrero@dykema.com
          Stanley L. de Jongh   on behalf of Interested Party   City of Detroit Law Department
           jongsl@detroitmi.gov
          Stanley L. de Jongh   on behalf of Debtor In Possession   City of Detroit, Michigan
           jongsl@detroitmi.gov
          Stephen  Wolpert   on behalf of Creditor   Macomb County stephen.wolpert@dechert.com
          Stephen B. Grow   on behalf of Creditor   UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen B. Grow   on behalf of Creditor   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow   on behalf of Defendant   Merrill Lynch Capital Services, Inc. sgrow@wnj.com,
           kfrantz@wnj.com
          Stephen B. Grow   on behalf of Defendant   UBS AG sgrow@wnj.com,  kfrantz@wnj.com
          Stephen J. Pokoj   on behalf of Defendant   Applied Science Inc spokoj@fildewhinks.com
          Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Plaintiff   City of Detroit, Michigan
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Defendant   Detroit City Council laplante@millercanfield.com,
           skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
          Steven G. Howell   on behalf of Interested Party   State of Michigan showell@dickinsonwright.com
          Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Stuart A. Gold   on behalf of Defendant   Binkelman Corp. sgold@glmpc.com
          Stuart A. Gold   on behalf of Defendant   Federal Pipe & Supply Inc sgold@glmpc.com
          Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com
          Susheel  Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Susheel  Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
          Tamar  Dolcourt   on behalf of Debtor In Possession   City of Detroit, Michigan
           tdolcourt@foley.com
          Thomas B. Radom   on behalf of Defendant   Wolverine Oil & Supply Co., Inc Radom@butzel.com
          Thomas B. Radom   on behalf of Defendant   DeMaria Building Company Radom@butzel.com
          Thomas B. Radom   on behalf of Defendant   Detroit Contracting Inc LLC Radom@butzel.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Thomas B. Radom    on behalf of Defendant    DCI Wolverine JV Radom@butzel.com
            Thomas B. Radom    on behalf of Defendant    Computech Corporation Radom@butzel.com
            Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
             tchristy@garanlucow.com
            Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
             morris@silvermanmorris.com,  kjordan@silvermanmorris.com
            Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
             kjordan@silvermanmorris.com
            Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
             kjordan@silvermanmorris.com
            Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
             Association morris@silvermanmorris.com,  kjordan@silvermanmorris.com
            Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
             morris@silvermanmorris.com,  kjordan@silvermanmorris.com
            Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
             kjordan@silvermanmorris.com
            Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
             morris@silvermanmorris.com,  kjordan@silvermanmorris.com
            Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
             kjordan@silvermanmorris.com
            Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
            Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
             fusco@millercanfield.com
            Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
            Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com,
             allardfishpc@yahoo.com
            Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
             tgraves@allardfishpc.com,  allardfishpc@yahoo.com
            Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
             tgraves@allardfishpc.com,  allardfishpc@yahoo.com
            Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
             tgraves@allardfishpc.com,  allardfishpc@yahoo.com
            Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
             allardfishpc@yahoo.com
            Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP
             tgraves@allardfishpc.com,  allardfishpc@yahoo.com
            Timothy R. Graves    on behalf of Interested Party    Monarch Alternative Capital LP
             tgraves@allardfishpc.com,  allardfishpc@yahoo.com
            Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
             allardfishpc@yahoo.com
            Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
             allardfishpc@yahoo.com
            Todd W. Grant    on behalf of Defendant    Waterworks Systems & Equipment tgrant@cqlawfirm.com,
             pcavanaugh@cqlawfirm.com
            Todd W. Grant    on behalf of Defendant    E L Bailey & Co Inc tgrant@cqlawfirm.com,
             pcavanaugh@cqlawfirm.com
            Todd W. Grant    on behalf of Defendant    North-West Trading Co tgrant@cqlawfirm.com,
             pcavanaugh@cqlawfirm.com
            Todd W. Grant    on behalf of Defendant    Clarks Construction tgrant@cqlawfirm.com,
             pcavanaugh@cqlawfirm.com
            Todd W. Grant    on behalf of Defendant    Blue Star Inc tgrant@cqlawfirm.com,
             pcavanaugh@cqlawfirm.com
            Todd W. Grant    on behalf of Defendant    KEO and Associates Inc. tgrant@cqlawfirm.com,
             pcavanaugh@cqlawfirm.com
            Tracy M. Clark    on behalf of Defendant    A & M Trucking Inc clark@steinbergshapiro.com
            Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky    on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Trevor J. Zamborsky    on behalf of Creditor Donald  Harris tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Interested Party   1983 Claimants tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Theriot tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Theresa  Chalch tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Rodney  Heard tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Angela  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Yvette  Spencer tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Clementine  Stephens tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Michael  McKay tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jay  Woods tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Laverne  Covington tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Eddie  Moore tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Otis  Evans tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor John  Collins tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Gary  Musser tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Marily  Cloyd tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Phyllis  Tharpe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeffrey  Peterson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Donna  Weatherspoon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Robert  Hall tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jeremiah  Duren tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Mario  Littlejohn tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jennifer  Harris-Barnes tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Jermaine  Gleen tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Taesean  Parnell tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Tarita  Wilburn tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Brandon  Gilbert tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Gregory  Brazell tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Robert  Mcgowen tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Terry  Hardison tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Henry  Hassan tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Woodrow  Roberson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Daniel  Latanzio tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Antonio  Brooks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Carolyn  Harp tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Ray  Lizzamore tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Landon  Banks tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson, Jr. tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Trevor J. Zamborsky   on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor David  Both tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Trevor J. Zamborsky   on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
             trevor.zamborsky@gmail.com
            Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy
             vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
            Wallace M. Handler   on behalf of Defendant   Tetra Tech Mps whandler@swappc.com,
             kgleeson@swappc.com,  ckrause@swappc.com
            Wendy Turner Lewis   on behalf of Defendant   Pyratech Security Systems Inc wtlewis@ameritech.net
            William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
            William H. Goodman   on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
            William H. Goodman   on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
            William H. Goodman   on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
            William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
            William H. Goodman   on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
            William J. Barrett   on behalf of Defendant   Genuine Parts Company william.barrett@bfkn.com
            William Norman Listman   on behalf of Interested Party   Southeastern Oakland County Water
             Authority wlistman@davislistman.com
            William Pfeiffer Smith   on behalf of Creditor   U.S. Bank National Association wsmith@mwe.com
            William W. Kannel   on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
            William W. Kannel   on behalf of Creditor   Fidelity Management & Research Company
             wkannel@mintz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com,
        amckeoun@lambertleser.com
        Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
        yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Defendant    Toter Incorporated yotc_ecf@yahoo.com,
        yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
        yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Defendant    Capp, Inc. yotc_ecf@yahoo.com,
        yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
        yotc_ecf@yahoo.com,   yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Defendant    Kessler International yotc_ecf@yahoo.com,
        yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Defendant    Capp USA yotc_ecf@yahoo.com,
        yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
        yo_ecf@osbig.com;tc_ecf@osbig.com

                                                 TOTAL: 716