UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
Southern Division – Detroit

| | |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Ch. 9<br>Case No. 13-53846 |
| *Debtor*. | Hon. Thomas J. Tucker |
| CITY OF DETROIT, MICHIGAN, | |
| *Plaintiff*, | |
| v. | Adv. Proc. No. 15-05198 |
| J E ASSOCIATES INC., | |
| *Defendant*. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that the undersigned appears as counsel to JE Associates, Inc., and requests that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on:

> Evan A. Burkholder
> LeClair Ryan
> 290 Town Center Drive 4th Fl
> Dearborn, MI 48126

> Respectfully submitted,

> /s/Evan A. Burkholder
> Evan A. Burkholder (MI P67986)
> LeClair Ryan
> 290 Town Center Drive 4th Fl
> Dearborn, MI 48126
> 313-583-5955
> evan.burkholder@leclairryan.com

> ATTORNEYS FOR J E ASSOCIATES