# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>    Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2016, he served a copy of the Order Sustaining Debtor's Thirty-Sixth Omnibus Objection to Certain Claims (Insufficient Documentation) upon Cheryl Minniefield, via first class mail, as follows:

Cheryl Minniefield
14175 Glastonbury Ave.
Detroit, MI 48223


DATED: April 15, 2016

                        By: /s/ Marc N. Swanson
                             Marc N. Swanson
                             150 West Jefferson, Suite 2500
                             Detroit, Michigan 48226
                             Telephone: (313) 496-7591
                             Facsimile: (313) 496-8451
                             swansonm@millercanfield.com