UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                                Chapter 9

            Debtor.                                       Judge Thomas J. Tucker
_____/

**ORDER REGARDING THE CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN
ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT AND (II) REQUIRING THE
DISMISSAL OF THE STATE COURT ACTION FILED BY TANYA HUGHES**

This case is before the Court on a motion filed by the City of Detroit, entitled "City of

Detroit's Motion for Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II)

Requiring the Dismissal of the State Court Action Filed by Tanya Hughes" (Docket # 9970, the

"Motion").

Today the Court has filed a written opinion regarding the Motion. For the reasons stated

by the Court in its written opinion,

IT IS ORDERED that:

1.  The Motion (Docket # 9970) is granted to the extent of the relief provided in this Order, and
    otherwise is denied.

2.  Ms. Hughes is ordered to dismiss, or cause to be dismissed, her currently pending state court
    action concerning her dismissal from the Detroit Police Department (*Hughes v. City of
    Detroit*, Wayne County Circuit Court Case No. 15-0025360-CD) and is enjoined from
    pursuing her claim in any other forum, except in proceedings in this Court under ¶¶ 3 and 4
    of this Order, below.

3.  The injunction and dismissal against Ms. Hughes are without prejudice to Ms. Hughes's right
    to file a proof of claim in the City's bankruptcy case.

4.  The City retains its right to object to any proof of claim Ms. Hughes may file on any grounds,
    including untimeliness.

**Signed on April 15, 2016**                    /s/ Thomas J. Tucker
                                                 **Thomas J. Tucker**
                                                 **United States Bankruptcy Judge**

2