UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Case No. 13-53846

CITY OF DETROIT, MICHIGAN,	Chapter 9

             Debtor.	Judge Thomas J. Tucker
_____/

**ORDER REGARDING THE CITY OF DETROIT'S MOTION FOR (I) DETERMINATION THAT THE GOODMAN ACKER AND HAAS & GOLDSTEIN LAW FIRMS HAVE VIOLATED THE PLAN OF ADJUSTMENT BY (A) REFUSING TO HONOR AN ADR SETTLEMENT AND/OR (B) SEEKING RELIEF ON A PRE-PETITION CLAIM BEYOND THAT ALLOWED BY THE PLAN OF ADJUSTMENT AND (II) ORDER ENJOINING FURTHER VIOLATIONS**

This case is before the Court on a motion filed by the City of Detroit, entitled "City of Detroit's Motion for Determination that the Goodman Acker and Haas & Goldstein Law Firms have Violated the Plan of Adjustment by (A) Refusing to Honor an ADR Settlement and/or (B) Seeking Relief on a Pre-Petition Claim Beyond that Allowed by the Plan of Adjustment and (II) Order Enjoining Further Violations" (Docket # 9893, the "Motion").

The Court held a hearing on the Motion on June 10, 2015. Following the hearing, the Court entered an order (Docket # 9969) resolving a number of issues related to the Motion and scheduling a further hearing to address the remaining issues for September 16, 2015.

In advance of the September 16 hearing, the City filed a brief in support of the Motion (Docket # 10022). Haas & Goldstein filed a Response (Docket # 10116), and the City filed a Reply (Docket # 10134). Following the September 16, 2015 hearing, the Court took the matter under advisement.

Today the Court has filed a written opinion regarding the Motion. For the reasons stated by the Court in its written opinion,

IT IS ORDERED THAT:

1. The Motion (Docket # 9893) is granted to the extent of the relief provided in this Order, and otherwise is denied or deemed resolved by agreement of the parties.

2. Haas is ordered to dismiss, or cause to be dismissed, the currently pending state court lawsuit in which Haas represents Summit Medical Group, PLLC and Summit Physicians Group, PLLC ("Summit"), regarding care Summit provided to Ms. Sheila Williams (*Summit Med. Grp. (Sheila Williams) v. City of Detroit*, Wayne County Circuit Court Case No. 14-010025-NF).

3. The dismissal of the Summit case will be deemed to be without prejudice to Summit's right to be paid for medical care provided to Ms. Williams, in accordance with the Article IV, Section 5 of the City's confirmed Eighth Amended Plan for the Adjustment of Debts (Docket # 8045), as modified by the order confirming the Plan (Docket # 8272), to the extent Summit has not already been paid.

4. In no event are Haas and Summit permitted to pursue any action to recover attorney fees or interest for any delay in the City's payments related to Ms. Williams's medical treatment.

**Signed on April 15, 2016**       **/s/ Thomas J. Tucker**
                                   **Thomas J. Tucker**
                                   **United States Bankruptcy Judge**