UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

          Debtor.  Judge Thomas J. Tucker
_____/

**ORDER DENYING THE CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT AND (II) REQUIRING THE WITHDRAWAL WITH PREJUDICE OF THE AUGUST 2, 2013, GRIEVANCE FILED BY THE SENIOR ACCOUNTANTS, ANALYSTS, AND APPRAISERS ASSOCIATION ON BEHALF OF CEDRIC COOK**

This case is before the Court on a motion filed by the City of Detroit, entitled "City of Detroit's Motion for Entry of an Order (I) Enforcing the Plan of Adjustment and (II) Requiring the Withdrawal with Prejudice of the August 2, 2013, Grievance filed by the Senior Accountants, Analysts, and Appraisers Association [the 'SAAA'] on Behalf of Cedric Cook" (Docket # 10183, the "Motion").

Today the Court has filed a written opinion regarding the Motion. For the reasons stated by the Court in its written opinion,

IT IS ORDERED that the Motion (Docket # 10183) is denied.

**Signed on April 15, 2016**        **/s/ Thomas J. Tucker**
      **Thomas J. Tucker**
      **United States Bankruptcy Judge**