**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| In Re: | Case No. 13-53846-tjt |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

**REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES**

PLEASE TAKE NOTICE that Stephen B. Grow, on behalf of Creditors Merrill Lynch Capital Services, Inc., and UBS AG, requests to be removed from receiving electronic notices in the above-captioned case at the following email address:

- sgrow@wnj.com

                                                 Respectfully submitted,

                                                 WARNER NORCROSS & JUDD LLP

Dated: April 18, 2016               /s/ Stephen B. Grow
                                                     Stephen B. Grow (P39622)
                                                     111 Lyon St. NW Suite 900
                                                     Grand Rapids, MI 49503
                                                     (616) 752-2158
                                                     sgrow@wnj.com

14329708