*CORRECTED*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit, Michigan
2 Woodward Avenue
Suite 1126
Detroit, MI 48226
    **Debtor.**

CASE NO: 13-53846-tjt
CHAPTER: 9

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on ___04-09-2016___ (date of mailing), I served copies as follows:

1. Document(s) served:
   Written objection to eliminate or change my claim.

2. Served upon [name and address of each person served]:

   Clerk of the Court
   United States Bankruptcy Court
   211 W. Fort Street, Suite 2100
   Detroit, MI 48226

   Marc A. Swanson
   Miller, Canfield, Paddock
   and Stone, PLC
   150 West Jefferson, Suite 2500
   Detroit, MI 48226

3. By First Class Mail.

Dated: 04-09-2016

Kendra McDonald
(Signature)

Print Name: Kendra McDonald