# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

In re:                                              Debtor

City of Detroit, Michigan         Bankruptcy Case No. 13-53846

Honorable Thomas J. Tucker Chapter 9

## DEBTOR'S THIRTY-SIXTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

## OBJECTION OF CHERYL MINNIEFIELD TO THE ABOVE

I opposed the city's objection to my claim #3292. I have sufficient documentation to support my claim that I am owed my vacation time and swing-holiday time in my bank, which I earned during my time at work for the City of Detroit. (See exhibit # 1 a print out of my time bank, PDS INQUIRY.) It shows I was paid my sick time in my bank that I earned but was denied my vacation and swing holiday time I earned in my bank. It shows 160 hrs. Vacation time and 32.0 hrs. Swing Holiday time still in my bank to date.

I filed a complaint with the city of Detroit Ombudsman's Office regarding my being denied my payout of my time in my bank. (See exhibit #2) the city's response to deny me was based on the unjust discharge (claim #3294).

April 15, 2016

Respectfully Submitted,

*/s/ Cheryl Minniefield*

By: Cheryl Minniefield
14175 Glastonbury Ave.
Detroit, MI 48223
Phone# 313-837-5048
cminniefi@yahoo.com

```
♦PPIQ.♦♦011♦077464300♦        ♦
MINNIEFIELD,CHERYL         CITY OF DETROIT        INQUIRY-11  LAST PAY=122
EMP-ID: 077464300  PEN:195456      04-13-2016   AGY:  62  PC: B  UNIT: 5520
 -- S I C K   L E A V E  -- VACATION   SWING  C-TIME  PREVIOUS  PERS    FY
 -BANK--RESERVE--ERN--TAKEN    BANK   HOLIDAY   BANK   C-TIME   DAYS  SWING
   0.0     0.0   00    0.0    160.0    32.0    0.0      0.0     0.0     4
 -- SICK -- ******* --VACATION---  FISC.  FIRST  MONTH    PT   LONG  T U B
 BF AF OT TARDY  ACC BON  PRO     HOURS  HOURS  HOURS  HOURS  HOURS  C C C
 00 00 00  000   0.0  00  0.0      0.0    0.0  0.043835.5     0.0   0 0 0

              FISCAL YTD C-TIME EARNED       0.0



*************************************************************            **
*                                                            *
*   PLEASE ENTER PPIQ.SOF WHEN YOU ARE DONE WITH INQUIRY     *
*                                                            *
*************************************************************

                                             Rec      Form  1  9 Page 1
```

*Exhibit #1* (handwritten)

*PD* / *PPIQ Inquiry* (handwritten annotations)

DURENE L. BROWN
CITY OF DETROIT
OFFICE OF THE OMBUDSMAN

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 114
DETROIT, MICHIGAN 48226
PHONE 313•224•6000 TTY:311
FAX 313•224•1911
WWW.DETROITMI.GOV

March 20, 2014

Exhibit #2

Ms. Cheryl Minniefield
14175 Glastonbury
Detroit, MI 48223

Dear Ms. Minniefield:

While investigating the circumstances surrounding your complaint This Office spoke with the Deputy Water Department Director Mr. Darryl Latimer on March 20, 2014.. The DWSD administration and its Director Ms. McCormic have stated the following, "The Water and Sewerage Department will not provide a vacation bank payout to a former employee that stole work hours from the Department. According to the administration, work hours were placed in the work brain system for employees that were not actually in attendance. The administration further states that a grievance was filed and the decision was upheld in arbitration.

In addition to the statement made by DSWD to our office, Mr. Latimer also states that on several occasions they have informed you of their decision and have explained how they reached that decision. Complaint # 14-100151 is considered closed.

If you have any additional questions or concerns, please contact me at 313-224-7140.

Bruce Simpson
Assistant Ombudsman IV

*Getting problems out of the way, so that progress can occur.*



## CITY OF DETROIT
## OMBUDSMAN

Durene L. Brown, City Ombudsman

**Complaint Number:** 14-100151

**Date Received:** March 19, 2014          **Received By:** Bruce C. Simpson

**Department:** WATER

**Complaint Location:** Water          **Zip Code:**

**Between:** Administration

**Complainant:** Cheryl Minniefield
14175 Glastonbury

Detroit, MI 48223
**Home Phone:** (313) 837-5048          **Work Phone:** (313) 933-5503
**Organization:**

**Complaint Description:**

The complainant states that they were terminated on April 5, 2011 and they have not received payment for their accumalated vacation bank. The complainant further states that on January, 15, 2014 they retired and were informed by the Pension that they were entitled to their vacation pay. According to the complainant, they spoke with Ms. Maria Young of DWSD Human Resources Division and they cannot approve the payout without the consent of the administration. Please Investigate.

**Please respond to complaint by April 18, 2014 on attached response sheet**

*Exhibit #2*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**IN RE:**

CASE NO: 3-53846
CHAPTER: 9

**Debtor.** City of Detroit

## CERTIFICATE OF SERVICE

I hereby certify that on  4-15-16  (date of mailing), I served copies as follows:

1. Document(s) served: Objection of Cheryl Minniefield to Debtor's Thirty-Sixth omnibus objection to certain claims

2. Served upon [name and address of each person served]:
   Marc N. Swanson
   Miller, Canfield, Paddock and Stone, PLC
   150 West Jefferson Suite 2500
   Detroit, MI 48226

3. By First Class Mail.

Dated: 4/15/2016

(Signature)

Print Name: Cheryl Minniefield