UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION AGAINST EMMANUEL PALMER FOR (I) VIOLATION OF THE AUTOMATIC STAY, BAR DATE ORDER AND PLAN OF ADJUSTMENT AND (II) DISMISSAL OF HIS DISTRICT COURT LAWSUIT**

This case is before the Court on the City of Detroit's Motion Against Emmanuel Palmer for (I) Violation of the Automatic Stay, Bar Date Order and Plan of Adjustment and (II) Dismissal of His District Court Lawsuit (Docket # 10988, the "Motion"), and no timely response to the Motion having been filed, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**IT IS ORDERED THAT:**

1. The Motion is granted.

2. No later than April 26, 2016, Emmanuel Palmer must dismiss, or cause to be dismissed, with prejudice the City of Detroit from Case No. 13-15164 filed in the United States District Court for the Eastern District of Michigan ("District Court Lawsuit").

3. Emmanuel Palmer is permanently barred, estopped and enjoined from asserting any claims described in the District Court Lawsuit, or the alleged conduct forming the basis of the District Court Lawsuit, against the City of Detroit or property of the City of Detroit, in the District Court Lawsuit or in any other action or proceeding.

4. The Court will retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on April 18, 2016**

                                                    /s/ Thomas J. Tucker
                                                  Thomas J. Tucker
                                                  United States Bankruptcy Judge