# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER ADJOURNING HEARING ON DEBTOR'S OBJECTION TO CLAIM NUMBER 2780 FILED BY THOMAS NUNLEY

Upon the stipulation (Docket # 11100) of the City of Detroit (the "City") and Thomas Nunley, the holder of Claim Number 2780, for entry of an order adjourning the hearing on the City's Fifteenth Omnibus Objection to Certain No-Basis Claims (Docket # 9739) as to Claim Number 2780 only (the "Objection"); and the Court being fully advised in the premises;

IT IS ORDERED that the hearing on the Objection as to Claim Number 2780 only, scheduled to be held on April 27, 2016 at 11:00 a.m. is adjourned to **May 18, 2016 at 1:30 p.m.**

.

**Signed on April 20, 2016**

                                                   /s/ Thomas J. Tucker
                                                   Thomas J. Tucker
                                                   United States Bankruptcy Judge