# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On March 30, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Debtor's Thirty-Sixth Omnibus Objection to Certain Claims Docket No. 10811]

Furthermore, on March 30, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit B**:

- Debtor's Thirty-Seventh Omnibus Objection to Certain Claims [Docket No. 10812]

/s/ Stephanie Delgado
Stephanie Delgado
KCC
2335 Alaska Ave
El Segundo, CA 90245

# Exhibit A

**Exhibit A**
**36th Omnibus Objection to Claims**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Irma Industrious | 6002 Diamond Ruby Ste 3 | Christiansted | VI | 00820-5226 |

# Exhibit B

**Exhibit B**
**37th Omnibus Objection to Claims**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Taubitz, Dennis M | Address Redacted | | | |