# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Chapter 9

City of Detroit, Michigan,  Case No. 13-53846

    Debtor.  Hon. Thomas J. Tucker

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On April 13, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Debtor's Forty-Second Omnibus Objection to Certain Claims (Bond Claims that Have Been Satisfied or Released) [Docket No. 10940]

Furthermore, on April 13, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit B**:

- Order Sustaining Debtor's Twenty-Sixth Omnibus Objection to Certain Claims (Utility Deposit Claims Not Subject to the Claims Process in This Bankruptcy Case) [Docket No. 10996]

Dated: April 15, 2016

    /s/ Stephanie Delgado
    Stephanie Delgado
    KCC
    2335 Alaska Ave
    El Segundo, CA 90245

# Exhibit A

**Exhibit A**
**42nd Omnibus Objection to Claims**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Rae Thaler, Irrevocable Turst, Amy E. Schultz, Trustee | Amy E. Schultz, Trustee | Rea Thaler Irrevocable Trust | 30 Bermuda Lake Dr | Plam Bch Gdns | FL | 33418-4584 |

# Exhibit B

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Alexander, Kathie | | 19144 Mccormick St | Detroit | MI | 48224-1018 |
| Butler, Lorene | Butler, Lorene | 675 W Flintlake Ct Apt H | Myrtle Beach | SC | 29579-7589 |
| Felton, Pasha | Pasha Felton | 258 N Avenue 49 Apt A | Los Angeles | CA | 90042-3884 |
| Holmes, Dorothy | | 19000 Morang Dr | Detroit | MI | 48205-2552 |
| Perry, Kimberly | | PO Box 351478 | Detroit | MI | 48235-6478 |
| Reed, Kimberly | | 4215 W Buena Vista St | Detroit | MI | 48238-3205 |