# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| In re | ) Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | ) In Proceedings Under |
| Debtor. | ) Chapter 9 |
|  | ) Hon. Mark A. Randon |

## REQUEST TO BE REMOVED FROM
## RECEIVING ELECTRONIC FILINGS IN A CASE

Please remove attorney Leah Montesano, whose email is leah.montesano@arentfox.com from the electronic service list that provides for receipt of electronic filings in the above captioned case and any related adversary proceedings.

Dated: April 21, 2016

Respectfully submitted by:

__/s/ Leah Montesano_____
ARENT FOX LLP

Leah Montesano
1717 K Street, NW
Washington, DC 20006-5344
202.715.8472 Phone
202.857.6395 Fax
leah.montesano@arentfox.com