# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____

In re

CITY OF DETROIT, MICHIGAN,

          Debtor.
_____

Case No. 13-53846

In Proceedings Under
Chapter 9

Hon. Mark A. Randon

## REQUEST TO BE REMOVED FROM
## RECEIVING ELECTRONIC FILINGS IN A CASE

Please remove attorney Randall Brater, whose email is randall.brater@arentfox.com from the electronic service list that provides for receipt of electronic filings in the above captioned case and any related adversary proceedings.

Dated: April 21, 2016

Respectfully submitted by:

  /s/ Randall Brater_____
ARENT FOX LLP

Randall Brater
1717 K Street, NW
Washington, DC 20006-5344
202.715.8472 Phone
202.857.6395 Fax
randall.brater@arentfox.com