UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: City of Detroit, Michigan,          Bankruptcy Case No. 13-53846

    Debtor.                                 Honorable Thomas J. Tucker

                                        /          Chapter 9

## CREDITORS RESPONSE TO DEBTOR'S FORTY-SECOND OMNIBUS OBJECTION TO CERTAIN CLAIMS

The creditor, Amy E. Schultz, Trustee, of the Rae Thaler Irrevocable Trust, Claim Number 389, filed December 23, 2013, hereby objects to the statement made in the Debtor's objection that said bond claim has not been satisfied or released.

1. That attached hereto and made a part hereof, is a copy of a statement from Morgan Stanley on the account of the Rae Thaler Irrevocable Trust, indicating that said bond in the amount of $15,000.00 held in said account, is still open and is callable at $100,000.00 as of May 19, 2016.

2. That pursuant to said notice, a copy of this response is being provided to the attorney(s) for the City of Detroit, Michigan by certified mail.

3. That because the undersigned creditor resides and works in the State of Florida, West Palm Beach, I am unable to attend the hearing on the objection, which is scheduled for April 27, 2016. Based upon the attached evidence, I request that my attendance be excused and that the claim in the trust of which I am the trustee be allowed.

**Wherefore**, the undersigned Trustee of the Rae Thaler Irrevocable Trust, respectfully requests that this Court enter an Order allowing the claim filed on behalf of said Trust and for such other and further relief that the Court may deem just and proper in the premises.

Dated this 20th day of April, 2016 and respectfully submitted by,

_____
Amy E. Schultz, Trustee
Rae Thaler Irrevocable Trust
700 North Olive Avenue, Suite 2
West Palm Beach, FL 33401

## AAA - 2485

AMY E SCHULTZ TTEE
RAE THALER IRREVOCABLE TR

### Municipal Bonds

| Name | CUSIP | Last ($)/ As Of | Face Value | Market Value ($) | Today's Change (%) | Adjusted Cost ($) | Gain/Loss (%) | Accrued Interest ($) | Current Yield % | Maturity Date | Cost Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | 15,000.00 | 15,005.87 | | N/A | N/A | 37.19 | | | |
| DETROIT MICH STUB GENL OBLIG CPN: 5.250% Due : 4/1/2019 Callable at $100.000 on 5/19/2016 | 251093X21 | 98.704 4/18/2016 | 2,325.000 | 2,294.87 | | N/A | N/A | 5.76 | 5.31 | 2019-04-01 | |
| MICHIGAN FIN AUTH LOCAL GOV LNPROG REV-S-A CPN: 5.250% Due : 4/1/2019 Callable at $100.000 on 5/19/2016 | 59447PX30 | 100.284 4/18/2016 | 12,675.000 | 12,711.00 | | N/A | N/A | 31.42 | 5.23 | 2019-04-01 | |

Account contains securities for which cost basis and/or other values are not available (indicated by a "N/A" displaying in the cost and/or gain (loss) fields). Totals shown do not incorporate gains for losses) for these securities. In addition, total cost or adjusted cost may also be unavailable and excluded from totals. Please contact your Financial Advisor for additional information. The accuracy of the purchase date, cost basis and other information you provide is not independently verified.

Prices of securities not actively traded may not be available, and are indicated by a dash "-" or "N/A".

For Pricing information, please click here.

Please note, accrued interest is based on prior day valuation and is not a real time calculation. Accrued Interest may be overstated on the Payable Date of a security, since the interest paid will also be reflected as a Change ($) in "Cash" for that day.

**Special Considerations Regarding Structured Investments**
Structured investments are complex products and may be subject to special risks, which may include, but are not limited to, loss of initial investment; issuer credit risk and price volatility resulting from any action or anticipated changes to issuer's and/or guarantor's credit ratings or credit spreads; limited or no appreciation and limits on participation in any appreciation of underlying asset(s); risks associated with the underlying reference asset(s); no periodic payments, call prior to maturity, early redemption fees for market linked deposits; lower interest rates and/or yield compared to conventional debt with comparable maturity; unique tax implications; limited or no secondary market; and conflicts of interest due to affiliation, compensation or other factors which could adversely affect market value or payout to investors. Investors also should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured investments may not perform in a manner consistent with the statement product category where they appear therefore may not satisfy portfolio asset allocation needs for that category. Accrued interest, estimated annual income and estimated yield for Structured Investments with a contingent income feature, including Range