# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Chapter 9

City of Detroit, Michigan,  Case No. 13-53846

    Debtor.  Hon. Thomas J. Tucker

_____/

## CERTIFICATE OF SERVICE

I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On April 21, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- City of Detroit's Supplemental Brief in Support of Expungement or Disallowance of Claims of "Employee Obligation Claimants" [Docket No. 11102]

Dated: April 26, 2016

                              /s/ Lydia Pastor Nino
                              Lydia Pastor Nino
                              KCC
                              2335 Alaska Ave
                              El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Aldrina Thomas | Mrs. Aldrina Thomas | 18906 Gainsborough Road | | | Detroit | MI | 48223 |
| Althea F. Phillips | | 4218 Monterey St | | | Detroit | MI | 48204 |
| Andre R. Canty | | 31410 John R Road Apt 109 | | | Madison Heights | MI | 48071 |
| Antonio D. Ratliff | | 5085 Fischer | | | Detroit | MI | 48213 |
| Benjamin J. Hogue Jr. | | 19983 St. Aubin Street | | | Detroit | MI | 48234 |
| Bolton, Dinah L | | 20230 Fenelon Street | | | Detroit | MI | 48234 |
| Brooks, Danean | | 1403 18Th Street | | | Detroit | MI | 48216 |
| Brooks, Danean | Green Law Group PLC | Anthony Greene | 2232 S Main Ste 438 | | Ann Arbor | MI | 48103 |
| Carmelita J. Brown - Bullock | | 27901 Independence St. Apt # 201F | | | Farmington Hills | MI | 48336 |
| Carol Jean Finley | | 8227 Karan Blvd., Unit #1 | | | Warren | MI | 48093 |
| Charles Huskey | | 10605 Beaconsfield | | | Detroit | MI | 48224 |
| Chukwuma C. Udegbunam | | 1800 Crestview Dr. | | | Canton | MI | 48188 |
| Corey Thomas | | 14715 Murthum Ave | | | Warren | MI | 48088 |
| Craig D. Steele | | 27301 Cranford Lane | | | Dearborn | MI | 48127 |
| Damon L Osley | | 19306 Ilene | | | Detroit | MI | 48221 |
| Damon Osley | | 19306 Ilene | | | Detroit | MI | 48221 |
| Daris Howard | | 2204 Hyde Park | | | Detroit | MI | 48207 |
| Deirdre Green | | 29662 Clarita St. | | | Livonia | MI | 48152 |
| Deirdre Green | Deirdre Green | | 3856 Rivard | | Detroit | MI | 48207 |
| Denise Williams | | 910 Seward Apt 310 | | | Detroit | MI | 48202 |
| Dwayne A Brown | | 9302 Appleton | | | Redford | MI | 48239 |
| Dwayne A Brown | Dwayne A Brown | Delivery Driver | City of Detroit - Dept of Transportation | 1301 E Warren | Detroit | MI | 48207 |
| Eddie Greer | Eddie D. Greer | 9438 Queen St | | | Detroit | MI | 48213 |
| Enos Philip Walker | | 3717 Chatsworth St | | | Detroit | MI | 48224 |
| Francine M. Duncun-Martin | | 19015 Elsmere | | | Eastpointe | MI | 48021 |
| Gerald Murphy | | 2280 E. Remington | | | Detroit | MI | 48234 |
| Harriet A. Cook | | 26305 W. 7 Mile Rd #102 | | | Redford | MI | 48240 |
| JaJuan Moore | | 3873 Rohns | | | Detroit | MI | 48214 |
| Janice E. Clarke | | 18665 Gainsborough | | | Detroit | MI | 48223 |
| Janice E. Clarke | Janice E. Clarke | | 16546 Stoepel | | Detroit | MI | 48221 |
| John H. Johnson | | 9135 YORKSHIRE, UNIT #2 | | | Detroit | MI | 48224 |
| Joseph Fields | | 1955 Lamothe | | | Detroit | MI | 48206-2628 |
| Julius R. Collins | | 3330 Dartmouth | | | Detroit | MI | 48217 |
| Julius R. Collins | WWTP | Julius R. Collins | 9300 W. Jefferson | | Detroit | MI | 48029 |
| Kahlil Felder | | 20237 Mackay | | | Detroit | MI | 48234 |
| Kanard D McClain | | 20061 Cherrylawn | | | Detroit | MI | 48221 |
| Kathy Lynn McCaskill | | 7361 Erbie | | | Detroit | MI | 48213 |
| Kevin Washington | | 20437 Bramford | | | Detroit | MI | 48234 |
| LaTonya Pennington | | 23901 W. Chicago | | | Redford | MI | 48239 |
| Lenetta Walker | | 60 E Milwaukee #2714 | | | Detroit | MI | 48202 |
| Lucille Pasha | | 18225 Oak Drive | | | Detroit | MI | 48221 |
| Michael Cooper | | 1045 East Woodward Heights Blvd Apt 305 | | | Hazel Park | MI | 48030 |
| Natalie Clemons | | 18000 Santa Barbara | | | Detroit | MI | 48221 |
| Otis Butler | | 8233 Middlepoint | | | Detroit | MI | 48204 |
| Patrick H Chlosta | | 26023 Kathy | | | Roseville | MI | 48066 |
| Roderick French | | 20427 Balfour #3 | | | Harper Woods | MI | 48225 |

In re City of Detroit, Michigan
Case No. 13-53846

Page 1 of 2

13-53846-tjt    Doc 11123    Filed 04/27/16    Entered 04/27/16 01:00:34    Page 3 of 4

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Ronald Branam Sr | | 21951 Beverly St. | | | Oak Park | MI | 48237 |
| Ronald Leapheart | | 8335 Chalfowtes | | | Detroit | MI | 48238 |
| Ronnie Jordan II | | 18939 Brinker St. | | | Detroit | MI | 48234 |
| Sarah M. McCrary | | 19971 Conley | | | Detroit | MI | 48234 |
| Sharon K Jordan | | P.O. Box 8270 | | | Eastpointe | MI | 48021-8270 |
| Sheila Pennington | | 20469 Steel | | | Detroit | MI | 48235 |
| Shelia L Bell | | 14421 Royal Grand | | | Redford | MI | 48239 |
| Stephanie A. Hogue | | 19983 St. Aubin Street | | | Detroit | MI | 48234 |
| Teulaina Richardson | | 3044 Lawton | | | Detroit | MI | 48216 |
| Toni Keisha Marie Baldwin | | P.O. Box 3516 | | | Southfield | MI | 48037 |
| Vetonia Dorch | | 16152 Carriage Trade Ln. | | | Southfield | MI | 48075 |
| Wanda Beckom | | 19194 Cardoni | | | Detroit | MI | 48203 |