# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On April 21, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Order Sustaining Debtor's Twenty-Sixth Omnibus Objection to Certain Claims (Utility Deposit Claims Not Subject to the Claims Process in This Bankruptcy Case) [Docket No. 10996]

Dated: April 22, 2016

/s/ Stephanie Delgado
Stephanie Delgado
KCC
2335 Alaska Ave
El Segundo, CA 90245

# Exhibit A

**Exhibit A**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Jones, Donna | 20477 Fleming St Apt 28 | Detroit | MI | 48234-4419 |