# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On or before April 21, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Order Sustaining Debtor's Twentieth Omnibus Objection to Certain Claims (Failure to Specify Asserted Claim Amount and Insufficient Documentation) [Docket No. 11023]

Furthermore, on or before April 21, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit B**:

- Order Sustaining Debtor's Twenty-Second Omnibus Objection to Certain Claims (Workers' Compensation Claims Not Subject to the Claims Process in this Bankruptcy Case) [Docket No. 11024]

Furthermore, on or before April 21, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit C**:

- Order Sustaining Debtor's Twenty-Eighth Omnibus Objection to Certain Claims (Insufficient Documentation) [Docket No. 11028]

Furthermore, on or before April 21, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit D**:

- Order Sustaining Debtor's Twenty-Ninth Omnibus Objection to Certain Claims (Insufficient Documentation) [Docket No. 11029]

Furthermore, on or before April 21, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit E**:

- Order Sustaining Debtor's Thirty-Third Omnibus Objection to Certain Claims (Insufficient Documentation) [Docket No. 11032]

Furthermore, on or before April 21, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit F**:

- .Order Sustaining Debtor's Thirty-Second Omnibus Objection to Certain Claims (Insufficient Documentation) [Docket No. 11034]

Dated: April 22, 2016

/s/ Stephanie Delgado
Stephanie Delgado
KCC
2335 Alaska Ave
El Segundo, CA 90245

# Exhibit A

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Salene S Stewart | 20475 Northlawn St | Detroit | MI | 48221-1155 |

# Exhibit B

**Exhibit B**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Maria Coleman | 1097 Lenox St | Detroit | MI | 48215-2716 |
| Michael Burns | 24240 Rosewood Ave | Taylor | MI | 48180-6800 |

# Exhibit C

Exhibit C

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Allen D Raybon Jr | Allen D Raybon Jr | 18313 Lauder St | Detroit | MI | 48235-2734 |
| Darlena Buford | Darlena Buford | 19430 Greenfield Rd | Detroit | MI | 48235-2015 |

# Exhibit D

**Exhibit D**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Dworlett Garner | 18911 Alstead St | Grosse Pointe | MI | 48236-2001 |

# Exhibit E

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Randy Johnson | 4375 E Outer Dr | Detroit | MI | 48234-3124 |

# Exhibit F

**Exhibit F**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Masharn Johnson | 15055 Heyden St | Detroit | MI | 48223-2108 |