# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| |  |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

## ORDER SUSTAINING DEBTOR'S THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIM NUMBER 3292 OF CHERYL MINNIEFIELD

**(Insufficient Documentation)**

Upon review of the thirty-sixth objection to claims (Docket # 10811, the "Objection"),[1] of the Debtor, City of Detroit, Michigan (the "City"), seeking entry of an order disallowing and expunging each of the claims listed on Exhibit 2 to the Objection, including claim number 3292 of Cheryl Minniefield; and it appearing that this Court has jurisdiction over the Objection under 28 U.S.C. §§ 157 and 1334 and Article VII of the Plan; and the Court having found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Objection in this District is proper under 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Objection is in the best interests of the City, and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and it appearing that no other or further notice of the Objection need be given; and a hearing on the Objection having been held by the Court on April 27, 2016; and any objections or other responses to the Objection having been overruled; and the Court finding that the legal and factual bases set forth in the Objection and at the hearing establish just cause for the relief

---

[1] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Objection.

granted; and after due deliberation and good and sufficient cause appearing therefore, and for the reasons stated by the Court on the record during the April 27, 2016 hearing:

IT IS ORDERED that:

1. The Objection is sustained as to claim number 3292 of Cheryl Minniefield.

2. Claim number 3292 of Cheryl Minniefield is disallowed and expunged in its entirety, under Section 502(b) of the Bankruptcy Code

3. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4. The City is authorized to take all actions necessary to effectuate the relief granted by this Order in accordance with the Objection.

5. Notice of the Objection as provided therein is good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a) and the local rules of the Court are satisfied by such notice.

6. Nothing in this Order is intended to, will constitute or will be deemed to constitute the City's consent, under section 904 of the Bankruptcy Code, to this Court's interference with (a) any of the political or governmental powers of the City, (b) any of the property or revenues of the City or (c) the City's use or enjoyment of any income-producing property.

.

**Signed on April 28, 2016**

                                                                 /s/ Thomas J. Tucker
                                                                 Thomas J. Tucker
                                                                 United States Bankruptcy Judge