# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 28, 2016, he served a copy of the *ORDER SUSTAINING DEBTOR'S THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIM NUMBER 3292 OF CHERYL MINNIEFIELD* via first class mail as follows:

Cheryl Minniefield
14175 Glastonbury Ave.
Detroit, MI 48223

DATED: April 28, 2016

                                        By: /s/ Marc N. Swanson
                                        Marc N. Swanson
                                        150 West Jefferson, Suite 2500
                                        Detroit, Michigan 48226
                                        Telephone: (313) 496-7591
                                        Facsimile: (313) 496-8451
                                        swansonm@millercanfield.com