UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
| Debtor. | ) | Judge Thomas J. Tucker |
|  | ) |  |
|  | ) |  |

## ORDER MODIFYING THIS COURT'S JANUARY 29, 2016 ORDER
## (DOCKET # 10740)

This case is before the Court on the stipulation filed on April 28, 2016 entitled "Stipulation for the Entry of an Order Modifying this Court's January 29, 2016 Order (Docket Number 10740)" (Docket # 11132, the "Stipulation"). Based on the Stipulation,

IT IS ORDERED THAT the Court's January 29, 2016 Order entitled "Order Modifying This Court's November 25, 2016 Order (Doc. No. 10740)" (the "Order") is modified as follows:

1. The filing deadlines in paragraph 1.A of the Order are extended from April 29, 2016 to June 28, 2016.

2. The filing deadlines in paragraph 1.B of the Order are extended from June 30, 2016 to August 29, 2016.

3. The filing deadlines in paragraph 1.C of the Order are extended from July 29, 2016 to September 27, 2016.

4. The filing deadlines in paragraph 1.D of the Order are extended from May 12, 2016 to July 11, 2016.

.

**Signed on April 29, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge