| | Adv Pro Number | Defendant Name |
|---|---|---|
| | **City of Detroit, Michigan, Case No. 15-53846**<br>**Settled Actions as of 4.29.16** | |
| 1 | 15-05241 | 1 WAY SERVICE INC |
| 2 | 15-05240 | ABM TOTAL BUILDING SERVICE |
| 3 | 15-05307 | AMERICAN SUPERCONDUCTOR CORP |
| 4 | 15-05301 | APPLIED INDUSTRIAL TECHNOLOGIES |
| 5 | 15-05270 | ARGUS GROUP INC DBA ARGUS HAZCO |
| 6 | 15-05287 | ARROW OFFICE SUPPLY CO |
| 7 | 15-05274 | CAMDEN INSURANCE AGENCY INC |
| 8 | 15-05364 | CAPP INC/CAPP USA |
| 9 | 15-05273 | CINTAS CORPORATION |
| 10 | 15-05254 | CLOW WATER SYSTEMS COMPANY |
| 11 | 15-05268 | COMMUNICATIONS PROFESSIONALS INC |
| 12 | 15-05325 | CUMMINS BRIDGEWAY LLC |
| 13 | 15-05226 | DECANTER MACHINE INC |
| 14 | 15-05289 | ELECTION SYSTEMS & SOFTWARE |
| 15 | 15-05267 | ELECTRONIC DATA MAGNETICS |
| 16 | 15-05311 | EXAMWORKS INC |
| 17 | 15-05343 | FOSTER SWIFT COLLINS & SMITH PC |
| 18 | 15-05174 | G4S SECURE SOLUTIONS USA INC |
| 19 | 15-05314 | GILLIG CORPORATION |
| 20 | 15-05309 | GRAINGER |
| 21 | 15-05215 | GREAT LAKES POWER INC |
| 22 | 15-05304 | GUARDIAN GUARD SERVICE INC |
| 23 | 15-05358 | HINSHON ENVIRONMENTAL CONSULTING INC |
| 24 | 15-05189 | HUBB SYSTEMS LLC |
| 25 | 15-05368 | Infinite Strategic Innovations dba ISI |
| 26 | 15-05209 | INFLECTION POINT SOLUTIONS |
| 27 | 15-05164 | INLAND WATERS POLLUTION CONTROL INC |
| 28 | 15-05217 | ITERIS MICHIGAN LLC |
| 29 | 15-05332 | JEFFREY J ELLISON PLLC |
| 30 | 15-05229 | JENKINS CONSTRUCTION INC |
| 31 | 15-05290 | KIRK'S AUTOMOTIVE INC |
| 32 | 15-05253 | LEXIS NEXIS |
| 33 | 15-05295 | MACOMB PIPE & SUPPLY |
| 34 | 15-05336 | MICHIGAN CAT |
| 35 | 15-05300 | MOORE MEDICAL CORP |
| 36 | 15-05259 | MORTON SALT INC |
| 37 | 15-05214 | NEXTEL COMMUNICATIONS |
| 38 | 15-05232 | OLIVE DELIVERY SERVICE LLC |

| | | |
|---|---|---|
| 39 | 15-05296 | OSBURN ASSOCIATES  INC |
| 40 | 15-05187 | PLANTE & MORAN LLP |
| 41 | 15-05327 | PMSI INC |
| 42 | 15-05321 | ROBERT W BAIRD & CO |
| 43 | 15-05228 | RS TECHNICAL SERVICES INC |
| 44 | 15-05334 | SAFETY SERVICES INC |
| 45 | 15-05341 | SEHI COMPUTER PRODUCTS INC |
| 46 | 15-05222 | SEMCO ENERGY GAS CO |
| 47 | 15-05251 | SIEMENS INDUSTRY INC |
| 48 | 15-05302 | SPRINT |
| 49 | 15-05264 | SPS WOODBRIDGE COMPANY LLC |
| 50 | 15-05225 | SYSTEMS & SOFTWARE INC |
| 51 | 15-05280 | TETRA TECH MPS |
| 52 | 15-05284 | TMESYS INC |
| 53 | 15-05193 | TUCKER YOUNG JACKSON TULL INC |
| 54 | 15-05276 | VALLEY TRUCK PARTS INC |
| 55 | 15-05279 | W C DUCOMB CO |
| 56 | 15-05170 | WASTE MANAGEMENT OF MICHIGAN INC |
| 57 | 15-05200 | WCI CONTRACTORS |
| 58 | 15-05244 | WRIGHT TOOL CO |
| 59 | 15-05275 | YTI OFFICE EXPRESS |