| | Adv Pro Number | Defendant Name |
|---|---|---|
| | **City of Detroit, Michigan, Case No. 13-53846** <br> **Clerks Entry of Default as of 4.29.16** | |
| 1 | 15-05261 | CLAYTON INDUSTRIES INC |
| 2 | 15-05315 | 1959 EAST JEFFERSON LLC |
| 3 | 15-05339 | APPLIED POWER & CONTROLS INC |
| 4 | 15-05281 | ATWOOD TRUCKING CO |
| 5 | 15-05328 | BILL JOHNSON GROUP |
| 6 | 15-05294 | C & H BUILDERS |
| 7 | 15-05305 | DETROIT ROLLING DOOR & GATE INC |
| 8 | 15-05323 | GLORIA STOKES |
| 9 | 15-05298 | GOVERNMENTAL CONSULTANT SERVICES INC |
| 10 | 15-05330 | H C M INC |
| 11 | 15-05338 | JEANETTE POWELL |
| 12 | 15-05361 | JULIAN WATKINS DANIEL REID |
| 13 | 15-05357 | LORENZO TATE |
| 14 | 15-05297 | NEW TECHNOLOGY DEVELOPMENT LIMITED PARTNERSHIP |
| 15 | 15-5359 | NUTECH GRAPHICS & SYSTEM |
| 16 | 15-05246 | PROJECT INNOVATIONS |
| 17 | 15-05269 | TJA STAFFING SERVICES INC |
| 18 | 15-05277 | YOLANDA JOHNSON |