| | Adv Pro Number | Defendant Name |
|---|---|---|
| | City of Detroit, Michigan, Case No. 13-53846 Open Actions as of 4.29.16 | |

| | Adv Pro Number | Defendant Name |
|---|---|---|
| 1 | 15-05271 | A & M TRUCKING INC |
| 2 | 15-05258 | ABC DEMOLITION CO INC |
| 3 | 15-05216 | ABLE DEMOLITION INC |
| 4 | 15-05299 | AGAR LAWN SPRINKLER SYSTEMS INC |
| 5 | 15-05331 | ALEXANDER CHEMICAL CORP |
| 6 | 15-05212 | AMPRO CONSTRUCTION LLC |
| 7 | 15-05312 | APPLIED SCIENCE INC |
| 8 | 15-05324 | AUDIO VISUAL EQUIPMENT & SUPPLIES |
| 9 | 15-05180 | BANKSTON CONSTRUCTION INC |
| 10 | 15-05221 | BAUER & HUNTER PLLC |
| 11 | 15-05238 | BINKELMAN CORP |
| 12 | 15-05320 | BIRKS WORKS ENVIRONMENTAL LLC |
| 13 | 15-05204 | BLUE STAR INC |
| 14 | 15-05206 | BOB MAXEY FORD INC |
| 15 | 15-05303 | C E POLLARD COMPANY |
| 16 | 15-05317 | CAMP DRESSER & MCKEE |
| 17 | 15-05184 | CARMEUSE LIME INC |
| 18 | 15-05260 | CDM MICHIGAN INC |
| 19 | 15-05194 | CLARK ASSOCIATES INC |
| 20 | 15-05262 | CLARKS CONSTRUCTION |
| 21 | 15-05199 | COLASANTI CORPORATION |
| 22 | 15-05183 | COMPUTECH CORPORATION |
| 23 | 15-05266 | COVER YOUR ASSETS LLC |
| 24 | 15-05167 | CW PROFESSIONAL SERVICES LLC AND COMPUWARE CORPORATION |
| 25 | 15-05337 | D A CENTRAL INC |
| 26 | 15-05362 | DCI WOLVERINE JV |
| 27 | 15-05210 | DELL COMPUTER CORPORATION |
| 28 | 15-05367 | DETROIT ADVANCED TECHNOLOGY APPLICATION NETWORK |
| 29 | 15-05192 | DETROIT CONTRACTING INC LLC |
| 30 | 15-05172 | DETROIT THERMAL LLC |
| 31 | 15-05288 | E L BAILEY & CO  INC |
| 32 | 15-05265 | EASTERN OIL CO |
| 33 | 15-05185 | EJ USA INC |
| 34 | 15-05223 | ELECTRONIC DATA SYSTEMS CORPORATION |
| 35 | 15-05188 | FARROW GROUP INC |
| 36 | 15-05219 | FEDERAL PIPE & SUPPLY INC |
| 37 | 15-05202 | FEDERAL SIGNAL CORPORATION |
| 38 | 15-05293 | FORT WAYNE CONTRACTING INC |

| | | |
|---|---|---|
| 39 | 15-05220 | FRASER TREBILCOCK DAVIS & DUNLAP PC |
| 40 | 15-05173 | FUTURENET GROUP INC |
| 41 | 15-05175 | GIORGI CONCRETE LLC |
| 42 | 15-05182 | HERCULES & HERCULES INC |
| 43 | 15-05363 | HESCO HAMLETT ENGINEERING SALES COMPANY DBA HESCO |
| 44 | 15-05186 | IMPERIAL CONSTRUCTION CO |
| 45 | 15-05179 | INTERSTATE TRUCKSOURCE INC |
| 46 | 15-05198 | J E ASSOCIATES INC |
| 47 | 15-05247 | J RANCK ELECTRIC INC |
| 48 | 15-05236 | KEO AND ASSOCIATES INC |
| 49 | 15-05231 | KESSLER INTERNATIONAL |
| 50 | 15-05285 | KINGSWAY BUILDING & MAINTENANCE |
| 51 | 15-05166 | LAKESHORE ENGINEERING SERVICE INC |
| 52 | 15-05176 | L D' AGOSTINI & SONS INC |
| 53 | 15-05318 | MANNIK & SMITH GROUP INC |
| 54 | 15-05250 | METCO SERVICES INC |
| 55 | 15-05292 | MIKE DONNELLY ELECTRICAL COLLEGE |
| 56 | 15-05245 | MOTOR CITY ELECTRIC TECHNOLOGIES INC |
| 57 | 15-05178 | MOTOR CITY PIPE & SUPPLY CO |
| 58 | 15-05227 | NORTH-WEST TRADING CO |
| 59 | 15-05205 | OAS GROUP INC |
| 60 | 15-05196 | ORACLE CORPORATION |
| 61 | 15-05190 | PARSONS BRINCKEROFF MICHIGAN INC |
| 62 | 15-05224 | PREVOST PARTS/PREVOST CAR INC |
| 63 | 15-05171 | PVS TECHNOLOGIES INC |
| 64 | 15-05208 | PYRATECH SECURITY SYSTEMS INC |
| 65 | 15-5360 | RE-CONSTRUCTION |
| 66 | 15-05230 | SAFECO INSURANCE COMPANY OF AMERICA |
| 67 | 15-05319 | SBM INC |
| 68 | 15-05181 | SHRADER TIRE & OIL INC |
| 69 | 15-05195 | SIGMA ASSOCIATES INC |
| 70 | 15-05233 | T & N SERVICES INC |
| 71 | 15-05243 | T & T BUILDERS |
| 72 | 15-05165 | TOOLES CONTRACTING GROUP LLC |
| 73 | 15-05257 | TOTER INCORPORATED |
| 74 | 15-05333 | UNIGLOBE CONSTRUCTION CO |
| 75 | 15-05213 | UNIVERSAL SYSTEM TECHNOLOGIES INC |
| 76 | 15-05340 | VANCON INC |
| 77 | 15-05255 | WADE TRIM ASSOCIATES INC |
| 78 | 15-05326 | WATERWORKS SYSTEMS & EQUIPMENT |
| 79 | 15-05291 | WOLVERINE OIL & SUPPLY CO INC |
| 80 | 15-05239 | Z CONTRACTORS INC |