UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------X
                                                      :

In re:                                             :                Chapter 9

CITY OF DETROIT, MICHIGAN,       :                Case No. 13-53846

                      Debtor.          :               Hon. Thomas J. Tucker
                                                     :
------------------------------------------------------------X

**NOTICE OF (I) MOTION FOR ORDER EXTENDING STAY OF DISCOVERY AND (II) STATUS CONFERENCE AND FILING OF STATUS REPORT WITH REGARD TO PREFERENCE ACTIONS**

**PLEASE TAKE NOTICE THAT** a hearing will be held before the Honorable Thomas J. Tucker, United States Bankruptcy Judge, on **May 18, 2016 at 1:30 p.m.**, in Room 1925 of the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court"), 211 W. Fort St., Detroit, Michigan 48226, or as soon thereafter as counsel can be heard, to consider the *City of Detroit's (I) Motion for Order Extending Stay of Discovery and (II) Status Report with Regard to Preference Actions* (the "Motion and Report").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing, stating in detail the reasons therefore, and must be filed with the Clerk of the Bankruptcy Court, with paper copies served upon: Togut, Segal & Segal, LLP, attorneys for the City of Detroit, One Penn Plaza, Suite 3335, New York, New York 10119 (Attn: Albert Togut, Esq. and Scott E. Ratner, Esq.), so that they are actually received by the aforementioned

party not later than **4:00 p.m. on May 14, 2016** (the "Objection Deadline").

Objections not timely served and filed may not considered by the Court.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motion and Report may be adjourned from time to time, without further written notice to any party.

| | |
|---|---|
| Dated: April 29, 2016<br>New York, New York | Respectfully submitted,<br><br>TOGUT, SEGAL & SEGAL LLP<br>By:<br><br>/s/Scott E. Ratner<br>ALBERT TOGUT (AT-9759)<br>SCOTT E. RATNER (SER-0015)<br>Members of the Firm<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br><br>*Counsel for the City of Detroit, Michigan* |