| | City of Detroit, Michigan, Case No. 13-53846 Dismissed Actions as of 4.25.16 | |
|---|---|---|
| | **Adv Pro Number** | **Defendant Name** |
| 1 | 15-05221 | BAUER & HUNTER PLLC |
| 2 | 15-05235 | BDM LLC |
| 3 | 15-05201 | CADILLAC TOWER MI LLC |
| 4 | 15-05335 | CRANBROOK GENERAL UNDERWRITERS AGENCY |
| 5 | 15-05237 | DAVID WM RUSKIN |
| 6 | 15-05169 | DEMARIA BUILDING COMPANY |
| 7 | 15-05356 | DETROIT RADIO TEAM |
| 8 | 15-05177 | DTE ENERGY |
| 9 | 15-05218 | FREEDMAN LESSING KUTINSKY |
| 10 | 15-05272 | GEORGE T ROUMELL JR |
| 11 | 15-05248 | INGRAM LIBRARY SERVICES |
| 12 | 15-05278 | JAMES G JOHNSON |
| 13 | 15-05308 | JIMMY SEALS |
| 14 | 15-05249 | KOTZ SANGSTER WYSOCKI & BERG PC |
| 15 | 15-05282 | MCNAUGHTON MCKAY ELECTRIC COMPANY |
| 16 | 15-05207 | MOTOROLA SOLUTIONS INC |
| 17 | 15-05316 | NAPA DETROIT DISTRIBUTION and Genuine Parts Company |
| 18 | 15-05234 | NEW ENGLAND FERTILIZER COMPANY |
| 19 | 15-05306 | NOVITEX ENTERPRISE SOLUTIONS INC |
| 20 | 15-05286 | OVERDRIVE INC |
| 21 | 15-05256 | PES GROUP PC |
| 22 | 15-05329 | RICKARD DENNEY GARNO & ASSOCIATES |
| 23 | 15-05242 | ROBINSON & ASSOCIATES PC |
| 24 | 15-05252 | SBC GLOBAL SERVICES |
| 25 | 15-05355 | SMART |
| 26 | 15-05197 | STRATEGIC STAFFING SOLUTIONS |
| 27 | 15-05322 | TELNET WORLDWIDE INC |
| 28 | 15-05191 | WALKERS HEATING & COOLING |
| 29 | 15-05168 | TRINITY ENVIRONMENTAL SOLUTIONS LLC |