# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

---------------------------------------------------------------X
:
In re: : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Thomas J. Tucker
:
---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF THE CITY OF DETROIT'S (I) MOTION FOR ORDER EXTENDING STAY OF DISCOVERY AND (II) STATUS REPORT WITH REGARD TO PREFERENCE ACTIONS

PLEASE TAKE NOTICE that the Debtor in the above-captioned case hereby withdraws its: (i) Motion for Order Extending Stay of Discovery and (II) Status Report with Regard to Preference Actions dated April 29, 2016 [**Dkt. No. 11134**].

Dated: New York, New York
May 2, 2016

TOGUT, SEGAL & SEGAL LLP
By:

/s/Scott E. Ratner
ALBERT TOGUT (AT-9759)
SCOTT E. RATNER (SER-0015)
Members of the Firm
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

*Counsel for the City of Detroit, Michigan*