THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In re: | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| Debtor. | ) Hon. Thomas J. Tucker |

**AFFIDAVIT OF SERVICE OF CITY OF DETROIT'S STATUS REPORT WITH REGARD TO PREFERENCE ACTIONS**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ALEXANDRA DEERING, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at New York, New York.

On April 29, 2016, deponent served a copy of the *City of Detroit's Status Report with Regard to Preference Actions* [Main Case Dkt. No. 11137] upon each of the parties set forth on the service list annexed hereto by depositing true copies of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/ Alexandra Deering
ALEXANDRA DEERING

Sworn to before me this
2nd day of May 2016

/s/ Krista Lee Ackerman
NOTARY PUBLIC

| | Adv Pro Number | Defendant Name | Law Firm | Attorney Name | Address I | Address II | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 15-05271 | A & M TRUCKING INC | Steinberg Shapiro & Clark | Tracy M. Clark | 25925 Telegraph Rd. | Suite 203 | Southfield | MI | 48033 |
| 2 | 15-05258 | ABC DEMOLITION CO INC | Garian & Garian | Marie Garian | 1729 Crooks Rd. | Suite 103 | Royal Oak | MI | 48067 |
| 3 | 15-05216 | ABLE DEMOLITION INC | Roger Q. Hyde, P.C. | Roger Q. Hyde | 42815 Garfield Road | Suite 214 | Clinton Township | MI | 48038 |
| 4 | 15-05299 | AGAR LAWN SPRINKLER SYSTEMS INC | The Law Office of John D. Mulvihill, PLLC | John D. Mulvihill | 20 W. Washington | Suite 2 | Clarkston | MI | 48346 |
| 5 | 15-05331 | ALEXANDER CHEMICAL CORP | Hayes Law Firm | James J. Hayes, IV | 800 Washington Ave | Suite 100 | Bay City | MI | 48708 |
| 6 | 15-05212 | AMPRO CONSTRUCTION LLC | | Jimmylee Gray | 19995 Renfrew Road | | Detroit | MI | 48221 |
| 7 | 15-05312 | APPLIED SCIENCE INC | Fildew Hink, PLLC | Stephen J. Pokoj | 26622 Woodward Ave. | Suite 225 | Royal Oak | MI | 48067 |
| 8 | 15-05324 | AUDIO VISUAL EQUIPMENT & SUPPLIES | Gudeman & Associates, P.C. | Edward J. Gudeman | 1026 W. Eleven Mile Road | | Royal Oak | MI | 48067 |
| 9 | 15-05180 | BANKSTON CONSTRUCTION INC | | Carl F. Schier | P.O. Box 980665 | | Ypsilanti | MI | 48918 |
| 10 | 15-05221 | BAUER & HUNTER PLLC | Resnick Law, P.C. | H. Nathan Resnick | 40900 Woodward Ave. | Suite 111 | Bloomfield Hills | MI | 48304 |
| 11 | 15-05238 | BINKELMAN CORP | Gold, Lange & Majoros, P.C. | Stuart A. Gold | 24901 Northwestern Hwy. | Suite 444 | Southfield | MI | 48075 |
| 12 | 15-05320 | BIRKS WORKS ENVIRONMENTAL LLC | Law Office of Mark B. Berke, PLLC | Mark B. Berke | 31780 Telegraph Road | Suite 120 | Bingham Farms | MI | 48025 |
| 13 | 15-05204 | BLUE STAR INC | Cavanaugh & Quesada, PLC | Todd W. Grant | 1027 S. Washington Ave | Suite A | Royal Oak | MI | 48067 |
| 14 | 15-05206 | BOB MAXEY FORD INC | Abbot Nicholson, P.C. | Daniel G. Kielczewski | 300 River Place | Suite 3000 | Detroit | MI | 48207 |
| 15 | 15-05303 | C E POLLARD COMPANY | Butzel Long | Max Newman | 41000 Woodward Ave. | | Bloomfield Hills | MI | 48304 |
| 16 | 15-05317 | CAMP DRESSER & MCKEE | Clark Hill PLC | Shannon L. Deeby | 151 S. Old Woodward Avenue | Suite 200 | Birmingham | MI | 48009 |
| 17 | 15-05184 | CARMEUSE LIME INC | Leech Tishman Fuscaldo & Lampl, LLC | Patrick W. Carothers | 525 William Penn Place | 28th Floor | Pittsburg | PA | 15219 |
| 18 | 15-05260 | CDM MICHIGAN INC | Clark Hill PLC | Shannon L. Deeby | 151 S. Old Woodward Avenue | Suite 200 | Birmingham | MI | 48009 |
| 19 | 15-05194 | CLARK ASSOCIATES INC | Stevenson & Bullock, PLC | Michael A. Stevenson | 26100 American Drive | Suite 500 | Southfield | MI | 48034 |
| 20 | 15-05262 | CLARKS CONSTRUCTION | Cavanaugh & Quesada, PLC | Todd W. Grant | 1027 S. Washington Ave | Suite A | Royal Oak | MI | 48067 |
| 21 | 15-05199 | COLASANTI CORPORATION | Clark Hill PLC | Edward J. Hood | 500 Woodward Avenue, | Suite 3500 | Detroit | MI | 48226 |
| 22 | 15-05183 | COMPUTECH CORPORATION | Butzel Long | Thomas B. Radom | 41000 Woodward Ave. | | Bloomfield Hills | MI | 48304 |
| 23 | 15-05266 | COVER YOUR ASSETS LLC | Collins Einhorn Farrell PC | Trent B. Collier | 4000 Town Center | Floor 9 | Southfield | MI | 48075 |
| 24 | 15-05167 | CW PROFESSIONAL SERVICES LLC AND COMPUWARE CORPORATION | Honigman Miller Schwartz and Cohn LLP | Judy B. Calton | 660 Woodward Avenue | 2290 First National Building | Detroit | MI | 48226 |
| 25 | 15-05337 | D A CENTRAL INC | Dean & Fulkerson, P.C. | Robert J. Figa | 801 W. Big Beaver Rd. | Fifth Floor | Troy | MI | 48084 |
| 26 | 15-05362 | DCI WOLVERINE JV | Butzel Long | Thomas B. Radom | 41000 Woodward Ave. | | Bloomfield Hills | MI | 48304 |
| 27 | 15-05210 | DELL COMPUTER CORPORATION | Clark Hill PLC | Shannon L. Deeby | 151 S. Old Woodward Avenue | Suite 200 | Birmingham | MI | 48009 |
| 28 | 15-05367 | DETROIT ADVANCED TECHNOLOGY APPLICATION NETWORK | Wolfson Bolton | Scott A. Wolfson, | 3150 Livernois | Suite 275 | Troy | MI | 48083 |
| 29 | 15-05367 | DETROIT ADVANCED TECHNOLOGY APPLICATION NETWORK | Husch Blackwell LLP | John J. Cruciani | 4801 Main Street | Suite 1000 | Kansas City | MO | 64112 |
| 30 | 15-05192 | DETROIT CONTRACTING INC LLC | Butzel Long | Thomas B. Radom | 41000 Woodward Ave. | | Bloomfield Hills | MI | 48304 |
| 31 | 15-05172 | DETROIT THERMAL LLC | Butzel Long | Max Newman | 41000 Woodward Ave. | | Bloomfield Hills | MI | 48304 |
| 32 | 15-05288 | E L BAILEY & CO INC | Cavanaugh & Quesada, PLC | Todd W. Grant | 1027 S. Washington Ave | Suite A | Royal Oak | MI | 48067 |
| 33 | 15-05265 | EASTERN OIL CO | Clark Hill PLC | Shannon L. Deeby | 151 S. Old Woodward Avenue | Suite 200 | Birmingham | MI | 48009 |
| 34 | 15-05185 | EJ USA INC | Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street NW | Grand Rapids | MI | 49503 |
| 35 | 15-05223 | ELECTRONIC DATA SYSTEMS CORPORATION | Brooks Wilkins Sharkey & Turco PLLC | Matthew E. Wilkins | 401 S. Old Woodward Avenue | Suite 400 | Birmingham | MI | 48009 |
| 36 | 15-05223 | ELECTRONIC DATA SYSTEMS CORPORATION | Cole Scholtz P.C. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 |

| | Adv Pro Number | Defendant Name | Law Firm | Attorney Name | Address I | Address II | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 37 | 15-05188 | FARROW GROUP INC | Sugameli & Sugameli, P.L.C. | J. Paul Sugameli | 2833 Crooks Road | Suite 104 | Troy | MI | 48084 |
| 38 | 15-05219 | FEDERAL PIPE & SUPPLY INC | Gold, Lange & Majoros, P.C. | Stuart A. Gold | 24901 Northwestern Hwy. | Suite 444 | Southfield | MI | 48075 |
| 39 | 15-05202 | FEDERAL SIGNAL CORPORATION | Williams, Williams, Rattner & Plunkett, P.C. | Salvatore A. Barbatano | 380 North Old Woodward Avenue | Suite 300 | Birmingham | MI | 48009 |
| 40 | 15-05293 | FORT WAYNE CONTRACTING INC | Butzel Long | Max Newman | 41000 Woodward Ave. | | Bloomfield Hills | MI | 48304 |
| 41 | 15-05220 | FRASER TREBILCOCK DAVIS & DUNLAP PC | Fraser Trebilcock Dacis & Dunlap, P.C. | Michael H. Perry | 124 W. Allegan | Suite 1000 | Lansing, | MI | 48933 |
| 42 | 15-05173 | FUTURENET GROUP INC | Future Net Group Inc. | Kimberly Gibbs | 12801 Auburn Street | | Detroit | MI | 48223 |
| 43 | 15-05175 | GIORGI CONCRETE LLC | Williams, Williams, Rattner & Plunkett, P.C. | Salvatore A. Barbatano | 380 North Old Woodward Avenue | Suite 300 | Birmingham | MI | 48009 |
| 44 | 15-05182 | HERCULES & HERCULES INC | Maxwell Dunn, PLC | Ethan D. Dunn | 24725 W. 12 Mile | Ste. 304 | Southfield | MI | 48034 |
| 45 | 15-05363 | HESCO HAMLETT ENGINEERING SALES COMPANY DBA HESCO | Dickinson Wright PLLC | Doron Yitzchaki | 350 S. Main Street | Suite 300 | Ann Arbor | MI | 48104 |
| 46 | 15-05186 | IMPERIAL CONSTRUCTION CO | Butzel Long | Max Newman | 41000 Woodward Ave. | | Bloomfield Hills | MI | 48304 |
| 47 | 15-05179 | INTERSTATE TRUCKSOURCE INC | The Dragich Law Firm PLLC | David G. Dragich | 17000 Kercheval Ave. | Suite 210 | Grosse Pointe | MI | 48230 |
| 48 | 15-05198 | J E ASSOCIATES INC | LeClair Ryan | Evan A. Burkholder | 290 Town Center Drive | 4th Fl | Dearborn | MI | 48126 |
| 49 | 15-05247 | J RANCK ELECTRIC INC | Clark Hill PLC | Shannon L. Deeby | 151 S. Old Woodward Avenue | Suite 200 | Birmingham | MI | 48009 |
| 50 | 15-05236 | KEO AND ASSOCIATES INC | Cavanaugh & Quesada, PLC | Todd W. Grant | 1027 S. Washington Ave | Suite A | Royal Oak | MI | 48067 |
| 51 | 15-05231 | KESSLER INTERNATIONAL | Osipov Bigelman P.C. | Yuliy Osipov | 20700 Civic Center Drive | Suite 420 | Southfield | MI | 48076 |
| 52 | 15-05231 | KESSLER INTERNATIONAL | Jones & Associates | Roland Gary Jones | 1745 Broadway | 17th Floor | New York | NY | 10019 |
| 53 | 15-05285 | KINGSWAY BUILDING & MAINTENANCE | | Jimmylee Gray | 19995 Renfrew Road | | Detroit | MI | 48221 |
| 54 | 15-05176 | L D' AGOSTINI & SONS INC | Butzel Long | Max Newman | 41000 Woodward Ave. | | Bloomfield Hills | MI | 48304 |
| 55 | 15-05318 | MANNIK & SMITH GROUP INC | Clark Hill PLC | David M. Blau | 151 South Old Woodward Ave. | Suite 200 | Birmingham | MI | 48009 |
| 56 | 15-05250 | METCO SERVICES INC | Fausone Bohn, LLP | James M. Pelland | 41700 W. Six Mile Road | Suite 101 | Northville | MI | 48168 |
| 57 | 15-05292 | MIKE DONNELLY ELECTRICAL COLLEGE | Wolfson Bolton PLLC | Anthony J. Kochis | 3150 Livernois | Suite 275 | Troy | MI | 48083 |
| 58 | 15-05245 | MOTOR CITY ELECTRIC TECHNOLOGIES INC | Butzel Long | Max Newman | 41000 Woodward Ave. | | Bloomfield Hills | MI | 48304 |
| 59 | 15-05178 | MOTOR CITY PIPE & SUPPLY CO | Cousens, Lansky, Fealk, Ellis, Roeder & Lazar, P.C. | Mark S. Frankel | 39395 W. Twelve Mile Road | Suite 200 | Farmington Hills | MI | 48331 |
| 60 | 15-05227 | NORTH-WEST TRADING CO | Cavanaugh & Quesada, PLC | Todd W. Grant | 1027 S. Washington Ave | Suite A | Royal Oak | MI | 48067 |
| 61 | 15-05205 | OAS GROUP INC | The Taunt Law Firm | Erika D. Hart | 700 East Maple Road | Second Floor | Birmingham | MI | 48009 |
| 62 | 15-05196 | ORACLE CORPORATION | The Dragich Law Firm PLLC | David G. Dragich | 17000 Kercheval Ave. | Suite 210 | Grosse Pointe | MI | 48230 |
| 63 | 15-05196 | ORACLE CORPORATION | Buchalter Nemer | Shawn M. Christianson | 55 Second Street | 17th Floor | San Francisco | CA | 94105 |
| 64 | 15-05196 | ORACLE CORPORATION | Oracle America, Inc. | Deborah Miller | 500 Oracle Parkway | | Redwood City | CA | 94065 |
| 65 | 15-05190 | PARSONS BRINCKEROFF MICHIGAN INC | Schiff Hardin LLP | Andrew M. Minear | 666 Fifth Avenue | Suite 1700 | New York | NY | 10103 |
| 66 | 15-05224 | PREVOST PARTS/PREVOST CAR INC | Clark Hill PLC | Shannon L. Deeby | 151 S. Old Woodward Avenue | Suite 200 | Birmingham | MI | 48009 |
| 67 | 15-05171 | PVS TECHNOLOGIES INC | PVS Technologies, Inc. | Jonathan S. Taub | 10900 Harper Avenue | | Detroit | MI | 48213 |
| 68 | 15-05208 | PYRATECH SECURITY SYSTEMS INC | Law Offices of Wendy Turner Lewis, PLLC | Wendy Turner Lewis | 444 West Willis | Suite #101 | Detroit | MI | 48201 |
| 69 | 15-5360 | RE-CONSTRUCTION | Berry Moorman P.C. | Randolph T. Barker | 535 Griswold | Suite 1900 | Detroit | MI | 48226 |
| 70 | 15-05230 | SAFECO INSURANCE COMPANY OF AMERICA | Jennings, Haug & Cunningham | Joseph A. Brophy | 2800 N. Central Avenue | Suite 1800 | Phoenix | AZ | 85004 |

| | Adv Pro Number | Defendant Name | Law Firm | Attorney Name | Address I | Address II | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 71 | 15-05319 | SBM INC | Donald C. Wheaton, JR., P.C. | Donald C. Wheaton, Jr. | PO Box 806265 | | St. Clair Shores | MI | 48080 |
| 72 | 15-05181 | SHRADER TIRE & OIL INC | Carson Fishcer, P.L.C. | Robert A. Weisberg | 4111 Andover Road - West | 2nd Floor | Bloomfield Hills | MI | 48302 |
| 73 | 15-05195 | SIGMA ASSOCIATES INC | Honigman Miller Schwartz and Cohn LLP | Judy B. Calton | 660 Woodward Avenue | 2290 First National Building | Detroit | MI | 48226 |
| 74 | 15-05233 | T & N SERVICES INC | Simpson Morton & Cross, PLLC | David Jonathon Cross | 535 Griswold | Suite 111-129 | Detroit | MI | 48226 |
| 75 | 15-05243 | T & T BUILDERS | Berry Moorman P.C. | Randolph T. Barker | 535 Griswold | Suite 1900 | Detroit | MI | 48227 |
| 76 | 15-05165 | TOOLES CONTRACTING GROUP LLC | Cousens, Lansky, Fealk, Ellis, Roeder & Lazar, P.C. | Mark S. Frankel | 39395 W. Twelve Mile Road | Suite 200 | Farmington Hills | MI | 48331 |
| 77 | 15-05257 | TOTER INCORPORATED | Osipov Bigelman P.C. | Yuliy Osipov | 20700 Civic Center Drive | Suite 420 | Southfield, | MI | 48076 |
| 78 | 15-05257 | TOTER INCORPORATED | Jones & Associates | Roland Gary Jones | 1745 Broadway | 17th Floor | New York | NY | 10019 |
| 79 | 15-05333 | UNIGLOBE CONSTRUCTION CO | | Jimmylee Gray | 19995 Renfrew Road | | Detroit | MI | 48221 |
| 80 | 15-05213 | UNIVERSAL SYSTEM TECHNOLOGIES INC | Alspector, Sosin Noveck, PLLC | Robert M. Sosin | 30100 Telegraph Road | Suite 360 | Bingham Farms | MI | 48025 |
| 81 | 15-05340 | VANCON INC | Dean & Fulkerson, P.C. | Robert J. Figa | 801 W. Big Beaver Rd. | Fifth Floor | Troy | MI | 48084 |
| 82 | 15-05255 | WADE TRIM ASSOCIATES INC | Kerr, Russel and Weber, PLC | Jason W. Bank | 500 Woodward Avenue | Suite 2500 | Detroit, | MI | 48226 |
| 83 | 15-05326 | WATERWORKS SYSTEMS & EQUIPMENT | Cavanaugh & Quesada, PLC | Todd W. Grant | 1027 S. Washington Ave | Suite A | Royal Oak | MI | 48067 |
| 84 | 15-05291 | WOLVERINE OIL & SUPPLY CO INC | Butzel Long | Thomas B. Radom | 41000 Woodward Ave. | | Bloomfield Hills | MI | 48304 |
| 85 | 15-05239 | Z CONTRACTORS INC | Vance & Hassan, PLC | Kenneth Vance | 206 E Commerce Road | | Milford, | MI | 48381 |
| 86 | 15-05215 | GREAT LAKES POWER INC | McNeely and Mittelstaedt, P.C. | Christopher E. McNeely | 1700 West Hamlin Road | Suite 100 | Rochester Hills | MI | 48309 |
| 87 | 15-05214 | NEXTEL COMMUNICATIONS | McGuirewoods LLP | Katheryn Z. Keane | 1750 Tysons Boulevard | Suite 1800 | Tysons Corner | VA | 22102 |
| 88 | 15-05229 | JENKINS CONSTRUCTION INC | James W. McGinnis P.C. | James W. McGinnis | 985 East Jefferson Avenue | Suite 100 | Detroit | MI | 48207 |
| 89 | 15-05244 | WRIGHT TOOL CO | Ahern & Kill, P.C. | Amanda A. Kill | 430 N. Old Woodward | Second Floor | Birmingham | MI | 48009 |
| 90 | 15-05251 | SIEMENS INDUSTRY INC | Bowman and Brooke LLP | Elizabeth A. Favaro | 41000 Woodward | Suite 200 East | Bloomfield Hills | MI | 48304 |
| 91 | 15-05253 | LEXIS NEXIS | Thompson Hine | Jonathan Hawkins | 10500 Innovation Drive | #400 | Miamisburg | OH | 45342 |
| 92 | 15-05284 | TMESYS INC | Bass, Berry & Sims | Gene Humphreys | 150 Third Avenue South | Suite 2800 | Nashville | TN | 37201 |
| 93 | 15-05290 | KIRK'S AUTOMOTIVE INC | Lucy R. Benham PLLC | Lucy Benham | 30850 Telegraph Road | Suite 100 | Bingham Farms | MI | 48025 |
| 94 | 15-05301 | APPLIED INDUSTRIAL TECHNOLOGIES | Brouse MdDowell | John P. Hickey | 388 S. Main Street | Suite 500 | Akron | OH | 44311 |
| 95 | 15-05302 | SPRINT | McGuirewoods LLP | Katheryn Z. Keane | 1750 Tysons Boulevard | Suite 1800 | Tysons Corner | VA | 22102 |
| 96 | 15-05307 | AMERICAN SUPERCONDUCTOR CORP | Murphy & King | D. Ethan Jeffrey | One Beacon Street | 21st Floor | Boston, | MA | 2108 |
| 97 | 15-05311 | EXAMWORKS INC | Plunkett Cooney | Douglas C. Bernstein | 38505 Woodward Ave | Suite 2000 | Bloomfield Hills | MI | 48304 |
| 98 | 15-05364 | CAPP INC/CAPP USA | Osipov Bigelman P.C. | Yuliy Osipov | 20700 Civic Center Drive | Suite 420 | Southfield | MI | 48076 |
| 99 | 15-05364 | CAPP INC/CAPP USA | Jones & Associates | Roland Gary Jones | 1745 Broadway | 17th Floor | New York | NY | 10019 |
| 100 | 15-05259 | MORTON SALT INC | Bryan Cave LLP | Leslie Bayles | 161 North Clark Street | Suite 4300 | Chicago | IL | 60601 |
| 101 | 15-05268 | COMMUNICATIONS PROFESSIONALS INC | Maxwell Dunn, PLC | Ethan Dunn | 24725 W. 12 Mile | Ste. 304 | Southfield | MI | 48034 |
| 102 | 15-05270 | ARGUS GROUP INC DBA ARGUS HAZCO | Blevins Sanborn Jezdimir Zack PLC | David Zack | 1842 Michigan Avenue | | Detroit | MI | 48216 |
| 103 | 15-05273 | CINTAS CORPORATION | Keating Muething & Klekamp PLL | Jason V. Stitt | One East 4th Street | Suite 1400 | Cincinnati | OH | 45202 |
| 104 | 15-05300 | MOORE MEDICAL CORP | Buchalter Nemer | Jeffrey J. Garfinkle | 18400 Von Karman Avenue | Suite 800 | Irvine | CA | 92612 |
| 105 | 15-05325 | CUMMINS BRIDGEWAY LLC | Faegre Baker Daniels LLP | Kayla D. Britton | 600 E. 96th Street | Suite 600 | Indianapolis | ID | 46240 |
| 106 | 15-05327 | PMSI INC | Bass, Berry & Sims | Gene Humphreys | 150 Third Avenue South | Suite 2800 | Nashville | TN | 37201 |
| 107 | 15-05332 | JEFFREY J ELLISON PLLC | Jeffrey J Ellison PLLC | Jeffrey J. Ellison | 214 South Main Street | Stite 212 | Ann Arbor | MI | 48104 |