Copy 1 Provider
Copy 2 Carrier

CARRIERS' EXPLANATION OF BENEFITS

*CDMI-0080A3*

Processed:        09/24/2014
Page.....:            001

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: R028174
INSURED......: WILLIAMS          , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT MEDICAL GROUP/8560 N
DEPT 771475 PO BOX 77000
DETROIT, MI  482771475

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 80-0585968 1699088468 *
PATIENT ACCOUNT NO: S1ETUQ5DFF
DIAGNOSIS CODE 1..:
DIAGNOSIS CODE 2..:
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/25/2014
DATE BILLED.......: 03/19/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | NDC Code | Description | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 33261-0105-60 | TRAMADOL | 060 | 101.20 | 4.00 | 01 | 0.00 | | 0.00 | | 97.20 |
| 03/19/2014 | 33261-0500-60 | ALPRAZOLAM | 060 | 256.20 | 4.01 | 01 | 0.00 | | 0.00 | | 252.19 |
| 03/19/2014 | 33261-0218-60 | HYDROCODONE | 120 | 173.20 | 4.00 | 01 | 0.00 | | 0.00 | | 169.20 |
| 03/19/2014 | 33261-0081-90 | NAPROXEN | 090 | 166.00 | 4.00 | 01 | 0.00 | | 0.00 | | 162.00 |
| 03/19/2014 | 33261-0049-90 | GABAPENTIN | 090 | 175.00 | 4.00 | 01 | 0.00 | | 0.00 | | 171.00 |

01 The charge exceeds the maximum fee for a complete service, or the professional or technical component.

| | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|
| | | 871.60 | 20.01 | 0.00 | 0.00 | 851.59 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: R028174
INSURED......: WILLIAMS                , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT MEDICAL GROUP/8560 N
DEPT 771475 PO BOX 77000
DETROIT, MI  482771475

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 80-0585968 1699088468 *
PATIENT ACCOUNT NO: S1ETUQ5DFF
DIAGNOSIS CODE 1..:
DIAGNOSIS CODE 2..:
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/25/2014
DATE BILLED.......: 03/19/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | NDC Code | Description | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 33261-0105-60 | TRAMADOL | 060 | 101.20 | 4.00 | 01 | 0.00 | | 0.00 | | 97.20 |
| 03/19/2014 | 33261-0500-60 | ALPRAZOLAM | 060 | 256.20 | 4.01 | 01 | 0.00 | | 0.00 | | 252.19 |
| 03/19/2014 | 33261-0218-60 | HYDROCODONE | 120 | 173.20 | 4.00 | 01 | 0.00 | | 0.00 | | 169.20 |
| 03/19/2014 | 33261-0081-90 | NAPROXEN | 090 | 166.00 | 4.00 | 01 | 0.00 | | 0.00 | | 162.00 |
| 03/19/2014 | 33261-0049-90 | GABAPENTIN | 090 | 175.00 | 4.00 | 01 | 0.00 | | 0.00 | | 171.00 |

01 The charge exceeds the maximum fee for a complete service, or the professional or technical component.

| | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
| | 871.60 | 20.01 | 0.00 | 0.00 | 851.59 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW                      CLAIM NUMBER.: 999003987
2 WOODWARD AVENUE                              NAIC/SELF INS: 999000482
STE 500                                        BILL NUMBER..: R028174
DETROIT, MI  48226                             INSURED......: WILLIAMS            , SHIELA
(313) 237-3017                                 CLAIM REP....: LENTON, KELVIN

      PROVIDER NAME/ADDRESS:                                  CLAIMANT NAME/ADDRESS:

      SUMMIT MEDICAL GROUP/8560 N                             WILLIAMS, SHIELA
      DEPT 771475 PO BOX 77000                                5841 ARTILAN
      DETROIT, MI  482771475                                  DETROIT, MI  48228

      FEIN / NPI NUMBER.: 80-0585968 1699088468 *      DATE OF INJURY....: 05/10/2012
      PATIENT ACCOUNT NO: S1ETUQ5DFF                   DATE POSTED.......: 09/25/2014
      DIAGNOSIS CODE 1..:                              DATE BILLED.......: 03/19/2014
      DIAGNOSIS CODE 2..:                              DATE RECEIVED.....: 09/16/2014
      DIAGNOSIS CODE 3..:                              SERVICE FROM DATE.: 03/19/2014
      DIAGNOSIS CODE 4..:                              SERVICE TO DATE...: 03/19/2014

| Service Date | NDC Code | Description | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 33261-0105-60 | TRAMADOL | 060 | 101.20 | 4.00 | 01 | 0.00 | | 0.00 | | 97.20 |
| 03/19/2014 | 33261-0500-60 | ALPRAZOLAM | 060 | 256.20 | 4.01 | 01 | 0.00 | | 0.00 | | 252.19 |
| 03/19/2014 | 33261-0218-60 | HYDROCODONE | 120 | 173.20 | 4.00 | 01 | 0.00 | | 0.00 | | 169.20 |
| 03/19/2014 | 33261-0081-90 | NAPROXEN | 090 | 166.00 | 4.00 | 01 | 0.00 | | 0.00 | | 162.00 |
| 03/19/2014 | 33261-0049-90 | GABAPENTIN | 090 | 175.00 | 4.00 | 01 | 0.00 | | 0.00 | | 171.00 |

 01 The charge exceeds the maximum fee for a complete service, or the professional or technical component.

|  | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
|  | 871.60 | 20.01 | 0.00 | 0.00 | 851.59 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 0 6 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: R028174
INSURED......: WILLIAMS                , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT MEDICAL GROUP/8560 N
DEPT 771475 PO BOX 77000
DETROIT, MI  482771475

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 80-0585968 1699088468 *
PATIENT ACCOUNT NO: S1ETUQ5DFF
DIAGNOSIS CODE 1..:
DIAGNOSIS CODE 2..:
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/25/2014
DATE BILLED.......: 03/19/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | NDC Code | Description | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 33261-0105-60 | TRAMADOL | 060 | 101.20 | 4.00 | 01 | 0.00 | | 0.00 | | 97.20 |
| 03/19/2014 | 33261-0500-60 | ALPRAZOLAM | 060 | 256.20 | 4.01 | 01 | 0.00 | | 0.00 | | 252.19 |
| 03/19/2014 | 33261-0218-60 | HYDROCODONE | 120 | 173.20 | 4.00 | 01 | 0.00 | | 0.00 | | 169.20 |
| 03/19/2014 | 33261-0081-90 | NAPROXEN | 090 | 166.00 | 4.00 | 01 | 0.00 | | 0.00 | | 162.00 |
| 03/19/2014 | 33261-0049-90 | GABAPENTIN | 090 | 175.00 | 4.00 | 01 | 0.00 | | 0.00 | | 171.00 |

01 The charge exceeds the maximum fee for a complete service, or the professional or technical component.

| | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|
| | | 871.60 | 20.01 | 0.00 | 0.00 | 851.59 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION
LAW DEPARTMENT

Copy 1 Provider
Copy 2 Carrier

CARRIERS' EXPLANATION OF BENEFITS

CD MI - 0080A3

Processed:        09/24/2014
Page.....:             001

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857234
INSURED......: WILLIAMS          , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378858P4210
DIAGNOSIS CODE 1..: 722.0  DISPLACED CERVICAL INTER
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/29/2014
DATE BILLED.......: 04/07/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 72126 | 72126 | COMPUTED TO | 1 | 001 | 1195.00 | 0.00 | | 0.00 | | 0.00 | | 1195.00 |
| 03/19/2014 | 11 | Q9967 | Q9967 | Low osmola | 1 | 001 | 10.00 | 0.00 | | 0.00 | | 0.00 | | 10.00 |

| | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
| | 1205.00 | 0.00 | 0.00 | 0.00 | 1205.00 |

If you have any questions regarding this analysis, please contact Brown Review Management at 800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857234
INSURED......: WILLIAMS            , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378858P4210
DIAGNOSIS CODE 1..: 722.0 DISPLACED CERVICAL INTER
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY...: 05/10/2012
DATE POSTED......: 09/29/2014
DATE BILLED......: 04/07/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 72126 | 72126 | COMPUTED TO | 1 | 001 | 1195.00 | 0.00 | | 0.00 | | 0.00 | | 1195.00 |
| 03/19/2014 | 11 | Q9967 | Q9967 | Low osmola | 1 | 001 | 10.00 | 0.00 | | 0.00 | | 0.00 | | 10.00 |

| | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|
| | | 1205.00 | 0.00 | 0.00 | 0.00 | 1205.00 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW                        CLAIM NUMBER.: 999003987
2 WOODWARD AVENUE                                NAIC/SELF INS: 999000482
STE 500                                          BILL NUMBER..: P857234
DETROIT, MI  48226                               INSURED......: WILLIAMS              , SHIELA
(313) 237-3017                                   CLAIM REP....: LENTON, KELVIN

        PROVIDER NAME/ADDRESS:                                   CLAIMANT NAME/ADDRESS:

        SUMMIT PHYSICIANS GRP/8560                               WILLIAMS, SHIELA
        DEPT 771721 PO BOX 77000                                 5841 ARTILAN
        DETROIT, MI  48277                                       DETROIT, MI  48228


        FEIN / NPI NUMBER.: 45-4013724 1275805491 *      DATE OF INJURY....: 05/10/2012
        PATIENT ACCOUNT NO: 37885BP4210                  DATE POSTED.......: 09/29/2014
        DIAGNOSIS CODE 1..: 722.0  DISPLACED CERVICAL INTER   DATE BILLED.......: 04/07/2014
        DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC   DATE RECEIVED.....: 09/16/2014
        DIAGNOSIS CODE 3..:                              SERVICE FROM DATE.: 03/19/2014
        DIAGNOSIS CODE 4..:                              SERVICE TO DATE...: 03/19/2014

--------------------------------------------------------------------------------------------------------
Service Date  POS  Proc Billed  Proc Paid  Description  Dgn  Units    Billed  Tech Adj  EB  Prof Adj  EN  PPO Adj  EP      Paid
--------------------------------------------------------------------------------------------------------

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 72126 | 72126 | COMPUTED TO | 1 | 001 | 1195.00 | 0.00 | | 0.00 | | 0.00 | | 1195.00 |
| 03/19/2014 | 11 | Q9967 | Q9967 | Low osmola | 1 | 001 | 10.00 | 0.00 | | 0.00 | | 0.00 | | 10.00 |

--------------------------------------------------------------------------------------------------------
                                                  Billed    Tech Adj       Prof Adj         PPO Adj          Paid
                                                 1205.00        0.00           0.00            0.00       1205.00

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 0 6 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857234
INSURED......: WILLIAMS           , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378858P4210
DIAGNOSIS CODE 1..: 722.0  DISPLACED CERVICAL INTER
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY...: 05/10/2012
DATE POSTED......: 09/29/2014
DATE BILLED......: 04/07/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE: 03/19/2014
SERVICE TO DATE..: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 72126 | 72126 | COMPUTED TO | 1 | 001 | 1195.00 | 0.00 | | 0.00 | | 0.00 | | 1195.00 |
| 03/19/2014 | 11 | Q9967 | Q9967 | Low osmola | 1 | 001 | 10.00 | 0.00 | | 0.00 | | 0.00 | | 10.00 |

|  | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
|  | 1205.00 | 0.00 | 0.00 | 0.00 | 1205.00 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

CARRIERS' EXPLANATION OF BENEFITS

CDMI-5080A3

Processed:    09/17/2014
Page.....:         001

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856896
INSURED......: WILLIAMS                , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3710270P4210
DIAGNOSIS CODE 1..: 722.83 POSTLAMINECTOMY SYND LUM
DIAGNOSIS CODE 2..: 722.81 POSTLAMINECTOMY SYND CER
DIAGNOSIS CODE 3..: 720.2  SACROILIITIS OTHER
DIAGNOSIS CODE 4..: V58.83 ENCTR THERAP DRUG MONITO

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/24/2014
DATE BILLED.......: 05/19/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 04/17/2014
SERVICE TO DATE...: 04/17/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17/2014 | 11 | 99213 25 | 99213 25 | OFFICE OR O | 1 | 001 | 250.00 | 140.57 | 02 | 0.00 | | 0.00 | | 109.43 |
| 04/17/2014 | 11 | 80101 QW | 80101 | DRUG SCREEN | 4 | 001 | 240.00 | 0.00 | | 0.00 | | 0.00 | | 240.00 |

02 The charge exceeds the usual and customary charge.

|  | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
|  | 490.00 | 140.57 | 0.00 | 0.00 | 349.43 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P866896
INSURED......: WILLIAMS                  , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3710270P4210
DIAGNOSIS CODE 1..: 722.83 POSTLAMINECTOMY SYND LUM
DIAGNOSIS CODE 2..: 722.81 POSTLAMINECTOMY SYND CER
DIAGNOSIS CODE 3..: 720.2  SACROILIITIS OTHER
DIAGNOSIS CODE 4..: V58.83 ENCTR THERAP DRUG MONITO

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/24/2014
DATE BILLED.......: 05/19/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 04/17/2014
SERVICE TO DATE...: 04/17/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17/2014 | 11 | 99213 25 | 99213 25 | OFFICE OR O | 1 | 001 | 250.00 | 140.57 | 02 | 0.00 | | 0.00 | | 109.43 |
| 04/17/2014 | 11 | 80101 QW | 80101 | DRUG SCREEN | 4 | 001 | 240.00 | 0.00 | | 0.00 | | 0.00 | | 240.00 |

02 The charge exceeds the usual and customary charge.

| | | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|---|
| | | | 490.00 | 140.57 | 0.00 | 0.00 | 349.43 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856896
INSURED......: WILLIAMS          , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3710270P4210
DIAGNOSIS CODE 1..: 722.83 POSTLAMINECTOMY SYND LUM
DIAGNOSIS CODE 2..: 722.81 POSTLAMINECTOMY SYND CER
DIAGNOSIS CODE 3..: 720.2  SACROILIITIS OTHER
DIAGNOSIS CODE 4..: V58.83 ENCTR THERAP DRUG MONITO

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/24/2014
DATE BILLED.......: 05/19/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 04/17/2014
SERVICE TO DATE...: 04/17/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17/2014 | 11 | 99213 25 | 99213 25 | OFFICE OR O | 1 | 001 | 250.00 | 140.57 | 02 | 0.00 | | 0.00 | | 109.43 |
| 04/17/2014 | 11 | 80101 QW | 80101 | DRUG SCREEN | 4 | 001 | 240.00 | 0.00 | | 0.00 | | 0.00 | | 240.00 |

02 The charge exceeds the usual and customary charge.

| | | | | | | Billed | Tech Adj | | Prof Adj | | PPO Adj | | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 490.00 | 140.57 | | 0.00 | | 0.00 | | 349.43 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED

OCT 06 2014

CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856896
INSURED......: WILLIAMS          , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3710270P4210
DIAGNOSIS CODE 1..: 722.83 POSTLAMINECTOMY SYND LUM
DIAGNOSIS CODE 2..: 722.81 POSTLAMINECTOMY SYND CER
DIAGNOSIS CODE 3..: 720.2  SACROILIITIS OTHER
DIAGNOSIS CODE 4..: V58.63 ENCTR THERAP DRUG MONITO

DATE OF INJURY...: 05/10/2012
DATE POSTED......: 09/24/2014
DATE BILLED......: 05/19/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE.: 04/17/2014
SERVICE TO DATE..: 04/17/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17/2014 | 11 | 99213 25 | 99213 25 | OFFICE OR 0 | 1 | 001 | 250.00 | 140.57 | 02 | 0.00 | | 0.00 | | 109.43 |
| 04/17/2014 | 11 | 80101 QW | 80101 | DRUG SCREEN | 4 | 001 | 240.00 | 0.00 | | 0.00 | | 0.00 | | 240.00 |

02 The charge exceeds the usual and customary charge.

| | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
| | 490.00 | 140.57 | 0.00 | 0.00 | 349.43 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

CARRIERS' EXPLANATION OF BENEFITS

CDMI-0080A3

Processed:      09/24/2014
Page.....:           001

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857235
INSURED......: WILLIAMS              , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378712P4210
DIAGNOSIS CODE 1..: 784.0  HEADACHE
DIAGNOSIS CODE 2..: 724.5  BACKACHE UNSPECIFIED
DIAGNOSIS CODE 3..: 729.1  UNS MYALGIA/MYOSITIS
DIAGNOSIS CODE 4..: E92.90 LATE EFFECTS MOTOR VEHIC

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/29/2014
DATE BILLED.......: 04/02/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 99214 25 | 99214 25 | OFFICE OR O | 1 | 001 | 385.00 | 226.40 | 02 | 0.00 | | 0.00 | | 158.60 |

02 The charge exceeds the usual and customary charge.

|  |  | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|
|  |  | 385.00 | 226.40 | 0.00 | 0.00 | 158.60 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857235
INSURED......: WILLIAMS              , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378712P4210
DIAGNOSIS CODE 1..: 784.0  HEADACHE
DIAGNOSIS CODE 2..: 724.5  BACKACHE UNSPECIFIED
DIAGNOSIS CODE 3..: 729.1  UNS MYALGIA/MYOSITIS
DIAGNOSIS CODE 4..: E92.90 LATE EFFECTS MOTOR VEHIC

DATE OF INJURY,...: 05/10/2012
DATE POSTED......: 09/29/2014
DATE BILLED......: 04/02/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE: 03/19/2014
SERVICE TO DATE..: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 99214 25 | 99214 25 | OFFICE OR 0 | 1 | 001 | 385.00 | 226.40 | 02 | 0.00 | | 0.00 | | 158.60 |

02 The charge exceeds the usual and customary charge.

| | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|
| | | 385.00 | 226.40 | 0.00 | 0.00 | 158.60 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 0 6 2014
CITY OF DETROIT
CLAIMS SECTION

CARRIERS' EXPLANATION OF BENEFITS

Processed:    09/24/2014
Page.....:         001

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER..: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857235
INSURED......: WILLIAMS              , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378712P4210
DIAGNOSIS CODE 1..: 784.0  HEADACHE
DIAGNOSIS CODE 2..: 724.5  BACKACHE UNSPECIFIED
DIAGNOSIS CODE 3..: 729.1  UNS MYALGIA/MYOSITIS
DIAGNOSIS CODE 4..: E92.90 LATE EFFECTS MOTOR VEHIC

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/29/2014
DATE BILLED.......: 04/02/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 99214 25 | 99214 25 | OFFICE OR O | 1 | 001 | 385.00 | 226.40 | 02 | 0.00 | | 0.00 | | 158.60 |

02 The charge exceeds the usual and customary charge.

| | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
| | 385.00 | 226.40 | 0.00 | 0.00 | 158.60 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 03 2014
CITY OF DETROIT
CLAIMS SECTION

CARRIERS' EXPLANATION OF BENEFITS

Processed:   09/24/2014
Page.....:     001

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL·NUMBER..: P857235
INSURED......: WILLIAMS     , SHIELA
CLAIM REP...: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378712P4210
DIAGNOSIS CODE 1..: 784.0 HEADACHE
DIAGNOSIS CODE 2..: 724.5 BACKACHE UNSPECIFIED
DIAGNOSIS CODE 3..: 729.1 UNS MYALGIA/MYOSITIS
DIAGNOSIS CODE 4..: E92.90 LATE EFFECTS MOTOR VEHIC

DATE OF INJURY...: 05/10/2012
DATE POSTED......: 09/29/2014
DATE BILLED......: 04/02/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE..: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 99214 25 | 99214 25 | OFFICE OR 0 | 1 | 001 | 385.00 | 226.40 | 02 | 0.00 | | 0.00 | | 158.60 |

02 The charge exceeds the usual and customary charge.

| | | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|---|
| | | | 385.00 | 226.40 | 0.00 | 0.00 | 158.60 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED

OCT 03 2014

CITY OF DETROIT
CLAIMS SECTION

CARRIERS' EXPLANATION OF BENEFITS

Processed:        09/24/2014
Page.....:              001

*CDMI-008293*

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857236
INSURED......: WILLIAMS          , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378467P4210
DIAGNOSIS CODE 1..: 784.0  HEADACHE
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/29/2014
DATE BILLED.......: 03/27/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 64505 RT | 64505 RT | INJECTION, | 1 | 001 | 660.00 | 129.39 | 02 | 0.00 | | 0.00 | | 530.61 |
| 03/19/2014 | 11 | 64505 LT | 64505 LT | INJECTION, | 1 | 001 | 660.00 | 394.69 | 02 | 0.00 | | 0.00 | | 265.31 |

02 The charge exceeds the usual and customary charge.

| | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
| | 1320.00 | 524.08 | 0.00 | 0.00 | 795.92 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 03 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857236
INSURED......: WILLIAMS              , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378467P4210
DIAGNOSIS CODE 1..: 784.0  HEADACHE
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED......: 09/29/2014
DATE BILLED......: 03/27/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE..: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 64505 RT | 64505 RT | INJECTION. | 1 | 001 | 660.00 | 129.39 | 02 | 0.00 | | 0.00 | | 530.61 |
| 03/19/2014 | 11 | 64505 LT | 64505 LT | INJECTION. | 1 | 001 | 660.00 | 394.69 | 02 | 0.00 | | 0.00 | | 265.31 |

02 The charge exceeds the usual and customary charge.

| | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|
| | | 1320.00 | 524.08 | 0.00 | 0.00 | 795.92 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195 Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857236
INSURED......: WILLIAMS                . SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378467P4210
DIAGNOSIS CODE 1..: 784.0  HEADACHE
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/29/2014
DATE BILLED.......: 03/27/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 64505 RT | 64505 RT | INJECTION, | 1 | 001 | 660.00 | 129.39 | 02 | 0.00 | | 0.00 | | 530.61 |
| 03/19/2014 | 11 | 64505 LT | 64505 LT | INJECTION, | 1 | 001 | 660.00 | 394.69 | 02 | 0.00 | | 0.00 | | 265.31 |

02 The charge exceeds the usual and customary charge.

| | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
| | 1320.00 | 524.08 | 0.00 | 0.00 | 795.92 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857236
INSURED......: WILLIAMS          , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378467P4210
DIAGNOSIS CODE 1..: 784.0  HEADACHE
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/29/2014
DATE BILLED.......: 03/27/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 64505 RT | 64505 RT | INJECTION, | 1 | 001 | 660.00 | 129.39 | 02 | 0.00 | | 0.00 | | 530.61 |
| 03/19/2014 | 11 | 64505 LT | 64505 LT | INJECTION, | 1 | 001 | 660.00 | 394.69 | 02 | 0.00 | | 0.00 | | 265.31 |

02 The charge exceeds the usual and customary charge.

| | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|
| | | 1320.00 | 524.08 | 0.00 | 0.00 | 795.92 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED

OCT 0 6 2014

CITY OF DETROIT
CLAIMS SECTION

Copy 1 Provider
Copy 2 Carrier

CARRIERS' EXPLANATION OF BENEFITS

*CDMI-DO8OA3*
Processed:        09/17/2014
Page.....:              001

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856897
INSURED......: WILLIAMS          , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3711271P4210
DIAGNOSIS CODE 1..: 724.2  LUMBAGO
DIAGNOSIS CODE 2..: 723.1  CERVICALGIA
DIAGNOSIS CODE 3..: 723.8  OTH SYNDROMES AFFECTING
DIAGNOSIS CODE 4..: E92.90 LATE EFFECTS MOTOR VEHIC

DATE OF INJURY...: 05/10/2012
DATE POSTED......: 09/24/2014
DATE BILLED......: 06/12/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE.: 05/19/2014
SERVICE TO DATE...: 05/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19/2014 | 11 | 99213 | 99213 | OFFICE OR O | 1 | 001 | 250.00 | 140.57 | 02 | 0.00 | | 0.00 | | 109.43 |

02 The charge exceeds the usual and customary charge.

| | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|
| | | 250.00 | 140.57 | 0.00 | 0.00 | 109.43 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 0 6 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856897
INSURED......: WILLIAMS           , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3711271P4210
DIAGNOSIS CODE 1..: 724.2  LUMBAGO
DIAGNOSIS CODE 2..: 723.1  CERVICALGIA
DIAGNOSIS CODE 3..: 723.8  OTH SYNDROMES AFFECTING
DIAGNOSIS CODE 4..: E92.90 LATE EFFECTS MOTOR VEHIC

DATE OF INJURY...: 05/10/2012
DATE POSTED......: 09/24/2014
DATE BILLED......: 06/12/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE.: 05/19/2014
SERVICE TO DATE...: 05/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19/2014 | 11 | 99213 | 99213 | OFFICE OR 0 | 1 | 001 | 250.00 | 140.57 | 02 | 0.00 | | 0.00 | | 109.43 |

02 The charge exceeds the usual and customary charge.

| | | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|---|
| | | | 250.00 | 140.57 | 0.00 | 0.00 | 109.43 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856897
INSURED......: WILLIAMS              , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3711271P4210
DIAGNOSIS CODE 1..: 724.2  LUMBAGO
DIAGNOSIS CODE 2..: 723.1  CERVICALGIA
DIAGNOSIS CODE 3..: 723.8  OTH SYNDROMES AFFECTING
DIAGNOSIS CODE 4..: E92.90 LATE EFFECTS MOTOR VEHIC

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/24/2014
DATE BILLED.......: 06/12/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 05/19/2014
SERVICE TO DATE...: 05/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19/2014 | 11 | 99213 | 99213 | OFFICE OR O | 1 | 001 | 250.00 | 140.57 | 02 | 0.00 | | 0.00 | | 109.43 |

02 The charge exceeds the usual and customary charge.

| | | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|---|
| | | | 250.00 | 140.57 | 0.00 | 0.00 | 109.43 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

CARRIERS' EXPLANATION OF BENEFITS

Processed:   09/17/2014
Page.....:     001

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856897
INSURED......: WILLIAMS       , SHIELA
CLAIM REP...: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3711271P4210
DIAGNOSIS CODE 1..: 724.2  LUMBAGO
DIAGNOSIS CODE 2..: 723.1  CERVICALGIA
DIAGNOSIS CODE 3..: 723.8  OTH SYNDROMES AFFECTING
DIAGNOSIS CODE 4..: E92.90 LATE EFFECTS MOTOR VEHIC

DATE OF INJURY...: 05/10/2012
DATE POSTED......: 09/24/2014
DATE BILLED......: 06/12/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE.: 05/19/2014
SERVICE TO DATE...: 05/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19/2014 | 11 | 99213 | 99213 | OFFICE OR O | 1 | 001 | 250.00 | 140.57 | 02 | 0.00 | | 0.00 | | 109.43 |

02 The charge exceeds the usual and customary charge.

| | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|
| | | 250.00 | 140.57 | 0.00 | 0.00 | 109.43 |

If you have any questions regarding this analysis, please contact Brown Review Management at 800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

Copy 1 Provider
Copy 2 Carrier

CARRIERS' EXPLANATION OF BENEFITS

*C D M I - 008093*

Processed.: 09/17/2014
Page.....: 001

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF.INS: 999000482
BILL NUMBER..: P856894
INSURED......: WILLIAMS          . SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378242P4210
DIAGNOSIS CODE 1..: 729.1 UNS MYALGIA/MYOSITIS
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/24/2014
DATE BILLED.......: 03/19/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 01/14/2014
SERVICE TO DATE...: 01/14/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/14/2014 | 11 | 20553 | 20553 | INJECTION(S | 1 | 001 | 245.00 | 97.31 | 02 | 0.00 | | 0.00 | | 147.69 |
| 01/14/2014 | 11 | J1040 | J1040 | Injection, 00703005101 | 1 | 001 | 40.00 | 0.00 | | 30.88 | NS | 0.00 | | 9.12 |
| 01/14/2014 | 11 | J2001 | J2001 | INJ. LIDOCA 00338040902 | 1 | 001 | 35.00 | 0.00 | | 35.00 | NS | 0.00 | | 0.00 |

NS Please see note below.
02 The charge exceeds the usual and customary charge.

DENIED CODE J2001 AS INCLUDED WITH CODE 20553
REVIEWED PER RED BOOK AWP

|  | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
|  | 320.00 | 97.31 | 65.88 | 0.00 | 156.81 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

CARRIERS' EXPLANATION OF BENEFITS

Processed:   09/17/2014
Page.....:   001

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856894
INSURED......: WILLIAMS      , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378242P4210
DIAGNOSIS CODE 1..: 729.1 UNS MYALGIA/MYOSITIS
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED......: 09/24/2014
DATE BILLED......: 03/19/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE.: 01/14/2014
SERVICE TO DATE...: 01/14/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/14/2014 | 11 | 20553 | 20553 | INJECTION(S | 1 | 001 | 245.00 | 97.31 | 02 | 0.00 | | 0.00 | | 147.69 |
| 01/14/2014 | 11 | J1040 | J1040 | Injection, 00703005101 | 1 | 001 | 40.00 | 0.00 | | 30.88 | NS | 0.00 | | 9.12 |
| 01/14/2014 | 11 | J2001 | J2001 | INJ, LIDOCA 00338040902 | 1 | 001 | 35.00 | 0.00 | | 35.00 | NS | 0.00 | | 0.00 |

NS Please see note below.
02 The charge exceeds the usual and customary charge.

DENIED CODE J2001 AS INCLUDED WITH CODE 20553
REVIEWED PER RED BOOK AWP

| | | | | | | | Billed | Tech Adj | | Prof Adj | | PPO Adj | | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 320.00 | 97.31 | | 65.88 | | 0.00 | | 156.81 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856894
INSURED......: WILLIAMS     , SHIELA
CLAIM REP,...: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378242P4210
DIAGNOSIS CODE 1..: 729.1 UNS MYALGIA/MYOSITIS
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/24/2014
DATE BILLED.......: 03/19/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 01/14/2014
SERVICE TO DATE...: 01/14/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/14/2014 | 11 | 20553 | 20553 | INJECTION(S | 1 | 001 | 245.00 | 97.31 | 02 | 0.00 | | 0.00 | | 147.69 |
| 01/14/2014 | 11 | J1040 | J1040 | Injection, 00703005101 | 1 | 001 | 40.00 | 0.00 | | 30.88 | NS | 0.00 | | 9.12 |
| 01/14/2014 | 11 | J2001 | J2001 | INJ, LIDOCA 00338040902 | 1 | 001 | 35.00 | 0.00 | | 35.00 | NS | 0.00 | | 0.00 |

NS Please see note below.
02 The charge exceeds the usual and customary charge.

DENIED CODE J2001 AS INCLUDED WITH CODE 20553
REVIEWED PER RED BOOK AWP

| | | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|---|
| | | | 320.00 | 97.31 | 65.88 | 0.00 | 156.81 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED

OCT 06 2014

CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW                      CLAIM NUMBER.: 999003987
2 WOODWARD AVENUE                              NAIC/SELF INS: 999000482
STE 500                                        BILL NUMBER..: P856894
DETROIT, MI 48226                              INSURED......: WILLIAMS          , SHIELA
(313) 237-3017                                 CLAIM REP...: LENTON, KELVIN

PROVIDER NAME/ADDRESS:                         CLAIMANT NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560                     WILLIAMS, SHIELA
DEPT 771721 PO BOX 77000                       5841 ARTILAN
DETROIT, MI 48277                              DETROIT, MI 48228


FEIN / NPI NUMBER.: 45-4013724 1275805491 *    DATE OF INJURY...: 05/10/2012
PATIENT ACCOUNT NO: 378242P4210                DATE POSTED......: 09/24/2014
DIAGNOSIS CODE 1..: 729.1 UNS MYALGIA/MYOSITIS DATE BILLED......: 03/19/2014
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC  DATE RECEIVED...: 09/16/2014
DIAGNOSIS CODE 3..:                            SERVICE FROM DATE.: 01/14/2014
DIAGNOSIS CODE 4..:                            SERVICE TO DATE...: 01/14/2014

--------------------------------------------------------------------------------------------
Service Date  POS  Proc Billed  Proc Paid  Description  Dgn  Units  Billed  Tech Adj  EB  Prof Adj  EN  PPO Adj  EP  Paid

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/14/2014 | 11 | 20553 | 20553 | INJECTION(S | 1 | 001 | 245.00 | 97.31 | 02 | 0.00 | | 0.00 | | 147.69 |
| 01/14/2014 | 11 | J1040 | J1040 | Injection, 00703005101 | 1 | 001 | 40.00 | 0.00 | | 30.88 | NS | 0.00 | | 9.12 |
| 01/14/2014 | 11 | J2001 | J2001 | INJ, LIDOCA 00338040902 | 1 | 001 | 35.00 | 0.00 | | 35.00 | NS | 0.00 | | 0.00 |

NS Please see note below.
02 The charge exceeds the usual and customary charge.

DENIED CODE J2001 AS INCLUDED WITH CODE 20553
REVIEWED PER RED BOOK AWP

--------------------------------------------------------------------------------------------
                                  Billed    Tech Adj     Prof Adj     PPO Adj       Paid
                                  320.00      97.31        65.88         0.00      156.81

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

Copy 1 Provider
Copy 2 Carrier

CARRIERS' EXPLANATION OF BENEFITS

*C.DMI-0080A3*

Processed:        09/24/2014
Page.....:            001

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: R028174
INSURED......: WILLIAMS            , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT MEDICAL GROUP/8560 N
DEPT 771475 PO BOX 77000
DETROIT, MI  482771475

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 80-0585968 1699088468 *
PATIENT ACCOUNT NO: S1ETUQ5DFF
DIAGNOSIS CODE 1..:
DIAGNOSIS CODE 2..:
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/25/2014
DATE BILLED.......: 03/19/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | NDC Code | Description | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 33261-0105-60 | TRAMADOL | 060 | 101.20 | 4.00 | 01 | 0.00 | | 0.00 | | 97.20 |
| 03/19/2014 | 33261-0500-60 | ALPRAZOLAM | 060 | 256.20 | 4.01 | 01 | 0.00 | | 0.00 | | 252.19 |
| 03/19/2014 | 33261-0218-60 | HYDROCODONE | 120 | 173.20 | 4.00 | 01 | 0.00 | | 0.00 | | 169.20 |
| 03/19/2014 | 33261-0081-90 | NAPROXEN | 090 | 166.00 | 4.00 | 01 | 0.00 | | 0.00 | | 162.00 |
| 03/19/2014 | 33261-0049-90 | GABAPENTIN | 090 | 175.00 | 4.00 | 01 | 0.00 | | 0.00 | | 171.00 |

01 The charge exceeds the maximum fee for a complete service, or the professional or technical component.

| | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
| | 871.60 | 20.01 | 0.00 | 0.00 | 851.59 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: R028174
INSURED......: WILLIAMS                  , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT MEDICAL GROUP/8560 N
DEPT 771475 PO BOX 77000
DETROIT, MI  482771475

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 80-0585968 1699088468 *
PATIENT ACCOUNT NO: S1ETUQ5DFF
DIAGNOSIS CODE 1..:
DIAGNOSIS CODE 2..:
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY...: 05/10/2012
DATE POSTED......: 09/25/2014
DATE BILLED......: 03/19/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE: 03/19/2014
SERVICE TO DATE..: 03/19/2014

| Service Date | NDC Code | Description | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 33261-0105-60 | TRAMADOL | 060 | 101.20 | 4.00 | 01 | 0.00 | | 0.00 | | 97.20 |
| 03/19/2014 | 33261-0500-60 | ALPRAZOLAM | 060 | 256.20 | 4.01 | 01 | 0.00 | | 0.00 | | 252.19 |
| 03/19/2014 | 33261-0218-60 | HYDROCODONE | 120 | 173.20 | 4.00 | 01 | 0.00 | | 0.00 | | 169.20 |
| 03/19/2014 | 33261-0081-90 | NAPROXEN | 090 | 166.00 | 4.00 | 01 | 0.00 | | 0.00 | | 162.00 |
| 03/19/2014 | 33261-0049-90 | GABAPENTIN | 090 | 175.00 | 4.00 | 01 | 0.00 | | 0.00 | | 171.00 |

01 The charge exceeds the maximum fee for a complete service, or the professional or technical component.

|  | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
|  | 871.60 | 20.01 | 0.00 | 0.00 | 851.59 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: R028174
INSURED......: WILLIAMS                , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT MEDICAL GROUP/8560 N
DEPT 771475 PO BOX 77000
DETROIT, MI  482771475

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 80-05B5968 1699088468 *
PATIENT ACCOUNT NO: S1ETUQ5DFF
DIAGNOSIS CODE 1..:
DIAGNOSIS CODE 2..:
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED......: 09/25/2014
DATE BILLED......: 03/19/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | NDC Code | Description | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 33261-0105-60 | TRAMADOL | 060 | 101.20 | 4.00 | 01 | 0.00 | | 0.00 | | 97.20 |
| 03/19/2014 | 33261-0500-60 | ALPRAZOLAM | 060 | 256.20 | 4.01 | 01 | 0.00 | | 0.00 | | 252.19 |
| 03/19/2014 | 33261-0218-60 | HYDROCODONE | 120 | 173.20 | 4.00 | 01 | 0.00 | | 0.00 | | 169.20 |
| 03/19/2014 | 33261-0081-90 | NAPROXEN | 090 | 166.00 | 4.00 | 01 | 0.00 | | 0.00 | | 162.00 |
| 03/19/2014 | 33261-0049-90 | GABAPENTIN | 090 | 175.00 | 4.00 | 01 | 0.00 | | 0.00 | | 171.00 |

01 The charge exceeds the maximum fee for a complete service, or the professional or technical component.

| | | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|---|
| | | | 871.60 | 20.01 | 0.00 | 0.00 | 851.59 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION
LAW DEPARTMENT

CARRIERS' EXPLANATION OF BENEFITS

Processed:   09/24/2014
Page.....:   001

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: R028174
INSURED......: WILLIAMS     , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT MEDICAL GROUP/8560 N
DEPT 771475 PO BOX 77000
DETROIT, MI  482771475

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 80-0585968 1699088468 *
PATIENT ACCOUNT NO: S1ETUQ5DFF
DIAGNOSIS CODE 1..:
DIAGNOSIS CODE 2..:
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/25/2014
DATE BILLED.......: 03/19/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | NDC Code | Description | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 33261-0105-60 | TRAMADOL | 060 | 101.20 | 4.00 | 01 | 0.00 | | 0.00 | | 97.20 |
| 03/19/2014 | 33261-0500-60 | ALPRAZOLAM | 060 | 256.20 | 4.01 | 01 | 0.00 | | 0.00 | | 252.19 |
| 03/19/2014 | 33261-0218-60 | HYDROCODONE | 120 | 173.20 | 4.00 | 01 | 0.00 | | 0.00 | | 169.20 |
| 03/19/2014 | 33261-0081-90 | NAPROXEN | 090 | 166.00 | 4.00 | 01 | 0.00 | | 0.00 | | 162.00 |
| 03/19/2014 | 33261-0049-90 | GABAPENTIN | 090 | 175.00 | 4.00 | 01 | 0.00 | | 0.00 | | 171.00 |

01 The charge exceeds the maximum fee for a complete service, or the professional or technical component.

| | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
| | 871.60 | 20.01 | 0.00 | 0.00 | 851.59 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034.



RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION
LAW DEPARTMENT

CARRIERS' EXPLANATION OF BENEFITS

LVMI - 508093

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857234
INSURED......: WILLIAMS                , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378858P4210
DIAGNOSIS CODE 1..: 722.0  DISPLACED CERVICAL INTER
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/29/2014
DATE BILLED.......: 04/07/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 72126 | 72126 | COMPUTED TO | 1 | 001 | 1195.00 | 0.00 | | 0.00 | | 0.00 | | 1195.00 |
| 03/19/2014 | 11 | Q9967 | Q9967 | Low osmola | 1 | 001 | 10.00 | 0.00 | | 0.00 | | 0.00 | | 10.00 |

| | Billed | Tech Adj | | Prof Adj | | PPO Adj | | Paid |
|---|---|---|---|---|---|---|---|---|
| | 1205.00 | 0.00 | | 0.00 | | 0.00 | | 1205.00 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVE
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857234
INSURED......: WILLIAMS            , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS. SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378858P4210
DIAGNOSIS CODE 1..: 722.0  DISPLACED CERVICAL INTER
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/29/2014
DATE BILLED.......: 04/07/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 72126 | 72126 | COMPUTED TO | 1 | 001 | 1195.00 | 0.00 | | 0.00 | | 0.00 | | 1195.00 |
| 03/19/2014 | 11 | Q9967 | Q9967 | Low osmola | 1 | 001 | 10.00 | 0.00 | | 0.00 | | 0.00 | | 10.00 |

|  | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
|  | 1205.00 | 0.00 | 0.00 | 0.00 | 1205.00 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857234
INSURED......: WILLIAMS                , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378858P4210
DIAGNOSIS CODE 1..: 722.0  DISPLACED CERVICAL INTER
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/29/2014
DATE BILLED.......: 04/07/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 72126 | 72126 | COMPUTED TO | 1 | 001 | 1195.00 | 0.00 | | 0.00 | | 0.00 | | 1195.00 |
| 03/19/2014 | 11 | Q9967 | Q9967 | Low osmola | 1 | 001 | 10.00 | 0.00 | | 0.00 | | 0.00 | | 10.00 |

| | | | | | | | Billed | Tech Adj | | Prof Adj | | PPO Adj | | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1205.00 | 0.00 | | 0.00 | | 0.00 | | 1205.00 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 0 6 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857234
INSURED......: WILLIAMS          , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT·NO: 378858P4210
DIAGNOSIS CODE 1..: 722.0  DISPLACED CERVICAL INTER
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/29/2014
DATE BILLED.......: 04/07/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 72126 | 72126 | COMPUTED TO | 1 | 001 | 1195.00 | 0.00 | | 0.00 | | 0.00 | | 1195.00 |
| 03/19/2014 | 11 | Q9967 | Q9967 | Low osmola | 1 | 001 | 10.00 | 0.00 | | 0.00 | | 0.00 | | 10.00 |

| | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
| | 1205.00 | 0.00 | 0.00 | 0.00 | 1205.00 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED

OCT 0 6 2014

CITY OF DETROIT
CLAIMS SECTION

Copy 1 Provider
Copy 2 Carrier

CARRIERS' EXPLANATION OF BENEFITS

*CDMI-0080A3*

Processed: 09/17/2014
Page.....: 001

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856896
INSURED......: WILLIAMS              , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3710270P4210
DIAGNOSIS CODE 1..: 722.83 POSTLAMINECTOMY SYND LUM
DIAGNOSIS CODE 2..: 722.81 POSTLAMINECTOMY SYND CER
DIAGNOSIS CODE 3..: 720.2 SACROILIITIS OTHER
DIAGNOSIS CODE 4..: V58.83 ENCTR THERAP DRUG MONITO

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/24/2014
DATE BILLED.......: 05/19/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 04/17/2014
SERVICE TO DATE...: 04/17/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17/2014 | 11 | 99213 25 | 99213 25 | OFFICE OR O | 1 | 001 | 250.00 | 140.57 | 02 | 0.00 | | 0.00 | | 109.43 |
| 04/17/2014 | 11 | 80101 QW | 80101 | DRUG SCREEN | 4 | 001 | 240.00 | 0.00 | | 0.00 | | 0.00 | | 240.00 |

02 The charge exceeds the usual and customary charge.

| | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
| | 490.00 | 140.57 | 0.00 | 0.00 | 349.43 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856896
INSURED......: WILLIAMS              , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3710270P4210
DIAGNOSIS CODE 1..: 722.83 POSTLAMINECTOMY SYND LUM
DIAGNOSIS CODE 2..: 722.81 POSTLAMINECTOMY SYND CER
DIAGNOSIS CODE 3..: 720.2 SACROILIITIS OTHER
DIAGNOSIS CODE 4..: V58.83 ENCTR THERAP DRUG MONITO

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/24/2014
DATE BILLED.......: 05/19/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 04/17/2014
SERVICE TO DATE...: 04/17/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17/2014 | 11 | 99213 25 | 99213 25 | OFFICE OR O | 1 | 001 | 250.00 | 140.57 | 02 | 0.00 | | 0.00 | | 109.43 |
| 04/17/2014 | 11 | 80101 QW | 80101 | DRUG SCREEN | 4 | 001 | 240.00 | 0.00 | | 0.00 | | 0.00 | | 240.00 |

02 The charge exceeds the usual and customary charge.

| | | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|---|
| | | | 490.00 | 140.57 | 0.00 | 0.00 | 349.43 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856896
INSURED......: WILLIAMS          , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3710270P4210
DIAGNOSIS CODE 1..: 722.83 POSTLAMINECTOMY SYND LUM
DIAGNOSIS CODE 2..: 722.81 POSTLAMINECTOMY SYND CER
DIAGNOSIS CODE 3..: 720.2  SACROILIITIS OTHER
DIAGNOSIS CODE 4..: V58.83 ENCTR THERAP DRUG MONITO

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/24/2014
DATE BILLED.......: 05/19/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 04/17/2014
SERVICE TO DATE...: 04/17/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17/2014 | 11 | 99213 25 | 99213 25 | OFFICE OR O | 1 | 001 | 250.00 | 140.57 | 02 | 0.00 | | 0.00 | | 109.43 |
| 04/17/2014 | 11 | 80101 QW | 80101 | DRUG SCREEN | 4 | 001 | 240.00 | 0.00 | | 0.00 | | 0.00 | | 240.00 |

02 The charge exceeds the usual and customary charge.

| | | | | Billed | Tech Adj | | Prof Adj | | PPO Adj | | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 490.00 | 140.57 | | 0.00 | | 0.00 | | 349.43 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856896
INSURED......: WILLIAMS          , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3710270P4210
DIAGNOSIS CODE 1..: 722.83 POSTLAMINECTOMY SYND LUM
DIAGNOSIS CODE 2..: 722.81 POSTLAMINECTOMY SYND CER
DIAGNOSIS CODE 3..: 720.2 SACROILIITIS OTHER
DIAGNOSIS CODE 4..: V58.83 ENCTR THERAP DRUG MONITO

DATE OF INJURY...: 05/10/2012
DATE POSTED......: 09/24/2014
DATE BILLED......: 05/19/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE: 04/17/2014
SERVICE TO DATE..: 04/17/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17/2014 | 11 | 99213 25 | 99213 25 | OFFICE OR O | 1 | 001 | 250.00 | 140.57 | 02 | 0.00 | | 0.00 | | 109.43 |
| 04/17/2014 | 11 | 80101 QW | 80101 | DRUG SCREEN | 4 | 001 | 240.00 | 0.00 | | 0.00 | | 0.00 | | 240.00 |

02 The charge exceeds the usual and customary charge.

| | | | Billed | Tech Adj | | Prof Adj | | PPO Adj | | Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 490.00 | 140.57 | | 0.00 | | 0.00 | | 349.43 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED

OCT 06 2014

CITY OF DETROIT
CLAIMS SECTION

Copy 1 Provider
Copy 2 Carrier

CARRIERS' EXPLANATION OF BENEFITS

CDMI-0080A3

Processed:    09/24/2014
Page.....:      001

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.....: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857235
INSURED......: WILLIAMS        , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378712P4210
DIAGNOSIS CODE 1..: 784.0  HEADACHE
DIAGNOSIS CODE 2..: 724.5  BACKACHE UNSPECIFIED
DIAGNOSIS CODE 3..: 729.1  UNS MYALGIA/MYOSITIS
DIAGNOSIS CODE 4..: E92.90 LATE EFFECTS MOTOR VEHIC

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/29/2014
DATE BILLED.......: 04/02/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 99214 25 | 99214 25 | OFFICE OR 0 | 1 | 001 | 385.00 | 226.40 | 02 | 0.00 | | 0.00 | | 158.60 |

02 The charge exceeds the usual and customary charge.

| | | | | | | Billed | Tech Adj | | Prof Adj | | PPO Adj | | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 385.00 | 226.40 | | 0.00 | | 0.00 | | 158.60 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 9990004B2
BILL NUMBER..: P857235
INSURED......: WILLIAMS          , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378712P4210
DIAGNOSIS CODE 1..: 784.0  HEADACHE
DIAGNOSIS CODE 2..: 724.5  BACKACHE UNSPECIFIED
DIAGNOSIS CODE 3..: 729.1  UNS MYALGIA/MYOSITIS
DIAGNOSIS CODE 4..: E92.90 LATE EFFECTS MOTOR VEHIC

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/29/2014
DATE BILLED.......: 04/02/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 99214 25 | 99214 25 | OFFICE OR O | 1 | 001 | 385.00 | 226.40 | 02 | 0.00 | | 0.00 | | 158.60 |

02 The charge exceeds the usual and customary charge.

| | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
| | 385.00 | 226.40 | 0.00 | 0.00 | 158.60 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 0 9 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 9990004B2
BILL NUMBER..: P857235
INSURED......: WILLIAMS          , SHIELA
CLAIM REP...: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378712P4210
DIAGNOSIS CODE 1..: 784.0  HEADACHE
DIAGNOSIS CODE 2..: 724.5  BACKACHE UNSPECIFIED
DIAGNOSIS CODE 3..: 729.1  UNS MYALGIA/MYOSITIS
DIAGNOSIS CODE 4..: E92.90 LATE EFFECTS MOTOR VEHIC

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/29/2014
DATE BILLED.......: 04/02/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE..: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 99214 25 | 99214 25 | OFFICE OR O | 1 | 001 | 385.00 | 226.40 | 02 | 0.00 | | 0.00 | | 158.60 |

02 The charge exceeds the usual and customary charge.

| | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|
| | | 385.00 | 226.40 | 0.00 | 0.00 | 158.60 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 03 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW                    CLAIM NUMBER.: 999003987
2 WOODWARD AVENUE                            NAIC/SELF INS: 999000482
STE 500                                      BILL NUMBER..: P857235
DETROIT, MI  48226                           INSURED......: WILLIAMS          , SHIELA
(313) 237-3017                               CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:                          CLAIMANT NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560                       WILLIAMS, SHIELA
DEPT 771721 PO BOX 77000                         5841 ARTILAN
DETROIT, MI  48277                               DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *     DATE OF INJURY....: 05/10/2012
PATIENT ACCOUNT NO: 378712P4210                 DATE POSTED.......: 09/29/2014
DIAGNOSIS CODE 1..: 784.0  HEADACHE             DATE BILLED.......: 04/02/2014
DIAGNOSIS CODE 2..: 724.5  BACKACHE UNSPECIFIED DATE RECEIVED.....: 09/16/2014
DIAGNOSIS CODE 3..: 729.1  UNS MYALGIA/MYOSITIS SERVICE FROM DATE.: 03/19/2014
DIAGNOSIS CODE 4..: E92.90 LATE EFFECTS MOTOR VEHIC SERVICE TO DATE...: 03/19/2014

-----------------------------------------------------------------------------------------------------------

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 99214 25 | 99214 25 | OFFICE OR O | 1 | 001 | 385.00 | 226.40 | 02 | 0.00 | | 0.00 | | 158.60 |

02 The charge exceeds the usual and customary charge.

-----------------------------------------------------------------------------------------------------------

|  | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
|  | 385.00 | 226.40 | 0.00 | 0.00 | 158.60 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

Copy 1 Provider
Copy 2 Carrier      CARRIERS' EXPLANATION OF EOBENEFITS      Processed:    09/24/2014
         CDMI-008243     Page.....:      001

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857236
INSURED......: WILLIAMS       , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378467P4210
DIAGNOSIS CODE 1..: 784.0 HEADACHE
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED......: 09/29/2014
DATE BILLED......: 03/27/2014
DATE RECEIVED,...: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 64505 RT | 64505 RT | INJECTION, | 1 | 001 | 660.00 | 129.39 | 02 | 0.00 | | 0.00 | | 530.61 |
| 03/19/2014 | 11 | 64505 LT | 64505 LT | INJECTION, | 1 | 001 | 660.00 | 394.69 | 02 | 0.00 | | 0.00 | | 265.31 |

02 The charge exceeds the usual and customary charge.

| | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|
| | | 1320.00 | 524.08 | 0.00 | 0.00 | 795.92 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 0 6 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

```
CARRIER:
CITY OF DETROIT - DOT/LAW                    CLAIM NUMBER.: 999003987
2 WOODWARD AVENUE                            NAIC/SELF INS: 999000482
STE 500                                      BILL NUMBER..: P857236
DETROIT, MI  48226                           INSURED......: WILLIAMS           , SHIELA
(313) 237-3017                               CLAIM REP....: LENTON, KELVIN
```

```
   PROVIDER NAME/ADDRESS:
                                                      CLAIMANT NAME/ADDRESS:
   SUMMIT PHYSICIANS GRP/8560
   DEPT 771721 PO BOX 77000                           WILLIAMS, SHIELA
   DETROIT, MI  48277                                 5841 ARTILAN
                                                      DETROIT, MI  48228
```

```
   FEIN / NPI NUMBER.: 45-4013724 1275805491 *      DATE OF INJURY....: 05/10/2012
   PATIENT ACCOUNT NO: 378467P4210                  DATE POSTED.......: 09/29/2014
   DIAGNOSIS CODE 1..: 784.0  HEADACHE              DATE BILLED.......: 03/27/2014
   DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC  DATE RECEIVED....: 09/16/2014
   DIAGNOSIS CODE 3..:                              SERVICE FROM DATE.: 03/19/2014
   DIAGNOSIS CODE 4..:                              SERVICE TO DATE...: 03/19/2014
```

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 64505 RT | 64505 RT | INJECTION. | 1 | 001 | 660.00 | 129.39 | 02 | 0.00 | | 0.00 | | 530.61 |
| 03/19/2014 | 11 | 64505 LT | 64505 LT | INJECTION. | 1 | 001 | 660.00 | 394.69 | 02 | 0.00 | | 0.00 | | 265.31 |

02 The charge exceeds the usual and customary charge.

| | | | | | | | Billed | Tech Adj | | Prof Adj | | PPO Adj | | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1320.00 | 524.08 | | 0.00 | | 0.00 | | 795.92 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857236
INSURED......: WILLIAMS          , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378467P4210
DIAGNOSIS CODE 1..: 784.0  HEADACHE
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/29/2014
DATE BILLED.......: 03/27/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 64505 RT | 64505 RT | INJECTION, | 1 | 001 | 660.00 | 129.39 | 02 | 0.00 | | 0.00 | | 530.61 |
| 03/19/2014 | 11 | 64505 LT | 64505 LT | INJECTION, | 1 | 001 | 660.00 | 394.69 | 02 | 0.00 | | 0.00 | | 265.31 |

02 The charge exceeds the usual and customary charge.

| | | | | | | Billed | Tech Adj | | Prof Adj | | PPO Adj | | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1320.00 | 524.08 | | 0.00 | | 0.00 | | 795.92 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 0 6 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P857236
INSURED......: WILLIAMS          , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT. 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 378467P4210
DIAGNOSIS CODE 1..: 784.0  HEADACHE
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/29/2014
DATE BILLED.......: 03/27/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 03/19/2014
SERVICE TO DATE...: 03/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2014 | 11 | 64505 RT | 64505 RT | INJECTION. | 1 | 001 | 660.00 | 129.39 | 02 | 0.00 | | 0.00 | | 530.61 |
| 03/19/2014 | 11 | 64505 LT | 64505 LT | INJECTION. | 1 | 001 | 660.00 | 394.69 | 02 | 0.00 | | 0.00 | | 265.31 |

02 The charge exceeds the usual and customary charge.

| | | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|---|
| | | | 1320.00 | 524.08 | 0.00 | 0.00 | 795.92 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

Copy 1 Provider
Copy 2 Carrier

CARRIERS' EXPLANATION OF BENEFITS

*CDMI-DO8OA3*

Processed:        09/17/2014
Page.....:            001

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856897
INSURED......: WILLIAMS          , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3711271P4210
DIAGNOSIS CODE 1..: 724.2  LUMBAGO
DIAGNOSIS CODE 2..: 723.1  CERVICALGIA
DIAGNOSIS CODE 3..: 723.8  OTH SYNDROMES AFFECTING
DIAGNOSIS CODE 4..: E92.90 LATE EFFECTS MOTOR VEHIC

DATE OF INJURY...: 05/10/2012
DATE POSTED......: 09/24/2014
DATE BILLED......: 06/12/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE.: 05/19/2014
SERVICE TO DATE..: 05/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19/2014 | 11 | 99213 | 99213 | OFFICE OR O | 1 | 001 | 250.00 | 140.57 | 02 | 0.00 | | 0.00 | | 109.43 |

02 The charge exceeds the usual and customary charge.

| | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|
| | | 250.00 | 140.57 | 0.00 | 0.00 | 109.43 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management. 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856897
INSURED......: WILLIAMS              , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3711271P4210
DIAGNOSIS CODE 1..: 724.2  LUMBAGO
DIAGNOSIS CODE 2..: 723.1  CERVICALGIA
DIAGNOSIS CODE 3..: 723.8  OTH SYNDROMES AFFECTING
DIAGNOSIS CODE 4..: E92.90 LATE EFFECTS MOTOR VEHIC

DATE OF INJURY...: 05/10/2012
DATE POSTED......: 09/24/2014
DATE BILLED......: 06/12/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE: 05/19/2014
SERVICE TO DATE..: 05/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19/2014 | 11 | 99213 | 99213 | OFFICE OR O | 1 | 001 | 250.00 | 140.57 | 02 | 0.00 | | 0.00 | | 109.43 |

02 The charge exceeds the usual and customary charge.

|  | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
|  | 250.00 | 140.57 | 0.00 | 0.00 | 109.43 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT · DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 99900D482
BILL NUMBER..: P856897
INSURED......: WILLIAMS          , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3711271P4210
DIAGNOSIS CODE 1..: 724.2  LUMBAGO
DIAGNOSIS CODE 2..: 723.1  CERVICALGIA
DIAGNOSIS CODE 3..: 723.8  OTH SYNDROMES AFFECTING
DIAGNOSIS CODE 4..: E92.90 LATE EFFECTS MOTOR VEHIC

DATE OF INJURY...: 05/10/2012
DATE POSTED......: 09/24/2014
DATE BILLED......: 06/12/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE.: 05/19/2014
SERVICE TO DATE..: 05/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19/2014 | 11 | 99213 | 99213 | OFFICE OR O | 1 | 001 | 250.00 | 140.57 | 02 | 0.00 | | 0.00 | | 109.43 |

02 The charge exceeds the usual and customary charge.

| | | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|---|
| | | | 250.00 | 140.57 | 0.00 | 0.00 | 109.43 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856897
INSURED......: WILLIAMS                , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3711271P4210
DIAGNOSIS CODE 1..: 724.2  LUMBAGO
DIAGNOSIS CODE 2..: 723.1  CERVICALGIA
DIAGNOSIS CODE 3..: 723.8  OTH SYNDROMES AFFECTING
DIAGNOSIS CODE 4..: E92.90 LATE EFFECTS MOTOR VEHIC

DATE OF INJURY...: 05/10/2012
DATE POSTED......: 09/24/2014
DATE BILLED......: 06/12/2014
DATE RECEIVED....: 09/16/2014
SERVICE FROM DATE.: 05/19/2014
SERVICE TO DATE...: 05/19/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19/2014 | 11 | 99213 | 99213 | OFFICE OR O | 1 | 001 | 250.00 | 140.57 | 02 | 0.00 | | 0.00 | | 109.43 |

02 The charge exceeds the usual and customary charge.

| | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|
| | | 250.00 | 140.57 | 0.00 | 0.00 | 109.43 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED

OCT 06 2014

CITY OF DETROIT
CLAIMS SECTION

Copy 1 Provider
Copy 2 Carrier

CARRIERS' EXPLANATION OF BENEFITS

*C D M I - 0080 A3*

Processed:    09/17/2014
Page.....:      001

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT · DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI 48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856895
INSURED......: WILLIAMS      , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI 48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI 48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3711128P4210
DIAGNOSIS CODE 1..: 723.1 CERVICALGIA
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/24/2014
DATE BILLED.......: 06/09/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 05/15/2014
SERVICE TO DATE...: 05/15/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/15/2014 | 11 | 64450 RT | 64450 RT | INJECTION, | 1 | 001 | 600.00 | 296.79 | 02 | 0.00 | | 0.00 | | 303.21 |
| 05/15/2014 | 11 | 77002 | 77002 | FLUOROSCOPI | 1 | 001 | 400.00 | 0.00 | | 0.00 | | 0.00 | | 400.00 |
| 05/15/2014 | 11 | J0702 | J0702 | Injection, 00085056605 | 1 | 001 | 35.00 | 0.00 | | 26.53 | NS | 0.00 | | 8.47 |
| 05/15/2014 | 11 | J2001 | J2001 | INJ, LIDOCA 00338040902 | 1 | 001 | 35.00 | 0.00 | | 35.00 | NS | 0.00 | | 0.00 |

NS Please see note below.
02 The charge exceeds the usual and customary charge.

REVIEWED PER RED BOOK AWP
DENIED CODE J2001 AS INCLUDED WITH CODE 64450

| | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
| | 1070.00 | 296.79 | 61.53 | 0.00 | 711.68 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034



RECEIVED

OCT 06 2014

CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856895
INSURED......: WILLIAMS          , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3711128P4210
DIAGNOSIS CODE 1..: 723.1 CERVICALGIA
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/24/2014
DATE BILLED.......: 06/09/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 05/15/2014
SERVICE TO DATE...: 05/15/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgm | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/15/2014 | 11 | 64450 RT | 64450 RT | INJECTION, | 1 | 001 | 600.00 | 296.79 | 02 | 0.00 | | 0.00 | | 303.21 |
| 05/15/2014 | 11 | 77002 | 77002 | FLUOROSCOPI | 1 | 001 | 400.00 | 0.00 | | 0.00 | | 0.00 | | 400.00 |
| 05/15/2014 | 11 | J0702 | J0702 | Injection, 00085056605 | 1 | 001 | 35.00 | 0.00 | | 26.53 | NS | 0.00 | | 8.47 |
| 05/15/2014 | 11 | J2001 | J2001 | INJ, LIDOCA 00338040902 | 1 | 001 | 35.00 | 0.00 | | 35.00 | NS | 0.00 | | 0.00 |

NS Please see note below.
02 The charge exceeds the usual and customary charge.

REVIEWED PER RED BOOK AWP
DENIED CODE J2001 AS INCLUDED WITH CODE 64450

| | | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|---|
| | | 1070.00 | 296.79 | 61.53 | 0.00 | 711.68 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept. or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856895
INSURED......: WILLIAMS                 , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3711128P4210
DIAGNOSIS CODE 1..: 723.1 CERVICALGIA
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/24/2014
DATE BILLED.......: 06/09/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 05/15/2014
SERVICE TO DATE...: 05/15/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/15/2014 | 11 | 64450 RT | 64450 RT | INJECTION, | 1 | 001 | 600.00 | 296.79 | 02 | 0.00 | | 0.00 | | 303.21 |
| 05/15/2014 | 11 | 77002 | 77002 | FLUOROSCOPI | 1 | 001 | 400.00 | 0.00 | | 0.00 | | 0.00 | | 400.00 |
| 05/15/2014 | 11 | J0702 | J0702 | Injection, | 1 | 001 | 35.00 | 0.00 | | 26.53 | NS | 0.00 | | 8.47 |
| | | | | 00085066605 | | | | | | | | | | |
| 05/15/2014 | 11 | J2001 | J2001 | INJ, LIDOCA | 1 | 001 | 35.00 | 0.00 | | 35.00 | NS | 0.00 | | 0.00 |
| | | | | 00338040902 | | | | | | | | | | |

NS Please see note below.
02 The charge exceeds the usual and customary charge.

REVIEWED PER RED BOOK AWP
DENIED CODE J2001 AS INCLUDED WITH CODE 64450

----------------------------------------------------------------------------------

| | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
| | 1070.00 | 296.79 | 61.53 | 0.00 | 711.68 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

DIRECT ALL PAYMENT INQUIRIES AND REQUESTS FOR RECONSIDERATION TO THE CARRIER

CARRIER:
CITY OF DETROIT - DOT/LAW
2 WOODWARD AVENUE
STE 500
DETROIT, MI  48226
(313) 237-3017

CLAIM NUMBER.: 999003987
NAIC/SELF INS: 999000482
BILL NUMBER..: P856895
INSURED......: WILLIAMS              , SHIELA
CLAIM REP....: LENTON, KELVIN

PROVIDER NAME/ADDRESS:

SUMMIT PHYSICIANS GRP/8560
DEPT 771721 PO BOX 77000
DETROIT, MI  48277

CLAIMANT NAME/ADDRESS:

WILLIAMS, SHIELA
5841 ARTILAN
DETROIT, MI  48228

FEIN / NPI NUMBER.: 45-4013724 1275805491 *
PATIENT ACCOUNT NO: 3711128P4210
DIAGNOSIS CODE 1..: 723.1  CERVICALGIA
DIAGNOSIS CODE 2..: E92.90 LATE EFFECTS MOTOR VEHIC
DIAGNOSIS CODE 3..:
DIAGNOSIS CODE 4..:

DATE OF INJURY....: 05/10/2012
DATE POSTED.......: 09/24/2014
DATE BILLED.......: 06/09/2014
DATE RECEIVED.....: 09/16/2014
SERVICE FROM DATE.: 05/15/2014
SERVICE TO DATE...: 05/15/2014

| Service Date | POS | Proc Billed | Proc Paid | Description | Dgn | Units | Billed | Tech Adj | EB | Prof Adj | EN | PPO Adj | EP | Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/15/2014 | 11 | 64450 RT | 64450 RT | INJECTION, | 1 | 001 | 600.00 | 296.79 | 02 | 0.00 | | 0.00 | | 303.21 |
| 05/15/2014 | 11 | 77002 | 77002 | FLUOROSCOPI | 1 | 001 | 400.00 | 0.00 | | 0.00 | | 0.00 | | 400.00 |
| 05/15/2014 | 11 | J0702 | J0702 | Injection, 00085056605 | 1 | 001 | 35.00 | 0.00 | | 26.53 | NS | 0.00 | | 8.47 |
| 05/15/2014 | 11 | J2001 | J2001 | INJ, LIDOCA 00338040902 | 1 | 001 | 35.00 | 0.00 | | 35.00 | NS | 0.00 | | 0.00 |

NS Please see note below.
02 The charge exceeds the usual and customary charge.

REVIEWED PER RED BOOK AWP
DENIED CODE J2001 AS INCLUDED WITH CODE 64450

| | Billed | Tech Adj | Prof Adj | PPO Adj | Paid |
|---|---|---|---|---|---|
| | 1070.00 | 296.79 | 61.53 | 0.00 | 711.68 |

If you have any questions regarding this analysis, please contact Brown Review Management at
800-575-5175 or 248-357-2195, Professional Review Dept, or send a copy of your bill and this
analysis to Brown Review Management, 29688 Telegraph Road, Ste 100, Southfield MI 48034

RECEIVED
OCT 06 2014
CITY OF DETROIT
CLAIMS SECTION

# EXHIBIT H

**Diana Basel**

| | |
|---|---|
| **From:** | Justin Haas |
| **Sent:** | Tuesday, December 30, 2014 7:54 AM |
| **To:** | campc@detroitmi.gov |
| **Cc:** | Justin Haas |
| **Subject:** | FW: WILLIAMS, SHEILA (SPG) |
| **Attachments:** | 20141229161151.pdf; SMG Bill Updtd 12.24.14.pdf; SPG Bill Updtd 12.24.14.pdf |

Celesta,

I am attaching payments that are being sent directly to my client's lock box.  As you are aware this case is in litigation.  Accordingly, as I do claim a lien on all amounts recovered in his case, please make certain all payments are sent thought my office.  If the City does not have any basis not to have paid the outstanding bills, please contact me to discuss potential resolution.  I am attaching updated ledgers.  Please call me to discuss these issues further at your earliest opportunity.  Thank you.

Justin Haas, Esq.
Haas & Goldstein, P.C.
31275 Northwestern Hwy., Ste. 225
Farmington Hills, MI 48334
Phone: (248) 702-6550
Fax: (248) 538-9044
Email: JHaas@haasgoldstein.com