U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | Chapter 9 |
| **CITY OF DETROIT, MICHIGAN**, | Case No.: 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## APPEARANCE

NOW COME Michael H. Perry and the law firm of Fraser Trebilcock Davis & Dunlap, P.C. and hereby enter their appearance for and on behalf of Preference Action Defendant (Case No. 15-05220) Fraser Trebilcock Davis & Dunlap, P.C.

                                  Respectfully submitted,
                                  **FRASER TREBILCOCK DAVIS & DUNLAP, P.C.**

Dated: May 5, 2016        /s/ Michael H. Perry
                                  Michael H. Perry (P22890)
                                  124 W. Allegan, Suite 1000
                                  Lansing, Michigan 48933
                                  517-482-5800377-0846
                                  Email:  mperry@fraserlawfirm.com