UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                             Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                 Chapter 9

                          Debtor.                                    Judge Thomas J. Tucker
_____/

**ORDER REQUIRING THE CITY OF DETROIT TO FILE A RESPONSE
TO THE MAY 3, 2016 MOTION FOR RECONSIDERATION
FILED BY HAAS & GOLDSTEIN, P.C. (DOCKET # 11142)**

This case is before the Court on a motion filed by Haas & Goldstein, P.C. on May 3, 2016, entitled "Haas & Goldstein, P.C.'s Motion for Reconsideration or Clarification of Amended Opinion Regarding Motions Filed by the City of Detroit, Dated April 19, 2016" (Docket # 11142, the "Reconsideration Motion"). The Court concludes that it should permit and require the City of Detroit to file a response to the Reconsideration Motion. Accordingly,

IT IS ORDERED that no later than May 19, 2016, the City of Detroit must file a response to the Reconsideration Motion.

After reviewing the City's response, the Court will decide whether a hearing is necessary, and if so, will schedule a hearing. Or in the alternative, the Court will rule on the Reconsideration Motion without a hearing.

**Signed on May 5, 2016**                              **/s/ Thomas J. Tucker**
                                                                         **Thomas J. Tucker
United States Bankruptcy Judge**