## U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | Chapter 9 |
| **CITY OF DETROIT, MICHIGAN**, | Case No.: 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

### PREFERENCE ACTION DEFENDANT'S CONCURRENCE IN CITY OF DETROIT'S REQUEST TO CONTINUE PROCEDURES GOVERNING PROCEEDINGS TO AVOID AND RECOVERY PREFERENCE TRANSFERS

Fraser Trebilcock Davis & Dunlap, P.C., the Defendant in the preference action known as Case No. 15-05220 which is identified in Exhibit D attached to the City of Detroit's Corrected Status Conference Report (Doc. 11137-4, line 38), concurs in the City of Detroit's request to have the Court permit the process established by the Court's Procedures Order (Doc. 10280) to continue (City of Detroit's Status Report with Regard to Preference Actions, Doc. 11137, pp. 1 and 4-5, ¶15).

Respectfully submitted,
**FRASER TREBILCOCK DAVIS & DUNLAP, P.C.**

Dated: May 5, 2016

/s/ Michael H. Perry
Michael H. Perry (P22890)
124 W. Allegan, Suite 1000
Lansing, Michigan 48933
517-482-5800377-0846
Email: mperry@fraserlawfirm.com