U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | Chapter 9 |
| **CITY OF DETROIT, MICHIGAN**, | Case No.: 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## PROOF OF SERVICE

The undersigned certifies that on the 5th day of May, 2016, a copy of ***Preference Action Defendant's Concurrence in City of Detroit's Request to Continue Procedures Governing Proceedings To Avoid And Recover Preference Transfers and Appearance and this Proof of Service*** were mailed by first class mail to City of Detroit, Debtor, 2 Woodward Avenue, Suite 1126, Detroit, MI 48226 and U.S. Trustee, 211 West Fort Street, Suite 700, Detroit, MI 48226 and Charlene Hearn, Creditor Committee, P. O. Box 6612, Detroit, MI 48206.

The undersigned also certifies that on the 5th day of May, 2016, a copy of ***Preference Action Defendant's Concurrence in City of Detroit's Request to Continue Procedures Governing Proceedings To Avoid And Recover Preference Transfers and Appearance and this Proof of Service*** were served on Bruce Bennett, Judy B. Calton, Eric D. Carlson, Tamar Dolcourt, Timothy A. Fusco, Eric B. Gaabo, Jonathan S. Green, David Gilbert Heiman, Robert S. Hertzberg, Jeffrey S. Kopp, Deborah Kovsky-Apap, Kay Standridge Kress, Stephen S. LaPlante, Heather Lennox, Scott Eric Ratner, John A. Simon, Ronald A. Spinner, Marc N. Swanson, Albert Togut, Stanley L. de Jongh, Sean M. Cowley, Richard Robel, and Sam J. Alberts, Paula A. Hall, Claude D. Montgomery, Carole Neville, and Matthew Wilkins, Attorneys for Retiree Commission by CM/ECF electronic filing.

/s/ *Deborah L. Coveart*
Deborah L. Coveart, Legal Assistant
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan, Suite 1000
Lansing, MI 48933; (517) 377-0813
E-mail: dcoveart@fraserlawfirm.com