Benjamin F. Newkirk Jr.
6236 Bill Carruth Pkwy
Apt. 1204
Hiram, GA. 30141
313-254-6060

Subject: Debtor's Forty-Third Omnibus Objection to Certain Claims.

I oppose the objection to my claim.

The reason why I oppose:

(I.) I am 65 yrs. old. My pension and social security is my only income. The city already takes $220.00 out of my check already.

(II.) I am on medicare and have other medical bills.

(III.) I have a "Bulsed and Herniated Disc" in my back.

(IV.) Would like to be excused from May 18th. Hearing. I have a problem satting, standing and walking too long.

*[signature]*
Case No. 13-53846
May 1, 2016

FILED 2016 MAY -5 A 10 22 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT