

Katten
KattenMuchinRosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
www.kattenlaw.com

KAREN B. DINE
karen.dine@kattenlaw.com
212.940.8772 direct
212.894.5512 fax

May 5, 2016

U.S. Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, Michigan 48226

Re: In re City of Detroit, Michigan
Chapter 9 Case No. 13-53846

Dear Clerk of the Court:

The purpose of this letter is to advise the court that John Joseph Ramirez is no longer with our firm. Below are the interested parties that our firm will continue to represent and should now be associated with my name:

- Deutsche Bank Securities, Inc.
- Deutsche Bank AG, London

Please feel free to contact me with any questions or concerns.

Respectfully,

Karen B. Dine

KBD:mas

AUSTIN   CENTURY CITY   CHARLOTTE   CHICAGO   HOUSTON   IRVING   LOS ANGELES
NEW YORK   ORANGE COUNTY   SAN FRANCISCO BAY AREA   SHANGHAI   WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations

118732018