UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:
City of Detroit, Michigan,
    Debtor.

Bankruptcy Case No. 13-53846
Honorable Thomas J. Tucker
Chapter 9

_____/

## CLAIMANT MICHAEL MCKAY'S MOTION TO ALLOW FILING OF PAPER COPY

Claimant Michael McKay, by and through his attorneys, Romano Law, PLLC hereby moves this Honorable Court to enter an order allowing him to file his Motion to Enforce Agreement Resolving Bankruptcy Claim of Michael McKay by paper copy, and in support thereof states:

1. Counsel for Michael McKay is not registered with the U.S. Bankruptcy Court Eastern District e-filing system, as counsel does not practice in this Court.

2. It is expected that the filing of the Motion to Enforce Agreement Resolving Bankruptcy Claim of Michael McKay will be a one-time filing.

3. Further, the process for which to become eligible for e-filing is somewhat extended. Counsel for McKay is certainly willing and able to go through that process, but would ask that this Court allow the paper filing of the subject Motion pending eligibility for e-filing.

WHEREFORE, Counsel for Michael McKay respectfully requests that this Honorable Court enter an order allowing filing of the subject motion by paper copy.

RECEIVED MAY 11 2016 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN

ROMANO LAW, PLLC

By: Eric Stempien (P58703)
Attorney for Michael McKay

Dated: May 4, 2016

LAW OFFICES
ROMANO LAW, PLLC
23880 Woodward Avenue • Pleasant Ridge, Michigan 48069 • (248) 750-0270

1