UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.

Bankruptcy Case No. 13-53846  
Honorable Thomas J. Tucker  
Chapter 9

_____/

**ORDER GRANTING EX PARTE MOTION TO FILE PAPER**

At a session of said Court, held in the
U.S. Bankruptcy Court for the Eastern District,
on this _____

PRESENT: HON._____
                  BANKRUPTCY COURT JUDGE

This matter having come before this Honorable Court on the Michael McKay's Ex Parte Motion to File Paper, and the Court being otherwise advised on the premises;

**IT IS HEREBY ORDERED** that the Michael McKay's Motion to File Paper is hereby granted and counsel for Michael McKay may file Motion to Enforce Agreement Resolving Claim of Michael McKay in paper form.

_____  
BANKRUPTCY COURT JUDGE  
5-11-16

1