UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit General Retirement System* 500 Woodward Ave Suite 3000 Detroit, Michigan 48226-5493

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Tucker

Debtor.
_____/

MOTION FOR/TO File A Late Claim

NOW COMES Creditor ~~Debtor(s)~~, and brings this motion for/to File A Late Claim _____. In support of Debtor(s)'s motion, Debtor states the following

[state the facts]:

1. In February 2015, I received my annuity in the amount of $1800.51.

2. In January 2016, I did not receive my annuity for 2016.

3. Creditor ~~Debtor~~ requests Judge Tucker examine the bankruptcy settlement and determine facts regarding my annuity rights.

WHEREFORE, Creditor ~~Debtor~~ requests this Court to consider Creditor ~~Debtor's~~ Motion for/to File A Late Claim and afford Creditor ~~Debtor~~ what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Respectfully submitted,

Dated: May 12, 2016

_Thomasena Bargie_
Creditor (~~Debtor's~~ Signature)
Print Name: Thomasena Bargie

N/A
(~~Co-Debtor's~~ Signature)
Print Name: N/A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Tucker

Debtor.
_____/

ORDER GRANTING MOTION TO/FOR Records of Bankruptcy be examined and determine facts regarding my annunity rights.

This matter having come before the Court on ~~Debtor~~ Creditor's motion, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.

Form B20A(Official Form 20A
12/1/10

UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

RECEIVED
MAY 12 2016
RETIREMENT SYSTEMS

In re: THOMASENA BARGE AKA THOMAS ENE BARGE

Chapter: 9

Case No.: 13-53846

_____CREDITOR_____ ~~Debtor(s)~~ /

Judge: TUCKER

Address 5226 NEWPORT ST.
DETROIT, MICHIGAN 48213

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 9261

## NOTICE OF MOTION

CREDITOR
~~Debtor~~ has filed papers with the court __TO FILE A LATE CLAIM__
{relief sought in motion}

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, within _____ days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

   **United States Bankruptcy Court**
   211 FORT STREET
   DETROIT, MICHIGAN 48226

   If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

   You must also mail a copy to [enter debtor's name and address and name and address of others to be served]:

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: MAY 12, 2016

Signature: _Thomasena Barge_
Name THOMASENA BARGE
Address 5226 NEWPORT ST.
DETROIT, MICHIGAN 48213

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

RECEIVED
MAY 12 2016
RETIREMENT SYSTEMS

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit

CASE NO: 13-53846
CHAPTER: 9

Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on MAY 12, 2016 (date of mailing), I served copies as follows:

1. Document(s) served:
   * NOTICE OF MOTION
   * MOTION TO FILE A LATE CLAIM
   * ORDER GRANTING MOTION
   * CERTIFICATE OF SERVICE

2. Served upon [name and address of each person served]:
   City of Detroit General Retirement System
   500 Woodward Ave, Suite 3000
   Detroit, Michigan 48226-5493

3. By First Class Mail.

Dated: MAY 12, 2016

_____
(Signature) Thomasena Barge

Print Name: THOMASENA BARGE

FILED
2016 MAY 12 A 9:5[?]
BANKRUPTCY COURT
MICHIGAN-DETROIT

# PENSION STATEMENT

**General Retirement System \***
*of the City of Detroit*
*500 Woodward Ave Ste 3000*
*Detroit, MI 48226-5493*

DGRS

007670-007670

Page 001 of 001
Period Beginning: 12/01/2015
Period Ending: 12/31/2015
Advice Date: 01/01/2016
Advice Number: 1101164620
Batch Number: 000000000655

Retirement Code E-80-0-1

Tax Code No Withholding
Pension No 196890
Social Security No XXX-XX-9261

BARGE, THOMASENA
5226 NEWPORT ST
DETROIT MI 48213-3741

| EARNINGS | RATE | ADJUSTMENT | CURRENT | YTD | DEDUCTIONS | DEDUCTION CODE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| Pension | 266.40 | 0.00 | 266.40 | 266.40 | Federal Income Tax | | 0.00 | 0.00 |
| Annuity | 0.00 | 0.00 | 0.00 | 0.00 | Michigan Income Tax | | 0.00 | 0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Gross Pay | | | 266.40 | 266.40 | Total Deductions | | 0.00 | 0.00 |
| | | | | | Net Pay | | $266.40 | |

**IMPORTANT NOTES**
Important notice regarding your payroll deductions for healthcare coverage: The new 2016 rates for all City of Detroit General Retiree Healthcare Trust ("the VEBA") medical, dental and vision plans begin on January 1, 2016.
Should you have any questions or concerns contact BeneSys at 1-844-563-8911.

©2002 Automatic Data Processing (PCSUV8)

VERIFY DOCUMENT AUTHENTICITY: COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

General Retirement System
of the City of Detroit
500 Woodward Ave Ste 3000
Detroit, MI 48226-5493

DGRS

Advice Number: 1101164620
Advice Date: 01/01/2016

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| BARGE, THOMASENA     Checking | | | $266.40 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

# PENSION STATEMENT



General Retirement System
of the City of Detroit
500 Woodward Ave Ste 3000
Detroit, MI 48226-5493

Period Beginning: 01/01/2015
Period Ending: 01/31/2015
Check Date: 02/01/2015
Check Number: 1000284603
Batch Number: 000000000593

Page 001 of 001

Retirement Code E-80-0-1

Tax Code No Withholding
Pension No 196890
Social Security No XXX-XX-9261

BARGE, THOMASENA
5226 NEWPORT ST
DETROIT MI 48213-3741

| EARNINGS | RATE | ADJUSTMENT | CURRENT | YTD | DEDUCTIONS | DEDUCTION CODE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| Pension | 283.87 | 0.00 | 283.87 | 567.74 | Federal Income Tax | | 0.00 | 0.00 |
| Annuity | 0.00 | 0.00 | 0.00 | 1800.51 | Michigan Income Tax | | 0.00 | 0.00 |

Gross Pay                283.87    2368.25    Total Deductions         0.00    0.00
                                              Net Pay          $283.87

**IMPORTANT NOTES**

The Retiree Trustee election will be held June 22, 2015, for a two year term starting July 1, 2015. Nominating Petitions and rules will be available March 02, 2015, in Suite 3000, 500 Woodward Ave. Detroit, MI 48226.
Completed petitions must be filed with the Asst. Executive Director no later than 4:00 PM on April 2, 2015.
The primary election will be held May 11, 2015 and the final election will be held June 22, 2015.

◀ TEAR HERE