IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

**STIPULATED ORDER GRANTING CHARLES BARNES AN ALLOWED UNSECURED CONVENIENCE CLAIM IN THE AMOUNT OF $25,000 AND FOR OTHER RELIEF**

This case is before the Court on the Stipulation for Entry of an Order Granting Charles Barnes an Allowed Unsecured Convenience Claim in the Amount of $25,000 and for Other Relief (Docket # 11165, the "Stipulation")[1] filed by the City of Detroit ("City"), and the Detroit Police Officers Association ("DPOA") and Charles Barnes ("Barnes"). The Court has reviewed the Stipulation and Exhibit B thereto, is otherwise fully advised in the premises and finds just cause for the relief granted herein:

IT IS ORDERED that Barnes is granted an allowed Convenience Claim under the Plan in the amount of $25,000, which shall be treated in accordance with Class 15 of the Plan ("Settled Claim").

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

IT IS FURTHER ORDERED that the distribution on the Allowed Claim will be paid to Barnes in care of the DPOA.

IT IS FURTHER ORDERED that Barnes will be promptly credited with 24 sick days to his sick leave bank (the "Restored Banked Sick Leave").

IT IS FURTHER ORDERED that DPOA Claim No. 1869 is modified to withdraw the Barnes Claim.

IT IS FURTHER ORDERED that, except for the relief granted by this Order, all of Barnes' and the DPOA's Claims against the City arising from or related to the Barnes Claim are hereby released and resolved.

.

**Signed on May 16, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge