# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## CERTIFICATE OF SERVICE

I, Andres A. Estrada, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On May 13, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail on the service list attached hereto as **Exhibit A**:

- Reply in Support of Debtor's Forty-Third Omnibus Objection to Certain Claims (No Basis) [Docket No. 11164]

Dated: May 16, 2016

/s/ Andres A. Estrada
Andres A. Estrada
KCC
2335 Alaska Ave
El Segundo, CA 90245

# Exhibit A

| Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Benjamin F Newkirt Jr | | 151 Cleburne Pkwy, Apt# 1204 | | Hikam | GA | 30141 |
| Benjamin F Newkirt Jr | | 6736 Bill Carruth Pkwy | Apt 1204 | Hikam | GA | 30141 |