## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Judge Thomas J. Tucker

---

### ORDER APPROVING STIPULATION RESOLVING HAAS & GOLDSTEIN, P.C.'S MOTION FOR RECONSIDERATION OR CLARIFICATION OF AMENDED OPINION REGARDING MOTIONS FILED BY THE CITY OF DETROIT, DATED APRIL 19, 2016

Upon the stipulation filed on May 16, 2016 entitled "Stipulation Resolving Haas & Goldstein, P.C.'s Motion for Reconsideration or Clarification of Amended Opinion Regarding Motions Filed by the City of Detroit, Dated April 19, 2016" (Docket # 11169, the "Stipulation"); and the Court being otherwise advised in the premises;

IT IS ORDERED THAT paragraphs 2 and 3 are removed from the Order filed April 15, 2016, entitled "Order Regarding the City of Detroit's Motion for (I) Determination that the Goodman Acker and Haas & Goldstein Law Firms Have Violated the Plan of Adjustment by (A) Refusing to Honor an ADR Settlement and/or (B) Seeking Relief on a Pre-Petition Claim Beyond That Allowed by the Plan of Adjustment and (II) Order Enjoining Further Violations" (Docket

# 11091), and replaced with: "Haas is ordered to dismiss its motion currently pending in the state court for penalty interest and attorney fees and is hereby enjoined from seeking those penalties in the action in which Haas represents Summit regarding care Summit provided to Ms. Sheila Williams (*Summit Med. Grp. (Sheila Williams) v. City of Detroit*, Wayne County Circuit Court No. 14-010025-NF, the "Summit(Williams) Action").  Haas is additionally enjoined from seeking state court relief regarding enforcement of any settlement in the Summit(Williams) Action, as this Court possesses exclusive jurisdiction in that regard.  However, Haas and Summit are entitled to litigate the validity of Summit's claim for no-fault benefits in the Summit(Williams) Action."

.

**Signed on May 16, 2016**

                    /s/ **Thomas J. Tucker**
                    **Thomas J. Tucker**
                    **United States Bankruptcy Judge**