# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In re: | Chapter 9 Proceeding |
| CITY OF DETROIT, MICHIGAN, | Case No.: 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| CITY OF DETROIT, MICHIGAN, | |
| Plaintiff, | |
| - against - | |
| SAFECO INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

## SAFECO'S RESPONSE TO CITY OF DETROIT'S STATUS REPORT WITH REGARD TO PREFERENCE ACTIONS

Safeco Insurance Company, through undersigned counsel, responds to the Status Report submitted by the City of Detroit on April 29, 2016. (Doc. 11137). In its status report, the City touts its settlement of preference actions and requests that the terms and conditions of the Procedures Order (Doc. 10280) should not be changed. They City's request, however, effectively prevents any of the remaining preference defendants from defending themselves by conducting discovery. In Safeco's case, this prohibition is especially problematic because the City has failed to respond to Safeco's informal discovery requests.

On March 10, 2016, Safeco sent to opposing counsel not only a list of meritorious preference defenses, but also a request for the kind of informal discovery that is not only allowed, but encouraged under Paragraph G of the Court's Procedures Order. (Doc. 10280, page 3, ¶ G). The City ignored both the defenses and the informal discovery request, which leaves Safeco unable to defend itself against what is, like so many other preference actions filed by the City, a preference claim that is without any merit. Therefore, Safeco requests that the Procedures Order be amended as to Safeco to allow it to begin to build its defenses through the formal process allowed by the rules of procedure. Alternatively, Safeco joins in the Status Report of Certain Defendants filed on May 16, 2016. (Doc. 11173).

DATED this 16th day of May, 2016.

JENNINGS, HAUG & CUNNINGHAM, LLP

/s/ Joseph A. Brophy
Chad L. Schexnayder (No. 009832)
Joseph A. Brophy (No. 026662)
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
Telephone: 602-234-7800
Facsimile: 602-277-5595
Counsel for Safeco Insurance Company
 of America