**THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| In re: | Chapter 9 Proceeding |
| CITY OF DETROIT, MICHIGAN, | Case No.: 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| CITY OF DETROIT, MICHIGAN, | |
| Plaintiff, | |
| - against - | |
| SAFECO INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2016, *Safeco's Response to City of Detroit's Status Report With Regard to Preference Actions* was electronically filed with the Clerk of the Court using the ECF system, and will send notification of such filing to all ECF participants registered in this matter.

DATED this 16th day of May, 2016.

                JENNINGS, HAUG & CUNNINGHAM, LLP

                /s/ Joseph A. Brophy
                Chad L. Schexnayder (No. 009832)
                Joseph A. Brophy (No. 026662)
                2800 N. Central Avenue, Suite 1800
                Phoenix, AZ 85004-1049
                Telephone: 602-234-7800
                Facsimile: 602-277-5595
                Counsel for Safeco Insurance Company of America