UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,   Case No. 13-53846-TJT
                             Chapter 9
         Debtor.             Hon. Thomas J. Tucker
_____/

## CERTIFICATE OF SERVICE

I certify that on May 17, 2016, I electronically filed *A&M Trucking's Response to City of Detroit's Status Report with Regard to Preference Actions*; and this *Certificate of Service* with the Clerk of the Court using the ECF system which will send notification of such filing to all parties required to receive service.

/s/ Christine T. Leach, Legal Assistant
Steinberg Shapiro & Clark
Attorneys for A&M Trucking, Inc.
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
cleach@steinbergshapiro.com