UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

              Debtor.  Judge Thomas J. Tucker
_____/

## ORDER SCHEDULING FURTHER STATUS CONFERENCE REGARDING PREFERENCE ACTIONS, AND CONTINUING IN EFFECT THE PROVISIONS OF THE NOVEMBER 24, 2015 PROCEDURES ORDER

      This case came before the Court on May 18, 2016, for a status conference regarding the pending adversary proceedings filed by the Debtor City of Detroit seeking to avoid and recover preferential transfers (the "Preference Actions"). The status conference was scheduled by the Order filed on November 24, 2015, entitled "Order Approving Procedures for Adversary Proceedings to Avoid and Recover Preferential Transfers" (Docket # 10280, the "Procedures Order"). Confirming certain action taken during the May 18, 2016 status conference, and for the reasons stated by the Court on the record during the status conference,

      IT IS ORDERED that the Court will hold a further status conference in this Chapter 9 bankruptcy case, regarding the Preference Actions, on **Wednesday, September 28, 2016 at 1:30 p.m.**, in Courtroom 1925 of the United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan. Counsel for the Debtor must attend this further status conference. Defendants in the Preference Actions and other parties in interest may attend and participate, but are not required to do so. The purpose of the further status conference is to discuss the status of the still-pending Preference Actions, and related case management issues, including the subjects identified in paragraph J of the Procedures Order.

      IT IS FURTHER ORDERED that no later than September 20, 2016, the Debtor must file another status report regarding the Preference Actions that are then still pending. This status report must be filed in the main bankruptcy case (Case No. 13-53846), rather than in any adversary proceeding.

      IT IS FURTHER ORDERED that any Defendant in any of the Preference Actions may file a written response to the Debtor's status report, but no Defendant is required to do so. Any such written response(s) must be filed in the main bankruptcy case, and must be filed, if at all, no later than September 26, 2016.

      IT IS FURTHER ORDERED that the provisions of the Procedures Order (Docket # 10280), including, without limitation, Paragraphs C, F and G of the Procedures Order, will remain in effect until the Court orders otherwise.

**Signed on May 18, 2016**            /s/ Thomas J. Tucker
                                                                     **Thomas J. Tucker**
                                                                     **United States Bankruptcy Judge**