Form ntchrg

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13–53846–tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226
Social Security No.:

Employer's Tax I.D. No.:
    38–6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **6/15/16** at **01:30 PM** to consider and act upon the following:

*11159* – Motion to Enforce Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction and Bar Date Order Against Rodrick Siner Filed by Debtor In Possession City of Detroit, Michigan (Swanson, Marc)

Dated: 5/19/16

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: Christine Sikula
Deputy Clerk