211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **6/15/16** at **01:30 PM** to consider and act upon the following:

*11157* – Claimant Michael McKay's Motion To Enforce Agreement Resolving Claim Of Michael McKay, Filed by Creditor Michael McKay (ckata) Additional attachment(s) added on 5/11/2016 (Sam R.).

Dated: 5/20/16

                BY THE COURT

                Katherine B. Gullo
                Clerk, U.S. Bankruptcy Court

                BY: Christine Sikula
                Deputy Clerk