# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                                              Chapter 9

City of Detroit, Michigan,                                          Case No. 13-53846

    Debtor.                                         Hon. Thomas J. Tucker

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On May 3, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Order Sustaining Debtor's Twenty-Sixth Omnibus Objection to Certain Claims (Utility Deposit Claims Not Subject to the Claims Process in This Bankruptcy Case) [Docket No. 10996]

Furthermore, on May 3, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit B**:

- Order Sustaining Debtor's Twenty-Fifth Omnibus Objection to Certain Claims (Pension Claims That Have Been Classified and Allowed by the City's Plan) [Docket No. 11027]

Dated: May 9, 2016

                                                              /s/ Stephanie Delgado
                                                              Stephanie Delgado
                                                              KCC
                                                              2335 Alaska Ave
                                                              El Segundo, CA 90245

# Exhibit A

Exhibit A

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Butler, Lorene | 109 Rexford Ct Unit 6220 | Myrtle Beach | SC | 29579-7386 |
| Felton, Pasha | 10900 W 8 Mile Rd # 212 | Ferndale | MI | 48220-2127 |

# Exhibit B

Exhibit B

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Sylvia D. Burke | 201 74th Ave N # 2939 | Myrtle Beach | SC | 29572-3832 |