# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  

City of Detroit, Michigan,  

    Debtor.

_____/

Chapter 9

Case No. 13-53846

Hon. Thomas J. Tucker

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On May 3, 2016, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Order Sustaining Debtor's Thirty-Seventh Omnibus Objection to Certain Claims [Docket No. 11083]

Also, On May 3, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit B**:

- Order Sustaining Debtor's Thirty-Eighth Omnibus Objection to Certain Claims [Docket No. 11084]

Dated: May 9, 2016

/s/ Stephanie Delgado  
Stephanie Delgado  
KCC  
2335 Alaska Ave  
El Segundo, CA 90245

# Exhibit A

**Exhibit A**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Tara R. Danforth Brown | 15785 Murray Hill St | Detroit | MI | 48227-1909 |

# Exhibit B

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Property Owner | Brian Chaney | 26864 W 9 Mile Rd | Southfield | MI | 48033-3407 |