# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Thomas J. Tucker

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On May 3, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Order Granting Debtor's Thirty-Ninth Omnibus Objection to Certain Claims [Docket No. 11117]

Furthermore, on May 3, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit B**:

- Order Granting Debtor's Fortieth Omnibus Objection to Certain Claims [Docket No. 11118]

Furthermore, on May 3, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit C**:

- Order Granting Debtor's Forty-First Omnibus Objection to Certain Claims [Docket No. 11119]

/s/ Stephanie Delgado  
Stephanie Delgado  
KCC  
2335 Alaska Ave  
El Segundo, CA 90245

# Exhibit A

**Exhibit A**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Billingslea, Tanya | 27727 Michigan Ave Apt 607 | Inkster | MI | 48141-2270 |

In re City of Detroit, Michigan
Case No. 13-53846        13-53846-tjt    Doc 11189    Filed 05/24/16    Entered 05/24/16 12:08:33    Page 3 of 7
16 of 1

# Exhibit B

**Exhibit B**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Frank J Pagliaro | 20617 Pezzana Dr | Venice | FL | 34292-4677 |
| Harry E Jankowitz | 400 E Mason St # 300 | Milwaukee | WI | 53202-3703 |

# Exhibit C

Exhibit C

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| James W. & Jennifer A. Seale | James W. Seale | PO Box 2907 | Conroe | TX | 77305-2907 |
| Kevin R Lavrack Trust UA 10-15-03 | | 2714 Shriver Dr | Fort Myers | FL | 33901-5931 |