UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
                                                        :
In re                                                   :: Chapter 9
                                                        :: Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :: Judge Thomas J. Tucker
                          Debtor.                       :
------------------------------------------------------- x

# STIPULATED ORDER WITHDRAWING
# DPLSA CLAIM #1861 AS MOOT

This case is before the Court on the stipulation filed on May 25, 2016 (Docket # 11193, the "Stipulation") entitled "Stipulation for Order Withdrawing DPLSA Claim #1861 as Moot." Based on the Stipulation,

IT IS ORDERED THAT Claim No. 1861 filed on behalf of the Detroit Police Lieutenants and Sergeants Association is withdrawn as moot.

.

**Signed on May 25, 2016**

                                                         /s/ Thomas J. Tucker
                                                       Thomas J. Tucker
                                                       United States Bankruptcy Judge