UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
                                                                                     :

In re                                           :: Chapter 9
                                                      :: Case No. 13-53846

CITY OF DETROIT, MICHIGAN,       :: Judge Thomas J. Tucker
                Debtor.                      :
------------------------------------------------------- x

# STIPULATED ORDER WITHDRAWING
# DPLSA CLAIM #1878 AS MOOT

This case is before the Court on the stipulation filed on May 25, 2016 (Docket #11192, the "Stipulation") entitled "Stipulation for Order Withdrawing DPLSA Claim #1878 as Moot." Based on the Stipulation,

IT IS ORDERED THAT Claim No. 1878 filed on behalf of the Detroit Police Lieutenants and Sergeants Association is withdrawn as moot.

.

**Signed on May 25, 2016**

                                                                     /s/ Thomas J. Tucker
                                                                     Thomas J. Tucker
                                                                      United States Bankruptcy Judge