

# CORPORATION COUNSEL
1 South Main St., 8th Floor
Mount Clemens, Michigan 48043
Phone: (586) 469-6346 ♦ Fax: (586) 307-8286

Mark A. Hackel
County Executive

**Corporation Counsel**
John A. Schapka

**Assistant Corporation Counsel**
Frank Krycia
Aaron C. Thomas
Robert S. Gazall

May 27, 2016

U.S. Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226
Attn: ECF Clerk

***Sent Via Email Only & U.S. Mail***
cmecfhelpdesk@mieb.uscourts.gov

Re: Update ECF Notification of Counsel in Multiple Cases

Dear Clerk:

Attorney Jill K. Smith retired from Macomb County on April 22, 2016. I have replaced her as the attorney in this office, and will be replacing her as counsel in all currently pending cases. Her email account at Macomb County will be disabled on May 31, 2016, which will also stop the ECF notifications that are currently being sent to her account and this office.

Can you please make an entry on each docket on which she is listed as the attorney, indicate me as the new attorney of record, and update the system so that all future ECF notifications are sent to my email address? I have provided my email address and her email address information below:

Former Attorney: Jill K. Smith (P35390) jill.smith@macombgov.org.
New Attorney: Aaron C. Thomas (P55114) aaron.thomas@macombgov.org

Thank you,

Aaron C. Thomas
Assistant Corporation Counsel

ACT/mla