UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
                                                    :

In re                                          :: Chapter 9
                                               :: Case No. 13-53846

CITY OF DETROIT, MICHIGAN,    :: Judge Thomas J. Tucker
            Debtor.                 :
------------------------------------------------------- x

# ORDER WITHDRAWING
# DPLSA CLAIM #1844 AS MOOT

This case is before the Court on the stipulation filed on May 26, 2016 (Docket #11196, the "Stipulation"), entitled "Stipulation for Order Withdrawing DPLSA Claim #1844 as Moot." Based on the Stipulation,

IT IS ORDERED that Claim No. 1844 filed on behalf of the Detroit Police Lieutenants and Sergeants Association is withdrawn as moot.

.

**Signed on May 27, 2016**

                                                                 /s/ Thomas J. Tucker
                                                                 Thomas J. Tucker
                                                                  United States Bankruptcy Judge