Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **7/20/16** at **01:30 PM** to consider and act upon the following:

*11161* − Motion To File A Late Claim, Filed by Creditor Thomasena Barge (ckata)

Dated: 5/31/16

                                              BY THE COURT

                                              Katherine B. Gullo
                                              Clerk, U.S. Bankruptcy Court

                                              BY: Christine Sikula
                                              Deputy Clerk