IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

**ORDER GRANTING JUAN HALL AN ALLOWED UNSECURED CONVENIENCE CLAIM IN THE AMOUNT OF $25,000**

This case is before the Court on the Stipulation for Entry of an Order Granting Juan Hall an Allowed Unsecured Convenience Claim in the Amount of $25,000 and for Other Relief (Docket # 11205, the "Stipulation")[1] filed by the City of Detroit ("City"), and the Detroit Police Officers Association ("DPOA") and Juan Hall ("Hall"). The Court has reviewed the Stipulation and Exhibit B thereto, is otherwise fully advised in the premises and finds just cause for the relief granted herein:

IT IS ORDERED that Hall is granted an allowed Convenience Claim under the Plan in the amount of $25,000, which shall be treated in accordance with Class 15 of the Plan ("Settled Claim").

IT IS FURTHER ORDERED that the distribution on the Settled Claim will be paid to Hall in care of the DPOA.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

IT IS FURTHER ORDERED that DPOA Claim No. 1869 is modified to withdraw the Hall Claim.

IT IS FURTHER ORDERED that, except for the relief granted by this Order, all of Hall's and the DPOA's Claims against the City arising from or related to the Hall Claim are released and resolved.

.

**Signed on May 31, 2016**

                                               /s/ Thomas J. Tucker
                                               Thomas J. Tucker
                                               United States Bankruptcy Judge