UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

# SUPPLEMENT TO MOTION FOR APPOINTMENT OF FACILITATOR TO ASSIST THE PARTIES IN IMPLEMENTING VEBA FOR INDIVIDUALS RETIRING FROM THE CITY OF DETROIT AFTER 1/1/2015

The City of Detroit files this supplement to its Motion For Appointment of Facilitator to Assist the Parties In Implementing a New VEBA For Certain Individuals Retiring From the City Of Detroit After 1/1/2015, Pursuant to Local Bankruptcy Rules 7016-2 and 9014-1 ("Motion") [Doc. No. 11198], and states as follows:

Richard Mack, counsel for AFSCME, sent an email late in the day on May 31. Mr. Mack advised that he and his client had not understood the City's position on the Side Letter. Apparently, the Side Letter is acceptable to AFSCME in the form appended to the Motion, and with the deletion of the reference to the newly created water authority. Mr. Mack advised he would file a formal response to the Motion laying this out for the Court.

- 1 -

Mr. Mack also advised that AFSCME would not oppose appointment of a facilitator to assist the parties in getting the new VEBA up and running. The City has proposed a facilitator to AFSCME and it hopes to hear soon if that individual is agreeable. If so, the City would propose dismissing the Motion without prejudice. At this time, the City is not requesting that the Court set an expedited hearing on the Motion. However, if the parties are unable to come to an agreement by June 3, 2016, the City will renew its request for an expedited hearing with this Court.

Dated: June 1, 2016

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
Jonathan S. Green (P33140)
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

- and -

CITY OF DETROIT LAW DEPARTMENT

Charles N. Raimi (P29746)
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
Phone: (313) 237-0470
Email: raimic@detroitmi.gov

Attorneys for the City of Detroit

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 1, 2016, a copy of the foregoing *Supplement to Motion For Appointment of Facilitator to Assist the Parties In Implementing a New VEBA For Certain Individuals Retiring From the City Of Detroit After 1/1/2015* was served upon counsel to AFSCME, via first class mail and electronic mail, as follows:

Richard G. Mack, Jr.
MILLER COHEN PLC
600 West Lafayette Boulevard
4th Floor
Detroit, MI 48226
richardmack@millercohen.com

                    By: /s/ Marc N. Swanson
                         Marc N. Swanson