

To: Clerk of the Court
United States Bankruptcy court
211 W Fort Street Suite 2100
Detroit, MI 48226

cc: Atty: Marc N Swanson
Miller, Canfield, Paddock and Stone. PLC.

From: Henry Wolfe III
Retired: City of Detroit, DRD
Member AFSCME Local 836
18507 Ohio
Detroit, MI 48221

Re: City of Detroit, Michigan, Debtor Bankruptcy Case No 13-53846

To Whom it may concern,

I am on a list of claimants (page 2 Claim #2258) of current, ex or retired city employees that the City of Detroit is trying to "expunge" or disallow" paying money that they are rightfully owed. I am filing an **objection to this assertion** and I am going on record stating that the City of Detroit owes me the amount claimed and **much more**. In my particular case, C of D is stating that the claim amount is **$2,800.00** (General unsecured) In actuality, it is more like **$36,607.50**. This total is based on 1627 hours of Out of Class work for the City of Detroit at a rate of $22.50 an hour, I worked out of class as Recreation Center Supervisor Grade II at Patton and Lipke Recreation Centers. The Out Of Class work started in February 2011 and ending upon my retirement in May 2013. I have enclosed an e-mail from Director Alicia Minter (now Bradford) to Human Resource Managers Marcus Holmes and LaQuita Evans backing up these facts. A grievance of this matter was filed through AFSCME Local 836 and was never resolved. Thank you for your attention to this matter and I will be attending the hearing on June 15th.

Thank you,

*Henry Wolfe III*
Henry Wolfe III
Retired: DRD
Member AFSCME Local 836

From: "LaQuita Evans" <EvansLa@detroitmi.gov>
Date: November 8, 2012, 4:45:11 PM EST
To: "Alicia Minter" <MinterA@detroitmi.gov>
Cc: "Marcus Holmes" <HolmesM@detroitmi.gov>
Subject: Re: OOC Payments

Good afternoon Alicia,

I followed up on your concern regarding the OOC Payments for Recreation. According to payroll, Robert Auston, Lisa Cunningham, Karla Williamson, Albert Williams were all paid lump sums on their 06/29/12 checks for OOC. This lump sum should have covered for the time worked out-of-class for the fiscal year 2011. We are currently working on the other employees who were not compensated for OOC for either one or both fiscal years, and it is our plan to have them sent to payroll for processing by close of business Wednesday.

Thanks.

LaQuita D. Evans
City of Detroit - Human Resources
Coleman A. Young Municipal Ctr
Two Woodward Avenue
Detroit, MI 48226
Office: 313-224-6927
Fax: 313-224-7325
Email: evansla@detroitmi.gov

Dave Bing, Mayor


>>> Marcus Holmes 11/8/2012 11:57 AM >>>
Hello Alicia,

Out-of-class approvals, as you may recall, start with our unit.

I will have LaQuita look these up, and provide you with a response by close of business tomorrow.

Marcus R Holmes PHR, HR Manager I
City of Detroit - Human Resources Department
Two Woodward Avenue, Suite 308
Detroit, MI 48226
Office: (313) 224-1519
Fax: (313) 224-7325
Email: Holmesm@detroitmi.gov

**Dave Bing, Mayor**

>>> Alicia Minter 11/8/12 11:43 AM >>>
Hi, Kathy

I have several employees who should be on pre-approved OOC; have been working for 6 months or more in assignment and indicated they have not been compensated:

Robert Auston, Recreation Instructor to Recreation Center Supv. Gr. I-October 2011-current
Karla Williamson, R.C.S. II to District Supervisor - 2/22/12-9/28/ 2012
Al Williams, Rec. Instructor to R.C.S. I - 2/28/12-current
Lisa Cunningham Rec. Instructor to R.C.S. I - 2/22/12-9/28/12
Michael West Rec. Instructor to R.C.S. I - 3/7/12-9/28/12
Henry Wolfe, Rec. Instructor to R.C.S. I - 3/5/12-current
Kent Gresham, Rec Instructor to R.C.S. I-4/1/12-current

Forms have been submitted monthly for payment. Would you please review and determine when payment can be expected and what would need to be done to have paid on bi-weekly payroll.

Please give me a call if you have any questions.

Thank you


Alicia C. Minter, General Manager
Detroit Recreation Department
Executive Office
18100 Meyers Rd
Detroit, MI  48235

mintera@detroitmi.gov

Dave Bing, Mayor