UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit

CASE NO: 13-53846
CHAPTER: 9

Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2016 (date of mailing), I served copies as follows:

1. Document(s) served:

   Claimant's response to Debtor's fourty-fourth Omnibus objection to certain claims

2. Served upon [name and address of each person served]:

   Marc N. Swanson
   Miller, Canfield, Paddock and Stone, PLC
   150 W Jefferson Suite 2500
   Detroit, MI 48226

3. By First Class Mail.

Dated: June 8, 2016

(Signature) Michelle Duff

Print Name: Michelle Duff