# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                    Chapter 9

CITY OF DETROIT, MICHIGAN,                Case No. 13-53846

                    Debtor.              Hon. Thomas J. Tucker

_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF HOWARD & HOWARD ATTORNEYS PLLC

Howard & Howard Attorneys PLLC, through its undersigned counsel, hereby withdraws, with prejudice, the general unsecured claim that it filed in the amount of $90,028.30 which claim was assigned Claim Number 1068.

                    Respectfully submitted,

Dated: June 9, 2016          HOWARD & HOWARD ATTORNEYS PLLC


                    By: /s/ Lisa S. Gretchko
                    Lisa S. Gretchko (P29881)
                    450 West Fourth Street
                    Royal Oak, MI  48067
                    Phone: (248) 723-0396
                    Fax:  (248) 645-1568
                    E-mail: lgretchko@howardandhoward.com