UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                  Chapter 9

CITY OF DETROIT, MICHIGAN,        Case No. 13-53846

                 Debtor.               Hon. Thomas J. Tucker
_____/

## CERTIFICATE OF SERVICE

I, Lisa Gretchko, hereby certify that on June 9, 2016 I filed the following item using the Court's electronic filing system which automatically serves notice of said filing and a copy of the filed item upon all ECF-participants in this case.

- Notice of Withdrawal of Proof of Claim of Howard & Howard Attorneys PLLC (Claim Number 1068)

                                     Respectfully submitted,

                                     HOWARD & HOWARD ATTORNEYS PLLC

Dated: June 9, 2016          By: /s/ Lisa S. Gretchko
                                         Lisa S. Gretchko (P29881)
                                         450 West Fourth Street
                                         Royal Oak, Michigan 48067
                                         Telephone: (248) 723-0396
                                         Facsimile: (248) 645-1568
                                         lgretchko@howardandhoward.com

4837-7218-0018, v. 1