Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Proof of Service is Non−Compliant (incomplete and not on a correct form.) (RE: related document(s) [11230] Response to Debtor's Forty−Fourth Omnibus Objection To Certain Claims (No Basis) with Certificate of Service filed by Creditor Dinah Lynn Bolton). See below for important deadline information.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant

- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☒ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 6/7/16

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:                                                                    Case No. 13-53846-tjt
City of Detroit, Michigan                                                 Chapter 9
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2     User: csiku     Page 1 of 18     Date Rcvd: Jun 07, 2016
                  Form ID: def2     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2016.
        +Dinah Lynn Bolton,   20230 Fenelon Street,    Detroit, MI 48234-2207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust        Daniel M. McDermott
                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2016                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2016 at the address(es) listed below:

         A. Stephen Ramadan    on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
         Aaron C. Thomas    on behalf of Creditor    Macomb County aaron.thomas@macombgov.org
         Albert Togut    on behalf of Plaintiff    City of Detroit, Michigan neilberger@teamtogut.com, apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com, adeering@teamtogut.com,srobinson@teamtogut.com
         Albert Togut    on behalf of Debtor In Possession    City of Detroit, Michigan dperson@teamtogut.com
         Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
         Alice Bonita Jennings    on behalf of Plaintiff John   Smith ajennings@edwardsjennings.com, vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Sylvia   Taylor ajennings@edwardsjennings.com, vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Rosalyn   Walker ajennings@edwardsjennings.com, vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Tammika   Williams ajennings@edwardsjennings.com, vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff John   Jackson ajennings@edwardsjennings.com, vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Janice   Ward ajennings@edwardsjennings.com, vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com, vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Rosalyn   Parham ajennings@edwardsjennings.com, vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Maurika   Lyda ajennings@edwardsjennings.com, vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Nicole   Hill ajennings@edwardsjennings.com, vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Scott   Eubank ajennings@edwardsjennings.com, vgray@edwardsjennings.com
         Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 oshagan@legghioisrael.com,  drf@legghioisrael.com
         Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Allan S. Brilliant   on behalf of Creditor   Macomb Interceptor Drain Drainage District
 allan.brilliant@dechert.com
Allan S. Brilliant   on behalf of Creditor   County of Macomb, Michigan
 allan.brilliant@dechert.com
Allison Bach   on behalf of Interested Party   State of Michigan, Department of Attorney General
 abach@dickinsonwright.com
Amanda Kill   on behalf of Defendant   Wright Tool Co akill@ahernkill.com,
 tmeluso@ahernkill.com;jmeyers@ahernkill.com
Amanda Carol Vintevoghel   on behalf of Defendant   Interstate Trucksource Inc
 avintevoghel@dragichlaw.com, avintevoghel@hotmail.com
Amanda Carol Vintevoghel   on behalf of Defendant   Oracle Corporation
 avintevoghel@dragichlaw.com, avintevoghel@hotmail.com
Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
 achouprouta@kramerlevin.com
Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
 acaton@kramerlevin.com, achouprouta@kramerlevin.com
Andrew Minear   on behalf of Creditor   Parsons Brinckerhoff Michigan, Inc.
 aminear@schiffhardin.com
Andrew Minear   on behalf of Defendant   Parsons Brinckeroff Michigan Inc
 aminear@schiffhardin.com
Andrew A. Paterson, Jr.   on behalf of Plaintiff   Citizens United Against Corrupt Government
 aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
 aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
 aap43law@gmail.com
Anthony Greene   on behalf of Creditor Da'Nean M. Brooks greenelawgroup@gmail.com,
 greenelawgroup@yahoo.com
Anthony J. Kochis   on behalf of Defendant   Mike Donnelly Electrical College
 akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
Anthony J. Kochis   on behalf of Creditor   Iron Mountain Information Management, LLC
 akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
 stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
Anthony J. Kochis   on behalf of Attorney   Wolfson Bolton PLLC akochis@wolfsonbolton.com,
 stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
 aoreilly@honigman.com, ahatcher@honigman.com
Barbara A. Patek   on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants Association
 pateklaw@gmail.com
Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
 pateklaw@gmail.com
Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association pateklaw@gmail.com
Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
 bfagan@dibandfagan.com
Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
 bbest@schaferandweiner.com, wrkyles@varnumlaw.com
Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
 wrkyles@varnumlaw.com
Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
 wrkyles@varnumlaw.com
Brian Keck   on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com,
 aworlen@morganmeyers.com
Brian Keck   on behalf of Interested Party Denise  Gardner bkeck@morganmeyers.com,
 aworlen@morganmeyers.com
Brian Keck   on behalf of Interested Party Patricia  Ramirez bkeck@morganmeyers.com,
 aworlen@morganmeyers.com
Brian Keck   on behalf of Interested Party Kimberly  James bkeck@morganmeyers.com,
 aworlen@morganmeyers.com
Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
 bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
 Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
 Care Network of Michigan btrumbauer@bodmanlaw.com
Bruce Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
 bbennett@jonesday.com
Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
Carina Kraatz   on behalf of Defendant   Bauer & Hunter PLLC ckraatz@resnicklaw.net,
 jabdelnour@resnicklaw.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Carina Kraatz on behalf of Interested Party Resnick & Moss, P.C. ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net
    Carina Kraatz on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net, jabdelnour@resnicklaw.net
    Carl F. Schier on behalf of Defendant Bankston Construction Inc carl@schierlaw.com
    Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C. candres@gklaw.com
    Carol Connor Cohen on behalf of Plaintiff Ambac Assurance Corporation carol.cohen@arentfox.com
    Carole Neville on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
    Carole Neville on behalf of Retiree Committee Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com
    Caroline Turner English on behalf of Plaintiff Ambac Assurance Corporation caroline.english@arentfox.com
    Carolyn Beth Markowitz on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM
    Charles Bruce Idelsohn on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
    Charles D. Bullock on behalf of Interested Party Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
    Charles N. Ash on behalf of Creditor UBS AG cash@wnj.com
    Charles N. Ash on behalf of Defendant UBS AG cash@wnj.com
    Charles N. Ash on behalf of Defendant Merrill Lynch Capital Services, Inc. cash@wnj.com
    Charles N. Ash on behalf of Creditor Merrill Lynch Capital Services, Inc. cash@wnj.com
    Christopher A. Grosman on behalf of Interested Party BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
    Christopher A. Grosman on behalf of Creditor Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
    Christopher E. McNeely on behalf of Defendant Great Lakes Power Inc cmcneely@mandmpc.com
    Cindy Tsai on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
    Claude D. Montgomery on behalf of Retiree Committee Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
    Claude D. Montgomery on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
    Courtney M. Rogers on behalf of Interested Party U.S. Bank National Association courtney.rogers@wallerlaw.com
    Courtney M. Rogers on behalf of Creditor U.S. Bank National Association courtney.rogers@wallerlaw.com
    Craig B. Rule on behalf of Creditor Everhome Mortgage Company bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
    Cynthia J. Haffey on behalf of Defendant Detroit General Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
    Cynthia J. Haffey on behalf of Defendant Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
    Dale Price on behalf of Creditor Equal Employment Opportunity Commission dale.price@eeoc.gov, legaldt.detroit@eeoc.gov
    Daniel Kielczewski on behalf of Defendant Bob Maxey Ford Inc dgkielczewski@abbottnicholson.com, adwilliams@abbottnicholson.com
    Daniel C. DiCicco on behalf of Defendant Wright Tool Co ddicicco@ahernkill.com
    David A. Lerner on behalf of Creditor Plunkett Cooney dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
    David A. Lerner on behalf of Creditor Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
    David A. Lerner on behalf of Defendant Waste Management of Michigan Inc dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
    David E. Schwartz on behalf of Defendant SMART dschwartz@allardfishpc.com, allardfishpc@yahoo.com
    David G. Dragich on behalf of Defendant Oracle Corporation ddragich@dragichlaw.com
    David G. Dragich on behalf of Defendant Interstate Trucksource Inc ddragich@dragichlaw.com
    David Gilbert Heiman on behalf of Defendant City of Detroit, Michigan dgheiman@jonesday.com
    David Gilbert Heiman on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
    David Gilbert Heiman on behalf of Debtor In Possession City of Detroit, Michigan dgheiman@jonesday.com
    David Jonathan Cross on behalf of Defendant T & N Services Inc davidjonathancross@gmail.com
    David L. Dubrow on behalf of Plaintiff Ambac Assurance Corporation david.dubrow@arentfox.com
    David M. Blau on behalf of Creditor NTH Consultants, Ltd. dblau@clarkhill.com
    David M. Blau on behalf of Defendant Mannik & Smith Group Inc dblau@clarkhill.com
    David T. Lin on behalf of Interested Party The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com
    Dawn R. Copley on behalf of Interested Party State of Michigan dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
    Dawn R. Copley on behalf of Interested Party State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
    Deborah Kovsky-Apap on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com
    Deborah Kovsky-Apap on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com
    Deborah Kovsky-Apap on behalf of Defendant John Naglik kovskyd@pepperlaw.com
    Deborah Kovsky-Apap on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
           kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com
          Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    BlueMountain Capital Management, LLC
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P.
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Stone Lion Capital Partners L.P.
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Panning Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Debra N. Pospiech    on behalf of Interested Party Patricia  Ramirez dpospiech@morganmeyers.com
          Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
           dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
           dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
           dbeckwith@fosterswift.com
          Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
           dbeckwith@fosterswift.com
          Donald C. Wheaton, Jr.    on behalf of Defendant    SBM Inc dwheatonjr@aol.com
          Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
           don@mcguiganlaw.com
          Doron  Yitzchaki    on behalf of Defendant    Hesco Hamlett Engineering Sales Company
           DYitzchaki@dickinsonwright.com
          Doron  Yitzchaki    on behalf of Creditor    Sky Group Grand, LLC DYitzchaki@dickinsonwright.com
          Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters,
           AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast
           Michigan dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
           Foundation dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Defendant    1 Way Service Inc dbernstein@plunkettcooney.com,
           ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
          Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
           dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Douglas C. Bernstein    on behalf of Defendant    Examworks Inc dbernstein@plunkettcooney.com,
 ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
 dbernstein@plunkettcooney.com,    ssherbow@plunkettcooney.com
Edward J. Gudeman    on behalf of Defendant    Audio Visual Equipment & Supplies
 ejgudeman@gudemanlaw.com,
 ecf@gudemanlaw.com;lmerucci@ecf.inforuptcy.com;rtanner@ecf.inforuptcy.com;kdarr@ecf.inforuptcy.co
 m;kshinn@ecf.inforuptcy.com;ejgudeman@ecf.inforuptcy.com;brookard@ecf.inforuptcy.com
Edward J. Hood    on behalf of Defendant    Colasanti Corporation ehood@clarkhill.com,
 atheisen@clarkhill.com
Elizabeth Ann Favaro    on behalf of Defendant    Siemens Industry Inc
 elizabeth.favaro@bowmanandbrooke.com,    diana.murray@bowmanandbrooke.com
Elizabeth Ann Favaro    on behalf of Interested Party    Siemens Industry Inc.
 elizabeth.favaro@bowmanandbrooke.com,    diana.murray@bowmanandbrooke.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
 bankruptcy@orlans.com,    ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
 (Fannie Mae) bankruptcy@orlans.com,    ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
 ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    CitiMortgage, Inc. bankruptcy@orlans.com,
 ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor     M&T Bank bankruptcy@orlans.com,
 ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    M&T Bank bankruptcy@orlans.com,
 ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
 ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
 bankruptcy@orlans.com,    ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Rushmore Loan Management Services, LLC
 bankruptcy@orlans.com,    ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
 bankruptcy@orlans.com,    ANHSOA@4stechnologies.com;anhsoa@gmail.com
Elliot G. Crowder    on behalf of Defendant    W C Ducomb Co ecrowder@sbplclaw.com,
 lhaas@sbplclaw.com
Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
 ecrowder@sbplclaw.com,    lhaas@sbplclaw.com
Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
 carlson@millercanfield.com,    brashier@millercanfield.com
Erika D. Hart    on behalf of Defendant    OAS Group Inc ehart@tauntlaw.com
Ethan D. Dunn    on behalf of Defendant    Hercules & Hercules Inc bankruptcy@maxwelldunnlaw.com,
 bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com
Evan A. Burkholder    on behalf of Respondent    JE Associates evan.burkholder@leclairryan.com,
 evan.burkholder@gmail.com
Evan A. Burkholder    on behalf of Defendant    J E Associates Inc evan.burkholder@leclairryan.com,
 evan.burkholder@gmail.com
Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit efeldman@clarkhill.com
Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
 efeldman@clarkhill.com
Gordon J. Toering    on behalf of Defendant    EJ USA Inc gtoering@wnj.com
Gordon J. Toering    on behalf of Defendant    Valley Truck Parts Inc gtoering@wnj.com
H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
 jabdelnour@resnicklaw.net
H. Nathan Resnick    on behalf of Defendant    Bauer & Hunter PLLC hnresnick@resnicklaw.net,
 jabdelnour@resnicklaw.net
Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
 Heath.Rosenblat@dbr.com,    Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
 Heath.Rosenblat@dbr.com,    Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
 Heath.Rosenblat@dbr.com,    Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
 Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
Heather  Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com
Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
 hlennox@jonesday.com
Heather  Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com
Heather  Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com
Heather  Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
Heidi  Peterson    hdpeterson75@gmail.com
Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
Hugh M. Davis    on behalf of Creditor Constance M. Phillips Info@ConLitPC.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          I. W. Winsten    on behalf of Defendant    Sigma Associates Inc iwinsten@honigman.com,
           jgastelum@honigman.com
          Irma  Industrious    on behalf of Creditor Irma  Industrious iindustrious@yahoo.com
          J. Paul Sugameli    on behalf of Defendant    Farrow Group Inc psugameli@sugamelilaw.com
          James  Pelland    on behalf of Defendant    Metco Services Inc jpelland@fb-firm.com,
           psugars@fb-firm.com
          James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
           james.sprayregen@kirkland.com
          James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
           james.sprayregen@kirkland.com
          James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
           james.sprayregen@kirkland.com
          James J. Hayes    on behalf of Defendant    Alexander Chemical Corp attyjjhayes@gmail.com
          Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
          Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
           jeansartre@msn.com
          Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com,
           ssmith@kerr-russell.com
          Jason W. Bank    on behalf of Defendant    New England Fertilizer Company jbank@kerr-russell.com,
           ssmith@kerr-russell.com
          Jason W. Bank    on behalf of Defendant    Wade Trim Associates Inc. jbank@kerr-russell.com,
           ssmith@kerr-russell.com
          Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
           jbank@kerr-russell.com,  ssmith@kerr-russell.com
          Jason W. Bank    on behalf of Defendant    Hinshon Environmental Consulting, Inc.
           jbank@kerr-russell.com,  ssmith@kerr-russell.com
          Jayson  Ruff    on behalf of Creditor    Sprint Communications Company LP jruff@mcdonaldhopkins.com
          Jayson  Ruff    on behalf of Creditor    Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
          Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,
           tc@osbig.com;mk@osbig.com
          Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
          Jennifer  Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
           jbelveal@honigman.com,  mjohnson@honigman.com
          Jennifer  Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
           jbelveal@honigman.com,  mjohnson@honigman.com
          Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
           apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
           apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
          Jimmylee  Gray    on behalf of Defendant    Ampro Construction LLC j.gray50@comcast.net
          Jimmylee  Gray    on behalf of Defendant    Uniglobe Construction Co j.gray50@comcast.net
          Jimmylee  Gray    on behalf of Defendant    Kingsway Building & Maintenance j.gray50@comcast.net
          John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
          John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jstevens@mathesonparr.com,  nlmumma@aol.com
          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
           pjohnson@bredhoff.com;mforan@bredhoff.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com,
           mitrottlaw@ecf.courtdrive.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
           john.sieger@kattenlaw.com
          John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
           jcanzano@kmsmc.com
          Jon M. Gaskell    on behalf of Defendant    Agar Lawn Sprinkler Systems Inc jgaskell@alldial.net
          Jonathan S. Green    on behalf of Defendant Michael  Hall green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
          Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
           green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant    City of Detroit green@millercanfield.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
           green@millercanfield.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jonathan S. Taub   on behalf of Defendant   PVS Technologies Inc jtaub@pvschemicals.com, jon.taub1@comcast.net;dtheodore@pvschemicals.com

        Jong-Ju Chang   on behalf of Creditor   Oakland County, Michigan jchang@dykema.com, dkelley@dykema.com;docket@dykema.com

        Jong-Ju Chang   on behalf of Interested Party   City of Detroit, Water and Sewerage Department jchang@dykema.com, dkelley@dykema.com;docket@dykema.com

        Joseph A. Brophy   on behalf of Defendant   Safeco Insurance Company of America jab@jhc-law.com, cls@jhc-law.com;sh@jhc-law.com;ab@jhc-law.com;docket@jhc-law.com

        Joseph A. Brophy   on behalf of Interested Party   Safeco Insurance Company of America jab@jhc-law.com, cls@jhc-law.com;sh@jhc-law.com;ab@jhc-law.com;docket@jhc-law.com

        Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com, jfischer@carsonfischer.com

        Joseph R. Sgroi   on behalf of Interested Party   General Motors LLC jsgroi@honigman.com, litdocket@honigman.com

        Joshua Wheelock   on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com, joshwheelock@hotmail.com

        Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com

        Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

        Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com

        Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

        Judith Greenstone Miller   on behalf of Defendant   Election Systems & Software jmiller@jaffelaw.com, dgoldberg@jaffelaw.com

        Judith Greenstone Miller   on behalf of Creditor   ADP, LLC jmiller@jaffelaw.com, dgoldberg@jaffelaw.com

        Judy B. Calton   on behalf of Creditor   120 W. Montcalm Properties LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   WC Hoover Investments, LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   Singent Consulting LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   Kennedy Square Garage LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   Mound Road Enterprises L.L.C. jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   Country West Apartments, LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor Aziz N. Abraham jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   LDM, LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   3250 Associated LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   TSD Solutions LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   136 Bagley LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   Delbruck Technology, LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor Aziz & Lorna Abraham jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   440 Congress LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   Stanne Consulting, LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   Tower Defense & Aerospace, LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   Olympia Office Building, LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   Gekko Enterprises LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   Olympia Development of Michigan LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   Sunrise Parking LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   Taggart Technologies LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   VITEC, L.L.C. jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   Cass Community Social Services, Inc. jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Interested Party Michael Duggan, Mayor jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   Skyline Partners LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   Compuware Corporation jcalton@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Judy B. Calton    on behalf of Defendant   CW Professional Services LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Seven Mile Partners, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Cathedral Owner LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Compuware Corporation jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    3100 East Jefferson, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Oakland Plant Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Magnolia Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    4737 Conner Co., LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Enforcement Technology, Inc. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan
           jcalton@honigman.com,    litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Koehler Market LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Sigma Associates, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Regency Owner LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant   Sigma Associates Inc jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Linwood Neighbors LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Attorney    L. Katie Mason jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Mack Avenue Investors LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    CW Professional Services, LLC
           jcalton@honigman.com,    litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant   Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Seven Mile Holdings, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
           litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Judy B. Calton   on behalf of Creditor   Riverfront Towers Holdings LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   Ivey & Associates LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Interested Party   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Defendant   Greektown Casino, LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Defendant   Compuware Corporation jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   Bean Little Investments, LLC jcalton@honigman.com, litdocket@honigman.com

        Judy B. Calton   on behalf of Creditor   MICMR, LLC jcalton@honigman.com, litdocket@honigman.com

        Julie Beth Teicher   on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com

        Julie Beth Teicher   on behalf of Attorney   Erman, Teicher, Zucker & Freedman, P.C. jteicher@ermanteicher.com

        Karen B. Dine   on behalf of Interested Party   Deutsche Bank Securities Inc. karen.dine@kattenlaw.com

        Karen B. Dine   on behalf of Interested Party   Deutsche Bank AG, London karen.dine@kattenlaw.com

        Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association Avery@SilvermanMorris.com

        Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com

        Karin F. Avery   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com

        Karin F. Avery   on behalf of Plaintiff   Detroit Retired City Employees Association Avery@SilvermanMorris.com

        Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan kressk@pepperlaw.com

        Kenneth B. Vance   on behalf of Defendant   Z Contractors Inc kbvance@comcast.net, kbvance01@gmail.com

        Kevin Erskine   on behalf of Interested Party   United States of America kevin.erskine@usdoj.gov, michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Mary.compeau@usdoj.gov;Jack.Tubbs@usdoj.gov

        Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, mmichael@psedlaw.com;ccook@dflaw.com

        Kimberly Gibbs   on behalf of Defendant   Futurenet Group Inc KimberlyG@futurenetgroup.com

        Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com

        Kurt Thornbladh   on behalf of Plaintiff   Peoples Water Board kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Plaintiff Nicole Hill kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Plaintiff Scott Eubank kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Plaintiff   National Action Network--Michigan Chapter kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Interested Party   Housing is a Human Right Coalition kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Plaintiff Maurika Lyda kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Plaintiff   Moratorium Now! kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Plaintiff Sylvia Taylor kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Plaintiff Rosalyn Walker kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Plaintiff Rosalyn Parham kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Creditor   Plymouth Square Ltd. Housing Association kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Creditor   Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Plaintiff   Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Plaintiff Janice Ward kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Plaintiff John Smith kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Plaintiff Tammika Williams kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Plaintiff John Jackson kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

        L. Nichole Hunter   on behalf of Creditor   Public Lighting Authority nhunter@alglawpc.com, sobrien@alglawpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Lawrence A. Lichtman    on behalf of Creditor    660 Woodward Associates, LLC
           llichtman@honigman.com, litdocket@honigman.com
          Leonora K. Baughman    on behalf of Respondent    Wayne County Treasurer ecf@kaalaw.com,
           Dchapman@ecf.courtdrive.com;konail@ecf.courtdrive.com;malexander@ecf.courtdrive.com;ksmith@ecf.co
           urtdrive.com;tsmith@ecf.courtdrive.com;csanders@ecf.courtdrive.com;Lbaughman@ecf.courtdrive.com
          Lisa Hill Fenning    on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
          Lisa Sommers Gretchko    on behalf of Creditor    Howard & Howard Attorneys PLLC
           lgretchko@howardandhoward.com, ebarrett@howardandhoward.com
          Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarante Corporation
           lrochkind@jaffelaw.com, dburris@jaffelaw.com
          M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
           dwhadden@umich.edu
          Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
           324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
           mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor    Detroit Police Command Officers Association
           mkato@sachswaldman.com, pmerchak@sachswaldman.com
          Mami  Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
           pmerchak@sachswaldman.com
          Marc N. Swanson    on behalf of Defendant    Detroit City Council swansonm@millercanfield.com
          Marc N. Swanson    on behalf of Defendant Michael  Hall swansonm@millercanfield.com
          Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
           swansonm@millercanfield.com
          Marc N. Swanson    on behalf of Defendant    City of Detroit swansonm@millercanfield.com
          Marc N. Swanson    on behalf of Defendant Michael  Duggan, Mayor swansonm@millercanfield.com
          Marc N. Swanson    on behalf of Defendant    City of Detroit, Michigan swansonm@millercanfield.com
          Marcy J. Ford    on behalf of Creditor    Bank of America, N.A. easternecf@trottlaw.com,
           mitrottlaw@ecf.courtdrive.com
          Marguerite Hammerschmidt    on behalf of Interested Party    Haas & Goldstein P.C.
           admin@hammer-stick.com
          Marie  Garian    on behalf of Defendant    ABC Demolition Co Inc Garianlaw@yahoo.com
          Mark  Wasvary    on behalf of Creditor    Hyde Park Co-Operative, et al. mark@wasvarylaw.com
          Mark  Wasvary    on behalf of Creditor    Plymouth Square Ltd. Housing Association
           mark@wasvarylaw.com
          Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
          Mark B. Berke    on behalf of Defendant    Birks Works Environmental LLC mberkelaw@gmail.com
          Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
           jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets
           Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
           shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Interested Party    Greenhill & Co., LLC
           shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark L. McAlpine    on behalf of Other Professional    McAlpine PC mlmcalpine@mcalpinelawfirm.com,
           dajaworski@mcalpinepc.com;nanichols@mcalpinepc.com
          Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
           mrj@wwrplaw.com
          Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel    on behalf of Defendant    Tooles Contracting Group LLC mfrankel@couzens.com
          Mark S. Frankel    on behalf of Creditor    Waste Management Inc. etal mfrankel@couzens.com
          Mark S. Frankel    on behalf of Defendant    Motor City Pipe & Supply Co mfrankel@couzens.com
          Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
           bankrout@davispolk.com
          Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
           cobbm@detroitmi.gov, mbcobbs@flash.net
          Mary Beth Cobbs    on behalf of Debtor In Possession    City of Detroit, Michigan
           cobbm@detroitmi.gov, mbcobbs@flash.net
          Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
           mbcobbs@flash.net
          Mary Kay Shaver    on behalf of Creditor    Varnum LLP mkshaver@varnumlaw.com
          Matthew  Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
          Matthew  Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
          Matthew  Wilkins    on behalf of Defendant    Electronic Data Systems Corporation
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan wilkins@bwst-law.com, marbury@bwst-law.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Matthew Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City
               of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew D. Harper    on behalf of Interested Party    City of Detroit Water and Sewerage Department
               mdharper@eastmansmith.com
              Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
               Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               summersm@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
               summersm@ballardspahr.com
              Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
              Max J. Newman    on behalf of Defendant    Motor City Electric Technologies Inc newman@butzel.com
              Max J. Newman    on behalf of Defendant    Fort Wayne Contracting Inc newman@butzel.com
              Max J. Newman    on behalf of Defendant    Imperial Construction Co newman@butzel.com
              Max J. Newman    on behalf of Defendant    Detroit Thermal, LLC newman@butzel.com
              Max J. Newman    on behalf of Defendant    C E Pollard Company newman@butzel.com
              Max J. Newman    on behalf of Defendant    L D' Agostini & Sons Inc newman@butzel.com
              Michael A. Stevenson    on behalf of Interested Party    Clark Associates, Inc. mas@sbplclaw.com,
               rschultz@sbplclaw.com
              Michael A. Stevenson    on behalf of Defendant    Clark Associates Inc mas@sbplclaw.com,
               rschultz@sbplclaw.com
              Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
               makarmanesq@gmail.com
              Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
              Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
              Michael H. Perry    on behalf of Interested Party    Fraser Trebilcock Davis & Dunlap PC
               mperry@fraserlawfirm.com
              Michael H. Perry    on behalf of Defendant    Fraser Trebilcock Davis & Dunlap PC
               mperry@fraserlawfirm.com
              Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
              Michael R. Bell    on behalf of Interested Party    State of Michigan, Department of Attorney
               General BellM1@michigan.gov
              Michael R. Bell    on behalf of Interested Party Bill    Schuette BellM1@michigan.gov
              Michael Robert Wolin    on behalf of Defendant    Systems & Software Inc mike@tishlaw.com
              Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
               msl@maddinhauser.com, bac@maddinhauser.com
              My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
               mao-bk-ecf@debevoise.com
              Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Rashida    Tlaib ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Maureen    Taylor ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
               ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Donnell    White ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Thomas    Stallworth III ayadlaw@hotmail.com
              Neil Matthew Berger    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com,
               dcahir@teamtogut.com,twiener@teamtogut.com,smcgrath@teamtogut.com,ygreenberg@teamtogut.com,
               seratner@teamtogut.com,dgeoghan@teamtogut.com,neilberger@teamtogut.com,scurrie@teamtogut.com,
               abrogan@teamtogut.com,bmoore@teamtogut.com,dsmith@teamtogut.com,jlee@teamtogut.com,
               echafetz@teamtogut.com,awinchell@teamtogut.com,hmagaliff@teamtogut.com
              Neil R. Sherman    on behalf of Creditor    Flagstar Bank, FSB nsherman@sspclegal.com,
               stremonti1@sspclegal.com
              Neil R. Sherman    on behalf of Interested Party    CitiMortgage, Inc. nsherman@sspclegal.com,
               stremonti1@sspclegal.com
              Neil R. Sherman    on behalf of Interested Party    Schneiderman and Sherman, P.C.
               nsherman@sspclegal.com, stremonti1@sspclegal.com
              Neil R. Sherman    on behalf of Interested Party    Kondaur Capital Corporation
               nsherman@sspclegal.com, stremonti1@sspclegal.com
              Niraj R. Ganatra    on behalf of Attorney    UAW - Solidarity House Nganatra@uaw.net
              Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               Paige.Barr@kattenlaw.com
              Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
               mkisell@plunkettcooney.com
              Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
               pmears@btlaw.com
              Patrick W. Carothers    on behalf of Defendant    Carmeuse Lime Inc pcarothers@leechtishman.com,
               bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
              Paul H. Saint-Antoine    on behalf of Defendant    Wilmington Trust, N.A.
               Paul.Saint-Antoine@dbr.com, Todd.Hutchison@dbr.com;James.Williamson@dbr.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
           phage@jaffelaw.com, jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Defendant    Inland Waters Pollution Control Inc. phage@jaffelaw.com,
           jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
           phage@jaffelaw.com, jtravick@jaffelaw.com
          Paul R. Hage    on behalf of Defendant    Election Systems & Software phage@jaffelaw.com,
           jtravick@jaffelaw.com
          Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
           Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
           marbury@bwst-law.com;pleban@bwst-law.com
          Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
           Agricultural Implement Workers of America pdechiara@cwsny.com
          Peter Paul Sudnick    on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com,
           psudnick13@gmail.com
          Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
          Randall A. Pentiuk    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com, mgmtadm@pck-law.com
          Randall A. Pentiuk    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com, mgmtadm@pck-law.com
          Randall A. Pentiuk    on behalf of Interested Party    Lafayette Town Houses, Inc.
           RPentiuk@PCK-Law.Com, mgmtadm@pck-law.com
          Randall A. Pentiuk    on behalf of Creditor    St. Martins Cooperative RPentiuk@PCK-Law.Com,
           mgmtadm@pck-law.com
          Randall A. Pentiuk    on behalf of Interested Party    St. James Cooperative RPentiuk@PCK-Law.Com,
           mgmtadm@pck-law.com
          Randall A. Pentiuk    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           RPentiuk@PCK-Law.Com, mgmtadm@pck-law.com
          Randolph T. Barker    on behalf of Defendant    T & T Builders rbarker@berrymoorman.com,
           gayle@berrymoorman.com
          Randolph T. Barker    on behalf of Defendant    Re-Construction, Inc. rbarker@berrymoorman.com,
           gayle@berrymoorman.com
          Raymond   Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
          Raymond   Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
          Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
          Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Coalition of Detroit Unions
           richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
          Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
           State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
           mcoil@millercohen.com
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ecf@kaalaw.com,
           konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdr
           ive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;tsmith@ec
           f.courtdrive.com;male
          Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit, Water and Sewerage
           Department ecf@kaalaw.com,
           konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdr
           ive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;tsmith@ec
           f.courtdrive.com;male
          Robert   Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
           robert.darnell@usdoj.gov
          Robert   Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert   Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert   Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert A. Weisberg    on behalf of Defendant    Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM,
           rweisberg@carsonfischer.com;njudge@carsonfischer.com
          Robert A. Weisberg    on behalf of Counter-Claimant    Shrader Tire & Oil Inc
           BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
          Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
           rweisberg@carsonfischer.com;njudge@carsonfischer.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
 rgordon@clarkhill.com, lbellguzzo@clarkhill.com
Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com
Robert J. Figa    on behalf of Defendant    D A Central Inc RFiga@Comlawone.com
Robert J. Figa    on behalf of Defendant    Vancon Inc RFiga@Comlawone.com
Robert M. Sosin    on behalf of Defendant    Universal System Technologies Inc robert@asnlaw.com
Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
 bbassel@gmail.com, robertbassel@hotmail.com
Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
 robertbassel@hotmail.com
Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
 bbassel@gmail.com, robertbassel@hotmail.com
Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
 robertbassel@hotmail.com
Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
 bbassel@gmail.com, robertbassel@hotmail.com
Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
 kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
 kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
 kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
 kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
 kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
 hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Interested Party    Pepper Hamilton LLP
 hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
 kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
 kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
 kuschj@pepperlaw.com
Roger Q. Hyde    on behalf of Defendant    Able Demolition Inc. rogerqhyde@sbcglobal.net
Ronald A. Spinner    on behalf of Defendant    City of Detroit, Michigan spinner@millercanfield.com
Ronald A. Spinner    on behalf of Debtor In Possession    City of Detroit, Michigan
 spinner@millercanfield.com
Rozanne M. Giunta    on behalf of Interested Party    State of Michigan, Department of Attorney
 General rmgiunta@lambertleser.com, amckeoun@lambertleser.com
Rozanne M. Giunta    on behalf of Interested Party    State of Michigan rmgiunta@lambertleser.com,
 amckeoun@lambertleser.com
Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
 jdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
 rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
 jdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
 rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
 jdobrzycki@lippittokeefe.com
Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
 jdobrzycki@lippittokeefe.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com
Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
 ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
 justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com,
 justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
 ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com,
 dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Salvatore A. Barbatano   on behalf of Defendant   Federal Signal Corporation salbarbatano@gmail.com, SABarbatano@wwrplaw.com;slnelem@wwrplaw.com;AMMcGowan@WWRPLaw.com
Salvatore A. Barbatano   on behalf of Defendant   Giorgi Concrete LLC salbarbatano@gmail.com, SABarbatano@wwrplaw.com;slnelem@wwrplaw.com;AMMcGowan@WWRPLaw.com
Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company soconnor@glmpc.com
Sara Rajan   on behalf of Defendant   Camden Insurance Agency Inc srajan@starkreagan.com
Scott A. Wolfson   on behalf of Defendant   Detroit Advanced Technology Application Network swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com
Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com
Scott Eric Ratner   on behalf of Debtor In Possession   City of Detroit, Michigan dperson@teamtogut.com
Scott Eric Ratner   on behalf of Defendant   Detroit Thermal, LLC dperson@teamtogut.com
Scott Eric Ratner   on behalf of Plaintiff   City of Detroit, Michigan dperson@teamtogut.com
Scott M. Watson   on behalf of Creditor   UBS AG swatson@wnj.com
Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
Shanna Marie Kaminski   on behalf of Interested Party   City of Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com
Shanna Marie Kaminski   on behalf of Defendant   Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com
Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit sdeeby@clarkhill.com
Shannon L. Deeby   on behalf of Interested Party   General Retirement System of the City of Detroit sdeeby@clarkhill.com
Shannon L. Deeby   on behalf of Interested Party   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
Shannon L. Deeby   on behalf of Defendant   Eastern Oil Co sdeeby@clarkhill.com
Shannon L. Deeby   on behalf of Defendant   Dell Computer Corporation sdeeby@clarkhill.com
Shannon L. Deeby   on behalf of Defendant   J Ranck Electric Inc sdeeby@clarkhill.com
Shannon L. Deeby   on behalf of Defendant   Camp Dresser & McKee sdeeby@clarkhill.com
Shannon L. Deeby   on behalf of Defendant   CDM Michigan Inc sdeeby@clarkhill.com
Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
Shannon L. Deeby   on behalf of Defendant   Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com
Shannon L. Deeby   on behalf of Defendant   David Wm Ruskin sdeeby@clarkhill.com
Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com
Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com
Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net
Sheryl L. Toby   on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com
Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com
Stanley L. de Jongh   on behalf of Interested Party   City of Detroit Law Department jongsl@detroitmi.gov
Stanley L. de Jongh   on behalf of Debtor In Possession   City of Detroit, Michigan jongsl@detroitmi.gov
Stephen Wolpert   on behalf of Creditor   Macomb County stephen.wolpert@dechert.com
Stephen J. Pokoj   on behalf of Defendant   Applied Science Inc spokoj@fildewhinks.com
Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante   on behalf of Plaintiff   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante   on behalf of Defendant   Detroit City Council laplante@millercanfield.com, skoczylas@millercanfield.com
Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
Steven G. Howell   on behalf of Interested Party   State of Michigan showell@dickinsonwright.com
Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney General showell@dickinsonwright.com
Stuart A. Gold   on behalf of Defendant   Binkelman Corp. sgold@glmpc.com
Stuart A. Gold   on behalf of Defendant   Federal Pipe & Supply Inc sgold@glmpc.com
Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Susheel Kirpalani   on behalf of Plaintiff    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Susheel Kirpalani   on behalf of Interested Party    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
          Tamar Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
           tdolcourt@foley.com
          Thomas B. Radom    on behalf of Defendant    Wolverine Oil & Supply Co., Inc Radom@butzel.com
          Thomas B. Radom    on behalf of Defendant    DeMaria Building Company Radom@butzel.com
          Thomas B. Radom    on behalf of Defendant    Detroit Contracting Inc LLC Radom@butzel.com
          Thomas B. Radom    on behalf of Defendant    DCI Wolverine JV Radom@butzel.com
          Thomas B. Radom    on behalf of Defendant    Computech Corporation Radom@butzel.com
          Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
           tchristy@garanlucow.com
          Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
           morris@silvermanmorris.com, kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
           kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
           kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com, kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           morris@silvermanmorris.com, kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
           morris@silvermanmorris.com, kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           kjordan@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
          Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Monarch Alternative Capital LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Todd W. Grant    on behalf of Defendant    Waterworks Systems & Equipment tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    E L Bailey & Co Inc tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    North-West Trading Co tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    Clarks Construction tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    Blue Star Inc tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    KEO and Associates Inc. tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Tracy M. Clark    on behalf of Defendant    A & M Trucking Inc clark@steinbergshapiro.com
          Tracy M. Clark    on behalf of Creditor    A&M Trucking, Inc. clark@steinbergshapiro.com
          Trent B. Collier    on behalf of Defendant    Cover Your Assets LLC Trent.Collier@ceflawyers.com,
           beverly.sutherlin@ceflawyers.com
          Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Trevor J. Zamborsky   on behalf of Creditor Nicholas Martin tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Kevin Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Melvin Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Viena Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Kevin McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Ezekiel Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Wendy Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Doug Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Interested Party 1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Rodney Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Angela Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Yvette Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Eddie Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Otis Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor John Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Gary Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Marily Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Phyllis Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Jeffrey Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Donna Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Jeremiah Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Jennifer Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Mario Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Jermaine Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Taesean Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Tarita Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Brandon Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Gregory Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Robert Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

          Trevor J. Zamborsky   on behalf of Creditor Terry Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Trevor J. Zamborsky   on behalf of Creditor Henry Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Woodrow Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Daniel Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Antonio Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Carolyn Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Ray Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Landon Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Raymond Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Winter Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Lucy Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Darnell Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Darchella Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Shumithia Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Clenette Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Bradley Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor David Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Hondra Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Floyd Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Kevin Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Taralyn Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Raymond Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brandon Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Brady Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Victoria Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Joseph Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jamie Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Bernard White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor James Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Curtis Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Jerry Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Quentin King tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Daniel Soto tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Leinathian Jelks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Rhonda Craig tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Velma Denson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Sharon Pettway tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Trevor J. Zamborsky   on behalf of Creditor Shelton Bell, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
          Vanessa G. Fluker   on behalf of Interested Party Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
          Wallace M. Handler   on behalf of Defendant Tetra Tech Mps whandler@swappc.com, kgleeson@swappc.com, ckrause@swappc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Wendy Turner Lewis    on behalf of Defendant    Pyratech Security Systems Inc wtlewis@ameritech.net
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William J. Barrett    on behalf of Defendant    Genuine Parts Company william.barrett@bfkn.com
          William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
           Authority wlistman@davislistman.com
          William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
          William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
          William W. Kannel    on behalf of Creditor    Fidelity Management & Research Company
           wkannel@mintz.com
          Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com,
           amckeoun@lambertleser.com
          Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Defendant    Toter Incorporated yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Defendant    Capp, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
           yotc_ecf@yahoo.com,   yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Defendant    Kessler International yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Defendant    Capp USA yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 728
```