UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S *EX PARTE* MOTION FOR AN ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING**

This case is before the Court on the City of Detroit's *Ex Parte* Motion for an Order Shortening Notice and Scheduling an Expedited Hearing with Respect to the Motion for Appointment of Facilitator to Assist the Parties in Implementing a New VEBA for Certain Individuals Retiring From the City of Detroit After 1/1/2015 (Doc. # 11200, the "*Ex Parte* Motion"). The Court having reviewed the *Ex Parte* Motion, and most recently, the supplement to the Ex Parte Motion filed by the City on June 9, 2016 (Docket # 11254), and the Court finding good cause for the entry of this Order;

IT IS ORDERED THAT:

1. The *Ex Parte* Motion (Docket # 11200) is granted.

2. The Court will hold a hearing on the City's motion entitled "Motion for Appointment of Facilitator to Assist the Parties in Implementing VEBA for Individuals Retiring From the City of Detroit After 1/1/2015" (Doc. # 11198) on **June 22, 2016, at 1:30 p.m.**

**Signed on June 10, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge