# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>    Debtor. | Bankruptcy Case No. 13-53846<br><br>Honorable Thomas J. Tucker<br><br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2016 he served a copy of the *ORDER GRANTING CITY OF DETROIT'S EX PARTE MOTION FOR AN ORDER ADJOURNING HEARING ON CERTAIN RESPONSES FILED TO THE CITY'S FORTY-FOURTH AND FORTY-FIFTH OMNIBUS OBJECTIONS TO CLAIMS* [Dkt. No. 11265] upon the Grant Claimants[1] listed on the attached Service List, via Federal Express overnight delivery, as to be delivered to the recipients no later than June 13, 2016.

Dated: June 10, 2016

                               By: /s/ Ronald A. Spinner
                               Ronald A. Spinner
                               150 West Jefferson, Suite 2500
                               Detroit, Michigan 48226
                               Telephone: (313) 496-7829
                               Facsimile: (313) 496-8451
                               spinner@millercanfield.com

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Order referenced above.

# Service List

Diane L. Onuigbo
19241 McIntyre
Detroit, MI 48219

Michelle Duff
322 Kerby Road
Grosse Pointe Farms, MI 48336

Anthony Derrick Smith
19453 Lumpkin
Detroit, MI 48234

Hope Strange
8642 Artesian Street
Detroit, MI 48228

Randall Thomas
34513 Giannetti
Sterling Heights, MI 48312

Dinah L. Bolton
20230 Fenelon Street
Detroit, MI 48234

Jacqueline M. Jackson
19451 Stephens Dr.
Eastpointe, MI 48021

Fern Clement
16230 Forrer
Detroit, MI 48235

Ranna K. Trivedi
4187 Vassar Drive
Troy, MI 48085

Kim McCoy
21070 Woodland Glen, Apt 202
Northville, MI 48167

Warren T. Duncan
21230 N. King Pl
Ferndale, MI 48220

George A. Kaw
1843 Delta Dr.
Troy, MI 48085

Marlene Y. Robinson
15854 Murray Hill
Detroit, MI 48227

Gerhard Eady
24880 Almond
Eastpointe, MI 48021

Brenda L. Davis
31418 Schoenherr Rd, Apt 1
Warren, MI 48088-1954

Stephanie Crews
22201 Marlow Ct.
Oak Park, MI 48237

Gueelma Brown
19350 Orleans Street
Detroit, MI 48203

Diana Lynn Patrillo
5330 Burns St.
Detroit, MI 48213-2912

Sandra O'Neal
19005 Birchcrest Dr.
Detroit, MI 48221

Darrell S. Carrington
20014 Strathmoor
Detroit, MI 48235