UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: CITY OF DETROIT, MICHIGAN

CASE NO: 13-53846
CHAPTER: 9

Diane L. Onuigbo **Debtor.**

## CERTIFICATE OF SERVICE

I hereby certify that on __JUNE 7, 2016__ (date of mailing), I served copies as follows:

1. Document(s) served:
   Claimant's Response to Debtor's 45th Omnibus Objection to Certain Changes

2. Served upon [name and address of each person served]:

   Marc N. Swanson
   150 W. Jefferson, Suite 2500
   Detroit, MI 48226
   313-496-7591
   swansonm@millercanfield.com

3. By First Class Mail.

Dated: 6-10-16

(Signature)

Print Name: Diane L. Onuigbo

FILED (I) 2016 JUN 10 P 12: 52 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT