UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit, Michigan

CASE NO: 13-53846
CHAPTER: 9

**Debtor.**
Anthony Derrick Smith       /

## CERTIFICATE OF SERVICE

I hereby certify that on ___June 2, 2016___ (date of mailing), I served copies as follows:

1. Document(s) served:

    Claimant's Response to Debtor's 45th Omnibus Objection to Certain Changes

2. Served upon [name and address of each person served]:

    Marc N. Swanson
    150 W. Jefferson, Suite 2500
    Detroit, MI 48226
    313-496-7591
    swansonm@millercanfield.com

3. By First Class Mail.

Dated: 6-10-2016

(Signature)

Print Name: Anthony Derrick Smith

FILED (I) 2016 JUN 10 P 12:52 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT