# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2016, he electronically filed the following:

- Reply In Support of Debtor's Forty-Fourth Omnibus Objection to Certain Claims [Doc. No. 11272]

- Reply In Support of Debtor's Forty-Fifth Omnibus Objection to Certain Claims [Doc. No. 11274]

collectively, (the "Replies") with the Clerk of the Court which will send notice of the filings by operation of the court's electronic filing service to all ECF participants registered to receive notice in this case.

Copies of the Replies were also served upon the claimants listed therein, via first class mail, as described on the attached Service List.

DATED: June 10, 2016          By: /s/ Ronald A. Spinner
                                                           Ronald A. Spinner
                                                           150 West Jefferson, Suite 2500
                                                           Detroit, Michigan 48226
                                                           Telephone: (313) 496-7829
                                                           Facsimile: (313) 496-8451
                                                           spinner@millercanfield.com

# SERVICE LIST

**Reply In Support of Debtor's Forty-Fourth Omnibus Objection to Certain Claims:**

Henry Wolfe III
18507 Ohio
Detroit, MI 48221

James Capizzo
863 Venoy
Madison Heights, MI 48071

Carla Smith
321 Lakewood St.
Detroit, MI 48215

Gladys M. Cannon
1259 S. Beatrice
Detroit, MI 48217

George A. Kaw
1843 Delta Dr.
Troy, MI 48085

Gerald Moore
15902 Normandy
Detroit, MI 48238

**Reply In Support of Debtor's Forty-Fifth Omnibus Objection to Certain Claims:**

Renee' Tillman
332 Woodside Court, #109
Rochester Hills, MI 48307