FILED
2016 JUN 13
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: <br> City of Detroit, Michigan, <br> Debtor. | Bankruptcy Case No. 13-53846 <br> Honorable Thomas J. Tucker <br> Chapter 9 |

## MOTION TO RESCHEDULE HEARING

COMES NOW, Rodrick Siner, pro-se, ask that this Honorable Court reshedule the hearing set for June 14, 2016, and states as follows:

Mr. Siner is incarcerated in Limestone Correctional Facility under the alias of "Robert Whitman 215956", and is not schedule to be released until April 2017.

Mr. Siner, has been incarcerated since April 3, 2013. Mr. Siner, was first incarcerated in Michigan on April 3, 2013. Then extradited to Alabama for a parole revocation hearing.

In which Mr. Siner's parole was revoked, due to allegations that is the subject of Mr. Siner's lawsuit.

Mr. Siner, contends due to him being incarcerated, he never received notice of the General Bar Date. Incarcerated inmates are not provided the Detroit News, Detroit Frees Press, USA Today and the Wall Street Journal.

Mr. Siner, respectfully request that this Honorable Court reschedule the hearing in this matter, until a later date that will allow him to be present and present argument in his behalf, or in the alternative appoint counsel to represent Mr. Siner.

## CONCLUSION

Mr. Siner, request that this Honorable reschedule the June 14, 2016 hearing, or appoint him counsel

Respectfully submitted,

*Rodrick Siner*

Rodrick Siner 215956
28779 Nick Davis Rd
Harvest, AL 35749

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2016, I mail a foregoing copy of this Motion to Veronica Ibrahim by U.S. Mail to the address of 2 Woodward Avenue, Suite 500, Detroit, MI 48226.