UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit

CASE NO: 13-53846
CHAPTER: 9

Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2016 (date of mailing), I served copies as follows:

1. Document(s) served:

   Claimant's response to Debtor's fourty-Fourth Omnibus Objection to Certain Claims.

2. Served upon [name and address of each person served]:

   Marc N. Swanson
   Miller, Canfield, Paddock and Stone, PLC
   150 W. Jefferson Suite 2500
   Detroit, MI 48226

3. By First Class Mail.

Dated: 6/13/16

(Signature)

Print Name: Hope Strange

FILED 2016 JUN 13 P 3:21 U.S. BANKRUPTCY E.D. MICHIGAN-DETROIT

VOID

13-53846-tjt   Doc 11280   Filed 06/13/16   Entered 06/13/16 16:52:34   Page 1 of 1