FILED

2016 JUN 15 A 10: 48

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No: 13-53846

Chapter: 9

**City of Detroit, Debtor**

Corrected

## CERTIFICATE OF SERVICE

I hereby certify that on the **June 3, 2016,** (date of mailing), I served copies as follows: (By Mail, by Email and Fax)

1. Document(s) served: **Response Filed by Creditor Dinah Lynn Bolton to Debtor's Forty-Fourth Omnibus Objection to Certain Claims - #2373 – Case No. 13-53846 – with Attachments**

2. Served upon [name and address of each person served]:

    Marc N. Swanson, Miller, Canfield, Paddock and Stone, PLC
    150 West Jefferson, Suite 2500, Detroit, MI 48226

    Charles N. Raimi, City of Detroit, 2 Woodward Avenue, Suite 500, Coleman A. Young Municipal Center, Detroit, MI 48226.

3. By First Class Mail.

Dated: 6/12/16

_Dinah L. Bolton_
(Signature)

Print Name: Dinah L. Bolton

*Corrected*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Dinah Lynn (Tyus) Bolton, 20230 Fenelon Street, Detroit, MI 48234

A true and correct copy of the foregoing document entitled (*specify*): Response Filed by Creditor Dinah Lynn Bolton to Debtor's Forty-Fourth Omnibus Objection to Certain Claims - #2373 - Case No. 13-53846 - with Attachments

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6/3/16, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 6/3/16, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

6/12/16 — Dinah Bolton — *[signature]*
Date — Printed Name — Signature