UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                               Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                           Chapter 9

        Debtor.                              Judge Thomas J. Tucker
_____/

### ORDER DENYING "CLAIMANT MICHAEL McKAY'S MOTION TO ENFORCE AGREEMENT REGARDING CLAIM OF MICHAEL McKAY"

This case came before the Court for a hearing on June 15, 2016, on the motion filed by Michael McKay entitled "Claimant Michael McKay's Motion to Enforcement Agreement Resolving Claim of Michael McKay," (Docket # 11157, the "Motion"). For the reasons stated by the Court on the record during the hearing,

IT IS ORDERED that the Motion is denied.

.

**Signed on June 16, 2016**

                                              /s/ Thomas J. Tucker
                                              Thomas J. Tucker
                                              United States Bankruptcy Judge