UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | Judge Thomas J. Tucker |

**ORDER DENYING RODRICK SINER'S JUNE 13, 2016
MOTION TO RESCHEDULE HEARING (DOCKET # 11279)**

This case is before the Court on a motion filed on June 13, 2016 by Rodrick Siner, entitled "Motion to Reschedule Hearing" (Docket # 11279, the "Motion to Reschedule"). The Motion to Reschedule requests an adjournment of the hearing scheduled for June 15, 2016 on a motion filed by the City of Detroit, entitled "City of Detroit's Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction and the Bar Date Order Against Rodrick Siner" (Docket # 11159, the "City Motion"). The Court did not grant Mr. Siner's Motion to Reschedule before holding a hearing on the City's Motion at the scheduled time on June 15, 2016. Rather, during the June 15, 2016 hearing on the City's Motion, the Court made an oral ruling denying Mr. Siner's Motion to Reschedule. The Court then went ahead with the hearing on the City's Motion, in the absence of Mr. Siner, who did not attend the hearing. The Court granted the City's Motion, and that ruling will be reflected in a separate order that is yet to be entered.

Confirming certain action taken during the June 15, 2016 hearing, and for the reasons stated by the Court on the record during that hearing,

IT IS ORDERED that Rodrick Siner's Motion to Reschedule (Docket # 11279) is denied.

.

**Signed on June 16, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge