UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | Judge Thomas J. Tucker |

**ORDER REGARDING DEBTOR'S FORTY-FIFTH
OMNIBUS OBJECTIONS TO CERTAIN CLAIMS (DOCKET # 11163)**

This case came before the Court for a hearing on June 15, 2016, on the City of Detroit's objection to claims entitled "Debtor's Forty-Fifth Omnibus Objection to Certain Claims" (Docket # 11163, the "Forty-Fifth Omnibus Claim Objection"). On June 10, 2016, at the City's request, the Court entered an Order adjourning the June 15, 2016 hearing on the Forty-Fifth Omnibus Claim Objection with respect to certain specific creditor claims (the "Adjourned Claims"), to the adjourned date of August 31, 2016 at 1:30 p.m. (Docket # 11265).

In addition, the Court ruled during the June 15, 2016 hearing that the Forty-Fifth Omnibus Objection would be sustained with respect to all claims for which the claimant did not either file a written response to the Forty-Fifth Omnibus Claim Objection or appear at the June 15, 2016 hearing and respond on the record during that hearing to the Forty-Fifth Omnibus Claim Objection (the "Defaulted Claims"). That ruling will be reflected by a separate order that has not yet been entered, after the Court receives and reviews a proposed order to be submitted by counsel for the City of Detroit.

Confirming certain action taken during the June 15, 2016 hearing, and for the reasons stated by the Court on the record during the hearing,

IT IS ORDERED that except as to the Adjourned Claims and the Defaulted Claims, the Forty-Fifth Omnibus Claim Objection is submitted for decision by the Court.

The Court intends to issue a written ruling after the Court learns whether or not the pending proposed settlement is finalized of the City's objections to the omnibus claims filed by the American Federation of State and County Municipal Employees and the Detroit Coalition of Unions.
.

**Signed on June 16, 2016**

                                                   /s/ Thomas J. Tucker
                                                  Thomas J. Tucker
                                                  United States Bankruptcy Judge