UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

       Debtor.  Judge Thomas J. Tucker
_____/

**ORDER REGARDING THE CITY OF DETROIT'S
UNRESOLVED OBJECTIONS TO CLAIMS CONTAINED IN THE CITY'S
TWENTIETH, TWENTY-THIRD, TWENTY-FIFTH, TWENTY-EIGHTH, TWENTY-
NINTH, THIRTIETH, THIRTY-FIRST, THIRTY-SECOND, THIRTY-THIRD,
THIRTY-FOURTH, THIRTY-SIXTH AND THIRTY-SEVENTH
OMNIBUS OBJECTIONS TO CERTAIN CLAIMS**

      This case came before the Court for an adjourned hearing on June 15, 2016, regarding numerous objections to claims filed by the City of Detroit. The claims at issue are the claims of numerous specific individuals (the "Adjourned Claims"), the hearings on which were adjourned to June 15, 2016 by previous Orders of the Court (Docket ## 10941, 11035, 11054, the "Adjournment Orders"). The names of the claimants involved are listed in the Court's Adjournment Orders. The City's objections to these Adjourned Claims are contained in the following numbered omnibus claim objections filed by the City:

1. Debtor's Twentieth Omnibus Objections to Certain Claims (Docket # 10776)

2. Debtor's Twenty-Third Omnibus Objections to Certain Claims (Docket # 10779)

3. Debtor's Twenty-Fifth Omnibus Objections to Certain Claims (Docket # 10781)

4. Debtor's Twenty-Eighth Omnibus Objections to Certain Claims (Docket # 10784)

5. Debtor's Twenty-Ninth Omnibus Objections to Certain Claims (Docket # 10785)

6. Debtor's Thirtieth Omnibus Objections to Certain Claims (Docket # 10786)

7. Debtor's Thirty-First Omnibus Objections to Certain Claims (Docket # 10787)

8. Debtor's Thirty-Second Omnibus Objections to Certain Claims (Docket # 10788)

9. Debtor's Thirty-Third Omnibus Objections to Certain Claims (Docket # 10789)

10. Debtor's Thirty-Fourth Omnibus Objections to Certain Claims (Docket # 10790)

11. Debtor's Thirty-Sixth Omnibus Objections to Certain Claims (Docket # 10811)

12. Debtor's Thirty-Seventh Omnibus Objections to Certain Claims (Docket # 10812)

(These claim objections are collectively referred to in this Order below as the "City's Omnibus Claim Objections").

Confirming certain action taken during the June 15, 2016 hearing, and for reasons stated by the Court on the record during the hearing,

IT IS ORDERED that:

1. The City of Detroit is granted leave to file a supplemental brief in support of its objection to the claim of JuJuan Moore, no later than June 29, 2016.[1]

2. With respect to the Adjourned Claims, the City's Omnibus Claim Objections are submitted for decision by the Court.

The Court intends to issue a written ruling after the Court learns whether or not the pending proposed settlement is finalized of the City's objections to the omnibus claims filed by the American Federation of State and County Municipal Employees and the Detroit Coalition of Unions.

.

**Signed on June 16, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge

---

[1] The City's objection to the claim of JuJuan Moore (Claim No. 2098) is contained in the City's Thirty-Sixth Omnibus Objections to Certain Claims (Docket # 10811).