Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Notice to Respondent is Missing, Proposed Order is Missing, and the Certificate of Service is missing an original signature. (RE: related document(s)[11279] Motion to Reschedule Hearing filed by Creditor Rodrick Siner). See below for important deadline information.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☑ Notice to Respondent Missing or Non−Compliant
- ☑ Original Signature Missing or Non−Compliant

☐ Petition Non−Compliant (To be filed in its entirety)

☐ Proof of Service Missing or Non−Compliant

☒ Proposed Order Missing

☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant

☐ Statement of Corporate Ownership Missing

☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 6/14/16

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                         United States Bankruptcy Court
                         Eastern District of Michigan
In re:                                                                         Case No. 13-53846-tjt
City of Detroit, Michigan                                                      Chapter 9
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0645-2           User: csiku                  Page 1 of 18                  Date Rcvd: Jun 14, 2016
                               Form ID: def2                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2016.
    +Rodrick Siner 215956,  28779 Nick Davis Rd.,  Harvest, AL 35749-7009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                   TOTAL: 0

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust    Daniel M. McDermott
                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2016                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2016 at the address(es) listed below:
    A. Stephen Ramadan  on behalf of Interested Party Martin A. O'Brien steveramadan@gmail.com
    Aaron C. Thomas  on behalf of Creditor  Macomb County aaron.thomas@macombgov.org
    Albert Togut  on behalf of Plaintiff  City of Detroit, Michigan neilberger@teamtogut.com,
     apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,
     adeering@teamtogut.com,srobinson@teamtogut.com
    Albert Togut  on behalf of Debtor In Possession  City of Detroit, Michigan
     dperson@teamtogut.com
    Alfredo R. Perez  on behalf of Creditor  Financial Guaranty Insurance Company
     alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
    Alice Bonita Jennings  on behalf of Plaintiff John Smith ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings  on behalf of Plaintiff  Peoples Water Board
     ajennings@edwardsjennings.com, vgray@edwardsjennings.com
    Alice Bonita Jennings  on behalf of Plaintiff Sylvia Taylor ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings  on behalf of Plaintiff Rosalyn Walker ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings  on behalf of Plaintiff Tammika Williams ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings  on behalf of Plaintiff John Jackson ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings  on behalf of Plaintiff Janice Ward ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings  on behalf of Plaintiff  Moratorium Now! ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings  on behalf of Plaintiff  National Action Network--Michigan Chapter
     ajennings@edwardsjennings.com, vgray@edwardsjennings.com
    Alice Bonita Jennings  on behalf of Plaintiff Rosalyn Parham ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings  on behalf of Plaintiff  Michigan Welfare Rights Organization
     ajennings@edwardsjennings.com, vgray@edwardsjennings.com
    Alice Bonita Jennings  on behalf of Plaintiff Maurika Lyda ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings  on behalf of Plaintiff Nicole Hill ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alice Bonita Jennings  on behalf of Plaintiff Scott Eubank ajennings@edwardsjennings.com,
     vgray@edwardsjennings.com
    Alidz Oshagan  on behalf of Creditor  Detroit Fire Fighters Association, I.A.F.F. Local 344
     oshagan@legghioisrael.com, drf@legghioisrael.com
    Allan S. Brilliant  on behalf of Creditor  Macomb County allan.brilliant@dechert.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Allan S. Brilliant   on behalf of Creditor   Macomb Interceptor Drain Drainage District
 allan.brilliant@dechert.com
Allan S. Brilliant   on behalf of Creditor   County of Macomb, Michigan
 allan.brilliant@dechert.com
Allison Bach   on behalf of Interested Party   State of Michigan, Department of Attorney General
 abach@dickinsonwright.com
Amanda Kill   on behalf of Defendant   Wright Tool Co akill@ahernkill.com,
 tmeluso@ahernkill.com;jmeyers@ahernkill.com
Amanda Carol Vintevoghel   on behalf of Defendant   Interstate Trucksource Inc
 avintevoghel@dragichlaw.com, avintevoghel@hotmail.com
Amanda Carol Vintevoghel   on behalf of Defendant   Oracle Corporation
 avintevoghel@dragichlaw.com, avintevoghel@hotmail.com
Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com,
 achouprouta@kramerlevin.com
Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc.
 acaton@kramerlevin.com, achouprouta@kramerlevin.com
Andrew Minear   on behalf of Creditor   Parsons Brinckerhoff Michigan, Inc.
 aminear@schiffhardin.com
Andrew Minear   on behalf of Defendant   Parsons Brinckeroff Michigan Inc
 aminear@schiffhardin.com
Andrew A. Paterson, Jr.   on behalf of Plaintiff   Citizens United Against Corrupt Government
 aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
 aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr.   on behalf of Creditor Robert Davis aap43@outlook.com,
 aap43law@gmail.com
Anthony Greene   on behalf of Creditor Da'Nean M. Brooks greenelawgroup@gmail.com,
 greenelawgroup@yahoo.com
Anthony J. Kochis   on behalf of Creditor   Iron Mountain Information Management, LLC
 akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
 stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
Anthony J. Kochis   on behalf of Attorney   Wolfson Bolton PLLC akochis@wolfsonbolton.com,
 stravis@wolfsonbolton.com;akochis@ecf.inforuptcy.com
Arthur O'Reilly   on behalf of Interested Party   Detroit Institute of Arts
 aoreilly@honigman.com, ahatcher@honigman.com
Barbara A. Patek   on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants Association
 pateklaw@gmail.com
Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
 pateklaw@gmail.com
Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association pateklaw@gmail.com
Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
 bfagan@dibandfagan.com
Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
 bbest@schaferandweiner.com, wrkyles@varnumlaw.com
Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
 wrkyles@varnumlaw.com
Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
 wrkyles@varnumlaw.com
Brian Keck   on behalf of Interested Party Sheila M. Johnson bkeck@morganmeyers.com,
 aworlen@morganmeyers.com
Brian Keck   on behalf of Interested Party Denise Gardner bkeck@morganmeyers.com,
 aworlen@morganmeyers.com
Brian Keck   on behalf of Interested Party Patricia Ramirez bkeck@morganmeyers.com,
 aworlen@morganmeyers.com
Brian Keck   on behalf of Interested Party Kimberly James bkeck@morganmeyers.com,
 aworlen@morganmeyers.com
Brian D. O'Keefe   on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
 bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
 Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
 TReitzloff@lippittokeefe.com
Brian R. Trumbauer   on behalf of Interested Party   Blue Cross Blue Shield of Michigan and Blue
 Care Network of Michigan btrumbauer@bodmanlaw.com
Bruce Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
 bbennett@jonesday.com
Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
Carina Kraatz   on behalf of Defendant   Bauer & Hunter PLLC ckraatz@resnicklaw.net,
 jabdelnour@resnicklaw.net
Carina Kraatz   on behalf of Interested Party   Resnick & Moss, P.C. ckraatz@resnicklaw.net,
 jabdelnour@resnicklaw.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Carina   Kraatz    on behalf of Creditor Carlton D. Carter ckraatz@resnicklaw.net,
           jabdelnour@resnicklaw.net
          Carl F. Schier    on behalf of Defendant    Bankston Construction Inc carl@schierlaw.com
          Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole   Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan carole.neville@dentons.com
          Carole   Neville    on behalf of Retiree Committee    Official Committee of Retirees
           carole.neville@dentons.com,daniel.morris@dentons.com
          Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
           caroline.english@arentfox.com
          Carolyn Beth Markowitz    on behalf of Interested Party Kevin   Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn    on behalf of Creditor Heidi   Peterson charlesidelsohnattorney@yahoo.com,
           charlesID@hotmail.com
          Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
           cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
          Charles N. Ash    on behalf of Creditor    UBS AG cash@wnj.com
          Charles N. Ash    on behalf of Defendant    UBS AG cash@wnj.com
          Charles N. Ash    on behalf of Defendant    Merrill Lynch Capital Services, Inc. cash@wnj.com
          Charles N. Ash    on behalf of Creditor    Merrill Lynch Capital Services, Inc. cash@wnj.com
          Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
           BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
          Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
           cgrosman@carsonfischer.com
          Christopher E. McNeely    on behalf of Defendant    Great Lakes Power Inc cmcneely@mandmpc.com
          Cindy  Tsai    on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
          Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
           claude.montgomery@dentons.com,docketny@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
           Detroit, Michigan claude.montgomery@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Craig B. Rule    on behalf of Creditor    Everhome Mortgage Company bankruptcy@orlans.com,
           ANHSOA@4stechnologies.com;anhsoa@gmail.com
          Cynthia J. Haffey    on behalf of Defendant    Detroit General Retirement System Service
           Corporation haffey@butzel.com,  smithe@butzel.com
          Cynthia J. Haffey    on behalf of Defendant    Detroit Police And Fire Retirement System Service
           Corporation haffey@butzel.com,  smithe@butzel.com
          Dale   Price    on behalf of Creditor    Equal Employment Opportunity Commission dale.price@eeoc.gov,
           legaldt.detroit@eeoc.gov
          Daniel   Kielczewski    on behalf of Defendant    Bob Maxey Ford Inc
           dgkielczewski@abbottnicholson.com,  adwilliams@abbottnicholson.com
          Daniel C. DiCicco    on behalf of Defendant    Wright Tool Co ddicicco@ahernkill.com
          David A. Lerner    on behalf of Creditor    Plunkett Cooney dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David A. Lerner    on behalf of Defendant    Waste Management of Michigan Inc
           dlerner@plunkettcooney.com,  nwinagar@plunkettcooney.com
          David E. Schwartz    on behalf of Defendant    SMART dschwartz@allardfishpc.com,
           allardfishpc@yahoo.com
          David G. Dragich    on behalf of Defendant    Oracle Corporation ddragich@dragichlaw.com
          David G. Dragich    on behalf of Defendant    Interstate Trucksource Inc ddragich@dragichlaw.com
          David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn   Orr dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
           dgheiman@jonesday.com
          David Jonathan Cross    on behalf of Defendant    T & N Services Inc davidjonathancross@gmail.com
          David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
          David M. Blau    on behalf of Creditor    NTH Consultants, Ltd. dblau@clarkhill.com
          David M. Blau    on behalf of Defendant    Mannik & Smith Group Inc dblau@clarkhill.com
          David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
           kbilpo@seyburn.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com,
           dnavin@dickinsonwright.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap    on behalf of Defendant Michael   Jamison kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Cheryl   Johnson kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John   Naglik kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
           kovskyd@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John   Naglick kovskyd@pepperlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com
              Deborah L. Fish    on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    BlueMountain Capital Management, LLC
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P.
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Stone Lion Capital Partners L.P.
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Panning Capital Management, LP
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP
               dfish@allardfishpc.com,  allardfishpc@yahoo.com
              Debra N. Pospiech    on behalf of Interested Party Patricia  Ramirez dpospiech@morganmeyers.com
              Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
               dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Interested Party    U.S. Bank N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Creditor    Wilmington Trust Company, National Association
               dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
               dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Creditor    U.S. Bank National Association
               dbeckwith@fosterswift.com
              Donald C. Wheaton, Jr.    on behalf of Defendant    SBM Inc dwheatonjr@aol.com
              Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
               don@mcguiganlaw.com
              Doron  Yitzchaki    on behalf of Defendant    Hesco Hamlett Engineering Sales Company
               DYitzchaki@dickinsonwright.com
              Doron  Yitzchaki    on behalf of Creditor    Sky Group Grand, LLC DYitzchaki@dickinsonwright.com
              Douglas  Steele    on behalf of Interested Party    International Association of Fire Fighters,
               AFL-CIO, CLC dls@wmlaborlaw.com
              Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation
               dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast
               Michigan dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
               Foundation dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation
               dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
               dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
               dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
               dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
               dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Defendant    1 Way Service Inc dbernstein@plunkettcooney.com,
               ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
               dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
               dbernstein@plunkettcooney.com,  ssherbow@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Defendant    Examworks Inc dbernstein@plunkettcooney.com,
               ssherbow@plunkettcooney.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
               dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
              Edward J. Gudeman    on behalf of Defendant    Audio Visual Equipment & Supplies
               ejgudeman@gudemanlaw.com,
               ecf@gudemanlaw.com;lmerucci@ecf.inforuptcy.com;rtanner@ecf.inforuptcy.com;kdarr@ecf.inforuptcy.co
               m;kshinn@ecf.inforuptcy.com;ejgudeman@ecf.inforuptcy.com;brookard@ecf.inforuptcy.com
              Edward J. Hood    on behalf of Defendant    Colasanti Corporation ehood@clarkhill.com,
               atheisen@clarkhill.com
              Elizabeth Ann Favaro    on behalf of Defendant    Siemens Industry Inc
               elizabeth.favaro@bowmanandbrooke.com, diana.murray@bowmanandbrooke.com
              Elizabeth Ann Favaro    on behalf of Interested Party    Siemens Industry Inc.
               elizabeth.favaro@bowmanandbrooke.com, diana.murray@bowmanandbrooke.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
               bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Federal National Mortgage Association
               (Fannie Mae) bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@orlans.com,
               ANHSOA@4stechnologies.com;anhsoa@gmail.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    CitiMortgage, Inc. bankruptcy@orlans.com,
               ANHSOA@4stechnologies.com;anhsoa@gmail.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor     M&T Bank bankruptcy@orlans.com,
               ANHSOA@4stechnologies.com;anhsoa@gmail.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    M&T Bank bankruptcy@orlans.com,
               ANHSOA@4stechnologies.com;anhsoa@gmail.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    EverBank bankruptcy@orlans.com,
               ANHSOA@4stechnologies.com;anhsoa@gmail.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Champion Mortgage Company
               bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Rushmore Loan Management Services, LLC
               bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Everhome Mortgage Company
               bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
              Elliot G. Crowder    on behalf of Defendant    W C Ducomb Co ecrowder@sbplclaw.com,
               lhaas@sbplclaw.com
              Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               ecrowder@sbplclaw.com, lhaas@sbplclaw.com
              Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
              Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
               carlson@millercanfield.com, brashier@millercanfield.com
              Erika B. Hart    on behalf of Defendant    OAS Group Inc ehart@tauntlaw.com
              Ethan D. Dunn    on behalf of Defendant    Hercules & Hercules Inc bankruptcy@maxwelldunnlaw.com,
               bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com
              Evan A. Burkholder    on behalf of Respondent    JE Associates evan.burkholder@leclairryan.com,
               evan.burkholder@gmail.com
              Evan A. Burkholder    on behalf of Defendant    J E Associates Inc evan.burkholder@leclairryan.com,
               evan.burkholder@gmail.com
              Evan Justin Feldman    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit efeldman@clarkhill.com
              Evan Justin Feldman    on behalf of Creditor    General Retirement System of the City of Detroit
               efeldman@clarkhill.com
              Gordon J. Toering    on behalf of Defendant    EJ USA Inc gtoering@wnj.com
              Gordon J. Toering    on behalf of Defendant    Valley Truck Parts Inc gtoering@wnj.com
              H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
               jabdelnour@resnicklaw.net
              H. Nathan Resnick    on behalf of Defendant    Bauer & Hunter PLLC hnresnick@resnicklaw.net,
               jabdelnour@resnicklaw.net
              Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, National Association
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, National Association
               Heath.Rosenblat@dbr.com, Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
               Jennifer.Roussil@dbr.com;Daniel.Northrop@dbr.com
              Heather  Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com
              Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather  Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com
              Heather  Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com
              Heather  Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Heidi  Peterson    hdpeterson75@gmail.com
              Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
              Hugh M. Davis    on behalf of Creditor Constance M. Phillips Info@ConLitPC.com
              I. W. Winsten    on behalf of Defendant    Sigma Associates Inc iwinsten@honigman.com,
               jgastelum@honigman.com
              Irma  Industrious    on behalf of Creditor Irma  Industrious iindustrious@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              J. Paul Sugameli    on behalf of Defendant    Farrow Group Inc psugameli@sugamelilaw.com
              James Pelland    on behalf of Defendant    Metco Services Inc jpelland@fb-firm.com,
               psugars@fb-firm.com
              James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              James J. Hayes    on behalf of Defendant    Alexander Chemical Corp attyjjhayes@gmail.com
              Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
              Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
               jeansartre@msn.com
              Jason W. Bank    on behalf of Interested Party    Wade Trim Associates, Inc. jbank@kerr-russell.com,
               ssmith@kerr-russell.com
              Jason W. Bank    on behalf of Defendant    New England Fertilizer Company jbank@kerr-russell.com,
               ssmith@kerr-russell.com
              Jason W. Bank    on behalf of Defendant    Wade Trim Associates Inc. jbank@kerr-russell.com,
               ssmith@kerr-russell.com
              Jason W. Bank    on behalf of Interested Party    New England Fertilizer Company
               jbank@kerr-russell.com,  ssmith@kerr-russell.com
              Jason W. Bank    on behalf of Defendant    Hinshon Environmental Consulting, Inc.
               jbank@kerr-russell.com,  ssmith@kerr-russell.com
              Jayson Ruff    on behalf of Creditor    Sprint Communications Company LP jruff@mcdonaldhopkins.com
              Jayson Ruff    on behalf of Creditor    Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey H. Bigelman    on behalf of Creditor    Xerox Corporation jhb_ecf@osbig.com,
               tc@osbig.com;mk@osbig.com
              Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
              Jennifer Zbytowski Belveal    on behalf of Defendant    Detroit Entertainment, LLC
               jbelveal@honigman.com,  mjohnson@honigman.com
              Jennifer Zbytowski Belveal    on behalf of Defendant    Greektown Casino, LLC
               jbelveal@honigman.com,  mjohnson@honigman.com
              Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
              Jimmylee Gray    on behalf of Defendant    Ampro Construction LLC j.gray50@comcast.net
              Jimmylee Gray    on behalf of Defendant    Uniglobe Construction Co j.gray50@comcast.net
              Jimmylee Gray    on behalf of Defendant    Kingsway Building & Maintenance j.gray50@comcast.net
              John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
              John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jstevens@mathesonparr.com,  nlmumma@aol.com
              John D. Mulvihill    on behalf of Defendant    Agar Lawn Sprinkler Systems Inc
               jdmassistant@sbcglobal.net,  jdmulvihill@sbcglobal.net
              John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
               pjohnson@bredhoff.com;mforan@bredhoff.com
              John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com,
               mitrottlaw@ecf.courtdrive.com
              John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               john.sieger@kattenlaw.com
              John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
               jcanzano@kmsmc.com
              Jonathan S. Green    on behalf of Defendant Michael  Hall green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
              Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
               green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant    City of Detroit green@millercanfield.com
              Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
               green@millercanfield.com
              Jonathan S. Taub    on behalf of Defendant    PVS Technologies Inc jtaub@pvschemicals.com,
               jon.taub1@comcast.net;dtheodore@pvschemicals.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Jong-Ju Chang    on behalf of Creditor    Oakland County, Michigan jchang@dykema.com,
 dkelley@dykema.com;docket@dykema.com
Jong-Ju Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
 jchang@dykema.com,   dkelley@dykema.com;docket@dykema.com
Joseph A. Brophy    on behalf of Defendant    Safeco Insurance Company of America jab@jhc-law.com,
 cls@jhc-law.com;sh@jhc-law.com;ab@jhc-law.com;docket@jhc-law.com
Joseph A. Brophy    on behalf of Interested Party    Safeco Insurance Company of America
 jab@jhc-law.com,   cls@jhc-law.com;sh@jhc-law.com;ab@jhc-law.com;docket@jhc-law.com
Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
 jfischer@carsonfischer.com
Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
 litdocket@honigman.com
Joshua Wheelock    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
 joshwheelock@hotmail.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
 jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Judith Greenstone Miller    on behalf of Defendant    Election Systems & Software
 jmiller@jaffelaw.com,   dgoldberg@jaffelaw.com
Judith Greenstone Miller    on behalf of Creditor    ADP, LLC jmiller@jaffelaw.com,
 dgoldberg@jaffelaw.com
Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    WC Hoover Investments, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Singent Consulting LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Mound Road Enterprises L.L.C. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    LDM, LLC jcalton@honigman.com,   litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    TSD Solutions LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Delbruck Technology, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    440 Congress LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Stanne Consulting, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Tower Defense & Aerospace, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Gekko Enterprises LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Taggart Technologies LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    VITEC, L.L.C. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Cass Community Social Services, Inc.
 jcalton@honigman.com,   litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Compuware Corporation jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    CW Professional Services LLC jcalton@honigman.com,
 litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Judy B. Calton    on behalf of Creditor    Seven Mile Partners, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Interested Party    Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Interested Party    Detroit Institute of Arts jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Cathedral Owner LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Interested Party    Compuware Corporation jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    3100 East Jefferson, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Oakland Plant Properties, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Magnolia Properties, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    4737 Conner Co., LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Enforcement Technology, Inc. jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Debtor In Possession    City of Detroit, Michigan jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Koehler Market LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Interested Party    Sigma Associates, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Regency Owner LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Defendant    Sigma Associates Inc jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Linwood Neighbors LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Attorney    L. Katie Mason jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Mack Avenue Investors LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Interested Party    CW Professional Services, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Seven Mile Holdings, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com, litdocket@honigman.com
- Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Compuware Corporation jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Bean Little Investments, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    MICMR, LLC jcalton@honigman.com,    litdocket@honigman.com
          Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants
           Association jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
           jteicher@ermanteicher.com
          Karen B. Dine    on behalf of Interested Party    Deutsche Bank Securities Inc.
           karen.dine@kattenlaw.com
          Karen B. Dine    on behalf of Interested Party    Deutsche Bank AG, London karen.dine@kattenlaw.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
           kressk@pepperlaw.com
          Kenneth B. Vance    on behalf of Defendant    Z Contractors Inc kbvance@comcast.net,
           kbvance01@gmail.com
          Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov,
           michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Mary.compeau@usdoj.gov;Jack.Tubbs@usdoj.gov
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com,    mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly  Gibbs    on behalf of Defendant    Futurenet Group Inc KimberlyG@futurenetgroup.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kurt  Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
           kthornbladh@gmail.com,    thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
           kthornbladh@gmail.com,    thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association
           kthornbladh@gmail.com,    thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization
           kthornbladh@gmail.com,    thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization
           kthornbladh@gmail.com,    thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt  Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
           kthornbladh@gmail.com,    thornbladh.kurt3@gmail.com
          L. Nichole Hunter    on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com,
           sobrien@alglawpc.com
          Lawrence A. Lichtman    on behalf of Creditor    660 Woodward Associates, LLC
           llichtman@honigman.com,    litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Leonora K. Baughman on behalf of Respondent Wayne County Treasurer ecf@kaalaw.com, Dchapman@ecf.courtdrive.com;konail@ecf.courtdrive.com;malexander@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;tsmith@ecf.courtdrive.com;csanders@ecf.courtdrive.com;Lbaughman@ecf.courtdrive.com
- Lisa Hill Fenning on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
- Lisa Sommers Gretchko on behalf of Creditor Howard & Howard Attorneys PLLC lgretchko@howardandhoward.com, ebarrett@howardandhoward.com
- Louis P. Rochkind on behalf of Plaintiff National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
- M. Ellen Dennis on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu
- Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
- Marc N. Swanson on behalf of Defendant Detroit City Council swansonm@millercanfield.com
- Marc N. Swanson on behalf of Defendant Michael Hall swansonm@millercanfield.com
- Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
- Marc N. Swanson on behalf of Defendant City of Detroit swansonm@millercanfield.com
- Marc N. Swanson on behalf of Defendant Michael Duggan, Mayor swansonm@millercanfield.com
- Marc N. Swanson on behalf of Defendant City of Detroit, Michigan swansonm@millercanfield.com
- Marcy J. Ford on behalf of Creditor Bank of America, N.A. easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com
- Marguerite Hammerschmidt on behalf of Interested Party Haas & Goldstein P.C. admin@hammer-stick.com
- Marie Garian on behalf of Defendant ABC Demolition Co Inc Garianlaw@yahoo.com
- Mark Wasvary on behalf of Creditor Hyde Park Co-Operative, et al. mark@wasvarylaw.com
- Mark Wasvary on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
- Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
- Mark B. Berke on behalf of Defendant Birks Works Environmental LLC mberkelaw@gmail.com
- Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro on behalf of Creditor BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro on behalf of Interested Party Greenhill & Co., LLC shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark L. McAlpine on behalf of Other Professional McAlpine PC mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com;nanichols@mcalpinepc.com
- Mark R. James on behalf of Interested Party Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark S. Frankel on behalf of Defendant Tooles Contracting Group LLC mfrankel@couzens.com
- Mark S. Frankel on behalf of Creditor Waste Management Inc. etal mfrankel@couzens.com
- Mark S. Frankel on behalf of Defendant Motor City Pipe & Supply Co mfrankel@couzens.com
- Marshall S. Huebner on behalf of Creditor Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
- Mary Beth Cobbs on behalf of Interested Party City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary Beth Cobbs on behalf of Debtor In Possession City of Detroit, Michigan cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary Kay Shaver on behalf of Creditor Varnum LLP mkshaver@varnumlaw.com
- Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
- Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
- Matthew Wilkins on behalf of Defendant Electronic Data Systems Corporation wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
 wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
 wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 wilkins@bwst-law.com, marbury@bwst-law.com
Matthew Wilkins    on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City
 of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
Matthew D. Harper    on behalf of Interested Party    City of Detroit Water and Sewerage Department
 mdharper@eastmansmith.com
Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
 Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
 summersm@ballardspahr.com
Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
 summersm@ballardspahr.com
Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
Max J. Newman    on behalf of Defendant    Motor City Electric Technologies Inc newman@butzel.com
Max J. Newman    on behalf of Defendant    Fort Wayne Contracting Inc newman@butzel.com
Max J. Newman    on behalf of Defendant    Imperial Construction Co newman@butzel.com
Max J. Newman    on behalf of Defendant    Detroit Thermal, LLC newman@butzel.com
Max J. Newman    on behalf of Defendant    C E Pollard Company newman@butzel.com
Max J. Newman    on behalf of Defendant    L D' Agostini & Sons Inc newman@butzel.com
Michael A. Stevenson    on behalf of Interested Party    Clark Associates, Inc. mas@sbplclaw.com,
 rschultz@sbplclaw.com
Michael A. Stevenson    on behalf of Defendant    Clark Associates Inc mas@sbplclaw.com,
 rschultz@sbplclaw.com
Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
 makarmanesq@gmail.com
Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
Michael H. Perry    on behalf of Interested Party    Fraser Trebilcock Davis & Dunlap PC
 mperry@fraserlawfirm.com
Michael H. Perry    on behalf of Defendant    Fraser Trebilcock Davis & Dunlap PC
 mperry@fraserlawfirm.com
Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell    on behalf of Interested Party    State of Michigan, Department of Attorney
 General BellM1@michigan.gov
Michael R. Bell    on behalf of Interested Party Bill    Schuette BellM1@michigan.gov
Michael Robert Wolin    on behalf of Defendant    Systems & Software Inc mike@tishlaw.com
Michael S. Leib    on behalf of Interested Party    Maddin Hauser Wartell Roth & Heller, PC
 msl@maddinhauser.com, bac@maddinhauser.com
My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
 mao-bk-ecf@debevoise.com
Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Rashida    Tlaib ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Maureen    Taylor ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
 ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Donnell    White ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Thomas    Stallworth III ayadlaw@hotmail.com
Neil Matthew Berger    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com,
 dcahir@teamtogut.com,twiener@teamtogut.com,smcgrath@teamtogut.com,ygreenberg@teamtogut.com,
 seratner@teamtogut.com,dgeoghan@teamtogut.com,neilberger@teamtogut.com,scurrie@teamtogut.com,
 abrogan@teamtogut.com,bmoore@teamtogut.com,dsmith@teamtogut.com,jlee@teamtogut.com,
 echafetz@teamtogut.com,awinchell@teamtogut.com,hmagaliff@teamtogut.com
Neil R. Sherman    on behalf of Creditor    Flagstar Bank, FSB nsherman@sspclegal.com,
 stremonti1@sspclegal.com
Neil R. Sherman    on behalf of Interested Party    CitiMortgage, Inc. nsherman@sspclegal.com,
 stremonti1@sspclegal.com
Neil R. Sherman    on behalf of Interested Party    Schneiderman and Sherman, P.C.
 nsherman@sspclegal.com, stremonti1@sspclegal.com
Neil R. Sherman    on behalf of Interested Party    Kondaur Capital Corporation
 nsherman@sspclegal.com, stremonti1@sspclegal.com
Niraj R. Ganatra    on behalf of Attorney    UAW - Solidarity House Nganatra@uaw.net
Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
 Paige.Barr@kattenlaw.com
Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
 mkisell@plunkettcooney.com
Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
 pmears@btlaw.com
Patrick W. Carothers    on behalf of Defendant    Carmeuse Lime Inc pcarothers@leechtishman.com,
 bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
Paul H. Saint-Antoine    on behalf of Defendant    Wilmington Trust, N.A.
 Paul.Saint-Antoine@dbr.com,  Todd.Hutchison@dbr.com;James.Williamson@dbr.com
Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
 phage@jaffelaw.com, jtrayick@jaffelaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Paul R. Hage on behalf of Defendant Inland Waters Pollution Control Inc. phage@jaffelaw.com, jtravick@jaffelaw.com
- Paul R. Hage on behalf of Plaintiff National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com
- Paul R. Hage on behalf of Defendant Election Systems & Software phage@jaffelaw.com, jtravick@jaffelaw.com
- Paula A. Hall on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Paula A. Hall on behalf of Interested Party Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Paula A. Hall on behalf of Retiree Committee Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Peter D. Dechiara on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
- Peter Paul Sudnick on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com, psudnick13@gmail.com
- Ralph A. Taylor on behalf of Plaintiff Ambac Assurance Corporation ralph.taylor@arentfox.com
- Randall A. Pentiuk on behalf of Interested Party Lasalle Town Houses Cooperative Association RPentiuk@PCK-Law.Com, mgmtadm@pck-law.com
- Randall A. Pentiuk on behalf of Interested Party Joliet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, mgmtadm@pck-law.com
- Randall A. Pentiuk on behalf of Interested Party Lafayette Town Houses, Inc. RPentiuk@PCK-Law.Com, mgmtadm@pck-law.com
- Randall A. Pentiuk on behalf of Creditor St. Martins Cooperative RPentiuk@PCK-Law.Com, mgmtadm@pck-law.com
- Randall A. Pentiuk on behalf of Interested Party St. James Cooperative RPentiuk@PCK-Law.Com, mgmtadm@pck-law.com
- Randall A. Pentiuk on behalf of Interested Party Nicolet Town Houses Cooperative Association RPentiuk@PCK-Law.Com, mgmtadm@pck-law.com
- Randolph T. Barker on behalf of Defendant T & T Builders rbarker@berrymoorman.com, gayle@berrymoorman.com
- Randolph T. Barker on behalf of Defendant Re-Construction, Inc. rbarker@berrymoorman.com, gayle@berrymoorman.com
- Raymond Guzall, III on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
- Raymond Guzall, III on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
- Richard A. Roble (UST) on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
- Richard G. Mack, Jr. on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Coalition of Detroit Unions richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com, konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;tsmith@ecf.courtdrive.com;male
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit, Water and Sewerage Department ecf@kaalaw.com, konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;tsmith@ecf.courtdrive.com;male
- Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
- Robert Fetter on behalf of Interested Party Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Interested Party Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert A. Weisberg on behalf of Defendant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert A. Weisberg on behalf of Counter-Claimant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert A. Weisberg on behalf of Creditor Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert D. Gordon on behalf of Creditor Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Robert D. Gordon   on behalf of Creditor   General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

      Robert J. Diehl, Jr.   on behalf of Interested Party   U.S. Bank N.A. rdiehl@bodmanlaw.com

      Robert J. Figa   on behalf of Defendant   D A Central Inc RFiga@Comlawone.com

      Robert J. Figa   on behalf of Defendant   Vancon Inc RFiga@Comlawone.com

      Robert M. Sosin   on behalf of Defendant   Universal System Technologies Inc robert@asnlaw.com

      Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

      Robert N. Bassel   on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com

      Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

      Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com

      Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com

      Robert S. Hertzberg   on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Interested Party   Pepper Hamilton LLP hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Roger Q. Hyde   on behalf of Defendant   Able Demolition Inc. rogerqhyde@sbcglobal.net

      Ronald A. Spinner   on behalf of Defendant   City of Detroit, Michigan spinner@millercanfield.com

      Ronald A. Spinner   on behalf of Debtor In Possession   City of Detroit, Michigan spinner@millercanfield.com

      Rozanne M. Giunta   on behalf of Interested Party   State of Michigan, Department of Attorney General rmgiunta@lambertleser.com, amckeoun@lambertleser.com

      Rozanne M. Giunta   on behalf of Interested Party   State of Michigan rmgiunta@lambertleser.com, amckeoun@lambertleser.com

      Ryan Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

      Ryan Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

      Ryan Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

      Ryan Plecha   on behalf of Interested Party   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

      Ryan Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

      Ryan Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

      Ryan Plecha   on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

      Ryan Plecha   on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com

      Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com

      Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com

      Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com

      Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com

      Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd. ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com

      Salvatore A. Barbatano   on behalf of Defendant   Federal Signal Corporation salbarbatano@gmail.com, SABarbatano@wwrplaw.com;slnelem@wwrplaw.com;AMMcGowan@WWRPLaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Salvatore A. Barbatano   on behalf of Defendant   Giorgi Concrete LLC salbarbatano@gmail.com, SABarbatano@wwrplaw.com;slnelem@wwrplaw.com;AMMcGowan@WWRPLaw.com

        Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com

        Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company soconnor@glmpc.com

        Sara Rajan   on behalf of Defendant   Camden Insurance Agency Inc srajan@starkreagan.com

        Scott A. Wolfson   on behalf of Defendant   Detroit Advanced Technology Application Network swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

        Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com

        Scott Eric Ratner   on behalf of Debtor In Possession   City of Detroit, Michigan dperson@teamtogut.com

        Scott Eric Ratner   on behalf of Defendant   Detroit Thermal, LLC dperson@teamtogut.com

        Scott Eric Ratner   on behalf of Plaintiff   City of Detroit, Michigan dperson@teamtogut.com

        Scott M. Watson   on behalf of Creditor   UBS AG swatson@wnj.com

        Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov

        Shanna Marie Kaminski   on behalf of Interested Party   City of Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com

        Shanna Marie Kaminski   on behalf of Defendant   Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com

        Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Interested Party   General Retirement System of the City of Detroit sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Interested Party   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Defendant   Eastern Oil Co sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Defendant   Dell Computer Corporation sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Defendant   J Ranck Electric Inc sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Defendant   Camp Dresser & McKee sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Defendant   CDM Michigan Inc sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Defendant   Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com

        Shannon L. Deeby   on behalf of Defendant   David Wm Ruskin sdeeby@clarkhill.com

        Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO slevine@lowenstein.com

        Sharon L. Levine   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO slevine@lowenstein.com

        Sharon L. Levine   on behalf of Creditor   Michigan Council 25 Of The American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees slevine@lowenstein.com

        Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net

        Sheryl L. Toby   on behalf of Interested Party   Barclays Capital, Inc. stoby@dykema.com, dguerrero@dykema.com

        Sheryl L. Toby   on behalf of Creditor   Downtown Development Authority stoby@dykema.com, dguerrero@dykema.com

        Stanley L. de Jongh   on behalf of Interested Party   City of Detroit Law Department jongsl@detroitmi.gov

        Stanley L. de Jongh   on behalf of Debtor In Possession   City of Detroit, Michigan jongsl@detroitmi.gov

        Stephen Wolpert   on behalf of Creditor   Macomb County stephen.wolpert@dechert.com

        Stephen J. Pokoj   on behalf of Defendant   Applied Science Inc spokoj@fildewhinks.com

        Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

        Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com

        Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

        Stephen S. LaPlante   on behalf of Plaintiff   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

        Stephen S. LaPlante   on behalf of Defendant   Detroit City Council laplante@millercanfield.com, skoczylas@millercanfield.com

        Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

        Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov

        Steven G. Howell   on behalf of Interested Party   State of Michigan showell@dickinsonwright.com

        Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney General showell@dickinsonwright.com

        Stuart A. Gold   on behalf of Defendant   Binkelman Corp. sgold@glmpc.com

        Stuart A. Gold   on behalf of Defendant   Federal Pipe & Supply Inc sgold@glmpc.com

        Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com

        Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
 susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
 mosullivan@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
Tamar Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
 tdolcourt@foley.com
Thomas B. Radom    on behalf of Defendant    Wolverine Oil & Supply Co., Inc Radom@butzel.com
Thomas B. Radom    on behalf of Defendant    DeMaria Building Company Radom@butzel.com
Thomas B. Radom    on behalf of Defendant    Detroit Contracting Inc LLC Radom@butzel.com
Thomas B. Radom    on behalf of Defendant    DCI Wolverine JV Radom@butzel.com
Thomas B. Radom    on behalf of Defendant    Computech Corporation Radom@butzel.com
Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
 tchristy@garanlucow.com
Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
 morris@silvermanmorris.com, kjordan@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party Donald Taylor morris@silvermanmorris.com,
 kjordan@silvermanmorris.com
Thomas R. Morris    on behalf of Creditor Donald Taylor morris@silvermanmorris.com,
 kjordan@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association morris@silvermanmorris.com, kjordan@silvermanmorris.com
Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 morris@silvermanmorris.com, kjordan@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
 kjordan@silvermanmorris.com
Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
 morris@silvermanmorris.com, kjordan@silvermanmorris.com
Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
 kjordan@silvermanmorris.com
Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
 fusco@millercanfield.com
Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
 tgraves@allardfishpc.com, allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
 tgraves@allardfishpc.com, allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
 tgraves@allardfishpc.com, allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP
 tgraves@allardfishpc.com, allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Monarch Alternative Capital LP
 tgraves@allardfishpc.com, allardfishpc@yahoo.com
Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
 allardfishpc@yahoo.com
Todd W. Grant    on behalf of Defendant    Waterworks Systems & Equipment tgrant@cqlawfirm.com,
 pcavanaugh@cqlawfirm.com
Todd W. Grant    on behalf of Defendant    E L Bailey & Co Inc tgrant@cqlawfirm.com,
 pcavanaugh@cqlawfirm.com
Todd W. Grant    on behalf of Defendant    North-West Trading Co tgrant@cqlawfirm.com,
 pcavanaugh@cqlawfirm.com
Todd W. Grant    on behalf of Defendant    Clarks Construction tgrant@cqlawfirm.com,
 pcavanaugh@cqlawfirm.com
Todd W. Grant    on behalf of Defendant    Blue Star Inc tgrant@cqlawfirm.com,
 pcavanaugh@cqlawfirm.com
Todd W. Grant    on behalf of Defendant    KEO and Associates Inc. tgrant@cqlawfirm.com,
 pcavanaugh@cqlawfirm.com
Tracy M. Clark    on behalf of Defendant    A & M Trucking Inc clark@steinbergshapiro.com
Tracy M. Clark    on behalf of Creditor    A&M Trucking, Inc. clark@steinbergshapiro.com
Trent B. Collier    on behalf of Defendant    Cover Your Assets LLC Trent.Collier@ceflawyers.com,
 beverly.sutherlin@ceflawyers.com
Trevor J. Zamborsky    on behalf of Creditor Samiya Speed tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Orlando Marion tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Teran Brown tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Anthony Harmon tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
Trevor J. Zamborsky    on behalf of Creditor Micholas Martin tzamborsky@romanolawpllc.com,
 trevor.zamborsky@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Trevor J. Zamborsky    on behalf of Creditor Kevin   Mcdonald tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Kevin   McGillivary tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Ezekiel   Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Wendy   Jefferson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Doug   Taylor tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Donald   Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Interested Party    1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Jeffrey   Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Theresa   Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Eric  Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Rodney   Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Angela   Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Yvette   Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Clementine   Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Michael   McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Jay   Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Laverne   Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Eddie   Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Otis   Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor John   Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Gary   Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Marily   Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Phyllis   Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Jeffrey   Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Donna   Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Robert   Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Jeremiah   Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Jennifer   Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Mario   Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Jermaine   Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Taesean   Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Tarita   Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Brandon   Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Gregory   Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Robert   Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Terry   Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
      Trevor J. Zamborsky    on behalf of Creditor Henry   Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Trevor J. Zamborsky   on behalf of Creditor Woodrow Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Daniel Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Antonio Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Carolyn Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Ray Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Landon Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Raymond Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Winter Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Lucy Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Darnell Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Darchella Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Shumithia Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Clenette Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Bradley Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor David Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Hondra Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Floyd Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Kevin Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Taralyn Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Raymond Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Brandon Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Brady Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Victoria Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jamie Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Joseph Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Bernard White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor James Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Curtis Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Jerry Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Quentin King tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Daniel Soto tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Leinathian Jelks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Rhonda Craig tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Velma Denson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Sharon Pettway tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Trevor J. Zamborsky   on behalf of Creditor Shelton Bell, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
    Vanessa G. Fluker   on behalf of Interested Party Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
    Wallace M. Handler   on behalf of Defendant Tetra Tech Mps whandler@swappc.com, kgleeson@swappc.com, ckrause@swappc.com
    Wendy Turner Lewis   on behalf of Defendant Pyratech Security Systems Inc wtlewis@ameritech.net
    William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              William H. Goodman     on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
              William H. Goodman     on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
              William H. Goodman     on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
              William H. Goodman     on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
              William H. Goodman     on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
              William J. Barrett     on behalf of Defendant   Genuine Parts Company william.barrett@bfkn.com
              William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
               Authority wlistman@davislistman.com
              William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
              William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
              William W. Kannel    on behalf of Creditor    Fidelity Management & Research Company
               wkannel@mintz.com
              Winnifred P. Boylan    on behalf of Interested Party    State of Michigan wpboylan@lambertleser.com,
               amckeoun@lambertleser.com
              Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Defendant    Toter Incorporated yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Defendant    Capp, Inc. yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
               yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Defendant    Kessler International yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Defendant    Capp USA yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
              Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
               yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 727
```