UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR DATE ORDER AGAINST RODRICK SINER**

This case came before the Court for a hearing on June 15, 2016, on the motion entitled "City of Detroit's Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction and Bar Date Order Against Rodrick Siner" (Docket # 11159, the "Motion"). For the reasons stated by the Court on the record during the hearing,

**IT IS ORDERED THAT:**

1. The Motion is granted.

2. No later than June 29, 2016, Rodrick Siner must dismiss, or cause to be dismissed, with prejudice his claims against the City of Detroit and the John Doe officers in their official capacity in Case No. 2:15-cv-13532 filed with the United States District Court for the Eastern District of Michigan and captioned *Rodrick Siner v. City of Detroit and John Doe* ("District Court Lawsuit").

3. Rodrick Siner is permanently barred, estopped and enjoined from asserting any claims described in the District Court Lawsuit, or the alleged conduct forming the basis of the District Court Lawsuit, against the City of Detroit or property of the City of Detroit, in the District Court Lawsuit or in any other action or proceeding.

4. The Court will retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on June 16, 2016**

                                                           /s/ Thomas J. Tucker
                                                         Thomas J. Tucker
                                                         United States Bankruptcy Judge