UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit, Michigan

CASE NO: 13-53846
CHAPTER: 9

Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on June 7th 2016 (date of mailing), I served copies as follows:

1. Document(s) served:

   Claimnants response to Debtor's Forty-FOURTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

2. Served upon [name and address of each person served]:

   Atty Marc N Swanson
   150 W. Jefferson, Suite 2500
   Detroit, MI 48226

3. By First Class Mail.

Dated: 6-15-16

(Signature) Henry Wolfe II

Print Name: Henry Wolfe II

FILED (I) 2016 JUN 17 A 10: 23 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT