# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 17, 2016 he caused copies of (1) Order Granting City of Detroit's Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction and the Bar Date Order Against Rodrick Siner [Doc. No. 11296] and (2) Order Denying Rodrick Siner's June 13, 2016 Motion to Reschedule Hearing [Doc. No. 11290] to be served upon Roderick Siner, as listed below via first class mail:

Rodrick Siner
Prisoner No. 215956
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

DATED: June 20, 2016

                                  By: /s/ Marc N. Swanson
                                        Marc N. Swanson
                                        150 West Jefferson, Suite 2500
                                        Detroit, Michigan 48226
                                        Telephone: (313) 496-7591
                                        Facsimile: (313) 496-8451
                                        swansonm@millercanfield.com