"CORRECTED"

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In Re:  |  Bankruptcy Case No. 13-53846
City of Detroit, Michigan,  |  Honorable Thomas J. Tucker
　　　Debtor.  |  Chapter 9

## MOTION TO RESCHEDULE HEARING

COMES NOW, Rodrick Siner, pro-se, ask that this Honorable Court reschedule the hearing set for June 14, 2016, and states as follows:

Mr. Siner is incarcerated in Limestone Correctional Facility under the alias of "Robert Whitman 215956", and is not schedule to be released until April 2017.

Mr. Siner has been incarcerated since April 3, 2013. Mr. Siner, was first incarcerated in Michigan on April 3, 2013. Then extradited to Alabama for a parole revocation hearing.

In which Mr. Siner's parole was revoked, due to allegations that is the subject of Mr. Siner's lawsuit.

Mr. Siner, contends due to him being incarcerated, he never received notice of the General Bar Date. Incarcerated inmates are not provided the Detroit News, Detroit Free Press, USA Today and the Wall Street Journal.

Mr. Siner, respectfully request that this Honorable Court reschedule the hearing in this matter, until a later date that will allow him to be present and present argument in his behalf, or in the alternative appoint counsel to represent Mr. Siner.

## CONCLUSION

Mr. Siner, request that this Honorable reschedule the June 14, 2016 hearing, or appoint him counsel

Respectfully submitted,

"Corrected"

*Rodrick Siner* (signature)
Rodrick Siner 215956
28779 Nick Davis Rd
Harvest, AL 35749

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2016, I mailed a foregoing copy of this Motion to Veronica Ibrahim by U.S. Mail to the address of 2 Woodard Avenue, Suite 500, Detroit, MI 48226.

*Rodrick Siner* (signature)
Rodrick Siner 215956
28779 Nick Davis Rd
Harvest, AL 35749

"CORRECTED"

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

[PROPOSED] ORDER DISMISS OR DENY THE CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND (II) REQUIRING RODRICK SINER TO DISMISS WITH PREJUDICE HIS DISTRICT COURT LAWSUIT

This matter, having come before the Court on the City of Detroit's Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring Rodrick Siner to Dismiss with Prejudice His District Court Lawsuit, the Court being fully advised in the premises, and there being good cause to grant the relief Rodrick Siner requests.

THE COURT ORDERS THAT:

1. The City of Detroit's Motion be denied or dismissed

2. That Rodrick Siner be allowed to continue his lawsuit against the City of Detroit and the John Does officers in their official capacity in Case No. 2:15-cv-13532 filed with the United States District Court for the Eastern District of Michigan

Dated: June 17, 2016

*Rodrick Siner*
Rodrick Siner 215956
28779 Nick Davis Rd
Harvest, AL 35749

"CORRECTED"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

NOTICE TO THE RESPONDENTS OF RODRICK SINER'S RESPONSE TO THE CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND (II) REQUIRING RODRICK SINER TO DISMISS WITH PREJUDICE HIS DISTRICT COURT LAWSUIT

Rodrick Siner, has filed his response to the City of Detroit's Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction and Bar Date Order.

1. A written response or an answer,

explaining your position, shall be filed with the Court at:

    United States Bankruptcy Court
    211 W. Fort St, Suite 1900
    Detroit, Michigan 48226

You must also mail a copy to:
    Rodrick Siner 215956
    28779 Nick Davis Rd
    Harvest, AL 35749

*Rodrick Siner*
Rodrick Siner 215956
28779 Nick Davis Rd
Dated: June 17, 2016    Harvest, AL 35749