# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Honorable Thomas J. Tucker<br><br>Chapter 9 |

## STIPULATION FOR ORDER APPOINTING FACILITATOR

The parties, by their attorneys, stipulate to the entry of the Order attached as Exhibit 1.

/s/ Richard G. Mack
Richard G. Mack, Jr.
MILLER COHEN PLC
600 West Lafayette Boulevard
4th Floor
Detroit, MI 48226
Telephone: (313) 566-4787
Facsimile: (313) 964-4490
richardmack@millercohen.com


ATTORNEYS FOR AFSCME

/s/ Charles N. Raimi
Charles N. Raimi (P29746)
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
Phone: (313) 237-0470
Raimi@detroitmi.gov

/s/ Marc N. Swanson
Marc N. Swanson (P71149)
MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
swansonm@millercanfield.com

ATTORNEYS FOR THE CITY

DATED: June 23, 2016

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## ORDER APPOINTING FACILITATOR

The City of Detroit filed a motion for appointment of a facilitator. Now, therefore, upon stipulation of the parties, it is ordered as follows:

1. The Court hereby appoints E. R. Scales or other facilitator as mutually agreed to by the parties as facilitator to assist the parties in creating the VEBA contemplated by section 39.A of the collective bargaining agreement between the City of Detroit and AFSCME.

2. The parties shall not begin to utilize Mr. Scales' services until, at the earliest, August 5, 2016. During the period after entry of this Order until August 5, the parties agree to use their best efforts to create the VEBA without assistance of Mr. Scales. The parties agree to meet in person at least weekly for that purpose.

3. If Mr. Scales' services are required, the City and AFSCME shall share such costs equally.