UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER APPOINTING FACILITATOR**

The City of Detroit filed a motion for appointment of a facilitator (Docket # 11198, the "Motion"). Michigan AFSCME Council 25 ("AFSCME") filed a response to the Motion. The Court held a hearing on the Motion on June 22, 2016. As stated by counsel for the parties on the record during the hearing, and as further confirmed by the stipulation filed on June 23, 2016 (Docket # 11308), the parties have agreed on entry of an order providing in substance the following relief.

IT IS ORDERED that:

1. The Motion is granted to the extent of the relief provided by this Order.

2. The Court appoints E. R. Scales, or another facilitator as mutually agreed to by the parties, as facilitator to assist the parties in creating the VEBA contemplated by section 39.A of the collective bargaining agreement between the City of Detroit and AFSCME.

2. The parties will not begin to utilize Mr. Scales's services until, at the earliest, August 5, 2016. During the period after entry of this Order and until August 5, 2016, the parties have agreed to, and will, use their best efforts to create the VEBA without assistance of Mr. Scales, and meet in person at least weekly for that purpose.

3. If Mr. Scales's services are required, the City and AFSCME will share the expense of same equally.

.

**Signed on June 23, 2016**

                                          /s/ Thomas J. Tucker
                                          Thomas J. Tucker
                                          United States Bankruptcy Judge