Dinah Lynn Bolton - #2373
20230 Fenelon Street
Detroit, MI 48234
313-893-3148
dinahtyus@sbcglobal.net

FILED

2016 JUN 24 A 10: 55

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street
Suite 2100
Detroit, MI 48226

June 22, 2016

RE: Additional information for Request / Motion for Re-Consideration of the Order to Strike the Response Filed by Creditor Dinah Lynn Bolton to the Debtor's Forty-Fourth Omnibus Objection to Certain Claims - #2373 – Case No. 13-53846. (related document(s) [11231, 11230, 11255,11283, 11287, and 11288] )

Dear United States Bankruptcy Court :

I would like to Request / Motion for Re-Consideration of the Order to Strike the Response Filed by Creditor Dinah Lynn Bolton to the Debtor's Forty-Fourth Omnibus Objection to Certain Claims - #2373 – Case No. 13-53846. (related document(s) [11231, 11230, 11255, 11283, 11287 and 11288] )

I would like to ask for the mercy of the Court for re-consideration of its Order and for the Court to rescind its decision to strike and allow this Claim to continue to proceed.

I would like to declare that as stated in my claim for the amount of **$49,793.19** the following is true:

*The Creditor* has discovered that motions to the Court as well as additional information has not been provided to various Creditor(s) Claimants in this case to their detriment.

The Court document entitled " City of Detroit's Ex Parte Motion for an Order Adjourning Hearing on Certain Responses filed to the City's Forty-Fourth and Forty-Fifty Omnibus Objections to Claims" was not provided to various Claimants/ Creditors involved in the case.

Attention to this document was brought to Creditor(s) attention by another Creditor on June 21, 2016 after the noticing requirements had expired.

Creditor only received Exhibit 1 "order Granting City of Detroit's Ex Parte Motion for an Order Adjourning Hearing of Certain Responses Filed to Omnibus Objections to Claims" and Electronic Notices of Court events. However Court documents were not provided.

Mailings to the Creditor were mislabeled, which may have caused the Creditor(s) not be receive vital information pertaining to the Creditor(s) case. (See Attachment with incorrect name on mailing address)

No harm would result to the Debtor by the Court's re-consideration because the Hearing was adjourned until August 31, 2016 and the Debtor has amble time to argue its case.

Based on these arguments, the Creditor should have opportunity to have its claim heard.

For these reasons the Creditor requests that this Honorable Court Re-consider its ruling and reverse its decision to strike the Creditor from the class action group.

For these reasons, the City of Detroit should not be allowed to disallow and / or expunge my claim.

I would like to request that I be excused from attendance to the hearing to be held on August 31, 2016, due to work assignments at the City of Detroit particularly during this time of transition in my Department.

Wherefore, for these proofs, the Creditor honorably requests that the Court re-consider its Order to Strike the Claim, and Pleading from the record, and re-instate it to the class action suit. (related document(s) [11230, 11231, 11255, 11283, 11287 and 11288] )

Sincerely,

*Dinah L. Bolton*

Dinah L. Bolton


cc: Marc N. Swanson, Miller, Canfield, Paddock and Stone, PLC

PS|Ship - FedEx Label   Page 1 of 2



ORIGIN ID:DTWA (313) 963-6420
ROBIN WYSOCKI
MILLER CANFIELD PADDOCK AND STONE
150 WEST JEFFERSON
SUITE 2500
DETROIT, MI 48226
UNITED STATES US

SHIP DATE: 10JUN16
ACTWGT: 0.50 LB
CAD: 103977321/WSXI2750

BILL SENDER

TO DIANE L. BOLTON

20230 FENLON STREET

DETROIT MI 48234
(313) 496-7631       REF 022765 00213-3230
INV
PO                              DEPT



MON - 13 JUN 10:30A
PRIORITY OVERNIGHT

TRK# 7833 2674 1231
0201                                        RES

                                    48234
66 UIZA                      MI-US  DTW



R1 58   3 10:30   A
S1 14            1231
                 06.13

Extremely Urgent

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN
RE:

Case No: 13-53846

Chapter: 9

City of Detroit, Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on the **June 22, 2016**, (date of mailing), I served copies as follows: (By Mail, by Email and Fax)

1. Document(s) served:

   Additional Information for Request / Motion for Re-Consideration of the Order to Strike the Response Filed by Creditor Dinah Lynn Bolton to the Debtor's Forty-Fourth Omnibus Objection to Certain Claims - #2373 – Case No. 13-53846. (related document(s) [11231, 11230, 11255, 11283, 11287, and 11288])

2. Served upon [name and address of each person served]:

   Marc N. Swanson, Miller, Canfield, Paddock and Stone, PLC
   150 West Jefferson, Suite 2500, Detroit, MI 48226

3. By First Class Mail.

Dated: 6/22/16

(Signature)

Print Name: Dinah L. Bolton