THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

|  |  |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br>                Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Thomas J. Tucker |
| CITY OF DETROIT, MICHIGAN,<br><br>                Plaintiff,<br><br>— against —<br><br>CW PROFESSIONAL SERVICES LLC and COMPUWARE CORPORATION,<br><br>                Defendants. | Adv. Pro. No. 15-05167 (TJT) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2016 an ***Offer of Judgment by Defendant Compuware Corporation*** was served by e-mail and First Class Mail on Scott Rattner and Jessica Berman, Counsel for Plaintiff.

Respectfully Submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

*Attorneys for Defendants*
*CW Professional Services, LLC and*
*Compuware Corporation*

By: /s/ Judy B. Calton
    Judy B. Calton (P38733)
660 Woodward Avenue
Suite 2290
(313) 886-4550
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com

Dated: June 24, 2016