THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| CITY OF DETROIT, MICHIGAN, | Adv. Pro. No. 15-05167 (TJT) |
| Plaintiff, | |
| — against — | |
| CW PROFESSIONAL SERVICES LLC and COMPUWARE CORPORATION, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2016 an *Offer of Judgment by Defendant CW Professional Services LLC* was served by e-mail and First Class Mail on Scott Rattner and Jessica Berman, Counsel for Plaintiff.

Respectfully Submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

*Attorneys for Defendants*
*CW Professional Services, LLC and*
*Compuware Corporation*

By: /s/ Judy B. Calton
     Judy B. Calton (P38733)
660 Woodward Avenue
Suite 2290
(313) 886-4550
Detroit, MI 48226
(313) 465-7344
jcalton@honigman.com

Dated: June 24, 2016