LAW OFFICES
ROMANO LAW, PLLC
23880 Woodward Avenue • Pleasant Ridge, Michigan 48069 • (248) 750-0270

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2016 JUN 24 P 5:08
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re:

City of Detroit, Michigan,

    Debtor.

_____/

Bankruptcy Case No. 13-53846
Honorable Thomas J. Tucker
Chapter 9

## DISTRICT COURT BANKRUPTCY MATTER CIVIL CASE COVER SHEET

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| X | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| ___ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ___ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ___ | [423] 28 U.S.C. 157(c)(1) | Proposed Findings of Fact and Conclusions of Law |
| ___ | [423] 28 U.S.C. 158 (c)(a) | Order of Contempt |

Date: 6/24/16

Name: Stanley Okoli
For Michael McKay

**Name and Address of Interested Parties**

- City of Detroit Law Department- 2 Woodward Ave., Suite 500, Detroit, Michigan 48226
- Miller, Canfield, Paddock and Stone- 150 West Jefferson, Suite 2500, Detroit, Michigan 48226
- Romano Law for Michal McKay- 23880 Woodward Avenue, Pleasant Ridge, Michigan 48069