UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit, Michigan  
                Debtor(s).  
_____/  
Michael McKay  

Case No. 13-53846  
Chapter 9  
Hon. Thomas J. Tucker  

v.

City of Detroit, Michigan

                Appellee.  
_____/

## NOTICE OF TRANSMITTAL OF NOTICE OF APPEAL

    I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Notice of Appeal/Motion to Withdraw the Reference.

- ☒ Notice of Appeal
- ☒ Bankruptcy Matter Civil Cover Sheet
- ☒ Order on Appeal
- ☐ Notice of Deficiency
- ☐ Motion for Leave to Appeal
- ☐ Motion to Withdraw the Reference
- ☐ Other: Click here to enter text.

**NOTE:**

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 13-13781 and assigned to District Judge Bernard A. Friedman

☐ This is a new matter and not previously assigned to a District Court Judge.

☐ The Appellant has not paid the filing fee.
.

Dated: 06/27/2016                      Clerk, United States Bankruptcy Court

                                        By:  /s/ LaShonda Moss  
                                                Deputy Clerk