# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.

_____/

Bankruptcy Case No. 13-53846
Honorable Thomas J. Tucker
Chapter 9

## NOTICE OF APPEAL

Notice is hereby given that Michael McKay, Plaintiff/Claimant in the above named case hereby appeals to the United States District Court for the Eastern District of Michigan from the United Stated Bankruptcy Court for the Eastern District of Michigan in the Southern Division's Order Denying "Claimant Michael McKay's Motion To Enforce Agreement Regarding Claim of Michael McKay" entered in this action on June 16, 2016.

ROMANO LAW, PLLC

/s/ Stanley Okoli
By: Stanley Okoli (P73722)
Eric Stempien (P58703)
Attorney for Plaintiff

Dated: June 24, 2016

LAW OFFICES
ROMANO LAW, PLLC
23880 Woodward Avenue • Pleasant Ridge, Michigan 48069 • (248) 750-0270

FILED (I)
2016 JUN 24 P 5:08
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

        Debtor.
_____/

Case No. 13-53846

Chapter 9

Judge Thomas J. Tucker

### ORDER DENYING "CLAIMANT MICHAEL McKAY'S MOTION TO ENFORCE AGREEMENT REGARDING CLAIM OF MICHAEL McKAY"

This case came before the Court for a hearing on June 15, 2016, on the motion filed by Michael McKay entitled "Claimant Michael McKay's Motion to Enforcement Agreement Resolving Claim of Michael McKay," (Docket # 11157, the "Motion"). For the reasons stated by the Court on the record during the hearing,

IT IS ORDERED that the Motion is denied.

**Signed on June 16, 2016**

                                                      /s/ Thomas J. Tucker
                                                    Thomas J. Tucker
                                                    United States Bankruptcy Judge

Official Form 417A (12/15)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **Michael McKay**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ■ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

   *FILED (I) 2016 JUN 24 A 9:34 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT*

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: **Order Denying "Claimant Michael McKay's Motion to Enforce Agreement Regarding Claim of Michael McKay"**

2. State the date on which the judgment, order, or decree was entered: **June 16, 2016**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **City of Detroit** Attorney: **Marc N. Swanson (P.71149)**
   **Charles N. Raimi (P.19746)**
   **James Noseda (P.52563)**
   **Jerry L. Ashford (P.47402)**

2. Party: **Michael McKay** Attorney: **Eric Stempien (P.58703)**
   **Daniel Romano (P.49117)**

Official Form 417A    Notice of Appeal and Statement of Election    page 1

13-53846-tjt  Doc 11324-1  Filed 06/24/16  Entered 06/27/16 09:37:02  Page 3 of 4

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

- ☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_Stanley Okoli_
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 6/24/16

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Eric Stempien (P.58703)

Romano Law PLLC
23880 Woodward Ave
Pleasant Ridge, Michigan 48069
(248) 750-0270

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.