# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 27, 2016, he caused a copy of the Amended Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims [Doc. No. 11316] on Dinah Lynn Bolton as listed below via first class mail:

Dinah Lynn Bolton
20230 Fenelon Street
Detroit, MI 48234

DATED: June 27, 2016

                                   By: /s/ Marc N. Swanson
                                         Marc N. Swanson
                                         150 West Jefferson, Suite 2500
                                         Detroit, Michigan 48226
                                         Telephone: (313) 496-7591
                                         Facsimile: (313) 496-8451
                                         swansonm@millercanfield.com