UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
| Debtor. | ) | Judge Thomas J. Tucker |
|  | ) |  |
|  | ) |  |

**ORDER MODIFYING THIS COURT'S APRIL 29, 2016 ORDER
(DOCKET NUMBER 11133)**

This case is before the Court on the stipulation filed on June 27, 2016 entitled "Stipulation for the Entry of an Order Modifying this Court's April 29, 2016 Order (Docket Number 11133)" (Docket # 11320, the "Stipulation"). Based on the Stipulation,

IT IS ORDERED THAT the Court's April 29, 2016 Order entitled "Order Modifying This Court's January 29, 2016 Order (Doc. No. 11133)" (the "Order") is modified as follows:

1. The filing deadlines in paragraph 1.A of the Order are extended from June 28, 2016 to August 29, 2016.

2. The filing deadlines in paragraph 1.B of the Order are extended from August 29, 2016 to October 28, 2016.

3. The filing deadlines in paragraph 1.C of the Order are extended from September 27, 2016 to November 28, 2016.

4. The filing deadlines in paragraph 1.D of the Order are extended from July 11, 2016 to September 9, 2016.

.

**Signed on June 27, 2016**

                                                        /s/ Thomas J. Tucker
                                                        Thomas J. Tucker
                                                        United States Bankruptcy Judge