UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 9 |
| **CITY OF DETROIT, MICHIGAN,** | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

Please take notice that Brian T. Keck and Angie Worlen of Morgan and Meyers, PLC requests to be removed from receiving electronic notices, in the above-captioned matter at the following e-mail addresses:

>bkeck@morganmeyers.com
>aworlen@morganmeyers.com

                 Respectfully submitted,

Date: June 28, 2016        MORGAN AND MEYERS, PLC

                 By: /s/ Brian T. Keck
                     3200 Greenfield Road, Suite #260
                     Dearborn, MI 48120
                     Telephone: 313-961-0130
                     Email: bkeck@morganmeyers.com
                     P77668