UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 9 |
| **CITY OF DETROIT, MICHIGAN,** | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

Please take notice that Brian T. Keck and Angie Worlen of Morgan and Meyers, PLC requests to be removed from receiving electronic notices, in the above-captioned matter at the following e-mail addresses:

bkeck@morganmeyers.com
aworlen@morganmeyers.com

Respectfully submitted,

Date: June 28, 2016

MORGAN AND MEYERS, PLC

By: /s/ Brian T. Keck
3200 Greenfield Road, Suite #260
Dearborn, MI 48120
Telephone: 313-961-0130
Email: bkeck@morganmeyers.com
P77668

1