Dinah Lynn Bolton - #2373
20230 Fenelon Street
Detroit, MI 48234
313-893-3148
dinahtyus@sbcglobal.net

FILED

2016 JUN 21 A 11: 09

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street
Suite 2100
Detroit, MI 48226

June 22, 2016

(corrected)

RE: Additional information for Request / Motion for Re-Consideration of the Order to Strike the Response Filed by Creditor Dinah Lynn Bolton to the Debtor's Forty-Fourth Omnibus Objection to Certain Claims - #2373 – Case No. 13-53846. (related document(s) [11231, 11230, 11255, 11283, 11287, and 11288] )

Dear United States Bankruptcy Court :

I would like to Request / Motion for Re-Consideration of the Order to Strike the Response Filed by Creditor Dinah Lynn Bolton to the Debtor's Forty-Fourth Omnibus Objection to Certain Claims - #2373 – Case No. 13-53846. (related document(s) [11231, 11230, 11255, 11283, 11287 and 11288] )

I would like to ask for the mercy of the Court for re-consideration of its Order and for the Court to rescind its decision to strike and allow this Claim to continue to proceed.

I would like to declare that as stated in my claim for the amount of **$49,793.19** the following is true:

The Creditor has discovered that motions to the Court as well as additional information has not been provided to various Creditor(s) Claimants in this case to their detriment.

The Court document entitled " City of Detroit's Ex Parte Motion for an Order Adjourning Hearing on Certain Responses filed to the City's Forty-Fourth and Forty-Fifty Omnibus Objections to Claims" was not provided to various Claimants/ Creditors involved in the case.

Attention to this document was brought to Creditor(s) attention by another Creditor on June 21, 2016 after the noticing requirements had expired.

Creditor only received Exhibit 1 "order Granting City of Detroit's Ex Parte Motion for an Order Adjourning Hearing of Certain Responses Filed to Omnibus Objections to Claims" and Electronic Notices of Court events. However Court documents were not provided.

Mailings to the Creditor were mislabeled, which may have caused the Creditor(s) not be receive vital information pertaining to the Creditor(s) case. (See Attachment with incorrect name on mailing address)

No harm would result to the Debtor by the Court's re-consideration because the Hearing was adjourned until August 31, 2016 and the Debtor has amble time to argue its case.

Based on these arguments, the Creditor should have opportunity to have its claim heard.

For these reasons the Creditor requests that this Honorable Court Re-consider its ruling and reverse its decision to strike the Creditor from the class action group.

For these reasons, the City of Detroit should not be allowed to disallow and / or expunge my claim.

I would like to request that I be excused from attendance to the hearing to be held on August 31, 2016, due to work assignments at the City of Detroit particularly during this time of transition in my Department.

Wherefore, for these proofs, the Creditor honorably requests that the Court re-consider its Order to Strike the Claim, and Pleading from the record, and re-instate it to the class action suit. (related document(s) [11230, 11231, 11255, 11283, 11287 and 11288] )

Sincerely,

*[signature]*

Dinah L. Bolton


cc:   Marc N. Swanson, Miller, Canfield, Paddock and Stone, PLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

FILED 2016 JUN 27 A 11: 11

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

IN RE:

Case No: 13-53846

Chapter: 9

City of Detroit, Debtor

## CERTIFICATE OF SERVICE (Corrected)

I hereby certify that on the **June 22, 2016,** (date of mailing), I served

copies as follows: (By Mail, by Email and Fax)

1. Document(s) served:

   **Additional Information for Request / Motion for Re-Consideration of the Order to Strike the Response Filed by Creditor Dinah Lynn Bolton to the Debtor's Forty-Fourth Omnibus Objection to Certain Claims - #2373 – Case No. 13-53846. (related document(s) [11231, 11230, 11255, 11283, 11287, and 11288] )**

   2. Served upon [name and address of each person served]:

   Marc N. Swanson, Miller, Canfield, Paddock and Stone, PLC
   150 West Jefferson, Suite 2500, Detroit, MI 48226

   3. By First Class Mail.

Dated: 6/24/16

(Signature)

Print Name: Dinah L. Bolton

Dinah Lynn Bolton - #2373
20230 Fenelon Street
Detroit, MI 48234
313-893-3148
dinahtyus@sbcglobal.net

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street
Suite 2100
Detroit, MI 48226

June 22, 2016                                                  (corrected)

RE: Additional information for Request / Motion for Re-Consideration of the Order to Strike the Response Filed by Creditor Dinah Lynn Bolton to the Debtor's Forty-Fourth Omnibus Objection to Certain Claims - #2373 – Case No. 13-53846. (related document(s) [11231, 11230, 11255, 11283, 11287, and 11288] )

Dear United States Bankruptcy Court :

I would like to Request / Motion for Re-Consideration of the Order to Strike the Response Filed by Creditor Dinah Lynn Bolton to the Debtor's Forty-Fourth Omnibus Objection to Certain Claims - #2373 – Case No. 13-53846. (related document(s) [11231, 11230, 11255, 11283, 11287 and 11288] )

I would like to ask for the mercy of the Court for re-consideration of its Order and for the Court to rescind its decision to strike and allow this Claim to continue to proceed.

I would like to declare that as stated in my claim for the amount of **$49,793.19** the following is true:

The Creditor has discovered that motions to the Court as well as additional information has not been provided to various Creditor(s) Claimants in this case to their detriment.

The Court document entitled " City of Detroit's Ex Parte Motion for an Order Adjourning Hearing on Certain Responses filed to the City's Forty-Fourth and Forty-Fifty Omnibus Objections to Claims" was not provided to various Claimants/ Creditors involved in the case.

Attention to this document was brought to Creditor(s) attention by another Creditor on June 21, 2016 after the noticing requirements had expired.

Creditor only received Exhibit 1 "order Granting City of Detroit's Ex Parte Motion for an Order Adjourning Hearing of Certain Responses Filed to Omnibus Objections to Claims" and Electronic Notices of Court events. However Court documents were not provided.

Mailings to the Creditor were mislabeled, which may have caused the Creditor(s) not be receive vital information pertaining to the Creditor(s) case. (See Attachment with incorrect name on mailing address)

No harm would result to the Debtor by the Court's re-consideration because the Hearing was adjourned until August 31, 2016 and the Debtor has amble time to argue its case.

Based on these arguments, the Creditor should have opportunity to have its claim heard.

For these reasons the Creditor requests that this Honorable Court Re-consider its ruling and reverse its decision to strike the Creditor from the class action group.

For these reasons, the City of Detroit should not be allowed to disallow and / or expunge my claim.

I would like to request that I be excused from attendance to the hearing to be held on August 31, 2016, due to work assignments at the City of Detroit particularly during this time of transition in my Department.

Wherefore, for these proofs, the Creditor honorably requests that the Court re-consider its Order to Strike the Claim, and Pleading from the record, and re-instate it to the class action suit. (related document(s) [11230, 11231, 11255, 11283, 11287 and 11288] )

Sincerely,

*Dinah L. Bolton* (signature)

Dinah L. Bolton


cc: Marc N. Swanson, Miller, Canfield, Paddock and Stone, PLC



ORIGIN ID:DTWA (313) 963-6420
ROBIN WYSOCKI
MILLER CANFIELD PADDOCK AND STONE
150 WEST JEFFERSON
SUITE 2500
DETROIT, MI 48226
UNITED STATES US

SHIP DATE: 10JUN16
ACTWGT: 0.50 LB
CAD: 103977321/WSXI2750

BILL SENDER

TO DIANE L. BOLTON

20230 FENLON STREET

DETROIT MI 48234
(313) 498-7831         REF: 022755 00213-3200
PO                     DEPT



MON - 13 JUN 10:30A
PRIORITY OVERNIGHT

TRK# 7833 2674 1231
[0201]

RES
48234
MI-US DTW

**66 UIZA**



MI 58
SI 14

3
10:30  A
       1231
       06.13

Extremely Urgent

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN
RE:

Case No: 13-53846

Chapter: 9

City of Detroit, Debtor

## CERTIFICATE OF SERVICE (Corrected)

I hereby certify that on the **June 22, 2016**, (date of mailing), I served

copies as follows: (By Mail, by Email and Fax)

1. Document(s) served:

    Additional Information for Request / Motion for Re-Consideration of the Order to Strike the Response Filed by Creditor Dinah Lynn Bolton to the Debtor's Forty-Fourth Omnibus Objection to Certain Claims - #2373 – Case No. 13-53846. (related document(s) [11231, 11230, 11255, 11283, 11287, and 11288] )

2. Served upon [name and address of each person served]:

    Marc N. Swanson, Miller, Canfield, Paddock and Stone, PLC
    150 West Jefferson, Suite 2500, Detroit, MI 48226

3. By First Class Mail.

Dated: 6/22/16

(Signature)

Print Name: Dinah L. Bolton



Form:def2

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13-53846-tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226
Social Security No.:

Employer's Tax I.D. No.:
   38-6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non-Compliant:

Proof of Service is Non-Compliant (incomplete and not on a correct form.) (RE: related document(s) [11230] Response to Debtor's Forty-Fourth Omnibus Objection To Certain Claims (No Basis) with Certificate of Service filed by Creditor Dinah Lynn Bolton). See below for important deadline information.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non-Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non-Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non-Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances-Credit Counseling Waiver Missing
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non-Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non-Compliant
- ☐ Notice of Special Appearance (LBR 9010-1(c)) Missing or Non-Compliant
- ☐ Notice to Respondent Missing or Non-Compliant
- ☐ Original Signature Missing or Non-Compliant

*Corrected*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN
RE:

Case No: 13-53846

Chapter: 9

**City of Detroit, Debtor**

## CERTIFICATE OF SERVICE

I hereby certify that on the **June 3, 2016,** (date of mailing), I served

copies as follows: (By Mail, by Email and Fax)

1. Document(s) served: **Response Filed by Creditor Dinah Lynn Bolton to Debtor's Forty-Fourth Omnibus Objection to Certain Claims - #2373 – Case No. 13-53846 – with Attachments**

2. Served upon [name and address of each person served]:

   Marc N. Swanson, Miller, Canfield, Paddock and Stone, PLC
   150 West Jefferson, Suite 2500, Detroit, MI 48226

   Charles N. Raimi, City of Detroit, 2 Woodward Avenue, Suite 500, Coleman A. Young Municipal Center, Detroit, MI 48226.

3. By First Class Mail.

Dated: 6/2/16

(Signature)

Print Name: Dinah L Bolton

Corrected

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Dinah Lynn (Tyus) Bolton, 20230 Fenelon Street, Detroit, MI 48234

A true and correct copy of the foregoing document entitled (*specify*): Response Filed by Creditor Dinah Lynn Bolton to Debtor's Forty-Fourth Omnibus Objection to Certain Claims - #2373 - Case No. 13-53846 - with Attachments

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 6/3/16, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 6/3/16, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/12/16 | Dinah L. Bolton | Dinah L. Bolton |
|---------|-----------------|-----------------|
| Date    | Printed Name    | Signature       |

IN
RE:

Case No: 13-53846

Chapter: 9

City of Detroit, Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on the **June 3, 2016,** (date of mailing), I served

copies as follows: (By Mail, by Email and Fax)

1. Document(s) served:

2. Served upon [name and address of each person served]:

   Marc N. Swanson, Miller, Canfield, Paddock and Stone, PLC
   150 West Jefferson, Suite 2500, Detroit, MI 48226

   Charles N. Raimi, City of Detroit, 2 Woodward Avenue, Suite 500, Coleman A. Young Municipal Center, Detroit, MI 48226.

3. By First Class Mail.

Dated: 6/3/16

(Signature)

Print Name: Dinah L. Bolton

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Dinah Lynn (Tyus) Bolton, 20230 Fenelon Street, Detroit, MI 48234

A true and correct copy of the foregoing document entitled (*specify*): Responsee Filed by Creditor Dinah Lynn Bolton to Debtor's Forthy-Fourth Omnibus Objection to Certain Claims - #2373 - Case No. 13-53846

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __6/3/16__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/3/16 | Dinah L. Bolton | DL T. Bolton |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                            **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Message Id: | 5751E261.B52 : 127 : 3586 |
| Subject: | Forty Fourth Omnibus |
| Created By: | dbolton@detroitmi.gov |
| Scheduled Date: | |
| Creation Date: | 6/3/2016 4:02 PM |
| From: | Dinah Bolton |

**Recipients:**

| Recipient | Action | Date & Time | Comment |
|---|---|---|---|
| CODPO2.LYN | Delivered | 6/3/2016 4:02 PM | |
| To: Charles Raimi(RaimiC@detroitmi.gov) | | | |
| millercanfield.com | Transferred | 6/3/2016 4:02 PM | |
| To: swansonm@millercanfield.com(swansonm@millercanfield.com) | | | |
| To: willems@millercanfield.com(willems@millercanfield.com) | | | |
| sbcglobal.net | Transferred | 6/3/2016 4:02 PM | |
| BC: Dinah Bolton(dinahtyus@sbcglobal.net) | | | |

**Post Offices**

| Post Office | Delivered | Route |
|---|---|---|
| CODPO2.LYN | 6/3/2016 4:02 PM | detroitmi.gov |
| millercanfield.com | | millercanfield.com |
| sbcglobal.net | | sbcglobal.net |

**Files**

| File | Size | Date & Time |
|---|---|---|
| MAIL | | |
| MESSAGE | 922 Bytes | 6/3/2016 4:02 PM |
| TEXT.htm | 1 KB (1108 Bytes) | 6/3/2016 4:02 PM |

**Options**

| | |
|---|---|
| Auto Delete: | No |
| Concealed Subject: | No |
| Expiration Date: | None |
| Notify Recipients: | Yes |
| Priority: | Standard |
| Reply Requested By: | None |
| Security: | Standard |
| To Be Delivered: | Immediate |

**Record Id**

| | |
|---|---|
| Record Id: | 5751AA21.LYN.CODPO1.100.1677062.1.8C41.1 |
| Common Record Id: | 5751AA21.LYN.CODPO1.200.200007F.1.E125C.1 |

13-53846-tjt   Doc 11230   Filed 06/06/16   Entered 06/06/16 13:34:30   Page 5 of 37
file://C:\Users\DBolton\AppData\Local\Temp\XPgrpwise\5751AA21LYNCODPO1100167...   6/3/2016

13-53846-tjt   Doc 11333   Filed 06/27/16   Entered 06/29/16 12:20:46   Page 13 of 15

```
MIME-Version:1.0
From:mieb_ecfadmin@mieb.uscourts.gov
To:mieb_ecfadmin@localhost.localdomain
Bcc: USTPRegion09.DE.ECF@usdoj.gov, Annie_Delduca@mieb.uscourts.gov, debby
jgastelum@honigman.com, jhb_ecf@osbig.com, jkopp@foley.com, jmiller@jaffel


Message-Id:<47991684@mieb.uscourts.gov>
Subject:13-53846-tjt
```

"Striking Document" Ch 9 Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### Eastern District of Michigan

Notice of Electronic Filing

The following transaction was received from Sikula, Christine entered on 6/16/2016 at 10:12 AM EDT and filed on 6/16/2016
**Case Name:** City of Detroit, Michigan
**Case Number:** 13-53846-tjt
**Document Number:** 11288

**Docket Text:**

Order of the Court to Strike: This pleading is stricken from the record because it has been linked to a pleading that is stricken from the record (related document [11287] Corrected Certificate of Service filed by Creditor Dinah Lynn Bolton). So Ordered by /s/ Judge Thomas J. Tucker.(RE: related document(s)[11287] Corrected Certificate of Service filed by Creditor Dinah Lynn Bolton) (Sikula, Christine)

*This Notice of Electronic Filing is the Official ORDER for this entry. No ORDER is attached.*

The following document(s) are associated with this transaction:

https://ecf.mieb.circ6.dcn/cgi-bin/DisplayReceipt.pl?980796714115151-L ...   6/16/2016

```
MIME-Version:1.0
From:mieb_ecfadmin@mieb.uscourts.gov
To:mieb_ecfadmin@localhost.localdomain
Bcc: USTPRegion09.DE.ECF@usdoj.gov, Annie_Delduca@mieb.uscourts.gov, debby
jgadharf@mcdonaldhopkins.com, jgastelum@honigman.com, jhb_ecf@osbig.com, j


Message-Id:<47983527@mieb.uscourts.gov>
Subject:13-53846-tjt
```

"Striking Document" Ch 9 Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### Eastern District of Michigan

Notice of Electronic Filing

The following transaction was received from Sikula, Christine entered on 6/15/2016 at 12:44 PM EDT and filed on 6/15/2016
**Case Name:**         City of Detroit, Michigan
**Case Number:**       13-53846-tjt
**Document Number:** 11283

**Docket Text:**

Order of the Court to Strike: This pleading is stricken from the record because of the failure to comply with the Notice of Deficient Pleading entered on 6/7/2016 (Docket # 11231) (related document [11230] Response filed by Creditor Dinah Lynn Bolton to Debtor's Forty-Fourth Omnibus Objection to Certain Claims (No Basis)). So Ordered by /s/ Judge Thomas J. Tucker. (RE: related document(s)[11230] Response filed by Creditor Dinah Lynn Bolton) (Sikula, Christine)

*This Notice of Electronic Filing is the Official ORDER for this entry. No ORDER is attached.*

The following document(s) are associated with this transaction:

https://ecf.mieb.circ6.dcn/cgi-bin/DisplayReceipt.pl?109097779099376-L ...   6/15/2016