FILED

2016 JUN 27 A 11: 11

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN
RE:

Case No: 13-53846

Chapter: 9

City of Detroit, Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on the **June 24, 2016,** (date of mailing), I served

copies as follows: (By Mail, and by Email)

1. Document(s) served: **Corrected Proof of Services and the following:**

    Additional Information for Request / Motion for Re-Consideration of the Order to Strike the Response Filed by Creditor Dinah Lynn Bolton to the Debtor's Forty-Fourth Omnibus Objection to Certain Claims - #2373 – Case No. 13-53846. (related document(s) [11231, 11230, 11255,11283, 11287, and 11288] )

    Request / Motion for Re-Consideration of the Order to Strike the Response Filed by Creditor Dinah Lynn Bolton to the Debtor's Forty-Fourth Omnibus Objection to Certain Claims - #2373 – Case No. 13-53846. (related document(s) [11231, 11230, 11255,11283, 11287, and 11288] )

    2. Served upon [name and address of each person served]:

    Marc N. Swanson, Miller, Canfield, Paddock and Stone, PLC
    150 West Jefferson, Suite 2500, Detroit, MI 48226

    3. By First Class Mail.

Dated: 6/24/16

(Signature)

Print Name: Dinah L. B. 1th