UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S *EX PARTE* MOTION FOR AN ORDER EXTENDING THE CITY OF DETROIT'S DEADLINE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF ITS OBJECTION TO THE CLAIM OF JAJUAN MOORE**

This case is before the Court on the *City of Detroit's* Ex Parte *Motion for an Order Extending the City of Detroit's Deadline to File a Supplemental Brief in Support of Its Objection to the Claim of JaJuan Moore* (Docket # 11331, the "*Ex Parte* Motion").[1] The Court, having reviewed the *Ex Parte* Motion and having found that notice of the *Ex Parte* Motion was sufficient under the circumstances; having determined after due deliberation that the relief requested in the *Ex Parte* Motion is in the best interests of the Debtor and its creditors; and good and sufficient cause having been shown;

IT IS ORDERED THAT:

1. The *Ex Parte* Motion is GRANTED.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the *Ex Parte* Motion.

2. The June 29, 2016, deadline set forth in paragraph 1 of the Order Regarding Unresolved Objections (Docket # 11293) is extended to July 15, 2016.

3. The City must serve this Order on JaJuan Moore no later than June 30, 2016 and file proof of such service no later than July 1, 2016.

.

**Signed on June 29, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge