# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 29, 2016, he caused a copy of the *ORDER GRANTING CITY OF DETROIT'S EX PARTE MOTION FOR AN ORDER EXTENDING THE CITY OF DETROIT'S DEADLINE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF ITS OBJECTION TO THE CLAIM OF JAJUAN MOORE* [Doc. No. 11335] on JaJuan Moore, as listed below, via first class mail:

JaJuan Moore
3873 Rohns
Detroit, MI 48214

DATED: June 29, 2016

By: /s/ Marc N. Swanson
Marc N. Swanson
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com