UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2016, she caused a copy of the Amended Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims [Doc. No. 11316] on parties as instructed by the Court as listed below via email:

SCrews@detroitmi.gov - Stephanie Crews
wduncan@detroitmi.gov - Warren T. Duncan
SONeal@detroitmi.gov - Sandra O'Neal
ASmith@detroitmi.gov - Anthony Derrick Smith
HStrange@detroitmi.gov - Hope Strange
RThomas@detroitmi.gov - Randall Thomas
RTrivedi@detroitmi.gov- Ranna K. Trivedi

DATED: June 30, 2016

Respectfully submitted,

By: _____
Dinah Lynn Bolton
20230 Fenelon Street
Detroit, MI 48234

FILED
2016 JUN 30 P 2: 46
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT