# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN
RE:

Case No: __13-53846__

Chapter: ___9___

**City of Detroit, Debtor**

## CERTIFICATE OF SERVICE

I hereby certify that on the **June 30, 2016,** (date of mailing), I served

copies as follows: (By Mail)

1. Document(s) served: **Proof of Service and the following:**

**Order of the Court Granting Motion For Re-Consideration (Docket # 11304) and Vacating Order of the Court to Strike (Docket # 11283) – as instructed by the Court (Amended Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims)**

2. Served upon [name and address of each person served]:

Diane L. Onuigbo
19241 McIntyre
Detroit, MI 48219-5508

3. By First Class Mail.

Dated: 6/3-/16

(Signature)

Print Name: Diane L. Onuigbo

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT
2016 JUN 30 P 2: 46
FILED