## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN
RE:

Case No: __13-53846_____

Chapter: ___9_____

**City of Detroit, Debtor**

## CERTIFICATE OF SERVICE

I hereby certify that on the **June 30, 2016,** (date of mailing), I served

copies as follows: (By Mail)

1.    Document(s) served: **Proof of Service and the following:**

**Order of the Court Granting Motion For Re-Consideration (Docket # 11304) and Vacating Order of the Court to Strike (Docket # 11283) – as instructed by the Court (Amended Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims)**

2.  Served upon [name and address of each person served]:

James F. Capizzo
863 Venoy
Madison Heights, MI 48071
248-303-9852

3.  By First Class Mail.

Dated: _6/30/16_

_(Signature)_

Print Name: _Donald L. Bolton_

*[Stamp: FILED 2016 JUN 30 P 2: 53 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT]*