# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Honorable Thomas J. Tucker<br><br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 29, 2016, she caused a copy of the Amended Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims [Doc. No. 11316] on parties as instructed by the Court as listed below via email:

EadyG@detroitmi.gov - Gerhard Eady
MRobinso@detroitmi.gov - Marlene Y. Robinson
GBrown@detroitmi.gov - Gueelma Brown
JJackson@detroitmi.gov - Jacqueline M. Jackson
FClement@detroitmi.gov - Fern Clement
GAKaw@detroitmi.gov - George A. Kaw
MCCoyK@detroitmi.gov - Kim McCoy
DavisB@detroitmi.gov- Brenda L. Davis (Coleman)
MPowell@detroitmi.gov - Michelle Duff
DCarring@detroitmi.gov - Darrell S. Carrington
DPatillo@detroitmi.gov - Diana Lynn Patillo
HWolfe@detroitmi.gov - Henry Wolfe III
green@millercanfield.com - Jonathan Green
swansonm@millercanfield.com – Mark Swanson
bkeck@morganmeyers.com – Brian T. Keck
aworlen@morganmeyers.com – Angie Worlen

DATED: June 29, 2016              Respectfully submitted,

By: _Dinah L. Bolton_
Dinah Lynn Bolton
20230 Fenelon Street
Detroit, MI 48234

FILED (1)
2016 JUL -1 A 10: 46
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

**Dinah Bolton - Proof of Service and Amended Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims**

| | |
|---|---|
| **From:** | Dinah Bolton |
| **To:** | Gerhard Eady; Marlene Robinson; Gueelma Brown; Jacqueline Jackson; F... |
| **Date:** | 6/29/2016 9:42 AM |
| **Subject:** | Proof of Service and Amended Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims |
| **Cc:** | cmecfhelpdesk@mieb.uscourts.gov; swansonm@millercanfield.com; green@mi... |
| **Attachments:** | DOC.PDF; show_temp (5).pdf; proofofservice.pdf |

Hello:

Attached please find the following as instructed by the Court:
Proof of Service and Amended Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims.

Dinah L. Bolton
City of Detroit
Planning & Development Department
Development Division
Coleman A. Young Municipal Center (CAYMC)
2 Woodward Avenue
Suite 808
Detroit, MI 48226
(313) 224-4191- office
(313) 224-1310 - fax
dbolton@detroitmi.gov

| | |
|---|---|
| **Message Id:** | 5773D031.998 : 127 : 3586 |
| **Subject:** | Proof of Service and Amended Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims |
| **Created By:** | dbolton@detroitmi.gov |
| **Scheduled Date:** | |
| **Creation Date:** | 6/29/2016 9:42 AM |
| **From:** | Dinah Bolton |

**Recipients:**

| Recipient | Action | Date & Time | Comment |
|---|---|---|---|
| 📧 CODPO1.LYN | Delivered | 6/29/2016 9:42 AM | |
| To: Brenda Coleman(DavisB@detroitmi.gov) | | | |
| To: Darrell Carrington(DCarring@detroitmi.gov) | | | |
| To: Diana Patillo(DPatillo@detroitmi.gov) | | | |
| CC: Dinah Bolton(dbolton@detroitmi.gov) | | | |
| To: Fern Clement(FClement@detroitmi.gov) | | | |
| To: George Kaw(GAKaw@detroitmi.gov) | | | |
| To: Gerhard Eady(EadyG@detroitmi.gov) | | | |
| To: Gueelma Brown(GBrown@detroitmi.gov) | | | |
| To: Jacqueline Jackson(JJackson@detroitmi.gov) | | | |
| To: Kim MCCoy(MCCoyK@detroitmi.gov) | | | |
| To: Marlene Robinson(MRobinso@detroitmi.gov) | | | |
| 📧 CODPO2.LYN | Delivered | 6/29/2016 9:42 AM | |
| To: Henry Wolfe III(HWolfe@detroitmi.gov) | | | |
| To: Michelle Duff(MPowell@detroitmi.gov) | | | |
| 📧 hotmail.com | Transferred | 6/29/2016 9:42 AM | |
| CC: Dinah Bolton(dinahtyus@hotmail.com) | | | |
| 📧 mieb.uscourts.gov | Transferred | 6/29/2016 9:42 AM | |
| CC: cmecfhelpdesk@mieb.uscourts.gov(cmecfhelpdesk@mieb.uscourts.gov) | | | |
| 📧 millercanfield.com | Transferred | 6/29/2016 9:42 AM | |
| CC: green@millercanfield.com(green@millercanfield.com) | | | |
| CC: swansonm@millercanfield.com(swansonm@millercanfield.com) | | | |
| 📧 morganmeyers.com | Transferred | 6/29/2016 9:42 AM | |
| To: aworlen@morganmeyers.com(aworlen@morganmeyers.com) | | | |
| To: bkeck@morganmeyers.com(bkeck@morganmeyers.com) | | | |
| 📧 sbcglobal.net | Transferred | 6/29/2016 9:42 AM | |
| CC: Dinah Bolton(dinahtyus@sbcglobal.net) | | | |

**Post Offices**

| Post Office | Delivered | Route |
|---|---|---|
| CODPO1.LYN | 6/29/2016 9:42 AM | detroitmi.gov |
| CODPO2.LYN | 6/29/2016 9:42 AM | detroitmi.gov |
| hotmail.com | | hotmail.com |
| mieb.uscourts.gov | | mieb.uscourts.gov |
| millercanfield.com | | millercanfield.com |
| morganmeyers.com | | morganmeyers.com |
| sbcglobal.net | | sbcglobal.net |

**Files**

| File | Size | Date & Time |
|---|---|---|
| DOC.PDF | 325 KB (333727 Bytes) | 6/28/2016 4:50 PM |

| MESSAGE | 1 KB (1080 Bytes) | 6/29/2016 9:42 AM |
| proofofservice.pdf | 22 KB (23241 Bytes) | 6/29/2016 9:41 AM |
| show_temp (5).pdf | 96 KB (99128 Bytes) | 6/28/2016 12:19 PM |
| TEXT.htm | 1 KB (1251 Bytes) | 6/29/2016 9:42 AM |

**Options**

| | |
|---|---|
| **Auto Delete:** | No |
| **Concealed Subject:** | No |
| **Expiration Date:** | None |
| **Notify Recipients:** | Yes |
| **Priority:** | Standard |
| **Reply Requested By:** | None |
| **Security:** | Standard |
| **To Be Delivered:** | Immediate |

**Record Id**

| | |
|---|---|
| Record Id: | 577397F1.LYN.CODPO1.100.1677062.1.90D7.1 |
| Common Record Id: | 577397F1.LYN.CODPO1.200.200007F.1.E4C52.1 |