# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 29, 2016, she caused a copy of the Amended Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims [Doc. No. 11316] on parties as instructed by the Court as listed below via email:

Carla.Smith@glwater.org - Carla Smith
Gladys.Cannon@glwater.org - Gladys M. Cannon
Gerald.Moore@glwater.org - Gerald Moore

DATED: June 29, 2016            Respectfully submitted,

By: _____
Dinah Lynn Bolton
20230 Fenelon Street
Detroit, MI 48234



**Dinah Bolton - Proof of Service and Amended Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims**

| | |
|---|---|
| **From:** | Dinah Bolton |
| **To:** | Carla.Smith@glwater.org; Gladys.Cannon@glwater.org; Gerald.Moore@glwat... |
| **Date:** | 6/29/2016 3:15 PM |
| **Subject:** | Proof of Service and Amended Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims |
| **Cc:** | Dinah Bolton; Dinah Bolton; cmecfhelpdesk@mieb.uscourts.gov; green@mi... |
| **Attachments:** | DOC.PDF; show_temp (5).pdf; Scanned from a Xerox Multifunction Printer_1.pdf |

Hello:

Attached please find the following as instructed by the Court:
Proof of Service and Amended Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims. Thanks.

Dinah L. Bolton
City of Detroit
Planning & Development Department
Development Division
Coleman A. Young Municipal Center (CAYMC)
2 Woodward Avenue
Suite 808
Detroit, MI 48226
(313) 224-4191- office
(313) 224-1310 - fax
dbolton@detroitmi.gov

| | |
|---|---|
| Message Id: | 57741E58.917 : 127 : 3586 |
| Subject: | Proof of Service and Amended Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims |
| Created By: | dbolton@detroitmi.gov |
| Scheduled Date: | |
| Creation Date: | 6/29/2016 3:15 PM |
| From: | Dinah Bolton |

### Recipients:

| Recipient | Action | Date & Time | Comment |
|---|---|---|---|
| CODPO1.LYN | Delivered | 6/29/2016 3:15 PM | |
| CC: Dinah Bolton(dbolton@detroitmi.gov) | | | |
| glwater.org | Transferred | 6/29/2016 3:15 PM | |
| To: Carla.Smith@glwater.org(Carla.Smith@glwater.org) | | | |
| To: Gerald.Moore@glwater.org(Gerald.Moore@glwater.org) | | | |
| To: Gladys.Cannon@glwater.org(Gladys.Cannon@glwater.org) | | | |
| hotmail.com | Transferred | 6/29/2016 3:15 PM | |
| CC: Dinah Bolton(dinahtyus@hotmail.com) | | | |
| mieb.uscourts.gov | Transferred | 6/29/2016 3:15 PM | |
| CC: cmecfhelpdesk@mieb.uscourts.gov(cmecfhelpdesk@mieb.uscourts.gov) | | | |
| millercanfield.com | Transferred | 6/29/2016 3:15 PM | |
| CC: green@millercanfield.com(green@millercanfield.com) | | | |
| CC: swansonm@millercanfield.com(swansonm@millercanfield.com) | | | |
| sbcglobal.net | Transferred | 6/29/2016 3:15 PM | |
| CC: Dinah Bolton(dinahtyus@sbcglobal.net) | | | |

### Post Offices

| Post Office | Delivered | Route |
|---|---|---|
| CODPO1.LYN | 6/29/2016 3:15 PM | detroitmi.gov |
| glwater.org | | glwater.org |
| hotmail.com | | hotmail.com |
| mieb.uscourts.gov | | mieb.uscourts.gov |
| millercanfield.com | | millercanfield.com |
| sbcglobal.net | | sbcglobal.net |

### Files

| File | Size | Date & Time |
|---|---|---|
| DOC.PDF | 325 KB (333727 Bytes) | 6/28/2016 4:50 PM |
| MESSAGE | 1 KB (1089 Bytes) | 6/29/2016 3:15 PM |
| Scanned from a Xerox Multifunction Printer_1.pdf | 16 KB (17115 Bytes) | 6/29/2016 3:15 PM |
| show_temp (5).pdf | 96 KB (99128 Bytes) | 6/28/2016 12:19 PM |
| TEXT.htm | 1 KB (1265 Bytes) | 6/29/2016 3:15 PM |

### Options

| | |
|---|---|
| Auto Delete: | No |
| Concealed Subject: | No |
| Expiration Date: | None |
| Notify Recipients: | Yes |
| Priority: | Standard |
| Reply Requested By: | None |
| Security: | Standard |
| To Be Delivered: | Immediate |

### Record Id

| | |
|---|---|
| Record Id: | 5773E618.LYN.CODPO1.100.1677062.1.912E.1 |
| Common Record Id: | 5773E618.LYN.CODPO1.200.200007F.1.E4F88.1 |