UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

**CERTIFICATE OF SERVICE (Corrected)**

The undersigned hereby certifies that on June 30, 2016, she caused a copy of the **Order of the Court Granting Motion For Re-Consideration (Docket # 11304) and Vacating Order of the Court to Strike (Docket # 11283) – as instructed by the Court (Amended Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims) [Doc. No. 11316]** on parties as instructed by the Court as listed below via email:

SCrews@detroitmi.gov - Stephanie Crews
wduncan@detroitmi.gov - Warren T. Duncan
SONeal@detroitmi.gov - Sandra O'Neal
ASmith@detroitmi.gov - Anthony Derrick Smith
HStrange@detroitmi.gov - Hope Strange
RThomas@detroitmi.gov - Randall Thomas
RTrivedi@detroitmi.gov- Ranna K. Trivedi

DATED: July 1, 2016

Respectfully submitted,

By: *Dinah L. Bolton*
Dinah Lynn Bolton
20230 Fenelon Street
Detroit, MI 48234

FILED
2016 JUL -5 P 1:48
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT