UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE (Corrected)

The undersigned hereby certifies that on June 29, 2016, she caused a copy of the **Order of the Court Granting Motion For Re-Consideration (Docket # 11304) and Vacating Order of the Court to Strike (Docket # 11283) – as instructed by the Court (Amended Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims)** [Doc. No. 11316] on parties as instructed by the Court as listed below via email:

Carla.Smith@glwater.org - Carla Smith
Gladys.Cannon@glwater.org - Gladys M. Cannon
Gerald.Moore@glwater.org - Gerald Moore

DATED: July 1, 2016

Respectfully submitted,

By: /s/ Dinah L. Bolton
Dinah Lynn Bolton
20230 Fenelon Street
Detroit, MI 48234

FILED (I) 2016 JUL -5 P 1:48 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT