# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Honorable Thomas J. Tucker<br><br>Chapter 9 |

## CERTIFICATE OF SERVICE (Corrected)

The undersigned hereby certifies that on June 29, 2016, she caused a copy of the **Order of the Court Granting Motion For Re-Consideration (Docket # 11304) and Vacating Order of the Court to Strike (Docket # 11283) – as instructed by the Court (Amended Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims) [Doc. No. 11316]** on parties as instructed by the Court as listed below via email:

EadyG@detroitmi.gov - Gerhard Eady
MRobinso@detroitmi.gov - Marlene Y. Robinson
GBrown@detroitmi.gov - Gueelma Brown
JJackson@detroitmi.gov - Jacqueline M. Jackson
FClement@detroitmi.gov - Fern Clement
GAKaw@detroitmi.gov - George A. Kaw
MCCoyK@detroitmi.gov - Kim McCoy
DavisB@detroitmi.gov - Brenda L. Davis (Coleman)
MPowell@detroitmi.gov - Michelle Duff
DCarring@detroitmi.gov - Darrell S. Carrington
DPatillo@detroitmi.gov - Diana Lynn Patillo
HWolfe@detroitmi.gov - Henry Wolfe III
green@millercanfield.com - Jonathan Green
swansonm@millercanfield.com – Mark Swanson
bkeck@morganmeyers.com – Brian T. Keck
aworlen@morganmeyers.com – Angie Worlen

DATED: July 1, 2016

Respectfully submitted,

By: _Dinah L. Bolton_
Dinah Lynn Bolton
20230 Fenelon Street
Detroit, MI 48234