# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | ) |
| | ) |
| City of Detroit, Michigan | ) Case No. 13-53846 |
| | ) Chapter 9 |
| Debtor. | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM
## OF AETNA HEALTH AND LIFE INSURANCE COMPANY
## AND CERTAIN OF ITS AFFILIATES

Aetna Health and Life Insurance Company on behalf of itself and certain of its affiliates by and through its undersigned counsel, hereby withdraws one claim in the amount of $1,500,000 plus interest filed on February 19, 2014 and assigned claim number 953 by CoventryCares of Michigan, Inc. and five unliquidated proofs of claim as follows: (i) filed on February 19, 2014 and assigned claim number 955 by Aetna Health and Life Insurance Company (Connecticut); (ii) filed on February 19, 2014 and assigned claim number 951 by Aetna Health Inc. (New York); (iii) filed on February 19, 2014 and assigned claim number 1163 by Aetna Health Inc. (Pennsylvania); (iv) filed on February 19, 2014 and assigned claim number 949 by Aetna Health Management, LLC; and (v) filed on February 19, 2014 and assigned claim number 946 by Aetna Health of California Inc.

Dated: July 6, 2016

*/s/Frank J. Guadagnino*

Frank J. Guadagnino
*Counsel for Aetna Health and Life Insurance Company and certain of its affiliates*

Frank J. Guadagnino
McGuireWoods LLP
EQT Plaza
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222-3142