# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                         Chapter 9

City of Detroit, Michigan,                     Case No. 13-53846

    Debtor.                             Hon. Thomas J. Tucker

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On June 29 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Debtors Forty-Fourth Omnibus Objection to Certain Claims [Docket No. 11162]

Furthermore, on June 29, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit B**:

- Debtors Forty-Fifth Omnibus Objection to Certain Claims [Docket No. 11163]

Dated: July 1, 2016

                                            /s/ Stephanie Delgado
                                            Stephanie Delgado
                                            KCC
                                            2335 Alaska Ave
                                            El Segundo, CA 90245

# Exhibit A

**Exhibit A**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Diana Lynn Patillo | 5330 Burns St | Detroit | MI | 48213-2912 |

# Exhibit B

**Exhibit B**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Vivian S. Perry | PO Box 382 | McMinnville | TN | 37111-0382 |