# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## DESIGNATION OF CERTAIN ALLOWED CLAIMS

The Debtor, the City of Detroit ("City"), by and through its undersigned counsel, files this Designation of Certain Allowed Claims pursuant to the Confirmed Plan of Adjustment (the "Plan").

The City has reviewed the claims referenced in Exhibit 1 and finds that such claims should be designated as allowed pursuant Article I, Section A.19(e) of the Plan as Class 15 Convenience Claims.

The City has provided notice of this Designation of Certain Allowed Claims to each of the claimants identified in Exhibit 1 at each address set forth in Exhibit 1, and all other parties who have requested notice pursuant to Bankruptcy Rule 2002. The City respectfully submits that no other or further notice of this Designation need be given.

26175590.2\022765-00213

Dated: July 11, 2016

>Respectfully submitted,
>
>By: /s/ Marc N. Swanson
>    Jonathan S. Green (P33140)
>    Marc N. Swanson (P71149)
>    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
>    150 West Jefferson, Suite 2500
>    Detroit, Michigan 48226
>    Telephone: (313) 496-7591
>    Facsimile: (313) 496-8451
>    green@millercanfield.com
>    swansonm@millercanfield.com
>
>and
>
>Charles N. Raimi (P29746)
>Deputy Corporation Counsel
>City of Detroit Law Department
>2 Woodward Avenue, Suite 500
>Coleman A. Young Municipal Center
>Detroit, Michigan 48226
>Telephone: (313) 237-5037
>Facsimile: (313) 224-5505
>raimic@detroitmi.gov
>
>ATTORNEYS FOR THE CITY OF DETROIT

# EXHIBIT 1

26175590.2\022765-00213

| Claim No. | Creditor Name and Address | Classification | Date Filed | Claim Amount |
|---|---|---|---|---|
| 3024 | 7-Ds Towing & Storage Inc<br>5700 E. Nevada<br>Detroit, MI  48234 | General Unsecured | 02/21/2014 | 16,961.00 |
| 434 | Alta Construction Equipment Llc<br>Attn Accounts Payable<br>Po Box 77000<br>Dept 771420<br>Detroit, MI  48277-1420 | General Unsecured | 01/03/2014 | 14,500.72 |
| 22 | Canon Solutions America, Inc.<br>5600 Broken Sound Blvd<br>Boca Raton, FL  33487 | General Unsecured | 08/13/2013 | 626.56 |
| 24 | Canon Solutions America, Inc.<br>5600 Broken Sound Blvd<br>Boca Raton, FL  33487 | General Unsecured | 08/13/2013 | 4,590.37 |
| 1804 | Cei Michigan Llc<br>Attn Accounts Payable<br>Po Box 200<br>2140 Industrial St<br>Howell, MI  48843 | General Unsecured | 02/20/2014 | 3,997.80 |
| 2468 | Childrens Hospital of Michigan<br>Detroit Medical Center<br>Orchestra Place - 3663 Woodward<br>Detroit, MI  48201 | General Unsecured | 02/21/2014 | 100.00 |
| 2658 | Comcast<br>41112 Concept Drive<br>Plymouth, MI  48170 | General Unsecured | 02/21/2014 | 215.06 |
| 2660 | Comcast<br>41112 Concept Drive<br>Plymouth, MI  48170 | General Unsecured | 02/21/2014 | 32.98 |
| 2662 | Comcast<br>41112 Concept Drive<br>Plymouth, MI  48170 | General Unsecured | 02/21/2014 | 416.45 |
| 2663 | Comcast<br>41112 Concept Drive<br>Plymouth, MI  48170 | General Unsecured | 02/21/2014 | 1,084.34 |
| 2664 | Comcast<br>41112 Concept Drive<br>Plymouth, MI  48170 | General Unsecured | 02/21/2014 | 650.86 |

| Claim No. | Creditor Name and Address | Classification | Date Filed | Claim Amount |
|---|---|---|---|---|
| 2666 | Comcast<br>41112 Concept Drive<br>Plymouth, MI  48170 | General Unsecured | 02/21/2014 | 200.93 |
| 2668 | Comcast<br>41112 Concept Drive<br>Plymouth, MI  48170 | General Unsecured | 02/21/2014 | 257.53 |
| 2669 | Comcast<br>41112 Concept Drive<br>Plymouth, MI  48170 | General Unsecured | 02/21/2014 | 525.57 |
| 2670 | Comcast<br>41112 Concept Drive<br>Plymouth, MI  48170 | General Unsecured | 02/21/2014 | 195.48 |
| 2671 | Comcast<br>41112 Concept Drive<br>Plymouth, MI  48170 | General Unsecured | 02/21/2014 | 176.17 |
| 2672 | Comcast<br>41112 Concept Drive<br>Plymouth, MI  48170 | General Unsecured | 02/21/2014 | 16.00 |
| 2674 | Comcast<br>41112 Concept Drive<br>Plymouth, MI  48170 | General Unsecured | 02/21/2014 | 92.35 |
| 1173 | Comcast<br>Attn Accounts Payable<br>41112 Concept Drive<br>Plymouth, MI  48170 | General Unsecured | 02/21/2014 | 236.20 |
| 1174 | Comcast<br>Attn Accounts Payable<br>41112 Concept Drive<br>Plymouth, MI  48170 | General Unsecured | 02/21/2014 | 40.14 |
| 1175 | Comcast<br>Attn Accounts Payable<br>41112 Concept Drive<br>Plymouth, MI  48170 | General Unsecured | 02/21/2014 | 117.11 |
| 1176 | Comcast<br>Attn Accounts Payable<br>41112 Concept Drive<br>Plymouth, MI  48170 | General Unsecured | 02/21/2014 | 103.45 |

| Claim No. | Creditor Name and Address | Classification | Date Filed | Claim Amount |
|---|---|---|---|---|
| 1177 | Comcast<br>Attn Accounts Payable<br>41112 Concept Drive<br>Plymouth, MI 48170 | General Unsecured | 02/21/2014 | 55.81 |
| 1178 | Comcast<br>Attn Accounts Payable<br>41112 Concept Drive<br>Plymouth, MI 48170 | General Unsecured | 02/21/2014 | 73.83 |
| 1179 | Comcast<br>Attn Accounts Payable<br>41112 Concept Drive<br>Plymouth, MI 48170 | General Unsecured | 02/21/2014 | 160.52 |
| 1180 | Comcast<br>Attn Accounts Payable<br>41112 Concept Drive<br>Plymouth, MI 48170 | General Unsecured | 02/21/2014 | 69.09 |
| 2673 | Comcast<br>Attn Collections<br>41112 Concept Drive<br>Plymouth, MI 48170 | General Unsecured | 02/21/2014 | 41.68 |
| 2675 | Comcast<br>Attn Collections<br>41112 Concept Drive<br>Plymouth, MI 48170 | General Unsecured | 02/21/2014 | 21.99 |
| 3835 | CSX Transportation, Inc.<br>McGuireWoods, LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219 | General Unsecured | 05/28/2015 | 11,047.26 |
| 83 | FedEx TechConnect, Inc.<br>As Assignee of Federal Express Corporation/FedEx Ground Package Systems, Inc/FedEx Freight, Inc/FedEx Office & Print Svcs Inc<br>Attn Revenue Recovery/Bankruptcy<br>3965 Airways Blvd. Module G, 3rd Floor<br>Memphis, TN 38116 | General Unsecured | 09/11/2013 | 2,949.96 |

| Claim No. | Creditor Name and Address | Classification | Date Filed | Claim Amount |
|---|---|---|---|---|
| 330 | Fisher Scientific Co Llc<br>Attn Gary Barnes<br>300 Industry Dr<br>Pittsburgh, PA  15275 | General Unsecured | 12/23/2013 | 3,207.48 |
| 641 | Grand Trunk Western Railroad<br>c/o Credit Management<br>935 de la Gauchetiere Street West 4th Floor<br>Montreal, QC  H3B 2M9 | General Unsecured | 01/29/2014 | 14,277.00 |
| 770 | Heritage Crystal Clean, LLC<br>c/o Gary M. Vanek, Attorney at Law<br>200 W. Main Street<br>St. Charles, IL  60174 | General Unsecured | 02/06/2014 | 10,659.15 |
| 1547 | Jack Doheny Supplies Inc<br>Attn Accounts Payable<br>P.O.Box 609<br>Northville, MI  48167 | General Unsecured | 02/21/2014 | 8,015.26 |
| 2059 | Midwest Gas Instrument Service<br>Attn Accounts Payable<br>1535 Sixth Street Ste 6<br>Detroit, MI  48226 | General Unsecured | 02/20/2014 | 7,978.25 |
| 299 | Pm Technologies LLC<br>Attn Accounts Payable<br>29395 Wall St<br>Wixom, MI  48393 | General Unsecured | 12/18/2013 | 8,779.50 |