# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN          Chapter 9
         Case No. 13-53846-tjt
         Hon. Thomas J. Tucker

## REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATIONS LIST

Dykema Gossett PLLC by Sheryl L. Toby, counsel for Interested Party Health Alliance Plan, requests that the following email address be removed from the CM/ECF electronic notifications list and that she no longer receive electronic filings in this bankruptcy proceeding:

Sheryl L. Toby          Email: stoby@dykema.com

Respectfully submitted,

DYKEMA GOSSETT PLLC

By: /s/ Sheryl L. Toby
    Sheryl L. Toby (P39114)
    39577 Woodward Ave., Suite 300
    Bloomfield Hills, MI 48304
    (248) 203-0522
    Email: stoby@dykema.com

Dated: July 12, 2016

4822-4461-1636.1
ID\TOBY, SHERYL - 900500\004520