UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

CITY OF DETROIT, MICHIGAN

                Debtor
_____/

Chapter 9

Case Number 13-53846

Honorable: Thomas J. Tucker

## REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATIONS LIST

Please take notice that Orlans Associates, P.C. by Elizabeth M. Abood-Carroll, attorney for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, requests that the following email addresses be removed from the CM/ECF electronic notifications list and that she no longer receive electronic filings in this bankruptcy proceeding.

Elizabeth M. Abood-Carroll        Email: eabood-carroll@orlans.com

                                          Email: bankruptcy@orlans.com

Respectfully Submitted,

Date: July 12, 2016

/s/ Elizabeth M. Abood-Carroll
Craig B. Rule, Esq. P67005
Elizabeth M. Abood-Carroll, Esq. P46304
Heather D. McGivern, Esq. P59393
Ryan Byrd, Esq. P75906
Orlans Associates, P.C.
Attorneys for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus
P.O. Box 5041
Troy, MI 48007
(248) 502-1400
Email: crule@orlans.com
eabood-carroll@orlans.com
hmcgivern@orlans.com
rbyrd@orlans.com
File Number: 13-015665