# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In re:

CITY OF DETROIT, MICHIGAN

           Debtor

_____/

Chapter 9

Case Number 13-53846

Honorable: Thomas J. Tucker

## REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATIONS LIST

Please take notice that Orlans Associates, P.C., attorneys for Creditor, Everhome Mortgage Company as servicing agent for Everbank, requests that the following email addresses be removed from the CM/ECF electronic notifications list and that Orlans Associates, P.C. no longer receive electronic filings in this bankruptcy proceeding.

Elizabeth M. Abood-Carroll        Email: eabood-carroll@orlans.com

Craig B. Rule        Email crule@orlans.com

       Email: bankruptcy@orlans.com

       Respectfully Submitted,

Date:    July 12, 2016        /s/ Elizabeth M. Abood-Carroll
Craig B. Rule, Esq. P67005
Elizabeth M. Abood-Carroll, Esq. P46304
Heather D. McGivern, Esq. P59393
Ryan Byrd, Esq. P75906
Orlans Associates, P.C.
Attorneys for Everhome Mortgage Company
As servicing agent for Everbank
P.O. Box 5041
Troy, MI 48007
(248) 502-1400
Email: crule@orlans.com
eabood-carroll@orlans.com
hmcgivern@orlans.com
rbyrd@orlans.com
File Number: 13-016557