UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

CITY OF DETROIT, MICHIGAN

                Debtor
_____/

Chapter 9

Case Number 13-53846

Honorable: Thomas J. Tucker

**REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATIONS LIST**

Please take notice that Orlans Associates, P.C. by Elizabeth M. Abood-Carroll, attorney for Creditor, Champion Mortgage Company, requests that the following email addresses be removed from the CM/ECF electronic notifications list and that she no longer receive electronic filings in this bankruptcy proceeding.

Elizabeth M. Abood-Carroll          Email: eabood-carroll@orlans.com

                                           Email: bankruptcy@orlans.com

                                           Respectfully Submitted,

Date:    July 12, 2016                  /s/ Elizabeth M. Abood-Carroll
                                           Craig B. Rule, Esq. P67005
                                           Elizabeth M. Abood-Carroll, Esq. P46304
                                           Heather D. McGivern, Esq. P59393
                                           Ryan Byrd, Esq. P75906
                                           Orlans Associates, P.C.
                                           Attorneys for Champion Mortgage Company.
                                           P.O. Box 5041
                                           Troy, MI 48007
                                           (248) 502-1400
                                           Email: crule@orlans.com
                                           eabood-carroll@orlans.com
                                           hmcgivern@orlans.com
                                           rbyrd@orlans.com
                                           File Number: 14-005054