UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

CITY OF DETROIT, MICHIGAN

               Debtor
_____/

Chapter 9

Case Number 13-53846

Honorable: Thomas J. Tucker

### REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATIONS LIST

Please take notice that Orlans Associates, P.C. by Elizabeth M. Abood-Carroll, attorney for Creditor, Wells Fargo Bank, NA., requests that the following email addresses be removed from the CM/ECF electronic notifications list and that she no longer receive electronic filings in this bankruptcy proceeding.

Elizabeth M. Abood-Carroll        Email: eabood-carroll@orlans.com

                                    Email: bankruptcy@orlans.com

                                      Respectfully Submitted,

Date:   July 12, 2016                     /s/ Elizabeth M. Abood-Carroll
                                              Craig B. Rule, Esq. P67005
                                              Elizabeth M. Abood-Carroll, Esq. P46304
                                              Heather D. McGivern, Esq. P59393
                                              Ryan Byrd, Esq. P75906
                                              Orlans Associates, P.C.
                                              Attorneys for Wells Fargo Bank, NA
                                              P.O. Box 5041
                                              Troy, MI 48007
                                              (248) 502-1400
                                              Email: crule@orlans.com
                                              eabood-carroll@orlans.com
                                              hmcgivern@orlans.com
                                              rbyrd@orlans.com
                                              File Number: 14-005276