# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In re:

CITY OF DETROIT, MICHIGAN

                Debtor

_____/

Chapter 9

Case Number 13-53846

Honorable: Thomas J. Tucker

## REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATIONS LIST

Please take notice that Orlans Associates, P.C. by Elizabeth M. Abood-Carroll, attorney for M&T Bank., requests that the following email addresses be removed from the CM/ECF electronic notifications list and that she no longer receive electronic filings in this bankruptcy proceeding.

Elizabeth M. Abood-Carroll        Email: eabood-carroll@orlans.com

                                          Email: bankruptcy@orlans.com

                                          Respectfully Submitted,

Date: July 12, 2016                    /s/ Elizabeth M. Abood-Carroll
                                             Craig B. Rule, Esq. P67005
                                              Elizabeth M. Abood-Carroll, Esq. P46304
                                              Heather D. McGivern, Esq. P59393
                                              Ryan Byrd, Esq. P75906
                                              Orlans Associates, P.C.
                                              Attorneys for M&T Bank.
                                              P.O. Box 5041
                                              Troy, MI 48007
                                              (248) 502-1400
                                              Email: crule@orlans.com
                                              eabood-carroll@orlans.com
                                              hmcgivern@orlans.com
                                              rbyrd@orlans.com
                                              File Number: 14-012308