# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In re:

CITY OF DETROIT, MICHIGAN

            Debtor
_____/

Chapter 9

Case Number 13-53846

Honorable: Thomas J. Tucker

## REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATIONS LIST

Please take notice that Orlans Associates, P.C. by Elizabeth M. Abood-Carroll, attorney for Creditor, Rushmore Loan Management Services, LLC as servicing agent for US Bank National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust., requests that the following email addresses be removed from the CM/ECF electronic notifications list and that she no longer receive electronic filings in this bankruptcy proceeding.

Elizabeth M. Abood-Carroll         Email: eabood-carroll@orlans.com

                                                    Email: bankruptcy@orlans.com

                                                         Respectfully Submitted,

Date:    July 12, 2016                      /s/ Elizabeth M. Abood-Carroll
                                                       Craig B. Rule, Esq. P67005
                                                       Elizabeth M. Abood-Carroll, Esq. P46304
                                                       Heather D. McGivern, Esq. P59393
                                                       Ryan Byrd, Esq. P75906
                                                       Orlans Associates, P.C.
                                                       Attorneys for Rushmore Loan Management
                                                       Services, LLC as servicing agent for US Bank
                                                       National Association as Legal Title Trustee for
                                                       Truman 2013 SC3 Title Trust.
                                                       P.O. Box 5041
                                                       Troy, MI 48007
                                                       (248) 502-1400
                                                       Email: crule@orlans.com
                                                       eabood-carroll@orlans.com
                                                       hmcgivern@orlans.com
                                                       rbyrd@orlans.com
                                                       File Number: 14-014587