UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

CITY OF DETROIT, MICHIGAN

                Debtor
_____/

Chapter 9

Case Number 13-53846

Honorable: Thomas J. Tucker

### REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATIONS LIST

Please take notice that Orlans Associates, P.C. by Elizabeth M. Abood-Carroll, attorney for Creditor, CitiMortgage, Inc. as servicing agent for CitiMortgage, Inc., successor by merger to ABN AMRO Group, Inc., requests that the following email addresses be removed from the CM/ECF electronic notifications list and that she no longer receive electronic filings in this bankruptcy proceeding.

Elizabeth M. Abood-Carroll          Email: eabood-carroll@orlans.com

                                          Email: bankruptcy@orlans.com

Respectfully Submitted,

Date: July 12, 2016

/s/ Elizabeth M. Abood-Carroll
Craig B. Rule, Esq. P67005
Elizabeth M. Abood-Carroll, Esq. P46304
Heather D. McGivern, Esq. P59393
Ryan Byrd, Esq. P75906
Orlans Associates, P.C.
Attorneys for CitiMortgage, Inc. as servicing agent for CitiMortgage, Inc., successor by merger to ABN AMRO Group, Inc.
P.O. Box 5041
Troy, MI 48007
(248) 502-1400
Email: crule@orlans.com
eabood-carroll@orlans.com
hmcgivern@orlans.com
rbyrd@orlans.com
File Number: 14-014621