# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 9 |
| | ) |
| | ) Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | ) |
| | ) Hon. Thomas J. Tucker |
| | ) |
| Debtor. | ) |

## EX PARTE MOTION OF SHANTE GOWENS FOR LEAVE TO FILE RESPONSE TO DEBTOR'S FORTY-SIXTH OMNIBUS OBJECTION TO CERTAIN CLAIMS IN THE TRADITIONAL MANNER

Now comes Shante Gowens, by and through her undersigned counsel, and for her *Ex Parte* Motion for Leave to File Response to Debtor's Forty-Sixth Omnibus Objection to Certain Claims in the Traditional Manner, respectfully states as follows:

1. Counsel for Shante Gowens ("Claimant"), understands that represented parties in this matter are to use the Court's electronic filing system; however, undersigned counsel does not have an ECF login and/or password for the United States Bankruptcy Court for the Eastern District of Michigan.

2. Claimant opposes the Debtor's forty-sixth objection for the reasons set forth in her Motion, and respectfully requests that this Court grant her permission to file said Response in the traditional manner.

3. Claimant is filing said Response contemporaneously with this Motion, and a Proposed Order.

WHEREFORE, Claimant respectfully requests that the Court GRANT her Motion for Leave to File her Response in the Traditional Manner.

Respectfully submitted,

FIEGER, FIEGER, KENNEY & HARRINGTON, P.C.

_/s/_

GEOFFREY N. FIEGER (P30441)
DAVID A. DWORETSKY (P67026)
Attorneys for *Steven Wolak, as Personal Representative of the Estate of Christopher Wolak, Deceased*
19390 W. Ten Mile Road
Southfield, MI 48075
(248) 355-5555

July 13, 2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: ) Chapter 9
)
) Case No. 13-53846
)
CITY OF DETROIT, MICHIGAN, )
) Hon. Thomas J. Tucker
)
Debtor. )

## ORDER GRANTING EX PARTE MOTION OF SHANTE GOWENS FOR LEAVE TO FILE RESPONSE TO DEBTOR'S FORTY-SIXTH OMNIBUS OBJECTION IN THE TRADITIONAL MANNER

At a session of said Court, held in the
City of Detroit, County of Wayne, State of
Michigan, on _____.

PRESENT: HONORABLE _____

This matter coming before the Court on the *Ex Parte* Motion of Shante Gowens for Leave to File Response to Debtor's Forty-Sixth Omnibus Objection in the Traditional Manner, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that SHANTE GOWENS is granted leave to file her Response to Debtor's Forty-Sixth Omnibus Objection in the traditional manner.

_____
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 9 |
| ) | |
| ) | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, ) | |
| ) | Hon. Thomas J. Tucker |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 13, 2016, she hand delivered Motion of Shante Gowens For Leave to File In the Traditional Manner and Proposed Order with the Clerk of the Court, and hand delivered said documents to Marc N. Swanson; Miller, Canfield, Paddock and Stone PLC, 150 West Jefferson, Suite 2500, Detroit, MI 48226.



RECEIVED JUL 13 2016 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN