IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                               )  Chapter 9
                                     )
                                     )  Case No. 13-53846
CITY OF DETROIT, MICHIGAN,           )
                                     )  Hon. Thomas J. Tucker
                                     )
Debtor.                              )

**ORDER GRANTING EX PARTE MOTION OF SHANTE GOWENS FOR LEAVE TO FILE RESPONSE TO DEBTOR'S FORTY-SIXTH OMNIBUS OBJECTION IN THE TRADITIONAL MANNER**

At a session of said Court, held in the City of Detroit, County of Wayne, State of Michigan, on ~~_____~~.

PRESENT: HONORABLE ~~_____~~

This matter coming before the Court on the *Ex Parte* Motion of Shante Gowens for Leave to File Response to Debtor's Forty-Sixth Omnibus Objection in the Traditional Manner, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that SHANTE GOWENS is granted leave to file her Response to Debtor's Forty-Sixth Omnibus Objection in the traditional manner. [1]

_[signature]_ 7-14-16
UNITED STATES BANKRUPTCY JUDGE

[1] Note – this is the second time (at least) that attorney David Dworetsky has sought and been granted permission to file in paper form. The Court is not likely to grant this attorney such permission again.