# EXHIBIT B

# GRIEVANCE CLAIMS

## DETROIT POLICE LIEUTENANTS & SERGEANTS ASSOCIATION

### OUTSTANDING GRIEVANCES/DISCIPLINARY CASES

In Re: City of Detroit
United States Bankruptcy Court, Eastern District of Michigan, Southern Division
Chapter 9 Case No. 13-53846
Hon. Steven W. Rhodes

| Member | Grievance No. | Type of Grievance |
|---|---|---|
| Sgt. Kevin Miller | 10-024 | The Grievant claims that he has been harassed and forced to work in a hostile and intimidating work environment in violation of Articles 5, 11, 33, and 53 of the collective bargaining agreement. Relief: The Grievant seeks a non-monetary cease and desist remedy. |
| Sgt. Kevin Miller | 12-010 | The Grievant protests the Department's refusal to allow him to work New Year's Day. The Department refused to put the Grievant on the holiday rotation schedule because he was on restricted duty. The Grievant alleges a violation of Articles 11, 37 & 53. Relief: monetary. |
| Cherell Stanley | 13-004 | The Grievant protests the refusal of the Department to pay her overtime for a report she was directed to complete at the end of her tour of duty. The Grievant alleges a violation of Articles 25 & 53. Relief: monetary. |
| LSA Policy | 13-006 | This is a policy grievance protesting the failure of the Department to factor in the employee's annual longevity amount in the current overtime calculation. The Association alleges a violation of Articles 25 & 53. Relief: monetary. |