UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN,

    Debtor.
_____/

Case No. 13-53846
Chapter 9
Hon. Thomas J. Tucker

## REQUEST FOR REMOVAL FROM ECF NOTIFICATION

Brian R. Trumbauer, an attorney with Bodman PLC, requests that he be removed from the ECF notification in the above-captioned case.

BODMAN PLC

By: /s/ Brian R. Trumbauer
Brian R. Trumbauer (P57747)
Attorneys for Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, Michigan 48226
Direct Dial: (313) 393-7554
Facsimile: (313) 393-7579
Email: btrumbauer@bodmanlaw.com

July 15, 2016