UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.
_____/

Case No. 13-53846
Judge Thomas J. Tucker
Chapter 9

**ORDER MODIFYING OMNIBUS CLAIM NO. 1881 FILED BY THE DPLSA TO WITHDRAW DPLSA GRIEVANCE 10-024 FROM OMNIBUS CLAIM 1881 AS MOOT WITHOUT PREJUDICE TO THE RIGHTS ASSERTED PURSUANT TO INDIVIDUAL CLAIM NO. 3426 FILED BY DPLSA MEMBER SERGEANT KEVIN D. MILLER**

This case is before the Court on the stipulation filed on July 15, 2016 between the City of Detroit, Michigan (the "City") and the Detroit Police Lieutenants and Sergeants Association (the "DPLSA") (Docket # 11369, the "Stipulation"). The Court, having read the Stipulation, is fully advised in the premises and finds good cause for the entry of this Order, and makes the following findings:

IT IS ORDERED that DPLSA omnibus Claim No. 1881 is modified to withdraw the Miller Grievance as moot.

IT IS FURTHER ORDERED that the withdrawal of the Miller Grievance is without prejudice to the rights of Sergeant Kevin D. Miller under Claim No. 3426 (the "Miller Claim"), *Miller v. City of Detroit, et al*, Wayne County Circuit Court

Case No. 10-06411-CD (the "Miller Case") and/or pending Michigan Court of Appeals Docket No. 328555(the "Miller Appeal").

IT IS FURTHER ORDERED that the City preserves its objections, defenses and rights of set off to the Miller Claim/Case/Appeal.

IT IS FURTHER ORDERED that Miller's rights under the Miller Claim, once adjudicated in the Miller Appeal, will, upon liquidation, be treated under the terms of the Plan of Adjustment.

.

**Signed on July 15, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge