# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER APPROVING STIPULATION RESOLVING OBJECTION TO CLAIM NUMBER 2780 AND WITHDRAWING CLAIM NUMBER 2780**

This case is before the Court on the *Stipulation for Resolution of Objection to Claim Number 2780 and Withdrawal of Claim Number 2780* (Docket # 11368, the "Stipulation"); the parties having entered a settlement agreement and having stipulated to the withdrawal of claim number 2780 and the resolution of the *Debtor's Fifteenth Omnibus Objection to Certain Claims (No Basis Claims)* (Docket # 9739, the "Objection") as to claim number 2780; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1.     The Objection is resolved as to proof of claim number 2780 filed by Thomas M. Nunley (the "Claim").

2.     The Claim is withdrawn and expunged.

3.    The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this Order.

.

**Signed on July 15, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge