UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                    Chapter 9

CITY OF DETROIT, MICHIGAN,                Case No. 13-53846

        Debtor.               Hon. Thomas J. Tucker

_____/

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS IN THIS CASE

Lisa S. Gretchko, an attorney with Howard & Howard Attorneys PLLC, requests that she be removed from receiving electronic filings in the above-captioned bankruptcy case.

        Respectfully submitted,

Dated: July 15, 2016    HOWARD & HOWARD ATTORNEYS PLLC

By: */s/ Lisa S. Gretchko*
Lisa S. Gretchko (P29881)
450 West Fourth Street
Royal Oak, MI 48067
Phone: (248) 723-0396
Fax: (248) 645-1568
E-mail: lgretchko@howardandhoward.com