UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  Chapter 9

CITY OF DETROIT, MICHIGAN,  Case No. 13-53846

Debtor.  Hon. Thomas J. Tucker
_____/

## CERTIFICATE OF SERVICE

I, Lisa Gretchko, hereby certify that on July 15, 2016 I filed the following item using the Court's electronic filing system which automatically serves notice of said filing and a copy of the filed item upon all ECF-participants in this case.

▶ Request to be Removed from Receiving Electronic Filings in this Case [Dkt. No. 11375]

Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC

Dated: July 15, 2016

By: /s/ Lisa S. Gretchko
Lisa S. Gretchko (P29881)
450 West Fourth Street
Royal Oak, Michigan 48067
Telephone: (248) 723-0396
Facsimile: (248) 645-1568
lgretchko@howardandhoward.com

4816-0074-2197, v. 1