# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

-------------------------------------------------- x

In re :: Chapter 9
:: Case No. 13-53846
CITY OF DETROIT, MICHIGAN, :: Judge Thomas J. Tucker
          Debtor. :

-------------------------------------------------- x

## ORDER WITHDRAWING
## DPLSA CLAIM #1881 AS MOOT

This case is before the Court on the stipulation filed on July 18, 2016 (Docket #11377, the "Stipulation") entitled "Stipulation for Order Withdrawing DPLSA Claim #1881 as Moot." Based on the Stipulation,

IT IS ORDERED THAT Claim No. 1881 filed on behalf of the Detroit Police Lieutenants and Sergeants Association is withdrawn as moot.

.

**Signed on July 18, 2016**

                                                     /s/ Thomas J. Tucker
                                                     Thomas J. Tucker
                                                     United States Bankruptcy Judge