**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
------------------------------------------------------ x
                                                        :
In re                                                   :: Chapter 9
                                                        :: Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                              :: Hon. Thomas J. Tucker
                                Debtor.                  :
------------------------------------------------------ x
```

## STIPULATION FOR ORDER WITHDRAWING
## DPLSA CLAIM #3784 AS MOOT

The City of Detroit, Michigan ("City" and the Detroit Lieutenants and Sergeants Association ("DPLSA"), by and through their undersigned counsel, hereby stipulate to the entry of an Order Confirming that Claim No. 3784 is resolved by the DPLSA Collective Bargaining Agreement ("the DPLSA CBA"), the City's Confirmed Plan of Adjustment and the Parties' Settlement and Allowing Withdrawal of DPLSA Claim No. 3784, as Moot, in the form attached as Exhibit A. In support of their request, the City and the DPLSA state the following:

1. On May 20, 2014, the DPLSA filed Claim No. 3784.

2. Claim No. 3784 was filed to amend DPLSA Claim Nos. 1844, 1861, 1878 and 1881 for notice purposes only.

3. This Court has previously confirmed the withdrawal of Claim Nos. 1844, 1861, 1878 and 1881 as moot [Docket Nos. 11202, 11194, 11195 and 11378], rendering Claim No. 3784 moot.

4. Therefore, the City and DPLSA seek the entry of an order confirming the

withdrawal of Claim No. 3784 as moot.

WHEREFORE, the parties request the Court enter an Order in the form attached hereto as Exhibit A.

STIPULATED AND AGREED:

| DPLSA ATTORNEYS | CITY OF DETROIT ATTORNEYS |
|---|---|
| */s/ Barbara A. Patek* | */s/ Mary Beth Cobbs* |
| Barbara A. Patek (P34666) | Mary Beth Cobbs (P40080) |
| Law Office of Barbara A Patek, PLC | City of Detroit Law Department |
| 27 E Flint Street, Suite 2 | 2 Woodward, Suite 500 |
| Lake Orion, MI 48362-3220 | Detroit, MI 48226 |
| p. (248) 814-9470 | (313) 237-3075 |
| f. (248-814-8231 | (313) 224-5505 |
| pateklaw@gmail.com | cobbm@detroitmi.gov |
| -and- | -and- |
| Peter Sudnick (P30768) | Letitia C. Jones (P52136) |
| Sudnick Law, PC. | City of Detroit Law Department |
| 2555 Crooks Rd, Suite 150 | 2 Woodward, Suite 500 |
| Troy, MI 48084 | Detroit, MI 48226 |
| (248) 643-8533 | (313) 237-3002 |

July 18, 2016

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
------------------------------------------------ x
                                                 :
In re                                            :: Chapter 9
                                                 :: Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                       :: Hon. Thomas J. Tucker
                        Debtor.                  :
------------------------------------------------ x
```

## ORDER WITHDRAWING
## DPLSA CLAIM #3784 AS MOOT

This case is before the Court on the stipulation filed on July 18, 2016 (Docket

# ____) entitled "Stipulation for Order Withdrawing DPLSA Claim #3784 as Moot."

Based on the Stipulation,

IT IS ORDERED THAT Claim No. 3784 filed on behalf of the Detroit Police

Lieutenants and Sergeants Association is withdrawn as moot.

**Signed on: _____**

_____
**Thomas J. Tucker**
**U.S. Bankruptcy Court Judge**