# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

## Order Party: Name, Address and Telephone Number

Name **Michael McKay**

Firm **Romano Law PLLC**

Address **23880 Woodward Avenue**

City, State, Zip **Pleasant Ridge, Michigan 48069**

Phone **248-750-0270**

Email **estempien@romanolawpllc.com**

Case/Debtor Name: **City of Detroit**

Case Number: **13-53846**

Chapter: **9**

Hearing Judge **Hon. Thomas J. Tucker**

⦿ **Bankruptcy**    ◯ **Adversary**

◯ **Appeal**    Appeal No: _____

## Hearing Information (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: **06/15/2016**    Time of Hearing: _____    Title of Hearing: Motion to Enforce Agreement

Please specify portion of hearing requested: ⦿ Original/Unredacted ◯ Redacted ◯ Copy (2nd Party)

⦿ Entire Hearing    ◯ Ruling/Opinion of Judge    ◯ Testimony of Witness    ◯ Other

Special Instructions: _____

## Type of Request:

⦿ Ordinary Transcript - $3.65 per page (30 calendar days)

◯ 14-Day Transcript - $4.25 per page (14 calendar days)

◯ Expedited Transcript - $4.85 per page (7 working days)

◯ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

FOR COURT USE ONLY

Transcript To Be Prepared By

Date        By

Order Received:

Transcript Ordered:

Transcript Received:

## Signature of Ordering Party:

_____ Date: 6/30/16

By signing, I certify that I will pay all charges upon completion of the transcript request.