UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                     :
In re                                                :: Chapter 9
                                                     :: Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                           :: Judge Thomas J. Tucker
                    Debtor.                          :
---------------------------------------------------- x

# ORDER WITHDRAWING DPLSA CLAIM # 3784 AS MOOT

This case is before the Court on the stipulation filed on July 18, 2016 (Docket # 11379) entitled "Stipulation for Order Withdrawing DPLSA Claim #3784 as Moot." Based on the Stipulation,

IT IS ORDERED that Claim No. 3784 filed on behalf of the Detroit Police Lieutenants and Sergeants Association is withdrawn as moot.

.

**Signed on July 19, 2016**

                                                        /s/ Thomas J. Tucker
                                                        Thomas J. Tucker
                                                        United States Bankruptcy Judge