**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---------------------------------------------------------x
                              :

| | | |
|---|---|---|
| In re | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| Debtor. | : | Hon. Thomas J. Tucker |

---------------------------------------------------------x

**STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND JEROME COLLINS FOR THE ENTRY OF AN ORDER EXTENDING THE TIME FOR JEROME COLLINS TO FILE A RESPONSE TO THE CITY OF DETROIT'S CORRECTED MOTION FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND (II) REQUIRING THE DISMISSAL WITH PREJUDICE OF THE FEDERAL COURT ACTION FILED BY JEROME COLLINS TO THE EXTENT IT SEEKS RELIEF AGAINST THE CITY OF DETROIT OR PROPERTY OF THE CITY OF DETROIT**

The City of Detroit, Michigan ("City") and Jerome Collins ("Collins") file this Stipulation by and between the City of Detroit, Michigan and Jerome Collins for the Entry of an Order Extending the Time for Jerome Collins to File a Response to the City of Detroit's Corrected Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (I) Requiring the Dismissal With Prejudice of the Federal Court Action Filed by Jerome Collins to the Extent It Seeks Relief Against the City of Detroit or Property of the City of Detroit ("Stipulation").

1. On July 8, 2015, the City filed its Corrected Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (I) Requiring the Dismissal With Prejudice of the Federal Court Action Filed by Jerome Collins to the Extent It Seeks Relief Against the City of Detroit or Property of the City of Detroit [Doc. No. 10182] ("Motion").

2. On September 23, 2015, the City filed the Suggestion of Bankruptcy as to Jerome Collins, staying prosecution of the Motion. [Doc. No. 10197].

3. On or about December 28, 2015, the United States Bankruptcy Court for the Eastern District of Michigan entered a final decree in Mr. Collins' individual bankruptcy case, case number 15-53613.

4. On April 21, 2016, the City filed and served a notice of opportunity to respond to the Motion. [Doc. No. 11103].

5. The City and Collins have been engaged in discussions regarding a potential settlement of the Motion.

6. The City and Collins request that the Court enter an order extending the deadline for Collins to file a response to the Motion to July 29, 2016.

WHEREFORE, the City and Collins respectfully request that the Court enter an order in substantially the same form as the one attached as Exhibit A.

**STIPULATED AND AGREED:**

| ATTORNEYS FOR THE CITY | ATTORNEYS FOR JEROME COLLINS |
|---|---|
| By: /s/ Marc N. Swanson<br>Jonathan S. Green (P33140)<br>Marc N. Swanson (P71149)<br>Ronald A. Spinner (P73198)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 963-6420<br>Facsimile: (313) 496-7500<br>swansonm@millercanfield.com<br>spinner@millercanfield.com | By: /s/ Benjamin Whitfield, Jr.<br>Benjamin Whitfield, Jr., Esq. (P23562)<br>Cynthia J. Gaither, Esq. (P40755)<br>BENJAMIN WHITFIELD, JR. & ASSOCIATES, P.C.<br>547 East Jefferson Ave<br>Detroit, Michigan 48226<br>Telephone: (313) 961-1000<br>Facsimile: (313) 961-3110<br>benwlaw123@aol.com<br>benwlaw4822@aol.com |

DATED: July 19, 2016

# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------x
:
In re                                                 : Chapter 9
                                                      :
CITY OF DETROIT, MICHIGAN,                            : Case No. 13-53846
                                                      :
         Debtor.                                      : Hon. Thomas J. Tucker
------------------------------------------------------x

**ORDER GRANTING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND JEROME COLLINS FOR THE ENTRY OF AN ORDER EXTENDING THE TIME FOR JEROME COLLINS TO FILE A RESPONSE TO THE CITY OF DETROIT'S CORRECTED MOTION FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND (II) REQUIRING THE DISMISSAL WITH PREJUDICE OF THE FEDERAL COURT ACTION FILED BY JEROME COLLINS TO THE EXTENT IT SEEKS RELIEF AGAINST THE CITY OF DETROIT OR PROPERTY OF THE CITY OF DETROIT**

Upon the Stipulation by and Between the City of Detroit, Michigan and Jerome Collins for the Entry of an Order Extending the Time for Jerome Collins to File a Response to the City of Detroit's Corrected Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (I) Requiring the Dismissal With Prejudice of the Federal Court Action Filed by Jerome Collins to the Extent It Seeks Relief Against the City of Detroit or Property of the City of Detroit ("<u>Stipulation</u>");[1] and the Court being otherwise advised in the premises;

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation

IT IS ORDERED THAT Jerome Collins must file a response to the Motion no later than July 29, 2016.