IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
                    :
In re                                       :         Chapter 9
                    :
CITY OF DETROIT, MICHIGAN,       :         Case No. 13-53846
                    :
        Debtor.                   :         Judge Thomas J. Tucker
---------------------------------------------------------x

**ORDER APPROVING STIPULATION BETWEEN THE CITY OF DETROIT, MICHIGAN AND JEROME COLLINS FOR ENTRY OF AN ORDER EXTENDING THE TIME FOR JEROME COLLINS TO FILE A RESPONSE TO THE CITY OF DETROIT'S CORRECTED MOTION FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND (II) REQUIRING THE DISMISSAL WITH PREJUDICE OF THE FEDERAL COURT ACTION FILED BY JEROME COLLINS TO THE EXTENT IT SEEKS RELIEF AGAINST THE CITY OF DETROIT OR PROPERTY OF THE CITY OF DETROIT**

Upon the stipulation filed on July 19, 2016 (Docket # 11382, the "Stipulation"), entitled "Stipulation By and Between the City of Detroit, Michigan and Jerome Collins for the Entry of an Order Extending the Time for Jerome Collins to File a Response to the City of Detroit's Corrected Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring the Dismissal With Prejudice of the Federal Court Action Filed by Jerome Collins to

the Extent It Seeks Relief Against the City of Detroit or Property of the City of Detroit"[1] and the Court being otherwise advised in the premises;

IT IS ORDERED that Jerome Collins must file a response to the Motion no later than July 29, 2016.

.

**Signed on July 19, 2016**

>     /s/ Thomas J. Tucker
>     Thomas J. Tucker
>     United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.