IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

**ORDER DISMISSING CITY'S MOTION TO ENFORCE (DOCKET # 9523) AS MOOT BASED ON THE PARTIES' SETTLEMENT AND THE DISMISSAL OF THE RELATED ADVERSARY PROCEEDINGS**

This case is before the Court on the stipulation filed on July 19, 2016 (Docket # 11384, the "Stipulation"), entitled "Stipulation Seeking Entry of Order Dismissing City's Motion to Enforce [Docket No. 9523] as Moot Pursuant to Parties' Settlement and Dismissal of Adversary Proceedings." Based on the Stipulation,

IT IS ORDERED that the City of Detroit's Motion for (I) Determination that the Detroit Police Lieutenants and Sergeants Association has Violated the Terms of the City of Detroit's Confirmed Plan of Adjustment and the Order Confirming It; and (II) Order (A) Enjoining Further Violations and (B) Requiring Dismissal of State Actions (Docket # 9523) is dismissed as moot, based on the Parties' settlement and the dismissals of the related Adversary Proceedings (Nos. 15-4207 and 15-4209).

**Signed on July 19, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge