UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN        ,            Chapter 9
                                              Case No. 13-53846
                 Debtor.                      Hon. Thomas J. Tucker
_____/

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS IN THIS CASE

PLEASE TAKE NOTICE that Jeffrey H. Bigelman, an Attorney with OSIPOV BIGELMAN, P.C. requests that the following email addresses be removed from the CM/ECF Electronic Notifications list and that he no longer receive electronic filings in the above-captioned bankruptcy case at the following e-mail addresses:

Email: jhb_ecf@osbig.com

Email: mk@osbig.com

                                   Respectfully Submitted,

Dated: July 21, 2016               OSIPOV BIGELMAN, P.C.

                                   /s/ Jeffrey H. Bigelman
                                   Jeffrey H. Bigelman (P61755)
                                   20700 Civic Center Drive, Suite 420
                                   Southfield, MI 48076
                                   Phone: (248) 663-1800/Fax (248) 663-1801
                                   jhb_ecf@osbig.com