# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 9 |
| | ) |
| **CITY OF DETROIT, MICHIGAN,** | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Thomas J. Tucker |

## REQUEST TO BE REMOVED FROM ELECTRONIC SERVICE LIST

Attorney Jason W. Bank hereby requests to be removed from the electronic service list in the above-captioned bankruptcy case because he no longer represents an interested party.

E-mail addressed to be removed:  jbank@kerr-russell.com

Dated:  July 21, 2016

**KERR, RUSSELL AND WEBER, PLC**

By:    /s/ Jason W. Bank
      Jason W. Bank (P54447)
500 Woodward Ave., Suite 2500
Detroit, MI  48226
(313) 961-0200]
jbank@kerr-russell.com