# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a copy of the *ORDER APPROVING STIPULATION BETWEEN THE CITY OF DETROIT, MICHIGAN AND JEROME COLLINS FOR ENTRY OF AN ORDER EXTENDING THE TIME FOR JEROME COLLINS TO FILE A RESPONSE TO THE CITY OF DETROIT'S CORRECTED MOTION FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND (II) REQUIRING THE DISMISSAL WITH PREJUDICE OF THE FEDERAL COURT ACTION FILED BY JEROME COLLINS TO THE EXTENT IT SEEKS RELIEF AGAINST THE CITY OF DETROIT OR PROPERTY OF THE CITY OF DETROIT* [Doc. No. 11383] to be served upon counsel for Jerome Collins as described below:

Served via electronic mail on July 19, 2016:

benwlaw4822@aol.com  and  benwlaw123@aol.com

Served via first class mail on July 21, 2016:

Benjamin Whitfield, Jr., Esq.
Benjamin Whitfield, Jr. & Associates, P.C.
613 Abbott St
Detroit, MI 48226


DATED: July 21, 2015

                                      By: /s/ Marc N. Swanson
                                          Marc N. Swanson
                                          150 West Jefferson, Suite 2500
                                          Detroit, Michigan 48226
                                          Telephone: (313) 496-7591
                                          Facsimile: (313) 496-8451
                                          swansonm@millercanfield.com