UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

             Debtor.  Judge Thomas J. Tucker
_____/

**ORDER REGARDING "MOTION [TO] FILE A LATE CLAIM"
FILED BY THOMASENA BARGE (DOCKET # 11161)**

      This case came before the Court for a hearing on July 20, 2016, on a motion filed on May 12, 2016 by Thomasena Barge, entitled "Motion [to] File a Late Claim" (Docket # 11161, the "Motion"). Confirming action taken during the hearing, and for the reasons stated by the Court on the record during the hearing,

      IT IS ORDERED that:

1. Except to the extent of the limited relief provided in paragraph 2 of this Order, below, the Motion is denied, without prejudice to the extent stated in paragraph 3 of this Order, below.

2. No later than August 10, 2016, the City of Detroit must file with the Court, and serve on Thomasena Barge, a written explanation, addressed to Ms. Barge, which explains the following about the "special annuity distributions" referred to in ¶ 11 of the Declaration of Cynthia A. Thomas (Ex. 2 at Docket # 11197): what these special annuity distributions were; what the basis was for those special annuity distributions; and how those special annuity distributions were calculated.

3. This Order, and the denial of the Motion as stated above, is without prejudice to the right of Thomasena Barge to file a new motion, seeking monetary relief and alleging specific facts which Ms. Barge contends show that she is entitled to one or more payments under the City's confirmed plan of adjustment above and beyond the monthly pension payment of $266.40 per month that she receives. Any such motion may not be filed, however, until after Ms. Barge has first received and reviewed the written explanation that the City is due to file no later than August 10, 2016.

**Signed on July 21, 2016**

                                                       /s/ Thomas J. Tucker
                                                       Thomas J. Tucker
                                                       United States Bankruptcy Judge