UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:                                              Chapter 9
CITY OF DETROIT, MICHIGAN                           Case # 13-53846
                                                    Hon. Thomas J. Tucker

         Debtor.
_____/

**REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATION LIST**

 MAXWELL DUNN, PLC by Ethan D. Dunn, attorney for Hercules & Hercules, Inc., requests that the following email addresses be removed from the CM/ECF notification list and that he no longer receive electronic filings in this bankruptcy proceeding.

| | | |
|---|---|---|
| Ethan D. Dunn | E-mail: | bankruptcy@maxwelldunnlaw.com |
| | E-mail: | bankruptcy.maxwelldunn@gmail.com |
| | E-mail: | bankruptcy.mdplc@gmail.com |

                              Respectfully submitted,
                              MAXWELL DUNN, PLC

                              /s/ Ethan D. Dunn
                              Ethan D. Dunn (P69665)
                              Attorneys for Hercules & Hercules, Inc.
                              24725 W. 12 Mile, Ste. 304
                              Southfield, MI 48034
                              (248) 246-1166
                              edunn@maxwelldunnlaw.com

Dated:  July 23, 2016