UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  Bankruptcy Case No. 13-53846

City of Detroit, Michigan,  Honorable: Thomas J. Tucker

    Debtor.  Chapter 9

ORDER

~~EXPARTE MOTION~~ TO ALLOW PAPER FILINGS OF DANNY CROWELL, LEOTA MURPHY AND JASMINE CROWELL'S RESPONSE OPPOSING THE CITY OF DETROIT'S MOTION TO ENFORCE ORDER

At a session of said Court in the County of Wayne,
State of Michigan, on: _____,

Present Honorable: _____.
    United States ~~District Court~~ Bankruptcy Judge

This ~~order~~ case having come before the court regarding Danny Crowell, Leota Murphy and Jasmine Crowell's exparte motion to allow paper filings to the City of Detroit's Motion to enforce order, and the otherwise being fully informed in the premises:

IT IS HEREBY ORDERED that Danny Crowell, Leota Murphy and Jasmine Crowell's motion be and hereby is granted. The clerk shall accept their paper filings in response to the City of Detroit's motion *at Docket #11357. These parties must file their papers separately from their exparte motion. And such paper must contain an actual ~~sgft~~ original signature by the parties' attorney (not just a typewritten "/s/" type signature — that is appropriate only for items filed electronically.)*

_____
United States ~~District Court~~ Bankruptcy Judge

13-53846-tjt    Doc 11398    Filed 07/27/16    Entered 07/27/16 16:45:55    Page 1 of 1