# EXHIBIT A
# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------- x
                                        :

In re                                       :: Chapter 9
                                        :: Case No. 13-53846

CITY OF DETROIT, MICHIGAN,         :: Hon. Thomas J. Tucker
                 Debtor.               :

------------------------------------------------------- x

## ORDER APPROVING STIPULATION FOR ORDER WITHDRAWING ATU LOCAL 26 CLAIM NOS. 940, 941, 943, AND 944 AS MOOT

This case is before the Court on the stipulation filed on July 28, 2016 (Docket# _____, the Stipulation) entitled, "Stipulation for Order Withdrawing ATU LOCAL 26 Claim Nos. 940, 941, 943, and 944 as Moot." Based on the Stipulation,

IT IS HEREBY ORDERED THAT Claim Nos. 940, 941, 943, and 944 filed on behalf of Amalgamated Transit Union, Local 26 are withdrawn as moot.