# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN          Chapter 9
         Case No. 13-53846-tjt
     Debtor          Hon. Thomas J. Tucker

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

Ronald L. Rose hereby requests to be removed from receiving electronic notices on behalf of Health Alliance Plan of Michigan at the following e-mail address: rrose@dykema.com.

         Respectfully submitted,

         By: /s/ Ronald L. Rose
             Ronald L. Rose (P19621)
             916 Suffield Road
             Birmingham, MI 48009
             ronrose100@gmail.com

Dated: July 29, 2016