In re:

CITY OF DETROIT, MICHIGAN            Chapter 9
                                                                    Case No. 13-53846-tjt
            Debtor                                  Hon. Thomas J. Tucker

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

Ronald L. Rose hereby requests to be removed from receiving electronic notices at the e-mail address: rrose@dykema.com, on behalf of the following Interested Parties:

         Ian Mobley
         Paul Kaiser
         Angie Wong
         James Washington
         Nathaniel Price
         Stephanie Hollander
         Jason Leverette-Saunders
         Darlene Hellenberg
         Kimberly Mobley
         Jerome Pierce
         Wanda Leverette
         Laura Mahler

t

                                       Respectfully submitted,

                                       By: /s/ Ronald L. Rose
                                           Ronald L. Rose (P19621)
                                           916 Suffield Road
                                           Birmingham, MI 48009
                                           ronrose100@gmail.com

Dated: August 1, 2016