LAW OFFICES
**ROMANO LAW, PLLC**
23880 Woodward Avenue • Pleasant Ridge, Michigan 48069 • (248) 750-0270

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
|     Debtor. | Chapter 9 |

_____/

## STATEMENT OF ISSUE ON APPEAL

1. Whether the Agreement Resolving Bankruptcy Claim of Michael McKay's is to be paid as a Class 14 claim under the Eighth Amended Bankruptcy Plan, or as a 42 USC 1983 claim against the individual officers that was not subject to treatment as a Class 14 Other Unsecured Claim under the bankruptcy plan confirmed by the United States Bankruptcy Court.

          ROMANO LAW, PLLC

          */s/ Eric Stempien*_____
          By: Eric Stempien (P58703)
Dated: August 1, 2016           Attorneys for Michael McKay

## CERTIFICATE OF SERVICE

    I hereby certify that on August 1, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

          */s/ Nane' Rosolino*_____
          Nane' Rosolino

1