IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

**CERTIFICATION OF NO RESPONSE OR OBJECTION REGARDING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST BETTY LETRICIA HAMBLIN**

On July 12, 2016, the City Of Detroit ("City") filed its Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof Against Betty Letricia Hamblin ("Motion") [Doc. No. 11356]. The Motion was served via first class mail and email upon counsel for Betty Letricia Hamblin on the same date. *See Certificate of Service* Exhibit A.

No response or objection to the Motion was filed with the Court and the time to do so has passed. The City respectfully requests that the Court enter an order in substantially the same form as the one which was attached to the Motion. *See Proposed Order* Exhibit B.

1

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
Jonathan S. Green (P33140)
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

- and -

CITY OF DETROIT LAW DEPARTMENT

Charles N. Raimi (P29746)
James Noseda (P52563)
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
Phone - (313) 237-0470
Email - raimic@detroitmi.gov

Attorneys for the City of Detroit

DATED: August 2, 2016

# Exhibit A

# EXHIBIT 4 – CERTIFICATE OF SERVICE

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 12, 2016, he served a copy of the foregoing *CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST BETTY LETRICIA HAMBLIN* upon counsel for Betty Letricia Hamblin, in the manner described below:

Via first class mail and email:

L. Louie Andreopoulos
Andreopoulos & Hill PLLC
28900 Woodward Ave
Royal Oak, MI 48067-0942
andhilllaw@sbcglobal.net

26982317.1\022765-00213

13-53846-tjt Doc 11443 Filed 08/02/16 Entered 08/02/16 15:22:26 Page 4 of 8
13-53846-tjt Doc 11356 Filed 07/12/16 Entered 07/12/16 15:21:26 Page 13 of 24

DATED: July 12, 2016

                              By: /s/ Marc N. Swanson
                              Marc N. Swanson (P71149)
                              150 West Jefferson, Suite 2500
                              Detroit, Michigan 48226
                              Telephone: (313) 496-7591
                              Facsimile: (313) 496-8451
                              swansonm@millercanfield.com

26982317.1\022765-00213

13-53846-tjt Doc 11413 Filed 08/02/16 Entered 08/02/16 15:22:26 Page 15 of 24
13-53846-tjt Doc 11356 Filed 07/12/16 Entered 07/12/16 15:21:26 Page 14 of 21

# Exhibit B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST BETTY LETRICIA HAMBLIN**

This matter, having come before the Court on the Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof Against Betty Letricia Hamblin ("<u>Motion</u>")[1], upon proper notice and no response having been timely filed, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**THE COURT ORDERS THAT:**

1. The Motion is granted.

2. Within five days of the entry of this Order Betty Letricia Hamblin will dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Motion.

captioned as *Betty Letricia Hamblin, Plaintiff, vs. The City of Detroit*, *Defendant*, filed in the Wayne County Circuit Court and assigned Case No. 15-008084-NF.

3.  Betty Letricia Hamblin is permanently barred, estopped and enjoined from asserting the claim arising from or related to her state court action identified in paragraph 2 above against the City of Detroit or property of the City of Detroit.

4.  Betty Letricia Hamblin is prohibited from sharing in any distribution in this bankruptcy case.

5.  The Court retains over any and all matters arising from the interpretation or implementation of this Order.