# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

**CERTIFICATION OF NO RESPONSE OR OBJECTION REGARDING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST DANNY CROWELL, LEOTA MURPHY AND JASMINE CROWELL**

On July 12, 2016, the City Of Detroit ("City") filed its Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof Against Danny Crowell, Leota Murphy and Jasmine Crowell ("Motion") [Doc. No. 11357]. The Motion was served via first class mail and email upon counsel for Danny Crowell, Leota Murphy and Jasmine Crowell on the same date. *See Certificate of Service* Exhibit A.

On July 27, 2016, Danny Crowell, Leota Murphy and Jasmine Crowell ("the Respondents") filed an *ex parte* motion with the court, seeking permission to file a paper response to the City's Motion (the "*Ex Parte* Motion"). The Court granted

1

the *Ex Parte* Motion to the extent that Respondents would be allowed to file a response in paper form with the Court, but also noted that the response attached to the *Ex Parte* Motion was deficient.

The *Ex Parte* Motion did not seek to extend the deadline to respond, and the Court's order granting it did not include an extension of the deadline. Thus, the Respondents had until July 29, 2016, to file a proper response with the Court. They failed to do so.[1]

For these reasons, no timely and cognizable response to the City's Motion has been filed and the relief sought therein may be granted. The City respectfully requests that the Court enter an order in substantially the same form as the one which was attached to the Motion. *See Proposed Order* Exhibit B.

---

[1] Should the Respondents' attorney protest that he did not realize that his response was deficient, it would change nothing. An attorney is required to know the rules of procedure in a court in which he chooses to practice. *See, e.g.*, *Portis v. Grand Trunk W. Ry. Co.*, 28 F.3d 1214, *4 (6th Cir. 1994) (table dec'n); *Cook v. United States (In re Earl Roggenbeck Farms, Inc.)*, 51 B.R. 913, 920 (E.D. Mich. 1985). If the Respondents are at all prejudiced by his actions, their relief now lies in an action against him, not the City.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
Jonathan S. Green (P33140)
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

- and -

CITY OF DETROIT LAW DEPARTMENT

Charles N. Raimi (P29746)
James Noseda (P52563)
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
Phone - (313) 237-0470
Email - raimic@detroitmi.gov

Attorneys for the City of Detroit

DATED: August 2, 2016

# Exhibit A

# EXHIBIT 4 – CERTIFICATE OF SERVICE

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 12, 2016, he served a copy of the foregoing *CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST DANNY CROWELL, LEOTA MURPHY AND JASMINE CROWELL* upon the person listed below, and in the manner described below:

Counsel to Danny Crowell, Leota Murphy and Jasmine Crowell, via first class mail and email:

Joseph Dedvukaj
The Joseph Dedvukaj Firm PC
1277 W Square Lake Rd
Bloomfield Hills, MI 48302-0845
jdlawfirm@aol.com

26987812.1\022765-00213

13-53846-tjt  Doc 11414  Filed 08/02/16  Entered 08/02/16 15:28:02  Page 15 of 93
13-53846-tjt  Doc 11357  Filed 07/12/16  Entered 07/12/16 15:36:49  Page 3 of 23

DATED: July 12, 2016

                               By: /s/ Marc N. Swanson
                                    Marc N. Swanson (P71149)
                                    150 West Jefferson, Suite 2500
                                    Detroit, Michigan 48226
                                    Telephone: (313) 496-7591
                                    Facsimile: (313) 496-8451
                                    swansonm@millercanfield.com

# Exhibit B

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST DANNY CROWELL, LEOTA MURPHY AND JASMINE CROWELL**

This matter, having come before the Court on the Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof against Danny Crowell, Leota Murphy and Jasmine Crowell ("<u>Motion</u>")[1], upon proper notice and no response having been timely filed, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**THE COURT ORDERS THAT:**

1. The Motion is granted.

2. Within five days of the entry of this Order:

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Motion.

(a) Danny Crowell will dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Danny Crowell, Leota Murphy and Jasmine Crowell vs. City of Detroit and Raul Villanueva Perez*, *Defendants*, filed in the Wayne County Circuit Court and assigned Case No. 16-006433-NI.

(b) Leota Murphy will dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Danny Crowell, Leota Murphy and Jasmine Crowell vs. City of Detroit and Raul Villanueva Perez*, *Defendants*, filed in the Wayne County Circuit Court and assigned Case No. 16-006433-NI.

(c) Jasmine Crowell will dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Danny Crowell, Leota Murphy and Jasmine Crowell vs. City of Detroit and Raul Villanueva Perez, Defendants, filed in the Wayne County Circuit Court* and assigned Case No. 16-006433-NI.

3. Danny Crowell, Leota Murphy and Jasmine Crowell are permanently barred, estopped and enjoined from asserting the claims arising from or related to their state court action identified in paragraphs 2(a) – (c) above against the City of Detroit or property of the City of Detroit.

4. Danny Crowell, Leota Murphy and Jasmine Crowell are prohibited from sharing in any distribution in this bankruptcy case.

5. The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.