Form ntchrg

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13–53846–tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38–6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **8/31/16** at **01:30 PM** to consider and act upon the following:

*10182* – Corrected Motion to Enforce Corrected Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring the Dismissal with Prejudice of the Federal Court Action filed by Jerome Collins to the extent it Seeks Relief against the City of Detroit or property of the City of Detroit Filed by Debtor In Possession City of Detroit, Michigan (Swanson, Marc)

Dated: 8/3/16

                BY THE COURT

                Katherine B. Gullo
                Clerk, U.S. Bankruptcy Court

                BY: csiku
                Deputy Clerk