# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, UNDER SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST BETTY LETRICIA HAMBLIN

This case is before the Court on the motion entitled "City of Detroit's Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof Against Betty Letricia Hamblin" (Docket # 11356, the "Motion"),[1] upon proper notice and no response having been timely filed, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**IT IS ORDERED THAT:**

1. The Motion is granted.

2. No later than August 10, 2016, Betty Letricia Hamblin must dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Motion.

as *Betty Letricia Hamblin, Plaintiff, vs. The City of Detroit, Defendant*, filed in the Wayne County Circuit Court and assigned Case No. 15-008084-NF.

3. Betty Letricia Hamblin is permanently barred, estopped and enjoined from asserting the claim arising from or related to her state court action identified in paragraph 2 above against the City of Detroit or property of the City of Detroit.

4. Betty Letricia Hamblin is prohibited from sharing in any distribution in this bankruptcy case.

5. No later than August 3, 2016, the City of Detroit must serve this Order upon Betty Hamblin, and file proof of such service.

6. The Court retains over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on August 02, 2016**

                                          /s/ Thomas J. Tucker
                                          Thomas J. Tucker
                                          United States Bankruptcy Judge