# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, UNDER SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST DANNY CROWELL, LEOTA MURPHY AND JASMINE CROWELL

This case is before the Court on the motion entitled "City of Detroit's Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof against Danny Crowell, Leota Murphy and Jasmine Crowell" (Docket # 11357, the "Motion"),[1] upon proper notice and no response having been timely filed,[2] the Court being fully advised in the premises, and there being good cause to grant the relief requested,

## IT IS ORDERED THAT:

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Motion.

[2] No separately-filed response to the Motion, properly signed by an attorney (or any *pro se* party), has been filed, despite the Court's instructions contained in the Court's Order to Allow Paper Filings, etc. filed July 27, 2016 (Docket # 11398). The deadline for filing a response to the Motion was July 29, 2016.

1. The Motion is granted.

2. No later than August 10, 2016:

    (a)    Danny Crowell must dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Danny Crowell, Leota Murphy and Jasmine Crowell vs. City of Detroit and Raul Villanueva Perez*, *Defendants*, filed in the Wayne County Circuit Court and assigned Case No. 16-006433-NI.

    (b)    Leota Murphy must dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Danny Crowell, Leota Murphy and Jasmine Crowell vs. City of Detroit and Raul Villanueva Perez*, *Defendants*, filed in the Wayne County Circuit Court and assigned Case No. 16-006433-NI.

    (c)    Jasmine Crowell must dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Danny Crowell, Leota Murphy and Jasmine Crowell vs. City of Detroit and Raul Villanueva Perez, Defendants, filed in the Wayne County Circuit Court* and assigned Case No. 16-006433-NI.

3. Danny Crowell, Leota Murphy and Jasmine Crowell are permanently barred, estopped and enjoined from asserting the claims arising from or related to their state court action identified in paragraphs 2(a) – (c) above against the City of Detroit or property of the City of Detroit.

4. Danny Crowell, Leota Murphy and Jasmine Crowell are prohibited from sharing in any distribution in this bankruptcy case.

5. No later than August 3, 2016, the City of Detroit must serve this Order upon Danny Crowell, Leota Murphy and Jasmine Crowell, and file proof of such service.

6.     The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on August 02, 2016**

                              _____/s/ **Thomas J. Tucker**_____
                              **Thomas J. Tucker**
                              **United States Bankruptcy Judge**