# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2016, he caused copies of the following documents to be served via first class mail as described below:

- Order Granting City Of Detroit's Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(C), Establishing Bar Dates For Filing Proofs of Claim and Approving Form and Manner of Notice Thereof Against Danny Crowell, Leota Murphy and Jasmine Crowell [Doc. No. 11417]

Served upon:

Joseph Dedvukaj
The Joseph Dedvukaj Firm PC
1277 W Square Lake Rd
Bloomfield Hills, MI 48302-0845

- Order Granting City Of Detroit's Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(C), Establishing Bar Dates For Filing Proofs of Claim and

Approving Form and Manner of Notice Thereof Against Betty Letricia Hamblin [Doc. No. 11416]

Served upon:

L. Louie Andreopoulos
Andreopoulos & Hill PLLC
28900 Woodward Ave
Royal Oak, MI 48067-0942


DATED: August 3, 2016

                                    By: /s/ Marc N. Swanson
                                          Marc N. Swanson
                                          150 West Jefferson, Suite 2500
                                          Detroit, Michigan 48226
                                          Telephone: (313) 496-7591
                                          Facsimile: (313) 496-8451
                                          swansonm@millercanfield.com