**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                          Bankruptcy Case No. 13-53846
City of Detroit, Michigan,                                      Honorable Thomas J. Tucker
    Debtor.                                  Chapter 9

_____/

## DESIGNATION OF RECORD ON APPEAL

In accordance with Rule 8006 of the Federal Rules of Bankruptcy Procedure, Claimant MICHAEL MCKAY, creditor in the above-referenced bankruptcy case, hereby submits the following statement of issues to be presented and designation of record items to be included in the record on appeal to the United States District Court for the Eastern District of Michigan in connection with the Notice of Appeal filed by MICHAEL MCKAY in the above-captioned case on June 24, 2016.

## DESIGNATION OF RECORD ITEMS FOR APPEAL

1. City of Detroit Eighth Amended Bankruptcy Plan - *Docket No. 8045*

2. Order Confirming City of Detroit Eighth Amended Bankruptcy Plan - *Docket No. 8272*

3. Hon. Stephen Rhodes's Oral Opinion Regarding the Adoption of the Bankruptcy Plan- Not in Appellant's Possession, Attached as Exhibit 10 To Claimant Michael McKay's Motion to Enforce Agreement Resolving Claim of Michael McKay - *Docket No. 11157 and Docket No. 8275*

4. Original Complaint for the Michael McKay case filed in Wayne County Circuit Court

1

LAW OFFICES
**ROMANO LAW, PLLC**
23880 Woodward Avenue • Pleasant Ridge, Michigan 48069 • (248) 750-0270

5. Michael McKay's Motion to Enforce Agreement filed in United States Bankruptcy Court for the Eastern District of Michigan, together with all attachments and exhibits - *Docket No. 11157*

6. City of Detroit's Objection to Claimant Michael McKay's Motion to Enforce Agreement - *Docket No. 11181*

7. Transcript from the oral argument related to Claimant Michael McKay's Motion to Enforce Agreement - *Document Ordered, Not In Appellant's Possession*

8. Order of Hon. Thomas J. Tucker regarding Claimant Michael McKay's Motion to Enforce Agreement - *Docket No. 11289*

9. City of Detroit's Agreement Resolving Claim of Michael McKay - *Exhibit B to Docket No. 11181*

ROMANO LAW, PLLC

*/s/ Stanley Okoli*
Eric Stempien (P58703)
Stanley Okoli (P73722)
Attorneys for Michael McKay

Dated: August 3, 2016

LAW OFFICES
**ROMANO LAW, PLLC**
23880 Woodward Avenue • Pleasant Ridge, Michigan 48069 • (248) 750-0270

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 3, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

                                           */s/ Nane' Rosolino*
                                           Nane' Rosolino

LAW OFFICES
**ROMANO LAW, PLLC**
23880 Woodward Avenue • Pleasant Ridge, Michigan 48069 • (248) 750-0270