# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit, Michigan      Case No. 13-53846
     Chapter 9
     Debtor(s).      Hon. Thomas J. Tucker
_____/

Michael McKay
     Appellant,      Adv. No Click here to enter text.
     v.

City of Detroit, Michigan
     Appellee.
_____/

## NOTICE OF TRANSMITTAL OF COMPLETE RECORD
## REGARDING NOTICE OF APPEAL

     I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Record on Appeal.

| | | | |
|---|---|---|---|
| ☒ | Appellant's Designation of Record. | ☐ | Appellee's Designation of Record |
| ☒ | Appellant's Statement of Issues | ☐ | Appellee's Statement of Issues |
| ☐ | Notice of Deficiency | | |
| ☐ | Other: Click here to enter text. | | |

**NOTE:**

☒ This matter was given civil case number 16-cv-12407 and assigned to District Court Judge Bernard A. Friedman

☐ The Appellant has not filed the Designation of Record.

Dated: August 4, 2016      Clerk, United States Bankruptcy Court

     By: /s/ LaShonda Moss
     Deputy Clerk