# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
City of Detroit, Michigan,  
    Debtor.

Bankruptcy Case No. 13-53846  
Honorable Thomas J. Tucker  
Chapter 9

_____/

## STATEMENT OF ISSUE ON APPEAL

1. Whether the Agreement Resolving Bankruptcy Claim of Michael McKay's is to be paid as a Class 14 claim under the Eighth Amended Bankruptcy Plan, or as a 42 USC 1983 claim against the individual officers that was not subject to treatment as a Class 14 Other Unsecured Claim under the bankruptcy plan confirmed by the United States Bankruptcy Court.

ROMANO LAW, PLLC

*/s/ Stanley Okoli*_____  
Eric Stempien (P58703)  
Stanley Okoli (P73722)  

Dated: August 2, 2016     Attorneys for Michael McKay

## CERTIFICATE OF SERVICE

    I hereby certify that on August 2, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

*/s/ Nane' Rosolino*_____  
Nane' Rosolino

LAW OFFICES  
ROMANO LAW, PLLC  
23880 Woodward Avenue • Pleasant Ridge, Michigan 48069 • (248) 750-0270

1

13-53846-tjt Doc 11422 Filed 08/02/16 Entered 08/02/16 13:36:37 Page 1 of 1
13-53846-tjt Doc 11422-1 Filed 08/04/16 Entered 08/04/16 09:38:06 Page 1 of 1