

Notice of Receipt of Bankruptcy Documents in 2:16-cv-12407-BAF-RSW Detroit, City of

cmecfadmin

to:

do_not_reply

08/04/2016 10:26 AM

Hide Details

From: cmecfadmin@mied.uscourts.gov

To: do_not_reply@mied.uscourts.gov,

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of Michigan

### Notice of Electronic Filing

The following transaction was entered on 8/4/2016 at 10:25 AM EDT and filed on 8/4/2016

**Case Name:** Detroit, City of
**Case Number:** [2:16-cv-12407-BAF-RSW](#)
**Filer:**
**Document Number:** No document attached

### Docket Text:
**TEXT-ONLY NOTICE of Receipt of Complete Record on Appeal (VLun)**

**2:16-cv-12407-BAF-RSW Notice has been electronically mailed to:**

Eric Stempien     estempien@romanolawpllc.com, dromano@romanolawpllc.com, mcoulter@romanolawpllc.com, nrosolino@romanolawpllc.com

James D. Noseda     nosej@detroitmi.gov, jdnoseda@yahoo.com

Jerry L. Ashford     ashfj@detroitmi.gov

Marc N Swanson     swansonm@millercanfield.com

Ronald A. Spinner     spinner@millercanfield.com

Stanley Okoli     sokoli@romanolawpllc.com, asutton@romanolawpllc.com, dromano@romanolawpllc.com, mcoulter@romanolawpllc.com

**2:16-cv-12407-BAF-RSW Notice will not be electronically mailed to:**