# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                        Chapter 9

City of Detroit, Michigan,                    Case No. 13-53846

    Debtor.                              Hon. Thomas J. Tucker

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On August 4, 2016, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- **Order on Debtor's Forty-Sixth Omnibus Objection to Certain Claims** [Docket No. 11391]

Dated: August 5, 2016

                                                                       /s/ Stephanie Delgado
                                                                       Stephanie Delgado
                                                                       KCC
                                                                       2335 Alaska Ave
                                                                       El Segundo, CA 90245

# Exhibit A

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Owens-dooley, Cynthia | 2535 W Grand Blvd Apt 316 | Detroit | MI | 48208-1223 |