# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>　　　　Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2016, a ***THE CITY OF DETROIT'S RESPONSE TO "ORDER REGARDING 'MOTION [TO] FILE A LATE CLAIM' FILED BY THOMASENA BARGE (DOCKET #11161)" (DOCKET # 11392)*** ("Response") along with its redacted Exhibit 1 was filed electronically with the court.

The undersigned further certifies that on August 10, 2016, a copy of the Response with its unredacted Exhibit 1 was sent to Thomasina Barge via first class mail as follows:

Ms. Thomasina Barge
5226 Newport Street
Detroit, MI 48213-3741

August 10, 2016

                                    By: <u>/s/ Marc N. Swanson</u>
                                         Marc N. Swanson
                                         150 West Jefferson, Suite 2500
                                         Detroit, Michigan 48226
                                         Telephone: (313) 496-7591
                                         Facsimile: (313) 496-8451
                                         swansonm@millercanfield.com