To: Clerk of the Court
United States Bankruptcy court
211 W Fort Street Suite 2100
Detroit, MI 48226

cc: Atty: Marc N Swanson
Miller, Canfield, Paddock and Stone. PLC.

From: Henry Wolfe III
Retired: City of Detroit, DRD
Member AFSCME Local 836
18507 Ohio
Detroit, MI 48221

Re: City of Detroit, Michigan, Debtor Bankruptcy Case No 13-53846

To Honorable Thomas J. Tucker,

I am on a list of claimants (page 16 Claim #1821) of current, ex or retired city employees that the City of Detroit is trying to "expunge" or disallow" paying money that they are rightfully owed. I am filing an **objection to this assertion** and I am going on record stating that the City of Detroit does owe me **$36,607.50**. In C of D's objection, they falsely state that the out of class was not pre-approved, but their own internal e-mail I've enclosed disproves this. This total is based on 1627 hours of Out of Class work for the City of Detroit at a rate of $22.50 an hour, I worked out of class as Recreation Center Supervisor Grade II at Patton and Lipke Recreation Centers. The Out Of Class work started in February 2011 and ended upon my retirement in May 2013. I have re-enclosed an e-mail from then Director Alicia Minter (now Bradford) to Human Resource Managers Marcus Holmes and LaQuita Evans backing up these facts. Thank you for your attention to this matter and I will be attending the hearing in August.

Sincerely,

Henry Wolfe III
Retired: DRD
Member AFSCME Local 836

FILED (I) 2016 AUG 11 A 11: 43 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

**Dave Bing, Mayor**

>>> Alicia Minter 11/8/12 11:43 AM >>>
Hi, Kathy

I have several employees who should be on pre-approved OOC; have been working for 6 months or more in assignment and indicated they have not been compensated:

Robert Auston, Recreation Instructor to Recreation Center Supv. Gr. I-October 2011-current
Karla Williamson, R.C.S. II to District Supervisor - 2/22/12-9/28/ 2012
Al Williams, Rec. Instructor to R.C.S. I - 2/28/12-current
Lisa Cunningham Rec. Instructor to R.C.S. I - 2/22/12-9/28/12
Michael West Rec. Instructor to R.C.S. I - 3/7/12-9/28/12
Henry Wolfe, Rec. Instructor to R.C.S. I - 3/5/12-current
Kent Gresham, Rec Instructor to R.C.S. I-4/1/12-current

Forms have been submitted monthly for payment. Would you please review and determine when payment can be expected and what would need to be done to have paid on bi-weekly payroll.

Please give me a call if you have any questions.

Thank you


Alicia C. Minter, General Manager
Detroit Recreation Department
Executive Office
18100 Meyers Rd
Detroit, MI  48235

mintera@detroitmi.gov

Dave Bing, Mayor