August 5, 2016

FILED

2016 AUG 16 A 10: 15

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

To: Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

To: Marc N. Swanson Miller, Canfield, Paddock and Stone, PLC
150 W. Jefferson, Suite 2500
Detroit, MI 48226

From: Beatrice McQueen
26533 Blumfield Street
Roseville, MI 48066

Claim Number 785

I, Beatrice McQueen, responding to the notice received August 4, 2016 from the United States Bankruptcy Court, Eastern District of Michigan, and Southern Division, has requested a response to the decision of the City of Detroit to disallow and expunge the claim filed due to non-payment of vacation time. I DO OPPOSE the objection of this claim and will attend the court hearing dated August 31, 2016.

Thank You.

Sincerely,

Beatrice McQueen