August 15, 2016

FILED

2016 AUG 17 A 11: 03

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Re: Bankruptcy Case #13-53846

Claim #1094

Good morning,

I'm submitting my written request regarding the objection letter that was sent out to me denying my grievance claim. Since the time I put my grievance in I had inquired about when my claim was going to be heard by the union. For years, I'd been given excuses. Either I had to wait on a new contract to come out. Or the president moved on and I have to wait for the next president to review my claim. The excuses kept piling up one on top of the other. Ultimately it led to my grievance never being heard. This year in April 2016, I contacted Tracey Reynolds, AFSCME local 2920 union president (work) 313-964-9020 (cell) 313-790-5045, and she informed me she has no update to give me regarding my claim because the board hasn't heard it yet. I then asked Mrs. Reynolds was she planning on requesting a hearing and she informed me no, and that she has no other information to give me at that time.

I'm not understanding how you've reached the decision that my grievance regarding the matter of myself being qualified and actively performing the job duties within my title as Senior Clerk and not being offered overtime regarding senior clerk job duties. I'm sure you have a copy of my grievance to review.

I am also asking to be excused of the hearing being held August 31, 2016 @ 1:30pm in courtroom 1925, Due to the fact I just started a new job and my attendance here is mandatory.

Melinda Allen
6350 Begole St.
Detroit, Michigan 48210
313-525-9795