August 15, 2016

Clerk of the Court

United States Bankruptcy Court

211 W. Fort Street, Suite 2100

Detroit, MI 48226

I believe I filed a claim with the City of Detroit in error. I have been receiving monthly checks from the Detroit Police Pension Board as part of my divorce settlement per the Qualified Domestic Relations Order (QDRO) that they have on file. There has been no disruption in my monthly payments.

I contacted the Pension Board and was informed the Retirement System and the City of Detroit are separate entities. The city is not the administrator of the benefit plan, but rather the Detroit Police Retirement System. The purpose of this letter is my requested written response to the Forty-Seventh Omnibus Objection.

Thank you,

*Linda A Caldwell* (signature)

Linda A Caldwell

CLAIM Number 497

1721 Newberry

Milford, MI 48380

Home: 248 887 2431    Work: 734 793 4340


CC: Marc N. Swanson

Miller, Canfield, Paddock and Stone, PLC

150 West Jefferson, Suite 2500

Detroit, MI 48226

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

### NOTICE OF DEBTOR'S FORTY-SEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

(No Basis)

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIMS(S).**

PLEASE TAKE NOTICE THAT the City of Detroit ("City") has filed an objection to your claim because it does not identify a valid basis for any liability of the City ("Forty-Seventh Omnibus Objection") and, therefore, should be disallowed and expunged.

**YOUR CLAIM MAY BE REDUCED, MODIFIED OR ELIMINATED PURSUANT TO FED. R. BANKR. P. 3007(e)(1) AND PRIOR ORDERS OF THIS COURT. YOU SHOULD CAREFULLY REVIEW EXHIBIT 2 OF THE FORTY-SEVENTH OMNIBUS OBJECTION TO FIND YOUR NAME AND CLAIM. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**