UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: *City of Detroit*

CASE NO: 13-53846-tjt
CHAPTER: 9

Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on 8/9/2016 (date of mailing), I served copies as follows:

1. Document(s) served:

   *Response*

2. Served upon [name and address of each person served]:

   Marc N. Swanson Miller Canfield, Paddock and Stone, PLC

3. By First Class Mail

   *Certified*

Dated: 8/19/2016

(Signature) *Beatrice McQueen*

Print Name: *Beatrice McQueen*

FILED 2016 AUG 19 P 12:58 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT