Clerk of the Court

United States Bankruptcy Court

211 W. Fort Street, Suite 2100

Detroit, MI 48226

**FILED**

**2016 AUG 18 P 1: 25**

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Copy to: Marc N. Swanson, Miller Canfield, Paddock and Stone, PLC

150, West Jefferson, Suite 2500, Detroit, MI 48226

REF: Bankruptcy Case No. 13-53846; **Claim Number: 3151**

Honorable Judge:

I, Jojy T. Valikodath, an employee of City of Detroit and claimant, who has filed proof of claim was not able to send a written response to objection due to medical leave of absence. I was on medical leave of absence under Family Medical Leave Act (FMLA) from May 13, 2016 to July 01, 2016. See attached time off document through Personal Medical Leave (FMLA) approved by the City.

Furthermore, during the deadline of mailing a response and to attend the hearing scheduled on June 15, 2016, I was under a medical treatment and had my postal mail to be held by post office. Considering these unforeseen and beyond my control situations, please reinstate my status for the above claim and include me for all considerations from the filing date of my claim. Thank you honorable judge for your consideration and support.

Respectfully,

Jojy T. Valikodath

20071 Herzog drive,

Rockwood, MI 48173

Mobile: 313-595-2476

Attachments: Proof of medical leave of absence

Copy of Exhibit 2: Claims



City of Detroit
Employee Services Division
General City Services Group
2 Woodward Avenue, Suite 308
Detroit, Michigan 48226
Phone: (313) 224-3725
Fax:    (313) 224-7325
www.ci.detroit.mi.us

May 16, 2016

Jojy Valikodath
20071 Herzog Dr.
Rockwood, MI 48173

**RE:    Approved <u>Continuous – Personal</u> Medical Leave (FMLA)**

**DEPT**: Housing Revitalization Dept.

Dear    Mr. Valikodath**:**

Your request for Personal Medical Leave to cover your health condition has been approved effective <u>**May 13, 2016-**</u> <u>**July 1, 2016.**</u>  Usage must not exceed 12 weeks during **the one year period** <u>May 13, 2016- May 13, 2017.</u>

Effective January 1, 2014, the twelve (12) month FMLA period for City employees shall be defined as the twelve (12) months proceeding the first day of the current intended FMLA absence (i.e., the prior 12 months).   This method, referred to as the Rolling Year Method, uses the 12-month period measured backward from the date an employee uses any FMLA leave.

This change may impact the number of hours/weeks you have available for FMLA usage. Although you are eligible for up to twelve (12) weeks of time off for FMLA purposes, you may not have the full compliment of FMLA hours in your bank.  Time used during the previous 12 months immediately preceding your request affects the number of hours available.  Please note, you should check your banks before usage to determine if you have enough available hours to cover the requested time.

You have requested to use the following leave time to cover your absence(s):

__3 Consecutive Sick Days per occurrence _X_ Sick (Personal Only) _X_ Vacation___Compensatory Time  ___Unpaid

Please be advised of the following when utilizing your FMLA Benefits:

- You will utilize all sick bank hours first, prior to utilizing other off time banks when calling to  report an absence related to your own personal illness
- You are still required to adhere to the department's call-in procedure when reporting your absence
- You must **declare** your absence as FMLA when calling your supervisor
- Your requested leave time will be counted against your 12 week FMLA allotment
- Your supervisor must be notified in advance of all scheduled medical appointments
- Your absence(s) not identified as FMLA related, will be charged to your attendance record
- You may be required to recertify every 30 days

<u>**Continuous Only**</u>
If your leave is continuous, you must provide this office with acceptable documentation prior to its expiration if you are unable to return to work. Failure to return to work or to request and be approved for an extension is considered absent without leave (AWOL). An AWOL status may result in your separation from City employment.

<u>**Returning to Work**</u>
If your situation involves hospitalization, restrictions, or absence of 30 or more days, you must contact your Human Resources Consultant, Cassandra Farley at (313) 224-3725 for return to work processing.



City of Detroit
Employee Services Division
General City Services Group
2 Woodward Avenue, Suite 308
Detroit, Michigan 48226
Phone: (313) 224-3725
Fax:     (313) 224-7325
www.ci.detroit.mi.us

Mr. Valikodath

Page 2

May 16, 2016

Sincerely,

*Cassandra Farley*

**Cassandra Farley**
**Human Resources Consultant III**

cc:          HR Manager              Department Liaison
             File                    Benefits
             Payroll

Enclosure:   Employee Rights & Responsibilities

# EXHIBIT 2: CLAIMS

Each claim below is objectionable because it asserts an employee obligation claim against the City, which does not provide a valid basis for City liability. Each page in this objection is pertinent to this ground for objection.

| Claim Number | Name | Claim Amount | Nature |
|---|---|---|---|
| 1960 | Adam Price | $11,106.80 | General Unsecured |
| 2619 | Alaris Langston | $16,164.97 | General Unsecured |
| 1786 | Alesia C Young | $600.00 | General Unsecured |
| 2836 | Allan Davis | $5,785.12 | General Unsecured |
| 2992 | Alvin J. Mitchell Jr. | $40,010.00 | General Unsecured |
| 2642 | Angel L Cancel Jr. | $600.00 | General Unsecured |
| 1775 | Anthony Derrick Smith | $60,805.40 | General Unsecured |
| 3308 | Arleen S. Wheeler | $750.00 | General Unsecured |
| 3466 | Armella Nickleberry | $600.00 | General Unsecured |
| 3252 | Arnez Agee | $19,216.00 | General Unsecured |
| 3012 | Bellamy, Audrey Vardiman | $20,000.00 | General Unsecured |
| 3462 | Calvin Foulks | $750.00 | General Unsecured |
| 1774 | Carl Smith | $20,430.87 | General Unsecured |
| 2431 | Carla Smith | $30,045.37 | General Unsecured |
| 3116 | Christopher Turner | $100,000.00 | General Unsecured |
| 1493 | Cosuynya Hill | $10,000.00 | General Unsecured |
| 1494 | Cosuynya Hill | $1,400.00 | General Unsecured |
| 1496 | Cosuynya Hill | $720.00 | General Unsecured |
| 1497 | Cosuynya Hill | $5,000.00 | General Unsecured |
| 2827 | Danielle Westbrook | $13,400.00 | General Unsecured |
| 2000 | Dannie Shufford | UNLIQUIDATED | General Unsecured |
| 2440 | Darrell S. Carrington | $11,697.98 | General Unsecured |
| 3302 | Darryl Canty | UNLIQUIDATED | General Unsecured |
| 3303 | Darryl Canty | UNLIQUIDATED | General Unsecured |
| 3305 | Darryl Canty | UNLIQUIDATED | General Unsecured |
| 3075 | Daryl Edwards | $18,133.00 | General Unsecured |
| 3172 | Davida Hughey | $300.00 | General Unsecured |
| 2455 | Davis, Brenda L | $22,038.54 | General Unsecured |
| 2462 | Debra A. Martin | UNLIQUIDATED | General Unsecured |
| 3556 | Debra L. Harper | $130.00 | General Unsecured |
| 3557 | Debra L. Harper | $390.00 | General Unsecured |
| 3619 | Debra L. Harper | $1,300.00 | General Unsecured |
| 3620 | Debra L. Harper | $3,000.00 | General Unsecured |
| 2489 | Deidra Lynn Cook | $15,423.80 | General Unsecured |
| 2776 | Demetta L. Chambliss | BLANK | General Unsecured |
| 1476 | Diana Lynn Patillo | $21,835.16 | General Unsecured |
| 2373 | Dinah Lynn Bolton | $49,793.19 | General Unsecured |

- 1 -



Each claim below is objectionable because it asserts an employee obligation claim against the City, which does not provide a valid basis for City liability. Each page in this objection is pertinent to this ground for objection.

| Claim Number | Name | Claim Amount | Nature |
|---:|---|---|---|
| 1477 | Dionne D. Chandler | UNLIQUIDATED | General Unsecured |
| 1957 | Dorenda S. Werdlow | $13,467.28 | General Unsecured |
| 2385 | Doretta Catchings | UNLIQUIDATED | General Unsecured |
| 2861 | Edward Ramey Jr. | $24,657.50 | General Unsecured |
| 3213 | Fern Clement | $41,128.50 | General Unsecured |
| 3091 | George A. Kaw | $33,481.44 | General Unsecured |
| 2831 | Gerald Moore | $18,241.66 | General Unsecured |
| 3163 | Gerhard Eady | $32,981.44 | General Unsecured |
| 1823 | Gladys M Cannon | $27,481.72 | General Unsecured |
| 1794 | Gueelma Brown | $22,572.06 | General Unsecured |
| 2357 | Guilbeaux, Debra F | $150,000.00 | General Unsecured |
| 2899 | Hale, Mary | $20,538.00 | Priority |
| 2476 | Harold Franklin Bryant | $23,761.77 | General Unsecured |
| 3458 | Harris, Lorraine | $40,000.00 | General Unsecured |
| 1092 | Hayes, Bruce G | $2,250.00 | General Unsecured |
| 2927 | Hearn, Charlene | $25,750.00 | General Unsecured |
| 2258 | Henry Wolfe III | $2,800.00 | General Unsecured |
| 3461 | Herman R. Johnson | $30,000.00 | General Unsecured |
| 1772 | Hope Strange | $39,698.06 | General Unsecured |
| 1483 | Ivala M Allen | $6,925.00 | General Unsecured |
| 2414 | Jacueline M. Jackson | $45,287.29 | General Unsecured |
| 3193 | James F. Capizzo | UNLIQUIDATED | General Unsecured |
| 1886 | James T. Sudak | $4,554.00 | General Unsecured |
| 1890 | James T. Sudak | $1,800.00 | General Unsecured |
| 3192 | Jed Roberson | $15,000.00 | Priority |
| 3445 | Jennings, Lucretia Gary | $8,400.00 | General Unsecured |
| 3078 | Johnson, Dominique R | UNLIQUIDATED | General Unsecured |
| 3151 | Jojy T. Valikodath | $14,770.62 | General Unsecured |
| 2396 | Kenneth Sanders | $22,843.50 | General Unsecured |
| 3082 | Kim McCoy | $20,590.27 | General Unsecured |
| 1524 | Kimberly Z. Riley | $350.00 | General Unsecured |
| 1922 | Kuplicki, Stephen | $10,000.00 | Priority |
| 1922 | Kuplicki, Stephen | $181,495.19 | General Unsecured |
| 3541 | LaDenna Bailey | $29,087.20 | Priority |
| 1520 | LaTonya Pennington | $25,498.35 | General Unsecured |
| 2453 | Laura E. Bryant | $22,581.77 | General Unsecured |
| 1909 | Laurie Walker | $600.00 | General Unsecured |
| 2303 | Lee, Vera | $3,978.00 | General Unsecured |
| 2304 | Lee, Vera | $2,100.00 | General Unsecured |

- 2 -