UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                    Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                  Chapter 9

            Debtor.                               Judge Thomas J. Tucker
_____ /

**ORDER DENYING MOTION FOR RECONSIDERATION
FILED BY JOJY T. VALIKODATH**

       This case is before the Court on a letter from Jojy T. Valikodath that was filed on August 18, 2016 (Docket # 11446, the "Motion"), which the Court construes as a motion for reconsideration of, and for relief from, the June 20, 2016 Order Sustaining Debtor's Forty-Fourth Omnibus Objection to Certain Claims (Docket # 11300, the "June 20, 2016 Order").

       The Court finds that the Motion fails to demonstrate a palpable defect by which the Court and the parties have been misled, and that a different disposition of the case must result from a correction thereof. *See* Local Rule 9024-1(a)(3).

       In addition, the Court finds that the allegations in the Motion do not establish excusable neglect under Fed.R.Civ.P. 60(b)(1), Fed.R.Bankr.P. 9024, or any other valid ground for relief from the June 20, 2016 Order.

       NOW, THEREFORE,

       IT IS ORDERED that the Motion (Docket # 11446) is denied.
.

**Signed on August 22, 2016**

                                                   /s/ Thomas J. Tucker
                                                   Thomas J. Tucker
                                                   United States Bankruptcy Judge