# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>　　　Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION FOR RESOLUTION OF OBJECTION TO CLAIM NUMBER 2455 FILED BY BRENDA L. DAVIS AND ALLOWANCE OF CLAIM NUMBER 2455 IN A REDUCED AMOUNT

Brenda L. Davis ("Claimant"), and the City of Detroit, Michigan ("City," and with Claimant, the "Parties"), by and through its undersigned counsel, state as follows in support of the entry of the *Order Approving Stipulation Resolving Objection to Claim Number 2455 filed by Brenda L. Davis and Allowing Claim Number 2455 in a Reduced Amount* attached hereto as Exhibit 1.

1. On February 21, 2014, Claimant filed proof of claim number 2455 (the "Claim") in the amount of $22,038.54.

2. On May 12, 2016, the City filed its *Debtor's Forty-Fourth Omnibus Objection to Certain Claims (No Basis)* (the "Objection," Doc. No. 11162).

3. The Parties have reached a resolution regarding the Claim and the City's Objection to the Claim. The Parties agree that the Claim should be allowed in the amount of $4,780.00 as a Class 15 Convenience Claim. As provided by the terms of Class 15 of the City's confirmed *Eighth Amended Plan for the Adjustment*

*of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 8045), the Claimant will receive a cash payment of $1,195.00, which is 25% of the allowed amount referenced above, in full and final satisfaction of the Claim.

WHEREFORE the Parties respectfully request that the Court enter an order in the form attached as Exhibit 1, resolving the Objection as regards the Claim and allowing the Claim in a reduced amount as a Class 15 Convenience Claim.

Stipulated and agreed to on August 18, 2016:

MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Counsel for the City of Detroit, Michigan

Claimant for Claim 2455

/s/ Brenda L. Davis
Brenda L. Davis
31418 Schoenherr Rd., Apt 1
Warren, MI 48088-1954

The foregoing instrument was acknowledged before me this 18 day of August, 2016, by Brenda L. Davis, who is personally known to me or who produced a driver's license as identification.

Notary Stamp:

**Nina Tucker**
Notary Public, Wayne County
expiration 9/5/2019

Notary's Signature: [signature]
Notary's Name: Nina Tucker
Notary Public, State of MI, County of Wayne
My commission Expires: 9/5/2019
Acting in the County of: Wayne

**Nina Tucker**
Notary Public, Wayne County
expiration 9/5/2019

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING STIPULATION RESOLVING OBJECTION TO CLAIM NUMBER 2455 FILED BY BRENDA L. DAVIS AND ALLOWING CLAIM NUMBER 2455 IN A REDUCED AMOUNT

This matter having come before the Court on the *Stipulation for Resolution of Objection to Claim Number 2455 filed by Brenda L. Davis and Allowance of Claim Number 2455 in a Reduced Amount* (the "Stipulation"); the parties having stipulated to the allowance of claim number 2455 in a reduced amount and the resolution of the *Debtor's Forty-Fourth Omnibus Objection to Certain Claims (No Basis)* (the "Objection," Doc. No. 11162) as to claim number 2455; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Objection is resolved as to proof of claim number 2455 filed by Brenda L. Davis (the "Claim").

2. The Claim is allowed as a Class 15 Convenience Claim in the amount of $4,780.00 and will be paid in a cash payment of $1,195.00, which is 25% of the allowed amount, according to the terms of the City's confirmed *Eighth Amended*

*Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 8045).

    3. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.