## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

RECEIVED AUG 19 2016

## STIPULATION FOR RESOLUTION OF OBJECTION TO CLAIM NUMBER 3082 FILED BY KIM R. MCCOY AND ALLOWANCE OF CLAIM NUMBER 3082 IN A REDUCED AMOUNT

Kim R. McCoy ("Claimant"), and the City of Detroit, Michigan ("City," and with Claimant, the "Parties"), by and through its undersigned counsel, state as follows in support of the entry of the *Order Approving Stipulation Resolving Objection to Claim Number 3082 filed by Kim R. McCoy and Allowing Claim Number 3082 in a Reduced Amount* attached hereto as Exhibit 1.

1. On February 21, 2014, Claimant filed proof of claim number 3082 (the "Claim") in the amount of $20,590.27.

2. On May 12, 2016, the City filed its *Debtor's Forty-Fourth Omnibus Objection to Certain Claims (No Basis) (the "Objection," Doc. No. 11162).*

3. The Parties have reached a resolution regarding the Claim and the City's Objection to the Claim. The Parties agree that the Claim should be allowed in the amount of $4,780.00 as a Class 15 Convenience Claim. As provided by the terms of Class 15 of the City's confirmed *Eighth Amended Plan for the Adjustment*

*of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 8045), the Claimant

will receive a cash payment of $1,195.00, which is 25% of the allowed amount

referenced above, in full and final satisfaction of the Claim.

WHEREFORE the Parties respectfully request that the Court enter an order

in the form attached as Exhibit 1, resolving the Objection as regards the Claim and

allowing the Claim in a reduced amount as a Class 15 Convenience Claim.

Stipulated and agreed to on August 19, 2016:

MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Counsel for the City of Detroit, Michigan

Claimant for Claim 3082

Kim R. McCoy
21070 Woodland Glen, Apt. 202
Northville, MI 48167

The foregoing instrument was acknowledged before me this 19 day of August, 2016, by
Kim R McCoy_____, who is personally known to me or
who produced a driver's license as identification.

Notary Stamp:

Notary's Signature: _____
Notary's Name: Cheyenne Kelly
Notary Public, State of MI , County of Wayne
My commission Expires: April 22, 2022
Acting in the County of: Wayne

CHEYENNE KELLY
Notary Public - Michigan
Wayne County
My Commission Expires Apr 22, 2022
Acting in the County of Wayne

EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>      Debtor. | Bankruptcy Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

## ORDER APPROVING STIPULATION RESOLVING OBJECTION TO CLAIM NUMBER 3082 FILED BY KIM R. MCCOY AND ALLOWING CLAIM NUMBER 3082 IN A REDUCED AMOUNT

This matter having come before the Court on the *Stipulation for Resolution of Objection to Claim Number 3082 filed by Kim R. McCoy and Allowance of Claim Number 3082 in a Reduced Amount* (the "Stipulation"); the parties having stipulated to the allowance of claim number 3082 in a reduced amount and the resolution of the *Debtor's Forty-Fourth Omnibus Objection to Certain Claims (No Basis)* (the "Objection," Doc. No. 11162) as to claim number 3082; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Objection is resolved as to proof of claim number 3082 filed by Kim R. McCoy (the "Claim").

2. The Claim is allowed as a Class 15 Convenience Claim in the amount of $4,780.00 and will be paid in a cash payment of $1,195.00, which is 25% of the allowed amount, according to the terms of the City's confirmed *Eighth Amended*

*Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 8045).

3.  The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.