# KILPATRICK & ASSOCIATES, P.C.
## Attorneys and Counselors at Law
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
Phone: (248) 377-0700
Fax: (248) 377-0800

**RICHARDO I. KILPATRICK**
*Stephanie J. Addison*
*Shakeena G. Melbourne*
*James M. McArdle\**
*Noel J. Ravenscroft*
*Bonita S. Hoffman*

615 Griswold, Suite 1305
Detroit, MI 48226-3985

*\*Illinois only*

July 28, 2016

Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
211 W. Fort Street
Detroit, MI 48226

Sent via email and first class mail

Re:     Leonora K. Baughman (P33534)

Dear Sir or Madam,

Effective July 29, 2016, Leonora K. Baughman is no longer with Kilpatrick & Associates, P.C. Please reassign all the cases on the system assigned to Leonora K. Baughman for Kilpatrick & Associates, P.C. to Noel J. Ravenscroft.

Please contact me if you have any questions.

Very truly yours,

Richardo I. Kilpatrick

RIK/lkb

13-53846-tjt    Doc 11463    Filed 08/25/16    Entered 08/25/16 09:43:19    Page 1 of 1