**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

RECEIVED AUG 24 2016
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Thomas J Tucker

City of Detroit, Michigan
    Debtor.
_____/

**MOTION FOR/TO** Ex Parte to file in paper copies of Appearance of Counsel, Claimant's Response to ~~City of~~ Detroit Water and sewerages motion for clarification of Nov. 9, 2016 order, and Claimant Ken Spicer Counsel Counsel's Proof of Service

NOW COMES ~~Debtor(s)~~, and brings this motion. In support of ~~Debtor(s)'s~~ motion, Debtor states the following [state the facts]:

1. Claimant received a motion regarding reconsideration Counsel represents Claimant Ken Spicer

2. Counsel has registered for ECF training to be held Aug 26, 2016, but cannot file electronically today

3. Claimant ~~Debtor~~ requests this court allow intake to electronically file Claimant's response.

WHEREFORE, ~~Debtor~~ Claimant requests this Court to consider ~~Debtor's~~ Claimant's Motion and afford ~~Debtor~~ Claimant what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Dated: Aug 24, 2016

Respectfully submitted,

Elizabeth A Ferguson
(~~Debtor's~~ Signature) Counsel for Claimant
Print Name: Elizabeth A Ferguson
P53645

(Co-Debtor's Signature)
Print Name: _____

FILED 2016 AUG 24 A 10:28 U.S. BANKRUPTCY E.D. Michigan

**Liz Ferguson**

| | |
|---|---|
| **From:** | cmecfhelpdesk@mieb.uscourts.gov |
| **Sent:** | Tuesday, August 23, 2016 11:03 AM |
| **To:** | lizferguson@lawofficeseaferguson.com |
| **Subject:** | Attorney Training Registration for U.S. Bankruptcy Court - Eastern District of Michigan |

*** Do not reply to this email ***

Registration Confirmation for **09:00 AM** on **Friday, Aug 26, 2016** in:

**Detroit**
United States Bankruptcy Court
211 W. Fort St., 21st Floor
Detroit, Michigan 48226

**Please be aware that you will be unable to join the training class if you arrive more than ten minutes past the start time.**

Please refer to ID: **2F1BDFE7** (this is not your ECF ID) for inquires.

To Cancel Registration please follow the following link:
http://www.mieb.uscourts.gov/apps/ecfTraining/Cancel.cfm?uuid=2F1BDFE7

*[Handwritten note:]* response to Motion is due Thursday, Aug 25. (Motion served by mail to Ferguson on Aug 11) — E.A. Ferguson