UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

FILED (I)
2016 AUG 25 A 10 30
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

IN RE:

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Thomas J. Tucker

City of Detroit, Michigan
Debtor.
_____/

ORDER GRANTING MOTION TO/FOR file in paper copies of Appearance of Counsel, Claimant's Response to Detroit Water and Sewerage Department's Motion for Clarification of Nov 19, 2015 order, and Proof of Service

This matter having come before the Court on Debtor's motion, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.

Signed: 8-25-16

Thomas J. Tucker
United States Bankruptcy Judge

13-53846-tjt    Doc 11466    Filed 08/25/16    Entered 08/25/16 10:59:18    Page 1 of 1