# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

In re:

|  |  |
|---|---|
| | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Hon. Thomas J. Tucker |
| Debtor. | |
| _____/ | Case No. 13-53846 |

## APPEARANCE OF COUNSEL

To:    The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Claimant Kim Spicer, Claim Number 3657.

Law Offices of Elizabeth A. Ferguson, PLLC

*/s/ Elizabeth A. Ferguson*
Elizabeth A. Ferguson (P53645)
Attorney for Claimant Kim Spicer
55 Southbound Gratiot
Mount Clemens, MI 48043
(586) 206-0157
lizferguson@lawofficeseaferguson.com

Dated: August 23, 2016

FILED

2016 AUG 24 A 10: 28

U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT