UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.
_____/

Chapter 9

Hon. Thomas J. Tucker

Case No. 13-53846

## PROOF OF SERVICE

**Elizabeth A. Ferguson** states that on August 24, 2016, she served a copy of her Appearance as Counsel for Claimant, Claimant's Response to Detroit Water and Sewerage Department's Motion for Clarification of November 19, 2016 Order, and this Proof of Service on the following parties by depositing the same in the US mail, with appropriate postage affixed:

Richardo I. Kilpatrick, Kilpatrick & Associates, PC., 615 Griswold, Suite 1305, Detroit, MI 48226

Office of the US Trustee, 211 West Fort Street, Suite 700, Detroit, MI 48226

Law Offices of Elizabeth A. Ferguson, PLLC

/s/ Elizabeth A. Ferguson
Elizabeth A. Ferguson (P53645)
Attorney for Claimant Kim Spicer
55 Southbound Gratiot
Mount Clemens, MI 48043
(586) 206-0157
lizferguson@lawofficeseaferguson.com

Dated: August 24, 2016