# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

**Week One**

| Enter Date ----------> | 6/18/12 | 6/19/12 | 6/20/12 | 6/21/12 | 6/22/12 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP I | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total   40

**Week Two**

| Enter Date ----------> | 6/25/12 | 6/26/12 | 6/27/12 | 6/28/12 | 6/29/12 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | | 7 | 7 | | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | C | | | V | 0 |
| HPRP | | T | | | A | 0 |
| NSP I | | | | | C | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | | 1 | 1 | | 3 |
| Other | | 8 | | | 8 | 16 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total   40

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 6/18/2012 |
| To: | 6/29/2012 |

*Employee Signature/Date*

*Supervisor Signature/Date*

revised 12/9/10

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Enter Date ---> | 6/4/12 | 6/5/12 | 6/6/12 | 6/7/12 | 6/8/12 | | |
|---|---|---|---|---|---|---|---|
| Week One | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | | 35 |
| ESG | | | | | | | 0 |
| General Fund | | | | | | | 0 |
| Home | | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | | 0 |
| Lead Grant/CDBG | | | | | | | 0 |
| Home/CDBG | | | | | | | 0 |
| HPRP | | | | | | | 0 |
| NSP I | | | | | | | 0 |
| NSP II | | | | | | | 0 |
| CDBG-R | | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | | 5 |
| Other | | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |

Total 40

| Enter Date ---> | 6/11/12 | 6/12/12 | 6/13/12 | 6/14/12 | 6/15/12 | | |
|---|---|---|---|---|---|---|---|
| Week Two | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | | 35 |
| ESG | | | | | | | 0 |
| General Fund | | | | | | | 0 |
| Home | | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | | 0 |
| Lead Grant/CDBG | | | | | | | 0 |
| Home/CDBG | | | | | | | 0 |
| HPRP | | | | | | | 0 |
| NSP I | | | | | | | 0 |
| NSP II | | | | | | | 0 |
| CDBG-R | | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | | 5 |
| Other | | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 |
| | | | | | | | 0 |

Total 40

Division/Section: Real Estate / Development
From: 6/4/2012
To: 6/15/2012

revised 12/9/10

Employee Signature/Date     6/18/12

Supervisor Signature/Date

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

**Week One**

| Enter Date ------------> | 5/21/12 | 5/22/12 | 5/23/12 | 5/24/12 | 5/25/12 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP I | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

**Week Two**

| Enter Date ------------> | 5/28/12 | 5/29/12 | 5/30/12 | 5/31/12 | 6/1/12 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | H | | | | | 0 |
| NSP I | D | | | | | 0 |
| NSP II | A | | | | | 0 |
| CDBG-R | Y | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 5/21/2012 |
| To: | 6/1/2012 |

_Dan L. Bellon_ 6/1/12

**Employee Signature/Date**

**Supervisor Signature/Date**

revised 12/9/10

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| | | | | | | Total Hrs. | 80 |
|---|---|---|---|---|---|---|---|

| Enter Date --------------> | 5/7/12 | 5/8/12 | 5/9/12 | 5/10/12 | 5/11/12 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | D | | 0 |
| HPRP | | | | L | | 0 |
| NSP I | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | 1 | | 1 | 4 |
| Other | | | | 8 | | 8 |
| | | | | | | |
| Bond (Enter Project Name Below) | | | | | | |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Enter Date --------------> | 5/14/12 | 5/15/12 | 5/16/12 | 5/17/12 | 5/18/12 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP I | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |
| | | | | | | |
| Bond (Enter Project Name Below) | | | | | | |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40                Total 40

Division/Section: Real Estate / Development
From: 5/7/2012
To: 5/18/2012

Employee Signature/Date    _Dad Botton 5/22/12_

Supervisor Signature/Date

revised 12/9/10

## Planning and Development Department Bi-Weekly Work Summary
### Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 4/23/12 | 4/24/12 | 4/25/12 | 4/26/12 | 4/27/12 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP I | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Enter Date ------------> | 4/30/12 | 5/1/12 | 5/2/12 | 5/3/12 | 5/4/12 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP I | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 4/23/2012 |
| To: | 5/4/2012 |

Derd Butler 5/4/12
Employee Signature/Date

Supervisor Signature/Date

revised 12/9/10

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| | | | | | | Total Hrs. | 80 |

| Enter Date ------------> | 4/9/12 | 4/10/12 | 4/11/12 | 4/12/12 | 4/13/12 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP 1 | | | | | v | 0 |
| NSP II | | | | | ^ | 0 |
| CDBG-R | | | | | c | 0 |
| Lunch | 1 | 1 | 1 | 1 | | 4 |
| Other | | | | | 8 | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Enter Date ------------> | 4/16/12 | 4/17/12 | 4/18/12 | 4/19/12 | 4/20/12 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Division/Section: Real Estate / Development
From: 4/9/2012
To: 4/20/2012

*Employee Signature/Date*     *Supervisor Signature/Date*

revised 12/9/10

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 3/26/12 | 3/27/12 | 3/28/12 | 3/29/12 | 3/30/12 | | |
|---|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | | |
| Block Grant | 7 | 7 | 7 | 7 | | | 28 |
| ESG | | | | | | | 0 |
| General Fund | | | | | | | 0 |
| Home | | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | | 0 |
| Lead Grant/CDBG | | | | | | | 0 |
| Home/CDBG | | | | | | | 0 |
| HPRP | | | | | | | 0 |
| NSP 1 | | | | | | V | 0 |
| NSP II | | | | | | A | 0 |
| CDBG-R | | | | | | C | 0 |
| Lunch | 1 | 1 | 1 | 1 | | | 4 |
| Other | | | | | | 8 | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

| Enter Date ------------> | 4/2/12 | 4/3/12 | 4/4/12 | 4/5/12 | 4/6/12 | | |
|---|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | | |
| Block Grant | 7 | 7 | 7 | 7 | | | 28 |
| ESG | | | | | | | 0 |
| General Fund | | | | | | | 0 |
| Home | | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | | 0 |
| Lead Grant/CDBG | | | | | | H | 0 |
| Home/CDBG | | | | | | D | 0 |
| HPRP | | | | | | A | 0 |
| NSP 1 | | | | | | Y | 0 |
| NSP II | | | | | | | 0 |
| CDBG-R | | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | | 4 |
| Other | | | | | | 8 | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

*Employee Signature/Date*    Dr. Bubba 4/5/12

*Supervisor Signature/Date*

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 3/26/2012 |
| To: | 4/6/2012 |

revised 12/9/10

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 3/12/12 | 3/13/12 | 3/14/12 | 3/15/12 | 3/16/12 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Enter Date ------------> | 3/19/12 | 3/20/12 | 3/21/12 | 3/22/12 | 3/23/12 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | V | | | | | 0 |
| NSP 1 | A | | | | | 0 |
| NSP II | C | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 3/12/2012 |
| To: | 3/23/2012 |

*Employee Signature/Date*   3/23/12

_____
*Supervisor Signature/Date*

revised 12/9/10

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ----------> | 2/27/12 | 2/28/12 | 2/29/12 | 3/1/12 | 3/2/12 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Enter Date ----------> | 3/5/12 | 3/6/12 | 3/7/12 | 3/8/12 | 3/9/12 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | V | | | | | 0 |
| NSP 1 | A | | | | | 0 |
| NSP II | C | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 2/27/2012 |
| To: | 3/9/2012 |

Employee Signature/Date    Dand Botton 3/7/12

Supervisor Signature/Date

revised 12/9/10

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 2/13/12 | 2/14/12 | 2/15/12 | 2/16/12 | 2/17/12 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | V | | | | 0 |
| HPRP | | A | | | | 0 |
| NSP 1 | | C | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | | 1 | 1 | 1 | 4 |
| Other | | 8 | | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

| Enter Date ------------> | 2/20/12 | 2/21/12 | 2/22/12 | 2/23/12 | 2/24/12 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

_D. Butler 2/24/12_
**Employee Signature/Date**

**Supervisor Signature/Date**

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 2/13/2012 |
| To: | 2/24/2012 |

revised 12/9/10

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date --------------> | 1/30/12 | 1/31/12 | 2/1/12 | 2/2/12 | 2/3/12 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | C | | | 0 |
| Home/CDBG | | | T | | | 0 |
| HPRP | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | | 1 | 1 | 4 |
| Other | | | 8 | | | 8 |
| | | | | | | |
| Bond (Enter Project Name Below) | | | | | | |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Enter Date --------------> | 2/6/12 | 2/7/12 | 2/8/12 | 2/9/12 | 2/10/12 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |
| | | | | | | |
| Bond (Enter Project Name Below) | | | | | | |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 1/30/2012 |
| To: | 2/10/2012 |

Employee Signature/Date    Supervisor Signature/Date

revised 12/9/10

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 1/16/12 | 1/17/12 | 1/18/12 | 1/19/12 | 1/20/12 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | H | | | | | 0 |
| Lead Grant/CDBG | D | | | | | 0 |
| Home/CDBG | A | | | | | 0 |
| HPRP | Y | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total  40

| Enter Date ------------> | 1/23/12 | 1/24/12 | 1/25/12 | 1/26/12 | 1/27/12 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | V | 0 |
| HPRP | | | | | A | 0 |
| NSP 1 | | | | | C | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | | | | | 8 | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total  40

_David Butler 1/26/12_
**Employee Signature/Date**

_____
**Supervisor Signature/Date**

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 1/16/2012 |
| To: | 1/27/2012 |

revised 12/9/10

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| | Total Hrs. | 80 |
|---|---|---|

| Enter Date ------------> | 1/2/12 | 1/3/12 | 1/4/12 | 1/5/12 | 1/6/12 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | H | | | | | 0 |
| Lead Grant/CDBG | D | | | | | 0 |
| Home/CDBG | A | | | | | 0 |
| HPRP | Y | | | | | 0 |
| NSP I | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total   40

| Enter Date ------------> | 1/9/12 | 1/10/12 | 1/11/12 | 1/12/12 | 1/13/12 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | 7 | | 7 | 7 | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | S | | V | | | 0 |
| HPRP | I | | A | | | 0 |
| NSP 1 | C | | C | | | 0 |
| NSP II | K | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | | 1 | | 1 | 3 |
| Other | | 8 | | 8 | 1 | 16 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total   40

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 1/2/2012 |
| To: | 1/13/2012 |

_David Bobba_ 1/13/12
**Employee Signature/Date**

**Supervisor Signature/Date**

revised 12/9/10

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 12/19/11 | 12/20/11 | 12/21/11 | 12/22/11 | 12/23/11 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | V | V | V | V | | 0 |
| Lead Grant (2009-2012) | A | A | A | A | | 0 |
| Lead Grant/CDBG | C | C | C | C | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | H | 0 |
| NSP I | | | | | D | 0 |
| NSP II | | | | | A | 0 |
| CDBG-R | | | | | Y | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total   40

| Enter Date ------------> | 12/26/11 | 12/27/11 | 12/28/11 | 12/29/11 | 12/30/11 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | H | V | V | V | H | 0 |
| HPRP | D | A | A | A | D | 0 |
| NSP 1 | A | C | C | C | A | 0 |
| NSP II | Y | | | | Y | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | | | | | 0 |
| Other | | 8 | 8 | 8 | 8 | 8 | 40 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total   40

Employee Signature/Date   1/13/12    Supervisor Signature/Date

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 12/19/2011 |
| To: | 12/30/2011 |

revised 12/9/10

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

**Total Hrs.** 80

| Enter Date -----------> | 12/5/11 | 12/6/11 | 12/7/11 | 12/8/11 | 12/9/11 | |
|---|---|---|---|---|---|---|
| **Week One** | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| **Block Grant** | 7 | 7 | 7 | 7 | 7 | 35 |
| **ESG** | | | | | | 0 |
| **General Fund** | | | | | | 0 |
| **Home** | | | | | | 0 |
| **Lead Grant (2009-2012)** | | | | | | 0 |
| **Lead Grant/CDBG** | | | | | | 0 |
| **Home/CDBG** | | | | | | 0 |
| **HPRP** | | | | | | 0 |
| **NSP 1** | | | | | | 0 |
| **NSP II** | | | | | | 0 |
| **CDBG-R** | | | | | | 0 |
| **Lunch** | 1 | 1 | 1 | 1 | 1 | 5 |
| **Other** | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |

**Total** 40

| Enter Date -----------> | 12/12/11 | 12/13/11 | 12/14/11 | 12/15/11 | 12/16/11 | |
|---|---|---|---|---|---|---|
| **Week Two** | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| **Block Grant** | 7 | 7 | 7 | 7 | 7 | 35 |
| **ESG** | | | | | | 0 |
| **General Fund** | | | | | | 0 |
| **Home** | | | | | | 0 |
| **Lead Grant (2009-2012)** | | | | | | 0 |
| **Lead Grant/CDBG** | | | | | | 0 |
| **Home/CDBG** | | | | | | 0 |
| **HPRP** | | | | | | 0 |
| **NSP 1** | | | | | | 0 |
| **NSP II** | | | | | | 0 |
| **CDBG-R** | | | | | | 0 |
| **Lunch** | 1 | 1 | 1 | 1 | 1 | 5 |
| **Other** | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

**Total** 40

Division/Section: Real Estate / Development
From: 12/5/2011
To: 12/16/2011

revised 12/9/10

*Employee Signature/Date*    12/16/11

*Supervisor Signature/Date*

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 11/21/11 | 11/22/11 | 11/23/11 | 11/24/11 | 11/25/11 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | | | | 14 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | J | | | 0 |
| Home/CDBG | | | D | | | 0 |
| HPRP | | | | H | H | 0 |
| NSP 1 | | | | D | D | 0 |
| NSP II | | | | A | A | 0 |
| CDBG-R | | | | Y | Y | 0 |
| Lunch | 1 | 1 | | | | 2 |
| Other | | | 8 | 8 | 8 | 24 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Enter Date ------------> | 11/28/11 | 11/29/11 | 11/30/11 | 12/1/11 | 12/2/11 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | D | | 0 |
| NSP 1 | | | | L | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | | 1 | 4 |
| Other | | | | 8 | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Employee Signature/Date

Supervisor Signature/Date

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 11/21/2011 |
| To: | 12/2/2011 |

revised 12/9/10

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date -------------> | 11/7/11 | 11/8/11 | 11/9/11 | 11/10/11 | 11/11/11 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | | | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | V | H | 0 |
| NSP 1 | | | | A | D | 0 |
| NSP II | | | | C | A | 0 |
| CDBG-R | | | | | Y | 0 |
| Lunch | 1 | 1 | 1 | | | 3 |
| Other | | | | 8 | 8 | 16 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Enter Date -------------> | 11/14/11 | 11/15/11 | 11/6/11 | 11/17/11 | 11/18/11 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 11/7/2011 |
| To: | 11/18/2011 |

Employee Signature/Date        Supervisor Signature/Date

revised 12/9/10

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date --------------> | 10/24/11 | 10/25/11 | 10/26/11 | 10/27/11 | 10/28/11 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 4 | 7 | | 7 | 25 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | V | | D | | 0 |
| HPRP | | A | | L | | 0 |
| NSP 1 | | C | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | | 1 | | 1 | 3 |
| Other | | 4 | | 8 | | 12 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Enter Date --------------> | 10/31/11 | 11/1/11 | 11/2/11 | 11/3/11 | 11/4/11 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | 7 | 7 | 7 | | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | V | | | | V | 0 |
| Home/CDBG | A | | | | A | 0 |
| HPRP | C | | | | C | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | | 3 |
| Other | 8 | | | | 8 | 16 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Employee Signature/Date   _Dl fulton 11/15/11_

Supervisor Signature/Date

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 10/24/2011 |
| To: | 11/4/2011 |

revised 12/9/10

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 10/10/11 | 10/11/11 | 10/12/11 | 10/13/11 | 10/14/11 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Enter Date ------------> | 10/17/11 | 10/18/11 | 10/19/11 | 10/20/11 | 10/21/11 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | V | | | | | 0 |
| Home/CDBG | A | | | | | 0 |
| HPRP | C | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

_Employee Signature/Date_    _Supervisor Signature/Date_

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 10/10/2011 |
| To: | 10/21/2011 |

revised 12/9/10

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| | Total Hrs. | 80 |
|---|---|---|

| Enter Date ------------> | 9/26/11 | 9/27/11 | 9/28/11 | 9/29/11 | 9/30/11 | |
|---|---|---|---|---|---|---|
| Week One: | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total · 40

| Enter Date ------------> | 10/3/11 | 10/4/11 | 10/5/11 | 10/6/11 | 10/7/11 | |
|---|---|---|---|---|---|---|
| Week Two: | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | 7 | | | 7 | 7 | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | S | S | | | 0 |
| Home/CDBG | | I | I | | | 0 |
| HPRP | | C | C | | | 0 |
| NSP 1 | | K | K | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | 1 | | | 1 | 1 | 3 |
| Other | | 8 | 8 | | | 16 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 9/26/2011 |
| To: | 10/7/2011 |

_Employee Signature/Date_   _Supervisor Signature/Date_

revised 12/9/10

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 9/12/11 | 9/13/11 | 9/14/11 | 9/15/11 | 9/16/11 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Enter Date ------------> | 9/19/11 | 9/20/11 | 9/21/11 | 9/22/11 | 9/23/11 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 9/12/2011 |
| To: | 9/23/2011 |

Employee Signature/Date

Supervisor Signature/Date

revised 12/9/10

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

**Week One**

| Enter Date --------------> | 8/29/11 | 8/30/11 | 8/31/11 | 9/1/01 | 9/2/11 | |
|---|---|---|---|---|---|---|
| Week One | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | 7 | 7 | 7 | 7 | | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | V | 0 |
| NSP 1 | | | | | A | 0 |
| NSP II | | | | | C | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | | 4 |
| Other | | | | | 8 | 8 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total   40

**Week Two**

| Enter Date --------------> | 9/5/11 | 9/6/11 | 9/7/11 | 9/8/11 | 9/9/11 | |
|---|---|---|---|---|---|---|
| Week Two | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | | | 7 | 7 | 7 | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | H | | | | | 0 |
| HPRP | D | V | | | | 0 |
| NSP 1 | A | A | | | | 0 |
| NSP II | Y | C | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | | | 1 | 1 | 1 | 3 |
| Other | 8 | 8 | | | | 16 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total   40

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 8/29/2011 |
| To: | 9/9/2011 |

_Employee Signature/Date_     9/9/11

_Supervisor Signature/Date_

revised 12/9/10

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ----------> | 8/15/11 | 8/16/11 | 8/17/11 | 8/18/11 | 8/19/11 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | D | | | | | 0 |
| Home/CDBG | O | | | | | 0 |
| HPRP | W | | | | | 0 |
| NSP 1 | O | | | | | 0 |
| NSP II | P | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Enter Date ----------> | 8/22/11 | 8/23/11 | 8/24/11 | 8/25/11 | 8/26/11 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Employee Signature/Date
Dinah L. Bolton

Supervisor Signature/Date

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 8/15/2011 |
| To: | 8/26/2011 |

revised 12/9/10

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date -----------> | 8/1/11 | 8/2/11 | 8/3/11 | 8/4/11 | 8/5/11 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | 7 | 7 | | 7 | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | D | | | | | 0 |
| Lead Grant (2009-2012) | O | | | | | 0 |
| Lead Grant/CDBG | W | | | | | 0 |
| Home/CDBG | O | | | D | | 0 |
| HPRP | P | | | L | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | 1 | 1 | | 1 | 3 |
| Other | 8 | | | 8 | | 16 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Enter Date -----------> | 8/8/11 | 8/9/11 | 8/10/11 | 8/11/11 | 8/12/11 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | | 7 | 7 | 7 | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | S | V | | | | 0 |
| NSP 1 | I | A | | | | 0 |
| NSP II | C | C | | | | 0 |
| CDBG-R | K | | | | | 0 |
| Lunch | | | 1 | 1 | 1 | 3 |
| Other | 8 | 8 | | | | 16 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 8/1/2011 |
| To: | 8/12/2011 |

_David Bolton 8/12/11_
**Employee Signature/Date**
Dinah Bolton

_____
*Supervisor Signature/Date*

revised 12/9/10

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

*Revised*

| Total Hrs. | 80 |
|---|---|

| Enter Date --------------> | 7/18/11 | 7/19/11 | 7/20/11 | 7/21/11 | 7/22/11 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | D | | | | | 0 |
| Lead Grant (2009-2012) | O | | | | | 0 |
| Lead Grant/CDBG | W | | | | | 0 |
| Home/CDBG | O | | | | | 0 |
| HPRP | P | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Enter Date --------------> | 7/25/11 | 7/26/11 | 7/27/11 | 7/28/11 | 7/29/11 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | D | | 0 |
| Lead Grant/CDBG | | | | L | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | 1 | | 1 | 4 |
| Other | | | | 8 | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

*Employee Signature/Date* 7/29/11

*Supervisor Signature/Date*

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 7/18/2011 |
| To: | 7/29/2011 |

revised 12/9/10

Planning and Development Department Bi-Weekly Work Summary
Personnel Activity  Report Form

| | Total Hrs. | 80 |
|---|---|---|

**Week One**

| Enter Date ------------> | 7/4/11 Mon | 7/5/11 Tues | 7/6/11 Wed | 7/7/11 Thurs | 7/8/11 Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | , | 0 |
| Lead Grant (2009-2012) | V | O | V | V | V | 0 |
| Lead Grant/CDBG | A | W | A | A | A | 0 |
| Home/CDBG | C | O | C | C | C | 0 |
| HPRP | | P | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | | | | | 0 |
| Other | | 8 | 8 | 8 | 8 | 8 | 40 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total   40

**Week Two**

| Enter Date ------------> | 7/11/11 Mon | 7/12/11 Tues | 7/13/11 Wed | 7/14/11 Thurs | 7/15/11 Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2009-2012) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total   40

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 7/4/2011 |
| To: | 7/15/2011 |

*Dand L. Button 7/15/11*
*Employee Signature/Date*

_____
*Supervisor Signature/Date*

revised 12/9/10

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

**Week One**

| Enter Date ------------> | 6/20/11 | 6/21/11 | 6/22/11 | 6/23/11 | 6/24/11 | |
|---|---|---|---|---|---|---|
| | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | 7 | 7 | | 7 | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | D | | | S | | 0 |
| Lead Grant (2009-2012) | O | | | I | | 0 |
| Lead Grant/CDBG | W | | | C | | 0 |
| Home/CDBG | O | | | K | | 0 |
| HPRP | P | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | 1 | 1 | | 1 | 3 |
| Other | 8 | | | 8 | | 16 |

**Bond** *(Enter Project Name Below)*

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total **40**

**Week Two**

| Enter Date ------------> | 6/27/11 | 6/28/11 | 6/29/11 | 6/30/11 | 7/1/11 | |
|---|---|---|---|---|---|---|
| | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Home | | | | | V | 0 |
| Lead Grant (2009-2012) | | | | | A | 0 |
| Lead Grant/CDBG | | | | | C | 0 |
| Home/CDBG | | | | | | 0 |
| HPRP | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| NSP II | | | | | | 0 |
| CDBG-R | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | | | | | 8 | 8 |

**Bond** *(Enter Project Name Below)*

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total **40**

| Division/Section: | Real Estate / Development |
|---|---|
| From: | 6/20/2011 |
| To: | 7/1/2011 |

*Employee Signature/Date*  7/1/11

*Supervisor Signature/Date*

revised 12/9/10

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |

| Enter Date ------------> | 5/23/11 | 5/24/11 | 5/25/11 | 5/26/11 | 5/27/11 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 2.5 | 30.5 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | | 4 |
| Other | | | | | 5.5 | 5.5 |

| Enter Date ------------> | 5/30/11 | 5/31/11 | 6/1/11 | 6/2/11 | 6/3/11 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | | 7 | 7 | 7 | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | H | | | | | 0 |
| Home | D | V | | | | 0 |
| Lead Grant (2007-2010) | A | A | | | | 0 |
| Lead Grant/CDBG | Y | C | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | | | 1 | 1 | 1 | 3 |
| Other | 8 | 8 | | | | 16 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Total | 40 |

| Total | 40 |

Brian
did week
6/6/11 – 6/17/11

July 1st

Deal Bolton 6/3/11
*Employee Signature/Date*

| Division/Section: | 5/23/11 to 6/3/11 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
Revised on 6.18.09
6/3/2011

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#97

| Total Hrs. | 80 |
| --- | --- |

| Enter Date --------------> | 5/9/11 | 5/10/11 | 5/11/11 | 5/12/11 | 5/13/11 | |
| --- | --- | --- | --- | --- | --- | --- |
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 2.5 | 7 | 7 | 5 | 7 | 28.5 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | D | | | | S | 0 |
| Home | O | | | | 1 | 0 |
| Lead Grant (2007-2010) | W | | | C | C | 0 |
| Lead Grant/CDBG | O | | | T | K | 0 |
| Home/CDBG | P | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 5.5 | | | 2 | | 7.5 |

| Enter Date --------------> | 5/16/11 | 5/17/11 | 5/18/11 | 5/19/11 | 5/20/11 | |
| --- | --- | --- | --- | --- | --- | --- |
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | 0 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | 0 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Division/Section: 5/9/11 to 5/20/11
From: Dinah Bolton
To: Brian Watkins

Dinah Bolton 5/20/11
Employee Signature/Date

Supervisor Signature/Date

City of Detroit
Revised on 6.18.09
5/20/2011

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#96

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 4/25/11 | 4/26/11 | 4/27/11 | 4/28/11 | 4/29/11 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 2.5 | 7 | 7 | 7 | 7 | 30.5 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | D | | | | | 0 |
| Home | O | | | | | 0 |
| Lead Grant (2007-2010) | W | | | | | 0 |
| Lead Grant/CDBG | O | | | | | 0 |
| Home/CDBG | P | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 5.5 | | | | | 5.5 |

| Enter Date ------------> | 5/2/11 | 5/3/11 | 5/4/11 | 5/5/11 | 5/6/11 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP I | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Total | 40 |
|---|---|

| Total | 40 |
|---|---|

*Employee Signature/Date*     *Supervisor Signature/Date*

| Division/Section: | 4/25/11 to 5/6/11 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
Revised on 6.18.09
5/6/2011