Planning and Development Department Bi-Weekly Work Summary
Personnel Activity Report Form

#94

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 3/25/11 | 3/26/11 | 3/30/11 | 3/31/11 | 4/1/11 | |
|---|---|---|---|---|---|---|
| Week One | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | 2.5 | 7 | 4 | 7 | 7 | 27.5 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | D | | | | | 0 |
| Lead Grant (2007-2010) | O | | V | | | 0 |
| Lead Grant/CDBG | W | | A | | | 0 |
| Home/CDBG | O | | C | | | 0 |
| NSP 1 | P | | | | | 0 |
| Lunch | | 1 | | 1 | 1 | 3 |
| Other | 5.5 | | 4 | | | 9.5 |

| Enter Date ------------> | 4/4/11 | 4/5/11 | 4/6/11 | 4/7/11 | 4/8/11 | |
|---|---|---|---|---|---|---|
| Week Two | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

*Employee Signature/Date*

*Supervisor Signature/Date*

| Division/Section: | 3/25/11 to 4/8/11 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
Revised on 6.18.09
4/8/2011

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ----------> | 3/14/11 | 3/15/11 | 3/16/11 | 3/17/11 | 3/18/11 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 2.5 | | 7 | 7 | 7 | 23.5 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | D | | | | | 0 |
| Lead Grant (2007-2010) | O | S | | | | 0 |
| Lead Grant/CDBG | W | L | | | | 0 |
| Home/CDBG | O | C | | | | 0 |
| NSP 1 | P | K | | | | 0 |
| Lunch | | | 1 | 1 | 1 | 3 |
| Other | 5.5 | 8 | | | | 13.5 |

| Enter Date ----------> | 3/21/11 | 3/22/11 | 3/23/11 | 3/24/11 | 3/25/11 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 6 | | 27 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | C | V | 0 |
| Lead Grant/CDBG | | | | T | A | 0 |
| Home/CDBG | | | | | C | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | | | 3 |
| Other | | | | 2 | 8 | 10 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Dib b H— 3/3/11
**Employee Signature/Date**

_____
**Supervisor Signature/Date**

| Division/Section: | 2/28/11 to 3/11/11 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
Revised on 6.18.09
3/30/2011

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

 #92

**Total Hrs.** 80

| Enter Date ------------> | 2/28/11 | 3/1/11 | 3/2/11 | 3/3/11 | 3/4/11 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 2.5 | 7 | 7 | 7 | 7 | 30.5 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | D | | | | | 0 |
| Lead Grant (2007-2010) | O | | | | | 0 |
| Lead Grant/CDBG | W | | | | | 0 |
| Home/CDBG | O | | | | | 0 |
| NSP 1 | P | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 5.5 | | | | | 5.5 |

| Enter Date ------------> | 3/7/11 | 3/8/11 | 3/9/11 | 3/10/11 | 3/11/11 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Employee Signature/Date        Supervisor Signature/Date

Division/Section: 2/28/11 to 3/11/11
From: Dinah Bolton
To: Brian Watkins

City of Detroit
Revised on 6.18.09
3/14/2011

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#91

| Total Hrs. | 80 |
|---|---|

| Enter Date --------------> | 2/14/11 | 2/15/11 | 2/16/11 | 2/17/11 | 2/18/11 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 2.5 | 7 | 7 | 7 | 7 | 30.5 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | D | | | | | 0 |
| Lead Grant (2007-2010) | O | | | | | 0 |
| Lead Grant/CDBG | W | | | | | 0 |
| Home/CDBG | O | | | | | 0 |
| NSP 1 | P | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 5.5 | | | | | 5.5 |

| Enter Date --------------> | 2/21/11 | 2/22/11 | 2/23/11 | 2/24/11 | 2/25/11 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | V | | | | | 0 |
| Home | A | | | | | 0 |
| Lead Grant (2007-2010) | C | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

_Employee Signature/Date_   _Supervisor Signature/Date_

| Division/Section: | Development : 2/14/11 to 2/25/11 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
Revised on 6.18.09
2/24/2011

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#70

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 1/31/11 | 2/1/11 | 2/2/11 | 2/3/11 | 2/4/11 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 2.5 | 7 | | 7 | 7 | 23.5 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | D | | | 0 |
| Home | D | | L | | | 0 |
| Lead Grant (2007-2010) | O | | | | | 0 |
| Lead Grant/CDBG | W | | | | | 0 |
| Home/CDBG | O | | | | | 0 |
| NSP 1 | P | | | | | 0 |
| Lunch | | 1 | | 1 | 1 | 3 |
| Other | 5.5 | | 8 | | | 13.5 |

| Enter Date ------------> | 2/7/11 | 2/8/11 | 2/9/11 | 2/10/11 | 2/11/11 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | D | | | | | 0 |
| Home | L | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

*Dinah Bolton 2/11/11*
**Employee Signature/Date**          **Supervisor Signature/Date**

| Division/Section: | Development : 1/31/11 to 2/11/11 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
Revised on 6.18.09
2/11/2011



# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| | Total Hrs. | 80 |
|---|---|---|

| Enter Date --------------> | 1/17/11 | 1/18/11 | 1/19/11 | 1/20/11 | 1/21/11 | |
|---|---|---|---|---|---|---|
| **Week One** | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | | | 7 | 7 | 7 | 21 |
| ESG | | C | | | | 0 |
| General Fund | H | T | | | | 0 |
| Lead Grant (2004-2007) | D | | | | | 0 |
| Home | A | D | | | | 0 |
| Lead Grant (2007-2010) | Y | O | | | | 0 |
| Lead Grant/CDBG | | W | | | | 0 |
| Home/CDBG | | O | | | | 0 |
| NSP 1 | | P | | | | 0 |
| Lunch | | | 1 | 1 | 1 | 3 |
| Other | 8 | 8 | | | | 16 |

| Enter Date --------------> | 1/24/11 | 1/25/11 | 1/26/11 | 1/27/11 | 1/28/11 | |
|---|---|---|---|---|---|---|
| **Week Two** | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Development : 1/17/11 to 1/28/11 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

Dinah Bolton 1/28/11
**Employee Signature/Date**

_____
**Supervisor Signature/Date**

City of Detroit
Revised on 6.18.09
1/28/2011

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form



| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 1/3/11 | 1/4/11 | 1/5/11 | 1/6/11 | 1/7/11 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | | 7 | 7 | 7 | 21 |
| ESG | | C | | | | 0 |
| General Fund | H | T | | | | 0 |
| Lead Grant (2004-2007) | D | | | | | 0 |
| Home | A | D | | | | 0 |
| Lead Grant (2007-2010) | Y | O | | | | 0 |
| Lead Grant/CDBG | | W | | | | 0 |
| Home/CDBG | | O | | | | 0 |
| NSP 1 | | P | | | | 0 |
| Lunch | | | 1 | 1 | 1 | 3 |
| Other | 8 | 8 | | | | 16 |

| Enter Date ------------> | 1/10/11 | 1/11/11 | 1/12/11 | 1/13/11 | 1/14/11 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | | | 7 | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | D | S | | 0 |
| Home | | | L | I | | 0 |
| Lead Grant (2007-2010) | | | | C | | 0 |
| Lead Grant/CDBG | | | | K | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | | | 1 | 3 |
| Other | | | 8 | 8 | | 16 |

| Bond *(Enter Project Name Below)* | | | | | | 0 |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | 0 |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

Total    40

| Division/Section: | Development : 1/3/11 to 1/14/11 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton* 1/14/11
**Employee Signature/Date**

_____
**Supervisor Signature/Date**

City of Detroit
Revised on 6.18.09
1/14/2011

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form



# 37

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 12/20/10 | 12/21/10 | 12/22/10 | 12/23/10 | 12/24/10 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | | | | | 0 |
| ESG | | | | C | | 0 |
| General Fund | | | | T | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | V | V | V | D | H | 0 |
| Lead Grant (2007-2010) | A | A | A | O | D | 0 |
| Lead Grant/CDBG | C | C | C | W | A | 0 |
| Home/CDBG | | | | O | Y | 0 |
| NSP 1 | | | | P | | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Enter Date ------------> | 12/27/10 | 12/28/10 | 12/29/10 | 12/30/10 | 12/31/10 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | H | V | V | V | H | 0 |
| Lead Grant (2007-2010) | D | A | A | A | D | 0 |
| Lead Grant/CDBG | A | C | C | C | A | 0 |
| Home/CDBG | Y | | | | Y | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total  40

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total  40

| Division/Section: | Development : 12/20/10 to 12/31/10 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

_Employee Signature/Date_     _Supervisor Signature/Date_

City of Detroit
Revised on 6.18.09
12/17/2010

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

*# 8.6*

| Total Hrs. | 80 |
|---|---|

| Enter Date ---------------> | 12/6/10 | 12/7/10 | 12/8/10 | 12/9/10 | 12/10/10 | |
|---|---|---|---|---|---|---|
| Week One | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | 2.5 | 7 | 7 | 7 | | 23.5 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | D | | | | | 0 |
| Lead Grant (2007-2010) | O | | | | S | 0 |
| Lead Grant/CDBG | W | | | | I | 0 |
| Home/CDBG | O | | | | C | 0 |
| NSP 1 | P | | | | K | 0 |
| Lunch | | 1 | 1 | 1 | | 3 |
| Other | 5.5 | | | | 8 | 13.5 |

| Enter Date ---------------> | 12/13/10 | 12/14/10 | 12/15/10 | 12/16/10 | 12/17/10 | |
|---|---|---|---|---|---|---|
| Week Two | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| | |
|---|---|
| Division/Section: | Development : 12/6/10/10 to 12/17/10 |
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dl Bolton 1/17/*
*Employee Signature/Date*

_____
*Supervisor Signature/Date*

City of Detroit
Revised on 6.18.09
12/17/2010

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity  Report Form

#85

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 11/22/10 | 11/23/10 | 11/24/10 | 11/25/10 | 11/26/10 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | | | | 14 |
| ESG | | | | | | 0 |
| General Fund | | | C | | | 0 |
| Lead Grant (2004-2007) | | | T | | | 0 |
| Home | | | | H | H | 0 |
| Lead Grant (2007-2010) | | | D | D | D | 0 |
| Lead Grant/CDBG | | | O | A | A | 0 |
| Home/CDBG | | | W | Y | Y | 0 |
| NSP 1 | | | O | | | 0 |
| Lunch | 1 | 1 | P | | | 2 |
| Other | | | 8 | 8 | 8 | 24 |

| Enter Date ------------> | 11/29/10 | 11/30/10 | 12/1/10 | 12/2/10 | 12/3/10 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total  40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total  40

*Dinah Bolton* 12/8/10

**Employee Signature/Date**          **Supervisor Signature/Date**

| Division/Section: | Development : 11/22/10 to 12/3/10 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
Revised on 6.18.09
12/8/2010

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#84

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 11/8/10 | 11/9/10 | 11/10/10 | 11/11/10 | 11/12/10 | |
|---|---|---|---|---|---|---|
| Week One | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | | 7 | 7 | | | 14 |
| ESG | | | | | | 0 |
| General Fund | | | | | C | 0 |
| Lead Grant (2004-2007) | | | | | T | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | V | | | H | D | 0 |
| Lead Grant/CDBG | A | | | D | O | 0 |
| Home/CDBG | C | | | A | W | 0 |
| NSP 1 | | | | Y | O | 0 |
| Lunch | | 1 | 1 | | P | 2 |
| Other | 8 | | | 8 | 8 | 24 |

| Enter Date ------------> | 11/15/10 | 11/16/10 | 11/17/10 | 11/18/10 | 11/19/10 | |
|---|---|---|---|---|---|---|
| Week Two | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | 7 | 4 | 7 | 7 | 7 | 32 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | V | | | | 0 |
| Home/CDBG | | A | | | | 0 |
| NSP 1 | | C | | | | 0 |
| Lunch | 1 | | 1 | 1 | 1 | 4 |
| Other | | 4 | | | | 4 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Total 40

| Division/Section: | Development : 11/8/10 to 11/19/10 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

Dinah Bolton 11/23/13
**Employee Signature/Date**

**Supervisor Signature/Date**

City of Detroit
Revised on 6.18.09
11/23/2010



## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date --------------> | 10/25/10 | 10/26/10 | 10/27/10 | 10/28/10 | 10/29/10 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 2.5 | 6.5 | 7 | 7 | 7 | 30 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | D | C | | | | 0 |
| Lead Grant/CDBG | W | T | | | | 0 |
| Home/CDBG | O | | | | | 0 |
| NSP 1 | P | | | | | 0 |
| Lunch | | | 1 | 1 | 1 | 3 |
| Other | 5.5 | 1.5 | | | | 7 |

| Enter Date --------------> | 11/1/10 | 11/2/10 | 11/3/10 | 11/4/10 | 11/5/10 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | | 7 | 7 | | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | H | | | V | 0 |
| Lead Grant/CDBG | | D | | | A | 0 |
| Home/CDBG | | A | | | C | 0 |
| NSP 1 | | Y | | | | 0 |
| Lunch | 1 | | 1 | 1 | | 3 |
| Other | | 8 | | | 8 | 16 |

| Bond (Enter Project Name Below) | | | | | | 0 |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | 0 |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |

Total   40          Total   40

Division/Section: Development : 10/25/10 to 11/5/10
From: Dinah Bolton
To: Brian Watkins

*Dih Bd.* 11/10/10
_____
**Employee Signature/Date**        **Supervisor Signature/Date**

City of Detroit
Revised on 6.18.09
11/10/2010

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#82

| Total Hrs. | 80 |
| --- | --- |

| Enter Date ------------> | 10/11/10 | 10/12/10 | 10/13/10 | 10/14/10 | 10/15/10 | |
| --- | --- | --- | --- | --- | --- | --- |
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 2.5 | 7 | 7 | 7 | 7 | 30.5 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | D | | | | | 0 |
| Lead Grant/CDBG | W | | | | | 0 |
| Home/CDBG | O | | | | | 0 |
| NSP 1 | P | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 5.5 | | | | | 5.5 |

| Enter Date ------------> | 10/18/10 | 10/19/10 | 10/20/10 | 10/21/10 | 10/22/10 | |
| --- | --- | --- | --- | --- | --- | --- |
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | D | | | | | 0 |
| NSP 1 | L | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | Total | 40 |

| Bond (Enter Project Name Below) | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | Total | 40 |

_Dud Bltn_ 11/1/10

**Employee Signature/Date**

**Supervisor Signature/Date**

| Division/Section: | Development : 10/11/10 to 10/22/10 |
| --- | --- |
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
Revised on 6.18.09
11/1.2010

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

 # 81

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 9/27/10 | 9/28/10 | 9/29/10 | 9/30/10 | 10/1/10 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 2.5 | 7 | 7 | 7 | 7 | 30.5 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | D | | | | | 0 |
| Lead Grant/CDBG | W | | | | | 0 |
| Home/CDBG | O | | | | | 0 |
| NSP 1 | P | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 5.5 | | | | | 5.5 |

| Enter Date ------------> | 10/4/10 | 10/5/10 | 10/6/10 | 10/7/10 | 10/8/10 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Total 40

| Division/Section: | Development : 9/27/10 to 10/8/10 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

Dinah Bolton 10/14/10
**Employee Signature/Date**

**Supervisor Signature/Date**

City of Detroit
Revised on 6.18.09
10/14/2010

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form



| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 9/13/10 | 9/14/10 | 9/15/10 | 9/16/10 | 9/17/10 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 2.5 | 7 | | | 7 | 16.5 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | D | | S | S | | 0 |
| Lead Grant/CDBG | W | | I | I | | 0 |
| Home/CDBG | O | | C | C | | 0 |
| NSP 1 | P | | K | K | | 0 |
| Lunch | | 1 | | | 1 | 2 |
| Other | 5.5 | | 8 | 8 | | 21.5 |

| Enter Date ------------> | 9/20/10 | 9/21/10 | 9/22/10 | 9/23/10 | 9/24/10 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | F | 0 |
| Lead Grant/CDBG | | | | | L | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | | 4 |
| Other | | | | | 8 | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

_Dinah Bolton 9/28/10_
**Employee Signature/Date**

_____
**Supervisor Signature/Date**

| Division/Section: | Development : 9/13/10 to 9/24/10 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
Revised on 6.18.09
9/28/2010

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ----------> | 8/30/10 | 8/31/10 | 9/1/10 | 9/2/10 | 9/3/10 | | Enter Date ----------> | 9/6/10 | 9/7/10 | 9/8/10 | 9/9/10 | 9/10/10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7 | 7 | 7 | 7 | 2.5 | | | 7 | 7 | 7 | 7 | 0 |
| General Fund | | | | | 0 | | General Fund | | | | | 0 |
| Lead Grant (290- -07) | | | | | 0 | | Lead Grant (290- -07) | | | | | 0 |
| Home | | | | | 0 | | Home | | | | | 0 |
| | | | | | | | | | | | | |
| | | | | 5.5 | | | | | | | | 0 |
| | | | | | | | | | | | | |
| | | | | | 0 | | | | | | | 0 |
| | | | | | 0 | | | | | | | 0 |
| | | | Total | 40 | | | | | | Total | 40 |

| Division/Section: | Development : 8/30/10 to 9/10/10 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

_Dinah Bolton_ 9/22/10
**Employee Signature/Date**

**Supervisor Signature/Date**

City of Detroit
Revised on 6.18.09
9/22/2010

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| | Total Hrs. | 80 |
|---|---|---|

| Enter Date -------------> | 8/16/10 | 8/17/10 | 8/18/10 | 8/19/10 | 8/20/10 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 4 | 7 | 7 | 7 | 5.5 | 30.5 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | D | | | | D | 0 |
| Lead Grant (2007-2010) | O | | | | O | 0 |
| Lead Grant/CDBG | W | | | | W | 0 |
| Home/CDBG | O | | | | O | 0 |
| NSP 1 | P | | | | P | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 4 | | | | 1.5 | 5.5 |

| Enter Date -------------> | 8/23/10 | 8/24/10 | 8/25/10 | 8/26/10 | 8/27/10 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Development : 8/16/10 to 8/27/10 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

_____     _____
Employee Signature/Date          Supervisor Signature/Date

City of Detroit
Revised on 6.13.09
8/27/2010

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form



**Total Hrs.** 80

| Enter Date ------------> | 8/1/10 | 8/2/10 | 8/3/10 | 8/4/10 | 8/5/10 | |
|---|---|---|---|---|---|---|
| Week One | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | T | T | T | T | T | 0 |
| Lead Grant/CDBG | R | R | R | R | R | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Enter Date ------------> | 8/9/10 | 8/10/10 | 8/11/10 | 8/12/10 | 8/13/10 | |
|---|---|---|---|---|---|---|
| Week Two | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

**Total** 40

**Total** 40

| Division/Section: | Development : 8/1/10 to 8/13/10 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

_____
Employee Signature/Date

_____
Supervisor Signature/Date

City of Detroit
Revised on 6.18.09
8/17/2010

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

# 76

| Total Hrs. | 80 |
|---|---|

| Enter Date --------------> | 7/19/10 | 7/20/10 | 7/21/10 | 7/22/10 | 7/23/10 | | |
|---|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | | |
| Block Grant | 7 | 7 | 7 | 7 | | | 28 |
| ESG | | | | | | | 0 |
| General Fund | | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | | 0 |
| Home | | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | | 0 |
| Lead Grant/CDBG | | | | | | | 0 |
| Home/CDBG | | | | | | | 0 |
| NSP 1 | | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | | | 4 |
| Other | | | | | 8 | | 8 |

| Enter Date --------------> | 7/26/10 | 7/27/10 | 7/28/10 | 7/29/10 | 7/30/10 | | |
|---|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | | 35 |
| ESG | | | | | | | 0 |
| General Fund | | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | | 0 |
| Home | | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | | 0 |
| Lead Grant/CDBG | | | | | | | 0 |
| Home/CDBG | | | | | | | 0 |
| NSP 1 | | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | | 5 |
| Other | | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |

| Total | 40 |
|---|---|

| Total | 40 |
|---|---|

Division/Section: Development : 7/19/10 to 7/30/10
From: Dinah Bolton
To: Brian Watkins

_____        _____
Employee Signature/Date                   Supervisor Signature/Date

City of Detroit
Revised on 6.18.09
8/17/2010

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#7S

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 7/5/10 | 7/6/10 | 7/7/10 | 7/8/10 | 7/9/10 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | | 7 | | 7 | 14 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | H | | | S | | 0 |
| Lead Grant/CDBG | D | V | | I | | 0 |
| Home/CDBG | A | A | | C | | 0 |
| NSP 1 | Y | C | | K | | 0 |
| Lunch | | | 1 | | 1 | 2 |
| Other | 8 | 8 | | 8 | | 24 |

| Enter Date ------------> | 7/12/10 | 7/13/10 | 7/14/10 | 7/15/10 | 7/16/10 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Development : 7/5/10 to 7/16/10 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

_Employee Signature/Date_      _Supervisor Signature/Date_

City of Detroit
Revised on 6.18.09
7/21/2010

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date --------------> | 6/21/10 | 6/22/10 | 6/23/10 | 6/24/10 | 6/25/10 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | | | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | v | v | 0 |
| Home/CDBG | | | | A | A | 0 |
| NSP 1 | | | | C | C | 0 |
| Lunch | 1 | 1 | 1 | | | 3 |
| Other | | | | 8 | 8 | 16 |

| Enter Date --------------> | 6/28/10 | 6/29/10 | 6/30/10 | 7/1/10 | 7/2/10 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | v | 0 |
| Lead Grant/CDBG | | | | | A | 0 |
| Home/CDBG | | | | | C | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | | 4 |
| Other | | | | | 8 | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| | |
|---|---|
| Division/Section: | Development : 6/21/10 to 7/2/10 |
| From: | Dinah Bolton |
| To: | Brian Watkins |

_Employee Signature/Date_     _Supervisor Signature/Date_

City of Detroit
Revised on 6.18.09
7/21/2010

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 6/7/10 | 6/8/10 | 6/9/10 | 6/10/10 | 6/11/10 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | 0 |
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | T | T | T | T | T | 0 |
| Home/CDBG | R | R | R | R | R | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Enter Date ------------> | 6/14/10 | 6/15/10 | 6/16/10 | 6/17/10 | 6/18/10 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Development : 6/7/10 to 6/18/10 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

_Dinah Bolton 6/22/10_
_____
Employee Signature/Date          Supervisor Signature/Date



# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ----------> | 5/24/10 | 5/25/10 | 5/26/10 | 5/27/10 | 5/28/10 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Enter Date ----------> | 5/31/10 | 6/1/10 | 6/2/10 | 6/3/10 | 6/4/10 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | 7 | 7 | 7 | | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | H | | | | V | 0 |
| Lead Grant/CDBG | D | | | | A | 0 |
| Home/CDBG | A | | | | C | 0 |
| NSP 1 | Y | | | | | 0 |
| Lunch | | 1 | 1 | 1 | | 3 |
| Other | 8 | | | | 8 | 16 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

Employee Signature/Date        Supervisor Signature/Date

| Division/Section: | Development : 5/24/10 to 6/4/10 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
Revised on 6.18.09
6/3/2010

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ---------------> | 5/10/10 | 5/11/10 | 5/12/10 | 5/13/10 | 5/14/10 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 4 | 32 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | C | 0 |
| Home/CDBG | | | | | T | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | . | 4 |
| Other | | | | | 4 | 4 |

| Enter Date ---------------> | 5/17/10 | 5/18/00 | 5/19/10 | 5/20/10 | 5/21/10 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 4 | | 25 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | V | 0 |
| Lead Grant/CDBG | | | | C | A | 0 |
| Home/CDBG | | | | T | C | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | | | 3 |
| Other | | | | 4 | 8 | 12 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

_Dil button sh/ls_

**Employee Signature/Date**                    **Supervisor Signature/Date**

| Division/Section: | Development : 5/10/10 to 5/21/10 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

Planning and Development Department Bi-Weekly Work Summary
Personnel Activity Report Form

 #70

| Total Hrs. | 80 |
|---|---|

| Enter Date -------------> | 4/26/10 | 4/27/10 | 4/28/10 | 4/29/10 | 4/30/10 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | V | 0 |
| Lead Grant/CDBG | | | | | A | 0 |
| Home/CDBG | | | | | C | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | | 4 |
| Other | | | | | 8 | 8 |

| Enter Date -------------> | 5/3/10 | 5/4/10 | 5/5/10 | 5/6/10 | 5/7/10 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total  40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total  40

Division/Section: Development : 4/26/10 to5/7/10
From: Dinah Bolton
To: Brian Watkins

*Dinah Bolton* 5/18/10

Employee Signature/Date            Supervisor Signature/Date

City of Detroit
Revised on 6.18.09
5/18/2010

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#69

| | | Total Hrs. | 80 |

| Enter Date --------------> | 4/12/10 | 4/13/10 | 4/14/10 | 4/15/10 | 4/16/10 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Enter Date -------------> | 4/19/10 | 4/20/10 | 4/21/10 | 4/22/10 | 4/23/10 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total  40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total  40

Division/Section: Development : 4/12/10 to 4/23/10
From: Dinah Bolton
To: Brian Watkins

_Dinah bolton 4/29/10_
**Employee Signature/Date**

**Supervisor Signature/Date**

City of Detroit
Revised on 6.18.09
4/29/2010

Planning and Development Department Bi-Weekly Work Summary
Personnel Activity Report Form

# 68

| **Total Hrs.** | **80** |

| Enter Date ------------> | 3/29/10 | 3/30/10 | 3/31/10 | 4/1/10 | 4/2/10 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Enter Date ------------> | 4/5/10 | 4/6/10 | 4/7/10 | 4/8/10 | 4/9/10 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | T | T | T | T | T | 0 |
| Home | R | R | R | R | R | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

Division/Section: Development : 3/29/10 to 4/9/10
From: Dinah Bolton
To: Brian Watkins

Dinah Bolton 4/13/10

_____
Supervisor Signature/Date

Employee Signature/Date

City of Detroit
Revised on 6.18.09
4/13/2010

## Planning and Development Department Bi-Weekly Work Summary
### Personnel Activity Report Form

**Total Hrs.** 80

| Enter Date ----> Week One | 3/15/10 Mon | 3/16/10 Tues | 3/17/10 Wed | 3/18/10 Thurs | 3/19/10 Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | V | 0 |
| Lead Grant/CDBG | | | | | A | 0 |
| Home/CDBG | | | | | C | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | | 4 |
| Other | | | | | 8 | 8 |

| Enter Date ----> Week Two | 3/22/10 Mon | 3/23/10 Tues | 3/24/10 Wed | 3/25/10 Thurs | 3/26/10 Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | | | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | V | V | 0 |
| Lead Grant/CDBG | | | | A | A | 0 |
| Home/CDBG | | | | C | C | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | | | 3 |
| Other | | | | 8 | 8 | 16 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

**Total** 40

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

**Total** 40

Division/Section: Development : 3/1/510 to 3/26/10
From: Dinah Bolton
To: Brian Watkins

*Dinah Bolton 3/31/10*

**Employee Signature/Date**          **Supervisor Signature/Date**

City of Detroit
Revised on 6.18.09
3/31/2010

#6

## Planning and Development Department Bi-Weekly Work Summary
### Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ----------> | 3/1/10 | 3/2/10 | 3/3/10 | 3/4/10 | 3/5/10 | |
|---|---|---|---|---|---|---|
| **Week One** | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Enter Date ----------> | 3/8/10 | 3/9/10 | 3/10/10 | 3/11/10 | 3/12/10 | |
|---|---|---|---|---|---|---|
| **Week Two** | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | 7 | 7 | 7 | | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | J | | 0 |
| Lead Grant/CDBG | | | | D | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | | 1 | 4 |
| Other | | | | 8 | | 8 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| | Total | 40 |
|---|---|---|

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| | Total | 40 |
|---|---|---|

| Division/Section: | Development : 3/1/10 to 3/12/10 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

Dinah Bolton 3/31/10

*Employee Signature/Date*                    *Supervisor Signature/Date*

City of Detroit
Revised on 6.18.09
3/31/2010