# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form



| Total Hrs. | 80 |
|---|---|

**Week One**

| Enter Date | 4/11/11 Mon | 4/12/11 Tues | 4/13/11 Wed | 4/14/11 Thurs | 4/15/11 Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | | | | 25 | 23.5 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | D | 0 |
| Home | | | | | O | 0 |
| Lead Grant (2007-2010) | | | | D | W | 0 |
| Lead Grant/CDBG | | | | L | O | 0 |
| Home/CDBG | | | | | P | 0 |
| NSP I | | | | | | 0 |
| Lunch | 1 | 1 | 1 | | | 3 |
| Other | | | | | 5.5 | 13.5 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

**Week Two**

| Enter Date | 4/18/11 Mon | 4/19/11 Tues | 4/20/11 Wed | 4/21/11 Thurs | 4/22 Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | | | | | 25 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | H | 0 |
| Lead Grant (2007-2010) | | | | | D | 0 |
| Lead Grant/CDBG | | | | | A | 0 |
| Home/CDBG | | | | | Y | 0 |
| NSP I | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | | 4 |
| Other | | | | | | 6 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| | |
|---|---|
| Division/Section: | 4/11/11 to 4/22/11 |
| From: | Dinah Bolton |
| To: | Brian Watkins |

_____     _____
*Employee Signature/Date*          *Supervisor Signature/Date*

City of Detroit
Revised on 6.18.09
4/20.2011

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#6 S

| Enter Date ------------> | 2/15/10 | 2/16/10 | 2/17/10 | 2/18/10 | 2/19/10 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | D | | | | 0 |
| Lead Grant/CDBG | | L | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | | 1 | 1 | 1 | 4 |
| Other | | 8 | | | | 8 |

| Enter Date ------------> | 2/22/10 | 2/23/10 | 2/24/10 | 2/25/10 | 2/26/10 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | D | | | 0 |
| Lead Grant/CDBG | | | L | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | | 1 | 1 | 4 |
| Other | | | 8 | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Total 40

Division/Section: Development : 2/15/10 to 2/26/10
From: Dinah Bolton
To: Brian Watkins

_____
Employee Signature/Date

_____
Supervisor Signature/Date

City of Detroit
Revised on 6.18.09
3/2/2010

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

**Total Hrs.** 80

| Enter Date ----------> | 2/1/10 | 2/2/10 | 2/3/10 | 2/4/10 | 2/5/10 | |
|---|---|---|---|---|---|---|
| **Week One** | **Mon** | **Tues** | **Wed** | **Thurs** | **Fri** | |
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | T | T | T | T | T | 0 |
| Lead Grant/CDBG | R | R | R | R | R | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Enter Date ----------> | 2/8/10 | 2/9/10 | 2/10/10 | 2/11/10 | 2/12/10 | |
|---|---|---|---|---|---|---|
| **Week Two** | **Mon** | **Tues** | **Wed** | **Thurs** | **Fri** | |
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | V | | | | 0 |
| Home/CDBG | | A | | | | 0 |
| NSP 1 | | C | | | | 0 |
| Lunch | | | 1 | 1 | 1 | 1 | 4 |
| Other | | 8 | | | | 8 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

**Total** 40

**Total** 40

| | |
|---|---|
| Division/Section: | Development : 2/1/10 to 2/12/10 |
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Employee Signature/Date*

_____
*Supervisor Signature/Date*

City of Detroit
Revised on 6.18.09
2/11/2010

## Planning and Development Department Bi-Weekly Work Summary
### Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ----------> | 1/18/10 | 1/19/10 | 1/20/10 | 1/21/10 | 1/22/10 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | | 7 | 7 | 7 | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | H | | | | | 0 |
| Lead Grant/CDBG | D | V | | | | 0 |
| Home/CDBG | A | A | | | | 0 |
| NSP 1 | Y | C | | | | 0 |
| Lunch | | | 1 | 1 | 1 | 3 |
| Other | 8 | 8 | | | | 16 |

| Enter Date ----------> | 1/25/10 | 1/26/10 | 1/27/10 | 1/28/10 | 1/29/10 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 4 | 32 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | V | 0 |
| Lead Grant/CDBG | | | | | A | 0 |
| Home/CDBG | | | | | C | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | | 4 |
| Other | | | | | 4 | 4 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Total | 40 |
|---|---|

| Total | 40 |
|---|---|

Division/Section: Development : 1/18/10 to 1/29/10
From: Dinah Bolton
To: Brian Watkins

Employee Signature/Date

3/c/c.
Supervisor Signature/Date

City of Detroit
Revised on 6.18.09
3/2/2010

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#62

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 1/4/10 | 1/5/10 | 1/6/10 | 1/7/10 | 1/8/10 | |
|---|---|---|---|---|---|---|
| **Week One** | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| **Block Grant** | 7 | 7 | 7 | 7 | 7 | 35 |
| **ESG** | | | | | | 0 |
| **General Fund** | | | | | | 0 |
| **Lead Grant (2004-2007)** | | | | | | 0 |
| **Home** | | | | | | 0 |
| **Lead Grant (2007-2010)** | | | | | | 0 |
| **Lead Grant/CDBG** | | | | | | 0 |
| **Home/CDBG** | | | | | | 0 |
| **NSP 1** | | | | | | 0 |
| **Lunch** | 1 | 1 | 1 | 1 | 1 | 5 |
| **Other** | | | | | | 0 |

| Enter Date ------------> | 1/11/10 | 1/12/10 | 1/13/10 | 1/14/10 | 1/15/10 | |
|---|---|---|---|---|---|---|
| **Week Two** | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| **Block Grant** | 7 | 7 | 7 | 7 | 7 | 35 |
| **ESG** | | | | | | 0 |
| **General Fund** | | | | | | 0 |
| **Lead Grant (2004-2007)** | | | | | | 0 |
| **Home** | | | | | | 0 |
| **Lead Grant (2007-2010)** | | | | | | 0 |
| **Lead Grant/CDBG** | | | | | | 0 |
| **Home/CDBG** | | | | | | 0 |
| **NSP 1** | | | | | | 0 |
| **Lunch** | 1 | 1 | 1 | 1 | 1 | 5 |
| **Other** | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| | Total | 40 |
|---|---|---|

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| | Total | 40 |
|---|---|---|

| Division/Section: | Development : 1/4/10 to 1/15/10 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton* 1/27/10
_____
**Employee Signature/Date**

_____
**Supervisor Signature/Date**

City of Detroit
Revised on 6.18.09
1/27/2010

Planning and Development Department Bi-Weekly Work Summary
Personnel Activity Report Form

# 61

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 12/21/09 | 21/22/09 | 12/23/09 | 12/24/09 | 12/25/09 | |
|---|---|---|---|---|---|---|
| Week One | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | H | H | 0 |
| Lead Grant/CDBG | V | V | V | D | D | 0 |
| Home/CDBG | A | A | A | A | A | 0 |
| NSP 1 | C | C | C | Y | Y | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Enter Date ------------> | 12/28/09 | 12/29/09 | 12/30/09 | 12/31/09 | 1/1/10 | |
|---|---|---|---|---|---|---|
| Week Two | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | H | H | 0 |
| Lead Grant/CDBG | V | V | V | D | D | 0 |
| Home/CDBG | A | A | A | A | A | 0 |
| NSP 1 | C | C | C | Y | Y | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

Division/Section: Development : 12/21/09 to 1/1/10
From: Dinah Bolton
To: Brian Watkins

_Dl bdn 12/18/09_
**Employee Signature/Date**

_____
*Supervisor Signature/Date*

City of Detroit
Revised on 6.18.09
12/18/2009

Planning and Development Department Bi-Weekly Work Summary
Personnel Activity Report Form

# 60

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 12/7/09 | 12/8/09 | 12/9/09 | 12/10/09 | 12/11/09 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Enter Date ------------> | 12/14/09 | 12/15/09 | 12/16/09 | 12/17/09 | 12/18/09 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

*Dinah Bolton* 12/18/09

Employee Signature/Date                    Supervisor Signature/Date

| Division/Section: | Development : 12/7/09 to 12/18/09 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
Revised on 6.18.09
12/18/2009

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity  Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 11/23/09 | 11/24/09 | 11/25/09 | 11/26/09 | 11/27/09 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | | | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | H | H | 0 |
| Lead Grant/CDBG | | | | D | D | 0 |
| Home/CDBG | | | | A | A | 0 |
| NSP 1 | | | | Y | Y | 0 |
| Lunch | | 1 | 1 | 1 | | 3 |
| Other | | | | 8 | 8 | 16 |

| Enter Date ------------> | 11/30/09 | 12/1/09 | 12/2/09 | 12/3/09 | 12/4/09 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | V | | | | 0 |
| Lead Grant/CDBG | | A | | | | 0 |
| Home/CDBG | | C | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | | 1 | 1 | 1 | 4 |
| Other | | 8 | | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

Total    40

| Division/Section: | Development : 11/23/09 to 12/4/09 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

Dinah Bolton 12/8/09

**Employee Signature/Date**　　　　　**Supervisor Signature/Date**

City of Detroit
Revised on 6.18.09
12/8/2009

Planning and Development Department Bi-Weekly Work Summary
Personnel Activity Report Form

*Revised #58*

| Enter Date ------------> | 11/9/09 | 11/10/09 | 11/11/09 | 11/12/09 | 11/13/09 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | H | | | 0 |
| Lead Grant/CDBG | | | D | | | 0 |
| Home/CDBG | | | A | | | 0 |
| NSP 1 | | | Y | | | 0 |
| Lunch | 1 | 1 | | 1 | 1 | 4 |
| Other | | | 8 | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Enter Date ------------> | 11/16/09 | 11/17/09 | 11/18/09 | 11/19/09 | 11/20/09 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | | 7 | | 7 | 14 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | S | S | | T | | 0 |
| Lead Grant/CDBG | I | I | | R | | 0 |
| Home/CDBG | C | C | | | | 0 |
| NSP 1 | K | K | | | | 0 |
| Lunch | | | 1 | | 1 | 2 |
| Other | 8 | 8 | | 8 | | 24 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Division/Section: Development : 11/9/09 to 11/20/09
From: Dinah Bolton
To: Brian Watkins

*Dinah Bolton 12/8/15*
Employee Signature/Date

Supervisor Signature/Date

City of Detroit
Revised on 6.18.09
12/8/2009

Planning and Development Department Bi-Weekly Work Summary
Personnel Activity Report Form

#57

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 10/26/09 | 10/27/09 | 10/28/09 | 10/29/09 | 10/30/09 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Enter Date ------------> | 11/2/09 | 11/3/09 | 11/4/09 | 11/5/09 | 11/6/09 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | H | | | | 0 |
| Lead Grant/CDBG | | D | | | | 0 |
| Home/CDBG | | A | | | | 0 |
| NSP 1 | | Y | | | | 0 |
| Lunch | 1 | | 1 | 1 | 1 | 4 |
| Other | | 8 | | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

| | |
|---|---|
| Division/Section: | Development : 10/26/09 to 11/6/09 |
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton*
Employee Signature/Date

11/24/09
Supervisor Signature/Date

City of Detroit
Revised on 6.18.09
11/24/2009

## Planning and Development Department Bi-Weekly Work Summary
### Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date ---------> | 10/12/09 | 10/13/09 | 10/14/09 | 10/15/09 | 10/16/09 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Enter Date ---------> | 10/19/09 | 10/20/09 | 10/21/09 | 10/22/09 | 10/23/09 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| | |
|---|---|
| Division/Section: | Development : 10/12//09 to 10/22/09 |
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton* 11/2/09

**Employee Signature/Date**        **Supervisor Signature/Date**

City of Detroit
Revised on 6.18.09
11/2/2009

Planning and Development Department Bi-Weekly Work Summary
Personnel Activity Report Form

#55

| Total Hrs. | 80 |
|---|---|

| Enter Date ------> | 9/28/09 | 9/29/09 | 9/30/09 | 10/1/09 | 10/2/09 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | | | 7 | 7 | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | D | S | | | 0 |
| Lead Grant/CDBG | | L | 1 | | | 0 |
| Home/CDBG | | | C | | | 0 |
| NSP 1 | | | K | | | 0 |
| Lunch | 1 | | | 1 | 1 | 3 |
| Other | | 8 | 8 | | | 16 |

| Enter Date ------> | 10/5/09 | 10/6/09 | 10/7/09 | 10/8/09 | 10/9/09 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Division/Section: Development : 9/28//09 to 10/9/09
From: Dinah Bolton
To: Brian Watkins

Dinah Bolton 11/4/09
Employee Signature/Date

Supervisor Signature/Date

City of Detroit
Revised on 6.18.09
11/2/2009

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

Corrected

#54

| | Total Hrs. | 80 |
|---|---|---|

| Enter Date ------------> | 9/14/09 | 9/15/09 | 9/16/09 | 9/17/09 | 9/18/09 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Enter Date ------------> | 9/21/09 | 9/22/09 | 9/23/09 | 9/24/09 | 9/25/09 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 4 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | V | | | 0 |
| Lead Grant/CDBG | | | A | | | 0 |
| Home/CDBG | | | C | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | | 1 | 1 | 4 |
| Other | | | 4 4 | | | 8 |

| Bond (Enter Project Name Below) | | | | | |
|---|---|---|---|---|---|
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |

Total    40

| Bond (Enter Project Name Below) | | | | | |
|---|---|---|---|---|---|
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |

Total    40

*Dinah Bolton 10/2/03*
**Employee Signature/Date**

_____
**Supervisor Signature/Date**

| Division/Section: | Development : 9/14//09 to 9/25/09 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
Revised on 6.18.09
10/2/2009

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form



| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 8/31/09 | 9/1/09 | 9/2/09 | 9/32009 | 9/4/09 | |
|---|---|---|---|---|---|---|
| Week One | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | 7 | 7 | 7 | | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | D | | 0 |
| Home/CDBG | | | | L | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | | 1 | 4 |
| Other | | | | 8 | | 8 |

| Enter Date ------------> | 9/7/09 | 9/8/09 | 9/9/09 | 9/10/09 | 9/11/09 | |
|---|---|---|---|---|---|---|
| Week Two | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | | 7 | 7 | 4 | 7 | 25 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | H | | | | | 0 |
| Lead Grant/CDBG | D | | | V | | 0 |
| Home/CDBG | A | | | A | | 0 |
| NSP 1 | Y | | | C | | 0 |
| Lunch | | 1 | 1 | | 1 | 3 |
| Other | 8 | | | 4 | | 12 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Division/Section: Development : 8/31//09 to 9/11/09
From: Dinah Bolton
To: Brian Watkins

*Dinah Bolton 7/2/09*
**Employee Signature/Date**          **Supervisor Signature/Date**

City of Detroit
Revised on 6.18.09
9/21/2009

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

*Correction* #52

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 8/17/09 | 8/18/09 | 8/19/09 | 8/20/09 | 8/21/09 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | V | | | | 0 |
| Home/CDBG | | A | | | | 0 |
| NSP 1 | | C | | | | 0 |
| Lunch | 1 | | 1 | 1 | 1 | 4 |
| Other | | 8 | | | | 8 |

| Enter Date ------------> | 8/24/09 | 8/25/09 | 8/26/09 | 8/27/09 | 8/28/09 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Bond (Enter Project Name Below) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |

Total 40

Total 40

| Division/Section: | Development : 8/17//09 to 8/28/09 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton 8/31/09*
Employee Signature/Date

Supervisor Signature/Date

City of Detroit
Revised on 6.18.09
8/31/2009

# 31

Correction

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 8/3/09 | 8/4/09 | 8/5/09 | 8/6/09 | 8/7/09 | |
|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lend Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Enter Date ------------> | 8/10/09 | 8/11/09 | 8/12/09 | 8/13/09 | 8/14/09 | |
|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | |
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | ✓ | | | | | 0 |
| Lead Grant/CDBG | A | | | | | 0 |
| Home/CDBG | C | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Division/Section: Development : 8/3/09 to 8/14/09
From: Dinah Bolton
To: Brian Watkins

Dinah Bolton 8/17/09

**Employee Signature/Date**          **Supervisor Signature/Date**

City of Detroit
Revised on 6.18.09
8/17/2009

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

# 50

| Total Hrs. | 80 |
|---|---|

| Enter Date ------------> | 7/20/09 | 7/21/09 | 7/22/09 | 7/23/09 | 7/24/09 | | |
|---|---|---|---|---|---|---|---|
| Week One | Mon | Tues | Wed | Thurs | Fri | | |
| Block Grant | 7 | 7 | 7 | 7 | | | 28 |
| ESG | | | | | | | 0 |
| General Fund | | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | | 0 |
| Home | | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | | 0 |
| Lead Grant/CDBG | | | | | V | | 0 |
| Home/CDBG | | | | | A | | 0 |
| NSP 1 | | | | | C | | 0 |
| Lunch | 1 | 1 | 1 | 1 | | | 4 |
| Other | | | | | 8 | | 8 |

| Enter Date ------------> | 7/27/09 | 7/28/09 | 7/29/09 | 7/30/09 | 7/31/09 | | |
|---|---|---|---|---|---|---|---|
| Week Two | Mon | Tues | Wed | Thurs | Fri | | |
| Block Grant | 7 | 7 | 7 | | | | 21 |
| ESG | | | | | | | 0 |
| General Fund | | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | | 0 |
| Home | | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | S | | 0 |
| Lead Grant/CDBG | | | | | I | | 0 |
| Home/CDBG | | | | D | C | | 0 |
| NSP 1 | | | | L | K | | 0 |
| Lunch | 1 | 1 | 1 | | | | 3 |
| Other | | | | 8 | 8 | | 16 |

| Bond (Enter Project Name Below) | | | | | | | 0 |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 |
| | | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | | 0 |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 |
| | | | | | | | 0 |

Total 40

Total 40

Employee Signature/Date  8/3/09

Supervisor Signature/Date

| Division/Section: | Development : 7/20/09 to 7/31/09 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
Revised on 6.18.09
8/3/2009

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Enter Date -------------> | 7/6/09 | 7/7/09 | 7/8/09 | 7/9/09 | 7/10/09 | |
|---|---|---|---|---|---|---|
| **Week One** | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| NSP 1 | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Enter Date -------------> | 7/13/09 | 7/14/09 | 7/15/09 | 7/16/09 | 7/17/09 | |
|---|---|---|---|---|---|---|
| **Week Two** | *Mon* | *Tues* | *Wed* | *Thurs* | *Fri* | |
| Block Grant | 7 | 7 | | 7 | | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | S | | | 0 |
| Lead Grant/CDBG | | | I | | V | 0 |
| Home/CDBG | | | C | | a | 0 |
| NSP 1 | | | K | | C | 0 |
| Lunch | 1 | 1 | | 1 | | 3 |
| Other | | | 8 | | 8 | 16 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | Total | 40 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | Total | 40 |

*D̶ Bolton 7/28/09*
Employee Signature/Date        Supervisor Signature/Date

| Division/Section: | Development : 7/6/09 to 7/17/09 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
Revised on 6.18.09
7/28/2009

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form



| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 1.5 | | 22.5 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | C | | 0 |
| Lead Grant (2007-2010) | | | | O | V | 0 |
| Lead Grant/CDBG | | | | M | A | 0 |
| Home/CDBG | | | | P | C | 0 |
| Lunch | 1 | 1 | 1 | | | 3 |
| Other | | | | 6.5 | 8 | 14.5 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | 7 | 7 | 7 | | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | H | 0 |
| Lead Grant (2007-2010) | V | | | | D | 0 |
| Lead Grant/CDBG | A | | | | A | 0 |
| Home/CDBG | C | | | | Y | 0 |
| Lunch | | 1 | 1 | 1 | | 3 |
| Other | 8 | | | | 8 | 16 |

| Bond *(Enter Project Name Below)* | | | | | |
|---|---|---|---|---|---|
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | |
|---|---|---|---|---|---|
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |

Total 40

Total 40

| Division/Section: | Development: 6/22/09 to 7/3/09 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton 7/2/09*

**Employee Signature/Date**          **Supervisor Signature/Date**

City of Detroit
7/2/2009

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#47

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | V | | | 0 |
| Lead Grant/CDBG | | | A | | | 0 |
| Home/CDBG | | | C | | | 0 |
| Lunch | 1 | 1 | | 1 | 1 | 4 |
| Other | | | 8 | | | 8 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | Total | | 40 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | Total | | 40 |

*Dinah Bolton 7/23/09*

**Employee Signature/Date**          **Supervisor Signature/Date**

| Division/Section: | Development: 6/8/09 to 6/19/09 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#4P

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | 7 | 7 | | | 14 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | H | | | | | 0 |
| Lead Grant (2007-2010) | D | | | D | V | 0 |
| Lead Grant/CDBG | A | | | L | A | 0 |
| Home/CDBG | Y | | | | C | 0 |
| Lunch | | 1 | 1 | | | 2 |
| Other | 8 | | | 8 | 8 | 24 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Division/Section: Development: 5/25/09 to 6/5/09
From: Dinah Bolton
To: Brian Watkins

*Dinah Bolton 6/8/09*
**Employee Signature/Date**          **Supervisor Signature/Date**

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#45

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Total 40

Division/Section: | Development: 5/11/09 to 5/22/09 |
From: | Dinah Bolton |
To: | Brian Watkins |

*Dinah Bolton* 6/1/09

**Employee Signature/Date**          **Supervisor Signature/Date**

City of Detroit
6/1/2009

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | V | | | | | 0 |
| Lead Grant (2007-2010) | A | | | | | 0 |
| Lead Grant/CDBG | C | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | Total | 40 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | Total | 40 |

*Dinah Bolton 5/14/09*
**Employee Signature/Date**          **Supervisor Signature/Date**

| Division/Section: | Development: 4/27/09 to 5/8/09 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
5/14/2009

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | V | | | | 0 |
| Lead Grant/CDBG | | A | | | | 0 |
| Home/CDBG | | C | | | | 0 |
| Lunch | 1 | | 1 | 1 | 1 | 4 |
| Other | | 8 | | | | 8 |

| Bond (Enter Project Name Below) | | | | | |
|---|---|---|---|---|---|
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | Total | 40 |

| Bond (Enter Project Name Below) | | | | | |
|---|---|---|---|---|---|
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | Total | 40 |

| | |
|---|---|
| Division/Section: | Development: 4/13/09 to 4/24//09 |
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton* 5/6/09

_____

**Employee Signature/Date**          **Supervisor Signature/Date**

Planning and Development Department Bi-Weekly Work Summary
Personnel Activity Report Form

#42

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | S | 0 |
| Lead Grant (2007-2010) | | | | | 1 | 0 |
| Lead Grant/CDBG | | | | | C | 0 |
| Home/CDBG | | | | | K | 0 |
| Lunch | 1 | 1 | 1 | 1 | | 4 |
| Other | | | | | 8 | 8 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | 7 | 7 | 7 | | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | S | | | | H | 0 |
| Lead Grant (2007-2010) | 1 | | | | D | 0 |
| Lead Grant/CDBG | C | | | | A | 0 |
| Home/CDBG | K | | | | Y | 0 |
| Lunch | | 1 | 1 | 1 | | 3 |
| Other | 8 | | | | 8 | 16 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Development: 3/30/09 to 4/10//09 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton 4/17/09*

_Employee Signature/Date_     _Supervisor Signature/Date_

City of Detroit
4/17/2009

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

*#4/*

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | F | F | F | F | F | 0 |
| Lead Grant (2007-2010) | M | M | M | M | M | 0 |
| Lead Grant/CDBG | L | L | L | L | L | 0 |
| Home/CDBG | A | A | A | A | A | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | F | F | F | F | F | 0 |
| Lead Grant (2007-2010) | M | M | M | M | M | 0 |
| Lead Grant/CDBG | L | L | L | L | L | 0 |
| Home/CDBG | A | A | A | A | A | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | Total | | 40 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | Total | | 40 |

*Dinah Bolton 4/17/09*
**Employee Signature/Date**

_____
**Supervisor Signature/Date**

| Division/Section: | Development: 3/16/09 to 3/27/09 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
4/17/2009

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | F | F | F | F | F | 0 |
| Lead Grant (2007-2010) | M | M | M | M | M | 0 |
| Lead Grant/CDBG | L | L | L | L | L | 0 |
| Home/CDBG | A | A | A | A | A | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | F | F | F | F | F | 0 |
| Lead Grant (2007-2010) | M | M | M | M | M | 0 |
| Lead Grant/CDBG | L | L | L | L | L | 0 |
| Home/CDBG | A | A | A | A | A | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| | | | | Total | 40 |
|---|---|---|---|---|---|

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| | | | | Total | 40 |
|---|---|---|---|---|---|

| Division/Section: | Development: 3/2/09 to 3/13/09 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

_Dinah Bolton 4/17/09_

**Employee Signature/Date**            **Supervisor Signature/Date**

City of Detroit
4/17/2009

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#37

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | F | F | F | F | F | 0 |
| Lead Grant (2007-2010) | M | M | M | M | M | 0 |
| Lead Grant/CDBG | L | L | L | L | L | 0 |
| Home/CDBG | A | A | A | A | A | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | F | F | F | F | F | 0 |
| Lead Grant (2007-2010) | M | M | M | M | M | 0 |
| Lead Grant/CDBG | L | L | L | L | L | 0 |
| Home/CDBG | A | A | A | A | A | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | Total | | 40 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | Total | | 40 |

Division/Section: | Development: 2/16/09 to 2/27/09 |
From: | Dinah Bolton |
To: | Brian Watkins |

*Dinah Bolton 4/17/09*
_____
**Employee Signature/Date**        **Supervisor Signature/Date**

City of Detroit
4/17/2009

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#38

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | F | F | F | F | F | 0 |
| Lead Grant (2007-2010) | M | M | M | M | M | 0 |
| Lead Grant/CDBG | L | L | L | L | L | 0 |
| Home/CDBG | A | A | A | A | A | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | F | F | F | F | F | 0 |
| Lead Grant (2007-2010) | M | M | M | M | M | 0 |
| Lead Grant/CDBG | L | L | L | L | L | 0 |
| Home/CDBG | A | A | A | A | A | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | Total | | 40 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | Total | | 40 |

Division/Section: | Development: 2/2/09 to 2/13/09 |
From: | Dinah Bolton |
To: | Brian Watkins |

_Dinah Bolton 4/17/09_
**Employee Signature/Date**

_____
**Supervisor Signature/Date**

City of Detroit
4/17/2009

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity  Report Form

#37

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | 7 | 7 | | 7 | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | S | | 0 |
| Lead Grant (2007-2010) | H | | | I | | 0 |
| Lead Grant/CDBG | D | | | C | | 0 |
| Home/CDBG | A | | | K | | 0 |
| Lunch | Y | 1 | 1 | | 1 | 3 |
| Other | 8 | | | 8 | | 16 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | | | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | F | F | 0 |
| Lead Grant (2007-2010) | | | | M | M | 0 |
| Lead Grant/CDBG | | | | L | L | 0 |
| Home/CDBG | | | | A | A | 0 |
| Lunch | | 1 | 1 | 1 | | 3 |
| Other | | | | 8 | 8 | 16 |

| Bond (Enter Project Name Below) | | | | | | | 0 |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 |
| | | | | | | | 0 |

Total    40

| Bond (Enter Project Name Below) | | | | | | | 0 |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 |
| | | | | | | | 0 |

Total    40

| Division/Section: | Development: 1/19/09 to 1/30/09 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton 1/23/09*
**Employee Signature/Date**

**Supervisor Signature/Date**

City of Detroit
1/23/2009

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#3b

| Total Hrs. | 80 |
|---|---|

| Week One: | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | V | 0 |
| Lead Grant/CDBG | | | | | A | 0 |
| Home/CDBG | | | | | C | 0 |
| Lunch | 1 | 1 | 1 | 1 | | 4 |
| Other | | | | | 8 | 8 |

| Week Two: | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 6 | 7 | 7 | 34 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | C | | | 0 |
| Lead Grant (2007-2010) | | | O | | | 0 |
| Lead Grant/CDBG | | | M | | | 0 |
| Home/CDBG | | | P | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | 1 | | | 1 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Development: 1/5/09 to 1/16/09 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton 1/16/09*
**Employee Signature/Date**          **Supervisor Signature/Date**

City of Detroit
1/16/2009