## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

-435

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | H | H | | 0 |
| Lead Grant (2007-2010) | V | V | D | D | V | 0 |
| Lead Grant/CDBG | A | A | A | A | A | 0 |
| Home/CDBG | C | C | y | Y | C | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | H | H | | 0 |
| Lead Grant (2007-2010) | V | V | D | D | V | 0 |
| Lead Grant/CDBG | A | A | A | A | A | 0 |
| Home/CDBG | C | C | Y | Y | C | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total   40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total   40

| Division/Section: | Development: 12/22/08 to 1/2/09 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

_Dal Bolta 11/1/08_
**Employee Signature/Date**          **Supervisor Signature/Date**

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | S | | | | | 0 |
| Lead Grant/CDBG | I | | | | | 0 |
| Home/CDBG | C | | | | | 0 |
| Lunch | K | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

| Division/Section: | Development: 12/08/08 to 12/19/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton* 12/19/08

Employee Signature/Date            Supervisor Signature/Date

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#33

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 4 | | | 18 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | V | H | H | 0 |
| Lead Grant (2007-2010) | | | A | D | D | 0 |
| Lead Grant/CDBG | | | C | A | A | 0 |
| Home/CDBG | | | | Y | Y | 0 |
| Lunch | 1 | 1 | | | | 2 |
| Other | | | 4 | 8 | 8 | 20 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | D | | | | | 0 |
| Home/CDBG | L | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Bond *(Enter Project Name Below)* | | |
|---|---|---|
| | | 0 |
| | | 0 |
| | | 0 |

Total 40

| Bond *(Enter Project Name Below)* | | |
|---|---|---|
| | | 0 |
| | | 0 |
| | | 0 |

Total 40

| Division/Section: | Development: 11/24/08 to 12/5/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton* 12/8/08

**Employee Signature/Date**          **Supervisor Signature/Date**

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | H | | | | 0 |
| Lead Grant (2007-2010) | | D | | | | 0 |
| Lead Grant/CDBG | | A | | | | 0 |
| Home/CDBG | | Y | | | | 0 |
| Lunch | 1 | | 1 | 1 | 1 | 4 |
| Other | | 8 | | | | 8 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 4 | 7 | 7 | 7 | 7 | 32 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | V | | | | | 0 |
| Home/CDBG | A | | | | | 0 |
| Lunch | C | 1 | 1 | 1 | 1 | 4 |
| Other | 4 | | | | | 4 |

| Bond *(Enter Project Name Below)* | | | | | | 0 |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

| Bond *(Enter Project Name Below)* | | | | | | 0 |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

| Division/Section: | Development: 11/10/08 to 11/21/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton*
**Employee Signature/Date**          **Supervisor Signature/Date**

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

Total Hrs. 80

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | T | | | 0 |
| Home/CDBG | | | R | | | 0 |
| Lunch | 1 | 1 | | 1 | 1 | 4 |
| Other | | | 8 | | | 8 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | H | | | | 0 |
| Lead Grant/CDBG | | D | | | | 0 |
| Home/CDBG | | a | | | | 0 |
| Lunch | 1 | Y | 1 | 1 | 1 | 4 |
| Other | | 8 | | | | 8 |

| Bond *(Enter Project Name Below)* | | | | | |
|---|---|---|---|---|---|
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | Total | 40 |

| Bond *(Enter Project Name Below)* | | | | | |
|---|---|---|---|---|---|
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | Total | 40 |

Division/Section: Development: 10/27/08 to 11/7/08

From: Dinah Bolton

To: Brian Watkins

*Dinah Bolton* 11/12/08

**Employee Signature/Date**          **Supervisor Signature/Date**

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | | | 7 | 7 | 14 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | T | T | T | | | 0 |
| Home/CDBG | R | R | R | | | 0 |
| Lunch | | | | 1 | 1 | 2 |
| Other | 8 | 8 | 8 | | | 24 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 4 | 7 | 7 | 7 | 7 | 32 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | C | | | | | 0 |
| Lead Grant/CDBG | O | | | | | 0 |
| Home/CDBG | M | | | | | 0 |
| Lunch | P | 1 | 1 | 1 | 1 | 4 |
| Other | 4 | | | | | 4 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

_Dal Bolton 11/3/08_
**Employee Signature/Date**          **Supervisor Signature/Date**

Used
7 Vacation days
3 OC day
1 sick day
8 Comp time hours 11/3/13

| | on: | Development: 10/13/08 to 10/24/08 |
|---|---|---|
| | om: | Dinah Bolton |
| | To: | Brian Watkins |

City of Detroit
11/3/2008

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 4 | 7 | 32 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | C | | 0 |
| Home/CDBG | | | | T | | 0 |
| Lunch | 1 | 1 | 1 | | 1 | 4 |
| Other | | | | 4 | | 4 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | S | 0 |
| Lead Grant/CDBG | | | | | I | 0 |
| Home/CDBG | | | | | C | 0 |
| Lunch | 1 | 1 | I | 1 | K | 4 |
| Other | | | | | 8 | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Development: 9/29/08 to 10/10/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dad Bulton* 10/16/08

**Employee Signature/Date**          **Supervisor Signature/Date**

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | D | | 0 |
| Home/CDBG | | | | L | | 0 |
| Lunch | 1 | 1 | 1 | | 1 | 4 |
| Other | | | | 8 | | 8 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Total | 40 |
|---|---|

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Total | 40 |
|---|---|

| Division/Section: | Development: 9/15/08 to 9/26/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton 10/3/08*
**Employee Signature/Date**

_____
**Supervisor Signature/Date**

City of Detroit
10/3/2008

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

**Total Hrs.** 80

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | 7 | 7 | 7 | | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | H | | | | | 0 |
| Lead Grant/CDBG | D | | | | D | 0 |
| Home/CDBG | A | | | | L | 0 |
| Lunch | Y | 1 | 1 | 1 | | 3 |
| Other | 8 | | | | 8 | 16 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | D | | 0 |
| Home/CDBG | | | | L | | 0 |
| Lunch | 1 | 1 | 1 | | 1 | 4 |
| Other | | | | 8 | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

**Total** 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

**Total** 40

Division/Section: **Development: 9/1/08 to 9/12/08**
From: **Dinah Bolton**
To: **Brian Watkins**

Dinah Bolton 7/16/08

**Employee Signature/Date**     **Supervisor Signature/Date**

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity  Report Form

☆ 26

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | Total | | 40 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | Total | | 40 |

*Dinah Bolton* 9/3/08 _____
**Employee Signature/Date**          **Supervisor Signature/Date**

| Division/Section: | Development: 8/18/08 to 8/29/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

$25

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | | | 7 | 7 | 14 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | V | V | V | | | 0 |
| Lead Grant/CDBG | A | A | A | | | 0 |
| Home/CDBG | C | C | C | | | 0 |
| Lunch | | | | 1 | 1 | 2 |
| Other | 8 | 8 | 8 | | | 24 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Total | 40 |
|---|---|

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Total | 40 |
|---|---|

_Dad Bolton_ 8/19/08     _____

**Employee Signature/Date**     **Supervisor Signature/Date**

| Division/Section: | Development: 8/4/08 to 8/15/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
8/19/2008

## Planning and Development Department Bi-Weekly Work Summary
### Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | | | | 14 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | V | V | V | 0 |
| Lead Grant/CDBG | | | A | A | A | 0 |
| Home/CDBG | | | C | C | C | 0 |
| Lunch | 1 | 1 | | | | 2 |
| Other | | | 8 | 8 | 8 | 24 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total  40

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total  40

| Division/Section: | Development: 7/21/08 to 8/1/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

_____  _____
*Employee Signature/Date*    *Supervisor Signature/Date*

City of Detroit
7/28/2008

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

# 23

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | P | | | | | 0 |
| Lead Grant (2004-2007) | O | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | V | | | | | 0 |
| Lead Grant/CDBG | A | | | | | 0 |
| Home/CDBG | C | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| | Total | 40 |
|---|---|---|

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| | Total | 40 |
|---|---|---|

*Dinah Bolton 7/28/08*
_____     _____
**Employee Signature/Date**        **Supervisor Signature/Date**

| Division/Section: | Development: 7/7/08 to 7/18/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
7/28/2008

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 4 | 7 | 5.5 | 30.5 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | C | | C | 0 |
| Lead Grant/CDBG | | | T | | T | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | 3 | | 1.5 | 4.5 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | H | 0 |
| Lead Grant (2007-2010) | | | | | D | 0 |
| Lead Grant/CDBG | | | | | A | 0 |
| Home/CDBG | | | | | Y | 0 |
| Lunch | 1 | 1 | 1 | 1 | | 4 |
| Other | | | | | 8 | 8 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

*Dinah Bolton* 7/8/08
_____
**Employee Signature/Date**         **Supervisor Signature/Date**

| Division/Section: | Development: 6/23/08 to 7/4/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
7/1/2008

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Development: 6/9/08 to 6/20/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

_Dinah Bolton_ 6/25/08

**Employee Signature/Date**       **Supervisor Signature/Date**

City of Detroit
6/25/2008

H20

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | 7 | 7 | 7 | | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | H | | | | V | 0 |
| Lead Grant/CDBG | D | | | | A | 0 |
| Home/CDBG | A | | | | C | 0 |
| Lunch | Y | 1 | 1 | 1 | | 3 |
| Other | 8 | | | | 8 | 16 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 5 | 7 | 7 | 7 | 33 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | C | | | | 0 |
| Home/CDBG | | T | | | | 0 |
| Lunch | 1 | | 1 | 1 | 1 | 4 |
| Other | | 3 | | | | 3 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Total 40

| Division/Section: | Development: 5/26/08 to 6/6/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Employee Signature/Date*     *Supervisor Signature/Date*

Dinah Bolton 6/6/08

City of Detroit
6/6/2008

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#19

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 6 | | 27 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | C | V | 0 |
| Lead Grant/CDBG | | | | T | A | 0 |
| Home/CDBG | | | | | C | 0 |
| Lunch | 1 | 1 | 1 | 1 | | 4 |
| Other | | | | 1 | 8 | 9 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Development: 5/12/08 to 5/23/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton 5/23/08*
**Employee Signature/Date**

_____
**Supervisor Signature/Date**

City of Detroit
5/22/2008

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

#18

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | | 4 | 25 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | V | V | 0 |
| Lead Grant/CDBG | | | | A | A | 0 |
| Home/CDBG | | | | C | C | 0 |
| Lunch | | 1 | 1 | 1 | | 3 |
| Other | | | | 8 | 4 | 12 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

*Dinah Bolton 5/12/08*

**Employee Signature/Date**      **Supervisor Signature/Date**

| Division/Section: | Development: 4/28/08 to 5/9/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
5/12/2008

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | V | 0 |
| Lead Grant/CDBG | | | | | A | 0 |
| Home/CDBG | | | | | C | 0 |
| Lunch | 1 | 1 | 1 | 1 | | 4 |
| Other | | | | | 8 | 8 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

*Dinah Bolton 5/1/08* _____

**Employee Signature/Date**          **Supervisor Signature/Date**

| Division/Section: | Development: 4/14/08 to 04/25/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
5/2/2008

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | S | 0 |
| Lead Grant/CDBG | | | | | I | 0 |
| Home/CDBG | | | | | C | 0 |
| Lunch | 1 | 1 | 1 | 1 | K | 4 |
| Other | | | | | 8 | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

*Dl Bolton 5/4/08*
**Employee Signature/Date**

**Supervisor Signature/Date**

| Division/Section: | Development: 3/31/08 to 04/11/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
5/2/2008

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | H | 0 |
| Lead Grant (2007-2010) | | | | | D | 0 |
| Lead Grant/CDBG | | | | | A | 0 |
| Home/CDBG | | | | | Y | 0 |
| Lunch | 1 | 1 | 1 | 1 | | 4 |
| Other | | | | | 8 | 8 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

Employee Signature/Date          Supervisor Signature/Date

| Division/Section: | Development: 3/17/08 to 03/28/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
5/2/2008

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total    40

| Division/Section: | Development: 3/3/08 to 03/14/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton* 3/25/08

**Employee Signature/Date**          **Supervisor Signature/Date**

City of Detroit
3/25/2008

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

Total 40

| Division/Section: | Development: 2/18/08 to 02/29/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton 3/8/08* _____

**Employee Signature/Date**     **Supervisor Signature/Date**

City of Detroit
3/6/2008

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| | |
|---|---|
| Division/Section: | Development: 2/4/08 to 02/15/08 |
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton 3/6/08*

**Employee Signature/Date**      **Supervisor Signature/Date**

City of Detroit
3/6/2008

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | 7 | 7 | 7 | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | H | | | | | 0 |
| Lead Grant (2007-2010) | D | | | | | 0 |
| Lead Grant/CDBG | A | | | | | 0 |
| Home/CDBG | Y | | | | | 0 |
| Lunch | | 1 | 1 | 1 | 1 | 4 |
| Other | 8 | | | | | 8 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | | 7 | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | J | | 0 |
| Home/CDBG | | | | D | | 0 |
| Lunch | 1 | 1 | 1 | | 1 | 4 |
| Other | | | | 8 | | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total   40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total   40

Division/Section: Development: 1/21/08 to 02/1/08
From: Dinah Bolton
To: Brian Watkins

_Dinah Bolton 2/1/08_
**Employee Signature/Date**          **Supervisor Signature/Date**

City of Detroit
1/29/2008

## Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | | 28 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | V | 0 |
| Lead Grant/CDBG | | | | | A | 0 |
| Home/CDBG | | | | | C | 0 |
| Lunch | 1 | 1 | 1 | 1 | | 4 |
| Other | | | | | 8 | 8 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

*Dinah Bolton 1/21/08*
**Employee Signature/Date**        **Supervisor Signature/Date**

| Division/Section: | Development: 1/7/08 to 01/18/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
1/29/2008

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | | | | | 0 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | H | H | | | | 0 |
| Lead Grant (2007-2010) | D | D | V | V | V | 0 |
| Lead Grant/CDBG | A | A | A | A | A | 0 |
| Home/CDBG | Y | Y | C | C | C | 0 |
| Lunch | | | | | | 0 |
| Other | 8 | 8 | 8 | 8 | 8 | 40 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | | 7 | | | 7 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | H | H | | S | S | 0 |
| Lead Grant/CDBG | D | D | | I | I | 0 |
| Home/CDBG | A | A | | C | C | 0 |
| Lunch | Y | Y | 1 | K | K | 1 |
| Other | 8 | 8 | | 8 | 8 | 32 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond *(Enter Project Name Below)* | | |
|---|---|---|
| | | 0 |
| | | 0 |
| | | 0 |

Total 40

| Division/Section: | Development: 12/24/07 to 01/04/08 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Tyus 1/7/08*

**Employee Signature/Date**          **Supervisor Signature/Date**

City of Detroit
1/7/2008

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

*Employee Signature/Date*    *Supervisor Signature/Date*

1/7/08

| Division/Section: | Development: 12/10/07 to 12/21/07 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

City of Detroit
1/7/2008

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Total Hrs. | 80 |
|---|---|

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | 7 | 7 | 35 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | | | 0 |
| Lead Grant (2007-2010) | | | | | | 0 |
| Lead Grant/CDBG | | | | | | 0 |
| Home/CDBG | | | | | | 0 |
| Lunch | 1 | 1 | 1 | 1 | 1 | 5 |
| Other | | | | | | 0 |

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond *(Enter Project Name Below)* | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Development: 11/26/07 to 12/07/07 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

*Dinah Bolton 12/14/07*

**Employee Signature/Date**       **Supervisor Signature/Date**

City of Detroit
12/15/2007

# Planning and Development Department Bi-Weekly Work Summary
## Personnel Activity Report Form

| Week One | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | | 7 | 7 | 7 | | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | H | | | | | 0 |
| Lead Grant (2007-2010) | D | | | | V | 0 |
| Lead Grant/CDBG | A | | | | A | 0 |
| Home/CDBG | Y | | | | C | 0 |
| Lunch | | 1 | 1 | 1 | | 3 |
| Other | 8 | | | | 8 | 16 |

| Week Two | Mon | Tues | Wed | Thurs | Fri | |
|---|---|---|---|---|---|---|
| Block Grant | 7 | 7 | 7 | | | 21 |
| ESG | | | | | | 0 |
| General Fund | | | | | | 0 |
| Lead Grant (2004-2007) | | | | | | 0 |
| Home | | | | H | H | 0 |
| Lead Grant (2007-2010) | | | | D | D | 0 |
| Lead Grant/CDBG | | | | A | A | 0 |
| Home/CDBG | | | | Y | Y | 0 |
| Lunch | 1 | 1 | 1 | | | 3 |
| Other | | | | 8 | 8 | 16 |

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Bond (Enter Project Name Below) | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

Total 40

| Division/Section: | Development: 11/12/07 to 11/23/07 |
|---|---|
| From: | Dinah Bolton |
| To: | Brian Watkins |

Dinah Bolton 11/24/07

**Employee Signature/Date**          **Supervisor Signature/Date**