PLANNING AND DEVELOPMENT DEPARTMENT
PERSONNEL ACTIVITY REPORT

EMPLOYEE NAME: Dinah Bolton

WORK PERIOD: November 23, 2014 - December 6, 2014
(List full 2 week/14 day period)

EMPLOYEE SIGNATURE: *Dinah Bolton*

DATE: 12/12/2014

| DATE | PROJECT NAME/ WORK DESCRIPTION | CDBG | HOME | ESG | NSP I | NSP III | GEN FUND | BOND | OTHER | VAC | SICK | DL | C-TIME | OTHER | TOTAL HOURS | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/23/2014 | Weekend | | | | | | | | | | | | | | 0 | |
| 11/24/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 11/25/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 11/26/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 11/27/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Holiday |
| 11/28/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Holiday |
| 11/29/2014 | Weekend | | | | | | | | | | | | | | 0 | |
| 11/30/2014 | Weekend | | | | | | | | | | | | | | 0 | |
| 12/1/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 12/2/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 12/3/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 12/4/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 12/5/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 12/6/2014 | Weekend | | | | | | | | | | | | | | 0 | |
| | TOTAL HOURS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 0 | 80 | |

MANAGER OR SUPERVISOR'S NAME

MANAGER OR SUPERVISOR'S SIGNATURE

DATE

13-53846-tjt Doc 11471-8 Filed 08/25/16 Entered 08/25/16 16:24:24 Page 1 of 11
Original, signed form must be retained by the manager or supervisor, with copies to the employee and FRM Staff for audit purposes.
VM - Revised September 2013

PLANNING AND DEVELOPMENT DEPARTMENT
PERSONNEL ACTIVITY REPORT

EMPLOYEE NAME: Dinah Bolton

WORK PERIOD: December 7, 2014 - December 20, 2014
(List full 2 week/14 day period)

EMPLOYEE SIGNATURE: *Dinah Bolton*

DATE: 1/6/2015

| DATE | PROJECT NAME/ WORK DESCRIPTION | CDBG | HOME | ESG | NSP I | NSP III | GEN FUND | BOND | OTHER | VAC | SICK | DL | C-TIME | OTHER | TOTAL HOURS | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/7/2014 | Weekend | | | | | | | | | | | | | | 0 | |
| 12/8/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 12/9/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 12/10/2014 | Section108/DLBA/Contracts | | | | | | | | | 8 | | | | | 8 | Vacation |
| 12/11/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 12/12/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 12/13/2014 | Weekend | | | | | | | | | | | | | | 0 | |
| 12/14/2014 | Weekend | | | | | | | | | | | | | | 0 | |
| 12/15/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 12/16/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 12/17/2014 | Section108/DLBA/Contracts | | | | | 3 | | | 5 | | | | | | 8 | Tax Abatements |
| 12/18/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 12/19/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 12/20/2014 | Weekend | | | | | | | | | | | | | | 0 | |
| TOTAL HOURS | | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 69 | 8 | 0 | 0 | 0 | 0 | 80 | |

MANAGER OR SUPERVISOR'S NAME

MANAGER OR SUPERVISOR'S SIGNATURE

DATE

Original, signed form must be retained by the manager or supervisor, with copies to the employee and FRM Staff for audit purposes.
VM - Revised September 2013

## PLANNING AND DEVELOPMENT DEPARTMENT
## PERSONNEL ACTIVITY REPORT

EMPLOYEE NAME: Dinah Bolton

EMPLOYEE SIGNATURE: Dinah Bolton

WORK PERIOD: December 21, 2014 - January 3, 2015
(List full 2 week/14 day period)

DATE: 1/6/2015

| DATE | PROJECT NAME/ WORK DESCRIPTION | CDBG | HOME | ESG | NSP I | NSP III | GEN FUND | BOND | OTHER | VAC | SICK | DL | C-TIME | OTHER | TOTAL HOURS | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/2014 | Weekend | | | | | | | | | | | | | | 0 | |
| 12/22/2014 | Section108/DLBA/Contracts | | | | | | | | | 8 | | | | | 8 | Vacation |
| 12/23/2014 | Section108/DLBA/Contracts | | | | | | | | | 8 | | | | | 8 | Vacation |
| 12/24/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | holiday |
| 12/25/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | holiday |
| 12/26/2014 | Section108/DLBA/Contracts | | | | | | | | | 8 | | | | | 8 | Vacation |
| 12/27/2014 | Weekend | | | | | | | | | | | | | | 0 | |
| 12/28/2014 | Weekend | | | | | | | | | | | | | | 0 | |
| 12/29/2014 | Section108/DLBA/Contracts | | | | | | | | | 8 | | | | | 8 | Vacation |
| 12/30/2014 | Section108/DLBA/Contracts | | | | | | | | | 8 | | | | | 8 | Vacation |
| 12/31/2014 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | holiday |
| 1/1/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | holiday |
| 1/2/2015 | Section108/DLBA/Contracts | | | | | | | | | 8 | | | | | 8 | Vacation |
| 1/3/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| | TOTAL HOURS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 48 | 0 | 0 | 0 | 0 | 80 | |

MANAGER OR SUPERVISOR'S NAME

MANAGER OR SUPERVISOR'S SIGNATURE

DATE

Original, signed form must be retained by the manager or supervisor, with copies to the employee and FRM Staff for audit purposes.
VM - Revised September 2013

PLANNING AND DEVELOPMENT DEPARTMENT
PERSONNEL ACTIVITY REPORT

**EMPLOYEE NAME**: Dinah Bolton

**WORK PERIOD**: April 12, 2015 - April 25, 2015
*(List full 2 week/14 day period)*

**EMPLOYEE SIGNATURE**: Dinah Bolton

**DATE**: 5/1/2015

| DATE | PROJECT NAME/ WORK DESCRIPTION | FUNDING SOURCE | | | | | | | | TIME OFF | | | | | TOTAL HOURS | COMMENTS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | CDBG | HOME | ESG | NSP I | NSP III | GEN FUND | BOND | OTHER | VAC | SICK | DL | C-TIME | OTHER | | |
| 4/12/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 4/13/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 4/14/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 4/15/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 4/16/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 4/17/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 4/18/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 4/19/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 4/20/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 4/21/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 4/22/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 4/23/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 4/24/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 4/25/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| | TOTAL HOURS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 0 | 80 | |

**MANAGER OR SUPERVISOR'S NAME**

**MANAGER OR SUPERVISOR'S SIGNATURE**

**DATE**

Original, signed form must be retained by the manager or supervisor, with copies to the employee and FRM Staff for audit purposes.
VM - Revised September 2013

## PLANNING AND DEVELOPMENT DEPARTMENT
## PERSONNEL ACTIVITY REPORT

**EMPLOYEE NAME**  Dinah Bolton

**WORK PERIOD**  March 29, 2015 - April 11, 2015
*(List full 2 week/14 day period)*

**EMPLOYEE SIGNATURE**  *Dinah Bolton*

**DATE**  4/14/2015

| DATE | PROJECT NAME/ WORK DESCRIPTION | FUNDING SOURCE | | | | | | | | TIME OFF | | | | | TOTAL HOURS | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CDBG | HOME | ESG | NSP I | NSP III | GEN FUND | BOND | OTHER | VAC | SICK | DL | C-TIME | OTHER | | |
| 3/29/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 3/30/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/31/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 4/1/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 4/2/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 4/3/2015 | Section108/DLBA/Contracts | | | | | | | | | | | | | 8 | 8 | Holiday |
| 4/4/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 4/5/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 4/6/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 4/7/2015 | Section108/DLBA/Contracts | | | | | | | | | | | | 8 | | 8 | |
| 4/8/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 4/9/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 4/10/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 4/11/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| | TOTAL HOURS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 64 | 0 | 0 | 0 | 8 | 8 | 80 | |

**MANAGER OR SUPERVISOR'S NAME**

**MANAGER OR SUPERVISOR'S SIGNATURE**

**DATE**

Original, signed form must be retained by the manager or supervisor, with copies to the employee and FRM Staff for audit purposes.
VM - Revised September 2013

PLANNING AND DEVELOPMENT DEPARTMENT
PERSONNEL ACTIVITY REPORT

**EMPLOYEE NAME:** Dinah Bolton

**WORK PERIOD:** March 15, 2015 - March 28, 2015
*(List full 2 week/14 day period)*

**EMPLOYEE SIGNATURE:** *Dinah Bolton*

**DATE:** 4/14/2015

| DATE | PROJECT NAME/ WORK DESCRIPTION | CDBG | HOME | ESG | NSP I | NSP III | GEN FUND | BOND | OTHER | VAC | SICK | DL | C-TIME | OTHER | TOTAL HOURS | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/15/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 3/16/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/17/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/18/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/19/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/20/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/21/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 3/22/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 3/23/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/24/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/25/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/26/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/27/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/28/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| | **TOTAL HOURS** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 0 | 80 | |

**MANAGER OR SUPERVISOR'S NAME**

**MANAGER OR SUPERVISOR'S SIGNATURE**

**DATE**

Original, signed form must be retained by the manager or supervisor, with copies to the employee and FRM Staff for audit purposes.
VM - Revised September 2013

PLANNING AND DEVELOPMENT DEPARTMENT
PERSONNEL ACTIVITY REPORT

**EMPLOYEE NAME:** Dinah Bolton

**WORK PERIOD:** March 1, 2015 - March 14, 2015
(List full 2 week/14 day period)

**EMPLOYEE SIGNATURE:** *Dinah Bolton*

**DATE:** 4/14/2015

| DATE | PROJECT NAME/ WORK DESCRIPTION | CDBG | HOME | ESG | NSP I | NSP III | GEN FUND | BOND | OTHER | VAC | SICK | DL | C-TIME | OTHER | TOTAL HOURS | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 3/2/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/3/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/4/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/5/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/6/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/7/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 3/8/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 3/9/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/10/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/11/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/12/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/13/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 3/14/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| | TOTAL HOURS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 0 | 80 | |

**MANAGER OR SUPERVISOR'S NAME**

**MANAGER OR SUPERVISOR'S SIGNATURE**

**DATE**

Original, signed form must be retained by the manager or supervisor, with copies to the employee and FRM Staff for audit purposes.
VM - Revised September 2013

## PLANNING AND DEVELOPMENT DEPARTMENT
## PERSONNEL ACTIVITY REPORT

EMPLOYEE NAME: Dinah Bolton

WORK PERIOD: February 15, 2015 - February 28, 2015
*(List full 2 week/14 day period)*

EMPLOYEE SIGNATURE: *Dinah Bolton*

DATE: 3/4/2015

| DATE | PROJECT NAME/ WORK DESCRIPTION | CDBG | HOME | ESG | NSP I | NSP III | GEN FUND | BOND | OTHER | VAC | SICK | DL | C-TIME | OTHER | TOTAL HOURS | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/15/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 2/16/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/17/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/18/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/19/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/20/2015 | Section108/DLBA/Contracts | | | | | | | | | | 8 | | | | 8 | |
| 2/21/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 2/22/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 2/23/2015 | Section108/DLBA/Contracts | | | | | | | | | | 8 | | | | 8 | |
| 2/24/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/25/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/26/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/27/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/28/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| | TOTAL HOURS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 64 | 0 | 16 | 0 | 0 | 0 | 80 | |

MANAGER OR SUPERVISOR'S NAME

MANAGER OR SUPERVISOR'S SIGNATURE

DATE

Original signed form must be retained by the manager or supervisor, with copies to the employee and PM Staff for audit purposes.
VM - Revised September 2013

## PLANNING AND DEVELOPMENT DEPARTMENT
## PERSONNEL ACTIVITY REPORT

**EMPLOYEE NAME:** Dinah Bolton

**WORK PERIOD:** February 1, 2015 - February 14, 2015
*(List full 2 week/14 day period)*

**EMPLOYEE SIGNATURE:** *Dinah Bolton*

**DATE:** 3/4/2015

| DATE | PROJECT NAME/ WORK DESCRIPTION | FUNDING SOURCE ||||||| TIME OFF ||||| TOTAL HOURS | COMMENTS |
|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CDBG | HOME | ESG | NSP I | NSP III | GEN FUND | BOND | OTHER | VAC | SICK | DL | C-TIME | OTHER | | |
| 2/1/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 2/2/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/3/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/4/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/5/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/6/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/7/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 2/8/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 2/9/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/10/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/11/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/12/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/13/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 2/14/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| | **TOTAL HOURS** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 0 | 80 | |

**MANAGER OR SUPERVISOR'S NAME**

**MANAGER OR SUPERVISOR'S SIGNATURE**

**DATE**

Original Signed form must be retained by the Manager or supervisor, with copies to the employee and FRM Staff for audit purposes.
VM - Revised September 2013

PLANNING AND DEVELOPMENT DEPARTMENT
PERSONNEL ACTIVITY REPORT

EMPLOYEE NAME: Dinah Bolton

WORK PERIOD: January 18, 2015 - January 31, 2015
*(List full 2 week/14 day period)*

EMPLOYEE SIGNATURE: *(signed)* Dinah Bolton

DATE: 2/5/2015

| DATE | PROJECT NAME/ WORK DESCRIPTION | CDBG | HOME | ESG | NSP I | NSP III | GEN FUND | BOND | OTHER | VAC | SICK | DL | C-TIME | OTHER | TOTAL HOURS | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/18/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 1/19/2015 | Section108/DLBA/Contracts | | | | | | | | | | | | | 8 | 8 | Holiday |
| 1/20/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 1/21/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 1/22/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 1/23/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 1/24/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 1/25/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 1/26/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 1/27/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 1/28/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 1/29/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 1/30/2015 | Section108/DLBA/Contracts | | | | | | | | | | 8 | | | | 8 | |
| 1/31/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| TOTAL HOURS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 64 | 0 | 8 | 0 | 0 | 8 | 80 | |

MANAGER OR SUPERVISOR'S NAME

MANAGER OR SUPERVISOR'S SIGNATURE

DATE

Original signed form must be retained by the manager or supervisor, with copies to the employee and PRM Staff for audit purposes.
VM - Revised September 2013

PLANNING AND DEVELOPMENT DEPARTMENT
PERSONNEL ACTIVITY REPORT

EMPLOYEE NAME: Dinah Bolton

WORK PERIOD: January 4, 2015 - January , 2015
*(List full 2 week/14 day period)*

EMPLOYEE SIGNATURE: *Dinah Bolton*

DATE: 1/21/2015

| DATE | PROJECT NAME/ WORK DESCRIPTION | FUNDING SOURCE | | | | | | | | TIME OFF | | | | | TOTAL HOURS | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CDBG | HOME | ESG | NSP I | NSP III | GEN FUND | BOND | OTHER | VAC | SICK | DL | C-TIME | OTHER | | |
| 1/4/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 1/5/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 1/6/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 1/7/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 1/8/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 1/9/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 1/10/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 1/11/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| 1/12/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 1/13/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 1/14/2015 | Section108/DLBA/Contracts | | | | | | | | | | 8 | | | | 8 | |
| 1/15/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 1/16/2015 | Section108/DLBA/Contracts | | | | | | | | 8 | | | | | | 8 | Tax Abatements |
| 1/17/2015 | Weekend | | | | | | | | | | | | | | 0 | |
| | TOTAL HOURS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 72 | 0 | 8 | 0 | 0 | 0 | 80 | |

MANAGER OR SUPERVISOR'S NAME

MANAGER OR SUPERVISOR'S SIGNATURE

DATE

Original, signed form must be retained by the manager or supervisor, with copies to the employee and FRM Staff for audit purposes.
VM - Revised September 2013