UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No: 13-53846

Chapter: 9

City of Detroit, Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on the **August 20, 2016**, (date of mailing), I served

copies as follows: (By Mail)

1. Document(s) served: **Proof of Service and the following:**

   Motion/Response Filed by Creditor Dinah Lynn Bolton to the Debtor's Forty-Fourth Omnibus Objection to Certain Claims - #2373 – Case No. 13-53846. (Related document(s) [11231, 11230, 11255, 11283, 11287, and 11288])

   2. Served upon [name and address of each person served]:

   Marc N. Swanson, Miller, Canfield, Paddock and Stone, PLC
   150 West Jefferson, Suite 2500, Detroit, MI 48226

   3. By First Class Mail.

Dated: 8/20/16

(Signature)

Print Name: Dinah L. Bolton