# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER GRANTING STIPULATED ADJOURNMENT OF HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 776 OF AGAR LAWN SPRINKLER SYSTEMS, INC.

Upon the Stipulation for Adjournment of Hearing on the City of Detroit's Objection to Claim Number 776 of Agar Lawn Sprinkler Systems, Inc. [Doc. No. 11399]; and the Court being otherwise advised in the premises;

IT IS ORDERED THAT the hearing on the objection to Claim Number 776 of Agar Lawn Sprinkler Systems, Inc., currently scheduled to take place August 31, 2016 at 1:30 p.m., is adjourned to **October 19, 2016 at 1:30 p.m.**

.

**Signed on August 26, 2016**

                                                        /s/ Thomas J. Tucker
                                                       Thomas J. Tucker
                                                       United States Bankruptcy Judge