**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

### ORDER APPROVING STIPULATION RESOLVING OBJECTION TO CLAIM NUMBER 2440 FILED BY DARRELL CARRINGTON AND ALLOWING CLAIM NUMBER 2440 IN A REDUCED AMOUNT

This case is before the Court on the *Stipulation for Resolution of Objection to Claim Number 2440 filed by Darrell Carrington and Allowance of Claim Number 2440 in a Reduced Amount* (Docket # 11453, the "Stipulation"); the parties having stipulated to the allowance of claim number 2440 in a reduced amount and the resolution of the *Debtor's Forty-Fourth Omnibus Objection to Certain Claims (No Basis)* (the "Objection," Doc. No. 11162) as to claim number 2440; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1.  The Objection is resolved as to proof of claim number 2440 filed by Darrell Carrington (the "Claim").

2.  The Claim is allowed as a Class 15 Convenience Claim in the amount of $4,780.00 and will be paid in a cash payment of $1,195.00, which is 25% of the allowed amount, according to the terms of the City's confirmed *Eighth Amended*

*Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* (Doc.
No. 8045).

       3.   The City's claims and noticing agent, Kurtzman Carson Consultants,
is authorized to update the claims register to reflect the terms of this Order.

.

**Signed on August 26, 2016**

       /s/ **Thomas J. Tucker**
**Thomas J. Tucker**
**United States Bankruptcy Judge**
