**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION RESOLVING OBJECTION TO CLAIM NUMBER 3345 FILED BY WARREN DUNCAN AND ALLOWING CLAIM NUMBER 3345 IN A REDUCED AMOUNT**

This case is before the Court on the *Stipulation for Resolution of Objection to Claim Number 3345 filed by Warren Duncan and Allowance of Claim Number 3345 in a Reduced Amount* (Docket # 11456, the "Stipulation"); the parties having stipulated to the allowance of claim number 3345 in a reduced amount and the resolution of the *Debtor's Forty-Fifth Omnibus Objection to Certain Claims (No Basis)* (the "Objection," Doc. No. 11163) as to claim number 3345; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. The Objection is resolved as to proof of claim number 3345 filed by Warren Duncan (the "Claim").

2. The Claim is allowed as a Class 15 Convenience Claim in the amount of $5,370.00 and will be paid in a cash payment of $1,342.50, which is 25% of the allowed amount, in full and final satisfaction of the Claim according to the terms of

the City's confirmed *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 8045).

      3.   The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.

.

**Signed on August 26, 2016**

                                               /s/ Thomas J. Tucker
                                               Thomas J. Tucker
                                               United States Bankruptcy Judge