UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

Debtor.

Case No. 13-53846

Judge Thomas J. Tucker

Chapter 9

**ORDER APPROVING STIPULATION RESOLVING OBJECTION TO CLAIM NUMBER 3154 FILED BY RANNA K. TRIVEDI AND ALLOWING CLAIM NUMBER 3154 IN A REDUCED AMOUNT**

This case is before the Court on the *Stipulation for Resolution of Objection to Claim Number 3154 filed by Ranna K. Trivedi and Allowance of Claim Number 3154 in a Reduced Amount* (Docket # 11460, the "Stipulation"); the parties having stipulated to the allowance of claim number 3154 in a reduced amount and the resolution of the *Debtor's Forty-Fifth Omnibus Objection to Certain Claims (No Basis)* (the "Objection," Doc. No. 11163) as to claim number 3154; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. The Objection is resolved as to proof of claim number 3154 filed by Ranna K. Trivedi (the "Claim").

2. The Claim is allowed as a Class 15 Convenience Claim in the amount of $7,560.00 and will be paid in a cash payment of $1,890.00, which is 25% of the allowed amount, according to the terms of the City's confirmed *Eighth Amended*

*Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 8045).

      3.   The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.

.

**Signed on August 26, 2016**

                                    /s/ Thomas J. Tucker
                                    Thomas J. Tucker
                                    United States Bankruptcy Judge