# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER APPROVING STIPULATION RESOLVING OBJECTION TO CLAIM NUMBER 1823 FILED BY GLADYS CANNON AND ALLOWING CLAIM NUMBER 1823 IN A REDUCED AMOUNT

This case is before the Court on the *Stipulation for Resolution of Objection to Claim Number 1823 filed by Gladys Cannon and Allowance of Claim Number 1823 in a Reduced Amount* (Docket # 11470, the "Stipulation"); the parties having stipulated to the allowance of claim number 1823 in a reduced amount and the resolution of the *Debtor's Forty-Fourth Omnibus Objection to Certain Claims (No Basis)* (the "Objection," Doc. No. 11162) as to claim number 1823; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. The Objection is resolved as to proof of claim number 1823 filed by Gladys Cannon (the "Claim").

2. The Claim is allowed as a Class 15 Convenience Claim in the amount of $4,407.00 and will be paid in a cash payment of $1,101.75, which is 25% of the allowed amount, according to the terms of the City's confirmed *Eighth Amended*

*Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 8045).

3. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.

.

**Signed on August 26, 2016**

                                                         /s/ Thomas J. Tucker
                                                       Thomas J. Tucker
                                                       United States Bankruptcy Judge