# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING STIPULATION RESOLVING OBJECTION TO CLAIM NUMBER 3203 FILED BY SANDRA O'NEAL AND ALLOWING CLAIM NUMBER 3203 IN A REDUCED AMOUNT

This case is before the Court on the *Stipulation for Resolution of Objection to Claim Number 3203 filed by Sandra O'Neal and Allowance of Claim Number 3203 in a Reduced Amount* (Docket # 11464, the "Stipulation"); the parties having stipulated to the allowance of claim number 3203 in a reduced amount and the resolution of the *Debtor's Forty-Fifth Omnibus Objection to Certain Claims (No Basis)* (the "Objection," Doc. No. 11163) as to claim number 3203; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. The Objection is resolved as to proof of claim number 3203 filed by Sandra O'Neal (the "Claim").

2. The Claim is allowed as a Class 15 Convenience Claim in the amount of $4,780.00 and will be paid in a cash payment of $1,195.00, which is 25% of the allowed amount, according to the terms of the City's confirmed *Eighth Amended*

*Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 8045).

    3.   The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.

.

**Signed on August 26, 2016**

                                  /s/ Thomas J. Tucker
                                  Thomas J. Tucker
                                  United States Bankruptcy Judge