# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) | Case No. 13-53846 |
| Debtor. | ) ) ) ) | Judge Thomas J. Tucker |

## ORDER MODIFYING THIS COURT'S JUNE 27, 2016 ORDER
## (DOCKET NUMBER 11326)

This case is before the Court on the stipulation filed on August 26, 2016 entitled "Stipulation for the Entry of an Order Modifying this Court's June 27, 2016 Order (Docket Number 11326)" (Docket # 11475, the "Stipulation"). Based on the Stipulation,

IT IS ORDERED THAT the Court's June 27, 2016 Order entitled "Order Modifying This Court's April 29, 2016 Order (Doc. No. 11326)" (the "Order") is modified as follows:

1. The filing deadlines in paragraph 1.A of the Order are extended from August 29, 2016 to October 28, 2016.

2. The filing deadlines in paragraph 1.B of the Order are extended from October 28, 2016 to December 27, 2016.

3. The filing deadlines in paragraph 1.C of the Order are extended from November 28, 2016 to January 27, 2017.

4. The filing deadlines in paragraph 1.D of the Order are extended from September 9, 2016 to November 8, 2016.

.

**Signed on August 26, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge