To: Clerk of the Court
United States Bankruptcy court
211 W Fort Street Suite 2100
Detroit, MI 48226

cc: Atty: Marc N Swanson
Miller, Canfield, Paddock and Stone. PLC.

From: Henry Wolfe III
Retired: City of Detroit, DRD
Member AFSCME Local 836
18507 Ohio
Detroit, MI 48221

August 14th 2016 (2nd Notice)

Re: City of Detroit, Michigan, Debtor Bankruptcy Case No 13-53846

To Honorable Thomas J. Tucker,

I am on a list of claimants (page 16 Claim #1821) of current, ex or retired city employees that the City of Detroit is trying to "expunge" or disallow" paying money that they are rightfully owed. I am filing an **objection to this assertion** and I am going on record stating that the City of Detroit does owe me **$36,607.50**. In C of D's objection, they falsely state that the out of class was not pre-approved, but their own internal e-mail I've enclosed disproves this. This total is based on 1627 hours of Out of Class work for the City of Detroit at a rate of $22.50 an hour, I worked out of class as Recreation Center Supervisor Grade II at Patton and Lipke Recreation Centers. The Out Of Class work started in February 2011 and ended upon my retirement in May 2013. I have re-enclosed an e-mail from then Director Alicia Minter (now Bradford) to Human Resource Managers Marcus Holmes and LaQuita Evans backing up these facts. Thank you for your attention to this matter and I will be attending the hearing in August.

Sincerely,

Henry Wolfe III
Retired: DRD
Member AFSCME Local 836

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit

**CASE NO:** 13-53846
**CHAPTER:** 9

Debtor.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on _____August 14th, 2016_____ (date of mailing), I served copies as follows:

1. Document(s) served:

   Claimnants response to Debtor's 47th omnibus objection to Certain Claims

2. Served upon [name and address of each person served]:

3. By First Class Mail.

   Atty: Marc N Swanson
   150 West Jefferson, Suite 2500
   Detroit, MI 48226

Dated: ___8/14/16___

_____
(Signature) Henry Wolfe III

CORRECTED (HW)   Print Name: ___Henry Wolfe III___



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

DETROIT MI 48226

| Certified Mail Fee | $3.30 | 0216 |
| | | 27 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |

Postage
$   $0.47

Total Postage and Fees
$   $6.47

Sent To  Atty Marc N. Swanson
Street and Apt. No., or PO Box No.  150 West Jefferson Suite 2500
City, State, ZIP+4  Detroit, MI 48226

PS Form 3800, April 2015  PSN 7530-02-000-9047      See Reverse for Instructions

```
================================
             DETROIT
   1401 W FORT ST RM 1006
           DETROIT
             MI
          48233-9998
          2525050216
08/14/2016   (800)275-8777   6:10 PM
================================

Product                Sale    Final
Description            Qty     Price

First-Class             1      $0.47
Mail
Letter
    (Domestic)
    (DETROIT, MI  48226)
    (Weight:0 Lb 0.30 Oz)
    (Expected Delivery Day)
    (Wednesday 08/17/2016)
Certified               1      $3.30
    (USPS Certified Mail #)
    (70153430000036842444)
Return                  1      $2.70
Receipt
    (USPS Return Receipt #)
    (9590952106150266469762)

Total                          $6.47

Debit Card Remit'd             $6.47
    (Card Name:Debit Card)
    (Account #:XXXXXXXXXXXX5144)
    (Approval #:031018)
    (Transaction #:601)
    (Receipt #:001737)
    (Debit Card Purchase:$6.47)
    (Cash Back:$0.00)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.


*******************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*******************************

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.


*******************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*******************************

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
```

**Dave Bing, Mayor**

>>> Alicia Minter 11/8/12 11:43 AM >>>
Hi, Kathy

I have several employees who should be on pre-approved OOC; have been working for 6 months or more in assignment and indicated they have not been compensated:

Robert Auston, Recreation Instructor to Recreation Center Supv. Gr. I-October 2011-current
Karla Williamson, R.C.S. II to District Supervisor - 2/22/12-9/28/ 2012
Al Williams, Rec. Instructor to R.C.S. I - 2/28/12-current
Lisa Cunningham Rec. Instructor to R.C.S. I - 2/22/12-9/28/12
Michael West Rec. Instructor to R.C.S. I - 3/7/12-9/28/12
Henry Wolfe, Rec. Instructor to R.C.S. I - 3/5/12-current
Kent Gresham, Rec Instructor to R.C.S. I-4/1/12-current

Forms have been submitted monthly for payment. Would you please review and determine when payment can be expected and what would need to be done to have paid on bi-weekly payroll.

Please give me a call if you have any questions.

Thank you

Alicia C. Minter, General Manager
Detroit Recreation Department
Executive Office
18100 Meyers Rd
Detroit, MI   48235

mintera@detroitmi.gov

Dave Bing, Mayor