FILED

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 |
|---|---|---|

Name of Debtor: City of Detroit, Michigan  Case Number: 13-53846

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
City of Detroit

Name and address where notices should be sent:
Marcus R. Holmes PHR HR Manager I
City of Detroit - Human Resources Dept.
2 Woodward Ave Suite 308
Detroit, MI 48226
Telephone number: 313-224-1519  email: Holmesm@detroitmi.gov

COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Henry Wolfe III
18507 Ohio
Detroit, MI 48221
Telephone number: 313-377-0792  email: hwolfe8040@comcast.net

☒ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

RECEIVED
FEB 24 2014
KURTZMAN CARSON CONSULTANTS

1. Amount of Claim as of Date Case Filed: $ 36,607.50

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: PAYMENT OF OUT OF CLASS FOR WORKING AS SUPERVISOR
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: 6336 or 9368

3a. Debtor may have scheduled account as: _____
(See instruction #3a)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☒ Other
Describe: _____

Value of Property: $ _____

Annual Interest Rate (when case was filed) ____ % ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ _____

Basis for perfection: _____

Amount of Secured Claim: $ _____

Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2). $ _____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____ . $ _____

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted".) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. Signature: (See instruction # 8)
Check the appropriate box.

☒ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Henry Wolfe III
Title: Rec Instructor (Retired)
Company: City of Detroit
Address and telephone number (if different from notice address above):
18507 Ohio
Detroit, MI 48221
Telephone number: 313-397-1404  email: hwolfe8040@comcast.net

(Signature) Henry Wolfe III  (Date) 2/15/2014

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

February 19th 2014

To Whom it may concern,

The following claim of non-payment of Out of class pay, has also been filed by AFSCME Local 836.

Sincerely,

-Henry Wolfe III
Recreation Instructor / Retired

From: "LaQuita Evans" <EvansLa@detroitmi.gov>
Date: November 8, 2012, 4:45:11 PM EST
To: "Alicia Minter" <MinterA@detroitmi.gov>
Cc: "Marcus Holmes" <HolmesM@detroitmi.gov>
**Subject: Re: OOC Payments**

Good afternoon Alicia,

I followed up on your concern regarding the OOC Payments for Recreation. According to payroll, Robert Auston, Lisa Cunningham, Karla Williamson, Albert Williams were all paid lump sums on their 06/29/12 checks for OOC. This lump sum should have covered for the time worked out-of-class for the fiscal year 2011. We are currently working on the other employees who were not compensated for OOC for either one or both fiscal years, and it is our plan to have them sent to payroll for processing by close of business Wednesday.

Thanks.


LaQuita D. Evans
City of Detroit - Human Resources
Coleman A. Young Municipal Ctr
Two Woodward Avenue
Detroit, MI 48226
Office: 313-224-6927
Fax: 313-224-7325
Email: evansla@detroitmi.gov

Dave Bing, Mayor


>>> Marcus Holmes 11/8/2012 11:57 AM >>>
Hello Alicia,

Out-of-class approvals, as you may recall, start with our unit.

I will have LaQuita look these up, and provide you with a response by close of business tomorrow.

Marcus R Holmes PHR, HR Manager I
City of Detroit - Human Resources Department
Two Woodward Avenue, Suite 308
Detroit, MI 48226
Office: (313) 224-1519
Fax: (313) 224-7325
Email: Holmesm@detroitmi.gov

**Dave Bing, Mayor**

>>> Alicia Minter 11/8/12 11:43 AM >>>
Hi, Kathy

I have several employees who should be on pre-approved OOC; have been working for 6 months or more in assignment and indicated they have not been compensated:

Robert Auston, Recreation Instructor to Recreation Center Supv. Gr. I-October 2011-current
Karla Williamson, R.C.S. II to District Supervisor - 2/22/12-9/28/ 2012
Al Williams, Rec. Instructor to R.C.S. I - 2/28/12-current
Lisa Cunningham Rec. Instructor to R.C.S. I - 2/22/12-9/28/12
Michael West Rec. Instructor to R.C.S. I - 3/7/12-9/28/12
Henry Wolfe, Rec. Instructor to R.C.S. I - 3/5/12-current
Kent Gresham, Rec Instructor to R.C.S. I-4/1/12-current

Forms have been submitted monthly for payment. Would you please review and determine when payment can be expected and what would need to be done to have paid on bi-weekly payroll.

Please give me a call if you have any questions.

Thank you


Alicia C. Minter, General Manager
Detroit Recreation Department
Executive Office
18100 Meyers Rd
Detroit, MI 48235

mintera@detroitmi.gov

Dave Bing, Mayor

# CITY OF DETROIT
# RECREATION DEPARTMENT

## Out-of-Class Request Form

Employee: **Henry Wolfe II**  SS#: **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**  Payroll Unit: **4200**

District: **Southeast**  Supervisor: **Eric Kelly**

Present Title: **Rec Instructor**

Proposed Title: **Rec Center Supervisor**

Personnel Office Use Only

| | Class Code | Rate | B.U. | Position No. |
|---|---|---|---|---|
| | | | | |
| | | | | |

Dates worked Out-of-Class:  Month **May**  Year **2013**

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | | | | 8S | 8S |

| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8S | 8S | | | 8F | 8F | 8F | 8V | 8V | | | 8 | 8 | 8 | 8 | 104 / 8F / 8V / 205 |

KOT HRS: 01, 64, 66, 67, 68, TOT

Employee Replaced: **Mike West**

1st day of replaced Employee's Absence: **Oct 1st 2012**

Reason for absence: ☐ Sick  ☐ Vacation  ☒ Other (explain): **Transfer**

**DUTIES PERFORMED** (Specify Location): **Lipke Rec Center, supervision, workbrain, program preparation, center deposits, accounting**

Equipment Operated (Teamsters Only): ____

Employee's Signature: *Henry Wolfe III*  Date: **6/3/13**

Supervisor's Signature: ____  Date: ____

The Supervisor's signature ONLY acknowledges receipt of this form. The District Supervisor and the Division Head will review it and, if approval is recommended, forward it to the Personnel Office.

## RECOMMENDATION FOR APPROVAL OR DISAPPROVAL

District Supervisor:  ☐ Yes  ☐ No  _____
Signature and Date

Division Head (or Representative):  ☐ Yes  ☐ No  _____
Signature and Date

Personnel Officer:  ☐ Yes  ☐ No  _____
Signature and Date

The Personnel Officer endorsement ONLY acknowledges that the request for Out-of-Class meets the initial requirements of Department operations based upon its budgeted positions. **HOWEVER, IT DOES NOT GUARANTEE PAYMENT FOR OUT-OF-CLASS WORK.** The authority for the approval and payment of Out-of-Class compensation resides with the Detroit Personnel Department. The Personnel Department may require that a written, and/or other, test be given prior to authorizing Out-of-Class compensation.

# CITY OF DETROIT
# RECREATION DEPARTMENT

## Out-of-Class Request Form

Employee: **Henry Wolfe III**  SS# **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**  Payroll Unit **4200**
District: **Southeast**  Supervisor: **Eric Kelly**

Present Title: **Rec Instructor**
Proposed Title: **Rec Center Supervisor**

Personnel Office Use Only

| Class Code | Rate | B.U. | Position No. |
|---|---|---|---|

Dates worked Out-of-Class:  Month **April**  Year **2013**

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 8 | 8 | 8 | 8 |  |  |  |  | 8 | 8 | 8 | 8 |  |  | 8 |

| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 8 | 8 | 8 |  |  |  | 8 | 8 | 8 | 8 |  |  | 8 | 8 | 160 |

KOT HRS: 01, 64, 66, 67, 68, TOT

Employee Replaced: **Mike West**  1st day of replaced Employee's Absence: **Oct 1st 2012**

Reason for absence: ☐ Sick ☐ Vacation ☒ Other (explain) **Transfer**

**DUTIES PERFORMED** (Specify Location): **Lipke Rec Center, supervision, workbrain, program preparation, center deposits, accounting**

Equipment Operated (Teamsters Only): ___

Employee's Signature: *Henry Wolfe II*  Date: **6-3-13**
Supervisor's Signature: ___  Date: ___

The Supervisor's signature ONLY acknowledges receipt of this form. The District Supervisor and the Division Head will review it and, if approval is recommended, forward it to the Personnel Office.

### RECOMMENDATION FOR APPROVAL OR DISAPPROVAL

District Supervisor: ☐ Yes ☐ No  Signature and Date ___

Division Head (or Representative): ☐ Yes ☐ No  Signature and Date ___

Personnel Officer: ☐ Yes ☐ No  Signature and Date ___

The Personnel Officer endorsement ONLY acknowledges that the request for Out-of-Class meets the initial requirements of Department operations based upon its budgeted positions. **HOWEVER, IT DOES NOT GUARANTEE PAYMENT FOR OUT-OF-CLASS WORK.** The authority for the approval and payment of Out-of-Class compensation resides with the Detroit Personnel Department. The Personnel Department may require that a written, and/or other, test be given prior to authorizing Out-of-Class compensation.

# CITY OF DETROIT
# RECREATION DEPARTMENT
## Out-of-Class Request Form

Employee: Henry Wolfe  SS# 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  Payroll Unit: 42

District: Southeast  Supervisor: Eric Kelly

Present Title: Rec. Instructor

Proposed Title: Rec Center Supervisor

Personnel Office Use Only — Class Code | Rate | B.U. | Position No.

Dates worked Out-of-Class: Month November Year 2012

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | KOT |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|-----|
| 8  | 8  | 8  |    |    | 8  | 8  | 8  | 8  | 8  |    |    | 8  | 8  | 8  | 8  | 01 64 66 |

| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Tot | |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|-----|-|
| 8  |    | 8  | 8  | 8  |    |    |    |    | 8  | 8  | 8  |    |    |    | 152 | 67 68 TOT |

Employee Replaced: Suzanne Caprathe / Mike West  1st day of replaced Employee's Absence: 3/1/12

Reason for absence: (✓) ☐ Sick ☐ Vacation ☒ Other(explain) Retirement

**DUTIES PERFORMED** (Specify Location): Supervision, cash deposits, check deposits, scheduling, meeting attendance, Workbrain, paperw[ork]

Equipment Operated (Teamsters Only): ___

Employee's Signature: Henry Wolfe  Date: 12/18/1[2]

Supervisor's Signature: ___  Date: ___

The Supervisor's signature ONLY acknowledges receipt of this form. The District Supervisor and th[e] Division Head will review it and, if approval is recommended, forward it to the Personnel Office.

## RECOMMENDATION FOR APPROVAL OR DISAPPROVAL

District Supervisor: ☐ Yes ☐ No  ___ Signature and Date

Division Head: ☐ Yes ☐ No  ___ Signature and Date
(or Representative)

Personnel Officer: ☐ Yes ☐ No  ___ Signature and Date

The Personnel Officer endorsement ONLY acknowledges that the request for Out-of-Class meets the init[ial]

# CITY OF DETROIT
# RECREATION DEPARTMENT

## Out-of-Class Request Form

Employee: **Henry Wolfe III**  SS#: **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**  Payroll Unit: **420**
District: **Southeast**  Supervisor: **Eric Kelly**

Present Title: **Rec Instructor**
Proposed Title: **Rec Center Supervisor**

Personnel Office Use Only

| Class Code | Rate | B.U. | Position No. |
|---|---|---|---|
| | | | |

Dates worked Out-of-Class: Month **October** Year **2012**

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 8 | 8 | 8 |  |  | 8 | 8 | 8 | 8 | 8 |  |  | 8 |

| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 8 | 8 | 8 |  |  |  | 8 | 8 | 8 | 8 |  |  | 8 | 8 | 152 |

KOT HRS: 01, 64, 66, 67, 68, TOT

Employee Replaced: **Suzanne Caprathe/Mike West**  1st day of replaced Employee's Absence: **3/1/2012**

Reason for absence: (✓) ☐ Sick ☐ Vacation ☒ Other(explain) **Retirement**

**DUTIES PERFORMED** (Specify Location): **Lipke Rec Center, Workbrain, scheduling, cleaning, attendance, Incident reports, meetings**

Equipment Operated (Teamsters Only): ___

Employee's Signature: **Henry Wolfe III**  Date: **11/20/12**
Supervisor's Signature: ___  Date: ___

The Supervisor's signature ONLY acknowledges receipt of this form. The District Supervisor and the Division Head will review it and, if approval is recommended, forward it to the Personnel Office.

### RECOMMENDATION FOR APPROVAL OR DISAPPROVAL

District Supervisor: ☐ Yes ☐ No  _____ Signature and Date

Division Head: ☐ Yes ☐ No  _____ Signature and Date
(or Representative)

Personnel Officer: ☐ Yes ☐ No  _____ Signature and Date

The Personnel Officer endorsement ONLY acknowledges that the request for Out-of-Class meets the initial requirements of Department operations based upon its budgeted positions. HOWEVER, IT DOES NOT GUARANTEE PAYMENT FOR OUT-OF-CLASS WORK. The authority for the approval and payment of Out-of-Class compensation resides with the Detroit Personnel Department. The Personnel Department may require that a written, and/or other, test be given prior to authorizing Out-of-Class compensation.

# CITY OF DETROIT
# RECREATION DEPARTMENT
## Out-of-Class Request Form

Employee: Henry Wolfe III   SS# 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   Payroll Unit 1200

District: Southeast   Supervisor: Karla Williamson

Present Title: Rec Instructor

Proposed Title: Rec Center Supervisor

**Personnel Office Use Only**

| | Class Code | Rate | B.U. | Position No. |
|---|---|---|---|---|

Dates worked Out-of-Class:   Month: September   Year: 2012

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 8 | 8 | 8 | 8 |  |  | 8 | 8 | 8 | 8 | 8 |  |  |

| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 8 | 8 | 8 | 8 |  |  | 8 | 8 | 8 | 8 | 8 |  |  |  | 152 |

KOT HRS: 01, 64, 66, 67, 68, TOT

Employee Replaced: Suzanne Capathe   1st day of replaced Employee's Absence: March 1st 2012

Reason for absence: ☐ Sick ☐ Vacation ☒ Other (explain): Retirement

**DUTIES PERFORMED** (Specify Location): Workbrain, scheduling, planning, organizing, making deposits, disciplining employees

Equipment Operated (Teamsters Only): _____

Employee's Signature: Henry Wolfe III   Date: 10/10/12

Supervisor's Signature: _____   Date: _____

The Supervisor's signature ONLY acknowledges receipt of this form. The District Supervisor and the Division Head will review it and, if approval is recommended, forward it to the Personnel Office.

## RECOMMENDATION FOR APPROVAL OR DISAPPROVAL

District Supervisor:   ☐ Yes  ☐ No   _____ Signature and Date

Division Head: (or Representative)   ☐ Yes  ☐ No   _____ Signature and Date

Personnel Officer:   ☐ Yes  ☐ No   _____ Signature and Date

The Personnel Officer endorsement ONLY acknowledges that the request for Out-of-Class meets the initial requirements of Department operations based upon its budgeted positions. **HOWEVER, IT DOES NOT GUARANTEE PAYMENT FOR OUT-OF-CLASS WORK.** The authority for the approval and payment of Out-of-Class compensation resides with the Detroit Personnel Department. The Personnel Department may ... that a written, and/or other, test be given prior to authorizing Out-of-Class compensation.

# RECREATION DEPARTMENT
## Out-of-Class Request Form

Employee: **Henry Wolfe III**  SS#: 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  Payroll Unit: 42(

District: **Southeast**  Supervisor: **Karla Williamson**

Present Title: **Recreation Instructor**

Proposed Title: **Rec Center Supervisor**

*Personnel Office Use Only*

| | Class Code | Rate | R.U. | Position No. |
|---|---|---|---|---|
| | | | | |

Dates worked Out-of-Class:  Month **August**  Year **2012**

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | | | | 8 | 8 | 8 |

| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | | | 8 | 8 | 8 | 8 | 8V | | | | | 8 | 8 | 8 | 176 |

KOT H: 01, 64, 66, 67, 68, TOT

Employee Replaced: **Sue Caprathe**

1st day of replaced Employee's Absence: **3-1-201**

Reason for absence: ☐ Sick ☐ Vacation ☒ Other (explain) **Retirement**

**DUTIES PERFORMED** (Specify Location): Workbrain, center deposits, staff assignments, meeting attendance, program preparation, supervision

Equipment Operated (Teamsters Only): _____

Employee's Signature: *Henry Wolfe III*

Supervisor's Signature: _____  Date: **9-5-12**

Date: _____

The Supervisor's signature ONLY acknowledges receipt of this form. The District Supervisor and the Division Head will review it and, if approval is recommended, forward it to the Personnel Office.

## RECOMMENDATION FOR APPROVAL OR DISAPPROVAL

District Supervisor: ☐ Yes ☐ No  _____ Signature and Date

Division Head: (Representative) ☐ Yes ☐ No  _____ Signature and Date

Personnel Officer: ☐ Yes ☐ No  _____ Signature and Date

Personnel Officer endorsement ONLY acknowledges that the request for Out-of-Class meets the initial requirements of Department operations based upon its budgeted positions. HOWEVER, IT DOES NOT GRANTEE PAYMENT FOR OUT-OF-CLASS WORK. The authority for the approval and payment of Out-of-class compensation resides with the Detroit Personnel Department. The Personnel Department...re that a written, and/or other, test be given prior to authorizing Out-of-C...

**RECREATION DEPARTMENT**

**Out-of-Class Request Form**

Employee: Henry Wolfe III   SS#: 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   Payroll Unit: 420
District: Southeast   Supervisor: Karla Williamson

Present Title: Rec. Instructor
Proposed Title: RCS II

**Personnel Office Use Only**

| Class Code | Rate | B.U. | Position No. |
|---|---|---|---|
|  |  |  |  |

Dates worked Out-of-Class:   Month: July   Year: 2012

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 |  |  | 8 | 8 | 8 | 8 |  |  |  | 8 | 8 | 8 | 8 | 8 |  |

| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 8 | 8 |  | 8 |  |  |  | 8 | 8 | 8 | 8 | 8 |  |  | 144 |

KOT
01
64
66
67
68
TOT

Employee Replaced: Suzanne Ceprathe   1st day of replaced Employee's Absence: March 1, 20__

Reason for absence: ☐ Sick  ☐ Vacation  ☒ Other (explain): Retired

**DUTIES PERFORMED** (Specify Location): Supervision of employees, making schedules, doing workbrain, creating X-4's, handling numerous tasks.

Equipment Operated (Teamsters Only): ____

Employee's Signature: Henry Wolfe III

Supervisor's Signature: ____   Date: 7/9/12
                                      Date: ____

The Supervisor's signature ONLY acknowledges receipt of this form. The District Supervisor and the Division Head will review it and, if approval is recommended, forward it to the Personnel Office.

**RECOMMENDATION FOR APPROVAL OR DISAPPROVAL**

District Supervisor:  ☐ Yes ☐ No   _____
                                   Signature and Date

Division Head:        ☐ Yes ☐ No   _____
(Representative)                   Signature and Date

Personnel Officer:    ☐ Yes ☐ No   _____
                                   Signature and Date

The Personnel Officer endorsement ONLY acknowledges that the request for Out-of-Class meets the initial requirements of Department operations based upon its budgeted positions. HOWEVER, IT DOES NOT GUARANTEE PAYMENT FOR OUT-OF-CLASS WORK. The authority for the approval and payment of Out-of-Class compensation resides with the Detroit Personnel Department. The Personnel Department may require that a written, and/or other, test be given prior to authorizing Out-of-Class compensation.

(over)

# RECREATION DEPARTMENT
## Out-of-Class Request Form

Employee: **Henry Wolfe III**  SS# 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  Payroll Unit: 42
District: **Southeast**
Supervisor: **Karla Williamson**

Present Title: **Rec Instructor**
Proposed Title: **RCS II**

**Personnel Office Use Only**

| Class Code | Rate | B.U. | Position No. |
|---|---|---|---|

### Dates worked Out-of-Class:
Month: **May**  Year: **2017**

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 8 | 8 | 8 |  |  | 8 | 8 | 8 | 8 |  |  | 8 | 8 | 8 | 8 |

| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 8 |  |  |  | 8 | 8 | 8 | 8 |  |  | 8 | 8 | 8 | 8 | 168 |

KOT H
01
64
66
67
68
TOT

Employee Replaced: **Suzanne Caprathe**
1st day of replaced Employee's Absence: **March 1st 201_**

Reason for absence: ☐ Sick ☐ Vacation ☒ Other(explain): **Retirement**

**DUTIES PERFORMED** (Specify Location): **PATTON REC CENTER, WORKBRAIN PAYROLL, ISSUING ASSIGNMENT, MAKING SCHEDULE, ORGANIZING, MTG. ATTEND**

Equipment Operated (Teamsters Only): ____

Employee's Signature: *Henry Wolfe*
Supervisor's Signature: ____  Date: 6/5/12
Date: ____

The Supervisor's signature ONLY acknowledges receipt of this form. The District Supervisor and the Division Head will review it and, if approval is recommended, forward it to the Personnel Office.

## RECOMMENDATION FOR APPROVAL OR DISAPPROVAL

District Supervisor: ☐ Yes ☐ No  _____  Signature and Date

Division Head: (representative) ☐ Yes ☐ No  _____  Signature and Date

Personnel Officer: ☐ Yes ☐ No  _____  Signature and Date

Personnel Officer endorsement ONLY acknowledges that the request for Out-of-Class meets the initial requirements of Department operations based upon its budgeted positions. HOWEVER, IT DOES NOT GRANTEE PAYMENT FOR OUT-OF-CLASS WORK. The authority for the approval and payment of Out-of-class compensation resides with the Detroit Personnel Department. The Personnel Department ___ require that a written, and/or other, test be given prior to authorizing Out-of-C___

# RECREATION DEPARTMENT
## Out-of-Class Request Form

Employee: **Henry Wolfe II**  SS#: **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**  Payroll Unit: **22**
District: **Southeast**  Supervisor: **Mrs. Karla Williams**

Present Title: **Rec Instructor**
Proposed Title: **RCS II (O.O.C.)**

**Personnel Office Use Only**

| Class Code | Rate | B.U. | Position No. |
|---|---|---|---|
| | | | |

### Dates worked Out-of-Class:
Month: **April**  Year: **2012**

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
|    | 8  | 8  | 8  | 8  |    |    |    | 8  | 8  | 8  | 8  |    |    |    | 8  |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Tot |
| 8  | 8  | 8  | 8  |    |    | 8  | 8  | 8  | 8  |    |    |    | 6  | 8  | 150 |

KOT H
01
64
66
67
68
TOT

Employee Replaced: **Ms. Suzanne Caprothe**
1st day of replaced Employee's Absence: **3/1/2012**

Reason for absence: ☐ Sick ☐ Vacation ☒ Other (explain): **Retirement**

**DUTIES PERFORMED** (Specify Location): **Workbrain, attendance reports, creating center schedules and programming, issuing discipline**

Equipment Operated (Teamsters Only): _____

Employee's Signature: *Henry Wolfe II*  Date: **5/3/12**
Supervisor's Signature: _____  Date: _____

The Supervisor's signature ONLY acknowledges receipt of this form. The District Supervisor and the Division Head will review it and, if approval is recommended, forward it to the Personnel Office.

### RECOMMENDATION FOR APPROVAL OR DISAPPROVAL

District Supervisor: ☐ Yes ☐ No  _____ Signature and Date

Division Head (Representative): ☐ Yes ☐ No  _____ Signature and Date

Personnel Officer: ☐ Yes ☐ No  _____ Signature and Date

Personnel Officer endorsement ONLY acknowledges that the request for Out-of-Class meets the initial requirements of Department operations based upon its budgeted positions. HOWEVER, IT DOES NOT GUARANTEE PAYMENT FOR OUT-OF-CLASS WORK. The authority for the approval and payment of Out-of-Class compensation resides with the Detroit Personnel Department. The Personnel Department requires that a written, and/or other, test be given prior to authorizing Out-...

# RECREATION DEPARTMENT
## Out-of-Class Request Form

Employee: Henry Wolfe III  SS#: 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  Payroll Unit: 220
District: Southeast  Supervisor: Mrs. Karla Williamson

Present Title: Recreation Instructor
Proposed Title: Rec Center Supervisor II

**Personnel Office Use Only**

| Class Code | Rate | B.U. | Position No. |
|---|---|---|---|
| | | | |
| | | | |

Dates worked Out-of-Class:  Month: March  Year: 2012

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | |

| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8 | 8 | 8 | 8 | 8 | | | | | 8 | 8 | 8 | 8 | | 160 |

KOT HD:
01 __
64 __
66 __
67 __
68 __
TOT __

Employee Replaced: Suzanne Coprathe
1st day of replaced Employee's Absence: March 1st

Reason for absence: (✓) ☐ Sick ☐ Vacation ☒ Other (explain): Suzanne Coprathe retired

**DUTIES PERFORMED** (Specify Location): Patton, Program preparation, planning schedules, conducting activities, supervising employees, workbr...

Equipment Operated (Teamsters Only): __

Employee's Signature: Henry Wolfe III
Supervisor's Signature: __  Date: 4/17/12
Date: __

The Supervisor's signature ONLY acknowledges receipt of this form. The District Supervisor and the Division Head will review it and, if approval is recommended, forward it to the Personnel Office.

## RECOMMENDATION FOR APPROVAL OR DISAPPROVAL

District Supervisor: ☐ Yes ☐ No __
Signature and Date

Division Head (Representative): ☐ Yes ☐ No __
Signature and Date

Personnel Officer: ☐ Yes ☐ No __
Signature and Date

Personnel Officer endorsement ONLY acknowledges that the request for Out-of-Class meets the initial requirements of Department operations based upon its budgeted positions. HOWEVER, IT DOES NOT GRANTEE PAYMENT FOR OUT-OF-CLASS WORK. The authority for the approval and payment of Out-of-class compensation resides with the Detroit Personnel Department. The Personnel Department may require that a written, and/or other, test be given prior to authorizing Out-of-Cl...

# RECREATION DEPARTMENT
## Out-of-Class Request Form

Employee: **Henry Wolfe III**  SS# **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**  Payroll Unit **2326**
District: **Southeast**  Supervisor: **Suzanne Caprathe**

Present Title: **Rec Instructor**
Proposed Title: **R.C.S II**

**Personnel Office Use Only**

| Class Code | Rate | B.U. | Position No. |
|---|---|---|---|
| | | | |

### Dates worked Out-of-Class: Month **February** Year **2011**

| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 8 | 8 | 8 | 8 | | | | | |

| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Tot |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | 32 |

KOT: 01, 64, 66, 67, 68, TOT

Employee Replaced: **Suzanne Caprathe**  1st day of replaced Employee's Absence: **2/8/11**

Reason for absence: ☐ Sick  ☐ Vacation  ☒ Other(explain) **MAHPRED WORK CONFERENCE**

**DUTIES PERFORMED** (Specify Location): **Opening and Closing building at Patton Rec. Center; Overseeing employees, filling out incident reports, check pick up**

Equipment Operated (Teamsters Only): _____

Employee's Signature: **Henry Wolfe III**  Date **3/25/11**
Supervisor's Signature: _____  Date _____

The Supervisor's signature ONLY acknowledges receipt of this form. The District Supervisor and the Division Head will review it and, if approval is recommended, forward it to the Personnel Office.

### RECOMMENDATION FOR APPROVAL OR DISAPPROVAL

District Supervisor: ☐ Yes ☐ No  _Signature and Date_

Division Head: ☐ Yes ☐ No  _Signature and Date_
(or Representative)

Personnel Officer: ☐ Yes ☐ No  _Signature and Date_

The Personnel Officer endorsement ONLY acknowledges that the request for Out-of-Class meets the initial requirements of Department operations based upon its budgeted positions. HOWEVER, IT DOES NOT GUARANTEE PAYMENT FOR OUT-OF-CLASS WORK. The authority for the approval and payment of Out-of-Class compensation resides with the Detroit Personnel Department. The Personnel Department may require that a written, and/or other, test be given prior to authorizing Out-of-Class compensation.