August 5, 2016

FILED

2016 AUG 16  A 10: 15

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

To:    Clerk of the Court
       United States Bankruptcy Court
       211 W. Fort Street, Suite 2100
       Detroit, MI 48226

To:    Marc N. Swanson Miller, Canfield, Paddock and Stone, PLC
       150 W. Jefferson, Suite 2500
       Detroit, MI 48226

From:  Beatrice McQueen
       26533 Blumfield Street
       Roseville, MI 48066

       Claim Number 785

I, Beatrice McQueen, responding to the notice received August 4, 2016 from the United States Bankruptcy Court, Eastern District of Michigan, and Southern Division, has requested a response to the decision of the City of Detroit to disallow and expunge the claim filed due to non-payment of vacation time. I **DO OPPOSE** the objection of this claim and will attend the court hearing dated August 31, 2016.

Thank You.

Sincerely,

*Beatrice McQueen*







CITY OF DETROIT LAW DEPARTMENT
660 WOODWARD AVE., SUITE 1800
DETROIT, MICHIGAN 48226-3535
PHONE: 313.224.4550
FAX: 313.224.5505
www.detroitmi.gov

June 5, 2013

Randall Harrison, Inv.
State of Michigan – LARA
MIOSHA – Wage & Hour Division
7150 Harris Drive, P.O. Box 30476
Lansing, MI 48909-7976

    RE:  Beatrice McQueen
          Claim No. 173264

Dear Inv. Harrison:

The City of Detroit is in receipt of the above captioned claim, alleging that the claimant is due Three Thousand Nine Hundred Eighty Eight Dollars and no cents ($3,988.00) in vacation pay due at retirement for the period of October 1, 2012 through February 22, 2013.

The claimant is a retired Office Assistant III non-union employee. Please see claimants Employee History File attached as Exhibit A. This employee's employment demographics were in oracle and not our old PPS system that houses the Fringe Banks. Employee 's payroll information is in Oracle that shows employee statements of earnings instead of payroll registers. Please see the Employee Statement of Earnings attached as Exhibit B.

Payment dates
October 5, 2012 "Vacation Bank" 0, with 8 hours of vacation paid $100.00
October 19, 2012

### Employee Statement of Earnings

| Date Paid | Vacation Bank | Vacation Hours Used & Paid | Amount Paid For vacation |
|---|---|---|---|
| 05/04/2012 | 408 | 0 | 0 |
| 05/18/2012 | 408 | 0 | 0 |
| 06/01/2012 | 408 | 0 | 0 |
| 06/15/2012 | 392 | 8 | 109.74 |
| 06/29/2012 | 384 | 8 | 109.74 |
| 07/13/2012 | Not shown | 16 | 219.48 |

{K:\DOCS\LABOR\guils\a28000\ltr\SG2041.DOC}

| | | | |
|---|---|---|---|
| 07/27/2012 | 320 | 8 | 109.74 |
| 08/10/2012 | 320 | 0 | 0 |
| 08/24/2012 | 320 | 32 | 438.96 |
| 09/07/2012 | 320 | 0 | 0 |
| No Oracle pay stub provided | | | |
| 10/05/2012 | 0 | 8 | $100.00 |
| 10/19/2012 | 0 | 40 | $550.00 |
| 11/02/2012 | 0 | 0 | 0 |
| 11/16/2012 | 0 | 8 | $110.00 |
| 11/30/2012 | 0 | 0 | 0 |
| 12/09/2012 | 0 | 0 | 0 |
| 12/14/2012 | 0 | 0 | 0 |
| 12/28/2012 | 0 | 0 | 0 |
| 01/11/2013 | 0 | 0 | 0 |
| 01/25/2013 | 0 | 0 | 0 |
| 02/08/2013 | 0 | 0 | 0 |
| 02/22/2013 | 0 | 0 | 0 |
| | | | |

These Employee Statements of Earnings show a total of $3,245.75 paid in vacation time and used for the year as of November 16, 2012. Therefore, $3,245.75 divided by $13.75 per hour wages equals 236.054... hours used divided by 8 hours per day equals 29.50681... vacation days paid in 2012. The claimant states that she did not return to work after the holiday shutdown period (Dec. 24, 25, 31 of 2012 and Jan. 1st, 2013). On January 11, 2013 the claimant was paid FMLA Reserve 40 hours, Dept Leave 8 hours and Holiday 32 hours. Then on Jan. 25, 2013 claimant was paid 12 hours FMLA sick 12 hours February 8 and 22, 2013 no pay was due.

Please see attached the claimant's August 29, 2012 Work Brain screen showing claimant's vacation bank with 320 hours. On

**Balance Report**

| Employee | Team | Balance Type | Start Date | End Date | Order By |
|---|---|---|---|---|---|
| ▮ | 🔍 =ALL= ALL | 🔍 =ALL= VACATION | 🔍 =ALL= 10/01/2012 📅 | 02/28/2013 📅 | |

**Save Parameters**

| Save ☐ | Delete ☐ | Personal Report ☐ |
|---|---|---|

Name [_____]

Description [_____]

[ Go ]

**Report Results**

| Employee | Item | Time Code | Origin | Date | Change | Balance | Comment |
|---|---|---|---|---|---|---|---|
| MCQUEEN, BEATRICE - ▮ | VACATION | | | 10/01/2012 | **INITIAL BALANCE** | **48.00 HOURS** | |
| | | | Balance Cascade | 10/01/2012 | -8.00 HOURS | 40.00 HOURS | Balance Cascade for SWING HOLIDAY |
| | | | Balance Cascade | 10/02/2012 | -8.00 HOURS | 32.00 HOURS | Balance Cascade for SWING HOLIDAY |
| | | | Balance Cascade | 10/03/2012 | -8.00 HOURS | 24.00 HOURS | Balance Cascade for SWING HOLIDAY |
| | | | Balance Cascade | 10/04/2012 | -8.00 HOURS | 16.00 HOURS | Balance Cascade for SWING HOLIDAY |
| | | | Balance Cascade | 10/05/2012 | -8.00 HOURS | 8.00 HOURS | Balance Cascade for SWING HOLIDAY |
| | | | Balance Cascade | 11/05/2012 | -8.00 HOURS | 0.00 HOURS | Balance Cascade for SWING HOLIDAY |
| | | | Entitlement Adj | 02/23/2013 | 56.00 HOURS | 56.00 HOURS | Created by entitlement engine as a result of VACATION |
| | | | Balance Cascade | 02/25/2013 | -8.00 HOURS | 48.00 HOURS | Balance Cascade for SWING HOLIDAY |
| | | | Balance Cascade | 02/26/2013 | -8.00 HOURS | 40.00 HOURS | Balance Cascade for SWING HOLIDAY |
| | | | Balance Cascade | 02/27/2013 | -8.00 HOURS | 32.00 HOURS | Balance Cascade for SWING HOLIDAY |

| | | | | |
|---|---|---|---|---|
| Balance Cascade | 02/28/2013 | -8.00 HOURS | 24.00 HOURS | Balance Cascade for SWING HOLIDAY |
| | 02/28/2013 | **FINAL BALANCE** | **24.00 HOURS** | |

**Balance Report**

| Employee | Team | Balance Type | Start Date | End Date | Order By |
|---|---|---|---|---|---|
| ▉ 🔍 ..ALL.. | ALL 🔍 ..ALL.. | VACATION 🔍 ..ALL.. | 02/28/2013 ▦ | 02/28/2013 ▦ | ▦ |

**Save Parameters**

Save ▢  Delete ▢  Personal Report ▢

Name [                    ]

Description [                    ]

[ Go ]

**Report Results**

| Employee | Item | Time Code | Origin | Date | Change | Balance | Comment |
|---|---|---|---|---|---|---|---|
| MCQUEEN, BEATRICE – ▉ | VACATION | | | | | | |
| | | | | 02/28/2013 | **INITIAL BALANCE** | **32.00 HOURS** | |
| | | | Balance Cascade | 02/28/2013 | -8.00 HOURS | 24.00 HOURS | Balance Cascade for SWING HOLIDAY |
| | | | | 02/28/2013 | **FINAL BALANCE** | **24.00 HOURS** | |