**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **9/28/16** at **01:30 PM** to consider and act upon the following:

*11426* – Danny Crowell, Leota Murphy And Jasmine Crowell's Motion For Relief From The Order Dated August 2, 2016 Under Bankruptcy Rule 9024 And 3008 (related documents 11417 Order on Motion to Enforce) Filed by Creditors Danny Crowell , Jasmine Crowell , Leota Murphy (ckata)

Dated: 8/29/16

                              BY THE COURT

                              Katherine B. Gullo
                              Clerk, U.S. Bankruptcy Court

                              BY: csiku
                              Deputy Clerk