August 15, 2016

FILED

2016 AUG 29 P 3: 04

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Clerk of the Court

United States Bankruptcy Court

211 W. Fort Street, Suite 2100

Detroit, MI 48226

I believe I filed a claim with the City of Detroit in error. I have been receiving monthly checks from the Detroit Police Pension Board as part of my divorce settlement per the Qualified Domestic Relations Order (QDRO) that they have on file. There has been no disruption in my monthly payments.

I contacted the Pension Board and was informed the Retirement System and the City of Detroit are separate entities. The city is not the administrator of the benefit plan, but rather the Detroit Police Retirement System. The purpose of this letter is my requested written response to the Forty-Seventh Omnibus Objection.

Thank you,

*Linda A Caldwell*

Linda A Caldwell

CLAIM Number 497

1721 Newberry

Milford, MI 48380

Home: 248 887 2431   Work: 734 793 4340


CC: Marc N. Swanson

Miller, Canfield, Paddock and Stone, PLC

150 West Jefferson, Suite 2500

Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 13-53846-tjt
CHAPTER: 9

**Debtor.**
City of Detroit

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2016 (date of mailing), I served copies as follows:

1. Document(s) served: My Response to 47th Omnibus Objection please see attached. letter previously submitted.

2. Served upon [name and address of each person served]:

    Clerk of the Court
    +
    Marc N. Swanson

3. By First Class Mail.

FILED
2016 AUG 29 P 3 04
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Dated: August 22, 2016

(Signature)

Print Name: Linda A Caldwell