IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Thomas J. Tucker
:
---------------------------------------------------------x

**STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND JEROME COLLINS FOR ADJOURNMENT OF HEARING ON CITY OF DETROIT'S CORRECTED MOTION FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND (II) REQUIRING THE DISMISSAL WITH PREJUDICE OF THE FEDERAL COURT ACTION FILED BY JEROME COLLINS TO THE EXTENT IT SEEKS RELIEF AGAINST THE CITY OF DETROIT OR PROPERTY OF THE CITY OF DETROIT**

The City of Detroit, Michigan ("City") and Jerome Collins ("Collins") by their undersigned counsel; hereby stipulate and agree as follows:

On August 3, 2016, the Court issued the Notice of Hearing [Doc. No. 11415], scheduling a hearing for August 31, 2016 at 1:30 p.m., on the City's Corrected Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (I) Requiring the Dismissal With Prejudice of the Federal Court Action Filed by Jerome Collins to the Extent It Seeks Relief Against the City of Detroit or Property of the City of Detroit [Doc. No. 10182] ("Motion").

1. Counsel for the City recently learned that he has a conflict on August 31 because he likely will need to attend a bankruptcy auction sale in Boston, Massachusetts on August 31 at 10:00 a.m.

2. Counsel for the City and Collins have conferred and agreed that the hearing on the Motion should be adjourned to September 28 at 1:30 p.m.

WHEREFORE, the City and Collins respectfully request that the Court enter an order in substantially the same form as the one attached as Exhibit A.

**STIPULATED AND AGREED:**

| ATTORNEYS FOR THE CITY | ATTORNEYS FOR JEROME COLLINS |
|---|---|
| By: /s/ Marc N. Swanson<br>Jonathan S. Green (P33140)<br>Marc N. Swanson (P71149)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 963-6420<br>Facsimile: (313) 496-7500<br>swansonm@millercanfield.com<br>spinner@millercanfield.com | By: /s/ Benjamin Whitfield, Jr.<br>Benjamin Whitfield, Jr., Esq. (P23562)<br>Cynthia J. Gaither, Esq. (P40755)<br>BENJAMIN WHITFIELD, JR. & ASSOCIATES, P.C.<br>547 East Jefferson Ave<br>Detroit, Michigan 48226<br>Telephone: (313) 961-1000<br>Facsimile: (313) 961-3110<br>benwlaw123@aol.com<br>benwlaw4822@aol.com |

DATED: August 29, 2016

# EXHIBIT A

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

----------------------------------------------------x
:
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Thomas J. Tucker
----------------------------------------------------x

**ORDER GRANTING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND JEROME COLLINS FOR ADJOURNMENT OF HEARING ON CITY OF DETROIT'S CORRECTED MOTION FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND (II) REQUIRING THE DISMISSAL WITH PREJUDICE OF THE FEDERAL COURT ACTION FILED BY JEROME COLLINS TO THE EXTENT IT SEEKS RELIEF AGAINST THE CITY OF DETROIT OR PROPERTY OF THE CITY OF DETROIT**

Upon the Stipulation by and Between the City of Detroit, Michigan and Jerome Collins for the Entry of an Order Adjournment of Hearing on the City of Detroit's Corrected Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (I) Requiring the Dismissal With Prejudice of the Federal Court Action Filed by Jerome Collins to the Extent It Seeks Relief Against the City of Detroit or Property of the City of Detroit;[1] and the Court being otherwise advised in the premises;

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation

IT IS ORDERED THAT the hearing on the Motion is hereby adjourned to September 28, 2016, at 1:30 p.m.