**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
-------------------------------------------------------x
                                        :
In re                                   :      Chapter 9
                                        :
CITY OF DETROIT, MICHIGAN,              :      Case No. 13-53846
                                        :
          Debtor.                       :      Judge Thomas J. Tucker
-------------------------------------------------------x
```

**ORDER APPROVING STIPULATION BETWEEN THE CITY OF
DETROIT, MICHIGAN AND JEROME COLLINS FOR ADJOURNMENT
OF HEARING ON CITY OF DETROIT'S CORRECTED MOTION FOR
THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF
ADJUSTMENT INJUNCTION AND (II) REQUIRING THE DISMISSAL
WITH PREJUDICE OF THE FEDERAL COURT ACTION FILED BY
JEROME COLLINS TO THE EXTENT IT SEEKS RELIEF AGAINST THE
CITY OF DETROIT OR PROPERTY OF THE CITY OF DETROIT**

Upon the stipulation (Docket # 11500), entitled "Stipulation By and

Between the City of Detroit, Michigan and Jerome Collins for Adjournment of

Hearing on the City of Detroit's Corrected Motion for the Entry of an Order (I)

Enforcing the Plan of Adjustment Injunction and (II) Requiring the Dismissal With

Prejudice of the Federal Court Action Filed by Jerome Collins to the Extent It

Seeks Relief Against the City of Detroit or Property of the City of Detroit;"[1] and

the Court being otherwise advised in the premises;

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

IT IS ORDERED that the hearing on the Motion (Docket # 10182) is adjourned to **September 28, 2016, at 1:30 p.m.**

.

**Signed on August 29, 2016**

                                        /s/ Thomas J. Tucker
                                        Thomas J. Tucker
                                        United States Bankruptcy Judge