UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

CITY OF DETROIT,   CASE NO. 13-53846
   HON: THOMAS J. TUCKER
   CHAPTER 9

_____/

**CERTIFICATION OF NO RESPONSE TO CITY OF DEROIT WATER AND SEWERAGE DEPARTMENT'S MOTION FOR CLARIFICATION OF NOVEMBER 19, 2015 ORDER**

**NOW COMES** the CITY OF Detroit Water and Sewerage by and through counsel, KILPATRICK & ASSOCIATES, P.C., and hereby states as follows:

1. On August 11, 2016, Kilpatrick & Associates, P.C. filed the Motion For Clarification of November 19, 2015 Order, Proposed Order, Notice and Proof of Service with the Court and an employee of Kilpatrick & Associates, P.C. served copies of the Motion and Attachments, and the Notice of Requirement for Response on Kim Spicer, and Liz Ferguson, the Office of the U.S. Trustee and served copies of the Notice only to all interested parties VIA ECF listed on the creditor's mailing matrix pursuant to L.B.R. 4001-1(a) (E.D.M.).

2. As of this date, no Objection or request for Hearing has been filed regarding the Motion to Adjourn Hearing.

3. More than fourteen (14) days have passed since the service of said Motion and Notice of Motion.

**WHEREFORE**, the City of Detroit Water and Sewerage prays this Court grant the relief requested in the Motion to Adjourn Hearing on its Objection to Claim Number 3451 Filed By Kim Spicer.

Respectfully submitted;

KILPATRICK & ASSOCIATES, P.C.

Dated: August 29, 2016

By: */S/Richardo I. Kilpatrick*_____
RICHARDO I. KILPATRICK, ESQ. (P35275)
Attorneys for City of Detroit Water and Sewerage
903 North Opdyke Road, Suite C
Auburn Hills, Michigan 48326
(248) 377-0700
ecf@kaalaw.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION – DETROIT

In re:

CITY OF DETROIT, MICHIGAN

Debtor.
_____/

Chapter 9

Hon. Thomas J. Tucker

Case No. 13-53846

## ORDER CLARIFYING COURT'S NOVEMBER 19, 2015, ORDER

This matter having come before the Court on the Motion of Detroit Water and Sewerage Department for Entry of an Order Clarifying the Court's November 19, 2015 Order, due notice having been provided and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this Court's Order of November 19, 2015, is supplemented to provide that Detroit Water and Sewerage Department and Kim Spicer shall equally share the arbitrator's costs and fees pursuant to the Court's December 24, 2013, Order Approving Alternative Dispute Resolution Procedures to Promote Liquidation of Certain Prepetition Claims.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

| | |
|---|---|
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| | Case No. 13-53846-tjt |
| Debtor. | Honorable Thomas J. Tucker |

_____/

## PROOF OF SERVICE

Karen O'Nail states that on the 30th day of August, 2016, she served a copy of the CERTIFICATE OF NO RESPONSE TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENTS MOTION FOR CLARIFICATION OF NOVEMBER 19, 2015 ORDER, PROPOSED ORDER ON MOTION, and this PROOF OF SERVICE upon the following parties with the Clerk of the Court using the ECF system which will send notification of such filing to the following: and by first class mail to:

Kim Spicer
13029 STAMFORD
WARREN, MI 48089

Liz Ferguson
55 Southbound Gratiot
Mount Clemens, MI 48043

/s/ Karen O'Nail
Karen O'Nail, and employee of
KILPATRICK & ASSOCIATES, P.C.
903 North Opdyke Road, Suite C
Auburn Hills MI 48326