August 26, 2016

Dear Hon. Stephen Steven W. Rhodes

I am writing in regarding of my case No. 13-53846, Here inside I enclosed the amount of my settlement, which is $20,000, all I got back was a total of $5,000. I am wondering where is the rest of my money is at. $15,000 seems like to me that someone has taken my money even tho that it was in bankrupt. Can you please Steven Rhodes look into this matter for me. Thank you.



Sincerely,

Beonka Brooks



CITY OF DETROIT
LAW DEPARTMENT

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 500
DETROIT, MICHIGAN 48226-3535
PHONE 313•224•4550
FAX 313•224•5505
WWW.DETROITMI.GOV

July 3, 2014

Beonka Brooks
301 South Reid Street
Detroit, MI 48209

Re: **U.S. Bankruptcy Proof of Claim Number 340**

Dear Ms. Brooks:

This letter is a follow up to our telephone conversation regarding the above referenced matter. You indicated that you are not represented by counsel. As we discussed, enclosed for your review and approval, please find the City of Detroit's proposed Settlement Agreement. The City of Detroit has proposed the liquidation of your claim for $20,000.00.

If you are in agreement, please have the documents executed where indicated **on pages 4 and 5**, and return the executed document to me as soon as possible.

Thank you for your attention to this matter. If you have any questions or concerns, feel free to contact me at (313) 237-5039.

Sincerely

Irma Industrious
Assistant Corporation Counsel

Enclosure

G:\DOCS\TAX\INDU1\a19000\ltr\II2573.WPD



CITY OF DETROIT
LAW DEPARTMENT

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 500
DETROIT, MICHIGAN 48226-3535
(313) 224-4550 • TTY:711
(313) 224-5505
WWW.DETROITMI.GOV

CERTIFIED MAIL No: 7015 0640 0005 9245 8572

July 28, 2016

Beonka Brooks
301 S Reid St.
Detroit, MI 48209

**RE: BEONKA BROOKS v CITY OF DETROIT**
CASE: 13-53846, CHAPTER 9, BANKRUPTCY COURT ORDER
FILE NUMBER: LE-0082534, CLAIM NUMBER: 340
SETTLEMENT PAYMENT AMOUNT: $5,000.00

Dear Ms. Brooks:

Enclosed please find check number 2080858, in the amount of Five Thousand Dollars and 00/100 cents, relative to the above reference matter.

If you have any questions or concerns, do not hesitate to contact attorney James D. Noseda at 313-237-3057.

Sincerely,

*Melinda Brown*

Melinda Brown
Litigation Settlement-Clerk

I. The Parties have agreed to the terms set forth in this Agreement, as indicated by the signatures of their respective authorized representatives below.

## AGREEMENT

1. The Claimant represents and warrants to the City that it has not sold, assigned, factored or otherwise transferred any portion of or interest in the Filed Claim[s] and is the sole holder of the Filed Claim[s], with full authority to enter into this Agreement. The Claimant further agrees to indemnify and hold the City harmless for any damages, including without limitation actual and reasonable out of pocket costs, resulting from a breach of its representations and warranties set forth in this paragraph.

2. [**Each of**] the Filed Claim[s] is deemed amended, modified and allowed as a general unsecured, nonpriority claim (any such claim, a "Settled Claim") in the corresponding amount set forth in the table below under the heading "Settled Claim Amount":

| Claimant | Filed Claim Number | Filed Claim Amount | Filed Claim Priority | Settled Claim Amount | Settled Claim Priority |
|---|---|---|---|---|---|
| **Beonka Brooks** | 340 | $200,000.00 | General unsecured, nonpriority | $20,000.00 | General unsecured, nonpriority |
| | | | | | |

3. The Parties agree that any Filed Claim identified in paragraph 2 above for which there is no corresponding Settled Claim (or such amount is listed as $0.00) is hereby withdrawn and deemed disallowed and expunged, pursuant to section 502 of the Bankruptcy Code.