Ranna K. Trivedi – Claim #3154 **Case No. 13-53846**

4187 Vassar Drive
Troy, MI 48085
Ranna1000@gmail.com

FILED (I)

2016 AUG 30 P 3: 29

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street
Suite 2100
Detroit, MI 48226

August 30, 2016

**RE:** Motion for Reconsideration of the **order# 11484** Granting Stipulation for Resolution of Objection to **Claim number 3154** filed by Ranna K. Trivedi

Dear United States Bankruptcy Court:

I would like request a motion for Reconsideration of the **order# 11484** granting stipulation for resolution of objection to claim number 3154 Acceptance of Bankruptcy Offer filed by Creditor Ranna K. Trivedi, Claim- **# 3154- Case No. 13-53846.**

The Creditor is asking the Court to reconsider the Creditor's decision to accept the settlement offer from the Debtor, the City of Detroit.

The Creditor is asking the Court to review new evidence that was not considered when the Creditor made its decision.

The Creditors states that the settlement offer was made to the Creditor under false pretenses and without disclosing the new evidence that the Debtor had available and was not made in good faith. The Creditor asserts that the Debtor, the City of Detroit, withheld this information regarding the Creditor's bankruptcy claim to the Debtor's benefit.

The Creditor asserts that the City of Detroit did not disclose the additional fiscal years that the Creditor may claim for this action.

The Creditor asserts that when it signed the acceptance offer the Creditor was only considering and accepting the offer as it pertained to the Creditor's claim as submitted in 2012.

The Creditor has discovered that the Creditor's Claim may and should include the fiscal years of 2013-14 and 2014-15.
- The fiscal years of 2013-14 and 2014-15 should be included as part of the Creditor's claim since the Creditor has continued to be employed by the Debtor during this time of the bankruptcy court action.

The Creditor should have the opportunity to amend its claim calculation to include these years.

The Creditor states that when it signed the acceptance offer it was not including the additional fiscal years that it may claim and would like those years to remain in the bankruptcy action.

The Creditor has attached its amended claim calculation for the Court's review.

The Creditor would like to assert this need to correct and clear the error, and to prevent injustice on part of the Debtor.

Based on these arguments, the Creditor should have opportunity to have its claim heard

Sincerely,

*Ranna K. Trivedi* 8/30/2016
Ranna k. Trivedi

Cc: Marc N. Swanson, Miller, Canfield, Paddock and Stone Plc.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>　Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION FOR RESOLUTION OF OBJECTION TO CLAIM NUMBER 3154 FILED BY RANNA K. TRIVEDI AND ALLOWANCE OF CLAIM NUMBER 3154 IN A REDUCED AMOUNT

Ranna K. Trivedi ("Claimant"), and the City of Detroit, Michigan ("City," and with Claimant, the "Parties"), by and through its undersigned counsel, state as follows in support of the entry of the *Order Approving Stipulation Resolving Objection to Claim Number 3154 filed by Ranna K. Trivedi and Allowing Claim Number 3154 in a Reduced Amount* attached hereto as Exhibit 1.

1. On February 21, 2014, Claimant filed proof of claim number 3154 (the "Claim") in the amount of $27,437.00.

2. On May 12, 2016, the City filed its *Debtor's Forty-Fifth Omnibus Objection to Certain Claims (No Basis)* (the "Objection," Doc. No. 11163).

3. The Parties have reached a resolution regarding the Claim and the City's Objection to the Claim. The Parties agree that the Claim should be allowed in the amount of $7,560.00 as a Class 15 Convenience Claim. As provided by the terms of Class 15 of the City's confirmed *Eighth Amended Plan for the Adjustment*

*of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 8045), the Claimant will receive a cash payment of $1,890.00, which is 25% of the allowed amount referenced above, in full and final satisfaction of the Claim.

WHEREFORE the Parties respectfully request that the Court enter an order in the form attached as Exhibit 1, resolving the Objection as regards the Claim and allowing the Claim in a reduced amount as a Class 15 Convenience Claim.

Stipulated and agreed to on August 19, 2016:

MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Counsel for the City of Detroit, Michigan

Claimant for Claim 3154

/s/ Ranna K. Trivedi

Ranna K. Trivedi
4187 Vassar Dr.
Troy, MI 48085

The foregoing instrument was acknowledged before me this 19th day of August, 2016, by _____Ranna K. Trivedi_____, who is personally known to me or who produced a driver's license as identification.

Notary Stamp:
DIANNE SKLAR
Notary Public - Michigan
Oakland County
My Commission Expires Aug 12, 2017
Acting in the County of Macomb

Notary's Signature: /s/ Dianne Sklar
Notary's Name: Dianne Sklar
Notary Public, State of MI, County of Oakland
My commission Expires: 8-12-2017
Acting in the County of: Macomb

27264600.1\022765-00213

13-53846-tjt    Doc 11505    Filed 08/30/16    Entered 08/30/16 16:23:01    Page 4 of 9

EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER APPROVING STIPULATION RESOLVING OBJECTION TO CLAIM NUMBER 3154 FILED BY RANNA K. TRIVEDI AND ALLOWING CLAIM NUMBER 3154 IN A REDUCED AMOUNT

This matter having come before the Court on the *Stipulation for Resolution of Objection to Claim Number 3154 filed by Ranna K. Trivedi and Allowance of Claim Number 3154 in a Reduced Amount* (the "Stipulation"); the parties having stipulated to the allowance of claim number 3154 in a reduced amount and the resolution of the *Debtor's Forty-Fifth Omnibus Objection to Certain Claims (No Basis)* (the "Objection," Doc. No. 11163) as to claim number 3154; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Objection is resolved as to proof of claim number 3154 filed by Ranna K. Trivedi (the "Claim").

2. The Claim is allowed as a Class 15 Convenience Claim in the amount of $7,560.00 and will be paid in a cash payment of $1,890.00, which is 25% of the allowed amount, according to the terms of the City's confirmed *Eighth Amended*

*Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 8045).

3. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.

Payroll Costs by Employee
July 2013-March 2014

| COST Fund | COST Cost Center | Employee Name | Total | Planning City 360105 | GF Direct 365080 | FRM Direct 360009 | Administration 360010 | Grants Management 360012 | Financial Management 360013 | Contract Compliance 360015 | Development 365070 | Planning 365100 | Housing 365110 | NSS 365720 | ESG 2002 364062 | NSP 2005 364062 | HOME 4620 365160 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General Fund | Planning city | Harang, Jean Paul | 40,613.97 | 40,613.97 | | | | | | | | | | | | | | 40,613.97 |
| | | Mogassabi, Khalil | 46,828.53 | 46,828.53 | | | | | | | | | | | | | | 46,828.53 |
| | | Sharpley, Helen M | 23,462.62 | 23,462.62 | | | | | | | | | | | | | | 23,462.62 |
| | 360105 Total | | 110,905.12 | | | | | | | | | | | | | | | |
| | Total GF Direct | Harang, Jean Paul | 18,731.05 | 18,731.05 | | | | | | | | | | | | | | 18,731.05 |
| | | Mahone, Jennifer | 59,261.44 | | 59,261.44 | | | | | | | | | | | | | 59,261.44 |
| | | Marusich, James | 55,328.57 | | 55,328.57 | | | | | | | | | | | | | 55,328.57 |
| | | Mitchell, Alvin | 26,022.81 | | 26,022.81 | | | | | | | | | | | | | 26,022.81 |
| | | Watkins, Brian B | 53,046.54 | | 53,046.54 | | | | | | | | | | | | | 53,046.54 |
| | | Wells, Robert L Jr | 52,569.11 | | 52,569.11 | | | | | | | | | | | | | 52,569.11 |
| | 365080 Total | | 264,959.52 | | | | | | | | | | | | | | | |
| 1000 Total | | | 375,864.64 | | | | | | | | | | | | | | | |
| 2001 | FRM Direct Admin | Jackson, Jacqueline | 46,738.85 | | | 46,738.85 | | | | | | | | | | | | 46,738.85 |
| | | Palazzolo, Timothy M | 43,173.82 | | | 43,173.82 | | | | | | | | | | | | 43,173.82 |
| | | Thompson, Angela M | 52,263.96 | | | 52,263.96 | | | | | | | | | | | | 52,263.96 |
| | 360009 Total | | 142,176.63 | | | | | | | | | | | | | | | |
| | Administration | Anderson, Robert | 117,111.14 | | | | 117,111.14 | | | | | | | | | | | 117,111.14 |
| | | Baran, John F | 102,805.64 | | | | 102,805.64 | | | | | | | | | | | 102,805.64 |
| | | Beaver, Karen M | 48,589.49 | | | | 48,589.49 | | | | | | | | | | | 48,589.49 |
| | | Ellison, Brian | 3,192.08 | | | | 3,192.08 | | | | | | | | | | | 3,192.08 |
| | | Hardwick, Valerie E | 55,530.81 | | | | 55,530.81 | | | | | | | | | | | 55,530.81 |
| | | Holman, Gregory | 15,226.14 | | 15,226.14 | | | | | | | | | | | | | 15,226.14 |
| | | Jenkins, Marilyn | 24,174.65 | | | | 24,174.65 | | | | | | | | | | | 24,174.65 |
| | | Miller, Valerie R | 90,030.89 | | | | 90,030.89 | | | | | | | | | | | 90,030.89 |
| | | Nyeche, Chidi | 108,650.98 | | | | 108,650.98 | | | | | | | | | | | 108,650.98 |
| | | Quin, Phyllis A | 41,077.63 | | | | 41,077.63 | | | | | | | | | | | 41,077.63 |
| | | Stein, Trisha | 353.07 | | | | 353.07 | | | | | | | | | | | 353.07 |
| | | Truong, John | 3,488.96 | | | | 3,488.96 | | | | | | | | | | | 3,488.96 |
| | | Williams-Chaney, Rosalind | 42,932.27 | | | | 42,932.27 | | | | | | | | | | | 42,932.27 |
| | | Winters, Marja M | 134,115.01 | | | | 134,115.01 | | | | | | | | | | | 134,115.01 |
| | 360010 Total | | 787,278.76 | | | | | | | | | | | | | | | |
| | Grants Management | Carroll, Debra D | 52,897.26 | | | | | 52,897.26 | | | | | | | | | | 52,897.26 |
| | | Clement, Fern A | 78,169.62 | | | | | 78,169.62 | | | | | | | | | | 78,169.62 |
| | | Duncan, Warren T | 64,567.41 | | | | | 64,567.41 | | | | | | | | | | 64,567.41 |
| | | Gray-Dodds, Sheryl | 58,038.78 | | | | | 58,038.78 | | | | | | | | | | 58,038.78 |
| | | Hanifa, Sakinah | 57,529.78 | | | | | 57,529.78 | | | | | | | | | | 57,529.78 |
| | | Mccoy, Kim R | 57,918.66 | | | | | 57,918.66 | | | | | | | | | | 57,918.66 |
| | | Palazzolo, Timothy M | 19,779.97 | | | | 19,779.97 | | | | | | | | | | | 19,779.97 |
| | | Raschke, Christopher M | 59,521.88 | | | | | 59,521.88 | | | | | | | | | | 59,521.88 |
| | | Trivedi, Ranna K | 79,851.58 | | | | | 79,851.58 | | | | | | | | | | 79,851.58 |
| | 360012 Total | | 528,274.94 | | | | | | | | | | | | | | | |
| | Financial Management | Davis, Brenda L | 56,927.65 | | | | | | 56,927.65 | | | | | | | | | 56,927.65 |
| | | Eady, Gerhard A | 61,336.49 | | | | | | 61,336.49 | | | | | | | | | 61,336.49 |
| | | Gering, Lisa L | 77,750.51 | | | | | | 77,750.51 | | | | | | | | | 77,750.51 |
| | | Hatchett, George | 53,122.00 | | | | | | 53,122.00 | | | | | | | | | 53,122.00 |
| | | Holloway, Takaisha T | 39,850.69 | | | | | | 39,850.69 | | | | | | | | | 39,850.69 |
| | | Jackson, Wanda | 47,548.09 | | | | | | 47,548.09 | | | | | | | | | 47,548.09 |
| | | Scarboro, Lisa K | 86,505.75 | | | | | | 86,505.75 | | | | | | | | | 86,505.75 |
| | | Udegbunam, Chukwuma C | 57,389.24 | | | | | | 57,389.24 | | | | | | | | | 57,389.24 |
| | | Valikodath, Joly T | 15,184.50 | | | | | | 15,184.50 | | | | | | | | | 15,184.50 |
| | | Valiha, Norberto T | 74,464.92 | | | | | | 74,464.92 | | | | | | | | | 74,464.92 |
| | 360013 Total | | 570,079.84 | | | | | | | | | | | | | | | |
| | Contract Compliance | Handy, Velma B | 53,366.91 | | | | | | | 53,366.91 | | | | | | | | 53,366.91 |
| | | Jackson, Jacqueline | 19,198.04 | | | | 19,198.04 | | | | | | | | | | | 19,198.04 |
| | | Kaw, George A | 62,837.70 | | | | | | | 62,837.70 | | | | | | | | 62,837.70 |
| | | Perry, Vivian S | 59,960.39 | | | | | | | 59,960.39 | | | | | | | | 59,960.39 |
| | | Robinson, Marlene | 65,966.17 | | | | | | | 65,966.17 | | | | | | | | 65,966.17 |
| | | Scott, Shirley | 23,265.82 | | | | | | | 23,265.82 | | | | | | | | 23,265.82 |
| | | Thompson, Angela M | 24,230.18 | | | | 24,230.18 | | | | | | | | | | | 24,230.18 |
| | 360015 Total | | 308,825.21 | | | | | | | | | | | | | | | |
| | Development | Aleobua, Paul O | 69,282.92 | | 69,282.92 | | | | | | | | | | | | | 69,282.92 |
| | | Bolton, Dinah L | 64,024.20 | | 64,024.20 | | | | | | | | | | | | | 64,024.20 |
| | | Crews, Darryl J | 53,983.57 | | 53,983.57 | | | | | | | | | | | | | 53,983.57 |
| | | Crews, Stephanie D | 53,929.33 | | 53,929.33 | | | | | | | | | | | | | 53,929.33 |
| | | Gray, Felicia M | 39,506.40 | | 39,506.40 | | | | | | | | | | | | | 39,506.40 |
| | | Hardy, Daryl | 3,554.11 | | 3,554.11 | | | | | | | | | | | | | 3,554.11 |
| | | Holland, Caroline | 42,619.25 | | 42,619.25 | | | | | | | | | | | | | 42,619.25 |
| | | Jackson, Lisa D | 51,455.34 | | 51,455.34 | | | | | | | | | | | | | 51,455.34 |

| Dept | Date | Employee | Account | Fund | Type | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $275.39 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.603900.13594.000000.00000 | 2001 | Employer Liabilities | $1.91 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $275.39 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $275.39 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $275.39 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $137.70 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $275.39 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $275.39 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $275.39 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $137.70 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.603300.13594.000000.00000 | 2001 | Employer Taxes | $39.94 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.603300.13594.000000.00000 | 2001 | Employer Taxes | $170.74 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.603900.13594.000000.00000 | 2001 | Employer Liabilities | $4.00 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.603400.13594.000000.00000 | 2001 | Employer Liabilities | $42.41 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.603125.13594.000000.00000 | 2001 | Employer Liabilities | $158.35 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.603405.13594.000000.00000 | 2001 | Employer Liabilities | $74.36 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.603100.13594.000000.00000 | 2001 | Employer Liabilities | $5.34 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.603900.13594.000000.00000 | 2001 | Employer Liabilities | $0.51 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Trivedi, Ranna K 4123 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $275.39 | $0.00 |

*Sample 2014-15 Paid by GRANT Funds with 10% Reduction*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: CITY OF DETROIT, MICHIGAN

CASE NO: 13-53846
CHAPTER: 9

Debtor.
Ranna K. Trivedi, Creditor
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on __AUGUST 30, 2016__ (date of mailing), I served copies as follows:

1. Document(s) served:
   Motion for Reconsideration of the order# 11484 Granting Stipulation for Resolution of Objection to Claim number 3154 filed by Ranna Trivedi

2. Served upon [name and address of each person served]:

   Marc N. Swanson
   150 W. Jefferson, Suite 2500
   Detroit, MI 48226
   313-496-7591
   swansonm@millercanfield.com

3. By First Class Mail.

Dated: August 30, 2016

(Signature) Ranna K. Trivedi

Print Name: RANNA K TRIVEDI

FILED (T) 2016 AUG 30 P 3:36 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT