Kim R. McCoy – Order #11483, Claim #3082
21070 Woodland Glen Drive #202
Northville, MI 48167
313-330-0559
McCoyK2511@yahoo.com

FILED (I)

2016 AUG 30 P 3:31

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street
Suite 2100
Detroit, MI 48226

August 30, 2016

RE: Motion for Reconsideration of the order #11483 Granting Stipulation for Resolution of Objection to Claim number 3082 filed by Kim McCoy- Case No. 13-53846.

Dear United States Bankruptcy Court:

I would like to Request a Motion for Reconsideration of the order #11483 granting stipulation for resolution of objection to claim #3082 Acceptance of Bankruptcy Offer filed by Creditor Kim R. McCoy Claim- # 3082- Case No. 13-53846.

The Creditor is asking the Court to reconsider the Creditor's decision to accept the settlement offer from the Debtor, the City of Detroit.

The Creditor is asking the Court to review new evidence that was not considered when the Creditor made its decision.

The Creditors states that the settlement offer was made to the Creditor under false pretenses and without disclosing the new evidence that the Debtor had available and was not made in good faith. The Creditor asserts that the Debtor, the City of Detroit, withheld this information regarding the Creditor's bankruptcy claim to the Debtor's benefit.

The Creditor asserts that the City of Detroit did not disclose the additional fiscal years that the Creditor may claim for this action.

The Creditor asserts that when it signed the acceptance offer the Creditor was only considering and accepting the offer as it pertained to the Creditor's claim as submitted in 2012.

The Creditor has discovered that the Creditor's Claim may and should include the fiscal years of 2013-14 and 2014-15.

The fiscal years of 2013-14 and 2014-15 should be included as part of the Creditor's claim since the Creditor has continued to be employed by the Debtor during this time of the bankruptcy court action.

The Creditor should have the opportunity to amend its claim calculation to include these years.

The Creditor states that when it signed the acceptance offer it was not including the additional fiscal years that it may claim and would like those years to remain in the bankruptcy action.

The Creditor has attached its amended claim calculation for the Court's review.

The Creditor would like to assert this need to correct and clear the error, and to prevent injustice on part of the Debtor.

Based on these arguments, the Creditor should have opportunity to have its claim heard.

Sincerely,

Kim R. McCoy

Cc: Marc N. Swanson, Miller, Canfield, Paddock and Stone Plc.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In re: | Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER GRANTING CITY OF DETROIT'S *EX PARTE* MOTION FOR AN ORDER ADJOURNING HEARING ON CERTAIN RESPONSES FILED TO THE CITY'S FORTY-FOURTH AND FORTY-FIFTH OMNIBUS OBJECTIONS TO CLAIMS

This case is before the Court on the *City of Detroit's* Ex Parte *Motion for an Order Adjourning Hearing on Certain Responses Filed to the City's Forty-Fourth and Forty-Fifth Omnibus Objections to Claims* (Docket # 11255, the "*Ex Parte* Motion"). The Court, having reviewed the *Ex Parte* Motion and having found that notice of the *Ex Parte* Motion was sufficient under the circumstances; having determined after due deliberation that the relief requested in the *Ex Parte* Motion is in the best interests of the Debtor and its creditors; and good and sufficient cause having been shown;

IT IS ORDERED THAT:

1. The *Ex Parte* Motion is granted.

2. To the extent that the responses filed by the following individuals (collectively, the "Grant Claimants") are not stricken for uncured filing

deficiencies, the hearing on those responses, currently set for June 15, 2016 at 1:30 p.m., is adjourned to August 31, 2016 at 1:30 pm.:

| Dinah L. Bolton | Gerhard Eady | Marlene Y. Robinson |
| Gueelma Brown | Jacqueline M. Jackson | Anthony Derrick Smith |
| Fern Clement | George A. Kaw | Hope Strange |
| Stephanie Crews | Kim McCoy | Randall Thomas |
| Brenda L. Davis | Sandra O'Neal | Ranna K. Trivedi |
| Michelle Duff | Diane L. Onuigbo | Darrell S. Carrington |
| Warren T. Duncan | Diana Lynn Patillo | |

3. The City must serve this Order on the Grant Claimants in such a fashion that the Order is actually received by the Employee Obligation Claimants no later than Monday, June 13, 2016.

Signed on June 10, 2016

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge

July 2013-March 2014

| COST Fund | COST Cost Center | Employee Name | Total | Planning City | GF Direct | FRM Direct | Grants Administration | Financial Management | Contract Management | Development Compliance | Planning | Housing | NSS | ESG | NSP | HOME | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 360105 | 365080 | 360009 | 360010 | 360012 | 360013 | 360015 | 365070 | 365100 | 365110 | 365120 | 364062 | 364062 | 365100 | |
| General Fund | Planning city | Harang, Jean Paul | 40,613.97 | 40,613.97 | | | | | | | | | | | | | 40,613.97 |
| | | Mogassabi, Khalil | 46,828.53 | 46,828.53 | | | | | | | | | | | | | 46,828.53 |
| | | Sharpley, Helen M | 23,462.62 | 23,462.62 | | | | | | | | | | | | | 23,462.62 |
| | 360105 Total | | 110,905.12 | | | | | | | | | | | | | | - |
| | Total GF Direct | Harang, Jean Paul | 18,731.05 | 18,731.05 | | | | | | | | | | | | | 18,731.05 |
| | | Mahono, Jennifer | 59,261.44 | | 59,261.44 | | | | | | | | | | | | 59,261.44 |
| | | Marusich, James | 55,328.57 | | 55,328.57 | | | | | | | | | | | | 55,328.57 |
| | | Mitchell, Alvin | 26,022.81 | | 26,022.81 | | | | | | | | | | | | 26,022.81 |
| | | Watkins, Brian B | 53,046.54 | | 53,046.54 | | | | | | | | | | | | 53,046.54 |
| | | Wells, Robert L Jr | 52,569.11 | | 52,569.11 | | | | | | | | | | | | 52,569.11 |
| | 365080 Total | | 264,959.52 | | | | | | | | | | | | | | - |
| 1000 Total | | | 375,864.64 | | | | | | | | | | | | | | - |
| 2001 | FRM Direct Admin | Jackson, Jacqueline | 46,738.85 | | | 46,738.85 | | | | | | | | | | | 46,738.85 |
| | | Palazzolo, Timothy M | 43,173.82 | | | 43,173.82 | | | | | | | | | | | 43,173.82 |
| | | Thompson, Angela M | 52,263.96 | | | 52,263.96 | | | | | | | | | | | 52,263.96 |
| | 360009 Total | | 142,176.63 | | | | | | | | | | | | | | - |
| | Administration | Anderson, Robert | 117,111.14 | | | | 117,111.14 | | | | | | | | | | 117,111.14 |
| | | Baron, John F | 102,805.64 | | | | 102,805.64 | | | | | | | | | | 102,805.64 |
| | | Beaver, Karen M | 48,589.49 | | | | 48,589.49 | | | | | | | | | | 48,589.49 |
| | | Ellison, Brian | 3,192.06 | | | | 3,192.06 | | | | | | | | | | 3,192.06 |
| | | Hardwick, Valerie E | 55,530.81 | | | | 55,530.81 | | | | | | | | | | 55,530.81 |
| | | Holman, Gregory | 15,226.14 | | | 15,226.14 | | | | | | | | | | | | 15,226.14 |
| | | Jenkins, Marilyn | 24,174.65 | | | | 24,174.65 | | | | | | | | | | 24,174.65 |
| | | Miller, Valeria R | 90,030.89 | | | | 90,030.89 | | | | | | | | | | 90,030.89 |
| | | Nyeche, Chidi | 108,650.98 | | | | 108,650.98 | | | | | | | | | | 108,650.98 |
| | | Quin, Phyllis A | 41,077.63 | | | | 41,077.63 | | | | | | | | | | 41,077.63 |
| | | Stein, Trisha | 353.07 | | | | 353.07 | | | | | | | | | | 353.07 |
| | | Truong, John | 3,488.96 | | | | 3,488.96 | | | | | | | | | | 3,488.96 |
| | | Williams-Chaney, Rosalind | 42,932.27 | | | | 42,932.27 | | | | | | | | | | 42,932.27 |
| | | Winters, Maria M | 134,115.01 | | | | 134,115.01 | | | | | | | | | | 134,115.01 |
| | 360010 Total | | 787,278.76 | | | | | | | | | | | | | | - |
| | Grants Management | Carroll, Debra D | 52,897.26 | | | | | 52,897.26 | | | | | | | | | 52,897.26 |
| | | Clement, Fern A | 78,169.62 | | | | | 78,169.62 | | | | | | | | | 78,169.62 |
| | | Duncan, Warren T | 64,567.41 | | | | | 64,567.41 | | | | | | | | | 64,567.41 |
| | | Gray-Dodds, Sheryl | 58,038.78 | | | | | 58,038.78 | | | | | | | | | 58,038.78 |
| | | Hanifa, Sakinah | 57,529.78 | | | | | 57,529.78 | | | | | | | | | 57,529.78 |
| | | Mccoy, Kim R | 57,918.66 | | | | | 57,918.66 | | | | | | | | | 57,918.66 |
| | | Palazzolo, Timothy M | 19,779.97 | | | 19,779.97 | | | | | | | | | | | | 19,779.97 |
| | | Raschke, Christopher M | 59,521.88 | | | | | 59,521.88 | | | | | | | | | 59,521.88 |
| | | Trivedi, Ranna K | 79,851.58 | | | | | 79,851.58 | | | | | | | | | 79,851.58 |
| | 360012 Total | | 528,274.94 | | | | | | | | | | | | | | - |
| | Financial Management | Davis, Brenda L | 56,927.65 | | | | | | 56,927.65 | | | | | | | | 56,927.65 |
| | | Eady, Gerhard A | 61,336.49 | | | | | | 61,336.49 | | | | | | | | 61,336.49 |
| | | Gering, Lisa L | 77,750.51 | | | | | | 77,750.51 | | | | | | | | 77,750.51 |
| | | Hatchett, George | 53,122.00 | | | | | | 53,122.00 | | | | | | | | 53,122.00 |
| | | Holloway, Takeicha T | 39,850.69 | | | | | | 39,850.69 | | | | | | | | 39,850.69 |
| | | Jackson, Wanda | 47,548.09 | | | | | | 47,548.09 | | | | | | | | 47,548.09 |
| | | Scarboro, Lisa K | 86,505.75 | | | | | | 86,505.75 | | | | | | | | 86,505.75 |
| | | Udegbunam, Chukwuma G | 57,389.24 | | | | | | 57,389.24 | | | | | | | | 57,389.24 |
| | | Valikodath, Joly T | 15,184.50 | | | | | | 15,184.50 | | | | | | | | 15,184.50 |
| | | Valina, Norberto T | 74,464.92 | | | | | | 74,464.92 | | | | | | | | 74,464.92 |
| | 360013 Total | | 570,079.84 | | | | | | | | | | | | | | - |
| | Contract Compliance | Handy, Velma B | 53,366.91 | | | | | | | 53,366.91 | | | | | | | 53,366.91 |
| | | Jackson, Jacqueline | 19,198.04 | | | 19,198.04 | | | | | | | | | | | | 19,198.04 |
| | | Kaw, George A | 62,837.70 | | | | | | | 62,837.70 | | | | | | | 62,837.70 |
| | | Perry, Vivian S | 59,960.39 | | | | | | | 59,960.39 | | | | | | | 59,960.39 |
| | | Robinson, Marlene | 65,966.17 | | | | | | | 65,966.17 | | | | | | | 65,966.17 |
| | | Scott, Shirley | 23,265.82 | | | | | | | 23,265.82 | | | | | | | 23,265.82 |
| | | Thompson, Angela M | 24,230.18 | | | | 24,230.18 | | | | | | | | | | | 24,230.18 |
| | 360015 Total | | 308,825.21 | | | | | | | | | | | | | | - |
| | Development | Alcobya, Paul D | 69,282.92 | 69,282.92 | | | | | | | | | | | | | | 69,282.92 |
| | | Bolton, Dinah L | 64,024.20 | 64,024.20 | | | | | | | | | | | | | | 64,024.20 |
| | | Crews, Darryl J | 53,983.57 | 53,983.57 | | | | | | | | | | | | | | 53,983.57 |
| | | Crews, Stephanie D | 53,929.33 | 53,929.33 | | | | | | | | | | | | | | 53,929.33 |
| | | Gray, Felicia M | 39,506.40 | 39,506.40 | | | | | | | | | | | | | | 39,506.40 |
| | | Hardy, Darryl | 3,554.11 | 3,554.11 | | | | | | | | | | | | | | 3,554.11 |
| | | Holland, Caroline | 42,619.25 | 42,619.25 | | | | | | | | | | | | | | 42,619.25 |
| | | Jackson, Lisa D | 51,455.34 | 51,455.34 | | | | | | | | | | | | | | 51,455.34 |

SAMPLE 2013-14 Salary Paid FROM FEDERAL FUNDS WITH 18% Reduction

| Account | Date | Employee | Account String | Year | Type | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $174.24 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.603100.13594.000000.00000 | 2001 | Employer Liabilities | $3.38 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $174.24 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $174.24 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $174.24 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $174.24 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $174.24 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $174.24 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $174.24 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.603300.13594.000000.00000 | 2001 | Employer Taxes | $23.72 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.603300.13594.000000.00000 | 2001 | Employer Taxes | $101.40 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.603900.13594.000000.00000 | 2001 | Employer Liabilities | $0.51 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.603900.13594.000000.00000 | 2001 | Employer Liabilities | $2.05 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.603200.13594.000000.00000 | 2001 | Employer Liabilities | $402.91 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.603200.13594.000000.00000 | 2001 | Employer Liabilities | $22.55 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.603900.13594.000000.00000 | 2001 | Employer Liabilities | $1.91 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.603400.13594.000000.00000 | 2001 | Employer Liabilities | $26.83 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.603125.13594.000000.00000 | 2001 | Employer Liabilities | $100.19 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.603405.13594.000000.00000 | 2001 | Employer Liabilities | $47.04 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Mccoy, Kim R 18370 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $174.24 | $0.00 |

*[Handwritten annotations at bottom: "Fringes", "Salaries", "Fringes P&D paid by Grant Funds"]*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: CITY OF DETROIT, MICHIGAN

CASE NO: 13-53846
CHAPTER: 9

KIM R. MCCOY, Debtor.
Creditor /

## CERTIFICATE OF SERVICE

I hereby certify that on __AUGUST 30, 2016__ (date of mailing), I served copies as follows:

1. Document(s) served:
   Motion for Reconsideration of the Order #11483 Granting Stipulation for Resolution of Objection to Claim number 3082 Filed by Kim McCoy.

2. Served upon [name and address of each person served]:

   Marc N. Swanson
   150 W. Jefferson, Suite 2500
   Detroit, MI 48226
   313-496-7591
   swansonm@millercanfield.com

3. By First Class Mail.

Dated: 8/30/16

(Signature)

Print Name: Kim R McCoy