Fern Clement – **Order # 11478   Claim # 3213**

16230 Forrer
Detroit, MI 48235
313 -485-8791
fernclement4@gmail.com

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street
Suite 2100
Detroit, MI 48226

August 30, 2016

RE:  **Motion for Reconsideration of Order #11478 Granting Stipulation for Resolution of Objection to Claim number 3213 filed by Fern Clement**

Dear United States Bankruptcy Court:

I would like to Request a Motion for Reconsideration of order number 11478 granting stipulation for resolution of objection to claim- **# 3213 Acceptance of Bankruptcy Offer filed by Creditor Fern Clement Claim #3213 -Case No. 13-53846.**

The Creditor is asking the Court to reconsider the Creditor's decision to accept the settlement offer from the Debtor, the City of Detroit.

The Creditor is asking the Court to review new evidence that was not considered when the Creditor made its decision.

The Creditors states that the settlement offer was made to the Creditor under false pretenses and without disclosing the new evidence that the Debtor had available and was not made in good faith. The Creditor asserts that the Debtor, the City of Detroit, withheld this information regarding the Creditor's bankruptcy claim to the Debtor's benefit.

The Creditor asserts that the City of Detroit did not disclose the additional fiscal years that the Creditor may claim for this action.

The Creditor asserts that when it signed the acceptance offer the Creditor was only considering and accepting the offer as it pertained to the Creditor's claim as submitted in 2012.

The Creditor has discovered that the Creditor's Claim may and should include the fiscal years of 2013-14 and 2014-15.

The fiscal years of 2013-14 and 2014-15 should be included as part of the Creditor's claim since the Creditor has continued to be employed by the Debtor during this time of the bankruptcy court action.

The Creditor should have the opportunity to amend its claim calculation to include these years.

The Creditor states that when it signed the acceptance offer it was not including the additional fiscal years that it may claim and would like those years to remain in the bankruptcy action.

The Creditor has attached its amended claim calculation for the Court's review.

The Creditor would like to assert this need to correct and clear the error, and to prevent injustice on part of the Debtor.

Based on these arguments, the Creditor should have opportunity to have its claim heard.

Sincerely,

*Fern Clement*
Fern Clement

cc: Marc N. Swanson, Miller, Canfield, Paddock and Stone Plc.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION FOR RESOLUTION OF OBJECTION TO CLAIM NUMBER 3213 FILED BY FERN CLEMENT AND ALLOWANCE OF CLAIM NUMBER 3213 IN A REDUCED AMOUNT**

Fern Clement ("Claimant"), and the City of Detroit, Michigan ("City," and with Claimant, the "Parties"), by and through its undersigned counsel, state as follows in support of the entry of the *Order Approving Stipulation Resolving Objection to Claim Number 3213 filed by Fern Clement and Allowing Claim Number 3213 in a Reduced Amount* attached hereto as Exhibit 1.

1. On February 21, 2014, Claimant filed proof of claim number 3213 (the "Claim") in the amount of $41,128.50.

2. On May 12, 2016, the City filed its *Debtor's Forty-Fourth Omnibus Objection to Certain Claims (No Basis)* (the "Objection," Doc. No. 11162).

3. The Parties have reached a resolution regarding the Claim and the City's Objection to the Claim. The Parties agree that the Claim should be allowed in the amount of $6,143.20 as a Class 15 Convenience Claim. As provided by the terms of Class 15 of the City's confirmed *Eighth Amended Plan for the Adjustment*

*of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 8045), the Claimant will receive a cash payment of $1,535.80, which is 25% of the allowed amount referenced above, in full and final satisfaction of the Claim.

WHEREFORE the Parties respectfully request that the Court enter an order in the form attached as Exhibit 1, resolving the Objection as regards the Claim and allowing the Claim in a reduced amount as a Class 15 Convenience Claim.

Stipulated and agreed to on August 19, 2016:

MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Counsel for the City of Detroit, Michigan

Claimant for Claim 3213

/s/ Fern A. Clement

Fern Clement
16230 Forrer
Detroit, MI 48235

The foregoing instrument was acknowledged before me this 19TH day of August, 2016, by Fern A. Clement, who is personally known to me or who produced a driver's license as identification.

Notary Stamp:
Notary's Signature: /s/
Notary's Name: D. Hunter
Notary Public, State of Michigan, County of Oakland
My commission Expires:
Acting in the County of:

D. HUNTER
Notary Public, State of Michigan
County of Oakland
My Commission Expires Jun. 06, 2021
Acting in the County of Oakland

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER APPROVING STIPULATION RESOLVING OBJECTION TO CLAIM NUMBER 3213 FILED BY FERN CLEMENT AND ALLOWING CLAIM NUMBER 3213 IN A REDUCED AMOUNT**

This matter having come before the Court on the *Stipulation for Resolution of Objection to Claim Number 3213 filed by Fern Clement and Allowance of Claim Number 3213 in a Reduced Amount* (the "Stipulation"); the parties having stipulated to the allowance of claim number 3213 in a reduced amount and the resolution of the *Debtor's Forty-Fourth Omnibus Objection to Certain Claims (No Basis)* (the "Objection," Doc. No. 11162) as to claim number 3213; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Objection is resolved as to proof of claim number 3213 filed by Fern Clement (the "Claim").

2. The Claim is allowed as a Class 15 Convenience Claim in the amount of $6,143.20 and will be paid in a cash payment of $1,535.80, which is 25% of the allowed amount, according to the terms of the City's confirmed *Eighth Amended*

*Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 8045).

3. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.

| | | | | Payroll Costs – July 2013 – March 2014 per Noetix/DRMS | | Payroll Costs – July 2013 – March 2014 – Actual Allocation | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1000 | 2001 | | | | | | | | | 2002 | 2005 | 4620 | |
| | | | | | | 360105 | 365080 | 360009 | 360010 | 360012 | 360013 | 360015 | 365070 | 365100 | 365110 | 365120 | 364062 | 364062 | 365160 | |
| COST Fund | COST Cost Center | Employee Name | Total | Planning City | GF Direct | FRM Direct | Administration | Grants Management | Financial Management | Contract Compliance | Developm ent | Planning | Housing | NSS | ESG | NSP | HOME | TOTAL |
| General Fund | Planning city | Harang, Jean Paul | 40,613.97 | 40,613.97 | | | | | | | | | | | | | | 40,613.97 |
| | | Mogassabi, Khalil | 46,828.53 | 46,828.53 | | | | | | | | | | | | | | 46,828.53 |
| | | Sharpley, Helen M | 23,462.62 | 23,462.62 | | | | | | | | | | | | | | 23,462.62 |
| | 360105 Total | | 110,905.12 | | | | | | | | | | | | | | | |
| | Total GF Direct | Harang, Jean Paul | 18,731.05 | 18,731.05 | | | | | | | | | | | | | | 18,731.05 |
| | | Mahone, Jennifer | 59,261.44 | | 59,261.44 | | | | | | | | | | | | | 59,261.44 |
| | | Marusich, James | 55,328.57 | | 55,328.57 | | | | | | | | | | | | | 55,328.57 |
| | | Mitchell, Alvin | 26,022.81 | | 26,022.81 | | | | | | | | | | | | | 26,022.81 |
| | | Watkins, Brian B | 53,046.54 | | 53,046.54 | | | | | | | | | | | | | 53,046.54 |
| | | Wells, Robert L Jr | 52,569.11 | | 52,569.11 | | | | | | | | | | | | | 52,569.11 |
| | 365080 Total | | 264,959.52 | | | | | | | | | | | | | | | |
| 1000 Total | | | 375,864.64 | | | | | | | | | | | | | | | |
| 2001 | FRM Direct Admin | Jackson, Jacqueline | 46,738.85 | | | 46,738.85 | | | | | | | | | | | | 46,738.85 |
| | | Palazzolo, Timothy M | 43,173.82 | | | 43,173.82 | | | | | | | | | | | | 43,173.82 |
| | | Thompson, Angela M | 52,263.96 | | | 52,263.96 | | | | | | | | | | | | 52,263.96 |
| | 360009 Total | | 142,176.63 | | | | | | | | | | | | | | | |
| | Administration | Anderson, Robert | 117,111.14 | | | | 117,111.14 | | | | | | | | | | | 117,111.14 |
| | | Baron, John F | 102,805.64 | | | | 102,805.64 | | | | | | | | | | | 102,805.64 |
| | | Beaver, Karen M | 48,589.49 | | | | 48,589.49 | | | | | | | | | | | 48,589.49 |
| | | Ellison, Brian | 3,192.08 | | | | 3,192.08 | | | | | | | | | | | 3,192.08 |
| | | Hardwrick, Valerie E | 55,530.81 | | | | 55,530.81 | | | | | | | | | | | 55,530.81 |
| | | Holman, Gregory | 15,226.14 | | 15,226.14 | | | | | | | | | | | | | 15,226.14 |
| | | Jenkins, Marilyn | 24,174.65 | | | | 24,174.65 | | | | | | | | | | | 24,174.65 |
| | | Miller, Valerie R | 90,030.89 | | | | 90,030.89 | | | | | | | | | | | 90,030.89 |
| | | Nyeche, Chidi | 108,650.98 | | | | 108,650.98 | | | | | | | | | | | 108,650.98 |
| | | Quin, Phyllis A | 41,077.63 | | | | 41,077.63 | | | | | | | | | | | 41,077.63 |
| | | Stein, Trisha | 353.07 | | | | 353.07 | | | | | | | | | | | 353.07 |
| | | Truong, John | 3,488.96 | | | | 3,488.96 | | | | | | | | | | | 3,488.96 |
| | | Williams-Chaney, Rosalind | 42,932.27 | | | | 42,932.27 | | | | | | | | | | | 42,932.27 |
| | | Winters, Maria M | 134,115.01 | | | | 134,115.01 | | | | | | | | | | | 134,115.01 |
| | 360010 Total | | 787,278.76 | | | | | | | | | | | | | | | |
| | Grants Management | Carroll, Debra D | 52,897.26 | | | | | 52,897.26 | | | | | | | | | | 52,897.26 |
| | | Clemont, Fern A | 79,169.62 | | | | | 79,169.62 | | | | | | | | | | 79,169.62 |
| | | Duncan, Warren T | 64,567.41 | | | | | 64,567.41 | | | | | | | | | | 64,567.41 |
| | | Gray-Dodds, Sheryl | 58,038.78 | | | | | 58,038.78 | | | | | | | | | | 58,038.78 |
| | | Hanifa, Sakinah | 57,529.78 | | | | | 57,529.78 | | | | | | | | | | 57,529.78 |
| | | Mccoy, Kim R | 57,918.66 | | | | | 57,918.66 | | | | | | | | | | 57,918.66 |
| | | Palazzolo, Timothy M | 19,779.97 | | | 19,779.97 | | | | | | | | | | | | | 19,779.97 |
| | | Raschke, Christopher M | 59,521.88 | | | | | 59,521.88 | | | | | | | | | | 59,521.88 |
| | | Trivedi, Ranna K | 79,851.58 | | | | | 79,851.58 | | | | | | | | | | 79,851.58 |
| | 360012 Total | | 528,274.94 | | | | | | | | | | | | | | | |
| | Financial Management | Davis, Brenda L | 56,927.65 | | | | | | 56,927.65 | | | | | | | | | 56,927.65 |
| | | Eady, Gerhard A | 61,336.49 | | | | | | 61,336.49 | | | | | | | | | 61,336.49 |
| | | Gering, Lisa L | 77,750.51 | | | | | | 77,750.51 | | | | | | | | | 77,750.51 |
| | | Hatchett, George | 53,122.00 | | | | | | 53,122.00 | | | | | | | | | 53,122.00 |
| | | Holloway, Takeisha T | 39,850.69 | | | | | | 39,850.69 | | | | | | | | | 39,850.69 |
| | | Jackson, Wanda | 47,548.09 | | | | | | 47,548.09 | | | | | | | | | 47,548.09 |
| | | Scarboro, Lisa K | 86,505.75 | | | | | | 86,505.75 | | | | | | | | | 86,505.75 |
| | | Udegbunam, Chukwuma C | 57,389.24 | | | | | | 57,389.24 | | | | | | | | | 57,389.24 |
| | | Valikodath, Jojy T | 15,184.50 | | | | | | 15,184.50 | | | | | | | | | 15,184.50 |
| | | Valino, Norberto T | 74,464.92 | | | | | | 74,464.92 | | | | | | | | | 74,464.92 |
| | 360013 Total | | 570,079.84 | | | | | | | | | | | | | | | |
| | Contract Compliance | Handy, Velma B | 53,366.91 | | | | | | | 53,366.91 | | | | | | | | 53,366.91 |
| | | Jackson, Jacqueline | 19,198.04 | | | | 19,198.04 | | | | | | | | | | | | 19,198.04 |
| | | Kaw, George A | 62,837.70 | | | | | | | 62,837.70 | | | | | | | | 62,837.70 |
| | | Perry, Vivian S | 59,960.39 | | | | | | | 59,960.39 | | | | | | | | 59,960.39 |
| | | Robinson, Marlene | 65,966.17 | | | | | | | 65,966.17 | | | | | | | | 65,966.17 |
| | | Scott, Shirley | 23,265.82 | | | | | | | 23,265.82 | | | | | | | | 23,265.82 |
| | | Thompson, Angela M | 24,230.18 | | | | 24,230.18 | | | | | | | | | | | | 24,230.18 |
| | 360015 Total | | 908,825.21 | | | | | | | | | | | | | | | |
| | Development | Alcobia, Paul D | 69,282.92 | | 69,282.92 | | | | | | | | | | | | | | 69,282.92 |
| | | Bolton, Dinah L | 64,024.20 | | 64,024.20 | | | | | | | | | | | | | | 64,024.20 |
| | | Crews, Darryl J | 53,983.57 | | 53,983.57 | | | | | | | | | | | | | | 53,983.57 |
| | | Crews, Stephanie D | 53,929.33 | | 53,929.33 | | | | | | | | | | | | | | 53,929.33 |
| | | Gray, Felicia M | 39,506.40 | | 39,506.40 | | | | | | | | | | | | | | 39,506.40 |
| | | Hardy, Daryl | 3,554.11 | | 3,554.11 | | | | | | | | | | | | | | 3,554.11 |
| | | Holland, Caroline | 42,619.25 | | 42,619.25 | | | | | | | | | | | | | | 42,619.25 |
| | | Jackson, Lisa D | 51,455.34 | | 51,455.34 | | | | | | | | | | | | | | 51,455.34 |

*Sample 2013-14 salaries paid by grant funds with 10% Reduction*

| Department | Date | Employee | Account | Fund | Category | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.603300.13594.000000.00000 | 2001 | Employer Taxes | $156.70 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.603900.13594.000000.00000 | 2001 | Employer Liabilities | $0.51 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.603900.13594.000000.00000 | 2001 | Employer Liabilities | $2.05 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.603200.13594.000000.00000 | 2001 | Employer Liabilities | $100.71 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.603200.13594.000000.00000 | 2001 | Employer Liabilities | $302.21 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.603200.13594.000000.00000 | 2001 | Employer Liabilities | $22.55 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.603900.13594.000000.00000 | 2001 | Employer Liabilities | $1.91 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.603900.13594.000000.00000 | 2001 | Employer Liabilities | $4.00 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.603400.13594.000000.00000 | 2001 | Employer Liabilities | $40.57 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.603125.13594.000000.00000 | 2001 | Employer Liabilities | $151.47 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.603405.13594.000000.00000 | 2001 | Employer Liabilities | $71.13 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.603100.13594.000000.00000 | 2001 | Employer Liabilities | $5.11 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $263.43 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $263.43 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $263.43 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $263.43 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $263.43 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $263.43 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $263.43 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $263.43 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.601100.13594.000000.00000 | 2001 | Earnings | $263.43 | $0.00 |
| 360009 P&D FRM Direct Staffing | 02/20/2015 | Clement, Fern A 4086 | 2001.360009.000000.603300.13594.000000.00000 | 2001 | Employer Taxes | $36.64 | $0.00 |

*Sample 2014-15 Salary paid by grant funds with 10% Reduction*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: CITY OF DETROIT, MICHIGAN

CASE NO: 13-53846
CHAPTER: 9

Debtor.
Fern Clement, Creditor
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on __AUGUST 30, 2016__ (date of mailing), I served copies as follows:

1. Document(s) served:
   Motion for Reconsideration of the order # 11478 Granting Stipulation for Resolution of Objection to Claim Number 3213 filed by Fern Clement

2. Served upon [name and address of each person served]:

   Marc N. Swanson
   150 W. Jefferson, Suite 2500
   Detroit, MI 48226
   313-496-7591
   swansonm@millercanfield.com

3. By First Class Mail.

Dated: 8/30/16

(Signature) Fern Clement

Print Name: Fern Clement