IN THE UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon: Thomas J. Tucker

**STIPULATION FOR WITHDRAWAL OF CLAIM OF
ST. MARTINS COOPERATIVE (CLAIM NO. 871)**

St. Martins Cooperative ("Claimant") and Debtor, the City of Detroit, Michigan ("the City"), stipulate to the entry of an Order Withdrawing the claim of the St. Martins Cooperative (Claim 871) (attached as Exhibit 1).

1. On February 13, 2014, Claimant filed Proof of Claim No. 871, which requested the same sums against Debtor as had been asserted in Wayne County Circuit Court Case No. 12-016332-CZ ("the Circuit Court action").

2. On August 13, 2015, the Wayne County Circuit Court entered an order dismissing Claimant's claims against Debtor in the Circuit Court action. The parties subsequently settled the remaining claims asserted in the Circuit Court action and that case has been dismissed.

3. For these reasons, the Claimant withdraws this claim in its entirety with prejudice.

4. Nothing in this Stipulation or the proposed order attached as Exhibit 1 addresses any post-petition or post-confirmation claims which have arisen or may arise between the City and St. Martins Cooperative.

**WHEREFORE,** the parties respectfully request that the Court enter an order in the form attached as Exhibit 1, withdrawing claim 871.

/s/ Eric B. Gaabo
Eric B. Gaabo (P39213)
Attorney for City of Detroit
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-3052
gaabe@detroitmi.gov

/s/ Mark K. Wasvary
Mark K. Wasvary (P51575)
Attorney for Claimant St. Martins Cooperative
2401 W. Big Beaver Road, Suite 100
Troy, MI 48084
(248) 649-5667
markwasvary@hotmail.com
mark@wasvarylaw.com