EXHIBIT 1: PROPOSED ORDER

IN THE UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9
Case No. 13-53846
Hon: Thomas J. Tucker

_____/

**ORDER APPOVING STIPULATION FOR WITHDRAWAL OF CLAIM OF
ST. MARTINS COOPERATIVE (CLAIM NO. 871)**

St. Martins Cooperative (" Claimant") having filed Proof of Claim 871 ("the claim") in this bankruptcy proceeding, the claim having been resolved through court orders and a settlement reached between Claimant and Debtor in Wayne County Circuit Court Case No. 12-016332-CZ, Claimant having stipulated to withdraw the claim with prejudice, this matter having come before the Court on the Stipulation for Withdrawal of Claim of St. Martins Cooperative (Claim 871) ("the Stipulation"); and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. Claim No. 871 filed by St. Martins Cooperative is withdrawn in its entirety with prejudice.

2. The City's claims agent is hereby authorized to update the claims register to reflect the granted in this Order.

3. The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

4. Nothing in the Stipulation or this Order affects the rights of the City or St. Martins Cooperative with respect to any post-petition or post-confirmation claims which may have arisen or which may arise between the parties.

Signed on _____

                                                                                      \_\_\_\_\_/s/ Thomas J. Tucker\_\_\_\_\_
Thomas J. Tucker
United States Bankruptcy Judge