IN THE UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                        Chapter 9
                                              Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                    Judge Thomas J. Tucker

              Debtor.
_____/

## ORDER APPOVING STIPULATION FOR WITHDRAWAL OF CLAIM OF
## ST. MARTINS COOPERATIVE (CLAIM NO. 871)

St. Martins Cooperative ("Claimant") having filed Proof of Claim 871 ("the claim") in

this bankruptcy case, the claim having been resolved through court orders and a settlement

reached between Claimant and Debtor in Wayne County Circuit Court Case No. 12-016332-CZ,

Claimant having stipulated to withdraw the claim with prejudice, this case having come before

the Court on the Stipulation for Withdrawal of Claim of  St. Martins Cooperative (Claim 871)

(Docket # 11513, the "Stipulation"); and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1.     Claim No. 871 filed by St. Martins Cooperative is withdrawn in its entirety with

prejudice.

2.     The City's claims agent is authorized to update the claims register to reflect the

granted in this Order.

3.     The City is authorized to take all actions necessary to effectuate the relief granted

pursuant to this Order.

4.     Nothing in the Stipulation or this Order affects the rights of the City or St. Martins

Cooperative with respect to any post-petition or post-confirmation claims which may have arisen

or which may arise between the parties.

Signed on September 01, 2016

_/s/ Thomas J. Tucker_
Thomas J. Tucker
United States Bankruptcy Judge