**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re                                             Chapter 9

CITY OF DETROIT, MICHIGAN,                        Case No. 13-53846

        Debtor.                     Judge Thomas J. Tucker

---

**CERTIFICATION OF NO RESPONSE OR OBJECTION REGARDING**
**CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER (I)**
**ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE**
**BAR DATE ORDER AND (III) REQUIRING A.B.E. ASSOCIATES, INC.**
**TO DISMISS WITH PREJUDICE ITS STATE COURT LAWSUIT**

On August 17, 2016, the City Of Detroit ("City") filed its Motion for the
Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and the Bar
Date Order and (II) Requiring A.B.E. Associates, Inc. to Dismiss with Prejudice its
State Court Lawsuit ("Motion") [Doc. No. 11439]. The Motion was served via
first class mail and email upon counsel for A.B.E. Associates, Inc. on the same
date. *See Certificate of Service* Exhibit A.

No response or objection to the Motion was filed with the Court and the time
to do so has passed. The City respectfully requests that the Court enter an order in
substantially the same form as the one which was attached to the Motion. *See*
*Proposed Order* Exhibit B.

1

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
    Jonathan S. Green (P33140)
    Marc N. Swanson (P71149)
    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    green@millercanfield.com
    swansonm@millercanfield.com

ATTORNEYS FOR THE CITY OF DETROIT

DATED:  September 6, 2016

**Exhibit A**

27430954.1\022765-00213

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 17, 2016 the foregoing Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and Bar Date Order and (II) Requiring A.B.E Associates, Inc. to Dismiss with Prejudice its State Court Lawsuit was filed and served via the Court's electronic case filing and notice system and served upon counsel as listed below, via first class mail and electronic mail:

David Jonathan Cross
Simpson, Morton & Cross, PLLC
535 Griswold, Suite 111-129
Detroit, MI 48226
Email: davidjonathancross@gmail.com

DATED: August 17, 2016

By: <u>/s/ Marc N. Swanson</u>
Marc N. Swanson
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

27303709.1\022765-00213

13-53846-tjt Doc 11452 Filed 09/06/16 Entered 09/06/16 09:21:03 Page 4 of 7
13-53846-tjt Doc 11439 Filed 08/17/16 Entered 08/17/16 16:44:49 Page 6 of 129

# Exhibit B

27430954.1\022765-00213

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

**[PROPOSED] ORDER GRANTING CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND BAR DATE ORDER AND (II) REQUIRING A.B.E. ASSOCIATES, INC. TO DISMISS WITH PREJUDICE ITS STATE COURT LAWSUIT**

This matter, having come before the court on the City of Detroit's Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and Bar Date Order and (II) Requiring A.B.E. Associates, Inc. to Dismiss with Prejudice its State Court Lawsuit, ("Motion"), upon proper notice and a hearing, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**THE COURT ORDERS THAT:**

1.     The Motion is granted.

2.     Within five days of the entry of this Order, A.B.E. Associates, Inc. shall dismiss, or cause to be dismissed, with prejudice, Case No 16-005285-CB filed with Wayne County Circuit Court, Michigan and captioned *A.B.E. Associates, Inc., as Assignee of IOCAD Engineering Services, Inc. vs. City of Detroit, a*

27430954.1\022765-00213

*Michigan Municipal Corporation, acting by and through its Board of Water Commissioners* ("State Court Lawsuit").

     3.      A.B.E. Associates, Inc. is permanently barred, estopped and enjoined from asserting any claims described in the State Court Lawsuit, or the alleged conduct forming the basis of the State Court Lawsuit, against the City of Detroit or property of the City of Detroit, in the State Court Lawsuit or in any other action or proceeding.

     4.      The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

27430954.1\022765-00213