UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER (I) ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND BAR DATE ORDER AND (II) REQUIRING A.B.E. ASSOCIATES, INC. TO DISMISS WITH PREJUDICE ITS STATE COURT LAWSUIT**

This case is before the Court on the City of Detroit's Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and Bar Date Order and (II) Requiring A.B.E. Associates, Inc. to Dismiss with Prejudice its State Court Lawsuit, (Docket # 11439, the "Motion"). No timely response to the Motion has been filed, and the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**IT IS ORDERED THAT:**

1. The Motion is granted.

2. No later than September 14, 2016, A.B.E. Associates, Inc. must dismiss, or cause to be dismissed, with prejudice, Case No 16-005285-CB filed with Wayne County Circuit Court, Michigan and captioned *A.B.E. Associates, Inc., as Assignee of IOCAD Engineering Services, Inc. vs. City of Detroit, a Michigan*

*Municipal Corporation, acting by and through its Board of Water Commissioners* (the "State Court Lawsuit").

3. A.B.E. Associates, Inc. is permanently barred, estopped and enjoined from asserting any claims described in the State Court Lawsuit, or the alleged conduct forming the basis of the State Court Lawsuit, against the City of Detroit or property of the City of Detroit, in the State Court Lawsuit or in any other action or proceeding.

4. The Court will retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on September 07, 2016**

                                                     /s/ Thomas J. Tucker
                                                   Thomas J. Tucker
                                                   United States Bankruptcy Judge