UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**SUPPLEMENTAL ORDER REGARDING DEBTOR'S FORTY-FOURTH AND FORTY-FIFTH OMNIBUS OBJECTIONS**

This case having come before the Court upon the Forty-Fourth and Forty-Fifth Omnibus Objections (Docket ## 11162 and 11163, respectively, the "Objections,") of Debtor City of Detroit ("City"), and upon review of the City's Reply To Certain Responses Filed To The City's Forty-Fourth And Forty-Fifth Omnibus Objections To Claims (Docket # 11493) ("City's Reply"); and a further hearing on the Objections having been held on August 31, 2016; and for the reasons stated by the Court on the record during the August 31, 2016 hearing;

IT IS ORDERED that:

1. Claim number 2330 of Michelle Duff is allowed in the reduced amount of $4,780 as a Class 15 Convenience Claim under the City's confirmed plan of adjustment (Docket # 8045) (the "Plan").

2. Claim number 2414 of Jacqueline Jackson is allowed in the reduced amount of $4,780 as a Class 15 Convenience Claim under the Plan.

3. Claim number 1794 of Gueelma Brown is allowed in the reduced amount of $4,780 as a Class 15 Convenience Claim under the Plan.

4. Claim number 1476 of Dianna Lynn Patillo is allowed in the reduced amount of $4,780 as a Class 15 Convenience Claim under the Plan.

5. With respect to claim number 2373 of Dinah Bolton, no later than October 12, 2016, the City must file a supplement to the City's Reply further addressing the issue of whether Ms. Bolton's position was funded by grant monies (a "grant-funded claim") or from the City's General Fund. The Court will hold a further hearing regarding the City's objection to the claim of Dinah Bolton on **October 19, 2016 at 1:30 p.m.**

6. With respect to claim number 3072 of Stephanie Crews, the Court finds that the claim is not a grant-funded claim, and the City's Objection is submitted for decision by the Court under the terms of this Court's order filed on June 16, 2016 at Docket # 11292.

7. This Order is without prejudice to any rights that any of the claimants identified in paragraphs 1 - 4 above may have based on claims that arose after the filing of the City's bankruptcy case.

8. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

9. The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

10. Nothing in this Order is intended to, shall constitute or shall be deemed to constitute the City's consent, pursuant to section 904 of the Bankruptcy Code, to this Court's interference with (a) any of the political or governmental powers of the City, (b) any of the property or revenues of the City or (c) the City's use or enjoyment of any income-producing property.

.

**Signed on September 09, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge