UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------- x
                                                           :
In re                                                      :: Chapter 9
                                                           :: Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                                 :: Judge Thomas J. Tucker
                    Debtor.                                :
---------------------------------------------------------- x

# ORDER APPROVING STIPULATION FOR ORDER WITHDRAWING ATU LOCAL 26 CLAIM NOS. 940, 941, 943, AND 944 AS MOOT

This case is before the Court on the stipulation filed on July 28, 2016 (Docket# 11402, the "Stipulation"), entitled "Stipulation for Order Withdrawing ATU LOCAL 26 Claim Nos. 937, 940, 941, 943, and 944 as Moot." Based on the Stipulation,

IT IS ORDERED THAT Claim Nos. 940, 941, 943, and 944 filed on behalf of Amalgamated Transit Union, Local 26 are withdrawn as moot.

.

**Signed on September 09, 2016**

                                                 /s/ Thomas J. Tucker
                                                 Thomas J. Tucker
                                                 United States Bankruptcy Judge