# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 9, 2016, he caused a copy of the Supplemental Order Regarding Debtor's Forty-Fourth and Forty-Fifth Omnibus Objections [Doc. No. 11536] to be served upon the following persons, via first class mail:

Dinah Bolton
20230 Fenelon Street
Detroit, MI 48234

Jacqueline Jackson
19451 Stephens Dr.
Eastpointe, MI 48021

Gueelma Brown
19350 Orleans Street
Detroit, MI 48203

Diana Lynn Patillo
5330 Burns St.
Detroit, MI 48213-2912

Michelle Duff
322 Kerby
Grosse Pointe Farms, MI 48236

Stephanie Crews
22201 Marlow Ct.
Oak Park, MI 48237

DATED: September 9, 2016

                                            By: /s/ Marc N. Swanson
                                                Marc N. Swanson
                                                150 West Jefferson, Suite 2500
                                                Detroit, Michigan 48226
                                                Telephone: (313) 496-7591
                                                Facsimile: (313) 496-8451
                                                swansonm@millercanfield.com