UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 9, 2016, he caused a copy of the Order Regarding Debtor's Forty-Seventh Omnibus Objection to Certain Claims [Doc. No. 11537] to be served upon the following parties, via first class mail:

Counsel for Agar Lawn Sprinkler Systems, Inc.:
John D. Mulvihill
The Law Office of John D. Mulvihill, PLLC
20 W. Washington, Suite 2
Clarkston, MI 48346

Beatrice McQueen
26533 Blumfield
Roseville, MI 48066

Henry Wolfe, III
18507 Ohio
Detroit, MI 48221

DATED: September 9, 2016

        By: /s/ Marc N. Swanson
            Marc N. Swanson
            150 West Jefferson, Suite 2500
            Detroit, Michigan 48226
            Telephone: (313) 496-7591
            Facsimile: (313) 496-8451
            swansonm@millercanfield.com