# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2016, he caused a copy of the Order Granting City of Detroit's Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and Bar Date Order and (II) Requiring A.B.E. Associates, Inc. to Dismiss with Prejudice its State Court Lawsuit [Doc. No. 11534] to be served upon counsel to A.B.E. Associates, Inc., as listed below, via first class mail and electronic mail:

David Jonathan Cross
Simpson, Morton & Cross, PLLC
535 Griswold, Suite 111-129
Detroit, MI 48226
Email: davidjonathancross@gmail.com

DATED: September 13, 2016

                                          By: /s/ Marc N. Swanson
                                               Marc N. Swanson
                                               150 West Jefferson, Suite 2500
                                               Detroit, Michigan 48226
                                               Telephone: (313) 496-7591
                                               Facsimile: (313) 496-8451
                                               swansonm@millercanfield.com