# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit
General Retirement System *
500 Woodward Ave. Suite 3000
Detroit, Michigan 48226-5493

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Tucker

Debtor.

_____/

MOTION FOR/TO Seeking Monetary Relief (Docket #11392)

NOW COMES ~~Debtor(s)~~ Creditor, and brings this motion. In support of ~~Debtor(s)~~ Creditor's motion, ~~Debtor~~ Creditor

states the following [state the facts]:

1. I do not agree with The City of Detroit's Response TO "Order Regarding 'Motion to File a Late Claim' Filed By Thomasena Barge (Docket #11161)" (Docket #11392)

2. Retirement Systems City of Detroit Pension Payroll Monthly Pays 2015 States "Annuity $1800.51" Under the Month of January.

3. ~~Debtor~~ Creditor requests Judge Tucker to examine the Annuity Refund Inquiry Report for 2003; in addition to examine Retirement Systems City of Detroit Pension Payroll Monthly Pays for 2014 & 2015, 2014 1099R, Creditor Pension Rate Schedule.

WHEREFORE, ~~Debtor~~ Creditor requests this Court to consider ~~Debtor's~~ Creditor Motion and afford ~~Debtor~~ Creditor what

further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Dated: September 16, 2016

Respectfully submitted,

Thomasena Barge
(~~Debtor's~~ Creditor Signature)
Print Name: THOMASENA BARGE

_____
(Co-Debtor's Signature)
Print Name: _____

*FILED 2016 SEP 16 AM 9:35 U.S. BANKRUPTCY COURT MICHIGAN-DETROIT*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: *City of Detroit General Retirement System* ✱
500 W Woodward Ave. Suite 3000
Detroit, Michigan 48226-5493

CASE NO: *13-53846*
CHAPTER: *9*
JUDGE: *Tucker*

Debtor.
_____/

ORDER GRANTING MOTION TO/FOR *Seeking Monetary Relief (Docket #11392)*

This matter having come before the Court on ~~Debtor's~~ *Creditor's* motion, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.

Form B20A(Official Form 20A
12/1/10

UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

In re: Thomasena Barge AKA
Thomasene Barge

Chapter: 9
Case No.: 13-53846
Judge: Tucker

Creditor

Address 5226 Newport St.
Detroit, Michigan 48213

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 9261

## NOTICE OF [MOTION] [OBJECTION]

Debtor has filed papers with the court
to Seeking Monetary Relief (Doc't #11392)
{relief sought in motion or objection}

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to _____ [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], within 21 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

   United States Bankruptcy Court
   211 Fort Street
   Detroit, Michigan 48226

   If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

   You must also mail a copy to [enter your name and address and name and address of others to be served]:

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 9/16/2016

Signature Thomasena Barge
Name THOMASENA BARGE
Address 5226 NEWPORT ST.
DETROIT, MICHIGAN 48213

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: *City of Detroit*

CASE NO: 13-53846
CHAPTER: 9

Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date of mailing), I served copies as follows:

1. Document(s) served:
   * Notice of Motion
   * Motion Seeking Monetary Relief (Docket #11372)
   * Order Granting Motion
   * Certificate of Service
   * Appendix of Exhibits (8)

2. Served upon [name and address of each person served]:
   City of Detroit General Retirement Systems
   500 Woodward Ave. Suite 3000
   Detroit, Michigan 48226-5493

3. By First Class Mail.

Dated: September 16, 2016

_Thomasena Barge_
(Signature)

Print Name: THOMASENA BARGE

FILED 2016 SEP 16 A 9:35 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

# Retirement Systems City of Detroit
## Annuity Refund Inquiry Report

BARGE, THOMASENA                      Pension Number 

**Revenue Group** General City    **Payroll Status** Terminated    **Annuity Status** Retired

**Vested?** No    **Birth Date** 07/20/1942    **Start Date** 07/09/1978    **WComp Status**

**Annuity Address** 02220 LAWRENCE 204 DETROIT, MI 48206

 

**Recoupment**

**Last Annuity Date** 05/16/2003

| Accumulated Balance | | Interest | | Adjustments | |
|---|---|---|---|---|---|
| July 1 Balance | $0.00 | Up To 1970 | $0.00 | Pre Tax | $0.00 |
| Current Contribution | $0.00 | Total To Date | $0.00 | Post-Tax | $0.00 |
| Total To Date | $0.00 | Current Year | $0.00 | Interest | $0.00 |
| Total Contributions | $0.00 | Pre-Tax Contribution | $0.00 | Total | $0.00 |
| Non-Taxable Amount | $0.00 | Taxable Amount | $0.00 | | |
| Total Annuity | $0.00 | Net Annuity | $0.00 | | |

## Retirement Systems City of Detroit
## Pension Payroll Monthly Pays 2015

1/4/16 11:43 am

Social ###-##-9261-0    Name BARGE,THOMASENA    Pension Number [redacted]

|  | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| Pension | $283.87 | $283.87 | $266.40 | $266.40 | $266.40 | $266.40 |
| Annuity | $1,800.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gross | $2,084.38 | $283.87 | $266.40 | $266.40 | $266.40 | $266.40 |
| Federal Tax | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Deductions | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Net | $2,084.38 | $283.87 | $266.40 | $266.40 | $266.40 | $266.40 |
| Check No. | 1000281986 | 1000284603 | 1101060900 | 1101071256 | 1101081624 | 1101091964 |
| Adj/Pay Type | A 0 | 0 | 0 | 1 | 1 | 1 |

|  | July | August | September | October | November | December | TOTAL |
|---|---|---|---|---|---|---|---|
| Pension | $266.40 | $266.40 | $266.40 | $266.40 | $266.40 | $266.40 | $3,231.74 |
| Annuity | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,800.51 |
| Gross | $266.40 | $266.40 | $266.40 | $266.40 | $266.40 | $266.40 | $5,032.25 |
| Federal Tax | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Deductions | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Net | $266.40 | $266.40 | $266.40 | $266.40 | $266.40 | $266.40 | $5,032.25 |
| Check No. | 1101102308 | 1101112682 | 1101123058 | 1101133431 | 1000300468 | 1101154225 |  |
| Adj/Pay Type | 1 | 1 | 1 | 1 | 1 | 1 |  |

**YTD Due City** $0.00

**Retirement Systems City of Detroit**
**Pension Payroll Monthly Pays 2014**

1/4/16 11:49 am

Social ███████261-0     Name BARGE,THOMASENA     Pension Number ███████

|  | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| Pension | $0.00 | $0.00 | $37,065.70 | $235.81 | $235.81 | $235.81 |
| Annuity | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gross | $0.00 | $0.00 | $37,065.70 | $235.81 | $235.81 | $235.81 |
| Federal Tax | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Deductions | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Net | $0.00 | $0.00 | $37,065.70 | $235.81 | $235.81 | $235.81 |
| Check No. | 0000000000 | 0000000000 | 1000257056 | 1000259094 | 1000261043 | 1000262978 |
| Adj/Pay Type |  |  | A | A  0 | A  0 | A  0 |

|  | July | August | September | October | November | December | TOTAL |
|---|---|---|---|---|---|---|---|
| Pension | $235.81 | $240.85 | $240.85 | $240.85 | $277.41 | $290.85 | $39,299.75 |
| Annuity | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gross | $235.81 | $240.85 | $240.85 | $240.85 | $277.41 | $290.85 | $39,299.75 |
| Federal Tax | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Deductions | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Net | $235.81 | $240.85 | $240.85 | $240.85 | $277.41 | $290.85 | $39,299.75 |
| Check No. | 1000266741 | 1000270481 | 1000274366 | 1000276314 | 1000278228 | 1000280137 |  |
| Adj/Pay Type | A  0 | A  0 | A  0 | A  0 | A  0 |    0 |  |

**YTD Due City**     **$0.00**

# Form 1099-R — Copy B

**PAYER'S name, street address, city, state, and ZIP code**
GENERAL RETIREMENT SYSTEM
OF THE CITY OF DETROIT
500 WOODWARD AVE STE 3000
DETROIT, MI 48226-5493

- 1 Gross Distribution: $39,299.75
- 2a Taxable Amount: $39,299.75
- OMB No. 1545-0119
- 2014 Form 1099R

**PAYER'S Federal Identification number:** 38-2457952
**RECIPIENT'S Identification number:** ###-##-9261

- 2b Taxable amount not determined: ☐
- Total Distribution: ☐
- 3 Capital gain (included in box 2a):
- 4 Federal Income tax withheld: $0.00
- 5 Employee Contributions/Designated Roth Contributions or Insurance premiums:
- 6 Net unrealized appreciation in employer's securities:
- 7 Distribution Code(s): 7
- IRA/SEP/SIMPLE:
- 8 Other:
- 9a Your percentage of total distribution:
- 9b Total employee contributions:
- 12 State tax withheld:
- 13 State/Payer's state no:
- 14 State distribution:
- 15 Local tax withheld:
- 16 Name of locality:
- 17 Local distribution:

**RECIPIENT'S Name and Address**
BARGE THOMASENA
5226 NEWPORT ST
DETROIT, MI 48213-3741

- 10 Amount allocable to IRR within 5 years:
- 11 1st Yr of Desig Roth contrib.:
- Account Number: 395451

Copy B — Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the Internal Revenue Service.

Form 1099-R    Department of the Treasury - Internal Revenue Service

---

# Form 1099-R — Copy C

**PAYER'S name, street address, city, state, and ZIP code**
GENERAL RETIREMENT SYSTEM
OF THE CITY OF DETROIT
500 WOODWARD AVE STE 3000
DETROIT, MI 48226-5493

- 1 Gross Distribution: $39,299.75
- 2a Taxable Amount: $39,299.75
- 2014 Form 1099R

**PAYER'S Federal Identification number:** 38-2457952
**RECIPIENT'S Identification number:** ###-##-9261

- 4 Federal Income tax withheld: $0.00
- 7 Distribution Code(s): 7

**RECIPIENT'S Name and Address**
BARGE THOMASENA
5226 NEWPORT ST
DETROIT, MI 48213-3741

Account Number: 395451

Copy C — For Recipient's Records

---

# Form 1099-R — Copy 2

**PAYER'S name, street address, city, state, and ZIP code**
GENERAL RETIREMENT SYSTEM
OF THE CITY OF DETROIT
500 WOODWARD AVE STE 3000
DETROIT, MI 48226-5493

- 1 Gross Distribution: $39,299.75
- 2a Taxable Amount: $39,299.75
- 2014 Form 1099R

**PAYER'S Federal Identification number:** 38-2457952
**RECIPIENT'S Identification number:** ###-##-9261

- 4 Federal Income tax withheld: $0.00
- 7 Distribution Code(s): 7

**RECIPIENT'S Name and Address**
BARGE THOMASENA
5226 NEWPORT ST
DETROIT, MI 48213-3741

Account Number: 395451

Copy 2 — File this copy with your state, city, or local income tax return, when required.

5

## RETIREMENT SYSTEMS - CITY OF DETROIT

Name        THOMASENA BARGE
Penson 

### SHOULD BEEN PAID

| begin | end | rate | months | days | | pay |
|---|---|---|---|---|---|---|
| 8/1/2002 | 6/30/2003 | $ 224.18 | 11 | 0 | $ | 2,465.98 |
| 7/1/2003 | 6/30/2004 | $ 233.84 | 12 | 0 | $ | 2,806.08 |
| 7/1/2004 | 6/30/2005 | $ 238.88 | 12 | 0 | $ | 2,866.56 |
| 7/1/2005 | 6/30/2006 | $ 243.92 | 12 | 0 | $ | 2,927.04 |
| 7/1/2006 | 6/30/2007 | $ 248.96 | 12 | 0 | $ | 2,987.52 |
| 7/1/2007 | 6/30/2008 | $ 254.00 | 12 | 0 | $ | 3,048.00 |
| 7/1/2008 | 6/30/2009 | $ 259.04 | 12 | 0 | $ | 3,108.48 |
| 7/1/2009 | 6/30/2010 | $ 264.08 | 12 | 0 | $ | 3,168.96 |
| 7/1/2010 | 6/30/2011 | $ 269.12 | 12 | 0 | $ | 3,229.44 |
| 7/1/2011 | 6/30/2012 | $ 274.16 | 12 | 0 | $ | 3,289.92 |
| 7/1/2012 | 6/30/2013 | $ 279.20 | 12 | 0 | $ | 3,350.40 |
| 7/1/2013 | 2/30/2014 | $ 279.20 | 8 | 0 | $ | 2,233.60 |

                                                      total        $ 35,481.98

### WAS PAID

| begin | end | rate | months | days | | pay |
|---|---|---|---|---|---|---|
| 8/1/2002 | 6/30/2003 | $ 224.18 | 11 | 0 | $ | 2,465.98 |
| 7/1/2003 | 6/30/2004 | $ 233.95 | 12 | 0 | $ | 2,807.40 |
| 7/1/2004 | 6/30/2005 | $ 239.21 | 12 | 0 | $ | 2,870.52 |
| 7/1/2005 | 6/30/2006 | $ 244.59 | 12 | 0 | $ | 2,935.08 |
| 7/1/2006 | 6/30/2007 | $ 250.09 | 12 | 0 | $ | 3,001.08 |
| 7/1/2007 | 6/30/2008 | $ 255.72 | 12 | 0 | $ | 3,068.64 |
| 7/1/2008 | 6/30/2009 | $ 261.47 | 12 | 0 | $ | 3,137.64 |
| 7/1/2009 | 6/30/2010 | $ 267.35 | 12 | 0 | $ | 3,208.20 |
| 7/1/2010 | 6/30/2011 | $ 273.37 | 12 | 0 | $ | 3,280.44 |
| 7/1/2011 | 6/30/2012 | $ 279.52 | 12 | 0 | $ | 3,354.24 |
| 7/1/2012 | 6/30/2013 | $ 285.81 | 12 | 0 | $ | 3,429.72 |
| 7/1/2013 | 2/30/2014 | $ 285.81 | 8 | 0 | $ | 2,286.48 |

                                                                      $ 35,845.42

**RETRO PAY DUE**                                        $ (363.44)

**PENSION RATE**                                       $ 279.20
                                                                               7/1/2013

kcheeks     corrected 7/1 rates



**PENSION STATEMENT**

General Retirement System
of the City of Detroit
2 Woodward Ave Ste 908
Detroit, MI 48226-3455

Page 001 of 001
Period Beginning: 02/01/2014
Period Ending: 02/28/2014
Check Date: 03/01/2014
Check Number: 1000257056
Batch Number: 000000000525

6

Retirement Code E-80-0-1

Tax Code No Withholding
Pension No ▬▬▬▬
Social Security No XXX-XX-9261

BARGE, THOMASENA
5226 NEWPORT ST
DETROIT MI 48213-3741

| EARNINGS | RATE | ADJUSTMENT | CURRENT | YTD | DEDUCTIONS | DEDUCTION CODE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| Pension | 285.81 | 31424.98 | 37065.70 | 37065.70 | Federal Income Tax | | 0.00 | 0.00 |
| Annuity | 0.00 | 0.00 | 0.00 | 0.00 | Michigan Income Tax | | 0.00 | 0.00 |

First Check--Your payment rates have been approved

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gross Pay | | | 37065.70 | 37065.70 | Total Deductions | | 0.00 | 0.00 |
| | | | | | Net Pay | | $37,065.70 | |

**IMPORTANT NOTES**
Health care deductions reflected above are based on your elections.
Health care Stipends will come to eligible retirees separately. Expect stipend checks
to arrive within the first week of March, 2014.
Adjustments to your health care may result in increased pension check amounts.
Questions call 1-855-224-6200

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

General Retirement System
of the City of Detroit
2 Woodward Ave Ste 908
Detroit, MI 48226-3455

9-107/720
Check Number: 1000257056
Check Date: 03/01/2014

This amount: THIRTY SEVEN THOUSAND SIXTY FIVE DOLLARS AND 70/100    $**37,065.70

Pay to the order of: BARGE, THOMASENA

Void after 90 days

*Cynthia A. Thomas*

First Independence
National Bank of Detroit
44 Michigan Ave
Detroit, Michigan 48226

⑈1000257056⑈ ⑆072001079⑆ 0101 01905 7⑈

# PENSION STATEMENT

007639-007639

**General Retirement System \***
of the City of Detroit
500 Woodward Ave Ste 3000
Detroit, MI 48226-5493

DGRS

| | |
|---|---|
| Page | 001 of 001 |
| Period Beginning: | 11/01/2015 |
| Period Ending: | 11/30/2015 |
| Advice Date: | 12/01/2015 |
| Advice Number: | 1101154225 |
| Batch Number: | 000000000650 |

Retirement Code E-80-0-1

Tax Code No Withholding
Pension No ~~~~~~~~
Social Security No XXX-XX-9261

BARGE, THOMASENA
5226 NEWPORT ST
DETROIT MI 48213-3741

| EARNINGS | RATE | ADJUSTMENT | CURRENT | YTD | DEDUCTIONS | DEDUCTION CODE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| Pension | 266.40 | 0.00 | 266.40 | 3231.74 | Federal Income Tax | | 0.00 | 0.00 |
| Annuity | 0.00 | 0.00 | 0.00 | 1800.51 | Michigan Income Tax | | 0.00 | 0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Gross Pay | | | 266.40 | 5032.25 | Total Deductions | | 0.00 | 0.00 |
| | | | | | Net Pay | | $266.40 | |

**IMPORTANT NOTES**

---

General Retirement System
of the City of Detroit
500 Woodward Ave Ste 3000
Detroit, MI 48226-5493

DGRS

Advice Number: 1101154225
Advice Date: 12/01/2015

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| BARGE, THOMASENA  Checking | | | $266.40 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# PENSION STATEMENT

General Retirement System *
of the City of Detroit
500 Woodward Ave Ste 3000
Detroit, MI 48226-5493

007670-007670

Page 001 of 001
Period Beginning: 12/01/2015
Period Ending: 12/31/2015
Advice Date: 01/01/2016
Advice Number: 1101164620
Batch Number: 000000000655

Retirement Code E-80-0-1

Tax Code No Withholding
Pension No
Social Security No XXX-XX-9261

BARGE,THOMASENA
5226 NEWPORT ST
DETROIT MI 48213-3741

| EARNINGS | RATE | ADJUSTMENT | CURRENT | YTD | DEDUCTIONS | DEDUCTION CODE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| Pension | 266.40 | 0.00 | 266.40 | 266.40 | Federal Income Tax | | 0.00 | 0.00 |
| Annuity | 0.00 | 0.00 | 0.00 | 0.00 | Michigan Income Tax | | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Gross Pay | | 266.40 | 266.40 | Total Deductions | 0.00 | 0.00 |
| | | | | Net Pay | $266.40 | |

**IMPORTANT NOTES**

Important notice regarding your payroll deductions for healthcare coverage: The new 2016 rates for all City of Detroit General Retiree Healthcare Trust ("the VEBA") medical, dental and vision plans begin on January 1, 2016.
Should you have any questions or concerns contact BeneSys at 1-844-563-8911.

---

General Retirement System
of the City of Detroit
500 Woodward Ave Ste 3000
Detroit, MI 48226-5493

Advice Number: 1101164620
Advice Date: 01/01/2016

Deposited to the account of    Account Number    Transit ABA    Amount
BARGE,THOMASENA                 Checking                          $266.40



**NON-NEGOTIABLE**

Appendix of Exhibits

1. Retirement Systems City of Detroit Annuity Refund Inquiry Report; 1/4/2016
2. Retirement Systems City of Detroit Pension Payroll Monthly Pays 2015; 1/4/2016
3. Retirement Systems City of Detroit Pension Payroll Monthly Pays 2014; 1/4/2016
4. **BARGE THOMASENA** 2014 Form 1099R
5. **Retirement Systems – City of Detroit Pension Rate Schedule: 8/1/2002 – 7/1/2013**
6. **Lump Sum Pension Check**
7. **Pension Check 12/01/2015 Annuity Received $1800.51**
8. **Pension Check 01/01/2016 Annuity Received $-0-.00**