| | Adv Pro Number | Defendant Name |
|---|---|---|
| | City of Detroit, Michigan, Case No. 13-53846 Resolved Actions on or prior to 4/29/16 | |
| 1 | 15-05241 | 1 WAY SERVICE INC |
| 2 | 15-05240 | ABM TOTAL BUILDING SERVICE |
| 3 | 15-05307 | AMERICAN SUPERCONDUCTOR CORP |
| 4 | 15-05301 | APPLIED INDUSTRIAL TECHNOLOGIES |
| 5 | 15-05270 | ARGUS GROUP INC DBA ARGUS HAZCO |
| 6 | 15-05287 | ARROW OFFICE SUPPLY CO |
| 7 | 15-05274 | CAMDEN INSURANCE AGENCY INC |
| 8 | 15-05364 | CAPP INC/CAPP USA |
| 9 | 15-05273 | CINTAS CORPORATION |
| 10 | 15-05254 | CLOW WATER SYSTEMS COMPANY |
| 11 | 15-05268 | COMMUNICATIONS PROFESSIONALS INC |
| 12 | 15-05325 | CUMMINS BRIDGEWAY LLC |
| 13 | 15-05226 | DECANTER MACHINE INC |
| 14 | 15-05289 | ELECTION SYSTEMS & SOFTWARE |
| 15 | 15-05267 | ELECTRONIC DATA MAGNETICS |
| 16 | 15-05311 | EXAMWORKS INC |
| 17 | 15-05343 | FOSTER SWIFT COLLINS & SMITH PC |
| 18 | 15-05174 | G4S SECURE SOLUTIONS USA INC |
| 19 | 15-05314 | GILLIG CORPORATION |
| 20 | 15-05309 | GRAINGER |
| 21 | 15-05215 | GREAT LAKES POWER INC |
| 22 | 15-05304 | GUARDIAN GUARD SERVICE INC |
| 23 | 15-05358 | HINSHON ENVIRONMENTAL CONSULTING INC |
| 24 | 15-05189 | HUBB SYSTEMS LLC |
| 25 | 15-05368 | Infinite Strategic Innovations dba ISI |
| 26 | 15-05209 | INFLECTION POINT SOLUTIONS |
| 27 | 15-05164 | INLAND WATERS POLLUTION CONTROL INC |
| 28 | 15-05217 | ITERIS MICHIGAN LLC |
| 29 | 15-05332 | JEFFREY J ELLISON PLLC |
| 30 | 15-05229 | JENKINS CONSTRUCTION INC |
| 31 | 15-05290 | KIRK'S AUTOMOTIVE INC |
| 32 | 15-05253 | LEXIS NEXIS |
| 33 | 15-05295 | MACOMB PIPE & SUPPLY |
| 34 | 15-05336 | MICHIGAN CAT |
| 35 | 15-05300 | MOORE MEDICAL CORP |
| 36 | 15-05259 | MORTON SALT INC |
| 37 | 15-05214 | NEXTEL COMMUNICATIONS |
| 38 | 15-05232 | OLIVE DELIVERY SERVICE LLC |
| 39 | 15-05296 | OSBURN ASSOCIATES  INC |
| 40 | 15-05187 | PLANTE & MORAN LLP |
| 41 | 15-05327 | PMSI INC |

| | Adv Pro Number | Defendant Name |
|---|---|---|
| | \multicolumn{2}{c}{City of Detroit, Michigan, Case No. 13-53846 Resolved Actions on or prior to 4/29/16} |

| | Adv Pro Number | Defendant Name |
|---|---|---|
| 42 | 15-05321 | ROBERT W BAIRD & CO |
| 43 | 15-05228 | RS TECHNICAL SERVICES INC |
| 44 | 15-05334 | SAFETY SERVICES INC |
| 45 | 15-05341 | SEHI COMPUTER PRODUCTS INC |
| 46 | 15-05222 | SEMCO ENERGY GAS CO |
| 47 | 15-05251 | SIEMENS INDUSTRY INC |
| 48 | 15-05302 | SPRINT |
| 49 | 15-05264 | SPS WOODBRIDGE COMPANY LLC |
| 50 | 15-05225 | SYSTEMS & SOFTWARE INC |
| 51 | 15-05280 | TETRA TECH MPS |
| 52 | 15-05284 | TMESYS INC |
| 53 | 15-05193 | TUCKER YOUNG JACKSON TULL INC |
| 54 | 15-05276 | VALLEY TRUCK PARTS INC |
| 55 | 15-05279 | W C DUCOMB CO |
| 56 | 15-05170 | WASTE MANAGEMENT OF MICHIGAN INC |
| 57 | 15-05200 | WCI CONTRACTORS |
| 58 | 15-05244 | WRIGHT TOOL CO |
| 59 | 15-05275 | YTI OFFICE EXPRESS |
| 60 | 15-05261 | CLAYTON INDUSTRIES INC |
| 61 | 15-05315 | 1959 EAST JEFFERSON LLC |
| 62 | 15-05339 | APPLIED POWER & CONTROLS INC |
| 63 | 15-05281 | ATWOOD TRUCKING CO |
| 64 | 15-05328 | BILL JOHNSON GROUP |
| 65 | 15-05294 | C & H BUILDERS |
| 66 | 15-05305 | DETROIT ROLLING DOOR & GATE INC |
| 67 | 15-05323 | GLORIA STOKES |
| 68 | 15-05298 | GOVERNMENTAL CONSULTANT SERVICES INC |
| 69 | 15-05330 | H C M INC |
| 70 | 15-05338 | JEANETTE POWELL |
| 71 | 15-05361 | JULIAN WATKINS DANIEL REID |
| 72 | 15-05357 | LORENZO TATE |
| 73 | 15-05297 | NEW TECHNOLOGY DEVELOPMENT LIMITED PARTNERSHIP |
| 74 | 15-5359 | NUTECH GRAPHICS & SYSTEM |
| 75 | 15-05246 | PROJECT INNOVATIONS |
| 76 | 15-05269 | TJA STAFFING SERVICES INC |
| 77 | 15-05277 | YOLANDA JOHNSON |
| 78 | 15-05221 | BAUER & HUNTER PLLC |
| 79 | 15-05235 | BDM LLC |
| 80 | 15-05201 | CADILLAC TOWER MI LLC |
| 81 | 15-05335 | CRANBROOK GENERAL UNDERWRITERS AGENCY |
| 82 | 15-05237 | DAVID WM RUSKIN |

| | Adv Pro Number | Defendant Name |
|---|---|---|
| | City of Detroit, Michigan, Case No. 13-53846 Resolved Actions on or prior to 4/29/16 | |

| | Adv Pro Number | Defendant Name |
|---|---|---|
| 83 | 15-05169 | DEMARIA BUILDING COMPANY |
| 84 | 15-05356 | DETROIT RADIO TEAM |
| 85 | 15-05177 | DTE ENERGY |
| 86 | 15-05218 | FREEDMAN LESSING KUTINSKY |
| 87 | 15-05272 | GEORGE T ROUMELL JR |
| 88 | 15-05248 | INGRAM LIBRARY SERVICES |
| 89 | 15-05278 | JAMES G JOHNSON |
| 90 | 15-05308 | JIMMY SEALS |
| 91 | 15-05249 | KOTZ SANGSTER WYSOCKI & BERG PC |
| 92 | 15-05282 | MCNAUGHTON MCKAY ELECTRIC COMPANY |
| 93 | 15-05207 | MOTOROLA SOLUTIONS INC |
| 94 | 15-05316 | NAPA DETROIT DISTRIBUTION and Genuine Parts Company |
| 95 | 15-05234 | NEW ENGLAND FERTILIZER COMPANY |
| 96 | 15-05306 | NOVITEX ENTERPRISE SOLUTIONS INC |
| 97 | 15-05286 | OVERDRIVE INC |
| 98 | 15-05256 | PES GROUP PC |
| 99 | 15-05329 | RICKARD DENNEY GARNO & ASSOCIATES |
| 100 | 15-05242 | ROBINSON & ASSOCIATES PC |
| 101 | 15-05252 | SBC GLOBAL SERVICES |
| 102 | 15-05355 | SMART |
| 103 | 15-05197 | STRATEGIC STAFFING SOLUTIONS |
| 104 | 15-05322 | TELNET WORLDWIDE INC |
| 105 | 15-05191 | WALKERS HEATING & COOLING |
| 106 | 15-05168 | TRINITY ENVIRONMENTAL SOLUTIONS LLC |