| | Adv Pro Number | Defendant Name |
|---|---|---|
| | City of Detroit, Michigan, Case No. 13-53846 Resolved Actions on or after 4/29/16 | |
| 1 | 15-05324 | AUDIO VISUAL EQUIPMENT & SUPPLIES |
| 2 | 15-05303 | C E POLLARD COMPANY |
| 3 | 15-05194 | CLARK ASSOCIATES INC |
| 4 | 15-05183 | COMPUTECH CORPORATION |
| 5 | 15-05266 | COVER YOUR ASSETS LLC |
| 6 | 15-05167 | CW PROFESSIONAL SERVICES LLC AND COMPUWARE CORPORATION |
| 7 | 15-05337 | D A CENTRAL INC |
| 8 | 15-05367 | DETROIT ADVANCED TECHNOLOGY APPLICATION NETWORK |
| 9 | 15-05185 | EJ USA INC |
| 10 | 15-05223 | ELECTRONIC DATA SYSTEMS CORPORATION |
| 11 | 15-05293 | FORT WAYNE CONTRACTING INC |
| 12 | 15-05182 | HERCULES & HERCULES INC |
| 13 | 15-05189 | HUBB SYSTEMS LLC |
| 14 | 15-05186 | IMPERIAL CONSTRUCTION CO |
| 15 | 15-05247 | J RANCK ELECTRIC INC |
| 16 | 15-05176 | L D' AGOSTINI & SONS INC |
| 17 | 15-05250 | METCO SERVICES INC |
| 18 | 15-05224 | PREVOST PARTS/PREVOST CAR INC. |
| 19 | 15-05319 | SBM INC |
| 20 | 15-05195 | SIGMA ASSOCIATES INC |
| 21 | 15-05291 | WOLVERINE OIL & SUPPLY CO INC |