## City of Detroit, Michgan, Case No. 13-53846
## Open Preference Actions as of 9/16/16 with Defenses Asserted

| | Adv Pro Number | Defendant Name | Trust Fund/Earmarking | Assumed Contract | Critical Vendor |
|---|---|---|---|---|---|
| 1 | 15-05271 | A & M TRUCKING INC | | | |
| 2 | 15-05258 | ABC DEMOLITION CO INC | Yes | | |
| 3 | 15-05216 | ABLE DEMOLITION INC | Yes | | |
| 4 | 15-05299 | AGAR LAWN SPRINKLER SYSTEMS INC | | | |
| 5 | 15-05331 | ALEXANDER CHEMICAL CORP | | | |
| 6 | 15-05212 | AMPRO CONSTRUCTION LLC | Yes | | |
| 7 | 15-05312 | APPLIED SCIENCE INC | | Yes | |
| 8 | 15-05180 | BANKSTON CONSTRUCTION INC | | | Yes |
| 9 | 15-05238 | BINKELMAN CORP | | | Yes |
| 10 | 15-05320 | BIRKS WORKS ENVIRONMENTAL LLC | | | |
| 11 | 15-05204 | BLUE STAR INC | Yes | | |
| 12 | 15-05206 | BOB MAXEY FORD INC | | | Yes |
| 13 | 15-05317 | CAMP DRESSER & MCKEE | Yes | Yes | |
| 14 | 15-05184 | CARMEUSE LIME INC | | | |
| 15 | 15-05260 | CDM MICHIGAN INC | | Yes | |
| 16 | 15-05262 | CLARKS CONSTRUCTION | Yes | | |
| 17 | 15-05199 | COLASANTI CORPORATION | | | Yes |
| 18 | 15-05362 | DCI WOLVERINE JV | Yes | | |
| 19 | 15-05210 | DELL COMPUTER CORPORATION | Yes | | |
| 20 | 15-05192 | DETROIT CONTRACTING INC LLC | Yes | Yes | Yes |
| 21 | 15-05172 | DETROIT THERMAL LLC | | Yes | |
| 22 | 15-05288 | E L BAILEY & CO INC | Yes | | |
| 23 | 15-05265 | EASTERN OIL CO | Yes | | |
| 24 | 15-05188 | FARROW GROUP INC | Yes | | |
| 25 | 15-05219 | FEDERAL PIPE & SUPPLY INC | | | |
| 26 | 15-05202 | FEDERAL SIGNAL CORPORATION | Yes | | |
| 27 | 15-05220 | FRASER TREBILCOCK DAVIS & DUNLAP PC | | | |
| 28 | 15-05173 | FUTURENET GROUP INC | | | Yes |
| 29 | 15-05175 | GIORGI CONCRETE LLC | Yes | | |
| 30 | 15-05363 | HESCO HAMLETT ENGINEERING SALES COMPANY DBA HESCO | | | Yes |
| 31 | 15-05179 | INTERSTATE TRUCKSOURCE INC | | | |
| 32 | 15-05198 | J E ASSOCIATES INC | | | |
| 33 | 15-05236 | KEO AND ASSOCIATES INC | Yes | Yes | |
| 34 | 15-05231 | KESSLER INTERNATIONAL | Yes | | |
| 35 | 15-05285 | KINGSWAY BUILDING & MAINTENANCE | Yes | | |
| 36 | 15-05166 | LAKESHORE ENGINEERING SERVICE INC | | | |
| 37 | 15-05318 | MANNIK & SMITH GROUP INC | | | |
| 38 | 15-05292 | MIKE DONNELLY ELECTRICAL COLLEGE | | | |
| 39 | 15-05245 | MOTOR CITY ELECTRIC TECHNOLOGIES INC | Yes | Yes | |
| 40 | 15-05178 | MOTOR CITY PIPE & SUPPLY CO | Yes | | |
| 41 | 15-05227 | NORTH-WEST TRADING CO | | Yes | |
| 42 | 15-05205 | OAS GROUP INC | | | |
| 43 | 15-05196 | ORACLE CORPORATION | | Yes | |
| 44 | 15-05190 | PARSONS BRINCKEROFF MICHIGAN INC | | | |
| 45 | 15-05171 | PVS TECHNOLOGIES INC | Yes | | |
| 46 | 15-05208 | PYRATECH SECURITY SYSTEMS INC | | | |
| 47 | 15-5360 | RE-CONSTRUCTION | Yes | | |
| 48 | 15-05230 | SAFECO INSURANCE COMPANY OF AMERICA | | | |
| 49 | 15-05181 | SHRADER TIRE & OIL INC | | | Yes |
| 50 | 15-05233 | T & N SERVICES INC | | | |
| 51 | 15-05243 | T & T BUILDERS | Yes | | |
| 52 | 15-05165 | TOOLES CONTRACTING GROUP LLC | | Yes | Yes |
| 53 | 15-05257 | TOTER INCORPORATED | Yes | | |
| 54 | 15-05333 | UNIGLOBE CONSTRUCTION CO | Yes | | |
| 55 | 15-05213 | UNIVERSAL SYSTEM TECHNOLOGIES INC | | Yes | |
| 56 | 15-05340 | VANCON INC | | | |
| 57 | 15-05326 | WATERWORKS SYSTEMS & EQUIPMENT | | Yes | |
| 58 | 15-05239 | Z CONTRACTORS INC | Yes | Yes | |
| | | TOTAL | 25 | 13 | 9 |