

**CITY OF DETROIT**
**OFFICE OF THE EMERGENCY MANAGER**

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE., SUITE 1126
DETROIT, MICHIGAN 48226
PHONE 313•224•3703
FAX 313•224•4433
WWW.DETROITMI.GOV

August 2, 2013

Dear Essential Vendor:

We at the City of Detroit (the "City") believe you are an "essential vendor," something we are very pleased to name you. As an "essential vendor," the City will continue to make payments to you in the "ordinary course." This means that the City will pay all undisputed amounts owed to you, even if such amounts relate to your supplying the City with goods and services prior to the City's recent chapter 9 filing (the "Prepetition Amounts").

We very much hope to continue our fine relationship with you in the ordinary course of business between you and the City.

Please be advised that, by accepting payment on account of Prepetition Amounts, you are deemed to have agreed to continue to provide goods and services to the City in accordance with your prior terms (including credit terms) with the City. Should you decide to discontinue providing goods and services on such terms after cashing this payment, please be advised that the City must reserve the right to seek recovery of all Prepetition Amounts it may have paid to you, absent an agreement to the contrary with the City. Your anticipated cooperation is appreciated.

Sincerely,

Kevyn D. Orr
Emergency Manager
City of Detroit

KEVYN D. ORR, EMERGENCY MANAGER