# THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In re: | ) Chapter 9 |
| | ) |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 |
| | ) |
| Debtor. | ) Hon. Thomas J. Tucker |
| | ) |

### AFFIDAVIT OF SERVICE OF CITY OF
### DETROIT'S SECOND STATUS REPORT
### WITH REGARD TO PREFERENCE ACTIONS

STATE OF NEW YORK        )
                              ) ss.:
COUNTY OF NEW YORK    )

       ALEXANDRA DEERING, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at New York, New York.

       On September 16, 2016, deponent served a copy of the *City of Detroit's Second Status Report with Regard to Preference Actions*, along with its underlying exhibits hereto [Main Case Dkt. No. 11545] upon (i) each of the parties set forth on the service list annexed hereto as **Exhibit A** by depositing true copies of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, and upon (ii) each of the parties set forth on the service list annexed hereto as **Exhibit B** by electronic mail.

                                        /s/Alexandra Deering
                                        ALEXANDRA DEERING

Sworn to before me this
19th day of September 2016

/s/Krista Ackerman
NOTARY PUBLIC