# EXHIBIT A

| | | |
|---|---|---|
| Jenkins Construction Inc.<br>985 E. Jefferson Ave. #300<br>Detroit, Michigan 48207<br>Attn: James B. Jenkins, as Registered Agent | Jenkins Construction Inc.<br>20195 Trolley Industrial Drive<br>Taylor, MI 48180<br>Attn: President, Officer, Managing or General Agent | Jenkins Construction Inc.<br>20195 Trolley Industrial Drive<br>Taylor, MI 48180<br>Attn: James B. Jenkins, President |
| Kirk's Automotive Inc<br>9330 Roselawn Street<br>Detroit, MI 48204<br>Attn: Michael Kirkman, as Registered Agent | Kirk's Automotive Inc<br>9330 Roselawn Street<br>Detroit, MI 48204<br>Attn: Mr. Jeff, Ferguso, CFO | Kirk's Automotive Inc<br>9330 Roselawn Street<br>Detroit, MI 48204<br>Attn: President, Officer, Managing or General Agent |