City of Detroit, Michigan, Case No. 13-53846
**EXIHIBIT B**

| Adv Pro Number | Defendant Name | Law Firm | Attorney Name | Address I | Address II | City | State | Zip | phone | email |
|---|---|---|---|---|---|---|---|---|---|---|
| 15-05271 | A & M TRUCKING INC | Steinberg Shapiro & Clark | Tracy M. Clark | 25925 Telegraph Rd. | Suite 203 | Southfield | MI | 48033 | 248-352-4700 | clark@steinbergshapiro.com |
| 15-05258 | ABC DEMOLITION CO INC | Garian & Garian | Marie Garian | 1729 Crooks Rd. | Suite 103 | Royal Oak | MI | 48067 | 248-546-9393 | garianlaw@yahoo.com |
| 15-05216 | ABLE DEMOLITION INC | Roger Q. Hyde, P.C. | Roger Q. Hyde | 42815 Garfield Road | Suite 214 | Clinton Township | MI | 48038 | 586-263-9380 | rogerqhyde@sbcglobal.net |
| 15-05299 | AGAR LAWN SPRINKLER SYSTEMS INC | The Law Office of John D. Mulvihill, PLLC | John D. Mulvihill | 20 W. Washington | Suite 2 | Clarkston | MI | 48346 | 248-625-3131 | jdmulvihill@sbcglobal.net |
| 15-05331 | ALEXANDER CHEMICAL CORP | Hayes Law Firm | James J. Hayes, IV | 800 Washington Ave | Suite 100 | Bay City | MI | 48708 | 989-891-9145 | attyjjhayes@gmail.com |
| 15-05212 | AMPRO CONSTRUCTION LLC | | Jimmylee Gray | 19995 Renfrew Road | | Detroit | MI | 48221 | 313-863-1443 | j.gray50@comcast.net |
| 15-05312 | APPLIED SCIENCE INC | Fildew Hink, PLLC | Stephen J. Pokoj | 26622 Woodward Ave. | Suite 225 | Royal Oak | MI | 48067 | 248-837-1397 | spokoj@fildewhinks.com |
| 15-05324 | AUDIO VISUAL EQUIPMENT & SUPPLIES | | | | | | | | | ecf@gudemanlaw.com |
| 15-05180 | BANKSTON CONSTRUCTION INC | | Carl F. Schier | P.O. Box 980665 | | Ypsilanti | MI | 48918 | 734-485-1500 | carl@schierlaw.com |
| 15-05238 | BINKELMAN CORP | Gold, Lange & Majoros, P.C. | Stuart A. Gold | 24901 Northwestern Hwy. | Suite 444 | Southfield | MI | 48075 | (248) 350-8220 | sgold@glmpc.com jsmalarz@glmpc.com |
| 15-05320 | BIRKS WORKS ENVIRONMENTAL LLC | Law Office of Mark B. Berke, PLLC | Mark B. Berke | 31780 Telegraph Road | Suite 120 | Bingham Farms | MI | 48025 | (248) 633-2666 | mberkelaw@gmail.com |
| 15-05204 | BLUE STAR INC | Cavanaugh & Quesada, PLC | Todd W. Grant | 1027 S. Washington Ave | Suite A | Royal Oak | MI | 48067 | (248) 543-8320 | pcavanaugh@cqlawfirm.com tgrant@cqlawfirm.com |
| 15-05206 | BOB MAXEY FORD INC | Abbot Nicholson, P.C. | Daniel G. Kielczewski | 300 River Place | Suite 3000 | Detroit | MI | 48207 | 313-566-2500 | dgkielczewski@abbottnicholson.com |
| 15-05317 | CAMP DRESSER & MCKEE | Clark Hill PLC | Shannon L. Deeby | 151 S. Old Woodward Avenue | Suite 200 | Birmingham | MI | 48009 | (248) 642-9692 | sdeeby@clarkhill.com |
| 15-05364 | CAPP INC/CAPP USA | Osipov Bigelman P.C. | Yuliy Osipov | 20700 Civic Center Drive | Suite 420 | Southfield | MI | 48076 | 248.663.1800 | yo@osbig.com |
| 15-05364 | CAPP INC/CAPP USA | Jones & Associates | Roland Gary Jones | 1745 Broadway | 17th Floor | New York | NY | 10019 | (347) 862-9254 | rgj@rolandjones.com |
| 15-05184 | CARMEUSE LIME INC | Leech Tishman Fuscaldo & Lampl, LLC | Patrick W. Carothers | 525 William Penn Place | 28th Floor | Pittsburg | PA | 15219 | 412-606-3182 | pcarothers@leechtishman.com ghauswirth@leechtishman.com |
| 15-05260 | CDM MICHIGAN INC | Clark Hill PLC | Shannon L. Deeby | 151 S. Old Woodward Avenue | Suite 200 | Birmingham | MI | 48009 | (248) 642-9692 | sdeeby@clarkhill.com |
| 15-05262 | CLARKS CONSTRUCTION | Cavanaugh & Quesada, PLC | Todd W. Grant | 1027 S. Washington Ave | Suite A | Royal Oak | MI | 48067 | (248) 543-8320 | pcavanaugh@cqlawfirm.com tgrant@cqlawfirm.com |
| 15-05199 | COLASANTI CORPORATION | Clark Hill PLC | Edward J. Hood | 500 Woodward Avenue, | Suite 3500 | Detroit | MI | 48226 | 313-965-8300 | ehood@clarkhill.com |
| 15-05266 | COVER YOUR ASSETS LLC | Collins Einhorn Farrell PC | Trent B. Collier | 4000 Town Center | Floor 9 | Southfield | MI | 48075 | (248) 355-4141 | Trent.Collier@ceflawyers.com |
| 15-05167 | CW PROFESSIONAL SERVICES LLC AND COMPUWARE CORPORATION | Honigman Miller Schwartz and Cohn LLP | Judy B. Calton | 660 Woodward Avenue | 2290 First National Building | Detroit | MI | 48226 | (313) 465-7344 | jcalton@honigman.com jhess@honigman.com |
| 15-05337 | D A CENTRAL INC | Dean & Fulkerson, P.C. | Robert J. Figa | 801 W. Big Beaver Rd. | Fifth Floor | Troy | MI | 48084 | 248-362-1300 | RFiga@DFLaw.com |
| 15-05362 | DCI WOLVERINE JV | Butzel Long | Thomas B. Radom | 41000 Woodward Ave. | | Bloomfield Hills | MI | 48304 | 248-258-1616 | radom@butzel.com |
| 15-05210 | DELL COMPUTER CORPORATION | Clark Hill PLC | Shannon L. Deeby | 151 S. Old Woodward Avenue | Suite 200 | Birmingham | MI | 48009 | (248) 988-5889 | sdeeby@clarkhill.com rgordon@clarkhill.com (Streusand, Landon & Ozburn LLP): streusand@slollp.com |
| 15-05367 | DETROIT ADVANCED TECHNOLOGY APPLICATION NETWORK | Wolfson Bolton | Scott A. Wolfson, | 3150 Livernois | Suite 275 | Troy | MI | 48083 | (248) 247-7103 | swolfson@wolfsonbolton.com |
| 15-05367 | DETROIT ADVANCED TECHNOLOGY APPLICATION NETWORK | Husch Blackwell LLP | John J. Cruciani | 4801 Main Street | Suite 1000 | Kansas City | MO | 64112 | 816.983.8000 | John.cruciani@huschblackwell.com christopher.miles@huschblackwell.com |
| 15-05192 | DETROIT CONTRACTING INC LLC | Butzel Long | Thomas B. Radom | 41000 Woodward Ave. | | Bloomfield Hills | MI | 48304 | 248-258-1616 | radom@butzel.com |
| 15-05172 | DETROIT THERMAL LLC | Butzel Long | Max Newman | 41000 Woodward Ave. | | Bloomfield Hills | MI | 48304 | (248) 258-2907 | newman@butzel.com |
| 15-05288 | E L BAILEY & CO INC | Cavanaugh & Quesada, PLC | Todd W. Grant | 1027 S. Washington Ave | Suite A | Royal Oak | MI | 48067 | (248) 543-8320 | pcavanaugh@cqlawfirm.com tgrant@cqlawfirm.com |
| 15-05265 | EASTERN OIL CO | Clark Hill PLC | Shannon L. Deeby | 151 S. Old Woodward Avenue | Suite 200 | Birmingham | MI | 48009 | (248) 642-9692 | sdeeby@clarkhill.com |
| 15-05223 | ELECTRONIC DATA SYSTEMS CORPORATION | Brooks Wilkins Sharkey & Turco PLLC | Matthew E. Wilkins | 401 S. Old Woodward Avenue | Suite 400 | Birmingham | MI | 48009 | (248) 971-1711 | wilkins@bwst-law.com |
| 15-05223 | ELECTRONIC DATA SYSTEMS CORPORATION | Cole Scholtz P.C. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | (817) 810-5250 | mwarner@coleschotz.com kbaum@coleschotz.com |
| 15-05188 | FARROW GROUP INC | Sugameli & Sugameli, P.L.C. | J. Paul Sugameli | 2833 Crooks Road | Suite 104 | Troy | MI | 48084 | (248) 649-8600 | psugameli@sugamelilaw.com |
| 15-05219 | FEDERAL PIPE & SUPPLY INC | Gold, Lange & Majoros, P.C. | Stuart A. Gold | 24901 Northwestern Hwy. | Suite 444 | Southfield | MI | 48075 | (248) 350-8220 | sgold@glmpc.com jsmalarz@glmpc.com |
| 15-05202 | FEDERAL SIGNAL CORPORATION | Williams, Williams, Rattner & Plunkett, P.C. | Salvatore A. Barbatano | 380 North Old Woodward Avenue | Suite 300 | Birmingham | MI | 48009 | (248) 642-0333 | sabarbatano@wwrplaw.com jmm@wwrplaw.com |
| 15-05220 | FRASER TREBILCOCK DAVIS & DUNLAP PC | Fraser Trebilcock Dacis & Dunlap, P.C. | Michael H. Perry | 124 W. Allegan | Suite 1000 | Lansing, | MI | 48933 | (517) 482-5800 | mperry@fraserlawfirm.com |
| 15-05173 | FUTURENET GROUP INC | Future Net Group Inc. | Kimberly Gibbs | 12801 Auburn Street | | Detroit | MI | 48223 | (313) 544-7117 | KimberlyG@futurenetgroup.com |
| 15-05175 | GIORGI CONCRETE LLC | Williams, Williams, Rattner & Plunkett, P.C. | Salvatore A. Barbatano | 380 North Old Woodward Avenue | Suite 300 | Birmingham | MI | 48009 | (248) 642-0333 | sabarbatano@wwrplaw.com jmm@wwrplaw.com |
| 15-05363 | HESCO HAMLETT ENGINEERING SALES COMPANY DBA HESCO | Dickinson Wright PLLC | Doron Yitzchaki | 350 S. Main Street | Suite 300 | Ann Arbor | MI | 48104 | 734-623-1947 | dyitzchaki@dickinsonwright.com |
| 15-05179 | INTERSTATE TRUCKSOURCE INC | The Dragich Law Firm PLLC | David G. Dragich | 17000 Kercheval Ave. | Suite 210 | Grosse Pointe | MI | 48230 | (313) 886-4550 | ddragich@dragichlaw.com avintevoghel@dragichlaw.com |
| 15-05198 | J E ASSOCIATES INC | LeClair Ryan | Evan A. Burkholder | 290 Town Center Drive | 4th Fl | Dearborn | MI | 48126 | 313-583-5955 | evan.burkholder@leclairryan.com |
| 15-05247 | J RANCK ELECTRIC INC | Clark Hill PLC | Shannon L. Deeby | 151 S. Old Woodward Avenue | Suite 200 | Birmingham | MI | 48009 | (248) 642-9692 | sdeeby@clarkhill.com |
| 15-05236 | KEO AND ASSOCIATES INC | Cavanaugh & Quesada, PLC | Todd W. Grant | 1027 S. Washington Ave | Suite A | Royal Oak | MI | 48067 | (248) 543-8320 | pcavanaugh@cqlawfirm.com tgrant@cqlawfirm.com |
| 15-05231 | KESSLER INTERNATIONAL | Osipov Bigelman P.C. | Yuliy Osipov | 20700 Civic Center Drive | Suite 420 | Southfield | MI | 48076 | 248.663.1800 | yo@osbig.com |
| 15-05231 | KESSLER INTERNATIONAL | Jones & Associates | Roland Gary Jones | 1745 Broadway | 17th Floor | New York | NY | 10019 | (347) 862-9254 | rgj@rolandjones.com |
| 15-05285 | KINGSWAY BUILDING & MAINTENANCE | | Jimmylee Gray | 19995 Renfrew Road | | Detroit | MI | 48221 | 313-863-1443 | j.gray50@comcast.net |
| 15-05318 | MANNIK & SMITH GROUP INC | Clark Hill PLC | David M. Blau | 151 South Old Woodward Ave. | Suite 200 | Birmingham | MI | 48009 | (248) 988-1817 | dblau@clarkhill.com |
| 15-05292 | MIKE DONNELLY ELECTRICAL COLLEGE | Wolfson Bolton PLLC | Anthony J. Kochis | 3150 Livernois | Suite 275 | Troy | MI | 48083 | (248) 247-7105 | akochis@wolfsonbolton.com |

| Adv Pro Number | Defendant Name | Law Firm | Attorney Name | Address I | Address II | City | State | Zip | phone | email |
|---|---|---|---|---|---|---|---|---|---|---|
| 15-05245 | MOTOR CITY ELECTRIC TECHNOLOGIES INC | Butzel Long | Max Newman | 41000 Woodward Ave. | | Bloomfield Hills | MI | 48304 | (248) 258-2907 | newman@butzel.com |
| 15-05178 | MOTOR CITY PIPE & SUPPLY CO | Cousens, Lansky, Fealk, Ellis, Roeder & Lazar, P.C. | Mark S. Frankel | 39395 W. Twelve Mile Road | Suite 200 | Farmington Hills | MI | 48331 | (248) 489-8600 | mfrankel@couzens.com |
| 15-05227 | NORTH-WEST TRADING CO | Cavanaugh & Quesada, PLC | Todd W. Grant | 1027 S. Washington Ave | Suite A | Royal Oak | MI | 48067 | (248) 543-8320 | pcavanaugh@cqlawfirm.com tgrant@cqlawfirm.com |
| 15-05205 | OAS GROUP INC | The Taunt Law Firm | Erika D. Hart | 700 East Maple Road | Second Floor | Birmingham | MI | 48009 | (248) 644-0950 | ehart@tauntlaw.com |
| 15-05196 | ORACLE CORPORATION | The Dragich Law Firm PLLC | David G. Dragich | 17000 Kercheval Ave. | Suite 210 | Grosse Pointe | MI | 48230 | (313) 886-4550 | ddragich@dragichlaw.com |
| 15-05196 | ORACLE CORPORATION | Buchalter Nemer | Shawn M. Christianson | 55 Second Street | 17th Floor | San Francisco | CA | 94105 | (415) 227-0900 | schristianson@buchalter.com |
| 15-05196 | ORACLE CORPORATION | Oracle America, Inc. | Deborah Miller | 500 Oracle Parkway | | Redwood City | CA | 94065 | (650) 506-5200 | deborah.miller@oracle.com |
| 15-05190 | PARSONS BRINCKEROFF MICHIGAN INC | Schiff Hardin LLP | Andrew M. Minear | 666 Fifth Avenue | Suite 1700 | New York | NY | 10103 | (212) 753-5000 | aminear@schiffhardin.com |
| 15-05171 | PVS TECHNOLOGIES INC | PVS Technologies, Inc. | Jonathan S. Taub | 10900 Harper Avenue | | Detroit | MI | 48213 | (313) 924-2629 | jtaub@pvschemicals.com |
| 15-05208 | PYRATECH SECURITY SYSTEMS INC | Law Offices of Wendy Turner Lewis, PLLC | Wendy Turner Lewis | 444 West Willis | Suite #101 | Detroit | MI | 48201 | 313-832-5555 | wtlewis@ameritech.net |
| 15-5360 | RE-CONSTRUCTION | Berry Moorman P.C. | Randolph T. Barker | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | (313) 496-1200 | rbarker@berrymoorman.com |
| 15-05230 | SAFECO INSURANCE COMPANY OF AMERICA | Jennings, Haug & Cunningham | Joseph A. Brophy | 2800 N. Central Avenue | Suite 1800 | Phoenix | AZ | 85004 | 602-234-7800 | gkopacz@choate.com |
| 15-05181 | SHRADER TIRE & OIL INC | Carson Fishcer, P.L.C. | Robert A. Weisberg | 4111 Andover Road - West | 2nd Floor | Bloomfield Hills | MI | 48302 | 248-644-4840 | rweisberg@carsonfischer.com |
| 15-05233 | T & N SERVICES INC | Simpson Morton & Cross, PLLC | David Jonathon Cross | 535 Griswold | Suite 111-129 | Detroit | MI | 48226 | 313-729-6288 | davidjonathancross@gmail.com |
| 15-05243 | T & T BUILDERS | Berry Moorman P.C. | Randolph T. Barker | 535 Griswold | Suite 1900 | Detroit | MI | 48227 | (313) 496-1200 | rbarker@berrymoorman.com |
| 15-05165 | TOOLES CONTRACTING GROUP LLC | Cousens, Lansky, Fealk, Ellis, Roeder & Lazar, P.C. | Mark S. Frankel | 39395 W. Twelve Mile Road | Suite 200 | Farmington Hills | MI | 48331 | (248) 489-8600 | mfrankel@couzens.com |
| 15-05257 | TOTER INCORPORATED | Osipov Bigelman P.C. | Yuliy Osipov | 20700 Civic Center Drive | Suite 420 | Southfield, | MI | 48076 | 248.663.1800 | yo@osbig.com |
| 15-05257 | TOTER INCORPORATED | Jones & Associates | Roland Gary Jones | 1745 Broadway | 17th Floor | New York | NY | 10019 | (347) 862-9254 | rgj@rolandjones.com |
| 15-05333 | UNIGLOBE CONSTRUCTION CO | | Jimmylee Gray | 19995 Renfrew Road | | Detroit | MI | 48221 | 313-863-1443 | j.gray50@comcast |
| 15-05213 | UNIVERSAL SYSTEM TECHNOLOGIES INC | Alspector, Sosin Noveck, PLLC | Robert M. Sosin | 30100 Telegraph Road | Suite 360 | Bingham Farms | MI | 48025 | (248) 642-3200 | ralph@ASNLaw.com |
| 15-05340 | VANCON INC | Dean & Fulkerson, P.C. | Robert J. Figa | 801 W. Big Beaver Rd. | Fifth Floor | Troy | MI | 48084 | 248-362-1300 | RFiga@DFLaw.com |
| 15-05326 | WATERWORKS SYSTEMS & EQUIPMENT | Cavanaugh & Quesada, PLC | Todd W. Grant | 1027 S. Washington Ave | Suite A | Royal Oak | MI | 48067 | (248) 543-8320 | pcavanaugh@cqlawfirm.com tgrant@cqlawfirm.com |
| 15-05239 | Z CONTRACTORS INC | Vance & Hassan, PLC | Kenneth Vance | 206 E Commerce Road | | Milford, | MI | 48381 | (248) 684-2746 | kbvance@comcast.net |