# UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN,             Case No. 13-53846
                                                   Chapter 9 Proceeding
           Debtor.                         Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3695

Claimant STATE OF MICHIGAN, WORKFORCE DEVELOPMENT AGENCY, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3695.

                                     LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016     By:     /s/ Rozanne M. Giunta
                                                       ROZANNE M. GIUNTA (P29969)
                                                       Attorneys for State of Michigan,
                                                       Workforce Development Agency
                                                       916 Washington Avenue, Suite 309
                                                       Bay City, Michigan 48708
                                                       Phone: (989) 893-3518
                                                       rgiunta@lambertleser.com

00300156-1