**UNITED STATES BANKRUPTCY COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

IN RE:

CITY OF DETROIT, MICHIGAN,    Case No. 13-53846
             Chapter 9 Proceeding
    Debtor.     Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3701

   Claimant STATE OF MICHIGAN, WORKFORCE DEVELOPMENT AGENCY, by its

attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3701.


         LAMBERT LESER, Attorneys at Law


Dated:  September 19, 2016  By:  /s/ Rozanne M. Giunta
            ROZANNE M. GIUNTA (P29969)
            Attorneys for State of Michigan,
            Workforce Development Agency
            916 Washington Avenue, Suite 309
            Bay City, Michigan 48708
            Phone: (989) 893-3518
            rgiunta@lambertleser.com

00300164-1