**UNITED STATES BANKRUPTCY COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

IN RE:

CITY OF DETROIT, MICHIGAN,          Case No. 13-53846
                                                          Chapter 9 Proceeding
                 Debtor.                      Hon. Thomas J. Tucker

_____/

**WITHDRAWAL OF PROOF OF CLAIM NO. 3703**

Claimant STATE OF MICHIGAN, WORKFORCE DEVELOPMENT AGENCY, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3703.

                                         LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016     By:    /s/ Rozanne M. Giunta
                                                  ROZANNE M. GIUNTA (P29969)
                                                  Attorneys for State of Michigan,
                                                  Workforce Development Agency
                                                  916 Washington Avenue, Suite 309
                                                  Bay City, Michigan 48708
                                                  Phone: (989) 893-3518
                                                  rgiunta@lambertleser.com