**UNITED STATES BANKRUPTCY COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

IN RE:

CITY OF DETROIT, MICHIGAN,            Case No. 13-53846
                                                          Chapter 9 Proceeding
                Debtor.                        Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3705

Claimant STATE OF MICHIGAN, DEPARTMENT OF COMMUNITY HEALTH, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3705.

                                       LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016     By:    /s/ Rozanne M. Giunta
                                                    ROZANNE M. GIUNTA (P29969)
                                                    Attorneys for State of Michigan,
                                                    Department of Community Health
                                                    916 Washington Avenue, Suite 309
                                                    Bay City, Michigan 48708
                                                    Phone: (989) 893-3518
                                                    rgiunta@lambertleser.com

00300167-1