## UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN,         Case No. 13-53846
       Chapter 9 Proceeding
    Debtor.        Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3707

Claimant STATE OF MICHIGAN, DEPARTMENT OF COMMUNITY HEALTH, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3707.

       LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016     By:    /s/ Rozanne M. Giunta
       ROZANNE M. GIUNTA (P29969)
       Attorneys for State of Michigan,
       Department of Community Health
       916 Washington Avenue, Suite 309
       Bay City, Michigan 48708
       Phone: (989) 893-3518
       rgiunta@lambertleser.com