# UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN,          Case No. 13-53846
                                                       Chapter 9 Proceeding
             Debtor.                  Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3710

Claimant STATE OF MICHIGAN, DEPARTMENT OF COMMUNITY HEALTH, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3710.

                                       LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016     By:    /s/ Rozanne M. Giunta
                                                  ROZANNE M. GIUNTA (P29969)
                                                  Attorneys for State of Michigan,
                                                  Department of Community Health
                                                  916 Washington Avenue, Suite 309
                                                  Bay City, Michigan 48708
                                                  Phone: (989) 893-3518
                                                  rgiunta@lambertleser.com

00300169-1