# UNITED STATES BANKRUPTCY COURT
# IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN,　　　　　Case No. 13-53846
　　　　　　　　　　　　　　　　　　　Chapter 9 Proceeding
　　　　　　Debtor.　　　　　　　　　　Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3715

Claimant STATE OF MICHIGAN, DEPARTMENT OF EDUCATION AND DEPARTMENT OF HUMAN SERVICES, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3715.

　　　　　　　　　　　　　　　　　　LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016　　By:　/s/ Rozanne M. Giunta
　　　　　　　　　　　　　　　　　　ROZANNE M. GIUNTA (P29969)
　　　　　　　　　　　　　　　　　　Attorneys for State of Michigan,
　　　　　　　　　　　　　　　　　　Dept. of Education and Dept. of Human Services
　　　　　　　　　　　　　　　　　　916 Washington Avenue, Suite 309
　　　　　　　　　　　　　　　　　　Bay City, Michigan 48708
　　　　　　　　　　　　　　　　　　Phone: (989) 893-3518
　　　　　　　　　　　　　　　　　　rgiunta@lambertleser.com