# UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN,           Case No. 13-53846
                                           Chapter 9 Proceeding
         Debtor.                    Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3721

Claimant STATE OF MICHIGAN, DEPARTMENT OF COMMUNITY HEALTH, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3721.

                                           LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016     By:    /s/ Rozanne M. Giunta
                                                        ROZANNE M. GIUNTA (P29969)
                                                        Attorneys for State of Michigan,
                                                        Department of Community Health
                                                        916 Washington Avenue, Suite 309
                                                        Bay City, Michigan 48708
                                                        Phone: (989) 893-3518
                                                        rgiunta@lambertleser.com

00300171-1