# UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN,          Case No. 13-53846
                                                    Chapter 9 Proceeding
             Debtor.                     Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3723

Claimant STATE OF MICHIGAN, DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3723.

                                                  LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016      By:     /s/ Rozanne M. Giunta
                                                 ROZANNE M. GIUNTA (P29969)
                                                 Attorneys for State of Michigan,
                                                 Dept. of Energy, Labor & Economic Growth
                                                 916 Washington Avenue, Suite 309
                                                 Bay City, Michigan 48708
                                                 Phone: (989) 893-3518
                                                 rgiunta@lambertleser.com

00300189-1