**UNITED STATES BANKRUPTCY COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

IN RE:

CITY OF DETROIT, MICHIGAN,	Case No. 13-53846
	Chapter 9 Proceeding
　　　　　　　　　Debtor.	Hon. Thomas J. Tucker

_____/

**WITHDRAWAL OF PROOF OF CLAIM NO. 3728**

Claimant STATE OF MICHIGAN, DEPARTMENT OF COMMUNITY HEALTH, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3728.

　　　　　　　　　　　　　　　　　LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016　　By:　/s/ Rozanne M. Giunta
　　　　　　　　　　　　　　　　　ROZANNE M. GIUNTA (P29969)
　　　　　　　　　　　　　　　　　Attorneys for State of Michigan,
　　　　　　　　　　　　　　　　　Department of Community Health
　　　　　　　　　　　　　　　　　916 Washington Avenue, Suite 309
　　　　　　　　　　　　　　　　　Bay City, Michigan 48708
　　　　　　　　　　　　　　　　　Phone: (989) 893-3518
　　　　　　　　　　　　　　　　　rgiunta@lambertleser.com

00300173-1