UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN        ,             Chapter 9
                                               Case No. 13-53846
                  Debtor.                      Hon. Thomas J. Tucker
_____/

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS IN THIS CASE

PLEASE TAKE NOTICE that Jeffrey H. Bigelman, an Attorney with OSIPOV BIGELMAN, P.C. requests that the following email addresses be removed from the CM/ECF Electronic Notifications list and that he no longer receive electronic filings in the above-captioned bankruptcy case at the following e-mail addresses:

Email: jhb_ecf@osbig.com

Email: mk@osbig.com

Email: tc@osbig.com

                                         Respectfully Submitted,

Dated: September 19, 2016       OSIPOV BIGELMAN, P.C.

                                         /s/ Jeffrey H. Bigelman
                                         Jeffrey H. Bigelman (P61755)
                                         20700 Civic Center Drive, Suite 420
                                         Southfield, MI 48076
                                         Phone: (248) 663-1800/Fax (248) 663-1801
                                         jhb_ecf@osbig.com