# UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN,          Case No. 13-53846
                                                      Chapter 9 Proceeding

                Debtor.                   Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3736

       Claimant STATE OF MICHIGAN, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3736.

                                               LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016      By:     /s/ Rozanne M. Giunta
                                                        ROZANNE M. GIUNTA (P29969)
                                                        Attorneys for State of Michigan
                                                        916 Washington Avenue, Suite 309
                                                        Bay City, Michigan 48708
                                                        Phone: (989) 893-3518
                                                        rgiunta@lambertleser.com

00300191-1