**UNITED STATES BANKRUPTCY COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

IN RE:

CITY OF DETROIT, MICHIGAN,           Case No. 13-53846
                                                Chapter 9 Proceeding
               Debtor.                   Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3738

Claimant STATE OF MICHIGAN, DEPARTMENT OF COMMUNITY HEALTH, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3738.

                                     LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016     By:    /s/ Rozanne M. Giunta
                                               ROZANNE M. GIUNTA (P29969)
                                               Attorneys for State of Michigan,
                                               Department of Community Health
                                               916 Washington Avenue, Suite 309
                                               Bay City, Michigan 48708
                                               Phone: (989) 893-3518
                                               rgiunta@lambertleser.com

00300178-1