**UNITED STATES BANKRUPTCY COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

IN RE:

CITY OF DETROIT, MICHIGAN,           Case No. 13-53846
                                                     Chapter 9 Proceeding
                Debtor.                            Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3740

Claimant MICHIGAN STATE POLICE, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3740.

                                           LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016      By:     /s/ Rozanne M. Giunta
                                               ROZANNE M. GIUNTA (P29969)
                                               Attorneys for Michigan State Police
                                               916 Washington Avenue, Suite 309
                                               Bay City, Michigan 48708
                                               Phone: (989) 893-3518
                                               rgiunta@lambertleser.com

00300193-1