# UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN,          Case No. 13-53846
                                                   Chapter 9 Proceeding
            Debtor.                  Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3741

Claimant STATE OF MICHIGAN, DEPARTMENT OF HUMAN SERVICES, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3741.

                                      LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016      By:     /s/ Rozanne M. Giunta
                                                  ROZANNE M. GIUNTA (P29969)
                                                  Attorneys for State of Michigan,
                                                  Department of Human Services
                                                  916 Washington Avenue, Suite 309
                                                  Bay City, Michigan 48708
                                                  Phone: (989) 893-3518
                                                  rgiunta@lambertleser.com

00300194-1