**UNITED STATES BANKRUPTCY COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

IN RE:

CITY OF DETROIT, MICHIGAN,                    Case No. 13-53846
                                             Chapter 9 Proceeding
                    Debtor.                    Hon. Thomas J. Tucker

_____/

**WITHDRAWAL OF PROOF OF CLAIM NO. 3745**

    Claimant STATE OF MICHIGAN, DEPARTMENT OF COMMUNITY HEALTH, by its

attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3745.


                                    LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016          By:   /s/ Rozanne M. Giunta
                                         ROZANNE M. GIUNTA (P29969)
                                         Attorneys for State of Michigan,
                                         Department of Community Health
                                         916 Washington Avenue, Suite 309
                                         Bay City, Michigan 48708
                                         Phone: (989) 893-3518
                                         rgiunta@lambertleser.com

00300179-1