# UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN,          Case No. 13-53846
       Chapter 9 Proceeding
       Debtor.        Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3747

Claimant STATE OF MICHIGAN, DEPARTMENT OF HUMAN SERVICES, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3747.

       LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016      By:    /s/ Rozanne M. Giunta
       ROZANNE M. GIUNTA (P29969)
       Attorneys for State of Michigan,
       Department of Human Services
       916 Washington Avenue, Suite 309
       Bay City, Michigan 48708
       Phone: (989) 893-3518
       rgiunta@lambertleser.com

00300199-1