# UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN,            Case No. 13-53846
                                                      Chapter 9 Proceeding
                    Debtor.                        Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3752

Claimant STATE OF MICHIGAN, WORKFORCE DEVELOPMENT AGENCY, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3752.

                                           LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016      By:     /s/ Rozanne M. Giunta
                                                     ROZANNE M. GIUNTA (P29969)
                                                     Attorneys for State of Michigan,
                                                     Workforce Development Agency
                                                     916 Washington Avenue, Suite 309
                                                     Bay City, Michigan 48708
                                                     Phone: (989) 893-3518
                                                     rgiunta@lambertleser.com

00300182-1