**UNITED STATES BANKRUPTCY COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

IN RE:

CITY OF DETROIT, MICHIGAN,          Case No. 13-53846
                                   Chapter 9 Proceeding
        Debtor.                 Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3753

Claimant STATE OF MICHIGAN, WORKFORCE DEVELOPMENT AGENCY, by its

attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3753.


                                   LAMBERT LESER, Attorneys at Law

Dated:  September 19, 2016      By:    /s/ Rozanne M. Giunta
                                   ROZANNE M. GIUNTA (P29969)
                                   Attorneys for State of Michigan,
                                   Workforce Development Agency
                                   916 Washington Avenue, Suite 309
                                   Bay City, Michigan 48708
                                   Phone: (989) 893-3518
                                   rgiunta@lambertleser.com

00300183-1