**UNITED STATES BANKRUPTCY COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

IN RE:

CITY OF DETROIT, MICHIGAN,           Case No. 13-53846
                                                      Chapter 9 Proceeding
                Debtor.                       Hon. Thomas J. Tucker

_____/

**WITHDRAWAL OF PROOF OF CLAIM NO. 3754**

Claimant STATE OF MICHIGAN, WORKFORCE DEVELOPMENT AGENCY, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3754.

                                           LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016      By:     /s/ Rozanne M. Giunta
                                                           ROZANNE M. GIUNTA (P29969)
                                                           Attorneys for State of Michigan,
                                                           Workforce Development Agency
                                                           916 Washington Avenue, Suite 309
                                                           Bay City, Michigan 48708
                                                           Phone: (989) 893-3518
                                                           rgiunta@lambertleser.com

00300184-1