# UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN,          Case No. 13-53846
                                                     Chapter 9 Proceeding
                 Debtor.                       Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3757

Claimant STATE OF MICHIGAN, DEPARTMENT OF STATE POLICE, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3757.

                                           LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016     By:     /s/ Rozanne M. Giunta
                                                         ROZANNE M. GIUNTA (P29969)
                                                         Attorneys for State of Michigan,
                                                         Department of State Police
                                                         916 Washington Avenue, Suite 309
                                                         Bay City, Michigan 48708
                                                         Phone: (989) 893-3518
                                                         rgiunta@lambertleser.com