# UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN,          Case No. 13-53846
                                                      Chapter 9 Proceeding
                Debtor.                 Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3761

Claimant STATE OF MICHIGAN, WORKFORCE DEVELOPMENT AGENCY, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3761.

                                               LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016      By:     /s/ Rozanne M. Giunta
                                                    ROZANNE M. GIUNTA (P29969)
                                                    Attorneys for State of Michigan,
                                                    Workforce Development Agency
                                                    916 Washington Avenue, Suite 309
                                                    Bay City, Michigan 48708
                                                    Phone: (989) 893-3518
                                                    rgiunta@lambertleser.com

00300186-1