# UNITED STATES BANKRUPTCY COURT
# IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN,           Case No. 13-53846
                                                     Chapter 9 Proceeding
                Debtor.                    Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF PROOF OF CLAIM NO. 3762

Claimant STATE OF MICHIGAN, DEPARTMENT OF NATURAL RESOURCES, by its attorneys, LAMBERT LESER, hereby withdraws its Proof of Claim No. 3762.

                                        LAMBERT LESER, Attorneys at Law

Dated: September 19, 2016      By:     /s/ Rozanne M. Giunta
                                                      ROZANNE M. GIUNTA (P29969)
                                                      Attorneys for State of Michigan,
                                                      Department of Natural Resources
                                                      916 Washington Avenue, Suite 309
                                                      Bay City, Michigan 48708
                                                      Phone: (989) 893-3518
                                                      rgiunta@lambertleser.com

00300198-1