# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---

**In re:**                                    Chapter 9

**CITY OF DETROIT, MICHIGAN,**                Case No.: 13-53846

        Debtor.                               Hon. Thomas J. Tucker

---

## PREFERENCE ACTION DEFENDANT'S CONCURRENCE IN CITY OF DETROIT'S REQUEST TO CONTINUE PROCEDURES GOVERNING PROCEEDINGS TO AVOID AND RECOVER PREFERENCE TRANSFERS

Fraser Trebilcock Davis & Dunlap, P.C., the Defendant in the preference action known as Case No. 15-05220 which is identified in Exhibit C attached to the City of Detroit's Second Status Conference Report with regard to preference actions ("Report") (Doc. 11545-3, line 27), concurs in the City of Detroit's request to have the Court permit the process established by the Court's Procedures Order (Doc. 10280) to continue (Report, Doc. 11545, pp. 1 and 8, ¶23).

Respectfully submitted,
**FRASER TREBILCOCK DAVIS & DUNLAP, P.C.**

Dated: September 20, 2016     /s/ Michael H. Perry
                                Michael H. Perry (P22890)
                                124 W. Allegan, Suite 1000
                                Lansing, Michigan 48933
                                517-482-5800377-0846
                                Email: mperry@fraserlawfirm.com