UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Thomas J. Tucker |
| Debtor. | ) | |

**NOTICE OF WITHDRAWAL OF CLAIM NUMBER 2314 FILED BY THE GOVERNING BOARD OF THE CITY OF DETROIT EMPLOYEE BENEFIT PLAN**

The Governing Board of the City of Detroit Employee Benefit Plan (the "GRS") withdraws the general unsecured claim it filed in the amount of $36,314.14 which claim was assigned Claim Number 2314 (the "Claim") because the *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* [Dkt. No. 8045], confirmed by Order of the Court dated November 12, 2014 [Dkt. No. 8272], fixed the amount and treatment of the Claim, and the Claim thereby has been superseded.

Respectfully submitted,

CLARK HILL PLC

/s/ Shannon L. Deeby
Robert D. Gordon (P48627)
Shannon L. Deeby (P60242)
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone: (248) 642-9692
Facsimile: (248) 988-2502
rgordon@clarkhill.com
sdeeby@clarkhill.com

Dated: September 21, 2016

*Counsel to the Governing Board of the City of Detroit Employee Benefit Plan*

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Thomas J. Tucker |
| Debtor. | ) | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 21, 2016, the *Notice of Withdrawal of Claim Number 2314 Filed by the Governing Board of the City of Detroit Employee Benefit Plan* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        CLARK HILL PLC

        /s/ Secret S. Washington
        Secret S. Washington
        151 South Old Woodward Avenue, Suite 200
        Birmingham, Michigan 48009
        Telephone: (248) 642-9692

Dated: September 21, 2016