# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name: Michael McKay
Firm: Romano Law PLLC
Address: 23880 Woodward Avenue
City, State, Zip: Pleasant Ridge, Michigan 48069
Phone: 248-750-0270
Email: estempien@romanolawpllc.com

**Case/Debtor Name:** City of Detroit
**Case Number:** 13-53846
**Chapter:** 9
**Hearing Judge:** Hon. Thomas J. Tucker

● Bankruptcy  ○ Adversary
○ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: 06/15/2016   Time of Hearing: _____   Title of Hearing: Motion to Enforce Agreement

Please specify portion of hearing requested: ● Original/Unredacted  ○ Redacted  ○ Copy (2nd Party)

● Entire Hearing  ○ Ruling/Opinion of Judge  ○ Testimony of Witness  ○ Other

Special Instructions: _____

**Type of Request:**
- ○ Ordinary Transcript - $3.65 per page (30 calendar days)
- ○ 14-Day Transcript - $4.25 per page (14 calendar days)
- ● Expedited Transcript - $4.85 per page (7 working days)
- ○ CD - $30; FTR Gold format - You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**
Transcript To Be Prepared By
_____  Date  By
Order Received:
Transcript Ordered
Transcript Received

**Signature of Ordering Party:**
[signature]   Date: 9/22/16

By signing, I certify that I will pay all charges upon completion of the transcript request.

13-53846-tjt   Doc 11588   Filed 09/22/16   Entered 09/22/16 16:08:59   Page 1 of 1