# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

### STIPULATION BY AND AMONG THE CITY OF DETROIT AND DANNY CROWELL, LEOTA MURPHY AND JASMINE CROWELL RESOLVING MOTION FOR RELIEF FROM ORDER DATED AUGUST 2, 2016 UNDER BANKRUPTCY RULE 9024 AND 3008

The City of Detroit ("City") and Danny Crowell, Leota Murphy and Jasmine Crowell (collectively, the "Plaintiffs"), stipulate and agree as follows:

WHEREAS, on July 12, 2016, the City of Detroit filed its Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof against Danny Crowell, Leota Murphy and Jasmine Crowell [Doc. No. 11357] ("Motion to Enforce").

WHEREAS, on August 2, 2016, this Court entered an order granting the Motion to Enforce [Doc. No. 11417] ("Enforce Order").

WHEREAS, on August 9, 2016, the Plaintiffs filed the Motion for Relief from the Order Dated August 2, 2016 Under Bankruptcy Rule 9024 and 3008 [Doc. No. 11426] ("Motion for Relief"). Attached as Exhibit B to the Motion was Plaintiff's Response Opposing the City of Detroit's Motion to Enforce Order

("Response"). A time stamp on the Response from the Clerk of U.S. Bankruptcy Court Eastern District of Michigan provided that the Response was received on July 28, 2016. The court scheduled a hearing on the Motion for Relief for September 28, 2016 at 1:30 p.m. [Doc. No. 11495].

NOW, THEREFORE, the parties stipulate and agree as follows and request that the Court enter an order in substantially the same form as the one attached as Exhibit 1.

1. The Enforce Order is vacated.

2. The hearing on the Motion for Relief scheduled for September 28, 2016, at 1:30 p.m. is cancelled.

3. A hearing on the Motion to Enforce and Response shall take place on November 16, 2016 at 1:30 p.m. at Courtroom 1925, 211 West Fort Street Bld., Detroit, MI 48226.

4. The City may file a reply to the Response on or before November 11, 2016.

STIPULATED AND AGREED:

September 23, 2016

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

THE JOSEPH DEDVUKAJ FIRM PC

By: /s/ Joseph Dedvukaj
Joseph Dedvukaj
The Joseph Dedvukaj Firm PC
1277 W Square Lake Rd
Bloomfield Hills, MI 48302-0845
jdlawfirm@aol.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING STIPULATION BY AND AMONG THE CITY OF DETROIT AND DANNY CROWELL, LEOTA MURPHY AND JASMINE CROWELL RESOLVING MOTION FOR RELIEF FROM ORDER DATED AUGUST 2, 2016 UNDER BANKRUPTCY RULE 9024 AND 3008

Upon the Stipulation of the City of Detroit, Danny Crowell, Leota Murphy and Jasmine Crowell Resolving Motion for Relief from Order Dated August 2, 2016 Under Bankruptcy Rule 9024 and 3008 ("Stipulation");[1] and the Court being otherwise in the premises;

IT IS HEREBY ORDERED THAT:

1. The Enforce Order is vacated.

2. The hearing on the Motion for Relief scheduled for September 28, 2016, at 1:30 p.m. is cancelled.

3. A hearing on the Motion to Enforce and Response shall take place on November 16, 2016 at 1:30 p.m. at Courtroom 1925, 211 West Fort Street Bld., Detroit, MI 48226.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

4. The City may file a reply to the Response on or before November 11, 2016.