UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER APPROVING STIPULATION BY AND AMONG THE CITY OF DETROIT AND DANNY CROWELL, LEOTA MURPHY AND JASMINE CROWELL RESOLVING MOTION FOR RELIEF FROM ORDER DATED AUGUST 2, 2016**

Based on the stipulation filed on September 23, 2016, by the City of Detroit, Danny Crowell, Leota Murphy and Jasmine Crowell (Docket # 11590);[1] and the Court being otherwise in the premises;

IT IS ORDERED THAT:

1. The Enforce Order (Docket # 11417) is vacated.

2. The hearing on the Motion for Relief (Docket # 11426), scheduled for September 28, 2016 at 1:30 p.m., is cancelled.

3. A hearing on the Motion to Enforce (Docket # 11357) will be held on **November 16, 2016 at 1:30 p.m.** at Courtroom 1925, 211 West Fort Street Bld., Detroit, MI 48226.

4. The City may file a reply to the Response on or before November 10, 2016.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

**Signed on September 23, 2016**          /s/ **Thomas J. Tucker**
                                                                                            **Thomas J. Tucker**
                                                                                             **United States Bankruptcy Judge**