Form ntcvco

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−53846−tjt**
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

**Notice Of Order Vacating Order Granting City of Detroit's Motion to Enforce Order, Under Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Therof Against Danny Crowell, Leota Murphy, and Jasmine Crowell**

The **Order Granting City of Detroit's Motion to Enforce Order, Under Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Therof Against Danny Crowell, Leota Murphy, and Jasmine Crowell** dated **08/02/2016** has been vacated.

Dated: 10/3/16

                                          BY THE COURT

                                          Katherine B. Gullo , Clerk of Court
                                          UNITED STATES BANKRUPTCY COURT