# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                                    Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                                Chapter 9

        Debtor.                                   Judge Thomas J. Tucker
_____/

## ORDER SCHEDULING A FURTHER STATUS CONFERENCE REGARDING PREFERENCE ACTIONS, AND CONTINUING IN EFFECT THE PROVISIONS OF THE NOVEMBER 24, 2015 PROCEDURES ORDER

This case came before the Court on September 28, 2016, for second status conference regarding the pending adversary proceedings filed by the Debtor City of Detroit seeking to avoid and recover preferential transfers (the "Preference Actions"). This second status conference was scheduled by the Order filed on May 18, 2016 (Docket # 11178), and followed the first status conference, which was held on May 18, 2016. That first status conference, in turn, had been scheduled by the Order filed on November 24, 2015, entitled "Order Approving Procedures for Adversary Proceedings to Avoid and Recover Preferential Transfers" (Docket # 10280, the "Procedures Order"). Confirming certain action taken during the September 28, 2016 status conference, and for the reasons stated by the Court on the record during that status conference,

IT IS ORDERED that the Court will hold a further status conference in this Chapter 9 bankruptcy case, regarding the Preference Actions, on **Wednesday, December 14, 2016 at 1:30 p.m.**, in Courtroom 1925 of the United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan. Counsel for the Debtor must attend this further status conference. Defendants in the Preference Actions and other parties in interest may attend and participate, but are not required to do so. The purpose of the further status conference is to discuss the status of the then still-pending Preference Actions, and related case management issues, including the subjects identified in paragraph J of the Procedures Order.

IT IS FURTHER ORDERED that no later than November 29, 2016, the Debtor must file another status report regarding the Preference Actions that are then still pending. This status report must be filed in the main bankruptcy case (Case No. 13-53846), rather than in any adversary proceeding.

IT IS FURTHER ORDERED that any Defendant in any of the Preference Actions may file a written response to the Debtor's status report, but no Defendant is required to do so. Any such written response(s) must be filed in the main bankruptcy case, and must be filed, if at all, no later than December 5, 2016.[1]

---

[1] As the Court indicated during the September 28, 2016 status conference, the Court may decide to file, before the December 14, 2016 status conference, a draft/proposed blanket scheduling order for possible use in the then-remaining Preference Actions. Parties would have an opportunity to comment on such a draft/proposed order during the December 14, 2016 further status conference. If the Court decides

IT IS FURTHER ORDERED that the provisions of the Procedures Order (Docket # 10280), including, without limitation, Paragraphs C, F and G of the Procedures Order, will continue to remain in effect until the Court orders otherwise.


**Signed on September 28, 2016**                    /s/ Thomas J. Tucker
                                                    **Thomas J. Tucker**
                                                    **United States Bankruptcy Judge**

---

to file such a draft/proposed order, it would do so no later than December 9, 2016.