UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | Judge Thomas J. Tucker |

### ORDER REGARDING DETROIT WATER AND SEWERAGE DEPARTMENT'S MOTION FOR CLARIFICATION OF NOVEMBER 19, 2015 ORDER

This case came before the Court for a hearing on September 28, 2016, on the motion entitled "Detroit Water and Sewerage Department's Motion for Clarification of November 19, 2015 Order" (Docket # 11431, the "Motion"). For the reasons stated by the Court on the record during the hearing,

IT IS ORDERED that:

1. The Motion is granted to the extent of the relief provided by this Order (clarifying, to the extent stated below, the November 19, 2015 Order at issue), and otherwise is denied.

2. The Court's Order filed on November 19, 2015, entitled "Order Allowing for Resolution of Claim 3451 Filed by Kim Spicer and the Objection Thereto Filed by the City of Detroit Water and Sewerage Department by Binding Arbitration Before the American Arbitration Association Employment Panel" (Docket # 10269) is supplemented and clarified by the addition of the following language:

> The fees and costs for the binding arbitration will be, and will be allocated between and borne by the parties (the Detroit Water and Sewerage Department and Kim Spicer) according to the applicable rules of the American Arbitration Association for arbitrations before the American Arbitration Association Employment Panel, unless the parties and the American Arbitration Association agree otherwise, in writing.

.

**Signed on September 29, 2016**

                                       /s/ Thomas J. Tucker
                                       Thomas J. Tucker
                                       United States Bankruptcy Judge