UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas T. Tucker |

**NOTICE OF CONSENTED TO WITHDRAWAL OF APPEARANCE OF LOWENSTEIN SANDLER LLP AND REQUEST TO BE REMOVED FROM THE SERVICE LIST AND MATRIX**

**PLEASE TAKE NOTICE** that the law firm Lowenstein Sandler LLP hereby (i) withdraws (the "Withdrawal") its appearance in the above-captioned proceeding on behalf of the Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO and Sub-Chapter 98, City of Detroit Retirees (collectively, "AFSCME"); and (ii) requests that its name and the names of any attorneys at Lowenstein Sandler LLP be removed from the service list and matrix in this proceeding.

**PLEASE TAKE FURTHER NOTICE** that the Withdrawal has been consented to by AFSCME, as indicated by the signature of AFSCME below.

**PLEASE TAKE FURTHER NOTICE** that AFSCME has been and will continue to be represented in the above-captioned proceeding by MILLER COHEN PLC, Richard G. Mack, Jr., Esq. (richardmack@millercohen.com), 600 West Lafayette Boulevard, 4th Floor Detroit, MI 48226-3191, (313) 566-4787 (Telephone), (313) 964-4490 (Facsimile).

Dated: September 29, 2016

                                      **LOWENSTEIN SANDLER LLP**
                                      By: /s/ *Michael S. Etkin*
                                      Michael S. Etkin
                                      Philip J. Gross, Esq.
                                      65 Livingston Avenue
                                      Roseland, NJ 07068
                                      (973) 597-2500 (Telephone)
                                      (973) 597-6247 (Facsimile)
                                      metkin@lowenstein.com
                                      pgross@lowenstein.com

Agreed and consented to by AFSCME:

By: /Judith Rivlin
Deputy General Counsel,
American Federation of State, County
and Municipal Employees, AFL–CIO
1101 Seventeenth Street, N.W.,
Suite 900
Washington D.C. 20036
(202) 775-5900 (Telephone)
(202) 452-0556 (Facsimile)
jrivlin@afscme.org

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 29, 2016, the foregoing notice was filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

Dated:    September 29, 2016                      /s/ *Philip J. Gross*
                                                        Philip J. Gross
                                                         65 Livingston Avenue
                                                         Roseland, New Jersey 07068
                                                         (973) 597-2500 (Telephone)
                                                         pgross@lowenstein.com