# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

## REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATION LIST

Please take notice that KATTEN MUCHIN ROSENMAN LLP by Karen B. Dine, attorney for Deutsche Bank Securities Inc., requests that the following email address be removed from the CM/ECF notification list and that she no longer receive electronic filings in this bankruptcy proceeding.

Karen B. Dine        E-mail:     karen.dine@kattenlaw.com

Respectfully submitted,
KATTEN MUCHIN ROSENMAN LLP

/s/ *Karen B. Dine*
Karen B. Dine
Attorneys for Deutsche Bank Securities Inc.
575 Madison Avenue
New York, NY 10022-2585
(212) 940-8800
karen.dine@kattenlaw.com

Dated: October 4, 2016