# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST AMERICAN ANESTHESIA ASSOCIATES, LLC AND SPINE SPECIALISTS OF MICHIGAN, P.C.

The City of Detroit, Michigan ("City") by its undersigned counsel, Miller, Canfield, Paddock and Stone, PLC, files this Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof Against American Anesthesia Associates, LLC and Spine Specialists of Michigan, P.C. ("Motion"). In support of this Motion, the City respectfully states as follows:

## I.      Introduction

1.      Plaintiffs, American Anesthesia Associates, LLC ("AAS") and Spine Specialists of Michigan, P.C. ("SSM"), filed separate state court lawsuits seeking a monetary award on account of a pre-petition claim against the City despite not having filed proofs of claims for the claims asserted in their respective lawsuits. In

27555794.1\022765-00213

accordance with the Bar Date Order, the City seeks an order barring and permanently enjoining AAS and SSM from asserting claims against the City or property of the City, and requiring both AAS and SSM to dismiss their respective state court lawsuits with prejudice.

## II. Factual Background

### A. The Bar Date Order

2. On July 18, 2013 ("Petition Date"), the City filed this chapter 9 case.

3. On November 21, 2013, this Court entered its Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof [Doc. No. 1782] ("Bar Date Order").

4. The Bar Date Order established February 21, 2014 ("General Bar Date") as the deadline for filing claims against the City. Paragraph 6 of the Bar Date Order states that the

> following entities must file a proof of claim on or before the Bar Date…any entity: (i) whose prepetition claim against the City is not listed in the List of Claims or is listed as disputed, contingent or unliquidated; and (ii) that desires to share in any distribution in this bankruptcy case and/or otherwise participate in the proceedings in this bankruptcy case associated with the confirmation of any chapter 9 plan of adjustment proposed by the City…

Bar Date Order ¶ 6.

5. Paragraph 22 of the Bar Date Order also provided that:

27555794.1\022765-00213

Pursuant to sections 105(a) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(2), **any entity that is required to file a proof of claim in this case pursuant to the Bankruptcy Code, the Bankruptcy Rules or this Order with respect to a particular claim against the City, but that fails properly to do so by the applicable Bar Date, shall be forever barred, estopped and enjoined from: (a) asserting any claim against the City or property of the City** that (i) is in an amount that exceeds the amount, if any, that is identified in the List of Claims on behalf of such entity as undisputed, noncontingent and liquidated or (ii) is of a different nature or a different classification or priority than any Scheduled Claim identified in the List of Claims on behalf of such entity (any such claim under subparagraph (a) of this paragraph being referred to herein as an "Unscheduled Claim"); (b) voting upon, or receiving distributions under any Chapter 9 Plan in this case in respect of an Unscheduled Claim; or (c) with respect to any 503(b)(9) Claim or administrative priority claim component of any Rejection Damages Claim, asserting any such priority claim against the City or property of the City.

Bar Date Order ¶ 22 (emphasis added).

6.      The Bar Date Order also approved the form and manner of notice of the Bar Dates.  *See e.g.* Bar Date Order ¶¶ 3, 23-26.  In accordance with the Bar Date Order, notice of the General Bar Date was published in several newspapers. [Doc. Nos. 3007, 3008, 3009].  SSM received individualized notice of the Bar Date Order.  Certificate of Service, Doc. No. 2337-17 at page 91 of 134. AAS also had notice of the Bar Date Order as it filed a proof of claim for services provided to a different claimant (Patricia Edwards).  Claim No. 983.

7.      The Bar Date Order provides that this Court retains "jurisdiction with respect to all matters arising from or related to the interpretation, implementation and/or enforcement of this Order."  Bar Date Order ¶ 29.

**B.      The State Court Actions**

8.      In violation of the Bar Date Order, on July 20, 2016, SSM filed a complaint against the City ("SSM Complaint") in the Wayne County Circuit Court, Case Number 16-009119 ("SSM Lawsuit").  The SSM Complaint is attached as Exhibit 6A.  SSM alleges that "[o]n or about May 23, 2013, Carrie McDonald (the "Injured Party") was involved in an automobile accident" and that on "numerous dates, Plaintiff provided medical treatment to the Injured Party for injuries they suffered as a result of the subject accident." SSM Complaint ¶¶ 5, 10. SSM seeks damages from the City due to the alleged treatment it provided to McDonald.  SSM Complaint at 3.

9.      In violation of the Bar Date Order, on September 21, 2015, AAS filed a complaint against the City ("AAS Complaint") in 36th District Court, Case Number 2015-119415 ("AAS Lawsuit", and together with the SSM Lawsuit, the "Lawsuits").  The AAS Complaint is attached as Exhibit 6B.  The AAS Lawsuit was transferred to the Wayne County Circuit Court and assigned case number 16-008713.  AAS alleges that "[o]n numerous dates, the Plaintiff provided medical treatment to Carrie McDonald, for injuries she suffered as a result of the May 23, 2012 accident." AAS Complaint ¶ 10. AAS seeks damages from the City due to the alleged treatment it provided to McDonald. AAS Complaint at 3-4.

27555794.1\022765-00213

## C. Carrie McDonald's Proof of Claim and Subsequent Settlement

10.     On February 19, 2014, Carrie McDonald filed proof of claim 1542 ("Proof of Claim") asserting a claim in the amount of $98,392.43. The Proof of Claim is attached as Exhibit 6C. The basis for the Proof of Claim was "PIP claim due to 5/23/12 bus crash." Proof of Claim at 1. McDonald calculated the claim amount by totaling the Medical Bills, Household Services, Wage Loss, Interest and Attorney Fees identified on page 5 to the Proof of Claim. Proof of Claim at 5. As part of the Medical Bill component, McDonald included medical bills from SSM and AAS. *Id.*

11.     The City and McDonald entered into a settlement agreement with respect to the Proof of Claim ("Settlement Agreement"). The Settlement Agreement is attached as Exhibit 6D. The Settlement Agreement provides

> As to the Filed Claims and Settled Claims described herein, the Claimant releases the City from any and all liability, actions, damages and claims (including claims for attorney fees, expert fees or court costs), known or unknown, arising or accruing at any time prior to and after the date of this Agreement, that the Claimant has or may have against the City. The Claimant acknowledges that this Agreement represents the compromise of a disputed claim and is not to be construed as an admission of liability on the part of the City. As used in this Agreement, the Claimant and the City include each of their respective servants, agents, contractors, attorneys, employees, representatives, family members, heirs, elected officials, appointed officials, related corporations, subsidiaries, divisions, affiliates, directors and officers, if any.

Settlement Agreement ¶ 8.

27555794.1\022765-00213

12. Consequently, the claims asserted in the Lawsuits were released pursuant to the Settlement Agreement.

## III. Argument

13. Neither AAS nor SSM filed a proof of claim in the City's bankruptcy case for the claims asserted in the Lawsuits. Consequently, pursuant to the Bar Date Order, both AAS and SSM are "forever barred, estopped and enjoined from…asserting any claim against the City or property of the City." Bar Date Order ¶ 22. As AAS and SSM's actions violate the Bar Date Order, the Lawsuits must be dismissed with prejudice.

14. Furthermore, the claims asserted in the Lawsuits were released pursuant to paragraph 8 of the Settlement Agreement. Here, McDonald released the City from "any and all liability, actions, damages and claims…known or unknown, arising or accruing at any time **prior to and after the date of this Agreement**, that the Claimant has or may have against the City." Settlement Agreement ¶ 8. Consequently, AAS and SSM cannot recover on the claims asserted in the Lawsuits because McDonald released the City from those claims. *See In re City of Detroit, Michigan*, 548 B.R. 748, 765 (Bankr. E.D. Mich. 2016) ("Thus, while the providers may bring a direct action, they are only entitled to recover whatever the accident victims themselves are entitled to recover."). For this additional reason, the Lawsuits should be dismissed with prejudice.

27555794.1\022765-00213

## IV. Conclusion

15. The City thus respectfully requests that this Court enter an order, in substantially the same form as the one attached as Exhibit 1, (a) directing both SSM and AAS to dismiss, or cause to be dismissed, with prejudice their respective state court lawsuits; and (b) permanently barring, estopping and enjoining the SSM and AAAS from asserting the claim alleged in or claims related to their respective state court lawsuits against the City or property of the City. The City sought, but did not obtain, concurrence to the relief requested in the Motion.

Dated: October 6, 2016  MILLER, CANFIELD, PADDOCK AND
        STONE, P.L.C.


        By: /s/ Marc N. Swanson
        Jonathan S. Green (P33140)
        Marc N. Swanson (P71149)
        150 West Jefferson, Suite 2500
        Detroit, Michigan 48226
        Telephone: (313) 496-7591
        Facsimile: (313) 496-8451
        swansonm@millercanfield.com

          - and -

        CITY OF DETROIT LAW DEPARTMENT

        Charles N. Raimi (P29746)
        James Noseda (P52563)
        2 Woodward Avenue, Suite 500
        Detroit, Michigan 48226
        Phone: (313) 237-5037
        Email: raimic@detroitmi.gov

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## EXHIBIT LIST

Exhibit 1          Proposed Order

Exhibit 2          Notice of Opportunity to Object

Exhibit 3          None

Exhibit 4          Certificate of Service

Exhibit 5          None

Exhibit 6A          SSM Complaint

Exhibit 6B          AAS Complaint

Exhibit 6C          Proof of Claim

Exhibit 6D          Settlement Agreement

27555794.1\022765-00213

**EXHIBIT 1 – PROPOSED ORDER**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST AMERICAN ANESTHESIA ASSOCIATES, LLC AND SPINE SPECIALISTS OF MICHIGAN, P.C.

This matter, having come before the Court on the Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof Against American Anesthesia Associates, LLC and Spine Specialists of Michigan, P.C. ("Motion")[1], upon proper notice and a hearing, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Motion.

**THE COURT ORDERS THAT:**

1.     The Motion is granted.

2.     Within five days of the entry of this Order, Plaintiff American Anesthesia Associates, LLC ("AAS") will dismiss, or cause to be dismissed, with prejudice its complaint filed on or about September 21, 2015 in the 36th District Court, Michigan, case number 2015-119415 and transferred to Wayne County Circuit Court, case number 16-008713 ("AAS Lawsuit").

3.     Within five days of the entry of this Order, Plaintiff Spine Specialists of Michigan, P.C. ("SSM") will dismiss, or cause to be dismissed, with prejudice its complaint filed on or about July 20, 2016 in Wayne County Circuit Court, case number 16-009119 ("SSM Lawsuit").

4.     AAS is permanently barred, estopped and enjoined from asserting the claim arising from or related to its AAS Lawsuit against the City of Detroit or property of the City of Detroit.

5.     SSM is permanently barred, estopped and enjoined from asserting the claim arising from or related to the SSM Lawsuit against the City of Detroit or property of the City of Detroit.

6.     The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

<u>**EXHIBIT 2 – NOTICE**</u>

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

**NOTICE OF OPPORTUNITY TO OBJECT TO CITY OF
DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO
SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES
FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND
MANNER OF NOTICE THEREOF AGAINST AMERICAN ANESTHESIA
ASSOCIATES, LLC AND SPINE SPECIALISTS OF MICHIGAN, P.C.**

The City of Detroit has filed its Motion to Enforce Order, Pursuant to
Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002
and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving
Form and Manner of Notice Thereof Against American Anesthesia Associates,
LLC and Spine Specialists of Michigan, P.C.

**<u>Your rights may be affected.</u> You should read these papers carefully
and discuss them with your attorney.**

If you do not want the Court to enter an Order granting the Motion to
Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and
Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of

Claim and Approving Form and Manner of Notice Thereof Against American Anesthesia Associates, LLC and Spine Specialists of Michigan, P.C., within 14 days, you or your attorney must:

1.   File with the court a written response or an answer, explaining your position at:[1]

United States Bankruptcy Court
211 W. Fort St., Suite 1900
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. You must also mail a copy to:

Miller, Canfield, Paddock & Stone, PLC
Attn: Marc N. Swanson
150 West Jefferson, Suite 2500
Detroit, Michigan 48226

2.   If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of that hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
     Marc N. Swanson (P71149)
     150 West Jefferson, Suite 2500
     Detroit, Michigan 48226
     Telephone: (313) 496-7591
     Facsimile: (313) 496-8451
     swansonm@millercanfield.com

Dated: October 6, 2016

## EXHIBIT 3 – NONE

## EXHIBIT 4 – CERTIFICATE OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 6, 2016, he served a copy of the foregoing **CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST AMERICAN ANESTHESIA ASSOCIATES, LLC AND SPINE SPECIALISTS OF MICHIGAN, P.C.** upon the person listed below via first class mail and email:

Counsel to American Anesthesia Associates LLC

Gerald K. Paulovich
Anthony & Paulovich, PLLC
2000 Town Center, Suite 1900
Southfield, Michigan 48075
gp@anthonylitigation.com

Counsel to Spine Specialists of Michigan, P.C.
Jarrod K. Anthony
Anthony & Paulovich, PLLC
2000 Town Center, Suite 1900
Southfield, Michigan 48075
janthony@anthonylitigation.com

DATED:  October 6, 2016

By: /s/ Marc N. Swanson
    Marc N. Swanson (P71149)
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

# EXHIBIT 5 – NONE

27555794.1\022765-00213

# **EXHIBIT 6A – SSM COMPLAINT**

27555794.1\022765-00213

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | SUMMONS AND COMPLAINT | CASE NO. 16-009119-NF Hon. John A. Murphy |
|---|---|---|

2 Woodward Ave., Detroit MI 48226

Court Telephone No. 313-224-0142

| **Plaintiff** | | **Defendant** |
|---|---|---|
| Spine Specialists of Michigan, P.C. (Carrie McDonald) | v | City of Detroit Law Department |
| **Plaintiff's Attorney** | | **Defendant's Attorney** |
| Jarrod Keden Anthony, P-75973 2000 Town Ctr Ste 1900 Southfield, MI 48075-1152 | | |

RECEIVED JUL 25 2016 CITY OF DETROIT LAW DEPARTMENT

**SUMMONS** **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued 7/20/2016 | This summons expires 10/19/2016 | Court clerk File & Serve Tyler | |
|---|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**

☐ There is no other pending or resolved civil action arise out of the same transaction or occurrence as alleged in the complaint.

☒ An civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☒ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| 16-008713-CZ | John A. Murphy | 24492 |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| Place where action arose or business conducted | |

_____     _____
Date                          Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.



MC 01 (5/15) SUMMONS AND COMPLAINT MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)

RECEIVED

JUL 2 5 2016

CITY OF DETROIT
LAW DEPARTMENT

jp

STATE OF MICHIGAN

IN THE 3rd CIRCUIT COURT FOR THE COUNTY OF WAYNE

SPINE SPECIALISTS OF MICHIGAN, P.C.
(Carrie McDonald

      Plaintiff,          File No.        -NF
                            Honorable

v.                                **16-009119-NF**

CITY OF DETROIT LAW DEPARTMENT      **FILED IN MY OFFICE**
                                **WAYNE COUNTY CLERK**
      Defendant.               **7/20/2016 8:29:48 AM**
                                **CATHY M. GARRETT**

JARROD K. ANTHONY (P75973)
ANTHONY & PAULOVICH, PLLC
Attorneys for Spine Specialists
2000 Town Center, Suite 1900
Southfield, Michigan 48075
(248) 351-1747; Fax: (888) 578-9826
janthony@anthonylitigation.com

*There is another pending civil action out of the same transaction or occurrence as alleged in the complaint in Wayne County Circuit Court, Case No. 16-008713-CZ, and is assigned to Judge John A. Murphy.*

## SPINE SPECIALISTS OF MICHIGAN, P.C'S COMPLAINT AGAINST DEFENDANT CITY OF DETROIT LAW DEPARTMENT

      NOW COMES Plaintiff, SPINE SPECIALISTS OF MICHIGAN, P.C., by and through their attorneys, Anthony & Paulovich, PLLC., through undersigned counsel, Jarrod K, Anthony, and for their Complaint states as follows:

### JURISDICTION / VENUE ALLEGATIONS

      1.    Plaintiff, SPINE SPECIALISTS OF MICHIGAN, P.C., (hereinafter 'Spine Specialists of Michigan') is a Michigan Corporation whose principal place of business is in the City of Bingham Farms, County of Oakland.

2.     Defendant, CITY OF DETROIT, is a municipality in the State of Michigan, that regularly conducts business and/or is otherwise established in Wayne County, State of Michigan.

3.     The amount in controversy herein exceeds $25,000 and is otherwise within the jurisdiction of this Honorable Court.

## COUNT I - STATUTORY VIOLATIONS OF THE MICHIGAN NO-FAULT ACT

4.     Plaintiff hereby incorporates by reference each and every allegation contained in paragraphs 1 through 3 as though fully stated herein.

5.     On or about May 23, 2013, Carrie McDonald (the "Injured Party") was involved in an automobile accident arising out of the ownership, operation, maintenance, or use of a motor vehicle as a motor vehicle.

6.     Defendant is first in order of priority to pay for the Injured Party's claim for no fault personal protection insurance benefits in accordance with Chapter 31 of the Michigan Insurance Code, more commonly known as the "no fault insurance law".

7.     Defendant assigned claim number A32950002697 to the Injured Party's claim.

8.     Under the terms and conditions Michigan No-Fault Automobile Insurance Act MCL 500.3101 et seq. (hereinafter referred to as 'No-Fault Act'), Defendant became obligated to pay to or on behalf of the Injured Party's certain expenses and losses if they sustained accidental bodily injuries in an accident arising out of the ownership, operation, maintenance, or use of a motor vehicle during the policy period.

9.     Because the subject accident occurred during the policy period, Defendant became obligated to pay for certain expenses incurred for reasonably necessary products and services rendered for the Injured Party's care, recovery or rehabilitation as a result of the Injured Party's accidental bodily injuries arising out of the ownership, operation, maintenance or use of a motor

2

vehicle as a motor vehicle.

10. On numerous dates, Plaintiff provided medical treatment to the Injured Party for injuries they suffered as a result of the subject accident.

11. Plaintiff sought recovery from Defendant for the above stated personal protection benefits pursuant to the No-Fault Act.

12. Plaintiff has fully complied with the requirements of the applicable contract of insurance and the No-Fault Act, and has provided Defendant with reasonable proof of all outstanding medical expense benefits owed at this time.

13. Defendant has refused to pay Plaintiff necessary and incurred expenses related to the Injured Party's medical care in accordance with the contract provisions and the No-Fault Act.

14. By wrongfully denying Plaintiff's claims, Defendant breached its statutory duty and is liable for that amount of coverage to which Plaintiff is rightfully entitled.

**WHEREFORE**, Plaintiff, SPINE SPECIALISTS OF MICHIGAN, P.C., prays for a Judgment against Defendant, CITY OF DETROIT LAW DEPARTMENT in such an amount as the trier of fact shall determine to be fair and just, together with all past and presently owed no-fault benefits, interest, costs, no-fault penalty interest and no-fault penalty attorney fees.

Respectfully submitted,
ANTHONY & PAULOVICH, PLLC


 /s/ Jarrod K. Anthony
Jarrod K. Anthony P75973
Attorney for Plaintiff, Spine Specialists of Michigan


Dated: July 19, 2016

3



# A&P

## ANTHONY & PAULOVICH
—— ATTORNEYS AT LAW ——

July 21, 2016

RECEIVED

JUL 2 5 2016

CITY OF DETROIT
LAW DEPARTMENT
Certified mcl
Mail

**VIA CERTIFIED MAIL - 70160750000003605514/**
**RETURN RECEIPT REQUESTED**

City of Detroit Law Department
2 Woodward Avenue, 5th Floor
Detroit, MI 48226

> *Re:* *Spine Specialists of Michigan, P.C. v City of Detroit*
> *3rd Circuit Court Case No. 16-009119-NF*

To Whom It May Concern:

Enclosed herewith for service please find a Summons and Complaint regarding the above referenced matter. You have twenty-eight (28) days to file responsive pleadings as to the Summons and Complaint.

If you should have any questions or concerns, please do not hesitate to contact my office.

Very Truly Yours,
Anthony & Paulovich, P.L.L.C.

Jarrod K. Anthony, Esq.
Attorney & Counselor at Law

JKA/aak
Enclosure

Phone: 248-351-1747 | 2000 Town Center, Suite, 1900, Southfield, MI, 48075

RECEIVED

JUN 2 5 20??

CITY OF DETROIT
LAW DEPARTMENT

# EXHIBIT 6B – AAS COMPLAINT

Approved, SCAO

| | Original – Court<br>1st copy – Defendant | 2nd copy – Plaintiff<br>3rd copy – Return |
|---|---|---|

| **STATE OF MICHIGAN**<br>36th JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | **SUMMONS AND COMPLAINT**<br>*Amended* | **CASE NO.**<br>15119 415 |
|---|---|---|

| Court address | Court telephone no. |
|---|---|
| 421 Madison Avenue, Detroit, MI 48226 | (313) 965-4158 |

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| AMERICAN ANESTHESIA ASSOCIATES, LLC (Carrie McDonald) | v | CITY OF DETROIT |

| Plaintiff's attorney, bar no., address, and telephone no. | |
|---|---|
| GERALD K. PAULOVICH (P77573)<br>ANTHONY LITIGATION, PLLC<br>2000 Town Center, Suite 1900<br>Southfield, MI 48075-1221<br>(248) 351-1747 | |

**SUMMONS** NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued<br>9/15/15 | This summons expires<br>12/15/15 | Court clerk |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ___Wayne County Circuit___ Court.

The action ☐ remains ☑ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| 12-015160-NF | Susan D. Borman | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| Place where action arose or business conducted | |

| 09/21/2015 | |
|---|---|
| Date | Signature of attorney/plaintiff |

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01  SUMMONS AND COMPLAINT  MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

STATE OF MICHIGAN

IN THE 36TH JUDICIAL DISTRICT COURT

---

AMERICAN ANESTHESIA ASSOCIATES,
LLC (Carrie McDonald),

        Plaintiff,

                                    Case No. 2015 - 154415 - GC
                                    HON.

v.

CITY OF DETROIT,

        Defendant.

---

GERALD K. PAULOVICH (P77535)
Anthony Litigation, PLLC
Attorneys for Plaintiff
2000 Town Center, Suite 1900
Southfield, Michigan 48075
Telephone: (248) 351-1747
Fax: (888) 578-9826

---

*A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in Wayne County Circuit Court, where it was given docket number 12-015160-NF and was assigned to Judge Susan D. Borman. This action is no longer pending.*

### FIRST AMENDED COMPLAINT

    NOW COMES Plaintiff, AMERICAN ANESTHESIA ASSOCIATES, LLC, by and

through its attorneys, ANTHONY LITIGATION, PLLC, and complaining against the above

named Defendant, respectfully represents unto this Honorable Court as follows:

    1.    Plaintiff, AMERICAN ANESTHESIA ASSOCIATES, LLC, is a

        Michigan Corporation whose principal place of business is in the City of

Southfield, County of Oakland.

2.    That Defendant, CITY OF DETROIT, is in the business of selling

automobile insurance, and regularly conducts business and/or is otherwise

established in the County of Wayne, State of Michigan.

3.    The amount in controversy herein does not exceed $25,000 and is

otherwise within the jurisdiction of this Honorable Court.


## COUNT I - STATUTORY VIOLATIONS OF THE MICHIGAN NO-FAULT ACT

4.    Plaintiff hereby incorporates by reference each and every allegation

contained in paragraphs 1 through 3 as though fully stated herein.

5.    Defendant is first in order of priority to pay for the injured party's claim

for no fault personal protection insurance benefits in accordance with

Chapter 31 of the Michigan Insurance Code, more commonly known as

the "no fault insurance law".

6.    Defendant assigned claim number A32950002697 to the injured party's

claim.

7.    The above said automobile insurance policy contained the standard no-

fault provisions pursuant to MCL 500.3101 et seq.

8.    Under the terms and conditions of Michigan No-Fault Automobile

Insurance Act MCL 500.3101 et seq. (hereinafter referred to as 'No-Fault

Act'), Defendant became obligated to pay to or on behalf of Carrie

McDonald certain expenses and losses she sustained accidental bodily

injuries in an accident arising out of the ownership, operation,

2

maintenance, or use of a motor vehicle during the policy period.

9. On or about May 23, 2012, Carrie McDonald did sustain accidental bodily injuries in an accident arising out of the ownership, operation, maintenance, or use of a motor vehicle.

10. On numerous dates, the Plaintiff provided medical treatment to Carrie McDonald, for injuries she suffered as a result of the May 23, 2012, accident. As of a result of her injuries there is due and owing the sum of $20,020.90. (See Attached Exhibit 'A' - copy of billing invoices from Plaintiff to Defendant).

11. Plaintiff sought recovery from Defendant for the above stated personal protection benefits pursuant to the No-Fault Act.

12. Plaintiff has fully complied with the requirements of the applicable contract of insurance and the No-Fault Act, and has provided Defendant with reasonable proof of all outstanding medical expense benefits owed at this time.

13. Defendant has refused to pay Plaintiff necessary and incurred expenses at a reasonable and customary rate related to claimant Carrie McDonald's medical care in accordance with the contract provisions and the No-Fault Act.

14. By wrongfully denying Plaintiff's claims, Defendant breached its statutory duty and is liable for that amount of coverage to which Plaintiff is rightfully entitled.

**WHEREFORE**, Plaintiff, AMERICAN ANESTHESIA ASSOCIATES, LLC,

3

prays for a Judgment against Defendant, CITY OF DETROIT, for $20,020.90, together

with all past and presently owed no-fault benefits, interest, costs, no-fault penalty interest

and no-fault penalty attorney fees.

Respectfully submitted,

_____
GERALD K. PAULOVICH, P77535
Anthony Litigation, PLLC
Attorney for Plaintiff
2000 Town Center, Ste. 1900
Southfield, MI 48075
(248) 351-1747

Dated: September 21, 2015

4



CITY OF DETROIT LAW DEPT
2 WOODWARD AVE STE 500

DETROIT MI   48226-3437

A32950002697

MCDONALD CARRIE J                    X   MCDONALD CARRIE J

636 ST AUBIN                             636 ST AUBIN

DETROIT                    MI            DETROIT                    MI

48207        313  7531013               48207        313  7531013

                                        CITY OF DETROIT LAW DEPT

SIGNATURE ON FILE            10 15 14   SIGNATURE ON FILE

05 23 13    431      439   05 23 13

DN   LOUIS RADDEN DO        1184675886                      0 00

72210                              9

7 Begin 12:30 End 13:30
09 23 14  09 23 14  11   01936   02        A    6435 45 60    1063466928

                                                6435 45        0 00

                                                         313 4998117
SPINE SPECIALIST OF MICHI       AMERICAN ANESTHESIA ASSOCIATES
32270 TELEGRAPH RD              22200 W 11 MILE RD STE 201
BINGHAM FAR MI  48025-2456      SOUTHFIELD MI  48037-7000
DAVID C WHITESELD CRNA

        10 18 14    1891822565          1083959548

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CITY OF DETROIT W/C **
RISK MANAGEMENT
2 WOODWARD AVE-STE 611
DETROIT MI  48226

CARRIER

PICA [ ][ ]                                                                PICA [ ][ ]

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X](ID#) | A32950002697 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
MCDONALD  CARRIE

3. PATIENT'S BIRTH DATE ▓▓▓▓  SEX  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
MCDONALD  CARRIE

5. PATIENT'S ADDRESS (No., Street)
636 ST AUBIN

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
636 ST AUBIN

CITY  DETROIT    STATE  MI

8. RESERVED FOR NUCC USE

CITY  DETROIT    STATE  MI

ZIP CODE  48207   TELEPHONE (Include Area Code)  (313) 7531013

ZIP CODE  48207   TELEPHONE (Include Area Code)  (313) 7531013

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
MCDONALD  CARRIE

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
NONE

a. OTHER INSURED'S POLICY OR GROUP NUMBER
A32950002697

a. EMPLOYMENT? (Current or Previous)
[ ]YES  [X]NO

a. INSURED'S DATE OF BIRTH ▓▓▓▓  SEX  M [ ]  F [X]

b. RESERVED FOR NUCC USE
▓▓▓▓▓

b. AUTO ACCIDENT?  [X]YES  [ ]NO  PLACE (State) MI

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  [X]YES  [ ]NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
CITY OF DETROIT W/C **

d. INSURANCE PLAN NAME OR PROGRAM NAME
PADILLA ATTY LAW GROUP **

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ]YES [ ]NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  10 08 14

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
MM 02 DD 12 YY 13  QUAL. 431

15. OTHER DATE  MM DD YY  QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN RADDEN, LOUIS

17a.
17b. NPI  1184675886

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY  TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  [ ]YES  [X]NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)   ICD Ind. 9

A. 722.10   B.   C.   D.
E.   F.   G.   H.

22. RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| ANES TIME 12.20-13.25 |  |  |  |  |  |  |  |  |  |  |
| 1  10 08 14  10 08 14 | 11 |  | 01936 | QZ | A | 7150 00 | 01 |  | NPI | 1063466928 |
| 2 |  |  |  |  |  |  |  |  | NPI |  |
| 3 |  |  |  |  |  |  |  |  | NPI |  |
| 4 |  |  |  |  |  |  |  |  | NPI |  |
| 5 |  |  |  |  |  |  |  |  | NPI |  |
| 6 |  |  |  |  |  |  |  |  | NPI |  |

25. FEDERAL TAX I.D. NUMBER  SSN [ ] EIN [X]
46-1506928

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X]YES  [ ]NO

28. TOTAL CHARGE  $ 7150 00

29. AMOUNT PAID  $ 00

30. Rsvd for NUCC Use  7150 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

DAVID WHITESELL, CRNA
SIGNED  081714

32. SERVICE FACILITY LOCATION INFORMATION
SPINE SPECIALISTS OF MICH
28426 W 8 MI RD, UNIT A4
FARMINGTON HILLS MI 48336-
b 1891822565

33. BILLING PROVIDER INFO & PH #  (734) 241-3891
AMERICAN ANESTHESIA ASSOC LLC
5623 E. DUNBAR ROAD
MONROE MI 48161-9127
b 1083959548

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB 0938-1197 FORM 1500 (02-12)



## HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CITY OF DETROIT LAW DEPT
2 WOODWARD AVE STE 500

DETROIT MI 48226-3437

| | PICA | | | | | | | | PICA | |

1. MEDICARE ☐ (Medicare#)   MEDICAID ☐ (Medicaid#)   TRICARE ☐ (ID#/DoD#)   CHAMPVA ☐ (Member ID#)   GROUP HEALTH PLAN ☐ (ID#)   FECA BLKLUNG ☐ (ID#)   OTHER ☒ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
A32950002697

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
MCDONALD CARRIE J

3. PATIENT'S BIRTH DATE ████████ SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
MCDONALD CARRIE J

5. PATIENT'S ADDRESS (No., Street)
636 ST AUBIN

6. PATIENT RELATIONSHIP TO INSURED
Self ☒   Spouse ☐   Child ☐   Other ☐

7. INSURED'S ADDRESS (No., Street)
636 ST AUBIN

CITY
DETROIT   STATE MI

8. RESERVED FOR NUCC USE

CITY
DETROIT   STATE MI

ZIP CODE
48207   TELEPHONE (Include Area Code) (313) 7531013

ZIP CODE
48207   TELEPHONE (Include Area Code) (313) 7531013

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES ☒ NO

a. INSURED'S ████████ SEX M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? ☐ YES ☒ NO   PLACE (State) MI

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
CITY OF DETROIT LAW DEPT

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 09 12 15

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 05 23 13 QUAL. 431

15. OTHER DATE QUAL. 439   MM 05 DD 23 YY 13

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN LOUIS RADDEN DO
17a.
17b. NPI 1184675886

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☒ NO   $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 9
A. 72210   B.   C.   D.
E.   F.   G.   H.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 Begin 09:15 End 10:15 | | | | | | | | | | | |
| 09 08 15 | 09 08 15 | 11 | | 01936 | QZ P3 | A | 6435 45 | 60 | | NPI | 1114177656 |
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
461506928

26. PATIENT'S ACCOUNT NO. ████████

27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO

28. TOTAL CHARGE $ 6435 45

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
TERRY KIMBERG CRNA

SIGNED 09 12 15 DATE

32. SERVICE FACILITY LOCATION INFORMATION
SPINE SPECIALIST OF MICHI
32270 TELEGRAPH RD
BINGHAM FAR MI 48025-2456
1891822565

33. BILLING PROVIDER INFO & PH # (313) 4998117
AMERICAN ANESTHESIA ASSOCIATES
22200 W 11 MILE RD STE 201
SOUTHFIELD MI 48037-7000
a1083959548 b

# EXHIBIT 6C – PROOF OF CLAIM

In its List of Claim
in an unknown amount.  To determine if you need to file a claim, please refer to the enclosed information
About Deadlines to File Claims.

Claim #1542  Date Filed: 2/19/2014

B10 (Official Form 10) (04/13) (Modified)

**UNITED STATES BANKRUPTCY COURT        EASTERN DISTRICT of MICHIGAN**

CHA~~PTER 9~~
PROOF OF CLAIM

**FILED**

FEB 19 2014

US Bankruptcy Court
COURT NAME  MI Eastern District

| | |
|---|---|
| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Mcdonald, Carrie

Name and address where notices should be sent:     NameID: 11702538

Mcdonald, Carrie
25657 Southfield Rd
Southfield, MI 48075

Telephone number:  248-350-9050   email:  brett @ 855mikewins. com

Name and address where payment should be sent (if different from above):

Telephone number:        email:

☐ Check this box if this claim amends a
previously filed claim.

Court Claim Number: _____
      (*if known*)

Filed on: _____

☐ Check this box if you are aware that
anyone else has filed a proof of claim
relating to this claim. Attach copy of
statement giving particulars.

FEB 24 2014

KURTZMAN CARSON CONSULTANTS

**1. Amount of Claim as of Date Case Filed:**  $   98,392.43

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:**  PIP claim due to 5/23/12 bus crash.
(See instruction #2)

| **3.** Last four digits of any number by which creditor identifies debtor: | **3a.** Debtor may have scheduled account as: _____ (See instruction #3a) |
|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of
setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐Real Estate  ☐Motor Vehicle  ☐Other
Describe:

Value of Property: $_____

Annual Interest Rate (when case was filed)_____% ☐Fixed  or  ☐Variable

Amount of arrearage and other charges, as of the time case was filed,
included in secured claim, if any:
      $_____

Basis for perfection: _____

Amount of Secured Claim:    $_____

Amount Unsecured:    $_____

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**   $_____

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § _____   $_____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of
running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a
statement providing the information required by FRBP 3001(c)(3)(A). If the claim is based on an open-end or revolving consumer credit agreement, a
statement providing the information required by FRBP 3001(c)(3)(A). If the claim has been completed, and redacted copies of documents providing
evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS.
ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor,
or their authorized agent.
(See Bankruptcy Rule 3004.)

☐ I am a guarantor, surety, indorser, or other codebtor.
(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Brett O'Shell
Title:  Attorney
Company:  Law Office of Michael Morse PC
Address and telephone number (if different from notice address above):
24901 N. Nwestern Hwy. Suite 700
Southfield MI 48075
Telephone number:        email:

_____       2/7/14
(Signature)                (Date)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# mikemorselawfirm
# 855-MIKE-WINS

February 5, 2014

ATTORNEYS AT LAW
Michael J. Morse            Brett F. O'Shell
Marc J. Mendelson          Meaghan B. McKay
Eric M. Simpson            Brian R. Meyer
Donald J. Cummings         James B. Wendt
Perry A. Schneider         Andrew J. Kata
Robert S. Silverman        Gregory A. Jones
Matthew R. Bates           David D. O'Keefe
Jacob K. Yeater            Monika J. Carter
Anthony H. Chapman         Patrick A. Moritz
Christopher D. Filiatraut  Patrick C. Cassidy
Jennifer G. Damico         Christopher T. Immel
Dalit Oren                 Catherine Groll
Nicholas J. Caponigro      Joshua B. Farr
Lewis A. Melfi             Shawn P. McKay
Helen A. Manesia           Ashleigh Weinbrecht
Paul F. Hesselgrave        Jenna R. McKenna
Patty A. Dooley            James A. Lane
Paul E. Wheatley

**Settlement Demand Package**
**Office of the Clerk of Court**
**United States Bankruptcy Court**
**For the Eastern District of Michigan**
**211 West Fort St.**
**Suite 1700**
**Detroit, MI 48226**

| | |
|---|---|
| **Our Client:** | Carrie McDonald |
| **Date of Crash:** | 5/23/12 |
| **Claim No:** | ▮▮▮▮2697 |

To Whom It May Concern,

Please allow this to be a demand for payment of the below described PIP benefits against the City of Detroit:

*Cause of Action:*  This action involves a first-party claim for No-Fault PIP benefits, by Carrie McDonald against Defendant, City of Detroit.

*Collision:*  Carrie was a passenger on a DDOT bus that was struck by a negligent hit and run driver. **(Exhibit 1)**

*Date of Occurrence:*  May 23, 2102

*Plaintiff:*  **Carrie McDonald,** age 45, was an extremely independent woman prior to this crash with no previous neck or back injuries.

*Defendants:*  City of Detroit (PIP carrier)

*Injuries:*  Cervical injuries, lumbar injuries, right hip injury, and intracranial bleeding requiring re-coiling of aneurysm.

## Medical Treatment

On the day of this crash, Carrie was scene at Detroit Receiving hospital where she complained of pain her neck, back, and head.  She was examined, prescribed Flexiril, and instructed to see her primary care physician.

On May 25, 2012, Carrie began treatment with Dr. Ryan Lukowski, to whom she reported headaches, neck pain, and back pain. During a physical examination, Dr. Lukowski noted limited range of motion, tenderness, and muscle spasms in the cervical, thoracic and lumbar spine. Dr. Lukowski disabled her from work and household chore activities involving lifting, bending, twisting, and prolonged standing and sitting and started her on a course of chiropractic treatment. **(Exhibit 2)**

On May 31, 2012 Carrie saw Dr. Noel Upfall, an internist, to who she reported headaches, hip pain, back pain radiating into her legs, and neck pain radiating to her shoulders. Dr. Upfall noted muscle spasm, tenderness, and decreased range of motion in the cervical and lumbar spine. He ultimately diagnosed her with cervical and lumbar sprains, prescribed Flexeril and ordered CT scans to determine if she had disk herniations. **(Exhibit 3)**

On August 14, 2012, Carrie underwent CT scan of her hip lumbar spine which revealed disk displacement at L3-L4, L4-L5, and L5-S1 with bilateral foraminal stenosis. **(Exhibit 4)**

When chiropractic care failed to resolve her pain, Carrie began treating with Dr. Louis Radden, a neurosurgeon, on October 8, 2012. She reported ongoing pain in her neck and back radiating into her extremities. Dr. Radden examined her and performed a number of invasive procedures:

- 1/16/13 – L4-L5 facet injections and L5-S1 lumbar epidural steroid injection;
- 2/13/13 – L4-L5 facet injections and L5-S1 lumbar epidural steroid injection;
- 3/13/13 – L4-L5 facet injections and L5-S1 lumbar epidural steroid injection.

**(Exhibit 5)**

Currently, Dr. Radden is recommending low back surgery and Carrie is scheduled to undergo a discogram for surgical planning.

For her hip pain, Carrie saw orthopedic surgeon, Dr. Mark Kwartowitz on April 2, 2013. Dr. Kwartowitz conducted an examination and administered a cortisone injection in her right hip.

Presently, Carrie remains disabled and will require a low back surgery. Her injuries have not resolved to this day.

### Defense Medical Examinations

On September 13, 2012, Carrie saw Dr. Richard Ikla, who performed an evaluation at Defendant's request. He conducted record review and examination and concluded the following:

> Ms. McDonald sustained trauma in a bus/truck accident in May 2012 and was not seen until later after she developed severe headaches and was found to have an intercranial bleed, likely from a coup-countercoup force on the brain resulting in a swinging of the brain inside the cranium, causing an aneurysm to bleed. Last Friday, she was treated by the percutaneous placement of another coil, she said. *** **It is recommended that she receive physical therapy addressed to her low back complaints.**

**(Exhibit 6)**

On February 26, 2013, Carrie saw Dr. Christopher Schoneherr at the request of the City of Detroit. She reported continued pain in her back and neck, as well as dizziness. During a physical examination, Dr. Schoenherr noted hip pain, lumbar tenderness and limited range of motion and cervical tenderness and limited range of motion. After conducting a physical examination and record review, Dr. Schoenherr stated: "Ms. McDonald suffered a cerival and lumbar sprain/strain. It appears that secondary to the force of the injury, she may have had a coup-countercoup force causing her aneurysm to bleed for which she had a coiling..." **(Exhibit 7)**

*Outstanding No-Fault*
*PIP Benefits:*

**A. Medical Bills (Exhibit 8)**

- Ronald S. Lederman, M.D. PLLC — $1,570.00
- Detroit Magnolia Transportation — $7,712.00
- Spine Specialists of Michigan — $16,105.00
- Michigan Center for PT — $4,350.00
- Elite Health Centers — $800.00
- Elite Chiropractic — $2,125.00
- American Anesthesia Assoc — $1,078.00
- MI Dept. of Community Health (Medicaid Lien) — $126.94
- Taxi Service — $85.00
- Ambulatory Anesthesia — $360.00
- MI Head & Spine Institute — $5,220.00
- Strictly Healing Transportation — $225.00
- R&R Transportation — $360.00
- **Total** — **$40,116.94**

**B. Household Services (Exhibit 9)**

Carrie has been disabled from performing household services since this crash. (Exhibit 4) Her daughter, Danielle Matlock has been assisting with chores 7 days per week from May 24, 2012 through March 31, 2013 and 5 days per week from April 1, 2013 through June 20, 2013. (Exhibit 10) The City of Detroit last reimbursed household services on June 30, 2012. Presently, there are 343 days outstanding. 343 x $20.00 per day = **$6,860.00.**

**C. Wage Loss (Exhibit 10)**

Carrie has been disabled from work since this crash. (Exhibit 4) She previously worked as a cook at Palm's Nightclub where she earned $10.00 per hour and worked approximately 25 hours per week. (Exhibit 11) The City of Detroit has never paid wage loss. Presently, Carrie is owed wages as follows $250.00 per week x 89 weeks x 0.85 = **$18,912.50**

*Demand through*
*the Present:*

| | |
|---|---|
| Medical Bills | $40,116.94 |
| Household Services | $6,860.00 |
| Wage Loss | $18,912.50 |
| Subtotal | $65,889.44 |
| Interest | $7,906.73 |
| Attorney Fees | $24,596.26 |
| **Total through present** | **$98,392.43** |

*Demand through*
*7/18/13:*

| | |
|---|---|
| Medical Bills | $39,766.94 |
| Household Services | $6,860.00 |
| Wage Loss | $12,750.00 (60 wks x $250/wk x0.85) |
| Subtotal | $59,376.94 |
| Interest | $7,125.23 |
| Attorney Fees | $22,165.17 |
| **Total through 7/18/13** | **$88,667.34** |

Sincerely,

LAW OFFICES OF MICHAEL J. MORSE, P.C.

Brett F. O'Shell

Enclosures



Authority: 1949 PA 300, Sec.257.622
Compliance: Required   MSP UD-10E
Penalty: $100 and/or 90 days (Rev 11/2005)

| External # | Crash ID |
|---|---|
| 228522 | |

## STATE OF MICHIGAN TRAFFIC CRASH REPORT

Page 1
Incident # 228522    File Class :
Incident Disposition
Open
Reviewer
SGT DONALD PACE (S234)

ORI:
MI8234913

Department Name
**Detroit Police Department**

| Crash Date | Crash Time | No. of Units | Crash Type | Special Circumstances | Special Checks |
|---|---|---|---|---|---|
| 05/23/2012 | 09:30 | 02 | Rear End | ○None ○Deer ○School Bus ●Hit and Run ○Fleeing Police | ○ Fatal ○ Non-Traffic Area ○ ORVI/Snowmobile |

| County | Traffic Control | Relation to Roadway | Special Study | Weather | Area |
|---|---|---|---|---|---|
| 82 - Wayne | Signal | On Road | None | Clear | 10 - NON-FRWY Straight roadway |

| City/Twsp | Construction Zone (if applicable) Type | Lane Closed | Activity | Light | Road Condition | Total Lanes | Speed Limit | Posted |
|---|---|---|---|---|---|---|---|---|
| 99 - Detroit | | | | Daylight | Dry | 03 | 30 | No |

**LOCATION**

| Prefix | Road Name | Road Type | Suffix | Divided Roadway |
|---|---|---|---|---|
| | ROSA PARKS | AVE | | |

| Distance (ft.) | Traffic Way | Access Control |
|---|---|---|
| 30.0 Feet N | 04 - One-way traffic | 01 - No access control |

| Prefix | Intersecting Road | Road Type | Suffix | Divided Roadway |
|---|---|---|---|---|
| | WB MARTIN LUTHER KING JR | BLVD | | |

| Unit Number | Unit Known | State | Driver License Number | Date of Birth (Age) | License Type | Endorsements | Sex | Total Occupants | Hazardous Action |
|---|---|---|---|---|---|---|---|---|---|
| 01 | No | | | | ○Operator ○Chauffer ○Moped | ○Cycle ○Farm ○Recreation | | 00 | 12 - Unable to stop |

| Unit Type | Driver Information | Injury | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| MV | | 00 | 00 | | None |

| Driver Condition | Interlock | Ejected | Trapped | Airbag Deployed | Ambulance |
|---|---|---|---|---|---|
| ○1 ○2 ○3 ○4 ○5 ○6 ○7 ○8 ○9 ●99 | | No | | | None |

| Alcohol | | Test Results | Drugs | | Test Results | Citation Issued |
|---|---|---|---|---|---|---|
| ○Yes ●No Test Type ○Field | ○Refused ●Not Offered ○PBT ○Breath ○Blood ○Urine | | ○Yes ●No Test Type ○Blood ○Urine | | | ○Hazardous ○Other |

| Vehicle Registration | State | Insurance/Policy # | Towed To/By # | Special Vehicles | Private Trailer Type | Vehicle Defect |
|---|---|---|---|---|---|---|
| | | | | | | |

| VIN | Vehicle Description | Make | Model | Color | Year | Vehicle Type |
|---|---|---|---|---|---|---|
| | | | | | | |

| Location of Greatest Damage | First Impact | Extent of Damage | Driveable | Vehicle Direction | Vehicle Use | Action Prior |
|---|---|---|---|---|---|---|
| 11 | 11 | 00 | Yes | | | 36 - Unknown |

| Sequence of Events | First | Second | Third | Fourth |
|---|---|---|---|---|
| (● indicates MOST harmful event) | ●17 - Motor veh in transport | | | |

**PASSENGERS**

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

**CARRIER/HAZMAT**

| Carrier Information | Carrier Source | GVWR | ICCMC | USDOT | MPSC |
|---|---|---|---|---|---|
| | Driver's CDL Type | Endorsements ○H ○P ○T ○N ○S ○X | CDL Exempt ○Farm ○Other | CDL Restrictions ○28 ○29 ○30 ○35 ○36 | |
| Interstate/Intrastate | Vehicle Type | Type and Axle Per Unit First Second Third Fourth | Cargo Body Types | Medical Card | Hazardous Material ○Placard ○Cargo Spill | ID # | Class # |

**OWNER**

| Owner Information | Owner Information |
|---|---|
| | |

| Person Advised of Damaged Traffic Control | Damaged Property | Public |
|---|---|---|
| Contact Name : | | |
| Contact Date : | Owner and Phone | |
| Contact Time : | | |

| Unit Number | Unit Known | State | Driver License Number | Date of Birth (Age) | License Type | Endorsements | Sex | Total Occupants | Hazardous Action |
|---|---|---|---|---|---|---|---|---|---|
| 02 | Yes | MI | ██████8093 | ████1961 (51) | O Operator / ● Chauffer / O Moped | O Cycle / O Farm / O Recreation | M | 10 | 00 - None |

| Unit Type | Driver Information | | | Injury | Position | Restraint | |
|---|---|---|---|---|---|---|---|
| MV | JAMES LAJUAHN FOUNTAIN ██████ | | | O | 01 | 04 | None |

| Driver Condition | | Interlock | Ejected | Trapped | Airbag Deployed | Ambulance |
|---|---|---|---|---|---|---|
| ●1 O2 O3 O4 O5 O6 O7 O8 O9 O99 | | | No | | | REFUSD |

| Alcohol | | Test Results | Drugs | | Test Results | Citation Issued |
|---|---|---|---|---|---|---|
| O Yes ● No / Test Type O Field O PBT | O Refused ● Not Offered O Breath O Blood Urine | | O Yes ● No / Test Type O Blood O Urine | | | O Hazardous O Other |

| Vehicle Registration | State | Insurance/Policy # | | Towed To/By # | Special Vehicle | Private Trailer Type | Vehicle Defect |
|---|---|---|---|---|---|---|---|
| 083X07D | MI | CITY OF DETROIT - SELF INSURED | R.T.D. | | | | |

| VIN | Vehicle Description | Make | Model | Color | Year | Vehicle Type |
|---|---|---|---|---|---|---|
| 5FYD44FV16AB03700 | | NEW FLYER | BUS | WHI | 2010 | Truck/Bus |

| Location of Greatest Damage | First Impact | Extent of Damage | Driveable | Vehicle Direction | Vehicle Use | Action Prior |
|---|---|---|---|---|---|---|
| 06 | 06 | 01 | Yes | N | 08 - Other Government Use | 04 - Stopped on roadway |

| Sequence of Events | First | Second | Third | Fourth |
|---|---|---|---|---|
| (# indicates MOST harmful event) | ● 17 - Motor veh in transport | | | |

PASSENGERS

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| CARRIE JOHNELL MCDONALD ██████ | ████1968 (44) | F | 11 | 05 | 830500 |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |
| | C | Not equipped | | | 821064 |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | | | | | |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | | | | | |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | | | | | |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | | | | | |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | | | | | |
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

INTERSTATE/CARRIER

| Carrier Information | Carrier Source | GVWR | ICCMC | USDOT | MPSC |
|---|---|---|---|---|---|
| CITY OF DETROIT DOT 1301 WARREN Ave DETROIT MI 48207 | Vehicle | 42,540 | | 000000000000 | 000000000000 |

| | Driver's CDL Type | Endorsements | CDL Exempt | CDL Restrictions |
|---|---|---|---|---|
| | Group A | OH ●P OT / OH OS OX | O Farm O Other | O28 O29 O30 O35 O36 |

| Interstate/Intrastate | Vehicle Type | Type and Axle Per Unit First / Second / Third / Fourth | Cargo Body Type | Medical Card | Hazardous Material | ID # | Class # |
|---|---|---|---|---|---|---|---|
| Intrastate | BP | B2 | 8 | Yes | O Placard O Cargo Spill | | |

OWNER

Owner Information
CITY OF DETROIT DOT
1301 E WARREN AVE
DETROIT MI 48207  (313)933-1300

Owner Information

WITNESS

| Witness Information | Witness Information |
|---|---|
| | |

| Investigated at Scene | Reported Date (Time) | 1st Investigator Name (Badge) | 2nd Investigator Name (Badge) | Photo By |
|---|---|---|---|---|
| Yes | 05/23/2012 (10:48) | CHRISTOPHER THERSSEN (4039) | | |

**Narrative**

I arrived at the above location, W/B Martin Luther King Blvd at Rosa Parks Ave, and spoke to Driver #2. Per Driver #2 he was traveling N/B Rosa Parks Ave and stopped at the right curb "Bus Stop" n/o W/B Martin Luther King Blvd to pick-up passengers. Per Driver #2 while stopped Vehicle #2 was struck by an unk type Lt Blue Minivan, Vehicle #1, who then fled the location without identifying self. Vehicle #2 (Pos #11 - near front of bus behind driver) was conveyed to DRH via Medic #13 for lower back pain - per Dr. Loynd, Cht #369822691, Temp Serious.

Diagram



Rosa Parks Ave

N.T.S.

BUS STOP

W/B MLK Blvd

05/23/2012  228522

External #: 228522
Incident #: 228522





## ELITE
### HEALTH CENTERS
**Elite Health Centers**
7700 2nd Ave Suite 410 Detroit MI 48202 P:313-986-1100 F: 313-338-3082

### Disability Certificate

Re: _Carrie McDonald_ _5/23/12_
    PATIENT NAME             DATE OF ACCIDENT

DIAGNOSIS/DIAGNOSIS CODE(s):
_784-0, 729.1, 7242_

DIAGNOSIS SECONDARY TO MVA: ☑

I have examined and/or treated the above-named patient for injuries sustained in the aforementioned accident. As a result of the injuries received in this accident, *I have disabled the patient from those activities that are marked with and "X" or the paragraphs with a start date of* ___4/13/13___ *and end date of* ___5/13/13___ *or until the patient's next appointment.*

_____ **(1) Work/Employment Disability**

__X__ **(2) Work Restrictions:** The patient is restricted from lifting more than _____ lbs, and also cannot: _____

__X__ **(3) "Housework" or replacement services:** As some housework may involve bending, lifting, twisting, and prolonged standing, i.e. vacuuming, making beds, yard work, cooking, washing floors, sinks, bathtubs, toilets, moving furniture, picking up objects off floors, child care, carrying garbage or groceries, etc., it is my opinion that the patient cannot do housework and has been disabled based on the start and end listed above or until the patient's next appointment.

_____ **(4) Attendant Care:** The patient needs help taking care of his/her own personal needs including, but not limited to, dressing using the restroom, supervising, driving to/from doctor appointments, carrying, passing medication, assisting with bathing, changing bandages, cleaning bandages, lifting, fetching, taking grooming needs, anything needing patient to bend or twist, feeding, cooking meals, ambulating all general hygiene needs. It is my opinion that the patient needed these services _____ hours per day, _____ days per week from the start and end dates listed above or until the patient's next appointment.

__X__ **(5) Driving:** The patient is unable to drive and requires transportation services.

__X__ **(6) Recreational Activities:** The patient should not engage or attempt to engage in activities that would aggravate his/her underlying condition by lifting greater than the amount indicated above, excessive bending, twisting, turning, or prolonged standing or sitting, i.e. running, climbing, biking, wrestling, etc.

Physician's Signature: _Michael P. Draplin_      Today's Date: _4/18/13_

Print Name _Michael Draplin D.C_



**Elite Health Centers**

7700 2nd Ave Suite 410 Detroit MI 48202 P:313-986-1100 F: 313-338-3082

<u>Disability Certificate</u>

Re: _Carrie McDonald_ _5/23/12_
PATIENT NAME · DATE OF ACCIDENT

DIAGNOSIS/DIAGNOSIS CODE(s): _784.0, 729.1, 724.2_
DIAGNOSIS SECONDARY TO MVA: ☑

I have examined and/or treated the above-named patient for injuries sustained in the aforementioned accident.
As a result of the injuries received in this accident, *I have disabled the patient from those activities that are*
*marked with an "X" or the paragraphs* with a start date of _3/12/13_ and end date of
_4/12/13_ or until the patient's next appointment.

_____ (1) Work/Employment Disability

_X_ (2) Work Restrictions: The patient is restricted from lifting more than _____ lbs, and also
cannot: _____

_X_ (3) "Housework" or replacement services: As some housework may involve bending, lifting, twisting,
and prolonged standing, i.e. vacuuming, making beds, yard work, cooking, washing floors, sinks, bathtubs,
toilets, moving furniture, picking up objects off floors, child care, carrying garbage or groceries, etc., it is my
opinion that the patient cannot do housework and has been disabled based on the start and end listed above or
until the patient's next appointment.

_____ (4) Attendant Care: The patient needs help taking care of his/her own personal needs including, but
not limited to, dressing using the restroom, supervising, driving to/from doctor appointments, carrying, passing
medication, assisting with bathing, changing bandages, cleaning bandages, lifting, fetching, taking grooming
needs, anything needing patient to bend or twist, feeding, cooking meals, ambulating all general hygiene needs.
It is my opinion that the patient needed these services_____ hours per day, _____ days per week
from the start and end dates listed above or until the patient's next appointment.

_X_ (5) Driving: The patient is unable to drive and requires transportation services.

_X_ (6) Recreational Activities: The patient should not engage or attempt to engage in activities that would
aggravate his/her underlying condition by lifting greater than the amount indicated above, excessive bending,
twisting, turning, or prolonged standing or sitting, i.e. running, climbing, biking, wrestling, etc.

Physician's Signature: _Michael P. Draplin_ Today's Date: _3/12/13_

Print Name _Michael Draplin D.C._

# Elite Health Centers, INC.

7700 2nd Ave.
Detroit, MI. 48202
Phone: (313) 986-1100 Fax: (313) 338-3082

## Disability Certificate

Re: _Carrie McDonald_                                        _5/25/12_
     **PATIENT NAME**                              **DATE OF ACCIDENT**

I have examined and/or treated the above-named patient for injuries sustained in the above accident. As a result of the injuries received in this accident, _**I have disabled and/or restricted the patient from those activities marked with and "X" or the paragraphs with dates imputed:**_

__X__ **(1) Work/Employment Disability:** The patient has been on work disability from _7/25/12_ through _8/25/12_ .

_____ **(2) Work Restrictions:** The patient is restricted from lifting more than _____ lbs, and also cannot: _____

__X__ **(3) "Housework" or replacement services:** As some housework may involve bending, lifting, twisting, and prolonged standing, i.e. vacuuming, making beds, washing floors, sinks, bathtubs, toilets, moving furniture, picking up objects off floors, child care, carrying garbage or groceries, etc., it is my opinion that the patient cannot do housework from _7/25/12_ to _8/25/12_

_____ **(4) Attendant Care:** The patient needs help taking care of his/her own personal needs including, but not limited to, dressing using the restroom, supervising, driving to/from doctor appointments, carrying, passing medication, assisting with bathing, lifting, taking care of grooming needs, anything needing patient to bend or twist, feeding, cooking meals, ambulating all general hygiene needs. It is my opinion that the patient needed these services from _____ through _____ for _____ hours a day, _____ days per week.

__X__ **(5) Driving:** The patient is unable to drive and requires transportation services from _7/25/12_ through _8/25/12_ .

__X__ **(6) Recreational Activities:** The patient should not engage or attempt to engage in activities that would aggravate his/her underlying condition by lifting greater than the amount indicated above, excessive bending, twisting, turning, or prolonged standing or sitting, i.e. running, climbing, biking, wrestling, etc.

Dr.'s Signature: _____        Today's Date: _8/21/12_

Print Dr.'s Name: _Ryan N Lukowski_

**Elite Health Centers**
7700 2nd Avenue Suite 410
Detroit MI, 48202
Phone: 313-986-1100 Fax: 313-338-3082

### Disability Certificate

Re: _Carrie McDonald_                          _5/23/12_
          PATIENT NAME                          DATE OF ACCIDENT

I have examined and/or treated the above-named patient for injuries sustained in the above accident. As a result of the injuries received in this accident, *I have disabled and/or restricted the patient from those activities marked with and "X" or the paragraphs with dates imputed:*

_____(1) **Work/Employment Disability:** The patient has been on work disability from _____ through _____.

_X_ (2) **Work Restrictions:** The patient is restricted from lifting more than _20_ lbs, and also cannot: _bend, sit, stand, twist for prolonged periods_

_____(3) **"Housework" or replacement services:** As some housework may involve bending, lifting, twisting, and prolonged standing, i.e. vacuuming, making beds, washing floors, sinks, bathtubs, toilets, moving furniture, picking up objects off floors, child care, carrying garbage or groceries, etc., it is my opinion that the patient cannot do housework from _____ to _____.

_____(4) **Attendant Care:** The patient needs help taking care of his/her own personal needs including, but not limited to, dressing using the restroom, supervising, driving to/from doctor appointments, carrying, passing medication, assisting with bathing, lifting, taking care of grooming needs, anything needing patient to bend or twist, feeding, cooking meals, ambulating all general hygiene needs. It is my opinion that the patient needed these services from _____ through _____ for _____ hours a day, _____ days per week.

_X_ (5) **Driving:** The patient is unable to drive and requires transportation services from _8/21/12_ through _9/21/12_.

_X_ (6) **Recreational Activities:** The patient should not engage or attempt to engage in activities that would aggravate his/her underlying condition by lifting greater than the amount indicated above, excessive bending, twisting, turning, or prolonged standing or sitting, i.e. running, climbing, biking, wrestling, etc.

Dr.'s Signature: _[signature]_                          FAXED          Today's Date: _9/10/12_

Print Dr.'s Name: _Ryan M Lukowski_

**Elite Health Centers**
7700 2nd Avenue Suite 410
Detroit MI, 48202
Phone: 313-986-1100 Fax: 313-338-3082

## Disability Certificate

Re: _Callie McDonald_                    _5/23/12_
        PATIENT NAME                          DATE OF ACCIDENT

I have examined and/or treated the above-named patient for injuries sustained in the above accident. As a result of the injuries received in this accident, *I have disabled and/or restricted the patient from those activities marked with and "X" or the paragraphs with dates imputed:*

_X_ **(1) Work/Employment Disability:** The patient has been on work disability from _10/15/12_ through _11/15/12_ .

____ **(2) Work Restrictions:** The patient is restricted from lifting more than _____ lbs, and also cannot: _____ .

_X_ **(3) "Housework" or replacement services:** As some housework may involve bending, lifting, twisting, and prolonged standing, i.e. vacuuming, making beds, washing floors, sinks, bathtubs, toilets, moving furniture, picking up objects off floors, child care, carrying garbage or groceries, etc., it is my opinion that the patient cannot do housework from _10/15/12_ to _11/15/12_ .

____ **(4) Attendant Care:** The patient needs help taking care of his/her own personal needs including, but not limited to, dressing using the restroom, supervising, driving to/from doctor appointments, carrying, passing medication, assisting with bathing, lifting, taking care of grooming needs, anything needing patient to bend or twist, feeding, cooking meals, ambulating all general hygiene needs. It is my opinion that the patient needed these services from _____ through _____ for _____ hours a day, _____ days per week.

_X_ **(5) Driving:** The patient is unable to drive and requires transportation services from _10/15/12_ through _11/15/12_ .

_X_ **(6) Recreational Activities:** The patient should not engage or attempt to engage in activities that would aggravate his/her underlying condition by lifting greater than the amount indicated above, excessive bending, twisting, turning, or prolonged standing or sitting, i.e. running, climbing, biking, wrestling, etc.

Dr.'s Signature: _____     Today's Date: _10/15/12_

Print Dr.'s Name: _Dr. Ryan Lukowski_

**Elite Health Centers, INC.**
7706 2ⁿᵈ Ave.
Detroit, MI. 48202
Phone: (313) 986-1100 Fax: (313) 338-3082

**Disability Certificate**

Re: _Carrie McDonald_          _5/23/2012_
     PATIENT NAME                DATE OF ACCIDENT

I have examined and/or treated the above-named patient for injuries sustained in the above accident. As a result of the injuries received in this accident, *I have disabled and/or restricted the patient from those activities marked with and "X" or the paragraphs with dates imputed:*

_X_ (1) **Work/Employment Disability:** The patient has been on work disability from _5/25/12_ through _6/25/12_ .

_____ (2) **Work Restrictions:** The patient is restricted from lifting more than _____ lbs, and also cannot: _____ .

_X_ (3) **"Housework" or replacement services:** As some housework may involve bending, lifting, twisting, and prolonged standing. i.e. vacuuming, making beds, washing floors, sinks, bathtubs, toilets, moving furniture, picking up objects off floors, child care, carrying garbage or groceries, etc., it is my opinion that the patient cannot do housework from _5/25/12_ to _6/25/12_ .

_____ (4) **Attendant Care:** The patient needs help taking care of his/her own personal needs including, but not limited to, dressing using the restroom, supervising, driving to/from doctor appointments, carrying, passing medication, assisting with bathing, lifting, taking care of grooming needs, anything needing patient to bend or twist, feeding, cooking meals, ambulating all general hygiene needs. It is my opinion that the patient needed these services from _____ through _____ for _____ hours a day, _____ days per week.

_X_ (5) **Driving:** The patient is unable to drive and requires transportation services from _5/25/12_ through _6/25/12_ .

_X_ (6) **Recreational Activities:** The patient should not engage or attempt to engage in activities that would aggravate his/her underlying condition by lifting greater than the amount indicated above, excessive bending, twisting, turning, or prolonged standing or sitting, i.e. running, climbing, biking, wrestling, etc.

Dr.'s Signature: _____     Today's Date: _5/25/12_

Print Dr.'s Name: _Ryan M Lukowski_

# Elite Chiropractic, P.C.     Exam

**Patient's Name:** Carrie McDonald    **Date:** 5/25/12

**Date of Birth:** ▮▮▮▮ 68   **Age:** 44   **Sex:** M (F)

☐ MM ☐ WC ☑ NF/PI ☐ MCR ☐ LIEN ☐ CASH

## ■ HISTORY OF PRESENT CONDITION(S)

Carrie was Passenger on DOT Bus on 5/25/12
She was Sitting in Mid Bus on Driver Side and got
hit on Driver side. "ER did nothing"
Since then the patient has experience

## ■ PRIMARY/ASSOCIATED COMPLAINT(S) — Pain rating scale #1 – #10 with #10 being the worst pain

☑ **Headache** ☑ Right ☐ Left
7of10 Frontal / Temporal
Throbbing

☐ **Hip** ☐ Right ☐ Pain ☐ Pain Scale # ☐ Numb / ☐ Left ☐ Pain ☐ Pain Scale # ☐ Numb

☑ **Neck** ☑ Right ☑ Pain F ☑ Pain Scale # 9-10 ☐ Numb / ☑ Left ☐ Pain F ☑ Pain Scale # ☐ Numb
Pulling Achy Sharp w/ mvmt

☐ **Knee** ☐ Right ☐ Pain ☐ Pain Scale # ☐ Numb / ☐ Left ☐ Pain ☐ Pain Scale # ☐ Numb

☑ **Trapezius** ☑ Right ☑ Pain F ☑ Pain Scale # 9-10 ☐ Numb / ☑ Left ☐ Pain ☑ Pain Scale # ☐ Numb
Pulling Achy, Sharp w/ mvmt

☐ **Ankle** ☐ Right ☐ Pain ☐ Pain Scale # ☐ Numb / ☐ Left ☐ Pain ☐ Pain Scale # ☐ Numb

☐ **Shoulder** ☐ Right ☐ Pain ☐ Pain Scale # ☐ Numb / ☐ Left ☐ Pain ☐ Pain Scale # ☐ Numb

☐ **Foot** ☐ Right ☐ Pain ☐ Pain Scale # ☐ Numb / ☐ Left ☐ Pain ☐ Pain Scale # ☐ Numb

☐ **Elbow** ☐ Right ☐ Pain ☐ Pain Scale # ☐ Numb / ☐ Left ☐ Pain ☐ Pain Scale # ☐ Numb

☐ **Toe(s)** ☐ Right ☐ Pain ☐ Pain Scale # ☐ Numb / ☐ Left ☐ Pain ☐ Pain Scale # ☐ Numb
List Digits:

☐ **Wrist** ☐ Right ☐ Pain ☐ Pain Scale # ☐ Numb / ☐ Left ☐ Pain ☐ Pain Scale # ☐ Numb

☐ **Weakness** ☐ Right: ☐ Left: / ☐ UE: ☐ LE:

☐ **Hand** ☐ Right ☐ Pain ☐ Pain Scale # ☐ Numb / ☐ Left ☐ Pain ☐ Pain Scale # ☐ Numb

☐ **Coldness** ☐ Right: ☐ Left: / ☐ UE: ☐ LE:

☐ **Finger(s)** ☐ Right ☐ Pain ☐ Pain Scale # ☐ Numb / ☐ Left ☐ Pain ☐ Pain Scale # ☐ Numb
List Digits:

☐ **Burning** ☐ Right: ☐ Left: / ☐ UE: ☐ LE:

☑ **Mid-Back** ☑ Right ☐ Pain F ☑ Pain Scale # 9-10 ☐ Numb / ☑ Left ☑ Pain ☐ Pain Scale # ☐ Numb
Pulling Achy, Sharp w/ mvmt

☑ **Tingling Numbness** ☐ Right: ☑ Left: FINGER / ☐ UE: ☐ LE:

☑ **low Back** ☑ Right ☑ Pain I ☐ Pain Scale # ☐ Numb / ☑ Left ☑ Pain I ☑ Pain Scale # 9 ☐ Numb
When laying down, Mvmt
Sharp, Pulling

☐ **Pain Radiating To** ☑ Right: Butt ☑ Left:

☑ **Buttocks** ☑ Right ☐ Pain ☐ Pain Scale # 9 ☐ Numb / ☐ Left ☐ Pain ☐ Pain Scale # ☐ Numb
When laying down, Sitting, Mvmt

☐ **Other** No Sleep Because of Pain

Patient's Name: **Carrie McDonald** Date: **5/25/12**

- **ALLERGIES**   ☐ No Allergies   ☑ Allergic To:

  *Excema*

- **MEDICATION**   ☑ Patient Denies Taking Any Medication   ☐ Medications Taken:

- **REVIEW OF SYSTEMS**

- **RESULTS OF PREVIOUS TREATMENT & TESTS PERFORMED**   ☐ None

  ER → *Ibuprophen, Palpation No Tests*
  *600mg*

- **SOCIAL/FAMILY MEDICAL HISTORY**
  ☐ Heart Disease   ☐ Stroke   ☐ Circulatory Disorder   ☐ Blood Pressure   ☐ Diabetes   ☐ Other:

- **HISTORY OF PRE-EXISING ILLNESSES**
  *Brain Aneurysm 2008*

  *Excema*

- **WORKER'S COMPENSATION QUESTIONS**
  Date of Injury: _____   Time: _____   AM/PM
  Location (City and state where injury occurred): _____
  Did patient go to the hospital? ☐ Yes ☐ No   Via: ☐ Ambulance ☐ Other: _____
  Did patient suffer any cuts or contusions? ☐ No ☐ Yes  Describe: _____
  Is the patient working at the present time? ☐ Yes ☐ No  Date last worked: _____
  Has the patient missed any time from work? ☐ Yes ☐ No  Dates: _____
  At work patient is required to (in hours): Stand:___ Drive:___ Walk:___ Lift:___ Sit:___ Type:___ Other:___
  What limitations does patient experience as a result of the injury? (Circle Affected Area): Standing  Driving  Walking  Lifting
  Sitting  Typing  Other _____   Further describe limitations: _____

- **PERSONAL INJURY QUESTIONS**
  Date of Injury: **5 / 23 / 12**   Time: **9:02**   AM/PM  *Bus*   *Sitting on the*
  Was patient: ☐ Driver ☑ Passenger ☐ Front Seat ☐ Rear Seat ☐ Pedestrian ☐ Other  *on side*
  Was patient wearing seat belt? ☐ Yes ☐ No  Did the airbag deploy? ☐ Yes ☐ No
  Area of impact: ☐ Front ☑ Rear ☐ Passenger side ☑ Driver Side ☐ Other (Describe): *Back of Bus*
  Did patient go to the hospital? ☑ Yes ☐ No   Via: ☐ Ambulance ☐ Other (Indicate): _____
  Did patient suffer any cuts or contusions? ☐ Yes ☑ No  (Describe): _____
  X-rays taken? ☐ Yes ☑ No   Region(s) _____
  Fractures? ☐ Yes ☐ No   Region(s)/Location(s) _____
  Is the patient working at the present time? ☐ Yes ☑ No  Date last worked: *Laid Off*
  Has the patient missed any time from work? ☐ Yes ☐ No  Dates: _____
  At work patient is required to (in hours): Stand:___ Drive:___ Walk:___ Lift:___ Sit:___ Type:___ Other:___
  What limitations does patient experience as a result of the injury? (Circle affected area(s) below):
  Standing  Driving  Walking  Lifting  Sitting  Typing  Other (Describe): _____

  *Walking — >5min*          *Sitting — 20 minutes*

  *Laying — immediately*     *No Lifting*
  *Down*

Patient's Name: **Carrie McDonald** Date: 5/25/12

**■ PHYSICAL EXAMINATION – General**

Height: _____ Weight: _____ Pulse: _____ BP: _____
Patient is: ☐ Right handed ☐ Left handed

CNS Visual Fields ☑ Normal ☐ Abnormal
Fine Motor ☑ Normal ☐ Abnormal

**General Findings**
☑ Spasm _____ ☑ Cervical ☑ Thoracic ☑ Lumbar
☑ Tenderness _____ ☑ Cervical ☑ Thoracic ☑ Lumbar
☑ Trigger Points _____ ☑ Cervical ☑ Thoracic ☑ Lumbar

**Neck/Traps**
*Ranges of Motion:* with pain
Flexion ↓ /50 ☑
Extension ↓ /60 ☑
Right Rotation ↓ /80 ☑
Left Rotation ↓ /80 ☑
Right Lateral Flexion N /45
Left Lateral Flexion ↓ /45 ☑

*Orthopedic Tests:*
+ – Foraminal Compression R L
+ – Spurling's R L
+ – Foraminal Distraction R L
+ – Jackson's R L
+ – Shoulder Depressor R L
+ – Soto Hall R L
+ – Other _____

**Thoracic/Upper Trunk**
*Ranges of Motion:* with pain
Flexion /60 ☑
Right Rotation N /30 ☑
Left Rotation ↓ /30 ☑

*Orthopedic Tests:*
+ – Adams
+ – Soto Hall
+ – Schippelmann's R L
+ – Forester's
+ – Other _____

LEAN
+ Lt Left Rt Pain
+ Rt n Lt Pain

**Lumbar/Lower Trunk**
*Ranges of Motion:* with pain
Flexion ↓ /90 ☑
Extension N /25 ☑
Left Lateral Bending /25 ☑
Right Lateral Bending /25 ☐

*Orthopedic Tests:*
+ – Belt R L
+ – Lasegue/SLR R L
+ – Ely's R L
+ – Kemp's R L
+ – Braggard's R L
+ – Millgram's R L
+ – Double SLR R L
+ – Nachlas R L
+ – Yeoman's R L
+ – Other R Pat's

↑ Pain to Neck
a/s week

**MUSCLE TESTING**
Muscle Strength Rating System: x/5=Muscle Strength 0=Paralysis 1=No Movement/Minor Contraction 2=Movement w/no gravity
3=Full ROM/Perceptible Weakness 4=Full ROM/Moderate Resistance 5=Full ROM/Maximum Strength

|  | Deltoid | | Triceps | | Biceps | | Forearm Muscles | | Intrinsic Musc/Hand | | Quadriceps | | Hamstrings | | Calf Muscles | | Ext Hallicus Longus | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | R | L | R | L | R | L | R | L | R | L | R | L | R | L | R | L | R | L |
| Muscle Strength | /5 | /5 | /5 | /5 | 4/5 | 5/5 | /5 | /5 | /5 | /5 | /5 | /5 | /5 | /5 | /5 | /5 | /5 | /5 |
| Muscle Atrophy | 5 | 5 | | | | | 4 | 5 | 5 | 5 | 5 | 5 | 5 | | | | | |

Muscle Atrophy Rating System: P=Present A=Absent

**DERMATOMES** Check all that apply:

|  | C5 | | C6 | | C7 | | C8 | | T1 | | L1 | | L2 | | L3 | | L4 | | L5 | | S1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | R | L | R | L | R | L | R | L | R | L | R | L | R | L | R | L | R | L | R | L | R | L |
| Hyperesthesia | / | | | | | | | | | | | | | | | | | | | | | |
| Hypoesthesia | | | | | | | | | | | | | | | | | | | | | | |
| Normal | | / | / | / | / | / | / | | | | | | | | | | | | | | | |

GAIT ☐ Normal ☐ Abnormal ☐ Waddling ☐ Trendelenberg ☐ Antalgic: ☐ Rt ☐ Lt ☐ Forward ☐ Heel Walk ☐ Toe Walk

**■ DIAGNOSTIC TESTING ORDERED**
ROM
☑ Cervical _____
☑ Thoracic _____
☑ Lumbar _____

CMT
☑ Cervical
☑ Thoracic
☑ Lumbar
☐ Sacral
☐

HIGH FREQUENCY TRANSCUTANEOUS
NERVE STIMULATION (TCNS)
☐ Spine _____

**■ RADIOLOGY**
☐ X-Ray Interp If Taken Elsewhere _____
☑ Spine, Entire(6 view cervical, 2 view thoracic, 4 view lumbar)
☐ Spine, Entire (AP&L) _____
☐ Cervical (AP&L) _____
☐ Cervical (min. 4 view) _____
☐ Cervical, Complete (Davis Series) _____
☐ Thoracic (AP&L) _____
☐ Thoracic (Comp. w/ obliques) _____
☐ Thoracic Lumbar (AP&L) _____
☐ Lumbosacral (AP&L) _____
☐ Lumbosacral (Comp. w/ obliques) _____
☐ Lumbosacral (min. 4 views) _____
☐ Pelvis (AP only) _____
☐ Hip, 2 views ☐ Bilateral _____
☐ Other: _____

**■ TREATMENT**
☑ Spinal Adjustments
☐ Cold Pack _____ ☐ after exercise/PT
☑ Hot Pack _____ ☐ after exercise/PT
☑ Manual Traction _____
☑ Myofascial Release _____
☑ Neuromuscular Re-Edu _____
☐ Strengthen _____
☐ Stretch/ROM _____
☐ Massage _____
☐ Theraband Exercises _____
☐ UBE (Upper Body Exer.) _____
☐ LBE (Lower Body Exer) _____
☐ Exercise for Instability _____
☐ Gait Training _____
☐ Home Exercise Program _____
☐ Physio Ball Exercises _____
☐ Other _____

Patient's Name: __Carrie McDonald__          Date: __5/25/12__

---

- **PROGNOSIS**   ☒ GUARDED   ☐ POOR   ☐ GOOD   ☐ EXCELLENT

- **FREQUENCY OF CARE & TREATMENT GOALS**
  FREQUENCY: __3__ times per week for __12__ week then re-evaluate
  TREATMENT GOALS:   ☐ Decrease Pain   ☐ Increase ROM   ☐ Decrease Inflammation   ☐ Strengthen   ☐ Decrease Spasm
  ☐ Increase Endurance   ☐ Improve Gait   ☐ Reduce Trigger Points   ☐ Increase Flexibility   ☐ Sport-specific Strengthening

| **SUPPORTS AND DEVICES PRESCRIBED** | | |
|---|---|---|
| ☐ Cervical Collar  ☐ Custom _____ | ☐ Lumbar Support Custom _____ | ☐ Other: _____ |
| ☐ Cervical Traction for Home _____ | ☐ Lumbar Support Elastic Type ☐ w/ magnets _____ | _____ |
| ☐ Cervical Pillow _____ | ☐ Lumbar Seat Cushion _____ | _____ |
| ☐ Crutches  ☐ Cane | ☐ TENS Unit _____ | _____ |

| **REFER TO** | **REFER TO** |
|---|---|
| ☐ Orthopedist _____ | ☒ Physical Therapist __Spine__ |
| ☒ Neurologist __HA, HERN__ | ☒ MD __PAIN__ |
| ☐ Speech/Language Pathologist _____ | ☐ Massage Therapist _____ |
| ☐ Chiropractor _____ | ☒ MRI __HA, HERN__ |
| ☐ Other _____ | ☐ other _____ |

Doctor's Name Printed: __Ryan M Lukowski__          Date: __5/25/12__

Doctor's Signature _____



PATIENT NAME: **McDonald, Carrie**
ID: <u>164667-UPFALL ()</u>
DOB: ███/68
Exam Date: <u>05/31/12</u>

<u>**PROBLEM LIST:**</u>

CC: Pt chart was reviewed prior to exam. Seen for consultation at the request of Dr. Lukowski. Patient was involved in a traumatic motor vehicle accident, which was the passenger on a bus not wearing a seat belt on May 23, 2012 . Patient did go to the hospital by ambulance after the accident. Patient is complaining of upper, middle, and lower back pain with radiation of the pain down both shoulders and both lower extremities. Patient denies any loss of consciousness and has + headache at this time from the impact of the motor vehicle accident. Patient was not employed as a laborer prior to the accident. Patient is receiving chiropractic manipulation 3 times per week. Patient has a previous medical history of a brain aneurysm A number of years ago.
History: Brain aneurysm
Review of Systems:
Constitutional- unexplained weight changes
Eyes- no visual changes, eye pain
ENMT- no hearing changes
Cardiac- no chest pain, SOB or edema. .
Respiratory- no cough or respiratory distress
GI- no nausa, vomiting, adb pain
GU- no dysuria, frequency
Neuro- + headaches or weakness
Msk: Patient complaint upper, middle, and lower back pain with radiation to both shoulders right greater than left as well as the lower extremities bilateral.
Family, Social, History: no alcohol, The patient denies tobacco use, no drugs
44-year-old female. Weight 160 height 5 foot 1 inch. Blood pressure 130/96
Physical Exam: Vital signs are stable.
HEENT- normocephalic, PERRLA, EOM intact thyroid non- palpable
Heart: normal rate,rhythm,and intensity.
Lung: Clear to auscultation bilaterally
Abdomen: Positive bowel sounds, no masses, no bruits, no hernias
Neurologic: Cranial nerves 2-12 intact, motor, sensory, vibratory
Ext: ROM in all four extremities; distal pulses are normal
Skin: normal for age and race
Msk-, bilateral paravertebral muscle spasm noted in the cervical spine region. Decreased range of motion in flexion, extension, lateral side bending bilaterally to active and passive motion testing. Patient has bilateral trapezius point tenderness in the right greater than left. Bilateral paravertebral muscle spasm. The thoracolumbar spine region. Decreased range of motion in flexion, extension, lateral side bending right greater than left to active and passive motion testing. gait is normal, the deep tendon reflexes are symmetrical and equal. Sensory testing was normal
Plan: Pt will continue care with referring/treating doctor 3 times per week
Further testing ordered: MRI of the cervical, thoracic, and lumbar spine region . MRI of the brain due to the headaches
Meds: Flexeril 10 mg, one at bedtime
Return to office in 4 weeks.
impressions: Traumatic brain, injury. We'll get MRI of the brain history of brain aneurysm
1. cervical myositis/sprain, rule out cervical disc MRI ordered
2. thoracic myositis-sprain, rule out thoracic disc MRI ordered
3. lumbar myositis/sprain, rule out lumbar disc MRI ordered.
Patient is not to return to employment at time and not to perform household chores which would include food preparation, dusting, cleaning, vacuuming, as well as out door chores until further notice
Noel Upfall D.O.

*ORIGINAL*





Novi • Pontiac • Southfield
PHONE: 888-MRI-4-NOW (888-674-4669)
Fax: 800-792-6950
*www.PremierMRI.us*

| | |
|---|---|
| **Date:** | September 7, 2012 |
| **PATIENT:** | CARRIE MCDONALD |
| **DOB:** | ████ 1968 |
| **ACCOUNT#:** | ████ |
| **REF PHYSICIAN:** | UPFALL |
| **EXAM:** | CT L SPINE |

History:  Low back pain after a motor vehicle accident.

Procedure:  CT imaging through the lumbar spine was performed in the axial plane.  3-mm thick slices were reviewed with bone and soft tissue windows.  Sagittal and coronal two-dimensional and 3-dimensional reconstructions were created.

Findings:  The lumbar vertebra are normal in height and density. There is no fracture or bony destructive lesion.

There is no paraspinous soft tissue mass.

There is minimal atherosclerosis of the aorta.

At T12-L1 through L2-3 the disks are normal in height.  There is no focal disk displacement or herniation.  The canal and foramina are patent.

At L3-4 there is normal disk space heights.  There is mild disk displacement.  The canal diameter is adequate.  The foramina are patent.

At L4-5 there is normal disk space height.  There is mild disk displacement without canal or foraminal stenosis.

At L5-S1 there is disk space narrowing.  There is grade 1 retrolisthesis.  There is mild diffuse disk displacement.  The canal diameter is adequate.  There is mild bilateral foraminal stenosis.

IMPRESSION: DISK DISPLACEMENT AT L3-4 THROUGH L5-S1.

GRADE 1 RETROLISTHESIS AND DISK SPACE NARROWING AT L5-S1.

MINIMAL ATHEROSCLEROSIS OF THE AORTA.

Electronically Approved By  Michael J. Paley, MD  2012-9-10 14:44



Premier MRI CT

NOVI • PONTIAC • SOUTHFIELD
PHONE: 888-MRI-4-NOW (888-674-4669)
FAX: 800-792-6950
*www.PremierMRI.us*

| | |
|---|---|
| **Date:** | September 7, 2012 |
| **PATIENT:** | CARRIE MCDONALD |
| **DOB:** | ███1968 |
| **ACCOUNT#:** | ████████ |
| **REF PHYSICIAN:** | |
| **EXAM:** | CT LOWER EXT\CT RT HIP |

History:  Right hip pain after a motor vehicle accident

Procedure:  CT imaging through the right hip was performed and an eye.  2-mm thick slices were reviewed in bone and soft tissue windows.  Coronal and sagittal two-dimensional reconstructions were created and reviewed as well.

Findings:  There is no fracture, dislocation or other acute appearing bony abnormality.

Bony mineralization is satisfactory.

There is subtle subchondral cystic change of the supralateral aspect of the acetabulum.  There is no significant joint space narrowing or bony spurring.

The muscular structures appear normal in density and configuration. There is no evidence for muscle mass or hematoma.  The hamstring tendon origin is grossly intact.

There is no space-occupying mass or fluid collection.

There are no enlarged inguinal lymph nodes.  There is no evidence for an inguinal hernia.

The visualized portions of the urinary bladder appear normal.  There are scattered phleboliths in the pelvis.


IMPRESSION: MILD SUBCHONDRAL CYSTIC CHANGES OF THE SUPRALATERAL ASPECT OF THE ACETABULUM.

Electronically Approved By  Michael J. Paley, MD  2012-9-10 14:56



MCDONALD, CARRIE: ████
████ 984    1/16/13

DATE OF PROCEDURE/SURGERY:                    PROCEDURE NOTE

RE:

PREOPERATIVE DIAGNOSES:  L5-S1
1. Lumbar disc herniation
2. Lumbar spondylosis.
3. Facet syndrome.

POSTOPERATIVE DIAGNOSES:  L5-S1
1. Lumbar disc herniation
2. Lumbar spondylosis.
3. Facet syndrome.

OPERATIVE PROCEDURE:
1. Epidural steroid injection.  L5-S1
2. Epidurogram.
3. Fluoroscopy.
4. Bilateral facet injections at  L4-5
5. Bilateral facet injections at  L5-S1

SURGEON: Louis N. Radden, D.O.

ANESTHESIA: 1% Xylocaine, 0.25% Marcaine with epinephrine, 80 mg. of Depo-Medrol.

OPERATIVE PROCEDURE IN DETAIL: The patient was placed in the prone position. The back was
prepped and draped under usual surgical technique. Under fluoroscopic control, the appropriate disc
space was identified. The area was infiltrated with 1% Xylocaine. Once again under fluoroscopic
control, the Touhy needle was then easily inserted into the epidural space. This was confirmed by the
loss-of-resistance technique. After this, approximately 1 cc of Isovue was then injected into the epidural
space. The dye flowed freely along the nerve roots without obstruction. Following this, 80 mg. of Depo-
Medrol and 2 cc of saline and 1 cc of 0.25% Marcaine with epinephrine were injected into the epidural
space. Once this was complete, the Touhy needle was then easily inserted into the bilateral facet
joints at  L4-5  Once this was complete, 80 mg. of Depo-Medrol and 1 cc of 0.25% Marcaine with
epinephrine were injected into the bilateral facet joints at  L4-5. The previous sequence of
events was repeated with the bilateral facet joint injections at  L5-S1

The patient tolerated the procedure well and remained neurologically stable.

Louis N. Radden, D.O.

LNR/cjm

MCDONALD, CARRIE

1968
1013   *9-13-13*

PROCEDURE NOTE

DATE OF PROCEDURE/SURGERY

PREOPERATIVE DIAGNOSES:
1. Lumbar disc herniation, *L5-S1*
2. Lumbar spondylosis.
3. Facet syndrome.

POSTOPERATIVE DIAGNOSES:
1. Lumbar disc herniation, *L5-S1*
2. Lumbar spondylosis.
3. Facet syndrome.

OPERATIVE PROCEDURE:
1. Epidural steroid injection, *L5-S1*
2. Epidurogram.
3. Fluoroscopy.
4. Bilateral facet injections at *L4-5*
5. Bilateral facet injections at *L5-S1*

SURGEON: Lou's N. Redden, D.O.

ANESTHESIA: 1% Xylocaine, 0.25% Marcaine with epinephrine, 80 mg. of Depo-Medrol.

OPERATIVE PROCEDURE IN DETAIL: The patient was placed in the prone position. The back was prepped and draped under usual surgical technique. Under fluoroscopic control, the appropriate disc space was identified. The area was infiltrated with 1% Xylocaine. Once again under fluoroscopic control, the Touphy needle was then easily inserted into the epidural space. This was confirmed by the loss-of-resistance technique. After this, approximately 1 cc of Isovue was then injected into the epidural space. The dye flowed freely along the nerve roots without obstruction. Following this, 80 mg. of Depo-Medrol and 2 cc of saline and 1 cc of 0.25% Marcaine with epinephrine were injected into the epidural space. Once this was complete, the Touphy needle was then easily inserted into the bilateral facet joints at *L4-5* Once this was complete, 80 mg. of Depo-Medrol and 1 cc of 0.25% Marcaine with epinephrine were injected into the bilateral facet joints at *L4-5* The previous sequence of events was repeated with the bilateral facet joint injections at *L5-S1*

The patient tolerated the procedure well and remained neurologically stable.

Lou's N. Redden, D.O.

MCDONALD, CARRIE
1968
4013    2/13/13                    EPIDUROGRAM
DATE OF PROCEDURE/SURGERY

PREOPERATIVE DIAGNOSES:
1. Lumbar disc herniation, L 5-S₁
2. Lumbar spondylosis.

POSTOPERATIVE DIAGNOSES: L 5-S₁
1. Lumbar disc herniation, L 5-S₁
2. Lumbar spondylosis.

OPERATIVE PROCEDURE:
1. Epidurogram.
2. Fluoroscopy.

SURGEON: Louis N. Redden, D.O.

ANESTHESIA: 1% Xylocaine, 0.25% Marcaine with epinephrine, 80 mg. of Depo-Medrol.

OPERATIVE PROCEDURE IN DETAIL: The patient was placed in the prone position. The back was
prepped and draped under usual surgical technique. Under fluoroscopic control, the appropriate disc
space was identified. The area was infiltrated with 1% Xylocaine. Once again under fluoroscopic
control, the Touphy needle was then easily inserted into the epidural space. This was confirmed by the
loss-of-resistance technique. After this, approximately 1 cc of Isovue was then injected into the epidural
space. The dye flowed freely along the nerve roots without obstruction. There were no signs of
scarring.

The patient tolerated the procedure well and remained neurologically stable.


Louis N. Redden, D.O.

LNR/djm

Epidurogram.13013

MCDONALD, CARRIE ▮▮▮
▮▮▮ 1968
▮▮▮ 1013  *3-13-13*                    PROCEDURE NOTE

DATE OF PROCEDURE/SURGERY

PREOPERATIVE DIAGNOSES:  *L5-S1*
1. Lumbar disc herniation
2. Lumbar spondylosis.
3. Facet syndrome.

POSTOPERATIVE DIAGNOSES:  *L5-S1*
1. Lumbar disc herniation.
2. Lumbar spondylosis.
3. Facet syndrome.

OPERATIVE PROCEDURE:
1. Epidural steroid injection.  *L5-S1*
2. Epidurogram.
3. Fluoroscopy.
4. Bilateral facet injections at  *L4-5*
5. Bilateral facet injections at  *L5-S1*

SURGEON: Louis N. Radden, D.O.

ANESTHESIA: 1% Xylocaine, 0.25% Marcaine with epinephrine, 80 mg. of Depo-Medrol.

OPERATIVE PROCEDURE IN DETAIL: The patient was placed in the prone position. The back was prepped and draped under usual surgical technique. Under fluoroscopic control, the appropriate disc space was identified. The area was infiltrated with 1% Xylocaine. Once again under fluoroscopic control, the Touphy needle was then easily inserted into the epidural space. This was confirmed by the loss-of-resistance technique. After this, approximately 1 cc of Isovue was then injected into the epidural space. The dye flowed freely along the nerve roots without obstruction. Following this, 80 mg. of Depo-Medrol and 2 cc of saline and 1 cc of 0.25% Marcaine with epinephrine were injected into the epidural space. Once this was complete, the Touphy needle was then easily inserted into the bilateral facet joints at  *L4-5*. Once this was complete, 80 mg. of Depo-Medrol and 1 cc of 0.25% Marcaine with epinephrine were injected into the bilateral facet joints at  *L4-5*. The previous sequence of events was repeated with the bilateral facet joint injections at  *L5-S1*.

The patient tolerated the procedure well and remained neurologically stable.

Louis N. Radden, D.O.

MCDONALD, CARRIE
1968
1013    3/13/13
DATE OF PROCEDURE/SURGERY

EPIDUROGRAM

PREOPERATIVE DIAGNOSES:    L5-S1
1. Lumbar disc herniation.
2. Lumbar spondylosis.

POSTOPERATIVE DIAGNOSES:    L5-S1
1. Lumbar disc herniation.
2. Lumbar spondylosis.

OPERATIVE PROCEDURE:
1. Epidurogram.
2. Fluoroscopy.

SURGEON: Louis N. Redden, D.O.

ANESTHESIA: 1% Xylocaine, 0.25% Marcaine with epinephrine, 80 mg. of Depo-Medrol.

OPERATIVE PROCEDURE IN DETAIL: The patient was placed in the prone position. The back was prepped and draped under usual surgical technique. Under fluoroscopic control, the appropriate disc space was identified. The area was infiltrated with 1% Xylocaine. Once again under fluoroscopic control, the Touhy needle was then easily inserted into the epidural space. This was confirmed by the loss-of-resistance technique. After this, approximately 1 cc of isovue was then injected into the epidural space. The dye flowed freely along the nerve roots without obstruction. There were no signs of scarring.

The patient tolerated the procedure well and remained neurologically stable.

Louis N. Redden, D.O.

LNR/cjm

Epidurogram.13203



# Independent Evaluation Services, L.L.C.

30555 Southfield Rd. Suite 250 ~ Southfield, Michigan 48076 ~ 877-404-7305 ~ 248-971-2180 ~ 248-971-2188fax
www.independentevalservices.com

September 13, 2012

RE:     Carrie McDonald
        DOB: ███ /68
        Claim#: ███████ 2697
        D/I: 5/23/12

I saw Carrie McDonald for an independent orthopedic evaluation on September 13, 2012 in Southfield, Michigan. This evaluation did not constitute a physician/patient relationship, and I informed her that no treatment would be rendered by me.

## SYMPTOMS

Arriving at the clinic today Ms. McDonald stated she was feeling good. She continues to have bilateral aching temple pain. Vision is blurry, she thinks due to use of over the counter glasses. She has low back pain extending to her hips without weakness in the upper or lower extremities. Standing exacerbates the back pain and some relief is attributed to chiropractic manipulation.

## HISTORY OF PRESENT ILLNESS

At 9:30 am on May 23, 2012, Ms. McDonald was seated on a Detroit City Bus that was struck from behind by a truck, causing many passengers to fall from their seats. The driver seemed to be alternating pressing the accelerator and the brake, causing Ms. McDonald to be jerked back and forth striking the window, without lacerating her scalp and not throwing her to the floor. She did not lose consciousness, but had severe headaches afterward. She was taken to Receiving Hospital by ambulance where she was observed for three hours and released without x-ray studies. At home a neighbor advised she contact a lawyer who suggested follow-up with Dr. Upfall. She had some x-ray studies without identifying a fracture but a CT scan showed a blood clot "on my brain". Last Friday she had percutaneous placement of a coil in a cerebral artery.

Pertinent past history includes in 2008 for a cerebral aneurysm that was treated surgically by a coil.

She has been going to a chiropractor 3 times per week, recently decreased to 2 times per week for back pain. Physical therapy is scheduled to start next week.

## MEDICATIONS

She is on the anticoagulant Plavix and takes aspirin.

## PAST MEDICAL HISTORY

She denies a history of trauma, surgery (other than noted above), diabetes, arthritis or endocrine conditions. Review of systems is negative for strokes, seizures, epilepsy, migraines, ataxia, diplopia, numbness or weakness. The remainder of the review is unremarkable.

## OCCUPATIONAL HISTORY

Ms. McDonald was on her way to her job as a clerk when she was on the bus and has been laid off. She is actively seeking work.

## SOCIAL HISTORY

She abstains from smoking and alcohol use. She was educated through the 10th grade of high school, but then has pursued an associate's degree in computers at Wayne County Community College, but is not currently enrolled. Past hobby was swimming. She has no childcare responsibilities.

## PHYSICAL EXAMINATION

Ms. McDonald is an overweight woman whose height is 5'2" and weight is 209 pounds. She ambulates with a normal gait without limping. She was not unable to perform a squat nor

could she walk on her heels or toes, likely due to her body habitus. She did not appear in pain. Spinal curvatures were normal.

Examination showed her head to be normocephalic and atraumatic. Cranial nerves II through XII were intact. Visual fields are full. PERRLA and EOM intact. She moves all extremities without difficulty. Her pinch strength was 9 pounds on the right and 5 pounds on the left. She has no sign of spasticity. Deep tendon reflexes are 3+ in the upper extremities, absent in the knees, and ankles. Straight leg raising is negative bilaterally. There is no tenderness to palpation of the lumbar spine. There is no sign of symptom magnification.

Her speech is fluent, memory is quick without any scanning. Her mood seemed upbeat. Rhomboid tests were negative and she can do tandem walking effectively.

## RECORD REVIEW

No records were available.

## IMPRESSION

Ms. McDonald sustained trauma in a bus/truck accident in May 2012 and was not seen until later after she developed severe headaches and was found to have an intracranial bleed, likely from a coup-contrecoup force on the brain resulting in swinging of the brain inside the cranium, causing an aneurysm to bleed. She had a previous coil placed for an aneurysm in 2008. Last Friday, she was treated by the percutaneous placement of another coil, she said.

Subsequently, she has been recovering, but still has intermittent headaches and is restricted post-operatively by her attending physician, who intends to see her next week. Ms. McDonald is motivated to return to work when released.

Based on her history, she sustained an intracranial bleed as the result of the motor vehicle accident. Examination does not show any neurological sequelae and the prognosis for full recovery is good.

## RECOMMENDATION

It is recommended that she receive physical therapy addressed to her low back complaints. There were no signs of nerve root impingement and she is uncertain whether the studies showed disc injury from the accident. Based on examination findings alone, it appears that she has a soft tissue strain of her back that should resolve with further physical therapy.

Thank you for the opportunity of evaluating this individual. If you have any questions, please do not hesitate to contact me at Independent Evaluation Services.

Sincerely,

*Richard Ilka, M.D.*

Richard A. Ilka, M.D., M.P.H.
Board Certified Occupational & Environmental Medicine
Consultant to Independent Evaluation Services

RAI/amn



# *Independent Evaluation Services, L.L.C.*

30555 Southfield Rd. Suite 250 ~ Southfield, Michigan 48076 ~ 877-404-7305 ~ 248-971-2180 ~ 248-971-2188fax
www.independentevalservices.com

February 26, 2013

RE:   Carrie McDonald
DOB: ████ 1968
Claim#: ████ 2697
D/I: 05/23/2012

Today, February 26, 2013, I had the opportunity to perform an independent medical evaluation on Ms. Carrie McDonald at your request. Allegations include headaches, neck pain, back pain, bilateral shoulder and hip pain.

Before we began, Ms. McDonald was informed that this was an evaluation only and no treatment would be rendered.

## HISTORY OF PRESENT COMPLAINT

Ms. McDonald is a 45-year-old, right-handed female who was involved in a bus accident on May 23, 2012. She states she was sitting on the left side of the bus when the bus was rear-ended. This caused the driver to initially hit the gas and then to brake. With these movements, Ms. McDonald reports that she fell out of her seat and then back into it. She denies hitting her head or losing consciousness. She was having some back and neck pain, as well as dizziness. Police and EMS came and she was taken to Receiving Hospital. She states at Receiving Hospital, she was given some pain pills, which she believes were Naproxen and sent home.

Over the next week, it appears she obtained services of an attorney and also started treatment with Dr. Ryan at Elite Chiropractic for treatment. She also saw Dr. Upfall who may be affiliated with Elite Chiropractic, as well. About a month after the accident, she also saw her primary care physician, Dr. Yanez, for regular follow up and for the back pain. With regards to the back, he implemented no treatment.

She continues to follow up with Dr. Ryan for chiropractic treatments, at this time seeing him approximately two times a month. She reports that when she is doing the treatment, she does feel better, though she has minimal long lasting relief. Approximately one to two months after the accident, she did start physical therapy, though this was stopped secondary to brain surgery. She does feel that therapy was helping.

She does follow up with Dr. Upfall, who she saw approximately a month ago. He was prescribing medications and did order some CT scans of the neck, back and hips though she is uncertain of the results. He has also referred her to a pain specialist, Dr. Raden, approximately two to three months ago. It appears that Dr. Raden is writing for her Vicodin at this time. He is also performing what appear to be lumbar epidural injections. She has completed two injections and has one more pending. She feels they help a little bit, but they do not last long.

Since her accident, she has had a brain aneurysm repaired this past August. She also had a previous brain aneurysm repaired in 2008.

She denied any history of back or neck pain or previous motor vehicle accidents.

## CURRENT COMPLAINTS

She is currently complaining of neck and back pain that radiates into the left greater than right hip. Her main problem is the back and hip pain.

She states the back pain is located more in the center and is described as an aching. She notes it is hard for her to stand up, but when she is up, the pain does seem to ease up. Pain overall is worse with transition movements, in the morning, and if she is in one position too long, as well as when it rains. Symptoms are better with moving around and with changing her position. She denies any numbness or tingling down the legs, though she does have occasional pain in the left lateral thigh that just comes and goes.

With regards to the neck pain, this comes and goes. It is located mainly in the middle of the neck over the "spine bone". She describes this as a pressure to a tightness and soreness. This neck pain can be worse with looking down too long and better if she straightens the neck and does some exercises a little bit. She denies any radiation of symptoms down the upper extremities; no numbness or tingling.

She states that with her treatment, her neck pain has improved approximately 15 to 20 percent and her back approximately 10 percent.

## PAST MEDICAL HISTORY

Negative.

## PAST SURGICAL HISTORY

Brain aneurysm, status-post coiling in 2008 and 2012.

## MEDICATIONS

Vicodin approximately 4 per day. She has been taking this for approximately two months as prescribed by Dr. Raden.

## ALLERGIES

No known drug allergies.

## SOCIAL HISTORY

She is single. She does not smoke or drink. When asked about her history, she states she does not want to answer these questions.

## WORK HISTORY

Her last date of work was April 26, 2011. At that time, she worked for a cook at C.F. & G. Enterprise.

## REVIEW OF SYSTEMS

Review of systems is positive for weight gain, night sweats, headaches, back and neck pain, difficulty reading with occasional blurred vision, occasional weakness in the arm and leg, intermittent constipation, occasional forgetfulness. All other systems reviewed were negative.

## PHYSICAL EXAMINATION

Height: 5'1". Weight: 219 pounds. Movements on and off the examination table are fluid. Gait is non-antalgic with a normal heel strike. Patient is able to walk on her heels, but is unable to walk on her toes or to squat.

With examination of the cervical spine, patient reports diffuse tenderness to palpation in the midline and bilateral paraspinals. She has decreased extension and rotation with increased pain most notably with extension. She does hold her neck in a slightly protruded position.

On examination of the lumbar spine, she reports tenderness to palpation in the midline and bilateral paraspinals from L5 through the sacrum. Range of motion with flexion is limited to less than 30 degrees. Extension and side bending is within functional limits. There is increased pain with flexion. Patient does have an exaggerated lordosis in a standing position. Straight leg raise, seated and supine, are negative. There is no palpable shelf or step-off. With Patrick's on the right, she complains of groin pain. With Patrick's on the left, she complains of lateral hip pain.

She has full range of motion of her shoulder, elbow, wrist, hip, knee and ankle. No edema, erythema or increased warmth is noted of any joint. With left hip internal and external rotation, she does complain of left lateral thigh pain. With examination of the shoulder, impingement signs and empty can testing are negative.

Cranial nerves II through XII are intact. Sensation to light touch and pinprick is intact in the bilateral upper and lower extremities. Strength is 5/5 in the bilateral upper and lower extremities. Reflexes are 2+ in the bilateral upper extremities and decreased in the bilateral lower extremities. Hoffman and Babinski are negative.

Patient has normal pulses. No significant edema in the lower extremities. No calf tenderness to palpation. Patient has a scar in the right forearm and in the right knee.

## RECORD REVIEW

There is an IME done at Independent Evaluation Services by Dr. Richard Ilka, M.D., Board Certified Occupational and Environmental Medicine. This documents a patient who is having bilateral aching temple pain with blurred vision, which the patient thought was due to use of over-the-counter glasses. She also had low back pain extending to the hips with some relief attributed to the chiropractor. Patient was involved in a Detroit City bus accident on 5/23/12. She was treated at Receiving Hospital and discharged. A neighbor advised she contact a lawyer who suggested she follow up with Dr. Upfall. She had x-rays without identifying a fracture, but a CT scan showed a blood clot on her brain and she had a percutaneous placement of a coil in the cerebral artery the week prior to the exam. She also was noted to have a previous cerebral aneurysm treated in 2008. Patient impression was Coup-countrecoup force in the brain causing her aneurysm to bleed. She still had intermittent headaches and was restricted by her attending physician who she was to follow up with the next week. On exam, there was no neurological sequelae and prognosis for full recovery is good. It was recommended that she receive physical therapy to address her low back complaints. There were no signs of nerve root impingement.

IME from IES by Dr. Alex Steinbock on 10/19/12 was reviewed. Patient is a 44-year-old female who presents for neck and back pain status-post accident. It was noted that she had a coiling for her aneurysm on August 30 and has had frequent headaches since. Symptoms are worse with head movement. It is noted that she goes to a chiropractor monthly and physical therapy three times per week and is currently taking pain medication. Diagnosis was post-traumatic cephalgia, cervical strain, and lumbar strain. There were no objective neurological deficits on examination. There is no evidence of radiculopathy. Prognosis for function and recovery is good. It was noted that her current complaints are primarily musculoskeletal and that she should have recovered from these injuries.

Note from Dr. Noel Upfall dated 11/8/12 is reviewed. This notes the patient had brain surgery on 8/30 at Harper. Patient was a bus passenger not wearing a seat belt on 5/23/12. She was complaining of upper, middle and lower back pain with radiation of the pain down both shoulders and both lower extremities. She denies loss of consciousness though she does have a headache. She continues to see her spine specialist for pain management. He

notes that she may be having an arthrogram of her shoulder recommended by an orthopedic specialist. Patient with complaint of upper, middle and lower back pain. Patient with decreased range of motion in the right hip and the shoulders with pain above 45 degrees. Patient is diagnosed with cervical myositis/sprain, thoracic myositis/sprain, lumbar myositis/sprain. Patient is not to return to employment at that time and not to perform household chores which would include food preparation, dusting, cleaning, vacuuming, as well as outdoor chores until further notice.

Records from Elite Health Center as documenting work-employment disability dated 8/21/12 and 5/25/12 and 6/25/12 are reviewed.

Physical therapy note of 9/24/12 is reviewed.

<u>IMPRESSION</u>

After completing a comprehensive history and physical examination, as well as reviewing the above submitted medical records, based on the information available to me today, it is my opinion that Ms. McDonald suffered a cervical and lumbar strain/sprain. It appears that secondary to the force of the injury, she may have had a coup-countrecoup force causing her aneurysm to bleed for which she has had a coiling. It appears that she was having headaches initially, but those seem to have resolved at this time.

At this time, patient is complaining of neck and back pain with reported tenderness to palpation and decreased range of motion. Neurological exam is essentially normal at this time.

At this time, patient should be able to return to full duty as long as she has been released by her neurosurgeon. I would expect the patient to be at maximal medical improvement with treatment with regards to her back and neck pain. At this time, patient does not appear to be in need of any attendant services.

Thank you for the opportunity of evaluating this individual. If you have any questions, please do not hesitate to contact me at Independent Evaluation Services.

Page 7
February 26, 2013
Carrie McDonald

Sincerely,

Christopher Schoenherr, M.D. PM&R

CS/amn



# MICHIGAN CENTER FOR PHYSICAL T

## INDIVIDUAL PATIENT DETAIL REPORT

Printed on 02/05/2014 Wednesday 12:59:43

Date From To 02/05/2014

### General Information

| Name MCDONALD, CARRIE | | Acct# ▓ | Phone ▓ | Cash Bal | 0.00 |
|---|---|---|---|---|---|
| Title | DR01 Ref | Marital Unknown | SSN | Work | Ins Bal | 4,350.00 |
| Address ▓ | | | | Birthday ▓1968 |
| Alert | COD BANKRUPTCY | | | First Visit | 09/25/2012 |
| Note | FROM BITTNER | | | Last Date | 12/17/2012 |

### Policy Information

| Financial Code AA | Ins Code COD | Insured's Name MCDONALD, CARRIE | Relation Self |
|---|---|---|---|
| ID No# ▓2697 | Group Number | Phone ▓ | Participate Yes |
| Address ▓ | | | Assignment Yes |

**INS Name & Address**
CITY OF DETROIT LAW DEPT. , 2 WOODWARD AVENUE , DETROIT, MI 48226

**Diagnosis Information:** 7245 / 7291 /

### Transaction

| Claim No. | Service Date | Proc Code | DX | DR | Service Charge | Expect Ins | Pat Charge | Cash Paid | Ins Paid | Participat Adjust | Adjust | Balance Cash | Ins | RefID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13957 | 09/24/2012 | 97001 | 7245 | 04 | 150.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 85241 |
| 14141 | 10/05/2012 | 97010 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 86574 |
| 14141 | 10/05/2012 | 97032 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 86575 |
| 14141 | 10/05/2012 | 97035 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 86576 |
| 14141 | 10/05/2012 | 97110 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 86577 |
| 14141 | 10/05/2012 | 97140 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 87052 |
| 14206 | 10/10/2012 | 97010 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 87053 |
| 14206 | 10/10/2012 | 97035 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 87054 |
| 14206 | 10/10/2012 | 97014 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 87055 |
| 14206 | 10/10/2012 | 97110 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 87056 |
| 14206 | 10/10/2012 | 97140 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 87763 |
| 14324 | 10/17/2012 | 97010 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 87764 |
| 14324 | 10/17/2012 | 97035 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 87765 |
| 14324 | 10/17/2012 | 97014 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 87766 |
| 14324 | 10/17/2012 | 97110 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 87767 |
| 14324 | 10/17/2012 | 97140 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 88198 |
| 14382 | 10/19/2012 | 97035 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 88199 |
| 14382 | 10/19/2012 | 97110 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 88200 |
| 14382 | 10/19/2012 | 97140 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 88590 |
| 14458 | 10/24/2012 | 97010 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 88591 |
| 14458 | 10/24/2012 | 97035 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 88592 |
| 14458 | 10/24/2012 | 97014 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 88593 |
| 14458 | 10/24/2012 | 97110 | 7245 | 04 | 140.00 | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 88594 |
| 14458 | 10/24/2012 | 97140 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 89495 |
| 14588 | 10/31/2012 | 97010 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 89495 |

| Claim No. | Service Date | Proc Code | DX | DR | Service Charge | Expect Ins | Pat Charge | Cash Paid | Ins Paid | Participat Adjust | Adjust | Balance Cash | Ins | RefID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14588 | 10/31/2012 | 97035 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 89496 |
| 14588 | 10/31/2012 | 97014 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 89497 |
| 14588 | 10/31/2012 | 97110 | 7245 | 04 | 140.00 | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 89498 |
| 14588 | 10/31/2012 | 97140 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 89499 |
| 14675 | 11/05/2012 | 97010 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 90021 |
| 14675 | 11/05/2012 | 97035 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 90022 |
| 14675 | 11/05/2012 | 97014 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 90023 |
| 14675 | 11/05/2012 | 97110 | 7245 | 04 | 140.00 | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 90024 |
| 14675 | 11/05/2012 | 97140 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 90025 |
| 14783 | 11/12/2012 | 97010 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 90682 |
| 14783 | 11/12/2012 | 97035 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 90683 |
| 14783 | 11/12/2012 | 97014 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 90684 |
| 14783 | 11/12/2012 | 97110 | 7245 | 04 | 140.00 | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 90685 |
| 14783 | 11/12/2012 | 97140 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 90686 |
| 14848 | 11/14/2012 | 97010 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 91091 |
| 14848 | 11/14/2012 | 97035 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 91092 |
| 14848 | 11/14/2012 | 97014 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 91093 |
| 14848 | 11/14/2012 | 97110 | 7245 | 04 | 140.00 | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 91094 |
| 14848 | 11/14/2012 | 97140 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 91095 |
| 14970 | 11/21/2012 | 97010 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 91852 |
| 14970 | 11/21/2012 | 97035 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 91853 |
| 14970 | 11/21/2012 | 97014 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 91854 |
| 14970 | 11/21/2012 | 97110 | 7245 | 04 | 140.00 | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 91855 |
| 14970 | 11/21/2012 | 97140 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 91856 |
| 15127 | 12/03/2012 | 97010 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 92910 |
| 15127 | 12/03/2012 | 97035 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 92911 |
| 15127 | 12/03/2012 | 97014 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 92912 |
| 15127 | 12/03/2012 | 97110 | 7245 | 04 | 140.00 | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 92913 |
| 15127 | 12/03/2012 | 97140 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 92914 |
| 15374 | 12/17/2012 | 97010 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | -70.00 | 0.00 | 0.00 | 94444 |
| 15374 | 12/17/2012 | 97035 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 51.68 | 18.32 | 0.00 | 0.00 | 0.00 | 94445 |
| 15374 | 12/17/2012 | 97014 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 44.52 | 25.48 | 0.00 | 0.00 | 0.00 | 94446 |
| 15374 | 12/17/2012 | 97110 | 7245 | 04 | 140.00 | 140.00 | 0.00 | 0.00 | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 94447 |
| 15374 | 12/17/2012 | 97140 | 7245 | 04 | 70.00 | 70.00 | 0.00 | 0.00 | 54.09 | 15.91 | 0.00 | 0.00 | 0.00 | 94448 |
| 15374 | 07/05/2013 | INSPAY | 7245 | | 70.00 | 0.00 | 0.00 | 0.00 | 150.29 | 0.00 | 0.00 | 0.00 | 0.00 | 116688 |
| 15374 | 07/05/2013 | PARADJ | 7245 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.71 | 0.00 | 0.00 | 0.00 | 116689 |
| 15374 | 07/05/2013 | INSCRE | 7245 | | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 0.00 | 0.00 | 116690 |
| 15374 | 07/05/2013 | INSPAY | 7245 | | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 116691 |

Note: DX - Diagnosis
      DR - Doctor

| MAKE CHECKS PAYABLE TO: | IF PAYING BY CREDIT CARD,FILL OUT BELOW.CHECK CARD USED. |

RONALD S LEDERMAN MD PLLC
PO BOX 638027
CINCINNATI OH 45263-8027
248-889-4580

☐ MASTERCARD  ☐ VISA

CARD NUMBER                    AMOUNT

SIGNATURE                      EXP.DATE

EIN# 010760039

| AMOUNT DUE NOW | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|
| 0.00 | 02/05/2014 | 3530 33 | |

CARRIE  MCDONALD

RONALD S LEDERMAN MD PLLC
PO BOX 638027
CINCINNATI OH 45263-8027
248-889-4580

☐ Please check if address or insurance has changed. Make changes on reverse side.

PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS.

| DATE | PATIENT | DESCRIPTION | ACCOUNT ACTIVITY | |
|---|---|---|---|---|
| | | | INSURANCE | PATIENT |
| | CARRIE  MCDONALD | | | |
| | Date | Statement from 01/01/2000 to 02/05/2014 | | |
| 04/02/2013 | 99203 | OFFICE VISIT, NEW PT; MODERATE | 450.00 | |
| 04/02/2013 | 76942 | ULTRASOUND GUIDE FOR NEEDLE PLACEMENT | 500.00 | |
| 04/02/2013 | 20610 | INJECTION, LARGE JOINT (KNEE/HIP/SHOULDR | 300.00 | |
| 04/02/2013 | J3301 | KENALOG INJECTION, 10 MG | 140.00 | |
| 04/02/2013 | 73520 | X-RAY; HIPS, BILATERAL, MIN 2 VIEWS | 180.00 | |

BALANCE  | 1570.00 | 0.00 |

PLEASE MAKE PAYMENT IN FULL UPON RECEIPT

BILLING QUESTIONS PLEASE CALL (248) 889-4580

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS | ACCT: |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33-3530 CARRIE |

MAKE CHECKS PAYABLE TO:   RONALD S LEDERMAN MD PLLC
PO BOX 638027
CINCINNATI OH 45263-8027

MAKE CHECKS PAYABLE TO:

ELITE HEALTH CENTERS INC
13927 PLUMBROOK ROAD
STERLING HEIGHTS MI 48312-1727
248-889-4580

EIN# 900748329

| IF PAYING BY CREDIT CARD,FILL OUT BELOW,CHECK CARD USED. | |
|---|---|
| ☐ MASTERCARD | ☐ VISA |
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXP.DATE |

| AMOUNT DUE NOW | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|
| 0.00 | 02/05/2014 | 2430 | |
| | | 23 | |

CARRIE MCDONALD

ELITE HEALTH CENTERS INC
13927 PLUMBROOK ROAD
STERLING HEIGHTS MI 48312-1727
248-889-4580

☐ Please check if address or insurance has changed. Make changes on reverse side.

PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS.

| DATE | PATIENT | DESCRIPTION | ACCOUNT ACTIVITY | |
|---|---|---|---|---|
| | | | INSURANCE | PATIENT |
| | CARRIE MCDONALD | | | |
| 05/31/2012 | | 99204 OFFICE VISIT NEW PATIENT EXTENSIVE | 250.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -216.40 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -33.60 | |
| 06/28/2012 | | 99214 OFFICE VISIT ESTABLISHED PT EXTENSIVE | 200.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -136.85 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -63.15 | |
| 08/16/2012 | | 99214 OFFICE VISIT ESTABLISHED PT EXTENSIVE | 200.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -145.55 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -54.45 | |
| 09/20/2012 | | 99214 OFFICE VISIT ESTABLISHED PT EXTENSIVE | 200.00 | |
| 07/18/2013 | | INSURANCE PAYMENT | -144.75 | |
| 07/18/2013 | | PARTICIPATING ADJUSTMENT | -55.25 | |
| 11/08/2012 | | 99214 OFFICE VISIT ESTABLISHED PT EXTENSIVE | 200.00 | |
| 04/25/2013 | | INSURANCE PAYMENT | -144.75 | |
| 04/25/2013 | | PARTICIPATING ADJUSTMENT | -55.25 | |
| 12/20/2012 | | 99214 OFFICE VISIT ESTABLISHED PT EXTENSIVE | 200.00 | |
| 02/07/2013 | | 99214 OFFICE VISIT ESTABLISHED PT EXTENSIVE | 200.00 | |
| 04/04/2013 | | 99214 OFFICE VISIT ESTABLISHED PT EXTENSIVE | 200.00 | |

BALANCE  800.00    0.00

PLEASE MAKE PAYMENT IN FULL UPON RECEIPT.

BILLING QUESTIONS PLEASE CALL 248-889-4580

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ACCT:
23-2430
CARRIE

MAKE CHECKS PAYABLE TO:    ELITE HEALTH CENTERS INC
13927 PLUMBROOK ROAD
STERLING HEIGHTS MI 48312-1727

PAGE: 1

MAKE CHECKS PAYABLE TO:

ELITE HEALTH CENTERS INC
13927 PLUMBROOK ROAD
STERLING HEIGHTS MI 48312-1727
248-889-4580

EIN# 900748329

CARRIE  MCDONALD

| IF PAYING BY CREDIT CARD, FILL OUT BELOW, CHECK CARD USED. | |
|---|---|
| ☐ MASTERCARD | ☐ VISA |
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXP. DATE |

| AMOUNT DUE NOW | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|
| 0.00 | 02/05/2014 | 2430 | |
| | | 23 | |

ELITE HEALTH CENTERS INC
13927 PLUMBROOK ROAD
STERLING HEIGHTS MI 48312-1727
248-889-4580

☐ Please check if address or insurance has changed. Make changes on reverse side.

PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS.

| DATE | PATIENT | DESCRIPTION | ACCOUNT ACTIVITY | |
|---|---|---|---|---|
| | | | INSURANCE | PATIENT |
| | CARRIE  MCDONALD | -- CONTINUE -- | | |
| 06/27/2013 | | 99214 OFFICE VISIT ESTABLISHED PT EXTENSIVE | 200.00 | |

| | BALANCE | 800.00 | 0.00 |
|---|---|---|---|

PLEASE MAKE PAYMENT IN FULL UPON RECEIPT.

BILLING QUESTIONS PLEASE CALL 248-889-4580

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS | ACCT: |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23-2430 |
| | | | | | CARRIE |

MAKE CHECKS PAYABLE TO:        ELITE HEALTH CENTERS INC
13927 PLUMBROOK ROAD
STERLING HEIGHTS MI 48312-1727

| MAKE CHECKS PAYABLE TO: | |
|---|---|

ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727
248-889-4580

| IF PAYING BY CREDIT CARD,FILL OUT BELOW,CHECK CARD USED. | |
|---|---|
| ☐ MASTERCARD | ☐ VISA |
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXP.DATE |

| AMOUNT DUE NOW | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|
| 0.00 | 02/05/2014 | 1910 21 | |

CARRIE MCDONALD



ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727
248-889-4580

☐ Please check if address or insurance has changed. Make changes on reverse side.

PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS.

| DATE | PATIENT | DESCRIPTION | ACCOUNT ACTIVITY | |
|---|---|---|---|---|
| | | | INSURANCE | PATIENT |
| | CARRIE MCDONALD | | | |
| 05/25/2012 | | 99205 OFFICE VISIT NEW PATIENT COMPREHENSIVE | 325.00 | |
| 05/25/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 05/25/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 05/25/2012 | | 72052 X-RAY EXAM SPINE, CERVICAL, COMPLETE | 225.00 | |
| 05/25/2012 | | 72070 X-RAY EXAM SPINE, THORACIC, 2 VIEWS | 150.00 | |
| 05/25/2012 | | 72114 XRAY, COMPLETE L/S SPINE, BENDING VIEWS | 250.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -975.17 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -39.83 | |
| 05/29/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 05/29/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 05/29/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -133.04 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -11.96 | |
| 05/30/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 05/30/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 05/30/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -133.04 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -11.96 | |

| BALANCE | 2125.00 | 0.00 |
|---|---|---|

PLEASE MAKE PAYMENT IN FULL UPON RECEIPT.

BILLING QUESTIONS PLEASE CALL 248-889-4580

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ACCT:
21-1910
CARRIE

MAKE CHECKS PAYABLE TO:   ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727

| MAKE CHECKS PAYABLE TO: | IF PAYING BY CREDIT CARD, FILL OUT BELOW, CHECK CARD USED. |

ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727
248-889-4580

☐ MASTERCARD  ☐ VISA

CARD NUMBER                    AMOUNT

SIGNATURE                      EXP.DATE

| AMOUNT DUE NOW | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|
| 0.00 | 02/05/2014 | 1910 | |
| | | 21 | |

CARRIE MCDONALD

ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727
248-889-4580

☐ Please check if address or insurance has changed. Make changes on reverse side.

**PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS.**

| DATE | PATIENT | DESCRIPTION | ACCOUNT ACTIVITY | |
|---|---|---|---|---|
| | | | INSURANCE | PATIENT |
| | CARRIE MCDONALD | -- CONTINUE -- | | |
| 06/04/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 06/04/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 06/04/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -133.04 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -11.96 | |
| 06/06/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 06/06/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 06/06/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -133.63 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -11.37 | |
| 06/08/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 06/08/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 06/08/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -133.63 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -11.37 | |
| 06/13/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 06/13/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 06/13/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |

| | BALANCE | 2125.00 | 0.00 |
|---|---|---|---|

PLEASE MAKE PAYMENT IN FULL UPON RECEIPT.

BILLING QUESTIONS PLEASE CALL 248-889-4580

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS | ACCT: |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21-1910 CARRIE |

MAKE CHECKS PAYABLE TO:    ELITE CHIROPRACTIC PC
                           13927 PLUMBROOK ROAD
                           STERLING HEIGHT MI 48312-1727

MAKE CHECKS PAYABLE TO:

ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727
248-889-4580

IF PAYING BY CREDIT CARD,FILL OUT BELOW,CHECK CARD USED.

☐ MASTERCARD     ☐ VISA

CARD NUMBER       AMOUNT

SIGNATURE       EXP.DATE

| AMOUNT DUE NOW | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|
| 0.00 | 02/05/2014 | 1910 | |
| | | 21 | |

CARRIE  MCDONALD

ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727
248-889-4580

☐ Please check if address or insurance has changed. Make changes on reverse side.

**PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS.**

| | | | ACCOUNT ACTIVITY | |
|---|---|---|---|---|
| DATE | PATIENT | DESCRIPTION | INSURANCE | PATIENT |
| | CARRIE  MCDONALD | -- CONTINUE -- | | |
| 02/14/2013 | | INSURANCE PAYMENT | -133.63 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -11.37 | |
| 06/18/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 06/18/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 06/18/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -133.63 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -11.37 | |
| 06/20/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 06/20/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 06/20/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -133.63 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -11.37 | |
| 06/25/2012 | | 99213 OFFICE VISIT ESTABLISHED PT MODERATE | 150.00 | |
| 06/25/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 06/25/2012 | | 97140 MANUAL TRACTION, TRIGGER PT RELEASE | 70.00 | |
| 06/25/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 06/25/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -224.41 | |

BALANCE    2125.00      0.00

PLEASE MAKE PAYMENT IN FULL UPON RECEIPT.

BILLING QUESTIONS PLEASE CALL 248-889-4580

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ACCT:
21-1910
CARRIE

MAKE CHECKS PAYABLE TO:    ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727

| MAKE CHECKS PAYABLE TO: | IF PAYING BY CREDIT CARD,FILL OUT BELOW,CHECK CARD USED. |

ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727
248-889-4580

☐ MASTERCARD                  ☐ VISA

CARD NUMBER                              AMOUNT

SIGNATURE                                    EXP.DATE

| AMOUNT DUE NOW | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|
| 0.00 | 02/05/2014 | 1910 | |
| | | 21 | |

CARRIE  MCDONALD

ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727
248-889-4580

☐ Please check if address or insurance has changed. Make changes on reverse side.

PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS.

| DATE | PATIENT | DESCRIPTION | ACCOUNT ACTIVITY | |
|---|---|---|---|---|
| | | | INSURANCE | PATIENT |
| | CARRIE  MCDONALD | -- CONTINUE -- | | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -60.59 | |
| 06/27/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 06/27/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 06/27/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -133.63 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -11.37 | |
| 07/06/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 07/06/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 07/06/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -133.63 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -11.37 | |
| 07/09/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 07/09/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 07/09/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -133.63 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -11.37 | |
| 07/13/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 07/13/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |

BALANCE   2125.00      0.00

PLEASE MAKE PAYMENT IN FULL UPON RECEIPT.

BILLING QUESTIONS PLEASE CALL 248-889-4580

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ACCT:
21-1910
CARRIE

MAKE CHECKS PAYABLE TO:    ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727

PAGE  14

| MAKE CHECKS PAYABLE TO: | | IF PAYING BY CREDIT CARD, FILL OUT BELOW, CHECK CARD USED. | |
|---|---|---|---|

ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727
248-889-4580

☐ MASTERCARD      ☐ VISA

CARD NUMBER                                    AMOUNT

SIGNATURE                                          EXP. DATE

| AMOUNT DUE NOW | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|
| 0.00 | 02/05/2014 | 1910 | |
| | | 21 | |

CARRIE MCDONALD

ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727
248-889-4580

☐ Please check if address or insurance has changed. Make changes on reverse side.

**PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS.**

| DATE | PATIENT | DESCRIPTION | ACCOUNT ACTIVITY | |
|---|---|---|---|---|
| | | | INSURANCE | PATIENT |
| | CARRIE MCDONALD | -- CONTINUE -- | | |
| 07/13/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -133.63 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -11.37 | |
| 07/18/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 07/18/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 07/18/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -133.63 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -11.37 | |
| 07/25/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 07/25/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 07/25/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -133.63 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -11.37 | |
| 07/30/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 07/30/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 07/30/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -133.63 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -11.37 | |

**BALANCE**    2125.00        0.00

PLEASE MAKE PAYMENT IN FULL UPON RECEIPT.

BILLING QUESTIONS PLEASE CALL 248-889-4580

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS | ACCT: |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21-1910 CARRIE |

MAKE CHECKS PAYABLE TO:      ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727

**MAKE CHECKS PAYABLE TO:**

ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727
248-889-4580

| IF PAYING BY CREDIT CARD, FILL OUT BELOW, CHECK CARD USED. | |
|---|---|
| ☐ MASTERCARD | ☐ VISA |
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXP. DATE |

| AMOUNT DUE NOW | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|
| 0.00 | 02/05/2014 | 1910 | |
| | | 21 | |

CARRIE MCDONALD

ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727
248-889-4580

☐ Please check if address or insurance has changed. Make changes on reverse side.

PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS.

| DATE | PATIENT | DESCRIPTION | ACCOUNT ACTIVITY | |
|---|---|---|---|---|
| | | | INSURANCE | PATIENT |
| | CARRIE MCDONALD | -- CONTINUE -- | | |
| 08/03/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 08/03/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 08/03/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 07/29/2013 | | INSURANCE PAYMENT | -133.63 | |
| 07/29/2013 | | PARTICIPATING ADJUSTMENT | -11.37 | |
| 08/10/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 08/10/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 08/10/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -133.63 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -11.37 | |
| 08/21/2012 | | 99213 OFFICE VISIT ESTABLISHED PT MODERATE | 150.00 | |
| 08/21/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 08/21/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 08/21/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 02/14/2013 | | INSURANCE PAYMENT | -234.05 | |
| 02/14/2013 | | PARTICIPATING ADJUSTMENT | -60.95 | |
| 09/10/2012 | | 99213 OFFICE VISIT ESTABLISHED PT MODERATE | 150.00 | |
| 09/10/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |

| | BALANCE | 2125.00 | 0.00 |
|---|---|---|---|

PLEASE MAKE PAYMENT IN FULL UPON RECEIPT.

BILLING QUESTIONS PLEASE CALL 248-889-4580

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ACCT:
21-1910
CARRIE

**MAKE CHECKS PAYABLE TO:**   ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727

PAGE: 6

| MAKE CHECKS PAYABLE TO: | IF PAYING BY CREDIT CARD,FILL OUT BELOW,CHECK CARD USED. | |
|---|---|---|
| ELITE CHIROPRACTIC PC | ☐ MASTERCARD | ☐ VISA |
| 13927 PLUMBROOK ROAD | CARD NUMBER | AMOUNT |
| STERLING HEIGHT MI 48312-1727 | | |
| 248-889-4580 | SIGNATURE | EXP.DATE |

| AMOUNT DUE NOW | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|
| 0.00 | 02/05/2014 | 1910 | |
| | | 21 | |

CARRIE  MCDONALD

ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727
248-889-4580

☐ Please check if address or insurance has changed. Make changes on reverse side.

**PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS.**

| DATE | PATIENT | DESCRIPTION | ACCOUNT ACTIVITY | |
|---|---|---|---|---|
| | | | INSURANCE | PATIENT |
| | CARRIE  MCDONALD | – CONTINUE – | | |
| 09/10/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 09/10/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 07/29/2013 | | INSURANCE PAYMENT | -234.11 | |
| 07/29/2013 | | PARTICIPATING ADJUSTMENT | -60.89 | |
| 09/19/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 09/19/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 09/19/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 07/29/2013 | | INSURANCE PAYMENT | -133.90 | |
| 07/29/2013 | | PARTICIPATING ADJUSTMENT | -11.10 | |
| 10/15/2012 | | 99213 OFFICE VISIT ESTABLISHED PT MODERATE | 150.00 | |
| 10/15/2012 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 10/15/2012 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 10/15/2012 | | 97112 NEUROMUSCULAR REEDUCATION | 55.00 | |
| 10/15/2012 | | 97110 THERAPEUTIC EXERCISE, EACH 15 MINUTES | 55.00 | |
| 10/15/2012 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 07/29/2013 | | INSURANCE PAYMENT | -343.77 | |
| 07/29/2013 | | PARTICIPATING ADJUSTMENT | -61.23 | |
| 01/11/2013 | | 99213 OFFICE VISIT ESTABLISHED PT MODERATE | 150.00 | |

| | BALANCE | 2125.00 | 0.00 |
|---|---|---|---|

PLEASE MAKE PAYMENT IN FULL UPON RECEIPT.

BILLING QUESTIONS PLEASE CALL 248-889-4580

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS | ACCT: |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21-1910 |
| | | | | | CARRIE |

MAKE CHECKS PAYABLE TO:   ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727

MAKE CHECKS PAYABLE TO:

ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727
248-889-4580

IF PAYING BY CREDIT CARD, FILL OUT BELOW, CHECK CARD USED.

| ☐ MASTERCARD | ☐ VISA |
|---|---|
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXP.DATE |

| AMOUNT DUE NOW | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|
| 0.00 | 02/05/2014 | 1910 | 21 |

CARRIE MCDONALD

ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727
248-889-4580

☐ Please check if address or insurance has changed. Make changes on reverse side.

PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS.

| DATE | PATIENT | DESCRIPTION | ACCOUNT ACTIVITY INSURANCE | PATIENT |
|---|---|---|---|---|
| | CARRIE MCDONALD | -- CONTINUE -- | | |
| 01/11/2013 | | 98940 MANIPULATION TREATMENT 1-2 REGIONS | 35.00 | |
| 01/11/2013 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 01/11/2013 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 02/11/2013 | | 99212 OFFICE VISIT ESTABLISHED PT LIMITED | 100.00 | |
| 02/11/2013 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 02/11/2013 | | 97010 HOT/COLD PACK PT | 50.00 | |
| 02/11/2013 | | 97012 MECHANICAL TRACTION | 65.00 | |
| 04/18/2013 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 04/18/2013 | | 97140 MANUAL TRACTION, TRIGGER PT RELEASE | 70.00 | |
| 06/27/2013 | | 98941 MANIPULATION TREATMENT 3-4 REGIONS | 80.00 | |
| 06/27/2013 | | 97140 MANUAL TRACTION, TRIGGER PT RELEASE | 70.00 | |

BALANCE | 2125.00 | 0.00

PLEASE MAKE PAYMENT IN FULL UPON RECEIPT.

BILLING QUESTIONS PLEASE CALL 248-889-4580

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS | ACCT: |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21-1910 CARRIE |

MAKE CHECKS PAYABLE TO: ELITE CHIROPRACTIC PC
13927 PLUMBROOK ROAD
STERLING HEIGHT MI 48312-1727

## AMERICAN ANESTHESIA ASSOCIATES, LLC
### 5623 E. DUNBAR ROAD
### MONRIOE,MI 48161-9127
### 734-241-3891

**TO:**   ROULA    /MICHAEL MORSE, ATTORNEY
**FAX:**  855-776-8518

**FROM:**        AMERICAN ANESTHESIA ASSOCIATES,LLC

**REFERENCE:**    (PATIENT)   CARRIE  MCDONALD
                  DOB:  ███1968

                  **BALANCE:  $ 1,078.00**

Please see enclosed outstanding bill for the above patient.

Please include this bill during settlement.

Thank you.

**American Anesthesia Associates,LLC**
**(734) 241-3891**

(1500)

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

MICHAEL MORSE **
LAWYER
24901 N WESTERN HYW
STE 700
SOUTHFIELD MI  48075

| PICA | | PICA |
|---|---|---|

**1. MEDICARE** / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
MCDONALD  CARRIE

**3. PATIENT'S BIRTH DATE**  1968  **SEX** F [X]

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
MCDONALD  CARRIE

**5. PATIENT'S ADDRESS** (No., Street)

CITY    STATE MI

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X] Spouse [ ] Child [ ] Other [ ]

**7. INSURED'S ADDRESS** (No., Street)
2697

CITY    STATE MI

ZIP CODE    TELEPHONE (Include Area Code)

**8. PATIENT STATUS**
Single [ ] Married [ ] Other [ ]
Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

ZIP CODE    TELEPHONE (Include Area Code)

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)
MCDONALD  CARRIE

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**
2697

**b. OTHER INSURED'S DATE OF BIRTH**  1968  M [ ] F [ ]

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**
CITY OF DETROIT W/C **

**10. IS PATIENT'S CONDITION RELATED TO:**
a. EMPLOYMENT? (Current or Previous) YES [ ] NO [X]
b. AUTO ACCIDENT? YES [ ] NO [X]  PLACE (State)
c. OTHER ACCIDENT? YES [ ] NO [X]

**10d. RESERVED FOR LOCAL USE**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
NONE

**a. INSURED'S DATE OF BIRTH**  1968  M [ ] F [X]

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
MICHAEL MORSE **

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES [ ] NO [ ]  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  03-13-13

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT:** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)  03 12 13

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM    TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
RADDEN, LOUIS

**17b.** NPI 1184675886

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM    TO

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES [ ] NO [X]  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 72210
3. 

**22. MEDICAID RESUBMISSION CODE**    ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| ANES TIME 08.40-08.56 | | | | | | | | | | |
| 03 13 13  03 13 13 | 11 | | 01992 | QZ | 1 | 539 00 | 01 | | NPI | 1063466928 |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**  6928  SSN [ ] EIN [X]

**26. PATIENT'S ACCOUNT NO.**  1270

**27. ACCEPT ASSIGNMENT?** YES [X] NO [ ]

**28. TOTAL CHARGE**  $ 539 00

**29. AMOUNT PAID**  $ 00

**30. BALANCE DUE**  $ 539 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS**
CRNA, DAVID WHITESELL

**32. SERVICE FACILITY LOCATION INFORMATION**
SPINE SPECIALISTS OF MICH
28426 W 8 MI RD, UNIT A4
FARMINGTON HILLS MI 48336-5

**33. BILLING PROVIDER INFO & PH #**  ( 734 ) 241-3891
AMERICAN ANESTHESIA ASSOC LLC
5623 E. DUNBAR ROAD
MONROE MI 48161-9127
1083959548

NUCC Instruction Manual available at: www.nucc.org    WCMS-1500CS

MORSE

(1500)
**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

MICHAEL MORSE **
LAWYER
24901 N WESTERN HYW
STE 700
SOUTHFIELD MI  48075

PICA

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | [X] (ID) | 2697 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
MCDONALD  CARRIE

3. PATIENT'S BIRTH DATE　01 | 31 | 1968　SEX  M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
MCDONALD  CARRIE

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY　　　STATE  MI

8. PATIENT STATUS
Single [ ]  Married [ ]  Other [ ]

CITY　　　STATE  MI

ZIP CODE　TELEPHONE (Include Area Code)

Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

ZIP CODE　TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
MCDONALD  CARRIE

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
NONE

a. OTHER INSURED'S POLICY OR GROUP NUMBER
2697

a. EMPLOYMENT? (Current or Previous)
YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH  1968  SEX  M [ ] F [X]

b. OTHER INSURED'S DATE OF BIRTH  1968  SEX  M [ ] F [ ]

b. AUTO ACCIDENT?  PLACE (State)
YES [ ]  NO [X]

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
MICHAEL MORSE **

d. INSURANCE PLAN NAME OR PROGRAM NAME
CITY OF DETROIT W/C **

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [ ]  NO [ ]  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED　SIGNATURE ON FILE　DATE  02 13 13

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED　SIGNATURE ON FILE

14. DATE OF CURRENT:　02 12 13　ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
RADDEN, LOUIS

17b. NPI  1184675886

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM　TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES [ ]  NO [X]　$ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 72210
3.

22. MEDICAID RESUBMISSION
CODE　ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From To | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ANES TIME 11.25-11.47 | | | | | | | |
| 02 13 13 | 02 13 13 | 11 | | 01992 | QZ | 1 | 539 00 | 01 | | NPI | 1063466928 | |
| | | | | | | | | | | NPI | | |
| | | | | | | | | | | NPI | | |
| | | | | | | | | | | NPI | | |
| | | | | | | | | | | NPI | | |

25. FEDERAL TAX I.D. NUMBER　SSN [ ] EIN [X]
6928

26. PATIENT'S ACCOUNT NO.
1270

27. ACCEPT ASSIGNMENT?
YES [X]  NO [ ]

28. TOTAL CHARGE
$ 539 00

29. AMOUNT PAID
$ .00

30. BALANCE DUE
$ 539 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID WHITESELL, CRNA
SIGNED

32. SERVICE FACILITY LOCATION INFORMATION
SPINE SPECIALISTS OF MICH
28426 W 8 MI RD, UNIT A4
FARMINGTON HILLS MI 48336

33. BILLING PROVIDER INFO & PH # ( 734 ) 241-3891
AMERICAN ANESTHESIA ASSOC LLC
5623 E. DUNBAR ROAD
MONROE MI 48161-9127
1083959548

NUCC Instruction Manual available at: www.nucc.org　　　　　　　　　APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS



STATE OF MICHIGAN
DEPARTMENT OF COMMUNITY HEALTH
LANSING

RICK SNYDER
GOVERNOR

JAMES K. HAVEMAN
DIRECTOR

May 7, 2013

Helen Manesia
25657 Southfield Road
Southfield, MI 48075

D/I: May 23, 2012
Re: CARRIE MCDONALD
Medicaid ID#: ████7094
Amount: $126.94

Dear Ms. Manesia:

We have been informed that you have been retained for the purpose of seeking recovery for personal injury arising out of the incident referenced above. Please be advised that the Michigan Department of Community Health (MDCH) has a subrogation interest regarding Medicaid payments relative to the above-referenced incident. If the beneficiary has been enrolled in a Medicaid Managed Care Plan, the plan is identified below and should be contacted directly regarding its interest. Please note that Medicaid and Medicaid Managed Care Plans are separate entities; **their subrogation interests must be resolved separately.**

Section 106 of the Social Welfare Act, MCL 400.106, provides that MDCH is subrogated to any right of recovery that the beneficiary may have for the cost of medical care. In their application for assistance, the beneficiary executed an assignment of benefits to MDCH for recoveries related to medical expenditures made by the Medicaid program. Additionally, the beneficiary must advise MDCH of the commencement of any action or proceeding for the recovery of medical expenditures. MDCH is authorized to intervene or join in any proceeding to recover such expenditures. Further, except for Medicare, MDCH has first priority against any proceeds for the net recovery from any settlement. See MCL 400.106 (3)-(5).

We look forward to working cooperatively with your office to determine the appropriate action to take in this matter. We would appreciate receiving any information you have regarding any third parties who may be liable for our medical expenditures, especially any administrative or court actions that you intend to commence, and copies of any associated pleadings.

Upon receipt of your client's executed assignment and medical authorization (copies enclosed), we will furnish you with an itemized listing of Medicaid payments. Please contact our office for an updated lien amount prior to resolution of this case.

Thank you for your cooperation. If you have any questions, please contact our office.

Sincerely,

*Jilaina Walker*

Jilaina Walker
Third Party Liability Division
Telephone: (517) 335-8760

**Health Plans:**
Molina Healthcare of MI
100 W. Big Beaver Rd.
Suite 600
Troy, MI 48084

CAPITOL COMMONS CENTER • PO BOX 30479 • LANSING, MICHIGAN 48909
www.michigan.gov/tpl • P 517-335-8760 • F 517-346-9876

MSA-004COL

| RECIPIENT ID | ███████7094 | | BIRTH DATE ███/1968 | ACCIDENT DATE/NO 05/23/20 / 1 |
| --- | --- | --- | --- | --- |

**RECIPIENT NAME**  CARRIE MCDONALD

**1467755876**  DMC PHARMACY DETROIT RECEIVING HOSPITAL

**Pharmacy (N/A)**

**TCN:**  P61214410157711000

| 001 | 05/23/2012 | | IBUPROFEN 600 MG TABLET | Paid: | $ 3.13 |
| --- | --- | --- | --- | --- | --- |
| 55111068305 | | | | | |

Provider Total Amount Paid    $ 3.13

**1619289998**  DETROIT RECEIVING HOSPITA

**Outpatient OPPS**

**TCN:**  311223010216956000

| 001 | 05/23/2012 | 9248 | MULTIPLE CONTUSIONS NEC | Paid: | $ 75.24 |
| --- | --- | --- | --- | --- | --- |
| | | 7242 | LUMBAGO | | |
| | | 3051 | TOBACCO USE DISORDER | | |
| 99283 | | HC | *EMERGENCY DEPARTMENT VISIT FOR THE EVALUATION AND* | | |

Provider Total Amount Paid    $ 75.24

**1801843339**  LAFAYETTE DRUGS

**Pharmacy (N/A)**

**TCN:**  P61215810166141000

| 001 | 06/06/2012 | | CYCLOBENZAPRINE 10 MG TABLET | Paid: | $ 2.93 |
| --- | --- | --- | --- | --- | --- |
| 00591565810 | | | | | |

**TCN:**  P61223410122083000

| 001 | 08/21/2012 | | TOPIRAMATE 25 MG TABLET | Paid: | $ 3.70 |
| --- | --- | --- | --- | --- | --- |
| 31722027860 | | | | | |

Provider Total Amount Paid    $ 6.63

| RECIPIENT ID | █████7094 | | BIRTH DATE | ACCIDENT DATE/NO |
|---|---|---|---|---|
| RECIPIENT NAME | CARRIE MCDONALD | | ██/1968 | 05/23/20    /  1 |

1902855711         MEDICAL CENTER EMERGENCY SVCS

Professional

TCN:    311229310089824000

| 001 | 05/23/2012 | 71941 | JOINT PAIN-SHLDER | Paid: | $ 41.94 |
|---|---|---|---|---|---|
| | | 7242 | LUMBAGO | | |
| | | 9248 | SPRAIN NOS | | |
| 99283 | | HC | *EMERGENCY DEPARTMENT VISIT FOR THE EVALUATION AND* | | |

| | |
|---|---|
| Provider Total Amount Paid | $ 41.94 |

| | |
|---|---|
| Total Amount Billed | $ 1,418.17 |
| Total Medicaid Amount this Report | $ 126.94 |
| Previous Medicaid Amount Reported | $ 0.00 |
| Total Medicaid Amount Reported | $ 126.94 |
| Amount Recovered to Date | $ 0.00 |
| Net Amount Owed | $ 126.94 |

## Strictly Healing Transportation, Inc.
*"Providing an Atmosphere for Total Healing"*

# INVOICE

23332 Farmington Rd. #716
Farmington, MI 48332
Office: (248) 476-4317
Fax:    (248) 477-5999

*Chauffeur Academy, Inc.*
*Compassionate Care Transportation, LLC.*
*Executive Ground Transportation, Inc.*
*Love Joy Transportation, LLC.*

| | |
|---|---|
| CPT Code: | 98071 |
| Date | 9/14/2013 |
| Invoice # | 01040413MC |
| Customer ID | MC0150 |
| Claim Number: | |
| Client's Name | Carrie, McDonald |

**Tax ID#:** █████9398

| | |
|---|---|
| Run Type | Rehab/Doctors Appointment |
| No. of Passengers: | 1 |
| Pick-up Time: | 3:00 PM |
| Drop-Off Time: | 4:30 PM |
| Driver | |

**Bill To:**
*Mike Morse Office*
*C/O Helen Manacia*

Phone: (248) 350-9050
Fax:    (866) 410-7855

Attorney: Helen Manacia

Payment / Charges:    ☐ Billed/Account

☐ Visa      ☐ MC          ☐ Discover      ☐ Amex
Card#_____ Exp Date_____
Cash                            Check# _____ Amount

| Description | Charges | Hrs/Miles | Trips/Units | Amount |
|---|---|---|---|---|
| Base Trip Rate | $45.00 | | 4 | $180.00 |
| Load Rate | $5.00 | | 4 | $20.00 |
| Cost per Mile (*12 Miles & Over/Otherwise under=Base Rate*) | $3.75 | | 0 | |
| Total Miles | 0 | | | |
| Wait Time ($6.25 Per 1/4 Hour) | $25.00 | 1 | | $25.00 |
| Over Mileage | $0.00 | 0 | | 0.00 |
| Total Due | | | | $225.00 |
| | | | | - |

| **Special Services/Remarks** | | |
|---|---|---|
| Subtotal | | $225.00 |
| Taxable | $ | - |
| Tax Rate | | 0.000% |
| Tax | $ | - |
| Other | $ | - |
| TOTAL Due | | $225.00 |

**Special Services/Remarks**
***Wait with Client & Return / Round Trip Service***
1st Stop: 7700 2nd Ave, Detroit, MI 40202 (Elite Health Center)
2nd Stop:
3rd Stop:
Dates of Service: April 4, & 18, 2013

Pick-Up At:    Residence
Drop Off At:   Residence

Make all checks payable to: *Strictly Healing Transportation, Inc.*
*Thank You For Your Business!*

# Strictly Healing Transportation, Inc.

## DRIVER DAILY TRIP LOG

Name of Account __TAZZ TYLER__

Driver's Name (as it appears on drivers license)

Last Day Billed

Vehicle Number (Last six of the Vin #)

| Date of Service | Claim/Job Number | Client's Name | Pick-Up Time | Drop Off Time | Total Wait Time Hours | Total Wait Time Cost | Load Rate | Per Trip Rate | Total Trip Mileage | Total Trip Billed Amount | Client's Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/4 | | McDonald, Carrie | 3:00 P | 3:30 P | 1/2 | $12.50 | $5.00 | $45.00 | 5.3 | $62.50 | X Carrie McDonald |
| 4/4 | | McDonald, Carrie | 4:00 P | 4:30 P | ✓ | ✓ | $5.00 | $45.00 | 5.3 | $50.00 | X Carrie McDonald |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | Total $112.50 | | |

***Note*** Leg of Transport—a leg of transport is the point of pick-up to the destination. Example: Picking recipient up at residence and transporting to the doctor's office would be considered A leg; picking the recipient up at the doctor's office and transporting back to the residence would be considered the second leg of the trip. Each leg of the transport must be documented on separate lines. A signature is required for each leg of the transport.

Driver's Comments:

I understand that Strictly Healing Transportation, Inc. will verify the accuracy of the mileage being reported and I hereby certify The information herein is true, correct, and accurate.

DRIVER'S SIGNATURE __Torry Tyler__

p.3

2484775999

Strictly Healing Trans.

Sep 15 13 01:01p

# *Strictly Healing* Transportation, Inc.

## DRIVER DAILY TRIP LOG

Name of Account: TAZZ TYLER
Driver's Name (as it appears on drivers license)

Last Day Billed

Vehicle Number (Last six of the Vin #)

| Date of Service | Claim/Job Number | Client's Name | Pick-up Time | Drop Off Time | Total Wait Time Hours | Total Wait Time Cost | Load Rate | Per Trip Rate | Total Trip Mileage | Total Trip Billed Amount | Client's Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/18 | | McDonald, Carrie | 1:45 P | 2:00 P | 1/2 | $12.50 | $5.00 | $45.00 | 53 | $62.50 | X Carrie McDonald |
| 4/18 | | McDonald, Carrie | 2:30 | 2:50 | / | / | $5.00 | $45.00 | 53 | $50.00 | X Carrie McDonald |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | TOTAL $112.50 | |

***Note*** *Leg of Transport—a leg of transport is the point of pick-up to the destination. Example: Picking recipient up at residence and transporting to the doctor's office would be considered A leg; picking the recipient up at the doctor's office and transporting back to the residence would be considered the second leg of the trip. Each leg of the transport must be documented on separate lines. A signature is required for each leg of the transport.*

Driver's Comments:

I understand that Strictly Healing Transportation, Inc. will verify the accuracy of the mileage being reported and I hereby certify The information herein is true, correct, and accurate.

DRIVER'S SIGNATURE: Tazz Tyler

p.4

2484775999

Strictly Healing Trans

Sep 15 13 01:02p

# Spine Specialists of Michigan, PC

32270 Telegraph Rd, Ste 110 * Bingham Farms, MI 48025 * (248)792-9496 (office) *( 248)792-9628 (fax)
Louis N. Radden, DO —Board Certified       -- Reconstructive Spine Surgeon

# FAX

877-
378-
3896

TO:  *BRETT*

FROM:

SUBJECT:  *DR. RADDEN*

DATE:



1. CARRIE McDONALD
   $ 16,105.—

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS CONFIDENTIAL AND/OR PRIVILEGED. IF THE READER OF THIS MESSAGE IS NOT THE
INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS
COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY
US IMMEDIATELY BY CALLING THE SENDER AND CONFIRM DESTRUCTION OF THE INFORMATION. THANK YOU.

fax252013

CITY OF DETROIT/ LAW DEPARTME
660 WOODWARD AVENUE, STE.180

DETROIT MI 48226

| 1500 |
| --- |

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

☐ PICA                                         PICA ☐

1. MEDICARE   MEDICAID   TRICARE CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLKLUNG   OTHER    1a. INSURED'S I.D. NUMBER   (For Program in Item 1)

(Medicare #) ☐   (Medicaid #) ☐   (Sponsor's SSN) ☐   (Member ID#) ☐   (SSN or ID) ☐   (SSN) ☐   (ID) ☒     **2697**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)     3. PATIENT'S BIRTH DATE   SEX     4. INSURED'S NAME (Last Name, First Name, Middle Initial)

**MCDONALD  CARRIE J**     **1964**   M ☐ F ☒     **SAME**

5. PATIENT'S ADDRESS (No., Street)     6. PATIENT RELATIONSHIP TO INSURED     7. INSURED'S ADDRESS (No., Street)

    Self ☐ Spouse ☒ Child ☐ Other ☐     **SAME**

CITY          STATE   8. PATIENT STATUS     CITY          STATE

    MI    Single ☐ Married ☐ Other ☒

ZIP CODE    TELEPHONE (Include Area Code)    Employed ☐ Full-Time Student ☐ Part-Time Student ☐    ZIP CODE    TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)    10. IS PATIENT'S CONDITION RELATED TO:    11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER    a. EMPLOYMENT? (Current or Previous)    a. INSURED'S DATE OF BIRTH   SEX

   ☐ YES ☒ NO    **1968** M ☐ F ☒

b. OTHER INSURED'S DATE OF BIRTH   SEX    b. AUTO ACCIDENT?   PLACE (State)    b. EMPLOYER'S NAME OR SCHOOL NAME

MM DD YY   M ☐ F ☐    ☐ YES ☒ NO   MI

c. EMPLOYER'S NAME OR SCHOOL NAME    c. OTHER ACCIDENT?    c. INSURANCE PLAN NAME OR PROGRAM NAME

   ☐ YES ☒ NO

d. INSURANCE PLAN NAME OR PROGRAM NAME    10d. RESERVED FOR LOCAL USE    d. IS THERE ANOTHER HEALTH BENEFIT PLAN?

   ☐ YES ☒ NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   **SIGNATURE ON FILE**    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   **SIGNATURE ON FILE**

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)    15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY    16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE    17a.    18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES

**LOUIS N RADDEN DO**    17b. NPI **1184675886**    FROM   TO

19. RESERVED FOR LOCAL USE    20. OUTSIDE LAB?   $ CHARGES

   ☐ YES ☒ NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate items 1, 2, 3 or 4 to item 24E by Line)    22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

1. L **722.0**    3. L

2. L **722.10**    4. L    23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 10092012 10092012 | 11 | | 99205 | | 12 | 500.00 | 1 | | NPI | 1184675886 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN    26. PATIENT'S ACCOUNT NO.    27. ACCEPT ASSIGNMENT?    28. TOTAL CHARGE    29. AMOUNT PAID    30. BALANCE DUE

**0787** ☐ ☐    **341490**    ☐ YES ☐ NO    $ **500.00**   $ **0.00**   $ **500.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**LOUIS N RADDEN DO**

SIGNED **01/30/2014** DATE   **1184675886**

32. SERVICE FACILITY LOCATION INFORMATION

**SPINE SPECIALISTS OF MICHI**
**32270 TELEGRAPH RD SUITE11**
**BINGHAM FARMS MI 48025**
a. **1184675886**

33. BILLING PROVIDER INFO & PH # ( **2489218096**

**SPINE SPECIALISTS OF MICHIGAN**
**28426 WEST 8 MILE SUITE A4**
**FARMINGTON HILLS MI 48336-594**
a. **1891822565**

CITY OF DETROIT/ LAW DEPARTME
660 WOODWARD AVENUE, STE.1800

DETROIT MI 48226

**1500**

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| PICA | | | | | | | PICA |
|------|--|--|--|--|--|--|------|

| 1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare #)  (Medicaid #)  (Sponsor's SSN)  (Member ID#)  (SSN or ID)  (SSN)  (ID) | 2697 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY   SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| MCDONALD   CARRIE J | 01 31 1968   M☐ F☒ | SAME |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| | Self☐ Spouse☒ Child☐ Other☐ | SAME |

| CITY | STATE MI | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| | | Single☐ Married☐ Other☒ | | |

| ZIP CODE | TELEPHONE (Include Area Code) | Employed☐ Full-Time Student☐ Part-Time Student☐ | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES☐ NO☒ | a. INSURED'S DATE OF BIRTH MM DD YY   SEX   1968   M☐ F☒ |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY   SEX   M☐ F☐ | b. AUTO ACCIDENT?   PLACE (State) YES☐ NO☒  MI | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES☐ NO☒ | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES☐ NO☒  If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNED    SIGNATURE ON FILE    DATE | SIGNED    SIGNATURE ON FILE |

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM    TO |
|---|---|---|

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   LOUIS N RADDEN DO | 17a. | 19. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY   TO MM DD YY |
|---|---|---|
| | 17b. NPI   1184675886 | |

| 18. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  YES☐ NO☒   $ CHARGES |
|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate items 1, 2, 3 or 4 to item 24E by Line) | 22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO. |
|---|---|
| 1. 722.0          3. | |
| 2. 722.10         4. | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | CPT/HCPCS | MODIFIER | | | | | | |
| 12 17 2012 | 12 17 2012 | | | 11 | | 99214 | | 12 | 350 00 | 1 | | NPI | 1184675886 |
| | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN☐ EIN☒ | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES☒ NO☐ | 28. TOTAL CHARGE $ 350.00 | 29. AMOUNT PAID $ 0.00 | 30. BALANCE DUE $ 350.00 |
|---|---|---|---|---|---|
| 0797 | 401690 | | | | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)   LOUIS N RADDEN DO   SIGNED | 32. SERVICE FACILITY LOCATION INFORMATION   SPINE SPECIALISTS OF MICHI 32270 TELEGRAPH RD SUITE11 BINGHAM FARMS MI 48025 | 33. BILLING PROVIDER INFO & PH #  ( 248218096 SPINE SPECIALISTS OF MICHIGAN 28426 WEST 8 MILE SUITE A4 FARMINGTON HILLS MI 48336-594 |
|---|---|---|

NUCC Instruction Manual available at: www.nucc.org          PLEASE PRINT OR TYPE          APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

140

CITY OF DETROIT/ LAW DEPARTME
660 WOODWARD AVENUE, STE.180_

DETROIT MI 48226

| 1500 |
| --- |

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA      PICA

CARRIER

1. MEDICARE ☐ (Medicare #)   MEDICAID ☐ (Medicaid #)   TRICARE CHAMPUS ☐ (Sponsor's SSN)   CHAMPVA ☐ (Member ID#)   GROUP HEALTH PLAN ☐ (SSN or ID)   FECA BLK LUNG ☐ (SSN)   OTHER ☐ (ID)    **1a. INSURED'S I.D. NUMBER** (For Program in Item 1)    2697

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
MCDONALD CARRIE J

3. PATIENT'S BIRTH DATE MM ☐ DD ☐ YY   1968   SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☒ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY    MI   STATE

8. PATIENT STATUS
Single ☐ Married ☐ Other ☐
Employed ☐ Full-Time Student ☐ Part-Time Student ☐

CITY     STATE

ZIP CODE    TELEPHONE (Include Area Code)

ZIP CODE    TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH MM ☐ DD ☐ YY   1968   M ☐ F ☒

b. OTHER INSURED'S DATE OF BIRTH MM ☐ DD ☐ YY   SEX M ☐ F ☐

b. AUTO ACCIDENT? ☒ YES ☐ NO   PLACE (State) MI

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO   If yes, return to and complete items 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED   SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED   SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: MM ☐ DD ☐ YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM ☐ DD ☐ YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
LOUIS N RADDEN DO

17a. 
17b. NPI 1184675886

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? ☐ YES ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 722.0    3. 840.4
2. 722.10    4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| From MM DD YY | | To MM DD YY | | | | | CPT/HCPCS | MODIFIER | | | | | | |
| 1 | 07 16 2013 | 07 16 2013 | | 11 | | 99214 | | 123 | 350 00 | 1 | | NPI | 1184675886 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER   SSN EIN ☐ ☐
0797

26. PATIENT'S ACCOUNT NO.
578950

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES ☐ NO

28. TOTAL CHARGE $ 350 00

29. AMOUNT PAID $ 0 00

30. BALANCE DUE $ 350 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
LOUIS N RADDEN DO
SIGNED 13528462014   DATE

32. SERVICE FACILITY LOCATION INFORMATION
SPINE SPECIALISTS OF MICHI
32270 TELEGRAPH RD SUITE11
BINGHAM FARMS MI 48025

33. BILLING PROVIDER INFO & PH # ( 248)9218096
SPINE SPECIALISTS OF MICHIGAN
28426 WEST 8 MILE SUITE A4
FARMINGTON HILLS MI 48336-594

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

CITY OF DETROIT/ LAW DEPARTME
660 WOODWARD AVENUE, STE.180

DETROIT MI 48226

**1500**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA            PICA

| 1. MEDICARE   MEDICAID   TRICARE CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare #) (Medicaid #) (Sponsor's SSN) (Member ID#) (SSN or ID) (SSN) (ID) X | 2697 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
MCDONALD CARRIE J

3. PATIENT'S BIRTH DATE MM DD YY   1968   SEX F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self X   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)
SAME

CITY     STATE MI

8. PATIENT STATUS
Single   Married   Other X

CITY     STATE

ZIP CODE   TELEPHONE (Include Area Code)

Employed   Full-Time Student   Part-Time Student

ZIP CODE   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES   NO X

a. INSURED'S DATE OF BIRTH MM DD YY   1968   M   SEX F X

b. OTHER INSURED'S DATE OF BIRTH MM DD YY   SEX M   F

b. AUTO ACCIDENT?   PLACE (State)
YES   NO X   MI

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   NO X   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
LOUIS N RADDEN DO

17a.
17b. NPI 1184675886

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES   NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 722.10
2.
a.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 13 2013 03 13 2013 | 11 | | 62311 | 1 | 2000 00 | 1 | | NPI | 1184675886 |
| 2 | 03 13 2013 03 13 2013 | 11 | | 64493 RT | 1 | 2250 00 | 1 | | NPI | 1184675886 |
| 3 | 03 13 2013 03 13 2013 | 11 | | 64493 LT | 1 | 2250 00 | 1 | | NPI | 1184675886 |
| 4 | 03 13 2013 03 13 2013 | 11 | | 64494 RT | 1 | 2250 00 | 1 | | NPI | 1184675886 |
| 5 | 03 13 2013 03 13 2013 | 11 | | 64494 LT | 1 | 2250 00 | 1 | | NPI | 1184675886 |
| 6 | 03 13 2013 03 13 2013 | 11 | | 77003 | 1 | 300 00 | 1 | | NPI | 1184675886 |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
0797

26. PATIENT'S ACCOUNT NO.
619130

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES   NO

28. TOTAL CHARGE
$ 11300 00

29. AMOUNT PAID
$ 0.00

30. BALANCE DUE
$ 11300 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
LOUIS N RADDEN DO
SIGNED

32. SERVICE FACILITY LOCATION INFORMATION
SPINE SPECIALISTS OF MICHI
32270 TELEGRAPH RD SUITE1
BINGHAM FARMS MI 48025

33. BILLING PROVIDER INFO & PH # ( 248 921 8096
SPINE SPECIALISTS OF MICHIGAN
28426 WEST 8 MILE SUITE A4
FARMINGTON HILLS MI 48336-59
b. 1225027

NUCC Instruction Manual available at www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

CITY OF DETROIT/ LAW DEPARTM
660 WOODWARD AVENUE, STE.1806

DETROIT MI 48226

(1500)
**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PICA | | | | | | | PICA |

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | (ID) | A32950002697 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| MCDONALD CARRIE J | 1968  F X | SAME |

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED — Self / Spouse / Child / Other X

7. INSURED'S ADDRESS (No., Street) — SAME

CITY — STATE MI

8. PATIENT STATUS — Single / Married / Other X — Employed / Full-Time Student / Part-Time Student

ZIP CODE — TELEPHONE (Include Area Code)

CITY — STATE

ZIP CODE — TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) — YES / NO X

a. INSURED'S DATE OF BIRTH / SEX — 1968 M / F X

b. OTHER INSURED'S DATE OF BIRTH / SEX M / F

b. AUTO ACCIDENT? PLACE (State) — YES / NO X MI

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? — YES / NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? — YES / NO X  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED    SIGNATURE ON FILE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED    SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM    TO |
|---|---|---|

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
LOUIS N RADDEN DO

17a.
17b. NPI  1184675886

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM    TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? — YES / NO X  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. L 722.10        3. L
2. L               4. L

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From — To MM DD YY MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 13 2013 03 13 2013 | 11 | | 72275 | 1 | 1400 00 | 1 | | NPI | 1184675886 |
| 2 | 03 13 2013 03 13 2013 | 11 | | J1040 | 1 | 880 00 | 2 | | NPI | 1184675886 |
| 3 | 03 13 2013 03 13 2013 | 11 | | A4550 | 1 | 375 00 | 1 | | NPI | 1184675886 |
| 4 | 03 13 2013 03 13 2013 | 11 | | A9579 | 1 | 600 00 | 1 | | NPI | 1184675886 |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? For govt. claims, see back YES X NO | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 0797 | 619130 | | $ 3255 00 | $ 0 00 | 3255 00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

LOUIS N RADDEN DO

SIGNED 3-638×6  NPI 1 Dec 11606 1 DATE 1 08/06/16

32. SERVICE FACILITY LOCATION INFORMATION

SPINE SPECIALISTS OF MICHI
32270 TELEGRAPH RD SUITE1
BINGHAM FARMS MI 48025

33. BILLING PROVIDER INFO & PH #  ( 2489218096

SPINE SPECIALISTS OF MICHIGAN
28426 WEST 8 MILE SUITE A4
FARMINGTON HILLS MI 48336-594

1891822566

NUCC Instruction Manual available at: www.nucc.org

PLEASE PRINT OR TYPE

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

Entered 10/00/16

CITY OF DETROIT/ LAW DEPARTME
660 WOODWARD AVENUE, STE.1800

DETROIT MI 48226

[1500]
**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | | | | | | PICA

| 1. MEDICARE MEDICAID TRICARE CHAMPVA GROUP FECA OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare #) (Medicaid #) (Sponsor's SSN) (Member ID#) HEALTH PLAN BLK LUNG ☒(ID) | ████ 2697 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| MCDONALD  CARRIE J | 1968 | F ☒ | SAME |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| ████ | Self ☒ Spouse Child Other | SAME |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| ████ | MI | Single Married Other ☒ | | |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| ████ | ████ | Employed Full-Time Student Part-Time Student | | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES ☒NO | 1968 | M F ☒ |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|
| M F | ☒YES NO MI | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES ☒NO | |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES ☒NO  If yes, return to and complete item 9 a-d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| | | FROM   TO |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| LOUIS N RADDEN DO | 17b. NPI 1184675886 | FROM   TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? $ CHARGES |
|---|---|
| | YES ☒NO |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. 722.10   3.

2.   4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From   To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fam Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| MM DD YY MM DD YY | | | | | | | | | |
| 1 | 10 30 2013 10 30 2013 | 22 | 99214 | 1 | 350.00 | 1 | | NPI | 1184675886 |
| 2 | | | | | | | | NPI | |
| 3 | | | | | | | | NPI | |
| 4 | | | | | | | | NPI | |
| 5 | | | | | | | | NPI | |
| 6 | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| ████ 0797 ☒ | ████ | ☒YES NO | $ 350.00 | $ 0.00 | $ 350.00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # ( 248)9218096 |
|---|---|---|
| LOUIS N RADDEN DO | BEAUMONT HOSPITAL 3601 W 13 MILE ROAD ROAYL OAK MI 48073 | SPINE SPECIALISTS OF MICHIGAN 28426 WEST 8 MILE SUITE A4 FARMINGTON HILLS MI 48336-594 |
| SIGNED ████ | ████ | ████ 2697 |

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

# Detroit Magnolia Luxury Tours& Charters
## 9494 French Rd.
## Detroit,Mi 48213
## (313)915-8576 or (313)447-7298
## Fax: (313)571-9479

Date: November 14, 2012

Insurance Agent:
Adjuster Name:
Insurance Address:

Client: Carrie McDonald
Claim Number: ████2697

**Explanation of Charges**

$45.00 pickup
$45.00 dropoff
$90.00 a day
=$2,520.00

534 miles at a rate of $4.00 per mile
=$2,136.00

Date of Services: 9/24/2012- 11/7/2012
28Trips

Total: $ 4,656.00

Company Name: _Detroit Magnolia Luxury Tours LLC_

Claim #A32955-00497  Driver Name: _____  Driver Number: _____

| AZC Trip # | Recipient's Name | Service Type | Pickup Time | PU Address | Will Call Time | Drop off Time | Destination Address | Recipient Signature |
|---|---|---|---|---|---|---|---|---|
| 7/24/2012 | Carrie McDonald | | | ▓ | | | 3670 Springfield, Southfield, MI | Carrie McDonald |
| 10/3/2012 | Carrie McDonald | | | ▓ | | | 30770 Southfield Southfield MI | Carrie McDonald |
| 10/5/2012 | Carrie McDonald | | | ▓ | | | 30770 Springfield | Carrie McDonald |
| 10/8/2012 | Carrie McDonald | | | ▓ | | | 30770 Southfield Southfield MI | Carrie McDonald |
| 10/10/2012 | Carrie McDonald | | | ▓ | | | 30770 Southfield RD | Carrie McDonald |
| 10/15/2012 | Carrie McDonald | | | ▓ | | | 1700 Rosa Park ST Detroit MI | Carrie McDonald |
| 10/17/2012 | Carrie McDonald | | | ▓ | | | 30770 Southfield Detroit MI | Carrie McDonald |
| 10/22/2012 | Carrie McDonald | | | ▓ | | | 30770 Southfield Detroit MI | Carrie McDonald |
| 10/26/2012 | Carrie McDonald | | | ▓ | | | 30770 Southfield Southfield MI | Carrie McDonald |
| 10/29/2012 | Carrie McDonald | | | ▓ | | | 30770 Southfield Southfield MI | Carrie McDonald |
| 10/31/2012 | Carrie McDonald | | | ▓ | | | 34770 Southfield Southfield MI | Carrie McDonald |
| 10/26/2012 | Carrie McDonald | | | ▓ | | | 30770 Southfield Southfield MI | Carrie McDonald |
| 10/31/2012 | Carrie McDonald | | | ▓ | | | 30770 Southfield Southfield MI | Carrie McDonald |
| 11/2/2012 | Carrie McDonald | | | ▓ | | | 34770 Southfield Southfield MI | Carrie McDonald |

Signature: _Barbara Joe_

Other Log.sh - GEM2003

Company Name: *Detroit Magnolia Luxury Tours LLC*

Type of Service: _____  Driver Name: _____  Driver Number: _____

| A30 Trip # | Recipient's Name | Service Type | Pickup Time | P/U Address | Will Call Time | Drop-off Time | Destination Address | Recipient Signature |
|---|---|---|---|---|---|---|---|---|
| | Carrie McDaniel | | | | | | 30770 Southfield Southfield MI | Carrie McDonald |
| | Carrie McDonald | | | | | | 1700 Seaman Detroit MI | Carrie McDonald |
| | Carrie McDonald | | | | | | 30770 Southfield Southfield MI | Carrie McDonald |
| | Carrie McDonald | | | | | | 30770 Southfield Southfield MI | Carrie McDonald |
| | Carrie McDonald | | | | | | 30770 Southfield Southfield MI | Carrie McDonald |
| | Carrie McDonald | | | | | | 30770 Southfield Southfield MI | Carrie McDonald |
| | Carrie McDonald | | | | | | 30770 Southfield Southfield MI | Carrie McDonald |
| | | | | | | | | Carrie McDonald |
| | | | | | | | | Carrie McDonald |
| | | | | | | | | Carrie McDonald |
| | | | | | | | | Carrie McDonald |
| | | | | | | | | Carrie McDonald |
| | | | | | | | | Carrie McDonald |
| | | | | | | | | Carrie McDonald |

Signature: *Barbara Rose*

# Detroit Magnolia Luxury Tours& Charters
## 9494 French Rd.
## Detroit,Mi 48213
## (313)915-8576 or (313)447-7298
## Fax: (313)571-9479

**Date February 14, 2013**

**Insurance Agent:**
**Adjuster Name:**
**Insurance Address:**

**Client: Carrie McDonald**
**Claim Number:** ██████2697

**Explanation of Charges**

$45.00 pickup
$45.00 dropoff
$90.00 a day
=$1,620.00

332 miles at a rate of $4.00 per mile
=$1,328.00

Date of Services: 11/5/2012- 12/17/2012
28Trips

Total: $ 3,056.00

Claim# ~~████~~ 2697

**Company Name:** Detroit Magnolia Luxury Tours LLC

**Driver Name:** _____    **Driver Number:** _____

| A/CO Trip # | Recipient's Name | Service Type | Pickup Time | P/U Address | Will Call Time | Drop Off Time | Destination Address | Recipient Signature |
|---|---|---|---|---|---|---|---|---|
| 11/5/2012 | Carrie McDonald | | | ███ | | | 30770 Southfield Southfield, KC | Carrie McDonald |
| 11/6/2012 | Carrie McDonald | | | ███ | | | 30770 Southfield Southfield, KC | Carrie McDonald |
| 11/8/2012 | Carrie McDonald | | | ███ | | | 7700 Second St Detroit, KC | Carrie McDonald |
| 11/13/2012 | Carrie McDonald | | | ███ | | | 30770 Southfield Southfield, KC | Carrie McDonald |
| 11/14/2012 | Carrie McDonald | | | ███ | | | 30770 Southfield W Southfield, KC | Carrie McDonald |
| 11/19/2012 | Carrie McDonald | | | ███ | | | 30770 Southfield Southfield, KC | Carrie McDonald |
| 11/21/2012 | Carrie McDonald | | | ███ | | | 30773 Southfield Southfield, KC | Carrie McDonald |
| 12/3/2012 | Carrie McDonald | | | ███ | | | 30770 Southfield W Southfield, KC | Carrie McDonald |
| 12/17/2012 | Carrie McDonald | | | ███ | | | 30770 Southfield Southfield, KC | Carrie McDonald |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Signature:** _____

Driver Legab - 50823609

**TAXICAB RECEIPT**

Detroit, Michigan   *roundtrip*

AMOUNT _85.00_ DATE _5-13-2013_

FROM █████████████████

TO _32270 Telegraph_

CAB# _448_ DRIVER _Mitchell Whitehead_ *Thank you!*

# Medical Mileage Form

Client Name: _Carrie McDonald_

| Dates of Service | Doc/Provider Address | Round Trip Miles |
|---|---|---|
| 5-13-13 | | 85.00 *sib* |
| 5-13-13 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Dated: _5-13-13_          Signature: _Mitchell Whitehead_

Ambulatory Anesthesia Associates, PC
P O BOX 674492
DETROIT, MI 48267-4492

IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW

| □ VISA | □ MASTERCARD | EXP. DATE | AMOUNT |

CARD NUMBER

CARD HOLDER SIGNATURE

PLEASE PRINT CARD HOLDER NAME HERE

I MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD

□ DISCOVER

For all billing questions, call: 586-838-5033
Office Hours: 8:00 A.M. - 4:00 P.M.
To pay online please visit: https://pay.instamed.com/AAA

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
| --- | --- | --- |
| 05/03/2013 | Minimum Amount Due $360.00 | 3067 |

CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT.

SHOW AMOUNT PAID HERE  $

MAKE CHECKS PAYABLE / REMIT TO:

CARRIE J MCDONALD                     20038 - 32

Ambulatory Anesthesia Associates, PC
P O BOX 674492
DETROIT, MI 48267-4492

□ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

## STATEMENT

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT IN ENCLOSED ENVELOPE

| Date | Description | Procedure | Insurance Charges/ Credits | Patient Charges/ Credits |
| --- | --- | --- | --- | --- |
| | MCDONALD, CARRIE | | | |
| 01/16/2013 | Professional CRNA Anesthesia Services | 62311 | 360.00 | |
| 04/02/2013 | Guarantor Responsibility | | | 360.00 |

| ACCOUNT STATUS | CURRENT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS | TOTAL BALANCE | INSURANCE BALANCE | PATIENT BALANCE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | $0.00 | $360.00 | $0.00 | $0.00 | $0.00 | $360.00 | $0.00 | $360.00 |

To pay online please visit: https://pay.instamed.com/AAA

Please Pay This Amount
Minimum Amount Due:    $360.00

Your account is now PAST DUE. Payment is due immediately. Our records indicate the amount shown is your responsibility. If there is a reason for non-payment, please contact our office today.

Ambulatory Anesthesia Associates, PC
Account #: 630123067
For all billing questions: 586-838-5033
Office Hours: 8:00 A.M. - 4:00 P.M.
Pay Online at https://pay.instamed.com/AAA

Page 1 of 1

STATEMENT
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

20038-32

MICHIGAN HEAD & SPINE INSTITUTE PC
2319 MOMENTUM PLACE
CHICAGO, IL 60689-5325

16466-6901



RETURN SERVICE REQUESTED

004542 0101

LAST PMT:
AMOUNT:        0.00

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

CARRIE MCDONALD

IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.

CHECK CARD USING FOR PAYMENT

☐ MASTERCARD  ☐ DISCOVER  ☐ VISA  ☐ AMERICAN EXPRESS

CARD NUMBER                          SIGNATURE CODE

SIGNATURE                            EXP. DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 11/12/12 | $5220.00 | 6571 |

PAGE: 1 of 1

SHOW AMOUNT PAID HERE  $

500120A

MICHIGAN HEAD & SPINE INSTITUTE PC
2319 MOMENTUM PLACE
CHICAGO, IL 60689-5325

16466-6901*TN50GP3O8000345

---

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT    **STATEMENT**

| Date of Service | Patient | Date Ins Billed | Code | Dr | Description | Diag. | Charge | Insurance Receipts | Patient Receipts | Adjust. | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/14/12 | CARRIE | | 70450 | 111 | CT HEAD OR BRAIN W/OUT CONTRAST | 7840 | 1660.00 | | | | 1660.00 |
| 09/07/12 | CARRIE | | 72131 | 111 | CT SPINE LUMBAR W/OUT CONTRAST | 7242 | 1800.00 | | | | 1800.00 |
| 09/07/12 | CARRIE | | 73700 | 111 | CT LOWER EXTREMITY W/OUT CONTRAST | 71945 | 1760.00 | | | | 1760.00 |

| Current | 30-60 Days | 60-90 Days | 90-120 Days | 120 Days + | Total Balance | * Ins. Pending | PATIENT DUE |
|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 5220.00 | 0.00 | 0.00 | 5220.00 | 0.00 | $5220.00 |

**Doctor Codes:**
111  Robert Johnson, MD

**Message**

FOR PHYSICAL THERAPY BILLING CONCERNS CALL (248)351-6300

Make Checks Payable To:
MICHIGAN HEAD & SPINE INSTITUTE PC
2319 MOMENTUM PLACE
CHICAGO, IL 60689-5325

**Billing Questions**
(248)869-3981

R & R TRANSPORTATION
363 WEST BIG BEAVER RD STE
TROY MI 48084-5242
248-889-4580

R & R TRANSPORTATION

IF PAYING BY CREDIT CARD, FILL OUT BELOW, CHECK CARD USED.

☐ MASTERCARD    ☐ VISA

CARD NUMBER                    AMOUNT

SIGNATURE                      EXP. DATE

| AMOUNT DUE NOW | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|
| 0.00 | 02/11/2013 | 830 | |
| | | 38 | |

CITY OF DETROIT LAW DEPARTMENT
660 WOODWARD AVE FIRST NATL BLD 1800
DETROIT, MI 48226

R & R TRANSPORTATION
363 WEST BIG BEAVER RD STE
TROY MI 48084-5242
248-889-4580

01 R & R TRANSPORTATION

☐ Please check if address or insurance has changed. Make changes on reverse side.

PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS.

| DATE | PATIENT | DESCRIPTION | ACCOUNT ACTIVITY | |
|---|---|---|---|---|
| | | | INSURANCE | PATIENT |
| | CARRIE MCDONALD | | | |
| | Date | Statement from 01/01/2012 to 02/11/2013 | | |
| 07/25/2012 | A0110 | TRANSPORT (PICK UP, DROP OFF & MILES) | 120.00 | |
| 08/03/2012 | A0110 | TRANSPORT (PICK UP, DROP OFF & MILES) | 120.00 | |
| 08/10/2012 | A0110 | TRANSPORT (PICK UP, DROP OFF & MILES) | 120.00 | |
| 08/14/2012 | A0110 | TRANSPORT (PICK UP, DROP OFF & MILES) | 120.00 | |
| 08/21/2012 | A0110 | TRANSPORT (PICK UP, DROP OFF & MILES) | 120.00 | |
| 09/07/2012 | A0110 | TRANSPORT (PICK UP, DROP OFF & MILES) | 120.00 | |
| 09/10/2012 | A0110 | TRANSPORT (PICK UP, DROP OFF & MILES) | 120.00 | |
| 09/10/2012 | A0110 | TRANSPORT (PICK UP, DROP OFF & MILES) | 120.00 | |
| 09/13/2012 | A0110 | TRANSPORT (PICK UP, DROP OFF & MILES) | 120.00 | |
| 09/19/2012 | A0110 | TRANSPORT (PICK UP, DROP OFF & MILES) | 120.00 | |
| 09/20/2012 | A0110 | TRANSPORT (PICK UP, DROP OFF & MILES) | 120.00 | |
| 09/24/2012 | A0110 | TRANSPORT (PICK UP, DROP OFF & MILES) | 120.00 | |
| 10/02/2012 | ¬NOTE | STATEMENT NOTE | | |
| | | *CITY OF DETROIT CLAIM #364822691* | | |
| 12/20/2012 | A0110 | TRANSPORT (PICK UP, DROP OFF & MILES) | 120.00 | |
| 01/11/2013 | A0110 | TRANSPORT (PICK UP, DROP OFF & MILES) | 120.00 | |

BALANCE

PLEASE MAKE PAYMENT IN FULL UPON RECEIPT
BILLING QUESTIONS PLEASE CALL 248-889-4580

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ACCT:
38-830
CITY OF DETROIT

MAKE CHECKS PAYABLE TO:    R & R TRANSPORTATION
363 WEST BIG BEAVER RD STE
TROY MI 48084-5242

MAKE CHECKS PAYABLE TO:

R & R TRANSPORTATION
363 WEST BIG BEAVER RD STE
TROY MI 48084-5242
248-889-4580

R & R TRANSPORTATION

IF PAYING BY CREDIT CARD,FILL OUT BELOW,CHECK CARD USED.

☐ MASTERCARD     ☐ VISA

CARD NUMBER        AMOUNT

SIGNATURE        EXP.DATE

| AMOUNT DUE NOW | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|
| 0.00 | 02/11/2013 | 830 | |
| | | 38 | |

CITY OF DETROIT LAW DEPARTMENT
660 WOODWARD AVE FIRST NATL BLD 1800
DETROIT, MI 48226

R & R TRANSPORTATION
363 WEST BIG BEAVER RD STE
TROY MI 48084-5242
248-889-4580

01 R & R TRANSPORTATION

☐ Please check if address or insurance has changed. Make changes on reverse side.

PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT, RETAIN THE BOTTOM PORTION FOR YOUR RECORDS.

| DATE | PATIENT | DESCRIPTION | ACCOUNT ACTIVITY | |
|---|---|---|---|---|
| | | | INSURANCE | PATIENT |
| | CARRIE MCDONALD | -- CONTINUE -- | | |
| 01/21/2013 | A0110 | TRANSPORT (PICK UP, DROP OFF & MILES) | 120.00 | |
| 02/07/2013 | INSPA | INSURANCE PAYMENT | -15.00 | |
| | 3255411 | | | |
| 02/07/2013 | PARAD | PARTICIPATING ADJUSTMENT | -105.00 | |
| 02/07/2013 | INSPA | INSURANCE PAYMENT | -15.00 | |
| | 3255411 | | | |
| 02/07/2013 | PARAD | PARTICIPATING ADJUSTMENT | -105.00 | |
| 02/07/2013 | INSPA | INSURANCE PAYMENT | -23.62 | |
| | 3255411 | | | |
| 02/07/2013 | PARAD | PARTICIPATING ADJUSTMENT | -216.38 | |
| 02/07/2013 | INSPA | INSURANCE PAYMENT | -10.71 | |
| | 3255411 | | | |
| 02/07/2013 | PARAD | PARTICIPATING ADJUSTMENT | -109.29 | |
| 02/07/2013 | INSPA | INSURANCE PAYMENT | -32.13 | |
| | 3255411 | | | |
| 02/07/2013 | PARAD | PARTICIPATING ADJUSTMENT | -327.87 | |
| 02/07/2013 | INSPA | INSURANCE PAYMENT | -21.42 | |
| | 3255411 | | | |

BALANCE

PLEASE MAKE  PAYMENT IN FULL UPON RECEIPT
BILLING QUESTIONS PLEASE CALL 248-889-4580

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS | ACCT: |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38-830 |
| | | | | | CITY OF DETROIT |

MAKE CHECKS PAYABLE TO:    R & R TRANSPORTATION
363 WEST BIG BEAVER RD STE
TROY MI 48084-5242

PAGE: 2

MAKE CHECKS PAYABLE TO:

R & R TRANSPORTATION
363 WEST BIG BEAVER RD STE
TROY MI 48084-5242
248-889-4580

R & R TRANSPORTATION

IF PAYING BY CREDIT CARD,FILL OUT BELOW,CHECK CARD USED.

☐ MASTERCARD      ☐ VISA

CARD NUMBER                    AMOUNT

SIGNATURE                      EXP.DATE

| AMOUNT DUE NOW | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|
| 0.00 | 02/11/2013 | 830 | |
| | | | 38 |

CITY OF DETROIT LAW DEPARTMENT
660 WOODWARD AVE FIRST NATL BLD 1800
DETROIT, MI 48226

R & R TRANSPORTATION
363 WEST BIG BEAVER RD STE
TROY MI 48084-5242
248-889-4580

01 R & R TRANSPORTATION

☐ Please check if address or insurance has changed. Make changes on reverse side.

PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS.

| DATE | PATIENT | DESCRIPTION | ACCOUNT ACTIVITY | |
|---|---|---|---|---|
| | | | INSURANCE | PATIENT |
| | CARRIE  MCDONALD | -- CONTINUE -- | | |
| 02/07/2013 | | PARAD    PARTICIPATING ADJUSTMENT | -218.58 | |
| 02/07/2013 | | INSPA    INSURANCE PAYMENT | -21.42 | |
| | | *3255411* | | |
| 02/07/2013 | | PARAD    PARTICIPATING ADJUSTMENT | -218.58 | |

BALANCE      360.00              0.00

PLEASE MAKE  PAYMENT IN FULL UPON RECEIPT
BILLING QUESTIONS PLEASE CALL 248-889-4580

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ACCT:
38-830
CITY OF DETROIT

MAKE CHECKS PAYABLE TO:     R & R TRANSPORTATION
363 WEST BIG BEAVER RD STE
TROY MI 48084-5242

PAGE:   3



### *AFFIDAVIT*

STATE OF MICHIGAN    )
                                              SS
COUNTY OF WAYNE     )

I, Danielle Matlock, being first duly sworn, depose and state as follows:

    1. That I performed household chores for Carrie McDonald

and  reside           at

My social security number is:

    2. That I have performed household chores for Carrie McDonald 7 days per week from 5/23/12 through 3/21/13 and 5 days per week from 4/1/13 through the present and ongoing.

    3. By way of example, I was regular doing the following chores:



    4. I am claiming $20.00 per day for each day of service that I have performed.

    5. I have personal knowledge of the facts contained herein.

    6. If sworn as a witness, I can competently testify to the facts contained herein.

FURTHER AFFIANT SAITH NOT.

 

Dated:

Name



| CFTG ENTERPRISES LLC | | | | 18350 FENKELL AVE | | | | | DETROIT MI 48227 | | | Pay Date: 04/27/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EE # 54 | CARRIE J MCDONALD | | | SSID #       8-357 | | DEPT # 300 | | | Direct Deposit Receipt: 1637218004 | | Period: 04/16/2012 to 04/24/2012 | |
| EARNING | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ | OTHER INFORMATION |
| Reg | 10.00 | 23.60 | 236.00 | 461.80 | 4,618.00 | | | | FITWH | 4.85 | 154.86 | |
| | | | | | | | | | MED | 3.42 | 66.95 | |
| | | | | | | | | | SOC | 9.91 | 163.58 | |
| | | | | | | | | | MI | 4.09 | 98.41 | |
| | | | | | | | | | MIDETR | 5.32 | 135.64 | |
| | | | | | | | | | | | | FITWH S 2 |
| | | | | | | | | | | | | MI S 2 |
| | TOTALS | 23.60 | 236.00 | 461.80 | 4,618.00 | | | | | 27.59 | 617.93 | NET    208.42 |



CFTG ENTERPRISES LLC
18350 FENKELL AVE
DETROIT MI 48227

Direct Deposit Receipt # 1637218004
Date    04/27/2012

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

Pay to the
Order of    CARRIE J MCDONALD

300   DD

DIRECT DEPOSIT $208.42
TO ACCOUNT # X4739
BANK #        XXXXX9487

NON-NEGOTIABLE

| CFTG ENTERPRISES LLC | | | | 15350 FENKELL AVE | | | DETROIT MI 48227 | | | | Pay Date:03/02/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EE # 54 | CARRIE J MCDONALD | | | EEID | 8-857 | DEPT # 300 | Direct Deposit Receipt: 1035622343 | | | Period: | 02/22/2012 to 02/29/2012 |
| EARNING | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ | OTHER INFORMATION |
| Reg | 10.00 | 28.40 | 284.00 | 212.10 | 2,121.00 | | | | FITWH | 9.65 | 53.10 | |
| | | | | | | | | | MED | 4.12 | 30.76 | |
| | | | | | | | | | SOC | 11.93 | 89.09 | |
| | | | | | | | | | MI | 6.16 | 37.30 | |
| | | | | | | | | | MIDETR | 6.52 | 47.83 | |
| | | | | | | | | | | | | FITWH S 2 |
| | | | | | | | | | | | | MI S 2 |
| | TOTALS | 28.40 | 284.00 | 212.10 | 2,121.00 | | | | | 38.38 | 258.08 | NET 245.62 |

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back.

CFTG ENTERPRISES LLC
15350 FENKELL AVE
DETROIT MI 48227

Direct Deposit Receipt# 1035622343
Date 03/02/2012

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T **     VOID ** VOID **

Pay to the
Order of     CARRIE J MCDONALD     300   DD

DIRECT DEPOSIT $245.62
TO ACCOUNT # X4736
BANK # XXXXX9487

N O N - N E G O T I A B L E

**EXHIBIT 6D – SETTLEMENT AGREEMENT**

27555794.1\022765-00213

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

------------------------------------------------------- x
           :

In re                        :    Chapter 9
           :

CITY OF DETROIT, MICHIGAN,    :    Case No. 13-53846
           :

              Debtor.    :    Hon. Steven W. Rhodes
           :

------------------------------------------------------- x

## AGREEMENT RESOLVING CLAIMS OF CARRIE MCDONALD

The City of Detroit (the "City") and the claimant identified in paragraph 2 below (the "Claimant" and, together with the City, the "Parties"), by and through their respective authorized representatives, do hereby agree as follows:

### RECITALS:

On July 18, 2013, the City commenced the above-captioned case (the "Chapter 9 Case") by filing a petition for relief under chapter 9 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court"). On December 5, 2013, following its determination that the City met all of the applicable requirements and is eligible to be a debtor under chapter 9 of the Bankruptcy Code, the Bankruptcy Court entered the Order for Relief Under Chapter 9 of the Bankruptcy Code (Docket No. 1946) with respect to the City.

1

A.     Pursuant to section 904 of the Bankruptcy Code, the City may continue to exercise its political and governmental powers, manage its property and revenues and use and enjoy its income-producing property without interference from the Bankruptcy Court.

B.     On December 24, 2013, the Bankruptcy Court entered the Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Pre-petition Claims (Docket No. 2302) (the "ADR Order") establishing certain alternative dispute resolution procedures (collectively, the "ADR Procedures") to promote the resolution of certain claims designated by the City.

C.     The Claimant is the current record holder of the proof[s] of claim identified under the heading "Filed Claim Number" in the table in paragraph 2 below (the "Filed Claim").

D.     The City (i) reviewed the Filed Claim and the facts and circumstances of the alleged liabilities asserted therein and (ii) designated the Filed Claim for potential resolution through the ADR Procedures.

E.     The City believes that the resolution of the Filed Claim as set forth in this Agreement is fair, reasonable and appropriate and will allow the Parties to avoid the cost, delay and burden of litigating potential disputes related to the Filed Claim.  In accordance with the ADR Order, the resolution of the Filed Claim set forth in this Agreement terminates the ADR Procedures with respect to the Filed Claim pursuant to section II.A.7 of the ADR Procedures.

F.     Pursuant to section 904 of the Bankruptcy Code, the City is authorized to propose and enter into this Agreement without further order of the Bankruptcy Court.

2

H.     The undersigned is authorized to enter into this Agreement on behalf of the City pursuant to a confidential memorandum dated March 25, 2014 that was issued to the City of Detroit Corporation Counsel by Kevyn Orr, Emergency Manager for the City of Detroit, entitled Litigation Claim Settlement Authority.

I.     The Parties have agreed to the terms set forth in this Agreement, as indicated by the signatures of their respective authorized representatives below.

## AGREEMENT

1.     The Claimant represents and warrants to the City that it has not sold, assigned, factored or otherwise transferred any portion of or interest in the Filed Claim and is the sole holder of the Filed Claim, with full authority to enter into this Agreement. The Claimant further agrees to indemnify and hold the City harmless for any damages, including without limitation actual and reasonable out of pocket costs, resulting from a breach of its representations and warranties set forth in this paragraph.

2.     The Filed Claim is deemed amended, modified and allowed as a general unsecured, nonpriority claim (any such claim, a "Settled Claim") in the corresponding amount set forth in the table below under the heading "Settled Claim Amount":

| Claimant | Filed Claim Number | Filed Claim Amount | Filed Claim Priority | Settled Claim Amount | Settled Claim Priority |
|---|---|---|---|---|---|
| Carrie McDonald | 1542 | $ 98,392.43 | General unsecured | $50,000.00 | General unsecured |
|  |  |  |  |  |  |

3

3.     The Parties agree that any Filed Claim identified in paragraph 2 above for which there is no corresponding Settled Claim (or such amount is listed as $0.00) is hereby withdrawn and deemed disallowed and expunged, pursuant to section 502 of the Bankruptcy Code.

4.     The Claimant will not further amend the Filed Claim (or the Settled Claim) or file any additional proofs of claim with respect to the liabilities asserted in the Filed Claim. Any further amendments to the Filed Claim (or the Settled Claim) or any additional claims filed by the Claimant or their successors or assigns with respect to the liabilities asserted in the Filed Claim shall be null, void and of no effect.

5.     The Parties agree that any Settled Claim is a general unsecured, non-priority claim, subject to the treatment provided for such claims under any chapter 9 plan for the adjustment of debts confirmed by the Bankruptcy Court (a "Plan").

6.     Any distribution made to the Claimant pursuant to a Plan is referred to herein as a "Plan Distribution." If the Claimant or its successors or assigns receive payment of any portion of the Settled Claims from any source, including from the City, other than through the Plan (a "Non-Plan Payment"), the portion of the Settled Claim equal to the amount of the Non-Plan Payments shall be deemed fully satisfied, and the Claimant, for itself and any successors or assigns, hereby prospectively waives and disclaims the right to receive Plan Distributions on account of the portion of the Settled Claim satisfied by any Non-Plan Payments.

4

7. Nothing in this Agreement will have any impact on any proof(s) of claim that the Claimant has filed or holds other than the Filed Claim. The Parties retain all of their respective claims, defenses, objections, counterclaims and any and all rights in respect of any proofs of claim that the Claimant has filed or holds other than the Filed Claim.

8. As to the Filed Claims and Settled Claims described herein, the Claimant releases the City from any and all liability, actions, damages and claims (including claims for attorney fees, expert fees or court costs), known and unknown, arising or accruing at any time prior to and after the date of this Agreement, that the Claimant has or may have against the City. The Claimant acknowledges that this Agreement represents the compromise of a disputed claim and is not to be construed as an admission of liability on the part of the City. As used in this Agreement, the Claimant and the City include each of their respective servants, agents, contractors, attorneys, employees, representatives, family members, heirs, elected officials, appointed officials, related corporations, subsidiaries, divisions, affiliates, directors and officers, if any. Where required by the City, the Claimant has executed the Medicare Reporting and Indemnification Affidavit[s], if any, attached as Exhibit A.

9. The Claimant stipulates to dismissal with prejudice of the civil action[s] related to the Filed Claims or Settled Claim in the form attached hereto as Exhibit B.

10. This Agreement may be executed in identical counterparts, and/or by facsimile or e-mail scan, each of which when so executed and delivered will constitute an original, but all of which taken together will constitute one and the same instrument. This Agreement constitutes the entire agreement between the Parties with respect to the matters addressed herein and may not be modified except in a writing signed by the Parties.

5

WHEREFORE, the undersigned have executed this Agreement on behalf of the parties hereto.

**CITY OF DETROIT,**                    **CARRIE MCDONALD**

_____

By:    KRYSTAL A. CRITTENDON          X _Carrie McDonald_
                                      (signature)

Name:_____         Name: _Carrie McDonald_
        (printed)                            (printed)

Title:  Supervising Assistant Corporation    Date: _____
Counsel

Date:_____         **MICHAEL J. MORSE**

                                      _Patricia Dooley_
                                      (signature)

                                      Name: _Patricia Dooley_
                                             (printed)

                                      Date: _4/30/14._

6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,                          Chapter 9

           Debtor.                               Case No. 13-53846
                                                 Claim #1542

                                                 Hon. Steven W. Rhodes

## STIPULATION TO DISMISS CAUSE

    The parties in the above-entitled cause by their respective attorneys, hereby stipulate and agree that an Order be entered forthwith dismissing the said claim with prejudice and without costs and attorney fees to any party.

_____           _____
MICHAEL J. MORSE (P46895)                  KIMBERLY A. JAMES (P56410)
LAW OFFICE OF MICHAEL J. MORSE             CITY OF DETROIT LAW DEPT
Attorneys for Plaintiff                    Attorneys for Defendant
24901 Northwestern Hwy #700                2 Woodward Avenue, 5th Floor
Southfield, MI 48075                       Detroit, MI 48226
248-350-9050                               313-237-5063

## ORDER TO DISMISS CAUSE

    At a session of the said Court held in the Courthouse, City of Detroit, County of Wayne, Michigan on

    Present: Honorable    _____
                                U.S. District Court Judge

    Upon the reading and filing of the stipulation annexed hereto, and the Court being fully advised in the premises;

    **IT IS HEREBY ORDERED** that the within cause be dismissed with prejudice and without costs and without attorney fees to any party; all pending claims are hereby resolved and this case is now closed.

                              _____
                              **U. S. DISTRICT COURT JUDGE**

# MEDICARE REPORTING AND INDEMNIFICATION AFFIDAVIT

_carrie McDonald_ being first duly sworn, deposes and says that I have filed a claim and/or lawsuit against the City of Detroit:

1. I certify under penalty of law that this Affidavit and all attachments were prepared with my knowledge and were reviewed by me. The information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of a fine and/or imprisonment for known violations. I hereby state under oath and subject to any penalties for perjury that the information contained in this Affidavit is true, correct and accurate.

2. I hereby understand that the City of Detroit will be relying upon this information in order to provide all of the required information to the United States Government, Department of Health and Human Services, Center for Medicare and Medicaid Services or their Medicare contractor in accordance with the Medicare, Medicaid and SCHIP Extension Act of 2007 and to be in compliance with the Medicare Secondary Payer Laws.

Circle One

3. I am currently receiving Medicare Benefits.................................... yes or (no)

4. I will be Sixty Five years old within three years.............................. yes or (no)

4a. I have applied for Social Security Disability Benefits.................. yes or (no)

5. I have received a Social Security Disability Award Letter and attached a copy hereto.......................................................................yes or (no)

6. Attached is a copy of my Social Security Disability Application.....yes or (no)

7. Attached is a copy of my Social Security denial letter and my appeal of said denial........................................................................... yes or (no)

Page 1 of 5

8. I have End Stage Renal Disease........................................................yes or (no)

9. That my full name and all aliases are:

   _Carrie McDonald_

10. That my City of Detroit File/Matter Number is:

    _1542_

11. That my address is:

    ██████████████████████████████

12. That my Attorney's Name, Address and Contact Numbers are:

    _Patty Dooley, Mike Morse, PC._
    _248-350-9050_

13. That my Date of Birth is:

    ████████████████ 68

14. That my Social Security Number is:

    ██████████ -2691

15. That my Medicare HIC Number, if applicable is:

    _N/A_

16. That I am attaching copies of the following information:

    a. Copy of the Judgment ........................................... yes or no

    b. Medical Records ................................................. yes or no

17. Has anyone ever prepared for you:

   a. A Life Care Plan......................................................... yes or (no)

   b. Medicare Set Aside Cost Projections ....................................yes or (no)

   c. Life expectancy projection ...................................................yes or (no)

If yes to any questions above in #17, submit a copy to the City of Detroit.

18. What specific body parts were impacted by the Injury/illness:

   *Neck, Back, right hip and intracranial bleeding*

19. That my Gender is: _____ Male ____✓____ Female

20. That the accident which gave rise to this Claim/Lawsuit occurred on:

   *5/23/12* (Date)

21. On *4-29-14* (Date), a Settlement or Judgement of my

Claim/Lawsuit was agreed to/rendered for the total amount of

   *50,000 (Fifty Thousand)* Dollars ($ *50,000* ).

22. On the date of the accident/event, did any household family

   member own an automobile with valid No Fault Insurance

   coverage..............................................................................yes or (no)

Page 3 of 5

I, _Wayne McDonald_, HAVE READ THE ABOVE MEDICARE REPORTING AND INDEMNIFICATION AFFIDAVIT AND STATE THAT THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT AND THAT IN THE EVENT THAT THE CITY OF DETROIT IS HELD LIABLE DUE TO ANY MISINFORMATION OR OMISSION OF INFORMATION BY AFFIANT IN THIS AFFIDAVIT, AFFIANT SHALL INDEMNIFY, HOLD HARMLESS AND REIMBURSE THE CITY OF DETROIT FOR ALL PAYMENTS, DAMAGES, MONIES, COSTS, ATTORNEY'S FEES, EXPENSES, MEDICARE LIENS, MEDICARE DEMANDS FOR REIMBURSEMENT, MEDICARE OFFSETS , MEDICARE FINES, MEDICARE PENALTIES AND ANY MEDICARE PAYMENTS INCURRED BY THE CITY OF DETROIT RESULTING FROM SAID OMISSION OR MISINFORMATION. FURTHER, I SHALL FULLY COOPERATE WITH THE CITY OF DETROIT IN ANY DISPUTE OR MATTERS RELATED TO THIS INCIDENT INVOLVING MEDICARE AND SHALL EXECUTE ALL DOCUMENTS REQUIRED OR REQUESTED BY THE CITY OF DETROIT, MEDICARE OR ITS AGENTS THAT MAY BE REQUIRED OR NECESSARY TO RESOLVE ANY SAID DISPUTE OR MATTER.

FURTHER AFFIANT SAITH NOT.

_Carrie McDonald_
SIGNATURE OF THE CLAIMANT/PLAINTIFF


STATE OF MICHIGAN         )
                                    )SS
COUNTY OF _____)


This Medicare Reporting and Indemnification Affidavit was acknowledged, subscribed and sworn to before me this ___30___ day of April, 2014, by CARRIE MCDONALD _____, who hereby declares under penalty of perjury under the laws of the State of Michigan that he or she is authorized in fact and law to execute this Medicare Reporting and Indemnification Affidavit.

_Jennifer Picano_
Notary Public, _Wayne_ County, MI
My Commission Expires: _December 11, 2015_


Notary, Please ensure you use your notarial stamp or seal.

JENNIFER A. PICANO
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Dec 11, 2015
ACTING IN COUNTY OF
_Oakland_