UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 9

CITY OF DETROIT, MICHIGAN                           Case No. 13-53846

    Debtor,                                         Hon. Thomas J. Tucker

_____/

## REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATION LIST

Please take notice that **Pentiuk, Couvreur & Kobiljak, P.C.** by Randall A. Pentiuk, attorney for Joliet Town Houses Cooperative Association, requests that the following email address be removed from the CM/ECT notification list and that he no longer receive electronic filings in this bankruptcy proceeding.

Randall A. Pentiuk                        E-mail: rpentiuk@pck-law.com

 

Respectfully submitted,

PENTIUK, COUVREUR & KOBILJAK, P.C.

By:    /s/ Randall A. Pentiuk
       Randall A. Pentiuk (P32556)
       Attorneys for Joliet Town Homes
       2915 Biddle Avenue, Suite 200
       Wyandotte, MI 48192
       (734) 281-7100

Dated:    October 7, 2016