UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                        Chapter 9

CITY OF DETROIT, MICHIGAN                     Case No. 13-53846

      Debtor,                              Hon. Thomas J. Tucker

_____/

## REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATION LIST

Please take notice that **Pentiuk, Couvreur & Kobiljak, P.C.** by Randall A. Pentiuk, attorney for Lasalle Town House Cooperative Association, requests that the following email address be removed from the CM/ECT notification list and that he no longer receive electronic filings in this bankruptcy proceeding.

Randall A. Pentiuk          E-mail: rpentiuk@pck-law.com

Respectfully submitted,

PENTIUK, COUVREUR & KOBILJAK, P.C.

By:    */s/ Randall A. Pentiuk*
      Randall A. Pentiuk (P32556)
      Attorneys for Joliet Town Homes
      2915 Biddle Avenue, Suite 200
      Wyandotte, MI 48192
      (734) 281-7100

Dated:    October 7, 2016