UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9

CITY OF DETROIT, MICHIGAN  Case No. 13-53846

Debtor,  Hon. Thomas J. Tucker

_____/

## REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATION LIST

Please take notice that **Pentiuk, Couvreur & Kobiljak, P.C.** by Randall A. Pentiuk, attorney for Nicolet Town Houses Cooperative Association, requests that the following email address be removed from the CM/ECT notification list and that he no longer receive electronic filings in this bankruptcy proceeding.

Randall A. Pentiuk  E-mail: rpentiuk@pck-law.com

Respectfully submitted,

PENTIUK, COUVREUR & KOBILJAK, P.C.

By:  /s/ Randall A. Pentiuk
Randall A. Pentiuk (P32556)
Attorneys for Joliet Town Homes
2915 Biddle Avenue, Suite 200
Wyandotte, MI 48192
(734) 281-7100

Dated:  October 7, 2016