## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

Debtor.

Bankruptcy Case No. 13-53846
Judge Thomas J. Tucker
Chapter 9

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 13, 2016, he caused copies of the *CITY OF DETROIT'S SUPPLEMENTAL REPLY TO RESPONSE OF CLAIMANTS BEATRICE MCQUEEN AND DINAH BOLTON TO THE CITY'S FORTY-FOURTH AND FORTY-SEVENTH OMNIBUS OBJECTIONS TO CLAIMS* [Doc. No. 11617] to be served upon the following parties, via first class mail:

Dinah Bolton
20230 Fenelon Street
Detroit, MI 48234

Beatrice McQueen
26533 Blumfield
Roseville, MI 48066

By: /s/ John H. Willems
John H. Willems
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7544
Facsimile: (313) 496-8453
willems@millercanfield.com

Dated: October 13, 2016