UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9

CITY OF DETROIT, MICHIGAN                                 Case No. 13-53846

           Debtor,                                        Hon. Thomas J. Tucker

_____/

## REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATION LIST

Please take notice that **Pentiuk, Couvreur & Kobiljak, P.C.** by Randall A. Pentiuk, attorney for Lafayette Town Houses, Inc., requests that the following email address be removed from the CM/ECT notification list and that he no longer receive electronic filings in this bankruptcy proceeding.

Randall A. Pentiuk                    E-mail:  rpentiuk@pck-law.com


                                      Respectfully submitted,

                                      PENTIUK, COUVREUR & KOBILJAK, P.C.


                                      By:    _/s/ Randall A. Pentiuk_____
                                             Randall A. Pentiuk (P32556)
                                             Attorneys for Joliet Town Homes
                                             2915 Biddle Avenue, Suite 200
                                             Wyandotte, MI 48192
                                             (734) 281-7100

Dated:    October 13, 2016