UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:  Case No. 13-53846
 Chapter 9
CITY OF DETROIT, MICHIGAN,  Judge Thomas J. Tucker

      Debtor.
_____/

## ORDER DISALLOWING CLAIM 3125 FILED BY THE ASSOCIATION OF MUNICIPAL ENGINEERS, CLAIM 3206 FILED BY THE ASSOCIATION OF DETROIT ENGINEERS, AND CLAIM 2425 FILED BY THE SANITARY CHEMISTS AND TECHNICIANS ASSOCIATION

This case is before the Court on the Objection of Detroit Water and Sewerage Department to Claim Number 3125 filed by the Association of Municipal Engineers, Claim Number 3206 filed by the Association of Detroit Engineers, and Claim Number 2425 filed by the Sanitary Chemists and Technicians Association (Docket # 11541, the "Claim Objection"), due notice having been provided and no timely response to the Claim Objection having been filed; and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that Claim Number 3125 together with related Unfair Labor Practice Charges that should have been included in the Claim filed by the Association of Municipal Engineers; Claim Number 3206 filed by the Association of Detroit Engineers; and Claim Number 2425 filed by the Sanitary Chemists and Technicians Association all are disallowed.

**Signed on October 14, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge