UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION FOR RESOLUTION OF OBJECTION TO CLAIM NUMBER 2373 FILED BY DINAH BOLTON AND ALLOWANCE OF CLAIM NUMBER 2373 IN A REDUCED AMOUNT**

Dinah Bolton("Claimant"), and the City of Detroit, Michigan ("City," and with Claimant, the "Parties"), by and through its undersigned counsel, state as follows in support of the entry of the *Order Approving Stipulation Resolving Objection to Claim Number 2373 filed by Dinah Bolton and Allowing Claim Number 2373 in a Reduced Amount* attached hereto as Exhibit 1.

1. On February 21, 2014, Claimant filed proof of claim number 2373 (the "Claim") in the amount of $49,793.19 ("Bolton Claim").

2. On May 12, 2016, the City filed its *Debtor's Forty-Fourth Omnibus Objection to Certain Claims (No Basis) (the "Objection,"* Doc. No. 11162).

3. The Parties have reached a resolution regarding the Bolton Claim and the City's Objection to the Claim. The Parties agree that the Bolton Claim should be allowed in the amount of $5,370.00 as a Class 15 Convenience Claim. As provided by the terms of Class 15 of the City's confirmed *Eighth Amended Plan*

*for the Adjustment of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 8045), Bolton will receive a cash payment of $1,343.00, which is 25% of the allowed amount referenced above, in full and final satisfaction of the Bolton Claim.

WHEREFORE the Parties respectfully request that the Court enter an order in the form attached as Exhibit 1, resolving the Objection as regards the Bolton Claim and allowing the Bolton Claim in a reduced amount as a Class 15 Convenience Claim.

Stipulated and agreed to on October 12, 2016:

MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ John H. Willems
John H. Willems (P31861)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7544
Facsimile: (313) 496-8451
willems@millercanfield.com

Counsel for the City of Detroit, Michigan

Claimant for Claim 2373

Dinah Bolton
20230 Fenelon Street
Detroit, MI 48234

The foregoing instrument was acknowledged before me this 12th day of October, 2016, by Dinah Lynn Bolton _____, who is personally known to me or who produced a driver's license as identification.

Notary Stamp:          Notary's Signature: _____

| | Notary's Name: ALVIN J. MITCHELL |
| --- | --- |
| | Notary Public, State of MI , County of WAYNE |
| | My commission Expires: 03/10/2018 |
| | Acting in the County of: Wayne |

ALVIN J MITCHELL
Notary Public - Michigan
Wayne County
My Commission Expires Mar 10, 2018
Acting in the County of WAYNE

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION RESOLVING OBJECTION TO CLAIM NUMBER 2373 FILED BY DINAH BOLTON AND ALLOWING CLAIM NUMBER 2373 IN A REDUCED AMOUNT**

This matter having come before the Court on the *Stipulation for Resolution of Objection to Claim Number 2373 filed by Dinah Bolton and Allowance of Claim Number 2373 in a Reduced Amount* (the "Stipulation"); the parties having stipulated to the allowance of claim number 2373 in a reduced amount and the resolution of the *Debtor's Forty-Fourth Omnibus Objection to Certain Claims (No Basis)* (the "Objection," Doc. No. 11162) as to claim number 2373; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The Objection is resolved as to proof of claim number 2373 filed by Dinah Bolton (the "Bolton Claim").

2. The Bolton Claim is allowed as a Class 15 Convenience Claim in the amount of $5,370.00. As provided by the terms of Class 15 of the City's confirmed *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit*

*(October 22, 2014)* (Doc. No. 8045), Bolton will receive a cash payment of $1,343.00 in full and final satisfaction of the Bolton Claim.

    3. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.