# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER APPROVING STIPULATION RESOLVING OBJECTION TO CLAIM NUMBER 2373 FILED BY DINAH BOLTON AND ALLOWING CLAIM NUMBER 2373 IN A REDUCED AMOUNT

This case is before the Court on the *Stipulation for Resolution of Objection to Claim Number 2373 filed by Dinah Bolton and Allowance of Claim Number 2373 in a Reduced Amount* (Docket # 11629, the "Stipulation"); the parties having stipulated to the allowance of claim number 2373 in a reduced amount and the resolution of the *Debtor's Forty-Fourth Omnibus Objection to Certain Claims (No Basis)* (the "Objection," Doc. No. 11162) as to claim number 2373; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. The Objection is resolved as to proof of claim number 2373 filed by Dinah Bolton (the "Bolton Claim").

2. The Bolton Claim is allowed as a Class 15 Convenience Claim in the amount of $5,370.00. As provided by the terms of Class 15 of the City's confirmed *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit*

*(October 22, 2014)* (Do. No. 8045), Bolton will receive a cash payment of $1,343.00 in full and final satisfaction of the Bolton Claim.

      3. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this Order.

.

**Signed on October 18, 2016**

                                              /s/ Thomas J. Tucker
                                              Thomas J. Tucker
                                              United States Bankruptcy Judge