UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND ORDER, PURSUANT TO SECTIONS 105 AND 502 OF THE BANKRUPTCY CODE, APPROVING ALTERNATIVE DISPUTE RESOLUTION PROCEDURES TO PROMOTE THE LIQUIDATION OF CERTAIN PREPETITION CLAIMS AGAINST TAMMY HOWARD AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF SHELTON BELL, JR., DECEASED**

This case is before the Court on the City Of Detroit's motion, entitled "City of Detroit's Motion to Enforce Settlement Agreement and Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims Against Tammy Howard as Personal Representative for the Estate of Shelton Bell, Jr., Deceased" (Docket # 115335, the "Motion"). For the reasons stated by the Court in its written opinion filed on October 18, 2016 (Docket # 11631),

IT IS ORDERED that:

1. The Motion is granted.

2. No later than October 26, 2016, Tammy Howard, as Personal Representative for the Estate of Shelton Bell, Jr., deceased, must dismiss, or cause

to be dismissed, with prejudice Case Number 11-007122 CZ filed with the Circuit Court for the County of Wayne, Michigan, and captioned *The Estate of Shelton Bell, Jr., by His Personal Representative, Tammy Howard v. Detroit Police Officer Alan Williams*.

      3.    The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on October 19, 2016**

                                              /s/ Thomas J. Tucker
                                              Thomas J. Tucker
                                              United States Bankruptcy Judge