UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

FILED
2016 OCT 19 P 12: 29
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

IN RE: DWSD (City of Detroit)

CASE NO: 13 53846
CHAPTER: 9
JUDGE: Thomas Tucker

Debtor: Sanitary Chemists and Technicians Association

MOTION FOR/TO Reconsideration Thomas Tucker's Order of Oct. 14, 2016 in regard to DWSD and SCATA

NOW COMES Debtor(s), and brings this motion for/to Reconsideration . In support of Debtor(s)'s motion, Debtor states the following

[state the facts]:

1. DWSD one sidedly described the state of MERC unfair labor charge by SCATA saying that the filing is too late since bankruptcy was over.

2. SCATA went to arbitration before the halt of bankruptcy judge and the arbitrator ruled that he had no authority on the matter since it was not in the contract. SCATA went to MERC to resolve the issue.

3. Debtor requests To repeal the issued order and let the proceedings go forward at MERC

WHEREFORE, Debtor requests this Court to consider Debtor's Motion for/to rescinding of the order and afford Debtor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Respectfully submitted,

Dated: October 19, 2016

Saulius Simoliunas
(Debtor's Signature)
Print Name: SAULIUS SIMOLIUNAS

_____
(Co-Debtor's Signature)
Print Name: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: DWSD (City of Detroit)

CASE NO: 1353846
CHAPTER: 9
JUDGE: Thomas Tucker

Debtor Sanitary Chemists and Technicians Association

ORDER GRANTING MOTION FOR/TO Reconsideration Thomas Tucker's Order of Oct. 14, 2016 and for the Repeal of the Order

This matter having come before the Court on Debtor's motion for/to _____, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.