# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

## DETROIT WAYNE JOINT BUILDING AUTHORITY'S WITHDRAWAL OF CLAIM NUMBER 3834

The Detroit-Wayne Joint Building Authority hereby withdraws claim number 3834 filed on April 22, 2015 from the above-captioned bankruptcy case.

Dated: October 19, 2016

CLARK HILL PLC

BY: /s/ Joel D. Applebaum
     Joel D. Applebaum (P36774)
151 South Old Woodward Ave.
Suite 200
Birmingham, Michigan 48009
248.988.5883
japplebaum@clarkhill.com