# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Chapter 9

CITY OF DETROIT, MICHIGAN,  Case No. 13-53846

          Debtor.  Hon. Thomas J. Tucker

_____/

## REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC NOTIFICATION LIST

      Please take notice that **A. Stephen Ramadan**, attorney for **Martin A. O'Brien**, requests that the following email address be removed from the CM/ECF notification list and that he no longer receive electronic filings in this bankruptcy proceeding.

**A. Stephen Ramadan**      E-mail:      steveramadan@gamil.com

                          Respectfully submitted,

                          /s/ **A. Stephen Ramadan**
                          .**A. Stephen Ramadan** P41892
                          Attorney for **Martin A. O'Brien**
                          22201 Harper Ave
                          St Clair Sh, MI 48080
                          steveramadan@gmai.com

Dated: October 20, 2016