# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 20, 2016, he served a copy of the *Supplemental Order Regarding Debtor's Forty-Seventh Omnibus Objection to Certain Claims* [Doc. No. 11636] upon the following parties, via first class mail:

Henry Wolfe III
18507 Ohio
Detroit, MI 48221

Beatrice McQueen
26533 Blumfield
Roseville, MI 48066

                                             By: /s/ John H. Willems
                                                 150 West Jefferson, Suite 2500
                                                 Detroit, Michigan 48226
                                                 Telephone: (313) 496-7544
                                                 Facsimile: (313) 496-8453
                                                 willems@millercanfield.com

Dated: October 20, 2016

27761886.1\022765-00213
13-53846-tjt    Doc 11638    Filed 10/20/16    Entered 10/20/16 16:07:08    Page 1 of 1