# IN THE UNITED STATE BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
        Chapter 9  
        Case No. 13-53846  
        Judge Thomas J. Tucker

CITY OF DETROIT, MICHIGAN,

    Debtor.  
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**Please Take Notice** that **Benjamin Whitfield, Jr.** of **Benjamin Whitfield, Jr. & Associates, P.C.** hereby enters his appearance on behalf of Jerome Collins.

By this same notice, the undersigned is requesting that he receive notice of all future filings in this matter.

Respectfully Submitted,

**Benjamin Whitfield, Jr. & Associates, P.C.,**

By: ___/s/ Benjamin Whitfield, Jr.___  
Benjamin Whitfield, Jr. (P23562)  
Attorney for Jerome Collins  
613 Abbott St, 1st FL  
Detroit, MI 48226  
**Phone:** (313) 961-1000  
**Email:** benwlaw123@aol.com

**Dated:** October 21, 2016