UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                          Chapter 9

        Debtor.                              Judge Thomas J. Tucker
_____/

**ORDER DENYING MOTION FOR RECONSIDERATION**
**FILED ON OCTOBER 19, 2016 BY SAULIUS SIMOLIUNAS**

      This case is before the Court on a motion filed by Saulius Simoliunas, entitled "Motion for Reconsideration from Thomas Tucker's Order of October 14, 2016 in Regard to DW&D SCATA," filed October 19, 2016 (Docket # 11633, the "Motion"), which the Court construes as a motion for reconsideration of, and for relief from, the October 14, 2016 Order Disallowing Claim Nos. 3125, 3206, and 2425 (Docket # 11627, the "October 14, 2016 Order").

      The Court finds that the Motion fails to demonstrate a palpable defect by which the Court and the parties have been misled, and that a different disposition of the case must result from a correction thereof. *See* Local Rule 9024-1(a)(3).

      In addition, the Court finds that the allegations in the Motion do not establish excusable neglect under Fed.R.Civ.P. 60(b)(1), Fed.R.Bankr.P. 9024, or any other valid ground for relief from the October 14, 2016 Order.

      NOW, THEREFORE,

      IT IS ORDERED that the Motion (Docket # 11633) is denied.

.

**Signed on October 24, 2016**

                                                  /s/ Thomas J. Tucker
                                                  Thomas J. Tucker
                                                  United States Bankruptcy Judge