# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## NOTICE OF WITHDRAWAL OF CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST AMERICAN ANESTHESIA ASSOCIATES, LLC AND SPINE SPECIALISTS OF MICHIGAN, P.C.

The City of Detroit hereby withdraws without prejudice its *Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof Against American Anesthesia Associates, LLC and Spine Specialists of Michigan, P.C.* [Doc. No. 11606]

Dated: October 25, 2016

        Respectfully submitted,

        MILLER CANFIELD PADDOCK
        & STONE, PLC

        By: /s/ Marc N. Swanson
            Jonathan S. Green (P33140)
            Marc N. Swanson (P71149)
            MILLER, CANFIELD, PADDOCK AND
            STONE, P.L.C.
            150 West Jefferson, Suite 2500
            Detroit, Michigan 48226
            Telephone: (313) 963-6420
            Facsimile: (313) 496-8451
            green@millercanfield.com
            swansonm@millercanfield.com

                and

        CITY OF DETROIT LAW
        DEPARTMENT

        Charles N. Raimi (P29746)
        James Noseda (P52563)
        2 Woodward Avenue, Suite 500
        Detroit, Michigan 48226
        Phone: (313) 237-5037
        Email: raimic@detroitmi.gov

        ATTORNEYS FOR THE CITY OF DETROIT