UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.

_____/

Chapter 9

Case No. 13-53846

Hon. Thomas J. Tucker

# AMENDED CERTIFICATE OF SERVICE
# TO
# RESPONSE TO CITY OF DETROIT'S MOTION TO DETERMINE RIGHTS TO CLAIM NUMBER 201

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2016, I electronically filed this pleading, **and RESPONSE TO CITY OF DETROIT'S MOTION TO DETERMINE RIGHTS TO CLAIM NUMBER 201** and all exhibits with the Clerk of the Court using the Court Authorized electronic filing system which will send electronic notification of such filing to the attorneys of record and I hereby certify that I know of no manual recipients on the Notice List who require service other than the

following listed below who were served via U. S. First Class Mail:

David W. Warren
Joelson Rosenberg, PLC
30665 Northwestern Hwy, #200
Farmington Hills, MI 38334

Barry A. Seifman
Barry A. Seifman P.C.
30445 Northwestern Hwy, #310
Farmington Hills, MI 38334

Kajy Development, L. L. C.
c/o David W. Yaldo
4036 Telegraph Road, Suite 204
Bloomfield Hills, MI 48302

**Barry A. Seifman's address has been corrected to Suite # 310 from the original Certificate of Service listing incorrectly Suite # 301. All of the above named persons will also be served with this Amended Certificate of Service and Seifman's copy of all pleadings has been mailed to his corrected address above on this October 26, 2016.**

/s/ Raymond Guzall III
Raymond Guzall III (P60980)
Attorney for Creditor Michael Beydoun
and on behalf of Raymond Guzall III, P. C.
31555 W. Fourteen Mile Rd., Suite 320
Farmington Hills, Michigan 48334
Phone:    (248) 702-6122
Fax:      (248) 702-6124
Rayguzall@attorneyguzall.com

2