UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 9 |
|  | ) |  |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
|  | ) |  |
| Debtor. | ) | Judge Thomas J. Tucker |
|  | ) |  |

**ORDER MODIFYING THIS COURT'S AUGUST 26, 2016 ORDER
(DOCKET NUMBER 11491)**

This case is before the Court on the stipulation filed on October 27, 2016 entitled "Stipulation for the Entry of an Order Modifying this Court's August 26, 2016 Order (Docket Number 11491)" (Docket # 11648, the "Stipulation"). Based on the Stipulation,

IT IS ORDERED THAT the Court's August 26, 2016 Order entitled "Order Modifying This Court's June 27, 2016 Order (Doc. # 11491)" (the "Order") is modified as follows:

1. The filing deadlines in paragraph 1.A of the Order are extended from October 28, 2016 to November 14, 2016.

2. The filing deadlines in paragraph 1.B of the Order are extended from December 27, 2016 to January 10, 2017.

3. The filing deadlines in paragraph 1.C of the Order are extended from January 27, 2017 to February 10, 2017.

4. The filing deadlines in paragraph 1.D of the Order are extended from November 8, 2016 to November 22, 2016.

.

**Signed on October 28, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge