UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**

CITY OF DETROIT, MICHIGAN

            Debtor.

_____/

Chapter 9

Hon. Thomas J. Tucker

Case No. 13-53846

## NOTICE OF TRUSTEE'S CLAIM OF INTEREST IN SETTLMENT

      You are hereby notified that in the above-captioned Bankruptcy Case pending in the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division – Detroit, Karen Evangelista, the chapter 7 Trustee in the case of Steven Wolak and Francine Wolak (the "Wolaks"), case number 15-53842, pending in the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division, hereby claims an interest in claim number 3232 and any proceeds of that claim.

Respectfully submitted,

Karen E. Evangelista, P.C.

/s/ *Karen E. Evangelista*

By: Karen E. Evangelista, Esq. (P36144)
Chapter 7 Trustee
Karen E. Evangelista, P.C.
439 S Main St #250
Rochester, MI 48307

Dated: October 27, 2016           (248) 923-5949

STATE OF MICHIGAN   )
                              )ss.
COUNTY OF OAKLAND   )

The foregoing instrument was executed before me 27th day of October, 2016 by

/s/ Tracy C. Hoeffel
Tracy C. Hoeffel, Notary Public
Acting in Oakland County
Oakland County, Michigan
My Commission Expires: 9/17/2022

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**

CITY OF DETROIT, MICHIGAN

Debtor.

_____/

Chapter 9

Hon. Thomas J. Tucker

Case No. 13-53846

### NOTICE OF FILING OF TRUSTEE'S CLAIM OF INTEREST

NOW COMES Karen E. Evangelista, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Steven and Francine Wolak, case number 15-53842, and files her Trustee's Notice of Claim of Interest attached hereto as Exhibit A.

Dated: October 26, 2016

Respectfully submitted,

KAREN E. EVANGELISTA, P.C.

 */s/ Karen E. Evangelista*
Karen E. Evangelista, Esq. (P36144)
Chapter 7 Trustee
Karen E. Evangelista, P.C.
439 S Main St #250
Rochester, MI 48307
(248) 923-5949

**IN THE MATTER OF:**

CITY OF DETROIT, MICHIGAN

                Debtor.

_____/

Chapter 9

Hon. Thomas J. Tucker

Case No. 13-53846

## PROOF OF SERVICE

Karen E. Evangelista states that on the 31th day of October, 2016, she served a copy of the **NOTICE OF FILING OF TRUSTEE'S CLAIM OF INTEREST, NOTICE OF TRUSTEE'S CLAIM OF INTEREST** and this **PROOF OF SERVICE** upon the following parties with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Marc N. Swanson | swansonm@millercanfield.com |
| Chuck Raimi | raimic@detroitmi.gov |
| Scott L. Mazey | attorneymazey@aol.com |
| David Dworetsky | d.dworetsky@fiegerlaw.com |

                                      KAREN E. EVANGELISTA, P.C.

                                      */s/ Karen E. Evangelista*
                                      Karen E. Evangelista, Esq. (P36144)
                                      Chapter 7 Trustee
                                      Karen E. Evangelista, P.C.
                                      439 S Main St #250
                                      Rochester, MI 48307
                                      (248) 923-5949