# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND RICOH USA, INC. RESOLVING CLAIM NUMBER 133

The City of Detroit, Michigan ("City") and Ricoh USA, Inc. ("Ricoh"; and collectively with the City, the "Parties") stipulate and agree as follows:

WHEREAS, on November 19, 2013, Ricoh filed its proof of claim number 133 in the amount of $17,147.77 ("Claim 133");

WHEREAS, on October 22, 2014, the City filed its *Eighth Amended Plan of the Adjustment of Debts of the City of Detroit (October 22, 2014)* (the "Plan," Doc. No. 8045);

WHEREAS, Ricoh and the City have now conferred and reached agreement regarding Claim 133;

WHEREAS, capitalized terms not otherwise defined in this stipulation have the meanings given to them in the Plan;

NOW, THEREFORE, the Parties stipulate and agree as follows:

1. Claim 133 is allowed as a general unsecured claim in the amount of $10,046.87, which will be paid in accordance with the Plan.

2. Other than Claim 133, Ricoh has no further Claims of any kind against the City as of the Effective Date. The City's claim's agent is authorized to update the claims register accordingly.

3. Ricoh has not transferred or assigned any Claims of any kind it has against the City.

**SO STIPULATED,**
**APPROVED AS TO FORM AND CONTENT:**

October 31, 2016

| For the City of Detroit, Michigan By Miller, Canfield, Paddock & Stone, PLC | For Ricoh USA, Inc. |
|---|---|
| By: /s/ Ronald A. Spinner<br>Ronald A. Spinner (P73159)<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226<br>(313) 496-7319<br>swansonm@millercanfield.com | By: _Olivia N. Moody_<br>Olivia N. Moody<br>Bankruptcy Specialist, Ricoh USA<br>Macon, GA 31210<br>(478) 238-2501<br>Olivia.Moody@ricoh-usa.com |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>        Debtor. | Bankruptcy Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

## [PROPOSED] ORDER APPROVING THE STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND RICOH USA, INC. RESOLVING CLAIM NUMBER 133

This matter having come before the Court on the *Stipulation by and between the City of Detroit, Michigan and Ricoh USA, Inc. Resolving Claim Number 133*, the Court having reviewed the stipulation and being otherwise apprised of the matter, and there being good cause, NOW THEREFORE IT IS ORDERED THAT

1. The stipulation is approved to the extent set forth in this Order.

2. Claim number 133 is allowed as a general unsecured claim in the amount of $10,046.87, which will be paid in accordance with the Plan.

3. Other than claims number 133 filed in this bankruptcy case, Ricoh has no further claims of any kind against the City of Detroit ("City") as of December 10, 2014. The City's claim's agent is authorized to update the claims register accordingly.

4. No party may assert a claim against the City on the basis that it has been assigned a claim originally asserted by Ricoh USA, Inc.