**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**IN THE MATTER OF:**

**City of Detroit, Michigan,**                              **BANKRUPTCY CASE NO: 13-53846**
                                                            **CHAPTER:    9**
                                                            **JUDGE:       Thomas J. Tucker**

                    Debtor.

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE ENTER the appearances of David W. Yaldo, P.C. and the Law Offices of Afan Bapacker P.C. on behalf of Kajy Development in the above captioned matter.  Attorneys request notice by electronic means only.

DAVID W. YALDO, P.C.


By:  /s/ David Yaldo
David W. Yaldo (P36817)
Attorney for Kajy Development
4036 Telegraph Road, Suite 204
Bloomfield Hills, Michigan 48302
(248) 645-1500


The Law Office of Afan Bapacker, P.C.

/s/ Afan Bapacker
Afan Bapacker (P70885)
Attorney for Kajy Development
16030 Michigan Avenue, Ste 220
Dearborn, MI 48126
afan@bapackerlaw.ocm
Fax: 313-447-3014
313-646-8070

Dated:  November 4, 2016