# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In re: | Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER APPROVING THE STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND RICOH USA, INC. RESOLVING CLAIM NUMBER 133

This case is before the Court on the *Stipulation by and between the City of Detroit, Michigan and Ricoh USA, Inc. Resolving Claim Number 133* (Docket # 11655, the "Stipulation"). The Court having reviewed the Stipulation and being otherwise apprised of the matter, and there being good cause,

IT IS ORDERED that:

1. The Stipulation is approved to the extent set forth in this Order.

2. Claim number 133 is allowed as a general unsecured claim in the amount of $10,046.87, which will be paid in accordance with the Plan.

3. Other than claim number 133 filed in this bankruptcy case, Ricoh has no further claims of any kind against the City of Detroit ("City") as of December 10, 2014. The City's claim's agent is authorized to update the claims register accordingly.

4. No party may assert a claim against the City on the basis that it has been assigned a claim originally asserted by Ricoh USA, Inc.

**Signed on November 04, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge