# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Thomas J. Tucker |
| Debtor. | ) | |

---

**NOTICE OF MOTION FOR COURT APPROVAL CONCERNING GENERAL RETIREMENT SYSTEM BENEFITS FOR CERTAIN CLASSES OF DETROIT PUBLIC LIBRARY RETIREES AND SURVIVING SPOUSES**

The parties to a Wayne County Circuit Court class action and the City of Detroit General Retirement System, through their respective attorneys, have filed a Motion for Court Approval Concerning General Retirement System Benefits for Certain Classes of Detroit Public Library Retirees and Surviving Spouses.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankrupt y case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, within 21 days of the date this notice is served, you or your attorney must:

1. File with the court a written objection or request for a hearing, explaining your position, at:

   United States Bankruptcy Court
   211 W. Fort Street, Suite 2100
   Detroit, Michigan 48226

If you mail your objection or request for a hearing to the court for filing, you must mail it early enough so that the court will **receive** it on or before the 21 day period.

You must also mail a copy to:
Stuart A. Gold, Esq.
24901 Northwestern Hwy., Suite 444
Southfield, Michigan 48075-2223

2. If an objection or request for hearing is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Respectfully submitted,

GOLD LANGE MAJOROS, P.C.


By /s/ Stuart A. Gold
Stuart A. Gold (P27766)
Attorneys for Plaintiffs
24901 Northwestern Hwy, Ste 444
Southfield, MI 48075
(248) 350-8220
sgold@glmpc.com


Dated: November 7, 2016


EXHIBIT 2