UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Thomas J. Tucker |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2016, I electronically filed:

- Motion for Court Approval Concerning General Retirement System Benefits for Certain Classes of Detroit Public Library Retirees and Surviving Spouses;
- Notice of Motion for Court Approval Concerning General Retirement System Benefits for Certain Classes of Detroit Public Library Retirees and Surviving Spouses; and
- Certificate of Service

with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    Office of the U.S. Trustee
    211 W. Fort Street; Suite 700
    Detroit, MI 48226
and all other parties who receive electronic notice in this case.

    /s/ Christen Wilder
    Christen Wilder, Legal Assistant
    Gold, Lange & Majoros, P.C.
    24901 Northwestern Hwy; Suite 444
    Southfield, MI 48075
    (248) 350-8220

EXHIBIT 3