# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 8, 2016, he served a copy of the ***Order Approving Stipulation By and Among the City of Detroit and Danny Crowell, Leota Murphy and Jasmine Crowell Resolving the Motion for Relief From Order Dated August 2, 2016*** [Doc. No. 11591] upon counsel to Danny Crowell, Leota Murphy and Jasmine Crowell, via first class mail and email, as listed below:

Joseph Dedvukaj
The Joseph Dedvukaj Firm PC
1277 W Square Lake Rd
Bloomfield Hills, MI 48302-0845
jdlawfirm@aol.com

DATED: November 8, 2016

                                                          By: /s/ Marc N. Swanson
                                                             Marc N. Swanson (P71149)
                                                             150 West Jefferson, Suite 2500
                                                             Detroit, Michigan 48226
                                                             Telephone: (313) 496-7591
                                                             Facsimile: (313) 496-8451
                                                             swansonm@millercanfield.com