UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

    Debtor.
_____/

Bankruptcy Case No. 13-53846
Chapter 9
Hon. Thomas J. Tucker

### REQUEST TO BE REMOVED FROM SERVICE LIST AND RECEIVING ELECTRONIC FILING NOTICES

Please remove attorney Thomas B. Radom, whose e-mail address is radom@butzel.com, from the electronic service list and receiving electronic notices in the above captioned case and any related adversary proceedings.

Respectfully submitted,

BUTZEL LONG, a professional corporation

By: /s/ Thomas B. Radom
Thomas B. Radom (P24631)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304
Tel: (248) 258-1616
Fax: (248) 258-1439
E-mail: radom@butzel.com

Dated: November 8, 2016