# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

Debtor.

Case No. 13-53846

Judge Thomas J. Tucker

Chapter 9

## ORDER SUSTAINING CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 201 FILED BY MICHAEL BEYDOUN AND RAYMOND GUZALL III

This case is before the Court on the *City of Detroit's Objection to Claim Number 201* (Docket # 11622, the "Claim Objection"). Upon proper notice of the Claim Objection, and no timely response to the Claim Objection having been filed, and the Court being fully advised in the premises, and there being good cause to grant the relief requested,

IT IS ORDERED THAT:

1. The Claim Objection is sustained.

2. Proof of claim number 201 is allowed as a cash claim for $20,000 and an unsecured class 14 claim in the amount of $2,273,293.06.

3. The City's claims agent is authorized to update the claims register in accordance with the terms of this Order.

4. Nothing in this Order in any way restricts the City's right or ability to seek a ruling determining the rights of Michael Beydoun (current claimant under

proof of claim 201) and his garnishing creditors as to the amounts to be paid out under proof of claim number 201.

5. The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on November 10, 2016**

                                         /s/ Thomas J. Tucker
                                         Thomas J. Tucker
                                         United States Bankruptcy Judge