UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Judge Thomas J. Tucker |
| | ) | |

**ORDER MODIFYING THIS COURT'S OCTOBER 28, 2016 ORDER
(DOCKET NUMBER 11649)**

This case is before the Court on the stipulation filed on November 11, 2016 entitled "Stipulation for the Entry of an Order Modifying this Court's October 28, 2016 Order (Docket Number 11649)" (Docket # 11670, the "Stipulation"). Based on the Stipulation,

IT IS ORDERED THAT the Court's October 28, 2016 Order at docket # 11649 entitled "Order Modifying This Court's August 26, 2016 Order (Docket Number 11491)" (the "Order") is modified as follows:

1. The filing deadlines in paragraph 1 of the Order are extended from November 14, 2016 to November 28, 2016.

2. The filing deadlines in paragraph 2 of the Order are extended from January 10, 2017 to January 24, 2017.

3. The filing deadlines in paragraph 3 of the Order are extended from February 10, 2017 to February 24, 2017.

4. The filing deadlines in paragraph 4 of the Order are extended from November 22, 2016 to December 6, 2016.

.

**Signed on November 14, 2016**

                                                      /s/ Thomas J. Tucker
                                                      Thomas J. Tucker
                                                      United States Bankruptcy Judge