STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

KAJY DEVELOPMENT, L.L.C.,
a Michigan limited liability company,

        Plaintiff,

vs.

07-713584 CK  5/21/2007
JDG:PRENTIS EDWARDS
KAJY DEVELOPMENT LLC
vs
NATIONAL SPECIALTIES INSTALLAT

NATIONAL SPECIALTIES INSTALLATION, INC.
d/b/a NATIONAL SPECIALTIES, INC., a Michigan
corporation, and MICHAEL BEYDOUN,

        Defendants.
_____/

DAVID W. YALDO (P36817)
DAVID W. YALDO, P.C.
Attorney for Plaintiff
4036 Telegraph Road, Suite 204
Bloomfield Hills, Michigan 48302
(248) 645-1500
_____/

## CONSENT JUDGMENT

At a session of said Court, held in the City of Detroit,
Wayne County, Michigan, on **OCT 15 2007**

PRESENT: HON. **HONORABLE PRENTIS EDWARDS**
                      Circuit Court Judge

This matter having come before the Court upon the consent of the parties as evidenced by their signatures affixed below approving the entry of this Consent Judgment and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that judgment be and the same hereby is entered in favor of Plaintiff and against Defendants, jointly and severally, in the total sum of $148,000, exclusive of court costs, interest and attorney fees. Interest will accrue on this judgment at the statutory rates until paid in full.

IT IS HEREBY ORDERED that Defendants, as well as Defendant NATIONAL SPECIALTIES INSTALLATION, INC.'s corporate officers, employees, representatives

and assigns shall be and hereby are restrained and enjoined from removing, secreting, commingling, expending, dissipating, converting, using or otherwise transferring or conveying any and all assets of the corporation; and

IT IS FURTHER ORDERED that Plaintiff shall be and is hereby authorized to take immediate possession of the assets of Defendant NATIONAL SPECIALTIES INSTALLATION, INC., including but not limited to all construction equipment, building materials and supplies, vehicles, trucks, real estate and bank accounts and to exercise full control over the assets, rents, issues, profits, revenues, proceeds and all other assets of NATIONAL SPECIALTIES INSTALLATION, INC. ("Collateral").

IT IS FURTHER ORDERED that Plaintiff shall have a right to file a security interest against the Collateral.

This resolves the last pending claim and closes the case.

Dated: _____, 2007

HONORABLE PRENTIS EDWARDS
_____
CIRCUIT COURT JUDGE

A TRUE COPY
CATHY M. GARRETT
WAYNE COUNTY CLERK
BY _____ DEPUTY CLERK

APPROVED AS TO FORM AND
NOTICE OF ENTRY WAIVED:

_____
DAVID W. YALDO (P36817)
Attorney for Plaintiff

NATIONAL SPECIALTIES INSTALLATION, INC.,
a Michigan corporation, Defendant

By: _____

Its: _____

_____
MICHAEL BEYDOUN, Defendant

2