# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER RESOLVING OBJECTION TO
## CLAIM NUMBER 785 FILED BY BEATRICE MCQUEEN

This case came before the Court on November 16, 2016, for a further

hearing on the Debtor's Forty-Seventh Omnibus Objection (Docket # 11399, the

"Objection") as to claim number 785 filed by Beatrice McQueen.  For the reasons

stated by the Court on the record during the hearing,

**IT IS ORDERED THAT:**

1.   The Objection is resolved as to proof of claim number 785 filed by

Beatrice McQueen (the "McQueen Claim").

2.   The McQueen Claim is allowed as a Class 15 Convenience Claim in

the amount of $3,968.00.  As provided by the terms of Class 15 of the City's

confirmed Eighth Amended Plan for the Adjustment of Debts of the City of Detroit

(October 22, 2014) (Docket # 8045), Beatrice McQueen will receive a cash

payment of $992.00 in full and final satisfaction of the McQueen Claim.

3.   The City's claims and noticing agent, Kurtzman Carson Consultants,

is authorized to update the claims register to reflect the terms of this Order.

Signed on November 16, 2016

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge