# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>          Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER GRANTING IN PART CITY OF DETROIT'S MOTION TO DETERMINE RIGHTS TO CLAIM NUMBER 201, AND RESOLVING THE CITY'S OBJECTION TO CLAIM NUMBER 1075 OF GENERAL SHALE BRICK CO.

This case came before the Court for a hearing on November 16, 2016, on the following two related matters: (1) the City of Detroit's Motion to Determine Rights to Claim Number 201 (Docket # 11624, the "Motion"); and (2) the City of Detroit's Objection to Claim Number 1075 (Docket # 11623, the "Claim Objection"). This Order fully resolves both matters. For the reasons stated by the Court on the record during the hearing,

IT IS ORDERED that:

1. The Motion is granted to the extent of the relief provided by this Order.

2. The City will pay to General Shale Brick Co. the amount of $20,000 under Article IV, S of the City's confirmed plan of adjustment (Docket # 8045, the "Plan").

3. General Shale Brick Co.'s claim number 1075 is allowed as a Class 14 Other Unsecured Claim under the Plan in the City's bankruptcy case in the amount of $7,271.94.

4. The actions in paragraphs 2 and 3 of this Order satisfy all claims General Shale Brick Co. may have against the City or against property the City may hold that would be payable or otherwise deliverable to Michael Beydoun.

5. Claim 201 is allowed as a Class 14 Other Unsecured Claim in the amount of $2,266,021.12 under the Plan, owned by Michael Beydoun and his attorney, Raymond Guzall III.

6. The garnishment filed by Kajy Development, L.L.C. against the City is void and of no further effect.

7. The City's claims agent is authorized to update the claims register in accordance with the terms of this Order.

8. The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on November 18, 2016**

                                            /s/ Thomas J. Tucker
                                            Thomas J. Tucker
                                            United States Bankruptcy Judge