UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) | Case No. 13-53846 |
| Debtor. | ) ) | Judge Thomas J. Tucker |
|  | ) ) |  |

### ORDER MODIFYING THIS COURT'S NOVEMBER 11, 2016 ORDER (DOCKET NUMBER 11672)

This case is before the Court on the stipulation filed on November 25, 2016 entitled "Stipulation for the Entry of an Order Modifying this Court's November 11, 2016 Order (Docket Number 11672)" (Docket # 11681, the "Stipulation"). Based on the Stipulation,

IT IS ORDERED that the Court's November 14, 2016 Order at Docket # 11672 entitled "Order Modifying This Court's October 28, 2016 Order (Docket Number 11649)" (the "Order") is modified as follows:

1. The filing deadlines in paragraph 1 of the Order are extended from November 28, 2016 to December 19, 2016.

2. The filing deadlines in paragraph 2 of the Order are extended from January 24, 2017 to February 14, 2017.

3. The filing deadlines in paragraph 3 of the Order are extended from February 24, 2017 to March 17, 2017.

4. The filing deadlines in paragraph 4 of the Order are extended from December 6, 2016 to December 27, 2016.

.

**Signed on November 28, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge