| | Adv Pro Number | Defendant Name |
|---|---|---|
| | City of Detroit, Michigan, Case No. 15-53846 Open Actions on or prior to 11.29.16 | |
| 1 | 15-05258 | ABC DEMOLITION CO INC |
| 2 | 15-05216 | ABLE DEMOLITION INC |
| 3 | 15-05299 | AGAR LAWN SPRINKLER SYSTEMS INC |
| 4 | 15-05331 | ALEXANDER CHEMICAL CORP |
| 5 | 15-05212 | AMPRO CONSTRUCTION LLC |
| 6 | 15-05312 | APPLIED SCIENCE INC |
| 7 | 15-05180 | BANKSTON CONSTRUCTION INC |
| 8 | 15-05238 | BINKELMAN CORP |
| 9 | 15-05320 | BIRKS WORKS ENVIRONMENTAL LLC |
| 10 | 15-05206 | BOB MAXEY FORD INC |
| 11 | 15-05317 | CAMP DRESSER & MCKEE |
| 12 | 15-05260 | CDM MICHIGAN INC |
| 13 | 15-05262 | CLARKS CONSTRUCTION |
| 14 | 15-05199 | COLASANTI CORPORATION |
| 15 | 15-05210 | DELL COMPUTER CORPORATION |
| 16 | 15-05172 | DETROIT THERMAL LLC |
| 17 | 15-05265 | EASTERN OIL CO |
| 18 | 15-05219 | FEDERAL PIPE & SUPPLY INC |
| 19 | 15-05202 | FEDERAL SIGNAL CORPORATION |
| 20 | 15-05220 | FRASER TREBILCOCK DAVIS & DUNLAP PC |
| 21 | 15-05198 | J E ASSOCIATES INC |
| 22 | 15-05231 | KESSLER INTERNATIONAL |
| 23 | 15-05285 | KINGSWAY BUILDING & MAINTENANCE |
| 24 | 15-05166 | LAKESHORE ENGINEERING SERVICE INC |
| 25 | 15-05318 | MANNIK & SMITH GROUP INC |
| 26 | 15-05292 | MIKE DONNELLY ELECTRICAL COLLEGE |
| 27 | 15-05245 | MOTOR CITY ELECTRIC TECHNOLOGIES INC |
| 28 | 15-05190 | PARSONS BRINCKEROFF MICHIGAN INC |
| 29 | 15-05171 | PVS TECHNOLOGIES INC |
| 30 | 15-05208 | PYRATECH SECURITY SYSTEMS INC |
| 31 | 15-5360 | RE-CONSTRUCTION |
| 32 | 15-05233 | T & N SERVICES INC |
| 33 | 15-05243 | T & T BUILDERS |
| 34 | 15-05257 | TOTER INCORPORATED |
| 35 | 15-05333 | UNIGLOBE CONSTRUCTION CO |
| 36 | 15-05213 | UNIVERSAL SYSTEM TECHNOLOGIES INC |
| 37 | 15-05239 | Z CONTRACTORS INC |