# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

| | |
|---|---|
| City of Detroit Michigan, | Case No. 13-53846 |
| | Chapter 9 |
| Debtor, | Judge Thomas J. Tucker |

_____/

Potestivo & Associates, P.C.
By: Mary Atallah (P75273)
Attorney for CitiMortgage, Inc.
251 Diversion Street
Rochester, MI 48307
Phone: 248-853-4400
matallah@potestivolaw.com

# NOTICE OF APPEARANCE

PLEASE file the Appearance of Potestivo & Associates, P.C., on behalf of CitiMortgage, Inc. and include Mary Atallah, as attorney for creditor, on the Matrix.

Dated: December 1, 2016    */s/Mary Atallah*
　　　　　　　　　　　　　　Potestivo & Associates, P.C.
　　　　　　　　　　　　　　By: Mary Atallah(P75273)
　　　　　　　　　　　　　　Attorney for CitiMortgage, Inc.
　　　　　　　　　　　　　　251 Diversion Street
　　　　　　　　　　　　　　Rochester, MI 48307
　　　　　　　　　　　　　　Phone: 248-853-4400, ex.1239
　　　　　　　　　　　　　　matallah@potestivolaw.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

| | |
|---|---|
| City of Detroit Michigan, | Case No. 13-53846 |
| | Chapter 9 |
| Debtor, | Judge Thomas J. Tucker |
| _____/ | |

Potestivo & Associates, P.C.
By: Mary Atallah (P75273)
Attorney for CitiMortgage, Inc.
251 Diversion Street
Rochester, MI 48307
Phone: 248-853-4400
matallah@potestivolaw.com

# PROOF OF SERVICE

I, Ijeoma Metoyer, state that on the 1st day of December, 2016, I served a copy of the Notice of Appearance and Proof of Service of same upon:

Office of the US Trustee
211 West Fort St.
Ste 700
Detroit, MI 48226


Bruce Bennett
555 S. Flower Street, 50th
Floor
Los Angeles, CA 90071
(213) 489-3939
Email:
bbennett@jonesday.com

Judy B. Calton
Honigman Miller
Schwartz & Cohn LLP
2290 First National
Building
Detroit, MI 48226
(313) 465-7344
Email:
jcalton@honigman.com

Eric D. Carlson
150 West Jefferson, Suite
2500
Detroit, MI 48226
313-496-7567
Email:
carlson@millercanfield.co
m

Mary Beth Cobbs
2 Woodward Avenue,
Suite 500
Detroit, MI 48226
313-237-3075

Email: cobbm@detroitmi.gov

Tamar Dolcourt
500 Woodward Ave., Suite 2700
Detroit, MI 48226
313-234-7161
Email: tdolcourt@foley.com

Timothy A. Fusco
150 West Jefferson, Suite 2500
Detroit, MI 48226-4415
(313) 496-8435
Email: fusco@millercanfield.com

Eric B. Gaabo
1650 Frist National Building
Detroit, MI 48226
(313) 237-3052
Email: gaabe@detroitmi.gov

Jonathan S. Green
150 W. Jefferson, Ste. 2500
Detroit, MI 48226
(313) 963-6420
Email: green@millercanfield.com

David Gilbert Heiman
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-7175
Email: dgheiman@jonesday.com

Robert S. Hertzberg
4000 Town Center, Suite 1800
Southfield, MI 48075-1505
248-359-7300
Fax : 248-359-7700
Email: hertzbergr@pepperlaw.com

Jeffrey S. Kopp

Foley & Lardner LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
(313) 234-7100
Email: jkopp@foley.com

Deborah Kovsky-Apap
Pepper Hamilton LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
(248) 359-7300
Email: kovskyd@pepperlaw.com

Kay Standridge Kress
4000 Town Center
Southfield, MI 48075-1505
(248) 359-7300
Email: kressk@pepperlaw.com

Stephen S. LaPlante
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
(313) 496-8478
Email: laplante@millercanfield.com

Heather Lennox
222 East 41st Street
New York, NY 10017
212-326-3939
Email: hlennox@jonesday.com

Scott Eric Ratner
One Penn Plaza, Suite 3335
New York, NY 10119
212-594-5000
Email: dperson@teamtogut.com

John A. Simon
500 Woodward Avenue, Suite 2700
Detroit, MI 48226

(313) 234-7100
Email: jsimon@foley.com

Ronald A. Spinner
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7829
Email: spinner@millercanfield.com

Marc N. Swanson
Miller Canfield Paddock and Stone, P.L.C
150 W. Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7591
Email: swansonm@millercanfield.com

Albert Togut
One Penn Plaza, Suite 3335
New York, NY 10119
212-594-5000
Email: dperson@teamtogut.com

John H. Willems
150 W. Jefferson, Suite 2500
Detroit, MI 48226
313-496-7544
Email: willems@millercanfield.com

Stanley L. de Jongh
Two Woodward Ave., 5th Floor
Suite 500
Detroit, MI 48226
313-237-5031
Email: jongsl@detroitmi.gov
_____/


Via CM-ECF electronic filing to the Debtors Attorney, the U.S. Trustee, and the Chapter 9 Trustee.

*/s/ Ijeoma Metoyer*
Ijeoma Metoyer
Employee of Potestivo & Associates, P.C.
251 Diversion Street
Rochester, MI 48307
248-853-4400
IMetoyer@potestivolaw.com