# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| | ) | Hon. Thomas J. Tucker |
| Debtor. | ) | |

## CERTIFICATE OF NO RESPONSE

Pursuant to E.D. Mich. LBR 9014-1, I hereby certify that no response to the Motion for Court Approval Concerning General Retirement System Benefits for Certain Classes of Detroit Public Library Retirees and Surviving Spouses was timely served upon the undersigned. The Motion for Court Approval Concerning General Retirement System Benefits for Certain Classes of Detroit Public Library Retirees and Surviving Spouses and accompanying Notice of Motion for Court Approval Concerning General Retirement System Benefits for Certain Classes of Detroit Public Library Retirees and Surviving Spouses were filed with the Court on November 7, 2016 and served upon the interested parties on November 7, 2016 as evidenced by the previously filed Certificate of Service.

                                            GOLD, LANGE & MAJOROS, P.C.

                              By:    /s/ John C. Lange
                                      JOHN C. LANGE (P39302)
                                      STUART A. GOLD (P27766)
                                      24901 Northwestern Highway
                                      Suite 444
                                      Southfield, Michigan 48075
                                      (248) 350-8220
                                      jlange@glmpc.com

Dated: December 2, 2016