UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

        Debtor.  Judge Thomas J. Tucker
_____/

**ORDER REQUIRING THE FILING OF A SUPPLEMENT TO MOTION FOR COURT APPROVAL CONCERNING GENERAL RETIREMENT SYSTEM BENEFITS FOR CERTAIN CLASSES OF DETROIT PUBLIC LIBRARY RETIREES AND SURVIVING SPOUSES**

    This case is before the Court on a motion filed on November 7, 2016 by "the parties to a Wayne County Circuit Court class action and the City of Detroit General Retirement System," entitled "Motion for Court Approval Concerning General Retirement System Benefits for Certain Classes of Detroit Public Library Retirees and Surviving Spouses,"(Docket # 11659, the "Motion"). On December 2, 2016, the movants filed a Certification of Non-Response, indicating that no one has filed a timely objection to the Motion (Docket # 11686).

    It is not apparent, from the Motion or otherwise, why this Court's approval of the proposed settlement, and in particular, of Sections 7.1(a) and (b) of the settlement agreement, as required by Section 9.2 of the settlement agreement, is required or appropriate. There is a confirmed plan of adjustment in this case, and the Motion does not explain what the relief sought has to do with that confirmed plan, or with the City of Detroit's Chapter 9 bankruptcy case. And the Court questions whether it has jurisdiction or authority to grant the Motion and approve any aspect of the settlement agreement at issue. In short, it does not appear that there is any basis for this Court to be involved in this matter.

    For these reasons,

    IT IS ORDERED that no later than **December 9, 2016**, the movants must file a supplement to the Motion to address the Court's concerns stated above. The Court will further consider the Motion after the required supplement is filed.

.

**Signed on December 02, 2016**

                                               /s/ Thomas J. Tucker
                                               Thomas J. Tucker
                                               United States Bankruptcy Judge