UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,                    Case No. 13-53846-TJT
                                              Chapter 9
                  Debtor.                     Hon. Thomas J. Tucker
_____/

## NOTICE OF REQUEST FOR
## TERMINATION OF ELECTRONIC NOTICE

Tracy M. Clark of Steinberg Shapiro & Clark requests that the Clerk's

Office remove Ms. Clark from the Court's mailing and electronic notice matrix and

terminate all electronic notices in the above case to all addresses for Tracy M.

Clark, including, but not limited to, clark@steinbergshapiro.com.


                                  Steinberg Shapiro & Clark


                                  /s/ Tracy M. Clark (P60262)
                                  Attorney for A & M Trucking
                                  25925 Telegraph Road, Suite 203
                                  Southfield, MI 48033
                                  (248) 352-4700
Date:  December 5, 2016            clark@steinbergshapiro.com