UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                      Bankruptcy Case No. 13-53846

City of Detroit, Michigan,      Honorable: Thomas J. Tucker

Debtor.                   Chapter 9

### EXPARTE MOTION TO ALLOW PAPER FILINGS OF DANNY CROWELL, LEOTA MURPHY AND JASMINE CROWELL'S SUPPLEMENTAL RESPONSE OPPOSING THE CITY OF DETROIT'S MOTION TO ENFORCE ORDER

Now Comes Danny Crowell, Leota Murphy, and Jasmine Crowell by and through their attorneys and for their exparte motion, state:

1. The City of Detroit has filed a motion to enforce order respecting their claims.

2. Counsel for Danny Crowell, Leota Murphy, and Jasmine Crowell is not registered to electronically file since he generally does not do bankruptcy work.

3. Counsel is admitted to practice in the United States District Court for the Eastern District of Michigan.

4. At the last hearing this Court requested that supplemental briefing be filed by the parties.

5. The attached supplemental brief in opposition to the City of Detroit's Motion to enforce order is proposed for filing. **(EXHIBIT A).**

Wherefore the Plaintiffs, Danny Crowell, Leota Murphy, and Jasmine Crowell pray this Honorable Court will grant their motion for the reason stated herein.



RECEIVED DEC - 2 2016 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN

Respectfully submitted,

THE JOSEPH DEDVUKAJ FIRM, P.C.

By: /s/ Joseph Dedvukaj

Attorney for the Plaintiffs

1277 West Square Lake Road

Bloomfield Hills, Michigan 48302

(248) 352-2110

Dated: December 1, 2016