UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit, Michigan

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Thomas J. Tucker

Debtor.
_____/

ORDER GRANTING MOTION TO/FOR Allow Paper Filing of Danny Crowell, Leota Murphy and Jasmine Crowell's Supplemental Response opposing The City of Detroit's motion to Enforce order

This matter having come before the Court on Debtor's motion, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.

IT IS FURTHER ORDERED that this attorney will not be granted permission again in the future to file anything in paper form. Attorney Joseph Dedvukaj must take the steps necessary to be able to file electronically in this Court.

Signed: 12-5-16

Thomas J. Tucker
United States Bankruptcy Judge