UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit, Michigan,
        Debtor.
_____/

CASE NO: 13-53846
CHAPTER: 9

## CERTIFICATE OF SERVICE

I hereby certify that on   11-28-16   e-mail    (date of mailing), I served copies as follows:

1. Document(s) served: EXPART MOTION TO ALLOW PAPER FILINGS OF DANNY CROWELL, LEOTA MURPHY AND JASMINE CROWELL'S SUPPLEMENTAL RESPONSE OPPOSING THE CITY OF DETROIT'S MOTION TO ENFORCE ORDER

2. Served upon [name and address of each person served]:

   MARC N. SWANSON
   150 WEST JEFFERSON, SUITE 2500
   DETROIT, MI. 48226
   swansinm@millercanfield.com

3. By First Class Mail.
                   Email

FILED 2016 DEC -2 P 4 22
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Dated: 11-28-16

(Signature)

Print Name: Joseph DeDunkay