UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

City of Detroit, Michigan,  BANKRUPTCY CASE NO: 13-53846
CHAPTER: 9
JUDGE: Thomas J. Tucker

Debtor.
_____/

## Notice of Request for Termination of Electronic Notices

Afan A. Bapacker of the Law Office of Afan Bapacker, requests that the Clerk's Office remove him from Court's electronic matrix as to email addresses afan@bapackerlaw.com and abpetitions@gmail.com.

The Law Office of Afan Bapacker, P.C.

/s/ Afan Bapacker
Afan Bapacker (P70885)
Attorney for Kajy Development
16030 Michigan Avenue, Ste 220
Dearborn, MI 48126
afan@bapackerlaw.ocm
Fax: 313-447-3014
313-646-8070

Dated: November 4, 2016