# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION FOR ADJOURNMENT OF HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 776 OF AGAR LAWN SPRINKLER SYSTEMS, INC.

The City of Detroit, Michigan ("City") and Agar Lawn Sprinkler Systems, Inc. ("Agar"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On July 28, 2016, the City filed its Forty-Seventh Omnibus Objection to Certain Claims (No Basis) [Doc. No. 11399] which listed claim number 776, filed by Agar, among the claims subject to the objection ("Objection").

2. On August 23, 2016, Agar filed a response the Objection [Doc. No. 11450]. The response contained an incorrect case caption.

3. Later on August 23, 2016, Agar filed a corrected response to the Objection. [Doc. No. 11451].

4. Prior to the filing of the Objection, the City filed an adversary proceeding ("Adversary Proceeding") against Agar on December 1, 2015 [Case No. 15-05299], alleging that Agar had received recoverable transfers pursuant to Section 547(b) and 550(a) of the Bankruptcy Code. Further, the City's complaint in the Adversary Proceeding requests that any claim(s) filed by Agar be disallowed

by the Court unless and until Agar returns the amount of the transfers to the City, pursuant to Section 502(d) of the Bankruptcy Code.

5. The Parties believe that the Adversary Proceeding should be allowed to progress before the Objection is heard.

6. On August 26, 2016, the Court entered the Order Granting Stipulated Adjournment of Hearing on City of Detroit's Objection to Claim Number 776 of Agar Lawn Sprinkler Systems, Inc. [Doc. No. 11476] which adjourned the hearing on the Objection to October 19, 2016, at 1:30 p.m.

7. On October 11, 2016, the Court entered the Order Granting Stipulated Adjournment of Hearing on City of Detroit's Objection to Claim Number 776 of Agar Lawn Sprinkler Systems, Inc. [Doc. No. 11616] which adjourned the hearing on the Objection to December 14, 2016, at 1:30 p.m.

WHEREFORE, the Parties respectfully request that the Court enter an order further adjourning the hearing on the objection to Agar's claim to March 22, 2017, at 1:30 p.m., in substantially in the form as the proposed order attached as Exhibit 1.

STIPULATED AND AGREED TO ON DECEMBER 7, 2016:

THE LAW OFFICE OF JOHN D. MULVIHILL, PLLC

By: /s/ John D. Mulvihill
By: John D. Mulvihill (P35637)
Counsel for Agar Lawn Sprinkler Systems, Inc.
20 W. Washington, Suite 2
Clarkston, MI 48346
Telephone: (248) 625-3131

Counsel for Agar Lawn Sprinkler Systems, Inc.


MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Counsel for the City of Detroit, Michigan

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER GRANTING STIPULATION FOR ADJOURNMENT OF HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 776 OF AGAR LAWN SPRINKLER SYSTEMS, INC.

Upon the Stipulation for Adjournment of Hearing on the City of Detroit's Objection to Claim Number 776 of Agar Lawn Sprinkler Systems, Inc. [Doc. No. _____]; and the Court being otherwise advised in the premises;

IT IS ORDERED THAT the hearing on the objection to Claim Number 776 of Agar Lawn Sprinkler Systems, Inc., currently scheduled to take place December 14, 2016, at 1:30 p.m., is hereby adjourned to March 22, 2017, at 1:30 p.m.