**Maddin Hauser Roth & Heller PC**
attorneys and counselors

DAVID E. HART
Direct Dial No. (248) 827-1884
Direct Fax No. (248) 359-6184
E-Mail: DHart@maddinhauser.com

28400 Northwestern Highway  Second Floor  Southfield, MI 48034-1839  (248) 354-4030  fax (248) 354-1422  www.maddinhauser.com

December 7, 2016

E-Filing Clerk
U.S. Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, Michigan 48226

    RE:    Michael S. Leib

Dear Clerk:

    Please be advised that Michael S. Leib (P30470) is no longer with our firm. Please substitute David E. Hart (P45084), dhart@maddinhauser.com, for the bankruptcy cases listed on the attached list.

    We greatly appreciate your assistance. Please let us know if there is any further information that you need.

    Very truly yours,

    MADDIN, HAUSER, ROTH & HELLER, P.C.

    *David E. Hart*

    David E. Hart

DEH/baw
Attachment

10-72255 - Dott Manufacturing.  Mr. Hart is already on this matter.

11-68941 - Kalid Kaid.  We represented Flagstar Bank.  Mr. Hart is already on this matter.

13-54218  - Asmar & Sons.  We represented United Meat and Deli.  Mr. Hart is already on this matter.

13-53846 - City of Detroit.  We are only on as an interested party.

01-52300 - Mexican Industries in Michigan Bankruptcy. We represented CDS Properties Limited Partnership.

08-42417 - Plastech Engineering.  We represented Spina Electric and Geo-Tech.

12-43166 - Energy Conversions.  We represented Pegasus Group, JBD Troy and MH.