# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

## CERTIFICATION OF NO RESPONSE REGARDING CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 3795

On October 27, 2016, the City Of Detroit ("City") filed *its Objection to Claim Number 3795* ("Objection") [Doc. No. 11644]. The Objection was served via first class mail upon claimant, Rama Rao & Alfred, Inc., on the same date. *See Certificate of Service* Exhibit A.

No response to the Objection was filed with the Court and the time to do so has passed. The City respectfully requests that the Court enter an order in substantially the same form as the one which was attached to the Objection. *See Proposed Order* Exhibit B.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: <u>/s/ Marc N. Swanson</u>
    Jonathan S. Green (P33140)
    Marc N. Swanson (P71149)
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    green@millercanfield.com
    swansonm@millercanfield.com

ATTORNEYS FOR THE CITY OF DETROIT

DATED: December 8, 2016

# Exhibit A

# EXHIBIT 4 – CERTIFICATE OF SERVICE
## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>          Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

      The undersigned hereby certifies that on October 27, 2016, he caused a copy of the *City of Detroit's Objection to Claim Number 3795* to be served upon all parties registered for ECF service and by first class mail to the following parties:

Rama Rao & Alfred, Inc.
18447 West Eight Mile Road
Detroit, MI 48219

Dated: October 27, 2016            By: /s/ Marc N. Swanson
                                                  Marc N. Swanson (P71149)
                                                  150 West Jefferson, Suite 2500
                                                  Detroit, Michigan 48226
                                                  Telephone: (313) 496-7591
                                                  Facsimile: (313) 496-8451
                                                  swansonm@millercanfield.com

27797777.1\022765-00213

13-53846-tjt    Doc 11674    Filed 12/09/16    Entered 12/09/16 10:48:55    Page 4 of 6
13-53846-tjt    Doc 11624    Filed 10/27/16    Entered 10/27/16 09:38:17    Page 8 of 12

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

**[PROPOSED] ORDER SUSTAINING
CITY OF DETROIT'S OBJECTIONS TO CLAIM NUMBER 3795**

This matter having come before the Court on the *City of Detroit's Objection to Claim Number 3795* ("Objection") upon proper notice and a hearing, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**THE COURT ORDERS THAT:**

1. The Objection is sustained.

2. Proof of claim number 3795 is disallowed and expunged.

3. The City's claims agent is authorized to update the claims register in accordance with the terms of this Order.

4. The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.