## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER SUSTAINING
## CITY OF DETROIT'S OBJECTIONS TO CLAIM NUMBER 3795

This case is before the Court on the *City of Detroit's Objection to Claim Number 3795* (Docket # 11644, the "Objection"); upon proper notice and no timely response to the Objection having been filed, and there being good cause to enter this Order,

**IT IS ORDERED THAT:**

1.      The Objection is sustained.

2.      Proof of claim number 3795 is disallowed and expunged.

3.      The City's claims agent is authorized to update the claims register in accordance with the terms of this Order.

4.      The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Signed on December 08, 2016

                                     /s/ Thomas J. Tucker
                                    Thomas J. Tucker
                                    United States Bankruptcy Judge