UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

Debtor.

Bankruptcy Case No. 13-53846

Judge Thomas J. Tucker

Chapter 9

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 8, 2016, he caused a copy of the *Order Sustaining City of Detroit's Objection to Claim Number 3795* to be served upon the following, via first class mail to the following:

Rama Rao & Alfred, Inc.
18447 West Eight Mile Road
Detroit, MI 48219

Dated: December 8, 2016

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com