UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - DETROIT

In Re:                                                            Case No: 13-53846
                                                                  Chapter 9
**City of Detroit, Michigan,**                                    Hon. Steven W. Rhodes

        Debtor,

---

### REQUEST TO BE REMOVED FROM THE SERVICE LIST AND MATRIX

PLEASE TAKE NOTICE that Maddin, Hauser, Roth & Heller, P.C. by David E. Hart, requests that the following attorneys and email addresses be removed from ECF notification, and requests that they no longer receive electronic filings in this case, as they no longer represent a party in interest in the proceedings:

    David E. Hart:  dhart@maddinhauser.com

                                   Respectfully submitted,

                                   MADDIN, HAUSER, ROTH & HELLER, P.C.

                                   By:  /s/ *David E. Hart*
                                       David E. Hart (P45084)
                                 28400 Northwestern Hwy., 2nd Floor
                                 Southfield, MI  48034
                                 ☎ (248) 827-1884 / 📠 (248) 359-6184
                                 Email:  dhart@maddinhauser.com
                                 *Attorney for FK Park, LLC and FK South, LLC*

Dated:  December 9, 2016