UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN – DETROIT

In Re:

City of Detroit, Michigan,

        Debtor.

Case No. 13-53846
Chapter 9
Hon. Steven W. Rhodes

_____

### REQUEST TO BE REMOVED FORM THE SERVICE LIST AND MATRIX

PLEASE TAKE NOTICE that Foster Swift Collins & Smith, PC, by Dirk H. Beckwith, requests that the following attorney and email address be removed from ECF notification and requests that he no longer receive electronic filings in this case as he no longer represents a party in interest in the proceedings:

        dbeckwith@fosterswift.com.

        FOSTER SWIFT COLLINS & SWIFT, PC

        By: /s/ Dirk H. Beckwith
            Dirk H. Beckwith (P35609)
            28411 Northwestern Highway, Suite 500
            Southfield, Michigan 48034
            248.539.9918
            dbeckwith@fosterswift.com

Dated: December 9, 2016