U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:　　　　　　　　　　　　　　　　　　　Chapter 9

**CITY OF DETROIT, MICHIGAN**,　　　　　　Case No.: 13-53846

　　　　Debtor.　　　　　　　　　　　　　　Hon. Thomas J. Tucker

**PREFERENCE ACTION DEFENDANT'S CONCURRENCE
IN THE COURT'S DRAFT CASE MANAGEMENT ORDER
FOR THE REMAINING PREFERENCE ACTIONS**

　　Fraser Trebilcock Davis & Dunlap, P.C., the Defendant in the preference action known as Case No. 15-05220, concurs in the Court's December 9, 2016 draft Case Management Order for the remaining preference actions (Doc. 11709, pp. 1-4).

　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　**FRASER TREBILCOCK DAVIS & DUNLAP, P.C.**

Dated: December 12, 2016　　/s/ Michael H. Perry
　　　　　　　　　　　　　　　Michael H. Perry (P22890)
　　　　　　　　　　　　　　　124 W. Allegan, Suite 1000
　　　　　　　　　　　　　　　Lansing, Michigan 48933
　　　　　　　　　　　　　　　517-482-5800377-0846
　　　　　　　　　　　　　　　Email:　mperry@fraserlawfirm.com