# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

Judy B. Calton

(313) 465-7344
Fax: (313) 465-7345
jcalton@honigman.com

*Via E-Mail*

December 14, 2016

Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Re: *In the City of Detroit*
    Case No. 13-53846

Dear Clerk of the Court:

Attorney Arthur O'Reilly has appeared in the captioned *City of Detroit* case on behalf of the Detroit Institute of Arts. Mr. O'Reilly has left the law firm of Honigman Miller Schwartz and Cohn LLP. I also appeared in the *City of Detroit* case on behalf of the Detroit Institute of Arts, and remain at the Honigman Miller Schwartz and Cohn LLP law firm, and continue to represent the Detroit Institute of Arts.

Please delete Mr. O'Reilly's appearance on behalf of the Detroit Institute of Arts and maintain my appearance in force.

Thank you for your assistance.

Very truly yours,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

*/s/ Judy B. Calton*

Judy B. Calton

2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506
*Detroit · Ann Arbor · Bloomfield Hills · Chicago · Kalamazoo · Lansing*

13-53846-tjt    Doc 11715    Filed 12/14/16    Entered 12/14/16 14:16:46    Page 1 of 1