Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*11680* – Motion to Enforce City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and the Plan of Adjustment Injunction and Discharge Provisions against Walter Hicks and Spirlin Moore Filed by Debtor In Possession City of Detroit, Michigan (Swanson, Marc)

will be held on: 1/25/17 at 01:30 PM at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226

Dated: 12/14/16

                                 BY THE COURT

                                 Katherine B. Gullo, Clerk of Court
                                 U.S. Bankruptcy Court