# FIEGER, FIEGER, KENNEY & HARRINGTON
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW SINCE 1950

19390 WEST TEN MILE ROAD
SOUTHFIELD, MICHIGAN 48075-2463
TELEPHONE (248) 355-5555
FAX (248) 355-5148
WEBSITE: www.fiegerlaw.com
e-mail: info@fiegerlaw.com

BERNARD J. FIEGER (1922-1988)
MI AND NY BAR
GEOFFREY NELS FIEGER
MI, FL AND AZ BAR
JEREMIAH JOSEPH KENNEY
MI AND OH BAR (1949-2005)
JAMES J. HARRINGTON, IV

HELEN K. JOYNER
JAMES S. CRAIG
GARY N. FELTY, JR.
CHRISTIAN P. COLLIS
DAVID A. DWORETSKY
APRIL N. NASON
EVAN N. PAPPAS
SHELDON M. ADELSON
TODD J. WEGLARZ
JAMES R. McCULLEN
BRANDON J. ABRO
MICHAEL C. LEWIS
MELANIE J. DUDA
DANIELLE L. DEZBOR
MICHAEL D. RUSSELL
NORA YOUKHANA

*Appellate Department*
SIMA G. PATEL
MI AND CO BAR
STEPHANIE L. ARNDT

*Of Counsel*
BARRY FAYNE
JACK BEAM
LEON J. WEISS
ROBERT P. ROTH

TAMMY J. REISS (1960-2006)

December 16, 2016

Honorable Thomas J. Tucker
United States Bankruptcy Court for the
Eastern District of Michigan
211 W. Fort St, Ste 1900
Detroit, MI 48226

Mr. Marc N. Swanson
Miller, Canfield, Paddock & Stone, PLC
150 West Jefferson, Suite 2500
Detroit, Michigan 48226

Re: Stephen Wolak, Personal Representative of the Estate of Christopher Wolak, deceased -vs- City of Detroit, et al
Case No: 2013-53846
Our File: 12775

Dear Judge Tucker and Mr. Swanson:

On behalf of claimant, the Estate of Christopher Wolak, this letter is to advise that no further briefing or evidence will be submitted related to the Response of Steven Wolak, As Personal Representative of the Estate of Christopher Wolak, Deceased, to City of Detroit's Objection to Claim Number 3232. We respectfully ask the Court to rule on this issue based on the evidence and arguments previously submitted.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

FIEGER, FIEGER, KENNEY & HARRINGTON, P.C.

David A. Dworetsky, Esq.
Stephanie L. Arndt, Esq.

SLA