UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) ) | Case No. 13-53846 |
| Debtor. | ) ) ) ) | Judge Thomas J. Tucker |

### ORDER APPROVING STIPULATION FOR AN ORDER MODIFYING THIS COURT'S NOVEMBER 28, 2016 ORDER (DOCKET NUMBER 11682)

This case is before the Court on the stipulation filed on December 19, 2016 entitled "Stipulation for the Entry of an Order Modifying this Court's November 28, 2016 Order (Docket Number 11682)" (Docket # 11723, the "Stipulation"). Based on the Stipulation,

IT IS ORDERED THAT the Court's November 28, 2016 Order at Docket # 11682 entitled "Order Modifying This Court's November 11, 2016 Order (Docket Number 11672)" (the "Order") is modified as follows:

1. The filing deadlines in paragraph 1 of the Order are extended from December 19, 2016 to January 9, 2017.

The filing deadlines in paragraph 2 of the Order are extended from February 14, 2017 to March 7, 2017.

The filing deadlines in paragraph 3 of the Order are extended from March 17, 2017 to April 7, 2017.

The filing deadlines in paragraph 4 of the Order are extended from December 27, 2016 to January 17, 2017.

.

**Signed on December 19, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge