FILED
2016 DEC 16 P 12:
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  Bankruptcy Case No. 13-538846

City of Detroit, Michigan,  Honorable: Thomas J. Tucker

Debtor.  Chapter 9

_____/

## PROOF OF SERVICE

I, Joseph Dedvukaj, hereby certify that on November 25, 2016, I personally served a copy of Crowells and Murphy's supplemental brief and exhibits A-D regarding the issue of the language of the Plan on the following attorney of record:

Marc N. Swanson
Miller Canfield
150 West Jefferson
Suite 2500
Detroit, Michigan 48226

By: /s/ Joseph Dedvukaj
Joseph Dedvukaj
1277 West Square Lake
Bloomfield Hills, Michigan 48302
(248) 352-2110