# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In re:**

| | |
|---|---|
| **City of Detroit, Michigan,** | Bankruptcy Case No.: 13-53846 |
| Debtor. | Honorable Thomas J. Tucker |
| | Chapter 9 |

## NOTICE OF OPPORTUNITY TO RESPOND TO JEROME COLLINS' VERIFIED MOTION FOR LEAVE TO FILE DELAYED PROOF OF CLAIM AND MEMORANDUM IN SUPPORT OF VERIFIED MOTION FOR LEAVE TO FILE DELAYED PROOF OF CLAIM

Jerome Collins has filed its Verified Motion for Leave to File Delayed Proof of Claim and Memorandum In Support of Verified Motion for Leave to File Delayed Proof of Claim.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney.

If you do not want the Court to enter an Order granting the Motion, within 14-days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:

    United States Bankruptcy Court
    211 W. Fort St, Suite 1900
    Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. You must also mail a copy to:

    Benjamin Whitfield, Jr. & Associates, P.C.
    Attn: Benjamin Whitfield, Jr., Esq.
    613 Abbott St, 1st FL
    Detroit, Michigan 48226

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of that hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Respectfully Submitted,

**Benjamin Whitfield, Jr. & Associates, P.C.**
By: ___/s/ Benjamin Whitfield, Jr.___
Benjamin Whitfield, Jr. (P23562)
Attorney for Jerome Collins
613 Abbott St, 1st FL
Detroit, MI 48226
**Phone:** (313) 961-1000
**Email:** benwlaw123@aol.com

**Dated:** December 21, 2016

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 21, 2016, the foregoing Notice of Opportunity to Respond to Jerome Collins' Verified Motion for Leave to File Delayed Proof of Claim and Memorandum In Support of Verified Motion for Leave to File Delayed Proof of Claim, was filed and served via the court's electronic file & serve system and served upon counsel as listed below:

Marc N. Swanson, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Ste 2500
Detroit, MI 48226

By: ___/s/ Benjamin Whitfield, Jr.___
Benjamin Whitfield, Jr.