UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION FOR ORDER EXTENDING THE DEADLINE FOR THE DPOA TO RESPOND TO THE CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND REQUIRING THE DISMISSAL OF THE DPOA'S MERC ACTION**

Upon the Stipulation for the Entry of an Order Extending the Deadline for the DPOA to Respond to the City of Detroit's Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction and Requiring the Dismissal of the DPOA's MERC Action (Docket # 11734);

IT IS ORDERED THAT the deadline for the Detroit Police Officers Association to respond to the City of Detroit's Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction and Requiring the Dismissal of the DPOA's MERC Action is extended through and including January 9, 2017.

.

**Signed on December 22, 2016**

                                                   /s/ Thomas J. Tucker
                                                 Thomas J. Tucker
                                                 United States Bankruptcy Judge