# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In re:**

| | |
|---|---|
| **City of Detroit, Michigan,** | **Bankruptcy Case No.: 13-53846** |
| Debtor. | Honorable Thomas J. Tucker |
| | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 21, 2016, Jerome Collins' *Notice of Opportunity to Respond to Jerome Collins' Verified Motion for Leave to File Delayed Proof of Claim [Dkt No. 11729]* and *Motion for Entry of Order Granting Verified Motion w/ Proposed Order [Dkt No. 11736]* was filed and served via the court's electronic file & serve system and served upon counsel as listed below:

Marc N. Swanson, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Ste 2500
Detroit, MI 48226

By: __/s/ Benjamin Whitfield, Jr.__
Benjamin Whitfield, Jr.