# EXHIBIT 1



# DETROIT POLICE OFFICERS ASSOCIATION

INCORPORATED

1938 E. JEFFERSON
DETROIT, MICHIGAN 48207

Phone (313) 567-8770
Fax (313) 567-7875

OFFICERS

MARK DIAZ
President

RONALD B. THOMAS
Vice President

DONNA LATOUF
Secretary-Treasurer

LINDA BRODEN
Sergeant-at-Arms

September 29, 2016

Jerome Collins
P.O. Box 214542
Auburn Hills, MI. 48231

REGARDING GRIEVANCE:  # 10-005

Dear Mr. Collins:

Per Our conversation, the above reference grievance was scheduled for arbitration on February 9, 2012.  The grievant Officer Collins, failed to appear for the arbitration. Officer Collins reason for not appearing was that he was acquitted of the charges and he wish to be reinstated to the payroll. The grievant failed to cooperate.

 On February 9, 2012 a letter was sent to the grievant requesting his full cooperation and the grievance would be rescheduled at a later date. On June 12, 2013, the grievance was rescheduled and heard by Umpire Linda Ashford. However, a decision was never rendered due to all arbitrations were suspended and the bankruptcy occurred.

On February 7, 2014, the grievant was dismissed from the department on the disciplinary arbitration grievance # 12-0137, issued by Umpire Linda Ashford. Therefore, the Association closed the above reference grievance # 10-005, based on the Opinion and award of Umpire Linda Ashford.

Sincerely,

DETROIT POLICE AOFFICERS ASSOCIATION

Linda Broden
Sergeant at Arms

AFFILIATED

| POLC | MAPO | NAPO |
| Police Officers Council | Michigan Association of Police Organizations | National Association of Police Organizations |

13-53846-tjt  Doc 11743-1  Filed 12/30/16  Entered 12/30/16 11:57:19  Page 2 of 27

**EXHIBIT 2**

# Detroit Police Athletic League (PAL) Names Jerome Collins 2000 Officer of the Year

Jan 17, 2000, 00:00 ET from Detroit Police Athletic League (http://www.prnewswire.com/news/detroit+police+athletic+league)

f    𝕏    g+    in    ⓜ

DETROIT, Jan. 17 /PRNewswire/ -- Officer Jerome Collins, a six-year veteran of the Detroit Police Department, has been named the Detroit Police Athletic League (PAL) 2000 J.P. McCarthy - PAL Officer of the Year for his work with Detroit youngsters. He was presented with the award at a reception at the Detroit Opera House following the North American International Auto Show Charity Preview on Friday night. Attending the event were dignitaries such as Detroit Mayor Dennis Archer, Detroit Chief of Police Benny Napoleon and representatives from the PAL Board of Directors.

As Officer of the Year, Officer Collins will serve as a spokesperson for PAL throughout the next year at various functions, meetings and special events. His responsibilities will take on an added importance as this year marks PAL's 30th anniversary of serving the boys and girls of Detroit. Numerous activities and special events are being planned to celebrate the anniversary.

"Officer Collins' impact on the youth of Detroit has been immeasurable," said John MacDonald, president of PAL's Board of Directors and DaimlerChrysler Senior Vice President of Sales and Service. "He provides an excellent example of honesty, integrity and sincerity. He's quickly become a respected leader to the boys and girls of PAL."

Assigned to PAL since 1998, Collins serves as commissioner of the boys basketball and girls softball programs. When Collins first came to PAL, one of his goals was to improve these already successful and established programs. Judging from the 1999 numbers, Collins brought each to an even wider audience and set all-time participation records for each program. In addition to increasing youth participation, he increased the number of volunteer coaches for the basketball program dramatically. Collins also oversees the athletic activities at Plymouth Education Center, the newest site in the PAL Tutorial Program.

In his six years on the force, Collins has had numerous assignments, including the Eighth Precinct, the gang squad, records and statistics, a high-priority crimes task force, narcotics and most recently, community relations. While he's enjoyed all his assignments, it is his work with the children of Detroit that Collins enjoys most.

"I've been lucky in that since joining the force, I've had some great assignments," said Collins. "I enjoy my work at PAL as an administrator and a commissioner very much, but it's the one-on-one with the children that is by far the most rewarding aspect of my job," said Collins. "To be recognized as Officer of the Year for something I love doing is a very humbling honor and I plan to make the most of that distinction and use it to reach even more children."

Officer Collins was selected from among his peers by a committee comprised of PAL commanding Sergeant Allison Walker, representatives from PAL's Board of Directors and members from the staff of Detroit Chief of Police Benny Napoleon. The award, named in honor of the late J.P. McCarthy, the popular WJR Radio personality and a dedicated PAL supporter, was created by former PAL Board President Robert L. Rewey, Group Vice President of Marketing and Sales Operations for Ford Motor Company, one of the Big Three corporate sponsors of PAL.

This year marks the fourth year for the award. Past J.P. McCarthy - PAL Officer of the Year honorees include Officer Robert Mingus in 1999, Officer Simone Bell in 1998 and Officer Pamela Walker in 1997. Given annually to an officer who regularly excels in youth activities, the award is open to all officers from the Detroit Police Department.

Founded in 1970, PAL serves more than 10,000 Detroit youths ages six to 16 through 15 sports programs, two multi-service education and activity centers and tutorial sites at seven Detroit elementary schools.

SOURCE Detroit Police Athletic League

*Journalists and Bloggers*

# EXHIBIT 3



# SPIRIT OF DETROIT AWARD

is presented herewith as an expression of the
gratitude and esteem of the citizens of Detroit
to

# P.O. Jerome Collins

In recognition of exceptional achievement,
outstanding leadership, and dedication to
improving the quality of life.

By the City Council
of Detroit, Michigan

*Councilwoman Brenda Jones and the members of the Detroit City Council,
would like to extend our sincere thanks and gratitude for all of the support you
provided to the Detroit Police Eastern District Community Relations Unit.*



*Monica Conyers*
COUNCIL PRESIDENT

*JoAnn Watson*
COUNCIL PRESIDENT PRO TEM

*Kwame Kenyatta*
COUNCIL MEMBER

*Sheila M. Cockrel*
COUNCIL MEMBER

COUNCIL MEMBER

*Barbara-Rose Collins*
COUNCIL MEMBER

COUNCIL MEMBER

*Brenda Jones*
COUNCIL MEMBER

# EXHIBIT 4

© 1996 CDES 3463
All Rights Reserved

LITHO IN U.S.A.

# CERTIFICATE OF APPRECIATION

## WAYNE COUNTY COMMISSION

We commend and salute

### Police Officer

# Jerome Collins

FOR OUTSTANDING COMMUNITY SERVICE IN DISTRICT 2

We present this certificate as our expression of appreciation and as a record of our respect on this 4th day of February 2009.

**Bernard Parker**
Wayne County Commissioner, District 2

*"The world cares very little about what a man or woman knows; it is what a man or woman is able to do that counts." — Booker T. Washington.*

#15  Edward A. Boike, Chair
#6   Keith Williams, Vice Chair
#5   Ilona Varga, Vice Chair Pro Tempore
#8   Alisha R. Bell
#3   Moe Blackwell
#10  Laura Cox
#12  Joan Gebhardt
#1   Jim Killeen
#7   Burton Leland
#11  Kevin McNamara
#14  Joseph Palamara
#2   Bernard Parker
#4   Jewel Ware
#9   Diane L. Webb
#13  Gary Woronchak

13-53846-tjt    Doc 11743-1    Filed 12/30/16    Entered 12/30/16 11:57:19    Page 8 of 27

# EXHIBIT 5

DEFENDANTS EXHIBIT
A
1-A-11

**2008**   FAYF   **2008**

| Time | Sept. 13 | Sept. 20 | Sept. 27 | Oct. 4 | *Oct. 11* End Reg. Seas. *PLAYOFFS* | Oct. 18 | Oct. 25 *PLAYOFFS* ROUND 2 | Nov. 1 Consolation/Super Bowl |
|---|---|---|---|---|---|---|---|---|
| | **TEAMS 1 - 2 - 3 vs 4 - 6 - 7** | | | | **DEVELOPMENT** | | | |
| 9:00 | 1 vs 2 JV | 2 vs 3 JV | 4 vs 6 JV | 3 vs 7 JV | 1 vs 6 JV | | | |
| 10:00 | 1 vs 2 V | 4 vs 6 V | 3 vs 5 V | 2 vs 4 V | 1 vs 6 V | | | |
| 11:30 | 3 vs 4 JV | 1 vs 7 JV | 3 vs 1 JV | 1 vs 5 JV | 3rd vs 6th V | 2 vs 5 JV | 3rd vs 4th JV Cons. 2:00 PM | |
| 1:00 | 3 vs 4 V | 1 vs 7 V | 1 vs 5 JV | 2 vs 4 V | 6 vs 7 JV | 1st vs winner 3rd vs 6th | 3rd vs 4th V Cons. 3:30 PM | |
| 2:30 | 5 vs 6 V | 1 vs 3 V | 2 vs 6 V | 2 vs 3 JV | 4th vs 5th V | 4 vs 7 JV | 4th vs V Cons. 5:00 PM | |
| 4:00 | 5 vs 6 JV | 4 vs 5 JV | 2 vs 7 JV | 2 vs 6 JV | 3 vs 5 JV | 4 vs 7 V | 1st vs JV Sup. Bowl 6:30 PM | |
| 5:30 | 3 vs 4 V | 2 vs 5 V | 1 vs 4 V | 3 vs 6 V | 4 vs 5 V | 3 vs 6 JV | 2nd vs winner 4th vs 5th 1st vs 2nd V Sup. Bowl | |

**Teams:**

1 — **Flint Vikings**
3 — **Flint Beasts**
5 — **H.W. Bulldogs** — JV HAS A BYE ON 9-27-08
7 — **Flint Eagles**
2 — **Flint Wildcats**
4 — **Flint Hawks**
6 — **Flint Razorbacks**

Development season ends. Players join their respective J.V. Teams. Seeds will be based on the following:

1. Win/Loss Record  2. Head to Head Match Up  3. Total Points  -  This Methodology includes "Regular Season Ties."

Oct. 11 - NO PLAYOFF'S FOR JV DIVISION! Top (4) four teams advance to Consolation/Super Bowl (Seeds-Same Rule Applies)

# 2009 FLINT AREA YOUTH FOOTBALL LEAGUE - SCHEDULE
(LOCATIONS AND TIMES ARE SUBJECT TO CHANGE)

## DEVELOPMENTAL TEAM - NUMBERS:
BEAST - TM #1;     EAGLES - TM #2;     HAWKS - TM #3
(COMBINED TEAMS): TEAM #4 - VIKINGS, WILDCATS, RAZORBACKS

## JR. VARSITY TEAM - NUMBERS:
JV VIKINGS - TM #1;     JV BEAST - TM #2;     JV WILDCATS - TM #3
JV BULLDOGS - TM #4;     JV HAWKS - TM #5
JV RAZORBACKS - TM #6;     JV EAGLES - TM #7

## VARSITY TEAM - NUMBERS
VAR VIKINGS - TM #1;     VAR BEAST - TM #2     VAR RAZORBACKS - TM #3
VAR BULLDOGS - TM #4     VAR HAWKS - TM #5

### SATURDAY, SEPTEMBER 19, 2009 AT NORTHWESTERN HS

| Time | Division | Matchup |
|---|---|---|
| 8:00 AM | DEVELOPMENT TMS: | TM 1 VS TM 4 |
| 9:00 AM | DEVELOPMENT TMS: | TM 2 VS TM 3 |
| 10:00 AM | J. V. TMS: | TM 2 VS TM 6 |
| 11:30 AM | J. V. TMS: | TM 1 VS TM 7 |
| 1:00 PM | VAR TMS: | TM 1 VS TM 3 |
| 2:30 PM | JV TMS: | TM 3 VS TM 5 |
| 4:00 PM | VAR TMS: | TM 2 VS TM 5 |

BYE FOR 9/19/09: JV BULLDOGS & VAR BULLDOGS

### SATURDAY, SEPTEMBER 26, 2009 AT NORTHWESTERN HS

| Time | Division | Matchup |
|---|---|---|
| 8:00 AM | DEVELOPMENT TMS: | TM 2 VS TM 4 |
| 9:00 AM | DEVELOPMENT TMS: | TM 1 VS TM 3 |
| 10:00 AM | J. V. TMS: | TM 1 VS TM 6 |
| 11:30 AM | J. V. TMS: | TM 2 VS TM 5 |
| 1:00 PM | VAR TMS: | TM 2 VS TM 3 |
| 2:30 PM | JV TMS: | TM 3 VS TM 4 |
| 4:00 PM | VAR TMS: | TM 4 VS TM 5 |

BYE FOR 9/26/09: JV EAGLES & VAR VIKINGS

### SATURDAY, OCTOBER 3, 2009 AT NORTHWESTERN HS

| Time | Division | Matchup |
|---|---|---|
| 8:00 AM | DEVELOPMENT TMS: | TM 1 VS TM 2 |
| 9:00 AM | DEVELOPMENT TMS: | TM 3 VS TM 4 |
| 10:00 AM | J. V. TMS: | TM 1 VS TM 5 |
| 11:30 AM | J. V. TMS: | TM 2 VS TM 4 |
| 1:00 PM | VAR TMS: | TM 1 VS TM 5 |
| 2:30 PM | JV TMS: | TM 3 VS TM 7 |
| 4:00 PM | VAR TMS: | TM 2 VS TM 4 |

BYE FOR 10/3/09: JV & VAR RAZORBACKS

DEFENDANT'S EXHIBIT

## DEVELOPMENTAL TEAM - NUMBERS:

BEAST - TM #1;      EAGLES - TM #2;      HAWKS - TM #3
(COMBINED TEAMS): VIKINGS, WILDCATS, RAZORBACKS - TM #4

## JR. VARSITY TEAM - NUMBERS:

JV VIKINGS - TM #1;      JV BEAST - TM #2;      JV WILDCATS - TM #3
JV BULLDOGS - TM #4;      JV HAWKS - TM #5
JV RAZORBACKS - TM #6;      JV EAGLES - TM #7

## VARSITY TEAM - NUMBERS

VAR VIKINGS - TM #1;      VAR BEAST - TM #2      VAR RAZORBACKS - TM #3
VAR BULLDOGS - TM #4      VAR HAWKS - TM #5

---

### SATURDAY, OCTOBER 10, 2009 AT FLINT NORTHERN HS

| Time | Category | Matchup |
|---|---|---|
| 8:00 AM | DEVELOPMENT TMS: | TM 2 VS TM 3 |
| 9:00 AM | DEVELOPMENT TMS: | TM 1 VS TM 4 |
| 10:00 AM | J. V. TMS: | TM 6 VS TM 7 |
| 11:30 AM | J. V. TMS: | TM 1 VS TM 4 |
| 1:00 PM | VAR TMS: | TM 3 VS TM 5 |
| 2:30 PM | JV TMS: | TM 2 VS TM 3 |
| 4:00 PM | VAR TMS: | TM 1 VS TM 4 |

BYE FOR 10/10/09: JV HAWKS & VAR BEASTS

### SATURDAY, OCTOBER 17, 2009 AT FLINT NORTHERN HS

| Time | Category | Matchup |
|---|---|---|
| 8:00 AM | DEVELOPMENT TMS: | TM 1 VS TM 3 |
| 9:00 AM | DEVELOPMENT TMS: | TM 2 VS TM 4 |
| 10:00 AM | J. V. TMS: | TM 2 VS TM 7 |
| 11:30 AM | J. V. TMS: | TM 4 VS TM 5 |
| 1:00 PM | VAR TMS: | TM 3 VS TM 4 |
| 2:30 PM | JV TMS: | TM 3 VS TM 6 |
| 4:00 PM | VAR TMS: | TM 1 VS TM 2 |

BYE FOR 10/17/09: JV VIKINGS & VAR HAWKS

### SATURDAY, OCTOBER 24, 2009 AT - ATWOOD STADIUM

| Time | Category | Matchup |
|---|---|---|
| 8:00 AM | DEVELOPMENT TMS: | TM 1 VS TM 2 |
| 9:00 AM | DEVELOPMENT TMS: | TM 3 VS TM 4 |
| 10:00 AM | J. V. TMS: | TM 1 VS TM 3 |
| 11:30 AM | J. V. TMS: | TM 4 VS TM 7 |
| 1:00 PM | J.V. TMS: | TM 5 VS TM 6 |
| 2:30 PM | VARSITY TMS: | 4TH PL VS 5TH PL |

LAST DAY FOR DEV GMS

BYE FOR 10/24/09: JV BEAST

# TIMES & LOCATIONS SUBJECT TO CHANGE

TIE BREAKER: DETERMINED BY POINTS SCORED; THEN BY DEFENSIVE PTS. ALLOWED

## OCTOBER 31, 2009 AT - ATWOOD STADIUM

# SEMI-FINALS!

### TIMES & TEAMS

| | |
|---|---|
| 3:00 PM: | JV 1ST PL VS 4TH PL |
| 4:30 PM: | JV 2ND PL VS 3RD PL |
| 6:00 PM: | VAR 1ST PL VS 4TH PL |
| 7:30 PM: | VAR 2ND PL VS 3RD PL |

CONGRATULATIONS TO ALL PLAYERS!

## NOVEMBER 7, 2009 AT - ATWOOD STADIUM

# PLAYOFFS & SUPERBOWL!

PLEASE REFER TO SEMI-FINAL GAMES TO DETERMINE TEAMS PLAYING

### 3:00 PM - JR. VARSITY:
1ST & 4TH PLACE LOSERS WILL PLAY
2ND & 3RD PLACE LOSERS

### 4:30 PM - VARSITY:
1ST & 4TH PLACES LOSERS WILL PLAY
2ND & 3RD PLACE LOSERS

### 6:00 PM - JR. VARSITY CHAMPIONSHIP!
1ST & 4TH PLACE WINNERS WILL PLAY
2ND & 3RD PLACE WINNER

### 7:30 PM - VARSITY CHAMPIONSHIP!
1ST & 4TH PLACE WINNERS WILL PLAY
2ND & 3RD PLACE WINNER

CONGRATULATIONS TO ALL PLAYERS!

# EXHIBIT 6









# EXHIBIT 7



ONLINE **AVAILABLE NOW**
**CLERY ACT TRAINING** **REGISTER TODAY!** CLERY CENTER
FOR SECURITY ON CAMPUS
www.clerycenter.org/training

http://oasc05050.247realmedia.com/RealMedia/ads/click_lx.ads/campussafetymagazine/officer_discipline/L20/891789067/Top/Ehpub/CLERY_CS_Mar16/CleryLeaderAd2016.jpg/647x)

# Acquitted Officer Files for Reinstatement

Jerome Collins was recently acquitted of charges that he was paid as a cop while working as a hospital security guard. He is ficer.

   G+1 0

By CS Staff · December 14, 2011

DETROIT — A police officer who was recently acquitted of charges that he was paid as a cop while working as a hospital security guard is seeking reinstatement and back pay.

Jerome Collins was accused of reporting he was on the clock as a Detroit police officer while he was working as a security guard at St John Riverview Hospital from 2007 to 2009, *The Detroit News* reports. Collins' attorney Gerald Evelyn said police records failed to properly track the irregular shifts worked by Collins.

Back pay will likely amount to more than Collins was accused of taking.

Read the full story. (http://www.detnews.com/article/20111213/METRO/112130423/1361/Detroit-cop-cleared-of-wrongdoing-files-for-reinstatement)

**Related Articles:**

- 2011 Hospital Salary Survey & Industry Census Results Revealed (http://www.campussafetymagazine.com/Channel/Hospital-Security/articles/2011/11/201
- How to Master Law Enforcement Report Writing (http://www.campussafetymagazine.com/Channel/Public-Safety/articles/2010/03/How-to-Master-Report-Writing.aspx)
- Learning to Accessorize: Pacific Hospital Embraces Radio Lapel Mic (http://www.campussafetymagazine.com/Channel/Hospital-Security/articles/2011/03/Learning-to-Accessorize-Pacific-Hospital-Embraces-Radio-Lapel-Mic.aspx)
- 'How Safe Is Your Campus?' Survey Results: Hospitals (http://www.campussafetymagazine.com/Channel/Hospital-Security/articles/2010/11/How-Safe-Is-Your-Campus-Survey-Results-Hospitals.aspx)
- You Get What You Pay for (http://www.campussafetymagazine.com/Channel/Public-Safety/articles/2007/11/You-Get-What-You-Pay-for.aspx)

Topics: Hospital Security (http://www.campussafetymagazine.com/topic/category/hospital) · News (http://www.campussafetymagazine.com/topic/category/news) · Officer Discipline (http://www.campussafetymagazine.com/topic/tag/Officer_Discipline) · Officer Pay (http://www.campussafetymagazine.com/topic/tag/Officer_Pay) · Police (http://www.campussafetymagazine.com/topic/tag/Police)

**Hospital Security Downloads**



A Smarte

Approach to CPTED (/article/podcast_a_sm Physical Security Consultant Jim Grayson discusses ways to implement Crime Prevention Through Environmenta Design

More Hospital Security Downloads (/topics/category/hospi



FREE SUBSCRIPTION OFFER!

## Add Another Layer of Protection to your Campus

If you're responsible for protecting a campus — whether at a hospital, K-12 school, college or university — then *Campus Safety* magazine is a must-read, and it's free! As the only publication devoted to those public safety, security and emergency management personnel, issues cover all aspects of safety measures, including access control, video surveillance, mass notification, and



# MICHIGAN CHRONICLE





NOMINATE A
**YOUNG PROFESSIONAL**
TODAY!
Submission deadline: 12.7.16
www.MichiganChronicle.com #MC40UNDER40

NEWS BRIEFS

Home > News Briefs

# Detroit Police Officer Charged

*Posted 7 years ago.*

 Boom Columbus

 Leave a comment

Jerome Collins, 49, was charged in Wayne County court yesterday after allegedly working as a security guard at St. John's Riverview Hospital while on duty as a Detroit police officer.

Collins, who did double duty from November 2007 to November 2009, received over $15,000 in wages from the City of Detroit for work not performed. He is currently suspended without pay.

If convicted, he could face up to five years each for Larceny by False Pretenses and Misconduct in Office, both felonies.

His arraignment was scheduled for today at 1:30 p.m.

## Also On The Michigan Chronicle:

**0 comments – *Add Yours* ▾**

# EXHIBIT 8

## INTER-OFFICE MEMORANDUM
### EASTERN DISTRICT

detroit
**police**
M. Bully-Cummings
Chief of Police   D.P.D. 658 (rev. 9/97)

| Date |
|------|
| November 29, 2010 |

**>:** Commanding Officer, Eastern District (Through Channels)

**ubject:** **EASTERN DISTRICT SUMMER ACTIVITIES, 2008**

**om:** Sergeant Mattie Lewis, S-66

### SUMMER ACTIVITIES IN THE EASTERN DISTRICT

**Shoe Drive:** The Community Relations Officers of the Eastern District gave away gym shoes to needy children and adults during the month of May 2008. Over two hundred new shoes were donated to the Eastern District.

**Beautification Day:** On June 14, 2008, the Eastern District will involve the citizens of the District in cleaning up the front of the District. This will include citizen planting flowers, cut grass and trim hedges. The District will also have an ice cream social, hot dogs and chips for the public.

**Blood Drive:** On Thursday, June 19, 2008, at approximately 7:00 A.M., the Eastern District will participate in a blood drive sponsored by the American Red Cross. The location for the blood drive will be held at the Eastern District in the Conference room. Our set goal is to have as many participants as possible.

**Community Crime Walk:** On June 28, 2008, the Eastern District will sponsor its 3rd Annual Community Crime Walk participants from the community will participate in the walk.

**Click it the Cricket:** Proper use of child restraint seats; **THIS A TRAINING INITIATIVE for citizens.** The location for this initiative will be at Mike's Fresh Market, 14383 Gratiot. The purpose of this event was to show and train parent on how to properly secure their child restraints in a vehicle. Officer Rios inspected vehicles with child restraints already in them to ensure they were properly secure. The scheduled date is July 12, 2008.

**Citizen Safety Initiative;** this will be a program to show citizens how to protect themselves and their property and to be aware of their surrounding, this will be a seminar held at the Eastern District. The scheduled date is July19, 2008.

**Bicycle helmet safety;** Proper use of the bicycle helmets and the proper way to wear and adjusting the helmet to fit the head. The scheduled date for this initiative is August 1, 2008.

**Youth Initiative:** The Eastern District League is a basketball team and foot ball team in the age bracket of thirteen years of age and under. In 2007 this age group won the 2007 basketball and foot ball championship. These teams consist of youth in the Eastern District. This is a year round initiative.



DEFENDANT'S
EXHIBIT

:     Commanding Officer, Eastern District (T.C.)                    November 29, 2010

Subject:   **EASTERN DSITRICT COMMUNITY RELATIONS**                          Page 2

From:   Sergeant Mattie Lewis, S-66

**Senior Citizen Day,** officer from Community Relations will have a cook out for the seniors who resides in the district. Activities will include bingo, poker, and others activities.

**Youth,** will include a bicycle rodeo, bike safety, helmet give a way and the issuance of bicycle license as well as a bicycle inspection.

**Boat Race,** 25 students from Fleming Elementary School will be taken to the boat race

**NASCAR Race,** 15 students from Duke Ellington Academy will be taken to the race

**Community Relations Activities**

Organizing more block clubs
Security Surveys
Etching personal items
Gun locks give-a-way

> **MATTIE LEWIS**
> Sergeant, S-66
> Eastern District

# INTER-OFFICE MEMORANDUM
## EASTERN DISTRICT

| Date |
| --- |
| November 29, 2010 |

**detroit police**
M. Bully-Cummings
Chief of Police   D.P.O. 589 (rev. 6/07)

o:       Commanding Officer, Eastern District (Through Channels)

ubject:  **EASTERN DISTRICT INITATIVES**

rom:     Sergeant Mattie Lewis, S-66

### INITATIVES IN THE EASTERN DISTRICT

Starting the month of April until further notice, the Detroit Police Reserves Officer will patrol the public parks in the Eastern District.

**Click it the Cricket:** Proper use of child restraint seats; **THIS A TRAINING INITIATIVE.** The location for this initiative will at Mike's Fresh Market, 14383 Gratiot. The purpose of this event was to show and train parent on how to properly secure their child restraints in a vehicle. Officer Rios inspected vehicles with child restraints already in them to ensure they were properly secure. The scheduled date is July 12, 2008

**Beautification Day:** On June 14, 2008, the Eastern District will involve the citizens of the District in cleaning up the front of the District. This will include citizen planting flowers, cut grass and trim hedges. The District will also have an ice cream social, hot dogs and chips for the public.

**Blood Drive:** On Thursday, June 19, 2008, at approximately 7:00 A.M., the Eastern District will participate in a blood drive sponsored by the American Red Cross. The location for the blood drive will be held at the Eastern District in the Conference room. Our set goal is to have as many participants as possible.

**Community Crime Walk:** On June 28, 2008, the Eastern District will sponsor it's 2nd Annual Community Crime Walk with over 150 participants participated in the walk.


DEFENDANT'S EXHIBIT



## INTER-OFFICE MEMORANDUM
### EASTERN DISTRICT

Detroit
police
A. Bully-Cummings
Chief of Police    D.P.O. 056 (rev. 9/97)

Date
November 29, 2010

T :        Commanding Officer, Eastern District (Through Channels)

Subject:   **EASTERN DISTRICT INITATIVES, 2008**

From:      Sergeant Mattie Lewis, S-66

### Community Relations Activities, Projects and Programs for Senior Citizens and Youth

**Beautification Day:**        On June 14, 2008, the Eastern District will involve the citizens of the District in cleaning up the front of the District. This will include citizen planting flowers, cut grass and trim hedges. The District will also have an ice cream social, hot dogs and chips for the public.

**Blood Drive:**       On Thursday, June 19, 2008, at approximately 7:00 A.M., the Eastern District will participate in a blood drive sponsored by the American Red Cross. The location for the blood drive will be held at the Eastern District in the Conference room. Our set goal is to have as many participants as possible.

**Community Crime Walk:**        On June 28, 2008, the Eastern District will sponsor its 3rd Annual Community Crime Walk participants from the community will participate in the walk.

**Click it the Cricket:**       Proper use of child restraint seats;       THIS A TRAINING INITIATIVE for citizens. The location for this initiative will be at Mike's Fresh Market, 14363 Gratiot.       The purpose of this event was to show and train parent on how to properly secure their child restraints in a vehicle. Officer Rios inspected vehicles with child restraints already in them to ensure they were properly secure. The scheduled date is July 12, 2008.

**Citizen Safety Initiative;**       this will be a program to show citizens how to protect themselves and their property and to be aware of their surrounding, this will be a seminar held at the Eastern District. The scheduled date is July 19, 2008.

**Bicycle helmet safety:**       Proper use of the bicycle helmets and the proper way to wear and adjusting the helmet to fit the head. The scheduled date for this initiative is August 1, 2008.

**Youth Initiative:** The Eastern District League is a basketball team and foot ball team in the age bracket of thirteen years of age and under. In 2007 this age group won the 2007 basketball and foot ball championship. These teams consist of youth in the Eastern District. This is a year round initiative.



DEFENDANT'S
EXHIBIT
C

1:          Commanding Officer, Eastern District (T.C.)

Ibject:     **INITATIVES IN THE EASTERN DISTRICT**

om:         Sergeant Mattie Lewis, S-66


**MATTIE LEWIS**
Sergeant, S-66
Eastern District

**detroit**
**police**
W. Bully-Cummings
Chief of Police   D.P.D. 689 (rev. 0/07)

## INTER-OFFICE MEMORANDUM
### EASTERN DISTRICT

| Date |
| --- |
| November 28, 2010 |

:     Commanding Officer, Eastern District (Through Channels)

bject:   **EASTERN DISTRICT INITATIVES**

om:    Sergeant Mattie Lewis, S-66

### INITATIVES IN THE EASTERN DISTRICT

**Pitch, Hit & Run:**
The entire month of April 2007, the Eastern District will participate in the Pitch,
Hitch and Run competition sponsored by the Pepsi Corporation. The competition
is for youth between the ages of 12 to 14 years of age. The location for this
event will be at Heilmann Recreation Center located at 19601 Crusade.
Once there is a winner in the in the competition, the winner (s) will go on to the
nationals championship which will be held in San Antonio Texas. The purpose
nurture the relationship between youth and DPD. Over 500 hundred youths
have signed up for this competition. All of the youth are from area schools in the
Eastern District.

Starting the month of **April** until further notice, the Detroit Police Reserves
will patrol the strip malls in the Eastern District. The strip malls locations care;
Mack and Alter Square, East Warren and Conner, Riverbend Plaza, Eight Mile
and Gratiot and Seven Mile and Gratiot. The Eastern District main focus is to
have uniform presents to deter crime in high crime area. The officer will patrol
from 4:00pm until 10:00pm. Community Relations Officer is on foot patrol in the
above mentioned strip malls. Since these officer have been on foot patrolling in
the strip mall (2 weeks). ). The Eastern District has had positive results from
merchant who welcome the uniform present in the area. Since the officers have
been on foot patrol in those areas, there have been no robberies in the strip
malls.

**Click It the Cricket:** Proper use of child restraint seats; **IS THIS A TRAINING
INITIATIVE.** The location for this initiative was Mike's Fresh Market, 14383
Gratiot. Over 50 participants attended this training. The purpose of this event
was to show and train parent on how to properly secure their child restraints in a
vehicle. This event was broadcasted by channel 7, 2, 4. Officer Rios inspected
vehicles with child restraints already in them to ensure they were properly
secure.

**Blood Drive:** On Tuesday, June 21, 2007, at approximately 7:00 A.M., the
Eastern District will participate in a blood drive sponsored by the American Red
Cross. The location for the blood drive will be held at the Eastern District in the
Conference room. Our set goal is to have as many participants as possible.



DEFENDANT'S
EXHIBIT

: Commanding Officer, Eastern District (T.C.)                November 29,
                                                            2010
bject: **INITATIVES IN THE EASTERN DISTRICT**               **Page 2**

om: Sergeant Mattie Lewis, S-66

**Beautification Day:** On June 23, 2007, the eastern District involved the citizens of the District in cleaning up the front of the District. The citizen planted flowers, cut grass and trim hedges. The District also had a Ice cream social, hot dogs and chips for the public.

**Community Crime Walk:** On July 21, 2007, the Eastern District will sponsor it's 2nd Annual Community Crime Walk with over 150 participants participated in the walk.

(Dennell CX4)