UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**City of Detroit, Michigan,**             Bankruptcy Case No.: 13-53846
      **Debtor.**                          Honorable Thomas J. Tucker
                                           Chapter 9

**[CORRECTED] NOTICE OF OPPORTUNITY TO RESPOND TO JEROME COLLINS' MOTION FOR ENTRY OF ORDER GRANTING VERIFIEDMOTION FOR LEAVE TO FILE DELAYED PROOF OF CLAIM**

Jerome Collins has filed its *[Corrected] Motion for Entry of Order Granting Collins' Verified Motion for Leave to File Delayed Proof of Claim*.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney.

If you do not want the Court to enter an Order granting the Motion, within 14-days, you or your attorney must:

1.    File with the court a written response or an answer, explaining your position at:

United States Bankruptcy Court
211 W. Fort St, Suite 1900
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. You must also mail a copy to:

Benjamin Whitfield, Jr. & Associates, P.C.
Attn: Benjamin Whitfield, Jr., Esq.
613 Abbott St, 1st FL
Detroit, Michigan 48226

2.    If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of that hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Respectfully Submitted,

**Benjamin Whitfield, Jr. & Associates, P.C.**
By: ___/s/ Benjamin Whitfield, Jr.___
Benjamin Whitfield, Jr. (P23562)
Attorney for Jerome Collins
613 Abbott St, 1st FL
Detroit, MI 48226
**Phone:** (313) 961-1000
**Email:** benwlaw123@aol.com

**Dated:** December 21, 2016