# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**NOTICE OF WITHDRAWAL OF CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND REQUIRING THE DISMISSAL OF THE DPOA'S MERC ACTION**

The City of Detroit hereby withdraws without prejudice its *Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction and Requiring the Dismissal of the DPOA's MERC Action* [Doc. No. 11714].

Dated: January 4, 2017

    Respectfully submitted,

    MILLER CANFIELD PADDOCK
    & STONE, PLC

    By: /s/ Marc N. Swanson
        Jonathan S. Green (P33140)
        Marc N. Swanson (P71149)
        150 West Jefferson, Suite 2500
        Detroit, Michigan 48226
        Telephone: (313) 963-6420
        Facsimile: (313) 496-8451
        green@millercanfield.com
        swansonm@millercanfield.com

        and

    CITY OF DETROIT LAW
    DEPARTMENT

    Charles N. Raimi (P29746)
    2 Woodward Avenue, Suite 500
    Detroit, Michigan 48226
    Phone: (313) 237-5037
    Email: raimic@detroitmi.gov

    ATTORNEYS FOR THE CITY OF DETROIT