LAW OFFICES

# MORGAN & MEYERS, PLC

3200 GREENFIELD, SUITE 260
DEARBORN, MICHIGAN 48120-1802

TELEPHONE (313) 961-0130
FAX (313) 961-8178
www.morganmeyers.com

January 4, 2017

Office of the Clerk of Court
United States Bankruptcy Court
For the Eastern District of Michigan
211 West Fort Street, Suite 1700
Detroit, MI 48226

Re: Patricia Ramirez
     Case No. 13-53846

Dear Clerk:

This letter will confirm that Debra Pospiech no longer works as an attorney at Morgan & Meyers, PLC. Morgan & Meyers, PLC represents Patricia Ramirez. I have taken over the Patricia Ramirez matter. Please ensure that I am the attorney of record for Ms. Ramirez.

Thank you for your attention to this matter.

Sincerely,

Brian T. Keck

BTK