# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In Re: | Case No. 13-53846-tjt |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | Hon. Thomas J. Tucker |

_____/

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Charles N. Ash, Jr. on behalf of Creditors Merrill Lynch Capital Services, Inc., and UBS AG, requests to be removed from receiving electronic notices in the above-captioned case at the following email address:

- cash@wnj.com

Respectfully submitted,

WARNER NORCROSS & JUDD LLP

Dated: January 4, 2017

/s/ *Charles N. Ash, Jr.*
Charles N. Ash, Jr. (P55941)
111 Lyon St. NW Suite 900
Grand Rapids, MI 49503
(616) 752-2490
cash@wnj.com