# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In re: | Chapter 9 Proceeding |
| CITY OF DETROIT, MICHIGAN, | Case No.: 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Chad L. Schexnayder and Joseph A. Brophy, on behalf of Safeco Insurance Company of America, request to be removed from receiving electronic notices in the above-captioned case at the following email addresses:

- jab@jhc-law.com
- cls@jhc-law.com
- sh@jhc-law.com
- ab@jhc-law.com
- docket@jhc-law.com

Respectfully submitted this 4th day of January, 2017.

JENNINGS, HAUG & CUNNINGHAM, LLP

/s/ Joseph A. Brophy
Chad L. Schexnayder (No. 009832)
Joseph A. Brophy (No. 026662)
2800 N. Central Avenue, Suite 1800
Phoenix, AZ  85004-1049
Telephone:	602-234-7800
Facsimile:	602-277-5595
Counsel for Safeco Insurance Company of America