UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In Re: | Case No. 13-53846-tjt |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

**REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES**

PLEASE TAKE NOTICE that Aaron C. Thomas, on behalf of Creditor Macomb County Treasurer, requests to be removed from receiving electronic notices in the above-captioned case at the following email address:

- aaron.thomas@macombgov.org
- candice.donato@macombgov.org

        Respectfully submitted,

        */s/ Aaron C. Thomas*
        Aaron C. Thomas (P55114)
        1 S. Main Street, 8th Floor
        Mount Clemens, Michigan 48043
        586.469.6346