# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING STIPULATION ALLOWING CLAIMS OF AFSCME COUNCIL 25 AND ITS AFFILIATED DETROIT LOCALS (CLAIM NUMBER 2958) AND THE COALITION OF DETROIT UNIONS (CLAIM NUMBER 2851) AS CLASS 14 OTHER UNSECURED CLAIMS IN REDUCED AMOUNTS

This case is before the Court on the Stipulation Between the City of Detroit, AFSCME Council 25 and Its Affiliated Detroit Locals, and the Coalition of Detroit Unions for Entry of an Order Approving Settlement of Proofs of Claim Nos. 2958, 2851 and Related Claims, filed January 9, 2017 (Docket # 11753, the "Stipulation"),[1] the Court being fully advised in the premises, and there being good cause to grant the relief requested, and the Court finding that the proposed settlement is fair and equitable and is in the best interest of the City, AFSCME and the Coalition, and other creditors of the City,

**IT IS ORDERED THAT:**

A.  The Stipulation is approved.

---

[1] Capitalized terms not otherwise defined in this Order will have the meaning ascribed to them in the Stipulation.

B.  The AFSCME Claim is allowed as a Class 14 Other Unsecured Claim under the Plan in the reduced aggregate amount of $95,380,410.00.

C.  The Coalition Claim is allowed as a Class 14 Other Unsecured Claim under the Plan in the reduced aggregate amount of $14,771,270.00.

D.  To the extent the Court finds that any of the Additional Claims are duplicative of the claims and relief sought by AFSCME or the Coalition in the Settled Claims or in the Coalition Claim, such claims may be disallowed and expunged by order of this Court.

E.  AFSCME and the Coalition will dismiss the following causes of action with prejudice promptly upon entry of the Order:

1. MERC Case No. D13 C-0331 (AFSCME Local 1023 claim, Claim #3 on AFSCME Proof of Claim);

MERC Case Number C13 D-069 (AFSCME Local 207, 2394, & 2920, Claim #4 on AFSCME Proof of Claim);

MERC Case Number C-13 B-025 (AFSCME Council 25 furlough day claim, Claim #5 on AFSCME Proof of Claim);

MERC Case Number C12 H-157 (AFSCME Local 214 & 312, Claim #6 on AFSCME Proof of Claim);

MERC Case No. C12 D-065, C12 F-125, C13 G-129 (AFSCME & Coalition Claims, Claim #8 on AFSCME Proof of Claim and the entirety of the Coalition Proof of Claim);

MERC Case No. C11 K-201 (AFSCME Local 542, Claim #10 on AFSCME Proof of Claim);

MERC Case No. C07 L-033 (AFSCME Local 542, Claim #12 on AFSCME Proof of Claim);

Wage and Hour Division, Claim No. 12-000522 and 12-000523; Wayne County Circuit Court Case No. 13-003430-AA, Claim #16 on AFSCME Proof of Claim;

MERC Case No. C05 H-194 (AFSCME Local 457, Claim #13 on AFSCME Proof of Claim);

Grievance No. 25-01-12 / Court of Appeals Case No. 12-0077708-CL (AFSCME Locals 457, 1642, Claim #16 of AFSCME Proof of Claim);

MERC Case No. C09-078 (AFSCME Local 542, Claim #19 of AFSCME Proof of Claim); and

MERC Cases No. C12 G-133 (AFSCME Council 25).

F. This Order is without prejudice to any objections the City has or may have to any proofs of claim filed in this bankruptcy, other than the AFSCME Claim and the Coalition Claim, or to any defenses by claimants to such objections.

G. The City's claims agent is authorized to update the claims register in accordance with the terms of this Order

H. The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on January 09, 2017**

                                               /s/ Thomas J. Tucker
                                               Thomas J. Tucker
                                               United States Bankruptcy Judge