UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION REGARDING CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND THE PLAN OF ADJUSTMENT INJUNCTION AND DISCHARGE PROVISIONS AGAINST WALTER HICKS AND SPIRLIN MOORE**

This case is before the Court on the stipulation, filed January 12, 2017 and entitled "Stipulation Regarding City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and the Plan of Adjustment Injunction and Discharge Provisions against Walter Hicks and Spirlin Moore" (Docket # 11756, the "Stipulation");[1] and the Court being otherwise advised in the premises;

IT IS ORDERED THAT:

1. Within seven days after the entry of this Order, the Plaintiffs must file the amended complaint attached as Exhibit 2 to the Stipulation in the State Court Action.

2. The Motion (Docket # 11680) is withdrawn without prejudice and without costs to either party.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings given to them in the Stipulation.

**Signed on January 12, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge