# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Judge Thomas J. Tucker |
| | ) | |
| | ) | |

## NOTICE OF CLAIM WITHDRAWALS

The City of Detroit ("City"), by its undersigned counsel, Miller, Canfield, Paddock and Stone, PLC, respectfully states as follows:

1. On January 9, 2017, the City filed the *Stipulation for the Entry of an Order Allowing Claims of AFSCME Council 25 and its Affiliated Detroit Locals (Claim Number 2958) and the Coalition of Detroit Unions (Claim Number 2851) as Class 14 Other Unsecured Claims in Reduced Amounts* [Doc. No. 11753] ("Stipulation"). The court entered an order approving the Stipulation on January 9. [Doc. No. 11754].

2. As set forth in the Stipulation, the City "identified a number of claims filed separately by a Member or Members of the Coalition and/or their individual employee members, as well as AFSCME and/or its individual employee members. The Additional Claims are identified on Exhibit 2 to the Stipulation." Stipulation ¶¶ 7-8.

- 1 -

28358079.1\022765-00208
13-53846-tjt    Doc 11758    Filed 01/18/17    Entered 01/18/17 09:51:35    Page 1 of 17

3. Certain of the holders of the Additional Claims identified on Exhibit 2 to the Stipulation have executed withdrawals of their respective proofs of claim.

4. Attached as Exhibit 1 to this Notice are the withdrawals that have been received by the City.

Dated: January 18, 2017

        Respectfully submitted,

        MILLER CANFIELD PADDOCK
        & STONE, PLC

        By: /s/ Marc N. Swanson
            John H. Willems (P31861)
            Jonathan S. Green (P33140)
            Marc N. Swanson (P71149)
            150 West Jefferson, Suite 2500
            Detroit, Michigan 48226
            Telephone: (313) 963-6420
            Facsimile: (313) 496-8451
            green@millercanfield.com
            swansonm@millercanfield.com

        ATTORNEYS FOR THE CITY OF DETROIT

# **EXHIBIT 1**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE THAT Toni Baldwin hereby withdraws Proof of Claim number 3452.

Respectfully submitted,

By: /s/ _____

*Toni Baldwin* (signature)

Dated: Nov 21, 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE THAT Sheila Bell hereby withdraws Proof of Claim number 2893.

Respectfully submitted,

By: /s/ Sheila Bell

Dated: November 28, 2016

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE THAT Otis Butler hereby withdraws Proof of Claim number 1999.

Respectfully submitted,

By: /s/ _____
Otis Butler

Dated: Nov 29, 2016

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE THAT Patrick Cholsta hereby withdraws Proof of Claim number 2010.

Respectfully submitted,

By: /s/ Patrick Cholsta
26623 Kathy
Roseville MI
48066

Dated: 11/25, 2016

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

PLEASE TAKE NOTICE THAT Michael Cooper hereby withdraws Proof of Claim number 1891.

Respectfully submitted,

By: /s/ Michael Cooper
1045 E WOODWARD HTS
APT 305
HAZEL PK, MI 48030

Dated: NOV 22, 2016

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE THAT Julius Collins hereby withdraws Proof of Claim number 67.

Respectfully submitted,

By: /s/ Julius R. Collins

Dated: November 21, 2016

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE THAT Harriet Cook hereby withdraws Proof of Claim number 1892.

Respectfully submitted,

By: /s/ Harriet Cook

Dated: 12-1-__, 2016

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE THAT Carol Jean Finley hereby withdraws Proof of Claim number 2359.

Respectfully submitted,

By: /s/ *Carol Jean Finley*

Dated: 11/25, 2016

cc: Atty. Richard G. Mack

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

PLEASE TAKE NOTICE THAT Ronnie Jordan hereby withdraws Proof of Claim number 3417.

Respectfully submitted,

By: /s/ Ronnie Jordan II
Ronnie Jordan II

Dated: Nov 29, 2016

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

Debtor.

Bankruptcy Case No. 13-53846

Judge Thomas J. Tucker

Chapter 9

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE THAT Gerald Murphy hereby withdraws Proof of Claim number 3442.

Respectfully submitted,

By: /s/ Gerald Murphy

Dated: 11/22/, 2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE THAT Chukwuma Udegbunam hereby withdraws Proof of Claim number 3212.

Respectfully submitted,

By: /s/ Chukwuma Udegbunam

Dated: 11/28/16, 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE THAT Wanda Beckom hereby withdraws Proof of Claim number 3397.

Last name change to White 9/2015

Respectfully submitted,

By: /s/ Wanda L. White

Dated: Nov 23, 2016

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE THAT Denise Williams hereby withdraws Proof of Claim number 1898.

Respectfully submitted,

By: /s/ _Denise Williams_

Dated: NOV 21, 2016

| In re: | Bankruptcy Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor | Chapter 9 |

**NOTICE OF WITHDRAWAL OF MICHIGAN BUILDING AND CONSTRUCTION TRADES COUNCIL, AFL-CIO PROOF OF CLAIM NUMBER 2585**

PLEASE TAKE NOTICE THAT Michigan Building and Construction Trades Council, AFL-CIO hereby withdraws Proof of Claim number 2585, filed in this matter on February 21, 2014.

Respectfully submitted,

MCKNIGHT, CANZANO, SMITH,
RADTKE & BRAULT, P.C.

By: _____
John R. Canzano
423 N. Main Street, Suite 200
Royal Oak, MI 48067
(248) 354-9650
jcanzano@michworkerlaw.com

Dated: January 16, 2017