# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Judge Thomas J. Tucker |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 18, 2017, he caused a copy of the foregoing *Notice of Claim Withdrawals* to be served upon the claimants listed on the attached Service List, via first class mail.

Dated: January 18, 2017

        By: /s/ Marc N. Swanson
          Marc N. Swanson
          150 West Jefferson, Suite 2500
          Detroit, Michigan 48226
          Telephone: (313) 963-6420
          Facsimile: (313) 496-8451
          swansonm@millercanfield.com

28365467.1\022765-00213
13-53846-tjt   Doc 11758-1   Filed 01/18/17   Entered 01/18/17 09:51:35   Page 1 of 2

# Service List

John R. Canzano, Esq.
McKnight, Canzano, Smith, Radtke &
Brault, P.C.
423 N. Main, Suite 200
Royal Oak, MI 48067

Toni Baldwin
P.O. Box 3516
Southfield, MI 48037

Shelia L Bell
14421 Royal Grand
Redford, MI 48239

Otis Butler
8233 Middlepoint
Detroit, MI 4820

Patrick H Chlosta
26023 Kathy
Roseville, MI 48066

Michael Cooper
1045 East Woodward Heights Blvd.,
Apt 305
Hazel Park, MI 48030

Julius R. Collins
3330 Dartmouth
Detroit, MI 48217

Harriet A. Cook
26305 W. 7 Mile Rd #102
Redford, MI 48240

Harriet Cook
15225 Garfield, #C-8
Redford, MI 48239

Carol Jean Finley
8227 Karan Blvd., Unit #1
Warren, MI 48093

Ronnie Jordan
18939 Brinker St.
Detroit, MI 48234

Gerald Murphy
2280 E. Remington
Detroit, MI 48234

Chukwuma C. Udegbunam
1800 Crestview Dr.
Canton, MI 48188

Wanda Beckom White
19194 Cardoni
Detroit, MI 48203

Wanda Beckom White
18437 Salem
Detroit, MI 48219

Denise Williams
910 Seward Apt 310
Detroit, MI 48202