UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
# TRANSCRIPT ORDER FORM

| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |
|---|---|---|

**Order Party: Name, Address and Telephone Number**

Name _Thomas J. Tucker_____

Firm __USBC_____

Address _211 West Fort St._____

City, State, Zip _Detroit, MI 48226_____

Phone _(313)-234-0038_____

Email _____

**Case/Debtor Name: City of Detroit, Michigan**

**Case Number: 13-53846**

**Chapter: 9**

**Hearing Judge __Thomas J. Tucker_____**

■ **Bankruptcy** ☐ **Adversary**

☐ **Appeal**     Appeal No: _____

**Date of Hearing:** _09/28/2016_ **Time of Hearing:** _1:30 pm___ **Title of Hearing:** _Corrected Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and (II) Requiring the Dismissal with Prejudice of the Federal Court Action filed by Jerome Collins to the extent it Seeks Relief against the City of Detroit or property of the City of Detroit Filed by Debtor City of Detroit, Michigan (#10182)_

Please specify portion of hearing requested:     X **Original/Unredacted**     **Redacted**     **Copy**
                                                                                                                              (2nd Party)
☐ Entire Hearing     ☐ Ruling/Opinion of Judge     ☐ Testimony of Witness     ■ Other

Special Instructions: _Audio concerning motion at docket #10182 regarding Jermone Collins (2:56:48 pm – 3:58:38 pm. )____

**Type of Request:**

■ Ordinary Transcript - $3.65 per page (30 calendar days)

☐ 14-Day Transcript - $4.25 per page (14 calendar days)

☐ Expedited Transcript - $4.85 per page (7 working days)

☐ Transcript Designated for an Appeal - $3.65 per page (30 calendar days) Date Notice of Appeal Filed:_____

☐ CD - $30; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

_/s/Jamie Laskaska_____Date: _01/19/2017_____
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
                    Date         By

Order Received:

Transcript Ordered

Transcript Received

13-53846-tjt    Doc 11760    Filed 01/19/17    Entered 01/19/17 16:20:10    Page 1 of 1