# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION BETWEEN THE CITY OF DETROIT AND AIG REGARDING PROOF OF CLAIM NUMBERS 267 AND 3843

The City of Detroit ("City") and American Home Assurance Company, Chartis Excess Limited, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, Granite State Insurance Company, Illinois National Insurance Company, The Insurance Company of the State P.A., Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, P.A., New Hampshire Insurance Company, and certain other subsidiaries of AIG property Casualty, Inc. (collectively, "AIG") stipulate and agree as follows:

A.  On October 22, 2014, the City filed the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Doc. No. 8045] ("Plan"). This Court subsequently issued an Order confirming the Plan on November 12, 2014 [Doc. No. 8272].

B.  On December 12, 2013, AIG filed proof of claim number 267 ("Claim 267"). On March 14, 2016, AIG amended Claim 267 by filing proof of claim number 3843 ("Claim 3843"). Claim 3843 asserts an unliquidated secured claim

and a general unsecured non-priority claim in the amount of $150,240.00.

NOW, THEREFORE, the parties stipulate and agree as follows and request that the Court enter the Order attached as Exhibit 1.

1. Claim 267 and the portion of Claim 3843 asserting a secured claim are disallowed and expunged.

2. Claim 3843 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $150,240.00.

3. The City's claim's agent is authorized to update the claims register accordingly.

STIPULATED AND AGREED:

| /s/ Charles N. Raimi<br>Charles N. Raimi (P29746)<br>Mary Beth Cobbs (P40080)<br>City of Detroit Law Department<br>2 Woodward Ave., Suite 500<br>Coleman A. Young Municipal Center<br>Detroit, MI 48226-3437<br>Telephone: (313) 237-5037<br><br>ATTORNEY FOR THE CITY | Kevin J. Larner<br>American International Group, Inc.<br>175 Water Street, 15th Floor<br>New York, NY 10038<br>Telephone: (212) 458-7101<br><br>ATTORNEY FOR AIG |

DATED: January 19, 2017