# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

### ORDER APPROVING STIPULATION BETWEEN THE CITY OF DETROIT AND AIG REGARDING PROOF OF CLAIM NUMBERS 267 AND 3843

Upon the Stipulation between the City of Detroit ("City") and American Home Assurance Company, Chartis Excess Limited, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, Granite State Insurance Company, Illinois National Insurance Company, The Insurance Company of the State P.A., Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, P.A., New Hampshire Insurance Company, and certain other subsidiaries of AIG property Casualty, Inc. (collectively, "AIG") "Stipulation")[1]; and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Claim 267 and the portion of Claim 3843 asserting a secured claim are disallowed and expunged.

---

[1] Capitalized terms not otherwise defined in this Stipulation shall have the meanings ascribed to them in the Stipulation.

2. Claim 3843 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $150,240.00.

3. The City's claim's agent is authorized to update the claims register accordingly.