## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER APPROVING STIPULATION BETWEEN THE CITY OF DETROIT AND AIG REGARDING PROOF OF CLAIM NUMBERS 267 AND 3843

Upon the Stipulation between the City of Detroit ("City") and American

Home Assurance Company, Chartis Excess Limited, Chartis Specialty Insurance

Company, Commerce and Industry Insurance Company, Granite State Insurance

Company, Illinois National Insurance Company, The Insurance Company of the

State P.A., Lexington Insurance Company, National Union Fire Insurance

Company of Pittsburgh, P.A., New Hampshire Insurance Company, and certain

other subsidiaries of AIG property Casualty, Inc. (collectively, "AIG") (Docket

# 11763, the "Stipulation");[1] and the Court being otherwise advised in the

premises;

IT IS ORDERED THAT:

1.      Claim 267 and the portion of Claim 3843 asserting a secured claim are

disallowed and expunged.

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.

2.    Claim 3843 is allowed under the Plan as a Class 14 Other Unsecured

Claim in the amount of $150,240.00.

3.    The City's claim's agent is authorized to update the claims register

accordingly.

.

**Signed on January 20, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge