## UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION - DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,

Debtor.

Case No. 13-53846
Chapter 11 Proceeding
Hon. Steven W. Rhodes

_____/

## REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT LIST AND SPECIAL SERVICE LIST

Winnifred P. Boylan, whose email address is wboylan@lambertleser.com, requests that she be removed from the list that allows service of electronic filings through the Court's CM/ECF case management system and service of papers via first-class mail, due to the fact that the contract with the State of Michigan is complete.

LAMBERT LESER

DATED: January 25, 2017          BY: /s/ Winnifred P. Boylan
_____
WINNIFRED P. BOYLAN (P56587)
Special Assistant Attorney General
to State of Michigan *
916 Washington Avenue, Suite 309
Bay City, Michigan 48708
Telephone: (989) 893-3518
wboylan@lambertleser.com

\* State of Michigan, Workforce Development Agency; State of Michigan; State of Michigan, Department of Labor & Economic Growth; Michigan State Police; State of Michigan, Michigan State Police; State of Michigan, Department of Energy, Labor & Economic Growth; State of Michigan, Department of Education and Department of Human Services; State of Michigan, Department of Natural Resources; State of Michigan, Department of Human Services; State of Michigan, Department of Community Health; State of Michigan, Department of State Police

{00230290}