UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION - DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,

Debtor.

Case No. 13-53846
Chapter 11 Proceeding
Hon. Steven W. Rhodes

_____/

## REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT LIST AND SPECIAL SERVICE LIST

Rozanne M. Giunta, whose email address is rgiunta@lambertleser.com, requests that she be removed from the list that allows service of electronic filings through the Court's CM/ECF case management system and service of papers via first-class mail, due to the fact that the contract with the State of Michigan is complete.

LAMBERT LESER

DATED: January 25, 2017        BY:   /s/ Rozanne M. Giunta
                                     _____
                                     ROZANNE M. GIUNTA (P29969)
                                     Special Assistant Attorney General
                                     to State of Michigan *
                                     916 Washington Avenue, Suite 309
                                     Bay City, Michigan 48708
                                     Telephone: (989) 893-3518
                                     rgiunta@lambertleser.com

\* State of Michigan, Workforce Development Agency; State of Michigan; State of Michigan, Department of Labor & Economic Growth; Michigan State Police; State of Michigan, Michigan State Police; State of Michigan, Department of Energy, Labor & Economic Growth; State of Michigan, Department of Education and Department of Human Services; State of Michigan, Department of Natural Resources; State of Michigan, Department of Human Services; State of Michigan, Department of Community Health; State of Michigan, Department of State Police

{00230290}