UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br>    Debtor. | Case No. 13-53846-tjt<br>Chapter 9<br>Hon. Thomas J. Tucker<br>(Jointly Administered) |

## REQUEST FOR REMOVAL FROM CM/ECF
## CASE MANAGEMENT LIST AND SPECIAL SERVICE LIST

Edward J. Hood, whose email address is ehood@clarkhill.com, requests that he be removed from the list that allows service of electronic filings through the Court's CM/ECF case management system and service of papers via first class mail.

Respectfully submitted,

CLARK HILL PLC

By:   /s/Edward J. Hood             
         500 Woodward Avenue, Suite 3500
         Detroit, MI  48226
         313.965.8300
         ehood@clarkhill.com
         (P42953)
         Attorneys For Defendant
         Colasanti Corporation

Date:  January 26, 2017