THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

CITY OF DETROIT,            Case No. 13-53846
                                         Chapter 9
            Debtor.           Hon. Thomas J. Tucker
_____/

REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE

Mark S. Frankel, of Couzens, Lansky, Fealk, Ellis, Roeder & Lazar, P.C., whose email address is mfrankel@couzens.com request that he be removed from the list that provides for service of electronic filings through the Court's CM/ECF case management system as the adversary proceedings that he defended for Tooles Contracting Group LLC (Adv.Pro.No. 15-05165-tjt) and Motor City Pipe & Supply Co. (Adv.Pro.No. 15-05178-tjt) have been resolved and dismissed.

                                         Respectfully submitted:

                                         COUZENS, LANSKY, FEALK, ELLIS,
                                               ROEDER & LAZAR, P.C.

                     By:   /s/ Mark S. Frankel
                               MARK S. FRANKEL (P41565)
                               Attorney for Defendants
                               39395 W. Twelve Mile Road, Suite 200
                               Farmington Hills, MI 48331
                               (248) 489-8600
                               mfrankel@couzens.com

Dated: January 27, 2017

## CERTIFICATE OF SERVICE

     I hereby certify that on January 27, 2017, I electronically filed the foregoing pleading with the Clerk of the Court using the PACER system which will send notification of such filing to counsel of record.

                         Respectfully submitted:

                         COUZENS, LANSKY, FEALK, ELLIS,
                             ROEDER & LAZAR, P.C.

By:    /s/ Mark S. Frankel
       MARK S. FRANKEL (P41565)
       Attorneys for Defendants
       39395 W. Twelve Mile Road, Ste 200
       Farmington Hills, MI 48331
       (248) 489-8600
       mfrankel@couzens.com

Dated: January 27, 2017