# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In re:**

**City of Detroit, Michigan,**       **Bankruptcy Case No.: 13-53846**
    **Debtor.**      **Honorable Thomas J. Tucker**
     **Chapter 9**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 30, 2017, Jerome Collins' *Response to City of Detroit's Objections to Motion for Entry [Dkt No. 11770]* was filed and served via the court's electronic file & serve system and served upon counsel as listed below:

Marc N. Swanson, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Ste 2500
Detroit, MI 48226

         By: __/s/ Benjamin Whitfield, Jr.__
         Benjamin Whitfield, Jr.