**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**In re:**

| | |
|---|---|
| **City of Detroit, Michigan,** | **Bankruptcy Case No.: 13-53846** |
| **Debtor.** | **Honorable Thomas J. Tucker** |
| | **Chapter 9** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 3, 2017, Jerome Collins' *Response to City of Detroit's Objections to Motion for Entry [Dkt No. 11774]* was filed and served via the court's electronic file & serve system and served upon counsel as listed below:

Marc N. Swanson, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Ste 2500
Detroit, MI 48226

By: __/s/ Benjamin Whitfield, Jr.__
Benjamin Whitfield, Jr.