## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Bankruptcy Case No. 13-538846 |
| City of Detroit, Michigan, | Honorable: Thomas J. Tucker |
| Debtor. | Chapter 9 |

_____/

### PROOF OF SERVICE

I, Joseph Dedvukaj, hereby certify that on February 4, 2017, I personally served a copy of Danny Crowell, Leota Murphy and Jasmine Crowell's motion for leave and relief from orders dated December 16, 2016 and December 28, 2016 under Bankruptcy Rule 9024 and 3008 and exhibits A-E regarding the issue of the language of the Plan on the following attorney of record via ECF filing system:

Marc N. Swanson
Miller Canfield
150 West Jefferson
Suite 2500
Detroit, Michigan 48226

By: **/S/ Joseph Dedvukaj (P51335)**
    Joseph Dedvukaj (P51335)
    Attorney for Crowells and Murphy
    1277 West Square Lake
    Bloomfield Hills, Michigan 48302
    (248) 352-2110