# CLARK HILL

Joel D. Applebaum
T 248.988.5883
F 248.988.2503
Email: japplebaum@clarkhill.com

Clark Hill PLC
151 South Old Woodward Avenue
Suite 200
Birmingham, MI 48009
T 248.642.9692
F 248.642.2174

clarkhill.com

February 8, 2017

**BY ELECTRONIC MAIL**

Clerk of the Court
United States Bankruptcy Court
  for the Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

    Re:   *Re: Removal of Evan J. Feldman From Case Notices*

Dear Sir/Madam:

    Please be advised that Evan J. Feldman is no longer associated with or employed by Clark Hill PLC. He should, therefore, be removed from receiving notices on behalf of Clark Hill's clients, the General Retirement System and the Police and Fire Retirement System, in the City of Detroit bankruptcy case (Case No. 13-53846), and Stuart A. Gold, Chapter 7 Trustee, in the NM Holdings bankruptcy case (Case No. 03-48939). Other Clark Hill attorneys are currently receiving notices in both of these cases, and they will continue to do so.

    Please feel free to contact me if you have any questions or require additional information.

    Very truly yours,

    CLARK HILL PLC

    Joel D. Applebaum