**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

```
-------------------------------------------------------x
                                          :
In re                                     :          Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                 :          Case No. 13-53846
                                          :
              Debtor.                     :          Hon. Thomas J. Tucker
                                          :
-------------------------------------------------------x
```

**STIPULATION BY AND BETWEEN THE CITY OF DETROIT,
MICHIGAN AND JEROME COLLINS FOR ADJOURNMENT OF
HEARING ON CORRECTED MOTION TO FILE AMENDED PROOF OF
CLAIM [ENTRY OF ORDER] FILED BY INTERESTED PARTY JEROME
COLLINS [DOC. NO. 11743]**

The City of Detroit, Michigan ("City") and Jerome Collins ("Collins"), by their undersigned counsel, stipulate and agree as follows:

1.     On January 19, 2017, the Court issued the Notice of Hearing [Doc. No. 11759], scheduling a hearing for February 15, 2017 at 1:30 p.m., on the Corrected Motion to File Amended Proof of Claim [Entry of Order] Filed by Interested Party Jerome Collins [Doc. No. 11743] ("Motion").

2.     Counsel for Jerome Collins is unable to attend the hearing because of a medical emergency and notes this is the first time counsel has requested an adjournment.

3.     As a result, Collins requested that the City agree to a short adjournment of the hearing. The City has consented to the adjournment.

WHEREFORE, the City and Collins respectfully request that the Court enter an order in substantially the same form as the one attached as Exhibit A.

**STIPULATED AND AGREED:**

| ATTORNEYS FOR THE CITY | ATTORNEYS FOR JEROME COLLINS |
|---|---|
| By: /s/ Marc N. Swanson<br>Jonathan S. Green (P33140)<br>Marc N. Swanson (P71149)<br>MILLER, CANFIELD, PADDOCK<br>AND STONE, P.L.C.<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 963-6420<br>Facsimile: (313) 496-7500<br>swansonm@millercanfield.com<br>spinner@millercanfield.com | By: /s/ Benjamin Whitfield, Jr.<br>Benjamin Whitfield, Jr., Esq. (P23562)<br>Cynthia J. Gaither, Esq. (P40755)<br>BENJAMIN WHITFIELD, JR. &<br>ASSOCIATES, P.C.<br>547 East Jefferson Ave<br>Detroit, Michigan 48226<br>Telephone: (313) 961-1000<br>Facsimile: (313) 961-3110<br>benwlaw123@aol.com<br>benwlaw4822@aol.com |

DATED:  February 13, 2016

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-------------------------------------------------------x
                                                       :
In re                                                  :        Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                              :        Case No. 13-53846
                                                       :
              Debtor.                                  :        Hon. Thomas J. Tucker
-------------------------------------------------------x
```

**ORDER GRANTING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND JEROME COLLINS FOR ADJOURNMENT OF HEARING ON CORRECTED MOTION TO FILE AMENDED PROOF OF CLAIM [ENTRY OF ORDER] FILED BY INTERESTED PARTY JEROME COLLINS [DOC. NO. 11743]**

Upon the Stipulation by and Between the City of Detroit, Michigan and

Jerome Collins for Adjournment of Hearing on Corrected Motion to File Amended

Proof of Claim [Entry of Order] Filed by Interested Party Jerome Collins [Doc. No.

11743] ("Stipulation"); and the Court being otherwise advised in the premises;

IT IS ORDERED THAT the hearing on the Motion is adjourned to

_____.