IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

## ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND JEROME COLLINS FOR ADJOURNMENT OF HEARING ON CORRECTED MOTION TO FILE AMENDED PROOF OF CLAIM FILED BY INTERESTED PARTY JEROME COLLINS (DOCKET # 11743)

Based on the stipulation filed February 13, 2017 (Docket # 11782), by and Between the City of Detroit, Michigan and Jerome Collins for Adjournment of Hearing on Corrected Motion to File Amended Proof of Claim Filed by Interested Party Jerome Collins (Docket # 11743, the "Motion"); and the Court being otherwise advised in the premises;

IT IS ORDERED that the hearing on the Motion (Docket # 11743), currently scheduled for February 15, 2017, is adjourned to **March 22, 2017 at 1:30 p.m.**

.

**Signed on February 13, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge