IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

    Debtor.
_____/

Chapter 9
Case No. 13-53846
Hon. Thomas J. Tucker

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

Undersigned counsel requests that the Clerk of the Court remove his email address from receiving notices of electronic filing in the above-captioned case, as the motion pertaining to his clients in this matter has been resolved. (*See* Dkt. # 11757.)

    Respectfully submitted,

    /s/ Daniel S. Korobkin
    Daniel S. Korobkin (P72842)
    American Civil Liberties Union
      Fund of Michigan
    2966 Woodward Ave.
    Detroit, MI 48201
    (313) 578-6824
    dkorobkin@aclumich.org

Dated: February 15, 2017