# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER APPROVING STIPULATION BETWEEN THE CITY OF DETROIT AND THE CHARTER COUNTY OF WAYNE REGARDING PROOF OF CLAIM NUMBERS 3026, 3027, 3029, 3031, 3034, 3035, 3036, 3038, 3823 AND 3832**

Based on the stipulation between the City of Detroit ("City") and the Charter County of Wayne ("Wayne County") (Docket # 11785, the "Stipulation");[1] and the Court being otherwise advised in the premises;

IT IS ORDERED THAT:

1. Proof of claim number 3026 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $700,000.06.

2. Proof of claim number 3027 is allowed under the Plan as a Class 15 Convenience Claim in the amount of $11,607.38.

3. Proof of claim number 3029 is allowed under the Plan as a Class 15 Convenience Claim in the amount of $23,625.44.

4. Proof of claim number 3031 is allowed under the Plan as a Class 14 Other Unsecured Claim in the reduced amount of $364,551.23.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

5. Proof of claim number 3034 is allowed under the Plan as a Class 15 Convenience Claim in the amount of $14,222.00.

6. Proof of claim number 3035 is withdrawn and expunged.

7. Proof of claim number 3036 is allowed under the Plan as a Class 15 Convenience Claim in the amount of $1,963.00.

8. Proof of claim number 3038 is allowed under the Plan as a Class 15 Convenience Claim in the amount of $1,229.89.

9. Proof of claim number 3823 is disallowed and expunged.

10. Proof of claim number 3832 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $20,800,000.00.

11. The City's claim's agent is authorized to update the claims register accordingly.

.

**Signed on February 16, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge