# RESNICK LAW, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

40900 WOODWARD AVENUE, SUITE 111
BLOOMFIELD HILLS, MICHIGAN 48304-5116
TELEPHONE (248) 642-5400 ⬥ FACSIMILE (248) 642-3083
WEBSITE: www.resnicklaw.com

_____

| | |
|---|---|
| H. NATHAN RESNICK<br>TIMOTHY G. ORLANDO<br>JULIE H. TREPECK HARRIS<br><br>Of Counsel<br>Leigh Dones Moss | DETROIT OFFICE:<br>Chrysler House<br>719 Griswold, Suite 620<br>Detroit, MI 48226<br>(313) 423-8320 |

February 17, 2017

**BY ELECTRONIC MAIL**

Clerk of the Court
United States Bankruptcy Court
 for the Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

  *Re: Removal of Carina M. Kraatz from case notices*

Dear Sir/Madam:

 Please be advised that Carina M. Kraatz is no longer associated with or employed by Resnick Law, P.C. She should, therefore, be removed from receiving notices on behalf of Resnick Law, P.C.'s clients. Attorney, H. Nathan Resnick (hnresnick@resnicklaw.com), should immediately be added as attorney of record to these cases. Mr. Resnick has an ECF Login and Password.

 Please feel free to contact me if you have any questions or require additional information. Thank you.

        Very truly yours,

        RESNICK LAW, P.C.


        */s/ H. Nathan Resnick*

        H. Nathan Resnick

HNR/jab