UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

**CITY OF DETROIT'S EX PARTE MOTION TO RESTRICT PUBLIC ACCESS TO DOC. NO. 11790**

The City of Detroit, Michigan ("City") by its undersigned counsel, Miller, Canfield, Paddock and Stone, PLC, files this Ex Parte Motion to Restrict Public Access to Doc. No. 11790 and respectfully states as follows:

1. On February 22, 2017, the City filed Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof Against Unica Insurance Incorporated F/K/A York Fire and Casualty Insurance Company ("Motion") [Doc. No. 11790].

2. Soon after the Motion was filed, the City noted that a single personal identifier within one of the exhibits to the Motion had not been redacted.

3. The City filed a Notice of Withdrawal of the Motion [Doc. No. 11791] and has since filed a redacted version of the Motion [Doc. No. 11792].

1

4. Accordingly, the City requests that an Order be entered to restrict public access to Doc. No. 11790 in the form attached hereto as Exhibit 1.

Dated: February 22, 2017  MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
Jonathan S. Green (P33140)
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

ATTORNEYS FOR THE CITY OF DETROIT

**EXHIBIT 1**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER RESTRICTING PUBLIC ACCESS TO DOC. NO. 11790**

This matter, having come before the Court on the Ex Parte Motion to Restrict Public Access to Doc. No. 11790 the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**THE COURT ORDERS THAT** the Clerk of the Court is directed to restrict public access to the Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof Against Unica Insurance Incorporated F/K/A York Fire and Casualty Insurance Company filed at Doc. No. 11790, so that the Motion cannot be viewed.