# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In re: | Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER RESTRICTING PUBLIC ACCESS TO DOCKET # 11790**

This case is before the Court on Debtor's Ex Parte Motion to Restrict Public Access to its Motion to Enforce Order (Docket # 11793, the "Motion"), and the Court having considered the matter and being otherwise fully advised in the premises;

IT IS ORDERED that the Motion (Docket # 11793) is granted.

IT IS FURTHER ORDERED that the Clerk will promptly restrict public access to the Debtor's Motion to Enforce Order (Docket # 11790) to comply with Fed.R.Bankr.P. 9037(a).
.

**Signed on February 23, 2017**

                                                      /s/ Thomas J. Tucker
                                                    Thomas J. Tucker
                                                    United States Bankruptcy Judge