# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS, INC. RESOLVING CLAIM NUMBER 1033

The City of Detroit, Michigan ("City") and Emerson Process Management Power & Water Solutions, Inc. ("Claimant"; and collectively with the City, the "Parties") stipulate and agree as follows:

WHEREAS, on February 17, 2014, the Claimant filed proof of claim number 1033 in the amount of $468,462.13 ("Claim 1033");

WHEREAS, Claim 1033 subsequently has been satisfied in full;

NOW, THEREFORE, the Parties stipulate and agree that the City's claim's agent is authorized to update the claims register to reflect that Claim 1033 has been satisfied in full and expunge it from the claims register.

**SO STIPULATED,
APPROVED AS TO FORM AND CONTENT:**

February 27, 2017

| MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>For the City of Detroit, Michigan<br><br>By: /s/ Ronald A. Spinner<br>    Ronald A. Spinner (P73159)<br>    150 West Jefferson, Suite 2500<br>    Detroit, MI 48226<br>    (313) 496-7829<br>    spinner@millercanfield.com | HUSCH BLACKWELL LLP<br>For Emerson Process Management Power & Water Solutions, Inc.<br><br>By: /s/ John J. Cruciani<br>    John J. Cruciani (admitted to E.D.MI.)<br>    4801 Main Street, Suite 1000<br>    Kansas City, MO 64112-2551<br>    (816) 983-8197<br>    John.Cruciani@huschblackwell.com |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**[PROPOSED] ORDER APPROVING THE STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS, INC. RESOLVING CLAIM NUMBER 1033**

This matter having come before the Court on the *Stipulation by and between the City of Detroit, Michigan and Emerson Process Management Power & Water Solutions, Inc. Resolving Claim Number 1033*, the Court having reviewed the stipulation and being otherwise apprised of the matter, and there being good cause, NOW THEREFORE IT IS ORDERED THAT

1. The stipulation is approved to the extent set forth in this Order.

2. The City's claim's agent is authorized to update the claims register to reflect that claim number 1033 has been satisfied in full and expunge it from the claims register.