UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER APPROVING THE STIPULATION
## BETWEEN THE CITY OF DETROIT, MICHIGAN AND
## EMERSON PROCESS MANAGEMENT POWER &
## WATER SOLUTIONS, INC. RESOLVING CLAIM NUMBER 1033

This case is before the Court on the stipulation filed February 27, 2017

(Docket # 11796, the "Stipulation"), entitled "*Stipulation by and between the City

of Detroit, Michigan and Emerson Process Management Power & Water

Solutions, Inc. Resolving Claim Number 1033.*" Based on the Stipulation,

IT IS ORDERED THAT:

1.      The Stipulation is approved.

2.      The City's claim's agent is authorized to update the claims register to

reflect that claim number 1033 has been satisfied in full and expunge it from the

claims register.

.

**Signed on February 27, 2017**

_____
/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge