UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                      Case No. 13-53846

CITY OF DETROIT, MICHIGAN,               Chapter 9

            Debtor.                            Judge Thomas J. Tucker
_____/

**ORDER GRANTING MOTION BY DANNY CROWELL, LEOTA MURPHY, AND JASMINE CROWELL FOR LEAVE AND RELIEF FROM THE ORDERS DATED DECEMBER 16, 2016 AND DECEMBER 28, 2016 (DOCKET # 11776)**

      This case is before the Court on a motion filed by Danny Crowell, Leota Murphy, and Jasmine Crowell ("Crowell, Crowell, and Murphy"), entitled "Motion for Leave and Relief from the Orders Dated December 16, 2016 and December 28, 2016 Under Bankruptcy Rule[s] 9024 and 3008") (Docket # 11776, the "Motion"). The City of Detroit filed a response objecting to the Motion (Docket # 11787). The Court concludes that a hearing on the Motion is not necessary, and that the Motion should be granted to the extent of the relief provided in this Order.

      IT IS ORDERED that:

1. The Motion (Docket # 11776) is granted, and relief is granted from the orders at Docket ## 11719 and 11742, to the extent of the relief provided in this Order.

2. Crowell, Crowell, and Murphy may jointly refile the brief and exhibits that they previously filed on December 2, 2016 at Docket # 11692 (which were stricken by the order at Docket # 11719), and they must do so, if at all, no later than March 10, 2017.

3. The City of Detroit may file a further brief and any exhibits in response to the brief and exhibits to be filed by Crowell, Crowell, and Murphy, and any such further brief and exhibits must be filed, if at all, no later than March 17, 2017.


**Signed on March 3, 2017**               /s/ Thomas J. Tucker
                                                       **Thomas J. Tucker**
                                                       **United States Bankruptcy Judge**