UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable: Thomas J. Tucker |
| Debtor. | Chapter 9 |

_____/

**PROOF OF SERVICE**

I, Joseph Dedvukaj, hereby certify that on March 4, 2017, I personally served a copy of Danny Crowell, Leota Murphy and Jasmine Crowell's supplemental response opposing the City of Detroit's motion to enforce order and exhibits A-D regarding the issue of the language of the Plan on the following attorney of record via ECF filing system:

Marc N. Swanson
Miller Canfield
150 West Jefferson
Suite 2500
Detroit, Michigan 48226

By: **/S/ Joseph Dedvukaj (P51335)**
Joseph Dedvukaj (P51335)
Attorney for Crowells and Murphy
1277 West Square Lake
Bloomfield Hills, Michigan 48302
(248) 352-2110