# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In Re:                                    Bankruptcy Case No. 13-53846

City of Detroit, Michigan,                Honorable: Thomas J. Tucker

     Debtor.                             Chapter 9

_____/

## PROOF OF SERVICE

I, Joseph Dedvukaj, hereby certify that on March 6, 2017, I personally served a

copy of Danny Crowell, Leota Murphy and Jasmine Crowell's supplemental reply

opposing the City of Detroit's motion to enforce order and exhibits A-D regarding

the issue of the language of the Plan on the following attorney of record via ECF

filing system:


Marc N. Swanson
Miller Canfield
150 West Jefferson
Suite 2500
Detroit, Michigan 48226


By: **/S/ Joseph Dedvukaj (P51335)**
     Joseph Dedvukaj (P51335)
     Attorney for Crowells and Murphy
     1277 West Square Lake
     Bloomfield Hills, Michigan 48302
     (248) 352-2110