# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

Name <u>Mary Beth Cobbs</u>

Firm <u>City of Detroit Law Department</u>

Address <u>2 Woodward Ave, Suite 500</u>

City, State, Zip <u>Detroit, MI 48226</u>

Phone <u>313.237.3075</u>

Email <u>cobbm@detroitmi.gov</u>

Case Number: 13-53846

Chapter: 9

Hearing Judge <u>Steven W. Rhodes</u>

X  Bankruptcy      ○ Adversary

○ Appeal      Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: <u>10/06/2014</u>  Time of Hearing: <u>8:30 am</u>  Title of Hearing: <u>Plan Confirmation</u>

Please specify portion of hearing requested:   X Original/Unredacted   ☐ Redacted   ☐ Copy (2nd Party)

○ Entire Hearing   ○ Ruling/Opinion of Judge   X Testimony of Witness   ○ Other

Special Instructions: <u>Testimony of Brenda Jones</u>

**Type of Request:**

○ Ordinary Transcript - $3.65 per page (30 calendar days)

○ 14-Day Transcript - $4.25 per page (14 calendar days)

**XX  Expedited Transcript** - $4.85 per page (7 working days)

○ Transcript Designated for an Appeal - $3.65 per page (30 calendar days) Date Notice of Appeal Filed: _____

○ CD - $31; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**Signature of Ordering Party:**

<u>/s/Mary Beth Cobbs</u>  Date: <u>3/6/2017</u>

By signing, I certify that I will pay all charges upon completion of the transcript.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____

Date _____  By _____

Order Received:

Transcript Ordered

Transcript Received