# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING STIPULATION FOR ADJOURNMENT OF HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 776 OF AGAR LAWN SPRINKLER SYSTEMS, INC.

Based on the stipulation filed on March 10, 2017 (Docket # 11806), entitled "Stipulation for Adjournment of Hearing on the City of Detroit's Objection to Claim Number 776 of Agar Lawn Sprinkler Systems, Inc.;"

IT IS ORDERED THAT the hearing on the objection to Claim Number 776 of Agar Lawn Sprinkler Systems, Inc., currently scheduled to take place March 22, 2017, at 1:30 p.m., is adjourned to **June 21, 2017, at 1:30 p.m.**

.

**Signed on March 10, 2017**

                                           /s/ Thomas J. Tucker
                                           Thomas J. Tucker
                                           United States Bankruptcy Judge