UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                              Chapter 9

City of Detroit, Michigan                           Case No. 13-53846
                                                    Hon. Thomas J. Tucker


            Debtor.
_____/

## NOTICE OF APPEARANCE
## AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Sachs Waldman, P.C. enters its appearance

as co-counsel on behalf of the Detroit Fire Fighters Association, I.A.F.F. Local 344

(the "DFFA") and requests, pursuant to 11 U.S.C. §§ 102(1) and 1109(b) and

Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), that all notices given in this case and all papers served or

required to be served in this case, be given to and served upon the undersigned

attorney, at the address set forth below:

> Mami Kato, Esq.
> Sachs Waldman, P.C.
> 2211 East Jefferson Avenue, Suite 200
> Detroit, MI 48207
> Telephone: (313) 496-9420
> Fax: (313) 965-4602
> E-mail: mkato@sachswaldman.com .

Respectfully submitted,

SACHS WALDMAN, P.C.

By: */s/ Mami Kato*

Mami Kato (P74237)
Counsel for the Detroit Fire Fighters
Association, IAFF Local 344
2211 East Jefferson Avenue, Ste. 200
Detroit, MI 48207
Telephone: (313) 496-9420
Fax: (313) 965-4602
E-mail: mkato@sachswaldman.com

Dated: March 15, 2017

2