UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                 Chapter 9

City of Detroit, Michigan                   Case No. 13-53846
                                                                     Hon. Thomas J. Tucker

               Debtor.
_____/

## CERTIFICATE OF SERVICE

I, Mami Kato, being first duly sworn, hereby certify that on March 15, 2017, I electronically filed **Notice of Appearance and Request for Service of Papers** and this **Certificate of Service** with the Clerk of the Court through the Court's CM/ECF system which will provide notice and service of such documents upon the parties through counsel of record.

                                                        SACHS WALDMAN, P.C.

                                                        By: */s/ Mami Kato*
                                                            Mami Kato (P74237)
                                                            Counsel for the Detroit Fire Fighters Association, IAFF Local 344
                                                            2211 East Jefferson Avenue, Ste. 200
                                                            Detroit, MI 48207
                                                            Telephone: (313) 496-9420
                                                            Fax: (313) 965-4602
                                                            E-mail: mkato@sachswaldman.com

Dated: March 15, 2017