IN RE:                                                    Chapter 9

City of Detroit, Michigan         .                 Case No. 13-53846
                                                    Hon. Thomas J. Tucker

            Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Law Office of Barbara A. Patek, P.L.C. enters its appearance as co-counsel on behalf of the Detroit Fire Fighters Association, I.A.F.F. Local 344 (the "DFFA") and requests, pursuant to 11 U.S.C. §§ 102(1) and 1109(b) and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned attorney, at the address set forth below:

> Barbara A. Patek, Esq.
> Law Office of Barbara A. Patek, P.L.C.
> 27 E. Flint Street, Suite 2
> Lake Orion, MI 48362
> Telephone: (248) 814-9470, ext. 106
> Facsimile: (248) 814-8231
> Email:  pateklaw@gmail.com.

LAW OFFICE OF BARBARA A. PATEK, P.L.C.

By:  /s/ Barbara A. Patek
       Barbara A. Patek (P34666)

Counsel for the Detroit Fire Fighters
Association, IAFF Local 344
27 E. Flint Street, Suite 2
Lake Orion, MI 48362
Telephone: (248) 814-9470, ext. 106
Facsimile: (248) 814-8231
Email:  pateklaw@gmail.com

March 15, 2017