# EXHIBIT 6

**LIST OF EXHBITS**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

      Debtor.

_____/

Bankruptcy Case No. 13-53846
Honorable Thomas J. Tucker
Chapter 9

## LIST OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | Proposed Order |
| Exhibit 2 | Notice of Opportunity to Respond |
| Exhibit 3 | Brief in Support of Motion |
| Exhibit 4 | Certificate of Service |
| Exhibit 5 | None |
| Exhibit 6A | Global Settlement |
| Exhibit 6B | Dobry Arbitration Award |
| Exhibit 6C | Remand Order, Wayne County Circuit Court, May 2, 2013 |
| Exhibit 6D | Claim of Appeal, May 21, 2013 |
| Exhibit 6E | Claim 2812, and attachments documenting Smola Claim |