# EXHIBIT 6A

**Global Settlement**

# GLOBAL SETTLEMENT AGREEMENT

## Between

## Detroit Fire Fighters Association, Local 344, IAFF, AFL-CIO

## &

## The City of Detroit

## GLOBAL SETTLEMENT AGREEMENT

THIS GLOBAL SETTLEMENT AGREEMENT (Agreement), which includes attachments A, B, C, D, E, F, G and H is made as of this 30th day of November 2015, by and between the Detroit Fire Fighters Association, Local 344, IAFF, AFL-CIO, ("DFFA") and the City of Detroit ("City").

### Recitals

A. Between 2008 and 2013, the DFFA timely filed grievances, lawsuits, Unfair Labor Practice Charges and Arbitration and Act 312 Interest Arbitration demands against the City of Detroit. These cases involve alleged violations of the collective bargaining agreement; alleged violations of Michigan's Public Employment Relations Act; the City's alleged failure to abide by arbitration awards and settlement agreements; and alleged violations of the Detroit City Charter.

B. As of July 18, 2013, the day the City of Detroit filed for Chapter 9 Bankruptcy, all of these matters were pending. By Order of the Bankruptcy Court these matters were stayed.

C. The DFFA met with Jones Day, acting on behalf of the City, on October 9, 2013 to discuss the pending grievances.

D. The DFFA and the City now wish to settle these disputes according to the terms detailed below. Specifically, the DFFA and the City desire to resolve, settle, compromise and reach accord and satisfaction upon each and every claim of any nature whatsoever which the DFFA has or may have related to matters asserted in these grievances, arbitrations, lawsuits and MERC charges.

E. In consideration of the mutual promises herein set forth, the DFFA and the City state and agree as follows:

The City and the Union agree to settle these grievances; withdraw any related pending arbitration demands, stipulate to the satisfaction of any proofs of claims filed in the Bankruptcy Court that are a part of this settlement; file any related paperwork with the Bankruptcy Court regarding the satisfaction of such claims; and settle any disputes between the parties arising out of or relating to the settled grievances.

F. The City and the DFFA agree to rectify all monetary issues within 45 days.

2

## A. GRIEVANCES

### 1. Robert Puckett; 16-08

The City agrees to pay Robert Puckett $861.00.

### 2. Class Action; 34-08 (Combined with Class Action 01-09)

The City agrees to pay the following individuals $500.00 each:

| | |
|---|---|
| Tike Anderson | Eldred Brown |
| Mike Carroll | Richard Castle |
| Theodore Copley | Joseph Cron |
| Joseph Easterling | Johnathan Frendeway |
| Adam Green | Jeffrey Hess |
| James Kay | Ryan Koehn |
| Nicholas Leone | Joseph Nabozny |
| Jason Petreck | Nicholas Rawski |
| Jeffrey Rodgers | John Solomon |
| Mark Taylor | Brian Varnas |

*Tike Anderson has multiple grievances; settlement of all grievances will not exceed $1000.00

### 3. Joseph Mahaffy; 09-09

The City agrees to credit one (1) day.

### 4. Jason Francis; 12-09

The City agrees to pay Jason Francis $532.74

### 5. Leonard Frisch and Dan Pincheck; 14-09 (Combined with 31-09)

The City will credit (1) furlough day to the two grievants.

### 6. Class Action; 16-09

**WITHDRAWN**

### 7. Class Action; 21-09

**WITHDRAWN**

3

8. **Class Action; 41-09**

The City agrees to pay the following:

- Tike Anderson $500.00
- Ron Goss $500
- Joseph Fletcher $0.00
- Sidney Davis $500
- Darrel Scott $500

9. **Class Action (Tom Schreiber); 01-10**

The City agrees to pay Tom Schreiber $1000.00

10. **Class Action; 09-10 (Combined with Class Action; 33-11)**

**WITHDRAWN**

11. **Don June; 13-10**

The City agrees to pay Don June $500.00

12. **Joyce Stoll; 18-10 (Combined with Ken Lauer 32-11, Greg Turner 36-11, Class Action 18-12, And Class Action 19-13)**

The City agrees to pay the following:

- Joyce Stoll $300; and
- Kenneth Lauer $810; and
- Gregory Turner $200; and
- Members and amounts in *Attachment A;* and any amount over $1000.00 will be capped at $1000.00

13. **Class Action; 20-10**

**WITHDRAWN**

14. **Gary Ringer; 28-10**

The City offers no payment on Hazmat claims.

15. **Derek Panaretos; 29-10 (Combined with Class Action 29-11)**

The City agrees to credit one (1) day to member's bank.

4

**16. Class Action; 30-10**

**WITHDRAWN**

**17. Paul Gasiorek; 03-11**

The City agrees to pay Paul Gasiorek $500.00

**18. Class Action (Larry Kuschner & Sean Flanagan); 07-11**

The City agrees to pay:

- Larry Kuschner $500.00
- Sean Flanagan $500.00

**19. Charles Runions; 12-11**

The City agrees to restore days and Charles Runions will go back to arbitration to determine his S to J status.

**20. Sean Flanagan; 22-11**

The City agrees to pay Sean Flanagan $622; Union to provide police report.

**21. Class Action; 34-11**

**WITHDRAWN**

**22. Luis Estrada; 37-11**

The City has no information/documents nor has the DFFA provided anything to substantiate what this claim is and the amounts requested.

**23. Ronald Goolsby; 39-11**

The City agrees to mediate as an S to J matter; City offers Thomas J. Barnes as mediator.

**24. Class Action; 40-11**

The City agrees pay Larry Young $400

**25. Anthony McCloud; 09-12**

The City agrees to pay Anthony McCloud $500.00

**26. William France; 11-12**

**WITHDRAWN**

**27. Horace Gary; 12-12**

The grievance is denied; Arbitration hearing scheduled for March 2, 2016.

**28. Class Action; 19-12**

The City agrees to pay Teresa Singleton $850; if documentation is produced to verify the amount for tuition reimbursement.

**29. Class Action; 27-12**

The City agrees to pay $750 to each of the following individuals:

- Richard Belloni
- Andrew Murray
- Claude White
- John La Roca
- Barrett Pettes
- Tom Ilich
- Nathaniel Tobi

**30. Class Action; 28-12**

The City agrees to pay the following:

- Anthony Riggs $480
- David Rivera $500
- Scott Loundman $100

31. Class Action; 31-12

WITHDRAWN

32. Jamal Mayers; 40-12

The member is in the Arson Section and in the correct seniority spot.

33. Class Action; 41-12

WITHDRAWN

34. Class Action; 04-13

WITHDRAWN

35. Class Action; 05-13

The City agrees to pay $500.00 or $1000.00 in merit pay to the individuals as listed in *Attachment D.*

36. Teresa Singleton; 15-13

The City agrees to pay Teresa Singleton $150.00.

37. Christian Spitzig; 16-13

The City agrees to credit one (1) day to the member.

38. Class Action; 20-13

WITHDRAWN

39. James Worthy; 21-13

WITHDRAWN

40. David Madrigal; 02-11

The City agrees to mediate.

41. Richard Wright; 13-11

The City agrees to mediate.

42. Joe Fletcher; 15-11

**WITHDRAWN**

**43. Ed Kelly; 17-11**

The City agrees to mediate.

**44. Christopher Glaub; 04-12**

The City agrees to mediate.

**45. Derek Emanuel; 05-12**

The City agrees to mediate.

**46. James Washington; 06-12**

The City agrees to mediate.

**47. Class Action; 08-12**

**WITHDRAWN**

**48. Class Action; 10-12**

**WITHDRAWN**

8

49. Class Action; 30-12

WITHDRAWN

50. Class Action; 32-12

WITHDRAWN

51. Nicholas Rawski; 06-13

The City agrees to mediate.

52. David Latchney; 10-13

The City agrees to mediate.

53. Class Action/Martin Tighe; 14-13

WITHDRAWN

54. Raymond Wimbley; 31-10

The City agrees to pay Raymond Wimbley $250.00

55. Yolanda Syrkett; 37-10

The City agrees to restore 24 hours to Yolanda Syrkett's bank.

56. Class Action; 20-11

WITHDRAWN

57. Lt. Thomas McManaman; 27-11

WITHDRAWN

58. Class Action; 35-11

WITHDRAWN

59. Roger Harper; 09-13

WITHDRAWN

60. Anthony Riggs; 12-13

Current DROP provisions control.

61. Failure to print CBA; 15-12

WITHDRAWN

62. Safety Violation; 16-12

WITHDRAWN

63. Proposed wage cut; 03-13

WITHDRAWN

B. **GRIEVANCE SETTLEMENT RESOLUTIONS**

1. **Grievance # 17/12; AAA Case: 54-390-00827-12**

This matter was settled on March 18, 2013.

2. **2013 Group Settlement Agreement for 12 Pending Grievances (06-08; 09-08; 28-08; 29(A)-08)**

The City agrees to restore hours to the individuals below as follows:

- Provide Mark Kilikevicius with 1,464 hours
- Provide Dwayne Small with 16 hours
- Provide Edward Dooley with 648 hours

C. **THE DFFA AGREES TO WITHDRAW THE FOLLOWING GRIEVANCES:**

1. Class Action; 04-08
2. Gary Hill; 08-08
3. Class Action; 20-08
4. Class Action; 24-08
5. Class Action; 26-08
6. Thomas Brown; 30-08
7. Thomas Brown; 31-08

10

8. Steven Kirschner; 33-08
9. Class Action; 06-09
10. James Wright; 10-09
11. Class Action; 19-09
12. Class Action; 29-09
13. Class Action; 33-09
14. Timothy Seweryn; 35-09
15. Thomas Ilich; 37-09
16. Terence Lane; 40-09
17. Class Action; 06-10
18. Mark Kilikevicius; 07-10
19. Class Action; 10-10
20. Greg Turner; 12-10
21. William Hall; 19-10
22. Class Action; 23-10
23. David Parker; 24-10
24. Class Action; 32-10
25. Earl Troy; 35-10
26. Joseph Fijolek; 36-10
27. Class Action; 04-11
28. Class Action; 06-11
29. Class Action; 11-11
30. Class Action; 14-11
31. Greg Williams; 18-11
32. Class Action; 21-11
33. John Richard; 23-11
34. Carl Smith; 28-11
35. Class Action; 30-11
36. Class Action; 38-11
37. Class Action; 14-12
38. Class Action; 20-12
39. Class Action; 26-12

40. Class Action; 29-12

41. Christopher Dixon; 01-13

42. Terrill Hardaway; 02-13

43. Phillip Mautz; 07-13

44. Al Dismuke; 11-13

45. Christopher Dixon; 13-13

46. Class Action; 17-13

## D. MERC CASES

1. **City of Detroit and DFFA; MERC Case No. C09 L-0265**
   **\*\*\*\*This matter is being scheduled for a Pre-Trial Conference\*\*\*\***

2. **City of Detroit and DFFA; MERC Case No. D09 C-0436**
   **\*\*The city will not bargain over outstanding Brookover Act 312 items; there is a new contract.**

## E. LITIGATION (SEE ATTACHMENT H)

1. **City of Detroit v. DFFA; WCCC No. 98-810350—Plymovent**

   The City agrees, per Judge Torres' April 3, 2008, June 10, 2010 and Judge Sullivan's August 29, 2011 Orders, to the language in *Attachment G*

2. **City of Detroit v. DFFA; WCCC No. 12-006507, Court of Appeals No. 316319—Brad Smola**

   The City agrees, per Arbitrator Dobry's April 26, 2012 award, to reinstate Brad Smola and make whole with all lost pay and benefits

3. **DFFA v. City of Detroit; WCCC No. 11-014140—Audit Mtgs**

   City confirms that has completed the 101 delinquent audits and, 12 audits per month since September of 2012

4. **DFFA v. City of Detroit; WCCC No. 12-016317—Untimely Promotions**

   The City agrees to pay the following:

   - Pay Scott Austin $244.68 + 5% per annum from August 14, 2011 until payment. Correct his promotional seniority date to July 27, 2010

   - Pay Ed Barbarich $19.45 + 5% per annum from August 14, 2011

12

until payment. Correct his promotional seniority date to July 13, 2010

- Pay Sydney Davis $303.17 + 5% per annum from August 14, 2011 until payment. Correct his promotional seniority date to July 13, 2010

- Pay David Johnson $212.79 + 5% per annum from August 14, 2011 until payment. Correct his promotional seniority date to July 13, 2010

- Pay Jon Kentala $269.10 + 5% per annum August 14, 2011 until payment. Correct his promotional seniority date to July 29, 2010

- Pay Adolf Lane $232.33 + 5% per annum from August 14, 2011 until payment. Correct his promotional seniority date to July 13, 2010

- Pay Luther McCain $837.13 + 5% per annum from August 14, 2011 until payment. Correct his promotional seniority date to July 13, 2010

- Pay Steve Refenes $442.06 + 5% per annum from August 14, 2011 until payment. Correct his promotional seniority date to August 13, 2010

- Pay Ronald Winchester $248.52 + 5% per annum from August 14, 2011 until payment. Correct his promotional seniority date to July 13, 2010

## F. The DFFA AGREES TO WITHDRAW THE FOLLOWING:

1. DFFA v. City of Detroit; WCCC No. 13-001465-CL (Drop Lump-Sums)

## G. TABLE

1. The DFFA would like to table the following cases:

- **DFFA v. City of Detroit; WCCC No. 12-011484** (Filed August 2, 2012)

- **City of Detroit and DFFA; MERC Case No. D13 B-0134** (Filed February 19, 2013)

## H. INTEGRATION

This Agreement sets forth the parties' sole, entire, complete and comprehensive agreement and understanding. It cancels and supersedes any prior agreement(s) or understanding(s) between the parties, whether written or oral.

This Agreement can be modified only by a signed, written agreement of the parties.

DFFA:

By: Jeffrey M Pegg, President
Dated: 11/30/15

By: Teresa Singleton, Vice President
Dated: 11/30/15

CITY OF DETROIT:

By:
Dated: 11/30/2015

By:
Dated: 11/30/15

14