# ATTACHMENT A

# DFFA: GRIEVANCE: #18-12 (OUT OF CLASS)

| NAME | DATE SUBMITTED | ORIGINAL RANK | ACTING RANK | # OF DAYS CLAIMED (Zack/Member); single number indicates same | Out of Class Rate | Amount Owed |
|---|---|---|---|---|---|---|
| Acoff, Harold | 12/8/12 | SFF | Sergeant | 10/10 | 5.47 | $1,312.00 |
| Adams, Kawann | 1/18/13 | FF | FFD | 11/11 | 3.20 | $844.80 |
| Allen, Tracey | 1/17/13 | -- | REO | 23 | 1.79 | $988.08 |
| Anderson, Michael | 8/9/12 | Chief | Chief | 23 | | |
| Andrusaitis, Vytas | 1/20/13 | -- | REO | 24/24 | 1.79 | $1,031.00 |
| Belt, Donald | 1/17/13 | FF | FFD | 18/18 | 3.20 | $1,382.00 |
| Biondo, Eugene | 12/7/12 | Cpt | B. Chief | 4/5 | 8.73 | $1,047.00 |
| Borg, Michael | 12/3/12 | FF | Sergeant | 2/2 | 5.47 | $262.56 |
| Bradley, Dale | 1/21/13 | Cpt | Chief | 17/238 hrs | 8.73 | $2,077.74 |
| Bradley, Stephanie | 1/18/13 | AFD | Sr. AFD | 10 | 5.47 | $1,312.00 |
| Brown, Rodney | 12/13/12 | -- | FEO | 15 | 1.79 | $644.00 |
| Brown, Shawn | 11/26/12 | FF | FFD | 17/17 | 3.20 | $1,305.00 |
| Brown, Shawn | 1/7/13 | FF | FFD | 21/21 | 3.20 | $1,612.00 |
| Brumm, Robert | No date | FFD | FEO | 16/16 | 179 | $687.00 |
| Buchanan, Cecilia | 11/11/12 | -- | Chief | 43 | 8.73 | $9,009.00 |
| Burns, Paul | 12/9/12 | FF | FED | 2/2 | 3.20 | $153.00 |
| Cartledge, Joseph | 1/19/13 | FFD | FEO | 26/64 | 1.79 | $2,749.00 |
| Causey, L. | | FFD | FEO | 24 | 1.79 | $1,031.00 |
| Cieslinski, Thomas | 1/20/13 | FFD | FEO | 10 | 1.79 | $429.00 |
| Copley, Theodore | 11/28/12 | FF | FFD | 5/5 | 3.20 | $384.00 |
| Distelrath, Robert | 11/9/12 | Cpt | Chief | 7 | 8.73 | $1,466.00 |

| NAME, cont. | DATE SUBMITTED | ORIGINAL RANK | ACTING RANK | # OF DAYS CLAIMED | Out of Class Rate | Amount Owed |
|---|---|---|---|---|---|---|
| Dunn, Robert | 1/15/13 | FFD | FEO | 10 | 1.79 | $429.00 |
| Ellis, Anthony | 10/31/12 | Cpt | Chief | 1 | 8.73 | $209.00 |
| Ellis, Anthony | 1/11/13 | Cpt | Chief | 3/3 | 8.73 | $628.00 |
| English, Joseph | 12/17/12 | Cpt | Chief | 6 | 8.73 | $1,257.00 |
| Florian, Steven | 1/20/13 | FF | FFD | 15 | 3.20 | $1,152.00 |
| Foster, Ronald | 10/26/12 | FFD | FEO | 15/15 | 1.79 | $644.00 |
| Foster, Ronald | 1/4/13 | FFD | FEO | 22/21 | 1.79 | $945.00 |
| Funderburg, Gerod | 1/21/13 | Lt | Cpt | 8/152 hrs | 5.47 | $831.00 |
| Gainer, Richard | 1/15/13 | C1/18/13pt | Chief | 6/6 | 8.73 | $1,257.00 |
| Glenn, Ralph | 12/22/12 | FF | FFD | 33 | 3.20 | $2,534.00 |
| Goldsmith, Alvin | | Cpt | B. Chief | 0/5 | 8.73 | $997.00 |
| Goldsmith, Zaire | 10/6/12 | FFD | FEO | 6 | 1.79 | $257.00 |
| Gordon, Bernard | 12/6/12 | FF | FFD | 32/32 | 3.20 | $2,457.00 |
| Hall, William | 11/27/12 | Cpt | Chief | 10/10 | 8.73 | $2,095.00 |
| Halsell, Richard | 11/29/12 | FF | Sergeant | 6/6 | 5.47 | $787.00 |
| Harris, Kelvin | 11/27/12 | FFD | FEO | 25/25 | 1.79 | $1,074.00 |
| Harper, Roger | 11/23/12 | FF | FFD | 44/44 | 3.20 | $3,379.00 |
| Harper, Roger | 11/23/12 | FFD | Sgt. | 1/1 | 1.79 | $42.00 |
| Hartsfield, Richard | 11/1/12 | Cpt | Chief | 49 | 8.73 | $10,266.00 |
| Healy, Timothy | 1/18/13 | FF | Sergeant | 5 | 5.47 | $656.00 |
| Healy, Timothy | 11/5/12 | FF | FFD | 15/15 | 3.20 | $1,152.00 |
| Hegarty, Martin | 1/18/13 | FF | Sergeant | 1 | 5.47 | $131.00 |

2

13-53846-tjt    Doc 11811-3    Filed 03/15/17    Entered 03/15/17 10:25:39    Page 3 of 5

| NAME, cont. | DATE SUBMITTED | ORIGINAL RANK | ACTING RANK | # OF DAYS CLAIMED | Out of Class Rate | Amount Owed |
|---|---|---|---|---|---|---|
| Henderson, Stephen | 1/17/13 | FFD | FEO | 25/16-DA-FFD; FFD-FEO 7 | 1.79 | $1,074.00 |
| Hillkemeier, Lesten | 11/15/12 | FFDA | FFD/FEO | 35 | 3.20 | $2,688.00 |
| Hofbauer, Karl | 1/2/13 | Cpt | Chief | 21 | 8.73 | $4,399.00 |
| Jefferson, Michael | 11/8/12 | Cpt | B. Chief | 5/7 | 8.73 | $1,466.00 |
| Jefferson, Michael | 11/27/12 | Cpt | B. Chief | 0/3 | 8.73 | $628.00 |
| Johnson, David | 10/29/12 | Cpt | B. Chief | 22 | 8.73 | $4,609.00 |
| Johnson, David | 12/10/12 | Cpt | Chief | 23 | 8.73 | $4,818.00 |
| Johnson, Ebony | | FF | FFD | 0/62 | 3.20 | $4,761.00 |
| Johnson, Reginald | 1/20/13 | FF | FFD | 20/20 | 3.20 | $1,536.00 |
| Johnson, Sivad | 1/20/13 | FF | FFD | 20 | 3.20 | $1,536.00 |
| Jones, Lee | 1/17/13 | FF | FFD | 44 | 3.20 | $3,379.00 |
| Jones, Thomas | 11/29/12 | FFD | FEO | 24/24 | 1.79 | $1,031.00 |
| Jones, Thomas | 1/20/13 | FFD | FEO | 11 | 1.79 | $472.00 |
| Kentala, Jon | 1/19/13 | FF | Sergeant | 23 | 5.47 | $3,019.00 |
| King, John | 9/7/12, 10/7/12 | Cpt | Chief | 21/20 | 8.73 | $4,399.00 |
| King, Michael | 12/31/12 | FFD | FEO | 0 | | |
| Kirschner, Steve | 10/30/12 | Cpt | B. Chief | 30 | 8.73 | $6,285.00 |
| Kirschner, Steve | 1/9/13 | Cpt | B. Chief | 44 | 8.73 | $9,218.00 |
| Klug, Shane | 11/2/12 | FF | FFD | 7 | 3.20 | $537.00 |
| Klug, Shane | 1/7/13 | FF | FFD | 8/8 | 3.20 | $614.00 |
| Kossarek, Mark | 1/21/13 | Cpt | B. Chief | 5/5 | 8.73 | $1,047.00 |
| Lafferty, Derek | 1/21/13 | FFD | FFD/FEO | 15/13 driving; 2 engine | 1.79 | $644.00 |

3

| NAME, cont. | DATE SUBMITTED | ORIGINAL RANK | ACTING RANK | # OF DAYS CLAIMED | Out of Class Rate | Amount Owed |
|---|---|---|---|---|---|---|
| Lee, Howard | | FFD | FEO | 0/7 | 1.79 | $300.00 |
| Logan, James | 1/13/13 | FFD | FEO | 29/29 | 1.79 | $1,245.00 |
| Manigault, Randy | 12/11/12 | FFD | FEO | 22/22 | 1.79 | $945.12 |
| Martin, Keith | 11/23/12 | FF | Sergeant | 2 | 5.47 | $262.00 |
| Massenberg, David | 12/15/12 | FF | FFD | 9/9 | 3.20 | $691.00 |
| Masta, Douglas | 1/18/13 | FF | Sergeant | 1 | 5.47 | $131.00 |
| Matter, Charles | 1/18/13 | FFDA | FFD | 9/9 | | |
| McDermott, John | 1/22/13 | FFD | FEO | 0 | | |
| Michaux, Marlon | 12/4/12 | Lt | Cpt | 0/22 | 5.47 | $2,888.00 |
| Mickles, Jamal | 11/5/12 | FFDA | FFD | 13/13 | 3.20 | $998.00 |
| Mingas, Virgil | 10/19/12 | Cpt | Chief | 34/34 | 8.73 | $7,123.00 |
| Myszynski, Michael | 11/8/12 | Cpt | Chief | 4 | 8.73 | $838.00 |
| Neil, Brian | 1/8/13 | FEO | FEO | 16 | 3.20 | $1,228.00 |
| Nowacki, David | -- | FF | FFD | 0/34 | | |
| O'Lear, Michael | 11/28/12 | FF | FFD | 19/19 | 3.20 | $1,459.00 |
| Orzech, Chris | 12/3/12 | FF | Sergeant | 5/5 | 5.47 | $656.00 |
| Palm, Chris | 11/22/12 | FF | FFD | 15/15 | 3.20 | $1,152.00 |
| Panaretos, Derek | 1/17/13 | FFD | FEO | 9/9 | 1.79 | $386.00 |
| Parker, Edmond | 11/22/12 | Cpt | B. Chief | 40 | 8.73 | $8,380.00 |
| Parker, Edmond | 9/17/12 | Cpt | B. Chief | 0/35 | | |
| Perkins, Adam | 1/28/13 | FFD | FEO | 15 | 1.79 | $644.00 |
| Pitts, Brian | 12/12/12 | FF | FFD | 21/25 | 3.20 | $1,920.00 |
| Pletzke, Matthew | 1/20/13 | FF | FFD | 8/8 | 3.20 | $614.00 |

4