| NAME, cont. | DATE SUBMITTED | ORIGINAL RANK | ACTING RANK | # OF DAYS CLAIMED | Out of Class Rate | Amount Owed |
|---|---|---|---|---|---|---|
| Poe, Don | 1/20/13 | FFD | FEO | 20 | 1.79 | $859.00 |
| Praet, Christopher | --- | FFD | FEO | 26 | 1.79 | $1,116.00 |
| Praet, Christopher | | DA | FFD | 31 | 3.20 | $2,380.00 |
| Provost, James | 9/5/12 | Chief | B. Chief | 39/45 | | |
| Provost, James | 11/8/12 | Chief | B. Chief | 49 | | |
| Randolph, Dennis | 11/1/12 | Cpt | B. Chief | 19/23 | 8.73 | $4,818.00 |
| Rawlings, Damon | 12/18/12 | FFD | FEO | 0 | | |
| Rawlings, Damon | 1/17/13 | FFD | FEO | 20 | 1.79 | $859.00 |
| Ridley, Michael | 9/21/12 | Cpt | Chief | 34/35 | 8.73 | $7,333.00 |
| Riggs, Anthony | 1/1/13 | FF | Sergeant | 10/10 | 5.47 | 1,312.00 |
| Robertson, Lorenzo | 11/23/12 | FF | FFD/Sgt. | 24/23 driving; 1 Sgt. | 3.20 | $1,843.00 |
| Robinson, Antonio | --- | FFD | FEO | 40 | 1.79 | $1,718.00 |
| Robinson, Craig | 12/6/12 | Cpt | Chief | 25/26 | 8.73 | $5,447.00 |
| Romero, Phillip | 12/19/12 | FFD | FEO | 12/12 | 1.17 | $515.00 |
| Romero, Roberto | 1/10/13 | FF | Sergeant | 3/3 | 5.47 | $393.00 |
| Rucinski, Jeff | 1/15/13 | FFD | FFD/FEO | 49 | 1.79 | $2,105.00 |
| Schaft, Scott | 11/10/12 | FFD | FEO | 20 | 1.79 | $859.00 |
| Schaft, Scott | 12/26/12 | FFD | FEO | 7/8 | 1.79 | $343.00 |
| Schroeder, Zachary | 12/2/12 | FF | FFD/FEO | 44 | 3.20 | $3,379.00 |
| Scott, Antonio | 1/18/13 | FFDA | FFD | 36/36 | 3.20 | $2,764.00 |
| Seal, Paul | 1/20/13 | DA | FFD | 32 (total)/21 | 3.20 | $2,457.00 |
| Seal, Paul | 10/30/12 | FFD | FEO | 32(total) 4 | 1.79 | $1,374.00 |
| Seidel, Richard | 1/20/13 | FFD | FEO | 32/32 | 1.79 | $1,374.00 |
| Sheppard, Michael | 1/17/13 | FEO | FEO | 20/32 | 1.79 | $1,374.00 |

5

13-53846-tjt    Doc 11811-4    Filed 03/15/17    Entered 03/15/17 10:25:39    Page 1 of 4

| NAME, cont. | DATE SUBMITTED | ORIGINAL RANK | ACTING RANK | # OF DAYS CLAIMED | Out of Class Rate | Amount Owed |
|---|---|---|---|---|---|---|
| Slavik, John | 11/11/12 | Cpt | Chief | 21 | 8.73 | $4,399.00 |
| Sneed, Willis | 10/31/12 | FFDA | FFD | 11 | 3.20 | $844.00 |
| Spitzig, Leo | 1/16/13 | Sgt | Sergeant | 8 | 5.47 | $1,050.00 |
| Steward, Gerald | 12/12/12 | FF | FFD | 16 | 3.20 | $1,228.00 |
| Sunisloe, Kenneth | 11/3/12 | Cpt | Chief | 8 | 8.73 | $1,676.00 |
| Tate, Lamont | 1/28/13 | FF | FFD | 96 | 3.20 | $2,304.00 |
| Taylor, Stacy | 1/10/13 | FF | FFD | 13/32 | 3.20 | $2,457.00 |
| Thomas, Tracy | 11/12/12 | Cpt | Chief | 20 | 8.73 | $4,190.00 |
| Tolliver, Trenece | -- | FFD | FEO | 0/18 | 1.79 | $773.00 |
| Tomaszewski, Joel | 11/24/12 | FF | FFD | 20/21 | 3.20 | $1,612.00 |
| Valgoi, Robert | 4/17/12 | Captain | Chief | 25 | 8.73 | $5,238.00 |
| Walker, Guy | 9/10/12 | Cpt | B. Chief | 3/44 | 8.73 | $9,218.00 |
| Welicki, Joseph | -- | FF | FFD | 10 | 3.20 | $768.00 |
| White, Anthony | 1/5/13 | FFDA | FFD | 29/29 | 3.20 | $2,227.00 |
| White, Cedrick | 12/2/12 | FFD | FEO | 0/5 | 1.79 | $214.00 |
| White, Cedrick | 12/2/12 | FFDA | FFD | 0/19 | 3.20 | $1,459 |
| White, Devon | 1/8/13 | FF | Sergeant | 39/35 | 5.47 | $5,119.00 |
| Wichman, Thomas | 12/18/12 | Cpt | B. Chief | 2/3 | 8.73 | $628.00 |
| Williams, Derrick | 10/6/12 | Cpt | Chief | 26/35 | 8.73 | $7,333.00 |
| Wright, Richard | 5/4/12 | Chief | B. Chief | 18/20 | 8.73 | $4,190.00 |

# ATTACHMENT B

## DEFINED CONTRIBUTION PLAN CONTRIBUTIONS

### (Annuity Savings Fund)

DATE: _____

EMPLOYEE NAME: _____

TO:    City of Detroit

Stop contributing to my Annuity Savings Fund account after:

_____ 20 years of service

_____ 25 years of service

_____        _____
Signature of Employee                              Signature of Recipient

                                                            _____
                                                            Date

*DRAFT*