# ATTACHMENT C

| Name | BeginDate | Barg Unit |
|---|---|---|
| ATKINS,SHAWN M | 9/12/2013 | 4004 |
| AUSTIN,SCOTT L | 10/21/2013 | 4004 |
| BERRELEZ,ROBERT | 9/12/2013 | 4004 |
| BROWN,DAVID A | 12/6/2013 | 4004 |
| BURT,THOMAS J | 9/12/2013 | 4004 |
| CURRY,JOHN R | 12/5/2013 | 4004 |
| DIXON,DEXTER D | 8/3/2013 | 4004 |
| EASON,DWAYNE M | 12/5/2013 | 4004 |
| EDWARDS,JOHN C | 5/14/2013 | 4004 |
| FIJOLEK,JOSEPH C | 12/5/2013 | 4004 |
| GOLSON,CURTIS | 12/5/2013 | 4004 |
| GRIFFIN,TERRY | 5/17/2013 | 4004 |
| MCCALLUM,JAMES D | 12/5/2013 | 4004 |
| MCMURTRY,MARCUS A | 9/17/2013 | 4004 |
| MORROW,MARK A | 3/6/2013 | 4004 |
| ORZECH,MARK J | 12/6/2013 | 4004 |
| PAYNE,JAMES E | 6/28/2013 | 4004 |
| PINCHECK,DEAN P | 12/5/2013 | 4004 |
| POSH,ROBERT B | 12/5/2013 | 4004 |
| SHINSKE,ROBERT A | 3/15/2013 | 4004 |
| SISOY,GREGORY M | 12/6/2013 | 4004 |
| SLAVIK,JOHN C | 3/6/2013 | 4004 |
| STEWART,CURTIS W | 3/22/2013 | 4004 |
| TAYLOR,ALLEN D | 9/12/2013 | 4004 |
| TONTI,TRACY A | 9/24/2013 | 4004 |

# ATTACHMENT D

| First Name | Last Name | Amount |
|---|---|---|
| KWAKU | ATATA | $500.00 |
| EDWARD | BARBARICH | $500.00 |
| GREGORY | BEST | $500.00 |
| VICTOR | BRYANT | $500.00 |
| LOUIS | BURDEN | $500.00 |
| KATRINA | BUTLER | $500.00 |
| TIMOTHY | CASHEN | $500.00 |
| TIMOTHY | CHEATHAM | $500.00 |
| CARL | COOK | $500.00 |
| DONALD | DENYS | $500.00 |
| STEVEN | FLANAGAN | $500.00 |
| LARRY | GORDON | $500.00 |
| CHARLENE | GRAHAM | $500.00 |
| DERRICK | GROUCHOWSKI | $500.00 |
| BRUCE | HOLBEN | $500.00 |
| DENNIS | HOLMES | $500.00 |
| DERRICK | HOLMES | $500.00 |
| GINA | HUGHES | $500.00 |
| KEVIN | KORTAS | $500.00 |
| ROBERT | LATKA | $500.00 |
| GARY | LAUER | $500.00 |
| PEDRO | LOPEZ | $500.00 |
| DANIEL | McNAMARA | $500.00 |
| DOLPHIN | MICHAEL | $500.00 |
| KEITH | MINER | $500.00 |
| MADISON | MOORE | $500.00 |
| THOMAS | MOSTEIKO | $500.00 |
| FABIO | MUSCAT | $500.00 |
| GEORGE | ORZECH | $500.00 |
| THOMAS | PHYTHIAN | $500.00 |
| JOSEPH | RINEHART | $500.00 |
| DENNIS | SMITH | $500.00 |
| GARY | STIRZINGER | $500.00 |
| JOYCE | STOLL | $500.00 |
| EDWARD | VEDA | $500.00 |
| GREGORY | WILLIAM | $500.00 |
| RONALD | WINCHESTER | $500.00 |
| ROBERT | ZYGMONTOWICZ | $500.00 |
| MICHAEL | BURNS | $1,000.00 |
| MARK | CANNON | $1,000.00 |
| GREGORY | DUNN | $1,000.00 |
| MICHAEL | GALLO | $1,000.00 |
| LARRY | GASSEL | $1,000.00 |
| MICHAEL | HERRON | $1,000.00 |
| LUTHER | McCAIN | $1,000.00 |
| JEFFREY | McCALL | $1,000.00 |
| PATRICK | OBRIEN | $1,000.00 |
| EL DON | PARHAM | $1,000.00 |
| EDWARD | POMORSKI | $1,000.00 |
| DEREK | SEGARS | $1,000.00 |
| CARL D. | SMITH | $1,000.00 |
| SCOTT | TEDERINGTON | $1,000.00 |
| HERBERT | WHITE | $1,000.00 |

# ATTACHMENT E

| First | Last | Current Rank | Date Promoted | Current Co | Notes |
|---|---|---|---|---|---|
| Keith | Martin | Sergeant | 11/20/2012 | L-21 | Did not receive any items; and does not have a dress uniform |
| Thomas | Tyler | FEO | 6/30/2006 | E-35 | No badge, no escutcheons, no FEO Jacket |
| Leslie | Durant | Lieutenant | 8/13/2009 | E-01 | Did not receive badge or escutcheons |
| Bryon | Jaracz | Captain | 1/12/2013 | E-53 | Did not receive anything |
| Michael | Borg | Sergeant | 1/4/2013 | L-13 | Did not receive anything |
| Robert | Tucker | Captain | 2/8/2012 | E-01 | Did not receive anything |
| Keith | Hoye | Sergeant | 7/6/2007 | E-01 | No hat badge, no escutcheons, no silver bands (did receive 1-badge) |
| William | Hall | Captain | 11/15/2010 | E-29 | Did not receive badge, escutcheons, hat badge, coat, etc. |
| Derrick | Williams | Captain | 5/28/2010 | L-26 | Did not receive any items |
| Bernard | Storm | Sergeant | 9/11/2009 | L28 | Did not receive any items |
| Anthony | Riggs | Sergeant | 7/28/10 & 3/26/13 | L-07 | Did not receive any items |
| Dean | Tonti | Sergeant | 6/30/06&8/23/13 | L-08 | Did not receive any items |
| Kelvin | Harris | FEO | 2/4/2010&3/27/2012 | E-41 | Did not receive any items |
| Vytas | Andrusaitis | FEO | 10/5/2008&12/3/2012 | E-33 | Did not receive any items |
| Charles | Pichan | FEO | 7/12/2004 | E-33 | Did not receive any items |
| Ken | Brozo | Lieutenant | 2/9/2008 | TMS-06 | Did not receive any items |
| Ottae | Braggs | FEO | 8/5/2006 | E-52 | No winter coat, no escutheons |
| Derek | Emanuel | FEO | 7/7/2002 | E-39 | Just Needs FEO Jacket |
| Jeff | Gadde | Sergeant | 2/2/2007 | E-35 | verbal add from Jeff |
| John | Cichowlas | Lieutenant | 3/13/2009 | E-32 | verbal add from Jeff |
| Robert | Berrelez | Sergeant | 11/11/2005 | E-48 | No Items Received |
| Joseph | Berrelez | Sergeant | 4/25/2009 | E-33 | No Items Received |
| John | Hofbauer | Captain | 1/4/2013 | L-14 | No Items Received |
| Ivan | Alexander | FEO | 7/20/2006 | E-39 | No FEO Jacket, No Escutcheons |
| Michael | Jefferson | Captain | 7/7/2011 | E-44 | Nothing Received |
| Joseph | Fletcher | Sergeant | 7/27/2010 | E-48 | Nothing Received; No Uniform |
| Paul | Keyes | Sergeant | 3/6/2013 | L-31 | Nothing Received |
| Thomas | Kaiser | FEO | 5/19/2005 | E-51 | Nothing Received; No FEO Jacket |
| Christopher | Orzech | Sergeant | 9/6/2009 | E-51 | No badges, no escutcheons, no hat badge |
| Byron | Robinson | Lieutenant | 7/14/2009 | E-59 | Nothing received |
| Robert | Shinske | Captain | 3/15/2013 | S-6 | Breast badge, 2 bugle dress escut,set capt escut for 2nd dress shirt |
| Dan | Watson | Captain | | L-6 | Purchased badges and eschtcheons |
| Kerris | Renfro | Lieutenant | | L-6 | No Silver band for cap |
| Brian | Allen | Sergeant | | L-6 | Need Hat, and Breast badge, need escutcheons |
| Joe | Comaianni | FEO | | L-6 | Need escutcheons, FEO Jacket |
| Mark | Desmet | Lieutenant | | L-6 | No badges, no escutcheons, no hat badge |
| Raymond | Richardson | FEO | | L-6 | Need escutcheons, FEO Jacket |
| Jack | Huckleby | Captain | | E-9 | No Items Received |
| Tom | Wiley | Sergeant | | E-9 | No Items Received |
| George | Woodson | FEO | | E-9 | Need escutcheons, FEO Jacket |

| Kenard | Martin | Lieutenant | | |
|---|---|---|---|---|
| Julies | Harvey | FEO | E-9 | No Items Received |
| John | Moody | FEO | E-9 | No Items Received |
| Christopher | Manczuk | FEO | E-9 | Need escutcheons, FEO Jacket |
| | | | E-42 | Need FEO Short Jacket |

# ATTACHMENT F

Detroit Fire Fighters Ass'n - ULP Charge

## ATTACHMENT

On a continuing basis, the City is violating Section 10(1)(a) and (e) of PERA by engaging in the following conduct:

1)   Failing to provide information requested by the Union, to-wit:

a) Providing no information whatsoever in response to the Union's request for information relating to calculations of lump sum pay for retiring members first made by letter dated July 2, 2009, and reiterated by letter dated September 25, 2009.

b) Providing incomplete information in response to the Union's August 24, 2009 request for medical documents for member Jason K. Johnson.

2)   Unilaterally implementing by way of Bulletin 86/09 issued on September 3, 2009, without providing prior notice and opportunity to bargain, new time restrictions for submission of medical mileage reimbursement requests.

3)   Notwithstanding the Union's demands for compliance and unambiguous contract language, refusing to implement and comply with a multitude of contract provisions relating to pay and benefits, thus amounting to repudiation of the contract, to-wit:

a) Failing to pay banked time (other than sick leave) within the 30-day contractual time limit set forth in Article 12(O).

b) Failing to implement the 2% wage increase for Battalion Chiefs (and equivalent ranks) pursuant to the parity provisions in Schedule I.

c) Failing to properly and accurately credit employees for sick leave accrual under Article 22(B)(9).

d) Failing to implement step increases for members above the rank of Fire Fighter pursuant to the parity provisions in Schedule I.

e) Failing to implement the increased Merit Performance Award Pay for ranks of Battalion Chief and above pursuant to Article 22(A) and the parity provisions in Schedule I.

f) Failing to pay retroactive pay due to members having parity with DPLSA for the 2008 wage increase pursuant to the parity provisions in Schedule I.

g) Failing to pay at all, and failing to pay the full and correction amounts, of Uniform Allowance and Cleaning Allowance to members under Article 22(B)(5) and the parity provisions in Schedule I.

h) Making improper deductions for Medicare for employees hired before March 31, 1986 in violation of Article 22(B)(1)(g).

i) Failing to implement the 480 hour CT provision in violation of Article 12(D)(3).

j) To the extent that the above has resulted in underpayments to members, failing to correct said underpayments within the 60-day contractual time limit set forth in Article 12(T)(1), notwithstanding the Union's notice to the City of same by letter dated August 5, 2009 and September 29, 2009.

# ATTACHMENT G

## The City agrees to the following:

1. It will maintain the plymovents for the safety and health of the DFFA bargaining unit members. If not, the City agrees to pay $250.00 for each vent, every day, or part thereof that the vent remains unrepaired after the prescribed repair period. The repair period is 14 days.

2. The Deputy Chiefs (East/West) must notify the Deputy Commissioner and the Union immediately—within 24 hours of receiving notice of the repair excluding weekends or holidays—upon discovery or report of a broken or malfunctioning plymovent. That notice shall be the first day of the 14-day repair period. The City must notify the Union immediately, via email, of all plymovent breaks and repairs. No plymovent will be deemed to be repaired until the City notifies the Union of such repairs. The City agrees that if the Union does not receive a repair notification within the 14-day repair period, the City will pay a $250.00 per vent, per day, penalty for all days between the repair of the vent and the report to the Union of the repair (minus 24 hours).

3. It will not house, quarter, or store any vehicle or apparatus without plymovent protection in any station or building where bargaining unit members are stationed or quartered.

4. Penalties are to be paid into the firefighter line-of-duty death fund maintained in accordance with the Union's Constitution and Bylaws.

## The Union agrees to the following:

1. Within 48 hours after being notified of a repair, the Union will notify the City if the vent is still in need of repair. Otherwise, the vent will be deemed repaired as of the date the City reported the repar to the Union.

# ATTACHMENT H



CITY OF DETROIT
LAW DEPARTMENT

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 500
DETROIT, MICHIGAN 48226-3535
PHONE 313•224•4550
FAX 313•224•5505
WWW.DETROITMI.GOV

Jeffrey Pegg
President – Local 344
Detroit Fire Fighters Association
333 West Fort Street, Suite 1420
Detroit, MI 48226

Re: Stipulating to Lift Stay on DFFA Pre-Petition Litigation

Mr. Pegg:

On May 1, 2015 you sent a letter to me requesting me to lift the stay on Pre-petition Litigation in Wayne County Circuit Court, Michigan Employment Relations Commission, and Arbitration.

I would like to emphasize that I was not part of a meeting on February 27, 2015 where a decision was made by the City of Detroit agreeing to stipulate to lift the stay on the matters specified in your May 1, 2015 letter. That being said, the City of Detroit proposes the following:

**Pending Pre-Petition Litigation: WCCC**

- **DFFA v City of Detroit, WCCC No. 98-810350 (Plymovent)**

    The City of Detroit will agree to lift the stay on this case after a meeting to discuss the current status of this case and the current obligations under the Court's Orders and possible amendments to those obligations.

- **DFFA v City of Detroit, WCCC No. 12-006507, COA No. 316319**

    This City of Detroit agrees to lift the stay on this case and let it proceed through the applicable court.

- **DFFA v City of Detroit, WCCC No. 11-014140**

    The City of Detroit will agree to lift the stay on this case after a meeting to discuss the current status of the Audits.

1



COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 500
DETROIT, MICHIGAN 48226-3535
PHONE 313•224•4550
FAX 313•224•5505
WWW.DETROITMI.GOV

- **DFFA v City of Detroit, WCCC No. 12-016317**

The City of Detroit will agree to lift the stay on this case. The City of Detroit made payments on July 19, 2013. (See Attachment A). The 5% annum interest up to the time of payment is still outstanding. The City agrees to calculate the interest up to the time of payment. That amount will be added to the value of DFFA's Bankruptcy Claim.

- **DFFA v City of Detroit, WCCC No. 12-011484**

While not part of the May 1, 2015 letter, this case is still a pending lawsuit. The City of Detroit requests that this lawsuit relating to the Reduction in Force be dismissed.

### Pending Pre-Petition Michigan Employment Relations Commission Claims:

- **DFFA –and- City of Detroit, C09 L-0265**

Prior to lifting the stay on this MERC, the City of Detroit would like to meet to discuss the outstanding information request.

- **DFFA –and- City of Detroit, D09 C-0436 (Brookover Award)**

- The City of Detroit will not agree to lift the stay on this arbitration at this time. It is the City's position that the new Collective Bargaining Agreement controls and the remaining issues from this award are moot.

### Pending Pre-petition Arbitration: AAA

- The City of Detroit will not agree to lift the stay on this arbitration at this time.

The City of Detroit requests that a meeting be set to discuss these matters. If the stay is lifted on any of the above litigation and it results in damages, they shall be calculated pursuant to the Plan of Adjustment. If you have any questions, feel free to contact me.

Respectfully submitted,

CITY OF DETROIT LAW DEPARTMENT

September 4, 2015      By: _____
Jason McFarlane (P73105)
2 Woodward Ave. Suite 500
Detroit, MI 48226
(313) 237-0548

2