# EXHIBIT 6C

**Remand Order, Wayne County Circuit Court, May 2, 2013**

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CITY OF DETROIT,
a Municipal Corporation,

    Plaintiff and Counter-Defendant,        Case No. 12-006507-CK
                                                               Hon. John A. Murphy

v.

                                                                      12-006507-CK

DETROIT FIRE FIGHTERS ASSOCIATION,        FILED IN MY OFFICE
                                                                     WAYNE COUNTY CLERK
    Defendant and Counter-Plaintiff.                     5/2/2013 4:20:20 PM
                                                                       CATHY M. GARRETT
                                                                          /s/ Katrina Ross

**ORDER GRANTING IN PART PLAINTIFF AND COUNTER-DEFENDANT'S MOTION FOR SUMMARY DISPOSITION VACATING ARBITRATOR STANLEY DOBRY'S APRIL 26, 2012 ARBITRATION AWARD**

        At a session of said Court, held in the City of Detroit,
      County of Wayne, State of Michigan on:  5/2/2013

PRESENT: THE HONORABLE JOHN A. MURPHY

        The Plaintiff and Counter Defendant City of Detroit and the Defendant and Counter-Plaintiff Detroit Fire Fighters Association, having filed cross-motions for Summary Disposition pursuant to MCR 2.116(C)(10), and the Court being fully advised in the premises, finds the following:

        1.     The collective bargaining agreement between the City of Detroit and the Detroit Fire Fighters Association creates a bright line for discharge with respect to on-the-job intoxication. The agreement establishes that the City has just cause to discharge employees who test above .04 for alcohol consumption while on the job. Arbitrator Dobry therefore exceeded his contractual authority when he concluded that the City did not have just cause to discharge the Grievant and ordered the City to reinstate the Grievant.

        2.     However, Arbitrator Dobry's Opinion and Award is unclear as to whether the City abused its discretion when it declined to issue a Last Chance Agreement to the Grievant. The Court will therefore vacate the award and remand it back to Arbitrator Dobry for a new opinion consistent with this Order and its February 15, 2013 ruling.

        THEREFORE, the Court Orders the following:

1

IT IS ORDERED that the Plaintiff and Counter-Defendant City of Detroit's Motion for Summary Disposition to Vacate Arbitrator Dobry's April 26, 2012 Award is GRANTED, in part.

IT IS FURTHER ORDERED that Defendant and Counter-Plaintiff Detroit Fire Fighter's Motion for Summary Disposition to enforce Arbitrator Dobry's Award is DENIED.

IT IS THEREFORE ORDERED that the grievance arbitration award shall be remanded to Arbitrator Dobry for a decision consistent with this Court's Order and the ruling on February 15, 2013.

Specifically, Arbitrator Dobry shall re-issue his Opinion and Award and limit his analysis to whether the City abused its discretion in not issuing a Last Chance Agreement to the Grievant.

The Court does not retain jurisdiction.

/s/ John A. Murphy
_____
John A. Murphy
Circuit Court Judge