# EXHIBIT 6D

Claim of Appeal, May 21, 2013

RECEIVED by Michigan Court of Appeals 5/21/2013 2:48:26 PM

| Trial Court/Tribunal Name: Wayne County Circuit Court | **Court of Appeals, State of Michigan** <br> **Jurisdictional Checklist** | CASE NO. <br> Trial Court/Tribunal: 12-006507 <br> Court of Appeals: |
|---|---|---|

Case Name: City of Detroit _____ v _Detroit Fire Fighters Association_

**INSTRUCTIONS:** Please complete this checklist and file with your claim of appeal. **ALL** of the numbered items are required. Check each box as you confirm that each item is being filed.

- [✔] 1. A **signed** claim of appeal showing the correct lower court number(s). [MCR 7.204(B)(1) & (D).]
- [✔] 2. A filing fee of $375.00 or appropriate fee substitute. [MCR 7.202(3) & 7.204(B)(2).] (Where multiple lower court or tribunal numbers are involved, an additional filing fee may be required. Appellants will be advised of any additional amount required.)
- [✔] 3. A copy of the order you are appealing. [MCR 7.204(C)(1).] (This is the order deciding the merits and not an order denying reconsideration, new trial, or other post-judgment relief.)
- [✔] 4. Evidence that the necessary transcript has been ordered. [MCR 7.204(C)(2).] (Only one item from a through g is required).
    - [ ] a. No transcript will be filed. [MCR 7.204(C)(2) & AO 2004-5 ¶ 8(A)(1).]
    - [ ] b. The transcript has already been filed. [MCR 7.210(B)(1)(a).]
    - [✔] c. The complete transcript has been ordered. [MCR 7.210(B)(1)(a).]
    - [ ] d. This appeal is from a probate court proceeding which does not require a complete transcript. [MCR 7.210(B)(1)(b).]
    - [ ] e. A motion has been filed in the lower court or tribunal for submission of the appeal on less than the complete transcript. [MCR 7.210(B)(1)(c).]
    - [ ] f. The parties have stipulated to submission of the appeal on less than the complete transcript. [MCR 7.210(B)(1)(d).]
    - [ ] g. The parties have stipulated to a statement of facts. [MCR 7.210(B)(1)(e).]
- [✔] 5. Proof of service demonstrating that all other parties have been served. [MCR 7.204(C)(3).] (*Even if a party is not an appellee, they must be served.*)
- [✔] 6. A **current** register of actions from the lower court or tribunal. [MCR 7.204(C)(5).]

**Finality of Order Being Appealed** (Check the box that demonstrates your claim of appeal is by right. If neither applies, you do not have an appeal by right.)

- [✔] The claim of appeal is from an order defined as a final order by MCR 7.202(6) or MCR 5.801(B)(1). [MCR 7.203(A)(1).] Please specify which category of final order applies: 7.202(6)(a)(i)
- [ ] The claim of appeal is from an order which is designated by statute, court rule, or case law as an order appealable by right to the Court of Appeals. Please specify the authority under which you have an appeal by right: _____

5/21/13 _____ [signature] _____
Date _____ Preparer's Signature

6/07

RECEIVED by Michigan Court of Appeals 5/21/2013 2:48:26 PM

STATE OF MICHIGAN
IN THE COURT OF APPEALS

| | |
|---|---|
| CITY OF DETROIT,<br>a Municipal Corporation,<br><br>    Plaintiff -Appellee<br><br>v.<br><br>DETROIT FIRE FIGHTERS ASSOCIATION,<br><br>    Defendant-Appellant. | Wayne County Circuit Court<br>Case No. Case No. 12-006507<br>Hon. John A. Murphy |

_____/

| | |
|---|---|
| City of Detroit Law Department<br>JUNE ADAMS (P43283)<br>Attorneys for Plaintiff-Appellee<br>660 Woodward Ave., Suite 1650<br>Detroit, MI 48226<br>(313) 237-0540 | SACHS WALDMAN, P.C.<br>MARY ELLEN GUREWITZ (P25724)<br>JAMES A. BRITTON (P71157)<br>Attorneys for Defendant-Appellant<br>1000 Farmer St.<br>Detroit, MI 48226<br>(313) 965-3464 |

_____/

**DETROIT FIREFIGHTERS ASSOCIATION'S CLAIM OF APPEAL**

Defendant-Appellant Detroit Fire Fighters Association, IAFF Local 344, by and through its attorneys, Sachs Waldman, P.C., claims an appeal from an Order Granting in Part Plaintiff-Appellee's Motion for Summary Disposition and Vacating Arbitrator Stanley Dobry's April 26, 2012 Arbitration Award, entered on May 2, 2013, in the name of the Wayne County Circuit Court, Third Circuit by the Hon. John A. Murphy.

1

RECEIVED by Michigan Court of Appeals 5/21/2013 2:48:26 PM

Respectfully Submitted

SACHS WALDMAN, P.C.

*/s/ Mary Ellen Gurewitz*
MARY ELLEN GUREWITZ (P25724)

*/s/ James A. Britton*
JAMES A. BRITTON (P71157)
Attorneys for Defendants
1000 Farmer St.
Detroit, MI 48226
(313) 965-3464
megurewitz@sachswaldman.com
jabritton@sachswaldman.com

Dated: May 21, 2013