# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| **CITY OF DETROIT, MICHIGAN,** | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| **CITY OF DETROIT, MICHIGAN,** | Adv. Pro. No. 15-05220 |
| Plaintiff, | |
| – against – | |
| **FRASER TREBILCOCK DAVIS & DUNLAP P.C.,** | |
| Defendant. | |

## PROOF OF SERVICE

I hereby certify that on the 20th day of March, 2017, I electronically served the **Defendant's Rule 26(a)(1) Initial Disclosures** upon the following:

| | |
|---|---|
| **Scott Eric Ratner** | **Albert Togut** |
| One Penn Plaza | One Penn Plaza |
| Suite 3335 | Suite 3335 |
| New York, NY 10119 | New York, NY 10119 |
| 212-594-5000 | 212-594-5000 |
| dperson@teamtogut.com | dperson@teamtogut.com |

/s/ *Amy Cumbow*
Amy Cumbow, Legal Assistant
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan, Suite 1000
Lansing, MI 48933; (517) 377-0824
E-mail: acumbow@fraserlawfirm.com