UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST NAJIB HODGE**

This case is before the Court on the motion filed by the City of Detroit, entitled "City of Detroit's Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof Against Najib Hodge" (Docket # 11583, the "Motion").[1] The Court held two hearings on the Motion, on November 16, 2016 and on March 22, 2017. For the reasons stated by the Court on the record during the March 22, 2017 hearing,

**IT IS ORDERED THAT:**

1. The Motion is granted.

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Motion.

2. ***No later than March 29, 2017,*** Najib Hodge must dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Najib Hodge, Plaintiff, vs. John Doe and City of Detroit Department of Transportation, Defendants*, filed in the Wayne County Circuit Court and assigned Case No. 12-015563-NI.

3. Najib Hodge is permanently barred, estopped and enjoined from asserting the claim arising from or related to his state court action identified in paragraph 2 above against the City of Detroit or property of the City of Detroit.

4. Najib Hodge is prohibited from sharing in any distribution in this bankruptcy case.

5. The Court will retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on March 22, 2017**

                                                          /s/ Thomas J. Tucker
                                                         Thomas J. Tucker
                                                         United States Bankruptcy Judge