UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST DANNY CROWELL, LEOTA MURPHY AND JASMINE CROWELL**

This case is before the Court on the motion filed by the City of Detroit, entitled "City of Detroit's Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof against Danny Crowell, Leota Murphy and Jasmine Crowell" (Docket # 11357, the "Motion").[1]  The Court held two hearings on the Motion, on November 16, 2016 and on March 22, 2017.  For the reasons stated by the Court on the record during the March 22, 2017 hearing,

**IT IS ORDERED THAT:**

1. The Motion is granted.

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Motion.

2. ***No later than March 29, 2017***:

    (a)    Danny Crowell must dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Danny Crowell, Leota Murphy and Jasmine Crowell vs. City of Detroit and Raul Villanueva Perez*, *Defendants*, filed in the Wayne County Circuit Court and assigned Case No. 16-006433-NI.

    (b)    Leota Murphy must dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Danny Crowell, Leota Murphy and Jasmine Crowell vs. City of Detroit and Raul Villanueva Perez*, *Defendants*, filed in the Wayne County Circuit Court and assigned Case No. 16-006433-NI.

    (c)    Jasmine Crowell must dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Danny Crowell, Leota Murphy and Jasmine Crowell vs. City of Detroit and Raul Villanueva Perez, Defendants, filed in the Wayne County Circuit Court* and assigned Case No. 16-006433-NI.

3. Danny Crowell, Leota Murphy and Jasmine Crowell are permanently barred, estopped and enjoined from asserting the claims arising from or related to their state court action identified in paragraphs 2(a) – (c) above against the City of Detroit or property of the City of Detroit.

4. Danny Crowell, Leota Murphy and Jasmine Crowell are prohibited from sharing in any distribution in this bankruptcy case.

5. The Court will retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Signed on March 23, 2017**

                                    /s/ Thomas J. Tucker
                                    Thomas J. Tucker
                                    United States Bankruptcy Judge