UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION TO ENFORCE ORDER, PURSUANT TO SECTIONS 105, 501, AND 503 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 3003(c), ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF AGAINST UNICA INSURANCE INCORPORATED F/K/A YORK FIRE AND CASUALTY INSURANCE COMPANY**

This case is before the Court on the motion entitled "City of Detroit's Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing of Proofs of Claim and Approving Form and Manner of Notice Thereof Against Unica Insurance Incorporated F/K/A York Fire and Casualty Insurance Company" (Docket # 11792, the "Motion").[1] Upon proper notice, and no timely response having been filed to the Motion,

**IT IS ORDERED THAT:**

1. The Motion is granted.

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Motion.

2. No later than April 3, 2017, Unica Insurance Incorporated F/K/A York Fire and Casualty Insurance Company ("Unica") must dismiss, or cause to be dismissed, with prejudice the Crossclaim it filed on or about February 9, 2009, in the Ontario Superior Court of Justice, Court File Number 08-11700 CM ("Unica Lawsuit").

3. Unica is permanently barred, estopped and enjoined from asserting any claims arising from or related to the Unica Lawsuit against the City of Detroit or property of the City of Detroit.

4. The Court will retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on March 27, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge