UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION BY AND BETWEEN THE CITY OF DETROIT,
MICHIGAN AND SKY GROUP GRAND, LLC
RESOLVING CLAIM NUMBERS 1208 AND 3816**

The City of Detroit, Michigan ("City") and Sky Group Grand, LLC ("Claimant"; and collectively with the City, the "Parties") stipulate and agree as follows:

WHEREAS, on February 19, 2014, the Claimant filed proof of claim number 1208 in the amount of $1,465,409.79 ("Claim 1208"), asserting claims for rent and for out of scope improvement costs arising from a lease between the Parties;

WHEREAS, on October 22, 2014, the City filed its *Eighth Amended Plan of the Adjustment of Debts of the City of Detroit (October 22, 2014)* (the "Plan," Doc. No. 8045);

WHEREAS, on January 23, 2015, the Claimant filed proof of claim number 3816 in the amount of $5,447,749.44 ("Claim 3816");

WHEREAS, Claim 3816 asserted the same claims as were previously asserted in Claim 1208 and added a claim for lease rejection damages;

WHEREAS, Claim 3816 amended and superseded Claim 1208;

WHEREAS, the City disputed the amount of the claim to which Claimant should be entitled;

WHEREAS, the Parties have negotiated in good faith and have resolved that the Claimant should be allowed a Class 14 Other Unsecured Claim under the Plan in the amount of $4,800,000.00;

NOW, THEREFORE, the Parties stipulate and agree that (1) Claim 3816 will be allowed as a Class 14 Other Unsecured Claim under the Plan in the amount of $4,800,000.00; (2) Claim 1208 will be expunged from the claims register; and (3) the City's claims agent is authorized to update the claims register to reflect this.

**SO STIPULATED,**
**APPROVED AS TO FORM AND CONTENT:**

| March 28, 2017 | March 28, 2017 |
|---|---|
| MILLER, CANFIELD, PADDOCK AND STONE, PLC | DICKENSON WRIGHT PLLC |
| For the City of Detroit, Michigan | For Sky Group Grand, LLC |
| By: /s/ Ronald A. Spinner<br>    Ronald A. Spinner (P73159)<br>    150 West Jefferson, Suite 2500<br>    Detroit, MI  48226<br>    (313) 496-7829<br>    spinner@millercanfield.com | By: /s/ Doron Yitzchaki<br>    Doron Yitzchaki (P72044)<br>    350 S Main Street, Suite 300<br>    Ann Arbor, MI 48104-2131<br>    (734) 623-1947<br>    dyitzchaki@dickinsonwright.com |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**[PROPOSED] ORDER APPROVING THE STIPULATION
BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN
AND SKY GROUP GRAND, LLC
<u>RESOLVING CLAIM NUMBERS 1208 AND 3816</u>**

This matter having come before the Court on the *Stipulation by and Between the City of Detroit, Michigan and Sky Group Grand, LLC Resolving Claim Numbers 1208 and 3816*, the Court having reviewed the stipulation and being otherwise apprised of the matter, and there being good cause, NOW THEREFORE IT IS ORDERED THAT

1. The stipulation is approved to the extent set forth in this Order.

2. Claim 1208 is withdrawn and will be expunged from the claims register.

3. Claim number 3816 is allowed as a Class 14 Other Unsecured Claim in the amount of $4,800,000.00.

4. The City's claims agent is authorized to update the claims register accordingly.