# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 28, 2017, he caused a copy of the *Order Granting City of Detroit's Motion to Enforce Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(C), Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof Against Unica Insurance Incorporated F/K/A York Fire and Casualty Insurance Company* [Doc. No. 11824] to be served upon the parties listed below via international registered mail:

Unica's Counsel:

Mr. Bruce R. Mitchell
Mitchell & Associates
Barristers & Solicitors
201-1922 Wyandotte Street East
Windsor, Ontario N8Y 1E4
Canada

Unica Insurance Inc.
7150 Derrycrest Drive
Mississauga, Ontario, L5W 0E5
Canada

Unica Insurance Inc.
Pierre Marc Bellavance
625 Jacques-Parizeau
Quebec Qc G1R 2G5
Canada

DATED: March 28, 2017

                        By: /s/ Marc N. Swanson
                            Marc N. Swanson (P71149)
                            150 West Jefferson, Suite 2500
                            Detroit, Michigan 48226
                            Telephone: (313) 496-7591
                            Facsimile: (313) 496-8451
                            swansonm@millercanfield.com