# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING THE STIPULATION
## BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN
## AND SKY GROUP GRAND, LLC
## RESOLVING CLAIM NUMBERS 1208 AND 3816

This case is before the Court on stipulation filed on March 28, 2017, entitled "*Stipulation by and Between the City of Detroit, Michigan and Sky Group Grand, LLC Resolving Claim Numbers 1208 and 3816*" (Docket # 11825, the "Stipulation"). The Court having reviewed the Stipulation and being otherwise apprised of the matter, and there being good cause,

IT IS ORDERED THAT:

1. The Stipulation is approved to the extent of the relief set forth in this Order.

2. Claim number 1208 is withdrawn and will be expunged from the claims register.

3. Claim number 3816 is allowed as a Class 14 Other Unsecured Claim in the amount of $4,800,000.00.

4. The City's claims agent is authorized to update the claims register accordingly.

.

**Signed on March 28, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge