UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| Debtor. | : | Hon. Thomas J. Tucker |

## PROOF OF SERVICE

I certify that on April 4, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record through e-mail correspondence, and I also mailed by First Class Mail and e-mailed this Stay Modification Notice to Claimant's counsel at the following addresses:

Wilber and Associates
210 Landmark Dr
Normal, IL 61761
dratliff@willbercollect.com

                                                  By:    */s/ Mary Beth Cobbs*
                                                             Mary Beth Cobbs (P-40080)
                                                               2 Woodward Ave, Suite 500
                                                               Detroit, MI 48226
                                                               Phone: (313) 237-3075
                                                               Email: cobbm@detroitmi.gov

Dated: April 4, 2017