UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------- x
                                                   :
In re                                              :    Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         :    Case No. 13-53846
                                                   :
                 Debtor.                           :    Hon. Thomas J. Tucker
                                                   :
-------------------------------------------------- :
                                                   x
```

## PROOF OF SERVICE

     I certify that on April 4, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record through e-mail correspondence, and I also mailed by First Class Mail and e-mailed this Stay Modification Notice to Claimant's counsel at the following addresses:

Wilber and Associates
210 Landmark Dr
Normal, IL 61761
dratliff@willbercollect.com

                                                            By:    */s/ Mary Beth Cobbs*
                                                                   Mary Beth Cobbs (P-40080)
                                                                   Assistant Corporation Counsel
                                                                   2 Woodward Ave, Suite 500
                                                                   Detroit, MI 48226
                                                                   Phone: (313) 237-3075
                                                                   Email: cobbm@detroitmi.gov

Dated: April 4, 2017