UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                              :

In re                                                    :         Chapter 9

CITY OF DETROIT, MICHIGAN,          :         Case No. 13-53846

                         Debtor.            :         Hon. Thomas J. Tucker

---------------------------------------------- x

**PROOF OF SERVICE**

I certify that on April 4, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record through e-mail correspondence, and I also mailed this Stay Modification Notice to Claimant at the following address:

Bio Magnetic Resonance Inc
Attn Accounts Payable
30781 Stephenson Highway
Madison Heights, MI 48071

                                        By:    */s/ Mary Beth Cobbs*
                                                 Mary Beth Cobbs (P-40080)
                                                 Assistant Corporation Counsel
                                                 2 Woodward Ave, Suite 500
                                                 Detroit, MI 48226
                                                 Phone: (313) 237-3075
                                                 Email: cobbm@detroitmi.gov

Dated: April 4, 2017