# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 5, 2017, he caused a copy of *City Of Detroit's Response to Motion of the Detroit Fire Fighters Association, IAFF Local 344 ("DFFA") for Entry of an Order Enforcing the November 30, 2015 Global Settlement Between the DFFA and the City Of Detroit Resolving That Portion of DFFA Claim No. 2812 Related to the Grievance Filed on Behalf of of [sic] Fire Fighter Bradley Smola and Requiring Smola's Reinstatment and for Related Relief* to be served upon the following persons, via first class mail and electronic mail, as follows:

| | |
|---|---|
| Barbara A. Patek<br>Law Office Of Barbara A, Patek, P.L.C.<br>27 E. Flint St., Suite 2<br>Lake Orion, MI 48362<br>pateklaw@gmail.com | Andrew Nickelhoff, Esq.<br>Mami Kato, Esq.<br>Sachs Waldman, P.C.<br>2211 E. Jefferson Avenue<br>Detroit, Michigan 48207<br>anickelhoff@sachswaldman.com<br>mkato@sachswaldman.com |

Dated: April 6, 2017

By: /s/ Marc N. Swanson
Marc N. Swanson
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com