Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*11829* − Stay Modification Notice Regarding Claim #23 & Certificate of Service Filed by Interested Party City of Detroit Law Department. (Cobbs, Mary)

*11830* − Stay Modification Notice Regarding Claim #23 & Certificate of Service Filed by Interested Party City of Detroit Law Department. (Cobbs, Mary)

*11831* − Stay Modification Notice Regarding Claim #79 & Certificate of Service Filed by Interested Party City of Detroit Law Department. (Cobbs, Mary)

Proof of Service is Non−Compliant. Proof of Service requires a Case Caption. ECF Procedure 12(h) A party serving a Paper shall file a certificate of service. The certificate shall state the Paper served, the manner in which service was accomplished, and the
parties served. This certificate of service may not be included as part of the Paper that was served; it shall be a separate filing.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing

- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant
- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 4/4/17

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Michigan

In re:  
City of Detroit, Michigan  
    Debtor

Case No. 13-53846-tjt  
Chapter 9

# CERTIFICATE OF NOTICE

District/off: 0645-2    User: ckata    Page 1 of 17    Date Rcvd: Apr 04, 2017  
Form ID: def2    Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
ust      Daniel M. McDermott  
     Deutsche Bank AG, London  
                                                   TOTALS: 2, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2017 at the address(es) listed below:

    Aaron C. Thomas    on behalf of Creditor    Macomb County Treasurer aaron.thomas@macombgov.org, candice.donato@macombgov.org  
    Albert Togut    on behalf of Plaintiff    City of Detroit, Michigan neilberger@teamtogut.com, apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com, adeering@teamtogut.com,srobinson@teamtogut.com  
    Albert Togut    on behalf of Debtor In Possession    City of Detroit, Michigan dperson@teamtogut.com  
    Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com  
    Alice Bonita Jennings    on behalf of Plaintiff John Smith ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings    on behalf of Plaintiff Sylvia Taylor ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings    on behalf of Plaintiff Rosalyn Walker ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings    on behalf of Plaintiff Tammika Williams ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings    on behalf of Plaintiff John Jackson ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings    on behalf of Plaintiff Janice Ward ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings    on behalf of Plaintiff Rosalyn Parham ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings    on behalf of Plaintiff Maurika Lyda ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings    on behalf of Plaintiff Nicole Hill ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alice Bonita Jennings    on behalf of Plaintiff Scott Eubank ajennings@edwardsjennings.com, vgray@edwardsjennings.com  
    Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 oshagan@legghioisrael.com, drf@legghioisrael.com  
    Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com  
    Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District allan.brilliant@dechert.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Allan S. Brilliant on behalf of Creditor County of Macomb, Michigan allan.brilliant@dechert.com
- Allison Bach on behalf of Interested Party State of Michigan, Department of Attorney General abach@dickinsonwright.com
- Amy D. Caton on behalf of Creditor Nuveen Asset Management acaton@kramerlevin.com, achouprouta@kramerlevin.com
- Amy D. Caton on behalf of Creditor BlackRock Financial Management, Inc. acaton@kramerlevin.com, achouprouta@kramerlevin.com
- Andrew Minear on behalf of Creditor Parsons Brinckerhoff Michigan, Inc. aminear@schiffhardin.com
- Andrew Minear on behalf of Defendant Parsons Brinckeroff Michigan Inc aminear@schiffhardin.com
- Andrew A. Paterson, Jr. on behalf of Plaintiff Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
- Andrew A. Paterson, Jr. on behalf of Creditor Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
- Andrew A. Paterson, Jr. on behalf of Creditor Robert Davis aap43@outlook.com, aap43law@gmail.com
- Anthony Greene on behalf of Creditor Da'Nean M. Brooks greenelawgroup@gmail.com, greenelawgroup@yahoo.com
- Anthony J. Kochis on behalf of Creditor Iron Mountain Information Management, LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
- Anthony J. Kochis on behalf of Creditor The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
- Anthony J. Kochis on behalf of Attorney Wolfson Bolton PLLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
- Anthony James Miller on behalf of Defendant Toter Incorporated am@osbig.com, tonymiller849@gmail.com
- Barbara A. Patek on behalf of Plaintiff Detroit Police Lieutenants and Sergeants Association pateklaw@gmail.com
- Barbara A. Patek on behalf of Creditor Detroit Police Lieutenants and Sergeants Association pateklaw@gmail.com
- Barbara A. Patek on behalf of Creditor Detroit Police Officers Association pateklaw@gmail.com
- Barry S. Fagan on behalf of Creditor Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com
- Benjamin Whitfield on behalf of Interested Party Jerome Collins benwlaw123@aol.com, bw4822@aol.com;benwlaw4822@aol.com
- Brendan G. Best on behalf of Interested Party Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com
- Brendan G. Best on behalf of Plaintiff Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com
- Brendan G. Best on behalf of Defendant Syncora Guarantee, Inc. bbest@schaferandweiner.com, wrkyles@varnumlaw.com
- Brian D. O'Keefe on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Brian D. O'Keefe on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Bruce Bennett on behalf of Debtor In Possession City of Detroit, Michigan bbennett@jonesday.com
- Caralyce M. Lassner on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com
- Carl F. Schier on behalf of Defendant Bankston Construction Inc carl@schierlaw.com
- Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C. candres@gklaw.com
- Carol Connor Cohen on behalf of Plaintiff Ambac Assurance Corporation carol.cohen@arentfox.com
- Carole Neville on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
- Carole Neville on behalf of Retiree Committee Official Committee of Retirees carole.neville@dentons.com,daniel.morris@dentons.com
- Caroline Turner English on behalf of Plaintiff Ambac Assurance Corporation caroline.english@arentfox.com
- Carolyn Beth Markowitz on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM
- Charles Bruce Idelsohn on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
- Charles D. Bullock on behalf of Interested Party Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
- Christopher A. Grosman on behalf of Interested Party BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
- Christopher A. Grosman on behalf of Creditor Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
- Christopher E. McNeely on behalf of Defendant Great Lakes Power Inc cmcneely@mandmpc.com
- Cindy Tsai on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
        Claude D. Montgomery   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
        Clifford D. Neubauer   on behalf of Interested Party Najib Hodge cneubauer@joumanakayrouz.com
        Courtney M. Rogers   on behalf of Interested Party   U.S. Bank National Association courtney.rogers@wallerlaw.com
        Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association courtney.rogers@wallerlaw.com
        Craig B. Rule   on behalf of Creditor   Everhome Mortgage Company bankruptcyMW@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
        Cynthia J. Haffey   on behalf of Defendant   Detroit General Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
        Cynthia J. Haffey   on behalf of Defendant   Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com, smithe@butzel.com
        Dale Price   on behalf of Creditor   Equal Employment Opportunity Commission dale.price@eeoc.gov, legaldt.detroit@eeoc.gov
        Daniel Kielczewski   on behalf of Defendant   Bob Maxey Ford Inc dgkielczewski@abbottnicholson.com, adwilliams@abbottnicholson.com
        Daniel C. DiCicco   on behalf of Defendant   Wright Tool Co ddicicco@ahernkill.com
        David A. Lerner   on behalf of Creditor   Plunkett Cooney dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
        David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
        David A. Lerner   on behalf of Defendant   Waste Management of Michigan Inc dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
        David E. Schwartz   on behalf of Defendant   SMART dschwartz@allardfishpc.com, allardfishpc@yahoo.com
        David Gilbert Heiman   on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com
        David Gilbert Heiman   on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
        David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan dgheiman@jonesday.com
        David Jonathan Cross   on behalf of Defendant   T & N Services Inc davidjonathancross@gmail.com
        David L. Dubrow   on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com
        David M. Blau   on behalf of Creditor   NTH Consultants, Ltd. dblau@clarkhill.com
        David M. Blau   on behalf of Defendant   Mannik & Smith Group Inc dblau@clarkhill.com
        David T. Lin   on behalf of Interested Party   The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com
        Dawn R. Copley   on behalf of Interested Party   State of Michigan dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
        Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
        Deborah Kovsky-Apap   on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Defendant John Naglik kovskyd@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan kovskyd@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Defendant John Naglick kovskyd@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com
        Deborah Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com
        Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant   Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant   Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant   BlueMountain Capital Management, LLC dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant   Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant   Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
         dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Interested Party   Panning Capital Management, LP
         dfish@allardfishpc.com, allardfishpc@yahoo.com
        Deborah L. Fish   on behalf of Intervenor-Defendant   Monarch Alternative Capital LP
         dfish@allardfishpc.com, allardfishpc@yahoo.com
        Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2005 dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Defendant   Wilmington Trust, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006 dbeckwith@fosterswift.com
        Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc. don@mcguiganlaw.com
        Doron Yitzchaki   on behalf of Defendant   Hesco Hamlett Engineering Sales Company DYitzchaki@dickinsonwright.com
        Doron Yitzchaki   on behalf of Creditor   Sky Group Grand, LLC DYitzchaki@dickinsonwright.com
        Douglas Steele   on behalf of Interested Party   International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
        Douglas C. Bernstein   on behalf of Interested Party   Hudson-Webber Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   W.K. Kellogg Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   Max M. and Marjorie S. Fisher Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   The Ford Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   Charles Stewart Mott Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   William Davidson Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Defendant   1 Way Service Inc dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   McGregor Fund dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Interested Party   A. Paul and Carol C. Schaap Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Douglas C. Bernstein   on behalf of Defendant   Examworks Inc dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
        Edward J. Gudeman   on behalf of Defendant   Audio Visual Equipment & Supplies ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com;lmerucci@ecf.inforuptcy.com;rtanner@ecf.inforuptcy.com;kdarr@ecf.inforuptcy.com;kshinn@ecf.inforuptcy.com;ejgudeman@ecf.inforuptcy.com;brookard@ecf.inforuptcy.com
        Elizabeth A. Ferguson   on behalf of Creditor Kim Lamar Spicer lizferguson@lawofficeseaferguson.com
        Elizabeth Ann Favaro   on behalf of Defendant   Siemens Industry Inc elizabeth.favaro@bowmanandbrooke.com, diana.murray@bowmanandbrooke.com
        Elizabeth Ann Favaro   on behalf of Interested Party   Siemens Industry Inc. elizabeth.favaro@bowmanandbrooke.com, diana.murray@bowmanandbrooke.com
        Elizabeth M. Abood-Carroll   on behalf of Creditor   CitiMortgage, Inc. bankruptcyMW@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
        Elliot G. Crowder   on behalf of Defendant   W C Ducomb Co ecrowder@sbplclaw.com, lhaas@sbplclaw.com
        Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
        Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
        Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan carlson@millercanfield.com, brashier@millercanfield.com
        Erika D. Hart   on behalf of Defendant   OAS Group Inc ehart@tauntlaw.com
        Ethan D. Dunn   on behalf of Defendant   Hercules & Hercules Inc bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com
        Evan A. Burkholder   on behalf of Respondent   JE Associates evan.burkholder@leclairryan.com, evan.burkholder@gmail.com
        Evan A. Burkholder   on behalf of Defendant   J E Associates Inc evan.burkholder@leclairryan.com, evan.burkholder@gmail.com
        Frank J. Guadagnino   on behalf of Creditor   Aetna Health and Life Insurance Company fguadagnino@mcguirewoods.com, rhotaling@clarkhillthorpreed.com
        Gerald Rosen   efile_rosen@mied.uscourts.gov
        Gordon J. Toering   on behalf of Defendant   EJ USA Inc gtoering@wnj.com
        Gordon J. Toering   on behalf of Defendant   Valley Truck Parts Inc gtoering@wnj.com
        H. Nathan Resnick   on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net, jblock@resnicklaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

H. Nathan Resnick on behalf of Defendant Bauer & Hunter PLLC hnresnick@resnicklaw.net, jblock@resnicklaw.com
H. Nathan Resnick on behalf of Interested Party Resnick & Moss, P.C. hnresnick@resnicklaw.net, jblock@resnicklaw.com
Heath Douglas Rosenblat on behalf of Counter-Claimant Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Daniel.Northrop@dbr.com
Heath Douglas Rosenblat on behalf of Creditor Wilmington Trust Company, N.A. Heath.Rosenblat@dbr.com, Daniel.Northrop@dbr.com
Heath Douglas Rosenblat on behalf of Creditor Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Daniel.Northrop@dbr.com
Heath Douglas Rosenblat on behalf of Defendant Wilmington Trust, N.A. Heath.Rosenblat@dbr.com, Daniel.Northrop@dbr.com
Heather Lennox on behalf of Attorney Jones Day hlennox@jonesday.com
Heather Lennox on behalf of Debtor In Possession City of Detroit, Michigan hlennox@jonesday.com
Heather Lennox on behalf of Interested Party Christie's, Inc. hlennox@jonesday.com
Heather Lennox on behalf of Defendant City of Detroit, Michigan hlennox@jonesday.com
Heather Lennox on behalf of Interested Party Miller Buckfire & Co., LLC hlennox@jonesday.com
Heidi Peterson hdpeterson75@gmail.com
Howard Yale Lederman on behalf of Creditor Ernest Flagg hlederman@normanyatooma.com
Howard Yale Lederman on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
Howard Yale Lederman on behalf of Creditor Brian Greene hlederman@normanyatooma.com
Hugh M. Davis on behalf of Creditor Constance M. Phillips Info@ConLitPC.com
I. W. Winsten on behalf of Defendant Sigma Associates Inc iwinsten@honigman.com, jgastelum@honigman.com
Irma Industrious on behalf of Creditor Irma Industrious iindustrious@yahoo.com
J. Paul Sugameli on behalf of Defendant Farrow Group Inc psugameli@sugamelilaw.com
James Pelland on behalf of Defendant Metco Services Inc jpelland@fb-firm.com, psugars@fb-firm.com
James Sprayregen on behalf of Interested Party Syncora Capital Assurance Inc. james.sprayregen@kirkland.com
James Sprayregen on behalf of Interested Party Syncora Guarantee Inc. james.sprayregen@kirkland.com
James Sprayregen on behalf of Interested Party Syncora Holdings Ltd. james.sprayregen@kirkland.com
James J. Hayes on behalf of Defendant Alexander Chemical Corp attyjjhayes@gmail.com
Jamie Scott Fields on behalf of Creditor Jamie Fields jeansartre@msn.com
Jamie Scott Fields on behalf of Creditor Retired Detroit Police Members Association jeansartre@msn.com
Jayson Ruff on behalf of Creditor Sprint Communications Company LP jruff@mcdonaldhopkins.com
Jayson Ruff on behalf of Creditor Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
Jeffery R. Sieving on behalf of Creditor International Outdoor, Inc. jeff@iobillboard.com
Jeffrey S. Kopp on behalf of Debtor In Possession City of Detroit, Michigan jkopp@foley.com
Jerome D. Goldberg on behalf of Plaintiff John Smith apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff National Action Network--Michigan Chapter apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Nicole Hill apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Rosalyn Parham apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Michigan Welfare Rights Organization apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Scott Eubank apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Rosalyn Walker apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Janice Ward apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Peoples Water Board apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Moratorium Now! apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff John Jackson apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Tammika Williams apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Sylvia Taylor apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Creditor David Sole apclawyer@sbcglobal.net
Jerome D. Goldberg on behalf of Plaintiff Maurika Lyda apclawyer@sbcglobal.net
Jimmylee Gray on behalf of Defendant Ampro Construction LLC j.gray50@comcast.net
Jimmylee Gray on behalf of Defendant Uniglobe Construction Co j.gray50@comcast.net
Jimmylee Gray on behalf of Defendant Kingsway Building & Maintenance j.gray50@comcast.net
John A. Simon on behalf of Debtor In Possession City of Detroit, Michigan jsimon@foley.com
John A. Stevens on behalf of Creditor Detroit Police Lieutenants and Sergeants Association jstevens@mathesonparr.com, nlmumma@aol.com
John C. Lange on behalf of Creditor Detroit Public Library jlange@glmpc.com
John D. Mulvihill on behalf of Attorney John Mulvihill Law Office Of John D. Mulvihill Pllc jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
John D. Mulvihill on behalf of Defendant Agar Lawn Sprinkler Systems Inc jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
John D. Mulvihill on behalf of Debtor In Possession City of Detroit, Michigan jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
John E. Eaton on behalf of Creditor Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com;mforan@bredhoff.com
John G. Colucci on behalf of Respondent General Shale Brick, Inc. coluccilawfirm@gmail.com
John G. Colucci on behalf of Creditor General Shale Brick, Inc. coluccilawfirm@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John H. Willems    on behalf of Debtor In Possession    City of Detroit, Michigan
               willems@millercanfield.com
              John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com,
               mitrottlaw@ecf.courtdrive.com
              John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company d/b/a AT&T Michigan
               john.sieger@kattenlaw.com
              John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
               jcanzano@michworkerlaw.com, office@michworkerlaw.com
              Jonathan S. Green    on behalf of Defendant Michael  Hall green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
              Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
               green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant    City of Detroit green@millercanfield.com
              Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
               green@millercanfield.com
              Jong-Ju  Chang    on behalf of Creditor    Oakland County, Michigan jchang@dykema.com,
               dkelley@dykema.com;docket@dykema.com
              Jong-Ju  Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
               jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
              Joseph  Dedvukaj    on behalf of Creditor Leota  Murphy jdlawfirm@aol.com, nitaalex@aol.com
              Joseph  Dedvukaj    on behalf of Creditor Danny  Crowell jdlawfirm@aol.com, nitaalex@aol.com
              Joseph  Dedvukaj    on behalf of Creditor Jasmine  Crowell jdlawfirm@aol.com, nitaalex@aol.com
              Joseph A. Brophy    on behalf of Defendant    Safeco Insurance Company of America jab@jhc-law.com,
               cls@jhc-law.com;sh@jhc-law.com;ab@jhc-law.com;docket@jhc-law.com
              Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
               jfischer@carsonfischer.com
              Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joshua  Wheelock    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
               joshwheelock@hotmail.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
              Judith Greenstone Miller    on behalf of Defendant    Election Systems & Software
               jmiller@jaffelaw.com, dgoldberg@jaffelaw.com
              Judith Greenstone Miller    on behalf of Creditor    ADP, LLC jmiller@jaffelaw.com,
               dgoldberg@jaffelaw.com
              Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    WC Hoover Investments, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Singent Consulting LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Mound Road Enterprises L.L.C. jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    LDM, LLC jcalton@honigman.com, litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    TSD Solutions LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Delbruck Technology, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    440 Congress LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Stanne Consulting, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Tower Defense & Aerospace, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
               litdocket@honigman.com
              Judy B. Calton    on behalf of Creditor    Gekko Enterprises LLC jcalton@honigman.com,
               litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Judy B. Calton    on behalf of Creditor     Olympia Development of Michigan LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Sunrise Parking LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     VITEC, L.L.C. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Taggart Technologies LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Cass Community Social Services, Inc.
           jcalton@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Skyline Partners LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Compuware Corporation jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    CW Professional Services LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Seven Mile Partners, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Arrow Uniform Rental, Inc. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     TC Manor House, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Cathedral Owner LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party   Compuware Corporation jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     3100 East Jefferson, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Oakland Plant Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     5801 Southfield Service Drive Corp. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Magnolia Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Fox Parking Garage, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Chene Square, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     4737 Conner Co., LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Parkrite Holdings LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Enforcement Technology, Inc. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Debtor In Possession   City of Detroit, Michigan
           jcalton@honigman.com,  litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Elizabeth Street Properties, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Detroit Thermal, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Atwater Group jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Abraham & Potestivo, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Koehler Market LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Blenheim Building, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     441 E. Larned LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party   Sigma Associates, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Pont Solutions, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Regency Owner LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Sigma Associates Inc jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Country House Apartments jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Linwood Neighbors LLC jcalton@honigman.com,
           litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Attorney L. Katie Mason jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Mack Avenue Investors LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    CW Professional Services, LLC
 jcalton@honigman.com, litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Seven Mile Holdings, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    MICMR, LLC jcalton@honigman.com,  litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Compuware Corporation jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Bean Little Investments, LLC jcalton@honigman.com,
 litdocket@honigman.com
Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants
 Association jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
 jteicher@ermanteicher.com
Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
 kressk@pepperlaw.com
Kenneth B. Vance    on behalf of Defendant    Z Contractors Inc kbvance@comcast.net,
 kbvance01@gmail.com
Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov,
 michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Mary.compeau@usdoj.gov;Jack.Tubbs@usdoj.gov
Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
 ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Gibbs    on behalf of Defendant    Futurenet Group Inc KimberlyG@futurenetgroup.com
Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
 kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
 kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization
 kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association
 kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Kurt Thornbladh on behalf of Plaintiff Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff Janice Ward kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff John Smith kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff Tammika Williams kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Plaintiff John Jackson kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh on behalf of Creditor Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
L. Nichole Hunter on behalf of Creditor Public Lighting Authority nhunter@alglawpc.com
Lawrence A. Lichtman on behalf of Creditor 660 Woodward Associates, LLC llichtman@honigman.com, litdocket@honigman.com
Lisa Hill Fenning on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
Louis P. Rochkind on behalf of Plaintiff National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
M. Ellen Dennis on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu
Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
Mami Kato on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 mkato@sachswaldman.com, pmerchak@sachswaldman.com
Marc N. Swanson on behalf of Defendant Detroit City Council swansonm@millercanfield.com
Marc N. Swanson on behalf of Defendant Michael Hall swansonm@millercanfield.com
Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
Marc N. Swanson on behalf of Defendant City of Detroit swansonm@millercanfield.com
Marc N. Swanson on behalf of Defendant Michael Duggan, Mayor swansonm@millercanfield.com
Marc N. Swanson on behalf of Defendant City of Detroit, Michigan swansonm@millercanfield.com
Marcy J. Ford on behalf of Creditor Bank of America, N.A. easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com
Marguerite Hammerschmidt on behalf of Interested Party Haas & Goldstein P.C. admin@hammer-stick.com
Marie Garian on behalf of Defendant ABC Demolition Co Inc Garianlaw@yahoo.com
Mark Wasvary on behalf of Creditor Hyde Park Co-Operative, et al. mark@wasvarylaw.com
Mark Wasvary on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
Mark B. Berke on behalf of Defendant Birks Works Environmental LLC mberkelaw@gmail.com
Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
Mark H. Shapiro on behalf of Creditor BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
Mark H. Shapiro on behalf of Interested Party Greenhill & Co., LLC shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
Mark L. McAlpine on behalf of Other Professional McAlpine PC mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com;nanichols@mcalpinepc.com
Mark R. James on behalf of Interested Party Financial Guaranty Insurance Company mrj@wwrplaw.com
Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
Mark S. Frankel on behalf of Defendant Tooles Contracting Group LLC mfrankel@couzens.com
Mark S. Frankel on behalf of Defendant Motor City Pipe & Supply Co mfrankel@couzens.com
Mark S. Frankel on behalf of Interested Party Tooles Contracting Group LLC mfrankel@couzens.com
Marshall S. Huebner on behalf of Creditor Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
Mary Beth Cobbs on behalf of Interested Party City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Mary Beth Cobbs on behalf of Debtor In Possession City of Detroit, Michigan cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary K. Atallah on behalf of Creditor CitiMortgage, Inc. bknotices-edm@potestivolaw.com
- Mary Kay Shaver on behalf of Creditor Varnum LLP mkshaver@varnumlaw.com
- Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
- Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
- Matthew Wilkins on behalf of Defendant Electronic Data Systems Corporation wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Intervenor-Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew D. Harper on behalf of Interested Party City of Detroit Water and Sewerage Department mdharper@eastmansmith.com
- Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt AG summersm@ballardspahr.com
- Max J. Newman on behalf of Interested Party Wayne County Corporation newman@butzel.com
- Max J. Newman on behalf of Defendant Motor City Electric Technologies Inc newman@butzel.com
- Max J. Newman on behalf of Defendant Fort Wayne Contracting Inc newman@butzel.com
- Max J. Newman on behalf of Defendant Imperial Construction Co newman@butzel.com
- Max J. Newman on behalf of Defendant Detroit Thermal, LLC newman@butzel.com
- Max J. Newman on behalf of Defendant C E Pollard Company newman@butzel.com
- Max J. Newman on behalf of Defendant L D' Agostini & Sons Inc newman@butzel.com
- Michael A. Stevenson on behalf of Interested Party Clark Associates, Inc. mas@sbplclaw.com, rschultz@sbplclaw.com
- Michael A. Stevenson on behalf of Defendant Clark Associates Inc mas@sbplclaw.com, rschultz@sbplclaw.com
- Michael Anthony Karman on behalf of Creditor Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
- Michael Anthony Karman on behalf of Creditor St. Martins Cooperative makarmanesq@gmail.com
- Michael C. Hammer on behalf of Defendant MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
- Michael H. Perry on behalf of Interested Party Fraser Trebilcock Davis & Dunlap PC mperry@fraserlawfirm.com
- Michael H. Perry on behalf of Defendant Fraser Trebilcock Davis & Dunlap PC mperry@fraserlawfirm.com
- Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
- Michael R. Bell on behalf of Interested Party State of Michigan, Department of Attorney General BellM1@michigan.gov
- Michael R. Bell on behalf of Interested Party Bill Schuette BellM1@michigan.gov
- Michael Robert Wolin on behalf of Defendant Systems & Software Inc mike@tishlaw.com
- My Chi To on behalf of Creditor Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
- Nabih H. Ayad on behalf of Interested Party Detroit Branch NAACP ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Michigan State Conference NAACP ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Donnell White ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
- Neil Matthew Berger on behalf of Plaintiff City of Detroit, Michigan dperson@teamtogut.com, dcahir@teamtogut.com, seratner@teamtogut.com;neilberger@teamtogut.com;bmoore@teamtogut.com
- Neil R. Sherman on behalf of Creditor Flagstar Bank, FSB nsherman@sspclegal.com, stremonti1@sspclegal.com
- Neil R. Sherman on behalf of Interested Party CitiMortgage, Inc. nsherman@sspclegal.com, stremonti1@sspclegal.com
- Neil R. Sherman on behalf of Interested Party Schneiderman and Sherman, P.C. nsherman@sspclegal.com, stremonti1@sspclegal.com
- Neil R. Sherman on behalf of Interested Party Kondaur Capital Corporation nsherman@sspclegal.com, stremonti1@sspclegal.com
- Niraj R. Ganatra on behalf of Attorney UAW - Solidarity House Nganatra@uaw.net
- Noel J. Ravenscroft on behalf of Respondent Wayne County Treasurer nravenscroft@ecf.courtdrive.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company d/b/a AT&T Michigan Paige.Barr@kattenlaw.com

        Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com

        Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan pmears@btlaw.com

        Patrick W. Carothers   on behalf of Defendant   Carmeuse Lime Inc pcarothers@leechtishman.com, bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com

        Paul H. Saint-Antoine   on behalf of Defendant   Wilmington Trust, N.A. Paul.Saint-Antoine@dbr.com, Todd.Hutchison@dbr.com;James.Williamson@dbr.com

        Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com

        Paul R. Hage   on behalf of Defendant   Inland Waters Pollution Control Inc. phage@jaffelaw.com, jtravick@jaffelaw.com

        Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation phage@jaffelaw.com, jtravick@jaffelaw.com

        Paul R. Hage   on behalf of Defendant   Election Systems & Software phage@jaffelaw.com, jtravick@jaffelaw.com

        Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

        Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

        Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

        Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com

        Peter Paul Sudnick   on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com, psudnick13@gmail.com

        Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com

        Randolph T. Barker   on behalf of Defendant   T & T Builders rbarker@berrymoorman.com, gayle@berrymoorman.com

        Randolph T. Barker   on behalf of Defendant   Re-Construction, Inc. rbarker@berrymoorman.com, gayle@berrymoorman.com

        Raymond Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com

        Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com

        Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov

        Richard G. Mack, Jr.   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com

        Richard G. Mack, Jr.   on behalf of Creditor   Coalition of Detroit Unions richardmack@millercohen.com, mcoil@millercohen.com

        Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com

        Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com

        Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage Department ecf@kaalaw.com, konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;malexander@ecf.courtdrive.com

        Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit, Water and Sewerage Department ecf@kaalaw.com, konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;malexander@ecf.courtdrive.com

        Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission robert.darnell@usdoj.gov

        Robert Fetter   on behalf of Interested Party   Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

        Robert Fetter   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

        Robert Fetter   on behalf of Interested Party   Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

        Robert A. Weisberg   on behalf of Defendant   Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com

        Robert A. Weisberg   on behalf of Counter-Claimant   Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com

        Robert A. Weisberg   on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com

        Robert D. Gordon   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Robert D. Gordon on behalf of Creditor General Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com
    Robert J. Diehl, Jr. on behalf of Interested Party U.S. Bank N.A. rdiehl@bodmanlaw.com
    Robert J. Figa on behalf of Defendant D A Central Inc RFiga@Comlawone.com
    Robert J. Figa on behalf of Defendant Vancon Inc RFiga@Comlawone.com
    Robert M. Sosin on behalf of Defendant Universal System Technologies Inc robert@asnlaw.com
    Robert N. Bassel on behalf of Interested Party Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
    Robert N. Bassel on behalf of Interested Party Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com
    Robert N. Bassel on behalf of Interested Party Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
    Robert N. Bassel on behalf of Interested Party Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com
    Robert N. Bassel on behalf of Interested Party St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com
    Robert S. Hertzberg on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
    Robert S. Hertzberg on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
    Robert S. Hertzberg on behalf of Defendant City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
    Robert S. Hertzberg on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
    Robert S. Hertzberg on behalf of Plaintiff City of Detroit hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
    Robert S. Hertzberg on behalf of Debtor In Possession City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
    Robert S. Hertzberg on behalf of Interested Party Pepper Hamilton LLP hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
    Robert S. Hertzberg on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
    Robert S. Hertzberg on behalf of Plaintiff City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
    Robert S. Hertzberg on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
    Roger Q. Hyde on behalf of Defendant Able Demolition Inc. rogerqhyde@sbcglobal.net
    Ronald A. Spinner on behalf of Defendant City of Detroit, Michigan spinner@millercanfield.com
    Ronald A. Spinner on behalf of Debtor In Possession City of Detroit, Michigan spinner@millercanfield.com
    Ryan Plecha on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
    Ryan Plecha on behalf of Interested Party Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
    Ryan Plecha on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
    Ryan Plecha on behalf of Interested Party Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
    Ryan Plecha on behalf of Plaintiff Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
    Ryan Plecha on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
    Ryan Plecha on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
    Ryan Plecha on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
    Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com
    Ryan Blaine Bennett on behalf of Defendant Syncora Guarantee, Inc. ryan.bennett@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com
    Ryan Blaine Bennett on behalf of Interested Party Syncora Capital Assurance Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com
    Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com,richard.howell@kirkland.com,bradley.weidenhammer@kirkland.com, justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com
    Ryan Blaine Bennett on behalf of Interested Party Syncora Holdings Ltd. ryan.bennett@kirkland.com,justin.bernbrock@kirkland.com, dustin.paige@kirkland.com;lally.gartel@kirkland.com;maureen.mccarthy@kirkland.com
    Salvatore A. Barbatano on behalf of Defendant Federal Signal Corporation salbarbatano@gmail.com, SABarbatano@wwrplaw.com;slnelem@wwrplaw.com;AMMcGowan@WWRPLaw.com
    Salvatore A. Barbatano on behalf of Defendant Giorgi Concrete LLC salbarbatano@gmail.com, SABarbatano@wwrplaw.com;slnelem@wwrplaw.com;AMMcGowan@WWRPLaw.com
    Sam J. Alberts on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company soconnor@glmpc.com
        Sara Rajan   on behalf of Defendant   Camden Insurance Agency Inc srajan@starkreagan.com
        Scott A. Wolfson   on behalf of Defendant   Detroit Advanced Technology Application Network swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com
        Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com
        Scott Eric Ratner   on behalf of Debtor In Possession   City of Detroit, Michigan dperson@teamtogut.com
        Scott Eric Ratner   on behalf of Defendant   Detroit Thermal, LLC dperson@teamtogut.com
        Scott Eric Ratner   on behalf of Plaintiff   City of Detroit, Michigan dperson@teamtogut.com
        Scott M. Watson   on behalf of Creditor   UBS AG swatson@wnj.com
        Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
        Shanna Marie Kaminski   on behalf of Interested Party   City of Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com
        Shanna Marie Kaminski   on behalf of Defendant   Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com
        Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit sdeeby@clarkhill.com
        Shannon L. Deeby   on behalf of Interested Party   General Retirement System of the City of Detroit sdeeby@clarkhill.com
        Shannon L. Deeby   on behalf of Interested Party   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
        Shannon L. Deeby   on behalf of Defendant   Eastern Oil Co sdeeby@clarkhill.com
        Shannon L. Deeby   on behalf of Defendant   Dell Computer Corporation sdeeby@clarkhill.com
        Shannon L. Deeby   on behalf of Defendant   J Ranck Electric Inc sdeeby@clarkhill.com
        Shannon L. Deeby   on behalf of Defendant   Camp Dresser & McKee sdeeby@clarkhill.com
        Shannon L. Deeby   on behalf of Defendant   CDM Michigan Inc sdeeby@clarkhill.com
        Shannon L. Deeby   on behalf of Creditor   Governing Board of the City of Detroit Employee Benefit Plan sdeeby@clarkhill.com
        Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
        Shannon L. Deeby   on behalf of Defendant   Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com
        Shannon L. Deeby   on behalf of Defendant   David Wm Ruskin sdeeby@clarkhill.com
        Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net
        Sheryl L. Toby   on behalf of Interested Party   Health Alliance Plan of Michigan stoby@dykema.com, dguerrero@dykema.com
        Stanley I. Okoli   on behalf of Creditor Shelton Bell, Jr. sokoli@romanolawpllc.com, dblake@romanolawpllc.com, asutton@romanolawpllc.com;dromano@romanolawpllc.com;mcoulter@romanolawpllc.com
        Stanley I. Okoli   on behalf of Creditor Michael McKay sokoli@romanolawpllc.com, asutton@romanolawpllc.com;dromano@romanolawpllc.com;mcoulter@romanolawpllc.com
        Stanley I. Okoli   on behalf of Creditor James Williams sokoli@romanolawpllc.com, asutton@romanolawpllc.com;dromano@romanolawpllc.com;mcoulter@romanolawpllc.com
        Stanley L. de Jongh   on behalf of Interested Party   City of Detroit Law Department jongsl@detroitmi.gov
        Stanley L. de Jongh   on behalf of Debtor In Possession   City of Detroit, Michigan jongsl@detroitmi.gov
        Stephanie Lee Arndt   on behalf of Creditor Steven Wolak s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com
        Stephen Wolpert   on behalf of Creditor   Macomb County stephen.wolpert@dechert.com
        Stephen J. Pokoj   on behalf of Defendant   Applied Science Inc spokoj@fildewhinks.com
        Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
        Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com
        Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
        Stephen S. LaPlante   on behalf of Plaintiff   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
        Stephen S. LaPlante   on behalf of Defendant   Detroit City Council laplante@millercanfield.com, skoczylas@millercanfield.com
        Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
        Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
        Steven G. Howell   on behalf of Interested Party   State of Michigan showell@dickinsonwright.com
        Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney General showell@dickinsonwright.com
        Stuart A. Gold   on behalf of Defendant   Binkelman Corp. sgold@glmpc.com
        Stuart A. Gold   on behalf of Defendant   Federal Pipe & Supply Inc sgold@glmpc.com
        Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com
        Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
        Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
          Tamar Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
           tdolcourt@foley.com
          Thomas P. Christy    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
           tchristy@garanlucow.com
          Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
           morris@silvermanmorris.com, kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
           kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
           kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com, kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           morris@silvermanmorris.com, kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
           morris@silvermanmorris.com, kjordan@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           kjordan@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
          Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Monarch Alternative Capital LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Todd W. Grant    on behalf of Defendant    Waterworks Systems & Equipment tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    E L Bailey & Co Inc tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    North-West Trading Co tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    Clarks Construction tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    Blue Star Inc tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    KEO and Associates Inc. tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Trevor J. Zamborsky    on behalf of Creditor Orlando  Marion tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Teran  Brown tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Anthony  Harmon tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Micholas  Martin tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Melvin  Miller tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin  Mcdonald tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Viena  Lowe tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Kevin  McGillivary tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Ezekiel  Davis tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Wendy  Jefferson tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com
          Trevor J. Zamborsky    on behalf of Creditor Doug  Taylor tzamborsky@romanolawpllc.com,
           trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Trevor J. Zamborsky   on behalf of Creditor Donald Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Interested Party 1983 Claimants tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jeffrey Theriot tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Theresa Chalch tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Eric Kimbrough tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Rodney Heard tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Angela Davis tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Yvette Spencer tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Clementine Stephens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Michael McKay tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jay Woods tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Laverne Covington tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Eddie Moore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Otis Evans tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor John Collins tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Gary Musser tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Marily Cloyd tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Phyllis Tharpe tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jeffrey Peterson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Donna Weatherspoon tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Robert Hall tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jeremiah Duren tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jennifer Harris-Barnes tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Jermaine Gleen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Mario Littlejohn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Taesean Parnell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Tarita Wilburn tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Brandon Gilbert tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Gregory Brazell tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Robert Mcgowen tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Terry Hardison tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Henry Hassan tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Woodrow Roberson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Daniel Latanzio tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Antonio Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Carolyn Harp tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Ray Lizzamore tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Landon Banks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
Trevor J. Zamborsky   on behalf of Creditor Raymond Thompson, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Trevor J. Zamborsky    on behalf of Creditor Winter  Owens tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Lucy  Flowers tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Darnell  Fields tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Darchella  Lattner tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Shumithia  Baker tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Clenette  Harris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Bradley  Schick tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor David  Both tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Floyd  Brunson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Kevin  Ivie tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Taralyn  Smith tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Raymond  Thompson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Brandon  Brooks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Hondra  Porter tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Brady  Johnson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Victoria  Wilson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jamie  Jackson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Bernard  White tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor James  Matson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Curtis  Morris tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Jerry  Ashley tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Quentin  King tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Joseph  Wright tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Daniel  Soto tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Leinathian  Jelks tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Rhonda  Craig tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Velma  Denson tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Samiya  Speed tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Sharon  Pettway tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Trevor J. Zamborsky    on behalf of Creditor Shelton  Bell, Jr. tzamborsky@romanolawpllc.com, trevor.zamborsky@gmail.com
              Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
              Wendy Turner Lewis    on behalf of Defendant    Pyratech Security Systems Inc wtlewis@ameritech.net
              William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
              William J. Barrett    on behalf of Defendant    Genuine Parts Company william.barrett@bfkn.com
              William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water Authority wlistman@davislistman.com
              William Pfeiffer Smith    on behalf of Creditor    U.S. Bank National Association wsmith@mwe.com
              William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
              William W. Kannel    on behalf of Creditor    Fidelity Management & Research Company wkannel@mintz.com
              Yuliy Osipov    on behalf of Defendant    Toter Incorporated yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Yuliy   Osipov    on behalf of Interested Party Gary   Segatti yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy   Osipov    on behalf of Defendant    Capp, Inc. yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy   Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
         yotc_ecf@yahoo.com,   yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy   Osipov    on behalf of Defendant    Kessler International yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy   Osipov    on behalf of Defendant    Capp USA yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy   Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy   Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
         yo_ecf@osbig.com;tc_ecf@osbig.com

                                                                 TOTAL: 678