Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*11811* − Motion to Enforce Global Settlement re: Smola Grievance and DFFA Omnibus Claim (Claim No. 2812) Filed by Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 (Attachments: # 1 Exhibit 6 List of Exhibits # 2 Exhibit 6A Global Settlement − 1 of 4 # 3 Exhibit 6A − 2 of 4 # 4 Exhibit 6A − 3 of 4 # 5 Exhibit 6A − 4 of 4 # 6 Exhibit 6B # 7 Exhibit 6C # 8 Exhibit 6D # 9 Exhibit 6E) (Patek, Barbara)

will be held on: 5/10/17 at 01:30 PM at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226

Dated: 4/7/17

                                      BY THE COURT

                                      Katherine B. Gullo, Clerk of Court
                                      U.S. Bankruptcy Court