UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION REGARDING HEARING ON MOTION OF THE DETROIT FIRE FIGHTERS ASSOCIATION, IAFF LOCAL 344 ("DFFA") FOR ENTRY OF AN ORDER ENFORCING THE NOVEMBER 30, 2015 GLOBAL SETTLEMENT BETWEEN THE DFFA AND THE CITY OF DETROIT RESOLVING THAT PORTION OF DFFA CLAIM NO. 2812 RELATED TO THE GRIEVANCE FILED ON BEHALF OF OF FIRE FIGHTER BRADLEY SMOLA AND REQUIRING SMOLA'S REINSTATMENT AND FOR RELATED RELIEF**

The City of Detroit, Michigan ("City") and the Detroit Fire Fighters Association ("DFFA"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On March 15, 2017, the DFFA filed the Motion for Entry of an Order Enforcing the November 30, 2015 Global Settlement Between the DFFA and the City of Detroit Resolving That Portion of DFFA Claim No. 2812 Related to the Grievance Filed on Behalf of Detroit Fire Fighter Bradley Smola and Requiring Smola's Reinstatement and for Related Relief [Doc. No. 11811] ("Motion").

2. On April 5, 2017, the City filed a response to the Motion. [Doc. No. 11837].

3. On April 7, 2017, the Court scheduled a hearing on the Motion for May 10, 2017 at 1:30 p.m.

4. The undersigned counsel for the City will be out of town on May 10, 2017. [Doc. No. 11841].

5. There is a previously scheduled hearing date in this bankruptcy case on May 24, 2017 at 1:30 p.m.

WHEREFORE, the Parties respectfully request that the Court enter an order in substantially the same form as the one attached as Exhibit 1 adjourning the hearing on the Motion to May 24, 2017 at 1:30 p.m.

STIPULATED AND AGREED TO ON APRIL 7, 2017:


LAW OFFICE OF BARBARA A. PATEK, P.L.C.

By: /s/ Barbara A. Patek
Barbara A. Patek, Esq. (P34666)
Law Office of Barbara A. Patek, P.L.C.
27 E. Flint Street, Suite 2
Lake Orion, Michigan 48362
Telephone: (248) 814-9470
pateklaw@gmail.com

Counsel for Detroit Fire Fighters Association

MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Counsel for the City of Detroit, Michigan

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER RESCHEDULING HEARING ON MOTION OF THE DETROIT FIRE FIGHTERS ASSOCIATION, IAFF LOCAL 344 ("DFFA") FOR ENTRY OF AN ORDER ENFORCING THE NOVEMBER 30, 2015 GLOBAL SETTLEMENT BETWEEN THE DFFA AND THE CITY OF DETROIT RESOLVING THAT PORTION OF DFFA CLAIM NO. 2812 RELATED TO THE GRIEVANCE FILED ON BEHALF OF OF FIRE FIGHTER BRADLEY SMOLA AND REQUIRING SMOLA'S REINSTATMENT AND FOR RELATED RELIEF**

Upon the Stipulation Regarding Hearing on Motion for Entry of an Order Enforcing the November 30, 2015 Global Settlement Between the DFFA and the City of Detroit Resolving That Portion of DFFA Claim No. 2812 Related to the Grievance Filed on Behalf of Detroit Fire Fighter Bradley Smola and Requiring Smola's Reinstatement and for Related Relief (Docket # __); and the Court being otherwise advised in the premises;

IT IS ORDERED THAT a hearing on the Motion for Entry of an Order Enforcing the November 30, 2015 Global Settlement Between the DFFA and the City of Detroit Resolving That Portion of DFFA Claim No. 2812 Related to the Grievance Filed on Behalf of Detroit Fire Fighter Bradley Smola and Requiring

Smola's Reinstatement and for Related Relief will be held on May 24, 2017 at 1:30 p.m. at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226.