UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable: Thomas J. Tucker |
| Debtor. | Chapter 9 |

_____/

**REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES**

Undersigned counsel requests that the Clerk of the Court remove his email address from receiving notices of electronic filing in the above-captioned case, as the motion pertaining to his clients in this matter has been resolved.

Respectfully submitted,

By: **/s/ Joseph Dedvukaj (P51335)**
Attorney for Murphy and Crowell
1277 West Square Lake Road
Bloomfield Hills, Michigan 48302
(248) 352-2110