## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF ADJOURNED HEARING

PLEASE TAKE NOTICE that the HEARING on 05/10/2017 at 1:30 pm to consider and act upon the following:

*11811* − Motion to Enforce Global Settlement re: Smola Grievance and DFFA Omnibus Claim (Claim No. 2812) Filed by Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 (Attachments: # 1 Exhibit 6 List of Exhibits # 2 Exhibit 6A Global Settlement − 1 of 4 # 3 Exhibit 6A − 2 of 4 # 4 Exhibit 6A − 3 of 4 # 5 Exhibit 6A − 4 of 4 # 6 Exhibit 6B # 7 Exhibit 6C # 8 Exhibit 6D # 9 Exhibit 6E) (Patek, Barbara)

is hereby adjourned to: 5/24/17 at 01:30 PM at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226

Dated: 4/7/17

                       BY THE COURT

                       Katherine B. Gullo, Clerk of Court
                       U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Michigan

In re:  
City of Detroit, Michigan  
    Debtor

Case No. 13-53846-tjt  
Chapter 9

## CERTIFICATE OF NOTICE

District/off: 0645-2     User: mvozn     Page 1 of 1     Date Rcvd: Apr 07, 2017  
                    Form ID: ntadjBK     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2017.  
cr          +Aaron D Bird,    47779 Fernwood , Apt. 14211,    Wixom, MI 48393-2608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2017 at the address(es) listed below:  
NONE.      TOTAL: 0