UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                                  Chapter 9

              Debtor.                              Judge Thomas J. Tucker
_____/

# ORDER REQUIRING THE CITY OF DETROIT TO FILE A BRIEF STATUS REPORT REGARDING UNRESOLVED OBJECTIONS TO CLAIMS OF "EMPLOYEE OBLIGATION CLAIMANTS"

      This case came before the Court for hearings, beginning with a hearing held on June 15, 2016, regarding numerous objections to claims filed by the City of Detroit. The claims relevant to this Order include the claims of numerous specific individuals (the "Adjourned Claims"), the hearings on which were adjourned to June 15, 2016 by previous Orders of the Court (Docket ## 10941, 11035, 11054, the "Adjournment Orders"). The names of the claimants involved are listed in the Court's Adjournment Orders. The City's objections to these Adjourned Claims are contained in the following numbered omnibus claim objections filed by the City:

1. Debtor's Twentieth Omnibus Objections to Certain Claims (Docket # 10776)
2. Debtor's Twenty-Third Omnibus Objections to Certain Claims (Docket # 10779)
3. Debtor's Twenty-Fifth Omnibus Objections to Certain Claims (Docket # 10781)
4. Debtor's Twenty-Eighth Omnibus Objections to Certain Claims (Docket # 10784)
5. Debtor's Twenty-Ninth Omnibus Objections to Certain Claims (Docket # 10785)
6. Debtor's Thirtieth Omnibus Objections to Certain Claims (Docket # 10786)
7. Debtor's Thirty-First Omnibus Objections to Certain Claims (Docket # 10787)
8. Debtor's Thirty-Second Omnibus Objections to Certain Claims (Docket # 10788)
9. Debtor's Thirty-Third Omnibus Objections to Certain Claims (Docket # 10789)
10. Debtor's Thirty-Fourth Omnibus Objections to Certain Claims (Docket # 10790)
11. Debtor's Thirty-Sixth Omnibus Objections to Certain Claims (Docket # 10811)
12. Debtor's Thirty-Seventh Omnibus Objections to Certain Claims (Docket # 10812)

(These claim objections are collectively referred to in this Order below as the "City's Omnibus Claim Objections").

      Confirming certain action taken during the June 15, 2016 hearing, and for reasons stated by the Court on the record during the hearing, the Court entered an Order on June 16, 2016 (Docket # 11293, the "June 16 Order"), stating that with respect to the Adjourned Claims, the City's Omnibus Claim Objections were then submitted for decision by the Court. The June 16 Order also stated that:

> The Court intends to issue a written ruling after the Court learns
> whether or not the pending proposed settlement is finalized of the
> City's objections to the omnibus claims filed by the American

Federation of State and County Municipal Employees and the
Detroit Coalition of Unions.

(June 16 Order at 2.)

Certain additional claims were added to the list of claims to be treated in the same way as the Adjourned Claims, in two other orders entered by the Court on June 16, 2016 (Docket ## 11291, 11292). These concerned certain claims covered by the City's Forty-Fourth and Forty-Fifth Omnibus Objections to Claims (Docket ## 11162, 11163). Another claim (that of Renee Tillman, Claim number 2482, whose claim was objected to as part of the City's Forty-Fifth Omnibus Objections) was added to the list by the Court's Order filed June 20, 2016 (Docket # 11301 at ¶ 2). Another claim (that of Stephanie Crews, Claim number 3072) was added to the list by the Court's Order filed September 9, 2016 (Docket # 11536 at ¶ 6). Additional claims were added to the list by the Court's Order filed June 24, 2017 (Docket # 11316 at ¶ 2.)

All of these unresolved claims fall under the label of claims of "Employee Obligation Claimants," as that term is used in the City's Supplemental Brief filed at Docket # 11102. The Court intends to issue a written ruling regarding the City's objections to these unresolved claims. To facilitate the Court's consideration and preparation of such written ruling, and to make sure the Court has a single, up to date list of all unresolved claims of such "Employee Obligation Claimants," the Court will require the City to file such a list. Accordingly,

IT IS ORDERED that no later than April 28, 2017, the City must file a brief status report that lists all of the claims that the City has objected to, of individuals who are "Employee Obligation Claimants," and whose claims have not yet been resolved by Order or otherwise by agreement. The list should group these claims by Omnibus Claim Objection number.

**Signed on April 14, 2017**     /s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**