# EXHIBIT B

Date: August 2, 2016

To: David M. Peltz
Administrative Law Judge
Michigan Administrative Hearing System
3026 W. Grand Blvd., Suite 2-700
Detroit, MI 48202

RE: Case No.: C10 F-144
Case No.: C10 C-060

Fax: 313-456-3681

From: Partho Ghosh, MS, PE
President
Association of Municipal Engineers (AME)
WWTP, NAB, Room # 420
9300 W. Jefferson
Detroit, MI 48209

cc: John R. Runyan
Steven Schwartz

**TOTAL 4 PAGES INCLUDING THIS PAGE**

Please acknowledge the receipt of this FAX by emailing to ghoshpartho@hotmail.com

## STATE OF MICHIGAN
## MICHIGAN ADMINISTRATIVE HEARING SYSTEM

IN THE MATTER OF:

Detroit, City of,
    Respondent

v.

Association of Municipal Engineers,
Charging Party

Docket No.: 10-000075-MERC

Case No.:   C10 F-144

Agency:    Michigan Employment
              Relations Commission

Case Type: MERC Unfair Labor
              Practice

### ORDER REGARDING INACTIVE CASE FILE

TO: Association of Municipal Engineers

Our records indicate that this case has been in inactive status for some time. As Charging Party, if you wish to proceed with this matter, please notify the Administrative Law Judge in writing within twenty-one (21) days. If you want the matter to remain in inactive status, you must provide a specific reason in writing and contact the other side and indicate whether or not they agree with your request.

If our office does not receive a written response by August 19, 2016, an Order closing the case will be issued.

DATED: 7/29/2016

_David M. Peltz_
**David M. Peltz**
**ADMINISTRATIVE LAW JUDGE**
Direct correspondence to the ALJ at:
Michigan Administrative Hearing System
3026 W. Grand Boulevard
2nd Floor Annex, Suite 2-700
Detroit, Michigan 48202
Phone: 313.456.2713
FAX: 313.456.3681

COPY TO:
  Partho Ghosh
  John R. Runyan
  Lamont Satchel
  Steven Schwartz

10-000075

## STATE OF MICHIGAN
## MICHIGAN ADMINISTRATIVE HEARING SYSTEM

IN THE MATTER OF:

Detroit, City of,
Respondent

v

Association of Municipal Engineers,
Charging Party

Docket No.: 10-000074-MERC

Case No.: C10 C-060

Agency: Michigan Employment
Relations Commission

Case Type: MERC Unfair Labor
Practice

## ORDER REGARDING INACTIVE CASE FILE

TO: Association of Municipal Engineers

Our records indicate that this case has been in inactive status for some time. As Charging Party, if you wish to proceed with this matter, please notify the Administrative Law Judge in writing within twenty-one (21) days. If you want the matter to remain in inactive status, you must provide a specific reason in writing and contact the other side and indicate whether or not they agree with your request.

If our office does not receive a written response by August 19, 2016, an Order closing the case will be issued.

DATED: 7/29/2016

_David M. Peltz_

David M. Peltz
**ADMINISTRATIVE LAW JUDGE**
Direct correspondence to the ALJ at:
Michigan Administrative Hearing System
3026 W. Grand Boulevard
2nd Floor Annex, Suite 2-700
Detroit, Michigan 48202
Phone: 313.456.2713
FAX: 313.456.3681

COPY TO:
John R. Runyan
Lamont Satchel
Steven Schwartz
Partho Ghosh

10-000074

## STATE OF MICHIGAN
## MICHIGAN ADMINISTRATIVE HEARING SYSTEM

**IN THE MATTER OF:**

**Detroit, City of,**
    **Respondent**

**v**

**Association of Municipal Engineers,**
    **Charging Party**

                           /

**Docket No.: 10-000074-MERC**

**Case No.:**   **C10 C-060**

**Agency:**   **Michigan Employment**
                  **Relations Commission**

**Case Type: MERC Unfair Labor**
                        **Practice**

### ORDER REGARDING INACTIVE CASE FILE

**TO:** Association of Municipal Engineers

Our records indicate that this case has been in inactive status for some time. As Charging Party, if you wish to proceed with this matter, please notify the Administrative Law Judge in writing within twenty-one (21) days. If you want the matter to remain in inactive status, you must provide a specific reason in writing and contact the other side and indicate whether or not they agree with your request.

If our office does not receive a written response by August 19, 2016, an Order closing the case will be issued.

**DATED: 7/29/2016**

*David M. Peltz*

                              David M. Peltz
                **ADMINISTRATIVE LAW JUDGE**
COPY TO:               Direct correspondence to the ALJ at:
  John R. Runyan       Michigan Administrative Hearing System
  Lamont Satchel            3026 W. Grand Boulevard
  Steven Schwartz         2nd Floor Annex, Suite 2-700
  Partho Ghosh               Detroit, Michigan 48202
                                Phone: 313.456.2713
                                FAX: 313.456.3681

10-000074

## STATE OF MICHIGAN
## MICHIGAN ADMINISTRATIVE HEARING SYSTEM

| | |
|---|---|
| **IN THE MATTER OF:** | **Docket No.: 10-000075-MERC** |
| **Detroit, City of,**<br>**Respondent** | **Case No.:** **C10 F-144** |
| **v** | **Agency:** **Michigan Employment Relations Commission** |
| **Association of Municipal Engineers,**<br>**Charging Party** | **Case Type:** **MERC Unfair Labor Practice** |

### ORDER REGARDING INACTIVE CASE FILE

**TO:** Association of Municipal Engineers

Our records indicate that this case has been in inactive status for some time. As Charging Party, if you wish to proceed with this matter, please notify the Administrative Law Judge in writing within twenty-one (21) days. If you want the matter to remain in inactive status, you must provide a specific reason in writing and contact the other side and indicate whether or not they agree with your request.

If our office does not receive a written response by August 19, 2016, an Order closing the case will be issued.

**DATED:** 7/29/2016

David M. Peltz
**David M. Peltz**
**ADMINISTRATIVE LAW JUDGE**
Direct correspondence to the ALJ at:
Michigan Administrative Hearing System
3026 W. Grand Boulevard
2nd Floor Annex, Suite 2-700
Detroit, Michigan 48202
Phone: 313.456.2713
FAX: 313.456.3681

COPY TO:
Partho Ghosh
John R. Runyan
Lamont Satchel
Steven Schwartz

10-000075