# EXHIBIT E

# James M. McArdle

**From:** Steven H. Schwartz <steven@shslawyers.com>
**Sent:** Wednesday, February 08, 2017 12:25 PM
**To:** John Runyan; Partho Ghosh
**Cc:** Peltz, David (LARA); Stern, Julia (LARA); James M. McArdle; Richardo I. Kilpatrick
**Subject:** AME Cases Pending Before MERC

This is in response to Judge Stern's January 30, 2017 letter to Mr. Ghosh regarding Case C11 E-111. In that letter, she alludes to Case C10 C-60, an AME case pending before Judge Peltz. In our October 14, 2016 email (Subject: MERC cases subject to Bankruptcy Court Order), we attached the Bankruptcy Court's October 14, 2016 Order and asserted that MERC Cases No. C10 C-060/C10 F-144 are barred by that Order.

If AME does not voluntarily dismiss its Unfair Labor Practice Charges in Case No. C11 E-111 and Case No. C10 C-60/C10 F-144, by Wednesday, February 15, 2017, DWSD will file an objection in front of the U. S. Bankruptcy Court to these Unfair Labor Practice Charges and will ask the Court to award attorney's fees and sanctions against AME and Mr. Runyan, if he represents AME in any of those cases.

Steven H. Schwartz
26555 Evergreen Road, Suite 1240
Southfield, MI 48076
Email: steven@shslawyers.com
Phone: (313) 965-8919
Fax: (313) 965-4480
Cell: (313) 590-3395