# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | : | |
|---|---|---|
| In re | : | Chapter 9 |
| | : | |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| | : | |
| Debtor | : | Judge Thomas J. Tucker |

### CITY OF DETROIT'S STATUS REPORT REGARDING UNRESOLVED OBJECTIONS TO CLAIMS OF EMPLOYEE OBLIGATION CLAIMANTS

The City of Detroit ("City") submits this Status Report Regarding Unresolved Objections to Claims of "Employee Obligation Claimants" pursuant to the Court's Order Requiring the City of Detroit to File a Brief Status Report Regarding Unresolved Objections to Claims of "Employee Obligation Claimants" [Doc. No. 11849] ("Status Report Order").

Pursuant to the terms of the Status Report Order, attached as **Exhibit 1**, is a chart ("Chart") listing all of the claims that the City has objected to, of individuals who are "Employee Obligation Claimants," and whose claims have not yet been resolved by Order or otherwise by agreement. The Chart groups these claims by Omnibus Claim Objection number.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
Jonathan S. Green (P33140)
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Counsel for the City of Detroit, Michigan

Dated: April 28, 2017

# **EXHIBIT 1**

| Claimant | Claim No(s). | Omnibus Objection No. |
|---|---|---|
| Enos P. Walker | 2610 | 20 |
| Sheila Pennington | 3249 | 25 |
| Althea F. Phillips | 2325 | 28 |
| Dinah Bolton | 3522 | 28 |
| Andre R. Canty | 2096 | 28 |
| Antonio Domingo Ratliff | 3131 | 28 |
| Benjamin Hogue | 2598 | 28 |
| Carmelita Brown Bullock | 1654 | 28 |
| Da'Nean Brooks | 3383 | 28 |
| Eddie Greer | 2536 | 29 |
| Harriett Cook | 1893 | 29 |
| Charles Huskey | 3402 | 29 |
| Corey Thomas | 1829 | 29 |
| Craig Steele | 3411 | 29 |
| Damon Osley | 3391, 3443 | 29 |
| Daris Howard | 2501 | 29 |
| Deirdre Green | 1894, 1896 | 29 |
| John Johnson | 1686 | 30 |
| Joseph Fields | 3482 | 30 |
| Kahlil Felder | 2743 | 30 |
| Kanard McClain | 3379 | 30 |
| Kathy L McCaskill | 1809 | 30 |
| Kevin Washington | 1996 | 31 |
| LaTonya Pennington | 2738, 2749, 2741, 2745 | 31 |
| Natalie Clemons | 1741, 2102, 2060, 2061, 2074 | 32 |
| Michael Cooper | 1979 | 32 |

| Claimant | Claim No(s). | Omnibus Objection No. |
|---|---|---|
| Roderick French | 2842 | 33 |
| Stephanie Hogue | 3215, 3216, 3168 | 33 |
| Vetonia Dorch | 1985 | 33 |
| Ronald Leapheart | 2001 | 33 |
| Sharon K. Jordan | 1817 | 33 |
| | | |
| Teulaina Richardson | 3214 | 34 |
| | | |
| Natalie Clemons | 1956, 2079 | 36 |
| Francine Duncan-Martin | 3144 | 36 |
| Aldrina Thomas | 2319 | 36 |
| Dwayne A. Brown | 2997 | 36 |
| JaJuan Moore | 2098 | 36 |
| Lenetta Walker | 2898 | 36 |
| Janice Clarke | 3467 | 36 |
| Lucille Pasha | 2077, 2084 | 36 |
| | | |
| Sarah McCrary | 3122 | 37 |
| Ronald Branam Sr. | 3438 | 37 |
| | | |
| Henry Wolfe III | 2258 | 44 |
| James Capizzo | 3193 | 44 |
| Gerald Moore | 2831 | 44 |
| | | |
| Renee Tillman | 2482 | 45 |
| Stephanie Crews | 3072 | 45 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| Debtor | : | Judge Thomas J. Tucker |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 28, 2017, he filed the foregoing ***CITY OF DETROIT'S STATUS REPORT REGARDING UNRESOLVED OBJECTIONS TO CLAIMS OF EMPLOYEE OBLIGATION CLAIMANTS*** using the Court's CM/ECF system, which will provide notice of the filing to all registered participants in this matter.

> By: /s/ Marc N. Swanson
> Marc N. Swanson
> 150 West Jefferson, Suite 2500
> Detroit, Michigan 48226
> Telephone: (313) 496-7591
> Facsimile: (313) 496-8451
> swansonm@millercanfield.com

Dated: April 28, 2017