UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | : | |
|---|---|---|
| In re | : | Chapter 9 |
| | : | |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| | : | |
| Debtor | : | Judge Thomas J. Tucker |

### ORDER GRANTING THE *EX PARTE* MOTION OF THE CITY OF DETROIT FOR A FIFTH EXTENSION OF THE CLAIMS OBJECTION BAR DATE

Upon consideration of the City's *Ex Parte* Motion for a Fifth Extension of the Claims Objection Bar Date, dated April 28, 2017 (Docket # 11856, the "Motion"),[1] seeking entry of an order extending the Claims Objection Bar Date through and including December 7, 2017; and this Court having jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the City, and its creditors; and it appearing that the Motion can be considered and this Order granted on an *ex parte* basis under Local

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Rule 9006-1 and that no prior notice of the Motion or the entry of this Order need be given; and the Court finding just cause for the relief granted herein;

IT IS ORDERED that:

1. The Motion is granted.

2. The Claims Objection Bar Date, as set forth in the Plan, including the deadline for the City to object to claims, is extended from June 7, 2017 through and including December 7, 2017.

3. This Order is without prejudice to the rights of the City to request a further extension of the Claims Objection Bar Date.

4. This Court will retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order.

.

**Signed on April 28, 2017**

                                     /s/ Thomas J. Tucker
                                     Thomas J. Tucker
                                     United States Bankruptcy Judge