# ASSOCIATION OF MUNICIPAL ENGINEERS

Water Resource Recovery Facility  
New Administration Building, Room # 420

9300 West Jefferson Avenue  
Detroit, MI 48209

May 8, 2017

United States Bankruptcy Court  
211 W. Fort Street  
Detroit, MI 48226

RE:     Case No. 13-53846  
          Docket No. 11853 *[handwritten: RESPONSE TO]*  
          City of Detroit Water and Sewerage Department's Motion for Order to Show Cause Against The Association of Municipal Engineers, the Association of Detroit Engineers, The Sanitary Chemists and Technicians Association and John Runyan and Motion for Sanctions against The Association of Municipal Engineers and John Runyan for Violation of the Discharge Injunction

Honorable Judge Tucker:

Mr. Kilpatrick's April 19, 2017 Motion that states, "City of Detroit Water and Sewerage Department's Motion for Order to Show Cause against The Association of Municipal Engineers, the Association of Detroit Engineers, The Sanitary Chemists and Technicians Association and John Runyan and Motion for Sanctions against The Association of Municipal Engineers and John Runyan for Violation of the Discharge Injunction" was filed with the court.

This Motion, as well as, no previous Motion/correspondence was officially served to AME by Mr. Kilpatrick as of this writing. The Association of Municipal Engineers (AME) came to know about the subject Motion from Mr. Runyan on May 3, 2017.

Upon receipt formal notification from Mr. Kilpatrick followed by the court's request to respond to the Motion, AME will begin reviewing the matter. Please note that during the month of May 2017, I shall be away from work for two weeks. Therefore, additional time would be required to provide a meaningful response.

During the digital era, if appropriate, providing email information for future electronic communication would be helpful.

Sincerely,

*[signature]*

Partho Ghosh, MS, PE  
President  
Association of Municipal Engineers (AME)  
Phone: 313-297-5921  
email: partho.ghosh@glwater.org

*[FILED stamp: 2017 MAY -8 A 11:57 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT]*

cc:     Richardo I. Kilpatrick (via email at ecf@kaalaw.com)

13-53846-tjt    Doc 11859    Filed 05/08/17    Entered 05/08/17 12:05:54    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: CITY OF DETROIT

CASE NO: 13-53846
CHAPTER: ___

Debtor.
_____/

DOCKET # 11853

## CERTIFICATE OF SERVICE

I hereby certify that on 5-9-17 (date of mailing), I served copies as follows:

1. Document(s) served: RESPONSE TO $ MOTION FOR ORDER TO SHOW CAUSE AGAINST AME

2. Served upon [name and address of each person served]:

    By E-MAIL

3. By First Class Mail.

Dated: 5-9-17

(Signature)

Print Name: VINOD SHARMA

FILED 2017 MAY -8 A 11:57 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

_____
(Signature of Co-Debtor)

Print Name: _____