# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER APPROVING STIPULATION FOR ORDER EXTENDING THE DEADLINE FOR THE ADE, SCATA and RUNYAN TO RESPOND TO DWSD'S MOTION FOR ORDER TO SHOW CAUSE AGAINST THE ASSOCIATION OF DETROIT ENGINEERS, THE SANITARY CHEMISTS AND TECHNICIANS ASSOCIATION AND JOHN RUNYAN AND MOTION FOR SANCTIONS AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND JOHN RUNYAN FOR VIOLATION OF THE DISCHARGE INJUNCTION

This case is before the Court on the stipulation filed on May 8, 2017 (Docket # 11863, the "Stipulation"), for the entry of an order extending the deadline for the Association of Detroit Engineers ("ADE"), the Sanitary Chemists and Technicians Association ("SCATA") and John Runyan to Respond to the Detroit Water & Sewerage Department's Show Cause Motion (Docket # 11853). The Court finds good cause for entry of this Order.

IT IS ORDERED that the deadline for ADE, SCATA and Runyan to respond to the Detroit Water & Sewerage Department's Show Cause Motion (Docket # 11853) is extended to and including May 12, 2017.

**Signed on May 09, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge