UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                    Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                               Chapter 9

        Debtor.                                                         Judge Thomas J. Tucker
_____/

**ORDER SETTING DEADLINE BY WHICH THE DETROIT FIRE FIGHTERS ASSOCIATION, IAFF LOCAL 344 ("DFFA") MUST FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION FOR AN ORDER ENFORCING THE NOVEMBER 30, 2015 GLOBAL SETTLEMENT, ETC. (DOCKET # 11811)**

      This case is before the Court on the DFFA's motion for entry of an order enforcing the November 30, 2015 global settlement between the DFFA and the City of Detroit (Docket #11811, the "Motion). The City of Detroit filed a response to the Motion (Docket #11837). A hearing on the Motion is currently scheduled for May 24, 2017 at 1:30 pm.

      L.B.R. 9014-1(f) (E.D. Mich.) states that: "[a] reply brief of not more than seven pages in length, including footnotes and signatures, may be filed and served not less than three Business Days before the hearing on the motion." With respect to the DFFA's Motion, the Court will vary the usual procedure under L.B.R. 9014-1(f) in the following ways.

      IT IS ORDERED that the DFFA must file a reply brief in support of the Motion, and must do so no later than May 18, 2017.

.

**Signed on May 11, 2017**

                                                                    /s/ Thomas J. Tucker
                                                                    Thomas J. Tucker
                                                                    United States Bankruptcy Judge