UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION FOR A SECOND ORDER EXTENDING THE DEADLINE FOR THE ADE, SCATA and RUNYAN TO RESPOND TO DWSD'S MOTION FOR ORDER TO SHOW CAUSE AGAINST THE ASSOCIATION OF DETROIT ENGINEERS, THE SANITARY CHEMISTS AND TECHNICIANS ASSOCIATION AND JOHN RUNYAN AND MOTION FOR SANCTIONS AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND JOHN RUNYAN FOR VIOLATION OF THE DISCHARGE INJUNCTION**

This case is before the Court on the stipulation filed on May 12, 2017 (Docket # 11868, the "Stipulation"), for the Entry of a second order extending the deadline for the Association of Detroit Engineers ("ADE"), the Sanitary Chemists and Technicians Association ("SCATA") and John Runyan ("Runyan") to Respond to the Detroit Water & Sewerage's Show Cause Motion (Docket # 11853). The Court finds good cause to enter this Order .

IT IS ORDERED THAT the deadline for ADE, SCATA and Runyan to respond to the Detroit Water & Sewerage's Show Cause Motion (Docket # 11853) is extended to and including May 16, 2017.

.

**Signed on May 12, 2017**

Signed on May 12, 2017

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge