UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATED ORDER ADJOURNING HEARING AND EXTENDING DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF MOTION OF THE DETROIT FIRE FIGHTERS ASSOCIATION, IAFF LOCAL 344 ("DFFA") FOR ENTRY OF AN ORDER ENFORCING THE NOVEMBER 30, 2015 GLOBAL SETTLEMENT, ETC.**

This case is before the Court on the stipulation filed on May 15, 2017 (Docket # 11870), for an adjournment of the hearing on, and extending the deadline to file a reply brief in support of, the Motion of the Detroit Fire Fighters Association, IAFF Local 344 ("DFFA") for Entry of an Order Enforcing the November 30, 2015 Global Settlement Between the DFFA and the City of Detroit resolving That Portion of DFFA Claim No. 2812 Related to the Grievance Filed on Behalf of Detroit Fire Fighter Bradley Smola and Requiring Smola's Reinstatement and for Related Relief (Docket # 11811, the "Motion"). The Court finds good cause to enter this Order.

IT IS ORDERED THAT the hearing on the Motion, currently scheduled for May 24, 2017 at 1:30 p.m., is adjourned to **June 21, 2017 at 1:30 p.m.**

IT IS FURTHER ORDERED that the deadline for the DFFA to file its reply in support of the Motion is extended through and including June 15, 2017.

**Signed on May 15, 2017**

                                                 /s/ Thomas J. Tucker
                                                 Thomas J. Tucker
                                                 United States Bankruptcy Judge