# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.

Bankruptcy Case No. 13-53846

Honorable Thomas J. Tucker

Chapter 9

## STIPULATION TO ADJOURN HEARING DATE AND RESPONSE DEADLINE FOR OBJECTION TO CLAIM 2372

This matter comes before the Court upon stipulation of counsel. Counsel have stipulated to adjourn the hearing date and the response deadline for the Objection filed April 19, 2017 [Docket No. 11851]. This matter is currently set for hearing on Wednesday, May 24, 2017 and the response deadline is May 17, 2017. Counsel have agreed to adjourn the dates as follows:

    Hearing Date:    06/21/17 @ at 1:30 p.m. Courtroom 1925

    Creditors' Response Deadline:  06/14/17

SO STIPULATED:

| LIDDLE & DUBIN, P.C. | DYKEMA GOSSETT PLLC |
|---|---|
| By: */s/Laura L. Sheets (w/consent)*<br>Laura L. Sheets (P63270)<br>Attorney for Plaintiffs<br>975 E. Jefferson Avenue<br>Detroit, Michigan 48207<br>(313) 392-0015<br>lsheets@ldclassaction.com | By: */s/Kelly R. Houk*<br>Kelly R. Houk (P77666)<br>Kathryn J. Humphrey (P32351)<br>Samuel R. Simkins (P81210)<br>Attorneys for City of Detroit<br>400 Renaissance Center<br>Detroit, MI 48243<br>(313) 568-6848<br>khouk@dykema.com<br>khumphrey@dykema.com<br>ssimkins@dykema.com |

Dated: May 16, 2017