UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

**STIPULATION TO ADJOURN HEARING DATE AND RESPONSE DEADLINE FOR OBJECTION TO CLAIM 2374**

This matter comes before the Court upon stipulation of counsel. Counsel have stipulated to adjourn the hearing date and the response deadline for the Objection filed April 19, 2017 [Docket No. 11850]. This matter is currently set for hearing on Wednesday, May 24, 2017 and the response deadline is May 17, 2017. Counsel have agreed to adjourn the dates as follows:

Hearing Date: 06/21/17 @ at 1:30 p.m. Courtroom 1925

Creditors' Response Deadline: 06/14/17

SO STIPULATED:

| LIDDLE & DUBIN, P.C. | DYKEMA GOSSETT PLLC |

By: */s/Laura L. Sheets (w/consent)*
   Laura L. Sheets (P63270)
   Attorney for Plaintiffs
   975 E. Jefferson Avenue
   Detroit, Michigan 48207
   (313) 392-0015
   lsheets@ldclassaction.com

By: */s/Kelly R. Houk*
   Kelly R. Houk (P77666)
   Kathryn J. Humphrey (P32351)
   Samuel R. Simkins (P81210)
   Attorneys for City of Detroit
   400 Renaissance Center
   Detroit, MI 48243
   (313) 568-6848
   khouk@dykema.com
   khumphrey@dykema.com
   ssimkins@dykema.com

Dated: May 16, 2017