# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>　　Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER TO ADJOURN HEARING DATE AND EXTEND RESPONSE DEADLINE FOR THE CITY OF DETROIT'S OBJECTION TO CLAIM NO. 2372 (DOCKET # 11851)

This case is before the Court on the stipulation filed on May 16, 2017 (Docket # 11874) to adjourn the hearing date and extend the response deadline for the City of Detroit's Objection filed April 19, 2017 (Docket # 11851, the "Objection"), and the Court being duly advised in the premises;

IT IS ORDERED that the hearing on the Objection, currently scheduled for May 24, 2017 at 1:30 p.m., is adjourned to **June 21, 2017 at 1:30 p.m.**

IT IS FURTHER ORDERED that the claimant's deadline to file a response to the Objection is extended, through June 14, 2017.

.

**Signed on May 16, 2017**

　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas J. Tucker
　　　　　　　　　　　　　　　　　　　　　　Thomas J. Tucker
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge