UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

Debtor.

Case No. 13-53846

Judge Thomas J. Tucker

Chapter 9

## ORDER TO ADJOURN HEARING DATE AND EXTEND RESPONSE DEADLINE FOR THE CITY OF DETROIT'S OBJECTION TO CLAIM NO. 3067 (DOCKET # 11852)

This case is before the Court on the stipulation filed on May 16, 2017 (Docket # 11875) to adjourn the hearing date and extend the response deadline for the City of Detroit's Objection filed April 19, 2017 (Docket # 11852), the "Objection"), and the Court being duly advised in the premises;

IT IS ORDERED that the hearing on the Objection, currently scheduled for May 24, 2017 at 1:30 p.m., is adjourned to **June 21, 2017 at 1:30 p.m.**

IT IS FURTHER ORDERED that the claimant's deadline to file a response to the Objection is extended, through June 14, 2017.

.

**Signed on May 16, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge