# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT AND CITIMORTGAGE, INC. REGARDING RELIEF FROM THE PLAN INJUNCTION

Based on the stipulation filed on May 19, 2017, entitled "Stipulation By and Between the City of Detroit and CitiMortgage, Inc. Regarding Relief from the Plan Injunction" (Docket # 11880, the "Stipulation");[1] and the Court being otherwise advised in the premises;

IT IS ORDERED THAT:

1. To the extent the Plan Injunction prohibits Citi from filing the State Court Action, it is modified solely to permit Citi to initiate the State Court Action naming the City as a defendant; provided, however, and based on Citi's representations to the City, that (a) the only relief Citi will request against the City in the State Court Action (or otherwise) is the entry of an order vacating the Alley pursuant to MCL § 560.221 and 560.224a, and (b) Citi will not seek any monetary

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

damages or other legal or equitable relief against the City or its property in the State Court Action or otherwise.

2. The City reserves all rights, claims and defenses in the State Court Action.

3. This Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on May 19, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge