UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**City of Detroit, Michigan**

Debtor.

Bankruptcy Case No. 13-53846

Hon. Thomas J. Tucker

Chapter 9

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Courtney A. Krause of Garan Lucow Miller, P.C. hereby enters her appearance in the place of Thomas P. Christy, formerly of Garan Lucow Miller P.C., as counsel to creditor Berkshire Hathaway Assurance Corporation, and requests that all further pleadings and correspondence filed regarding this matter be sent to the undersigned.

GARAN LUCOW MILLER, P.C.

DATED: May 23, 2017

/s/ Courtney A. Krause
Courtney A. Krause (P70581)
1111 West Long Lake Road, Suite 300
Troy, Michigan 48098
(248) 641–7600
ckrause@garanlucow.com

Stipulated to by:

/s/ Thomas P. Christy
Thomas P. Christy (P55593)
Dean & Fulkerson
801 West Big Beaver, Suite 500
Troy, Michigan 48084
(248) 362–1300
tchristy@dflaw.com