UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**City of Detroit, Michigan**

Debtor.

Bankruptcy Case No. 13-53846

Hon. Thomas J. Tucker

Chapter 9

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 23, 2017, the Notice of Substitution of Counsel on behalf of creditor Berkshire Hathaway Assurance Corporation [Dkt No. 11882] was filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

GARAN LUCOW MILLER, P.C.

DATED: May 23, 2017

/s/ Courtney A. Krause
Courtney A. Krause (P70581)
1111 West Long Lake Road, Suite 300
Troy, Michigan 48098
(248) 641–7600
ckrause@garanlucow.com