# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND PARSONS BRINCKERHOFF MICHIGAN INC. RESOLVING CLAIM NUMBER 2328

The City of Detroit, Michigan ("City") and Parsons Brinckerhoff Michigan Inc. ("Claimant"; and collectively with the City, the "Parties") stipulate and agree as follows:

WHEREAS, on February 20, 2014, the Claimant filed proof of claim number 2328 in the amount of $829,567.58 ("Claim 2328");

WHEREAS, on October 22, 2014, the City filed its *Eighth Amended Plan of the Adjustment of Debts of the City of Detroit (October 22, 2014)* (the "Plan," Doc. No. 8045);

WHEREAS, the City has requested, and Claimant has provided, invoices to support the amount set forth in Claim 2328;

WHEREAS, the City is satisfied that the Claimant has sufficiently demonstrated the validity of Claim 2328;

NOW, THEREFORE, the Parties stipulate and agree that (1) Claim 2328 will be allowed as a Class 14 Other Unsecured Claim under the Plan in the amount of $829,567.58, and (2) the City's claims agent is authorized to update the claims register to reflect this.

**SO STIPULATED,**
**APPROVED AS TO FORM AND CONTENT:**

| May 22, 2017 | May **23**, 2017 |
|---|---|
| MILLER, CANFIELD, PADDOCK AND STONE, PLC | PARSONS BRINCKERHOFF MICHIGAN INC. |
| For the City of Detroit, Michigan | |
| By: /s/ Ronald A. Spinner<br>    Ronald A. Spinner (P73159)<br>    150 West Jefferson, Suite 2500<br>    Detroit, MI 48226<br>    (313) 496-7829<br>    spinner@millercanfield.com | By: _____<br>Edwin Tatem<br>Central Region Construction Services Manager<br>WSP Michigan Inc (Formerly WSP \| Parsons Brinckerhoff Inc.)<br>Guardian Building<br>500 Griswold Street, Suite 2600<br>Detroit, MI 48226<br>(313) 963-2813<br>Edwin.tatem@wsp.com |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## [PROPOSED] ORDER APPROVING THE STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND PARSONS BRINCKERHOFF MICHIGAN INC. RESOLVING CLAIM NUMBER 2328

This matter having come before the Court on the *Stipulation by and Between the City of Detroit, Michigan and Parsons Brinckerhoff Michigan Inc. Resolving Claim Number 2328*, the Court having reviewed the stipulation and being otherwise apprised of the matter, and there being good cause, NOW THEREFORE IT IS ORDERED THAT

1. The stipulation is approved to the extent set forth in this Order.

2. Claim number 2328 is allowed as a Class 14 Other Unsecured Claim in the amount of $829,567.58.

3. The City's claims agent is authorized to update the claims register accordingly.