UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING THE STIPULATION
BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN
AND PARSONS BRINCKERHOFF MICHIGAN INC.
RESOLVING CLAIM NUMBER 2328**

This case is before the Court on the stipulation filed on May 23, 2017 (Docket # 11884, the "Stipulation"), entitled *Stipulation by and Between the City of Detroit, Michigan and Parsons Brinckerhoff Michigan Inc. Resolving Claim Number 2328*, the Court having reviewed the Stipulation and being otherwise apprised of the matter, and there being good cause,

IT IS ORDERED THAT:

1. The Stipulation is approved to the extent of the relief set forth in this Order.

2. Claim number 2328 is allowed as a Class 14 Other Unsecured Claim in the amount of $829,567.58.

3. The City's claims agent is authorized to update the claims register accordingly.

.

**Signed on May 23, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge