UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN

Debtor.
_____/

Chapter 9

Hon. Thomas J. Tucker

Case No. 13-53846

## STIPULATION RESOLVING CITY OF DETROIT WATER & SEWERAGE DEPARTMENT'S MOTION FOR ORDER TO SHOW CAUSE AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS, THE ASSOCIATION OF DETROIT ENGINEERS, THE SANITARY CHEMISTS AND TECHNICIANS ASSOCIATION AND JOHN RUNYAN AND MOTION FOR SANCTIONS AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND JOHN RUNYAN FOR VIOLATION OF THE DISCHARGE INJUNCTION

NOW COMES, the City of Detroit Water and Sewerage Department ("DWSD"), by and through counsel, Kilpatrick & Associates, P.C., and the Association of Detroit Engineers ("ADE"), the Sanitary Chemists and Technicians Association ("SCATA") and John Runyan ("Runyan"), by and through counsel, Law Office of Barbara A. Patek, P.L.C., and stipulate to the entry of the attached Order Resolving the City of Detroit Water & Sewerage's Motion for Order to Show Cause Against the Association of Municipal Engineers, the Association of Detroit Engineers, the Sanitary Chemists and Technicians Association and John Runyan and Motion for Sanctions Against the Association of Municipal Engineers and John Runyan for Violation of the Discharge Injunction [Docket No. 11853]

(the "Show Cause Motion") as to ADE, SCATA and Runyan only, on the following basis:

**WHEREFORE,** Runyan, as authorized by and on behalf of ADE and SCATA, has withdrawn the Written Exceptions of Charging Parties to Decision and Recommended Order of Administrative Law Judge on Motion for Summary Disposition (the "Written Exceptions"), Exhibit F, Show Cause Motion [Docket No. 11853-6].

**WHEREFORE**, the Written Exceptions had been pending before the Michigan Employment Relations Commission ("MERC") and are the subject of the Show Cause Motion. A copy of the withdrawal of the Written Exceptions is attached hereto as **Exhibit A**;

**WHEREFORE**, ADE, SCATA and Runyan further acknowledge that the claims and charges that are the subject of the withdrawn Written Exceptions involved pre-petition claims that have been resolved in their entirety by this Court's prior rulings and Orders;

**WHEREFORE** ADE, SCATA and Runyan acknowledge that their prosecution of the withdrawn Written Exceptions and the claims and charges the Written Exceptions sought to enforce inadvertently and unintentionally collaterally conflicted with this Court's orders and the discharge provision and injunction set forth in the City's Plan of Adjustment [Confirmation Order, Docket No. 8272, Art.

III.D.4 and D.5, p. 50-51] and further agree to promptly take any further action necessary to facilitate the final dismissal of the charges and claims that were the subject of the withdrawn Written Exceptions;

**WHEREFORE** ADE and SCATA further acknowledge the discharge provision and injunction set forth in the City's Plan of Adjustment govern any pre-petition claims or causes of action held by SCATA or ADE and preclude SCATA and/or ADE from taking any further action against the DWSD in order to pursue any pre-petition labor matters;

**WHEREFORE**, Runyan, as authorized by and acting on behalf of ADE and SCATA, has provided MERC with notice of ADE and SCATA's intent to withdraw any other labor-related claims or charges pending that before MERC, that arose on or before July 18, 2013, the date the City of Detroit filed its chapter 9 bankruptcy petition (the "Pre-Petition Matters"). A copy of the notice of ADE and SCATA's intent to withdraw any Pre-Petition Matters has been filed with MERC and is attached to this Stipulation as Exhibit B;

**WHEREFORE**, ADE agrees that if is contacted by anyone, including MERC, seeking to proceed with or enforce any ADE Pre-Petition Matter, ADE will promptly provide the requesting individual with a copy of the Notice of Intent to Withdraw the ADE Pre-Petition Matters and will decline to pursue any such Pre-Petition Matter;

**WHEREFORE**, SCATA agrees that if it is contacted by anyone, including MERC, seeking to proceed with or enforce any SCATA Pre-Petition Matter, SCATA will promptly provide the requesting individual with a copy of the Notice of Intent to Withdraw Matters Pending as of the Petition Date and will decline to pursue any such Pre-Petition Matter;

**WHEREFORE** Runyan has withdrawn from representation of ADE and SCATA in connection with the Pre-Petition Matters;

**WHEREFORE**, Runyan does not represent the Association of Mechanical Engineers ("AME") in connection with any of the matters that are the subject of the Show Cause Motion as it pertains to AME.

Based upon these recitals, the parties stipulate to the entry of the attached Order resolving the Show Cause Motion.

[REST OF PAGE INTENTIONALLY LEFT BLANK]

STIPULATED AND AGREED TO ON MAY 12, 2017 BY:

| KILPATRICK & ASSOCIATES, P.C. | LAW OFFICES OF BARBARA A. PATEK, PLC |
|---|---|
| /s/ Richardo I. Kilpatrick<br>RICHARDO I. KILPATRICK (P35275)<br>Attorney for City of Detroit Water and Sewerage Department<br>615 Griswold, Suite 1708<br>Detroit, MI 48226<br>(313) 963-2581<br>ecf@kaalaw.com | /s/ Barbara A. Patek<br>BARABARA A. PATEK (P34666)<br>Attorney for Association of Detroit Engineers, Sanitary Chemists and Technicians Association and John Runyan<br>Law Office of Barbara A. Patek, PLC<br>27 E. Flint Street, Suite 2<br>Lake Orion, Michigan 48362-3220<br>248-814-9470<br>pateklaw@gmail.com |
| /s/ Steven H. Schwartz<br>STEVEN H. SCHWARTZ<br>Attorney for Detroit Water and Sewerage Department<br>26555 Evergreen Road, Suite 1240<br>Southfield, Michigan 48076<br>(313) 965-8919<br>Steven@shslawyers.com | JOHN RUNYAN<br><br>(P19763)<br>ASSOCIATION OF DETROIT ENGINEERS<br><br>_____<br>SHAKIL AHMED, President<br><br>SANITARY CHEMISTS AND TECHNICIANS ASSOCIATION<br><br>SAULIUS SIMOLIUNAS, President |