STIPULATED AND AGREED TO ON MAY 12, 2017 BY:

KILPATRICK & ASSOCIATES, P.C.

/s/ Richardo I. Kilpatrick
RICHARDO I. KILPATRICK (P35275)
Attorney for City of Detroit Water and
Sewerage Department
615 Griswold, Suite 1708
Detroit, MI 48226
(313) 963-2581
ecf@kaalaw.com


/s/    Steven H. Schwartz
STEVEN H. SCHWARTZ
Attorney for Detroit Water and
Sewerage Department
26555 Evergreen Road, Suite 1240
Southfield, Michigan 48076
(313) 965-8919
Steven@shslawyers.com

LAW OFFICES OF BARBARA A.
PATEK, PLC

/s/ Barbara A. Patek
BARABARA A. PATEK (P34666)
Attorney for Association of Detroit
Engineers, Sanitary Chemists and
Technicians Association and John
Runyan
Law Office of Barbara A. Patek, PLC
27 E. Flint Street, Suite 2
Lake Orion, Michigan 48362-3220
248-814-9470
pateklaw@gmail.com

JOHN RUNYAN


_____
(P19763)

ASSOCIATION OF DETROIT
ENGINEERS

_____
SHAKIL AHMED, President

SANITARY CHEMISTS AND
TECHNICIANS ASSOCIATION


_____
SAULIUS SIMOLIUNAS, President