# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN

Debtor.
_____/

Chapter 9

Judge Thomas J. Tucker

Case No. 13-53846

## ORDER RESOLVING CITY OF DETROIT WATER & SEWERAGE DEPARTMENT'S MOTION FOR ORDER TO SHOW CAUSE AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS, THE ASSOCIATION OF DETROIT ENGINEERS, THE SANITARY CHEMISTS AND TECHNICIANS ASSOCIATION AND JOHN RUNYAN AND MOTION FOR SANCTIONS AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND JOHN RUNYAN FOR VIOLATION OF THE DISCHARGE INJUNCTION

This case is before the Court on the stipulation, filed May 24, 2017 (Docket # 11889, the "Stipulation") of the City of Detroit Water and Sewerage Department (sometimes referred to in this Order as the "DWSD"), the Association of Detroit Engineers ("ADE"), the Sanitary Chemists and Technicians Association ("SCATA") and John Runyan ("Runyan"), seeking entry of an order resolving DWSD's Motion for Order to Show Cause, etc. (Docket # 11853, the "Show Cause Motion") as to ADE, SCATA, and Runyan only. Based on the Stipulation, and the Court finding good cause to enter this Order;

**IT IS ORDERED** that the Show Cause Motion is dismissed as to ADE, SCATA and Runyan without prejudice and without costs, fees or sanctions.

**IT IS FURTHER ORDERED** that ADE, SCATA and Runyan will promptly take any further action necessary to facilitate the final dismissal of the charges and claims that were the subject of the withdrawn Written Exceptions.

**IT IS FURTHER ORDERED** that if ADE and/or SCATA is contacted by anyone, including MERC, seeking to proceed with or enforce any labor-related matter that arose before the Petition Date (the "Pre-Petition Matter(s)"), ADE and/or SCATA, as applicable, will promptly provide the requesting individual or entity with a copy of the Notice of Intent to Withdraw Matters Pending as of the Petition Date and will decline to pursue any such Pre-Petition Matter.

**IT IS FURTHER ORDERED** that ADE, SCATA and John Runyan must not file any pleadings, charges, claims or written exceptions related to pre-petition claims involving the City of Detroit Water and Sewerage Department before MERC or before any other forum.

**IT IS FURTHER ORDERED** that in the event ADE, SCATA or John Runyan (a) file(s) a charge, claim or written exception related to pre-petition claims involving the City of Detroit Water and Sewerage Department or its successor in interest the Great Lakes Water Authority with MERC or in any other forum or (b) fails to take any other action required by this Order to dismiss matters pending in another forum, the City of Detroit Water and Sewerage Department and

its successor in interest the Great Lakes Water Authority may seek sanctions, attorneys' fees and costs for having to take action to enforce this Order.

**IT IS FURTHER ORDERED** that any post-petition labor-related matters between ADE or SCATA, on the one hand, and DWSD and/or the Great Lakes Water Authority, on the other, will proceed in the ordinary course under applicable non-bankruptcy law.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction for purposes of enforcement of this Order.

.

**Signed on May 24, 2017**

                                            /s/ Thomas J. Tucker
                                            Thomas J. Tucker
                                            United States Bankruptcy Judge