UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

| | |
|---|---|
| CITY OF DETROIT, MICHIGAN | CASE NO: 13-53846-TJT |
| | HON. THOMAS J. TUCKER |
| DEBTOR. | Chapter 9 |

**CERTIFICATION OF NO RESPONSE TO CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT'S MOTION FOR ORDER TO SHOW CAUSE AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS, THE ASSOCIATION OF DETROIT ENGINEERS, THE SANITARY CHEMISTS AND TECHNICIANS ASSOCIATION AND JOHN RUNYAN AND MOTION FOR SANCTIONS AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND JOHN RUNYAN FOR VIOLATION OF THE DISCHARGE INJUCTION**

**NOW COMES** the City of Detroit Water and Sewerage Department, by and through counsel, KILPATRICK & ASSOCIATES, P.C., and hereby states as follows:

1. On April 19, 2017, Kilpatrick & Associates, P.C., counsel for the City of Detroit Water and Sewerage Department, filed its Motion for Order to Show Cause Against the Association of Municipal Engineers, The Association of Detroit Engineers, the Sanitary Chemists and Technicians Association and John Runyan and Motion for Sanctions Against the Association of Municipal Engineers and John Runyan for Violation of the Discharge Injunction, Notice of Motion,

Proposed Order, Exhibits, and Proof of service with this Court and an employee of Kilpatrick & Associates, P.C, served copies of the Motion with Exhibits and the Notice of Requirement for Response on the, the Office of the U.S. Trustee, 211 West fort street, Suite 700 Detroit , MI, and by United States Mail Service to:

    Association of Municipal Engineers
    Detroit Water & Sewerage Department,
    New Administration Building, Room 420
    9300 West Jefferson
    Detroit, MI 48209
    Att: Partho Ghosh

    John Runyan
    Sachs, Waldman, P.C.
    2211 East Jefferson, Sujite 200
    Detroit, MI 48207

    Sanitary Chemist and Technician Association
    P.O. Box 530353
    Livonia MI 48153
    Attn: Saullius Simoliunas

    Association of Detroit Engineers
    P.O. Box 2241
    Detroit, MI 48321
    Attn: Sanjay Patel

    2. As of this date, no Objection or Request for Hearing has been filed regarding the Motion as to Association of Municipal Engineers only.

    3. More than twenty-one (21) days have passed since the service of said Motion and Notice of Motion.

**WHEREFORE**, Kilpatrick & Associates, P.C., prays this Court grant the Motion for Order to Show Cause Against the Association of Municipal Engineers, and Motion for Sanctions Against the Association of Municipal Engineers for Violation of the Discharge Injunction.

Respectfully submitted;

KILPATRICK & ASSOCIATES, P.C.,

By: */S/Richardo I. Kilpatrick*
　　RICHARDO I. KILPATRICK, ESQ. (P35275)
　　Attorneys for Detroit Water and Sewerage Dept
　　615 Griswold, Suite 1305
　　Detroit, MI 48226
　　(313) 963-2581
　　ecf@kaalaw.com

Dated: May 16, 2017

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

In re:

CITY OF DETROIT, MICHIGAN          Case No. 13-53846-TJT
         Hon. Thomas J. Tucker
        Debtor.          Chapter 9

_____/

## ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS, THE ASSOCIATION OF DETROIT ENGINEERS, THE SANITARY CHEMISTS AND TECHNICIANS ASSOCIATION AND JOHN RUNYAN AND MOTION FOR SANCTIONS AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND JOHN RUNYAN FOR VIOLATION OF THE DISCHARGE INJUNCTION

This matter having come before the Court on the Motion for an Order to Show Cause Against the Association of Municipal Engineers ("AME"), the Association of Detroit Engineers ("ADE") and the Sanitary Chemists and Technicians Association ("SCATA") and John Runyan and its Motion for Sanctions Against the Association of Municipal Engineers ("AME"), and John Runyan, due notice having been provided and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Motion is granted;

**IT IS FURTHER ORDERED** that the Association of Michigan Engineers shall appear and show cause why they should not be held in contempt.

**IT IS FURTHER ORDERED** that sanctions will be awarded to the Detroit Water and Sewerage Department and against the Association of Michigan Engineers in an amount to be determined by the Court at a hearing to be scheduled after entry of this Order.

**IT IS FURTHER ORDERD** that a Hearing is scheduled for _____ at _____ .