UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER *DENYING* CITY OF DETROIT'S JUNE 1, 2017**
**MOTION FOR AN ORDER SHORTENING NOTICE AND SCHEDULING**
**AN EXPEDITED HEARING**

This case is before the Court on the *City Of Detroit's Ex Parte Motion for an Order Shortening Notice and Scheduling an Expedited Hearing on the City of Detroit's Motion for (I) Determination That Courtney D. Payton Willfully Violated This Court's Order Granting Motion to Enforce, Entered at Docket Number 10743, and (II) Awarding Compensatory and Punitive Sanctions* (Docket # 11895, the "Expedited Hearing Motion"). The Court finds that the Expedited Hearing Motion does not establish good cause to shorten the normal notice period or to hold an expedited hearing. Accordingly,

IT IS ORDERED that the Expedited Hearing Motion (Docket # 11895) is denied.

.

**Signed on June 02, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge