UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                  Chapter 9

City of Detroit, Michigan,                              Case No. 13-53846

    Debtor.                                          Hon. Thomas J. Tucker

_____/

## CERTIFICATE OF SERVICE

I, Lydia Pastor Nino, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On June 2, 2017, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- **Opinion and Order Sustaining the City of Detroit's Objections to the Claims of "Employee Obligation Claimants"** [Docket No. 11897]

Dated: June 2, 2017

                                                  /s/ Lydia Pastor Nino
                                                Lydia Pastor Nino
                                                KCC
                                                2335 Alaska Ave
                                                El Segundo, CA 90245

# **EXHIBIT A**

**Exhibit A**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Aldrina Thomas | Mrs. Aldrina Thomas | 18906 Gainsborough Road | | | Detroit | MI | 48223 |
| Althea F. Phillips | | 4218 Monterey St | | | Detroit | MI | 48204 |
| Andre R. Canty | | 31410 John R Road Apt 109 | | | Madison Heights | MI | 48071 |
| Antonio D. Ratliff | | 5085 Fischer | | | Detroit | MI | 48213 |
| Benjamin J. Hogue Jr. | | 19983 St. Aubin Street | | | Detroit | MI | 48234 |
| Bolton, Dinah L | | 20230 Fenelon Street | | | Detroit | MI | 48234 |
| Brooks, Danean | | 1403 18Th Street | | | Detroit | MI | 48216 |
| Brooks, Danean | Green Law Group PLC | Anthony Greene | 2232 S Main Ste 438 | | Ann Arbor | MI | 48103 |
| Carmelita J. Brown - Bullock | | 27901 Independence St. Apt # 201F | | | Farmington Hills | MI | 48336 |
| Charles Huskey | | 10605 Beaconsfield | | | Detroit | MI | 48224 |
| Corey Thomas | | 14715 Murthum Ave | | | Warren | MI | 48088 |
| Craig D. Steele | | 27301 Cranford Lane | | | Dearborn | MI | 48127 |
| Damon L Osley | | 19306 Ilene | | | Detroit | MI | 48221 |
| Damon Osley | | 19306 Ilene | | | Detroit | MI | 48221 |
| Daris Howard | | 2204 Hyde Park | | | Detroit | MI | 48207 |
| Deirdre Green | | 29662 Clarita St. | | | Livonia | MI | 48152 |
| Deirdre Green | Deirdre Green | | 3856 Rivard | | Detroit | MI | 48207 |
| Dwayne A Brown | | 9302 Appleton | | | Redford | MI | 48239 |
| Dwayne A Brown | Dwayne A Brown | Delivery Driver | City of Detroit - Dept of Transportation | 1301 E Warren | Detroit | MI | 48207 |
| Eddie Greer | Eddie D. Greer | 9438 Queen St | | | Detroit | MI | 48213 |
| Enos Philip Walker | | 3717 Chatsworth St | | | Detroit | MI | 48224 |
| Francine M. Duncun-Martin | | 19015 Elsmere | | | Eastpointe | MI | 48021 |
| Gerald Moore | | 15902 Normandy | | | Detroit | MI | 48238 |
| Greene Law Group, PLC | Anthony Greene | 2232 S. Main Street, Suite 438 | | | Ann Arbor | MI | 48103 |
| Harriet A. Cook | | 26305 W. 7 Mile Rd #102 | | | Redford | MI | 48240 |
| Henry Wolfe III | | 18507 Ohio | | | Detroit | MI | 48221 |
| JaJuan Moore | | 3873 Rohns | | | Detroit | MI | 48214 |
| James F. Capizzo | | 863 Venoy | | | Madison Heights | MI | 48071 |
| Janice E. Clarke | | 18665 Gainsborough | | | Detroit | MI | 48223 |
| Janice E. Clarke | Janice E. Clarke | | 16546 Stoepel | | Detroit | MI | 48221 |
| John H. Johnson | | 9135 YORKSHIRE, UNIT #2 | | | Detroit | MI | 48224 |
| Joseph Fields | | 1955 Lamothe | | | Detroit | MI | 48206-2628 |
| Kahlil Felder | | 20237 Mackay | | | Detroit | MI | 48234 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 2
13-53846-tjt    Doc 11898    Filed 06/02/17    Entered 06/02/17 20:38:07    Page 3 of 4

**Exhibit A**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Kanard D McClain | | 20061 Cherrylawn | | | Detroit | MI | 48221 |
| Kathy Lynn McCaskill | | 7361 Erbie | | | Detroit | MI | 48213 |
| Kevin Washington | | 20437 Bramford | | | Detroit | MI | 48234 |
| LaTonya Pennington | | 23901 W. Chicago | | | Redford | MI | 48239 |
| Lenetta Walker | | 60 E Milwaukee #2714 | | | Detroit | MI | 48202 |
| Lucille Pasha | | 18225 Oak Drive | | | Detroit | MI | 48221 |
| Michael Cooper | | 1045 East Woodward Heights Blvd Apt 305 | | | Hazel Park | MI | 48030 |
| Natalie Clemons | | 18000 Santa Barbara | | | Detroit | MI | 48221 |
| Renee Tillman | | 332 Woodside Court, #109 | | | Rochester Hills | MI | 48307 |
| Roderick French | | 20427 Balfour #3 | | | Harper Woods | MI | 48225 |
| Ronald Branam Sr | | 21951 Beverly St. | | | Oak Park | MI | 48237 |
| Ronald Leapheart | | 8335 Chalfowtes | | | Detroit | MI | 48238 |
| Sarah M. McCrary | | 19971 Conley | | | Detroit | MI | 48234 |
| Sharon K Jordan | | P.O. Box 8270 | | | Eastpointe | MI | 48021-8270 |
| Sheila Pennington | | 20469 Steel | | | Detroit | MI | 48235 |
| Stephanie A. Hogue | | 19983 St. Aubin Street | | | Detroit | MI | 48234 |
| Stephanie D. Crews | | 22201 Marlow Ct. | | | Oak Park | MI | 48237 |
| Teulaina Richardson | | 3044 Lawton | | | Detroit | MI | 48216 |
| Vetonia Dorch | | 16152 Carriage Trade Ln. | | | Southfield | MI | 48075 |