# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

111 First Street
Bay City, MI 48708

FILED  211 W. Fort Street
2017 JUN -7  A 10:04  17th Floor
Detroit, MI 48226

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

226 W. Second Street
Flint, MI 48502

**Order Party: Name, Address and Telephone Number**

Name: Jerome Collins
Firm: 
Address: 13721 Courtland
City, State, Zip: Oak Park MI 48237
Phone: 313 419 2907
Email: JCollins@plymouthed.org

Case/Debtor Name: City of Detroit
Case Number: 13-53846
Chapter: Chapter -9
Hearing Judge: Tucker
☒ Bankruptcy  ☐ Adversary
☐ Appeal   Appeal No: _____

**Hearing Information** (A separate form must be completed for each hearing date requested.)

Date of Hearing: 1-28-16  Time of Hearing: 2pm  Title of Hearing: Collective motion entry

Please specify portion of hearing requested: ☐ Original/Unredacted  ☒ Redacted  ☐ Copy (2nd Party)

☐ Entire Hearing  ☐ Ruling/Opinion of Judge  ☐ Testimony of Witness  ☐ Other

Special Instructions: _____

**Type of Request:**

☐ Ordinary Transcript - $3.65 per page (30 calendar days)
☐ 14-Day Transcript - $4.25 per page (14 calendar days)
☐ Expedited Transcript - $4.85 per page (7 working days)
☐ Transcript Designated for an Appeal - $3.65 per page (30 calendar days) Date Notice of Appeal Filed: _____
☒ CD - $31; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

_____ Date: 6-7-17
By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**
Transcript To Be Prepared By
Date    By
Order Received:
Transcript Ordered:
Transcript Received:

13-53846-tjt  Doc 11899  Filed 06/07/17  Entered 06/07/17 15:49:21  Page 1 of 1