UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

**ORDER APPROVING STIPULATION FOR ADJOURNMENT OF HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 776 OF AGAR LAWN SPRINKLER SYSTEMS, INC.**

Based on the Stipulation for Adjournment of Hearing on the City of Detroit's Objection to Claim Number 776 of Agar Lawn Sprinkler Systems, Inc. (Docket # 11900);

IT IS ORDERED THAT the hearing on the objection to Claim Number 776 of Agar Lawn Sprinkler Systems, Inc., currently scheduled to take place June 21, 2017, at 1:30 p.m., is adjourned to **August 23, 2017, at 1:30 p.m.**

.

**Signed on June 09, 2017**

　　　　　　　　　　　　　　　　　　/s/ Thomas J. Tucker
　　　　　　　　　　　　　　　　　　Thomas J. Tucker
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge