# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION FOR ENTRY OF ORDER GRANTING SECOND ADJOURNMENT OF HEARING DATE AND EXTENSION OF THE DEADLINE TO FILE REPLY TO RESPONSE TO MOTION OF THE DETROIT FIRE FIGHTERS ASSOCIATION, IAFF LOCAL 344 ("DFFA") FOR ENTRY OF AN ORDER ENFORCING THE NOVEMBER 30, 2015 GLOBAL SETTLEMENT BETWEEN THE DFFA AND THE CITY OF DETROIT RESOLVING THAT PORTION OF DFFA CLAIM NO. 2812 RELATED TO THE GRIEVANCE FILED ON BEHALF OF FIRE FIGHTER BRADLEY SMOLA AND REQUIRING SMOLA'S REINSTATEMENT AND FOR RELATED RELIEF**

The City of Detroit, Michigan ("City") and the Detroit Fire Fighters Association ("DFFA"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On March 15, 2017, the DFFA filed the Motion for Entry of an Order Enforcing the November 30, 2015 Global Settlement Between the DFFA and the City of Detroit Resolving That Portion of DFFA Claim No. 2812 Related to the Grievance Filed on Behalf of Detroit Fire Fighter Bradley Smola and Requiring Smola's Reinstatement and for Related Relief ("Motion") [Doc. No. 11811].

2. The City filed its response on April 5, 2017 [Docket No. 11837].

3. The matter is currently set for hearing on Wednesday, June 21, 2017, and the Court has set the deadline for the DFFA to file its reply brief as June 15, 2017 [Docket No. 11871].

4. The parties have conferred and have agreed to adjourn the hearing until Wednesday, July 19, 2017 at 1:30 p.m. and further ask that the Court extend the deadline for the DFFA to file its reply to the City's response to the Motion through and including July 11, 2017.

WHEREFORE, the Parties respectfully request that the Court enter an order adjourning the hearing on the Motion to July 19, 2017 at 1:30 p.m. and extending the deadline for the DFFA to file its reply to the City's response to the Motion through and including July 11, 2017, in substantially the same form as the proposed order attached as Exhibit 1.

STIPULATED AND AGREED TO ON June 9, 2017:

LAW OFFICE OF BARBARA A. PATEK, P.L.C.

By: /s/ Barbara A. Patek
Barbara A. Patek, Esq.
Law Office of Barbara A. Patek, P.L.C.
27 E. Flint Street, Suite 2
Lake Orion, Michigan 48362
Telephone: (248) 814-9470
pateklaw@gmail.com

Counsel for Detroit Fire Fighters Association


MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Counsel for the City of Detroit, Michigan

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING SECOND ADJOURNMENT OF HEARING DATE AND EXTENSION OF THE DEADLINE TO FILE REPLY TO RESPONSE TO MOTION OF THE DETROIT FIRE FIGHTERS ASSOCIATION, IAFF LOCAL 344 ("DFFA") FOR ENTRY OF AN ORDER ENFORCING THE NOVEMBER 30, 2015 GLOBAL SETTLEMENT BETWEEN THE DFFA AND THE CITY OF DETROIT RESOLVING THAT PORTION OF DFFA CLAIM NO. 2812 RELATED TO THE GRIEVANCE FILED ON BEHALF OF FIRE FIGHTER BRADLEY SMOLA AND REQUIRING SMOLA'S REINSTATEMENT AND FOR RELATED RELIEF**

Upon the Stipulation for Order Granting Adjournment of Hearing Date and Extension of the Deadline to File Reply to Response to Motion of the Detroit Fire Fighters Association, IAFF Local 344 ("DFFA") for Entry of an Order Enforcing the November 30, 2015 Global Settlement Between the DFFA and the City of Detroit resolving That Portion of DFFA Claim No. 2812 Related to the Grievance Filed on Behalf of Detroit Fire Fighter Bradley Smola and Requiring Smola's Reinstatement and for Related Relief [Doc. No. 11811] ("Motion"); and the Court being otherwise advised in the premises;

IT IS ORDERED THAT the hearing on the Motion now set for June 21, 2017 at 1:30 p.m. is adjourned to July 19, 2017 at 1:30 p.m.;

IT IS FURTHER ORDERED THAT the deadline for the DFFA to file its reply to the City's response to the Motion is hereby extended through and including July 11, 2017.