UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND DEVON SMITH RESOLVING CLAIM NUMBER 963**

The City of Detroit, Michigan ("City") and Devon Smith ("Claimant"; and collectively with the City, the "Parties") stipulate and agree as follows:

WHEREAS, on February 13, 2014, Claimant filed his proof of claim number 963 in the amount of $3,675.78 ("Claim 963");

WHEREAS, on October 22, 2014, the City filed its *Eighth Amended Plan of the Adjustment of Debts of the City of Detroit (October 22, 2014)* (the "Plan," Doc. No. 8045);

WHEREAS, Claimant and the City have now conferred and reached agreement regarding Claim 963;

WHEREAS, capitalized terms not otherwise defined in this stipulation have the meanings given to them in the Plan;

NOW, THEREFORE, the Parties stipulate and agree as follows:

1.    The Parties have reached a resolution regarding Claim 963. The Parties agree that Claim 963 should be allowed as a Class 15 Convenience Claim

1

in the amount of $3,675.78. As provided by the terms of Class 15 of the Plan, Claimant will receive a cash payment of $918.95, which is 25% of the allowed amount of the claim, in full and final satisfaction of Claim 963.

2. Other than Claim 963, Claimant has no further Claims of any kind against the City as of the Effective Date of the Plan.

WHEREFORE, the Parties respectfully request that the Court enter an order in the form attached as **Exhibit 1**, allowing Claim 963 as a Class 15 Convenience Claim in the amount of $3,675.78.

| Stipulated and agreed to on ___JUNE___ 5, 2017: |
|---|
| MILLER CANFIELD PADDOCK & STONE, PLC<br><br>By: /s/ Marc N. Swanson<br>Marc N. Swanson (P71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Facsimile: (313) 496-8452<br>swansonm@millercanfield.com |
| Counsel for the City of Detroit, Michigan |

Claimant for Claim 963

*Devon Smith* (signature)

Devon Smith
16599 Greenview Ave.
Detroit, MI 48219

The foregoing instrument was acknowledged before me this 5 day of JUNE, 2017, by DEVON LAVAL SMITH ~~who is personally known~~ to me or who produced a driver's license as identification.

Notary Stamp:
ANDRE BARTELL
Notary Public - Michigan
Wayne County
My Commission Expires Dec. 10th 2019
Acting in the County of Wayne

Notary's Signature: _(signed)_
Notary's Name: ANDRE BARTELL
Notary Public, State of MICH, County of WAYNE
My commission Expires: DECEMBER 10, 2019
Acting in the County of: WAYNE

3

13-53846-tjt    Doc 11905    Filed 06/12/17    Entered 06/12/17 14:39:11    Page 3 of 5

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND DEVON SMITH <u>RESOLVING CLAIM NUMBER 963</u>**

This matter having come before the Court on the *Stipulation By and Between the City of Detroit, Michigan and Devon Smith Resolving Claim Number 963* (the "<u>Stipulation</u>")[1]; the parties having stipulated to the allowance of claim number 963 as a Class 15 Convenience Claim in the amount of $3,675.78; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. Claim 963 is allowed as a Class 15 Convenience Claim in the amount of $3,675.78. As provided by the terms of Class 15 of the City's confirmed *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 8045), Claimant will receive a cash payment of $918.95 in full

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Stipulation.

and final satisfaction of Claim 963. Other than Claim 963, Claimant has no further Claims of any kind against the City as of the Effective Date of the Plan.

2. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.