UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

Debtor.

Case No. 13-53846

Judge Thomas J. Tucker

Chapter 9

## ORDER APPROVING STIPULATION BETWEEN THE CITY OF DETROIT, MICHIGAN AND DEVON SMITH RESOLVING CLAIM NUMBER 963

This case is before the Court on the *Stipulation By and Between the City of Detroit, Michigan and Devon Smith Resolving Claim Number 963* (Docket # 11905, the "Stipulation");[1] the parties having stipulated to the allowance of claim number 963 as a Class 15 Convenience Claim in the amount of $3,675.78; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. Claim 963 is allowed as a Class 15 Convenience Claim in the amount of $3,675.78. As provided by the terms of Class 15 of the City's confirmed *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* (Docket # 8045), Claimant will receive a cash payment of $918.95 in full and final satisfaction of Claim 963. Other than Claim 963, Claimant has no further Claims of any kind against the City as of the Effective Date of the Plan.

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Stipulation.

2. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this Order.

.

**Signed on June 12, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge