UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF: THE CITY OF DETROIT CHAPTER 9 BANKRUPTCY

Hon. Judge Tucker

Case Number 13-53846

Gloriah Denise Jones ex relatione,
Plaintiff

c/o: 17301 Livernois Blvd #185
Detroit, MI [48221]
(313) 218-1170

V

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN TRUSTEES et, al
GOVERNOR RICHARD SNYDER et, al
Defendants

211 West Fort Street
Detroit, Michigan 48226
(313) 234-0065

STATE OF MICHIGAN
Attorney General
BILL SCHUETTE
525 W. Ottawa St.
P.O. BOX 3012
Lansing, MI 48909
(517) 373-1110

## AFFIDAVIT OF NOTICE OF ACCEPTANCE
### (OFFER AND ACCEPTANCE)

COMES NOW the Third Party Intervener pursuant to U.C.C. §2-206 Offer and Acceptance in Formation of Contract, on behalf of the Gloria Denise Jones: Debtor to notice the above styled Court that the Third Party Intervener has accepted for value the Honorable Judge Steven Rhodes offer to:

1. Listen to the audio recording of the proceedings as long as it takes as most everyone having a stake in this matter were not present to accept

1

the offers that were made by the Representative of The Chair of Saint Peter Robert Michael of The House of Marques.

2. The Chair of Saint Peter is both the Principal and Primary Global Trustee of the Global Estate Trust under whose Jurisdiction the Roman Curia operates.

3. The Chair of St. Peter is both Ecclesiastic as we the Organic Trustee of the Global Estate Trust with the Fiduciary duty to the Divine Living Beneficiaries.

4. Detroit upper and lower case and the U.S. Bankruptcy Court and U.S. Trustees all capital letters all are legal Fiction Alien Trustees who operate under the Jurisdiction of the Roman Curia.

5. The People of the City of Detroit are the true Creditors in this matter and accept for value and thank the Chair of St. Peter for intervening on behalf of the People to officially object to the proceedings and to compel the return of the Property to the Principal for the administration in Original Jurisdiction.

6. The Creditors in the Bankruptcy, the City of Detroit object to the eligibility of the City of Detroit as a debtor for the following:

   1st. 300 year old Detroit is Financially Solvent and the inhabitants thereof do have the ability to pay off via set-off all obligations when properly presented with a bill as all accounts are pre-paid.

   2nd. The legal fiction the city of Detroit has failed to tender a valid bill containing a sum certain thereby, preventing satisfaction in accord to facilitate the continued economic slavery of the people of the City of Detroit.

   3rd. The Bankruptcy petition is intentionally confusing, misleading and failing to stipulate the specific meaning of the word used in the petition, while employing multiple and diabolical meanings to the words in the body of the document identifying the

inhabitants as Creditors and the Debtors with a need to be protected from themselves in Bankruptcy.

4th. It is less than 80 year old fiction, the City of Detroit a device which has intentionally been used and miss-managed by politicians, bureaucrats' and consultants whose word smithing and sleight of hand that has cast the inhabitants into economic slavery which is intentionally insolvent.

5th. The City of Detroit is a device created by the Trustees and Administration Guardians operating under the jurisdiction of The Roman Curia who having tricked the People into pledging their property as collateral which has fraudulently converted the True Creditors into Debtors reducing the Creditor to the status of insolvent paupers having no rights.

6th. The City of Detroit is a legal fiction alien who has hypothecated the credit of the People of the City of Detroit and holds the private matching funds who refuses to execute the set-off of debt for the settlement and closure of the account to return the City of Detroit lower case and the City of Detroit upper case to solvency. These are two different entities.

7th. It has been established in fact, that the City of Detroit is a legal fiction all upper case a legal fiction alien whose ownership and or control over the property and credit of the People has adversely affected the Global Trust as well as the living beneficiaries thereof.

8th. The People the True Creditors and The Principle in reference to the bankruptcy of The City of Detroit hereby set forth a remedy to wit:

    a. The immediately set-off of the debt for settlement and closure of the account;

3

b. Liquidation of the legal fiction the city of Detroit and the immediate turn of their property via asciet to the Principle for administration in Original Jurisdiction.

7. We have proposed a Detroit recovery plan to implement this as we can that managing the economic emergency since 1933 hasn't worked out so well for the People.

8. The emergency management by the present civil administration funded by the good Faith and Credit of the People has dramatically tarnished the Credit and Reputation of the People, as it has converted the Creditors, We The People into debtors and reduced us in status of that of a debtor to that of an insolvent pauper having no rights.

9. Managing the emergency with increased dire consequences casting us all into insolvency.

10. Emergency management by the present civil administration has resulted in the Creditors We The People being reduced to the debtors and enemies of the State under The Trading With The Enemy Act under which the current civil administration has waged war against the People, as well as a war against crime, war against drugs, war against hunger and war against homelessness and a war against terrorism which has resulted in a dramatic increased crime, increased illicit drug abuse, increased hunger and homelessness and increased terrorism and war.

11. Detroit is a clear example establishing the evidence that management of the economic emergency delivers to us an even greater emergency with which to manage, all at the expense of the People, the True Creditors.

12. Management by the present civil administration has turned Detroit into what looks like a war zone destroying our neighbor, our Families, our Family Values and our since of Community.

13. Emergency management, the present 14th Amendment legal fiction Corporation the City of Detroit shall immediately settle all accounts of the debt via set-offs and making whole all the Creditors making the return of the

4

property to the Principles and distribute the Mezny Funds to the living Beneficiaries.'

14. The City of Detroit shall immediately cease the auction and or selling of Property and Assets of the People, as well all Lotteries and immediately Conveyance of the Property to the New Administration.

15. An interim Mayor and City Council shall be appointed and empowered under the Charter of 1857.

16. To make the transition back to solvency and that the interim government shall be provided the tools necessary to set-off the debt and begin the distribution of the Mezny Funds thereby returning the People of Detroit back to Abundance and Prosperity.

17. Establishment of the post.net Banking network by the Universal Postal Union in conjunction with the U.S. Department of Commerce as a Global Banking network to facilitate the electronic transfers EFT'S to discharge the debt make the return of the Property in the exchange.

18. So it is written, so it is done, you say; because as the Fiduciary Trustee All Fiduciary Trustees will be held accountable and if the order is not carried out there will be War Crimes assessed.

19. Before we close our Court Session today I want to comment to everyone here that this was truly an extraordinary session of the Court. It was an example of democracy at its very finest.

20. The arguments and statements that you all took the time to articulate in writing and in Court here today were moving, thoughtful, passonate, compelling and well articulated.

21. They were well stated legal arguments, well stte personal concerns well stated about our political process.

22. I'm going to suggest therefore, strongly suggest that everyone who has a stake in the outcome of this case most of whom were not present in Court today should take the time to listen to the audio recording of this proceeding, this entire proceeding as long as that takes.

5

To the Court, Offer of relief can be granted to the People, as We The People stipulate to the facts on the record as they operate in favor of the City of Detroit Debtor/Creditor Citizens. Therefore, We The People of the City of Detroit all lower case, do Formally Accept the Robert Michael of The House of Marques Offer (and whoever else) and all the facts touching upon these matters that are before the court, will 'perform' to their offer just as soon as The City of Detroit all upper case, provides proofs of their claims of debt, as the City of Detroit Debtor/Creditors can't perform to the offer to pay due financial obligations via set-off until the City of Detroit all upper case has provided sufficient claims needed to perform to your offer!

I do not know what to do . . . what's my remedy?

Without Prejudice / Without Recourse

_____
Secured Party
/s/ Gloriah Denise Jones
Authorized Representative, Attorney-In-Fact

c/o: 17301 Livernois Blvd. #185
Detroit, MI [48221]
(313) 218-1170
A.R.R.
U.C.C. 1-207/ 1-308; U.C.C. 1-103

6

# Monopoly / Asiatic American Connection
# To The Continental Americas
Published via the 1st Amendment of the American Republic Constitution
*By Morpheus Ashahed El*

First, I Impel the concept of all praise due to the "**Most High**"! This Script started off as a "**Text Message**" to my Brothers **DeyRahEl Ali** and **Maroc** (Moor Cousin) **Bey**. As I was manifesting this revelation I realized these concepts ought be made public. Peace and Equanimity.

**This is the Message:**

. Peace FAM. Definition of "**Personal Liberty**" mentions protection from unfair "**Monopoly**" in "**Trade**" it is interesting how the "**Monopoly**" "**Board game**" was based off of what is now called "**Atlantic City**". In Fact though **ATLANTIC CITY** is / was "**Absecon Beach**" prior to the Incorporation of "**ATLANTIC CITY**" 1854 Gregorian / Sothic Calendar, this is why you have the "**Absecon Light House**" on this Is**land** in **North America / Al Morocco** called "**Atlantic City**" today. If we go back a little further, the word "**Absecon**" is a corruption of the Aboriginal **American** appellation "**Absegami**", therefore "**Absegami Beach**" North America / Al Morocco. (Note: "Absegami" "High School" uses a "**Moors Head**" as the Insignia present day (see Infra).



The "**Little Island**" "**Absegami Beach**" (**ATLANTIC CITY**) **North America / Al Morocco**, modernly is symbolic of all the "**Quasi National Domiciles**" claiming Jurisdiction over **Moors / Americans** "**Ancestral Estate / National Domicile / North America / Al Morocco.**" (i.e. the colonial street names of ATLANTIC CITY are inclusive of the 50 States / "Quasi National Domiciles" Just as in the "Monopoly" board game).

[black redaction bars]

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

804    170
    198116

A. NAME & PHONE OF CONTACT AT FILER (optional)
Gloriah Denise Jones Bey

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
c/o Gloriah Denise Jones Bey
17301 Livernois Blvd. #155
Detroit, [MI 48221]

**Filing # - 160004714521**

Filed - 04/08/2016 12:45 PM

Page 1 of 1

**Wisconsin Department of Financial Institutions**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME:

1a. ORGANIZATION'S NAME: **GLORIA DENISE MORRIS**

1c. MAILING ADDRESS: 17301 Livernois Blvd. #185 | CITY: Detroit | STATE: MI | POSTAL CODE: [48221] | COUNTRY: US

2. DEBTOR'S NAME:

2a. ORGANIZATION'S NAME: **ENS LEGIS/PRIVATE TRUST**

3. SECURED PARTY'S NAME:

3a. ORGANIZATION'S NAME: Gloria Denise Jones: corrected: Gloriah Denise Jones Bey

3c. MAILING ADDRESS: 17301 Livernois Blvd. #185 | CITY: Detroit | STATE: MI | POSTAL CODE: [48221] | COUNTRY: uSA

4. COLLATERAL: This financing statement covers the following collateral:
This is the entry of Collateral on behalf of the CreditorPrinciple; Gloriah Denise Jones Bey and of the Debtor, GLORIA DENISE MORRIS in the commercial chambers under necessity and the following property is hereby registered in the same: All Certificates of Birth Document herein liened and claimed at a sum of certain $100,000,000.00 MI Drivers License #J520-282-139-841 UCC Contract Trust Account Number. SA/121115/GDM/8964, POA/121115/GDM/8964, CLC121115/GDM/8964, HHA/121115/GDM/8964, Sch A/121115/GDM/8964 Said registration is to secure the rights, titles) and interest in and of the Root of Title and Birth Certificate as received by the MI DEPARTMENT OF HEALTH AND WELFARE (Division of Vital Statistics) Adjustment of this filing is from Public Policy HJR-192 and UCC1-104 and 10-104. PIN#08010181 15403 BAYLIS W BAYLIS 150 R OAKMANS FENKEL AVE SUB L40 P70 PLATS, WCR 8/159 35X125, PIN#10007580 13139 LINDWOOD W LINWOOD 46 THRU 48 EXC LINDWOOD AVE AS WD BUNGALO GROVE SUB L 31 P 38 PLATS, WCR 10/132100X 90, PIN#08010172-80 15409 BAYLIS L37839 P:181 SUB DIVISION ROBERTOAKMAN FENKEL AVE Lot #149 RE:Part Municple: DETROIT, PIN#16033761 15368 OHIO SUB: BERRY PARK Lot #321 RE: N 10' OF 322 & S 30' OF Municple: DETROIT.

*Debtor/Secured Party Will Established*    *Gloria D. Jones Bey*

5. Check only if applicable and check only one box: Collateral is ☑ Held in a Trust (see UCC1Ad, Item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☑ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☑ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)