UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING THE CITY OF DETROIT'S OBJECTION TO CLAIM NO. 3618 FILED BY ARCHIE MCCLAIN, AND CANCELLING JUNE 21, 2017 HEARING**

Upon the City of Detroit's Objection to Claim No. 3618 filed by Archie McClain (Docket # 11866, the "Objection") seeking entry of an order disallowing Claim No. 3618, and this Court having jurisdiction over the Objection under 28 U.S.C. §§ 157 and 1334 and Article VII of the Plan; and the Court finding that this is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court finding that venue of this proceeding and the Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409; and the relief requested in the Objection being in the best interests of the City, and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and the Court finding that no other or further notice of the Objection need be given; and no timely response having been filed to the Objection; and the Court finding that the legal and factual bases set forth in the Objection establishes just cause for the relief granted; and after due deliberation and good and sufficient cause appearing therefore;

IT IS ORDERED that:

1. The Objection (Docket # 11866) is sustained.

2. Claim No. 3618 is disallowed and expunged, under section 502(b)(1) of the Bankruptcy Code.

3. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4. The City is authorized to take all actions necessary to effectuate the relief granted by this Order in accordance with the Objection.

5. Notice of the Objection as provided therein is good and sufficient notice of such objection, and the requirements of Federal Rule of Bankruptcy Procedure 3007(a) and the local rules of the Court are satisfied by such notice.

6. The hearing on the Objection, scheduled for June 21, 2017 at 1:30 p.m., is cancelled, as no longer necessary.

.

**Signed on June 15, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge