# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.

Bankruptcy Case No. 13-53846

Honorable Thomas J. Tucker

Chapter 9

## NOTICE TO WITHDRAW DEBTOR CITY OF DETROIT'S OBJECTIONS TO CLAIM NOS. 2374, 2372 AND 3067 [DOCKET NOS. 11850, 11851, 11852]

The City of Detroit respectfully notifies this Court that its Objections to Claim Nos. 2374, 2372 and 3067 (Docket Nos. 11850, 11851 and 11852) filed on April 19, 2017 are withdrawn.

1. On April 19, 2017, the City of Detroit filed Objections to Claim Nos. 2374, 2372, and 3067 (Docket Nos. 11850, 11851, 11852).

2. Each of those three filed Claims was being prosecuted as a separate, but related, pending lawsuit in the Wayne County Circuit Court of Michigan.

3. On June 14, 2017, the debtor and creditors agreed to a stipulated dismissal, without prejudice, of the three underlying state court actions prosecuting the filed Claims.

4. For that reason, and that reason alone, the City withdraws its Objections to the Claims.

5. The City reserves all rights to renew these Objections or to make additional Objections, whether or not one or more of the alleged claimants or

plaintiffs in the state court lawsuits should attempt to reinstate or prosecute a Claim.

                                              DYKEMA GOSSETT PLLC

                                By: */s/Kelly R. Houk*
                                    Kelly R. Houk (P77666)
                                    Kathryn J. Humphrey (P32351)
                                    Samuel R. Simkins (P81210)
                                    Attorneys for City of Detroit
                                    400 Renaissance Center
                                    Detroit, MI 48243
                                    (313) 568-6848
                                    khouk@dykema.com
                                    khumphrey@dykema.com
                                    ssimkins@dykema.com

Dated: June 16, 2017

4839-0270-9834.2
014201\000041