# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND JANET JOHNSON RESOLVING CLAIM NUMBER 2226

The City of Detroit, Michigan ("City") and Janet Johnson ("Claimant"; and collectively with the City, the "Parties") stipulate and agree as follows:

WHEREAS, on February 20, 2014, Claimant timely filed unsecured, unliquidated proof of claim number 2226 in the amount of $1,000,000 ("Claim 2226");

WHEREAS, on October 22, 2014, the City filed its *Eighth Amended Plan of the Adjustment of Debts of the City of Detroit (October 22, 2014)* (the "Plan," Doc. No. 8045);

WHEREAS, the Parties engaged in binding arbitration to liquidate Claim 2226;

WHEREAS, on April 13, 2017, Claim 2226 was liquidated as an unsecured claim in the amount of $115,000, inclusive of all cost, interest and attorney fees;

NOW, THEREFORE, the Parties stipulate and agree that (1) Claim 2226 will be allowed as a Class 14 Other Unsecured Claim under the Plan in the amount

1

of $115,000 and (2) the City's claims agent is authorized to update the claims register to reflect this.

**SO STIPULATED,
APPROVED AS TO FORM AND CONTENT:**

| | |
|---|---|
| June 22, 2017 | June 22, 2017 |
| MILLER, CANFIELD, PADDOCK AND STONE, PLC | THURSWELL LAW |
| For the City of Detroit, Michigan | For Janet Johnson |
| By: /s/ Ronald A. Spinner <br>     Ronald A. Spinner (P73159) <br>     150 West Jefferson, Suite 2500 <br>     Detroit, MI 48226 <br>     (313) 496-7829 <br>     spinner@millercanfield.com | By:/s/ Mark E. Boegehold <br>     Mark E. Boegehold (P38699) <br>     1000 Town Center, Suite 500 <br>     Southfield, MI 48076 <br>     (248) 354-2222 <br>     mboegehold@thurswell.com |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**[PROPOSED] ORDER APPROVING THE STIPULATION
BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN
AND JANET JOHNSON RESOLVING CLAIM NUMBER 2226**

This matter having come before the Court on the *Stipulation by and Between the City of Detroit, Michigan and Janet Johnson Resolving Claim Number 2226*, the Court having reviewed the stipulation and being otherwise apprised of the matter, and there being good cause, NOW THEREFORE IT IS ORDERED THAT

1. The stipulation is approved to the extent set forth in this Order.

2. Claim number 2226 is allowed as a Class 14 Other Unsecured Claim in the amount of $115,000.

3. The City's claims agent is authorized to update the claims register accordingly.