# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING THE STIPULATION
## BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN
## AND JANET JOHNSON RESOLVING CLAIM NUMBER 2226

This case is before the Court on the stipulation filed on June 22, 2017 (Docket # 11921), entitled *Stipulation by and Between the City of Detroit, Michigan and Janet Johnson Resolving Claim Number 2226*, the Court having reviewed the stipulation and being otherwise apprised of the matter, and there being good cause,

IT IS ORDERED THAT

1. The stipulation is approved to the extent set forth in this Order.

2. Claim number 2226 is allowed as a Class 14 Other Unsecured Claim in the amount of $115,000.00.

3. The City's claims agent is authorized to update the claims register accordingly.

.

**Signed on June 23, 2017**

                                                  /s/ Thomas J. Tucker
                                                Thomas J. Tucker
                                                United States Bankruptcy Judge