# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>　　Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION BY AND AMONG THE CITY OF DETROIT, MICHIGAN AND LASALLE TOWN HOUSES COOPERATIVE ASSOCIATION, NICOLET TOWN HOUSES COOPERATIVE ASSOCIATION, LAFAYETTE TOWN HOUSES, INC., JOLIET TOWN HOUSES COOPERATIVE ASSOCIATION, AND ST. JAMES COOPERATIVE, ON BEHALF OF THEMSELVES AND THE CLASS, RESOLVING CLAIM NUMBERS 2822, 2823, 2825, 2828, 2833, AND 2863**

The City of Detroit, Michigan ("City"), and LaSalle Town Houses Cooperative Association ("LaSalle"), Nicolet Town Houses Cooperative Association ("Nicolet"), Lafayette Town Houses, Inc. ("Lafayette"), Joliet Town Houses Cooperative Association ("Joliet"), and St. James Cooperative ("St. James," and collectively with LaSalle, Nicolet, Lafayette, and Joliet, the "Plaintiffs"), on behalf of themselves and their certified class (collectively with the Plaintiffs, the "Claimants"; and with the City, the "Parties") stipulate as follows:

WHEREAS, on or about August 23, 2012, the Plaintiffs filed a complaint in the United States District Court for the Eastern District of Michigan ("District Court"), Case No. 12-cv-13747 ("District Court Case") seeking monetary and injunctive relief;

1

WHEREAS, this Court granted the Plaintiffs relief from stay for certain limited purposes, including pursuit of class certification for the Claimants in the District Court Case (Doc. No. 2223);

WHEREAS, Joliet filed a proof of claim in the City's bankruptcy case which appears as claim number 2822 ("Joliet POC");

WHEREAS, St. James filed a proof of claim which appears as claim number 2823 ("St. James POC");

WHEREAS, LaSalle filed a proof of claim which appears as claim number 2825 ("LaSalle POC");

WHEREAS, Nicolet filed a proof of claim which appears as claim number 2828 ("Nicolet POC");

WHEREAS, a proof of claim which appears as claim number 2833 was filed on behalf of class claimants ("Class POC");

WHEREAS, Lafayette filed a proof of claim which appears as claim number 2863 ("Lafayette POC," and with the Joliet POC, the St. James POC, the LaSalle POC, the Nicolet POC, and the Class POC, the "Claims");

WHEREAS, the District Court certified the Claimants as a class (District Court Doc. No. 47);

WHEREAS, the Parties agreed to settle the District Court Case, which settlement includes a waiver of the Claims;

WHEREAS, the District Court granted final approval of the settlement and closed the District Court Case (District Court Doc. No. 85);

NOW, THEREFORE, the Parties stipulate and agree that (1) the Claims are withdrawn and expunged and (2) the City's claims agent is authorized to update the claims register to reflect this.

**SO STIPULATED,
APPROVED AS TO FORM AND CONTENT:**

| June 26, 2017 | June 26, 2017 |
| --- | --- |
| MILLER, CANFIELD, PADDOCK AND STONE, PLC | ROBERT N. BASSEL |
| For the City of Detroit, Michigan | For Claimants |
| By: /s/ Ronald A. Spinner<br>    Ronald A. Spinner (P73159)<br>    150 West Jefferson, Suite 2500<br>    Detroit, MI 48226<br>    (313) 496-7829<br>    spinner@millercanfield.com | By: /s/ Robert N. Bassel<br>    Robert N. Bassel (P48420)<br>    P. O. Box T<br>    Clinton, MI 49236<br>    (248) 677-1234<br>    bbassel@gmail.com |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**[PROPOSED] ORDER APPROVING THE STIPULATION BY AND AMONG THE CITY OF DETROIT, MICHIGAN AND LASALLE TOWN HOUSES COOPERATIVE ASSOCIATION, NICOLET TOWN HOUSES COOPERATIVE ASSOCIATION, LAFAYETTE TOWN HOUSES, INC., JOLIET TOWN HOUSES COOPERATIVE ASSOCIATION, AND ST. JAMES COOPERATIVE, ON BEHALF OF THEMSELVES AND THE CLASS, <u>RESOLVING CLAIM NUMBERS 2822, 2823, 2825, 2828, 2833, AND 2863</u>**

This matter having come before the Court on the *Stipulation by and Among the City of Detroit, Michigan and LaSalle Town Houses Cooperative Association, Nicolet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Joliet Town Houses Cooperative Association, and St. James Cooperative, on Behalf of Themselves and the Class, Resolving Claim Numbers 2822, 2823, 2825, 2828, 2833, and 2863*, the Court having reviewed the stipulation and being otherwise apprised of the matter, and there being good cause, NOW THEREFORE IT IS ORDERED THAT

1. The stipulation is approved.

2. Claim numbers 2822, 2823, 2825, 2828, 2833, and 2863 are withdrawn and expunged.

3. The City's claims agent is authorized to update the claims register accordingly.