United States of America
Eastern District Court
In The State of Michigan

In The Matter of: The City of Detroit Chapter 9 Bankruptcy

~~Hon. Steven Rhodes~~ GJ 6-26-20?
Hon. Judge Tucker
Case No. 13-53846

Gloria D. Jones
Claimant, Re: Debtor: Gloria D. Morris
Creditor: Gloria D. Jones Attorney In, Fact
_____/

c/o: 17301 Livernois Blvd # 185
Detroit, MI [48221]
Phone (313) 218-1170 / Facsimile gjones1762@comcast.net

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT
2017 JUN 26 A 10: 47
FILED

Affidavit

Notice

Offer and Acceptance in Formation of Contract

Now comes, Gloria Denise Jones Creditor, an interested Party related to document(s) (11910) pursuant to U.C.C. 1 §2.206 Offer and Acceptance in Formation of Contract on behalf of Debtor; Gloria Denise Morris to notice the above styled court that the Third Party Intervener has accepted for value the Vatican's Offer, as well the Hon. Judge Steven Rhodes' Offer to:

1. Listen to the audio recording of the proceedings as long as it takes as most everyone having a stake in this matter were not present to accept the offers that were made by the Representative of the Chair of Saint Peter, Robert Michael of the House of Marques.

2. The Chair of Saint Peter is both the Principal and Primary Global Trustee of the Global Estate Trust under whose jurisdiction the Roman Curia operates.

3. The Chair of Saint Peter is both Ecclesiastic as we the Organic Trustee of the Global Estate Trust with the fiduciary duty to the Divine Living Beneficiaries.

1

4. Detroit upper and lowercase and the United States Bankruptcy Court and United States Trustees all capital letters all are legal Fiction Alien Trustees who operate under the jurisdiction of the Roman Curia.

5. The People of the City of Detroit are the true Creditors in this matter.

6. The Creditors in the Bankruptcy, the City of Detroit object to the eligibility of the City of Detroit as a Debtor for the following;

First, 300 year old Detroit is financially solvent and the inhabitants thereof do have the ability to pay off via set off all obligations when properly presented with a bill as all accounts are prepaid.

Second, the legal fiction the city of Detroit has failed to tender a valid bill containing a sum certain thereby, preventing satisfaction in accord to facilitate the continued economic slavery of the people of the City of Detroit.

Third, the Bankruptcy Petition is intentionally confusing, misleading and failing to stipulate the specific meaning of the word used in the petition, while employing multiple and diabolical meanings to the words in the body of the document identifying the inhabitants as Creditors and the Debtors with a need to be protected from themselves in Bankruptcy.

Fourth, It is less than 80 year old fiction, the City of Detroit a device which has intentionally been used and mismanaged by politicians, bureaucrats' and consultants whose word smithing and sleight of hand that has cast the inhabitants into economic slavery which is intentionally insolvent.

Fifth, The City of Detroit is a device created by the Trustees and Administration Guardians operating under the jurisdiction of the Roman Curia who having tricked the People into pledging their property as collateral which ha fraudulently converted the true Creditors as collateral which has fraudulent converted the true Creditors into Debtors reducing the Creditor to the status of insolvent paupers having no rights.

Sixth, The City of Detroit is a legal fiction alien who has hypothecated the credit of the People of the City of Detroit and holds the private matching funds who refuses to execute the set off of debt for the settlement and closure of the account to return the City of Detroit lowercase and the City of Detroit uppercase to solvency. These are two different entities.

Seventh, it has been established in fact, that the City of Detroit is a legal fiction alien all uppercase whose ownership and or control over the property and credit of the People has adversely affected the Global Trust as well as the living beneficiaries thereof.

Eighth, The People the true Creditors and the Principle in reference to the bankruptcy of the City of Detroit hereby set forth a remedy to wit:

    a. The immediate set off of the debt for settlement and closure of the account;

    b. Liquidation of the legal fiction the City of Detroit and the immediate return of their property via asciet to the Principal for administration in Original jurisdiction.

    c. We have proposed a Detroit recovery plan to implement this as we can, that managing the economic emergency since 1933 hasn't worked out so well for the People.

    d. The emergency management by the present civil administration funded by the Good Faith and Credit of the People, has dramatically tarnished the credit and reputation of the People, as it has converted the Creditors, we the People into Debtors and reduces us in status of that of a Debtor to that of an insolvent pauper having no rights.

    e. Managing the emergency with increased dire consequences casting us all into insolvency.

f. Emergency management by the present civil administration has resulted in the Creditors We the People being reduced to the Debtors and enemies of the state the Trading With the Enemy Act under which the current civil administration has waged war against the People, as well as a war against crime, war against drugs, war against hunger and war against homelessness and a war against terrorism and war.

g. Detroit is a clear example establishing the evidence that management of the economic emergency delivers to us an even greater emergency with which to manage all at the expense of the People, the true Creditors.

h. Management by the present civil administration has turned Detroit into what looks like a war zone destroying our neighbor, our families, our family values and our since of community.

i. Emergency management the present 14th Amendment legal fiction Corporation the City of Detroit shall immediately settle all accounts of the debt via set offs and making whole all the Creditors making the return of the property to the Principles and distribute the Mezny Funds to the living Beneficiaries'.

j. The City of Detroit shall immediately cease the auction and or selling proper and assets of the People, as well all Lotteries and immediately conveyance of the property to the New Administration.

k. An interim mayor and city council shall be appointed and empowered under the Charter of 1857.

l. To make the transition back to solvency and that the interim government shall be provided the tools necessary to set off debt and

begin the distribution of the Mezny Funds thereby returning the People of Detroit back to abundance and prosperity.

m. Establishment of the post.net Banking network by the Universal Postal Union in conjunction with the United States Department of Commerce as a Global Banking network to facilitate the electronic transfers EFT'S to discharge the debt, make the return of the property in the exchange.

n. So it is written, so it is done, you say, because as the Fiduciary Trustee all Fiduciary Trustees will be held accountable and if the order is not carried out there will be War Crimes assessed.

7. Before we close our court session today I want to comment to everyone here that this was truly an extraordinary session of the court. It was an example of Democracy at its very finest. The arguments and statements that you all took the time to articulate in writing and in court here today were moving, thoughtful, passionate, compelling and well articulated. They were well stated legal arguments, well stated personal concerns well stated about our political process. I'm going to suggest therefore, strongly suggest that everyone who has a stake in the outcome of this case most of whom were not present in court today should take the time to listen to the audio recording of this proceeding, this entire proceeding as long as that takes.

To the court, offer of relief can be granted to the People, as I, Gloria Denise Jones, an interested Party on behalf of the inhabitants of the City of Detroit, all lowercase letters, do stipulate to the facts on the record as they operate in favor of the City of Detroit Debtor/Creditor inhabitants. We the People of the City of Detroit, all lowercase letters, therefore, accept the Offer and Acceptance in Formation of Contract that was made by the Robert Michael of the House of Marques and all facts touching upon these matters that are before the court, will 'perform' to the offer just as soon as the Claimants, provides proofs of their claims of

5

debt, as the City of Detroit, all lowercase letters can't perform to the offer to pay due financial obligations via set off until the Claimants, have provided the sufficient claims needed to perform to the offer! I do not know what to do..., what's my remedy?

Without Prejudice

_/s/ Gloria D. Jones_

Secured Party
/s/ Gloria Denise Jones
Authorized Representative, Attorney In Fact

c/o: 17301 Livernois Blvd. # 185
Detroit, Michigan [48221]
All Rights Reserved U.C.C. 1 §207, 1-308; U.C.C. 1- §103

6