# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER APPROVING THE STIPULATION
## BY AND AMONG THE CITY OF DETROIT, MICHIGAN AND
## LASALLE TOWN HOUSES COOPERATIVE ASSOCIATION,
## NICOLET TOWN HOUSES COOPERATIVE ASSOCIATION,
## LAFAYETTE TOWN HOUSES, INC., JOLIET TOWN HOUSES
## COOPERATIVE ASSOCIATION, AND ST. JAMES COOPERATIVE,
## ON BEHALF OF THEMSELVES AND THE CLASS,
## RESOLVING CLAIM NUMBERS 2822, 2823, 2825, 2828, 2833, AND 2863

This case is before the Court on the stipulation filed on June 26, 2017 (Docket # 11924, the "Stipulation"), entitled *Stipulation by and Among the City of Detroit, Michigan and LaSalle Town Houses Cooperative Association, Nicolet Town Houses Cooperative Association, Lafayette Town Houses, Inc., Joliet Town Houses Cooperative Association, and St. James Cooperative, on Behalf of Themselves and the Class, Resolving Claim Numbers 2822, 2823, 2825, 2828, 2833, and 2863*, the Court having reviewed the Stipulation and being otherwise apprised of the matter, and there being good cause,

IT IS ORDERED THAT:

1. The Stipulation is approved.

2. Claim numbers 2822, 2823, 2825, 2828, 2833, and 2863 are withdrawn and expunged.

3. The City's claims agent is authorized to update the claims register accordingly.

.

**Signed on June 26, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge