United States District Court
Eastern District Of Michigan
In The Matter of the City of Detroit Chapter 9 Bankruptcy

Hon. Judge Tucker
Case No. 13-53846

Gloria Denise Jones, Attorney In Fact
Creditor, Gloria Denise Jones

_____/

c/o: 17301 Livernois Blvd. # 185
Detroit, Michigan [48221]
Phone (313) 218-1170
Email gjones1762@comcast.net
V
The People of the Detroit Panel Trustees, et al
Dery Fred, et al
803 West Big Beaver
Suite 353
Troy, Michigan 48084
Phone (248) 362-4655 Facsimile (248)
Office of The Chapter 9 Trustees

_____/

## Affidavit
### Notice To The Agent Is Notice To The Principle
### Terminate Any And All "Continums" of Debit Entries

Comes now, Creditor, Gloria Denise Jones a Secured party pursuant U.C.C. 1 §9.515 (A) Continuation Statements Authorization for Termination of Preauthorized Payments (Ach) as an authorized Creditor, pursuant to Article 9 which states that, "A person in whose favor a security interest is created or provided for under a security agreement regardless of whether an obligation to be secured is outstanding;" do today give Notice do give the People of the City of Detroit Chapter 9 Trustees, to terminate any and all "Continums" pursuant Continuation Statements of debit entries on all checking accounts in the City of Detroit Chapter 9 Bankruptcy matter, in particular the account indicated below, although the bank is

unknown to said Creditor at this time. As indicated by you, as you have acted on said Creditor's behalf, failed to Disclose that said Creditor has a financial interest in this matter which is in violation of F Civ P Rule 26.

Name: Case #: Gloria Denise Jones, Case # 13-53846

Address: City: 17301 Livernois Blvd. # 185

State: Zip Code: [48221]

Phone # (Home): (313) 218-1170

Email Address: gjones1762@comcast.net

Security interest UCC 1 # 160004714521

Without Prejudice / Without Recourse

Respectfully submitted,

/s/ Gloriah Denise Jones

In The Proper Person

All Rights Reserved 1-207 and 1-308

Phone: (313) 313 218–1170