# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATION OF NO RESPONSE OR OBJECTION REGARDING CITY OF DETROIT'S MOTION UNDER THE ORDER, PURSUANT TO SECTIONS 105 AND 502 OF THE BANKRUPTCY CODE, APPROVING ALTERNATIVE DISPUTE RESOLUTION PROCEDURES TO PROMOTE THE LIQUIDATION OF CERTAIN PREPETITION CLAIMS AGAINST THOMAS MCCRACKEN, MICHAEL KEARNS, AND RICHARD CADOURA

On June 8, 2017, the City Of Detroit ("City") filed its *Motion Under the Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims Against Thomas McCracken, Michael Kearns, and Richard Cadoura* ("Motion"). [Doc. No. 11901]. The Motion was served via first class mail as described in the Certificate of Service attached to the Motion. *See Certificate of Service* Exhibit A.

No response or objection to the Motion was filed with the Court and the time to do so has passed. The City respectfully requests that the Court enter an order in substantially the same form as the one which was attached to the Motion. *See Proposed Order* Exhibit B.

Respectfully submitted,

By: /s/ Marc N. Swanson
    Jonathan S. Green (P33140)
    Marc N. Swanson (P71149)
    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    green@millercanfield.com
    swansonm@millercanfield.com

    Charles N. Raimi (P29746)
    Deputy Corporation Counsel
    City of Detroit Law Department
    2 Woodward Avenue, Suite 500
    Coleman A. Young Municipal Center
    Detroit, Michigan 48226
    Telephone: (313) 237-5037
    Facsimile: (313) 224-5505
    raimic@detroitmi.gov

    ATTORNEYS FOR THE CITY OF DETROIT

DATED: June 27, 2017

# Exhibit A

# EXHIBIT 4 – CERTIFICATE OF SERVICE

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 8, 2017, the *City of Detroit's Motion Under the Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims Against Thomas McCracken, Michael Kearns, and Richard Cadoura* was served upon the individuals listed below via first class mail:

| | | |
|---|---|---|
| Thomas McCracken<br>845 Atkinson St<br>Detroit, MI 48202 | Michael Kearns<br>19827 Great Oaks Circle N<br>Clinton Twp., MI 48036 | Richard Cadoura<br>8533 Mathias Dr. #30<br>Grosse Ile, MI 48138 |

DATED: June 8, 2017　　　　By: /s/ Marc N. Swanson
　　　　　　　　　　　　　　　Marc N. Swanson
　　　　　　　　　　　　　　　150 West Jefferson, Suite 2500
　　　　　　　　　　　　　　　Detroit, Michigan 48226
　　　　　　　　　　　　　　　Telephone: (313) 496-7591
　　　　　　　　　　　　　　　Facsimile: (313) 496-8451
　　　　　　　　　　　　　　　swansonm@millercanfield.com

29313960.2\022765-00213

13-53846-tjt　Doc 11029　Filed 06/07/17　Entered 06/07/17 10:15:02　Page 4 of 7
13-53846-tjt　Doc 11901　Filed 06/08/17　Entered 06/08/17 15:38:10　Page 16 of 35

# Exhibit B

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION UNDER THE ORDER, PURSUANT TO SECTIONS 105 AND 502 OF THE BANKRUPTCY CODE, APPROVING ALTERNATIVE DISPUTE RESOLUTION PROCEDURES TO PROMOTE THE LIQUIDATION OF CERTAIN PREPETITION CLAIMS AGAINST THOMAS MCCRACKEN, MICHAEL KEARNS, AND RICHARD CADOURA**

This matter, having come before the court on the *City of Detroit's Motion Under the Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims Against Thomas McCracken, Michael Kearns, and Richard Cadoura* ("Motion") upon proper notice and a hearing, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**THE COURT ORDERS THAT:**

**1.** The Motion is granted.

**2.** Claim numbers 682, 683, and 685 are disallowed and expunged.

**3.** The City's claims agent is authorized to update the claims register accordingly.