# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION UNDER THE ORDER, PURSUANT TO SECTIONS 105 AND 502 OF THE BANKRUPTCY CODE, APPROVING ALTERNATIVE DISPUTE RESOLUTION PROCEDURES TO PROMOTE THE LIQUIDATION OF CERTAIN PREPETITION CLAIMS AGAINST THOMAS MCCRACKEN, MICHAEL KEARNS, AND RICHARD CADOURA**

This case is before the Court on the motion entitled "*City of Detroit's Motion Under the Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims Against Thomas McCracken, Michael Kearns, and Richard Cadoura*" (Docket # 11901, the "Motion"). No timely response was filed to the Motion. The Court finds good cause to enter this Order.

**IT IS ORDERED THAT:**

1. The Motion is granted.

2. Claim numbers 682, 683, and 685 are disallowed and expunged.

3. The City's claims agent is authorized to update the claims register accordingly.

4.  No later than June 28, 2017, counsel for the City must serve a copy of this Order upon Thomas McCracken, Michael Kearns, and Richard Cadoura, and file proof of such service.

.

**Signed on June 27, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge