UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 27, 2017, the *Order Granting City of Detroit's Motion Under the Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims Against Thomas McCracken, Michael Kearns, and Richard Cadoura* [Doc. No. 11930] was served upon the individuals listed below via first class mail:

| Thomas McCracken | Michael Kearns | Richard Cadoura |
|---|---|---|
| 845 Atkinson St | 19827 Great Oaks Circle N | 8533 Mathias Dr. #30 |
| Detroit, MI 48202 | Clinton Twp., MI 48036 | Grosse Ile, MI 48138 |

DATED: June 27, 2017   By: /s/ Marc N. Swanson
　　　　　　　　　　　　　　Marc N. Swanson
　　　　　　　　　　　　　　150 West Jefferson, Suite 2500
　　　　　　　　　　　　　　Detroit, Michigan 48226
　　　　　　　　　　　　　　Telephone: (313) 496-7591
　　　　　　　　　　　　　　Facsimile: (313) 496-8451
　　　　　　　　　　　　　　swansonm@millercanfield.com