B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re City of Detroit, Michigan,   Case No. 13-53846

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Karen E. Evangelista, trustee for the bankruptcy estate of Steven and Francine Wolak, case number 15-53842 | Steven Wolak, as personal representative of the estate of Christopher Wolak, deceased |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Kilpatrick & Associates, P.C.
903 N. Opdyke Rd. Auburn Hills, MI 48326

Court Claim # (if known): 3232
Amount of Claim: $3,000,000.00
Date Claim Filed: 02/21/2014

Phone: 248.377.0700
Last Four Digits of Acct #: _____

Phone: 248.355.5555
Last Four Digits of Acct. #: 12775

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Karen E. Evangelista, Trustee   Date: 06/22/2017
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.