# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.

Bankruptcy Case No. 13-53846

Honorable Thomas J. Tucker

Chapter 9

## NOTICE TO WITHDRAW STIPULATION [DOCKET NO. 11872]

The City of Detroit respectfully notifies this Court that the following Stipulation is withdrawn: **Stipulation to Adjourn Hearing Date and Response Deadline for Objection to Claim 3067** (Docket No. 11872).

DYKEMA GOSSETT PLLC

By: */s/Kelly R. Houk*
    Kelly R. Houk (P77666)
    Kathryn J. Humphrey (P32351)
    Samuel R. Simkins (P81210)
    Attorneys for City of Detroit
    400 Renaissance Center
    Detroit, MI 48243
    (313) 568-6848
    khouk@dykema.com
    khumphrey@dykema.com
    ssimkins@dykema.com

Dated: June 30, 2017

4831-6499-7192.1
014201\000041