# United States Bankruptcy Court

Eastern District of Michigan
Case No. 13-53846-tjt
Chapter 9

In re: Debtor(s) (including Name and Address)

City of Detroit, Michigan
2 Woodward Avenue
Suite 1126
Detroit MI 48226

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/29/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. : Steven Wolak, 70379 Nature'S Way, Richmond, MI 48062 | Karen E. Evangelista, Trustee for Bankruptcy Estate of Steven & Francine Wolak 439 S. Main St. Suite 250 Rochester, MI 48307 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/02/17

Katherine B. Gullo
**CLERK OF THE COURT**

```
                        United States Bankruptcy Court
                        Eastern District of Michigan
```

```
In re:                                                    Case No. 13-53846-tjt
City of Detroit, Michigan                                 Chapter 9
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0645-2          User: ckata          Page 1 of 15          Date Rcvd: Jun 30, 2017
                              Form ID: trc          Total Noticed: 0
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
                  Deutsche Bank AG, London
24825626     ##+Steven Wolak,   70379 Nature'S Way,   Richmond, MI 48062-5559
                                                                   TOTALS: 1, * 0, ## 1
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
            Aaron C. Thomas    on behalf of Creditor   Macomb County Treasurer aaron.thomas@macombgov.org,
             candice.donato@macombgov.org;ccbankruptcy@macombgov.org
            Albert Togut    on behalf of Plaintiff   City of Detroit, Michigan neilberger@teamtogut.com,
             apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,
             adeering@teamtogut.com,srobinson@teamtogut.com
            Albert Togut    on behalf of Debtor In Possession   City of Detroit, Michigan
             dperson@teamtogut.com
            Alfredo R. Perez    on behalf of Creditor   Financial Guaranty Insurance Company
             alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
            Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
            Alice Bonita Jennings    on behalf of Plaintiff   Peoples Water Board
             ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
            Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
            Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
            Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
            Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
            Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
            Alice Bonita Jennings    on behalf of Plaintiff   Moratorium Now! ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
            Alice Bonita Jennings    on behalf of Plaintiff   National Action Network--Michigan Chapter
             ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
            Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
            Alice Bonita Jennings    on behalf of Plaintiff   Michigan Welfare Rights Organization
             ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
            Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
            Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
  vgray@edwardsjennings.com
Alidz  Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
  oshagan@legghioisrael.com,  drf@legghioisrael.com
Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
  allan.brilliant@dechert.com
Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
  allan.brilliant@dechert.com
Allison  Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
  abach@dickinsonwright.com
Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com,
  achouprouta@kramerlevin.com
Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc.
  acaton@kramerlevin.com,  achouprouta@kramerlevin.com
Andrew  Minear    on behalf of Creditor    Parsons Brinckerhoff Michigan, Inc.
  aminear@schiffhardin.com
Andrew  Minear    on behalf of Defendant    Parsons Brinckeroff Michigan Inc
  aminear@schiffhardin.com
Andrew A. Paterson, Jr.   on behalf of Plaintiff   Citizens United Against Corrupt Government
  aap43@outlook.com,  aap43law@gmail.com
Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
  aap43@outlook.com,  aap43law@gmail.com
Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
  aap43law@gmail.com
Anthony  Greene    on behalf of Creditor Da'Nean M. Brooks greenelawgroup@gmail.com,
  greenelawgroup@yahoo.com
Anthony J. Kochis    on behalf of Creditor    Iron Mountain Information Management, LLC
  akochis@wolfsonbolton.com,  stravis@wolfsonbolton.com
Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
  stravis@wolfsonbolton.com
Anthony J. Kochis    on behalf of Attorney    Wolfson Bolton PLLC akochis@wolfsonbolton.com,
  stravis@wolfsonbolton.com
Anthony James Miller    on behalf of Defendant    Toter Incorporated am@osbig.com,
  tonymiller849@gmail.com
Barbara A. Patek    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants Association
  pateklaw@gmail.com
Barbara A. Patek    on behalf of Interested Party    Sanitary Chemists and Technicians Association
  pateklaw@gmail.com
Barbara A. Patek    on behalf of Interested Party John R. Runyan pateklaw@gmail.com
Barbara A. Patek    on behalf of Interested Party    Association of Detroit Engineers
  pateklaw@gmail.com
Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
  pateklaw@gmail.com
Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association pateklaw@gmail.com
Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
  bfagan@dibandfagan.com
Benjamin  Whitfield    on behalf of Interested Party Jerome  Collins benwlaw123@aol.com,
  bw4822@aol.com;benwlaw4822@aol.com
Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
  bbest@schaferandweiner.com,  wrkyles@varnumlaw.com
Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
  wrkyles@varnumlaw.com
Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
  wrkyles@varnumlaw.com
Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
  TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
  bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
  Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
  TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
  TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
  TReitzloff@lippittokeefe.com
Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
  bbennett@jonesday.com
Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com,
  R47050@notify.bestcase.com
Carl F. Schier    on behalf of Defendant    Bankston Construction Inc carl@schierlaw.com
Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
Carole  Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
  Michigan carole.neville@dentons.com
Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
  carole.neville@dentons.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

>                Caroline Turner English     on behalf of Plaintiff     Ambac Assurance Corporation
>                 caroline.english@arentfox.com
>                Carolyn Beth Markowitz     on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
>                Charles Bruce Idelsohn     on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
>                 charlesID@hotmail.com
>                Charles D. Bullock     on behalf of Interested Party     Gabriel, Roeder, Smith & Company
>                 cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
>                Christopher A. Grosman     on behalf of Interested Party     BlackRock Financial Management, Inc.
>                 BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
>                Christopher A. Grosman     on behalf of Creditor     Oakland County, Michigan BRCY@CarsonFischer.com,
>                 cgrosman@carsonfischer.com
>                Christopher E. McNeely     on behalf of Defendant     Great Lakes Power Inc cmcneely@mandmpc.com
>                Cindy  Tsai     on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
>                Claude D. Montgomery     on behalf of Retiree Committee     Official Committee of Retirees
>                 claude.montgomery@dentons.com,docketny@dentons.com,
>                 carole.neville@dentons.com;sam.alberts@dentons.com
>                Claude D. Montgomery     on behalf of Plaintiff     Official Committee of Retirees of the City of
>                 Detroit, Michigan claude.montgomery@dentons.com,
>                 carole.neville@dentons.com;sam.alberts@dentons.com
>                Clifford D. Neubauer     on behalf of Interested Party Najib  Hodge cneubauer@joumanakayrouz.com
>                Courtney A. Krause     on behalf of Creditor     Berkshire Hathaway Assurance Corporation
>                 ckrause@garanlucow.com
>                Courtney M. Rogers     on behalf of Interested Party     U.S. Bank National Association
>                 courtney.rogers@wallerlaw.com
>                Courtney M. Rogers     on behalf of Creditor     U.S. Bank National Association
>                 courtney.rogers@wallerlaw.com
>                Craig B. Rule     on behalf of Creditor     Everhome Mortgage Company bankruptcyMW@orlans.com,
>                 ANHSOA@4stechnologies.com;anhsoa@gmail.com
>                Cynthia J. Haffey     on behalf of Defendant     Detroit General Retirement System Service
>                 Corporation haffey@butzel.com,  smithe@butzel.com
>                Cynthia J. Haffey     on behalf of Defendant     Detroit Police And Fire Retirement System Service
>                 Corporation haffey@butzel.com,  smithe@butzel.com
>                Dale  Price     on behalf of Creditor     Equal Employment Opportunity Commission dale.price@eeoc.gov,
>                 legaldt.detroit@eeoc.gov
>                Daniel  Kielczewski     on behalf of Defendant     Bob Maxey Ford Inc
>                 dgkielczewski@abbottnicholson.com,  adwilliams@abbottnicholson.com
>                Daniel C. DiCicco     on behalf of Defendant     Wright Tool Co ddicicco@ahernkill.com
>                David A. Lerner     on behalf of Creditor     Plunkett Cooney dlerner@plunkettcooney.com,
>                 nwinagar@plunkettcooney.com
>                David A. Lerner     on behalf of Creditor     Waste Management Inc. etal dlerner@plunkettcooney.com,
>                 nwinagar@plunkettcooney.com
>                David A. Lerner     on behalf of Defendant     Waste Management of Michigan Inc
>                 dlerner@plunkettcooney.com,  nwinagar@plunkettcooney.com
>                David E. Schwartz     on behalf of Defendant     SMART dschwartz@allardfishpc.com,
>                 allardfishpc@yahoo.com
>                David Gilbert Heiman     on behalf of Defendant     City of Detroit, Michigan dgheiman@jonesday.com
>                David Gilbert Heiman     on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
>                David Gilbert Heiman     on behalf of Debtor In Possession     City of Detroit, Michigan
>                 dgheiman@jonesday.com
>                David Jonathan Cross     on behalf of Defendant     T & N Services Inc davidjonathancross@gmail.com
>                David L. Dubrow     on behalf of Plaintiff     Ambac Assurance Corporation david.dubrow@arentfox.com
>                David M. Blau     on behalf of Creditor     NTH Consultants, Ltd. dblau@clarkhill.com
>                David M. Blau     on behalf of Defendant     Mannik & Smith Group Inc dblau@clarkhill.com
>                David T. Lin     on behalf of Interested Party     The Kales Grand Circus Park, LLC dlin@seyburn.com,
>                 kbilpo@seyburn.com
>                Dawn R. Copley     on behalf of Interested Party     State of Michigan dcopley@dickinsonwright.com,
>                 dnavin@dickinsonwright.com
>                Dawn R. Copley     on behalf of Interested Party     State of Michigan, Department of Attorney
>                 General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
>                Deborah  Kovsky-Apap     on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com
>                Deborah  Kovsky-Apap     on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com
>                Deborah  Kovsky-Apap     on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com
>                Deborah  Kovsky-Apap     on behalf of Defendant John  Naglik kovskyd@pepperlaw.com
>                Deborah  Kovsky-Apap     on behalf of Debtor In Possession     City of Detroit, Michigan
>                 kovskyd@pepperlaw.com
>                Deborah  Kovsky-Apap     on behalf of Defendant John  Naglick kovskyd@pepperlaw.com
>                Deborah  Kovsky-Apap     on behalf of Plaintiff     City of Detroit, Michigan kovskyd@pepperlaw.com
>                Deborah  Kovsky-Apap     on behalf of Plaintiff     City of Detroit kovskyd@pepperlaw.com
>                Deborah  Kovsky-Apap     on behalf of Defendant     City of Detroit, Michigan kovskyd@pepperlaw.com
>                Deborah L. Fish     on behalf of Interested Party     Ad Hoc COPs Holders dfish@allardfishpc.com,
>                 allardfishpc@yahoo.com
>                Deborah L. Fish     on behalf of Intervenor-Defendant     Panning Capital Management, LP
>                 dfish@allardfishpc.com,  allardfishpc@yahoo.com
>                Deborah L. Fish     on behalf of Interested Party     Aurelius Capital Management, LP
>                 dfish@allardfishpc.com,  allardfishpc@yahoo.com
>                Deborah L. Fish     on behalf of Interested Party     Bronze Gable, L.L.C. dfish@allardfishpc.com,
>                 allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
        dfish@allardfishpc.com,   allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP
        dfish@allardfishpc.com,   allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Intervenor-Defendant    BlueMountain Capital Management, LLC
        dfish@allardfishpc.com,   allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P.
        dfish@allardfishpc.com,   allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Stone Lion Capital Partners L.P.
        dfish@allardfishpc.com,   allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com,
        allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
        dfish@allardfishpc.com,   allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Interested Party    Panning Capital Management, LP
        dfish@allardfishpc.com,   allardfishpc@yahoo.com
        Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP
        dfish@allardfishpc.com,   allardfishpc@yahoo.com
        Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
        dbeckwith@fosterswift.com
        Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
        Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
        dbeckwith@fosterswift.com
        Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
        don@mcguiganlaw.com
        Doron Yitzchaki    on behalf of Defendant    Hesco Hamlett Engineering Sales Company
        DYitzchaki@dickinsonwright.com
        Doron Yitzchaki    on behalf of Creditor    Sky Group Grand, LLC DYitzchaki@dickinsonwright.com
        Douglas Steele    on behalf of Interested Party    International Association of Fire Fighters,
        AFL-CIO, CLC dls@wmlaborlaw.com
        Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation
        dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast
        Michigan dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
        Foundation dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation
        dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
        dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
        dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
        dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
        dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
        dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
        dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Defendant    1 Way Service Inc dbernstein@plunkettcooney.com,
        ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
        dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
        Douglas C. Bernstein    on behalf of Defendant    Examworks Inc dbernstein@plunkettcooney.com,
        ssherbow@plunkettcooney.com
        Edward J. Gudeman    on behalf of Defendant    Audio Visual Equipment & Supplies
        ejgudeman@gudemanlaw.com,
        ecf@gudemanlaw.com;lmerucci@ecf.inforuptcy.com;rtanner@ecf.inforuptcy.com;kdarr@ecf.inforuptcy.co
        m;kshinn@ecf.inforuptcy.com;ejgudeman@ecf.inforuptcy.com;brookard@ecf.inforuptcy.com
        Elizabeth A. Ferguson    on behalf of Creditor Kim Lamar Spicer
        lizferguson@lawofficeseaferguson.com
        Elizabeth Ann Favaro    on behalf of Defendant    Siemens Industry Inc
        elizabeth.favaro@bowmanandbrooke.com,   diana.murray@bowmanandbrooke.com
        Elizabeth Ann Favaro    on behalf of Interested Party    Siemens Industry Inc.
        elizabeth.favaro@bowmanandbrooke.com,   diana.murray@bowmanandbrooke.com
        Elizabeth M. Abood-Carroll    on behalf of Creditor    CitiMortgage, Inc. bankruptcyMW@orlans.com,
        ANHSOA@4stechnologies.com;anhsoa@gmail.com
        Elliot G. Crowder    on behalf of Defendant    W C Ducomb Co ecrowder@sbplclaw.com,
        lhaas@sbplclaw.com
        Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
        ecrowder@sbplclaw.com,   lhaas@sbplclaw.com
        Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
             carlson@millercanfield.com,  brashier@millercanfield.com
            Erika D. Hart    on behalf of Defendant    OAS Group Inc ehart@tauntlaw.com,  sdewitte@tauntlaw.com
            Ethan D. Dunn    on behalf of Defendant    Hercules & Hercules Inc bankruptcy@maxwelldunnlaw.com,
             bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com
            Evan A. Burkholder    on behalf of Defendant    J E Associates Inc evan.burkholder@leclairryan.com,
             evan.burkholder@gmail.com
            Evan A. Burkholder    on behalf of Respondent    JE Associates evan.burkholder@leclairryan.com,
             evan.burkholder@gmail.com
            Frank J. Guadagnino    on behalf of Creditor    Aetna Health and Life Insurance Company
             fguadagnino@mcguirewoods.com,  rhotaling@clarkhillthorpreed.com
            Gerald Rosen    efile_rosen@mied.uscourts.gov
            Gordon J. Toering    on behalf of Defendant    EJ USA Inc gtoering@wnj.com
            Gordon J. Toering    on behalf of Defendant    Valley Truck Parts Inc gtoering@wnj.com
            H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
             jblock@resnicklaw.com
            H. Nathan Resnick    on behalf of Defendant    Bauer & Hunter PLLC hnresnick@resnicklaw.net,
             jblock@resnicklaw.com
            H. Nathan Resnick    on behalf of Interested Party    Resnick & Moss, P.C. hnresnick@resnicklaw.net,
             jblock@resnicklaw.com
            Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
             Heath.Rosenblat@dbr.com,  Daniel.Northrop@dbr.com
            Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, N.A.
             Heath.Rosenblat@dbr.com,  Daniel.Northrop@dbr.com
            Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
             Daniel.Northrop@dbr.com
            Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
             Daniel.Northrop@dbr.com
            Heather Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com
            Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
             hlennox@jonesday.com
            Heather Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com
            Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
            Heather Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com
            Heidi Peterson    hdpeterson75@gmail.com
            Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
            Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
            Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
            Hugh M. Davis    on behalf of Creditor Constance M. Phillips Info@ConLitPC.com
            I. W. Winsten    on behalf of Defendant    Sigma Associates Inc iwinsten@honigman.com,
             jgastelum@honigman.com
            Irma Industrious    on behalf of Creditor Irma  Industrious iindustrious@yahoo.com
            J. Paul Sugameli    on behalf of Defendant    Farrow Group Inc psugameli@sugamelilaw.com
            James Pelland    on behalf of Defendant    Metco Services Inc jpelland@fb-firm.com,
             psugars@fb-firm.com
            James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
             james.sprayregen@kirkland.com
            James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
             james.sprayregen@kirkland.com
            James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
             james.sprayregen@kirkland.com
            James J. Hayes    on behalf of Defendant    Alexander Chemical Corp attyjjhayes@gmail.com
            Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
            Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
             jeansartre@msn.com
            Jayson Ruff    on behalf of Creditor    Sprint Communications Company LP jruff@mcdonaldhopkins.com
            Jayson Ruff    on behalf of Creditor    Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
            Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
            Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
            Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
            Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
             apclawyer@sbcglobal.net
            Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
            Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
            Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
             apclawyer@sbcglobal.net
            Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
            Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
            Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
            Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
            Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
            Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
            Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
            Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
            Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
            Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
            Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
            Jimmylee Gray  on behalf of Defendant  Ampro Construction LLC j.gray50@comcast.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jimmylee Gray    on behalf of Defendant    Uniglobe Construction Co j.gray50@comcast.net
          Jimmylee Gray    on behalf of Defendant    Kingsway Building & Maintenance j.gray50@comcast.net
          John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
          John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
          jstevens@mathesonparr.com,    nlmumma@aol.com
          John C. Lange    on behalf of Creditor    Detroit Public Library jlange@glmpc.com
          John D. Mulvihill    on behalf of Attorney John Mulvihill Law Office Of John D. Mulvihill Pllc
          jdmassistant@sbcglobal.net,    jdmulvihill@sbcglobal.net
          John D. Mulvihill    on behalf of Defendant    Agar Lawn Sprinkler Systems Inc
          jdmassistant@sbcglobal.net,    jdmulvihill@sbcglobal.net
          John D. Mulvihill    on behalf of Debtor In Possession    City of Detroit, Michigan
          jdmassistant@sbcglobal.net,    jdmulvihill@sbcglobal.net
          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
          pjohnson@bredhoff.com;mforan@bredhoff.com
          John G. Colucci    on behalf of Respondent    General Shale Brick, Inc. coluccilawfirm@gmail.com
          John G. Colucci    on behalf of Creditor    General Shale Brick, Inc. coluccilawfirm@gmail.com
          John H. Willems    on behalf of Debtor In Possession    City of Detroit, Michigan
          willems@millercanfield.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com,
          mitrottlaw@ecf.courtdrive.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company john.sieger@kattenlaw.com
          John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
          jcanzano@michworkerlaw.com,    office@michworkerlaw.com
          Jonathan S. Green    on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
          Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
          green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant    City of Detroit green@millercanfield.com
          Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
          green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant Michael  Hall green@millercanfield.com
          Jong-Ju Chang    on behalf of Creditor    Oakland County, Michigan jchang@dykema.com,
          dkelley@dykema.com;docket@dykema.com
          Jong-Ju Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
          jchang@dykema.com,    dkelley@dykema.com;docket@dykema.com
          Joseph A. Brophy    on behalf of Defendant    Safeco Insurance Company of America jab@jhc-law.com,
          cls@jhc-law.com;sh@jhc-law.com;ab@jhc-law.com;docket@jhc-law.com
          Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
          jfischer@carsonfischer.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
          litdocket@honigman.com
          Joshua Wheelock    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
          joshwheelock@hotmail.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
          jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judith Greenstone Miller    on behalf of Defendant    Election Systems & Software
          jmiller@jaffelaw.com,    dgoldberg@jaffelaw.com
          Judith Greenstone Miller    on behalf of Creditor    ADP, LLC jmiller@jaffelaw.com,
          dgoldberg@jaffelaw.com
          Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    WC Hoover Investments, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Singent Consulting LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Mound Road Enterprises L.L.C. jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    LDM, LLC jcalton@honigman.com,    litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    TSD Solutions LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
          litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Delbruck Technology, LLC jcalton@honigman.com,
          litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Judy B. Calton   on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   440 Congress LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Stanne Consulting, LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Tower Defense & Aerospace, LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Olympia Office Building, LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Gekko Enterprises LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Olympia Development of Michigan LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Sunrise Parking LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Taggart Technologies LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   VITEC, L.L.C. jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Cass Community Social Services, Inc.
  jcalton@honigman.com,  litdocket@honigman.com
    Judy B. Calton   on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Compuware Corporation jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Defendant   CW Professional Services LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Arrow Uniform Rental, Inc. jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Skyline Partners LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   TC Manor House, LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Seven Mile Partners, LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Cathedral Owner LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   3100 East Jefferson, LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Oakland Plant Properties, LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Interested Party   Compuware Corporation jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   5801 Southfield Service Drive Corp. jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Magnolia Properties, LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Fox Parking Garage, LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Chene Square, LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   4737 Conner Co., LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Parkrite Holdings LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Enforcement Technology, Inc. jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Debtor In Possession   City of Detroit, Michigan
  jcalton@honigman.com,  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Elizabeth Street Properties, LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Detroit Thermal, LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Atwater Group jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Abraham & Potestivo, LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Koehler Market LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   Blenheim Building, LLC jcalton@honigman.com,
  litdocket@honigman.com
    Judy B. Calton   on behalf of Creditor   441 E. Larned LLC jcalton@honigman.com,
  litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Judy B. Calton    on behalf of Interested Party    Sigma Associates, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Pont Solutions, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Regency Owner LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Sigma Associates Inc jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Country House Apartments jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Linwood Neighbors LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Columbia Parking LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Attorney L. Katie Mason jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Mack Avenue Investors LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    CW Professional Services, LLC
           jcalton@honigman.com,   litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Lynch Road Land L.L.C. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Seven Mile Holdings, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Riverfront Towers Holdings LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Ivey & Associates LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Imperial Manor House, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     MICMR, LLC jcalton@honigman.com,   litdocket@honigman.com
          Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Defendant    Compuware Corporation jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor     Bean Little Investments, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants
           Association jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
           jteicher@ermanteicher.com
          Karen E. Evangelista    on behalf of Creditor Karen  Evangelista, Chapter 7 Trustee
           brewera1008@yahoo.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
           kressk@pepperlaw.com
          Kelly Houk    on behalf of Debtor In Possession    City of Detroit, Michigan khouk@dykema.com,
           ddaher@dykema.com
          Kenneth B. Vance    on behalf of Defendant    Z Contractors Inc kbvance@comcast.net,
           kbvance01@gmail.com
          Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov,
           michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Mary.compeau@usdoj.gov;Jack.Tubbs@usdoj.gov
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com,   mmichael@psedlaw.com;ccook@dflaw.com
          Kimberly Gibbs    on behalf of Defendant    Futurenet Group Inc KimberlyG@futurenetgroup.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
           kthornbladh@gmail.com,   thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Kurt Thornbladh   on behalf of Interested Party   Housing is a Human Right Coalition
        kthornbladh@gmail.com,   thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Maurika Lyda kthornbladh@gmail.com,
        thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff   Moratorium Now! kthornbladh@gmail.com,
        thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Sylvia Taylor kthornbladh@gmail.com,
        thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Rosalyn Walker kthornbladh@gmail.com,
        thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Rosalyn Parham kthornbladh@gmail.com,
        thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
        Kurt Thornbladh   on behalf of Creditor   Michigan Welfare Rights Organization
        kthornbladh@gmail.com,   thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
        Kurt Thornbladh   on behalf of Creditor   Plymouth Square Ltd. Housing Association
        kthornbladh@gmail.com,   thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff   Michigan Welfare Rights Organization
        kthornbladh@gmail.com,   thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Janice Ward kthornbladh@gmail.com,
        thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff John Smith kthornbladh@gmail.com,
        thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Tammika Williams kthornbladh@gmail.com,
        thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff John Jackson kthornbladh@gmail.com,
        thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
        Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc.
        kthornbladh@gmail.com,   thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
        L. Nichole Hunter   on behalf of Creditor   Public Lighting Authority nhunter@alglawpc.com
        Lawrence A. Lichtman   on behalf of Creditor   660 Woodward Associates, LLC
        llichtman@honigman.com,   litdocket@honigman.com
        Lisa Hill Fenning   on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
        Louis P. Rochkind   on behalf of Plaintiff   National Public Finance Guarantee Corporation
        lrochkind@jaffelaw.com,   dburris@jaffelaw.com
        M. Ellen Dennis   on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com,
        dwhadden@umich.edu
        Mami Kato   on behalf of Interested Party   International Union of Operating Engineers, Local
        324 mkato@sachswaldman.com,   pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Devery Jones mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Bruce Goldman mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Mary Washington mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
        Mami Kato   on behalf of Interested Party   Service Employees International Union, Local 517M
        mkato@sachswaldman.com,   pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Michael Wells mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor   Detroit Police Command Officers Association
        mkato@sachswaldman.com,   pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Mary Whitson mkato@sachswaldman.com,
        pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
        mkato@sachswaldman.com,   pmerchak@sachswaldman.com
        Marc N. Swanson   on behalf of Defendant Michael Hall swansonm@millercanfield.com
        Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan
        swansonm@millercanfield.com
        Marc N. Swanson   on behalf of Defendant   City of Detroit swansonm@millercanfield.com
        Marc N. Swanson   on behalf of Defendant Michael Duggan, Mayor swansonm@millercanfield.com
        Marc N. Swanson   on behalf of Defendant   City of Detroit, Michigan swansonm@millercanfield.com
        Marc N. Swanson   on behalf of Defendant   Detroit City Council swansonm@millercanfield.com
        Marcy J. Ford   on behalf of Creditor   Bank of America, N.A. easternecf@trottlaw.com,
        mitrottlaw@ecf.courtdrive.com
        Marguerite Hammerschmidt   on behalf of Interested Party   Haas & Goldstein P.C.
        admin@hammer-stick.com
        Marie Garian   on behalf of Defendant   ABC Demolition Co Inc Garianlaw@yahoo.com
        Mark Wasvary   on behalf of Creditor   Hyde Park Co-Operative, et al. mark@wasvarylaw.com
        Mark Wasvary   on behalf of Creditor   Plymouth Square Ltd. Housing Association
        mark@wasvarylaw.com
        Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com
        Mark B. Berke   on behalf of Defendant   Birks Works Environmental LLC mberkelaw@gmail.com
        Mark H. Shapiro   on behalf of Creditor   Nuveen Asset Management shapiro@steinbergshapiro.com,
        jbrown@steinbergshapiro.com
        Mark H. Shapiro   on behalf of Interested Party   The Securities Industry and Financial Markets
        Association shapiro@steinbergshapiro.com,   jbrown@steinbergshapiro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Mark H. Shapiro    on behalf of Creditor   BlackRock Financial Management, Inc.
           shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Interested Party   Greenhill & Co., LLC
           shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark L. McAlpine    on behalf of Other Professional   McAlpine PC mlmcalpine@mcalpinelawfirm.com,
           dajaworski@mcalpinepc.com;nanichols@mcalpinepc.com
          Mark R. James    on behalf of Interested Party   Financial Guaranty Insurance Company
           mrj@wwrplaw.com
          Mark R. James    on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel    on behalf of Defendant   Tooles Contracting Group LLC mfrankel@couzens.com
          Mark S. Frankel    on behalf of Defendant   Motor City Pipe & Supply Co mfrankel@couzens.com
          Mark S. Frankel    on behalf of Interested Party   Tooles Contracting Group LLC
           mfrankel@couzens.com
          Marshall S. Huebner    on behalf of Creditor   Merrill Lynch Capital Services, Inc.
           bankrout@davispolk.com
          Mary Beth Cobbs    on behalf of Debtor In Possession   City of Detroit, Michigan
           cobbm@detroitmi.gov,  mbcobbs@flash.net
          Mary Beth Cobbs    on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
           mbcobbs@flash.net
          Mary Beth Cobbs    on behalf of Interested Party   City of Detroit Law Department
           cobbm@detroitmi.gov,  mbcobbs@flash.net
          Mary K. Atallah    on behalf of Creditor   CitiMortgage, Inc. bknotices-edm@potestivolaw.com
          Mary Kay Shaver    on behalf of Creditor   Varnum LLP mkshaver@varnumlaw.com
          Matthew Schneider    on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
          Matthew Troy    on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
          Matthew Wilkins    on behalf of Defendant   Electronic Data Systems Corporation
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
           Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew Wilkins    on behalf of Retiree Committee   Official Committee of Retirees
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff   Detroit Retired City Employees Association
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
           wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew Wilkins    on behalf of Intervenor-Plaintiff   Official Committee of Retirees of the City
           of Detroit, Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew D. Harper    on behalf of Interested Party   City of Detroit Water and Sewerage Department
           mdharper@eastmansmith.com
          Matthew Gernet Summers    on behalf of Creditor   Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor   FMS Wertmanagement summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor   Hypothekenbank Frankfurt AG
           summersm@ballardspahr.com
          Max J. Newman    on behalf of Interested Party   Wayne County Corporation newman@butzel.com
          Max J. Newman    on behalf of Defendant   Motor City Electric Technologies Inc newman@butzel.com
          Max J. Newman    on behalf of Defendant   Fort Wayne Contracting Inc newman@butzel.com
          Max J. Newman    on behalf of Defendant   Imperial Construction Co newman@butzel.com
          Max J. Newman    on behalf of Defendant   Detroit Thermal, LLC newman@butzel.com
          Max J. Newman    on behalf of Defendant   C E Pollard Company newman@butzel.com
          Max J. Newman    on behalf of Defendant   L D' Agostini & Sons Inc newman@butzel.com
          Michael A. Stevenson    on behalf of Interested Party   Clark Associates, Inc. mas@sbplclaw.com,
           rschultz@sbplclaw.com
          Michael A. Stevenson    on behalf of Defendant   Clark Associates Inc mas@sbplclaw.com,
           rschultz@sbplclaw.com
          Michael Anthony Karman    on behalf of Creditor   Fountain Court Consumer Housing Cooperative
           makarmanesq@gmail.com
          Michael Anthony Karman    on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
          Michael C. Hammer    on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
          Michael H. Perry    on behalf of Interested Party   Fraser Trebilcock Davis & Dunlap PC
           mperry@fraserlawfirm.com
          Michael H. Perry    on behalf of Defendant   Fraser Trebilcock Davis & Dunlap PC
           mperry@fraserlawfirm.com
          Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell    on behalf of Interested Party   State of Michigan, Department of Attorney
           General BellM1@michigan.gov
          Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
          Michael Robert Wolin    on behalf of Defendant   Systems & Software Inc mike@tishlaw.com
          My Chi To    on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
           mao-bk-ecf@debevoise.com
          Nabih H. Ayad    on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP
        ayadlaw@hotmail.com
        Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
        Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
        Neil Matthew Berger   on behalf of Plaintiff   City of Detroit, Michigan dperson@teamtogut.com,
        dcahir@teamtogut.com,  seratner@teamtogut.com;neilberger@teamtogut.com;bmoore@teamtogut.com
        Neil R. Sherman   on behalf of Creditor   Flagstar Bank, FSB nsherman@sspclegal.com,
        stremonti1@sspclegal.com
        Neil R. Sherman   on behalf of Interested Party   CitiMortgage, Inc. nsherman@sspclegal.com,
        stremonti1@sspclegal.com
        Neil R. Sherman   on behalf of Interested Party   Schneiderman and Sherman, P.C.
        nsherman@sspclegal.com,  stremonti1@sspclegal.com
        Neil R. Sherman   on behalf of Interested Party   Kondaur Capital Corporation
        nsherman@sspclegal.com,  stremonti1@sspclegal.com
        Niraj R. Ganatra   on behalf of Attorney   UAW - Solidarity House Nganatra@uaw.net
        Noel J. Ravenscroft   on behalf of Respondent   Wayne County Treasurer
        nravenscroft@ecf.courtdrive.com
        Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company Paige.Barr@kattenlaw.com
        Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
        mkisell@plunkettcooney.com
        Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan
        pmears@btlaw.com
        Patrick W. Carothers   on behalf of Defendant   Carmeuse Lime Inc pcarothers@leechtishman.com,
        bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
        Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
        phage@jaffelaw.com,  jtravick@jaffelaw.com
        Paul R. Hage   on behalf of Defendant   Inland Waters Pollution Control Inc. phage@jaffelaw.com,
        jtravick@jaffelaw.com
        Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation
        phage@jaffelaw.com,  jtravick@jaffelaw.com
        Paul R. Hage   on behalf of Defendant   Election Systems & Software phage@jaffelaw.com,
        jtravick@jaffelaw.com
        Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
        Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
        Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of
        Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
        Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
        marbury@bwst-law.com;pleban@bwst-law.com
        Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and
        Agricultural Implement Workers of America pdechiara@cwsny.com
        Peter Paul Sudnick   on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com,
        psudnick13@gmail.com
        Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
        Raymond  Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
        Raymond  Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
        Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
        Richard G. Mack, Jr.   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
        richardmack@millercohen.com,  mcoil@millercohen.com
        Richard G. Mack, Jr.   on behalf of Creditor   Coalition of Detroit Unions
        richardmack@millercohen.com,  mcoil@millercohen.com
        Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of
        State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com,  mcoil@millercohen.com
        Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of
        State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
        mcoil@millercohen.com
        Richardo I. Kilpatrick   on behalf of Creditor   Detroit Water and Sewerage Department
        ecf@kaalaw.com,
        konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdr
        ive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;malexande
        r@ecf.courtdrive.com
        Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit, Water and Sewerage
        Department ecf@kaalaw.com,
        konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdr
        ive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;malexande
        r@ecf.courtdrive.com
        Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage
        Department ecf@kaalaw.com,
        konail@kaalaw.com;Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;csanders@ecf.courtdr
        ive.com;ksmith@ecf.courtdrive.com;konail@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;malexande
        r@ecf.courtdrive.com
        Robert  Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission
        robert.darnell@usdoj.gov
        Robert  Fetter   on behalf of Interested Party   Local 3308 of the American Federation of State,
        County and Municipal Employees rfetter@millercohen.com,
        richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
        com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert  Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
           rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert  Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
           County and Municipal Employees rfetter@millercohen.com,
           richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
           com
          Robert A. Weisberg    on behalf of Defendant    Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM,
           rweisberg@carsonfischer.com;njudge@carsonfischer.com
          Robert A. Weisberg    on behalf of Counter-Claimant    Shrader Tire & Oil Inc
           BRCY@CARSONFISCHER.COM,  rweisberg@carsonfischer.com;njudge@carsonfischer.com
          Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
           rweisberg@carsonfischer.com;njudge@carsonfischer.com
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert D. Gordon    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit rgordon@clarkhill.com,  lbellguzzo@clarkhill.com
          Robert J. Diehl, Jr.   on behalf of Interested Party    U.S. Bank N.A. rdiehl@bodmanlaw.com
          Robert J. Figa   on behalf of Defendant    D A Central Inc RFiga@Comlawone.com
          Robert J. Figa   on behalf of Defendant    Vancon Inc RFiga@Comlawone.com
          Robert M. Sosin   on behalf of Defendant    Universal System Technologies Inc robert@asnlaw.com
          Robert N. Bassel   on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           bbassel@gmail.com,  robertbassel@hotmail.com;ecfbassel@gmail.com
          Robert N. Bassel   on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
           robertbassel@hotmail.com;ecfbassel@gmail.com
          Robert N. Bassel   on behalf of Interested Party    Joliet Town Houses Cooperative Association
           bbassel@gmail.com,  robertbassel@hotmail.com;ecfbassel@gmail.com
          Robert N. Bassel   on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           bbassel@gmail.com,  robertbassel@hotmail.com;ecfbassel@gmail.com
          Robert N. Bassel   on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
           robertbassel@hotmail.com;ecfbassel@gmail.com
          Robert S. Hertzberg   on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com,  kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Interested Party    Pepper Hamilton LLP
           hertzbergr@pepperlaw.com,  kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Roger Q. Hyde   on behalf of Defendant    Able Demolition Inc. rogerqhyde@sbcglobal.net
          Ronald A. Spinner   on behalf of Defendant    City of Detroit, Michigan spinner@millercanfield.com
          Ronald A. Spinner   on behalf of Debtor In Possession    City of Detroit, Michigan
           spinner@millercanfield.com
          Ryan  Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
           jdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Plaintiff    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
           jdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
           jdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
           jdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett   on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com,  dustin.paige@kirkland.com;maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett   on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party    Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com,  dustin.paige@kirkland.com;maureen.mccarthy@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

       Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
        ryan.bennett@kirkland.com,  dustin.paige@kirkland.com;maureen.mccarthy@kirkland.com
       Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd.
        ryan.bennett@kirkland.com,  dustin.paige@kirkland.com;maureen.mccarthy@kirkland.com
       Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
        Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
       Sandra L. O'Connor   on behalf of Interested Party   US Health & Life Insurance Company
        soconnor@glmpc.com
       Sara Rajan   on behalf of Defendant   Camden Insurance Agency Inc srajan@starkreagan.com
       Scott A. Wolfson   on behalf of Defendant   Detroit Advanced Technology Application Network
        swolfson@wolfsonbolton.com,  stravis@wolfsonbolton.com
       Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com,
        david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
        stravis@wolfsonbolton.com
       Scott Eric Ratner   on behalf of Debtor In Possession   City of Detroit, Michigan
        dperson@teamtogut.com
       Scott Eric Ratner   on behalf of Defendant   Detroit Thermal, LLC dperson@teamtogut.com
       Scott Eric Ratner   on behalf of Plaintiff   City of Detroit, Michigan dperson@teamtogut.com
       Scott M. Watson   on behalf of Creditor   UBS AG swatson@wnj.com
       Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
       Shanna Marie Kaminski   on behalf of Interested Party   City of Detroit Water and Sewerage
        Department ,  pjozwiak@schaferandweiner.com
       Shanna Marie Kaminski   on behalf of Defendant   Detroit Water and Sewerage Department ,
        pjozwiak@schaferandweiner.com
       Shannon L. Deeby   on behalf of Interested Party   General Retirement System of the City of
        Detroit sdeeby@clarkhill.com
       Shannon L. Deeby   on behalf of Defendant   Eastern Oil Co sdeeby@clarkhill.com
       Shannon L. Deeby   on behalf of Interested Party   Police and Fire Retirement System of the City
        of Detroit sdeeby@clarkhill.com
       Shannon L. Deeby   on behalf of Defendant   Dell Computer Corporation sdeeby@clarkhill.com
       Shannon L. Deeby   on behalf of Defendant   J Ranck Electric Inc sdeeby@clarkhill.com
       Shannon L. Deeby   on behalf of Defendant   Camp Dresser & McKee sdeeby@clarkhill.com
       Shannon L. Deeby   on behalf of Creditor   Governing Board of the City of Detroit Employee
        Benefit Plan sdeeby@clarkhill.com
       Shannon L. Deeby   on behalf of Defendant   CDM Michigan Inc sdeeby@clarkhill.com
       Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of
        Detroit sdeeby@clarkhill.com
       Shannon L. Deeby   on behalf of Defendant   Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com
       Shannon L. Deeby   on behalf of Defendant   David Wm Ruskin sdeeby@clarkhill.com
       Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit
        sdeeby@clarkhill.com
       Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
        lawtoll@comcast.net
       Sheryl L. Toby   on behalf of Interested Party   Health Alliance Plan of Michigan
        stoby@dykema.com,  dguerrero@dykema.com
       Stanley I. Okoli   on behalf of Creditor Shelton Bell, Jr. sokoli@romanolawpllc.com,
        dblake@romanolawpllc.com,  dromano@romanolawpllc.com;mcoulter@romanolawpllc.com
       Stanley I. Okoli   on behalf of Creditor Michael McKay sokoli@romanolawpllc.com,
        dromano@romanolawpllc.com;mcoulter@romanolawpllc.com
       Stanley I. Okoli   on behalf of Creditor James Williams sokoli@romanolawpllc.com,
        dromano@romanolawpllc.com;mcoulter@romanolawpllc.com
       Stanley L. de Jongh   on behalf of Interested Party   City of Detroit Law Department
        jongsl@detroitmi.gov
       Stanley L. de Jongh   on behalf of Debtor In Possession   City of Detroit, Michigan
        jongsl@detroitmi.gov
       Stephanie Lee Arndt   on behalf of Creditor Steven Wolak s.arndt@fiegerlaw.com,
        s.teal@fiegerlaw.com
       Stephen Wolpert   on behalf of Creditor   Macomb County stephen.wolpert@dechert.com
       Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
        shelly.harrow@gmail.com
       Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts
        laplante@millercanfield.com,  skoczylas@millercanfield.com
       Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan
        laplante@millercanfield.com,  skoczylas@millercanfield.com
       Stephen S. LaPlante   on behalf of Plaintiff   City of Detroit, Michigan
        laplante@millercanfield.com,  skoczylas@millercanfield.com
       Stephen S. LaPlante   on behalf of Defendant   Detroit City Council laplante@millercanfield.com,
        skoczylas@millercanfield.com
       Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan
        laplante@millercanfield.com,  skoczylas@millercanfield.com
       Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
       Steven G. Howell   on behalf of Interested Party   State of Michigan showell@dickinsonwright.com
       Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney
        General showell@dickinsonwright.com
       Stuart A. Gold   on behalf of Defendant   Federal Pipe & Supply Inc sgold@glmpc.com
       Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com
       Stuart A. Gold   on behalf of Defendant   Binkelman Corp. sgold@glmpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Susheel Kirpalani  on behalf of Plaintiff  Syncora Guarantee Inc.
     susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
        Susheel Kirpalani  on behalf of Interested Party  Syncora Guarantee Inc.
     susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
        Suzanne L. Wahl  on behalf of Creditor  DEPFA Bank PLC swahl@schiffhardin.com,
     mosullivan@schiffhardin.com;lmisisian@schiffhardin.com;edocket@schiffhardin.com
        Tamar Dolcourt  on behalf of Debtor In Possession  City of Detroit, Michigan
     tdolcourt@foley.com
        Thomas R. Morris  on behalf of Plaintiff  Detroit Retired City Employees Association
     morris@silvermanmorris.com, dlatus@silvermanmorris.com
        Thomas R. Morris  on behalf of Interested Party Donald Taylor morris@silvermanmorris.com,
     dlatus@silvermanmorris.com
        Thomas R. Morris  on behalf of Creditor Donald Taylor morris@silvermanmorris.com,
     dlatus@silvermanmorris.com
        Thomas R. Morris  on behalf of Plaintiff  Retired Detroit Police and Fire Fighters Association
     morris@silvermanmorris.com, dlatus@silvermanmorris.com
        Thomas R. Morris  on behalf of Interested Party  Retired Detroit Police and Fire Fighers
     Association morris@silvermanmorris.com, dlatus@silvermanmorris.com
        Thomas R. Morris  on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
     dlatus@silvermanmorris.com
        Thomas R. Morris  on behalf of Interested Party  Detroit Retired City Employees Association
     morris@silvermanmorris.com, dlatus@silvermanmorris.com
        Thomas R. Morris  on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
     dlatus@silvermanmorris.com
        Timothy A. Fusco  on behalf of Interested Party  Meijer, Inc. fusco@millercanfield.com
        Timothy A. Fusco  on behalf of Debtor In Possession  City of Detroit, Michigan
     fusco@millercanfield.com
        Timothy A. Fusco  on behalf of Defendant  City of Detroit, Michigan fusco@millercanfield.com
        Timothy R. Graves  on behalf of Interested Party  Bronze Gable, L.L.C. tgraves@allardfishpc.com,
     allardfishpc@yahoo.com
        Timothy R. Graves  on behalf of Interested Party  Norddeutsche Landesbank Luxembourg, S.A.
     tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves  on behalf of Interested Party  Aurelius Capital Management, LP
     tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves  on behalf of Interested Party  Stone Lion Capital Partners L.P.
     tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves  on behalf of Interested Party  Dexia Holdings, Inc. tgraves@allardfishpc.com,
     allardfishpc@yahoo.com
        Timothy R. Graves  on behalf of Interested Party  Panning Capital Management, LP
     tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves  on behalf of Interested Party  Monarch Alternative Capital LP
     tgraves@allardfishpc.com, allardfishpc@yahoo.com
        Timothy R. Graves  on behalf of Interested Party  Ad Hoc COPs Holders tgraves@allardfishpc.com,
     allardfishpc@yahoo.com
        Timothy R. Graves  on behalf of Interested Party  Dexia Credit Local tgraves@allardfishpc.com,
     allardfishpc@yahoo.com
        Todd W. Grant  on behalf of Defendant  Waterworks Systems & Equipment tgrant@cqlawfirm.com,
     pcavanaugh@cqlawfirm.com
        Todd W. Grant  on behalf of Defendant  E L Bailey & Co Inc tgrant@cqlawfirm.com,
     pcavanaugh@cqlawfirm.com
        Todd W. Grant  on behalf of Defendant  North-West Trading Co tgrant@cqlawfirm.com,
     pcavanaugh@cqlawfirm.com
        Todd W. Grant  on behalf of Defendant  Clarks Construction tgrant@cqlawfirm.com,
     pcavanaugh@cqlawfirm.com
        Todd W. Grant  on behalf of Defendant  Blue Star Inc tgrant@cqlawfirm.com,
     pcavanaugh@cqlawfirm.com
        Todd W. Grant  on behalf of Defendant  KEO and Associates Inc. tgrant@cqlawfirm.com,
     pcavanaugh@cqlawfirm.com
        Vanessa G. Fluker  on behalf of Interested Party  Center for Community Justice and Advocacy
     vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
        Wendy Turner Lewis  on behalf of Defendant  Pyratech Security Systems Inc wtlewis@ameritech.net
        William H. Goodman  on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
        William H. Goodman  on behalf of Creditor Dwayne Provience mail@goodmanhurwitz.com
        William H. Goodman  on behalf of Creditor Christobal Mendoza mail@goodmanhurwitz.com
        William H. Goodman  on behalf of Creditor Annica Cuppetelli mail@goodmanhurwitz.com
        William H. Goodman  on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
        William H. Goodman  on behalf of Creditor Walter Swift mail@goodmanhurwitz.com
        William J. Barrett  on behalf of Defendant  Genuine Parts Company william.barrett@bfkn.com
        William Norman Listman  on behalf of Interested Party  Southeastern Oakland County Water
     Authority wlistman@davislistman.com
        William Pfeiffer Smith  on behalf of Creditor  U.S. Bank National Association wsmith@mwe.com
        William W. Kannel  on behalf of Creditor  Ad Hoc Bondholder Committee wkannel@mintz.com
        William W. Kannel  on behalf of Creditor  Fidelity Management & Research Company
     wkannel@mintz.com
        Yuliy Osipov  on behalf of Defendant  Toter Incorporated yotc_ecf@yahoo.com,
     yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy Osipov  on behalf of Interested Party Gary Segatti yotc_ecf@yahoo.com,
     yo_ecf@osbig.com;tc_ecf@osbig.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Yuliy  Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC
           yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Defendant   Capp, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Defendant   Kessler International yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Defendant   Capp USA yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov   on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                    TOTAL: 595