

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## COURTNEY D. PAYTON'S MOTION FOR LEAVE TO FILE IN THE TRADITIONAL PAPER MANNER

Courtney D. Payton ("Mr. Payton") by his undersigned counsel, the Mike Morse Law Firm, moves this Honorable Court for the entry of an Order granting him leave to file documents, including his Objection and Response to City of Detroit's Motion for (I) Determination that Courtney D. Payton Willfully Violated this Court's Order Granting Motion to Enforce Entered at Docket Number 10743, and (II) Awarding Compensatory and Punitive Sanctions, in the traditional, paper manner. This Motion is based on the fact that, while Mr. Payton's counsel, is admitted to practice in other federal courts having jurisdiction over Michigan matters, including the United States District Court for the Eastern District of Michigan, neither Mr. Payton nor his counsel currently have an e-filing password available to them to electronically file documents with this Honorable Court.

WHEREFORE, for the foregoing reasons, Mr. Payton respectfully requests that this Honorable Court grant the relief sought in this Motion and enter an Order granting him leave to file documents, including his Objection and Response to City of Detroit's Motion for (I) Determination that Courtney D. Payton Willfully Violated this Court's Order Granting Motion to Enforce Entered at Docket Number 10743, and (II) Awarding Compensatory and Punitive Sanctions, in the traditional, paper manner.

Respectfully submitted,

MIKE MORSE LAW FIRM
Attorneys for Courtney Payton

_____
**Marc J. Mendelson P-52798**
**Donald J. Cummings P-70969**
24901 Northwestern Highway, Suite 700
Southfield, MI 48075-1816

Dated: June 16, 2017 (248) 350-9050

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 16, 2017, he served a copy of the foregoing **COURTNEY D. PAYTON'S MOTION FOR LEAVE TO FILE IN THE TRADITIONAL PAPER MANNER** upon counsel for the City of Detroit in the manner described below: Via first class mail and email:

Marc N. Swanson, P71149
Miller, Canfield, Paddock and Stone, PLC
150 West Jefferson, Suite 2500
Detroit, MI 48226
Email: swansonm@millercanfield.com

**Respectfully submitted,
MIKE MORSE LAW FIRM
Attorneys for Plaintiff**

Dated: June 16, 2017

Marc J. Mendelson P-52798
Donald J. Cummings P-70969
24901 Northwestern Highway, Suite 700
Southfield, MI 48075-1816
(248) 350-9050