# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

FILED (I) 2017 JUL -5 P 1:20 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

## ~~[struck]~~ ORDER GRANTING COURTNEY D. PAYTON'S MOTION FOR LEAVE TO FILE IN THE TRADITIONAL PAPER MANNER

This matter, having come before the court on *Courtney Payton's Motion for Leave to File in the Traditional Paper Manner*, ~~upon proper notice and a hearing,~~ the Court being fully advised in the premises, and there being good caused to grant the relief requested,

**THE COURT ~~FINDS~~ THAT,** ~~while Mr. Payton's counsel, is admitted to practice in other federal courts having jurisdiction over Michigan matters, including the United States District Court for the Eastern District of Michigan, neither Mr. Payton nor his counsel currently have an e-filing password available to them to electronically file documents with this Honorable Court.~~

**NOW, THEREFORE, THE COURT ORDERS THAT:**

1. The Motion is granted.

2. Attorneys Marc J. Mendelson and Donald J. Cummings, each of ~~Courtney D. Payton ("Mr. Payton") by his undersigned counsel,~~ the Mike Morse Law Firm, are authorized ~~shall be granted leave~~ to file ~~documents, including his~~ Courtney D. Payton's Objection and Response to City of Detroit's Motion for (I) Determination that Courtney D. Payton Willfully Violated this Court's Order Granting Motion to Enforce Entered at Docket Number 10743, and (II) Awarding Compensatory and Punitive Sanctions, (and attached exhibits) 1/ in the traditional, paper manner.

Signed: July 5, 2017

Thomas J. Tucker
United States Bankruptcy Judge

1/ Note — The entry of this Order was delayed by movants' failure to [illegible]