UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION FOR AN ORDER (I) DETERMINING THAT JAMIE SIMPSON IS IN VIOLATION OF THE PLAN OF ADJUSTMENT AND THE ORDER EXPUNGING HER CLAIM, AND (II) REQUIRING DISMISSAL OF HER STATE COURT LAWSUIT**

This case is before the Court on the motion entitled "*City of Detroit's Motion for an Order (I) Determining That Jamie Simpson Is in Violation of the Plan of Adjustment and the Order Expunging Her Claim, and (II) Requiring Dismissal of Her State Court Lawsuit*" (Docket # 11916, the "Motion"). No timely response to the Motion was filed. Upon proper notice, and the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**IT IS ORDERED THAT:**

**1.** The Motion is granted.

**2.** No later than July 13, 2017, Jamie Simpson must dismiss, or cause to be dismissed, with prejudice the City of Detroit from Case No. 15-016462-NF filed in the Circuit Court for the County of Wayne, Michigan ("State Court Lawsuit").

**3.** Jamie Simpson is permanently barred, estopped, and enjoined from asserting any claims described in the State Court Lawsuit against the City of Detroit or property of the City of Detroit, in the State Court Lawsuit or in any other action or proceeding.

**4.** The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on July 06, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge