# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 6, 2017, he served a copy of the *Order Granting City of Detroit's Motion for an Order (I) Determining That Jamie Simpson Is in Violation of the Plan of Adjustment and the Order Expunging Her Claim, and (II) Requiring Dismissal of Her State Court Lawsuit* [Doc. No. 11945] upon the following persons, via first class mail

| | |
|---|---|
| Jamie Simpson<br>c/o David J. Jarrett<br>David J. Jarrett, P.C.<br>12820 Ford. Rd., Suite 1<br>Dearborn, MI 48381 | L. Louie Andreopoulos<br>David T. Hill<br>Andreopoulos & Hill, PLLC<br>Attorneys for Plaintiff<br>28900 Woodward Avenue<br>Royal Oak, MI 48067 |

DATED: July 6, 2017

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
green@millercanfield.com
swansonm@millercanfield.com