# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In re:**

**City of Detroit, Michigan,**                  **Bankruptcy Case No.: 13-53846**
        **Debtor.**                                          **Honorable Thomas J. Tucker**
                                                                                      **Chapter 9**

## NOTICE OF OPPORTUNITY TO RESPOND TO MOTION FOR RELIEF *NUNC PRO TUNC* FROM THIS COURT'S ORDER DATED SEPTEMBER 29, 2016

Jerome Collins has filed its *Motion for Relief Nunc Pro Tunc From This Court's Order Dated September 29, 2016*.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney.

If you do not want the Court to enter an Order granting the Motion, within 14-days, you or your attorney must:

1.     File with the court a written response or an answer, explaining your position at:

> United States Bankruptcy Court
> 211 W. Fort St, Suite 1900
> Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. You must also mail a copy to:

> Benjamin Whitfield, Jr. & Associates, P.C.
> Attn: Benjamin Whitfield, Jr., Esq.
> 613 Abbott St, 1st FL
> Detroit, Michigan 48226

2.     If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of that hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Respectfully Submitted,

**Benjamin Whitfield, Jr. & Associates, P.C.**
By: ___/s/ Benjamin Whitfield, Jr.___
Benjamin Whitfield, Jr. (P23562)
Attorney for Jerome Collins
613 Abbott St, 1st FL
Detroit, MI 48226
**Phone:** (313) 961-1000
**Email:** benwlaw123@aol.com

**Dated:** July 7, 2017