UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| **City of Detroit, Michigan,** | **Bankruptcy Case No.: 13-53846** |
| Debtor. | Honorable Thomas J. Tucker |
| | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 7, 2017, Jerome Collins' ***Motion for Relief Nunc Pro Tunc From This Court's Order Dated September 29, 2016*** and ***Notice of Opportunity to Respond to Jerome Collins' Motion for Relief Nunc Pro Tunc From This Court's Order Dated September 29, 2016*** was filed and served via the court's electronic file & serve system and served upon counsel as listed below:

Marc N. Swanson, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Ste 2500
Detroit, MI 48226

By: __/s/ Benjamin Whitfield, Jr.__
Benjamin Whitfield, Jr., Esq.
Attorney for Jerome Collins
