# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                                        Chapter 9

City of Detroit, Michigan,                                    Case No. 13-53846

　　Debtor.                                                   Hon. Thomas J. Tucker

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

　　I, Stephanie Delgado, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

　　On June 13, 2017, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- **Opinion and Order Sustaining the City of Detroit's Objections to the Claims of "Employee Obligation Claimants"** [Docket No. 11897]

Dated: June 23, 2017

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Stephanie Delgado
　　　　　　　　　　　　　　　　　　　　　　　　Stephanie Delgado
　　　　　　　　　　　　　　　　　　　　　　　　KCC
　　　　　　　　　　　　　　　　　　　　　　　　2335 Alaska Ave
　　　　　　　　　　　　　　　　　　　　　　　　El Segundo, CA 90245

# Exhibit A

**Exhibit A**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Sheila Pennington | 3500 E Jefferson Ave Apt 216 | Detroit | MI | 48207-4398 |