# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**STIPULATION BY AND BETWEEN THE CITY OF DETROIT,
MICHIGAN AND LIDDLE & DUBIN P.C.
RESOLVING CLAIM NUMBERS 2372, 2374, AND 3067**

The City of Detroit, Michigan ("City") and Liddle & Dubin P.C. ("Claimant"; and collectively with the City, the "Parties") stipulate and agree as follows:

WHEREAS, on February 21, 2014, Claimant filed proof of claim number 2372 in the amount of $95,418.42 ("Claim 2372");

WHEREAS, on February 21, 2014, Claimant filed proof of claim number 2374 in the amount of $520,357.82 ("Claim 2374");

WHEREAS, on February 21, 2014, Claimant filed proof of claim number 3067 in the amount of $395,622.09 ("Claim 3067"; and with Claim 2372 and Claim 2374, the "Claims");

WHEREAS, each of the Claims was related to a pre-petition lawsuit, each of which has now been dismissed;

WHEREAS, Claimant has agreed to withdraw each of the Claims.

NOW, THEREFORE, the Parties stipulate and agree that the City's claims agent is authorized to update the claims register to reflect that the Claims are withdrawn and to expunge them from the Claims Register.

**SO STIPULATED**

**APPROVED AS TO FORM AND CONTENT:**

DYKEMA GOSSETT PLLC                LIDDLE & DUBIN, PC

By: _/s/ Kelly R. Houk_____        By: _/s/Laura L. Sheets (w/consent)_____
    Kelly R. Houk (P77666)                Laura L. Sheets (P63270)
    Kathryn J. Humphrey (P32351)            Liddle & Dubin, P.C.
    Samuel R. Simkins (P81210)            Attorney for Claimants
    Attorneys for City of Detroit            975 East Jefferson Ave.
    400 Renaissance Center                Detroit, MI 48207
    Detroit, MI 48243                (313) 392-0015
    (313) 568-6848                lsheets@ldclassaction.com
    khouk@dykema.com
    khumphrey@dykema.com
    ssimkins@dykema.com

Dated: July 10, 2017