# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING THE STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND LIDDLE & DUBIN P.C. RESOLVING CLAIM NUMBERS 2372, 2374, AND 3067

This case is before the Court on the stipulation filed July 10, 2017 (Docket # 11957, the "Stipulation"), entitled *Stipulation by and between the City of Detroit, Michigan and Liddle & Dubin P.C. Resolving Claim Numbers 2372, 2374, and 3067*; the Court having reviewed the Stipulation and being otherwise apprised of the matter, and there being good cause,

IT IS ORDERED THAT:

1. The Stipulation is approved to the extent set forth in this Order.

2. Claim numbers 2372, 2374, and 3067 are withdrawn.

3. The City's claims agent is authorized to update the Claims Register to (a) reflect that claim numbers 2372, 2374, and 3067 are withdrawn and (b) expunge them from the Claims Register.

**Signed on July 10, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge