**Exhibit 2**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 14, 2017, he served the foregoing *City Of Detroit's Response to Collins Motion for Relief Nunc Pro Tunc from This Court's Order Dated September 29, 2016* upon counsel as listed below, via first class mail and electronic mail:

Benjamin Whitfield, Jr
Benjamin Whitfield, Jr. & Associates, PC
613 Abbott St.
Detroit, MI 48226
benwlaw4822@aol.com

Dated: July 14, 2017

                                  By: /s/ Marc N. Swanson
                                      Marc N. Swanson (P71149)
                                      150 West Jefferson, Suite 2500
                                      Detroit, Michigan 48226
                                      Telephone: (313) 496-7591
                                      Facsimile: (313) 496-8451
                                      swansonm@millercanfield.com