FILED '17 JUL 25 PM12:16
US BANKRUPTCY MIE-DET

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit Chapter 9

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Thomas Tucker

GLORIA DENISE MORRIS, Secured
Debtor.

_____/

MOTION FOR/TO Creditor / Secured Parties

NOW COMES Debtor(s)/ Creditor Gloria Denise Jones and brings this motion for/to Creditors/Secured Parties. In support of Debtor(s)'s motion, Debtor states the following [state the facts]:

1. Gloria D. Jones / Secured Party needs account of Debts Paid to Creditors

2. Gloria D. Jones Secured Party on behalf of Debtor account for reason Debtor owes Credits

3. Debtor requests Meeting with creditors / Secured Parties — Common Law Court Hearing

WHEREFORE, Debtor requests this Court to consider Debtor's Motion for/to Meeting / Accounting on Debts Paid and afford Debtor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Dated: 7-24-17

Respectfully submitted,

Gloria Denise Morris
(Debtor's Signature) Secured Party
Print Name: Autograph - Gloria D. Jones
Attorney In Fact

_____
(Co-Debtor's Signature)
Print Name: _____

RECEIVED
JUL 24 2017
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE: *City of Detroit chapter 9*

*Gloria Denise Morris / Secured*
Debtor. */ Party Gloria D. Jones*

CASE NO: *13-53846*
CHAPTER: *9*
JUDGE: *Thomas Tucker*

ORDER GRANTING MOTION TO/FOR *Accounting for Debts Paid to Creditors / Meeting with Creditors / Secured Parties*

This matter having come before the Court on Debtor's motion, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.

Form B20A(Official Form 20A
12/1/10

UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

In re: City of Detroit Chapter 9
Gloria Denise Morres /creditor
          Debtor(s)    Gloria D Jones

Chapter: 9

Case No.: 13-53846

Judge: Thomas Tucker

Address 17301 Livernois Blvd #185
Detroit Michigan [48221]

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 8964

## NOTICE OF MOTION

Debtor has filed papers with the court accounting /Meeting with Creditors/ Secured Parties
{relief sought in motion}

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, within __15__ days, you or your attorney must:

1.  File with the court a written response or an answer, explaining your position at:[1]

    United States Bankruptcy Court
    Eastern District Michigan

    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

    You must also mail a copy to [enter debtor's name and address and name and address of others to be served]:

2.  If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _____       Signature /Gloria D Jones/ Attorney
                           Name                        In fact
                           Address

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit Chapter 9  CASE NO: 13-53846
Gloria Denise Morris / creditor / secured party  CHAPTER: 9
Debtor. / Gloria D. Jones

## CERTIFICATE OF SERVICE

I hereby certify that on 7-24-17 (date of mailing), I served copies as follows:

1. Document(s) served: Motion / Motion Granting Meeting w/creditors secured parties / accounting of paid creditors

2. Served upon [name and address of each person served]: Court Named above

3. By First Class Mail.

Dated: 7-24-17

(Signature) Gloria D. Jones

Print Name: Gloria D. Jones

13-53846-tjt    Doc 11964    Filed 07/25/17    Entered 07/25/17 12:21:17    Page 4 of 4