UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

City of Detroit

            Debtor
_____/

Chapter 9

Case Number 13-53846

Honorable: Thomas J. Tucker

## REQUEST TO BE REMOVED FROM CM/ECF NOTIFICATION LISTS

Please take notice that Orlans PC attorneys for Creditors, CitiMortgage, Inc. hereby requests that the following email addresses be removed from the CM/ECF electronic notification lists and that Orlans PC no longer receive electronic flings in this bankruptcy proceeding.

| | |
|---|---|
| Elizabeth M. Abood-Carroll | Email: eabood-carroll@orlans.com |
| Craig B. Rule | Email crule@orlans.com |
| Orlans PC | Email: bankruptcy@orlans.com |
| Orlans PC | Email: bankruptcyMW@orlans.com |
| | Email: ANHSOA@4stechnologies.com |
| | Emai: anhsoa@gmail.com |

                                         Respectfully Submitted,

Date: July 25, 2017
                                         /s/ Elizabeth M. Abood-Carroll
                                         Elizabeth M. Abood-Carroll, Esq. P46304
                                         Craig B. Rule, Esq. P67005
                                         Orlans PC
                                         Attorneys for CitiMortgage, Inc.
                                         P.O. Box 5041
                                         Troy, MI 48007
                                         (248) 502-1400
                                         Email: eabood-carroll@orlans.com
                                         File Number: 13-015665