Form:ntadjBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF ADJOURNED BENCH OPINION

PLEASE TAKE NOTICE that the BENCH OPINION on 07/26/2017 at 1:30 pm to consider and act upon the following:

*11894* – Motion to Enforce , Motion for Sanctions for other ReasonCity of Detroits Motion for (I) Determination that Courtney D. Payton Willfully Violated This Courts Order Granting Motion to Enforce, Entered at Docket Number 10743, and (II) Awarding Compensatory and Punitive Sanctions Filed by Debtor In Possession City of Detroit, Michigan (Swanson, Marc)

is hereby adjourned to: 8/2/17 at 01:30 PM at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226

Dated: 7/26/17

                BY THE COURT

                Katherine B. Gullo, Clerk of Court
                U.S. Bankruptcy Court