IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan<br><br>Debtors. | Chapter 11<br><br>Case No. 13-53846 (TJT) |

## CERTIFICATE OF SERVICE

I, Travis R Buckingham, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On or before July 21, 2017, I caused copies of the
- [Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re Docket No. 11932]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: July 25, 2017

/s/ Travis R. Buckingham
Travis R. Buckingham
KCC
2335 Alaska Ave
El Segundo, CA 90245
Tel 310.823.9000

# EXHIBIT A

| Name | Notice Name | Address 1 | City | State | Zip Code | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Steven Wolak, as Personal Representative of the Estate of Christopher Wolak, Deceased | Fieger, Fieger, Kenney, Giroux & Harrington, P.C. | 19390 West Ten Mile Road | Southfield | MI | 48075 | 3232 | $355,000.00 | $355,000.00 | 11932 | Transferor |
| Karen E. Evangelista, Trustee for the Bankruptcy Estate of Steven and Francine Wolak, Case Number 15-53842 | Kilpatrick & Associates, P.C. | 903 N. Opdyke Rd. | Auburn Hills | MI | 48326 | 3232 | $355,000.00 | $355,000.00 | 11932 | Transferee |