**THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| In re: | ) Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | ) Case No. 13-53846 (TJT) |
| Debtor. | ) Hon. Thomas J. Tucker |

## REQUEST TO BE REMOVED FROM CM/ECF NOTIFICATION LISTS

Please take notice that Fraser Trebilcock Davis & Dunlap, P.C., attorneys for Creditor, Fraser Trebilcock Davis & Dunlap, P.C., hereby requests that the following e-mail address be removed from the CM/ECF electronic notification lists and that Fraser Trebilcock Davis & Dunlap, P.C. no longer receive electronic filings in this bankruptcy proceeding.

Michael H. Perry        E-mail: mperry@fraserlawfirm.com

Dated: July 27, 2017

Respectfully submitted,

FRASER TREBILCOCK DAVIS & DUNLAP P.C.

By: /s/ Michael H. Perry
MICHAEL PERRY (P22890)
One Woodward Avenue, Suite 1550
Detroit, MI 48226
(517) 482-5800
*Attorneys for Defendant Fraser Trebilcock Davis & Dunlap, P.C.*