UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re: CITY OF DETROIT, MICHIGAN          Case No.: 13-53846
                                          Chapter: 9
       Debtor(s).                         Judge: Thomas J. Tucker

_____/

## REQUEST TO BE REMOVED FROM CM/ECF NOTIFICATION LISTS

Please take notice that Gudeman & Associates P.C., attorneys for Creditor, Enjoi Transportation, hereby requests that the following e-mail address be removed from the CM/ECF electronic notification lists and that Gudeman & Associates P.C. no longer receive electronic filings in this bankruptcy proceeding.

Atty: Edward J. Gudeman     Emails    ejgudeman@gudemanlaw.com
                                      ecf@gudemanlaw.com

                                      Respectfully submitted,

                                      /s/ Edward J. Gudeman
                                      Edward J. Gudeman (P14454)
                                      Gudeman & Associates, PC
                                      1026 W. Eleven Mile Road
                                      Royal Oak, MI  48067
                                      248-546-2800
                                      ecf@gudemanlaw.com

Dated: July 27, 2017