UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------- x
                                                   :
In re                                              :     Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         :     Case No. 13-53846
                                                   :
                         Debtor.                   :     Hon. Thomas J. Tucker
                                                   :
-------------------------------------------------- :
                                                   x
```

**PROOF OF SERVICE**

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 902 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

PO Box 721217
Berkley MI48072

By:     */s/ Mary Beth Cobbs*
        Mary Beth Cobbs (P-40080)
        Assistant Corporation Counsel
        2 Woodward Ave, Suite 500
        Detroit, MI 48226
        Phone: (313) 237-3075
        Email: cobbm@detroitmi.gov

Dated: July 28, 2017