# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| **IN THE MATTER OF**: | Chapter 9 |
| **CITY OF DETROIT, MICHIGAN,** | Case No. 13-53846 |
| **Debtor** | Hon. Thomas J. Tucker |
| _____ / | |

## REQUEST TO DISCONTINUE RECEIVING ECF NOTIFICATIONS

Assistant Corporation Counsel, attorney for the Macomb County Treasurer, requests that the Court *discontinue* sending electronic ECF notifications in this matter, to the following addresses: aaron.thomas@macombgov.org; candice.donato@macombgov.org; and ccbankruptcy@macombgov.org.

    /s/ Aaron C. Thomas
Aaron C. Thomas (P55114)
Assistant Corporation Counsel for
Macomb County
One S. Main Street, 8th Floor
Mount Clemens, MI 48043
(586) 469-6346
aaron.thomas@macombgov.org