# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## REQUEST TO BE REMOVED FROM CM/ECF NOTIFICATION LISTS

Please take notice that McDermott Will & Emery LLP, attorney for U.S. Bank National Association, hereby requests that the following e-mail addresses be removed from the CM/ECF electronic notification lists and that McDermott Will & Emery LLP no longer receive electronic filings in the above-captioned bankruptcy case.

| Atty: | William P. Smith | Emails: | wsmith@mwe.com |
|---|---|---|---|
| | Jeffrey A. Rossman | | jrossman@mwe.com |
| | Nathan Coco | | ncoco@mwe.com |

Dated: July 28, 2017

Respectfully Submitted,

MCDERMOTT WILL & EMERY LLP

/s/ William P. Smith
William P. Smith
McDermott Will & Emery LLP
444 West Lake Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Email: wsmith@mwe.com

## CERTIFICATE OF SERVICE

      I, William P. Smith, hereby certify that the foregoing document was filed and served via the Court's electronic case filing and noticing system on July 28, 2017.

                                        McDermott Will & Emery LLP

                                        /s/ William P. Smith
                                        William P. Smith
                                        McDermott Will & Emery LLP
                                        444 West Lake Street
                                        Chicago, Illinois 60606
                                        Telephone: (312) 372-2000
                                        Email: wsmith@mwe.com