UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
---------------------------------------------------    x
                                                       :
In re                                                  :   Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             :   Case No. 13-53846
                                                       :
                               Debtor.                 :   Hon. Thomas J. Tucker
                                                       :
---------------------------------------------------    :
                                                       x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 522 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

5056 Lannoo St
Detroit MI48236-2157

            By:  */s/ Mary Beth Cobbs*
                Mary Beth Cobbs (P-40080)
                Assistant Corporation Counsel
                2 Woodward Ave, Suite 500
                Detroit, MI 48226
                Phone: (313) 237-3075
                Email: cobbm@detroitmi.gov

Dated: July 28, 2017