```
---------------------------------------------------      x
                                                         :
In re                                                    :        Chapter 9
                                                         :
CITY OF DETROIT, MICHIGAN,                               :        Case No. 13-53846
                                                         :
                                      Debtor.            :        Hon. Thomas J. Tucker
                                                         :
-------------------------------------------------        :
                                                         x
```

**PROOF OF SERVICE**

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice

regarding claim number 752 with the Clerk of the Court using the ECF system, which will send

notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

621 Orleans Apt 65
Detroit MI48207

By:    */s/ Mary Beth Cobbs*
Mary Beth Cobbs (P-40080)
Assistant Corporation Counsel
2 Woodward Ave, Suite 500
Detroit, MI 48226
Phone: (313) 237-3075
Email: cobbm@detroitmi.gov

Dated:  July 28, 2017