# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
----------------------------------------------------    x
                                                        :
In re                                                   :          Chapter 9
                                                        :
CITY OF DETROIT, MICHIGAN,                               :          Case No. 13-53846
                                                        :
                                    Debtor.             :          Hon. Thomas J. Tucker
                                                        :
----------------------------------------------------    :
                                                        x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice

regarding claim number 894 with the Clerk of the Court using the ECF system, which will send

notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

DMC Real Estate
4707 St. Antoine, 5th Floor
Suite C526
Detroit MI48201

                                        By:      /s/ Mary Beth Cobbs
                                                 Mary Beth Cobbs (P-40080)
                                                 Assistant Corporation Counsel
                                                 2 Woodward Ave, Suite 500
                                                 Detroit, MI 48226
                                                 Phone: (313) 237-3075
                                                 Email: cobbm@detroitmi.gov

Dated: July 28, 2017