UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                         :
In re                                      :          Chapter 9

CITY OF DETROIT, MICHIGAN,       :          Case No. 13-53846

              Debtor.           :          Hon. Thomas J. Tucker

---------------------------------------------- x

**PROOF OF SERVICE**

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 910 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

PO Box 721217
Berkley MI48072

                                                By:    */s/ Mary Beth Cobbs*
                                                          Mary Beth Cobbs (P-40080)
                                                          Assistant Corporation Counsel
                                                          2 Woodward Ave, Suite 500
                                                           Detroit, MI 48226
                                                           Phone: (313) 237-3075
                                                           Email: cobbm@detroitmi.gov

Dated: July 28, 2017