UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                                                               :

In re                                                                       :            Chapter 9

CITY OF DETROIT, MICHIGAN,         :            Case No. 13-53846

                         Debtor.          :            Hon. Thomas J. Tucker

--------------------------------------------------- x

## PROOF OF SERVICE

       I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 942 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Jeffrey Freund
Bredhoff & Kaiser, PLLC
805 15th St NW, Ste 1000
Washington DC20005

                                                     By:    */s/ Mary Beth Cobbs*
                                                                   Mary Beth Cobbs (P-40080)
                                                                   Assistant Corporation Counsel
                                                                   2 Woodward Ave, Suite 500
                                                                   Detroit, MI 48226
                                                                   Phone: (313) 237-3075
                                                                   Email: cobbm@detroitmi.gov

Dated: July 28, 2017