```
-------------------------------------------   x
                                              :
In re                                         :   Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN,                    :   Case No. 13-53846
                                              :
                              Debtor.         :   Hon. Thomas J. Tucker
                                              :
-------------------------------------------   :
                                              x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 945 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Jeffrey Freund
Bredhoff & Kaiser, PLLC
805 15th St NW, Ste 1000
Washington DC 20005

By:   */s/ Mary Beth Cobbs*
Mary Beth Cobbs (P-40080)
Assistant Corporation Counsel
2 Woodward Ave, Suite 500
Detroit, MI 48226
Phone: (313) 237-3075
Email: cobbm@detroitmi.gov

Dated: July 28, 2017