UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------   x
                                                    :
In re                                               :    Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN,                          :    Case No. 13-53846
                                                    :
                        Debtor.                     :    Hon. Thomas J. Tucker
                                                    :
-------------------------------------------------   :
                                                    x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1029 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Daniel E. McManus, Jr.
113 King Street
Armonk NY10504

                                              By:    */s/ Mary Beth Cobbs*
                                                       Mary Beth Cobbs (P-40080)
                                                       Assistant Corporation Counsel
                                                      2 Woodward Ave, Suite 500
                                                      Detroit, MI 48226
                                                      Phone: (313) 237-3075
                                                      Email: cobbm@detroitmi.gov

Dated: July 28, 2017