# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

```
------------------------------------------------ x
                                                 :
In re                                            :    Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                       :    Case No. 13-53846
                                                 :
                            Debtor.              :    Hon. Thomas J. Tucker
                                                 :
------------------------------------------------ :
                                                 x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1040 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Daniel E. McManus, Jr.
113 King Street
Armonk NY10504

                                                    By:    */s/ Mary Beth Cobbs*
                                                            Mary Beth Cobbs (P-40080)
                                                             Assistant Corporation Counsel
                                                              2 Woodward Ave, Suite 500
                                                              Detroit, MI 48226
                                                               Phone: (313) 237-3075
                                                              Email: cobbm@detroitmi.gov

Dated: July 28, 2017