**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---------------------------------------------------- x
                             :

In re                           :        Chapter 9
                             :

CITY OF DETROIT, MICHIGAN,     :        Case No. 13-53846
                             :

                Debtor.     :        Hon. Thomas J. Tucker
                             :

---------------------------------------------------- :
                              x

## <u>PROOF OF SERVICE</u>

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice

regarding claim number 1050 with the Clerk of the Court using the ECF system, which will send

notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Joan Allman, Managing Director
One State Street Plaza
New York NY10004

                         By:     */s/ Mary Beth Cobbs*
                                Mary Beth Cobbs (P-40080)
                                Assistant Corporation Counsel
                                2 Woodward Ave, Suite 500
                                Detroit, MI 48226
                                Phone: (313) 237-3075
                                Email: cobbm@detroitmi.gov

Dated: July 28, 2017