UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                                :
In re                                                       :         Chapter 9

CITY OF DETROIT, MICHIGAN,          :         Case No. 13-53846

                        Debtor.            :         Hon. Thomas J. Tucker

-------------------------------------------------- x

## PROOF OF SERVICE

      I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1067 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Daniel E. McManus, Jr.
National Public Finance Guarantee Corp.
113 King Street
Armonk NY10504

                                            By:    */s/ Mary Beth Cobbs*
                                                       Mary Beth Cobbs (P-40080)
                                                       Assistant Corporation Counsel
                                                     2 Woodward Ave, Suite 500
                                                     Detroit, MI 48226
                                                     Phone: (313) 237-3075
                                                     Email: cobbm@detroitmi.gov

Dated: July 28, 2017