UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------- x
                                                   :
In re                                              :   Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         :   Case No. 13-53846
                                                   :
                        Debtor.                    :   Hon. Thomas J. Tucker
                                                   :
-------------------------------------------------- :
                                                   x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1076 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Joan Allman, Managing Director
One State Street Plaza
New York NY10004

                                        By:    */s/ Mary Beth Cobbs*
                                                Mary Beth Cobbs (P-40080)
                                                Assistant Corporation Counsel
                                                2 Woodward Ave, Suite 500
                                                Detroit, MI 48226
                                                Phone: (313) 237-3075
                                                Email: cobbm@detroitmi.gov

Dated: July 28, 2017