UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                     :
In re                                                :   Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,                           :   Case No. 13-53846
                                                     :
            Debtor.                                  :   Hon. Thomas J. Tucker
                                                     :
---------------------------------------------------- :
                                                     x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1099 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Daniel E. McManus, Jr.
National Public Finance Guarantee Corp.
113 King Street
Armonk NY10504

|  |  |
|---|---|
| By: | */s/ Mary Beth Cobbs* |
|  | Mary Beth Cobbs (P-40080) |
|  | Assistant Corporation Counsel |
|  | 2 Woodward Ave, Suite 500 |
|  | Detroit, MI 48226 |
|  | Phone: (313) 237-3075 |
|  | Email: cobbm@detroitmi.gov |

Dated: July 28, 2017