UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------  x
                                                   :
In re                                              :   Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         :   Case No. 13-53846
                                                   :
                            Debtor.                :   Hon. Thomas J. Tucker
                                                   :
-------------------------------------------------  :
                                                   x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1127 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Trainor, Christopher J, + Shawn C. Cabot
Christopher Trainor & Associates
9750 Highland Rd
White Lake MI48386

                               By:    */s/ Mary Beth Cobbs*
                                          Mary Beth Cobbs (P-40080)
                                          Assistant Corporation Counsel
                                          2 Woodward Ave, Suite 500
                                          Detroit, MI 48226
                                          Phone: (313) 237-3075
                                          Email: cobbm@detroitmi.gov

Dated: July 28, 2017