UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                     :
In re                                                : Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,                           : Case No. 13-53846
                                                     :
                          Debtor.                    : Hon. Thomas J. Tucker
                                                     :
---------------------------------------------------- :
                                                     x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1147 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Joan Allman, Managing Director
One State Street Plaza
New York NY10004

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Mary Beth Cobbs
　　　　　　　　　　　　　　　　　　　　　　　Mary Beth Cobbs (P-40080)
　　　　　　　　　　　　　　　　　　　　　　　Assistant Corporation Counsel
　　　　　　　　　　　　　　　　　　　　　　　2 Woodward Ave, Suite 500
　　　　　　　　　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　　　　　　　　　Phone: (313) 237-3075
　　　　　　　　　　　　　　　　　　　　　　　Email: cobbm@detroitmi.gov

Dated: July 28, 2017