UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------------------------------------------------- x
                                                 :
In re                                    :     Chapter 9

CITY OF DETROIT, MICHIGAN,          :     Case No. 13-53846

                  Debtor.                   :     Hon. Thomas J. Tucker

----------------------------------------------------- :
                                                 x

## PROOF OF SERVICE

      I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1153 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Andrew J. Horne, Miller & Tischler, P.C.
28470 W. 13 Mile Rd, Ste 300
Farmington Hills MI48334

                                              By:    */s/ Mary Beth Cobbs*
                                                     Mary Beth Cobbs (P-40080)
                                                     Assistant Corporation Counsel
                                                     2 Woodward Ave, Suite 500
                                                     Detroit, MI 48226
                                                     Phone: (313) 237-3075
                                                     Email: cobbm@detroitmi.gov

Dated: July 28, 2017