UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                     :
In re                                                : Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,                           : Case No. 13-53846
                                                     :
                              Debtor.                : Hon. Thomas J. Tucker
                                                     :
---------------------------------------------------- :
                                                     x

# PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1320 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

c/o Aurelius Capital Management, LP
535 Madison Avenue, 22nd Floor
New York NY10022

|      |      |
|------|------|
|      | By:  /s/ Mary Beth Cobbs |
|      | Mary Beth Cobbs (P-40080) |
|      | Assistant Corporation Counsel |
|      | 2 Woodward Ave, Suite 500 |
|      | Detroit, MI 48226 |
|      | Phone: (313) 237-3075 |
|      | Email: cobbm@detroitmi.gov |

Dated: July 28, 2017