UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                        :

In re                                                :          Chapter 9

CITY OF DETROIT, MICHIGAN,          :          Case No. 13-53846

               Debtor.               :          Hon. Thomas J. Tucker

---------------------------------------------------- x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 2947 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Stefania Gismondi
Gary R. Blumberg P.C.
15011 Michigan Ave
Dearborn MI48126

                                              By:    */s/ Mary Beth Cobbs*
                                                          Mary Beth Cobbs (P-40080)
                                                          Assistant Corporation Counsel
                                                          2 Woodward Ave, Suite 500
                                                          Detroit, MI 48226
                                                          Phone: (313) 237-3075
                                                          Email: cobbm@detroitmi.gov

Dated: July 28, 2017