UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------- x
                                                   :
In re                                              :    Chapter 9
                                                   :
CITY OF DRTROIT, MICHIGAN,                         :    Case No. 13-53846
                                                   :
                        Debtor.                    :    Hon. Thomas J. Tucker
                                                   :
-------------------------------------------------- :
                                                   x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 2957 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Stefania Gismondi
Gary R. Blumberg P.C.
15011 Michigan Ave
Dearborn MI48126

                        By:    */s/ Mary Beth Cobbs*
                              Mary Beth Cobbs (P-40080)
                              Assistant Corporation Counsel
                              2 Woodward Ave, Suite 500
                              Detroit, MI 48226
                              Phone: (313) 237-3075
                              Email: cobbm@detroitmi.gov

Dated: July 28, 2017