UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------- x
                                                                                :
In re                                                                            :            Chapter 9

CITY OF DETROIT, MICHIGAN,           :            Case No. 13-53846

                                                  Debtor.          :            Hon. Thomas J. Tucker

------------------------------------------------- x

## PROOF OF SERVICE

       I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 2970 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Patrick Tetu, Jonathan Peterson
445 Park Avenue
New York NY10022

                                        By:      */s/ Mary Beth Cobbs*
                                                         Mary Beth Cobbs (P-40080)
                                                         Assistant Corporation Counsel
                                                         2 Woodward Ave, Suite 500
                                                         Detroit, MI 48226
                                                         Phone: (313) 237-3075
                                                         Email: cobbm@detroitmi.gov

Dated: July 28, 2017