UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

CITY OF DETROIT, MICHIGAN,            Chapter 9

    Debtor.            Case No. 13-53846
_____/

**REQUEST TO BE REMOVED FROM RECEIVING**
**ELECTRONIC FILINGS IN A CASE**

TO: CLERK OF THE COURT

    Please remove attorney Sandra O'Connor, whose e-mail address is soconnor@glmpc.com, from the list that allows for receipt of electronic filings in the above-captioned case and any related adversary proceedings.

                             GOLD, LANGE & MAJOROS, P.C.

Dated: July 31, 2017

                             /s/ *Sandra O'Connor*
                             24901 Northwestern Highway, Suite 444
                             Southfield, MI 48075
                             Phone: (248) 350-8220
                             sconnor@glmpc.com
                             (P70984)