UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------  x
                                                   :
In re                                              :    Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         :    Case No. 13-53846
                                                   :
                    Debtor.                        :    Hon. Thomas J. Tucker
                                                   :
-------------------------------------------------  :
                                                   x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 3716 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

Matthew J. Troy
United State Department of Justice Civil Division
PO Box 875
0
Washington DC20044-0875

                                            By:    */s/ Mary Beth Cobbs*
                                                    Mary Beth Cobbs (P-40080)
                                                    Assistant Corporation Counsel
                                                    2 Woodward Ave, Suite 500
                                                    Detroit, MI 48226
                                                    Phone: (313) 237-3075
                                                    Email: cobbm@detroitmi.gov

Dated: July 28, 2017