UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                               :
In re                                            :         Chapter 9
                                               :
CITY OF DETROIT, MICHIGAN,          :         Case No. 13-53846
                                               :
                       Debtor.              :         Hon. Thomas J. Tucker
                                               :
--------------------------------------------------    :
                                               x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 3717 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Matthew J. Troy
United State Department of Justice Civil Division
PO Box 875
0
Washington DC20044-0875

                                       By:     */s/ Mary Beth Cobbs*
                                                     Mary Beth Cobbs (P-40080)
                                                     Assistant Corporation Counsel
                                                     2 Woodward Ave, Suite 500
                                                     Detroit, MI 48226
                                                     Phone: (313) 237-3075
                                                     Email: cobbm@detroitmi.gov

Dated: July 28, 2017