UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
--------------------------------------------------  x
                                                    :
In re                                               :    Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN,                          :    Case No. 13-53846
                                                    :
                            Debtor.                 :    Hon. Thomas J. Tucker
                                                    :
--------------------------------------------------  :
                                                    x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 3718 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

Matthew J. Troy
United State Department of Justice Civil Division
PO Box 875
0
Washington DC20044-0875

                                                      By:    */s/ Mary Beth Cobbs*
                                                           Mary Beth Cobbs (P-40080)
                                                           Assistant Corporation Counsel
                                                           2 Woodward Ave, Suite 500
                                                          Detroit, MI 48226
                                                           Phone: (313) 237-3075
                                                          Email: cobbm@detroitmi.gov

Dated: July 28, 2017