UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUHERN DIVISION

In re:                                              Chapter 9

CITY OF DETROIT, MICHIGAN,                          Case No. 13-53846

        Debtor.                               Hon. Thomas J. Tucker

_____/

**WITHDRAWAL OF APPEARANCE AND REQUEST
TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS**

    Robert J. Diehl, Jr. of Bodman PLC withdraws his appearance in this case and requests to be removed from the list of those receiving electronic filings and other notices.

                    By:    */s/* Robert J. Diehl, Jr.
                              Robert J. Diehl, Jr. (P31264)
                              Local Counsel for
                              U.S. Bank National Association
                              6th Floor at Ford Field
                              1901 St. Antoine Street
                              Detroit, Michigan 48226
                              Phone: 313-656-7579
                              Email: rdiehl@bodmanlaw.com

July 31, 2017