UNITED STATES BANKRUPTCY COURT
FOR THE EASTER DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN

Chapter 11
Case No. 13-53846-TJT

Debtor.
_____/

Hon. Thomas J. Tucker

## NOTICE OF WITHDRAWAL AS COUNSEL

Judith Greenstone Miller of the law firm of Jaffe, Raitt, Heuer & Weiss, Professional Corporation, hereby withdraws as local counsel behalf of Creditor ADP, LLC and Election Systems & Software in the above matter and should therefore be removed from the ECF participants list.

JAFFE, RAITT, HEUER & WEISS,
Professional Corporation

By: /s/ Judith Greenstone Miller
Judith Greenstone Miller (P29308)
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
jmiller@jaffelaw.com

Dated: July 31, 2017