UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING THE CITY OF DETROIT'S**
***EX PARTE* MOTION TO FILE SUPPLEMENTAL BRIEF**
**IN RESPONSE TO ARGUMENTS RAISED BY COURTNEY D. PAYTON**
**FOR THE FIRST TIME AT THE JULY 19, 2017, HEARING**

This case is before the Court on the motion entitled "City of Detroit's *Ex Parte* Motion to file Supplemental Brief in Response to Arguments Raised by Courtney D. Payton for the First Time at the July 19, 2017, Hearing" (Docket # 12316, the "Motion"). The Court finds good cause to enter this Order.

IT IS ORDERED that the Motion is granted, and the City may file the supplemental brief attached to the Motion as Exhibit 2 on or before August 2, 2017.

IT IS FURTHER ORDERED that Courtney D. Payton may file a supplemental response brief to the City's supplemental brief; any such supplemental response brief must be filed no later than August 16, 2017. ***Courtney D. Payton's attorneys are now granted permission to file any such supplemental response brief in traditional paper form, rather than electronically.***

IT IS FURTHER ORDERED that the hearing for the Court to issue its bench opinion regarding the City's underlying motion for relief against Courtney D. Payton (Docket # 11894), currently scheduled for August 2, 2017 at 1:30 p.m., is adjourned to **August 30, 2017 at 1:30 p.m.**

IT IS FURTHER ORDERED that *no later than August 1, 2017*, counsel for the City must serve a copy of this Order on counsel for Courtney D. Payton, by e-mail, and must notify counsel for Courtney D. Payton by telephone of the adjournment of the August 2, 2017 hearing, and must file proof of such service and of such telephone notification.

**Signed on July 31, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge