UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------   x
                                              :
In re                                         :    Chapter 9
                                              :
CITY OF DETROIT, MICHIGAN,                    :    Case No. 13-53846
                                              :
                            Debtor.           :    Hon. Thomas J. Tucker
                                              :
-------------------------------------------   :
                                              x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 3766 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Rozanne M. Giunta, Lambert Leser
916 Washington Ave., Ste. 309
Bay City MI48708

                                                            By:    */s/ Mary Beth Cobbs*
                                                                       Mary Beth Cobbs (P-40080)
                                                                        Assistant Corporation Counsel
                                                                        2 Woodward Ave, Suite 500
                                                                        Detroit, MI 48226
                                                                        Phone: (313) 237-3075
                                                                        Email: cobbm@detroitmi.gov

Dated: July 28, 2017