UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
---------------------------------------------  x
                                               :
In re                                          :    Chapter 9
                                               :
CITY OF DETROIT, MICHIGAN,                     :    Case No. 13-53846
                                               :
                        Debtor.                :    Hon. Thomas J. Tucker
                                               :
---------------------------------------------  :
                                               x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 3769 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Winnifred P. Boylan, Lambert Leser
916 Washington Ave., Ste. 309
Bay City MI48708

          By:    */s/ Mary Beth Cobbs*
               Mary Beth Cobbs (P-40080)
               Assistant Corporation Counsel
               2 Woodward Ave, Suite 500
               Detroit, MI 48226
               Phone: (313) 237-3075
               Email: cobbm@detroitmi.gov

Dated: July 28, 2017