# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 31, 2017, he served the following items upon the individuals listed below via email:

- *Order Granting the City of Detroit's Ex Parte Motion to file a Supplemental Brief in Response to the Arguments Raised by Courtney D. Payton for the First Time at the July 19, 2017, Hearing* [Doc. No. 12389] ("Order")

- *City Of Detroit's Supplemental Brief in Response to the Arguments Raised by Courtney D. Payton for the First Time at the July 19, 2017, Hearing* [Doc. No. 12400]

Served upon:

Marc J. Mendelson
Donald J. Cummings
MIKE MORSE LAW FIRM
24901 Northwestern Highway, Suite 700
Southfield, Michigan 48075-1816
marc@855mikewins.com
don@855mikewins.com
jtremblay@855mikewins.com

Per the terms of the Order, also on July 31, 2017, the undersigned's legal assistant placed a telephone call to Donald J. Cummings at the Mike Morse Law

Firm and informed him, via a voicemail message, that the hearing for the Court to issue its bench opinion regarding the City's underlying motion for relief against Courtney D. Payton, previously scheduled for August 2, 2017, at 1:30 p.m., has been adjourned to August 30, 2017, at 1:30 p.m. The undersigned's legal assistant also spoke to Amy Herskovitz at the Mike Morse Law firm on July 31, 2017, who took a message for Mr. Cummings to inform him of the adjournment.

Dated: July 31, 2017

                              By: /s/ Marc N. Swanson
                                   Marc N. Swanson (P71149)
                                   150 West Jefferson, Suite 2500
                                   Detroit, Michigan 48226
                                   Telephone: (313) 496-7591
                                   Facsimile: (313) 496-8451
                                   swansonm@millercanfield.com