UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                   :
In re                                             :         Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,          :         Case No. 13-53846
                                                   :
                           Debtor.             :         Hon. Thomas J. Tucker
                                                   :
---------------------------------------------------- :
                                                   x

## PROOF OF SERVICE

     I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 7 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

One Dell Way
RR1, MS52
Round Rock TX78682

                                                  By:     */s/ Mary Beth Cobbs*
                                                                  Mary Beth Cobbs (P-40080)
                                                                  Assistant Corporation Counsel
                                                                  2 Woodward Ave, Suite 500
                                                                  Detroit, MI 48226
                                                                  Phone: (313) 237-3075
                                                                  Email: cobbm@detroitmi.gov

Dated: July 28, 2017