UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                                                          :

In re                                                                     :             Chapter 9

CITY OF DETROIT, MICHIGAN,           :             Case No. 13-53846

                    Debtor.             :             Hon. Thomas J. Tucker

---------------------------------------------------- :
                                                                                          x

## **PROOF OF SERVICE**

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 10 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Thomas G. King
Kreis, Enderle, Hudgins & Borsos, P.C.
PO Box 4010
Kalamazoo MI49003-4010

                                                      By:     */s/ Mary Beth Cobbs*
                                                              Mary Beth Cobbs (P-40080)
                                                              Assistant Corporation Counsel
                                                              2 Woodward Ave, Suite 500
                                                              Detroit, MI 48226
                                                              Phone: (313) 237-3075
                                                              Email: cobbm@detroitmi.gov

Dated: July 28, 2017