UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                                                :

In re                                                           :       Chapter 9

CITY OF DETROIT, MICHIGAN,             :       Case No. 13-53846

                        Debtor.           :       Hon. Thomas J. Tucker

---------------------------------------------- x

## **PROOF OF SERVICE**

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 79 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Wilber
210 Landmark Dr
Normal IL61761

                                         By:       */s/ Mary Beth Cobbs*
                                                              Mary Beth Cobbs (P-40080)
                                                               Assistant Corporation Counsel
                                                               2 Woodward Ave, Suite 500
                                                               Detroit, MI 48226
                                                               Phone: (313) 237-3075
                                                               Email: cobbm@detroitmi.gov

Dated: July 28, 2017