UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                               :
In re                                       :        Chapter 9
                                               :
CITY OF DETROIT, MICHIGAN,     :        Case No. 13-53846
                                               :
                      Debtor.        :        Hon. Thomas J. Tucker
                                               :
--------------------------------------------------- :
                                               x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 186 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

19390 W. 10 Mile Rd
Southfield MI48075

                                        By:     */s/ Mary Beth Cobbs*
                                                         Mary Beth Cobbs (P-40080)
                                                         Assistant Corporation Counsel
                                                          2 Woodward Ave, Suite 500
                                                          Detroit, MI 48226
                                                          Phone: (313) 237-3075
                                                          Email: cobbm@detroitmi.gov

Dated: July 28, 2017