UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------    x
                                                     :
In re                                                :    Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,                           :    Case No. 13-53846
                                                     :
                           Debtor.                   :    Hon. Thomas J. Tucker
                                                     :
-------------------------------------------------    :
                                                     x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 289 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Accounts Payable
20755 Greenfield 800
Southfield MI48075

                                                                                By:    */s/ Mary Beth Cobbs*
                                                                                         Mary Beth Cobbs (P-40080)
                                                                                         Assistant Corporation Counsel
                                                                                         2 Woodward Ave, Suite 500
                                                                                         Detroit, MI 48226
                                                                                         Phone: (313) 237-3075
                                                                                         Email: cobbm@detroitmi.gov

Dated: July 28, 2017