UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                          :
In re                                        :        Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,        :        Case No. 13-53846
                                          :
                Debtor.                 :        Hon. Thomas J. Tucker
                                          :
-------------------------------------------------     :
                                          x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 298 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Hoffert, Myles
Hoffert & Associates PC
32255 Northwestern Hwy, Ste 290
Farmington Hills MI48334

                                    By:     */s/ Mary Beth Cobbs*
                                                   Mary Beth Cobbs (P-40080)
                                                   Assistant Corporation Counsel
                                                   2 Woodward Ave, Suite 500
                                                   Detroit, MI 48226
                                                   Phone: (313) 237-3075
                                                   Email: cobbm@detroitmi.gov

Dated: July 28, 2017