# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
--------------------------------------------------    x
                                                      :
In re                                                 :        Chapter 9
                                                      :
CITY OF DETROIT, MICHIGAN,                             :        Case No. 13-53846
                                                      :
                                    Debtor.           :        Hon. Thomas J. Tucker
                                                      :
--------------------------------------------------    :
                                                      x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice

regarding claim number 315 with the Clerk of the Court using the ECF system, which will send

notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

555 Brush St Apt 2409
Detroit MI48226

By:      */s/ Mary Beth Cobbs*
         Mary Beth Cobbs (P-40080)
         Assistant Corporation Counsel
         2 Woodward Ave, Suite 500
         Detroit, MI 48226
         Phone: (313) 237-3075
         Email: cobbm@detroitmi.gov

Dated:  July 28, 2017