**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

--------------------------------------------------- x
                           :

In re                           :        Chapter 9

CITY OF DETROIT, MICHIGAN,      :        Case No. 13-53846

               Debtor.         :        Hon. Thomas J. Tucker

--------------------------------------------------- :
                           x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice

regarding claim number 341 with the Clerk of the Court using the ECF system, which will send

notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Accounts Payable
P.O.Box 1258
Lapeer MI48446

                              By:     */s/ Mary Beth Cobbs*
                                       Mary Beth Cobbs (P-40080)
                                       Assistant Corporation Counsel
                                       2 Woodward Ave, Suite 500
                                       Detroit, MI 48226
                                       Phone: (313) 237-3075
                                       Email: cobbm@detroitmi.gov

Dated: July 28, 2017