UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                                             :

In re                                                           :            Chapter 9

CITY OF DETROIT, MICHIGAN,           :            Case No. 13-53846

                             Debtor.                  :            Hon. Thomas J. Tucker

---------------------------------------------- x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 350 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Accounts Payable
20245 W 12 Mile Rd Ste 100
Southfield MI48076

                                                By:     */s/ Mary Beth Cobbs*
                                                             Mary Beth Cobbs (P-40080)
                                                             Assistant Corporation Counsel
                                                             2 Woodward Ave, Suite 500
                                                             Detroit, MI 48226
                                                             Phone: (313) 237-3075
                                                             Email: cobbm@detroitmi.gov

Dated: July 28, 2017