UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------- x
                                                   :
In re                                              :    Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         :    Case No. 13-53846
                                                   :
                              Debtor.              :    Hon. Thomas J. Tucker
                                                   :
-------------------------------------------------- :
                                                   x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 534 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

21753 Moross Rd
Detroit MI48236

                                                 By:    */s/ Mary Beth Cobbs*
                                                             Mary Beth Cobbs (P-40080)
                                                             Assistant Corporation Counsel
                                                             2 Woodward Ave, Suite 500
                                                            Detroit, MI 48226
                                                            Phone: (313) 237-3075
                                                            Email: cobbm@detroitmi.gov

Dated: July 28, 2017