----------------------------------------------------    x

                 :

In re                      :         Chapter 9

                 :

CITY OF DETROIT, MICHIGAN,      :         Case No. 13-53846

                 :

            Debtor.        :         Hon. Thomas J. Tucker

                 :

--------------------------------------------------    :

                 x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice

regarding claim number 629 with the Clerk of the Court using the ECF system, which will send

notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

5900 Lannoo St
Detroit MI48236-2142

                              By:     */s/ Mary Beth Cobbs*
                                    Mary Beth Cobbs (P-40080)
                                    Assistant Corporation Counsel
                                    2 Woodward Ave, Suite 500
                                    Detroit, MI 48226
                                    Phone: (313) 237-3075
                                    Email: cobbm@detroitmi.gov

Dated:  July 28, 2017