UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                      :

In re                                            :      Chapter 9

CITY OF DETROIT, MICHIGAN,          :      Case No. 13-53846

                 Debtor.                    :      Hon. Thomas J. Tucker

---------------------------------------------------
x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 699 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Accounts Payable
615 Griswold Ste 400
Detroit MI48226

                                             By:     */s/ Mary Beth Cobbs*
                                                       Mary Beth Cobbs (P-40080)
                                                       Assistant Corporation Counsel
                                                       2 Woodward Ave, Suite 500
                                                       Detroit, MI 48226
                                                       Phone: (313) 237-3075
                                                       Email: cobbm@detroitmi.gov

Dated: July 28, 2017