UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                     :
In re                                                :    Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,                           :    Case No. 13-53846
                                                     :
                    Debtor.                          :    Hon. Thomas J. Tucker
                                                     :
---------------------------------------------------- :
                                                     x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 806 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

300 N. Washington Square
Lansing MI48913

                              By:    /s/ Mary Beth Cobbs
                                     Mary Beth Cobbs (P-40080)
                                     Assistant Corporation Counsel
                                     2 Woodward Ave, Suite 500
                                     Detroit, MI 48226
                                     Phone: (313) 237-3075
                                     Email: cobbm@detroitmi.gov

Dated: July 28, 2017