UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------   x
                                                    :
In re                                               :   Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN,                          :   Case No. 13-53846
                                                    :
                    Debtor.                         :   Hon. Thomas J. Tucker
                                                    :
-------------------------------------------------   :
                                                    x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 818 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

A. Maria Sorensen
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
0
Detroit MI48226

                                      By:    */s/ Mary Beth Cobbs*
                                               Mary Beth Cobbs (P-40080)
                                               Assistant Corporation Counsel
                                               2 Woodward Ave, Suite 500
                                               Detroit, MI 48226
                                               Phone: (313) 237-3075
                                               Email: cobbm@detroitmi.gov

Dated: July 28, 2017