UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                :

In re                                :          Chapter 9

CITY OF DETROIT, MICHIGAN,    :          Case No. 13-53846

               Debtor.            :          Hon. Thomas J. Tucker

---------------------------------------------- x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 826 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

c/o Bradley B. Harris, Esq.
Goren, Goren & Harris, P.C.
30400 Telegraph Rd., Suite 470
Bingham Farms MI48025

                                    By:    */s/ Mary Beth Cobbs*
                                               Mary Beth Cobbs (P-40080)
                                               Assistant Corporation Counsel
                                               2 Woodward Ave, Suite 500
                                               Detroit, MI 48226
                                               Phone: (313) 237-3075
                                               Email: cobbm@detroitmi.gov

Dated: July 28, 2017