**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
----------------------------------------------   x
                                                 :
In re                                            :        Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                        :        Case No. 13-53846
                                                 :
                            Debtor.              :        Hon. Thomas J. Tucker
                                                 :
----------------------------------------------   :
                                                 x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice

regarding claim number 868 with the Clerk of the Court using the ECF system, which will send

notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

2411 Vinewood
Detroit MI48216

<table>
<tr><td>By:</td><td><em>/s/ Mary Beth Cobbs</em></td></tr>
<tr><td></td><td>Mary Beth Cobbs (P-40080)</td></tr>
<tr><td></td><td>Assistant Corporation Counsel</td></tr>
<tr><td></td><td>2 Woodward Ave, Suite 500</td></tr>
<tr><td></td><td>Detroit, MI 48226</td></tr>
<tr><td></td><td>Phone: (313) 237-3075</td></tr>
<tr><td></td><td>Email: cobbm@detroitmi.gov</td></tr>
</table>

Dated:  July 28, 2017