**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
-------------------------------------------------- x
                                                   :
In re                                              :        Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                          :        Case No. 13-53846
                                                   :
                          Debtor.                  :        Hon. Thomas J. Tucker
                                                   :
-------------------------------------------------- :
                                                   x
```

**PROOF OF SERVICE**

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice

regarding claim number 880 with the Clerk of the Court using the ECF system, which will send

notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

Michael J. Garris (P30185)
Garris, Garris, Garris & Garris, P.C.
300 East Washington Street
Ann Arbor MI48104

                              By:      _/s/ Mary Beth Cobbs_
                                       Mary Beth Cobbs (P-40080)
                                       Assistant Corporation Counsel
                                       2 Woodward Ave, Suite 500
                                       Detroit, MI 48226
                                       Phone: (313) 237-3075
                                       Email: cobbm@detroitmi.gov

Dated:  July 28, 2017