**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ---------------------------------------------------- | x | |
| | : | |
| In re | : | Chapter 9 |
| | : | |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| | : | |
| Debtor. | : | Hon. Thomas J. Tucker |
| | : | |
| --------------------------------------------------- | : | |
| | x | |

**PROOF OF SERVICE**

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice

regarding claim number 889 with the Clerk of the Court using the ECF system, which will send

notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Accounts Payable
Laurel Park Place
200 West
Livonia MI48152-3958

By:     */s/ Mary Beth Cobbs*
         Mary Beth Cobbs (P-40080)
         Assistant Corporation Counsel
         2 Woodward Ave, Suite 500
         Detroit, MI 48226
         Phone: (313) 237-3075
         Email: cobbm@detroitmi.gov

Dated:  July 28, 2017