UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------   x
                                                    :
In re                                               :   Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN,                          :   Case No. 13-53846
                                                    :
                         Debtor.                    :   Hon. Thomas J. Tucker
                                                    :
-------------------------------------------------   :
                                                    x
```

**PROOF OF SERVICE**

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1034 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Daniel E. McManus, Jr.
National Public Finance Guarantee Corp.
113 King Street
Armonk NY10504

By:  /s/ Mary Beth Cobbs
Mary Beth Cobbs (P-40080)
Assistant Corporation Counsel
2 Woodward Ave, Suite 500
Detroit, MI 48226
Phone: (313) 237-3075
Email: cobbm@detroitmi.gov

Dated: July 28, 2017