UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
---------------------------------------------------- x
                                                     :
In re                                                :    Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,                           :    Case No. 13-53846
                                                     :
                    Debtor.                          :    Hon. Thomas J. Tucker
                                                     :
---------------------------------------------------  :
                                                     x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1083 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Joan Allman, Managing Director
One State Street Plaza
New York NY10004

                                       By:   */s/ Mary Beth Cobbs*
                                                  Mary Beth Cobbs (P-40080)
                                                  Assistant Corporation Counsel
                                                  2 Woodward Ave, Suite 500
                                                  Detroit, MI 48226
                                                  Phone: (313) 237-3075
                                                  Email: cobbm@detroitmi.gov

Dated: July 28, 2017