```
------------------------------------------------  x
                                                  :
In re                                             :   Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,                        :   Case No. 13-53846
                                                  :
                        Debtor.                   :   Hon. Thomas J. Tucker
                                                  :
------------------------------------------------  :
                                                  x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1132 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

1390 Stamford Rd
Ypsilanti MI48198

                                By:    */s/ Mary Beth Cobbs*
                                       Mary Beth Cobbs (P-40080)
                                       Assistant Corporation Counsel
                                       2 Woodward Ave, Suite 500
                                       Detroit, MI 48226
                                       Phone: (313) 237-3075
                                       Email: cobbm@detroitmi.gov

Dated: July 28, 2017