UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                                                                                       :

In re                                                                                                      : Chapter 9

CITY OF DETROIT, MICHIGAN,          : Case No. 13-53846

                       Debtor.                    : Hon. Thomas J. Tucker

---------------------------------------------- x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1144 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

14651 Forrer
Detroit MI48227

                                               By:    */s/ Mary Beth Cobbs*
                                                                 Mary Beth Cobbs (P-40080)
                                                                 Assistant Corporation Counsel
                                                                 2 Woodward Ave, Suite 500
                                                                Detroit, MI 48226
                                                                Phone: (313) 237-3075
                                                                Email: cobbm@detroitmi.gov

Dated: July 28, 2017