UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                    :

In re                                                  :        Chapter 9

CITY OF DETROIT, MICHIGAN,          :        Case No. 13-53846

                        Debtor.            :        Hon. Thomas J. Tucker

---------------------------------------------------- x

**PROOF OF SERVICE**

      I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1166 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Kevin J. Lyons
Terence L. Workman
31 West 52nd Street
New York NY10019

                                                 By:    */s/ Mary Beth Cobbs*
                                                        Mary Beth Cobbs (P-40080)
                                                        Assistant Corporation Counsel
                                                        2 Woodward Ave, Suite 500
                                                        Detroit, MI 48226
                                                        Phone: (313) 237-3075
                                                         Email: cobbm@detroitmi.gov

Dated: July 28, 2017