UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                         :

In re                                                 :          Chapter 9

CITY OF DETROIT, MICHIGAN,       :          Case No. 13-53846

                 Debtor.                    :          Hon. Thomas J. Tucker

---------------------------------------------------- :
                                                         x

## PROOF OF SERVICE

        I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1169 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Kevin J. Lyons
Terence L. Workman
31 West 52nd Street
New York NY10019

                                            By:      */s/ Mary Beth Cobbs*
                                                            Mary Beth Cobbs (P-40080)
                                                            Assistant Corporation Counsel
                                                            2 Woodward Ave, Suite 500
                                                            Detroit, MI 48226
                                                            Phone: (313) 237-3075
                                                            Email: cobbm@detroitmi.gov

Dated: July 28, 2017