UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                     :
In re                               :         Chapter 9
                                     :
CITY OF DETROIT, MICHIGAN,     :         Case No. 13-53846
                                     :
                Debtor.         :         Hon. Thomas J. Tucker
                                     :
--------------------------------------------------         :
                                   x

## **PROOF OF SERVICE**

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1188 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

601 Travis, 16th Floor
Houston TX77002

                                      By:     */s/ Mary Beth Cobbs*
                                                    Mary Beth Cobbs (P-40080)
                                                    Assistant Corporation Counsel
                                                    2 Woodward Ave, Suite 500
                                                    Detroit, MI 48226
                                                    Phone: (313) 237-3075
                                                    Email: cobbm@detroitmi.gov

Dated: July 28, 2017