UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------   x
                                                    :
In re                                               :   Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN,                          :   Case No. 13-53846
                                                    :
                    Debtor.                         :   Hon. Thomas J. Tucker
                                                    :
-------------------------------------------------   :
                                                    x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1194 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Nicole Beauchamp First Recovery Group
26899 Northwestern Hwy., Ste 250
Southfield MI48033

                                             By:    */s/ Mary Beth Cobbs*
                                                      Mary Beth Cobbs (P-40080)
                                                        Assistant Corporation Counsel
                                                       2 Woodward Ave, Suite 500
                                                     Detroit, MI 48226
                                                     Phone: (313) 237-3075
                                                     Email: cobbm@detroitmi.gov

Dated: July 28, 2017