UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                             :

In re                                       :          Chapter 9

CITY OF DETROIT, MICHIGAN,        :          Case No. 13-53846

                   Debtor.                :          Hon. Thomas J. Tucker

---------------------------------------------------- x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1199 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Nicole Beauchamp - First Recovery Group
26899 Northwestern Hwy., Ste 250
Southfield MI48033

                                                  By:      */s/ Mary Beth Cobbs*
                                                            Mary Beth Cobbs (P-40080)
                                                            Assistant Corporation Counsel
                                                            2 Woodward Ave, Suite 500
                                                            Detroit, MI 48226
                                                            Phone: (313) 237-3075
                                                            Email: cobbm@detroitmi.gov

Dated: July 28, 2017