UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                  :
In re                                         :    Chapter 9

CITY OF DETROIT, MICHIGAN,       :    Case No. 13-53846

                     Debtor.               :    Hon. Thomas J. Tucker

---------------------------------------------------- x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1319 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Jeffrey T. Welch
c/o Deutsche Bank AG, New York Branch
60 Wall Street
New York NY10005

                                                By:    */s/ Mary Beth Cobbs*
                                                           Mary Beth Cobbs (P-40080)
                                                           Assistant Corporation Counsel
                                                           2 Woodward Ave, Suite 500
                                                           Detroit, MI 48226
                                                           Phone: (313) 237-3075
                                                           Email: cobbm@detroitmi.gov

Dated: July 28, 2017