**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
---------------------------------------------------    x
                                                       :
In re                                                  :        Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                              :        Case No. 13-53846
                                                       :
                              Debtor.                   :        Hon. Thomas J. Tucker
                                                       :
---------------------------------------------------    :
                                                       x
```

### PROOF OF SERVICE

      I certify that on July 28, 2017 I electronically filed the Stay Modification Notice

regarding claim number 1340 with the Clerk of the Court using the ECF system, which will send

notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Lawrence J. Bell
PD-OR-P4TD
555 SW Oak Street
Portland OR97204

                                By:     */s/ Mary Beth Cobbs*
                                          Mary Beth Cobbs (P-40080)
                                        Assistant Corporation Counsel
                                        2 Woodward Ave, Suite 500
                                        Detroit, MI 48226
                                        Phone: (313) 237-3075
                                        Email: cobbm@detroitmi.gov

Dated:  July 28, 2017