UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
: 
In re : Chapter 9
: 
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
: 
                Debtor. : Hon. Thomas J. Tucker
: 
---------------------------------------------------- :
x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1356 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

William H Goodman
Goodman & Hurwitz, P.C.
1394 E. Jefferson Ave
Detroit MI48207

                                          By:    */s/ Mary Beth Cobbs*
                                                       Mary Beth Cobbs (P-40080)
                                                        Assistant Corporation Counsel
                                                        2 Woodward Ave, Suite 500
                                                        Detroit, MI 48226
                                                         Phone: (313) 237-3075
                                                        Email: cobbm@detroitmi.gov

Dated: July 28, 2017