UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ------------------------------------------------- x | : | |
| In re | : | Chapter 9 |
| | : | |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| | : | |
| Debtor. | : | Hon. Thomas J. Tucker |
| | : | |
| ------------------------------------------------- | : | |
| | x | |

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1357 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Attention Kieran Hennigan
1585 Broadway, 2nd Floor
New York NY10036

                                                                           By:     */s/ Mary Beth Cobbs*
                                                                                 Mary Beth Cobbs (P-40080)
                                                                                 Assistant Corporation Counsel
                                                                                 2 Woodward Ave, Suite 500
                                                                                 Detroit, MI 48226
                                                                                 Phone: (313) 237-3075
                                                                                 Email: cobbm@detroitmi.gov

Dated: July 28, 2017