UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                              :

In re                                               :          Chapter 9

CITY OF DETROIT, MICHIGAN,          :          Case No. 13-53846

                      Debtor.                :          Hon. Thomas J. Tucker

---------------------------------------------------- x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1358 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn William Kelly
Panning Capital Management LP
510 Madison Avenue, Suite 2400
New York NY10022

                                          By:      */s/ Mary Beth Cobbs*
                                                      Mary Beth Cobbs (P-40080)
                                                      Assistant Corporation Counsel
                                                      2 Woodward Ave, Suite 500
                                                      Detroit, MI 48226
                                                      Phone: (313) 237-3075
                                                      Email: cobbm@detroitmi.gov

Dated: July 28, 2017