UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
-------------------------------------------------  x
                                                   :
In re                                              :   Chapter 9
                                                   :
CITY OF DETROIT, MICHIGAN,                         :   Case No. 13-53846
                                                   :
                              Debtor.              :   Hon. Thomas J. Tucker
                                                   :
-------------------------------------------------  :
                                                   x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1360 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Andrew J. Herenstein
535 Madison Avenue
New York NY10022

                                         By:    */s/ Mary Beth Cobbs*
                                                 Mary Beth Cobbs (P-40080)
                                                 Assistant Corporation Counsel
                                                 2 Woodward Ave, Suite 500
                                                 Detroit, MI 48226
                                                 Phone: (313) 237-3075
                                                 Email: cobbm@detroitmi.gov

Dated: July 28, 2017