UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
---------------------------------------------------    x
                                                       :
In re                                                  :    Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             :    Case No. 13-53846
                                                       :
                    Debtor.                            :    Hon. Thomas J. Tucker
                                                       :
---------------------------------------------------    :
                                                       x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1360 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Attention Kieran Hennigan
1585 Broadway, 2nd Floor
New York NY10036

By:　*/s/ Mary Beth Cobbs*
　　　Mary Beth Cobbs (P-40080)
　　　Assistant Corporation Counsel
　　　2 Woodward Ave, Suite 500
　　　Detroit, MI 48226
　　　Phone: (313) 237-3075
　　　Email: cobbm@detroitmi.gov

Dated: July 28, 2017