UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                                     :

In re                                                         :           Chapter 9

CITY OF DETROIT, MICHIGAN,            :           Case No. 13-53846

                            Debtor.           :           Hon. Thomas J. Tucker

---------------------------------------------------- x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1361 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Demorest, Mark S.
Demorest Law Firm PLLC
322 W Lincoln Ave
Royal Oak MI48067

                                                By:      */s/ Mary Beth Cobbs*
                                                                   Mary Beth Cobbs (P-40080)
                                                                   Assistant Corporation Counsel
                                                                   2 Woodward Ave, Suite 500
                                                                   Detroit, MI 48226
                                                                   Phone: (313) 237-3075
                                                                   Email: cobbm@detroitmi.gov

Dated: July 28, 2017