# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

```
-------------------------------------------------    x
                                                     :
In re                                                :          Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,                            :          Case No. 13-53846
                                                     :
                              Debtor.                :          Hon. Thomas J. Tucker
                                                     :
-------------------------------------------------    :
                                                     x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice

regarding claim number 1368 with the Clerk of the Court using the ECF system, which will send

notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Abby E. Wilkinson/Michael B. Fisco
Faegre Baker Daniels LLP
90 S. Seventh St., Suite 2200
Minneapolis MN55402

By:     */s/ Mary Beth Cobbs*
        Mary Beth Cobbs (P-40080)
        Assistant Corporation Counsel
        2 Woodward Ave, Suite 500
        Detroit, MI 48226
        Phone: (313) 237-3075
        Email: cobbm@detroitmi.gov

Dated:  July 28, 2017