UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                           :
In re                                        :       Chapter 9
                                           :
CITY OF DETROIT, MICHIGAN,         :       Case No. 13-53846
                                           :
                          Debtor.        :       Hon. Thomas J. Tucker
                                           :
--------------------------------------------------   :
                                           x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1409 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Mark S. Demorest
Demorest Law Firm, PLLC
322 W Lincoln
Royal Oak MI48067

                                                 By:     */s/ Mary Beth Cobbs*
                                                          Mary Beth Cobbs (P-40080)
                                                          Assistant Corporation Counsel
                                                          2 Woodward Ave, Suite 500
                                                          Detroit, MI 48226
                                                          Phone: (313) 237-3075
                                                          Email: cobbm@detroitmi.gov

Dated: July 28, 2017