----------------------------------------------------    x
     :
In re                                         :          Chapter 9
     :
CITY OF DETROIT, MICHIGAN,          :          Case No. 13-53846
     :
                     Debtor.      :          Hon. Thomas J. Tucker
     :
----------------------------------------------     :
     x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice

regarding claim number 1441 with the Clerk of the Court using the ECF system, which will send

notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

Kepes & Wine, P.C.
27200 Lahser Rd, Ste 200
Southfield MI48034

                 By:     */s/ Mary Beth Cobbs*
                       Mary Beth Cobbs (P-40080)
                       Assistant Corporation Counsel
                       2 Woodward Ave, Suite 500
                       Detroit, MI 48226
                       Phone: (313) 237-3075
                       Email: cobbm@detroitmi.gov

Dated: July 28, 2017