UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                    :
In re                                             :          Chapter 9

CITY OF DETROIT, MICHIGAN,         :          Case No. 13-53846

                    Debtor.               :          Hon. Thomas J. Tucker

---------------------------------------------- x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1643 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Morse, Michael J.
Michael J. Morse PC
24901 Northwestern Hwy Ste 700
Southfield MI48075

                                       By:     */s/ Mary Beth Cobbs*
                                                  Mary Beth Cobbs (P-40080)
                                                  Assistant Corporation Counsel
                                                  2 Woodward Ave, Suite 500
                                                  Detroit, MI 48226
                                                  Phone: (313) 237-3075
                                                  Email: cobbm@detroitmi.gov

Dated: July 28, 2017