```
------------------------------------------------  x
                                                  :
In re                                             :        Chapter 9
                                                  :
CITY OF DETROIT, MICHIGAN,                         :        Case No. 13-53846
                                                  :
                             Debtor.               :        Hon. Thomas J. Tucker
                                                  :
-----------------------------------------------   :
                                                  x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice

regarding claim number 1764 with the Clerk of the Court using the ECF system, which will send

notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

Steven J. Bell, Esq
Applebaum & Stone, PLC
3000 Town Center Suite 1800
Southfield MI48075

By:    */s/ Mary Beth Cobbs*
           Mary Beth Cobbs (P-40080)
           Assistant Corporation Counsel
           2 Woodward Ave, Suite 500
           Detroit, MI 48226
           Phone: (313) 237-3075
           Email: cobbm@detroitmi.gov

Dated:  July 28, 2017