UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

In re : Chapter 9

CITY OF DETROIT, MICHIGAN, : Case No. 13-53846

　　　　　　　　　Debtor. : Hon. Thomas J. Tucker

---

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1854 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

Julie Beth Teicher
Erman, Teicher, Zucker & Freedman, P.C.
400 Galleria Officentre, Suite 444
Southfield MI48034

　　　　　　　　　　By:　　*/s/ Mary Beth Cobbs*
　　　　　　　　　　　　　Mary Beth Cobbs (P-40080)
　　　　　　　　　　　　　Assistant Corporation Counsel
　　　　　　　　　　　　　2 Woodward Ave, Suite 500
　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　Phone: (313) 237-3075
　　　　　　　　　　　　　Email: cobbm@detroitmi.gov

Dated: July 28, 2017