UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                              :
In re                                          :       Chapter 9

CITY OF DETROIT, MICHIGAN,          :       Case No. 13-53846

                      Debtor.                 :       Hon. Thomas J. Tucker

---------------------------------------------------- x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1877 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Julie Beth Teicher
Erman, Teicher, Zucker & Freedman, P.C.
400 Galleria Officentre, Suite 444
Southfield MI48034

                                 By:     */s/ Mary Beth Cobbs*
                                           Mary Beth Cobbs (P-40080)
                                           Assistant Corporation Counsel
                                           2 Woodward Ave, Suite 500
                                           Detroit, MI 48226
                                           Phone: (313) 237-3075
                                           Email: cobbm@detroitmi.gov

Dated: July 28, 2017