UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
---------------------------------------------------   x
                                                      :
In re                                                 :    Chapter 9
                                                      :
CITY OF DETROIT, MICHIGAN,                            :    Case No. 13-53846
                                                      :
                                    Debtor.           :    Hon. Thomas J. Tucker
                                                      :
---------------------------------------------------   :
                                                      x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 1913 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

Carole Neville & Claude Montgomery
Dentons US LLP - Counsel to the Official Committee of Retirees
1221 Avenue of the Americas
New York NY10020

                                                         By:    */s/ Mary Beth Cobbs*
                                                                 Mary Beth Cobbs (P-40080)
                                                                  Assistant Corporation Counsel
                                                                  2 Woodward Ave, Suite 500
                                                                Detroit, MI 48226
                                                               Phone: (313) 237-3075
                                                                Email: cobbm@detroitmi.gov

Dated: July 28, 2017