UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                     :
In re                                                :   Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,                           :   Case No. 13-53846
                                                     :
                    Debtor.                          :   Hon. Thomas J. Tucker
                                                     :
---------------------------------------------------- :
                                                     x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 2108 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Varjabedian Attorneys, P.C.
29777 Telegraph Rd. Suite 2175
Southfield MI48034

                                                By:    */s/ Mary Beth Cobbs*
                                                        Mary Beth Cobbs (P-40080)
                                                        Assistant Corporation Counsel
                                                        2 Woodward Ave, Suite 500
                                                       Detroit, MI 48226
                                                        Phone: (313) 237-3075
                                                        Email: cobbm@detroitmi.gov

Dated: July 28, 2017