UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
--------------------------------------------------- x
                                                    :
In re                                               :   Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN,                          :   Case No. 13-53846
                                                    :
                Debtor.                             :   Hon. Thomas J. Tucker
                                                    :
--------------------------------------------------- :
                                                    x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 2124 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Varjabedian Attorneys, P.C.
29777 Telegraph Rd. Suite 2175
Southfield MI48034

                                            By:    */s/ Mary Beth Cobbs*
                                                    Mary Beth Cobbs (P-40080)
                                                    Assistant Corporation Counsel
                                                    2 Woodward Ave, Suite 500
                                                    Detroit, MI 48226
                                                    Phone: (313) 237-3075
                                                    Email: cobbm@detroitmi.gov

Dated: July 28, 2017