# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
----------------------------------------------      x
                                                     :
In re                                                :        Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,                           :        Case No. 13-53846
                                                     :
                                  Debtor.            :        Hon. Thomas J. Tucker
                                                     :
----------------------------------------------      :
                                                     x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice

regarding claim number 2129 with the Clerk of the Court using the ECF system, which will send

notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

Varjabedian Attorneys, P.C.
29777 Telegraph Rd. Suite 2175
Southfield MI48034

By:     */s/ Mary Beth Cobbs*
        Mary Beth Cobbs (P-40080)
        Assistant Corporation Counsel
        2 Woodward Ave, Suite 500
        Detroit, MI 48226
        Phone: (313) 237-3075
        Email: cobbm@detroitmi.gov

Dated:  July 28, 2017