UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

In re : Chapter 9

CITY OF DETROIT, MICHIGAN, : Case No. 13-53846

          Debtor. : Hon. Thomas J. Tucker

---

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 2282 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

535 Griswold, Suite 1000
Detroit MI48226

                By:    */s/ Mary Beth Cobbs*
                          Mary Beth Cobbs (P-40080)
                          Assistant Corporation Counsel
                          2 Woodward Ave, Suite 500
                          Detroit, MI 48226
                          Phone: (313) 237-3075
                          Email: cobbm@detroitmi.gov

Dated: July 28, 2017