```
------------------------------------------------   x
                                                    :
In re                                               :      Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN,                           :      Case No. 13-53846
                                                    :
                              Debtor.               :      Hon. Thomas J. Tucker
                                                    :
------------------------------------------------   :
                                                    x
```

**PROOF OF SERVICE**

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice

regarding claim number 2578 with the Clerk of the Court using the ECF system, which will send

notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

McKnight, McClow, Canzano, Smith & Radtke, P.C.
400 Galleria Officentre, Suite 117
Southfield MI48034

By:      */s/ Mary Beth Cobbs*
         Mary Beth Cobbs (P-40080)
         Assistant Corporation Counsel
         2 Woodward Ave, Suite 500
         Detroit, MI 48226
         Phone: (313) 237-3075
         Email: cobbm@detroitmi.gov

Dated:  July 28, 2017