UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                            :

In re                                     :         Chapter 9

CITY OF DETROIT, MICHIGAN,         :         Case No. 13-53846

                Debtor.               :         Hon. Thomas J. Tucker

---------------------------------------------------- x

**PROOF OF SERVICE**

        I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 2579 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

McKnight, McClow, Canzano, Smith & Radtke, P.C.
400 Galleria Officentre, Suite 117
Southfield MI48034

                                            By:     */s/ Mary Beth Cobbs*
                                                        Mary Beth Cobbs (P-40080)
                                                        Assistant Corporation Counsel
                                                        2 Woodward Ave, Suite 500
                                                        Detroit, MI 48226
                                                        Phone: (313) 237-3075
                                                        Email: cobbm@detroitmi.gov

Dated: July 28, 2017