UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
------------------------------------------------    x
                                                    :
In re                                               :    Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN,                          :    Case No. 13-53846
                                                    :
                                  Debtor.           :    Hon. Thomas J. Tucker
                                                    :
------------------------------------------------    :
                                                    x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 2587 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

McKnight, McClow, Canzano, Smith & Radtke, P.C.
400 Galleria Officentre, Suite 117
Southfield MI48034

                                                     By:     */s/ Mary Beth Cobbs*
                                                              Mary Beth Cobbs (P-40080)
                                                              Assistant Corporation Counsel
                                                               2 Woodward Ave, Suite 500
                                                               Detroit, MI 48226
                                                               Phone: (313) 237-3075
                                                              Email: cobbm@detroitmi.gov

Dated: July 28, 2017