**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

```
--------------------------------------------------   x
                                                     :
In re                                                :        Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,                           :        Case No. 13-53846
                                                     :
                              Debtor.                :        Hon. Thomas J. Tucker
                                                     :
--------------------------------------------------   :
                                                     x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice

regarding claim number 2817 with the Clerk of the Court using the ECF system, which will send

notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

19771 James Couzens Hwy
Detroit MI48235

                By:     */s/ Mary Beth Cobbs*
                         Mary Beth Cobbs (P-40080)
                         Assistant Corporation Counsel
                         2 Woodward Ave, Suite 500
                         Detroit, MI 48226
                         Phone: (313) 237-3075
                         Email: cobbm@detroitmi.gov

Dated:  July 28, 2017