UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CITY OF DETROIT, MICHIGAN

Debtor.

_____/

Chapter 11
Case No. 13-53846-TJT

Hon. Thomas J. Tucker

## REQUEST FOR REMOVAL FROM ECF LIST

Judith Greenstone Miller of the law firm of Jaffe, Raitt, Heuer & Weiss, Professional Corporation, hereby requests to be removed from receiving notices of electronic filings in the above-captioned matter for Creditor ADP, LLC.

JAFFE, RAITT, HEUER & WEISS,
Professional Corporation

By: /s/ Judith Greenstone Miller
    Judith Greenstone Miller (P29308)
    27777 Franklin Road, Suite 2500
    Southfield, Michigan 48034
    (248) 351-3000
    jmiller@jaffelaw.com

Dated: August 1, 2017