THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN | ) | Case 13-53846 (TJT) |
| | ) | |
| Debtor. | ) | Honorable Thomas J. Tucker |
| _____ | ) | |
| | ) | |
| CITY OF DETROIT, MICHIGAN | ) | |
| | ) | Adv. Pro. 15-05251 (TJT) |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| SIEMENS INDUSTRY INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**WITHDRAWAL OF APPEARANCE AND REQUEST
TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS**

# WITHDRAWAL OF APPEARANCE AND REQUEST
# TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS

Elizabeth A. Favaro of Bowman and Brooke LLP, withdraws her appearance in this case and requests to be removed from the list of those receiving electronic filings and other notices.

          **BOWMAN AND BROOKE LLP**

BY:   Elizabeth A. Favaro
        Thomas P. Branigan (P41774)
        Elizabeth A. Favaro (P69610)
        Attorneys for Def. Siemens Industry Inc.
        41000 Woodward, Suite 200 East
        Bloomfield Hills, MI 48304
        248.205.3300 / 248.205.3399 fx
        tom.branigan@bowmanandbrooke.com
        elizabeth.favaro@bowmanandbrooke.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2017, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to counsel of record.

                         **BOWMAN AND BROOKE LLP**

BY:   Elizabeth A. Favaro
        THOMAS P. BRANIGAN (P41774)
        ELIZABETH A. FAVARO (P69610)
        Attorneys for Def. Siemens Industry Inc.
        41000 Woodward, Suite 200 East
        Bloomfield Hills, MI 48304
        248.205.3300 ph / 248.205.3399 fax
        tom.branigan@bowmanandbrooke.com
        elizabeth.favaro@bowmanandbrooke.com