UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                                              :
In re                                                           :         Chapter 9

CITY OF DETROIT, MICHIGAN,         :         Case No. 13-53846

                 Debtor.                :         Hon. Thomas J. Tucker

---------------------------------------------- x

**PROOF OF SERVICE**

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 2945 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Applebaum & Stone, PLC
3000 Town Center Ste 1800
Southfield MI48075

                                                By:      */s/ Mary Beth Cobbs*
                                                               Mary Beth Cobbs (P-40080)
                                                                Assistant Corporation Counsel
                                                                2 Woodward Ave, Suite 500
                                                                Detroit, MI 48226
                                                                Phone: (313) 237-3075
                                                                Email: cobbm@detroitmi.gov

Dated: July 28, 2017