UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                     :
In re                                                :   Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,                           :   Case No. 13-53846
                                                     :
                      Debtor.                        :   Hon. Thomas J. Tucker
                                                     :
---------------------------------------------------- :
                                                     x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 2946 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Stefania Gismondi
Gary R. Blumberg P.C.
15011 Michigan Ave
Dearborn MI48126

                                By:   */s/ Mary Beth Cobbs*
                                      Mary Beth Cobbs (P-40080)
                                      Assistant Corporation Counsel
                                      2 Woodward Ave, Suite 500
                                      Detroit, MI 48226
                                      Phone: (313) 237-3075
                                      Email: cobbm@detroitmi.gov

Dated: July 28, 2017