UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
--------------------------------------------------  x
                                                    :
In re                                               :    Chapter 9
                                                    :
CITY OF DETROIT, MICHIGAN,                          :    Case No. 13-53846
                                                    :
                           Debtor.                  :    Hon. Thomas J. Tucker
                                                    :
--------------------------------------------------  :
                                                    x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 2970 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Claims@bronzegable.net
PO Box 8446
New York NY10150

                By:    */s/ Mary Beth Cobbs*
                      Mary Beth Cobbs (P-40080)
                      Assistant Corporation Counsel
                      2 Woodward Ave, Suite 500
                      Detroit, MI 48226
                      Phone: (313) 237-3075
                      Email: cobbm@detroitmi.gov

Dated: July 28, 2017