UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                     :
In re                                     :            Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,          :            Case No. 13-53846
                                                     :
                           Debtor.              :            Hon. Thomas J. Tucker
                                                     :
----------------------------------------------      :
                                                     x

## **PROOF OF SERVICE**

      I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 2988 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Attn Patrick Tetu, Jonathan Peterson
445 Park Avenue
New York NY10022

                                          By:      */s/ Mary Beth Cobbs*
                                                             Mary Beth Cobbs (P-40080)
                                                             Assistant Corporation Counsel
                                                             2 Woodward Ave, Suite 500
                                                             Detroit, MI 48226
                                                             Phone: (313) 237-3075
                                                             Email: cobbm@detroitmi.gov

Dated: July 28, 2017