UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
---------------------------------------------------  x
                                                     :
In re                                                :   Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,                           :   Case No. 13-53846
                                                     :
                    Debtor.                          :   Hon. Thomas J. Tucker
                                                     :
---------------------------------------------------  :
                                                     x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 3201 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Paul J. Millenbach (P42795)
Foster Swift Collins & Smith, PC
32300 Northwestern Hwy., Ste. 230
Farmington Hills MI48334

                                    By:    */s/ Mary Beth Cobbs*
                                             Mary Beth Cobbs (P-40080)
                                             Assistant Corporation Counsel
                                             2 Woodward Ave, Suite 500
                                             Detroit, MI 48226
                                             Phone: (313) 237-3075
                                             Email: cobbm@detroitmi.gov

Dated: July 28, 2017