UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                                :

In re                                            :          Chapter 9

CITY OF DETROIT, MICHIGAN,       :          Case No. 13-53846

              Debtor.                    :          Hon. Thomas J. Tucker

------------------------------------------------ x

## PROOF OF SERVICE

     I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 3577 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

11178 E. 7 Mile Rd., Apt. #7
Detroit MI48234

                                               By:    */s/ Mary Beth Cobbs*
                                                          Mary Beth Cobbs (P-40080)
                                                          Assistant Corporation Counsel
                                                          2 Woodward Ave, Suite 500
                                                          Detroit, MI 48226
                                                          Phone: (313) 237-3075
                                                          Email: cobbm@detroitmi.gov

Dated: July 28, 2017