UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
: 
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
                Debtor. : Hon. Thomas J. Tucker
:
---------------------------------------------------- :
x

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 3681 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Christopher P. Legghio
Legghio & Israel, P.C.
306 South Washington, Suite 600
Royal Oak MI48067

                                  By:    */s/ Mary Beth Cobbs*
                                          Mary Beth Cobbs (P-40080)
                                          Assistant Corporation Counsel
                                          2 Woodward Ave, Suite 500
                                          Detroit, MI 48226
                                          Phone: (313) 237-3075
                                          Email: cobbm@detroitmi.gov

Dated: July 28, 2017