UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x
                                                             :

In re                                                      :          Chapter 9

CITY OF DETROIT, MICHIGAN,       :          Case No. 13-53846

                     Debtor.          :          Hon. Thomas J. Tucker

--------------------------------------------------- x

**PROOF OF SERVICE**

       I certify that on July 28, 2017 I electronically filed the Stay Modification Notice regarding claim number 3698 with the Clerk of the Court using the ECF system, which will send notification of such filing and a copy of the pleading to all counsel of record by First Class Mail. This Stay Modification Notice to Claimant's counsel at the following addresses:

Matthew J. Troy
United State Department of Justice Civil Division
PO Box 875
0
Washington DC20044-0875

                                        By:     */s/ Mary Beth Cobbs*
                                                  Mary Beth Cobbs (P-40080)
                                                  Assistant Corporation Counsel
                                                  2 Woodward Ave, Suite 500
                                                  Detroit, MI 48226
                                                  Phone: (313) 237-3075
                                                  Email: cobbm@detroitmi.gov

Dated: July 28, 2017