

Rochester | Grand Rapids | Chicago | St. Louis

July 31, 2017

To whom it may concern:

This letter is to inform you that as of July 7, 2017, Mary K. Atallah is no longer with the firm of Potestivo & Associates, P.C. All bankruptcy cases where Mary K. Atallah has filed a Notice of Appearance will now be handled by Jeremy L. Marks (P73366) of Potestivo & Associates, P.C., 251 Diversion Street, Rochester, MI 48307. Please ensure all cases are appropriately transferred.

Should you have any questions or concerns, please feel free to contact our office. Thank you for your attention to this matter.

Regards,

POTESTIVO & ASSOCIATES, P.C.

Rachelle Magolan
Bankruptcy Manager
Phone: (248) 853-4400 x 1112
Email: rmagolan@potestivolaw.com

251 Diversion Street ● Rochester, MI 48307 ● p: (248) 853-4400 ● f: (248) 853-0404 ● www.PotestivoLaw.com