UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**
City of Detroit, Michigan,   Bankruptcy No. 13-53846-tjt
                             Honorable Thomas J. Tucker
                             Chapter 9

　　　　　Debtor.
_____/

## REQUEST FOR REMOVAL FROM ECF LIST

Michael A. Stevenson of the law firm of Stevenson & Bullock, P.L.C., hereby requests to be removed from receiving notice of electronic filing in the above-captioned matter for Creditor, Clark Associates, Inc.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　**STEVENSON & BULLOCK, P.L.C.**

　　　　　　　　　　　　　　　　　By: /s/ Michael A. Stevenson
　　　　　　　　　　　　　　　　　Michael A. Stevenson (P37638)
　　　　　　　　　　　　　　　　　Counsel for Creditor, Clark Associates, Inc.
　　　　　　　　　　　　　　　　　26100 American Drive, Suite 500
　　　　　　　　　　　　　　　　　Southfield, MI 48034
　　　　　　　　　　　　　　　　　Phone: (248) 354-7906
　　　　　　　　　　　　　　　　　Facsimile: (248) 354-7907
　　　　　　　　　　　　　　　　　Email: mstevenson@sbplclaw.com
Dated: August 3, 2017