# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re                                               Chapter 9

CITY OF DETROIT, MICHIGAN,                          Case No. 13-53846

       Debtor.                                    Hon. Thomas J. Tucker

_____

## STIPULATION FOR AN ORDER GRANTING THE DETROIT POLICE OFFICERS ASSOCIATION AN ALLOWED UNSECURED CONVENIENCE CLAIM IN THE AMOUNT OF $25,000 IN FULL SATISFACTION OF ITS DROP INTEREST AWARD CLAIM  AND FOR OTHER RELIEF

The City of Detroit, Michigan ("City") and the Detroit Police Officers Association ("DPOA") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Parties were parties to a grievance arbitration proceeding – DPOA Grievance No. 10-082 – that resulted in an award of, among other things, an award of interest for certain delayed payments the arbitrator found that the City was required to make to DPOA members under the Deferred Retirement Option Plan ("DROP") and the parties' prior collective bargaining agreement (the "DROP Interest Award Claim").

WHEREAS, the City filed an action in the Wayne County Circuit Court seeking to vacate the arbitrator's award, *City of Detroit v. DPOA*, WCCC No.

WCCC 11-006114-CZ, and the Wayne County Circuit Court issued an order enforcing the DROP Interest Award Claim, which order was affirmed by the February 12, 2013 Opinion and Order of the Michigan Court of Appeals, Case No. 306474.

WHEREAS, on July 18, 2013, the City commenced this case under chapter 9 of title 11 of the Bankruptcy Code, staying the DPOA's enforcement of the DROP Interest Award Claim; and

WHEREAS, the DROP Interest Award Claim was included in Claim No. 1869, the omnibus protective claim filed by the DPOA on February 20, 2014 in order to preserve DPOA members' rights with regard to grievances filed by the DPOA on behalf of its members;

WHEREAS, on October 1, 2014, the City and the DPOA entered into a collective bargaining agreement (the "DPOA CBA");

WHEREAS, on October 22, 2014, the City filed the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014) [Doc. No. 8045] ("Plan"), which Plan incorporated the DPOA CBA and became effective on December 10, 2014 ("Effective Date");

WHEREAS, prior to the Effective Date, all of the other issues related to the DROP Interest Award Claim have been resolved by and between the City and DPOA; and

WHEREAS, the Parties believe that a consensual resolution of the DROP Interest Award Claim is in the best interest of the Parties;

WHEREAS, the material terms of the Parties' resolution are set forth in the Settlement Agreement dated July 27, 2017and Exhibit A thereto, copies of which are in the possession of the Parties. The terms of the settlement of the DROP Interest Award Claim are further memorialized in the Order attached hereto as Exhibit A;

NOW THEREFORE, the Parties consent to the entry of the Order attached hereto as Exhibit A, granting the DPOA an unsecured Class 15 Convenience Claim under the Plan in the amount of $25,000 (the "Settled DROP Interest Award Claim") in full satisfaction of that claim. The Parties agree that, except for the relief granted herein, the City is released of any further obligation to the DPOA or any of its individual members arising out of the Settled DROP Interest Award Claim. The Parties further agree (a) that the Settled Claim will be treated in accordance with Class 15 of the Plan, (b) the distribution on the Settled DROP Interest Claim will be paid to the DPOA, and (c) the DPOA will administer the payment of the Settled DROP Interest Claim to its members.

STIPULATED AND AGREED:

/s/ *Barbara A. Patek*
Barbara A. Patek, Esq.
Attorney for Creditor – DPOA
24 E. Flint Street, Suite 2

/s/ *Marc N. Swanson*
Marc N. Swanson (P71149)
Attorney for Debtor – City of Detroit
150 West Jefferson, Suite 2500

Lake Orion, MI 48362                        Detroit, MI 48226
(248) 814-9470                            (313) 496-7591
[pateklaw@gmail.com](mailto:pateklaw@gmail.com)               [swansonm@millercanfield.com](mailto:swansonm@millercanfield.com)

-and-

-and-

/s/ *James M. Moore*               /s/ *Letitia C. Jones*

James M. Moore, Esq. (P17929)       Letitia C. Jones (P52136)

     Attorney for Creditor --DPOA     Attorney for Debtor – City of Detroit

     65 Cadillac Square Ste. 3727        2 Woodward, Suite 500

     Detroit, MI 48226                  Detroit, MI 48226

(313) 964-5600                           (313) 237-3002

[jim@unionlaw.net](mailto:jim@unionlaw.net)                    [joneslc@detroitmi.gov](mailto:joneslc@detroitmi.gov)

August 2, 2017

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## ORDER GRANTING THE DETROIT POLICE OFFICERS ASSOCIATION AN ALLOWED UNSECURED CONVENIENCE CLAIM IN THE AMOUNT OF $25,000 IN FULL SATISFACTION OF ITS DROP INTEREST AWARD CLAIM AND FOR OTHER RELIEF

This matter is before the Court on the Stipulation for Entry of an Order Granting the Detroit Police Officers Association an Allowed Unsecured Convenience Claim in the Amount of $25,000 and for Other Relief (the "Stipulation")[1] filed by the City of Detroit ("City") and the Detroit Police Officers Association ("DPOA"). The Court has reviewed the Stipulation, is otherwise fully advised in the premises and finds good cause for the relief granted herein:

THEREFORE, IT IS HEREBY ORDERED that DPOA is granted an allowed Convenience Claim under the Plan in the amount of $25,000, which shall

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

be treated in accordance with Class 15 of the Plan ("Settled DROP Interest Award Claim").

IT IS FURTHER ORDERED that the distribution on the Settled DROP Interest Award Claim is in full satisfaction of the DROP Interest Award Claim.

IT IS FURTHER ORDERED that the Settled DROP Interest Award Claim is to be paid to the DPOA.

IT IS FURTHER ORDERED that the DPOA will administer the Settled DROP Interest Award Claim to its members.

IT IS FURTHER ORDERED that DPOA Claim No. 1869 is modified to withdraw the DROP Interest Award Claim.

IT IS FURTHER ORDERED that, except for the relief granted by this Order, all the DPOA's Claims against the City arising from or related to the DROP Interest Award Claim are hereby released and resolved.