# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## REQUEST TO BE REMOVED FROM CM/ECF NOTIFICATION LISTS

Please take notice that McDermott Will & Emery LLP, attorney for U.S. Bank National Association, hereby requests that the following e-mail addresses be removed from the CM/ECF electronic notification lists and that McDermott Will & Emery LLP no longer receive electronic filings in the above-captioned bankruptcy case.

| Atty: | William P. Smith | Emails: | wsmith@mwe.com |
|---|---|---|---|
| | Jeffrey A. Rossman | | jrossman@mwe.com |
| | Nathan Coco | | ncoco@mwe.com |

Dated: August 8, 2017　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　McDermott Will & Emery LLP

　　　　　　　　　　　　　　　　　　　　/s/ William P. Smith
　　　　　　　　　　　　　　　　　　　　William P. Smith
　　　　　　　　　　　　　　　　　　　　McDermott Will & Emery LLP
　　　　　　　　　　　　　　　　　　　　444 West Lake Street
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 372-2000
　　　　　　　　　　　　　　　　　　　　Email: wsmith@mwe.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## CERTIFICATE OF SERVICE

I, William P. Smith, hereby certify that the foregoing *Request to Be Removed from CM/ECF Notification Lists* was filed and served via the Court's electronic case filing and noticing system on August 8, 2017.

/s/ William P. Smith
William P. Smith
McDermott Will & Emery LLP
444 West Lake Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Email: wsmith@mwe.com