IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

**ORDER GRANTING THE DETROIT POLICE OFFICERS ASSOCIATION AN ALLOWED UNSECURED CONVENIENCE CLAIM IN THE AMOUNT OF $25,000 IN FULL SATISFACTION OF ITS DROP INTEREST AWARD CLAIM AND FOR OTHER RELIEF**

This case is before the Court on the Stipulation for Entry of an Order Granting the Detroit Police Officers Association an Allowed Unsecured Convenience Claim in the Amount of $25,000 and for Other Relief (Docket #12626, the "Stipulation")[1] filed by the City of Detroit ("City") and the Detroit Police Officers Association ("DPOA"). The Court has reviewed the Stipulation, is otherwise fully advised in the premises and finds good cause for the relief granted herein;

IT IS ORDERED that DPOA is granted an allowed Convenience Claim under the Plan in the amount of $25,000, which shall be treated in accordance with Class 15 of the Plan ("Settled DROP Interest Award Claim").

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

IT IS FURTHER ORDERED that the distribution on the Settled DROP Interest Award Claim is in full satisfaction of the DROP Interest Award Claim.

IT IS FURTHER ORDERED that the Settled DROP Interest Award Claim is to be paid to the DPOA.

IT IS FURTHER ORDERED that the DPOA will administer the Settled DROP Interest Award Claim to its members.

IT IS FURTHER ORDERED that DPOA Claim No. 1869 is modified to withdraw the DROP Interest Award Claim.

IT IS FURTHER ORDERED that, except for the relief granted by this Order, all the DPOA's Claims against the City arising from or related to the DROP Interest Award Claim are released and resolved.

**Signed on August 08, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge