UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
                                                       :

In re                                        :: Chapter 9
                                               :: Case No. 13-53846

CITY OF DETROIT, MICHIGAN,        :: Judge Thomas J. Tucker
                 Debtor.                 :
------------------------------------------------------- x

## ORDER WITHDRAWING
## DPOA CLAIM #1869 AS MOOT

This case is before the Court on the stipulation filed on August 7, 2017 (Docket # 12627, the "Stipulation") entitled "Stipulation for Order Withdrawing DPOA Claim #1869 as Moot." Based on the Stipulation,

IT IS ORDERED THAT Claim No. 1869 filed on behalf of the Detroit Police Officers Association is withdrawn as moot.

IT IS FURTHER ORDERED THAT as a result of the withdrawal of Claim No. 1869, the Detroit Police Officers Association and its members will have no right to receive any distribution in these bankruptcy proceedings based on Claim No. 1869.

IT IS FURTHER ORDERED THAT this Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order and the July 27, 2017 Settlement Agreement, including, but not limited to, the enforcement of the terms of the July 27, 2017 Settlement Agreement.

**Signed on August 08, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge