UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

City of Detroit

        Debtor
_____/

Chapter 9

Case Number 13-53846

Honorable: Thomas J. Tucker

## REQUEST TO BE REMOVED FROM CM/ECF NOTIFICATION LISTS

Please take notice that Orlans PC attorneys for Creditor, Everhome Mortgage Company, hereby requests that the following email addresses be removed from the CM/ECF electronic notification lists and that Orlans PC no longer receive electronic flings in this bankruptcy proceeding.

| | |
|---|---|
| Elizabeth M. Abood-Carroll | Email: eabood-carroll@orlans.com |
| Craig B. Rule | Email crule@orlans.com |
| Orlans PC | Email: bankruptcy@orlans.com |
| Orlans PC | Email: bankruptcyMW@orlans.com |
| | Email: ANHSOA@4stechnologies.com |
| | Emai: anhsoa@gmail.com |

Respectfully Submitted,

Date: August 8, 2017

/s/ Craig B. Rule
Elizabeth M. Abood-Carroll, Esq. P46304
Craig B. Rule, Esq. P67005
Orlans PC
Attorneys for Everhome Mortgage Company
P.O. Box 5041
Troy, MI 48007
(248) 502-1400
Email: eabood-carroll@orlans.com
File Number: 14-016514