# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

CITY OF DETROIT, MICHIGAN           Chapter 9
                                                     Case No. 13-53846
                   Debtor.                  Hon. Thomas J. Tucker
_____/

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS

Hugh M. Davis of Constitutional Litigation Associates, P.C. hereby requests to be removed from the list of those receiving electronic filings and other notices.

                                               Respectfully submitted,

                                               */s/Hugh M. Davis*_____
                                               Hugh M. Davis (P12555)
                                               Constitutional Litigation Associates, PC
                                               450 W Fort St, Ste 200
                                               Detroit MI 48226
                                               313-961-2255 / Fax: 313-922-5130
                                               Davis@ConLitPC.Com
                                               Info@ConLitPC.Com

Date: 8/9/17

*f:\cases\phillips v. snyder\in re detroit bankruptcy\pldgs\request to be removed from* receiving electronic filings (2017-08-01).docx