# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

CITY OF DETROIT, MICHIGAN

                    Debtor.

Chapter 9
Case No. 13-53846
Hon. Thomas J. Tucker

_____/

## CERTIFICATE OF SERVICE

Jillian R. Rosati, says that on this 9th day of August, 2017, I electronically *Request to be Removed From Receiving Electronic Filings* and this *Certificate of Service* with the Clerk of the Court using the ECF system which will send notification to all e-filing users.

                      /s/Jillian R. Rosati
                      Jillian R. Rosati

F:\Cases\Phillips v. Snyder\In Re Detroit Bankruptcy\Pldgs\POS for Request to be removed from ECF (2017-08-09).docx