UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT BRANCH NAACP, et al.,

    Appellants,

vs.

CITY OF DETROIT,

    Appellee.
_____/

Civil Action No. 13-CV-15270

HON. BERNARD A. FRIEDMAN

### ORDER OF DISMISSAL

On July 28, 2017, the Court ordered appellants to show cause why the Court should not lift the stay in this matter and dismiss the appeal as moot. Appellants have not responded and the time for them to do so has expired. Accordingly,

IT IS ORDERED that the stay imposed in this matter on April 4, 2014, is lifted and the appeal is dismissed as moot.

                                        S/ Bernard A. Friedman_____
                                        BERNARD A. FRIEDMAN
                                        SENIOR UNITED STATES DISTRICT JUDGE

Dated: August 8, 2017
       Detroit, Michigan