UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------x
                                                      :    Chapter 9
In re                                                 :
                                                      :    Case No. 13-53846 (TJT)
CITY OF DETROIT, MICHIGAN,                            :
                                                      :
                        Debtor. :                          Hon. Thomas J. Tucker
                                                      :
                                                      :
------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICE

PLEASE TAKE NOTICE that Sam J. Alberts of Dentons US LLP hereby withdraws his appearance in the above-captioned case and requests to be removed from all service lists maintained in these proceedings, including the Master Service List and the Court's CM/ECF electronic notification list and the list.

Dated: August 9, 2017

DENTONS US LLP

By: __/s/ Sam J. Alberts__
Sam J. Alberts
1900 K Street NW
Washington, DC 20006-1102
Tel: (202) 496-7500
sam.alberts@dentons.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2017 a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request to be Removed from Receiving Electronic Notice was filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF.

DENTONS US LLP

By:   /s/  Sam J. Alberts
Sam J. Alberts
1900 K Street NW
Washington, DC 20006-1102
Tel: (202) 496-7500
sam.alberts@dentons.com