# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## MOTION TO WITHDRAW AS COUNSEL AND REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

Petitioner Kelly Houk respectfully requests this Court to withdraw her appearance on behalf of the City of Detroit, Debtor-in-Possession ("City of Detroit"). The City of Detroit is and will continue to be represented in this proceeding by Marc N. Swanson of Miller Canfield.

Petitioner also hereby requests to be removed from receiving electronic notices on behalf of the City of Detroit at the following e-mail address: khouk@dykema.com.

DYKEMA GOSSETT PLLC

By: /s/ *Kelly R. Houk*
Kelly R. Houk (P77666)
400 Renaissance Center
Detroit, MI 48243
(313) 568-6848
khouk@dykema.com

Dated: August 14, 2017

4852-6919-1757.1
014201\000043