# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter:  9
Judge:  Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## CORRECTED NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*11932* − Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: Steven Wolak To Karen E. Evangelista, Trustee for Fee Amount $25, Filed by Creditor Karen Evangelista, Chapter 7 Trustee (Evangelista, Karen)

*12638* − Objection to Notice of Transfer Filed by Creditor Steven Wolak. (Arndt, Stephanie)

will be held on: 8/30/17 at 01:30 PM at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226

Dated: 8/14/17

BY THE COURT

Katherine B. Gullo, Clerk of Court
U.S. Bankruptcy Court