UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re:                     | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker       |
| Debtor.                    | Chapter 9                    |

**STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND STATE OF MICHIGAN, DEPARTMENT OF TRANSPORTATION RESOLVING CLAIM NUMBER 3742**

The City of Detroit, Michigan ("City") and State Of Michigan, Department of Transportation ("Claimant"; and collectively with the City, the "Parties") stipulate and agree as follows:

WHEREAS, on June 12, 2014, Claimant filed its proof of claim number 3742 in the amount of $673,096.87 ("Claim 3742");

WHEREAS, on October 22, 2014, the City filed its *Eighth Amended Plan of the Adjustment of Debts of the City of Detroit (October 22, 2014)* (the "Plan," Doc. No. 8045);

WHEREAS, Claimant and the City have now conferred and reached agreement regarding Claim 3742;

WHEREAS, capitalized terms not otherwise defined in this stipulation have the meanings given to them in the Plan;

NOW, THEREFORE, the Parties stipulate and agree that Claim 3742 shall be allowed under the Plan as a Class 15 Convenience Claim in the amount of

1

$19,595.75. The Parties respectfully request that the Court enter an order in the form attached as **Exhibit 1**, allowing Claim 3742 as a Class 15 Convenience Claim in the amount of $19,595.75.

Stipulated and agreed to on August 18, 2017:

MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8452
swansonm@millercanfield.com

Counsel for the City of Detroit, Michigan

STATE OF MICHIGAN, DEPARTMENT OF TRANSPORTATION

<u>By: /s/ Steven B. Flancher</u>
Steven B. Flancher (P47894)
Assistant Attorney General
525 W. Ottawa Street
Lansing, MI 48933
Telephone: (517) 373-3203
flanchers@michigan.gov

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND STATE OF MICHIGAN, DEPARTMENT OF TRANSPORTATION RESOLVING CLAIM NUMBER 3742**

This matter having come before the Court on the *Stipulation By and Between the City of Detroit, Michigan and State Of Michigan, Department of Transportation Resolving Claim Number 3742* (the "Stipulation")[1]; the parties having stipulated to the allowance of claim number 3742 as a Class 15 Convenience Claim in the amount of $19,595.75; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. Claim 3742 is allowed under the Plan as a Class 15 Convenience Claim in the amount of $19,595.75.

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Stipulation.

2. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.