# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND STATE OF MICHIGAN, DEPARTMENT OF TRANSPORTATION RESOLVING CLAIM NUMBER 3742**

This case is before the Court on the *Stipulation By and Between the City of Detroit, Michigan and State Of Michigan, Department of Transportation Resolving Claim Number 3742* (Docket # 12647, the "Stipulation");[1] the parties having stipulated to the allowance of claim number 3742 as a Class 15 Convenience Claim in the amount of $19,595.75; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. Claim 3742 is allowed under the Plan as a Class 15 Convenience Claim in the amount of $19,595.75.

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Stipulation.

2. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this Order.

**Signed on August 18, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge