# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CITY OF DETROIT'S NOTICE OF WITHDRAWAL OF STAY MODIFICATION NOTICE FOR CLAIM NUMBER 776 OF AGAR LAWN SPRINKLER SYSTEMS, INC.

On July 28, 2017, the City of Detroit, Michigan ("City") filed a *Stay Modification Notice* for claim number 776 (filed by Agar Lawn Sprinkler Systems, Inc.) at Docket Number 12012. By this Notice of Withdrawal, the City withdraws the *Stay Modification Notice* filed at Docket Number 12012 as there is an objection already pending as to claim number 776 in this Court.

Respectfully submitted by

MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Counsel for the City of Detroit, Michigan

# CERTIFICATE OF SERVICE

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

The undersigned hereby certifies that on August 18, 2017, he caused a copy of the *City of Detroit's Notice of Withdrawal of Stay Modification Notice for Claim Number 776 of Agar Lawn Sprinkler Systems, Inc.* to be served on John D. Mulvihill by emailing a copy of it to jdmulvihill@sbcglobal.net and by mailing it by first class mail to

The Law Office of John D. Mulvihill, PLLC
Attn: John D. Mulvihill
20 W. Washington, Suite 2
Clarkston, MI 48346

Dated: August 18, 2017

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com