# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION FOR ADJOURNMENT OF HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 776 OF AGAR LAWN SPRINKLER SYSTEMS, INC.

The City of Detroit, Michigan ("City") and Agar Lawn Sprinkler Systems, Inc. ("Agar"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On July 28, 2016, the City filed its Forty-Seventh Omnibus Objection to Certain Claims (No Basis) [Doc. No. 11399] which listed claim number 776, filed by Agar, among the claims subject to the objection ("Objection").

2. On August 23, 2016, Agar filed a response to the Objection [Doc. No. 11451].

3. On August 26, 2016; October 11, 2016; December 7, 2016; March 10, 2017; and June 9, 2017; the Court entered orders adjourning the hearing on the Objection. [Doc. Nos. 11476, 11616, 11700, 11807, and 11902.] These orders were entered to allow a preference action against Agar to be resolved. On information and belief, the action should be resolved in the near future.

4. The hearing is currently scheduled for August 23, 2017.

5. Due to changed circumstances, counsel for Agar will not be available on August 23, so the parties have agreed to adjourn the hearing one week to August 30, 2017, if that is acceptable to the Court.

WHEREFORE, the Parties respectfully request that the Court enter an order further adjourning the hearing on the objection to Agar's claim to August 30, 2017, at 1:30 p.m., in substantially the form as the proposed order attached as Exhibit 1.

STIPULATED AND AGREED TO ON August 21, 2017:

THE LAW OFFICE OF JOHN D. MULVIHILL, PLLC

By: /s/ John D. Mulvihill
By: John D. Mulvihill (P35637)
Counsel for Agar Lawn Sprinkler Systems, Inc.
20 W. Washington, Suite 2
Clarkston, MI 48346
Telephone: (248) 625-3131

Counsel for Agar Lawn Sprinkler Systems, Inc.

MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Counsel for the City of Detroit, Michigan

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING STIPULATION FOR ADJOURNMENT OF
HEARING ON CITY OF DETROIT'S OBJECTION TO
CLAIM NUMBER 776 OF AGAR LAWN SPRINKLER SYSTEMS, INC.**

Upon the Stipulation for Adjournment of Hearing on the City of Detroit's Objection to Claim Number 776 of Agar Lawn Sprinkler Systems, Inc. [Doc. No. _____]; and the Court being otherwise advised in the premises;

IT IS ORDERED THAT the hearing on the objection to Claim Number 776 of Agar Lawn Sprinkler Systems, Inc., currently scheduled to take place August 23, 2017, at 1:30 p.m., is hereby adjourned to August 30, 2017, at 1:30 p.m.