# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER APPROVING STIPULATION FOR ADJOURNMENT OF HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 776 OF AGAR LAWN SPRINKLER SYSTEMS, INC.

Upon the stipulation filed August 21, 2017 (Docket # 12652), entitled "Stipulation for Adjournment of Hearing on the City of Detroit's Objection to Claim Number 776 of Agar Lawn Sprinkler Systems, Inc.;" and the Court being otherwise advised in the premises;

IT IS ORDERED THAT the hearing on the objection to Claim Number 776 of Agar Lawn Sprinkler Systems, Inc., (part of the City's 47th Omnibus Objection to Claims, Docket # 11399), currently scheduled to take place August 23, 2017 at 1:30 p.m., is adjourned to **August 30, 2017, at 1:30 p.m.**

**Signed on August 21, 2017**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**