# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

This case is before the Court on the Motion filed on August 14, 2017 (Docket # 12639) to withdraw as one of the attorneys for the City of Detroit, and to be removed from receiving electronic notices, and the Court being duly advised in the premises;

IT IS ORDERED that the Motion to Withdraw is GRANTED and the appearance of Kelly Houk is withdrawn.

IT IS FURTHER ORDERED that attorney Kelly Houk will be removed from receiving electronic notices on behalf of the City of Detroit at the following e-mail address: khouk@dykema.com.

**Signed on August 23, 2017**



/s/ Thomas J. Tucker

**Thomas J. Tucker**
**United States Bankruptcy Judge**