# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## STIPULATION FOR ORDER WITHDRAWING DPOA CLAIM NO. 1864 AS MOOT

The City of Detroit, Michigan ("City") and the Detroit Police Officers Association ("DPOA"), by and through their undersigned counsel, hereby stipulate to and state the following with regard to the withdrawal of DPOA Claim No. 1864:

1.    On February 20, 2014, the DPOA filed Claim No. 1864.

2.    DPOA asserts that Claim No. 1864 was filed during ongoing Court-ordered mediation between the City and the DPOA in these Chapter 9 proceedings. DPOA asserts that Claim No. 1864 sought to preserve DPOA members' alleged rights with respect to their terms and conditions of employment with the City.

3.    On or about October 1, 2014, the City and the DPOA entered into a collective bargaining agreement (the "DPOA CBA") that was ratified by DPOA members, approved by the State and incorporated into the Plan of Adjustment [Docket No. 8045-10, p. 29]. The Plan of Adjustment was confirmed by this Court

pursuant to its November 12, 2014 Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit [Docket No. 8272].

5.  The City and the DPOA agree that (a) the DPOA CBA resolves Claim No. 1864, (b) Claim No. 1864 should be withdrawn as moot, and (c) a result of the withdrawal of Claim Nos. 1864 the DPOA will have no right to receive any distribution in these bankruptcy proceedings based on Claim No. 1864.

WHEREFORE, the parties request the Court enter an Order in the form attached hereto as Exhibit A.

August 23, 2017

STIPULATED AND AGREED:

| | |
|---|---|
| */s/ Barbara A. Patek* | */s/ Marc N. Swanson* |
| Barbara A. Patek, Esq. | Marc N. Swanson (P71149) |
| Attorney for Creditor – DPOA | Attorney for Debtor – City of Detroit |
| 24 E. Flint Street, Suite 2 | 150 West Jefferson, Suite 2500 |
| Lake Orion, MI 48362 | Detroit, MI 48226 |
| (248) 814-9470 | (313) 496-7591 |
| pateklaw@gmail.com | swansonm@millercanfield.com |
| | -and- |
| -and- | */s/ Letitia C. Jones* |
| */s/ James M. Moore* | Letitia C. Jones (P52136) |
| James M. Moore, Esq. (P17929) | Attorney for Debtor – City of Detroit |
| Attorney for Creditor --DPOA | 2 Woodward, Suite 500 |
| 65 Cadillac Square Ste. 3727 | Detroit, MI 48226 |
| Detroit, MI 48226 | (313) 237-3002 |
| (313) 964-5600 | joneslc@detroitmi.gov |
| jim@unionlaw.net | |

<u>**EXHIBIT A**</u>
**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

------------------------------------------------------ x
                                               :

In re                             :: Chapter 9

                                  :: Case No. 13-53846

CITY OF DETROIT, MICHIGAN,     :: Hon. Thomas J. Tucker

                 Debtor.         :

------------------------------------------------------ x

<u>**ORDER APPROVING STIPULATION FOR ORDER WITHDRAWING**</u>
<u>**DPOA CLAIM NO. 1864 AS MOOT**</u>

This case is before the Court on the stipulation filed on August 23, 2017 (Docket# _____) entitled, "Stipulation for Order Withdrawing DPOA Claim No. 1864 as Moot." Based on the Stipulation,

IT IS HEREBY ORDERED THAT Claim No. 1864 filed on behalf of Detroit Police Officers Association is withdrawn as moot.

IT IS FURTHER ORDERED THAT as a result of the withdrawal of Claim Nos. 1864 the Detroit Police Officers Association and its members will have no right to receive any distribution in these bankruptcy proceedings based on Claim No. 1864.

IT IS FURTHER ORDERED THAT this Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.