IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

**ORDER GRANTING THE DETROIT POLICE OFFICERS ASSOCIATION AN ALLOWED UNSECURED CONVENIENCE CLAIM IN THE AMOUNT OF $25,000 IN FULL SATISFACTION OF CLAIM NO. 1854**

This case is before the Court on the stipulation filed on August 23, 2017, entitled "Stipulation for Entry of an Order Granting the Detroit Police Officers Association an Allowed Unsecured Convenience Claim in the Amount of $25,000 in Full Satisfaction of Claim No. 1854" (Docket # 12657, the "Stipulation")[1] between the City of Detroit ("City") and the Detroit Police Officers Association ("DPOA"). The Court has reviewed the Stipulation, is otherwise fully advised in the premises and finds good cause for the relief granted herein:

IT IS ORDERED that DPOA is granted an allowed Convenience Claim under the Plan in the amount of $25,000, which shall be treated in accordance with Class 15 of the Plan (the "Allowed Claim").

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

IT IS FURTHER ORDERED that the distribution on the Allowed Claim is in full satisfaction of Claim No. 1854.

IT IS FURTHER ORDERED that Claim No. 1854 is to be paid to the DPOA.

IT IS FURTHER ORDERED that, except for the relief granted by this Order, all of the DPOA's Claims against the City arising from or related to Claim No. 1854 are released and resolved.

IT IS FURTHER ORDERED that this Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Signed on August 23, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge