UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
                                                                 :

In re                                              :: Chapter 9
                                                      :: Case No. 13-53846

CITY OF DETROIT, MICHIGAN,      :: Judge Thomas J. Tucker
                      Debtor.              :
------------------------------------------------------- x

## ORDER APPROVING STIPULATION FOR ORDER WITHDRAWING DPOA CLAIM NO. 1864 AS MOOT

This case is before the Court on the stipulation filed on August 23, 2017 (Docket # 12656), entitled "Stipulation for Order Withdrawing DPOA Claim No. 1864 as Moot." Based on the Stipulation,

IT IS ORDERED THAT Claim No. 1864 filed on behalf of Detroit Police Officers Association is withdrawn as moot.

IT IS FURTHER ORDERED THAT as a result of the withdrawal of Claim Nos. 1864 the Detroit Police Officers Association and its members will have no right to receive any distribution in these bankruptcy proceedings based on Claim No. 1864.

IT IS FURTHER ORDERED THAT this Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Signed on August 23, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge