# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------------ x
                                                       :
In re                                                  :: Chapter 9
                                                       :: Case No. 13-53846
CITY OF DETROIT, MICHIGAN,                             :: Judge Thomas J. Tucker
                    Debtor.                            :
------------------------------------------------------ x

## ORDER APPROVING STIPULATION TO WITHDRAW
## CLAIM NO. 1868 FILED BY DPOA AS MOOT

This case is before the Court on the stipulation filed on August 23, 2017 (Docket # 12658, the "Stipulation"), entitled "Stipulation that Claim No. 1868 is Resolved By the DPOA CBA and the City's Confirmed Plan of Adjustment and for Order Allowing Withdrawal of DPOA Claim No. 1868 as Moot." The Court finds that, subject to the Plan of Adjustment and Confirmation Order, the rights of current and former members of the DPOA to defense or indemnification from the City that were asserted by Claim No. 1868 are controlled by the terms of the DPOA CBA. Based on the Stipulation,

IT IS ORDERED THAT Claim No. 1868 filed on behalf of Detroit Police Officers Association is withdrawn as moot.

IT IS FURTHER ORDERED THAT as a result of the withdrawal of Claim No. 1868, the Detroit Police Officers Association and its members will have no

right to receive any distribution in these bankruptcy proceedings based on Claim No. 1868.

IT IS FURTHER ORDERED THAT this Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Signed on August 23, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge