UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**CORRECTED**
**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 29, 2017, he served a copy of the foregoing REPLY OF AGAR LAWN SPRINKLER SYSTEMS, INC. TO CITY OF DETROIT'S OBJECTION TO PROOF OF CLAIM, with its exhibits, upon the counsel for City of Detroit via the Courts ECF system as follows:

Marc N. Swanson
150 West Jefferson, Suite 2500
Detroit, Mi 48226
swansonm@millercanfield.com

By: /s/ John D. Mulvihill
John D. Mulvihill
20 W. Washington, Suite 2
Clarkston, MI 48346
(248) 625-3131 - Office
(248) 625-3132 - Fax
jdmulvihill@sbcglobal.net

August 29, 2017