UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

               Debtor.  Judge Thomas J. Tucker

_____/

# ORDER REGARDING FURTHER PROCEEDINGS ON THE CITY OF DETROIT'S OBJECTION TO THE CLAIM OF AGAR LAWN SPRINKLER SYSTEMS, INC. (DOCKET # 11399)

This case came before the Court for a hearing on August 30, 2017, regarding the City of Detroit's objection to the claim filed by Agar Lawn Sprinkler Systems, Inc. ("Agar") (Claim No. 776, the "Agar claim"). The City's objection to the Agar claim was part of the City's Forty-Seventh Omnibus Objection to Certain Claims (Docket # 11399), and is the only unresolved claim objection from that Forty-Seventh Omnibus Objection. Confirming action taken during the August 30, 2017 hearing, and for the reasons stated by the Court on the record during the hearing,

IT IS ORDERED that:

1. No later than September 13, 2017, Agar must deliver to counsel for the City of Detroit a list of all unpaid invoices that Agar contends support its proof of claim, including on such list, at a minimum, the following information regarding each invoice: the date of the invoice; the invoice number (if an invoice number exists); and the amount of the invoice.

2. Also no later than September 13, 2017, Agar must deliver to counsel for the City of Detroit a copy of all unpaid invoices that Agar contends support its proof of claim.

3. No later than October 13, 2017, the City of Detroit must file a written reply to the items referred to in paragraphs 1 and 2 above.

4. The Court will hold a further, non-evidentiary hearing regarding the City's objection to the Agar claim on **October 18, 2017 at 1:30 p.m.**

**Signed on August 31, 2017**



                                                         /s/ Thomas J. Tucker
                                                         **Thomas J. Tucker**
                                                         **United States Bankruptcy Judge**