United States
Bankruptcy Court

Motion Object
FILED
Ex Dungement
2017 SEP -1 P 2: 23
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Richard Hall

vs

City of Detroit

Bankruptcy Case
13-53846

Claim # 474

Claim # 1097

Honorable Thomas J. Tucker

I Am Requesting
that both of my claims
Against City of Detroit will not
be eliminated but settled with a lesser but,
fair Amount of funds other than the
Orginal Relief granted

474 Orgin Origin
Original Amount 100,000.00      Hundred Thousand

1097     1,000,000.00     One Million

Please Update/Correct Relief Amount that
Are in Error

I will be present for the September 20, 2017
Hearing.

United States
Bankruptcy Court

Eastern District of I
Michigan Southern
Division

Richard Hall                    Case # 474

                                Case # 1097
vs

City of Detroit


Proof of Service


On August 29, 2017  I mailed
a copy of    Motion to
          Objected Objection to
Expungement of Claims Exhibit A 2)


to
    Clerk of the Court              211 W. Fort St Suit
    United States Bankruptcy Court  Det, MI 48226  2100


    Marc N. Swanson                 150 W. Jefferson
    Miller, Canfield, Paddocks and Stone, PLC   Suit
                                    Det, MI 48226  2500


    August 29, 2017                 Richard Hall
         Date                          Signature

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT     EASTERN DISTRICT of MICHIGAN | CHARTER 9 PROOF OF CLAIM **FILED** |
|---|---|

| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**Richard Hall**

Name and address where notices should be sent:

**Richard Hall
3752 Eastern Place
Detroit, MI 48208**

Telephone number: **330-831-3346**   email:

**RECEIVED**

**FEB 20 2014**

**KURTZMAN CARSON CONSULTANTS**

2014 FEB 19 A 10:34

U.S. BANKRUPTCY COURT
E. MICHIGAN-DETROIT

Court Claim Number:
(If known)

Filed on:

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where payment should be sent (if different from above):

**7727 Bryden Street
Detroit, MI 48210**

Telephone number:   email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ **1,000,000.00**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** False Arrest, excessive force, pursuant to 42 USC 1983 (or wrongful
(See instruction #2)   detention), assault + battery, false imprisonment under Michigan law.

| 3. Last four digits of any number by which creditor identifies debtor: | 3a. Debtor may have scheduled account as: (See instruction #3a) |
|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $

Annual Interest Rate (when case was filed) _____ % ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $

Basis for perfection:

Amount of Secured Claim: $

Amount Unsecured: $

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §** _____ $

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted".) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction #8)
Check the appropriate box.

☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Richard Hall**
Title:
Company:
Address and telephone number (if different from notice address above):

(Signature) *Richard Hall*

(Date)

**330 831 3346**   cadillactrain85@gmail.com
Telephone number:   email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| | | | | | |
|---|---|---|---|---|---|
| | c/o Mike Morse Law Firm 24901 Northwestern Hwy, Suite 700 Southfield, MI 48075 | | Unsecured | "BI and PIP Claim Due to Motor Vehicle Accident 10/1/13" | that it is based on post-petition events. There is no pre-petition claim owed by the City. |
| 474 | Richard Hall 3752 Eastern Place Detroit, MI 48208 | $100,000.00 | General Unsecured | Stated Basis: "Injured" | The statute of limitations has expired on the underlying personal injury claim as of June 28, 2014. |
| 1097 | Richard Hall 3752 Eastern Place Detroit, MI 48208 | $1,000,00.00 | General Unsecured | Stated Basis: "False arrest, excessive force, pursuant to 42 U.S.C. 1983 (or wrongful detention), assault & battery, false imprisonment under Michigan law" | The statute of limitations has expired on the underlying Section 1983 claim as of October 28, 2014. |
| 3684 | Thyssenkrupp c/o CST Co. P.O. Box 224768 Dallas, TX 75222 | $37,597.21 | Priority | Stated Basis: "Service contract" | The claim states that it is based on post-petition events. There is no pre-petition claim owed by the City. |
| 3687 | Thyssenkrupp c/o CST Co. P.O. Box 224768 Dallas, TX 75222 | $439,089.10 | Priority | Stated Basis: "Service contract total quarterly billing 4-1-2014 – 3-31-2017" | The claim states that it is based on post-petition events. There is no pre-petition claim owed by the City. |

9

4832-9459-4850.1