# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER GRANTING FIFTH ADJOURNMENT OF HEARING DATE AND EXTENSION OF THE DEADLINE TO FILE REPLY TO RESPONSE TO MOTION OF THE DETROIT FIRE FIGHTERS ASSOCIATION, IAFF LOCAL 344 ("DFFA") FOR ENTRY OF AN ORDER ENFORCING THE NOVEMBER 30, 2015 GLOBAL SETTLEMENT BETWEEN THE DFFA AND THE CITY OF DETROIT RESOLVING THAT PORTION OF DFFA CLAIM NO. 2812 RELATED TO THE GRIEVANCE FILED ON BEHALF OF FIRE FIGHTER BRADLEY SMOLA AND REQUIRING SMOLA'S REINSTATEMENT AND FOR RELATED RELIEF**

Upon the stipulation (Docket # 12676) for an Order Granting Fifth Adjournment of Hearing Date and Extension of the Deadline to File Reply to Response to Motion of the Detroit Fire Fighters Association, IAFF Local 344 ("DFFA") for Entry of an Order Enforcing the November 30, 2015 Global Settlement Between the DFFA and the City of Detroit resolving That Portion of DFFA Claim No. 2812 Related to the Grievance Filed on Behalf of Detroit Fire Fighter Bradley Smola and Requiring Smola's Reinstatement and for Related Relief (Docket # 11811, the "Motion");

IT IS ORDERED THAT the hearing on the Motion, currently scheduled for September 20, 2017 at 1:30 p.m., is adjourned to October 18, 2017 at 1:30 p.m.

IT IS FURTHER ORDERED THAT the deadline for the DFFA to file its reply to the City's response to the Motion is extended through and including October 11, 2017.

**Signed on September 07, 2017**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**