IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: CITY OF DETROIT,            Chapter 9 Case No.: 13-bk-53846
       Debtor                         Judge Thomas J. Tucker

_____/

Miller Canfield Paddock & Stone, PLC
By: Marc N. Swanson (P71149)
Counsel for City of Detroit
150 W. Jefferson, Ste., 2500
Detroit, MI 48226
313-496-7591
313-496-8451
swanson@millercanfield.com

The Law Office of John D. Mulvihill, PLLC
By: John D. Mulvihill (P35637)
Counsel for Defendant
Agar Lawn Sprinkler Systems, Inc.
20 W. Washington
Clarkston, MI 48346
248-625-3131 (Phone)
248-625-3132 (Fax)
jdmulvihill@sbcglobal.net

_____/

**SUPPLEMENTAL REPLY OF AGAR LAWN SPRINKLER SYSTEMS, INC.
TO CITY OF DETROIT'S OBJECTION TO PROOF OF CLAIM**

       NOW COMES the above named Defendant , AGAR LAWN SPRINKLER SYSTEMS, INC, "(Agar") by and through its above attorney and hereby submits its SUPPLEMENTAL REPLY TO CITY OF DETROIT'S OBJECTION TO PROOF OF CLAIM and states as follows:

       Pursuant to the Court's ORDER REGARDING FURTHER PROCEEDINGS ON THE CITY OF DETROIT'S OBJECTION TO THE CLAIM OF AGAR LAWN SPRINKLER SYSTEMS, INC. (DOCKET # 12671) ("Order"), Agar has attached its List of Unpaid Invoices in support of it Proof of Claim. The invoices are not attached for brevity purposes but have been served on Counsel for the City of Detroit as certified in the attached Certificate of Service.

**LAW OFFICE
OF
JOHN D. MULVIHILL
PLLC**

**20 W. Washington
Suite 2
Clarkston, Mi 48346**

**(248) 625-3131
(248) 625-3132 Fax**

WHEREFORE, Agar requests that the City's Objection To Agar's Proof of Claim be denied and that its claim be deemed an allowed claim.

Respectfully Submitted By:

 /s/ John D. Mulvihill
By: John D. Mulvihill, (P35637)
Counsel for Agar
THE LAW OFFICE OF JOHN D. MULVIHILL, PLLC
20 W. Washington, Suite 2
Clarkston, MI 48346
(248) 625-3131

September 11, 2017

**LAW OFFICE
OF
JOHN D. MULVIHILL
PLLC**

**20 W. Washington
Suite 2
Clarkston, Mi 48346**

**(248) 625-3131
(248) 625-3132 Fax**