# Agar Lawn Sprinkler Systems, Inc.
# All Past Due Invoicing        $ 189,752.63

## DPW
**Street Electronic**

| Invoice Number | Date | Total Due |
|---|---|---|
| 204 | 5/18/2012 | $ 583.20 |
| 208 | 5/30/2012 | $ 1,174.17 |
| 209 | 5/30/2012 | $ 1,060.83 |
| 210 | 5/30/2012 | $ 1,187.82 |
| 211 | 5/30/2012 | $ 619.14 |
| 213 | 5/30/2012 | $ 733.03 |
| 214 | 5/30/2012 | $ 1,059.56 |
| 205 | 5/30/2012 | $ 1,061.10 |
| 206 | 5/30/2012 | $ 489.61 |
| 207 | 5/30/2012 | $ 583.20 |
| 212 | 5/30/2012 | $ 800.50 |
| 215 | 6/4/2012 | $ 1,270.90 |
| 216 | 6/4/2012 | $ 1,004.22 |
| 217 | 6/4/2012 | $ 965.80 |
| 218 | 6/4/2012 | $ 547.94 |
| 219 | 6/4/2012 | $ 404.91 |
| 220 | 6/4/2012 | $ 550.71 |
| 221 | 6/4/2012 | $ 446.92 |
| 222 | 6/4/2012 | $ 965.80 |
| 231 | 6/10/2012 | $ 1,303.57 |
| 232 | 6/10/2012 | $ 642.79 |
| 233 | 6/10/2012 | $ 1,399.40 |
| 234 | 6/10/2012 | $ 1,193.12 |
| 235 | 6/10/2012 | $ 1,549.92 |
| 236 | 6/10/2012 | $ 470.08 |
| 237 | 6/21/2012 | $ 1,081.61 |
| 238 | 6/21/2012 | $ 567.30 |
| 239 | 6/21/2012 | $ 410.90 |

| | | | |
|---|---|---|---|
| 240 | 6/21/2012 | $ | 423.89 |
| 241 | 6/21/2012 | $ | 637.10 |
| 242 | 6/21/2012 | $ | 604.40 |
| 248 | 6/25/2012 | $ | 1,742.67 |
| 249 | 6/25/2012 | $ | 1,814.31 |
| 250 | 6/25/2012 | $ | 1,264.57 |
| 251 | 6/25/2012 | $ | 753.22 |
| 254 | 7/2/2012 | $ | 392.94 |
| 255 | 7/2/2012 | $ | 572.79 |
| 256 | 7/2/2012 | $ | 747.93 |
| 257 | 7/2/2012 | $ | 1,133.39 |
| 258 | 7/2/2012 | $ | 1,063.38 |
| 259 | 7/2/2012 | $ | 442.70 |
| 260 | 7/2/2012 | $ | 979.42 |
| 261 | 7/2/2012 | $ | 697.52 |
| 266 | 7/9/2012 | $ | 1,149.88 |
| 267 | 7/9/2012 | $ | 1,247.71 |
| 268 | 7/9/2012 | $ | 1,467.13 |
| 269 | 7/9/2012 | $ | 576.54 |
| 273 | 7/18/2012 | $ | 494.28 |
| 274 | 7/18/2012 | $ | 465.84 |
| 275 | 7/18/2012 | $ | 410.00 |
| 276 | 7/18/2012 | $ | 464.14 |
| 277 | 7/18/2012 | $ | 299.10 |
| 278 | 7/18/2012 | $ | 410.00 |
| 282 | 7/23/2012 | $ | 568.44 |
| 283 | 7/23/2012 | $ | 637.10 |
| 284 | 7/23/2012 | $ | 416.20 |
| 285 | 7/23/2012 | $ | 445.78 |
| 286 | 7/23/2012 | $ | 580.90 |
| 287 | 7/23/2012 | $ | 490.32 |
| 289 | 7/30/2012 | $ | 602.60 |
| 290 | 7/30/2012 | $ | 525.30 |

| # | Date | Amount |
|---|---|---|
| 291 | 7/30/2012 | $ 567.70 |
| 292 | 7/30/2012 | $ 538.10 |
| 293 | 7/30/2012 | $ 637.10 |
| 294 | 7/30/2012 | $ 448.00 |
| 295 | 7/30/2012 | $ 405.60 |
| 296 | 7/30/2012 | $ 430.94 |
| 297 | 7/30/2012 | $ 593.80 |
| 298 | 7/30/2012 | $ 410.00 |
| 299 | 8/6/2012 | $ 448.00 |
| 300 | 8/6/2012 | $ 291.60 |
| 301 | 8/6/2012 | $ 360.16 |
| 302 | 8/6/2012 | $ 875.76 |
| 303 | 8/6/2012 | $ 533.12 |
| 304 | 8/6/2012 | $ 483.80 |
| 305 | 8/13/2012 | $ 468.94 |
| 306 | 8/13/2012 | $ 557.76 |
| 307 | 8/13/2012 | $ 404.70 |
| 308 | 8/13/2012 | $ 437.40 |
| 310 | 8/20/2012 | $ 430.94 |
| 311 | 8/27/2012 | $ 551.40 |
| 312 | 9/4/2012 | $ 372.00 |
| 313 | 9/4/2012 | $ 372.91 |
| 314 | 9/4/2012 | $ 570.70 |
| 315 | 9/4/2012 | $ 444.90 |
| 316 | 9/4/2012 | $ 410.00 |
| 317 | 9/10/2012 | $ 397.28 |
| 318 | 9/10/2012 | $ 543.08 |
| 319 | 9/10/2012 | $ 483.80 |
| 320 | 9/10/2012 | $ 440.50 |
| 321 | 9/10/2012 | $ 503.84 |
| 322 | 9/17/2012 | $ 377.86 |
| 323 | 9/17/2012 | $ 320.04 |
| 324 | 9/17/2012 | $ 428.61 |

| # | Date | Amount |
|---|------|--------|
| 325 | 9/17/2012 | $ 577.16 |
| 326 | 9/17/2012 | $ 392.94 |
| 327 | 9/24/2012 | $ 945.50 |
| 328 | 9/24/2012 | $ 464.80 |
| 329 | 9/24/2012 | $ 589.41 |
| 330 | 9/24/2012 | $ 1,021.51 |
| 331 | 9/24/2012 | $ 1,059.51 |
| 332 | 9/24/2012 | $ 366.70 |
| 333 | 10/1/2012 | $ 583.20 |
| 334 | 10/1/2012 | $ 392.94 |
| 335 | 10/1/2012 | $ 372.00 |
| 336 | 10/1/2012 | $ 320.04 |
| 337 | 10/1/2012 | $ 406.90 |
| 338 | 10/1/2012 | $ 430.94 |
| 339 | 10/8/2012 | $ 550.50 |
| 340 | 10/8/2012 | $ 385.94 |
| 341 | 10/8/2012 | $ 777.60 |
| 342 | 10/8/2012 | $ 583.20 |
| 343 | 10/8/2012 | $ 777.60 |
| 344 | 10/8/2012 | $ 583.20 |
| 349 | 10/15/2012 | $ 583.20 |
| 350 | 10/15/2012 | $ 583.20 |
| 351 | 10/15/2012 | $ 1,360.80 |
| 352 | 10/15/2012 | $ 777.60 |
| 364 | 10/22/2012 | $ 583.20 |
| 365 | 10/22/2012 | $ 583.20 |
| 366 | 10/22/2012 | $ 777.60 |
| 367 | 10/22/2012 | $ 777.60 |
| 368 | 10/22/2012 | $ 777.60 |
| 374 | 10/29/2012 | $ 583.20 |

| | | | |
|---|---|---|---|
| 375 | 10/29/2012 | $ | 583.20 |
| 376 | 10/29/2012 | $ | 583.20 |
| 377 | 10/29/2012 | $ | 583.20 |
| 378 | 10/29/2012 | $ | 583.20 |
| 381 | 11/5/2012 | $ | 583.20 |
| 382 | 11/5/2012 | $ | 583.20 |
| 383 | 11/5/2012 | $ | 291.60 |
| 384 | 11/5/2012 | $ | 291.60 |
| 385 | 11/5/2012 | $ | 291.60 |
| 386 | 11/5/2012 | $ | 291.60 |
| 387 | 11/5/2012 | $ | 583.20 |
| 401 | 11/12/2012 | $ | 583.20 |
| 402 | 11/12/2012 | $ | 291.60 |
| 403 | 11/12/2012 | $ | 437.40 |
| 404 | 11/12/2012 | $ | 583.20 |
| 405 | 11/12/2012 | $ | 339.59 |
| 406 | 11/12/2012 | $ | 339.59 |
| | | $ | **90,982.05**  x |

*141*

**DPW**
**Street Handwritten**
**Invoice Number**

| Invoice | Date | Amount |
|---|---|---|
| 16343 | 5/12/2012 | $ 1,555.20 |
| 16344 | 5/12/2012 | $ 1,360.80 |
| 16345 | 5/12/2012 | $ 1,215.00 |
| 16346 | 5/12/2012 | $ 1,378.39 |
| 16335 | 5/5/2012 | $ 1,562.86 |
| 16315 | 4/21/2012 | $ 1,303.40 |
| 16322 | 4/28/2012 | $ 1,576.22 |
| 16334 | 5/5/2012 | $ 1,215.00 |
| 16332 | 5/5/2012 | $ 1,652.40 |
| 16333 | 5/5/2012 | $ 1,773.90 |
| 16328 | 4/28/2012 | $ 1,749.60 |
| 16329 | 4/28/2012 | $ 1,360.80 |
| 16313 | 4/21/2012 | $ 1,744.60 |
| 16314 | 4/21/2012 | $ 1,360.80 |
| 16308 | 4/14/2012 | $ 1,134.00 |
| 16310 | 4/14/2012 | $ 1,489.71 |
| 16309 | 4/14/2012 | $ 1,949.00 |
| | **2012** | **$ 25,381.68**  x |
| 14649 | 10/29/2011 | $ 1,944.00 |
| 14650 | 10/29/2011 | $ 1,620.00 |
| 16155 | 9/10/2011 | $ 972.00 |
| 16188 | 9/30/2011 | $ 501.45 |
| 16021 | 7/16/2011 | $ 1,350.00 |
| 15998 | 7/9/2011 | $ 1,755.00 |
| 15999 | 7/9/2011 | $ 918.00 |
| 16000 | 7/9/2011 | $ 874.92 |
| 15961 | 6/25/2011 | $ 1,447.96 |

| Invoice | Date | Total Due | |
|---|---|---|---|
| 15958 | 6/25/2011 | $ 1,998.00 | |
| 15756 | 4/16/2011 | $ 1,836.00 | |
| 15757 | 4/16/2011 | $ 1,944.00 | |
| 15758 | 4/11/2011 | $ 1,966.50 | |
| | **2011** | **$ 19,127.83** | x |
| 15506 | 10/16/2010 | $ 1,134.00 | |
| 15505 | 10/16/2010 | $ 1,512.00 | |
| | **2010** | **$ 2,646.00** | x |
| 14362 | 6/6/2009 | $ 1,654.18 | |
| 14386 | 6/13/2009 | $ 1,724.32 | |
| 14408 | 6/20/2009 | $ 432.54 | |
| 14422* | 6/27/2009 | $ 758.70 | |
| 14468 | 7/18/2009 | $ 972.00 | |
| 14469 | 7/18/2009 | $ 401.33 | |
| 14534 | 8/17/2009 | $ 226.15 | |
| | **2009** | **$ 6,169.22** | x |

**GSD**

**Park Electronic**

| Invoice Number | Date | Total Due | |
|---|---|---|---|
| 203 | 5/23/2012 | $ 1,082.14 | |
| 212 | 5/30/2012 | $ 800.50 | |
| 253 | 6/25/2012 | $ 1,102.54 | |
| 252 | 6/25/2012 | $ 1,203.72 | |
| 265 | 7/2/2012 | $ 1,344.59 | |
| 262 | 7/2/2012 | $ 756.78 | |
| 272 | 7/9/2012 | $ 642.70 | |
| 271 | 7/9/2012 | $ 549.23 | |
| 280 | 7/18/2012 | $ 364.50 | |
| 281 | 7/23/2012 | $ 704.56 | |
| 288 | 7/30/2012 | $ 553.60 | |
| | **2012** | **$ 9,104.86** | x |

**Park Handwritten**

**Invoice Number**

| Invoice | Date | Amount | |
|---|---|---|---|
| 16395 | 5/18/2012 | $ 656.00 | |
| | **2012** | **$ 656.00** | **x** |
| 16002 | 7/7/2011 | $ 699.84 | |
| 15755 | 4/14/2011 | $ 755.52 | |
| 15754 | 4/14/2011 | $ 1,944.00 | |
| 15753* | 4/12/2011 | $ 1,944.00 | |
| 15752 | 4/16/2011 | $ 891.00 | |
| 15747 | 4/16/2011 | $ 1,960.00 | |
| 15746 | 4/16/2011 | $ 1,512.00 | |
| 15745 | 4/16/2011 | $ 1,944.00 | |
| 15744 | 4/16/2011 | $ 1,944.00 | |
| | **2011** | **$ 13,594.36** | **x** |
| 14990 | 4/22/2010 | $ 1,040.00 | |
| 15263 | 7/16/2010 | $ 772.90 | |
| | **2010** | **$ 1,812.90** | **x** |
| | | **$ 16,063.26** | |

**Police**

**Invoice Number**

| Invoice | Date | Amount | | |
|---|---|---|---|---|
| 379 | 10/29/2012 | $ 437.40 | | |
| 380 | 10/29/2012 | $ 437.40 | | |
| | **2012** | **$ 874.80** | | |
| 15951 | 6/22/2011 | $ 913.19 | nc | |
| 15950 | 6/22/2011 | $ 1,944.00 | nc | |
| 15751 | 4/15/2011 | $ 1,077.73 | nc | |
| 15750 | 4/15/2011 | $ 1,080.00 | nc | |
| 15749 | 4/14/2011 | $ 1,199.66 | nc | |
| 15748 | 4/14/2011 | $ 1,944.00 | nc | **n.c. total** |
| | **2011** | **$ 8,158.58** | | **$ 14,569.74** |
| | | **$ 9,033.38** | **x** | |

*nc: no copy of invoice; hand delivered to GSD*

**Health Dept.**

**Invoice Number**

| | | | | |
|---|---|---|---|---|
| 16147 | 9/2/2011 | $ | 1,667.24 | nc |
| 16040 | 7/20/2011 | $ | 673.92 | nc |
| 16225 | 10/13/2011 | $ | 648.00 | nc |
| | **2011** | **$** | **2,989.16** | |
| 11723 | 5/22/2006 | $ | 1,742.00 | nc |
| 11722 | 5/22/2006 | $ | 1,680.00 | nc |
| | **2006** | **$** | **3,422.00** | |
| *nc: no copy of invoice; hand delivered to GSD* | | **$** | **6,411.16** | x |

**2013 Park**

**Invoice Number**

| | | | | |
|---|---|---|---|---|
| 410 | 4/28/2013 | $ | 573.20 | |
| 412 | 7/1/2012 | $ | 329.90 | |
| 413 | 7/1/2013 | $ | 1,400.89 | |
| | **2013** | **$** | **2,303.99** | x |

**Check Stub ERROR**    CK#

| | | | | |
|---|---|---|---|---|
| | 1/12/2010 | | $ | 2,529.20 x |
| See Invoices >> #14520 | | incl. in total invoices | *attached* | |
| >> #14274 | | incl. in total invoices | *attached* | |
| >> Check Stub | | | *attached* | |

| 76 | 2 | 219 |