IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: CITY OF DETROIT,   Chapter 9 Case No.: 13-bk-53846
      Debtor   Judge Thomas J. Tucker

CITY OF DETROIT,
      Plaintiff

v.

AGAR LAWN AND SPRINKLER SYSTEMS, INC.

      Defendant.
_____/

Miller Canfield Paddock & Stone, PLC
By: Marc N. Swanson (P71149)
Counsel for City of Detroit
150 W. Jefferson, Ste., 2500
Detroit, MI 48226
313-496-7591
313-4968451(fax)
swanson@millercanfield.com

The Law Office of John D. Mulvihill, PLLC
By: John D. Mulvihill (P35637)
Counsel for Defendant
Agar Lawn Sprinkler Systems, Inc.
20 W. Washington
Clarkston, MI 48346
248-625-3131 (Phone)
248-625-3132 (Fax)
jdmulvihill@sbcglobal.net

_____/

## CERTIFICATE OF SERVICE

      The undersigned certifies that on September 11, 2017, I electronically filed the above pleading and list of Unpaid Invoices with the Clerk of the Court by using the ECF system, which will automatically send notice of such filing to Counsel for the City of Detroit listed below. I further certify that on September 5th and 6th, 2017, the following documents were also provided and served upon Counsel of Record for the City of Detroit via email to swanson@millercanfield.com:

**LAW OFFICE
OF
JOHN D. MULVIHILL
PLLC**

**20 W. Washington
Suite 2
Clarkston, Mi 48346**

**(248) 625-3131
(248) 625-3132 Fax**

1. List of Unpaid Invoices (email No. 1.);
2. Copy of email dated March 27-28[th] 2012 verifying receipt by City of Detroit of invoices Agar did not copy (email No. 2);
3. Copies of invoices (email No. 3);
4. Copies of invoices (email No. 4); and
5. Copies of invoices (email No. 5).

Marc N. Swanson
Attorney for the City of Detroit
Miller Canfield, et. al.
150 W. Jefferson, Ste. 2500
Detroit, MI 48226

**I DECLARE THAT THE FOREGOING STATEMENTS ARE TRUE AND ACCURATE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.**

/s/ John D. Mulvihill
Counsel for Agar
20 W. Washington, Suite 2
Clarkston, MI 48346
(248) 625-3131

**LAW OFFICE
OF
JOHN D. MULVIHILL
PLLC**

**20 W. Washington
Suite 2
Clarkston, Mi 48346**

**(248) 625-3131
(248) 625-3132 Fax**