UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                                Chapter 9

               Debtor.                                    Judge Thomas J. Tucker
_____/

**ORDER DETERMINING THE AMOUNT OF REASONABLE ATTORNEY FEES AND EXPENSES THAT COURTNEY D. PAYTON MUST PAY TO THE CITY OF DETROIT UNDER THE COURT'S AUGUST 31, 2017 CIVIL CONTEMPT ORDER**

This case came before the Court for a hearing on July 19, 2017, regarding the City of Detroit's motion entitled "City of Detroit's Motion for (I) Determination That Courtney D. Payton Willfully Violated This Court's Order Granting Motion to Enforce, Entered at Docket Number 10743, and (II) Awarding Compensatory and Punitive Sanctions" (Docket # 11894, the "Payton Motion"). On August 30, 2017, the Court held a hearing and issued a bench opinion regarding the Payton Motion. For the reasons stated by the Court in its bench opinion, the Court entered an Order on August 31, 2017, entitled "Order Granting, in Part, City of Detroit's Motion for Certain Relief Against Courtney D. Payton and His Attorneys (Docket # 11894)" (Docket # 12669, the "Contempt Order").

The Court has reviewed the "Statement of Attorney Fees, [etc.]" and its exhibits that were filed by the City of Detroit on September 6, 2017 (Docket # 12675, the "Fee Itemization"). Under the Contempt Order, September 13, 2017 was the deadline for Courtney D. Payton to file any objections or response to the Fee Itemization. No timely objections or response have been filed.

The Court finds that all of the fees itemized in the Fee Itemization are "reasonable attorney fees . . . incurred by the City of Detroit in defending against the 2017 State Court Action and in filing and prosecuting the Payton Motion" within the meaning of paragraph 5 of the Contempt Order. Accordingly,

IT IS ORDERED that under the Contempt Order, Courtney D. Payton is liable to pay and must pay to the City of Detroit, c/o Debtor's counsel Marc N. Swanson, reasonable attorney fees in the amount of $17,858.50.

IT IS FURTHER ORDERED that entry of this Order is deemed to be the entry of a judgment. As such, the City of Detroit may collect this judgment as a party may collect any money judgment entered in this Court, if and to the extent the full amount of $17,858.50 is not paid on or before September 28, 2017.

**Signed on September 14, 2017**



/s/ Thomas J. Tucker

Thomas J. Tucker
United States Bankruptcy Judge