William Davis

8557 Appoline

Detroit, MI 48204



Honorable Thomas J. Tucker

c/o Clerk of Court, U. S. Bankruptcy Court

Eastern District, Southern Division

211 W. Fort Street

Detroit, MI 48226

BANKRUPTCY CASE NO. 13-53846

September 11, 2017

Dear Sir:

Please inform us of the reasons or justification of any, and all, parties that have been or will be excluded or exempted from the negative effects of the City of Detroit bankruptcy 'settlement' as spelled out in the First thru Eighth Plan of Adjustment (and related dockets) with the identification of these parties and their creditor classes. We should also be informed of any parties excluded from the 'settlement' ballot process and explanation for such exclusion.

This identification of parties should include any and all pensioners, retirees, estates/survivors, creditors, persons, etc. If parties have no ballot number then a creditor name or other adequate recognition should be given. Please identify any section, paragraph, docket#, pdf page#, etc. which may explain such reasons or justification of exclusion or exemption. Please divulge any type of legal or court action (Federal, State, or Local) that is used in preclusion from the "negative effects".

The "negative effects" as mentioned above, include but are not limited to, cuts of pensions, cost of living allowance, health insurance, annuity plan savings, etc.

If there are any questions please contact me on (313) 622-6430, Montybill86@yahoo.com, or the return address above. A response within two weeks of receipt of this letter would be appreciated.

Sincerely

*William M. Davis*

William M. Davis, President

Detroit Active and Retired Employees Association (DAREA)