FILED
2017 SEP 20 P 1:51
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

United States Bankruptcy Court

FILED
Motion Object
Expungement
2017 SEP ?? P 2:23
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Bankruptcy Case #
13-53846

Claim # 474

Claim # 1097

vs

City of Detroit

Honorable Thomas J. Tucker

Motion for Reconsideration to Order Sustaining objection to Claims
Docket # 11625

I Am Requesting that both of my claims against City of Detroit will not be eliminated but settled with a lesser but fair Amount of funds other than the Original Relief granted / I Am objecting to Expungement of Claim # 474 # 1097

474  Original Amount 100,000.00  Hundred Thousand

1097  1,000,000.00  One Million

Please Update/Correct Relief Amount that Are in Error

I will be present for the September 20, 2017 Hearing.

September 20, 2017
Date

[signature]

13-53846-tjt  Doc 12686  Filed 09/20/17  Entered 09/20/17 14:15:24  Page 1 of 8

Richard Hall      United States           Case # 474
   vs             Bankruptcy Court              # 1097
City of Detroit

I did not Receive Notice of deficient filing

At Assigned Address.

                    Please update
   Exhibit (A)        Address
          (B)
                            Honorable
                            Thomas J. Tucker


September 20, 2016                  [signature]
    Date                             Signature

United States Bankruptcy Court
Eastern District of Michigan Southern Division

Richard Hall

Case # 474

Case # 1097

vs

City of Detroit

## Proof of Service

On September 20, 2017 I mailed a copy of Request for Objection for Expungement of Claims Exh. b. A 2) / & Reconsideration Motion for to Order Sustaining Objection to Claims Docket # 12625

to
Clerk of the Court                     211 W. Fort St Suite 2100
United States Bankruptcy Court         Det, MI 48226

Marc N. Swanson                        150 W. Jefferson
Miller, Canfield, Paddock and Stone, PLC   Suite 2500
                                       Det, MI 48226

September 20, 2017                     Richard Hall
Date                                   Signature

Claim #1097  Date Filed: 2/18/2014

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROCEEDING |
|---|---|---|
| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 | FILED |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): **Richard Hall**

Name and address where notices should be sent:
Richard Hall
3752 Eastern Place
Detroit, MI 48208

Telephone number: 330-831-3346  email:

RECEIVED FEB 20 2014

2014 FEB 18 A 10:34
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Court Claim Number: ____
(If known)
Filed on: ____

Name and address where payment should be sent (if different from above):
7727 Bryden Street
Detroit, MI 48210

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: **$1,000,000.00**

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: **False Arrest, excessive force, pursuant to 42 USC 1983 (or wrongful detention), assault & battery, false imprisonment under Michigan law**

3. Last four digits of any number by which creditor identifies debtor: ____
   3a. Debtor may have scheduled account as: ____

4. Secured Claim (See instruction #4)
   Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
   Value of Property: $____
   Annual Interest Rate ____ % ☐ Fixed or ☐ Variable
   Amount of Secured Claim: $____
   Amount Unsecured: $____

5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2). $____

5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § ____ $____

8. Signature:
☒ I am the creditor.

Print Name: Richard Hall
(Signature) Richard Hall

Telephone number: 330-831-3346  email: cookiecream85@gmail.com

13-53846-tjt  Doc 9276-1  Filed 05/21/15  Entered

| | | | Unsecured | "BI and PIP Claim Due to Motor Vehicle Accident 10/1/13" | that it is based on post-petition events. There is no pre-petition claim owed by the City. |
|---|---|---|---|---|---|
| | c/o Mike Morse Law Firm 24901 Northwestern Hwy, Suite 700 Southfield, MI 48075 | | | | |
| 474 | Richard Hall 3752 Eastern Place Detroit, MI 48208 | $100,000.00 | General Unsecured | <u>Stated Basis</u>: "Injured" | The statute of limitations has expired on the underlying personal injury claim as of June 28, 2014. |
| 1097 | Richard Hall 3752 Eastern Place Detroit, MI 48208 | $1,000,00.00 | General Unsecured | <u>Stated Basis</u>: "False arrest, excessive force, pursuant to 42 U.S.C. 1983 (or wrongful detention), assault & battery, false imprisonment under Michigan law" | The statute of limitations has expired on the underlying Section 1983 claim as of October 28, 2014. |
| 3684 | Thyssenkrupp c/o CST Co. P.O. Box 224768 Dallas, TX 75222 | $37,597.21 | Priority | <u>Stated Basis</u>: "Service contract" | The claim states that it is based on post-petition events. There is no pre-petition claim owed by the City. |
| 3687 | Thyssenkrupp c/o CST Co. P.O. Box 224768 Dallas, TX 75222 | $439,089.10 | Priority | <u>Stated Basis</u>: "Service contract total quarterly billing 4-1-2014 – 3-31-2017" | The claim states that it is based on post-petition events. There is no pre-petition claim owed by the City. |

*Corrected Filing Included*

Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
City of Detroit, Michigan
2 Woodward Avenue
Suite 1126
Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*12673* − Motion to Object Expungement (RE: Related Document 12625 Objection to Claim Number of Claimant Debtors Fifty−Second Omnibus Objection to Certain Claims) (AGS)

Original Signature Missing on Motion To Object Expungement.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☐ Notice to Respondent Missing or Non−Compliant
- ☒ Original Signature Missing or Non−Compliant

13-53846-tjt    Doc 12674    Filed 09/05/17    Entered 09/05/17 10:03:46    Page 1 of 2
13-53846-tjt    Doc 12686    Filed 09/20/17    Entered 09/20/17 14:15:242    Page 6 of 8

DAte September 20, 2016                                    Signature

*Exhibit (A)  Correct Mailing Address*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

Re: CASE NUMBER 13-53846   DATE: 7-15-14

NAME(S): Richard Louis Hall

## STATEMENT OF CHANGE OF MAILING ADDRESS OF CREDITOR

Dear Clerk of the Court:

The Creditor in the above entitled case do hereby request that the mailing address listed in the above-stated case be changed;

From: 7727 Bryden Street
Detroit, Michigan 48210

To: 8110 Wyoming Street
Detroit, Michigan 48204

Sincerely,

Creditor: [signature]

FILED 2014 JUL 15 P 3:30 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

***If you would like a copy of this form returned to you, mail two (2) copies of this form and a self-addressed stamped envelope directly to the Clerk of the Court at 211 West Fort Street, Detroit, MI 48226.**

*Exhibit (B)*

United States Bankruptcy Court
Eastern District of Michigan

In re:
City of Detroit, Michigan
    Debtor

Case No. 13-53846-tjt
Chapter 9

## CERTIFICATE OF NOTICE

District/off: 0645-2     User: ckata     Page 1 of 14     Date Rcvd: Sep 05, 2017
                   Form ID: def2    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2017.
cr         +Richard Hall,    P.O. Box 32511,    Detroit, MI 48232-0511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            Daniel M. McDermott
                Deutsche Bank AG, London
                                                                            TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 07, 2017                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2017 at the address(es) listed below:
           Albert Togut    on behalf of Plaintiff    City of Detroit, Michigan neilberger@teamtogut.com,
            apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,
            adeering@teamtogut.com,srobinson@teamtogut.com
           Albert Togut    on behalf of Debtor In Possession    City of Detroit, Michigan
            dperson@teamtogut.com
           Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
            alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
           Alice Bonita Jennings    on behalf of Plaintiff John   Smith ajennings@edwardsjennings.com,
            vgray@edwardsjennings.com
           Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
            ajennings@edwardsjennings.com,    vgray@edwardsjennings.com
           Alice Bonita Jennings    on behalf of Plaintiff Sylvia   Taylor ajennings@edwardsjennings.com,
            vgray@edwardsjennings.com
           Alice Bonita Jennings    on behalf of Plaintiff Rosalyn   Walker ajennings@edwardsjennings.com,
            vgray@edwardsjennings.com
           Alice Bonita Jennings    on behalf of Plaintiff Tammika   Williams ajennings@edwardsjennings.com,
            vgray@edwardsjennings.com
           Alice Bonita Jennings    on behalf of Plaintiff John   Jackson ajennings@edwardsjennings.com,
            vgray@edwardsjennings.com
           Alice Bonita Jennings    on behalf of Plaintiff Janice   Ward ajennings@edwardsjennings.com,
            vgray@edwardsjennings.com
           Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
            vgray@edwardsjennings.com
           Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
            ajennings@edwardsjennings.com,    vgray@edwardsjennings.com
           Alice Bonita Jennings    on behalf of Plaintiff Rosalyn   Parham ajennings@edwardsjennings.com,
            vgray@edwardsjennings.com
           Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
            ajennings@edwardsjennings.com,    vgray@edwardsjennings.com
           Alice Bonita Jennings    on behalf of Plaintiff Maurika   Lyda ajennings@edwardsjennings.com,
            vgray@edwardsjennings.com
           Alice Bonita Jennings    on behalf of Plaintiff Nicole   Hill ajennings@edwardsjennings.com,
            vgray@edwardsjennings.com
           Alice Bonita Jennings    on behalf of Plaintiff Scott   Eubank ajennings@edwardsjennings.com,
            vgray@edwardsjennings.com
           Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
            oshagan@legghioisrael.com,    drf@legghioisrael.com
           Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
           Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
            allan.brilliant@dechert.com