

A PROFESSIONAL CORPORATION
POTESTIVO & ASSOCIATES
ATTORNEYS AT LAW

Legal Solutions for the Real Estate Finance and Credit Industry

Rochester Hills | Grand Rapids | Chicago

September 19, 2017

To whom it may concern:

This letter is to inform you that as of September 6, 2017, Jeremy Lee Marks (P73366) is no longer with the firm of Potestivo & Associates, P.C. All bankruptcy cases where Jeremy Lee Marks has filed a Notice of Appearance will now be handled by Adam S. Berman (P68586) of Potestivo & Associates P.C. Please ensure all cases are appropriately transferred.

Should you have any questions or concerns, please feel free to contact our office. Thank you for your attention to this matter.

Very truly yours,
Potestivo & Associates, P.C.

Rachelle Magolan
Bankruptcy Manager
Telephone: (248) 853-4400 ext. 1112
Email: rmagolan@potestivolaw.com

Rochester Hills ▪ 811 South Boulevard E, Suite 100 ▪ Rochester Hills, MI 48307 ▪ p: (248) 853-4400 f: (248) 853-0404 ▪ www.PotestivoLaw.com