UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                        Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                   Chapter 9

            Debtor.                                    Judge Thomas J. Tucker
_____/

### ORDER DENYING MOTION FOR RECONSIDERATION

This case is before the Court on the motion for reconsideration by Richard Hall, filed September 20, 2017 (Docket # 12686, the "Motion"), which the Court construes as a motion for reconsideration of, and for relief from, the September 15, 2017 Order which sustained the City of Detroit's objections to Richard Hall's claims (Docket # 12684, the "September 15 Order").

The Court finds that the Motion fails to demonstrate a palpable defect by which the Court and the parties have been misled, and that a different disposition of the case must result from a correction thereof. *See* Local Rule 9024-1(a)(3).

In addition, the Court finds that the allegations in the Motion do not establish excusable neglect under Fed.R.Civ.P. 60(b)(1), Fed.R.Bankr.P. 9024, or any other valid ground for relief from the September 15 Order.

NOW, THEREFORE,

IT IS ORDERED that the Motion is denied.

**Signed on September 22, 2017**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**