UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING SIXTH ADJOURNMENT OF HEARING DATE AND EXTENSION OF THE DEADLINE TO FILE REPLY TO RESPONSE TO MOTION OF THE DETROIT FIRE FIGHTERS ASSOCIATION, IAFF LOCAL 344 ("DFFA") FOR ENTRY OF AN ORDER ENFORCING THE NOVEMBER 30, 2015 GLOBAL SETTLEMENT BETWEEN THE DFFA AND THE CITY OF DETROIT RESOLVING THAT PORTION OF DFFA CLAIM NO. 2812 RELATED TO THE GRIEVANCE FILED ON BEHALF OF FIRE FIGHTER BRADLEY SMOLA AND REQUIRING SMOLA'S REINSTATEMENT AND FOR RELATED RELIEF**

Upon the stipulation (Docket # 12692) for an Order Granting Sixth Adjournment of Hearing Date and Extension of the Deadline to File Reply to Response to Motion of the Detroit Fire Fighters Association, IAFF Local 344 ("DFFA") for Entry of an Order Enforcing the November 30, 2015 Global Settlement Between the DFFA and the City of Detroit resolving That Portion of DFFA Claim No. 2812 Related to the Grievance Filed on Behalf of Detroit Fire Fighter Bradley Smola and Requiring Smola's Reinstatement and for Related Relief (Docket # 11811, the "Motion"); and the Court being otherwise advised in the premises;

IT IS ORDERED THAT the hearing on the Motion, currently scheduled for October 18, 2017 at 1:30 p.m., is adjourned to **November 15, 2017 at 1:30 p.m.**

IT IS FURTHER ORDERED THAT the deadline for the DFFA to file its reply to the City's response to the Motion is extended through and including November 8, 2017.

**Signed on October 11, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge