UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**NOTICE OF WITHDRAWAL OF STIPULATION BY AND BETWEEN THE CITY OF DETROIT AND MICHIGAN ECONOMIC DEVELOPMENT CORPORATION RESOLVING CLAIM NUMBERS 806, <u>807 AND 808</u>**

The City of Detroit, Michigan ("<u>City</u>") withdraws the stipulation filed at docket number 12693 as it was filed in error.

October 11, 2017:

CITY OF DETROIT, MICHIGAN

By: /s/ Mary Beth Cobbs
Mary Beth Cobbs (P 40080)
2 Woodward Ave, Suite 500
Detroit, MI 48226
Phone: (313) 237 3075
Email: cobbm@detroitmi.gov