Claim #776 Date Filed: 2/4/2014

In its List of Claims, _____
amount of $116,546.35. To determine if you need to file a claim, please refer to the enclosed Information About Deadlines to File Claims.

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

Name of Debtor: City of Detroit, Michigan     Case Number: 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Agar Lawn Sprinkler Systems Inc

Name and address where notices should be sent:    NameID: 11634544
Agar Lawn Sprinkler Systems Inc
Attn Accounts Payable
18055 Van Dyke
Detroit, MI 48234
Telephone number: 313·475·4283    email: AgarSprinklers@aol.com

FILED
2014 FEB -4 A 10: 36
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

☐ Check this box if this claim amends a previously filed claim.
Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
ROBERT AGAR, AGAR LAWN SPRINKLER SYSTEMS, INC.
53520 ODILON
SHELBY TWP., MI 48316
Telephone number: 313.475.4283    email: AgarSprinklers@aol.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

RECEIVED
FEB 07 2014
KURTZMAN CARSON CONSULTANTS

**1. Amount of Claim as of Date Case Filed:** $ 189,752.63

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Services Performed
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** 9185

**3a. Debtor may have scheduled account as:** P.O. 4942 or 1984
(See instruction #3a)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:
Value of Property: $ _____
Annual Interest Rate (when case was filed) _____ % ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ _____
Basis for perfection: _____
Amount of Secured Claim: $ 0
Amount Unsecured: $ 189,752.63

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**   $ _____

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § _____.**   $ _____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS.
ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: ROBERT AGAR
Title: OWNER
Company: AGAR LAWN SPRINKLER SYSTEMS
Address and telephone number (if different from notice address above):
53520 ODILON SHELBY TWP., MI 48316
313 475 4283   AgarSprinklers@aol.com
Telephone number:    email:

(Signature)    1-28-2014 (Date)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*−9185*

**Agar Lawn Sprinkler Systems, Inc.**   *reflects payments made

# Past Due Invoices
GSD AND DPW
**Contents and Totals**

| | | | | | |
|---|---|---|---|---|---|
| Pg. 1 | Invoices Street Fund/Handwritten | 2012 Past Due | $ 25,381.68 | DPW | |
| | | 2011 Past Due | $ 19,127.83 | DPW | |
| | | 2010 Past Due | $ 2,646.00 | DPW | |
| Pg. 2 | Invoices Street Fund/Handwritten | 2009 Past Due | $ 6,169.22 | DPW | |
| | Payment Error | Past Due | $ 2,529.20 | DPW | |
| Pg. 3 | Payment Error Check Stub | | | | |
| Pg. 4 | Invoices Street Fund/Electronic | 2012 Past Due | v | | |
| Pg. 5 | Invoices Street Fund/Electronic | 2012 Continued | v | | All DPW (Street) |
| Pg. 6 | Invoices Street Fund/Electronic | 2012 Continued | $ 90,982.05 | DPW | $ 146,835.98 |
| Pg.7 | Invoices Park Fund/Handwritten | 2012 Past Due | $ 656.00 | GSD | |
| | | 2011 Past Due | $ 13,594.36 | GSD | |
| | | 2010 Past Due | $ 1,812.90 | GSD | |
| | | | | | All Park Fund |
| Pg. 7 | Invoices Park Fund/Electronic | 2012 Continued | $ 9,104.86 | GSD | $ 27,472.11 |
| Pg. 8 | Invoices Police Department | 2011 Past Due | $ 9,033.38 | GSD | |
| Pg. - | Invoices Water Board | 2012 Past Due | * | | |
| Pg. 9 | Invoices Health Department | 2011 Past Due | $ 2,989.16 | GSD | |
| | | 2006 Past Due | $ 3,422.00 | GSD | |
| **Pg. 10** | **Invoices Park Fund/Electronic** | **2013** | $ 2,303.99 | GSD | |
| 11, 12 | #410, #412, #413  for requested/approved repairs | | | | All GSD |
| | | | | | $ 42,916.65 |
| Pg. - | Invoices DDOT | 2012 Past Due | * | | |
| | | 2011 Past Due | * | | |
| | | 2010 Past Due | * | | $         - |
| | Total All Delinquent Invoices | | $ 189,752.63 | | |
| | GSD and DPW | | $ 189,752.63 | | |



CITY OF DETROIT
FINANCE DEPARTMENT
PURCHASING DIVISION
1008 Coleman A. Young
Municipal Center
Detroit, Michigan 48226
Phone 313-224-4600
Fax 313-224-4374

**Purchase Order**

| PURCHASE ORDER NO | REVISION | PAGE |
|---|---|---|
| 2871984 | 0 | 1 |

**SHIP TO**
see release for actual agenc
Detroit, MI 48226
United States

**BILL TO**
Coleman A Young Municipal Ce
2 Woodward Avenue
Ste 642
Detroit, MI 48226
United States

AGAR LAWN SPRINKLER SYSTEMS INC
18055 VAN DYKE
DETROIT, MI 48234

| SUPPLIER NO | DATE OF ORDER/BUYER | REVISED DATE/BUYER |
|---|---|---|
| 1019225 | 01-NOV-12 B Washington | |

| PAYMENT TERMS | SHIP VIA | FOB |
|---|---|---|
| 2% 45 Days | Unspecified | Delivered |

| FREIGHT TERMS | REQUESTOR/DELIVER TO | CONFIRM TO / TELEPHONE |
|---|---|---|
| | | (313) 892-5335 |

THIS PURCHASE ORDER IN ACCORDANCE WITH RFQ. 41650 AND PERIOD AGREEMENT REQUEST

CC: 12-NOV-2012

FURNISH: UNDERGROUND SPRINKLER MAINTENANCE AND REPAIR FOR THREE (3) YEARS WITH THREE (3) - ONE (1) YEAR RENEWAL OPTIONS

RENEWAL: THREE (3) RENEWAL OPTIONS AVAILABLE

F.O.B.: VARIOUS CITY OF DETROIT LOCATIONS AS INDICATED, LOCATIONS MAY BE DELETED OR ADDED AS NEEDED

PROTECTION OF WORK, PERSONS, AND PROPERTY:

DURING PERFORMANCE AND UP TO DATE OF FINAL ACCEPTANCE, THE CONTRACTOR SHALL BE UNDER ABSOLUTE OBLIGATION TO PROTECT THE FINISHED AND UNFINISHED WORK AGAINST ANY DAMAGE, LOSS OR INJURY. THE CONTRACTOR SHALL TAKE ALL REASONABLE PRECAUTIONS TO PROTECT THE PERSONS AND PROPERTY OF THE CITY FROM DAMAGE, LOSS OR INJURY DURING THE PERFORMANCE UNDER THIS CONTRACT.

TERMINATION OF CONTRACT:

THE CITY RESERVES THE ABSOLUTE RIGHT TO TERMINATE THIS CONTRACT IN WHOLE OR IN PART, FOR THE CONVENIENCE OF THE CITY AT ITS SOLE DISCRETION ON THIRTY (30) DAYS WRITTEN NOTICE TO THE VENDOR.

**Total: 325,000.00**

CONTRACTS AND PURCHASES BETWEEN THE VENDOR AND THE CITY OF DETROIT ARE SUBJECT TO FEDERAL, STATE AND LOCAL LAWS INCLUDING, BUT NOT LIMITED TO, EQUAL EMPLOYMENT OPPORTUNITY AND AFFIRMATIVE ACTION • THE CITY MAY TERMINATE THE CONTRACT FOR CAUSE OR CONVENIENCE • NO CHANGES EFFECTIVE UNLESS AGREED TO IN WRITING BY CONTRACT AMENDMENT • ONLY SUCH GOODS WILL BE PAID FOR AS COMPLY EXACTLY WITH WRITTEN DESCRIPTION • WHEN SHIPPED VIA COMMON CARRIER, MAIL SHIPPING NOTICE DIRECTLY TO RECEIVING POINT • CASH TERMS DATE FROM RECEIPT AND ACCEPTANCE OF GOODS AND CORRECT INVOICE • PATENTS-CONTRACTORS SHALL PROTECT AND INDEMNIFY AGAINST EXPENSE OF ANY NATURE, SHALL BEAR COST OF ANY SUITS WHICH MAY ARISE, AND SHALL PAY ALL DAMAGES WHICH MAY BE AWARDED AGAINST THE CITY FOR THE USE UNDER THIS SPECIFICATION OF ANY PATENTED DEVICE, PROCESS, APPARATUS, MATERIAL OR INVENTION • THE CITY RESERVES THE RIGHT TO AUDIT EMPLOYEE PAYROLL RECORDS TO VERIFY LABOR CHARGES UPON 72 HOURS NOTICE.

*Andre DuPuy*
PURCHASING DIRECTOR'S SIGNATURE
NOT VALID WITHOUT AUTHORIZED SIGNATURE




CITY OF DETROIT
FINANCE DEPARTMENT
PURCHASING DIVISION
1008 COLEMAN A. YOUNG
MUNICIPAL CENTER
DETROIT, MICHIGAN 48226
PHONE 313 • 224 • 4600
FAX 313 • 224 • 4374

| PURCHASE ORDER NUMBER | REVISION | PAGE |
|---|---|---|
| 2714942 | 5 | 1 |

THE ABOVE NUMBER MUST APPEAR ON ALL INVOICES AND SHIPMENTS

**SHIP TO**
see release for actual agenc
Detroit, MI 48226
United States

RFQ # 19554

**SUPPLIER**
AGAR LAWN SPRINKLER SYSTEMS INC
18055 VAN DYKE
DETROIT, MI 48234

**BILL TO**
Coleman A Young Municipal Ce
2 Woodward Avenue
Ste 642
Detroit, MI 48226
United States

| SUPPLIER NO. | DATE OF ORDER / BUYER | REVISED DATE / BUYER |
|---|---|---|
| 1019225 | 27-JUL-06  C Jones | 05-AUG-11  B Washington |

| PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|
| Net 45 | Lowest Cost Carrier | Delivered |

| FREIGHT TERMS | REQUESTOR / DELIVER TO | CONFIRM TO / TELEPHONE |
|---|---|---|
| Account of Buyer | | (313) 892-5335 |

| LINE | ITEM NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| | THIS PURCHASE ORDER WAS CREATED IN ACCORDANCE WITH RFQ #19554 | | | | | | |

CCR:  19-JUL-06, 26-MAY-09, 11-MAY-10, 26-JUL-2011 (CONTRACT RENEWED)

FURNISH: SPRINKLER REPAIR, 3 YEAR CONTRACT WITH AN OPTION TO RENEW FOR THREE ADDITIONAL ONE-YEAR PERIODS.

PRICE:  FIRM

RENEWAL OPTION: NO RENEWAL OPTIONS AVAILABLE

PROMPT PAYMENT: THE CONTRACTOR OR VENDOR IS ADVISED THAT PAYMENT FOR ANY GOODS OR SERVICES RENDERED UNDER THIS CONTRACT OR PURCHASE ORDER IS GOVERNED BY THE TERMS OF THE CITY OF DETROIT PROMPT PAYMENT ORDINANCE NO. 42-98 ENTITLED "PROMPT PAYMENT OF VENDORS", BEING SECTIONS 18-5-71 THROUGH 18-5-80 OF THE 1984 DETROIT CITY CODE SECTIONS.

PROMPT PAYMENT ORDINANCE:

PAYMENT FOR SERVICES (OR GOODS) PROVIDED UNDER THIS CONTRACT (OR PURCHASE ORDER) IS GOVERNED BY THE TERMS OF ORDINANCE NO. 42-98 ENTITLED "PROMPT PAYMENT OF VENDORS", BEING SECTIONS 18-5-79 OF THE 1984 DETROIT CITY CODE.

THIS IS A CITY WIDE CONTRACT. EACH DEPARTMENT HAS AN INDIVIDUAL RESPONSIBLE FOR ACCEPTING PERFORMANCE UNDER THIS CONTRACT, EACH PERSON MAY REACHED PER THE ATTACHED DEPARTMENT LIAISON LIST.

THE CONTACT PERSON FROM WHOM PAYMENT SHOULD BE REQUESTED FOR EACH DEPARTMENT IS PER THE ATTACHED DEPARTMENT LIAISON PROMPT PAYMENT LIST.

Purchase Agreement

| | Total | 4,320,000.00 |
|---|---|---|

• DELIVERY SLIP MUST ACCOMPANY EACH SHIPMENT • WHEN SHIPPED VIA COMMON CARRIER, MAIL SHIPPING NOTICE DIRECTLY TO RECEIVING POINT • CASH TERMS DATE FROM RECEIPT AND ACCEPTANCE OF GOODS AND CORRECT INVOICE • PATENTS — CONTRACTORS SHALL PROTECT AND INDEMNIFY AGAINST EXPENSE OF ANY NATURE, SHALL BEAR COST OF ANY SUITS WHICH MAY ARISE, AND SHALL PAY ALL DAMAGES WHICH MAY BE AWARDED AGAINST THE CITY FOR THE USE UNDER THIS SPECIFICATION, OF ANY PATENTED DEVICE, PROCESS, APPARATUS, MATERIAL, OR INVENTION • THIS CONTRACT IS SUBJECT TO FEDERAL, STATE AND LOCAL LAWS REGARDING EQUAL EMPLOYMENT OPPORTUNITY AND AFFIRMATIVE ACTION • CHANGES AGREED UPON BY OTHER THAN THE FINANCE DEPARTMENT, PURCHASING DIVISION, WILL JEOPARDIZE PAYMENT • CITY RESERVES THE RIGHT TO AUDIT EMPLOYEE PAYROLL RECORDS TO VERIFY LABOR CHARGES UPON 72 HOURS NOTICE • ONLY SUCH GOODS WILL BE PAID FOR AS COMPLY EXACTLY WITH ABOVE WRITTEN DESCRIPTION

_Andre DuPerry_
PURCHASING DIRECTOR'S SIGNATURE
NOT VALID WITHOUT PURCHASING DIRECTOR'S SIGNATURE

COO-PO-03-0799