## Missing Invoices

*Street Electronic*

| | | | |
|---|---|---|---|
| **205** | 5/30/2012 | $ | 1,061.10 |
| **206** | 5/30/2012 | $ | 489.61 |
| **207** | 5/30/2012 | $ | 583.20 |
| **212** | 5/30/2012 | $ | 800.50 |

*Street Handwritten*

| | | | |
|---|---|---|---|
| **16343** | 5/12/2012 | $ | 1,555.20 |
| **16344** | 5/12/2012 | $ | 1,360.80 |
| **16345** | 5/12/2012 | $ | 1,215.00 |
| **16346** | 5/12/2012 | $ | 1,378.39 |
| **16335** | 5/5/2012 | $ | 1,562.86 |
| **16315** | 4/21/2012 | $ | 1,303.40 |
| **16322** | 4/28/2012 | $ | 1,576.22 |
| **16334** | 5/5/2012 | $ | 1,215.00 |
| **16332** | 5/5/2012 | $ | 1,652.40 |
| **16333** | 5/5/2012 | $ | 1,773.90 |
| **16328** | 4/28/2012 | $ | 1,749.60 |
| **16329** | 4/28/2012 | $ | 1,360.80 |
| **16313** | 4/21/2012 | $ | 1,744.60 |
| **16314** | 4/21/2012 | $ | 1,360.80 |
| **16308** | 4/14/2012 | $ | 1,134.00 |
| **16310** | 4/14/2012 | $ | 1,489.71 |
| **16309** | 4/14/2012 | $ | 1,949.00 |
| **14649** | 10/29/2011 | $ | 1,944.00 |
| **14650** | 10/29/2011 | $ | 1,620.00 |
| **16155** | 9/10/2011 | $ | 972.00 |
| **16188** | 9/30/2011 | $ | 501.45 |
| **16021** | 7/16/2011 | $ | 1,350.00 |
| **15998** | 7/9/2011 | $ | 1,755.00 |
| **15999** | 7/9/2011 | $ | 918.00 |
| **16000** | 7/9/2011 | $ | 874.92 |
| **15961** | 6/25/2011 | $ | 1,447.96 |
| **15958** | 6/25/2011 | $ | 1,998.00 |
| **15756** | 4/16/2011 | $ | 1,836.00 |
| **15757** | 4/16/2011 | $ | 1,944.00 |
| **15758** | 4/11/2011 | $ | 1,966.50 |

*Police*

| | | | |
|---|---|---|---|
| **379** | 10/29/2012 | $ | 437.40 |
| **380** | 10/29/2012 | $ | 437.40 |
| **15951** | 6/22/2011 | $ | 913.19 |
| **15950** | 6/22/2011 | $ | 1,944.00 |
| **15751** | 4/15/2011 | $ | 1,077.73 |
| **15750** | 4/15/2011 | $ | 1,080.00 |
| **15749** | 4/14/2011 | $ | 1,199.66 |
| **15748** | 4/14/2011 | $ | 1,944.00 |

*Health Department*

| | | | |
|---|---|---|---|
| **16147** | 9/2/2011 | $ | 1,667.24 |

| | | | |
|---|---|---|---:|
| **16040** | 7/20/2011 | $ | 673.92 |
| **16225** | 10/13/2011 | $ | 648.00 |
| **11723** | 5/22/2006 | $ | 1,742.00 |
| **11722** | 5/22/2006 | $ | 1,680.00 |
| | ***Total of Missing Invoices*** | **$** | **62,888.46** |