# INVOICE

## AGAR
### Lawn Sprinkler Systems, Inc.

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

*DATE:* May 23, 2012
*INVOICE #* 204
*FOR:* Street Fund
P.O. 2714942
*BILL TO:* General Services Department

Attention:
Deborah Coleman
313-628-0905

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Street Fund | |
| | **WARREN AVENUE ISLANDS** | |
| 5/18/2012 | Reset Controllers to water 2x per day for New Sod | |
| | *Labor - 3Men@8 hours (Total 24 Hours x $27.00) | 648.00 |
| | 10% Discount | (64.80) |
| | | 583.20 |
| | | |
| | SUBTOTAL | $ 583.20 |
| | SALES TAX | - |
| | OTHER | 0 |
| | **TOTAL** | $ 583.20 |

If you have any questions concerning this invoice,
Karen Agar, Email;darrinagar@msn.com

NXOPPED OKKE(@ OFFICE

− C O P Y −

# INVOICE

## AGAR

Lawn Sprinkler Systems, Inc.
ID 38-6189185
18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| DATE: | May 30, 2012 |
| INVOICE # | 208 |
| FOR: | Street Fund |
| | P.O. 2714942 |
| BILL TO: | General Services Department |

Attention:
Deborah Coleman
313-628-0905

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| Week of | Street Fund | |
| 5/21/2012 - 5/25/2012 | Lawn Sprinkler Systems Spring Start-up/Repairs | |

**ROSA PARKS BLVD.**

| | | |
|---|---|---|
| *Labor - 4 Men@8 hours (Total 32 Hours x $27.00) | | 864.00 |
| | 10% Discount | (86.40) |
| | | 777.60 |

PARTS FUND- **Rosa Parks Blvd.**

| | | |
|---|---|---|
| Eight (8) Rotor Heads #5012PC $30.00 ea. | | 240.00 |
| Eight (8) 1"x1/2" 90degree #1403-130 $3.85 ea. | | 30.80 |
| Four (4) Anti-Siphon Valves #2709PR $20.83 ea. | | 83.32 |
| Twenty (20) Clamps #3255 $1.00 ea. | | 20.00 |
| | Plus 6% (Mark-up) | 22.45 |
| | | 396.57 |
| | $ | 1,174.17 |

If you have any questions concerning this invoice.
Karen Agar. Email;darrinagar@msn.com

0

**THANK YOU FOR YOUR BUSINESS!**     TOTAL     $     **1,174.17**

- COPY -
# INVOICE

# AGAR
### Lawn Sprinkler Systems, Inc.
ID 38-6189185
18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

**DATE:** May 30, 2012
**INVOICE #** 209
**FOR:** Street Fund
P.O. 2714942
**BILL TO:** General Services Department

Attention:
Deborah Coleman
313-628-0905

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Week of** Street Fund

**5/21/2012 -** Lawn Sprinkler Systems Spring Start-up/Repairs

**5/25/2012**

### MADISON AVENUE ISLANDS

| | | |
|---|---|---|
| *Labor - 4 Men@8 hours (Total 32 Hours x $27.00) | | 864.00 |
| | 10% Discount | (86.40) |
| | | 777.60 |

| | | |
|---|---|---|
| PARTS FUND- Madison Avenue Islands | | |
| Six (6) Rotor Heads #5012PC $30.00 ea. | | 180.00 |
| Two (2) Spray Heads & Nozzles #1806S $15.70 ea. | | 31.40 |
| Eight (8) 1"x1/2" 90degree #1403-130 $3.85 ea. | | 30.80 |
| Twenty-five( 25) Clamps #3255 $1.00 ea. | | 25.00 |
| | Plus 6% (Mark-up) | 16.03 |
| | | 283.23 |
| | $ | 1,060.83 |

If you have any questions concerning this invoice,
Karen Agar, Email;darrinagar@msn.com

0

*THANK YOU FOR YOUR BUSINESS!*  **TOTAL**  $ 1,060.83

# AGAR

Lawn Sprinkler Systems, Inc.
ID 38-6189185
18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| DATE: | May 30, 2012 |
| INVOICE # | 210 |
| FOR: | Street Fund |
| | P.O. 2714942 |
| BILL TO: | General Services Department |

Attention:
Deborah Coleman
313-628-0905

| DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| Week of | Street Fund | | |
| 5/21/2012 - | | | |
| 5/25/2012 | **WARREN AVENUE ISLANDS** | | |
| | Re-set Controllers to Twice a Day/Repairs for New Sod | | |
| | *Labor - 4 Men@8 hours (Total 32 Hours x $27.00) | | 864.00 |
| | | 10% Discount | (86.40) |
| | | | 777.60 |

| | | |
|---|---|---|
| PARTS FUND- **Warren Avenue Islands** | | |
| One (10) In-Ground Battery Controller #TBOS2 $266.00 ea. | | 266.00 |
| Three (3) 24-Volt Solenoid Coils #Sol24 $35.00 ea. | | 105.00 |
| Sixteen (16) Clamps #3255 $1.00 ea. | | 16.00 |
| | Plus 6% (Mark-up) | 23.22 |
| | | 410.22 |
| | $ | 1,187.82 |
| | | - |

If you have any questions concerning this invoice,
Karen Agar, Email;darrinagar@msn.com                    0

*THANK YOU FOR YOUR BUSINESS!*            TOTAL   $      1,187.82

— COPY —
# INVOICE

## AGAR

**Lawn Sprinkler Systems, Inc.**
ID 38-6189185
18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| *DATE:* | May 30, 2012 |
| *INVOICE #* | 211 |
| *FOR:* | Street Fund |
| | P.O. 2714942 |
| *BILL TO:* | General Services Department |

Attention:
Deborah Coleman
313-628-0905

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Week of** | Street Fund | |
| **5/21/2012 -** | | |
| **5/25/2012** | **WARREN AVENUE ISLANDS** | |
| | 2nd visit | |
| | *Labor - 4 Men@4 hours (Total 16 Hours x $27.00) | 432.00 |
| | 10% Discount | (43.20) |
| | | 388.80 |

PARTS FUND- **Warren Avenue Islands**

| | | |
|---|---|---|
| Three (3) Rotor Heads #5012PC $30.00 ea. | | 90.00 |
| Five (5) Spray Heads & Nozzles #1806S $15.70 ea. | | 78.50 |
| Eight (8) 1"x1/2" 90degree #1403-130 $3.85 ea. | | 30.80 |
| Eighteen (18) Clamps #3255 $1.00 ea. | | 18.00 |
| | Plus 6% (Mark-up) | 13.04 |
| | | 230.34 |
| | $ | 619.14 |
| | | .. |
| If you have any questions concerning this invoice. Karen Agar, Email;darrinagar@msn.com | | 0 |
| **THANK YOU FOR YOUR BUSINESS!** | *TOTAL* $ | 619.14 |

# AGAR

**Lawn Sprinkler Systems, Inc.**
ID 38-6189185
18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| *DATE:* | May 30, 2012 |
| *INVOICE #* | 213 |
| *FOR:* | Street Fund |
| | P.O. 2714942 |
| *BILL TO:* | General Services Department |

Attention:
Deborah Coleman
313-628-0905

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Week of** | Street Fund | |
| **5/21/2012 -** | | |
| **5/25/2012** | ROSA PARKS BLVD. | |
| | 2nd zest | |
| | *Labor - 4 Men@6 hours (Total 24 Hours x $27.00) | 648.00 |
| | 10% Discount | (64.80) |
| | | 583.20 |
| | | |
| | PARTS FUND- **Rosa Parks Blvd.** | |
| | Two (2) Rotor Heads #5012PC $30.00 ea. | 60.00 |
| | Three (3) Spray Heads & Nozzles #1806S $15.70 ea. | 47.10 |
| | Five (5) 1"x1/2" 90degree #1403-130 $3.85 ea. | 19.25 |
| | Fifteen (15) Clamps #3255 $1.00 ea. | 15.00 |
| | Plus 6% (Mark-up) | 8.48 |
| | | 149.83 |
| | $ | 733.03 |
| | | - |
| | If you have any questions concerning this invoice. Karen Agar. Email;darrinagar@msn.com | 0 |
| | *THANK YOU FOR YOUR BUSINESS!*   *TOTAL* $ | 733.03 |



# INVOICE

# AGAR

**Lawn Sprinkler Systems, Inc.**
ID 38-6189185
18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

**DATE:** May 30, 2012
**INVOICE #** 214
**FOR:** Street Fund
P.O. 2714942
**BILL TO:** General Services Department

Attention:
Deborah Coleman
313-628-0905

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Week of** Week of

**5/21/2012 -**           **Lawn Sprinkler Systems**

**5/25/2012**       Re-set Controllers to Twice a Day/Repairs for New Sod

**MACK AVENUE ISLANDS**

| | | |
|---|---|---|
| *Labor - 4 Men@8 hours (Total 32 Hours x $27.00) | | 864.00 |
| | 10% Discount | (86.40) |
| | | 777.60 |

**PARTS FUND- Mack Avenue**
One (1) In-Ground Battery Controller #TBOS2 $266.00 ea.    266.00

| | | |
|---|---|---|
| | Plus 6% (Mark-up) | 15.96 |
| | | 281.96 |
| | $ | 1,059.56 |
| | | - |

If you have any questions concerning this invoice,
Karen Agar. Email:darrinagar@msn.com     0

**THANK YOU FOR YOUR BUSINESS!**     **TOTAL**  $   **1,059.56**



**AGAR**

Lawn Sprinkler Systems, Inc.

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

COPY

# INVOICE

| | |
|---|---|
| DATE: | June 4, 2012 |
| INVOICE # | 215 |
| FOR: | Street Fund |
| | P.O. 2714942 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |

DATE        DESCRIPTION                                                     AMOUNT

Week of     EAST GRAND BLVD. ISLANDS

5/28/2012 –

6/1/2012

                Lawn Sprinkler Systems-Repairs

                Labor= 4 Men@8 hours  (Total 32 Hours x $27.00 p.h.)      $       864.00

                                                    10% Discount          $      (86.40)

                                                                          $       777.60

---

| Parts Fund | East Grand Blvd. Islands | | | |
|---|---|---|---|---|
| Ten | Rotor Heads #5012PC  $30.00 ea. | 10 | $ | 300.00 |
| | | | $ | - |
| Ten | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 10 | $ | 38.50 |
| Three | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 3 | $ | 105.00 |
| | | | $ | - |
| Thirty | Clamps #3255 $1.00 ea. | 30 | $ | 30.00 |
| | | Plus 6% (Mark-up) | $ | 19.80 |
| | | Total Parts | $ | 493.30 |
| | | SUBTOTAL | $ | 1,270.90 |
| | | APPLICABLE TAX | $ | - |
| | | OTHER | $ | - |
| | | TOTAL | $ | 1,270.90 |

# THANK YOU FOR YOUR BUSINESS!

If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com



# COPY
# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| DATE: | June 4, 2012 |
| INVOICE # | 216 |
| FOR: | Street Fund |
| | P.O. 2714942 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |

DATE    DESCRIPTION    AMOUNT

**Week of**     MACK AVENUE ISLANDS
**5/28/2012 -**     Lawn Sprinkler Systems
**6/1/2012**     Reset Controllers (Twice-a-Day) + Repairs

| | | |
|---|---|---|
| Labor= 4 Men@8 hours (Total 32 Hours x $27.00 p.h.) | $ | 864.00 |
| 10% Discount | $ | (86.40) |
| | $ | 777.60 |

**Parts Fund**     Mack Avenue Islands

| Description | Qty | | Amount |
|---|---|---|---|
| Rotor Heads #5012PC $30.00 ea. | 6 | $ | 180.00 |
| | | $ | - |
| 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 6 | $ | 23.10 |
| | | $ | - |
| | | $ | - |
| Clamps #3255 $1.00 ea. | 12 | $ | 12.00 |
| Plus 6% (Mark-up) | | $ | 11.52 |
| Total Parts | | $ | 226.62 |
| SUBTOTAL | | $ | 1,004.22 |
| APPLICABLE TAX | | $ | - |
| OTHER | | $ | - |
| TOTAL | | $ | 1,004.22 |

# THANK YOU FOR YOUR BUSINESS!

If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com



COPY
# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| **DATE:** | June 4, 2012 |
| **INVOICE #** | 217 |
| **FOR:** | Street Fund |
| | P.O. 2714942 |
| **BILL TO:** | City of Detroit |
| | General Services |
| | Department (GSD) |
| **ATTENTION:** | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|

**Week of**    ANTHONY WAYNE DR. ISLANDS

**5/28/2012 -**            Lawn Sprinkler Systems

**6/1/2012**        Reset Controllers (Twice-a-Day) + Repairs

| | | |
|---|---|---|
| Labor= 4 Men@8 hours  (Total 32 Hours x $27.00 p.h.) | $ | 864.00 |
| 10% Discount | $ | (86.40) |
| | $ | 777.60 |

---

**Parts Fund**                Anthony Wayne Dr. Islands

| | | | |
|---|---|---|---|
| Four | Rotor Heads #5012PC  $30.00 ea. | 4  $ | 120.00 |
| | | $ | - |
| Four | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 4  $ | 15.40 |
| One | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 1  $ | 35.00 |
| | | $ | - |
| Ten | Clamps #3255 $1.00 ea. | 10  $ | 10.00 |
| | Plus 6% (Mark-up) | $ | 7.80 |
| | Total Parts | $ | 188.20 |
| | SUBTOTAL | $ | 965.80 |
| | APPLICABLE TAX | $ | - |
| | OTHER | $ | - |
| | TOTAL | $ | 965.80 |

## THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# Lawn Sprinkler Systems. Inc.

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

*COPY*

# INVOICE

| | |
|---|---|
| DATE: | June 4, 2012 |
| INVOICE # | 218 |
| FOR: | Street Fund |
| | P.O. 2714942 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |

DATE        DESCRIPTION                                                    AMOUNT

| Week of | WARREN AVENUE ISLANDS |
|---|---|
| 5/28/2012 - | Lawn Sprinkler Systems |
| 6/1/2012 | Stuck-on + Repairs |

| | | |
|---|---|---|
| Labor= 3 Men@ 6 hours  (Total 18 Hours x $27.00 p.h.) | $ | 486.00 |
| 10% Discount | $ | (48.60) |
| | $ | 437.40 |

| Parts Fund | Warren Avenue Islands | | | |
|---|---|---|---|---|
| Two | Rotor Heads #5012PC  $30.00 ea. | 2 | $ | 60.00 |
| | | | $ | - |
| Two | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 2 | $ | 7.70 |
| One | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 1 | $ | 35.00 |
| | | | $ | - |
| Four | Clamps #3255 $1.00 ea. | 4 | $ | 4.00 |
| | Plus 6% (Mark-up) | | $ | 3.84 |
| | Total Parts | | $ | 110.54 |
| | *SUBTOTAL* | | $ | 547.94 |
| | *APPLICABLE TAX* | | $ | - |
| | *OTHER* | | $ | - |
| | *TOTAL* | | $ | 547.94 |

# *THANK YOU FOR YOUR BUSINESS!*

*If you have any questions concerning this invoice contact Karen Agar at email: darnnagar@msn.com*



**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

# COPY
# INVOICE

| | |
|---|---|
| DATE: | June 4, 2012 |
| INVOICE # | 219 |
| FOR: | Street Fund |
| | P.O. 2714942 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|

Week of
5/28/2012 -
6/1/2012

**MACK AVENUE ISLANDS**
Lawn Sprinkler Systems
Dry Areas + Repairs

| | | |
|---|---|---|
| Labor= 3 Men@4 hours  (Total 12 Hours x $27.00 p.h.) | $ | 324.00 |
| 10% Discount | $ | (32.40) |
| | $ | 291.60 |

**Parts Fund**                    Mack Avenue Islands

| | | | |
|---|---|---|---|
| Three | Rotor Heads #5012PC  $30.00 ea. | 3 $ | 90.00 |
| | | $ | - |
| Three | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 3 $ | 11.55 |
| | | $ | - |
| | | $ | - |
| Six | Clamps #3255 $1.00 ea. | 6 $ | 6.00 |
| | Plus 6% (Mark-up) | $ | 5.76 |
| | Total Parts | $ | 113.31 |
| | SUBTOTAL | $ | 404.91 |
| | APPLICABLE TAX | $ | - |
| | OTHER | $ | - |
| | TOTAL | $ | 404.91 |

# THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



Lawn Sprinkler Systems, Inc.

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

# COPY
# INVOICE

| | |
|---|---|
| **DATE:** | June 4, 2012 |
| **INVOICE #** | 220 |
| **FOR:** | Street Fund |
| | P.O. 2714942 |
| **BILL TO:** | City of Detroit |
| | General Services |
| | Department (GSD) |
| **ATTENTION:** | Deborah Coleman |
| | 313-628-0905 |

DATE        DESCRIPTION                                                    AMOUNT

Week of         ANTHONY WAYNE DR. ISLANDS
5/28/2012 –              Lawn Sprinkler Systems
6/1/2012                  Dry Areas + Repairs

| | | |
|---|---|---|
| Labor= 3 Men@ 6 hours (Total 18 Hours x $27.00 p.h.) | $ | 486.00 |
| 10% Discount | $ | (48.60) |
| | $ | 437.40 |

| Parts Fund | Anthony Wayne Dr. Islands | | | |
|---|---|---|---|---|
| Three | Rotor Heads #5012PC $30.00 ea. | 3 | $ | 90.00 |
| | | | $ | – |
| Three | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 3 | $ | 11.55 |
| | | | $ | ‑ |
| | | | $ | ‑ |
| Six | Clamps #3255 $1.00 ea. | 6 | $ | 6.00 |
| | Plus 6% (Mark-up) | | $ | 6.76 |
| | Total Parts | | $ | 113.31 |
| | SUBTOTAL | | $ | 550.71 |
| | APPLICABLE TAX | | $ | ‑ |
| | OTHER | | $ | ‑ |
| | TOTAL | | $ | 550.71 |

# THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| DATE: | June 4, 2012 |
| INVOICE # | 221 |
| FOR: | Street Fund |
| | P.O. 2714942 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| Week of 5/28/2012 - 6/1/2012 | WARREN ISLANDS Lawn Sprinkler Systems Dry Areas + Repairs | | |
| | Labor= 3 Men @ 4 hours (Total 12 Hours × $27.00 p.h.) | $ | 324.00 |
| | 10% Discount | $ | (32.40) |
| | | $ | 291.60 |

| Parts Fund | Warren Islands | | | |
|---|---|---|---|---|
| Four | Rotor Heads #5012PC  $30.00 ea. | 4 | $ | 120.00 |
| | | | $ | - |
| Four | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 4 | $ | 15.40 |
| | | | $ | - |
| | | | $ | - |
| Twelve | Clamps #3255 $1.00 ea. | 12 | $ | 12.00 |
| | Plus 6% (Mark-up) | | $ | 7.92 |
| | Total Parts | | $ | 155.32 |
| | SUBTOTAL | | $ | 446.92 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 446.92 |

# THANK YOU FOR YOUR BUSINESS!

If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com

_DROPPED OFF @ OFFICE_



**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

COPY
# INVOICE

| | |
|---|---|
| **DATE:** | June 4, 2012 |
| **INVOICE #** | 222 |
| **FOR:** | Street Fund |
| | P.O. 2714942 |
| **BILL TO:** | City of Detroit |
| | General Services |
| | Department (GSD) |
| **ATTENTION:** | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|

Week of
5/28/2012 -
6/1/2012

**EAST GRAND BLVD.** 2ND VISIT

Lawn Sprinkler Systems

Dug-up Stop Box + Repairs

| | | |
|---|---|---|
| Labor= 4 Men@ 8 hours (Total 32 Hours x $27.00 p.h.) | $ | 864.00 |
| 10% Discount | $ | (86.40) |
| | $ | 777.60 |

| Parts Fund | East Grand Blvd. 2Nd Visit | | | |
|---|---|---|---|---|
| Four | Rotor Heads #5012PC $30.00 ea. | 4 | $ | 120.00 |
| | | | $ | - |
| Four | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 4 | $ | 15.40 |
| One | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 1 | $ | 35.00 |
| | | | $ | - |
| Ten | Clamps #3255 $1.00 ea. | 10 | $ | 10.00 |
| | Plus 6% (Mark-up) | | $ | 7.80 |
| | Total Parts | | $ | 188.20 |
| | SUBTOTAL | | $ | 965.80 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 965.80 |

# THANK YOU FOR YOUR BUSINESS!

_If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com_



# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| **DATE:** | June 10, 2012 |
| **INVOICE #** | 231 |
| **FOR:** | Street Fund |
| | P.O. 2714942 |
| **BILL TO:** | City of Detroit |
| | General Services |
| | Department (GSD) |
| **ATTENTION:** | Deborah Coleman |
| | 313-628-0905 |

DATE          DESCRIPTION                                                      AMOUNT

Lawn Sprinkler Systems Spring Start-up/Repairs

**Week of**          LARNED STREET ISLANDS

6/04/2012 –

6/9/2012

| | | |
|---|---|---|
| Labor= 4 Men@ 8 hours  (Total 32 Hours × $27.00 p.h.) | $ | 864.00 |
| 10% Discount | $ | (86.40) |
| | $ | 777.60 |

| Parts Fund | Larned Street Islands | | | |
|---|---|---|---|---|
| Twelve | Rotor Heads #5012PC  $30.00 ea. | 12 | $ | 360.00 |
| | | | $ | - |
| Twelve | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 12 | $ | 46.20 |
| Two | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 2 | $ | 70.00 |
| | | | $ | - |
| Twenty | Clamps #3255 $1.00 ea. | 20 | $ | 20.00 |
| | Plus 6% (Mark-up) | | $ | 29.77 |
| | **Total Parts** | | $ | 525.97 |
| | *SUBTOTAL* | | $ | 1,303.57 |
| | *APPLICABLE TAX* | | $ | - |
| | *OTHER* | | $ | - |
| | *TOTAL* | | $ | 1,303.57 |

## THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| **DATE:** | June 10, 2012 |
| **INVOICE #** | 232 |
| **FOR:** | Street Fund |
| | P.O. 2714942 |
| **BILL TO:** | City of Detroit |
| | General Services |
| | Department (GSD) |
| **ATTENTION:** | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

Lawn Sprinkler Systems Spring Start-up/Repairs

**Week of**       MACK ISLANDS

6/04/2012 –

6/9/2012       MAIN WATER LINE BREAK

| | | |
|---|---|---|
| Labor= 3 Men@6 hours (Total 12 Hours x $27.00 p.h.) | $ | 486.00 |
| 10% Discount | $ | (48.60) |
| | $ | 437.40 |

| Parts Fund | Mack Islands | | | |
|---|---|---|---|---|
| Three | Rotor Heads #5012PC $30.00 ea. | 3 | $ | 90.00 |
| One | 1 1/2" PVC Slip Fix #118-15 $10.17 ea. | 1 | $ | 10.17 |
| Three | 1 1/2" 90 Degree #1403-130 $3.85 ea. | 3 | $ | 11.55 |
| Two | 1 1/2" PVC Couplers #429-015 $1.02 ea. | 2 | $ | 2.04 |
| Two | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 2 | $ | 70.00 |
| Ten | Clamps #3255 $1.00 ea. | 10 | $ | 10.00 |
| | Plus 6% (Mark-up) | | $ | 11.63 |
| | **Total Parts** | | $ | 205.39 |
| | *SUBTOTAL* | | $ | 642.79 |
| | *APPLICABLE TAX* | | $ | - |
| | *OTHER* | | $ | - |
| | *TOTAL* | | $ | 642.79 |

## *THANK YOU FOR YOUR BUSINESS!*

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| **DATE:** | June 10, 2012 |
| **INVOICE #** | 233 |
| **FOR:** | Street Fund |
| | P.O. 2714942 |
| **BILL TO:** | City of Detroit |
| | General Services |
| | Department (GSD) |
| **ATTENTION:** | Deborah Coleman |
| | 313-628-0905 |

DATE          DESCRIPTION                                      AMOUNT

Lawn Sprinkler Systems Spring Start-up/Repairs

Week of                **12TH STREET ISLANDS**

6/04/2012 –

6/9/2012

| | | | |
|---|---|---|---|
| Labor= 4 Men@ 8 hours  (Total 32 Hours x $27.00 p.h.) | | $ | 864.00 |
| | 10% Discount | $ | (86.40) |
| | | $ | 777.60 |

**Parts Fund**                    12Th Street Islands

| | | | | |
|---|---|---|---|---|
| Rotor Heads #5012PC  $30.00 ea. | | 16 | $ | 480.00 |
| | | | $ | - |
| 1"x1/2" 90degree #1403-130 $3.85 ea. | | 16 | $ | 61.60 |
| | | | $ | - |
| | | | $ | - |
| Clamps #3255 $1.00 ea. | | 45 | $ | 45.00 |
| | Plus 6% (Mark-up) | | $ | 35.20 |
| | Total Parts | | $ | 621.80 |
| | SUBTOTAL | | $ | 1,399.40 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 1,399.40 |

## THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

# INVOICE

| | |
|---|---|
| **DATE:** | June 10, 2012 |
| **INVOICE #** | 234 |
| **FOR:** | Street Fund |
| | P.O. 2714942 |
| **BILL TO:** | City of Detroit |
| | General Services |
| | Department (GSD) |
| **ATTENTION:** | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

Lawn Sprinkler Systems Spring Start-up/Repairs

**Week of**      **12TH STREET ISLANDS**

**6/04/2012 –**    2nd Visit

**6/9/2012**

| | | | |
|---|---|---|---|
| Labor= 4 Men@ 8 hours (Total 32 Hours x $27.00 p.h.) | | $ | 864.00 |
| | 10% Discount | $ | (86.40) |
| | | $ | 777.60 |

---

**Parts Fund**      12Th Street Islands

| | | | | |
|---|---|---|---|---|
| | | | $ | - |
| | | | $ | - |
| One | T-Bos In-Ground Controller #T-BOS2 $266.00 ea. | 1 | $ | 266.00 |
| Two | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 2 | $ | 70.00 |
| Two | Valve Box #AVP10 $14.00 ea. | 2 | $ | 56.00 |
| | | | $ | - |
| | Plus 6% (Mark-up) | | $ | 23.52 |
| | Total Parts | | $ | 415.52 |
| | SUBTOTAL | | $ | 1,193.12 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 1,193.12 |

## THANK YOU FOR YOUR BUSINESS!

If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com



# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| **DATE:** | June 10, 2012 |
| **INVOICE #** | 235 |
| **FOR:** | Street Fund P.O. 2714942 |
| **BILL TO:** | City of Detroit General Services Department (GSD) |
| **ATTENTION:** | Deborah Coleman 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | Lawn Sprinkler Systems Spring Start-up/Repairs | | |
| Week of | LAFAYETTE ISLANDS | | |
| 6/04/2012 – | | | |
| 6/9/2012 | | | |
| | Labor= 4 Men@ 8 hours  (Total 32 Hours x $27.00 p.h.) | $ | 864.00 |
| | 10% Discount | $ | (86.40) |
| | | $ | 777.60 |

| Parts Fund | Lafayette Islands | | | |
|---|---|---|---|---|
| Sixteen | Rotor Heads #5012PC  $30.00 ea. | 16 | $ | 480.00 |
| | | | $ | - |
| Sixteen | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 16 | $ | 61.60 |
| Three | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 3 | $ | 105.00 |
| Three | Valve Box #AVP10 $14.00 ea. | 3 | $ | 42.00 |
| Forty | Clamps #3255 $1.00 ea. | 40 | $ | 40.00 |
| | Plus 6% (Mark-up) | | $ | 43.72 |
| | Total Parts | | $ | 772.32 |
| | SUBTOTAL | | $ | 1,549.92 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 1,549.92 |

## THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| DATE: | June 10, 2012 |
| INVOICE # | 236 |
| FOR: | Street Fund |
| | P.O. 2714942 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | Lawn Sprinkler Systems Spring Start-up/Repairs | | |
| Week of | LAFAYETTE ISLANDS | | |
| 6/04/2012 - | | | |
| 6/9/2012 | Vacuum Breaker Repair | | |
| | 2nd Visit | | |
| | Labor= 3 Men@6 hours (Total 18 Hours x $27.00 p.h.) | $ | 486.00 |
| | 10% Discount | $ | (48.60) |
| | | $ | 437.40 |

| Parts Fund | Lafayette Islands | | | |
|---|---|---|---|---|
| | | | $ | -- |
| | | | $ | -- |
| | | | $ | -- |
| | | | $ | -- |
| One | Anti-Siphon Valves #2709PR $20.83 ea. | 1 | $ | 20.83 |
| Ten | 1" PVC Pipe #BE80 1.00 per ft. | 10 | $ | 10.00 |
| | Plus 6% (Mark-up) | | $ | 1.85 |
| | Total Parts | | $ | 32.68 |
| | SUBTOTAL | | $ | 470.08 |
| | APPLICABLE TAX | | $ | -- |
| | OTHER | | $ | -- |
| | TOTAL | | $ | 470.08 |

## THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| **DATE:** | June 21, 2012 |
| **INVOICE #** | 237 |
| **FOR:** | Street Fund |
| | P.O. 2714942 |
| **BILL TO:** | City of Detroit |
| | General Services |
| | Department (GSD) |
| **ATTENTION:** | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | Lawn Sprinkler Systems Spring Start-up/Repairs | | |
| Week of | WEST JEFFERSON ISLANDS | | |
| 6/11/2012 - | | | |
| 6/17/2012 | | | |

| | | | |
|---|---|---|---|
| Labor= 4 Men@ 8 hours (Total 32 Hours x $27.00 p.h.) | | $ | 864.00 |
| | 10% Discount | $ | (86.40) |
| | | $ | 777.60 |

| Parts Fund | West Jefferson Islands | | | |
|---|---|---|---|---|
| Eight | Rotor Heads #5012PC $30.00 ea. | 8 | $ | 240.00 |
| | | | $ | - |
| Eight | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 8 | $ | 30.80 |
| | | | $ | - |
| | | | $ | - |
| Sixteen | Clamps #3255 $1.00 ea. | 16 | $ | 16.00 |
| | Plus 6% (Mark-up) | | $ | 17.21 |
| | Total Parts | | $ | 304.01 |
| | SUBTOTAL | | $ | 1,081.61 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 1,081.61 |

## THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# INVOICE

## Lawn Sprinkler Systems. Inc.

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| DATE: | June 21, 2012 |
| INVOICE # | 238 |
| FOR: | Street Fund |
| | P.O. 2714942 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|

Week of

6/11/2012 –

6/17/2012

**MACK AVENUE ISLANDS**

**Dry Areas/Repairs**

| | | | |
|---|---|---|---|
| Labor= 3 Men@6 hours  (Total 18 Hours x $27.00 p.h.) | | $ | 486.00 |
| | 10% Discount | $ | (48.60) |
| | | $ | 437.40 |

| Parts Fund | Mack Avenue Islands | | | |
|---|---|---|---|---|
| Three | Rotor Heads #5012PC  $30.00 ea. | 3 | $ | 90.00 |
| Three | 9-Volt Battery $5.00 ea. | 3 | $ | 15.00 |
| Three | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 3 | $ | 11.55 |
| | | | $ | – |
| | | | $ | – |
| Six | Clamps #3255 $1.00 ea. | 6 | $ | 6.00 |
| | Plus 6% (Mark-up) | | $ | 7.35 |
| | Total Parts | | $ | 129.90 |
| | SUBTOTAL | | $ | 567.30 |
| | APPLICABLE TAX | | $ | – |
| | OTHER | | $ | – |
| | TOTAL | | $ | 567.30 |

## THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# INVOICE

### Lawn Sprinkler Systems, Inc.

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| **DATE:** | June 21, 2012 |
| **INVOICE #** | 239 |
| **FOR:** | Street Fund |
| | P.O. 2714942 |
| **BILL TO:** | City of Detroit |
| | General Services |
| | Department (GSD) |
| **ATTENTION:** | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | Lawn Sprinkler Systems Spring Start-up/Repairs | | |
| Week of | RANDOLPH STREET ISLANDS | | |
| 6/11/2012 – | | | |
| 6/17/2012 | | | |
| | Labor= 3 Men@ 4 hours  (Total 12 Hours × $27.00 p.h.) | $ | 324.00 |
| | 10% Discount | $ | (32.40) |
| | | $ | 291.60 |

| Parts Fund | Randolph Street Islands | | | |
|---|---|---|---|---|
| Three | Rotor Heads #5012PC  $30.00 ea. | 3 | $ | 90.00 |
| One | 9-Volt Battery $5.00 ea. | 1 | $ | 5.00 |
| Three | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 3 | $ | 11.55 |
| | | | $ | - |
| | | | $ | - |
| Six | Clamps #3255 $1.00 ea. | 6 | $ | 6.00 |
| | Plus 6% (Mark-up) | | $ | 6.75 |
| | Total Parts | | $ | 119.30 |
| | SUBTOTAL | | $ | 410.90 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 410.90 |

## THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| **DATE:** | June 21, 2012 |
| **INVOICE #** | 240 |
| **FOR:** | Street Fund P.O. 2714942 |
| **BILL TO:** | City of Detroit General Services Department (GSD) |
| **ATTENTION:** | Deborah Coleman 313-628-0905 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Lawn Sprinkler Systems Spring Start-up/Repairs | |
| Week of | BEAUBIEN STREET ISLANDS | |
| 6/11/2012 – | | |
| 6/17/2012 | | |

| Description | | Amount |
|---|---|---|
| Labor= 3 Men@ 4 hours (Total 12 Hours x $27.00 p.h.) | | $ 324.00 |
| 10% Discount | | $ (32.40) |
| | | $ 291.60 |

| Parts Fund | Beaubien Street Islands | Qty | Amount |
|---|---|---|---|
| Two | Rotor Heads #5012PC $30.00 ea. | 2 | $ 60.00 |
| Two | 9-Volt Battery $5.00 ea. | 2 | $ 10.00 |
| Four | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 4 | $ 15.40 |
| Two | Spray Heads & Nozzles #1806S $15.70 ea. | 2 | $ 31.40 |
| | | | $ - |
| Eight | Clamps #3255 $1.00 ea. | 8 | $ 8.00 |
| | Plus 6% (Mark-up) | | $ 7.49 |
| | Total Parts | | $ 132.29 |
| | SUBTOTAL | | $ 423.89 |
| | APPLICABLE TAX | | $ - |
| | OTHER | | $ - |
| | TOTAL | | $ 423.89 |

## THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# INVOICE

## Lawn Sprinkler Systems, Inc.
ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| DATE: | June 21, 2012 |
| INVOICE # | 241 |
| FOR: | Street Fund |
| | P.O. 2714942 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| Week of | EAST GRAND BLVD. ISLANDS | | |
| 6/11/2012 – | | | |
| 6/17/2012 | Dry Areas/Repairs | | |
| | Labor= 3 Men@6 hours (Total 18 Hours x $27.00 p.h.) | $ | 486.00 |
| | 10% Discount | $ | (48.60) |
| | | $ | 437.40 |

| Parts Fund | East Grand Blvd. Islands | | | |
|---|---|---|---|---|
| Four | Rotor Heads #5012PC $30.00 ea. | 4 | $ | 120.00 |
| Two | 9-Volt Battery $5.00 ea. | 2 | $ | 10.00 |
| Four | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 4 | $ | 15.40 |
| One | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 1 | $ | 35.00 |
| | | | $ | -- |
| Eight | Clamps #3255 $1.00 ea. | 8 | $ | 8.00 |
| | | Plus 6% (Mark-up) | $ | 11.30 |
| | | Total Parts | $ | 199.70 |
| | | SUBTOTAL | $ | 637.10 |
| | | APPLICABLE TAX | $ | -- |
| | | OTHER | $ | -- |
| | | TOTAL | $ | 637.10 |

## THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| **DATE:** | June 21, 2012 |
| **INVOICE #** | 242 |
| **FOR:** | Street Fund |
| | P.O. 2714942 |
| **BILL TO:** | City of Detroit |
| | General Services |
| | Department (GSD) |
| **ATTENTION:** | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| Week of | MT. ELLIOTT STREET ISLANDS | | |
| 6/11/2012 - | | | |
| 6/17/2012 | Dry Areas/Repairs | | |

| | | | |
|---|---|---|---|
| Labor= 3 Men@6 hours  (Total 18 Hours x $27.00 p.h.) | | $ | 486.00 |
| | 10% Discount | $ | (48.60) |
| | | $ | 437.40 |

| Parts Fund | Mt. Elliott Street Islands | | | |
|---|---|---|---|---|
| Three | Rotor Heads #5012PC  $30.00 ea. | 3 | $ | 90.00 |
| Three | 9-Volt Battery $5.00 ea. | 3 | $ | 15.00 |
| Three | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 3 | $ | 11.55 |
| One | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 1 | $ | 35.00 |
| | | | $ | - |
| Six | Clamps #3255 $1.00 ea. | 6 | $ | 6.00 |
| | Plus 6% (Mark-up) | | $ | 9.45 |
| | Total Parts | | $ | 167.00 |
| | *SUBTOTAL* | | $ | 604.40 |
| | *APPLICABLE TAX* | | $ | - |
| | *OTHER* | | $ | - |
| | *TOTAL* | | $ | 604.40 |

## THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

# INVOICE

| | |
|---|---|
| **DATE:** | June 25, 2012 |
| **INVOICE #** | 248 * |
| **FOR:** | Street Fund P.O. 2714942 |
| **BILL TO:** | City of Detroit General Services Department (GSD) |
| **ATTENTION:** | Deborah Coleman 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | | | |
| Week of | WARREN ISLANDS Dry Areas/Repairs | | |
| 6/18/2012 – | Between Woodward+Lodge Fwy. | | |
| 6/22/2012 | Labor= 3 Men@6 hours (Total 18 Hours × $27.00 p.h.) | $ | 486.00 |
| | Between Woodward+I-75 Fwy. | | |
| | Labor= 3 Men@8 hours (Total 24 Hours × $27.00 p.h.) | $ | 648.00 |
| | 10% Discount | $ | (113.40) |
| | | $ | 1,020.60 |

| Parts Fund | Warren Islands Dry Areas/Repairs | | | |
|---|---|---|---|---|
| Fourteen | Rotor Heads #5012PC $30.00 ea. | 14 | $ | 420.00 |
| Six | Spray Heads & Nozzles #1806S $15.70 ea. | 6 | $ | 94.20 |
| Twenty | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 20 | $ | 77.00 |
| Ten | 9-Volt Battery $5.00 ea. | 10 | $ | 50.00 |
| | | | $ | - |
| Forty | Clamps #3255 $1.00 ea. | 40 | $ | 40.00 |
| | Plus 6% (Mark-up) | | $ | 40.87 |
| | Total Parts | | $ | 722.07 |
| | SUBTOTAL | | $ | 1,742.67 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 1,742.67 |

## THANK YOU FOR YOUR BUSINESS!

\* Revised



# INVOICE

**Lawn Sprinkler Systems. Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| **DATE:** | June 25, 2012 |
| **INVOICE #** | 249 * |
| **FOR:** | Street Fund |
| | P.O. 2714942 |
| **BILL TO:** | City of Detroit |
| | General Services |
| | Department (GSD) |
| **ATTENTION:** | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| Week of | ANTHONY WAYNE DRIVE | | |
| 6/18/2012 - | Repairs: Two (2) New Walkways | | |
| 6/22/2012 | Two (2) Visits | | |
| | Labor= 3 Men@8 hours  (Total 24 Hours × $27.00 p.h.) | $ | 648.00 |
| | Labor= 3 Men@6 hours  (Total 18 Hours × $27.00 p.h.) | $ | 486.00 |
| | 10% Discount | $ | (113.40) |
| | | $ | 1,020.60 |

| Parts Fund | Anthony Wayne Drive | | | |
|---|---|---|---|---|
| Fourteen | Rotor Heads #5012PC  $30.00 ea. | 14 | $ | 420.00 |
| Six | Spray Heads & Nozzles #1806S $15.70 ea. | 6 | $ | 94.20 |
| Twenty | 1"×1/2" 90 Degree #1403-130 $3.85 ea. | 20 | $ | 77.00 |
| Ten | 9-Volt Battery $5.00 ea. | 10 | $ | 50.00 |
| 100' | 1" PVC Poly-Pipe #BE80 1.00 per ft. | 100 | $ | 100.00 |
| Ten | 1" Couplers #1407-010 $2.80 ea. | 10 | $ | 28.00 |
| Forty | Clamps #3255 $1.00 ea. | 6 | $ | 6.00 |
| | Plus 6% (Mark-up) | | $ | 46.51 |
| | Total Parts | | $ | 793.71 |
| | SUBTOTAL | | $ | 1,814.31 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 1,814.31 |

## THANK YOU FOR YOUR BUSINESS!

* Revised



# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI  48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| DATE: | June 25, 2012 |
| INVOICE # | 250 |
| FOR: | Street Fund |
| | P.O. 2714942 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| Week of | MACK ISLANDS (All) | | |
| 6/18/2012 – | | | |
| 6/22/2012 | Dry Areas/Repairs | | |

| | | | |
|---|---|---|---|
| Labor= 3 Men@8 hours  (Total  24 Hours x $27.00 p.h.) | | $ | 648.00 |
| | 10% Discount | $ | (64.80) |
| | | $ | 583.20 |

| Parts Fund | Mack Islands (All) | | | |
|---|---|---|---|---|
| Ten | Rotor Heads #5012PC  $30.00 ea. | 10 | $ | 300.00 |
| Six | Spray Heads & Nozzles #1806S $15.70 ea. | 6 | $ | 94.20 |
| Sixteen | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 16 | $ | 61.60 |
| Three | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 3 | $ | 105.00 |
| Ten | 9-Volt Battery $5.00 ea. | 10 | $ | 50.00 |
| Thirty-Two | Clamps #3255 $1.00 ea. | 32 | $ | 32.00 |
| | Plus 6% (Mark-up) | | $ | 38.57 |
| | Total Parts | | $ | 681.37 |
| | SUBTOTAL | | $ | 1,264.57 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 1,264.57 |

## THANK YOU FOR YOUR BUSINESS!

If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com



**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

# INVOICE

| | |
|---|---|
| **DATE:** | June 25, 2012 |
| **INVOICE #** | 251 |
| **FOR:** | Street Fund |
| | P.O. 2714942 |
| **BILL TO:** | City of Detroit |
| | General Services |
| | Department (GSD) |
| **ATTENTION:** | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| Week of | MT. ELLIOTT ISLANDS | | |
| 6/18/2012 – | | | |
| 6/22/2012 | Dry Areas/Repairs | | |
| | Labor= 3 Men@8 hours (Total 24 Hours x $27.00 p.h.) | $ | 648.00 |
| | 10% Discount | $ | (64.80) |
| | | $ | 583.20 |

| Parts Fund | Mt. Elliott Islands | | | |
|---|---|---|---|---|
| Four | Rotor Heads #5012PC $30.00 ea. | 4 | $ | 120.00 |
| | | | $ | - |
| Four | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 4 | $ | 15.40 |
| | | | $ | - |
| Three | 9-Volt Battery $5.00 ea. | 3 | $ | 15.00 |
| Ten | Clamps #3255 $1.00 ea. | 10 | $ | 10.00 |
| | Plus 6% (Mark-up) | | $ | 9.62 |
| | Total Parts | | $ | 170.02 |
| | SUBTOTAL | | $ | 753.22 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 753.22 |

## THANK YOU FOR YOUR BUSINESS!

If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com



# INVOICE

**Lawn Sprinkler Systems. Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

**DATE:** July 2, 2012

**INVOICE #** 254

**FOR:** Street Fund
P.O. 2714942

**BILL TO:** City of Detroit
General Services
Department (GSD)

**ATTENTION:** Deborah Coleman
313-628-0905

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| Week of | EAST GRAND BLVD. ISLANDS | | |
| 6/25/2012 - | | | |
| 6/30/2012 | Water Break | | |

| | | AMOUNT | |
|---|---|---|---|
| Labor= 3 Men@ 5 hours  (Total 15 Hours x $27.00 p.h.) | | $ | 405.00 |
| | 10% Discount | $ | (40.50) |
| | | $ | 364.50 |

**Parts Fund**  East Grand Blvd. Islands

| | | | | AMOUNT | |
|---|---|---|---|---|---|
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| One | Anti-Siphon Valves #2709PR $20.83 ea. | | 1 | $ | 20.83 |
| Six Ft. | 1" PVC Poly-Pipe #BE80 1.00 per ft. | | 6 | $ | 6.00 |
| | | Plus 6% (Mark-up) | | $ | 1.61 |
| | | Total Parts | | $ | 28.44 |
| | | SUBTOTAL | | $ | 392.94 |
| | | APPLICABLE TAX | | $ | - |
| | | OTHER | | $ | - |
| | | TOTAL | | $ | 392.94 |

## THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| DATE: | July 2, 2012 |
| INVOICE # | 255 |
| FOR: | Street Fund |
| | P.O. 2714942 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| Week of | MACK AVENUE ISLANDS | | |
| 6/25/2012 – | | | |
| 6/30/2012 | Dry Areas/Repairs | | |
| | Labor= 3 Men@ 5 hours  (Total 15 Hours x $27.00 p.h.) | $ | 405.00 |
| | 10% Discount | $ | (40.50) |
| | | $ | 364.50 |

| Parts Fund | Mack Avenue Islands | | | |
|---|---|---|---|---|
| Four | Rotor Heads #5012PC  $30.00 ea. | 4 | $ | 120.00 |
| Twp | Spray Heads & Nozzles #1806S $15.70 ea. | 2 | $ | 31.40 |
| Six | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 6 | $ | 23.10 |
| | | | $ | - |
| Two | 9-Volt Battery $5.00 ea. | 2 | $ | 10.00 |
| Twelve | Clamps #3255 $1.00 ea. | 12 | $ | 12.00 |
| | Plus 6% (Mark-up) | | $ | 11.79 |
| | Total Parts | | $ | 208.29 |
| | SUBTOTAL | | $ | 572.79 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 572.79 |

# THANK YOU FOR YOUR BUSINESS!

If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com



# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| **DATE:** | July 2, 2012 |
| **INVOICE #** | 256 |
| **FOR:** | Street Fund |
| | P.O. 2714942 |
| **BILL TO:** | City of Detroit |
| | General Services |
| | Department (GSD) |
| **ATTENTION:** | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| Week of 6/25/2012 - 6/30/2012 | ANTHONY WAYNE DR. ISLAND | |
| | Dry Areas/Repairs | |
| | Labor= 3 Men@ 4 hours  (Total 12 Hours × $27.00 p.h.) | $ 324.00 |
| | 10% Discount | $ (32.40) |
| | | $ 291.60 |

| Parts Fund | Anthony Wayne Dr. Island | | | |
|---|---|---|---|---|
| Two | Rotor Heads #5012PC  $30.00 ea. | 2 | $ | 60.00 |
| Two | Spray Heads & Nozzles #1806S $15.70 ea. | 2 | $ | 31.40 |
| One | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 1 | $ | 35.00 |
| Four | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 6 | $ | 23.10 |
| One | T-Bos In-Ground Controller #T-BOS2 $266.00 ea. | 1 | $ | 266.00 |
| One | 9-Volt Battery $5.00 ea. | 1 | $ | 5.00 |
| Ten | Clamps #3255 $1.00 ea. | 10 | $ | 10.00 |
| | Plus 6% (Mark-up) | | $ | 25.83 |
| | Total Parts | | $ | 456.33 |
| | SUBTOTAL | | $ | 747.93 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 747.93 |

# THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: damnagar@msn.com*



# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| DATE: | July 2, 2012 |
| INVOICE # | 257 |
| FOR: | Street Fund |
| | P.O. 2714942 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |

DATE          DESCRIPTION                                                    AMOUNT

Week of          **WARREN STREET ISLANDS**

6/25/2012 –      Between Woodward/I-75 Freeway  Two (2) Islands

6/30/2012                    Dry Areas/Repairs

| | | |
|---|---|---:|
| Labor= 3 Men@ 8 hours  (Total 24 Hours x $27.00 p.h.) | $ | 648.00 |
| 10% Discount | $ | (64.80) |
| | $ | 583.20 |

| Parts Fund | Warren Street Islands | | | |
|---|---|---|---|---:|
| One | T-Bos In-Ground Controller #T-BOS2 $266.00 ea. | 1 | $ | 266.00 |
| Four | Rotor Heads #5012PC  $30.00 ea. | 4 | $ | 120.00 |
| Three | Spray Heads & Nozzles #1806S $15.70 ea. | 3 | $ | 47.10 |
| Seven | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 7 | $ | 26.95 |
| One | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 1 | $ | 35.00 |
| Two | 9-Volt Battery $5.00 ea. | 2 | $ | 10.00 |
| Fourteen | Clamps #3255 $1.00 ea. | 14 | $ | 14.00 |
| | Plus 6% (Mark-up) | | $ | 31.14 |
| | Total Parts | | $ | 550.19 |
| | SUBTOTAL | | $ | 1,133.39 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 1,133.39 |

## THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| DATE: | July 2, 2012 |
| INVOICE # | 258 |
| FOR: | Street Fund |
| | P.O. 2714942 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |

AMOUNT

DATE          DESCRIPTION

Week of          **WARREN STREET ISLANDS**

6/25/2012 –     Between Woodward/Lodge Freeway  Two (2) Islands

6/30/2012                    Stuck-on/Dry Areas/Repairs

| | | |
|---|---|---|
| Labor= 3 Men@ 8 hours  (Total 24 Hours × $27.00 p.h.) | $ | 648.00 |
| 10% Discount | $ | (64.80) |
| | $ | 583.20 |

| Parts Fund | Warren Street Islands | | | |
|---|---|---|---|---|
| | | | $ | - |
| Eight | Rotor Heads #5012PC  $30.00 ea. | 8 | $ | 240.00 |
| Four | Spray Heads & Nozzles #1806S $15.70 ea. | 4 | $ | 62.80 |
| Twelve | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 12 | $ | 46.20 |
| Two | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 2 | $ | 70.00 |
| Two | 9-Volt Battery $5.00 ea. | 2 | $ | 10.00 |
| Twenty-Four | Clamps #3255 $1.00 ea. | 24 | $ | 24.00 |
| | Plus 6% (Mark-up) | | $ | 27.18 |
| | Total Parts | | $ | 480.18 |
| | SUBTOTAL | | $ | 1,063.38 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 1,063.38 |

# THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# INVOICE

## Lawn Sprinkler Systems, Inc.

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| DATE: | July 2, 2012 |
| INVOICE # | 259 |
| FOR: | Street Fund |
| | P.O. 2714942 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

Week of          LAFAYETTE STREET ISLANDS

6/25/2012 –

6/30/2012                    Stuck-on/Repairs

| | | |
|---|---|---|
| Labor= 3 Men@ 4 hours (Total 12 Hours x $27.00 p.h.) | $ | 324.00 |
| 10% Discount | $ | (32.40) |
| | $ | 291.60 |

| Parts Fund | Lafayette Street Islands | | | |
|---|---|---|---|---|
| | | | $ | - |
| Three | Rotor Heads #5012PC  $30.00 ea. | 3 | $ | 90.00 |
| | | | $ | - |
| Three | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 3 | $ | 11.55 |
| One | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 1 | $ | 35.00 |
| | | | $ | - |
| Six | Clamps #3255 $1.00 ea. | 6 | $ | 6.00 |
| | Plus 6% (Mark-up) | | $ | 8.55 |
| | Total Parts | | $ | 151.10 |
| | SUBTOTAL | | $ | 442.70 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 442.70 |

## THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| DATE: | July 2, 2012 |
| INVOICE # | 260 |
| FOR: | Street Fund |
| | P.O. 2714942 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| Week of | ANTIETAM STREET ISLANDS | | | |
| 6/25/2012 - | Two Locations/Two Visits | | | |
| 6/30/2012 | Stuck-on/Dry Areas/Repairs | | | |
| | Labor= 3 Men@ 7 hours (Total 21 Hours x $27.00 p.h.) | | $ | 567.00 |
| | | 10% Discount | $ | (56.70) |
| | | | $ | 510.30 |

| Parts Fund | Antietam Street Islands | | | |
|---|---|---|---|---|
| Four | Rotor Heads #5012PC $30.00 ea. | 4 | $ | 120.00 |
| One | Anti-Siphon Valves #2709PR $20.83 ea. | 1 | $ | 20.83 |
| Four | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 4 | $ | 15.40 |
| One | T-Bos In-Ground Controller #T-BOS2 $266.00 ea. | 1 | $ | 266.00 |
| Six Ft. | 1" PVC Pipe #BE80 1.00 per ft. | 6 | $ | 6.00 |
| Two | 9-Volt Battery $5.00 ea. | 2 | $ | 10.00 |
| Ten | Clamps #3255 $1.00 ea. | 10 | $ | 10.00 |
| | | Plus 6% (Mark-up) | $ | 26.89 |
| | | Total Parts | $ | 469.12 |
| | | SUBTOTAL | $ | 979.42 |
| | | APPLICABLE TAX | $ | - |
| | | OTHER | $ | - |
| | | TOTAL | $ | 979.42 |

## THANK YOU FOR YOUR BUSINESS!



# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| **DATE:** | July 2, 2012 |
| **INVOICE #** | 261 |
| **FOR:** | Street Fund |
| | P.O. 2714942 |
| **BILL TO:** | City of Detroit |
| | General Services |
| | Department (GSD) |
| **ATTENTION:** | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| Week of | LARNED STREET ISLAND | | |
| 6/25/2012 - | | | |
| 6/30/2012 | Stuck-On/Repairs | | |
| | Labor= 3 Men@ 6 hours (Total 18 Hours × $27.00 p.h.) | $ | 486.00 |
| | 10% Discount | $ | (48.60) |
| | | $ | 437.40 |

| Parts Fund | Larned Street Island | | | |
|---|---|---|---|---|
| Four | Rotor Heads #5012PC  $30.00 ea. | 4 | $ | 120.00 |
| | | | $ | - |
| Four | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 4 | $ | 15.40 |
| One | Electric Zone Valve #PGA150 $80.00 ea. | 1 | $ | 80.00 |
| One | Valve Box #AVP10 $14.00 ea. | 1 | $ | 14.00 |
| Sixteen | Clamps #3255 $1.00 ea. | 16 | $ | 16.00 |
| | Plus 6% (Mark-up) | | $ | 14.72 |
| | Total Parts | | $ | 260.12 |
| | SUBTOTAL | | $ | 697.52 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 697.52 |

## THANK YOU FOR YOUR BUSINESS!

If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com