# AGAR Lawn Sprinkler Systems, Inc.

(313) 892-5335
(313) 892-5337 Fax

18055 Van Dyke Ave. • Detroit, MI 48234

**INVOICE 15506**

To: CITY OF DETROIT
Date: 10-16-10

G.S.D. ID# 38-6189185
STREETFUND P.O.# 271492

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|
| Week of 10-11-10 to 10-16-10 | WINTERIZED LAWN SPRINKLER SYSTEMS LOCATIONS MACK AVE ISLANDS (2ND VISIT) LABOR 3 MEN 6 HRS TOTAL 18 HRS × $27⁰⁰ HR = | | | $486⁰⁰ |
| | ROSA PARKS BLVD. ISLANDS (2ND VISIT) LABOR 3 MEN 8 HRS TOTAL 24 HRS × $27⁰⁰ HR = | | | $648⁰⁰ |
| | SALES TAX | | | Ø |
| | TOTAL | | | $1134⁰⁰ |

Thank You Please Remit This Amount

(313) 892-5335
(313) 892-5337 Fax

# AGAR
## Lawn Sprinkler Systems, Inc.
18055 Van Dyke Ave. • Detroit, MI 48234

INVOICE
15505

To: CITY OF DETROIT     Date 10-16-10
G.S.D. ID# 38-6109185
STREET FUND P.O.#271494/2

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|
| WEEK OF 10-11-10 TO 10-16-10 | WINTERIZED LAWN SPRINKLER SYSTEM LOCATIONS | | | |
| | ROSA PARKS BLVD ISLANDS (NOT FINISHED) LABOR - 3 MEN 8 HRS TOTAL 24 HRS X $27.50 P.H. = | | | 648.00 |
| | MACK AVE ISLANDS NOT FINISHED LABOR - 4 MEN 8 HRS TOTAL 32 HRS X $27.50 P.H. = | | | 864.00 |
| | | | SALES TAX | 0.00 |
| | Thank You Please Remit This Amount | | TOTAL | 1512.00 |







**AGAR Lawn Sprinkler Systems, Inc.**
18055 Van Dyke Ave. • Detroit, MI 48234
(313) 892-5335
(313) 892-5337 Fax

INVOICE 14408

To: City of Detroit
G.S.D. ID# 36-1187185
Street Fund PO# 271491-2
Date: 6-30-09

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|
| | Lawn Sprinkler Parts | | | |
| | 4 Anti Siphon Valves #2516 | 21.00 | | 84.00 |
| | 2 24volt Solenoid Coils #SL24 | 38.00 | | 76.00 |
| | 5 Rotor Heads #5-12 | 30.00 | | 150.00 |
| | 10 1" x 1/4" 90° #401 | 3.50 | | 35.00 |
| | 10 Stainless Steel Clamps #HS25 | 1.00 | | 10.00 |
| | 24 ft 1" PVC Pipe | 1.00 | | 24.00 |
| | 12 1" PVC Adapter #436 | .50 | | 6.00 |
| | | | | 400.50 |
| | | | | 32.04 |
| | E. Walker - P | | | |
| | | SALES TAX | | |
| | | TOTAL | | 432.54 |

Thank You Please Remit This Amount



**AGAR Lawn Sprinkler Systems, Inc.**
18055 Van Dyke Ave. • Detroit, MI 48234
(313) 892-5335
(313) 892-5337 Fax

INVOICE 14422

To: CITY OF DETROIT          Date: 6-27-07
G.S.D. ID# 5616 9105
STREET FUND P.C.# 5714974

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|
| WEEK OF 6-23-07 TO 6-27-07 | LAWN SPRINKLER PARTS | | | |
| | 3- ANTI SIPHON VALUES # 27092E | 21⁰⁰ | | 63⁰⁰ |
| | 3- 24 VOLT SOLENOID COILS & SCREW | 35⁰⁰ | | 105⁰⁰ |
| | 6- ROTOR HEADS # 5012PC | 30⁰⁰ | | 180⁰⁰ |
| | 20 FT. PVC PIPE + BELL | 1⁰⁰/FT | | 20⁰⁰ |
| | 10- 1" PVC ADP. # 1436 | 2⁴⁰ | | 24⁰⁰ |
| | 10- 1" x 6" TH 90 ELBOW | 3⁰⁰ | | 30⁰⁰ |
| | 10- STAINLESS STEEL CLAMPS # H3SS | 1⁰⁰ | | 10⁰⁰ |
| | 1- 2 STATION BATTERY CONTROLLER # 7625 | 266⁰⁰ | | 266⁰⁰ |
| | | | | 728.⁰⁰ |
| | 8% MARK-UP PARTS | | | 56.20 |
| | | SALES TAX | | |
| | Thank You Please Remit This Amount | TOTAL | | 758.20 |



**AGAR Lawn Sprinkler Systems, Inc.**
18055 Van Dyke Ave. • Detroit, MI 48234
(313) 892-5335
(313) 892-5337 Fax

INVOICE 14468

To: CITY OF DETROIT    Date: 7-18-09
G.S.D.  ID# 30-618 9185
STREET FUND  P.O.# 2714942

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|
| WEEK OF 7-13-09 TO 7-18-09 | LAWN SPRINKLER REPAIRS / LOCATIONS | | | |
| | ANTHONY WAYNE DR. RE-SET CONTROLLERS NEW SOD LABOR - 3 MEN 5 HRS TOTAL 15 HRS. X 27.00/HR. | | | 405.00 |
| | CHENE ISL. VACUUM BREAKER LABOR - 3 MEN 4 HRS = | | | 324.00 |
| | LARNED ISL. STUCK-ON LABOR - 3 MEN 3 HRS = | | | 243.00 |
| | SALES TAX | | | 0.00 |
| | **TOTAL** | | | **972.00** |





# AGAR Lawn Sprinkler Systems, Inc.

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

RECEIVED
2012 JUN 29 A 8:05
CITY OF DETROIT
GENERAL SERVICES DEPT.

# INVOICE

DATE: June 25, 2012
INVOICE #: 252
FOR: PARK
P.O. 2714942
BILL TO: City of Detroit
General Services
Department (GSD)
ATTENTION: Deborah Coleman
313-628-0905

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| Week of 6/18/2012 – 6/22/2012 | GRAND CIRCUS PARK – WEST | | | |
| | Repairs/Dry Areas | | | |
| | Labor= 4 Men@ 8 hours (Total 32 Hours x $27.00 p.h.) | | $ | 864.00 |
| | 10% Discount | | $ | (86.40) |
| | | | $ | 777.60 |
| Parts Fund | Grand Circus Park – West | | | |
| Four | Rotor Heads #5012PC $30.00 ea. | 4 | $ | 120.00 |
| Twelve | Spray Heads & Nozzles #1806S $15.70 ea. | 12 | $ | 188.40 |
| Sixteen | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 16 | $ | 61.60 |
| | | | $ | -- |
| | | | $ | -- |
| Thirty-Two | Clamps #3255 $1.00 ea. | 32 | $ | 32.00 |
| | Plus 6% (Mark-up) | | $ | 24.12 |
| | Total Parts | | $ | 426.12 |
| | SUBTOTAL | | $ | 1,203.72 |
| | APPLICABLE TAX | | $ | -- |
| | OTHER | | $ | -- |
| | TOTAL | | $ | 1,203.72 |

**THANK YOU FOR YOUR BUSINESS!**

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI  48234
Phone: 313.892.5335
Fax: 313.892.5337

# INVOICE

| | |
|---|---|
| DATE: | July 2, 2012 |
| INVOICE #: | 265 |
| FOR: | PARK |
| | P.O. 2714942 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |

RECEIVED 2012 JUL 10 A 6: CITY OF DETROIT GENERAL

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| Week of 6/25/2012 - 6/30/2012 | GRAND CIRCUS PARK – WEST | | | |
| | Dry Areas/Repairs | | | |
| | Labor= 4 Men@ 8 hours (Total 32 Hours x $27.00 p.h.) | | $ | 864.00 |
| | | 10% Discount | $ | (86.40) |
| | | | $ | 777.60 |

| Parts Fund | Grand Circus Park – West | | | |
|---|---|---|---|---|
| Ten | Rotor Heads #5012PC  $30.00 ea. | 10 | $ | 300.00 |
| Eight | Spray Heads & Nozzles #1806S $15.70 ea. | 8 | $ | 125.60 |
| Eighteen | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 18 | $ | 69.30 |
| | | | $ | – |
| | | | $ | – |
| Forty | Clamps #3255 $1.00 ea. | 40 | $ | 40.00 |
| | Plus 6% (Mark-up) | | $ | 32.09 |
| | Total Parts | | $ | 566.99 |
| | SUBTOTAL | | $ | 1,344.59 |
| | APPLICABLE TAX | | $ | – |
| | OTHER | | $ | – |
| | TOTAL | | $ | 1,344.59 |

## THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# INVOICE

**AGAR Lawn Sprinkler Systems, Inc.**
ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

DATE: July 30, 2012
INVOICE #: 288
FOR: PARK
P.O. 2714942
BILL TO: City of Detroit
General Services
Department (GSD)
ATTENTION: Deborah Coleman
313-628-0905

RECEIVED 2012 JUL 31 P 3:58 CITY OF DETROIT GENERAL SERVICES DEPT.

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| Week of 7/23/2012 - 7/27/2012 | #19 GRAND CIRCUS PARK - West Side Repairs/Stuck-on | | |
| | Labor= 3 Men@ 5 hours (Total 15 Hours x $27.00 p.h.) | | $ 405.00 |
| | 10% Discount | | $ (40.50) |
| | | | $ 364.50 |
| Parts Fund | #19 Grand Circus Park - West Side | | |
| Four | Rotor Heads #5012PC $30.00 ea. | 4 | $ 120.00 |
| | | | $ -- |
| Four | 1"x1/2" 90degree #1403-130 $3.85 ea. | 4 | $ 15.40 |
| One | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 1 | $ 35.00 |
| | | | $ -- |
| | | | $ -- |
| | | | $ -- |
| Eight | Clamps #3255 $1.00 ea. | 8 | $ 8.00 |
| | Plus 6% (Mark-up) | | $ 10.70 |
| | Total Parts | | $ 189.10 |
| | SUBTOTAL | | $ 553.60 |
| | APPLICABLE TAX | | $ -- |
| | OTHER | | $ -- |
| | TOTAL | | $ 553.60 |

**THANK YOU FOR YOUR BUSINESS!**



**AGAR Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

# INVOICE

RECEIVED
2012 JUL 18 P 3:15
CITY OF DETROIT
GENERAL SERVICES DEPT.

DATE: July 18, 2012
INVOICE #: 280
FOR: PARK
P.O. 2714942
BILL TO: City of Detroit
General Services
Department (GSD)
ATTENTION: Deborah Coleman
313-628-0905

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| Week of 7/09/2012 – 7/13/2012 | #44 HARMONIE PARK: WATERFALL | | |
| | Repairs/Stuck-On | | |
| | *Cleaned water filters & over-fill drains | | |
| | Labor= 3 Men@ 5 hours (Total 15 Hours x $27.00 p.h.) | $ | 405.00 |
| | 10% Discount | $ | (40.50) |
| | | $ | 364.50 |
| Parts Fund | #44 Harmonie Park: Waterfall | | |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | Plus 6% (Mark-up) | $ | - |
| | Total Parts | $ | - |
| | SUBTOTAL | $ | 364.50 |
| | APPLICABLE TAX | $ | - |
| | OTHER | $ | - |
| | TOTAL | $ | 364.50 |

**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**AGAR Lawn Sprinkler Systems, Inc.**
ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

RECEIVED
2012 JUN 29 A 8:05
CITY OF DETROIT
GENERAL SERVICES DEPT.

DATE: June 25, 2012
INVOICE #: 253
FOR: PARK
P.O. 2714942
BILL TO: City of Detroit
General Services
Department (GSD)
ATTENTION: Deborah Coleman
313-628-0905

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| Week of 6/18/2012 – 6/22/2012 | HARMONY PARK | | |
| | Repairs/Dry Areas | | |
| | Labor= 4 Men @ 8 hours (Total 32 Hours x $27.00 p.h.) | $ | 864.00 |
| | 10% Discount | $ | (86.40) |
| | | $ | 777.60 |

| Parts Fund | | Harmony Park | | | |
|---|---|---|---|---|---|
| Five | Rotor Heads #5012PC $30.00 ea. | | 5 | $ | 150.00 |
| Six | Spray Heads & Nozzles #1806S $15.70 ea. | | 6 | $ | 94.20 |
| Eleven | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | | 11 | $ | 42.35 |
| | | | | $ | – |
| | | | | $ | – |
| Twenty | Clamps #3255 $1.00 ea. | | 20 | $ | 20.00 |
| | Plus 6% (Mark-up) | | | $ | 18.39 |
| | Total Parts | | | $ | 324.94 |
| | SUBTOTAL | | | $ | 1,102.54 |
| | APPLICABLE TAX | | | $ | – |
| | OTHER | | | $ | – |
| | TOTAL | | | $ | 1,102.54 |

**THANK YOU FOR YOUR BUSINESS!**

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# INVOICE

**Lawn Sprinkler Systems, Inc.** RECEIVED
ID # 38-6189185

2012 JUL 10 A 6:

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

DATE: July 2, 2012
INVOICE #: 262
FOR: PARK
P.O. 2714942

BILL TO: City of Detroit
General Services
Department (GSD)
ATTENTION: Deborah Coleman
313-628-0905

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| Week of 6/25/2012 – 6/30/2012 | CHENE PARK Repairs | | | |
| | Labor= 3 Men @ 6 hours (Total 18 Hours x $27.00 p.h.) | | $ | 486.00 |
| | 10% Discount | | $ | (48.60) |
| | | | $ | 437.40 |
| Parts Fund | Chene Park | | | |
| Six | Rotor Heads #5012PC $30.00 ea. | 6 | $ | 180.00 |
| Four | Spray Heads & Nozzles #1806S $15.70 ea. | 4 | $ | 62.80 |
| Ten | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 10 | $ | 38.50 |
| | | | $ | – |
| | | | $ | – |
| Twenty | Clamps #3255 $1.00 ea. | 20 | $ | 20.00 |
| | Plus 6% (Mark-up) | | $ | 18.08 |
| | Total Parts | | $ | 319.38 |
| | SUBTOTAL | | $ | 756.78 |
| | APPLICABLE TAX | | $ | – |
| | OTHER | | $ | – |
| | TOTAL | | $ | 756.78 |

## THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



**Lawn Sprinkler Systems, Inc.**
ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

# INVOICE

| | |
|---|---|
| DATE: | July 9, 2012 |
| INVOICE # | 271 |
| FOR: | PARK |
| | P.O. 2714942 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |

RECEIVED 2012 JUL 10 A 6:31 CITY OF DETROIT GENERAL SERVICES DEPT.

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| Week of | CHENE PARK | | | |
| 7/02/2012 – | 2nd Visit | | | |
| 7/7/2012 | Repairs – Cut Zone Wires | | | |
| | Labor= 3 Men@ 4 hours (Total 12 Hours x $27.00 p.h.) | | $ | 324.00 |
| | | 10% Discount | $ | (32.40) |
| | | | $ | 291.60 |

| Parts Fund | | Chene Park | | | |
|---|---|---|---|---|---|
| Four | Rotor Heads #5012PC $30.00 ea. | | 4 | $ | 120.00 |
| Three | Spray Heads & Nozzles #1806S $15.70 ea. | | 3 | $ | 47.10 |
| Seven | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | | 7 | $ | 26.95 |
| One | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | | 1 | $ | 35.00 |
| | | | | $ | -- |
| Fourteen | Clamps #3255 $1.00 ea. | | 14 | $ | 14.00 |
| | | Plus 6% (Mark-up) | | $ | 14.58 |
| | | Total Parts | | $ | 257.63 |
| | | SUBTOTAL | | $ | 549.23 |
| | | APPLICABLE TAX | | $ | -- |
| | | OTHER | | $ | -- |
| | | TOTAL | | $ | 549.23 |

### THANK YOU FOR YOUR BUSINESS!

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



# INVOICE

**Lawn Sprinkler Systems, Inc.**
ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

RECEIVED
2012 JUL 10 A 6:31
CITY OF DETROIT
GENERAL SERVICES DEP

DATE: July 9, 2012
INVOICE #: 272
FOR: PARK
P.O. 2714942
BILL TO: City of Detroit
General Services
Department (GSD)
ATTENTION: Deborah Coleman
313-628-0905

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| Week of 7/02/2012 – 7/7/2012 | CHENE PARK-PARKING LOT Dry/Repairs | | |
| | Labor= 3 Men@ 6 hours (Total 18 Hours x $27.00 p.h.) | $ | 486.00 |
| | 10% Discount | $ | (32.40) |
| | | $ | 453.60 |
| Parts Fund | Chene Park-Parking Lot | | |
| Four | Rotor Heads #5012PC $30.00 ea. | 4 $ | 120.00 |
| | | $ | - |
| Four | 1"x1/2" 90 Degree #1403-130 $3.85 ea. | 4 $ | 15.40 |
| One | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 1 $ | 35.00 |
| | | $ | - |
| Eight | Clamps #3255 $1.00 ea. | 8 $ | 8.00 |
| | Plus 6% (Mark-up) | $ | 10.70 |
| | Total Parts | $ | 189.10 |
| | SUBTOTAL | $ | 642.70 |
| | APPLICABLE TAX | $ | - |
| | OTHER | $ | - |
| | TOTAL | $ | 642.70 |

**THANK YOU FOR YOUR BUSINESS!**

*If you have any questions concerning this invoice contact Karen Agar at email: darrinagar@msn.com*



**Lawn Sprinkler Systems, Inc.**
ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

# INVOICE

RECEIVED
2012 JUL 24 P 12: 57
CITY OF DETROIT
GENERAL SERVICES DEPT.

DATE: July 23, 2012
INVOICE #: 281
FOR: PARK
P.O. 2714942
BILL TO: City of Detroit
General Services
Department (GSD)
ATTENTION: Deborah Coleman
313-628-0905

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| Week of 7/16/2012 – 7/21/2012 | #53 CHENE PARK REPAIRS – Two (2) Visits Main Water Line Break; System Check & Re-set Controller | | |
| 7/18/2012 | Labor= 3 Men@ 4 hours (Total 12 Hours x $27.00 p.h.) | $ | 324.00 |
| 7/19/2012 | Labor= 3 Men@ 4 hours (Total 12 Hours x $27.00 p.h.) | $ | 324.00 |
| | 10% Discount | $ | (64.80) |
| | | $ | 583.20 |

| Parts Fund | #53 Chene Park | | | |
|---|---|---|---|---|
| Three | Rotor Heads #5012PC $30.00 ea. | 3 | $ | 90.00 |
| | | | $ | - |
| Three | 1"x1/2" 90degree #1403-130 $3.85 ea. | 3 | $ | 11.55 |
| | | | $ | - |
| Two | 1 1/2" PVC Couplers #1429-015 $1.47 ea. | 2 | $ | 2.94 |
| | | | $ | - |
| | | | $ | - |
| Ten | Clamps #3255 $1.00 ea. | 10 | $ | 10.00 |
| | Plus 6% (Mark-up) | | $ | 6.87 |
| | Total Parts | | $ | 121.36 |
| | SUBTOTAL | | $ | 704.56 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 704.56 |

## THANK YOU FOR YOUR BUSINESS!