# INVOICE

## AGAR
### Lawn Sprinkler Systems, Inc.

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

**DATE:** May 23, 2012
**INVOICE #** 203
**FOR:** Park Fund
P.O. 2714942
**BILL TO:** General Services Department

Attention:
Deborah Coleman
313-628-0905

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| | Park Fund | | |
| | **BELLE ISLE ENTRANCE** | | |
| 5/17/2012 | Lawn Sprinkler Repairs (New construction damage) Concrete | | |
| | *Labor - 3Men@6 hours (Total 18 Hours x $27.00) | | 486.00 |
| | 10% Discount | | (48.60) |
| | | | 437.40 |
| 5/18/2012 | Lawn Sprinkler Repairs (New construction damage) Concrete | | |
| | *Labor - 3Men@6 hours (Total 18 Hours x $27.00) | | 486.00 |
| | 10% Discount | | (48.60) |
| | | | 437.40 |
| | PARTS FUND- Belle Isle | | |
| | Four (4) Rotor Heads #5012PC $30.00 ea. | | 120.00 |
| | Twelve (12) 1" Poly Couplers #1407-010 $2.80 ea. | | 12.00 |
| | Sixteen (16) 1"x1/2" 90degree #1403-130 $3.85 ea. | | 33.60 |
| | Thirty (30) Clamps #3255 $1.00 ea. | | 30.00 |
| | | Plus 6% (Mark-up) | 11.74 |
| | | | 207.34 |
| | | $ | 1,082.14 |
| | | | |
| | | | o |

If you have any questions concerning this invoice,
Karen Agar, Email;darrinagar@msn.com

**TOTAL** $ **1,082.14**

# INVOICE

## AGAR

**Lawn Sprinkler Systems, Inc.**
ID 386189185
18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

**DATE:** May 30, 2012
**INVOICE #** 212
**FOR:** Park Fund
P.O. 2714942
**BILL TO:** General Services Department

Attention:
Deborah Coleman
313-628-0905

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| Week of | Park Fund | | |
| 5/21/2012 - | | | |
| 5/25/2012 | STOPEL FOOTBALL FIELD | | |
| | Repairs | | |
| | *Labor - 3 Men@8 hours (Total 18 Hours x $27.00) | | 648.00 |
| | | 10% Discount | (64.80) |
| | | | 583.20 |
| | PARTS FUND- Stopel Field | | |
| | Four (4) Rotor Heads #5012PC $30.00 ea. | | 120.00 |
| | Two (2) 24-Volt Solenoid Coils #Sol24 $35.00 ea. | | 70.00 |
| | Fifteen (15) Clamps #3255 $1.00 ea. | | 15.00 |
| | | Plus 6% (Mark-up) | 12.30 |
| | | | 217.30 |

If you have any questions concerning this invoice,
Karen Agar, Email;darrinagar@msn.com

**$ 800.50**

***THANK YOU FOR YOUR BUSINESS!***

0

**TOTAL $ 800.50**



(313) 892-5335
(313) 892-5337 Fax

**INVOICE**
**16395**

## Lawn Sprinkler Systems, Inc.
18055 Van Dyke Ave. • Detroit, MI 48234

To: _CITY OF DETROIT_   Date _5-18-12_

_G.S.D.  ID# 35  618918.5_

_BELLE ISLE ENTRANCE  P.O.# 271494.2_

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------------|---------|---------|---------|
| | LAWN SPRINKLER REPAIRS | | | |
| | DAMAGED FROM NEW CONCRETE CONST | | | |
| 5-18-11 | LABOR · 3 MEN 6 HRS TOTAL 18 HRS. X $27.11 | | | 406.º |
| | PARTS. 2 · ROTOR HEADS | | 30.ºA | 90.º |
| | 6 PT. 1" POLY PIPE FITTINGS CLAMP | | | 80.ºº |
| | | | | |
| | | SALES TAX | | G |
| | Thank You Please Remit This Amount | | TOTAL | 651.º |

(313) 892-5335
(313) 892-5337 Fax

**INVOICE**
**16002**

## Lawn Sprinkler Systems, Inc.
18055 Van Dyke Ave. · Detroit, MI 48234

To: CITY OF DETROIT          Date: 7.7.11

G.S.D.  Inv# 38-6189185

PARK FUND  P.O.# 271/494/2

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|
| | LAWN SPRINKLER REPAIRS | | | |
| | LOCATION DEDICATIONS PARK STUCK ON | | | |
| 7.7.11 | LABOR 3MEN 6 HRS  TOTAL 18 Hrs. x 27 @.11= | | | 486 ⁰⁰ |
| | PARTS (IN STUCK) | | | |
| | 2. 12V. LT BATTERIES  # RAINVAC 791 14 EA | | | 28 ⁰⁰ |
| | 3. ROT-R HEADS  # 5012 PE | 3 ⁰⁰ EA | | 90 ⁰⁰ |
| | 1. 1½ ELE ZONE VALVE | 8 ⁰⁰ EA | | 80 ⁰⁰ |
| | PARTS. ELE WIRK-UP  (TOTAL PARTS #196⁰⁰) | | | 15 ⁸⁴ |
| | | SALES TAX | | |
| | Thank You Please Remit This Amount | TOTAL | | 699 ⁸⁴ |

(ATTH. MR. JERRY HAINES)



(313) 692-5335
(313) 892-5337 Fax

**INVOICE**
**15755**

**Lawn Sprinkler Systems, Inc.**
18055 Van Dyke Ave. • Detroit, MI 48234

OFFICE

To: CITY OF DETROIT   Date 4.14.11
G.S.D   ID# 38-6169165
HART PLAZA   P.O.# 271492

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------------|---------|---------|---------|
| 4.11.11 TO 4.14.11 | HART PLAZA EAST SIDE PUL BREAK PARTS (ALL PARTS IN STOCK) | | | |
| | 6 OF T. 3" PVC PIPE # 3 PVC BE | 3 00 EA | | 180 00 |
| | 6 - 3" PVC SLIP FIX # 118 30 | 28 51 EA | | 171 06 |
| | 10 - ROTOR HEADS # 50121R | 30 00 EA | | 300 00 |
| | 10 1" X 1/2 TH. 90 # 1403130 | 3 85 EA | | 38 50 |
| | 10. CLAMPS # 432 SS | 1 00 EA | | 10 00 |
| | | | | #699 56 |
| | | | | 559 6 |
| | 8% MARK-UP | | | |
| (ATTN DWIE SPARKS) | | SALES TAX | | 52 |
| | Thank You Please Remit This Amount | TOTAL | | 755 |



INVOICE

(313) 892-5335
(313) 892-5337 Fax

15754

**Lawn Sprinkler Systems, Inc.**

8055 Van Dyke Ave. · Detroit, MI 48234

To: CITY OF DETROIT    Date: 4.14.11

C.S.D.    ID# 38-118 9185.

HART PLAZA    P.O.# 2714942

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|
| | HART PLAZA | | | |
| | EAST-SIDE | | | |
| | LAWN SPRINKLER | | | |
| | EMERGENCY | | | |
| | 3" PVC BREAK | | | |
| 4.13.11 | LABOR - 4 MEN 8 HRS + | | | |
| | TOTAL 32 HRS X 27/P.H | 864 | | |
| | NOT FINISHED | | | |
| 4.14.11 | LABOR - 4 MEN 10 HRS | | | |
| | TOTAL 40 HRS X 27/P.H | 1080 | | |
| | (ATTN DOWIE SPARKS). | 1 | | |

| | | SALES TAX | |
| | Thank You Please Remit This Amount | TOTAL | 1944 |



(313) 892-5335
(313) 892-5337

**Lawn Sprinkler Systems, Inc.**

Office 8055 Van Dyke Ave. · Detroit, MI 48234

INVOICE
**15753**

To: CITY OF DETROIT   Date 4-12-11

G.S.D   ID# 38-6189185

HART PLAZA. P.O.# 2714942

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------------|---------|---------|---------|
| | HART PLAZA | | | |
| | EAST SIDE | | | |
| | LAWN SPRINKLER | | | |
| | MAIN WATER | | | |
| | PVC BREAK | | | |
| 4-11-11 | LABOR - 4 MEN 10 HRS TOTAL 40 HRS. X 27 P.H. | | | 1080 00 |
| 4-12-11 | LABOR - 4 MEN 8 HRS TOTAL 32 HRS. X 27 P.H. | | | 864 |
| | (ATTN DWIE SPARKS) | | | |
| | | SALES TAX | | -0- |
| | Thank You Please Remit This Amount | TOTAL | | 1944 |

(313) 892-5335
(313) 892-5337 Fax

**INVOICE**
**15752**

## Lawn Sprinkler Systems, Inc.
18055 Van Dyke Ave. · Detroit, MI 48234

To: CITY OF DETROIT Date 4.16.11
C.S.D. ID# 38-6189185
PARK FUND P.O# 2714942

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|
| WEEK 4F. 4.11.11 TO 4.16-11 | LAWN SPRINKLER SPRING START-UP LOCATION RIVERSIDE MARINA | | | |
| | LABOR - 3 MEN 5HRS TOTAL 15 HRS. X 27ºº P.H= | | | # 405ºº |
| | + STANTON PARK REPLACED DAMAGED CONTROLLER LABOR 3 MEN 6 HRS TOTAL 18 HRS. X 27ºº P.H= | | | 486ºº |
| | | | SALES TAX | ºº |
| | Thank You Please Remit This Amount | | TOTAL | 891 |



(313) 882-5335
(313) 892-5337 Fax

**INVOICE**
**15747**

## Lawn Sprinkler Systems, Inc.
18055 Van Dyke Ave. · Detroit, MI 48234

To: CITY OF DETROIT Date 4.16.11
G.S.D JD # 38 (189185
PARK FUND P.O# 2714942

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------------|---------|---------|---------|
| WEEK of 4.11.11 TO 4.16.11 | LAWN SPRINKLER PARTS - ALL LOCATIONS | | | 4 |
| | 24. ROTER HEADS # 5212PC | 30 ea | 7 ea | 720 ᵉᵃ |
| | 15- SPRAY HEADS + NOZZIES #1865 | 15⁷⁰ EA | | 235.50 |
| | 14. 12"SPRAY HEADS + NOZZIES #1812.5 | 19²⁵ EN | | 269⁵⁰ |
| | 53. 1"Y/H.90 # 1803130 | 385 EN | | 204⁰⁵ |
| | 160 FT. 1" PolY PIPE # CH100N110 | 30/ FT. | | 48 ᶜᵒ |
| | 142. CLAMPS # H3255 | 100 | | 142 |
| | 4. 24 VoLT Sole Noi COILS #. Sol 24 | 35 EA | | 190 ᶜᵒ |
| | 4. VALVE BoXES # AVP10 | 14 EA | | 56 ᶜᵒ |
| | 8% MARK-UP | | | 1815⁰³ 145²⁰ 1 |
| | (ALL PARTS IN STOCK) | | SALES TAX | ∅ |

Thank You Please Remit This Amount   TOTAL # 1960⁷⁵



(313) 892-5335
(313) 892-6337 Fax

INVOICE
15746

## Lawn Sprinkler Systems, Inc.
18055 Van Dyke Ave. • Detroit, MI 48234

To: CITY CF DETRUIT  Date 4.16.11

G.S.D  ID# 38-6189185

PARK FUND P.C# 2714942

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------------|---------|---------|---------|
| WEEK OF 4.11.11 TO 4.16-11 | LAWN SPRINKLER SPRING START-UP LOCATIONS | | | |
| | BUTZELL REC CENTER KERCHUVAL ST | | | |
| | LABUR 4 MEN 6 HRS CC TOTAL 24 HRS X 27.11= | | | $648 |
| | CADILLAC SQ PARK | | | |
| | LAB. 4 MEN 8 HRS TOTAL 32 HRS X 27 H. | | | 864 |
| | | | SALES TAX | CC |
| | Thank You Please Remit This Amount | | TOTAL | 1512 |



(313) 892-5335
(313) 892-5337 Fax

**INVOICE**
**15745**

## Lawn Sprinkler Systems, Inc.
18055 Van Dyke Ave. · Detroit, MI 48234

To: CITY OF DETROIT    Date 4·16·11

C.S.D. ID # 38 6189185

PARK FUND    P.O.# 271494/2

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------------|---------|---------|---------|
| WEEK OF 4·11·11 TO 4·16·11 | LAWN SPRINKLERS SPRING START-UP LOCATIONS | | | |
| | GRAND CIRCUS PARK - WEST | | | |
| | LABOR - 4 MEN 8 HRS # CC | | | EC4 |
| | TOTAL 32 HRS X 27 P.H. + | | | |
| | GRAND CIRCUS PARK - EAST | | | |
| | LABOR 4 MEN 10 HRS | | | CC |
| | TOTAL 40 HRS X 27 P.H. | | | 1180 |
| | | SALES TAX | | 00 |
| | *Thank You* Please Remit This Amount | TOTAL | | 1944 |



(313) 892-5338
(313) 892-5337 Fax

**INVOICE**
**15744**

## Lawn Sprinkler Systems, Inc.
18055 Van Dyke Ave. • Detroit, MI 48234

To: CITY OF DETROIT     Date 4·16·11

G.S.D   ID #38-6189185

PARK FUND   P.O #271 49½

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------------|---------|---------|---------|
| WEEK OF 4.11.11 | LAWN SPRINKLERS SPRING START-UP | | | |
| To 4·16·11 | LOCATIONS COLEMAN Young REC CENTER | | | |
| | LABOR 4/LEN@H.S. TOTAL 32 Hrs. X@ ⁓Pil (NOT FINISHED) | | | 864 |
| | LABOR 4 MEN 4/Hr's TOTAL 16 Hrs. Y⁓ ⁓P.il (2 ND VISIT) + | | | 432 |
| | Michigan Ave / 3RD ST. PARK LABOR: 4 MEN 6 Hr's TOTAL 24 Hrs X⁓ ⁓il (NOT FINISHED NEEDS NEW ST. BOX VALV) | | SALES TAX | 648 |
| | | | TOTAL | 1944 |

*Thank You* Please Remit This Amount

(313) 892-5335
(313) 892-5337 Fax

INVOICE
15263

## Lawn Sprinkler Systems, Inc.
18055 Van Dyke Ave. · Detroit, MI 48234

To: CITY OF DETROIT Date 2-16-10
G.S.D. ID# 38.6189185
PARK FUND P.O# 2714942

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------------|---------|---------|---------|
| WEEK OF 7.12.10 TO 7.16.10 | LAWN SPRINKLER PARTS - ALL LOCATIONS | | | |
| | 2.1/2" ELE ZONE VALVES # PCA150 | 8400 #80 | | 160⁰⁰ |
| | 8- ROTOR HEADS # 5012 AC | 30⁰⁰ | | 240⁴⁴ |
| | 7. SPRAY HEADS # NOZZLES # 1806. S | 15EA 70 | | 1090⁵⁰ |
| | 15-1"X 1/2" Th 90° # H03130 | 3 85 | | 5775 |
| | 50. CLAMPS # H3255 | /⁰⁰ | | 50⁰⁰ |
| | 2. 24 VOLT SOLENOID COILS # SUL2Y | 35 50 | | 70⁴⁴ |
| | 2. VALVE BOXES A-1N | 11/₂ | | 28⁰⁰ |
| | | | | 715.65 573.25 |
| | 8% MARK-UP | | SALES TAX | |
| | Thank You Please Remit This Amount | | TOTAL# | 772.20 |
| | Total $772.00 | | | |





**Lawn Sprinkler Systems, Inc.**

# 38-6180185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

# INVOICE

| | |
|---|---|
| DATE: | May 28, 2013 |
| INVOICE # | 410 |
| FOR: | Park Fund |
| | P.O. 2871984 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|

**#1 BELLE ISLE ENTRANCE WAY**

5/24/2013                        Repairs

NOTE:>>   PER REQUEST/APPROVAL OF ANGIE, SUPV. BELLE ISLE 313-618-4614

| | | |
|---|---|---|
| Labor= 3 Men@ 6 hours  (Total 18 Hours x $26.00 p.h.) | $ | 468.00 |
| 10% Discount | $ | (46.80) |
| | $ | 421.20 |

| Parts Fund | #1 Belle Isle Entrance Way | | | |
|---|---|---|---|---|
| Four | Rotor Heads #5012PC  $30.00 ea. | 4 | $ | 120.00 |
| | | | $ | - |
| Four | 1"x1/2" 90degree #1403-130 $3.85 ea. | 4 | $ | 15.40 |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| Eight | Clamps #3255 $1.00 ea. | 8 | $ | 8.00 |
| | | | $ | - |
| | Plus 6% (Mark-up) | | $ | 8.60 |
| | Total Parts | | $ | 152.00 |
| | SUBTOTAL | | $ | 573.20 |
| | APPLICABLE TAX | | $ | - |
| | OTHER | | $ | - |
| | TOTAL | | $ | 573.20 |

## THANK YOU FOR YOUR BUSINESS!

If you have any questions concerning this invoice contact Karen Agar at email: damnagar@msn.com



# INVOICE

**Lawn Sprinkler Systems. Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| DATE: | June 24, 2013 |
| INVOICE # | 412 |
| FOR: | GSD |
| P.O. # | 2871984 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |
| Net 45 By: | 8/26/2013 |

AMOUNT

DATE        DESCRIPTION

6/21/2013        Madison Avenue Islands

Repairs/Stuck-on

| | | | |
|---|---|---|---|
| Labor= 4 Men@ 4 hours (Total 16 Hours x $26.00 p.h.) | | $ | 416.00 |
| 10% Discount | | $ | (41.60) |
| By | 8/26/2013 | $ | 374.40 |
| After | 8/26/2013 | $ | 416.00 |

Requested & Approved by Angie Hipps, Floriculture Supervisor

Parts Fund                    Madison Avenue Islands

| | | | | |
|---|---|---|---|---|
| > | Check out System | | $ | -- |
| > | Re-Set Controller | | $ | -- |
| One | 1 1/2" Electric Zone Valve #PGA150 $80.00 ea. | 1 | $ | 80.00 |
| One | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 1 | $ | 35.00 |
| | | | $ | -- |
| | | | $ | -- |
| | | | $ | -- |
| | | | $ | -- |
| | Plus 6% | | $ | 6.90 |
| | Total Parts | | $ | 121.90 |
| | SUBTOTAL | | $ | 496.30 |
| | APPLICABLE TAX | | $ | -- |
| | TOTAL Due By 8/26/2013 | | $ | 496.30 |
| | TOTAL Due After 8/26/2013 | | $ | 537.90 |

## THANK YOU FOR YOUR BUSINESS!



# Lawn Sprinkler Systems, Inc.

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

# INVOICE

| | |
|---|---|
| DATE: | July 1, 2013 |
| INVOICE # | 412 REVISED |
| FOR: | GSD |
| P.O. # | 2871984 |
| BILL TO: | City of Detroit |
| | General Services |
| | Department (GSD) |
| ATTENTION: | Deborah Coleman |
| | 313-628-0905 |
| Net 45 By: | 9/2/2013 |

DATE          DESCRIPTION                                                        AMOUNT

6/21/2013     Madison Avenue Islands

              Repairs/Stuck-on

| | | | | |
|---|---|---|---|---|
| Labor= 4 Men@ 4 hours  (16 Man Hours x $26.00 p.h.) | | | $ | 416.00 |
| 50% Discount for the betterment of DETROIT | | | $ | (208.00) |
| | By | 9/2/2013 | $ | 208.00 |
| | After | 9/2/2013 | $ | 208.00 |

Requested & Approved by Angie Hipps, Floriculture Supervisor

Parts Fund                    Madison Avenue Islands

| | | | | |
|---|---|---|---|---|
| > | Check out System | | $ | - |
| > | Re-Set Controller | | $ | - |
| One | 1 1/2" Electric Zone Valve #PGA150 $80.00 ea. | 1 | $ | 80.00 |
| One | 24-Volt Solenoid Coils #Sol24 $35.00 ea. | 1 | $ | 35.00 |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |

| | | |
|---|---|---|
| Plus 6% | $ | 6.90 |
| Total Parts | $ | 121.90 |
| SUBTOTAL | $ | 329.90 |
| APPLICABLE TAX | $ | - |
| TOTAL Due By 9/2/2013 | $ | 329.90 |
| TOTAL Due After 9/2/2013 | $ | 329.90 |

## THANK YOU FOR YOUR BUSINESS!

#412

From: Robert Agar <agarsprinklers@aol.com>
To: ahipps <ahipps@detroitmi.gov>
Subject: REVISED Invoice #412
Date: Mon, Jul 1, 2013 12:56 pm

Angie,

We have resubmitted invoice #412

As a means to an end, Agar Lawn Sprinkler Systems, Inc. will absorb a one time 50% labor reduction on invoice #412, for the betterment of the city of Detroit.

Sincerely,
Robert Agar, Owner
Agar Lawn Sprinkler Systems, Inc.



# INVOICE

**Lawn Sprinkler Systems, Inc.**

ID # 38-6189185

18055 Van Dyke Avenue
Detroit, MI 48234
Phone: 313.892.5335
Fax: 313.892.5337

| | |
|---|---|
| DATE: | July 1, 2013 |
| INVOICE # | 413 |
| FOR: | GSD |
| P.O. # | 2871984 |
| BILL TO: | City of Detroit General Services Department (GSD) |
| ATTENTION: | Deborah Coleman 313-628-0905 |
| Net 45 By: | 9/2/2013 |

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| | **Grand Circus Park - EAST** | | | |
| | Irrigation repairs to existing system | | | |
| | Per approved Estimate (attached) | | | |
| 6/21/2013 | Labor= 3 Men@ 3 hours (9 Man Hours x $26.00 p.h.) | | $ | 234.00 |
| 6/24/2013 | Labor= 4 Men@ 6 hours (24 Man Hours x $26.00 p.h.) | | $ | 676.00 |
| | 10% Discount | | $ | (91.00) |
| | By | 9/2/2013 | $ | 819.00 |
| | After | 9/2/2013 | $ | 910.00 |

Requested & Approved by Angie Hipps, Floriculture Supervisor

| Parts Fund | Grand Circus Park - East | | | |
|---|---|---|---|---|
| One | Water Main Break | | | |
| One | Valve Box #AVP10 $14.00 ea. | 1 | $ | 14.00 |
| Nine | Spray Heads & Nozzles #1806S $15.70 ea. | 9 | $ | 141.30 |
| Eight | Rotor Heads #5012PC $30.00 ea. | 8 | $ | 240.00 |
| Eight | 1"x1/2" 90degree #1403-130 $3.85 ea. | 8 | $ | 30.80 |
| Seventeen | Clamps #3255 $1.00 ea. | 17 | $ | 17.00 |
| Twenty Ft. | 1" PVC Poly-Pipe #BE80 1.00 per ft. | 20 | $ | 20.00 |

| | | | |
|---|---|---|---|
| Plus 6% | | $ | 27.79 |
| Total Parts | | $ | 490.89 |
| SUBTOTAL | | $ | 1,309.89 |
| APPLICABLE TAX | | $ | - |
| TOTAL Due By | 9/2/2013 | $ | 1,309.89 |
| TOTAL Due After | 9/2/2013 | $ | 1,400.89 |

## THANK YOU FOR YOUR BUSINESS!

↺ Reply | ∨      🗑 Delete     Junk | ∨     •••                                                    ✕

# Agar Invoice #413 Grand Circus Park-EAST

DA    DarrinKaren Agar <darrinagar@msn.com>                          ⌃   🗐   📄   ↺ Reply | ∨
      Mon 7/1/2013, 12:56 PM
      Deborah Coleman (colemand@detroitmi.gov) ≽

Sent Items

      alsinvoice413GCPEast.pdf        ⌄
      96 KB

≽ Show all 1 attachments (96 KB)   Download   Save to OneDrive - Personal

GSD,

Attached please find invoice #413 for irrigation services at Grand Circus Park EAST.

Sincerely,
Karen Agar

From: Angela Hipps <ahipps@detroitml.gov>
To: Robert Agar <agarsprinklers@aol.com>
Subject: Re: Grand Circus Park
Date: Fri, Jun 21, 2013 8:04 am

Hi,
I'd like to proceed with these repairs on East Grand Circus.
I need to know when they will be schedule so I can meet someone there when they
begin, so if you could let me know I'd appreciate it.
I would also like to talk to Bob about the west side.
Thanks,
Angie

Angela Hipps
Floriculture Supervisor/ Vacant Lot Supervisor
General Services Department
Grounds Maintenance & Forestry Division
Anna Scripps Whitcomb Conservatory & Greenhouses
Belle Isle Park
Detroit, MI 48207
(313) 822-2867 office
(313) 618-8614 cell
(313) 821-5428 Conservatory
(313) 821-5793 Fax
Email: ahipps@detroitml.gov

>>> Robert Agar <agarsprinklers@aol.com> 04/19/2013 3:59 PM >>>

City of Detroit General Services Department,

Per your Request - Attached please find Agar Lawn Sprinkler Systems, Inc.
Estimate for Repairs to Grand Circus Park - EAST
If you decide to proceed with these repairs, we must receive a
Signed "Request for Service" form (also attached) before you will be placed on
our schedule.

Thank you,
Robert Agar, Owner

-----Original Message-----
From: Angela Hipps <ahipps@detroitml.gov>
To: agarsprinklers <agarsprinklers@aol.com>; darrinagar <darrinagar@aol.com>
Sent: Tue, Jun 18, 2013 3:50 pm
Subject: Grand Circus Park

Hi,
I'm hoping to get an estimate for repairs for Grand Circus Park. Brad Dick,
General Services Director, has asked me to get an estimate so he can approve
repair costs.
I spoke to Bob earlier and he said he had sent someone from our dept. a list of
needed repairs. Do you have this list that you could send to me?
I would like to move forward with this and appreciate anything you can do to
help me out.
Thanks,
Angie

Angela Hipps
Floriculture Supervisor/ Vacant Lot Supervisor
General Services Department
Grounds Maintenance & Forestry Division
Anna Scripps Whitcomb Conservatory & Greenhouses
Belle Isle Park
Detroit, MI 48207
(313) 822-2867 office
(313) 618-8614 cell
(313) 821-5428 Conservatory
(313) 821-5793 Fax
Email: ahipps@detroitml.gov

This message has been scanned for malware by SurfControl plc.
www.surfcontrol.com

✉ Send      📎 Attach      Discard      •••                                                                    ✕

Cc  Bcc

From ▾      darrinagar@msn.com

To          AH   Angela Hipps   ✕        D    dickb@detroitmi.gov   ✕

RE: Grand Circus Park

          alsGSDGrandCircusPark...   ✕           Request for Irrigation S...   ✕
          90 KB                       ⌄           138 KB                        ⌄

City of Detroit General Services Department,

Per your Request - Attached please find Agar Lawn Sprinkler Systems, Inc.
Estimate for Repairs to Grand Circus Park - EAST
If you decide to proceed with these repairs, we must receive a
*Signed*-"Request for Service" (also attached) before you will be placed on our schedule.

Thank you,
Robert Agar, Owner

> Date: Tue, 18 Jun 2013 15:50:20 -0400
> From: ahipps@detroitmi.gov
> To: agarsprinklers@aol.com; darrinagar@msn.com
> Subject: Grand Circus Park
>
> Hi,
> I'm hoping to get an estimate for repairs for Grand Circus Park. Brad Dick, General Services
Director, has asked me to get an estimate so he can approve repair costs.
> I spoke to Bob earlier and he said he had sent someone from our dept. a list of needed repairs.
Do you have this list that you could send to me?
> I would like to move forward with this and appreciate anything you can do to help me out.
> Thanks,
> Angie
>
> Angela Hipps
> Floriculture Supervisor/ Vacant Lot Supervisor
> General Services Department
> Grounds Maintenance & Forestry Division

          Discard      📎              🔤          ⌄              ⌃    📷    ⁙    🗔    🏴    ⌄



Lawn Sprinkler Systems, Inc.

June 19, 2013

Mr. Brad Dick, Director
Ms. Angela Hipps
General Services Department
City of Detroit

_____

## Estimate

**Job Description:** Repairs to Existing System
**Job Location:** Grand Circus Park-EAST Only

**Price Includes:**

- Water Main Break
- Valve Box
- 10 or more : 12" Pop-up Spray Heads
- 8-10: Rotor Heads
- Clamps/Fittings/Poly Pipe
- System Start-up

Total Parts and Labor............................... $ 2,250.00 - $2,600.00

Sincerely,

Robert Agar
Owner

18055 Van Dyke Ave * Detroit, MI 48234 * 313-892-5335 * Fax 313-892-5337

12-JAN-10

1 of 3

PAYMENT ERROR

AGAR LAWN SPRINKLER SYSTEMS
INC

1019225

NOT PAID

| | | | | |
|---|---|---|---|---|
| 14204 | 08-APR-09 | GSD/14204/LABOR MAINTENANCE AND PARTS FOR SP | 0.00 | 1,577.88 |
| 14274DM | 09-MAY-09 | GSD/14274DM/LABOR MAINTENANCE AND PARTS FOR | 0.00 | (115.50) |
| 14291 | 16-MAY-09 | GSD/14291/LABOR MAINTENANCE AND PARTS FOR SP | 0.00 | 1,971.00 |
| 14385 | 13-JUN-09 | GSD/14385/LAWN SPRINKLER REPAIR AND MAINT | 0.00 | 1,782.00 |
| 14420 | 27-JUN-09 | GSD/14420/LAWN SPRINKLER REPAIR AND MAINT | 0.00 | 1,458.00 |
| 14421 | 27-JUN-09 | GSD/14421/LAWN SPRINKLER REPAIR AND MAINT | 0.00 | 243.00 |
| 14437 | 01-JUL-09 | GSD/14437/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 864.00 |
| 14446 | 13-JUL-09 | GSD/14446/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 1,674.00 |
| 14447 | 13-JUL-09 | GSD/14447/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 438.05 |
| 14449 | 11-JUL-09 | GSD/14449/LAWN SPRINKLER REPAIR AND MAINT. | 0.00 | 1,134.00 |
| 14475 | 21-JUL-09 | GSD/14475/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 1,345.25 |
| 14476 | 23-JUL-09 | GSD/14476/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 1,512.65 |
| 14481 | 25-JUL-09 | GSD/14481/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 1,134.00 |
| 14483 | 21-JUL-09 | GSD/14483/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 991.55 |
| 14492 | 27-JUL-09 | GSD/14492/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 1,975.00 |
| 14502 | 01-AUG-09 | GSD/14502/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 1,458.00 |
| 14503 | 01-AUG-09 | GSD/14503/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 891.00 |
| 14509 | 05-AUG-09 | GSD/14509/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 962.00 |
| 14518 | 08-AUG-09 | GSD/14518/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 972.00 |
| 14519 | 08-AUG-09 | GSD/14519/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 1,053.00 |
| 14520DM | 08-AUG-09 | GSD/14520DM/ITEM NOT COVERED UNDER CPG REDUCT | 0.00 | (157.75) |
| 14533 | 17-AUG-09 | GSD/14533/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 1,053.00 |
| 14547 | 21-AUG-09 | MAY/14547/SVC ON SPRINKLESS AT MAYOR'S MANSI | 0.00 | 1,944.00 |
| 14548 | 21-AUG-09 | MAY/14548/SVC ON SPRINKLESS AT MAYOR'S MANSI | 0.00 | 1,080.00 |
| 14549 | 21-AUG-09 | MAY/14549/SVC ON SPRINKLESS AT MAYOR'S MANSI | 0.00 | 1,122.91 |
| 14550 | 31-AUG-09 | MAY/14550/SVC ON SPRINKLESS AT MAYOR'S MANSI | 0.00 | 405.00 |
| 14576 | 31-AUG-09 | GSD/14576/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 1,102.68 |
| 14592 | 10-SEP-09 | GSD/14592/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 477.36 |
| 14594 | 12-SEP-09 | GSD/14594/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 1,944.00 |
| 14610 | 26-SEP-09 | LABOR | 0.00 | 1,295.14 |
| 14611 | 26-SEP-09 | PARTS | 0.00 | 1,559.52 |
| 14612 | 26-SEP-09 | GSD/14612/MAINTENANCE AND PARTS FOR PRINKLER | 0.00 | 1,728.00 |
| 14618 | 29-SEP-09 | LABOR | 0.00 | 1,944.00 |
| 14619 | 01-OCT-09 | LABOR | 0.00 | 1,944.00 |
| 14620 | 03-OCT-09 | LABOR | 0.00 | |
| 14671 | 03-OCT-09 | PARTS | 0.00 | 324.00 |
| 14762 | 06-OCT-09 | PLD SPRINKLER SERV INV#: 14762 | | |
| | | | 0.00 | 42,283.34 |

D - DOT

D - DOT

SHOULD BE 44985 28

CK# 304 2526

TOWD = 42883.34

8088

SHOULD 86 43003865

161 9.46
1.50
1503.96

43.357
15.50
431 1.8
3.083

Note: Discount from these two invoices, but the labor/parts were not paid.

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Difference owed is

Should have been $44,812.54

| | | |
|---|---|---|
| Spring Startup- Warren Avenue Islands | 5/9/09 | 1,817.10 |
| Parts- (week of 8/3-8/8, 2009) | 8/8/09 | 712.10 |
| Still Owe | | 2,529.20 |

Also, Payment Error   1/12/10

Stub attached – subtracted/ not added

See  Inv. #14274
See  Inv. #14520

13-53846-tjt   Doc 12697-7   Filed 10/13/17   Entered 10/13/17 11:04:09   Page 25 of 27

( 52 )

**(313) 892-5335**
**(313) 892-5337 Fax**

**AGAR**

**Lawn Sprinkler Systems, Inc.**
18055 Van Dyke Ave. • Detroit, MI 48234

**INVOICE**
**14520**

To: _CITY OF DETROIT_   Date _9 8 07_

_C S D   ID# 18-012910_

_STREET FUND   PO# 2214992_

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------------|---------|---------|---------|
| WEEK | LAWN SPINKLER | | | |
| | PARTS - | | | |
| | 2 PLASTIC HEADS | 30 | | 60 |
| | 8 SPRAY HEADS + NOZZLES @ ALL | 15½ | | 125 |
| | 15 1 X 3/4 PLASTIC WIRES | 3½ | | 57 |
| | 20 CLAMPS ##3658 | 1½ | | 20 |
| | 10 9 VOLT BATTERIES | 5½ | | 50 |
| | 6 12 VOLT BATTERIES + 26 | 21½ | | 126 |
| | 2 24 VOLT SOLENOID COILS + SLV | 35½ | | 70 |
| | | | | 659 |
| | | | | 52 |
| | 8% MARK UP | | | |

| | | SALES TAX | 0 |
| *Thank You* Please Remit This Amount | | TOTAL | 712.10 |

2 of 3

(313) 892-5335
(313) 892-5337 Fax

**AGAR**

**Lawn Sprinkler Systems, Inc.**

18055 Van Dyke Ave. • Detroit, MI 48234

INVOICE

.14274

To: _CITY OF DETROIT_          Date: _5-9-07_

_G.S.D.  ID# 38-618718?_

_STREET ___ ___ Put - ____

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|------|-------------|---------|---------|---------|
| | _LAWN SPRINKLERS_ | | | |
| | _TURNING STATION_ | | | |
| | _REPAIRS_ | | | |
| | _LOCATE'S_ | | | |
| | _WARREN AVE. ISLANDS_ | | | |
| | _BETWEEN ___ DICKEN +_ | | | |
| | _ANTENUE ___ DR._ | | | |
| | | | | _3-24_ |
| | _TOTAL 12 HEADS_ | | | |
| | _REPLACED ___ HEADS MISC 12_ | | | _5/0_ |
| | _IRRIGATION HEADS MISC 12_ | | | _45_ |
| | _ROTOR ___ HEADS_ | | | _115_ |
| | ____ ___ VALVES_ | | | _175_ |
| | _SOLENOIDS_ | | | _4/5_ |
| | _CLAMPS + MISC._ | | | _40_ |
| | _BATTERIES_ | | | _114_ |
| | _ENTRANCES_ | | | _110_ |
| | _BACK-UP PARTS_ | | | |
| | | | SALES TAX | |
| | _Thank You_ Please Remit This Amount | | TOTAL | _1817_ |