# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION BY AND BETWEEN THE CITY OF DETROIT AND MICHIGAN ECONOMIC DEVELOPMENT CORPORATION RESOLVING CLAIM NUMBERS 806, 807 AND 808

The City of Detroit, Michigan ("City") and Michigan Economic Development Corporation ("Claimant"; and collectively with the City, the "Parties") stipulate and agree as follows:

WHEREAS, on February 10, 2014, Claimant filed its proof of claim number 806 in the amount of $402,438.92 ("Claim 806");

WHEREAS, on February 10, 2014, Claimant filed its proof of claim number 807 in the amount of $5,081,780.82 ("Claim 807");

WHEREAS, on February 10, 2014, Claimant filed its proof of claim number 808 in the amount of $2,000,000.00 ("Claim 808");

WHEREAS, on October 22, 2014, the City filed its *Eighth Amended Plan of the Adjustment of Debts of the City of Detroit (October 22, 2014)* (the "Plan," Doc. No. 8045);

WHEREAS, Claimant and the City have now conferred and reached agreement regarding Claim 806, Claim 807 and Claim 808;

WHEREAS, capitalized terms not otherwise defined in this stipulation have the meanings given to them in the Plan;

NOW, THEREFORE, the Parties stipulate and agree

1. Claim 806 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $402,438.92.

2. Claim 807 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $5,081,780.82.

3. Claim 808 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $2,000,000.00.

4. The Parties respectfully request that the Court enter an order in the form attached as **Exhibit 1**.

| Stipulated and agreed to on October 13, 2017: |
|---|
| CITY OF DETROIT, MICHIGAN<br><br>By: /s/ Mary Beth Cobbs<br>Mary Beth Cobbs (P 40080)<br>Assistant Corporation Counsel<br>2 Woodward Ave, Suite 500<br>Detroit, MI 48226<br>Phone: (313) 237 3075<br>Email: cobbm@detroitmi.gov |

| MICHIGAN ECONOMIC DEVELOPMENT CORPORATION<br><br>By: /s/ Linda R. Asciutto<br>Senior Vice President and General Counsel, Michigan Economic Development Corporation |
|---|

300 W. Washington Square
Lansing, MI 48933
Phone: (517) 241-5003
Email: asciuttol@michigan.org

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT AND MICHIGAN ECONOMIC DEVELOPMENT CORPORATION RESOLVING CLAIM NUMBERS 806, 807 AND 808**

This matter having come before the Court on the *Stipulation by and Between the City of Detroit and Michigan Economic Development Corporation Resolving Claim Numbers 806, 807 and 808* (the "Stipulation")[1]; and the Court being otherwise fully informed;

**IT IS HEREBY ORDERED THAT:**

1. Claim 806 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $402,438.92.

2. Claim 807 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $5,081,780.82.

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Stipulation.

3. Claim 808 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $2,000,000.00.

4. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.