UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT AND MICHIGAN ECONOMIC DEVELOPMENT CORPORATION RESOLVING CLAIM NUMBERS 806, 807 AND 808**

This case is before the Court on the stipulation filed October 13, 2017, entitled *Stipulation by and Between the City of Detroit and Michigan Economic Development Corporation Resolving Claim Numbers 806, 807 and 808* (Docket # 12699, the "Stipulation").[1] Based on the Stipulation,

IT IS ORDERED THAT:

1. Claim 806 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $402,438.92.

2. Claim 807 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $5,081,780.82.

3. Claim 808 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $2,000,000.00.

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Stipulation.

4. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this Order.

**Signed on October 13, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge