UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| Debtor. | Judge Thomas J. Tucker |

**ORDER SCHEDULING EVIDENTIARY HEARING
ON THE CITY OF DETROIT'S OBJECTION TO THE CLAIM
OF AGAR LAWN SPRINKLER SYSTEMS, INC. (DOCKET # 11399)**

This case came before the Court on October 18, 2017, for a second hearing regarding the City of Detroit's objection to the claim filed by Agar Lawn Sprinkler Systems, Inc. ("Agar") (Claim No. 776, the "Agar claim"). The City's objection to the Agar claim was part of the City's Forty-Seventh Omnibus Objection to Certain Claims (Docket # 11399), and is the only unresolved claim objection from that Forty-Seventh Omnibus Objection. Confirming action taken during the October 18, 2017 hearing, and for the reasons stated by the Court on the record during that hearing,

IT IS ORDERED that:

1. The Court will hold an evidentiary hearing on the City's objection to the Agar claim, on **Monday, January 8, 2018 at 2:00 p.m.**

2. The City and Agar are each granted leave to conduct discovery regarding the City's objection to the Agar Claim. Such discovery must be completed no later than December 15, 2017.

3. No later than January 3, 2018, the City and Agar must serve on each other, by delivery, fax, or e-mail, the following things: (a) a list of every witness the party may call during the evidentiary hearing; (b) a list of all exhibits that the party may present during the evidentiary hearing (the City's exhibits to be numbered; Agar's exhibits to be lettered); and (c) a copy of all marked exhibits that the party may present during the evidentiary hearing.

4. Not later than November 17, 2017, the City and Agar must file a joint status report, stating whether the City and Agar both agree to mediation of their dispute in accordance with L.B.R. 7016-2 (E.D. Mich.), and if so, who, if anyone, the parties have chosen as a mediator.

**Signed on October 18, 2017**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**