Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*11934* – Motion for Relief Nunc Pro Tunc Filed by Interested Party Jerome Collins (Whitfield, Benjamin)

*11947* – Motion for Relief Nunc Pro Tunc Filed by Interested Party Jerome Collins (Whitfield, Benjamin)

will be held on: 11/15/17 at 01:30 PM at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226

Dated: 10/20/17

                                                  BY THE COURT

                                                  Katherine B. Gullo, Clerk of Court
                                                  U.S. Bankruptcy Court