UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Case No. 13-53846

CITY OF DETROIT, MICHIGAN, Chapter 9

    Debtor. Judge Thomas J. Tucker
_____/

# ORDER DENYING MOTION BY JEROME COLLINS FOR LEAVE TO FILE DELAYED CLAIM

This case is before the Court on a motion filed by Jerome Collins, entitled "[Corrected] Motion for Entry of Order Granting Collins' Verified Motion for Leave to File Delayed Proof of Claim") (Docket # 11743, the "Motion"). Today the Court has filed a written opinion regarding the Motion. (Docket # 12704). For the reasons stated by the Court in its written opinion,

IT IS ORDERED that the Motion (Docket # 11743) is denied.

**Signed on October 20, 2017**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**