IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

_____

**STIPULATION FOR ENTRY OF AN ORDER ALLOWING CLAIM NOS. 936, 942, 945 AND WITHDRAWING CLAIM NO. 937**

The City of Detroit, Michigan ("City"), the Amalgamated Transit Union, Local 26 ("ATU Local 26"), Darryl Bates, and Bronte Kimbrough, by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on July 18, 2013 (the "Petition Date"), the City commenced this case under chapter 9 of title 11 of the Bankruptcy Code;

WHEREAS, on October 22, 2014, the City filed the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014) [Doc. No. 8045] ("Plan"), which Plan was confirmed [Doc. No. 8272] and became effective on December 10, 2014;

WHEREAS, Claim No. 936 filed by ATU Local 26 is allowed in the amount of $4,587.84 under the Plan as a Class 15 Convenience Claim;

WHEREAS, Claim No. 942 filed on behalf of Darryl Bates is allowed in the amount of $12,106.80 under the Plan as a Class 15 Convenience Claim;

WHEREAS, Claim No. 945 filed on behalf of Bronte Kimbrough is allowed in the amount of $3,186.00 under the Plan as a Class 15 Convenience Claim;

WHEREAS, Claim 937 filed by ATU Local 26 is withdrawn as moot; and

WHEREAS, the Parties believe that a consensual resolution of the above claims is in the best interest of the Parties;

WHEREFORE, the parties request the Court enter an Order in the form attached hereto as Exhibit A.

STIPULATED AND AGREED:

| | |
|---|---|
| */s/ Jeffrey Freund* <br> Bredhoff & Kaiser, P.L.L.C. <br> 805 15th Street, N.W., Suite 1000 <br> Washington, D.C. 20005 <br> (202) 842-2600 (p) <br> (202) 842-1888 (f) <br> jfreund@bredhoff.com | */s/ Marc N. Swanson* <br> Marc N. Swanson (P71149) <br> Attorney for Debtor – City of Detroit <br> 150 West Jefferson, Suite 2500 <br> Detroit, MI 48226 <br> (313) 496-7591 <br> swansonm@millercanfield.com <br><br> -and- <br><br> */s/ Jason McFarlane* <br> Jason T. McFarlane (P73105) <br> Attorney for Debtor – City of Detroit <br> 2 Woodward, Suite 500 <br> Detroit, MI 48226 <br> (313) 237-0548 <br> mcfaj@detroitmi.gov |

Dated: October 24, 2017

# EXHIBIT A

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## ORDER ALLOWING CLAIM NOS. 936, 942, 945 AND WITHDRAWING CLAIM NO. 937

This matter is before the Court on the Stipulation[1] for Entry of an Order allowing Claim Nos. 936, 942, and 945 and withdrawing Claim No. 937. The Court has reviewed the Stipulation and is otherwise fully advised in the premises and finds just cause for the relief granted herein:

THEREFORE, IT IS HEREBY ORDERED Claim No. 936 filed by ATU Local 26 is allowed in the amount of $4,587.84 under the Plan as a Class 15 Convenience Claim;

IT IS FURTHER ORDERED that Claim No. 942 filed on behalf of Darryl Bates is allowed in the amount of $12,106.80 under the Plan as a Class 15 Convenience Claim;

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

IT IS FURTHER ORDERED that Claim No. 945 filed on behalf of Bronte Kimbrough is allowed in the amount of $3,186.00 under the Plan as a Class 15 Convenience Claim;

IT IS FURTHER ORDERED that Claim No. 937 is withdrawn as moot.

IT IS FURTHER ORDERED that, except for the relief granted by this Order, all of ATU Local 26, Darryl Bates, and Bronte Kimbrough's claims against the City arising from or related to their filed claims are hereby released and resolved.

IT IS FURTHER ORDERED that this Court retains jurisdiction over any all matters arising from the interpretation or implementation of the Stipulation or this Order.