## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

# ORDER ALLOWING CLAIM NOS. 936, 942, 945 AND WITHDRAWING CLAIM NO. 937

This case is before the Court on the stipulation filed October 24, 2017, entitled "Stipulation for Entry of an Order Allowing Claim Nos. 936, 942, and 945 and Withdrawing Claim No. 937" (Docket # 12707, the "Stipulation").[1] The Court has reviewed the Stipulation and is otherwise fully advised in the premises and finds just cause for the relief granted herein. Based on the Stipulation,

IT IS ORDERED that Claim No. 936 filed by ATU Local 26 is allowed in the amount of $4,587.84 under the Plan as a Class 15 Convenience Claim.

IT IS FURTHER ORDERED that Claim No. 942 filed on behalf of Darryl Bates is allowed in the amount of $12,106.80 under the Plan as a Class 15 Convenience Claim.

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.

IT IS FURTHER ORDERED that Claim No. 945 filed on behalf of Bronte Kimbrough is allowed in the amount of $3,186.00 under the Plan as a Class 15 Convenience Claim.

IT IS FURTHER ORDERED that Claim No. 937 is withdrawn as moot.

IT IS FURTHER ORDERED that, except for the relief granted by this Order, all of ATU Local 26's, Darryl Bates's, and Bronte Kimbrough's claims against the City arising from or related to their filed claims are released and resolved.

IT IS FURTHER ORDERED that this Court retains jurisdiction over any all matters arising from the interpretation or implementation of the Stipulation or this Order.

**Signed on October 24, 2017**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge