UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

CITY OF DETROIT, MICHIGAN

Debtor.
_____/

Chapter 9

Hon. Thomas J. Tucker

Case No. 13-53846

# CERTIFICATION OF NO RESPONSE TO MOTION OF THE GREAT LAKES WATER AUTHORITY AS SUCCESSOR IN INTEREST TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT FOR ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR DATE ORDER AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND PARTHO GHOSH

NOW COMES the Great Lakes Water Authority as successor in interest to the City of Detroit Water and Sewerage Department ("GLWA"), by and through its attorneys Kilpatrick & Associates, P.C., states as follows:

1. On September 28, 2017, Kilpatrick & Associates, P.C. filed the MOTION OF THE GREAT LAKES WATER AUTHORITY AS SUCCESSOR IN INTEREST TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT FOR ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR DATE ORDER AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND PARTHO GHOSH, Proposed Order, Notice and Proof of Service with the Court and an employee of Kilpatrick & Associates, P.C. served copies of the Motion and Attachments, and the Notice of Requirement for Response on the Debtor's Attorney, the Chapter 7 Trustee, the Office of the U.S. Trustee and served copies of the Notice only to all interested parties listed on the creditor's mailing matrix pursuant to L.B.R. 4001-1(a) (E.D.M.).

2. As of this date, no Objection or request for Hearing has been filed regarding the MOTION OF THE GREAT LAKES WATER AUTHORITY AS SUCCESSOR IN INTEREST TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT FOR ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR

DATE ORDER AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND PARTHO GHOSH.

3. More than twenty-one (21) days have passed since the service of said Motion and Notice of Motion.

**WHEREFORE**, Great Lakes Water Authority as successor in interest to the City of Detroit Water and Sewerage Department ("GLWA"), by and through its attorneys Kilpatrick & Associates, P.C., prays this Court grant the relief requested in the MOTION OF THE GREAT LAKES WATER AUTHORITY AS SUCCESSOR IN INTEREST TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT FOR ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR DATE ORDER AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND PARTHO GHOSH.

Respectfully Submitted,
KILPATRICK & ASSOCIATES, P.C.

/s/ *Richardo I. Kilpatrick*
RICHARDO I. KILPATRICK (P35275)
JAMES M. McARDLE (ARDC 6203305)
Attorney for Great Lake Water Authority as successor in interest to the City of Detroit Water and Sewerage Department
615 Griswold, Suite 1305
Detroit, MI 48226
(313) 963-2581

Dated: October 26, 2017      ecf@kaalaw.com