# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

Chapter 9

CITY OF DETROIT, MICHIGAN

Hon. Thomas J. Tucker

Debtor.

_____/

Case No. 13-53846

## CORRECTED PROOF OF SERVICE

**Gloria Vicari** states that on this 1st day of November 2017 she served a copy of the GREAT LAKES WATER AUTHORITY AS SUCCESSOR IN INTEREST TO THE DETROIT WATER AND SEWERAGE DEPARTMENT'S MOTION OF THE GREAT LAKES WATER AUTHORITY AS SUCCESSOR IN INTEREST TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT FOR ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR DATE ORDER AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND PARTHO GHOSH, the PROPOSED ORDER, THE NOTICE OF FOURTEEN DAYS TO RESPOND and this PROOF OF SERVICE upon the following parties with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Richardo I. Kilptrick          ecf@kaalaw.com

Office of the U.S. Trustee       via ecf email

And by depositing same in a United States postal box located in Detroit, Michigan, with the lawful amount of postage affixed thereto and addressed to:

Association of Municipal Engineers
Detroit Water & Sewerage Department,
New Administration Building, Room 420
9300 West Jefferson
Detroit, Michigan 48209

Attn:  Partho Ghosh

/s/  Gloria Vicari_____
**Gloria Vicari,** an employee of
KILPATRICK & ASSOCIATES, P.C.
Attorneys for the Great Lakes Water Authority as
    successor in interest to Detroit Water and
    Sewerage Department
615 Griswold, Suite 1305
Detroit, Michigan 48226
Dated: November 1, 2017    (313) 963-2581
ecf@kaalaw.com