UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED '17 NOV 1 AM 11:49
US BANKRUPTCY MIE-DET

IN THE MATTER OF:

CITY OF DETROIT, MICHIGAN

Debtor.

Chapter 9

Hon. Thomas J. Tucker

Case No. 13-53846

**REPLY TO THE MOTION OF THE GREAT LAKES WATER AUTHORITY AS SUCCESSSOR IN INTEREST TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT FOR ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR DATE ORDER AGAINST THE AAOSIATION OF MUNICIPAL ENGINEERS AND PARTHO GHOSH**

**PROOF OF SERVICE**

Partho Ghosh states that on this 30th day of October 2018 he served a copy to the reply of the Motion, "THE GREAT LAKES WATER AUTHORITY AS SUCCESSSOR IN INTEREST TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT FOR ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR DATE ORDER AGAINST THE AAOSIATION OF MUNICIPAL ENGINEERS AND PARTHO GHOSH", and this PROOF OF SERVICE to the following parties:

United States Bankruptcy Court
211 W. Fort Street
Detroit, MI 48226

United States Trustee
211 W. Fort Street, Suite 700
Detroit, MI 48226

Richardo I. Kilpatrick
Kilpatrick & Associates, PC
615 Griswold, Suite 1305
Detroit, MI 48226

*[signature]*

PARTHO GHOSH