# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER CONVERTING THE NOVEMBER 15, 2017 HEARING INTO A STATUS CONFERENCE ONLY, REGARDING THE MOTION OF THE DETROIT FIRE FIGHTERS ASSOCIATION, IAFF LOCAL 344 ("DFFA") FOR ENTRY OF AN ORDER ENFORCING THE NOVEMBER 30, 2015 GLOBAL SETTLEMENT BETWEEN THE DFFA AND THE CITY OF DETROIT, ETC.**

Based on the stipulation filed November 3, 2017 (Docket # 12719), regarding the Motion of the Detroit Fire Fighters Association, IAFF Local 344 ("DFFA") for Entry of an Order Enforcing the November 30, 2015 Global Settlement Between the DFFA and the City of Detroit resolving That Portion of DFFA Claim No. 2812 Related to the Grievance Filed on Behalf of Detroit Fire Fighter Bradley Smola and Requiring Smola's Reinstatement and for Related Relief (Docket # 11811, the "Motion");

IT IS ORDERED THAT the hearing on the Motion now set for November 15, 2017 at 1:30 p.m. is converted into a status conference only. The Court will not hear argument regarding the Motion itself at that time.

IT IS FURTHER ORDERED THAT the parties must appear on November 15, 2017 at 1:30 p.m. for the status conference.

**Signed on November 03, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge