UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

        Debtor.
_____/

Bankruptcy Case No. 13-53846
Honorable Thomas J. Tucker
Chapter 9

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 4, 2017, the Stipulation for Order Granting Hearing on Motion of the Detroit Fire Fighters Association, IAFF Local 344 ("DFFA") for Entry of an Order Enforcing the November 30, 2015 Global Settlement Between the DFFA and the City of Detroit resolving That Portion of DFFA Claim No. 2812 Related to the Grievance Filed on Behalf of Detroit Fire Fighter Bradley Smola and Requiring Smola's Reinstatement and for Related Relief [Doc. No. 11811] ("Motion") Without Date and Setting Matter for Status Conference [Doc. No. 12719], the Order Converting the November 15, 2017 Hearing Into a Status Conference Only,  Regarding the Motion of the Detroit Fire Fighters Association, IAFF Local 344 ("DFFA") for Entry of an Order Enforcing the November 30, 2015 Global Settlement Between the DFFA and the City of Detroit, Etc. [Doc. No. 12721] and Certificate of Service was sent to Bradley Smola by email to 79fireman@gmail.com and  via regular mail as follows:

Mr. Bradley Smola
31712 Brown
Garden City, MI 48135.

        Respectfully submitted,

        LAW OFFICE OF BARBARA A, PATEK, P.L.C.

        By:  */s/ Barbara A. Patek*
             Barbara A. Patek (P34666)
             Co-Counsel for the Detroit Fire Fighters Association, IAFF Local 344
             27 E. Flint St., Suite 2
             Lake Orion, MI  48362
             Telephone: (248) 814-9470
             Facsimile: (248) 814-8231
             E-mail:  pateklaw@gmail.com

DATED:   November 4, 2017