UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | : | |
|---|---|---|
| In re | : | Chapter 9 |
| | : | |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| | : | |
| Debtor | : | Judge Thomas J. Tucker |

### ORDER GRANTING THE *EX PARTE* MOTION OF THE CITY OF DETROIT FOR A SIXTH EXTENSION OF THE CLAIMS OBJECTION BAR DATE

Upon consideration of the City's *Ex Parte* Motion for a Sixth Extension of the Claims Objection Bar Date, filed November 8, 2017 (Docket # 12723, the "Motion"),[1] seeking entry of an order extending the Claims Objection Bar Date through and including June 7, 2018; and this Court having jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334; and the Court finding that this is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court finding that venue of this proceeding and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409; and the relief requested in the Motion being in the best interests of the City, and its creditors; and the Court finding that the Motion can be considered and this Order granted on an *ex parte* basis under Local Rule 9006-1 and that no prior notice of the Motion or the entry of this Order need

---

[1] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Motion.

be given; and the Court finding that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and good and sufficient cause appearing therefore;

IT IS ORDERED that:

1. The Motion is granted.

2. The Claims Objection Bar Date, as set forth in the Plan, including the deadline for the City to object to claims, is extended from December 7, 2017 through and including June 7, 2018.

3. This Order is entered without prejudice to the rights of the City to request a further extension of the Claims Objection Bar Date.

4. This Court retains jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order.

**Signed on November 08, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge