**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**STIPULATION FOR ORDER ADJOURNING HEARING ON JEROME COLLINS' MOTION FOR RELIEF *NUNC PRO TUNC* FROM THIS COURT'S ORDER DATED SEPTEMBER 29, 2016**

The City of Detroit, Michigan ("City") and Jerome Collins ("Collins"), by and through their undersigned attorneys hereby agree and stipulate as follows:

1.      On June 30, 2017, Collins filed the Motion for Relief *Nunc Pro Tunc* from this Court's Order Dated September 29, 2016 [Doc. No. 11934] ("First Motion"). On July 7, 2017, Collins filed a second Motion for Relief *Nunc Pro Tunc* from this Court's Order Dated September 29, 2016 [Doc. No. 11947] (together with the First Motion, the "Motion").

2.      A hearing on the Motion is currently scheduled for November 15, 2017 at 1:30 p.m.

3.      The parties have discussed a potential resolution to the Motion. The parties request that the Court adjourn the hearing until December 13, 2017, at 1:30 p.m. to allow the parties additional time to work on a potential resolution to the Motion.

- 1 -

Respectfully submitted,

| Benjamin Whitfield Jr & Assoc., PC | Miller Canfield Paddock & Stone, PLC |
|---|---|
| By:  /s/ Benjamin Whitfield Jr.<br>Benjamin Whitfield Jr. (P23562)<br>547 East Jefferson Ave, #102<br>Detroit, MI 48226<br>Tel. (313) 961-1000<br>Fax. (313) 961-3110<br>benwlaw123@aol.com | By:  /s/ Marc N. Swanson<br>Marc N. Swanson (P71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Facsimile: (313) 496-8451<br>swansonm@millercanfield.com |
| Attorney for Jerome Collins | Attorneys for the City of Detroit, Michigan |

DATED: November 14, 2017

30217680.1\022765-00213
11/14/17

**EXHIBIT 1**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER ADJOURNING HEARING ON JEROME COLLINS' MOTION FOR RELIEF *NUNC PRO TUNC* FROM THIS COURT'S ORDER DATED SEPTEMBER 29, 2016

Upon the Stipulation by and between the City of Detroit, Michigan and Jerome Collins for an order adjourning the hearing on Jerome Collins' Motion for Relief *Nunc Pro Tunc* from This Court's Order Dated September 29, 2016 ("Stipulation");[1] and the Court being otherwise advised in the premises;

IT IS ORDERED that the hearing on Jerome Collins' Motion for Relief *Nunc Pro Tunc* from This Court's Order Dated September 29, 2016 is hereby adjourned to December 15, 2017 at 1:30 p.m.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation