# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER ADJOURNING HEARING ON JEROME COLLINS'S TWO MOTIONS FOR RELIEF *NUNC PRO TUNC* FROM THIS COURT'S ORDER DATED SEPTEMBER 29, 2016

Upon the stipulation by and between the City of Detroit, Michigan and Jerome Collins, filed November 14, 2017, for an order adjourning the hearing on Jerome Collins's two motions for relief *nunc pro tunc* from this Court's Order dated September 29, 2016 (Docket # 12725, the "Stipulation"); and the Court being otherwise advised in the premises;

IT IS ORDERED that the hearing on Jerome Collins's two motions for relief *nunc pro tunc* from this Court's Order dated September 29, 2016 (Docket ## 11934, 11947), currently scheduled for November 15, 2017, is adjourned to **December 13, 2017 at 1:30 p.m.**

**Signed on November 14, 2017**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**