UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------x
: 
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Hon. Thomas Tucker
:
---------------------------------------------------------x

# STIPULATION FOR RESOLUTION OF OBJECTION TO CLAIM NUMBER 776 FILED BY AGAR LAWN INC. AND ALLOWANCE OF CLAIM NUMBER 776 IN A REDUCED AMOUNT

Agar Lawn Sprinkler Services Inc. ("Claimant"), and the City of Detroit, Michigan ("City," and with Claimant, the "Parties"), by and through its undersigned counsel, state as follows in support of the entry of the *Order Approving Stipulation Resolving Objection to Claim Number 776 filed by Agar Lawn Sprinkler Services Inc. and Allowing Claim Number 776 in a Reduced Amount* attached hereto as Exhibit 1.

1. On February 4, 2014, Claimant filed proof of claim number 776 (the "Claim") in the amount of $189,752.63 ("Agar Claim").

2. On July 28, 2016, the City filed its Debtor's Forty-Seventh Omnibus Objection to Certain Claims (No Basis) (the "Objection, " Doc. No. 11399).

3. The Parties have reached a resolution regarding the Agar Claim and the City's Objection to the Claim. As part of the resolution, the Parties agree that the Agar Claim will be reclassified as a Class 15 Convenience Claim in the amount of $25,000. As provided by the terms of Class 15 of the City's confirmed *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 8045), Agar will receive a cash payment of $6,250.00 which is 25% of the allowed amount referenced above, in full and final satisfaction of the Agar Claim.

4. As to the Filed Claims and Settled Claims described herein, the Claimant releases the City from any and all liability, actions, damages and claims (including claims for attorney fees, expert fees or court costs), whether such claims are known or unknown, arose or accrued at any time prior to and through the date of this Agreement, that the Claimant has or may have against the City. The Claimant acknowledges that this Agreement represents the compromise of a disputed claim and is not to be construed as an admission of liability on the part of the City. As used in this Agreement, the Claimant and the City include each of their respective servants, agents, contractors, attorneys, employees, representatives, family members, heirs, elected officials, appointed officials, related corporations, subsidiaries, divisions, affiliates, directors and officers, if any.

WHEREFORE the Parties respectfully request that the Court enter an order in the form attached as Exhibit 1, resolving the Objection as regards the Agar and allowing the Agar Claim in the reduced amount as a Class 15 Convenience Claim.

CITY OF DETROIT LAW DEPARTMENT


/s/ *Mary Beth Cobbs*
ANGELA L. BALDWIN (P81565)
MARYBETH COBBS (P40080)
Assistant Corporation
Two Woodward Avenue, Suite 500
Coleman A. Young Municipal Center
Detroit, MI 48226
(313) 237-0566 /3075 Fax: (313) 224-5505
Cobbm@detroitmi.gov

Counsel for the City of Detroit, Michigan

*/s/ John D. Mulvihill*
JOHN D. MULVIHILL (P35637)
The Law Office of John D. Mulvihill, PLLC
20 W. Washington, Ste 2
Clarkston, MI 48346
248 625 3131/Fax 3132
jdmassistant@sbcglobal.net


Counsel for Agar Lawn Sprinkler Systems Inc.