**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>           Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION RESOLVING OBJECTION TO CLAIM NUMBER 776 FILED BY AGAR LAWN SPRINKLER SERVICES, INC. AND ALLOWING CLAIM NUMBER 776 IN A REDUCED AMOUNT**

This matter having come before the Court on the *Stipulation for Resolution of Objection to Claim Number 776 filed by Agar Lawn Sprinkler Services, Inc. and Allowance of Claim Number 776 in a Reduced Amount* (the "Stipulation"); the parties having stipulated to the allowance of claim number 776 in a reduced amount and the resolution of the *Debtor's Forty-Seventh Omnibus Objection to Certain Claims (No Basis)* (the "Objection," Doc. No. 11399) as to claim number 776; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

    1. The Objection is resolved as to proof of claim number 776 filed by Agar Lawn Sprinkler Services, Inc. (the "Agar Claim").

    2. The Agar Claim is allowed as a Class 15 Convenience Claim in the

amount of $25,000. As provided by the terms of Class 15 of the City's confirmed *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 11399), Agar will receive a cash payment of $6,250.00 in full and final satisfaction of the Agar Claim.

3. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.

4. The Court retains jurisdiction over any and all matters arising from the interpretation, implementation and payment as provided by this order.