UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------- x
                                        :
In re                                      :: Chapter 9
                                        :: Case No. 13-53846
CITY OF DETROIT, MICHIGAN,     :: Judge Thomas J. Tucker
                    Debtor.          :
------------------------------------------------------- x

## ORDER MODIFYING DPOA CLAIM NO. 1877 TO WITHDRAW ALL RESOLVED DPOA DISCIPLINE CLAIMS AS MOOT AND PRESERVING PRE-PETITION DISCIPLINE CLAIM OF OFFICER CARRUTHERS

This case is before the Court on the stipulation filed on November 21, 2017 (Docket # 12730, the "Stipulation") entitled "Stipulation for Order Modifying DPOA Claim No. 1877 to Withdraw All Resolved DPOA Discipline Claims as Moot and Preserving Pre-Petition Discipline Claim of Officer Carruthers."[1] Based on the Stipulation,

IT IS ORDERED THAT Claim No. 1877 filed on behalf of the Detroit Police Officers Association is modified to withdraw all of the discipline claims asserted by Claim No. 1877 as moot, except for the discipline matter involving Ryan Carruthers (the "Carruthers Claim"). If the resolution of the Criminal Proceeding results in Ryan Carruthers being convicted of a felony, the DPOA will promptly withdraw the Carruthers Claim. If the Criminal Proceeding is resolved

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

or disposed of other than by a felony conviction, to the extent the Carruthers Claim is not withdrawn by the DPOA or otherwise disallowed, it may be liquidated in accordance with the Stay Modification Notice served on the DPOA on or about July 28, 2017. The City reserves all claims, defenses and rights to object to or otherwise contest the Carruthers Claim.

IT IS FURTHER ORDERED THAT, except for any potential distribution under the Plan that may result from the final disposition of the Carruthers Claim, the DPOA and its affected members will have no right to receive any distribution in this bankruptcy case based on Claim No. 1877.

IT IS FURTHER ORDERED THAT this Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Signed on November 21, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge