UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION RESOLVING JEROME COLLINS'**
**MOTIONS FOR RELIEF *NUNC PRO TUNC* FROM THIS COURT'S**
**ORDER DATED SEPTEMBER 29, 2016,**
**AND CANCELLING DECEMBER 13, 2017 HEARING**

Based on the stipulation filed December 11, 2017, by the City of Detroit, Michigan and Jerome Collins, entitled "Stipulation Resolving Jerome Collins' Motion for Relief *Nunc Pro Tunc* from This Court's Order Dated September 29, 2016" (Docket # 12734, the "Stipulation");[1]

IT IS ORDERED that no later than December 22, 2017, Jerome Collins must file in the United States District Court the stipulation attached as Exhibit A to the Stipulation.

IT IS FURTHER ORDERED that this Order resolves the dispute between the City of Detroit and Jerome Collins regarding the two pending motions filed in this case by Jerome Collins (Docket ## 11934, 11947), and the hearing on those motions that is currently scheduled for December 13, 2017 at 1:30 p.m. is

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

cancelled.

**Signed on December 11, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge