# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

In re:

CITY OF DETROIT, MICHIGAN

Debtor.
_____/

Chapter 9

Hon. Thomas J. Tucker

Case No. 13-53846

## CERTIFICATION OF NO RESPONSE TO MOTION OF THE GREAT LAKES WATER AUTHORITY AS SUCCESSOR IN INTEREST TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT FOR ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR DATE ORDER AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND PARTHO GHOSH

NOW COMES the Great Lakes Water Authority as successor in interest to the City of Detroit Water and Sewerage Department ("GLWA"), by and through its attorneys Kilpatrick & Associates, P.C., states as follows:

1. On November 1, 2017, Kilpatrick & Associates, P.C. filed the MOTION OF THE GREAT LAKES WATER AUTHORITY AS SUCCESSOR IN INTEREST TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT FOR ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR DATE ORDER AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND PARTHO GHOSH, Proposed Order, Notice and Proof of Service with the Court and an employee of Kilpatrick & Associates, P.C. served copies of the Motion and Attachments, and the Notice of Requirement for Response on the Debtor's Attorney, the Chapter 7 Trustee, the Office of the U.S. Trustee and served copies of the Notice only to all interested parties listed on the creditor's mailing matrix pursuant to L.B.R. 4001-1(a) (E.D.M.).

2. As of this date, no Objection or request for Hearing has been filed regarding the MOTION OF THE GREAT LAKES WATER AUTHORITY AS SUCCESSOR IN

INTEREST TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT FOR ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR DATE ORDER AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND PARTHO GHOSH.

3. More than twenty-one (21) days have passed since the service of said Motion and Notice of Motion.

**WHEREFORE**, Great Lakes Water Authority as successor in interest to the City of Detroit Water and Sewerage Department ("GLWA"), by and through its attorneys Kilpatrick & Associates, P.C., prays this Court grant the relief requested in the MOTION OF THE GREAT LAKES WATER AUTHORITY AS SUCCESSOR IN INTEREST TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT FOR ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR DATE ORDER AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND PARTHO GHOSH.

Respectfully Submitted,
KILPATRICK & ASSOCIATES, P.C.

/s/ *James M. McArdle*
RICHARDO I. KILPATRICK (P35275)
JAMES M. McARDLE (ARDC 6203305)
Attorney for Great Lake Water Authority as successor in interest to the City of Detroit Water and Sewerage Department
615 Griswold, Suite 1305
Detroit, MI 48226
(313) 963-2581

Dated: December 12, 2017    ecf@kaalaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

In re:

CITY OF DETROIT, MICHIGAN

Debtor.
_____/

Chapter 9

Hon. Thomas J. Tucker

Case No. 13-53846

## ORDER GRANTING MOTION OF THE GREAT LAKES WATER AUTHORITY AS SUCCESSOR IN INTEREST TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT FOR ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR DATE ORDER AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND PARTHO GHOSH

This matter having come before the Court on the Motion of Great Lake Water Authority as successor in interest to the City of Detroit Water and Sewerage Department for the entry of an Order (I) Enforcing the Plan of Adjustment Injunction and Bar Date Order and (II) Requiring the Association of Municipal Engineers and Partho Ghosh to Dismiss with Prejudice their charges pending before the Michigan Bureau of Employment Relations Commission, due notice having been provided and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Motion is granted;

**IT IS FURTHER ORDERED** that within five (5) days of the entry of this Order, the Association of Municipal Engineers and Partho Ghosh shall dismiss, or cause to be dismissed, with prejudice Case Numbers C10 F-144, C10 C-060, and C11 E-111 (the "Charges"), filed with and presently pending before the Michigan Bureau of Employment Relations Commission;

**IT IS FURTHER ORDERED** that the Association of Municipal Engineers and Partho Ghosh are permanently barred, estopped and enjoined from asserting any claims described in the Charges, including but not limited to Case Numbers C10 F-144, C10 C-060, and C11 E-111, or the alleged conduct forming the basis for the Charges, against the Great Lakes Water Authority as successor in interest to the Detroit Water and Sewerage Department or property of the Great Lakes Water Authority as successor in interest to the Detroit Water and Sewerage Department or in any other action or proceeding; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

CITY OF DETROIT, MICHIGAN

Debtor.
_____/

Chapter 9

Hon. Thomas J. Tucker

Case No. 13-53846

## PROOF OF SERVICE

Dominique Gomez states that on this 12th day of December, 2017 she served a copy of the, CERTIFICATION OF NO RESPONSE TO MOTION OF THE GREAT LAKES WATER AUTHORITY AS SUCCESSOR IN INTEREST TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT FOR ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR DATE ORDER AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND PARTHO GHOSH, THE PROPOSED ORDER GRANTING MOTION OF THE GREAT LAKES WATER AUTHORITY AS SUCCESSOR IN INTEREST TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT FOR ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR DATE ORDER AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND PARTHO GHOSH and this PROOF OF SERVICE upon the following parties with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Richardo I. Kilptrick            ecf@kaalaw.com

Office of the U.S. Trustee via ecf email

And by depositing same in a United States postal box located in Detroit, Michigan, with the lawful amount of postage affixed thereto and addressed to:

Association of Municipal Engineers
Detroit Water & Sewerage Department,
New Administration Building, Room 420
9300 West Jefferson
Detroit, Michigan 48209

Attn: Partho Ghosh

        */s/ Dominique Gomez*
**Dominique Gomez,** an employee of
KILPATRICK & ASSOCIATES, P.C.
Attorneys for the Great Lakes Water Authority as successor in interest to Detroit Water and Sewerage Department
615 Griswold, Suite 1305
Detroit, Michigan 48226
(248) 377-0700
ecf@kaalaw.com