# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

In re:

CITY OF DETROIT, MICHIGAN

Debtor.

_____/

Chapter 9

Judge Thomas J. Tucker

Case No. 13-53846

## ORDER GRANTING MOTION OF THE GREAT LAKES WATER AUTHORITY, AS SUCCESSOR IN INTEREST TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT, FOR ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR DATE ORDER AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND PARTHO GHOSH

This case is before the Court on the motion entitled "Motion of The Great Lake Water Authority as successor in interest to the City of Detroit Water and Sewerage Department for Entry of an Order Enforcing the Plan of Adjustment Injunction and the Bar Date Order Against the Association of Municipal Engineers and Partho Ghosh" (Docket # 12714, the "Motion").  Due notice having been provided, and no timely objections having been filed to the Motion,[1] and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** that *no later than December 19, 2017*, the Association of Municipal Engineers and Partho Ghosh must dismiss, or cause to be dismissed, with prejudice, Case Numbers C10 F-144, C10 C-060, and C11 E-111

---

[1]  A response was filed on November 1, 2017, purportedly on behalf of the Association of Municipal Engineers (Docket # 12716), but it was not signed by an attorney.  As a result, the response was stricken, by the Court's Order filed November 3, 2017 (Docket # 12720).

(the "Charges"), filed with and presently pending before the Michigan Bureau of Employment Relations Commission.

**IT IS FURTHER ORDERED** that the Association of Municipal Engineers and Partho Ghosh are permanently barred and enjoined from asserting any claims described in the Charges, including but not limited to Case Numbers C10 F-144, C10 C-060, and C11 E-111, or the alleged conduct forming the basis for the Charges, against the Great Lakes Water Authority as successor in interest to the Detroit Water and Sewerage Department or against property of the Great Lakes Water Authority as successor in interest to the Detroit Water and Sewerage Department or in any other action or proceeding,

**IT IS FURTHER ORDERED** that this Court will retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Signed on December 12, 2017**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**