**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIAGN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

City of Detroit, Michigan            Case No. 13-53846-TJT
           Honorable Thomas J. Tucker
     Debtor.            Chapter 9
_____/

**PROOF OF SERVICE OF ORDER GRANTING MOTION OF THE GREAT LAKES WATER AUTHORITY, AS SUCCESSOR IN INTEREST TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT, FOR ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR DATE ORDER AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND PARTHO GHOSH**

    **KELISHA SMITH** certifies that on the 13th day of December, 2017, she served a copy of the ORDER GRANTING MOTION OF THE GREAT LAKES WATER AUTHORITY, AS SUCCESSOR IN INTEREST TO THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT, FOR ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AND THE BAR DATE ORDER AGAINST THE ASSOCIATION OF MUNICIPAL ENGINEERS AND PARTHO GHOSH and this PROOF OF SERVICE upon the following parties with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Richardo I. Kilpatrick            ecf@kaalaw.com

Office of the U.S. Trustee            via ecf e-mail

And by depositing same in a United States postal receptacle, with first class postage affixed thereto, addressed to:

Attn: Partho Ghosh
Association of Municipal Engineers

Detroit Water & Sewerage Department,
New Administration Building, Room 420
9300 West Jefferson
Detroit, MI 48209

/S/KELISHA SMITH
**KELISHA SMITH**, an employee of
KILPATRICK & ASSOCIATES, P.C.
903 N. Opdyke Rd, Suite C
Auburn Hills, MI 48326
(248) 377-0700
ecf@kaalaw.com