# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND STATE OF MICHIGAN, UNEMPLOYMENT INSURANCE AGENCY FOR WITHDRAWAL OF CLAIM NUMBERS 3708 AND 3779**

The City of Detroit, Michigan ("City") and State Of Michigan, Unemployment Insurance Agency ("Claimant"; and collectively with the City, the "Parties") stipulate and agree as follows:

WHEREAS, on June 2, 2014, Claimant filed proof of claim number 3708 ("Claim 3708");

WHEREAS, on June 19, 2014, Claimant filed its proof of claim number 3779 ("Claim 3779");

WHEREAS, Claimant and the City have now conferred and reached agreement regarding Claim 3708 and Claim 3779;

NOW, THEREFORE, the Parties stipulate and agree that Claim 3708 and Claim 3779 are hereby withdrawn. The Parties respectfully request that the Court enter an order in the form attached hereto as Exhibit 1.

1

Stipulated and agreed to on December 15, 2017:

MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8452
swansonm@millercanfield.com

Counsel for the City of Detroit, Michigan

STATE OF MICHIGAN, UNEMPLOYMENT INSURANCE AGENCY

By: /s/ Steven B. Flancher
Steven B. Flancher (P47894)
Assistant Attorney General
Michigan Department of Attorney General
Revenue & Tax Division
P.O. Box 30754
Lansing, MI 48909
(517) 373-3203
(517) 241-2741 (fax)
flanchers@michigan.gov

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND STATE OF MICHIGAN, UNEMPLOYMENT INSURANCE AGENCY FOR WITHDRAWAL OF CLAIM NUMBERS 3708 AND 3779**

This matter having come before the Court on the *Stipulation By and Between the City of Detroit, Michigan and State Of Michigan, Unemployment Insurance Agency for Withdrawal of Claim Numbers 3708 and 3779* (the "Stipulation")[1]; the parties having stipulated to the withdrawal of Claim 3708 and Claim 3779; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. Claim 3708 is hereby withdrawn.
2. Claim 3779 is hereby withdrawn.

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Stipulation.

3. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.