UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

Debtor.

Case No. 13-53846

Judge Thomas J. Tucker

Chapter 9

# ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND STATE OF MICHIGAN, UNEMPLOYMENT INSURANCE AGENCY FOR WITHDRAWAL OF CLAIM NUMBERS 3708 AND 3779

This case is before the Court on the stipulation filed December 15, 2017, entitled *Stipulation By and Between the City of Detroit, Michigan and State Of Michigan, Unemployment Insurance Agency for Withdrawal of Claim Numbers 3708 and 3779* (Docket # 12739, the "Stipulation");[1] the parties having stipulated to the withdrawal of Claim 3708 and Claim 3779; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. Claim 3708 is withdrawn.

2. Claim 3779 is withdrawn.

3. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this Order.

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Stipulation.

**Signed on December 15, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge