UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

Re: CASE NUMBER _13-53846_  DATE: _12/21/2017_

NAME(S): _Gretchen Smith_

## STATEMENT OF CHANGE OF MAILING ADDRESS OF CREDITOR

Dear Clerk of the Court:

The Creditor in the above entitled case do hereby request that the mailing address listed in the above-stated case be changed;

From: _707 E. LaFayette Blvd, Detroit, Mich. 48226_

To: _535 Griswold St. #111-SR 264 Detroit, Mich. 48226_

Sincerely, _Gretchen B Smith_

Creditor: _Gretchen Smith_

***If you would like a copy of this form returned to you, mail two (2) copies of this form and a self-addressed stamped envelope directly to the Clerk of the Court at 211 West Fort Street, Detroit, MI 48226.**