# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## STIPULATION SEEKING ENTRY OF ORDER ADJOURNING TODAY'S HEARING ON MOTION FOR ENTRY OF AN ORDER ENFORCING THE NOVEMBER 30, 2015 GLOBAL SETTLEMENT, ETC. [DOC. NO. 11811]

The City of Detroit ("City") and the Detroit Fire Fighters Association, IAFF Local 344 ("DFFA") (together, the "Parties" and each a "Party"), by and through their undersigned counsel, stipulate and request that this Court enter an order in substantially the same form as the one attached as Exhibit A adjourning today's hearing on  DFFA's *Motion for Entry of an Order Enforcing the November 30, 2015 Global Settlement Between the DFFA and the City of Detroit Resolving That Portion of DFFA Claim No. 2812* [sic][1] *Related to the Grievance Filed on Behalf of of* [sic] *Fire Fighter Bradley Smola and Requiring Smola's Reinstatement and for Related Relief* [Doc. No. 11811] (the "Motion") to February 21, 2018 at 1:30

---

[1] The Motion incorrectly refers to the claim number as 2812. DFFA Claim 2812, the DFFA's omnibus grievance claim, was amended by DFFA Claim No. 3681. Both claims included the Smola Grievance.  Claim No. 2812 has been expunged as a duplicate claim and is replaced by Claim No. 3681.

30637115.1\022765-00213

p.m. The matter is not currently resolved although the parties believe that the matter will be resolved in the very near future.

STIPULATED AND AGREED TO ON January 24, 2018:


LAW OFFICE OF BARBARA A. PATEK, P.L.C.

By: _/s/_ Barbara A. Patek
Barbara A. Patek, Esq.
Law Office of Barbara A. Patek, P.L.C.
27 E. Flint Street, Suite 2
Lake Orion, Michigan 48362
Telephone: (248) 814-9470
pateklaw@gmail.com

-and-

By: _/s/_ Andrew Nickelhoff
Andrew Nickelhoff, Esq. (P37990)
Mami Kato, Esq. (P74237)
Sachs Waldman, P.C.
2211 E. Jefferson Avenue
Detroit, Michigan 48207
(313) 496-9429
anickelhoff@sachswaldman.com
mkato@sachswaldman.com

Counsel for Detroit Fire Fighters Association

MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
Erika L. Giroux (P81998)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com
giroux@millercanfield.com

Counsel for the City of Detroit, Michigan

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

**ORDER APPROVING STIPULATION SEEKING ENTRY OF ORDER ADJOURNING TODAY'S HEARING ON MOTION FOR ENTRY OF AN ORDER ENFORCING THE NOVEMBER 30, 2015 GLOBAL SETTLEMENT, ETC. [DOC. NO. 11811]**

This matter is before the Court pursuant to the Parties' *Stipulation Seeking Entry of Order Adjourning Today's Hearing on the Detroit Fire Fighters Association's Motion for Entry of an Order Enforcing the November 30, 2015 Global Settlement, Etc. [Doc. No. 11811] With Prejudice, (II) Withdrawing Claim No. 3681 as Moot, and (III) Other Related Relief* (the "Stipulation"; Docket No. [ ]).[1]  The Court has read the Stipulation, finds good cause for entry of this Order, and is otherwise fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED that:

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation

- 1 -

The hearing on the *Motion of the Detroit Fire Fighters Association, IAFF Local 344 ("DFFA") for Entry of an Order Enforcing the November 30, 2015 Global Settlement Between the DFFA and the City of Detroit Resolving That Portion of DFFA Claim No. 2812 [sic] Related to the Grievance Filed on Behalf of of [sic] Fire Fighter Bradley Smola and Requiring Smola's Reinstatement and for Related Relief* [Doc. No. 11811] is adjourned to February 21, 2018 at 1:30 p.m.

30637115.1\022765-00213