IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

**ORDER APPROVING STIPULATION TO ADJOURN TODAY'S FURTHER STATUS CONFERENCE ON THE MOTION FOR ENTRY OF AN ORDER ENFORCING THE NOVEMBER 30, 2015 GLOBAL SETTLEMENT, ETC. (DOCKET # 11811)**

This case is before the Court on the stipulation filed on January 24, 2018 (Docket # 12749, the "Stipulation"), entitled *Stipulation Seeking Entry of Order Adjourning Today's Hearing on Motion for Entry of an Order Enforcing the November 30, 2015 Global Settlement, Etc. [Doc. No. 11811]*".[1] Based on the Stipulation,

IT IS ORDERED that the further status conference scheduled for today, January 24, 2018 at 1:30 p.m., on the motion entitled *Motion of the Detroit Fire Fighters Association, IAFF Local 344 ("DFFA") for Entry of an Order Enforcing the November 30, 2015 Global Settlement Between the DFFA and the City of Detroit Resolving That Portion of DFFA Claim No. 2812 [sic] Related to the Grievance Filed on Behalf of of [sic] Fire Fighter Bradley Smola and Requiring*

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

*Smola's Reinstatement and for Related Relief*" (Docket # 11811) is adjourned to **February 21, 2018 at 1:30 p.m.**

**Signed on January 24, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge