IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

**ORDER (I) DISMISSING DETROIT FIRE FIGHTERS ASSOCIATION'S MOTION FOR ENTRY OF AN ORDER ENFORCING THE NOVEMBER 30, 2015 GLOBAL SETTLEMENT, ETC. (DOCKET # 11811) WITH PREJUDICE, (II) WITHDRAWING CLAIM NO. 3681 AS MOOT, AND (III) FOR OTHER RELATED RELIEF, AND CANCELLING FEBRUARY 21, 2018 FURTHER STATUS CONFERENCE**

This case is before the Court on the stipulation filed on February 20, 2018, entitled "Stipulation Seeking Entry of Order (I) Dismissing Detroit Fire Fighters Association's Motion for Entry of an Order Enforcing the November 30, 2015 Global Settlement, Etc. [Doc. No. 11811] With Prejudice, (II) Withdrawing Claim No. 3681 as Moot, and (III) Other Related Relief" (Docket # 12752, the "Stipulation").[1] Based on the Stipulation, the Court finds good cause for entry of this Order.

IT IS ORDERED that:

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.

1. The motion entitled "Motion of the Detroit Fire Fighters Association, IAFF Local 344 ("DFFA") for Entry of an Order Enforcing the November 30, 2015 Global Settlement Between the DFFA and the City of Detroit Resolving That Portion of DFFA Claim No. 2812 [sic] Related to the Grievance Filed on Behalf of of [sic] Fire Fighter Bradley Smola and Requiring Smola's Reinstatement and for Related Relief" (Docket # 11811, the "Motion") is dismissed with prejudice and without costs or fees to either party.

2. The Smola Claim is withdrawn from the Global Settlement Agreement.

3. Notwithstanding any notice of stay modification that may have been issued by the City, the City and the DFFA are enjoined from taking any action to reopen the Appeal, as the matters raised by the Appeal have been fully and finally resolved by this Order.

4. This Court retains jurisdiction for purpose of enforcing paragraph 3 of this Order.

5. The DFFA must provide a copy of this Order is to the Michigan Court of Appeals' Clerk's office, for notice purposes only.

6. Claim No. 3681 is withdrawn as moot.

7. The City's claims and noticing agent is authorized to update the claims register to reflect the relief granted in this Order.

8. The further status conference regarding the Motion, scheduled for February 21, 2018 at 1:30 p.m., is cancelled.

**Signed on February 20, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge