UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

        Debtor.

_____/

Bankruptcy Case No. 13-53846
Honorable Thomas J. Tucker
Chapter 9

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 20, 2018, copies of:

(1) the Stipulation Seeking Entry of Order (I) Dismissing Detroit Fire Fighters Association's Motion for Entry of an Order Enforcing the November 30, 2015 Global Settlement, Etc. [Doc. No. 11811] With Prejudice, (II) Withdrawing Claim No. 3681 as Moot, and (III) Other Related Relief (the "Stipulation") [Doc. No. 12752]; and

(2) the Order (I) Dismissing the Detroit Fire Fighters Association's Motion for Entry of an Order enforcing the November 30, 2015 Global Settlement, Etc. [Doc. No. 11811] With Prejudice, (II) Withdrawing Claim No. 3681 as Moot, and (III) For Other Related Relief, and Cancelling February 21, 2018 Further Status Conference (the "Order") [Doc. No. 12753]

were sent via email to Bradley Smola, 79fireman@gmail.com and c/o

dems292@gmail.com.

In addition, on February 21, 2018, copies of the Stipulation, Order and this Certificate of Service were sent to Bradley Smola via United States Postal Service regular mail and certified mail, return receipt requested, as follows:

Mr. Bradley Smola
31712 Brown
Garden City, MI 48135.

        Respectfully submitted,

        LAW OFFICE OF BARBARA A, PATEK, P.L.C.

        By: */s/ Barbara A. Patek*
            Barbara A. Patek (P34666)
            Co-Counsel for the Detroit Fire Fighters Association, IAFF Local 344
            27 E. Flint St., Suite 2
            Lake Orion, MI 48362
            Telephone: (248) 814-9470
            Facsimile: (248) 814-8231
            E-mail: pateklaw@gmail.com

DATED: February 21, 2018