UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846
Chapter 9
Hon. Thomas J. Tucker

_____/

GOTHAM MOTOWN RECOVERY, LLC,

    Plaintiff,

v.

CITY OF DETROIT, MICHIGAN,

    Defendant.

Adv. Pro. _____

_____/

## INDEX OF EXHIBITS TO COMPLAINT FOR DECLARATORY RELIEF

Exhibit A            Development Agreement Dated December 10, 2014