United States Bankruptcy Court

Eastern District Court of Michigan

In The Matter of the City of Detroit Chapter 9 Bankruptcy

Hon. /s/ Judge Thomas Tucker
Case No. 13-53846

Gloria Denise Jones,
Secured Party Creditor, Assignee
_____/

## Affidavit of Facts

UCC §2.208 Course of Performance
UCC §1.205 Reasonable time; Seasonableness and UCC §2.210 Assignment

Now comes Gloria Denise Jones pursuant to UCC §1.205 Reasonable time; Seasonableness and pursuant to UCC §2.210 Assignment, as the assigned to perform to the Contract between the Honorable Robert Michael of the House of Marques 78 on behalf of the Vatican, and the inhabitants of the City of Detroit, do;

1. Assign, Assignee or another as the interim City of Detroit Mayor, located in the County of Wayne, in the state of Michigan on or about May 7, 2018 at 8:00 a.m.

2. This Court shall give immediate Notice to the current sitting Mayor, whereby is shall been known that he, Mike Duggan and his Administration are no longer standing in 'Good Faith' with both the 'Principal and the Organic Primary Global Trustee of the Global Estate under whose Jurisdiction the Roman Curia operates,' and they are not standing in the 'Good Faith' of the Divine Living Beneficiaries, the inhabitants in the City of Detroit to whom the Principal and Primary Global Trustee have a fiduciary duty. Notice by this Court will enable a smooth City of Detroit government a smooth, peaceful and Legal transition to a new government.

3. Assignee/interim Mayor shall work with the current City Council Members until the appointment of 9 new qualified at large City of Detroit Council Members

1

that shall be empowered under the Charter of 1857 until further Notice and will be seated until the conversion of property and funds have been returned and special election of a new government by the will of the inhabitants, shall be established.

4. Upon taking office Assignee/the interim Mayor and the current or interim City Council if seated by then shall by this Court's Order be given immediate possession of all legal instruments necessary and without pose for purpose and in preparation to begin the process of 'Only' off- setting the City of Detroit inhabitant's debt's.

5. The Court shall Order the current sitting City of Detroit Chief Financial Banking Officer to immediately establish an account with the post.net Banking Universal Postal Union network, UPT, in Switzerland for the purpose of working in conjunction with the U.S. Department of Commerce local division in Detroit, Michigan who shall be assigned as a Global Banking network on behalf of the City of Detroit inhabitants 'Only' and as such that Account Number shall be Confidential, but given to Assignee and no other until specified time as once;

6. The City of Detroit's Chief Bank Officer has established, the UTP Account, the U.S. Department of Commerce both acting in conjunction, but 'Only' at the Order of the Assignee, interim Mayor and interim City Council to immediately start the electronic transfer, EFT of funds for the purpose of discharging 'Only' City of Detroit inhabitant's debts.

7. A secured procedural policy shall be established at some point and proper Notice regarding New Procedures shall been given to all City of Detroit Department Heads in due course of time.

Finally, the Court will be later advised by me as we move forward, but foremost it is the intentions of the assignee to fulfill my part of the Contract Agreement, thus I pray that this Court will do everything within its powers to assist Assignee in making a peaceful transition of the City of Detroit government, to Assignee so that

the Contract between the Chair of Saint Peter and I the assignee will be Conformed to as agreed. I have much to learn, it will take time; but the return of the City of Detroit, inhabitants, properties and funds belonging to them, the principals, is the main, but not only goal, as the goal to return Prosperity and a Restored Republic are also the goal.

_____
~~The~~ Gloriah Denise Jones, Secured Party,
Assignee
A.R.R. U.C.C. §1.308

Acknowledgment

Michigan }
} Scilicet
County of Wayne }

Subscribed to and sworn before me this 23rd day of March, A.D. 2018, a Notary, that, personally appeared and known to me to be the woman whose name subscribed to the within instrument and acknowledged to be the same.
Seal;
Notary Public in and for said State
My Commission expires; _____

Subscribed and sworn to me, in my presence
this ___23rd___ day of __MARCH__
20_18_, a Notary Public in and for the
(county) (state) of __OAKLAND, MI__
__[signature]__
(signature)
Notary Public
My Commission Expires: _1/7/20 21_

3