UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

# STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND DETROIT MEDICAL CENTER, AS AGENT FOR HARPER-HUTZEL HOSPITAL REGARDING CLAIM NUMBER 894

The City of Detroit, Michigan ("City") and VHS of Michigan, Inc. dba Detroit Medical Center, as agent for VHS Harper-Hutzel Hospital, Inc. dba Harper-Hutzel Hospital ("DMC"; and with the City, the "Parties"), stipulate and agree as follows:

1. On February 12, 2014, DMC filed a proof of claim asserting a general unsecured claim in the amount of $69,247.40 and it was assigned claim number 894 ("Claim").

2. On October 22, 2014, this City filed its *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* [Doc. No. 8045] ("Plan"). On November 12, 2014, this Court entered an order confirming the Plan. [Doc. No. 8272].

3. The Parties have discussed the Claim and have reached a consensual resolution regarding the Claim.

4. The Parties agree that the Claim should be allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $69,247.40.

NOW, THEREFORE, the Parties request that the Court enter the Order attached as Exhibit 1.

STIPULATED AND AGREED TO ON March 21, 2018:

| City of Detroit Law Department<br><br>By:    /s/ Mary Beth Cobbs<br>Mary Beth Cobbs (P-40080)<br>Assistant Corporation Counsel<br>2 Woodward Ave, Suite 500<br>Detroit, MI 48226<br>Phone: (313) 237-3075<br>Email: cobbm@detroitmi.gov | VHS of Michigan, Inc. on behalf of VHS Harper-Hutzel Hospital, Inc.<br><br>By:    /s/ Frances Fenelon<br>Frances Fenelon<br>Senior Counsel<br>20 Burton Hills Boulevard, Suite 200<br>Nashville, Tennessee 37215<br>Phone: (615) 665-6073<br>Email: frances.fenelon@tenethealth.com |
|---|---|