# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND DETROIT MEDICAL CENTER, AS AGENT FOR HARPER-HUTZEL HOSPITAL REGARDING CLAIM NUMBER 894**

This matter having come before the Court on the *Stipulation by and Between the City of Detroit, Michigan and Detroit Medical Center, as Agent for Harper-Hutzel Hospital Regarding Claim Number 894* (the "Stipulation");[1] the Court having reviewed the Stipulation and being otherwise apprised of the matter; and there being good cause; NOW THEREFORE IT IS ORDERED THAT

**IT IS HEREBY ORDERED THAT:**

1. Claim number 894 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $69,247.40.

2. The City's claims agent is authorized to update the claims register accordingly.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.