# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND DETROIT MEDICAL CENTER, AS AGENT FOR HARPER-HUTZEL HOSPITAL REGARDING CLAIM NUMBER 894**

This case is before the Court on the *Stipulation by and Between the City of Detroit, Michigan and Detroit Medical Center, as Agent for Harper-Hutzel Hospital Regarding Claim Number 894* (Docket # 12758, the "Stipulation").;[1] The Court having reviewed the Stipulation and being otherwise apprised of the matter; and there being good cause;

**IT IS ORDERED THAT:**

1. Claim number 894 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $69,247.40.

2. The City's claims agent is authorized to update the claims register accordingly.

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.

**Signed on March 23, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge