William Davis

8557 Appoline

Detroit, MI 48228

Honorable Thomas J. Tucker

c/o Clerk of Court, U. S. Bankruptcy Court

Eastern District, Southern Division

211 W. Fort Street

Detroit, MI 48226

BANKRUPTCY CASE NO. 13-53846

April 5, 2018

Dear Sir:

We previously sent to the Court address above, a request for clarification of parties excluded from negative effects of the bankruptcy case referred to above. To date we have not received any response from the Court, the City Detroit, nor any related agency. The previous request by letter, is dated September 11, 2017; certified at U.S. Postal Office on the same date, #70171070000030953876; and retrieved by the addressee on September 15, 2017.

Again, we would like to be informed if there are any creditors or related parties that, were excluded from suffering negative consequences as scheduled in the bankruptcy Plan(s) of Adjustment 1 thru 8, whether such exclusion be intentional or accidental. We also request justification or reasoning for exclusion of any such parties.

If there are any questions please contact me on (313) 622-6430, Montybill86@yahoo.com, or the return address above. A prompt response of this letter would be deeply appreciated.

Sincerely

*William M. Davis*

William M. Davis, President

Detroit Active and Retired Employees Association (DAREA)