UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: City of Detroit, MI,
(Debtor)

Case No: 13-53846
Judge Thomas J. Tucker
Chapter 9

## REBUTTAL

On this date of April 23, 2018, I Genre Brogue, Co-Plaintiff, in the City of Detroit Bankruptcy Case, wish to file a response with the aforementioned Court regarding the "Debtor's Objection to Certain Claims" received in today's mail.

First of all, because I do not ever file fraudulent or frivolous claims against anyone; and due to the fact that the City of Detroit was allowed to exit Bankruptcy Court as the result of their initial filing Case Number: 13-53846, I do not feel compelled to modify or expunge any claims I filed with the City of Detroit. All proofs were filed by me along with my original claims filed with the City of Detroit Law Dept. with requests for settlements included in a fair and just amount(s).

*** I am confident that U.S. Bankruptcy Court's Decision was an indication that the City of Detroit was capable and competent enough to settle all their claims and debts.

Signed by:
Mr. Genre Brogue, U.S. Army Officer
ID# 50059
CLAIM#: 757