UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED '18 MAY 4 AM11:32
US BANKRUPTCY MIE-DET

CLERK' OFFICE: 1-313-234-5005

IN RE: CITY OF DETROIT, MI
(DEBTOR)

CASE NO: 13-53846
JUDGE THOMAS J. TUCKER
CHAPTER 9

## PROOF OF SERVICE

I, Genre Brogue, Co-Plaintiff, on this date of Tuesday, the First day of May, 2018, would like to reply to the Court's Notice received in today's mail notifying me that I did not file "Proof of Service" along with my "Rebuttal" in response to the "Debtor's... Objection to Certain Claims" mailed April 23, 2018.

On the same day received, I responded to the "Objection of Certain Claims". I mailed my original to U.S. District Bankruptcy Court in Detroit, MI as well as a copy to Atty. for the City of Detroit, Marc N. Swanson (P71149), in Detroit, MI as well.

Signed by:
GEN. Genre Brogue, U.S. Army Officer
JD# 50999
CLAIM #: 157

cc: Mark Swanson, ESQ.

13-53846-tjt   Doc 12774   Filed 05/04/18   Entered 05/04/18 14:54:33   Page 1 of 1