UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN

IN RE:  CHAPTER 9
CITY OF DETROIT, MICHIGAN  CASE NO. 13-53846
    *Debtor.*  HON. THOMAS J. TUCKER

_____/

## INDEX OF EXHIBITS

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Excerpts of Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (Docket Entry No. 8272, dated 11/12/14) |
| 2 | Proof of Claim, filed by T&T Management, Inc. (Claim No. 1409), dated February 18, 2014 |
| 3 | Letter from Charles Raimi, City of Detroit Law Dept., to Mark Demorest, dated June 23, 2017 |

Thomas, Karl/T&T Management/Detroit Bankruptcy (Merkur Steel)/1 DRAFT Pleadings/2018 05 07 Index of Exhibits - Response to City's 58th Omnibus Objection to Certain Claims.docx