# EXHIBIT 3



CITY OF DETROIT
LAW DEPARTMENT

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 500
DETROIT, MICHIGAN 48226-3535
PHONE 313•224•4550
FAX 313•224•5505
WWW.DETROITMI.GOV

June 23, 2017

Mark S. Demorest, Esq. - via e-mail only mark@demolaw.com
Demorest Law Firm
322 W. Lincoln Ave., Ste. 300
Royal Oak, MI 48067

Re: *Merkur Steel Supply, Inc. v City of Detroit*, WCCC 99-928001-CC

Mr. Demorest:

On behalf of the City of Detroit, we hereby notify your client, Merkur Steel Supply, Inc. (including any successor in interest, hereinafter "Merkur"), that the City of Detroit has this day terminated payment of $3,800.00 per month to Merkur under the Final Judgment dated March 29, 2002 in the above referenced lawsuit (hereinafter "the Judgment"). The reasons for the termination include, but are not limited to, the following.

The Judgment required the City to make payment to Merkur "until either (1) **Merkur ceases to lease the property**, (2) the City of Detroit acquires ownership of the property or (3) the City of Detroit takes the necessary actions to lift the restrictions preventing construction of a building on the vacant five-acre parcel." Emphasis added.

In pleadings filed in *HRT Enterprises v City of Detroit*, U. S. Dist. Ct. 12-13710, and otherwise, HRT has admitted that the last remaining tenant went out of business and vacated the property at issue in late 2008, and that HRT has been unable to lease or sell the property. See, for example, the March 26, 2013 decision and order denying defendant's motion to dismiss, or in the alternative for summary judgment, in case 12-13710.

At the very least, the City reasonably concludes that Merkur has ceased to lease the property and payment under the Judgment is no longer due. Indeed, it is apparent that payments should have ceased years ago. Demand is made that funds paid since the Merkur lease terminated be immediately repaid to the City.

Very Truly Yours,

Charles N. Raimi
E-mail – raimic@detroitmi.gov
Phone 313 237 5037