UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN

IN RE:                                   CHAPTER 9
CITY OF DETROIT, MICHIGAN          CASE NO. 13-53846
    *Debtor.*                             HON. THOMAS J. TUCKER

_____/

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2018, I electronically filed the following:

1. T&T Management, Inc.'s Response to Debtor's Fifty-Eight Omnibus Objection to Certain Claims (Docket Entry No. 12775);

with the Clerk of the Court using the ECF system, which will send notification to all registered parties that are registered to receive CM/ECF notifications.

I hereby certify that on May 7, 2018, I have mailed by United States Postal Service, via First-Class mail, the foregoing to the following **non-ECF** participants: None.

As required, I hereby certify that on May 7, 2018, I have mailed by United States Postal Service, via First-Class mail, the foregoing to the following:

Marc N. Swanson
Miller, Canfield, Paddock and Stone, PLC
150 West Jefferson, Suite 2500
Detroit, MI 48226

                                           */s/ Meaghan Skillman*
                                           Meaghan Skillman, Paralegal
                                           Demorest Law Firm, PLLC
                                           322 W. Lincoln Ave.
                                           Royal Oak, MI 48067
                                           Telephone: 248-723-5500

Dated: May 7, 2018

Thomas, Karl/T&T Management/Detroit Bankruptcy (Merkur Steel)/1 DRAFT Pleadings/2018 05 07 COS - Response to Debtor's 58th Omnibus Objection to Certain Claims.docx

1