UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN

IN RE:  
CITY OF DETROIT, MICHIGAN  
    *Debtor.*

CHAPTER 9  
CASE NO. 13-53846  
HON. THOMAS J. TUCKER

_____/

# CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2018, I electronically filed the following, along with this Certificate of Service:

1. T&T Management, Inc.'s Amended Response to Debtor's Fifty-Eighth Omnibus Objection to Certain Claims (Docket Entry No. 12777);

with the Clerk of the Court using the ECF system, which will send notification to all registered parties that are registered to receive CM/ECF notifications.

I hereby certify that on May 8, 2018, I have mailed by United States Postal Service, via First-Class mail, the foregoing to the following **non-ECF** participants: None.

As required, I hereby certify that on May 8, 2018, I have mailed by United States Postal Service, via First-Class mail, the foregoing to the following:

Marc N. Swanson  
Miller, Canfield, Paddock and Stone, PLC  
150 West Jefferson, Suite 2500  
Detroit, MI 48226

    */s/ Meaghan Skillman*  
    Meaghan Skillman, Paralegal  
    Demorest Law Firm, PLLC  
    322 W. Lincoln Ave.  
    Royal Oak, MI 48067  
    Telephone: 248-723-5500

Dated: May 8, 2018

Thomas, Karl/T&T Management/Detroit Bankruptcy (Merkur Steel)/1 DRAFT Pleadings/2018 05 08 COS - Amended Response to Debtor's 58th Omnibus Objection to Certain Claims.docx