UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | : | |
|---|---|---|
| In re | : | Chapter 9 |
| | : | |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| | : | |
| Debtor | : | Judge Thomas J. Tucker |

**ORDER GRANTING THE *EX PARTE* MOTION OF THE CITY OF DETROIT FOR A SEVENTH EXTENSION OF THE CLAIMS OBJECTION BAR DATE**

This case is before the Court on the City of Detroit's *Ex Parte* Motion for a Seventh Extension of the Claims Objection Bar Date, filed May 11, 2018 (Docket # 12779, the "Motion"),[1] seeking entry of an order extending the Claims Objection Bar Date through and including December 7, 2018. The Court finds good cause to enter this Order.

IT IS ORDERED that:

1. The Motion is granted.

2. The Claims Objection Bar Date, as set forth in the Plan, including the deadline for the City to object to claims, is extended from June 7, 2018 through and including December 7, 2018.

3. This Order is entered without prejudice to the rights of the City to

---

[1] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Motion.

request a further extension of the Claims Objection Bar Date.

4.   This Court will retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order.

**Signed on May 11, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge