United States Bankruptcy Court

Eastern District of Michigan

Hon. Thomas J. Tucker

No. 13-53846

May 5, 2018

Honorable Judge Tucker,

I recently received copy of a motion that the City of Detroit has filed a to dismiss a claim by plaintiff for 'no valid basis for any liability of the city.' I find such a motion not only appalling but I believe it shows that the defendant has a perverse disrespect for law based only on the fact that, because it is a municipality, It can skirt the law.

The City of Detroit knowingly and illegally towed a $35,000 car and after two trials and several appeals that the city lost, the City of Detroit is attempting to discharge its legal obligation simply because it feels that it can. Rather than admit responsibility and adhere to the judgement rendered by the court the City of Detroit's position was "...oh, well. It doesn't matter if we are wrong we are going to file for bankruptcy and we'll remove our obligation then." The recent motion by the City of Detroit is testimony that it intends to adhere to its word to skirt the law (but not to correct its legal or moral obligation). In the interests of justice and to comport with a prior judicial finding, this letter then is to *reject and dispute the removal of my valid claim from this court*.

Sincerely,

M. Dujon Johnson

15474 Stoepel

Detroit, MI 48238

FILED '18 MAY 14 PM12:08
US BANKRUPTCY MIE-DET