May 10, 2018

Pamela Booker
16227 Wildemere St.
Detroit, MI. 48221

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI. 48226

Re: Response to objection letter dated 4/18/18 for the City of Detroit, Chapter 9, Case No.
13-53846; Claim No. 3836. Stay Modification Notice, Doc. No. 12228

Honorable Thomas J. Tucker:

When the city agreed to settle my claim (valid basis), to me that meant it accepted responsibility for my loss. Therefore, on 7/16/15, I filed a notice to amend my claim. On 7/21/15, I resubmitted the notice to read corrected instead of amended to the court as directed. The hearing scheduled for 7/22/15 was cancelled without notice, I asked the court clerk to let the court know I had appeared. Once that happened I wasn't sure what to do. It has never been my intention to be uncooperative with the city or not negotiate in good faith. I tried twice to get an attorney, the first said the city would see me as a liar and a cheat. The second, wasn,t any better, I listened to his colleague tell him, all she did was amend her claim. I will try to have an attorney with me 5/23/18.

Sincerely,

*Pamela Booker*

Pamela Booker
313-748-2877

FILED '18 MAY 14 PM12:14
US BANKRUPTCY MIE-DET