# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER WITHDRAWING DEBTOR'S OBJECTION WITHOUT PREJUDICE TO PROOF OF CLAIM NUMBER 1064 OF CLAIMANTS ABRAHAM GREER AND SANDRA GREER

Upon the *Stipulation Withdrawing Debtor's Objection to Proof of Claim Number 1064 of Claimants Abraham Greer and Sandra Greer* (Docket # 12785, the "Stipulation")[1] filed by the City of Detroit (the "City") and Claimants Abraham Greer and Sandra Greer, the holders of Claim Number 1064, for entry of an order withdrawing the Debtor's objection as to Claim Number 1064; and the Court being fully advised in the premises,

IT IS ORDERED that:

1. Claim No. 1064 will be liquidated in the State Court Case. Following liquidation, Claim No. 1064 will be treated as a general unsecured non-priority claim against the City, in the liquidated amount of Claim No. 1064, which will be treated in accordance with the terms of the City's *Eighth Amended Plan of the Adjustment of Debts of the City of Detroit* (Docket # 8045).

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.

2. The City's Objection as to Claim No. 1064 is hereby withdrawn without prejudice.

3. Nothing in this Order will be construed as an admission by the City of any liability to the Claimants on account of or related to the facts and circumstances asserted in Claim No. 1064, or as a waiver of any arguments or defenses the City may have with regard to these asserted facts and circumstances.

**Signed on May 14, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge