UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:

**CITY OF DETROIT**
CASE NO**:**  **13-53846**
CHAPTER:  **9**
JUDGE:    **TUCKER**

**DEBTORS./**
_____

**NOTICE OF APPEARANCE OF COUNSEL**


     **PLEASE TAKE NOTICE** that BOC Law Group, P.C. files his appearance on behalf of

claimant Sandra Guntzviller.




Respectfully submitted,



/s/ William R. Orlow_____
William R. Orlow (P41634)
BOC Law Group, P.C.
24100 Woodward Avenue
Pleasant Ridge, Michigan 48069
248-584-2100
bocecf@boclaw.com

Dated: May 16, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:                                          CASE NO:    **13-53846**
**CITY OF DETROIT**                             CHAPTER:    **9**
                                                JUDGE:      **TUCKER**

_____ **DEBTORS./**

## <u>CERTIFICATE OF SERVICE</u>

    **WILLIAM R. ORLOW,** hereby certifies that on <u>May 16, 2018</u>, he served the **NOTICE OF APPEARANCE OF COUNSEL AND CERTIFICATE OF SERVICE**, in said case upon the following parties by ECF as follows:

<u>/s/ William R. Orlow</u>
**WILLIAM R. ORLOW (P41634)**
BOC Law Group, P.C.
24100 Woodward Avenue
Pleasant Ridge, MI 48069
248-584-2100
bocecf@boclaw.com
