# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit, Michigan

Debtor.

CASE NO: 13-53846
CHAPTER: 9

## CERTIFICATE OF SERVICE

I hereby certify that on MAY 14, 2018 (date of mailing), I served copies as follows:

1. Document(s) served:

   Response to Motion

2. Served upon [name and address of each person served]:

   Marc Swanson
   150 W. Jefferson, Ste 2500
   Detroit, MI 48226

3. By First Class Mail.

Dated: 14 May 2018

(Signature)

Print Name: M. Dujply Johnson