UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit

CASE NO: 13-53846
CHAPTER: 9

Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2018 (date of mailing), I served copies as follows:

1. Document(s) served: Edith Woodberry's Response to Debtors Fifty-Second Omnibus to Certain Claims

2. Served upon [name and address of each person served]:

   Marc N Swanson
   150 W. Jefferson Suite 2500
   Detroit Mich. 48226

   Charles N Raimi
   City of Detroit Law Dept
   2 Woodward Ave
   Suite 500

3. By ~~First Class~~ Mail. Personal Service

Dated: May 16, 2018

Edith Woodberry
(Signature)

Print Name: _____