Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*12781* − Response to (related document(s): 12764 Objection to Claim Number of Claimant Debtors Fifty−Seventh Omnibus Objection to Certain Claims (No Valid Basis for any Liability of the City). ) Filed by Creditor M. Dujon Johnson (ckata)

Proof of Service Missing

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Chapter 13 Plan is Non−Compliant
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant

- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant
- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 5/14/18

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                             United States Bankruptcy Court
                             Eastern District of Michigan
In re:                                                                      Case No. 13-53846-tjt
City of Detroit, Michigan                                                   Chapter 9
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0645-2          User: ckata                 Page 1 of 14              Date Rcvd: May 14, 2018
                              Form ID: def2               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
23154130       +M. Dujon Johnson,    15474 Stoepel,    Detroit, MI 48238-1357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Daniel M. McDermott
              Deutsche Bank AG, London
cr            Jon Harvey
                                                                         TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
```
              Adam  Berman    on behalf of Creditor    CitiMortgage, Inc. bknotices-edm@potestivolaw.com
              Albert  Togut    on behalf of Plaintiff    City of Detroit, Michigan neilberger@teamtogut.com,
               apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,
               adeering@teamtogut.com,srobinson@teamtogut.com
              Albert  Togut    on behalf of Debtor In Possession    City of Detroit, Michigan
               dperson@teamtogut.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
               ajennings@edwardsjennings.com,   vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff     Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com,   vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com,   vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alidz  Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com,   drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Allan S. Brilliant on behalf of Creditor Macomb Interceptor Drain Drainage District allan.brilliant@dechert.com
Allan S. Brilliant on behalf of Creditor County of Macomb, Michigan allan.brilliant@dechert.com
Allison Bach on behalf of Interested Party State of Michigan, Department of Attorney General abach@dickinsonwright.com, etrimai@dickinsonwright.com
Amy D. Caton on behalf of Creditor Nuveen Asset Management acaton@kramerlevin.com
Amy D. Caton on behalf of Creditor BlackRock Financial Management, Inc. acaton@kramerlevin.com
Andrew Minear on behalf of Creditor Parsons Brinckerhoff Michigan, Inc. aminear@schiffhardin.com
Andrew Minear on behalf of Defendant Parsons Brinckeroff Michigan Inc aminear@schiffhardin.com
Andrew A. Paterson, Jr. on behalf of Plaintiff Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr. on behalf of Creditor Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr. on behalf of Creditor Robert Davis aap43@outlook.com, aap43law@gmail.com
Anthony Greene on behalf of Creditor Da'Nean M. Brooks greenelawgroup@gmail.com, greenelawgroup@yahoo.com
Anthony J. Kochis on behalf of Creditor Iron Mountain Information Management, LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
Anthony J. Kochis on behalf of Creditor The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
Anthony J. Kochis on behalf of Attorney Wolfson Bolton PLLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
Anthony James Miller on behalf of Defendant Toter Incorporated am@osbig.com
Barbara A. Patek on behalf of Plaintiff Detroit Police Lieutenants and Sergeants Association pateklaw@gmail.com
Barbara A. Patek on behalf of Interested Party Sanitary Chemists and Technicians Association pateklaw@gmail.com
Barbara A. Patek on behalf of Interested Party John R. Runyan pateklaw@gmail.com
Barbara A. Patek on behalf of Interested Party Association of Detroit Engineers pateklaw@gmail.com
Barbara A. Patek on behalf of Creditor Detroit Police Lieutenants and Sergeants Association pateklaw@gmail.com
Barbara A. Patek on behalf of Creditor Detroit Police Officers Association pateklaw@gmail.com
Barry S. Fagan on behalf of Creditor Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com
Benjamin Whitfield on behalf of Interested Party Jerome Collins benwlaw123@aol.com, bw4822@aol.com;benwlaw4822@aol.com
Brendan G. Best on behalf of Interested Party Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com;alrichards@varnumlaw.com
Brendan G. Best on behalf of Plaintiff Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com;alrichards@varnumlaw.com
Brendan G. Best on behalf of Defendant Syncora Guarantee, Inc. bbest@schaferandweiner.com, wrkyles@varnumlaw.com;alrichards@varnumlaw.com
Brian D. O'Keefe on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe on behalf of Interested Party Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe on behalf of Interested Party Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Bruce Bennett on behalf of Debtor In Possession City of Detroit, Michigan bbennett@jonesday.com
Caralyce M. Lassner on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com, R47050@notify.bestcase.com;LassnerCR47050@notify.bestcase.com
Carl F. Schier on behalf of Defendant Bankston Construction Inc carl@schierlaw.com
Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen on behalf of Plaintiff Ambac Assurance Corporation carol.cohen@arentfox.com
Carole Neville on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
Carole Neville on behalf of Retiree Committee Official Committee of Retirees carole.neville@dentons.com
Caroline Turner English on behalf of Plaintiff Ambac Assurance Corporation caroline.english@arentfox.com
Carolyn Beth Markowitz on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM
Charles Bruce Idelsohn on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
Charles D. Bullock on behalf of Interested Party Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
Christopher E. McNeely    on behalf of Defendant    Great Lakes Power Inc cmcneely@mandmpc.com
Cindy Tsai    on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees claude.montgomery@dentons.com, docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
Clifford D. Neubauer    on behalf of Interested Party Najib Hodge cneubauer@joumanakayrouz.com
Courtney A. Krause    on behalf of Creditor    Berkshire Hathaway Assurance Corporation ckrause@garanlucow.com
Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association courtney.rogers@wallerlaw.com
Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association courtney.rogers@wallerlaw.com
Cynthia J. Haffey    on behalf of Defendant    Detroit General Retirement System Service Corporation haffey@butzel.com
Cynthia J. Haffey    on behalf of Defendant    Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com
Dale Price    on behalf of Creditor    Equal Employment Opportunity Commission dale.price@eeoc.gov, legaldt.detroit@eeoc.gov
Daniel Kielczewski    on behalf of Defendant    Bob Maxey Ford Inc dgkielczewski@abbottnicholson.com, adwilliams@abbottnicholson.com
Daniel C. DiCicco    on behalf of Defendant    Wright Tool Co ddicicco@ahernkill.com
David A. Lerner    on behalf of Creditor    Plunkett Cooney dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
David A. Lerner    on behalf of Defendant    Waste Management of Michigan Inc dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
David E. Schwartz    on behalf of Defendant    SMART dschwartz@allardfishpc.com, allardfishpc@yahoo.com
David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Defendant Kevyn Orr dgheiman@jonesday.com
David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan dgheiman@jonesday.com
David Jonathan Cross    on behalf of Defendant    T & N Services Inc davidjonathancross@gmail.com
David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
David M. Blau    on behalf of Creditor    NTH Consultants, Ltd. dblau@clarkhill.com
David M. Blau    on behalf of Defendant    Mannik & Smith Group Inc dblau@clarkhill.com
David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com
Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
Deborah Kovsky-Apap    on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com, kuschj@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com, kuschj@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com, kuschj@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Defendant John Naglik kovskyd@pepperlaw.com, kuschj@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan kovskyd@pepperlaw.com, kuschj@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Defendant John Naglick kovskyd@pepperlaw.com, kuschj@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com, kuschj@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com, kuschj@pepperlaw.com
Deborah Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com, kuschj@pepperlaw.com
Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP   dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP   dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc.  dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    BlueMountain Capital Management, LLC   dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P.   dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Stone Lion Capital Partners L.P.   dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C.  dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.   dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Interested Party    Panning Capital Management, LP   dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP   dfish@allardfishpc.com, allardfishpc@yahoo.com
Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005   dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006   dbeckwith@fosterswift.com
Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.   don@mcguiganlaw.com
Doron Yitzchaki    on behalf of Defendant    Hesco Hamlett Engineering Sales Company   DYitzchaki@dickinsonwright.com
Doron Yitzchaki    on behalf of Creditor    Sky Group Grand, LLC DYitzchaki@dickinsonwright.com
Douglas Steele    on behalf of Interested Party    International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Defendant    1 Way Service Inc dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Defendant    Examworks Inc dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation   dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
Edward J. Gudeman    on behalf of Defendant    Audio Visual Equipment & Supplies   ejgudeman@gudemanlaw.com, ecf@gudemanlaw.com;lmerucci@ecf.inforuptcy.com;rtanner@ecf.inforuptcy.com;kdarr@ecf.inforuptcy.com;kshinn@ecf.inforuptcy.com;ejgudeman@ecf.inforuptcy.com;brookard@ecf.inforuptcy.com
Elizabeth A. Ferguson    on behalf of Creditor Kim Lamar Spicer   lizferguson@lawofficeseaferguson.com
Elizabeth Ann Favaro    on behalf of Defendant    Siemens Industry Inc   elizabeth.favaro@bowmanandbrooke.com, diana.murray@bowmanandbrooke.com
Elliot G. Crowder    on behalf of Defendant    W C Ducomb Co ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company   ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric B. Gaabo    on behalf of Defendant    City of Detroit gaabe@detroitmi.gov,raimic@detroitmi.gov
Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan   carlson@millercanfield.com, brashier@millercanfield.com
Erika D. Hart    on behalf of Defendant    OAS Group Inc ehart@tauntlaw.com, sdewitte@tauntlaw.com
Ethan D. Dunn    on behalf of Defendant    Hercules & Hercules Inc bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com;notices@nextchapterbk.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Evan A. Burkholder    on behalf of Respondent    JE Associates evan.burkholder@leclairryan.com,
               evan.burkholder@gmail.com
              Evan A. Burkholder    on behalf of Defendant    J E Associates Inc evan.burkholder@leclairryan.com,
               evan.burkholder@gmail.com
              Frank J. Guadagnino    on behalf of Creditor    Aetna Health and Life Insurance Company
               fguadagnino@mcguirewoods.com, rhotaling@clarkhillthorpreed.com
              Gerald Rosen    efile_rosen@mied.uscourts.gov
              Gordon J. Toering    on behalf of Defendant    EJ USA Inc gtoering@wnj.com
              Gordon J. Toering    on behalf of Defendant    Valley Truck Parts Inc gtoering@wnj.com
              H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
               jblock@resnicklaw.com
              H. Nathan Resnick    on behalf of Defendant    Bauer & Hunter PLLC hnresnick@resnicklaw.net,
               jblock@resnicklaw.com
              H. Nathan Resnick    on behalf of Interested Party    Resnick & Moss, P.C. hnresnick@resnicklaw.net,
               jblock@resnicklaw.com
              Harvey R. Weingarden    on behalf of Creditor Katherine  Poe hweingarden@lippittokeefe.com,
               jdobrzycki@lippittokeefe.com
              Heath Douglas Rosenblat    on behalf of Counter-Claimant    Wilmington Trust, N.A.
               Heath.Rosenblat@dbr.com, Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust Company, N.A.
               Heath.Rosenblat@dbr.com, Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Creditor    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
               Daniel.Northrop@dbr.com
              Heath Douglas Rosenblat    on behalf of Defendant    Wilmington Trust, N.A. Heath.Rosenblat@dbr.com,
               Daniel.Northrop@dbr.com
              Heather  Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com
              Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather  Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com
              Heather  Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Heather  Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com
              Heidi  Peterson    hdpeterson75@gmail.com
              Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
              I. W. Winsten    on behalf of Defendant    Sigma Associates Inc iwinsten@honigman.com,
               CWalmsley@honigman.com
              Irma  Industrious    on behalf of Creditor Irma  Industrious iindustrious@yahoo.com
              J. Paul Sugameli    on behalf of Defendant    Farrow Group Inc psugameli@sugamelilaw.com
              James  Pelland    on behalf of Defendant    Metco Services Inc jpelland@fb-firm.com,
               psugars@fb-firm.com
              James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              James J. Hayes    on behalf of Defendant    Alexander Chemical Corp attyjjhayes@gmail.com
              James Matthew McArdle    on behalf of Creditor    Detroit Water and Sewerage Department
               jmapm1217@gmail.com
              Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
              Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
               jeansartre@msn.com
              Jayson  Ruff    on behalf of Creditor    Sprint Communications Company LP jruff@mcdonaldhopkins.com
              Jayson  Ruff    on behalf of Creditor    Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
              Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
              Jimmylee  Gray    on behalf of Defendant    Ampro Construction LLC j.gray50@comcast.net
              Jimmylee  Gray    on behalf of Defendant    Uniglobe Construction Co j.gray50@comcast.net
              Jimmylee  Gray    on behalf of Defendant    Kingsway Building & Maintenance j.gray50@comcast.net
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          John A. Simon    on behalf of Debtor In Possession   City of Detroit, Michigan jsimon@foley.com
          John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jstevens@mathesonparr.com, nlmumma@aol.com
          John Adam Behrendt    on behalf of Plaintiff   Gotham Motown Recovery, LLC abehrendt@bodmanlaw.com,
           jgateman@bodmanlaw.com
          John C. Lange    on behalf of Creditor    Detroit Public Library jlange@glmpc.com
          John D. Mulvihill    on behalf of Creditor    Agar Lawn Sprinkler Systems Inc
           jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
          John D. Mulvihill    on behalf of Attorney John Mulvihill Law Office Of John D. Mulvihill Pllc
           jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
          John D. Mulvihill    on behalf of Defendant    Agar Lawn Sprinkler Systems Inc
           jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
          John D. Mulvihill    on behalf of Debtor In Possession   City of Detroit, Michigan
           jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
          John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
           pjohnson@bredhoff.com;mforan@bredhoff.com
          John G. Colucci    on behalf of Respondent    General Shale Brick, Inc. coluccilawfirm@gmail.com
          John G. Colucci    on behalf of Creditor    General Shale Brick, Inc. coluccilawfirm@gmail.com
          John H. Willems    on behalf of Debtor In Possession   City of Detroit, Michigan
           willems@millercanfield.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com,
           mitrottlaw@ecf.courtdrive.com
          John P. Sieger    on behalf of Creditor    Michigan Bell Telephone Company john.sieger@kattenlaw.com
          John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
           jcanzano@michworkerlaw.com, office@michworkerlaw.com
          Jonathan S. Green    on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
          Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
           green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant    City of Detroit green@millercanfield.com
          Jonathan S. Green    on behalf of Debtor In Possession   City of Detroit, Michigan
           green@millercanfield.com
          Jonathan S. Green    on behalf of Defendant Michael  Hall green@millercanfield.com
          Jong-Ju Chang    on behalf of Creditor    Oakland County, Michigan jchang@dykema.com,
           dkelley@dykema.com;docket@dykema.com
          Jong-Ju Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
           jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
          Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
           jfischer@carsonfischer.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua  Wheelock    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
           joshwheelock@hotmail.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judith Greenstone Miller    on behalf of Defendant    Election Systems & Software
           jmiller@jaffelaw.com, dgoldberg@jaffelaw.com
          Judy B. Calton    on behalf of Creditor    120 W. Montcalm Properties LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    WC Hoover Investments, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Singent Consulting LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Kennedy Square Garage LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Mound Road Enterprises L.L.C. jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Country West Apartments, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor Aziz N. Abraham jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    LDM, LLC jcalton@honigman.com, litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    3250 Associated LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    TSD Solutions LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    136 Bagley LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor    Delbruck Technology, LLC jcalton@honigman.com,
           litdocket@honigman.com
          Judy B. Calton    on behalf of Creditor Aziz & Lorna  Abraham jcalton@honigman.com,
           litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Judy B. Calton    on behalf of Creditor    440 Congress LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Stanne Consulting, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Tower Defense & Aerospace, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Olympia Office Building, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Gekko Enterprises LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Olympia Development of Michigan LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Sunrise Parking LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Taggart Technologies LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Cass Community Social Services, Inc.
 jcalton@honigman.com,   litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party Michael  Duggan, Mayor jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Compuware Corporation jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant   CW Professional Services LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Arrow Uniform Rental, Inc. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party   Detroit Entertainment, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    TC Manor House, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    VITEC, L.L.C. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party   Detroit Institute of Arts jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Skyline Partners LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Seven Mile Partners, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Cathedral Owner LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    3100 East Jefferson, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Oakland Plant Properties, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    5801 Southfield Service Drive Corp. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Magnolia Properties, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Fox Parking Garage, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Chene Square, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    4737 Conner Co., LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Parkrite Holdings LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party   Compuware Corporation jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Enforcement Technology, Inc. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Elizabeth Street Properties, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Detroit Thermal, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Atwater Group jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Abraham & Potestivo, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Koehler Market LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Blenheim Building, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    441 E. Larned LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party   Sigma Associates, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Pont Solutions, LLC jcalton@honigman.com,
 litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Judy B. Calton    on behalf of Creditor    Regency Owner LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Sigma Associates Inc jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Country House Apartments jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Linwood Neighbors LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Columbia Parking LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Attorney L. Katie Mason jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Mack Avenue Investors LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    CW Professional Services, LLC
 jcalton@honigman.com,  litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Detroit Entertainment, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Lynch Road Land L.L.C. jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Seven Mile Holdings, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Riverfront Towers Holdings LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Ivey & Associates LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Imperial Manor House, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Interested Party    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Greektown Casino, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Defendant    Compuware Corporation jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    Bean Little Investments, LLC jcalton@honigman.com,
 litdocket@honigman.com
Judy B. Calton    on behalf of Creditor    MICMR, LLC jcalton@honigman.com,  litdocket@honigman.com
Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants
 Association jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
 jteicher@maddinhauser.com
Karen E. Evangelista    on behalf of Creditor Karen  Evangelista, Chapter 7 Trustee
 brewera1008@yahoo.com
Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
 Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
 Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
 Avery@SilvermanMorris.com
Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
 kressk@pepperlaw.com
Kenneth B. Vance    on behalf of Defendant    Z Contractors Inc kbvance@comcast.net,
 kbvance01@gmail.com
Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov,
 michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Jack.Tubbs@usdoj.gov
Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
 ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
Kimberly Gibbs    on behalf of Defendant    Futurenet Group Inc KimberlyG@futurenetgroup.com
Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
 kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
 kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
Kurt Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
 thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Kurt Thornbladh on behalf of Plaintiff Sylvia Taylor kthornbladh@gmail.com, thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
      Kurt Thornbladh on behalf of Plaintiff Rosalyn Walker kthornbladh@gmail.com, thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
      Kurt Thornbladh on behalf of Plaintiff Rosalyn Parham kthornbladh@gmail.com, thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
      Kurt Thornbladh on behalf of Creditor Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
      Kurt Thornbladh on behalf of Plaintiff Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
      Kurt Thornbladh on behalf of Plaintiff Janice Ward kthornbladh@gmail.com, thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
      Kurt Thornbladh on behalf of Plaintiff John Smith kthornbladh@gmail.com, thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
      Kurt Thornbladh on behalf of Creditor Plymouth Square Ltd. Housing Association kthornbladh@gmail.com, thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
      Kurt Thornbladh on behalf of Plaintiff Tammika Williams kthornbladh@gmail.com, thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
      Kurt Thornbladh on behalf of Plaintiff John Jackson kthornbladh@gmail.com, thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
      Kurt Thornbladh on behalf of Creditor Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com;andreatucker01@yahoo.com;kbonds1@gmail.com
      L. Nichole Hunter on behalf of Creditor Public Lighting Authority nhunter@alglawpc.com
      Lawrence A. Lichtman on behalf of Creditor 660 Woodward Associates, LLC llichtman@honigman.com, litdocket@honigman.com
      Lisa Hill Fenning on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
      Louis P. Rochkind on behalf of Plaintiff National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
      M. Ellen Dennis on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu
      Mami Kato on behalf of Interested Party International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Interested Party Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Mami Kato on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 mkato@sachswaldman.com, pmerchak@sachswaldman.com
      Marc N. Swanson on behalf of Defendant Michael Hall swansonm@millercanfield.com
      Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
      Marc N. Swanson on behalf of Defendant City of Detroit swansonm@millercanfield.com
      Marc N. Swanson on behalf of Defendant Michael Duggan, Mayor swansonm@millercanfield.com
      Marc N. Swanson on behalf of Defendant City of Detroit, Michigan swansonm@millercanfield.com
      Marc N. Swanson on behalf of Defendant Detroit City Council swansonm@millercanfield.com
      Marcy J. Ford on behalf of Creditor Bank of America, N.A. easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com
      Marguerite Hammerschmidt on behalf of Interested Party Haas & Goldstein P.C. admin@hammer-stick.com
      Marie Garian on behalf of Defendant ABC Demolition Co Inc Garianlaw@yahoo.com
      Mark Wasvary on behalf of Creditor Hyde Park Co-Operative, et al. mark@wasvarylaw.com
      Mark Wasvary on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
      Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
      Mark B. Berke on behalf of Defendant Birks Works Environmental LLC mberkelaw@gmail.com
      Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark H. Shapiro on behalf of Creditor BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark H. Shapiro on behalf of Interested Party Greenhill & Co., LLC shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
      Mark L. McAlpine on behalf of Other Professional McAlpine PC mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com;nanichols@mcalpinepc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
        Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
         mrj@wwrplaw.com
        Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
        Mark S. Frankel    on behalf of Defendant    Tooles Contracting Group LLC mfrankel@couzens.com
        Mark S. Frankel    on behalf of Defendant    Motor City Pipe & Supply Co mfrankel@couzens.com
        Mark S. Frankel    on behalf of Interested Party    Tooles Contracting Group LLC
         mfrankel@couzens.com
        Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
         bankrout@davispolk.com
        Mary Beth Cobbs    on behalf of Debtor In Possession    City of Detroit, Michigan
         cobbm@detroitmi.gov, mbcobbs@flash.net
        Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
         mbcobbs@flash.net
        Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
         cobbm@detroitmi.gov, mbcobbs@flash.net
        Mary Kay Shaver    on behalf of Creditor    Varnum LLP mkshaver@varnumlaw.com
        Matthew Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
        Matthew Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
        Matthew Wilkins    on behalf of Defendant    Electronic Data Systems Corporation
         wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
         Michigan wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
         wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
         wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
         wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
         wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins    on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City
         of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew D. Harper    on behalf of Interested Party    City of Detroit Water and Sewerage Department
         mdharper@eastmansmith.com
        Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
         Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
        Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
        Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
         summersm@ballardspahr.com
        Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
         summersm@ballardspahr.com
        Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
        Max J. Newman    on behalf of Defendant    Motor City Electric Technologies Inc newman@butzel.com
        Max J. Newman    on behalf of Defendant    Fort Wayne Contracting Inc newman@butzel.com
        Max J. Newman    on behalf of Defendant    Imperial Construction Co newman@butzel.com
        Max J. Newman    on behalf of Defendant    Detroit Thermal, LLC newman@butzel.com
        Max J. Newman    on behalf of Defendant    L D' Agostini & Sons Inc newman@butzel.com
        Max J. Newman    on behalf of Defendant    C E Pollard Company newman@butzel.com
        Michael A. Stevenson    on behalf of Defendant    Clark Associates Inc mas@sbplclaw.com,
         rschultz@sbplclaw.com
        Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
         makarmanesq@gmail.com
        Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
        Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
        Michael H. Perry    on behalf of Defendant    Fraser Trebilcock Davis & Dunlap PC
         mperry@fraserlawfirm.com
        Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
        Michael R. Bell    on behalf of Interested Party    State of Michigan, Department of Attorney
         General BellM1@michigan.gov
        Michael R. Bell    on behalf of Interested Party Bill    Schuette BellM1@michigan.gov
        Michael Robert Wolin    on behalf of Defendant    Systems & Software Inc mike@tishlaw.com
        My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
         mao-bk-ecf@debevoise.com
        Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Rashida    Tlaib ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
         ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Donnell    White ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Maureen    Taylor ayadlaw@hotmail.com
        Nabih H. Ayad    on behalf of Interested Party Thomas    Stallworth III ayadlaw@hotmail.com
        Neil Matthew Berger    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com,
         dcahir@teamtogut.com, seratner@teamtogut.com;neilberger@teamtogut.com;bmoore@teamtogut.com
        Neil R. Sherman    on behalf of Creditor    Flagstar Bank, FSB nsherman@sspclegal.com,
         stremonti1@sspclegal.com
        Neil R. Sherman    on behalf of Interested Party    CitiMortgage, Inc. nsherman@sspclegal.com,
         stremonti1@sspclegal.com
        Neil R. Sherman    on behalf of Interested Party    Schneiderman and Sherman, P.C.
         nsherman@sspclegal.com, stremonti1@sspclegal.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Neil R. Sherman on behalf of Interested Party Kondaur Capital Corporation nsherman@sspclegal.com, stremonti1@sspclegal.com
- Niraj R. Ganatra on behalf of Attorney UAW - Solidarity House Nganatra@uaw.net
- Noel J. Ravenscroft on behalf of Respondent Wayne County Treasurer nravenscroft@ecf.courtdrive.com, dgomez@kaalaw.com;ashaw@kaalaw.com
- Paige E. Barr on behalf of Creditor Michigan Bell Telephone Company Paige.Barr@kattenlaw.com
- Patrick C. Lannen on behalf of Creditor Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
- Patrick E. Mears on behalf of Creditor 36th District Court for the State of Michigan pmears@btlaw.com
- Patrick W. Carothers on behalf of Defendant Carmeuse Lime Inc pcarothers@leechtishman.com, bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
- Paul R. Hage on behalf of Creditor National Public Finance Guarantee Corporation phage@jaffelaw.com, gshaw@jaffelaw.com
- Paul R. Hage on behalf of Defendant Inland Waters Pollution Control Inc. phage@jaffelaw.com, gshaw@jaffelaw.com
- Paul R. Hage on behalf of Plaintiff National Public Finance Guarantee Corporation phage@jaffelaw.com, gshaw@jaffelaw.com
- Paul R. Hage on behalf of Defendant Election Systems & Software phage@jaffelaw.com, gshaw@jaffelaw.com
- Paula A. Hall on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Paula A. Hall on behalf of Interested Party Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Paula A. Hall on behalf of Retiree Committee Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Peter D. Dechiara on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
- Peter Paul Sudnick on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com, psudnick13@gmail.com
- Ralph A. Taylor on behalf of Plaintiff Ambac Assurance Corporation ralph.taylor@arentfox.com
- Raymond Guzall, III on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
- Raymond Guzall, III on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
- Richard A. Roble (UST) on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
- Richard G. Mack, Jr. on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Coalition of Detroit Unions richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
- Richardo I. Kilpatrick on behalf of Creditor Detroit Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;dgomez@kaalaw.com;ashaw@kaalaw.com
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit, Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;dgomez@kaalaw.com;ashaw@kaalaw.com
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;dgomez@kaalaw.com;ashaw@kaalaw.com
- Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
- Robert Fetter on behalf of Interested Party Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Interested Party Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert A. Weisberg on behalf of Defendant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert A. Weisberg on behalf of Counter-Claimant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert A. Weisberg on behalf of Creditor Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert D. Gordon on behalf of Creditor Police and Fire Retirement System of the City of Detroit rgordon@clarkhill.com, lbellguzzo@clarkhill.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Robert D. Gordon    on behalf of Creditor    General Retirement System of the City of Detroit
           rgordon@clarkhill.com, lbellguzzo@clarkhill.com
          Robert J. Figa    on behalf of Defendant    D A Central Inc RFiga@Comlawone.com
          Robert J. Figa    on behalf of Defendant    Vancon Inc RFiga@Comlawone.com
          Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
          Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
           robertbassel@hotmail.com;ecfbassel@gmail.com
          Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
          Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
           bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
          Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
           robertbassel@hotmail.com;ecfbassel@gmail.com
          Robert S. Hertzberg    on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
           hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Interested Party    Pepper Hamilton LLP
           hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Ronald A. Spinner    on behalf of Defendant    City of Detroit, Michigan spinner@millercanfield.com
          Ronald A. Spinner    on behalf of Debtor In Possession    City of Detroit, Michigan
           spinner@millercanfield.com
          Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
           jdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
           rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
           jdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
           jdobrzycki@lippittokeefe.com
          Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
           jdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com, dustin.paige@kirkland.com;maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
           dustin.paige@kirkland.com;maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com, dustin.paige@kirkland.com;maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com, dustin.paige@kirkland.com;maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
           ryan.bennett@kirkland.com, dustin.paige@kirkland.com;maureen.mccarthy@kirkland.com
          Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
          Sara  Rajan    on behalf of Defendant    Camden Insurance Agency Inc srajan@starkreagan.com
          Scott A. Wolfson    on behalf of Defendant    Detroit Advanced Technology Application Network
           swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com
          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com
          Scott Eric Ratner    on behalf of Debtor In Possession    City of Detroit, Michigan
           dperson@teamtogut.com
          Scott Eric Ratner    on behalf of Defendant    Detroit Thermal, LLC dperson@teamtogut.com
          Scott Eric Ratner    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com
          Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Shanna Marie Kaminski   on behalf of Interested Party   City of Detroit Water and Sewerage Department ,  pjozwiak@schaferandweiner.com

      Shanna Marie Kaminski   on behalf of Defendant   Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com

      Shannon L. Deeby   on behalf of Interested Party   General Retirement System of the City of Detroit sdeeby@clarkhill.com

      Shannon L. Deeby   on behalf of Defendant   Eastern Oil Co sdeeby@clarkhill.com

      Shannon L. Deeby   on behalf of Defendant   Dell Computer Corporation sdeeby@clarkhill.com

      Shannon L. Deeby   on behalf of Interested Party   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

      Shannon L. Deeby   on behalf of Defendant   J Ranck Electric Inc sdeeby@clarkhill.com

      Shannon L. Deeby   on behalf of Defendant   Camp Dresser & McKee sdeeby@clarkhill.com

      Shannon L. Deeby   on behalf of Creditor   Governing Board of the City of Detroit Employee Benefit Plan sdeeby@clarkhill.com

      Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

      Shannon L. Deeby   on behalf of Defendant   CDM Michigan Inc sdeeby@clarkhill.com

      Shannon L. Deeby   on behalf of Defendant   Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com

      Shannon L. Deeby   on behalf of Defendant   David Wm Ruskin sdeeby@clarkhill.com

      Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit sdeeby@clarkhill.com

      Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net

      Sheryl L. Toby   on behalf of Interested Party   Health Alliance Plan of Michigan stoby@dykema.com, dguerrero@dykema.com

      Stanley I. Okoli   on behalf of Creditor Shelton  Bell, Jr. sokoli@romanolawpllc.com, dblake@romanolawpllc.com, dromano@romanolawpllc.com

      Stanley I. Okoli   on behalf of Creditor Michael  McKay sokoli@romanolawpllc.com, dromano@romanolawpllc.com

      Stanley I. Okoli   on behalf of Creditor James  Williams sokoli@romanolawpllc.com, dromano@romanolawpllc.com

      Stanley L. de Jongh   on behalf of Interested Party   City of Detroit Law Department jongsl@detroitmi.gov

      Stanley L. de Jongh   on behalf of Debtor In Possession   City of Detroit, Michigan jongsl@detroitmi.gov

      Stephanie Lee Arndt   on behalf of Creditor Steven  Wolak s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com

      Stephen Wolpert   on behalf of Creditor   Macomb County stephen.wolpert@dechert.com

      Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

      Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com

      Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

      Stephen S. LaPlante   on behalf of Plaintiff   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

      Stephen S. LaPlante   on behalf of Defendant   Detroit City Council laplante@millercanfield.com, skoczylas@millercanfield.com

      Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

      Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov

      Steven G. Howell   on behalf of Interested Party   State of Michigan showell@dickinsonwright.com

      Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney General showell@dickinsonwright.com

      Stuart A. Gold   on behalf of Defendant   Federal Pipe & Supply Inc sgold@glmpc.com

      Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com

      Stuart A. Gold   on behalf of Defendant   Binkelman Corp. sgold@glmpc.com

      Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

      Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

      Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;edocket@schiffhardin.com

      Tamar Dolcourt   on behalf of Debtor In Possession   City of Detroit, Michigan tdolcourt@foley.com

      Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association morris@silvermanmorris.com, dlatus@silvermanmorris.com

      Thomas R. Morris   on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com, dlatus@silvermanmorris.com

      Thomas R. Morris   on behalf of Creditor Donald  Taylor morris@silvermanmorris.com, dlatus@silvermanmorris.com

      Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, dlatus@silvermanmorris.com

      Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, dlatus@silvermanmorris.com

      Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, dlatus@silvermanmorris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Thomas R. Morris    on behalf of Interested Party   Detroit Retired City Employees Association
           morris@silvermanmorris.com, dlatus@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           dlatus@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession   City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Defendant   City of Detroit, Michigan fusco@millercanfield.com
          Timothy R. Graves    on behalf of Interested Party   Bronze Gable, L.L.C. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Aurelius Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Stone Lion Capital Partners L.P.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Panning Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Monarch Alternative Capital LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Todd W. Grant    on behalf of Defendant   Waterworks Systems & Equipment tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant   E L Bailey & Co Inc tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant   North-West Trading Co tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant   Clarks Construction tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant   Blue Star Inc tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant   KEO and Associates Inc. tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Vanessa G. Fluker    on behalf of Interested Party   Center for Community Justice and Advocacy
           vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
          Wendy Turner Lewis    on behalf of Defendant   Pyratech Security Systems Inc wtlewis@ameritech.net
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
          William J. Barrett    on behalf of Defendant   Genuine Parts Company william.barrett@bfkn.com
          William Norman Listman    on behalf of Interested Party   Southeastern Oakland County Water
           Authority wlistman@davislistman.com
          William W. Kannel    on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
          William W. Kannel    on behalf of Creditor   Fidelity Management & Research Company
           wkannel@mintz.com
          Yuliy  Osipov    on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Defendant   Toter Incorporated yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party   Michigan Property Tax Relief, LLC
           yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Defendant   Capp, Inc. yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Defendant   Capp USA yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
           yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                                             TOTAL: 583
```