# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND SANDRA GUNTZVILLER FOR WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM NUMBER 2037 <u>WITHOUT PREJUDICE</u>**

The City of Detroit, Michigan ("<u>City</u>") and Sandra Guntzviller ("<u>Claimant</u>"; and collectively with the City, the "<u>Parties</u>"), by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS, on February 20, 2014, Claimant filed its proof of claim number 2037 ("<u>Claim 2037</u>");

WHEREAS, on October 22, 2014, the City filed its *Eighth Amended Plan of the Adjustment of Debts of the City of Detroit (October 22, 2014)* (the "<u>Plan</u>," Doc. No. 8045);

WHEREAS, on April 18, 2018, the City filed *Debtor's Fifty-Sixth Omnibus Objection to Certain Claims (No Valid Basis for any Liability of the City)* (the "<u>Omnibus Objection</u>") [Doc. No. 12763] which included Claim 2037 among the claims subject to the objection;

WHEREAS, on May 16, 2018, Claimant filed her response to the Omnibus Objection [Doc. No. 12789];

WHEREAS, Claimant and the City have now conferred and reached agreement regarding Claim 2037;

WHEREAS, capitalized terms not otherwise defined in this stipulation have the meanings given to them in the Plan;

NOW, THEREFORE, the Parties stipulate and agree that the City's objection to Claim 2037 is hereby withdrawn, without prejudice. The Parties respectfully request that the Court enter an order in the form attached as **Exhibit 1**.

| |
|---|
| Stipulated and agreed to on May 17, 2018: |
| MILLER CANFIELD PADDOCK & STONE, PLC<br><br>By: /s/ Marc N. Swanson<br>Marc N. Swanson (P71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Facsimile: (313) 496-8452<br>swansonm@millercanfield.com |
| Counsel for the City of Detroit, Michigan |

LEVINE BENJAMIN, P.C.

By: /s/ Greg M. Liepshutz
Greg M. Liepshutz (P37573)
100 Galleria Officentre, Suite 411
Southfield, MI 48034
Telephone: (248) 352-5700
Facsimile: (248) 352-1312
gliepshutz@levinebenjamin.com

Counsel for Sandra Guntzviller

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND SANDRA GUNTZVILLER FOR WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM NUMBER 2037 WITHOUT PREJUDICE

This matter having come before the Court on the *Stipulation By and Between The City Of Detroit, Michigan and Sandra Guntzviller for Withdrawal of Debtor's Objection To Claim Number 2037 Without Prejudice* (the "Stipulation")[1]; the parties having stipulated to the withdrawal of the City's objection to Claim 2037, without prejudice; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. The City's objection to Claim 2037 is hereby withdrawn, without prejudice;

2. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Stipulation.