# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND T&T MANAGEMENT, INC. FOR EXPUNGEMENT OF CLAIM NUMBER 1409

This case is before the Court on the *Stipulation By and Between the City of Detroit, Michigan and T&T Management, Inc. For Expungement of Claim Number 1409* (Docket # 12787, the "Stipulation")[1]; the parties having stipulated to the expungement of Claim 1409; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. As a Claim expressly excluded from discharge in this bankruptcy case under paragraph 30 of the Confirmation Order, Claim 1409 will be expunged from the claims register maintained in the Case as a matter of administrative convenience. However, such expungement is not intended to, nor shall it, enlarge or constrict or otherwise affect any substantive or procedural right provided to T&T Management or the City under paragraph 30 of the Confirmation Order. Subject to the terms of the Confirmation Order, T&T Management expressly

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Stipulation.

reserves any and all claims against the City, and the City expressly reserves any and all defenses to Claim 1049 (and any other claims of the Claimant).

2. Nothing in this Order is intended to, or will, postpone, waive, modify or amend any substantive or procedural right or remedy of either of the Parties under the Confirmation Order or otherwise.

3. This Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

4. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this Order.

**Signed on May 17, 2018**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge