UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER WITHDRAWING DEBTOR'S OBJECTION TO
### PROOF OF CLAIM NUMBER 530 OF CLAIMANT IRA LEE TODD, JR.

Upon the *Stipulation Withdrawing Debtor's Objection to Proof of Claim Number 530 of Claimant Ira Lee Todd, Jr.* (Docket # 12795) filed by the City of Detroit (the "City") and Claimant Ira Lee Todd, Jr., the holder of Claim Number 530, for entry of an order withdrawing the Debtor's objection as to Claim Number 530; and the Court being fully advised in the premises,

IT IS ORDERED that the City's objection to Claim Number 530 is withdrawn as moot.

**Signed on May 17, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge