# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND SANDRA GUNTZVILLER FOR WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM NUMBER 2037 WITHOUT PREJUDICE

This case is before the Court on the *Stipulation By and Between The City Of Detroit, Michigan and Sandra Guntzviller for Withdrawal of Debtor's Objection To Claim Number 2037 Without Prejudice* (Docket # 12798, the "Stipulation");[1] the parties having stipulated to the withdrawal of the City's objection to Claim 2037, without prejudice; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. The City's objection to Claim 2037 is withdrawn, without prejudice.

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Stipulation.

2. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.

**Signed on May 17, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge