## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## DEBTOR'S OMNIBUS REPLY IN SUPPORT OF ITS FIFTY-SIXTH AND SIXTY-SECOND OMNIBUS OBJECTIONS TO CERTAIN CLAIMS

The City of Detroit ("City"), by its undersigned counsel, files this reply in support of its *Fifty-Sixth and Sixty-Second Omnibus Objections to Certain Claims* (collectively, the "Omnibus Objections," Doc. Nos. 12763 and 12769), stating as follows:

### INTRODUCTION

1.      On April 18, 2018, the City filed its Omnibus Objections. The following parties filed responses to the Omnibus Objections:

**Fifty-Sixth Omnibus Objection**

(a)      Response filed by Edith Woodberry ("Edith Woodberry") [Doc. No. 12791]. Edith Woodberry's response is attached as **Exhibit 1**.

**Sixty-Second Omnibus Objection**

(b)      Response filed by Penny Mabin, Kenny Mabin, Roger Mabin, Cavel Woodberry , Cavel Woodberry, Jr., Cranston Woodberry,

- 1 -

Garfield Woodberry , Happy Woodberry , LaJeff Woodberry , Lavan Woodberry , Phebe Lee Woodberry ("Mabin/Woodberry Group", and together with Edith Woodberry, the "Woodberry Claimants')) [Doc. No. 12794]. The Mabin/Woodberry response is attached as **Exhibit 2**.

## BACKGROUND

2.     On February 21, 2014, the Woodberry Claimants filed the following proofs of claim, each of which is related to an eminent domain proceeding (collectively, the "Woodberry Claims"):

| Claim No. | Claimant | Exhibit # |
|-----------|----------|-----------|
| 2846 | Edith Woodberry | 3-1 |
| 2880 | Happy Woodberry | 3-2 |
| 2883 | LaJeff Woodberry | 3-3 |
| 2888 | Cavel Woodberry | 3-4 |
| 2889 | Lavan Woodberry | 3-5 |
| 2902 | Penny Mabin | 3-6 |
| 2905 | Cranston Woodberry | 3-7 |
| 3006 | Garfield Woodberry | 3-8 |
| 3271 | Adam Woodberry[1] | 3-9 |
| 3278 | Phebe Woodberry | 3-10 |

---

[1] Claim 3271 of Adam Woodberry is subject to the Debtor's Sixty-Second Omnibus Objection to Certain Claims; however Adam Woodberry is not listed among the respondents in the Mabin/Woodberry Group response to the Sixty-Second Omnibus Objection to Certain Claims. As such, no timely response was filed and the Court should expunge the claim of Adam Woodberry.

- 2 -

3.     On May 15, 2014, the City filed objections to the Woodberry Claims, asserting that the Woodberry Claims as filed, did not meet the requirements of Fed. R. Bankr. P. 3001 (the "Initial Objections") [Doc. Nos. 4843, 4841, 4840, 4839, 4838, 4837, 4836, 4835, 4834, and 4859].  Among other things, the City argued that the Woodberry Claimants had not identified the property at issue nor provided any evidence to support the valuation of the Woodberry Claims.

4.     On June 18, 2014, the Woodberry Claimants filed responses to the Initial Objections. [Doc. Nos. 5410, 5415, 5414, 5418, 5413, 5411, 5417, 5416, 5419, 5420].  The responses identified the property as 2457 Beaubien, Detroit, Michigan ("Property") and asserted that the City owes the Woodberry Claimants money for the taking of the Property by eminent domain.  On June 20, 2014, the City filed its omnibus reply to the Woodberry Claimants' responses to the Initial Objections [Doc. No. 5505].

5.     The Property was the subject of a condemnation action filed in 2005 in the Wayne County Circuit Court, Case No. 05-522129-CC ("State Court Case"). Each of the Woodberry Claimants was a named defendant.  On April 28, 2009, the Wayne County Circuit Court entered a judgment in favor of the City, confirming that the title passed to the City effective July 27, 2005, and ordering the payment of just compensation to the defendants (the "2009 Judgment").  The 2009 Judgment is attached as **Exhibit 4**.  The State Court Case docket is attached as **Exhibit 8.**

6. The 2009 Judgment provides that the Court granted the City's motion for summary disposition, dismissed the Woodberry Claimants counterclaims in their entirety, and denied Defendants' Motion for Reconsideration. 2009 Judgment, pp. 1-2.

7. In the 2009 Judgment, the Wayne County Circuit Court ordered that the just compensation for the Property was $240,000, minus amounts owed by the defendants to the City for rent and water services, as well as previously paid compensation amounts. 2009 Judgment, p. 2.

8. The 2009 Judgment also provides that "**this Judgment shall be with prejudice to any further assertion of claims by Defendants against the City arising directly or indirectly, in whole or in part, from the taking of the Subject Property**." 2009 Judgment, p. 3 (emphasis added).

9. None of the Defendants in the State Court Case appealed the 2009 Judgment.

10. Edith Woodberry received $83,294.72 in compensation prior to the 2009 Order and signed an acknowledgement to that effect (the "Acknowledgment"). The Acknowledgement is attached hereto as **Exhibit 5**.

11. Certain other defendants also received compensation totaling $9,000.00. These defendants included Happy Woodberry, Phebe Woodberry,

Adam Woodberry, Cavel Woodberry, Penny Mabin, and Cranston Woodberry, as well as other defendants who have not filed claims in the bankruptcy.

12. Edith Woodberry filed a proof of claim in the amount of $3 million, and each of the other Woodberry Claimants filed their claims for $1 million, totaling $12 million.

13. On June 25, 2014, the Court held a hearing on the Initial Objections. *See Transcript Excerpt*, **Exhibit 6.** At that hearing, the Court focused on the following language in the 2009 Judgment: "Pursuant to Rule 2.602(A)(3), this judgment does not resolve the last of any claims, and it does not close this case." Ex. 4, p. 4. The Court asked the parties what was left to be done in the State Court Case. Ex. 6, p. 26. The City stated that it was unsure whether there was anything further to be done and would consult with the Law Department. *Id.* The City has since consulted with the Law Department and there is nothing further to be done in the State Court Case. As set forth on Exhibit 8, no action has been taken in the State Court Case in over six years and there are no pending appeals.

14. The Court thus abstained from making a final decision on the Woodberry Claims. Following the hearing, the Court entered the *Order Regarding Objections to Claims Numbers 2846, 2880, 2883, 2888, 2889, 2902, 2905, 3006, 3271 and 3278* [Doc. No. 5586], overruling the City's objections to the claims, without prejudice. See *Order*, **Exhibit 7**.

## **ARGUMENT**

15.     As noted above, on April 18, 2018, the City filed the Omnibus Objections.  On May 16, 2018, Edith Woodberry and the Mabin/Woodberry Group each filed their responses to the Omnibus Objections.

16.     As set forth in the Omnibus Objections, the Alternative Dispute Resolution Procedures ("ADR Procedures") attached as Annex 1 to the ADR Order permitted the City to serve on claimants a

> notice that the Stay/Injunction is lifted to permit the underlying claim to be liquidated in a non-bankruptcy forum consistent with the terms, conditions and limitations of Section II.E. below (a "Stay Modification Notice").  In that event, immediately upon the filing of the Stay Modification Notice, the Stay/Injunction shall be deemed modified with respect to the applicable Initial Designated Claim solely to permit the liquidation of the claim in a non-bankruptcy forum…

ADR Procedures, Section I.B, p. 4.

17.     Paragraph 10 of the ADR Order states

> If the Stay/Injunction is modified as a result of a Stay Modification Notice, the liquidation of each applicable Initial Designated Claim shall proceed in [. . .] such other non-bankruptcy forum selected by the Designated Claimant . . . .

18.     The ADR Procedures contain a procedure for their enforcement:

> If a Designated Claimant fails to comply with the ADR Procedures, negotiate in good faith or cooperate with the City as may be necessary to effectuate the ADR Procedures, the Bankruptcy Court may, after notice and a hearing, find such conduct to be in violation of the ADR

31461306.2\022765-00213

Order or an abandonment of or failure to prosecute the Designated Claim, or both. Upon such findings, the Bankruptcy Court may, among other things, disallow and expunge the Designated Claim, in whole or part, or grant such other or further remedy deemed just and appropriate under the circumstances, including, without limitation, awarding attorneys' fees, other fees and costs to the City.

ADR Procedures, Section II.G.

19. The City filed stay modification notices on the Woodberry Claimants.

*See* Omnibus Objections, Ex. 2.

20. None of the Woodberry Claimants present a legally cognizable response to the Omnibus Objection. They have had 9 years since the 2009 Judgment was entered to take whatever actions they deem necessary in the State Court Case. Yet, they have done nothing and do not offer any explanation for why they have not taken any action. Nor, do they explain what remains left in the State Court Case. The City has investigated the State Court Case and there is nothing further to be done. The Woodberry Claims should be expunged.

21. Finally, the Mabin/Woodberry Group's assertion that their claims are not subject to the discharge provisions in the City's Eighth Amended Plan of Adjustment [Doc. No. 8045] ("Plan") fails. The deadline to object to the Plan was approximately five years ago. In addition to being untimely, the Woodberry Claimants cannot object to the Plan in a response to a claim objection, as that would be an impermissible collateral attack on the Plan and the order confirming

it. *See DeLorean v. Gully,* 118 B.R. 932, 935 n.1 (E.D. Mich. 1990) (noting that a collateral attack is a request for relief, which, if granted, "must in some fashion overrule a previous judgment.")

22.     This Court should expunge the Woodberry Claims.

**CONCLUSION**

For these reasons, the City asks the Court to overrule the responses of Edith Woodberry and the Mabin/Woodberry Group and sustain the City's Objection to these claims pursuant to the terms of the Plan and the ADR Procedures.

Dated: May 18, 2018

> Respectfully submitted,
>
> By: /s/ Marc N. Swanson
>     Marc N. Swanson (P71149)
>     MILLER, CANFIELD, PADDOCK AND
>     STONE, P.L.C.
>     150 West Jefferson, Suite 2500
>     Detroit, Michigan 48226
>     Telephone: (313) 496-7591
>     Facsimile: (313) 496-8451
>     green@millercanfield.com
>     swansonm@millercanfield.com

ATTORNEYS FOR THE CITY OF DETROIT

# EXHIBIT 1

# EDITH WOODBERRY RESPONSE

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

City of Detroit Michigan

     Debtor

Bankruptcy Case No. 13-53846

Judge Thomas J. Tucker

Chapter 9

### EDITH WOODBERRY'S RESPONSE TO DEBTOR'S FIFTY-SIXTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

Claimant Edith Woodberry in pro per, (Edith) RESPONSE; SHE filed her CLAIM against Debtor City of Detroit (City), in Bankruptcy Court; Case Number 2846 Bankruptcy Court's Hon. Judge Rhodes is assigned judge. Edith has not been assigned or been before any of the other Bankruptcy Judges.

Within eight years the City has used its Eminent Domain Power; in at least four different Court Actions to seize Edith's property without paying her just compensation. Durning this period the City refused to issue her requested PERMITS to correct the many VIOLATIONS the City is required by law to issue permits to correct.

After refusing to grant permits, the City demolished Edith's property as unsafe. Said property was an 18 unit Apartment Building with 9, two (2) bedroom units; 9 three (3) bedroom units; three (3) commercial units and a subbasement. It stood on a prime corner. Its address was 2457 Beaubien St /. 445 Fisher Freeway. Edith has not been paid just compensation to date for the City's "taking." Payment of just compensation is mandated by both Federal and State Constitutions.

Between times, Edith filed a $2,000,000, lien later raising it to $3,000,000 lien on her property. The City's last Case against Edith in the Third Judicial Circuit Court; her Case is still

open. This Case was assigned to Hon. Judge Isidore S Torres, who later reassigned it to the Hon. Judge Daphne Curtis Means, who has retired.

City's attorney, Charles Raimi, (pursuant to 28 U.S.C 1746,) declared under penalty of perjury that the following is true and correct to the best of my (his) knowledge and belief, I am Deputy Corporation Counsel for the City of Detroit ("City"). Unless otherwise stated in his Declaration, I have personal knowledge of the facts set forth herein. The City's ongoing claims reconciliation process involves the collective effort of a team of employees assembled from personnel specifically familiar with the operations and liabilities of the City. This team worked together and in conjunction with City's counsel, the City's financial advisor, and the City's claims agent, to review proofs of claim filed against the City. (the "Objection"), the City reviewed the claims at issue.as described on EXHIBIT 2 of the Objection. Each claimant has abandoned and failed to prosecute his or her claim.

Edith Woodberry is named in Exhibit 2.] Edith has not abandoned her Claim. Raimi's Declaration is dolus] Consequently, each claim on Exhibit 2 should be disallowed and expunged pursuant to the ADR Order (as defined in the Objection).

A city attorney (name I do not recall} met with me at the of City's attorney 's office located in the City Country Building to Settle my Case at his request   He became upset when it became apparent to him that the City had wronged me.  Faced with the truth, his integrity and the Code of Ethics would not let him continue after he saw what he saw in the City's file.

He was openly distraught.  He left the conference in a huff, saying that he was going on vacation – and to "Let Dave handle it." Dave, whomever he is, has not contacted me to date.

Wherefore, Edith prays that the Bankruptcy Court will ORDER the City (DEBTOR) to provide her with a complete copy of the documentation in her Case File, at no cost to her. or no

Edith also pray that this Court will deny City's request for an Order Sustaining Debtor's Sixty-

Second Omnibus Objection to in its Exhibit 2 as it relates to her; Claimant Edith Woodberry.

Respectfully submitted,

*Edith Woodberry*

Edith Woodberry, In pro per

# Affidavit

I, Edith Woodberry, do hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.

1. I am the owner of the property that the City took by eminent domain and is now attempting to have the City's obligation to pay just compensation discharged in bankruptcy.

2. Shortly after this court upheld my objection to the discharge of the City's obligation to pay just compensation, an attorney representing the City of Detroit approached me regarding negotiations to settle this claim.

3. I met with the City's attorney in person at his office for preliminary negotiation and document exchange.

4. During this meeting, the City attorney informed me that in approximately one week he would no longer be working for the City and that his successor would contact me regarding further negotiation and settlement.

5. To date, no one from the City of Detroit Law Department has contacted me regarding further negotiation and settlement.

6. No one has been identified as the successor attorney.

7. I have not abandoned my claim or refused to negotiate with the City.

8. I attempted to review the bankruptcy file to provide further proof. The bankruptcy clerk told me that the file could not be accessed because the file was under the exclusive control of the City of Detroit's attorney.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, and correct to the best of my knowledge and belief.

*Edith Woodberry*

Respectfully submitted,

Subscribed and sworn to
before me on May 16, 2018
Candy Foster
Notary Public, State of MI
County of Wayne
My Commission Expires 12/27/2022
Acting in County of Wayne

_____ Edith Woodberry, In pro per

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of Response to Debtor's Sixty-Second

Omnibus Objection to Certain Claims, Edith Woodberry's Response to Debtor's Fifty-Sixth

omnibus Objection to Certain Claims and Declaration /Affidavit of Edith Woodberry were hand

delivered to Charles N. Rami, Esq. and filed with the United States Bankruptcy Court, Eastern

District of Michigan, Southern Division on May 16, 2018.

*Edith Woodberry*

# EXHIBIT 2

## MABIN/WOODBERRY RESPONSE

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No: 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor | Chapter 9 |

## RESPONSE TO DEBTOR'S SIXTY-SECOND OMNIBUS OBJECTION TO CERTAIN CLAIMS

Debtor alleges that Designated Claimant abandoned the claim or failed to negotiate in good faith or cooperate with the City. Designated Claimant asks this court to deny Debtor's Sixty-Second Omnibus Objection to Certain Claims for the following reasons.

1.    The ADR Procedures enforcement procedures require that Claimant "negotiate in good faith or cooperate with the City as may be necessary to effectuate the ADR Procedures. Designated Claimant has met this requirement.

2.    The City of Detroit failed to negotiate in good faith. Shortly after this court upheld my objection to the discharge of the City's obligation to pay just compensation, an attorney representing the City of Detroit approached me regarding negotiations to settle this claim. Designated Claimant engaged in good faith negotiation with the City of Detroit attorney regarding the resolution of this claim.

3.    During the course of negotiation, the City of Detroit attorney left the City for other employment and advised Designated Claimant that his successor would contact Designated Claimant regarding further negotiation.

4.    To date, the City of Detroit has not identified to Designated Claimant who the successor attorney is and no one else from the City of Detroit has contacted Designated Claimant for further negotiation.

5.    There has been no abandonment of the claim or failure to prosecute the claim by Designated Claimant. Rather, the City of Detroit has failed to negotiate in good faith or cooperate with Designated Claimant as may be necessary to effectuate the ADR Procedures.

6.    In addition, this claim presents the question of whether the Bankruptcy Court can lawfully discharge in bankruptcy the U.S. Constitutional requirement that the City pay just compensation for the Designated Claimant's property that the City took via eminent domain.

7.    The Fifth Amendment of the United States Constitution in pertinent part states no person shall be "deprived of life, liberty, or property without due process of law" . . . "nor shall private property be taken for public use without just compensation."

8.    The City of Detroit's obligation to pay just compensation cannot be discharged in a bankruptcy proceeding. The payment of just compensation is mandated by the United States Constitution.

9.    The Bankruptcy Court has wide latitude with regard to this claim. The Bankruptcy Court, per ADR Procedure, may among other things, grant such other or further remedy deemed just and appropriate. A possible just resolution is to require the City to return to the Designated Claimant property taken. The return of the property is a more equitable and lawful resolution than discharging the debt.

WHEREFORE, Designated Claimant respectfully requests that this Court deny the City's request for the Order Sustaining Debtor's Sixty-Second Omnibus Objection to Certain Claims, attached as Exhibit 1.

Respectfully submitted,
Designated Claimants, In pro per

GARFIELD WOODBURY

CRANSTON WOODBURY

PENNY MARTIN

HAPPY WOODBURY

CAVEL WOODBURY

PHEBE WOODBURY

ROGER MARTIN

S. LAVAN WOODBURY

LASEFF WOODBURY

CAVEL WOODBURY JR

**DECLARATION/AFFIDAVIT OF EDITH WOODBERRY**

I, Edith Woodberry, do hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.

1.    I am the owner of the property that the City took by eminent domain and is now attempting to have the City's obligation to pay just compensation discharged in bankruptcy.

2.    Shortly after this court upheld my objection to the discharge of the City's obligation to pay just compensation, an attorney representing the City of Detroit approached me regarding negotiations to settle this claim.

3.    I met with the City's attorney in person at his office for preliminary negotiation and document exchange.

4.    During this meeting, the City attorney informed me that in approximately one week he would no longer be working for the City and that his successor would contact me regarding further negotiation and settlement.

5.    To date, no one from the City of Detroit Law Department has contacted me regarding further negotiation and settlement.

6.    No one has been identified as the successor attorney.

7.    I have not abandoned my claim or refused to negotiate with the City.

8.    I attempted to review the bankruptcy file to provide further proof. The bankruptcy clerk told me that the file could not be accessed because the file was under the exclusive control of the City of Detroit's attorney.

9.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, and correct to the best of my knowledge and belief.

Subscribed and sworn to                          Respectfully submitted,
before me on May 16, 2018

Candy Foster
Notary Public, State of MI
County of Wayne
My Commission Expires 12/27/2022
Acting in County of Wayne

_____

                              Edith Woodberry, In pro per

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Response to Debtor's Sixty-Second

Omnibus Objection to Certain Claims, Edith Woodberry's Response to Debtor's Fifty-Sixth

omnibus Objection to Certain Claims and Declaration /Affidavit of Edith Woodberry were hand

delivered to Charles N. Rami, Esq. and filed with the United States Bankruptcy Court, Eastern

District of Michigan, Southern Division on May 16, 2018.

*Edith Woodberry*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

IN RE: *CITY OF DETROIT*

CASE NO: *13-53846*
CHAPTER: *9*

**Debtor.**

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on *May 16, 208* _____ (date of mailing), I served

copies as follows:

1. Document(s) served: *Response to Debtors sixty-Second Omnibus to certain Claims*

2. Served upon [name and address of each person served]:

   *Marc N Swanson*
   *150 W. Jefferson Suite 2500*
   *Detroit Mich 48226*

   *Charles N Raimi*
   *City of Detroit Law Dept*
   *2 Woodward Ave*
   *Suite 500*

3. By ~~First Class Mail.~~ *Personal Service*

Dated: *May 16, 2018*

*Edith Woodbery.*
(Signature)

Print Name: _____

## EXHIBIT 3-1

## EDITH WOODBERRY CLAIM NO. 2846

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT    EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|

**Name of Debtor:** City of Detroit, Michigan   **Case Number:** 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):

EDITH WOODBERRY

**FILED**

**FEB 2 1 2014**

Name and address where notices should be sent:

EDITH WOODBERRY
803 GLADSTONE
DET MI 48202

Telephone number: 313 963 8677   email: NA

US Bankruptcy Court
MI Eastern District

COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:    email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

**FEB 2 4 2014**

KURTZMAN CARSON CONSULTANTS

**1. Amount of Claim as of Date Case Filed:** $ 3,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** CITY TOOK REAL PROPERTY Without PAYing Just COMPENSATION
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** NA

**3a. Debtor may have scheduled account as:** NA
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☒ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Value of Property:** $ 3,000,000.00

**Annual Interest Rate** (when case was filed)_____% ☐ Fixed or ☐ Variable

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $ —

**Basis for perfection:** EMINENT DOMAIN

**Amount of Secured Claim:** $ 3,000,000.00

**Amount Unsecured:** $ -0-

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ NA

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § US Const 5th Am $ 3,000,000.00

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: EDITH WOODBERRY
Title: NA
Company:
Address and telephone number (if different from notice address above):

_Edith Woodberry_
(Signature)                    (Date)

Telephone number:    email:

1353846140221000000000159

**EXHIBIT 3-2**

**HAPPY WOODBERRY CLAIM NO. 2880**

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT   EASTERN DISTRICT of MICHIGAN | CHAPTER 9 |
|---|---|

PROOF OF CLAIM **FILED**

| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

**FEB 2 1 2014**

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Happy Woodberry

Name and address where notices should be sent:

Happy Woodberry
803 Gladstone
Det MI 48202

Telephone number: 3135159774   email: Judgesugar@gmail.com

COURT USE ONLY

US Bankruptcy Court
MI Eastern District

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
   (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:   email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

**1.  Amount of Claim as of Date Case Filed:**   $1,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**FEB 2 4 2014**

KURTZMAN CARSON CONSULTANTS

**2.  Basis for Claim:** City Took Property without Paying Just Compensation
(See instruction #2)

**3.  Last four digits of any number by which creditor identifies debtor:** NA

**3a.  Debtor may have scheduled account as:** NA
(See instruction #3a)

**4.  Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☒ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

**Value of Property:** $1,000,000.00

**Annual Interest Rate (when case was filed)** _____% ☐ Fixed  or  ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:   $ _____

**Basis for perfection:** Eminent Domain

**Amount of Secured Claim:**   $1,000,000.00

**Amount Unsecured:**   $ — 0 —

**5.  Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**   $ NA

**5b.  Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § US Const 5th Am   $1,000,000.00

**6.  Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7.  Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are enclosed. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8.  Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.   ☒ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cranston Woodberry
Title: Authorized Agent
Company:
Address and telephone number (if different from notice address above):

(Signature)   3-2-21-14   (Date)

Telephone number:   email:

1353846140221000000000154

**EXHIBIT 3-3**

**LAJEFF WOODBERRY CLAIM NO. 2883**

In its List of Claims, ~~the City listed your claim as a contingent~~ amount of $94.88. To determine if you need to file a claim, please refer to the enclosed Information About Deadlines to File Claims.

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

**FILED**

Name of Debtor: **City of Detroit, Michigan**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Case Number: **13-53846**

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Resident **LA JEFF WOODBERRY**

Name and address where notices should be sent: NameID: 11708986

~~Resident~~ *LA Jeff Woodberry*
18283 Muirland St
Detroit, MI 48221-2756

Telephone number: **313 575 9774**    email: *JUDGESUGAR @ GMAIL, COM*

Name and address where payment should be sent (if different from above):

Telephone number:         email:

**FEB 21 2014**

COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

U.S. Bankruptcy Court
Eastern District

Court Claim Number:
*(If known)*

Filed on:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

**FEB 24 2014**

KURTZMAN CARSON CONSULTANTS

**1. Amount of Claim as of Date Case Filed:** $ *1,000,000.⁰⁰*

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** *City Failed to Pay Just Compensation for Property City acquired by Eminent Domain*
    (See instruction #2)

**3.** Last four digits of any number by which creditor identifies debtor: *NA*

**3a.** Debtor may have scheduled account as: *NA*
    (See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☒Real Estate  ☐Motor Vehicle  ☐Other
**Describe:**

**Value of Property:** $ *1,000,000.⁰⁰*

**Annual Interest Rate (when case was filed)_____% ☐Fixed or ☐Variable**

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ _____

**Basis for perfection:** *Eminent Domain*

**Amount of Secured Claim:** $ *1,000,000.⁰⁰*

**Amount Unsecured:** $ *-0-*

**5.** Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2). $ *NA*

**5b.** Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. § *US Const 5th Am* $ *1,000,000.⁰⁰*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature: (See instruction # 8)**
Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Cranston Woodberry*
Title: *Authorized Agent*
Company:
Address and telephone number (if different from notice address above):

(Signature)    *2-21-14*    (Date)

Telephone number:         email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment ~~for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.~~

**EXHIBIT 3-4**

**CAVEL WOODBERRY CLAIM NO. 2888**

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

**FILED**

| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

**FEB 21 2014**

US Bankruptcy Court
COURT USE ONLY District

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Cavel Woodberry

Name and address where notices should be sent:

Cavel Woodberry
803 Gladstone
Det MI 48202

Telephone number: 313 575 9774  email: Judgesugar@gmail.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number: ___  email: ___

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

**1. Amount of Claim as of Date Case Filed:**  $ 1,000,000.00

**FEB 24 2014**

KURTZMAN CARSON CONSULTANTS

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** City Took Property Without Paying Just Compensation
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** NA  |  **3a. Debtor may have scheduled account as:** NA (See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ ___

**Nature of property or right of setoff:** ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Basis for perfection:** Eminent Domain

**Value of Property:** $ 1,000,000.00

**Amount of Secured Claim:** $ 1,000,000.00

**Annual Interest Rate (when case was filed)** ___% ☐ Fixed or ☐ Variable

**Amount Unsecured:** $ -0-

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ NA

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §** US Const 5th An  $ 1,000,000.00

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted".) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cranston Woodberry
Title: Authorized Agent
Company:
Address and telephone number (if different from notice address above):

(Signature)  2-21-14  (Date)

Telephone number: ___  email: ___

**EXHIBIT 3-5**

**LAVAN WOODBERRY CLAIM NO. 2889**

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM **FILED** |
|---|---|---|

Name of Debtor: **City of Detroit, Michigan**  Case Number: 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**LAVAN WOODBERRY**

**FEB 21 2014**

US Bankruptcy Court
MI Eastern District

Name and address where notices should be sent:
LAVAN WOODBERRY
803 GLADSTONE
DET MI 48202
Telephone number: 313 575 9774  email: Judgesomar@ymail.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:  email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED  FEB 24 2014**

**KURTZMAN CARSON CONSULTANTS**

1. **Amount of Claim as of Date Case Filed:** $1,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** City Took Property Without Paying Just Compensation
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** NA
3a. **Debtor may have scheduled account as:** NA

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ —

**Nature of property or right of setoff:** ☒Real Estate ☐Motor Vehicle ☐Other
Describe:

**Basis for perfection:** Eminent Domain

**Value of Property:** $1,000,000.00
**Annual Interest Rate** (when case was filed) ____% ☐Fixed or ☐Variable

**Amount of Secured Claim:** $1,000,000.00
**Amount Unsecured:** $ —0—

5. **Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ NA

5b. **Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § US Const 5th Am  $1,000,000.00

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cranston Woodberry
Title: Authorized Agent
Company:
Address and telephone number (if different from notice address above):

(Signature)  2-21-14  (Date)

Telephone number:  email:

# EXHIBIT 3-6

# PENNY MABIN CLAIM NO. 2902

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN |
|---|---|

CHAPTER 9
PROOF OF CLAIM

**FILED**

**FEB 2 1 2014**

| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Penny Mabin

COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

U.S. Bankruptcy Court
Eastern District

Name and address where notices should be sent:

Penny Mabin
803 Gladstone
Det MI 48202

Telephone number: 313 575 9774   email: Judgesugar@gmail.com

**Court Claim Number:** _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

**FEB 2 4 2014**

Telephone number:        email:

KURTZMAN CARSON CONSULTANTS

**1. Amount of Claim as of Date Case Filed:** $ 1,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** City Took Real property without paying Just Compensation
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: NA | 3a. Debtor may have scheduled account as: NA (See instruction #3a) |
|---|---|

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☒Real Estate ☐Motor Vehicle ☐Other
Describe:

**Value of Property:** $ 1,000,000.00

**Annual Interest Rate (when case filed)** _____% ☐Fixed or ☐Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ —

**Basis for perfection:** Eminent Domain

**Amount of Secured Claim:** $ 1,000,000.00

**Amount Unsecured:** $ —0—

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ NA

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § US Const 5th Am  $ 1,000,000.00

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cranston Woodberry
Title: Authorized Agent
Company:
Address and telephone number (if different from notice address above):

(Signature)     2-21-14  (Date)

Telephone number:        email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

13538461402210000000000152

**EXHIBIT 3-7**

**CRANSTON WOODBERRY CLAIM NO. 2905**

Claim #2905 Date Filed: 2/21/2014

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

**FILED**
**FEB 21 2014**
US BANKRUPTCY COURT
Eastern District

| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
CRANSTON WOODBERRY

Name and address where notices should be sent:
CRANSTON WOODBERRY
903 GLADSTONE
DET MI 48202

Telephone number: 313.575.9774  email: JWAGESUGAR@gmail.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**
**FEB 24 2014**
KURTZMAN CARSON CONSULTANTS

Telephone number:     email:

1. **Amount of Claim as of Date Case Filed:** $1,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** City Took Property Without Paying Just Compensation
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** NA | 3a. Debtor may have scheduled account as: NA (See instruction #3a)

4. **Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ —

**Nature of property or right of setoff:** ☒Real Estate ☐Motor Vehicle ☐Other
**Describe:**
Basis for perfection: Eminent Domain

**Value of Property:** $1,000,000.00
**Amount of Secured Claim:** $1,000,000.00
**Annual Interest Rate (when case was filed)____% ☐Fixed or ☐Variable**
**Amount Unsecured:** $ —0—

5. **Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ NA

5b. **Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §** US Const. 5th Am $1,000,000.00

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☒ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: CRANSTON WOODBERRY
Title: NA
Company: 
Address and telephone number (if different from notice address above):
(Signature)  (Date) 2-21-14

Telephone number:     email:

13-53846-tjt  Doc 2905  Filed 05/13/16  Entered 05/13/16 11:21:45  Page 37 of 78

1353846140221000000000151

**EXHIBIT 3-8**

**GARFIELD WOODBERRY CLAIM NO. 3006**

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT     EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|

**FILED**

| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

**FEB 2 1 2014**

Name of Creditor (the person or other entity to whom the debtor owes money or property):
GARFIELD WOODBERRY

US Bankruptcy Court
MI Eastern District

☐ Check this box if this claim amends a previously filed claim.

Name and address where notices should be sent:
GARFIELD WOODBERRY
803 GLADSTONE
DET MI 48202

**Court Claim Number:** _____
(*If known*)

Telephone number: 3135759774   email: Judgesugare@gmail.com

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:                        email:

**RECEIVED**

| 1. Amount of Claim as of Date Case Filed: $ 1,000,000.00 | **FEB 2 4 2014** |
|---|---|

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement ~~KURTZMAN CARSON CONSULTANTS~~

**2. Basis for Claim:** City took Property Without Paying Just Compensation
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: NA | 3a. Debtor may have scheduled account as: NA (See instruction #3a) |
|---|---|

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ _____

**Nature of property or right of setoff:** ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Basis for perfection:** Eminent Domain

**Value of Property:** $ 1,000,000.00

**Amount of Secured Claim:** $ 1,000,000.00

**Annual Interest Rate (when case was filed)** ____% ☐ Fixed or ☐ Variable

**Amount Unsecured:** $ -0-

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ NA

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § US const 5th Am $ 1,000,000.00

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: CRANSTON WOODBERRY
Title: Authorized Agent
Company:                                                            (Signature)                    2-21-12 (Date)
Address and telephone number (if different from notice address above):

Telephone number:                        email:

**EXHIBIT 3-9**

**ADAM WOODBERRY CLAIM NO. 3271**

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | FILED |

**Name of Debtor:** City of Detroit, Michigan      **Case Number:** 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):

ADAM WOODBERRY

**Name and address where notices should be sent:**

ADAM Woodberry
803 GLADSTONE
DET MI 48202

Telephone number:      email:

**Name and address where payment should be sent (if different from above):**

Telephone number:      email:

ENTERED
PROOF OF CLAIM

FEB 21 2014

US Bankruptcy Court
COURT USE ONLY Eastern District

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** _____
*(if known)*

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

RECEIVED

FEB 24 2014

KURTZMAN CARSON CONSULTANTS

**1. Amount of Claim as of Date Case Filed:** $ 1,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a state

**2. Basis for Claim:** CITY TOOK REAL Property Without pAying Just CompensATion
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** NA      **3a. Debtor may have scheduled account as:** NA
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☒ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

**Value of Property:** $ 1,000,000.00

**Annual Interest Rate (when case was filed)** _____ % ☐ Fixed or ☐ Variable

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $ —

**Basis for perfection:** EMINENT DOMAIN

**Amount of Secured Claim:** $ 1,000,000.00

**Amount Unsecured:** $ —0—

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ NA

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § US const 5th An $ 1,000,000.00

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature: (See instruction # 8)**
Check the appropriate box.

☐ I am the creditor.    ☒ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: CRANSTON WOODBERRY
Title: AUTHORIZED Agent
Company:
Address and telephone number (if different from notice address above):

_(Signature)_      2-21-14 _(Date)_

Telephone number: 313 575 9774 email: Judgesusnr@gmail.com

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment*

13-53846-tjt Doc 12805 Filed 05/18/18 Entered 05/18/18 16:20:51 Page 41 of 78

1353846140221000000000149

**EXHIBIT 3-10**

**PHEBE WOODBERRY CLAIM NO. 3278**

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | **FILED** CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

Name of Debtor: City of Detroit, Michigan   Case Number: 13-53846

**FEB 21 2014**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
PHEBE WOODBERRY

US Bankruptcy Court
Eastern District

Name and address where notices should be sent:
Phebe Woodberry
803 Gladstone
Det MI 48202

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
*(If known)*

Filed on:_____

Telephone number: 213 5759774   email: Judgesusan@gmail.com

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement givin **RECEIVED**

**FEB 24 2014**

Telephone number:   email:

**KURTZMAN CARSON CONSULTANTS**

**1. Amount of Claim as of Date Case Filed:** $ 1,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** City Took Property Without Paying JustCompensation
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** NA    **3a. Debtor may have scheduled account as:** NA
(See instruction #3a)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ —

**Nature of property or right of setoff:** ☑Real Estate ☐Motor Vehicle ☐Other
Describe:

**Basis for perfection:** Eminent Domain

**Value of Property:** $ 1,000,000.00

**Amount of Secured Claim:** $ 1,000,000.00

**Annual Interest Rate (when case was filed)____% ☐Fixed  or  ☐Variable**

**Amount Unsecured:** $ —0—

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ NA

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § US Const 5th Am   $ 1,000,000.00

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #7, and the definition of "redacted".) DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.   ☒ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cranston Woodberry
Title: Authorized Agent
Company:
Address and telephone number (if different from notice address above):

(Signature)    2-21-12    (Date)

Telephone number:   email:

1353846140221000000000150

**EXHIBIT 4**

**2009 JUDGMENT**



OK to cert(?) yok(?) to cert
Cert(?) yok(?) to cert
(?) May 2009

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CITY OF DETROIT, a Michigan municipal
corporation,

                Plaintiff,           CASE NO. 05-522129-CC

v.                           HON. DAPHNE MEANS CURTIS

JONATHAN SOBELOFF, Trustee under the Will
of Benjamin Rich, deceased, EDITH WOODBERRY;
the ESTATE OF JAMES FULLER, deceased,
DELORES WILLIAMS, WILLIE FULLER and wife,
if any, PATRICIA LOVE a/k/a AUDREY LOVE,
FRANKLIN FULLER and wife, if any, WAYNE
FULLER and wife, if any, DOUGLAS FULLER and
wife, if any, HAPPY WOODBERRY, CRAIG JONES
and wife, if any, MICHAEL JONES and wife, if any,
PHEBE WOODBERRY, ADAM WOODBERRY and
wife, if any, CAVEL WOODBERRY and wife, if any,
PENNY MABIN, CRANSTON WOODBERRY, Esq.,
CRANSTON WOODBERRY and wife, if any, ROZLYN
HARRISON, WARREN GAITHER and wife, if any,
DOROTHY ROBINSON, ROGER WOODBERRY and
wife, if any, LAVAN WOODBERRY and wife, if any,
or the JOHN DOE or JANE DOE unknown,

                Defendants.

05-522129-CC   7/27/2005
JDG DAPHNE MEANS CURTIS
DETROIT CITY OF
         vs
SOBELOFF JONATHAN

**FILED**
CATHY M. GARRETT
WAYNE COUNTY CLERK
APR 2 8 2009
BY [signature]

WILLIAMS ACOSTA, PLLC
Avery K. Williams (P34731)
Krystal N. Lyons (P61982)
Co-Counsel for Plaintiff
535 Griswold Street, Suite 1000
Detroit, Michigan 48226
(313) 963-3873

EDITH WOODBERRY
In Pro Per
Defendant
445 E. Fisher Freeway
Detroit, Michigan 48201

JOHN M. NADER (P41610)
City of Detroit Law Department
Co-Counsel for Plaintiff
660 Woodward Avenue, Suite 1650
Detroit, Michigan 48226
(313) 237-3034

CRANSTON WOODBERRY (P44755)
Attorney for Defendants
2457 Beaubien Street
Detroit, Michigan 48201
(313) 575-9774

---

## JUDGMENT

At a session of said Court held in the City of Detroit, County of
Wayne, State of Michigan on **APR 2 8 2009**

PRESENT: HON. **HONORABLE DAPHNE MEANS CURTIS**

Circuit Court Judge

This matter having come before the Court upon the City of Detroit's ("the City")

Motion for Summary Disposition; oral argument having been heard; the Court being fully

2009 MAY -5 AM 10: 23

WILLIAMS ACOSTA, PLLC
ATTORNEYS AND COUNSELORS
535 GRISWOLD STREET, SUITE 1000
DETROIT, MI 48226-3692

Bernard J. Youngblood
Wayne County Register of Deeds
May 05, 2009 10:23 AM
Liber 47893 Page 883-886
#209188465 JDG FEE: $84.00

advised in the premises and having granted the City's Motion for Summary Disposition and having dismissed all of Defendants Edith Woodberry's, Craig Jones', Michael Jones', Happy Woodberry's, Phoebe Woodberry's, Adam Woodberry's, Cavel Woodberry's, Penny Mabin's, Cranston Woodberry's, Rozlyn Harrison's, Roger Woodberry's and Lavan Woodberry's ("Defendants") counterclaims in their entirety (*see* Exhibit 1 - Order Regarding City of Detroit's Motion for Summary Disposition) and having denied Defendants' Motion for Reconsideration (*see* Exhibit 2);

**IT IS HEREBY ORDERED AND ADJUDGED** that the City shall pay to Defendants just compensation for the property located at 2457 Beaubien Street, in Detroit, Michigan 48201 ("Subject Property") in the amount of Two Hundred Forty Thousand ($240,000.00) Dollars (the "Judgment Amount"), less the following amounts which shall be deducted from the Judgment Amount:

(1)    just compensation previously paid to Defendant Edith Woodberry in the amount of $83,294.72 (*see* Exhibit 3);

(2)    just compensation previously paid to Defendants Craig Jones, Michael Jones, Happy Woodberry, Phoebe Woodberry, Adam Woodberry, Cavel Woodberry, Penny Mabin, Cranston Woodberry, Rozlyn Harrison's and Roger Woodberry in the amount of $9,000.00 (*see* Exhibit 4);

(3)    rent due the City from Defendants in the amount of $21,600.00 plus an additional $1,350.00 per month for each month after February 28, 2009 that Defendants hold over and retain possession of and part of the Subject Property, in accordance with the Court's October 2, 2008 Order Regarding City of Detroit's Motion to Deduct Rent, Water Bill and Costs Associated with Eviction from Defendants' Estimated Just Compensation (*see* Exhibit 5);

(4)    $19,688.69 for water and sewer services provided to Defendants by the City's Water and Sewerage Department, in accordance with the Court's October 2, 2008 Order Regarding City of Detroit's Motion to

WILLIAMS ACOSTA, PLLC
ATTORNEYS AND COUNSELORS
535 GRISWOLD STREET, SUITE 1000
DETROIT, MI 48226-3692

2

Deduct Rent, Water Bill and Costs Associated with Eviction from Defendants' Estimated Just Compensation (*see* Exhibit 5);

(5)     any and all costs incurred by the City in connection with its having to engage the Wayne County Sheriff and/or its agents to forcibly remove and/or evict Defendants and their possessions from the Subject Property in accordance with the Court's October 2, 2008 Order of Eviction and the Court's October 2, 2008 Order Regarding City of Detroit's Motion to Deduct Rent, Water Bill and Costs Associated with Eviction from Defendants' Estimated Just Compensation (*see* Exhibits 5 and 6); and

(6)     any taxes, assessments or tax liens that are due and/or delinquent, subject only to the appropriate proration based upon the date of entry of this Order and Defendants' final surrender of physical possession of the Subject Property to the City ;

**IT IS FURTHER ORDERED AND ADJUDGED** that title to the Subject Property, which is more fully described in the attached Exhibit 7, passed to the City by operation of law effective July 27, 2005, the date the City filed its Complaint to acquire the Subject Property by eminent domain.

**IT IS FURTHER ORDERED AND ADJUDGED** that a copy of this Judgment may be recorded with the Wayne County Register of Deeds and recording said Judgment shall be in lieu of a Deed of Conveyance;

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants shall immediately surrender possession of the Subject Property to the City;

**IT IS FURTHER ORDERED AND ADJUDGED** that this Judgment shall be with prejudice to any further assertion of claims by Defendants against the City arising directly or indirectly, in whole or in part, from the taking of the Subject Property; and

**IT IS FURTHER ORDERED AND ADJUDGED** that the Judgment Amount includes any and all payments due to Defendants for real estate, fixtures, business

WILLIAMS ACOSTA, PLLC
ATTORNEYS AND COUNSELORS
535 GRISWOLD STREET, SUITE 1000
DETROIT, MI 48226-3692

3

No. **A** 46926

E-314 BK.

STATE OF MICHIGAN, } ss.
County of Wayne

### CERTIFIED COPY —"LAW"

I, CATHY M. GARRETT, Clerk of Wayne County, and Clerk of the Circuit Court for the County of Wayne, do hereby certify that the above and the foregoing is a true and correct copy of _Judgment_

entered in the above entitled cause by said Court, as appears of record in my office. That I have compared the same with the original, and it is a true transcript therefrom, and of the whole thereof.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Court and County, at Detroit, this day of _____ A.D. 20 ____

CATHY M. GARRETT, Clerk

Fee, $ _____                                                  , Deputy Clerk

interruption, going concerns, loss of rents, just compensation, leasehold interests, relocation expenses and any other costs, expenses, compensation or damages, attorneys' fees, expert fees, witness fees, and appraisal costs, if any, real or imagined, that are attributable, in whole or in part, to this taking.

Pursuant to MCR 2.602(A)(3), this Judgment does not resolve the last of any claims and it does not close this case.

**HONORABLE DAPHNE MEANS CURTIS**

_____

CIRCUIT JUDGE

A TRUE COPY
CATHY M. GARRETT
WAYNE COUNTY CLERK
DEPUTY CLERK

WILLIAMS ACOSTA, PLLC
ATTORNEYS AND COUNSELORS
535 GRISWOLD STREET, SUITE 1000
DETROIT, MI 48226-3692

S:\Brush Park - 2410\123 - Sobeloff\pleadings\Judgment 1-27-09.doc

**EXHIBIT 5**

**EDITH WOODBERRY ACKNOWLEDGMENT**

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CITY OF DETROIT, a Michigan
Municipal Corporation,

                Plaintiff,

vs.

JONATHAN SOBELOFF, Trustee under the
will of Benjamin Rich, deceased; EDITH
WOODBERRY; and JAMES FULLER, and
wife, if any;

                Defendants.

C. A. No.  00-001737-CC

Hon. Isidore B. Torres

Parcel 123

---

JAMES C. COBB, JR., P.C.
JAMES C. COBB, JR., (P23139)
Attorney for Plaintiff
615 Griswold, Suite 1415
Detroit, Michigan 48226
(313) 961-3433

EDITH WOODBERRY
Defendant In Propia Persona
445 E. Fisher Freeway
Detroit, Michigan 48201
(313) 963-8677

---

ORLANDO AVANT (P56341)
ORLANDO AVANT & ASSOCIATES
Attorney for Defendant Fuller
24361 Greenfield, Suite 206
Southfield, Michigan 48075
(248) 552-0757

---

## ACKNOWLEDGMENT OF RECEIPT OF

## CASH PAYMENT OF ESTIMATED JUST COMPENSATION



EXHIBIT

3.

I, EDITH WOODBERRY, hereby acknowledge receipt of the sum of EIGHTY

SEVEN THOUSAND, TWO HUNDRED AND NINETY FOUR AND 72/100 ($87,294.72)

DOLLARS in cash paid to me by the City of Detroit in the courtroom of Judge Michael F.

Sapala, 1701 Coleman A. Young Municipal Center, Detroit, Michigan, on August 14,

2003.

I further acknowledge that the above sum is being paid to me by the City of

Detroit in cash upon order of the Court as payment in full of my share of the estimated

Just compensation (as amended) for the taking of the subject property in this case,

above-captioned.

EDITH WOODBERRY


Dated:        August 14, 2003

**EXHIBIT 6**

**TRANSCRIPT EXCERPT**

IN RE:  CITY OF DETROIT,          .       Docket No. 13-53846
        MICHIGAN,                 .
                                  .       Detroit, Michigan
                                  .       June 25, 2014
                     Debtor.      .       10:00 a.m.
. . . . . . . . . . . . . . . . .

HEARING RE. (#4792) OBJECTION TO CLAIM NUMBER OF CLAIMANT
    FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)
  FILED BY DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN;
     (#4794) OBJECTION TO CLAIM NUMBER OF CLAIMANT SECOND
    OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED)
   FILED BY DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN;
(#4834) OBJECTION TO CLAIM NUMBER OF CLAIMANT EDITH WOODBERRY
    CLAIM NO. 2846.  FILED BY DEBTOR IN POSSESSION CITY OF
   DETROIT, MICHIGAN; (#4835) OBJECTION TO CLAIM NUMBER OF
    CLAIMANT CLAIM NO. 3278 BY PHEBE WOODBERRY.  FILED BY
  DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN; (#4836)
  OBJECTION TO CLAIM NUMBER OF CLAIMANT CLAIM NO. 3883 BY
      LA JEFF WOODBERRY.  FILED BY DEBTOR IN POSSESSION
    CITY OF DETROIT, MICHIGAN; (#4837) OBJECTION TO CLAIM
   NUMBER OF CLAIMANT CLAIM NO. 2889 BY LAVAN WOODBERRY.
  FILED BY DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN;
   (#4838) OBJECTION TO CLAIM NUMBER OF CLAIMANT CLAIM NO.
  2880 BY HAPPY WOODBERRY.  FILED BY DEBTOR IN POSSESSION
    CITY OF DETROIT, MICHIGAN; (#4839) OBJECTION TO CLAIM
  NUMBER OF CLAIMANT CLAIM NO. 2905 BY CRANSTON WOODBERRY.
   FILED BY DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN;
   (#4840) OBJECTION TO CLAIM NUMBER OF CLAIMANT CLAIM NO.
  3006 BY GARFIELD WOODBERRY.  FILED BY DEBTOR IN POSSESSION
    CITY OF DETROIT, MICHIGAN; (#4841) OBJECTION TO CLAIM
   NUMBER OF CLAIMANT CLAIM NO. 2888 BY CAVEL WOODBERRY.
  FILED BY DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN;
   (#4842) OBJECTION TO CLAIM NUMBER OF CLAIMANT DR. BRIAN
      GREENE, AS NEXT FRIEND OF INDIA BOND, A MINOR/
      OBJECTION OF THE CITY OF DETROIT, PURSUANT TO
     SECTIONS 105 AND 502(b) OF THE BANKRUPTCY CODE,
  BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1, TO PROOF OF
    CLAIM NUMBER 1399 FILED BY DR. BRIAN GREENE, AS NEXT
     FRIEND OF INDIA BOND, A MINOR, FILED BY DEBTOR IN
  POSSESSION, CITY OF DETROIT, MICHIGAN; (#4843) OBJECTION
    TO CLAIM NUMBER OF CLAIMANT CLAIM NO. 3271 BY ADAM
  WOODBERRY.  FILED BY DEBTOR IN POSSESSION, CITY OF DETROIT,
   MICHIGAN; (#4844) OBJECTION TO CLAIM NUMBER OF CLAIMANT
   TARIS JACKSON, AS NEXT FRIEND OF ASHLY JACKSON, A MINOR/
      OBJECTION OF THE CITY OF DETROIT, PURSUANT TO SECTIONS
     105 AND 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE

3007 AND LOCAL RULE 3007-1, TO PROOF OF CLAIM NUMBER 1401
FILED BY TARIS JACKSON, AS NEXT FRIEND OF ASHLY JACKSON,
A MINOR, FILED BY DEBTOR IN POSSESSION, CITY OF
DETROIT, MICHIGAN; (#4854) OBJECTION TO CLAIM NUMBER OF
CLAIMANT ERNEST FLAGG, AS NEXT FRIEND OF JONATHON BOND,
A MINOR/OBJECTION OF THE CITY OF DETROIT, PURSUANT TO
SECTIONS 105 AND 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULE 3007 AND LOCAL RULE 3007-1, TO PROOF OF CLAIM NUMBER
1404 FILED BY ERNEST FLAGG, AS NEXT FRIEND OF JONATHON
BOND, A MINOR, FILED BY DEBTOR IN POSSESSION, CITY OF
DETROIT, MICHIGAN; (#4855) OBJECTION TO CLAIM NUMBER OF
CLAIMANT CLAIM NO. 3236 BY LUCINDA DARRAH.  FILED BY
DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN; (#4857)
OBJECTION TO CLAIM NUMBER OF CLAIMANT CLAIM NOS. 1330
AND 1853 FILED BY RICKIE ALLEN HOLT ON BEHALF OF THE
ABORIGINAL INDIGENOUS PEOPLE.  FILED BY DEBTOR IN POSSESSION
CITY OF DETROIT, MICHIGAN; (#4859) OBJECTION TO CLAIM
NUMBER OF CLAIMANT CLAIM NO. 2902 ON BEHALF OF PENNY
MABIN.  FILED BY DEBTOR IN POSSESSION CITY OF DETROIT,
MICHIGAN; (#4863) OBJECTION TO CLAIM NUMBER OF CLAIMANT
CLAIM NO. 2021 BY EDWARD L. GILDYARD.  FILED BY
DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN; (#4872)
OBJECTION TO CLAIM NUMBER OF CLAIMANT CLAIM NO. 458 BY
ALBERT OTTO O'ROURKE.  FILED BY DEBTOR IN POSSESSION CITY
OF DETROIT, MICHIGAN; (#4873) OBJECTION TO CLAIM NUMBER
OF CLAIMANT CLAIM NOS. 1329 AND 1859 BY RICKIE HOLT FILED
BY DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN; (#4881)
OBJECTION TO CLAIM NUMBER OF CLAIMANT/FOURTH OMNIBUS
OBJECTION TO THE CITY OF DETROIT, PURSUANT TO SECTIONS
105 AND 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE
3007 AND LOCAL RULE 3007-1, SEEKING THE DISALLOWANCE OF
CERTAIN DUPLICATE CLAIMS FILED BY DEBTOR IN POSSESSION
CITY OF DETROIT, MICHIGAN; (#4886) OBJECTION TO CLAIM
NUMBER OF CLAIMANT HYDE PARK CO-OPERATIVE/OBJECTION
OF THE CITY OF DETROIT, PURSUANT TO SECTIONS 105 AND
502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND
LOCAL RULE 3007-1, TO PROOF OF CLAIM NUMBER 2651 FILED
BY HYDE PARK CO-OPERATIVE FILED BY DEBTOR IN POSSESSION
CITY OF DETROIT, MICHIGAN; (#4954) OBJECTION TO CLAIM
NUMBER OF CLAIMANT CLAIM NUMBER 3683 FILED BY MACOMB.
(CORRECTED OBJECTION RE. DOCKET 4880) FILED BY DEBTOR IN
POSSESSION CITY OF DETROIT, MICHIGAN; (#4955) OBJECTION TO
CLAIM NUMBER OF CLAIMANT CORRECTED OBJECTION TO CLAIM
NUMBERS 1302 AND 3500 FILED BY INLAND WATERS POLLUTION
CONTROL, INC. (RE. DOCKET 4875) FILED BY DEBTOR IN
POSSESSION, CITY OF DETROIT, MICHIGAN; STATUS HEARING
RE. (#5155) MOTION TO ALLOW CLAIM(S)/NOTICE OF AND
MOTION FOR TEMPORARY ALLOWANCE OF CLAIM OF THE MACOMB
INTERCEPTOR DRAIN DRAINAGE DISTRICT PURSUANT TO RULE
3018(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
FOR PURPOSES OF ACCEPTING OR REJECTING THE DEBTOR'S
FOURTH AMENDED PLAN OF ADJUSTMENT FILED BY CREDITOR

                COUNTY OF MACOMB, MICHIGAN; (STATUS HEARING RE. (#5354)
                  MOTION FOR CLASS CERTIFICATION OF PROOF OF CLAIMS
           #2638, 2651, 2654, 2659, 2676, 2683, 2689 AND 2692 FILED BY
                     CREDITOR HYDE PARK CO-OPERATIVE, ET AL.
                     BEFORE THE HONORABLE STEVEN W. RHODES
                       UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtor:        Jones Day
                       By:  JEFFREY G. ELLMAN
                       1420 Peachtree Street, N.E., Suite 800
                       Atlanta, GA 30309-3053
                       (404) 581-8309

                       Foley & Lardner, LLP
                       By:  JOHN SIMON
                            TAMAR N. DOLCOURT
                       500 Woodward Avenue, Suite 2700
                       Detroit, MI 48226
                       (313) 234-7161

                       Miller Canfield Paddock & Stone PLC
                       By:  TIMOTHY A. FUSCO
                       150 West Jefferson, Suite 2500
                       Detroit, MI 48226
                       (313) 496-8435

For the Official       Dentons US, LLP
Committee of           By:  CLAUDE D. MONTGOMERY
Retirees:              1221 Avenue of the Americas, 25th Floor
                       New York, NY  10020-1089
                       (212) 632-8390

For County of          Dechert LLP
Macomb, Michigan:      By:  ALLAN BRILLIANT
                       1095 Avenue of the Americas
                       New York, NY 10036
                       (212) 698-3600

For Family of          Norman Yatooma & Associates, PC
Tamara Greene:         By:  HOWARD LEDERMAN
                       1900 S. Telegraph Road
                       Bloomfield Hills, MI 48302
                       (248) 481-2000

APPEARANCES (continued):

```
For Hyde Park          Thornbladh Legal Group PLLC
Co-Operative:          By:  KURT THORNBLADH
                       7301 Schaefer
                       Dearborn, MI 48126
                       (313) 943-2678

                       Becker & Wasvery, PLLC
                       By:  CARL BECKER
                       2401 W. Big Beaver Road, Ste. 100
                       Troy, MI 48074
                       (248) 649-5660



Court Recorder:        Kristel Trionfi
                       United States Bankruptcy Court
                       211 West Fort Street
                       21st Floor
                       Detroit, MI  48226-3211
                       (313) 234-0068

Transcribed By:        Lois Garrett
                       1290 West Barnes Road
                       Leslie, MI  49251
                       (517) 676-5092
```

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

1          MS. DARRAH:  No.  That's a five-year contract.  I'm

2    sorry.  So that's approximately what they spent, but what I

3    wanted was that we have some way that the citizens can become

4    involved in their own survival, and right now we don't have

5    that.

6          THE COURT:  Well, I appreciate that, but that's all

7    we can do here today.  That's all we can do here today.

8          MS. DARRAH:  That's not enough.

9          THE COURT:  That's all we can do here today.

10          MS. DARRAH:  All right.  Okay.

11          THE COURT:  Please take your seat now, ma'am.

12          MS. DARRAH:  It goes out in the suburbs, too, if you

13    live out there.  It goes everywhere, Great Lakes, everything.

14          THE COURT:  Mr. Simon.

15          MR. SIMON:  Yes, your Honor.  Moving on to the next

16    set of objections, the Woodberry claimants' objections is

17    Claim Numbers 3278, 3271, 3006, 2905, 2902, 2889, 2888, 2883,

18    2880, and 2846.  Those are ten claims filed for a total of

19    $12 million by members of the Woodberry family.  They filed

20    these claims initially, your Honor, just listing eminent

21    domain as a reason on one page of the proof of claim without

22    any backup saying the city took -- quote, "The city took real

23    property without paying just compensation."  We objected to

24    the claims because we couldn't tell at all anything about

25    them.  We couldn't tell what real property this was or what

1    the situation was.

2            And the Woodberrys did file responses.  The
3    responses identified the property -- the subject property as
4    2457 Beaubien.  We did some digging on the city's end, your
5    Honor, and determined that property was the subject of a
6    condemnation proceeding that started back in 2005.  The
7    claimants in this case were parties to that litigation over
8    condemnation, and in April 2009 after years of that
9    litigation, the Wayne County Circuit Court entered an order
10   confirming that title to the property had vested in the city,
11   and they ordered payment of $240,000, which the city paid,
12   and so the claimants had totally omitted that from their
13   claim, but we did determine what -- you know, some background
14   on it.  There is no basis for any further claims because the
15   April 2009 order also says that it is with prejudice to any
16   other claims against the city with respect to the property.
17   It says, quote, "This judgment shall be with prejudice to any
18   further assertion of claims by defendants against the city
19   arising directly or indirectly in whole or in part from the
20   taking of the subject property."  I would note that we had an
21   acknowledgement which we filed as well by Ms. Edith
22   Woodberry, who filed the biggest one of the claims for $3
23   million, that acknowledged that she received full payment.
24   So, your Honor, we would object to this claim.  It's baseless
25   in that there's no basis for any further liability or claim

1   against the city as evidenced by the April order from 2009.

2            THE COURT:  Thank you.  Are any members of the

3   Woodberry family here or anyone representing them?

4            MR. CRANSTON WOODBERRY:  Good morning, your Honor.

5   I'm Cranston Woodberry.

6            MS. EDITH WOODBERRY:  Good morning.  I'm Edith

7   Woodberry.

8            MR. LA JEFF WOODBERRY:  Excuse me, your Honor.  Good

9   morning, your Honor.  I'm LA Jeff Woodberry.

10           THE COURT:  All right.  So the city contends that

11  you already got paid for this property through the

12  condemnation proceeding in court.

13           MS. EDITH WOODBERRY:  Your Honor, I had received

14  from the city by express mail I think the day before

15  yesterday his statements, and I filed a -- prepared a

16  response, but I don't know how to give it to the city, Judge.

17           THE COURT:  I'll have a --

18           MS. EDITH WOODBERRY:  Can you give a copy to him or

19  the -- but the answer is that --

20           THE COURT:  If you want me to, I'll have a look at

21  it, ma'am.

22           MS. EDITH WOODBERRY:  I would appreciate it.

23           THE COURT:  All right.

24           MS. EDITH WOODBERRY:  And there's one for the city's

25  attorney.

1        THE COURT: Mr. Simon, Ms. Woodberry has one for

2 you, too.

3        MR. SIMON: Thank you, your Honor.

4        MS. EDITH WOODBERRY: I wasn't seeking oral argument

5 because I know I'm not a -- I'm in here in pro per. I'm not

6 any way capable of matching what was said here today, but I

7 will say that the purpose of me filing that claim was to put

8 Bankruptcy Court on notice that we had an action in a lower

9 court, in the state court, and that I wanted -- I don't know

10 the rules of the Bankruptcy Court, so, therefore, I didn't

11 want to have this rejected in the state court because the

12 action should have been brought to you. My suggestion or

13 hope would be that you would dismiss or accept, receive for

14 Bankruptcy Court's information the fact that we do have

15 something and maybe let it go back to state court or dismiss

16 it for lack of --

17        THE COURT: What is there left for the state court

18 to do?

19        MS. EDITH WOODBERRY: Well, now, the state court in

20 its -- the state court has not issued a final order, so,

21 therefore, we cannot appeal the --

22        MR. CRANSTON WOODBERRY: The judgment.

23        MS. EDITH WOODBERRY: -- the judgment. We can't

24 appeal the judgment because she has not issued a final -- she

25 says that that judgment is not a final order. If you look at

1  the bottom of plaintiff's -- the city's --

2         MR. CRANSTON WOODBERRY:  Exhibit 1, the April 28th,

3  2009, judgment.

4         THE COURT:  Okay.

5         MS. EDITH WOODBERRY:  It's a citizen's --

6         THE COURT:  I will look at that.  Give me one

7  second, please.

8         MS. EDITH WOODBERRY:  Okay.  Well, actually, I'm not

9  capable of maybe presenting an oral argument against what he

10 was saying here because I couldn't hear him in the back, and

11 what he wrote, I responded to that.

12        THE COURT:  I do see the language you are referring

13 to.  It says, "Pursuant to Rule 2.602(a)(3), this judgment

14 does not resolve the last of any claims, and it does not

15 close the case."  That's the language you're talking about?

16        MS. EDITH WOODBERRY:  Yes.

17        THE COURT:  Okay.  Let me ask Mr. Simon about that.

18 Mr. Simon.  Ms. Woodberry, let me just ask you to step a

19 little bit to the side so Mr. Simon can use the microphone

20 there.  Thank you very much.

21        MR. SIMON:  Your Honor, actually the city law

22 department is right now looking at the status of that case.

23 I had interpreted that language to be separate from the

24 condemnation and separate from any payment related to the

25 eminent domain, which is clearly set forth in the order as

1  being exclusively handled, and the order was entered on a

2  final basis.  It calls for the resolution of all the claims

3  by the payment of $240,000, and so I don't think that the --

4          THE COURT:  You don't know what's left to be done?

5          MR. SIMON:  I don't know of anything left to be

6  done.

7          MR. CRANSTON WOODBERRY:  Well, your Honor, the

8  problem is --

9          THE COURT:  No.  One second.  So you don't know that

10 there isn't anything left to be done?

11         MR. SIMON:  I cannot say that, your Honor.  Based on

12 that language, I have a -- yes.  That's correct.

13         THE COURT:  I'm sorry to have interrupted you, sir.

14 What were you going to say?

15         MR. CRANSTON WOODBERRY:  Well, he just answered the

16 question.  We do have an appeal of right.

17         THE COURT:  Stand right by that microphone.

18         MR. CRANSTON WOODBERRY:  I'm sorry.  We do have an

19 appeal of right, and the other issue is that there were

20 certain people who had an interest in that property that were

21 not brought into the action by the City of Detroit, and --

22         THE COURT:  And who were those people?

23         MR. CRANSTON WOODBERRY:  This is the one person

24 right there, Jeff Woodberry.

25         MR. LA JEFF WOODBERRY:  LA Jeff Woodberry.  And I

1    never was brought into the action.

2              THE COURT:  Um-hmm.

3              MR. LA JEFF WOODBERRY:  (Inaudible) for the

4    property.

5              THE COURT:  Well, Mr. Simon, in the circumstances,

6    subject to further development of our record here, I think I

7    have to overrule your objection and abstain from any further

8    action by this Court in the matter to allow the state court

9    to do whatever is left to be done in the case.  And if there

10   is ever a final judgment in the sense that all appeals have

11   been exhausted, then we can sustain the objection assuming

12   the judgment is in the city's favor.

13             MR. SIMON:  Your Honor, there's been no appeal.  The

14   order was entered in 2009.

15             THE COURT:  Right, but there's a question about

16   whether this is a final appealable judgment because it says

17   the judgment does not resolve the last of any claims, and it

18   doesn't close the case.

19             MR. SIMON:  And, your Honor, would it be possible to

20   set a briefing schedule on substantive response to the claim

21   objection, you know, based on --

22             THE COURT:  No.  I'm going to abstain --

23             MR. SIMON:  Okay.

24             THE COURT:  -- and allow the state court to make a

25   final determination on the issues.

1          MR. SIMON:  Thank you, your Honor.

2          THE COURT:  I can't tell, based on this record,

3    what's left let alone decide it.  All right.  I'll prepare an

4    appropriate order.  So you should go back to state court and

5    try to work with the judge there on resolving whatever is

6    left to be resolved so you can get on with your appeal.

7          MR. CRANSTON WOODBERRY:  Thank you, your Honor.

8          THE COURT:  Do you have an attorney in that case?

9          MR. CRANSTON WOODBERRY:  I was appearing as the

10   attorney in that case, your Honor, yes.

11         THE COURT:  Okay.  All right.

12         MR. SIMON:  Your Honor, if I may, just one further

13   note, is it -- the claim really should be contingent, though,

14   at best, and unliquidated rather than have a certain dollar

15   figure.

16         THE COURT:  Yes.

17         MR. SIMON:  Okay.

18         THE COURT:  At this point it's not fixed at all.

19         MR. SIMON:  Exactly.  I just wanted to be clear

20   about that.  Thank you.

21         THE COURT:  All right.  I'll make sure the order

22   says that.

23         MR. SIMON:  And, your Honor, the final matters that

24   we have, your Honor, are in respect of Macomb Interceptor

25   Drain District.  This is probably the thorniest area.  We are

# EXHIBIT 7

# ORDER ON INITIAL OBJECTIONS

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                              Chapter 9
City of Detroit, Michigan,                          Case No. 13-53846
            Debtor.                                 Hon. Steven W. Rhodes
_____/

### Order Regarding Objections to Claims Numbers
### 2846, 2880, 2883, 2888, 2889, 2902, 2905, 3006, 3271 and 3278

For the reasons stated on the record in open Court on June 25, 2014, it is hereby ordered that the City's objections to claims numbers 2846, 2880, 2883, 2888, 2889, 2902, 2905, 3006, 3271 and 3278 are overruled without prejudice.  (Dkt. Nos. 4834, 4838, 4836, 4841, 4837, 4859, 4839, 4840, 4843, and 4835)

It is further ordered that until the further order of the Court, these claims are deemed contingent and unliquidated, and for balloting purposes are estimated at $0.

It is further ordered that the Court abstains from fixing these claims in favor of the state court proceeding in which these claims are pending.

.

**Signed on June 25, 2014**

                                        _____
                                            **/s/ Steven Rhodes**
                                        **Steven Rhodes**
                                        **United States Bankruptcy Judge**

**EXHIBIT 8**

**STATE COURT DOCKET**

Skip to Main Content   Logout   My Account   Search Menu   New Case Search   Refine Search
Back   Location : Non-Criminal Cases   Web Access Instruction
Manual

# REGISTER OF ACTIONS
## CASE NO. 05-522129-CC

---

### RELATED CASE INFORMATION

**Related Cases**
  99-915749-CC (Prior Action)

---

### PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| Defendant | DOE JANE | No Atty Required |
| Defendant | DOE JOHN | No Atty Required |
| Defendant | FULLER JAMES EST OF | No Atty Required |
| Defendant | FULLER JANE DOE | No Atty Required |
| Defendant | FULLER JANE DOE | No Atty Required |
| Defendant | FULLER JANE DOE | No Atty Required |
| Defendant | FULLER JANE DOE | No Atty Required |
| Defendant | Fuller, Douglas | No Atty Required |
| Defendant | Fuller, Franklin | No Atty Required |
| Defendant | Fuller, Wayne | No Atty Required |
| Defendant | Fuller, Willie | No Atty Required |
| Defendant | GAITHER JANE DOE | No Atty Required |
| Defendant | Gaither, Warren | No Atty Required |
| Defendant | Harrison, Rozlyn | Cranston Woodberry |
| Defendant | JONES JANE DOE | No Atty Required |
| Defendant | JONES JANE DOE | No Atty Required |
| Defendant | Jones, Craig | Cranston Woodberry |
| Defendant | Jones, Michael | Cranston Woodberry |
| Defendant | Love, Patricia | No Atty Required |
| Defendant | Mabin, Penny | Cranston Woodberry |
| Defendant | Robinson, Dorothy | No Atty Required |
| Defendant | Sobeloff, Jonathan | No Atty Required |

---

https://cmspublic.3rdcc.org/CaseDetail.aspx?CaseID=655006

5/17/2018

| | | |
|---|---|---|
| Defendant | **Williams, Delores** | **No Atty Required** |
| Defendant | **WOODBERRY EDITH PERS REP** | **In Pro Per Or Out Of State** |
| Defendant | **WOODBERRY JANE DOE** | **No Atty Required** |
| Defendant | **WOODBERRY JANE DOE** | **No Atty Required** |
| Defendant | **WOODBERRY JANE DOE** | **No Atty Required** |
| Defendant | **WOODBERRY JANE DOE** | **No Atty Required** |
| Defendant | **WOODBERRY JANE DOE** | **No Atty Required** |
| Defendant | **Woodberry, Adam** | **Cranston Woodberry** |
| Defendant | **Woodberry, Cavel** | **Cranston Woodberry** |
| Defendant | **Woodberry, Cranston** | **Cranston Woodberry** |
| Defendant | **Woodberry, Happy** | **Cranston Woodberry** |
| Defendant | **Woodberry, Lavan** | **Cranston Woodberry** |
| Defendant | **Woodberry, Phebe** | **Cranston Woodberry** |
| Defendant | **Woodberry, Roger** | **Cranston Woodberry** |
| Plaintiff | **DETROIT CITY OF** | **Avery K. Williams** |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 01/27/2005 | **Status Conference** (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Not Held |
| 07/27/2005 | **Complaint, Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 07/27/2005 | **Status Conference Scheduled** |
| 07/27/2005 | **Service Review Scheduled** |
| 07/27/2005 | **Service Review Scheduled** (Judicial Officer: Torres, Isidore ) |
| 07/27/2005 | **Case Filing Fee - Paid** (Judicial Officer: Torres, Isidore ) |
| 07/27/2005 | **Miscellaneous Motion, Filed** |
| 07/29/2005 | **Order to Show Cause, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 07/29/2005 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 09/01/2005 | **Show Cause Hearing** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Adjourned |
| 09/02/2005 | **Objection, Filed** |
| 09/02/2005 | **Show Cause Hearing** (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Not Held |
| 09/06/2005 | **Notice of Filing, Filed** |
| 09/07/2005 | **Order Amending, File Supplemental Pleading, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 09/07/2005 | **Show Cause Hearing** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 09/12/2005 | **Notice of Hearing, Filed** |
| 09/12/2005 | **Proof of Service, Filed** |
| 09/30/2005 | **Show Cause Hearing** (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Not Held |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |

https://cmspublic.3rdcc.org/CaseDetail.aspx?CaseID=655006

5/17/2018

| | |
|---|---|
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Reviewed by Court |
| 10/07/2005 | **Miscellaneous Motion, Filed** |
| 10/11/2005 | **Order Extending Time, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 10/11/2005 | **Review of Extension of Summons** (Judicial Officer: Torres, Isidore ) |
| 10/11/2005 | **Show Cause Hearing** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Adjourned |
| 10/11/2005 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 10/11/2005 | **Status Conference** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Adjourned |
| 10/25/2005 | **Status Conference** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Adjourned |
| 10/27/2005 | **Objection, Filed** |
| 10/28/2005 | **Service of Complaint, filed** |
| 10/28/2005 | **Status Conference** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Not Held |
| 10/28/2005 | **Show Cause Hearing** (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Not Held |
| 11/10/2005 | **Motion for Entry of Order, Filed** |
| 11/11/2005 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 11/11/2005 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 11/17/2005 | **Show Cause Hearing** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Adjourned |
| 11/18/2005 | **Order for Special Service, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 11/18/2005 | **Motion Hearing** (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 11/18/2005 | **Show Cause Hearing** (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Not Held |
| 11/22/2005 | **Certificate, Filed** |
| 12/15/2005 | **Proof of Publication of Complaint, Filed** |
| 12/15/2005 | **Proof of Publication of Complaint, Filed** |
| 01/10/2006 | **Answer to Complaint, filed** |
| 01/10/2006 | **Jury Demand Filed & Fee Paid** |
| 01/10/2006 | **Counter Complaint, Filed** |
| 01/10/2006 | **Affirmative Defenses, Filed** |
| 01/10/2006 | **Miscellaneous Motion, Filed** |
| 01/10/2006 | **Answer to Complaint, filed** |
| 01/10/2006 | **Affirmative Defenses, Filed** |
| 01/10/2006 | **Brief, Filed** |
| 01/10/2006 | **Proof of Service, Filed** |
| 01/11/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 01/11/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 01/11/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 01/11/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 01/11/2006 | **Show Cause Hearing** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Adjourned |
| 01/12/2006 | **Notice of Hearing, Filed** |
| 01/12/2006 | **Proof of Service, Filed** |
| 01/13/2006 | **Show Cause Hearing** (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Not Held |
| 01/19/2006 | **Status Conference Scheduling Order, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 01/19/2006 | **Status Conference** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 01/27/2006 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 01/27/2006 | **Case Scheduled for Evaluation** (Judicial Officer: Curtis, Daphne Means ) |
| 01/27/2006 | **Reason** (Judicial Officer: Curtis, Daphne Means ) |
| 01/27/2006 | **Status Conference** (8:00 AM) (Judicial Officer Curtis, Daphne Means)<br>Result: Scheduled |
| 01/27/2006 | **Status Conference** (11:30 AM) (Judicial Officer Torres, Isidore)<br>Result: Scheduled |
| 02/03/2006 | **Certificate, Filed** |

| | |
|---|---|
| 02/06/2006 | **Answer to Affirmative Defenses, Filed** |
| 02/06/2006 | **Certificate, Filed** |
| 02/06/2006 | **Reply to Answer, Filed** |
| 02/06/2006 | **Counter Complaint, Filed** |
| 02/08/2006 | **Answer to Motion, Filed** |
| 02/08/2006 | **Proof of Service, Filed** |
| 02/10/2006 | **Motion Denied, Order to Follow** (Judicial Officer: Torres, Isidore ) |
| 02/10/2006 | **Heard** (Judicial Officer: Torres, Isidore ) |
| 02/10/2006 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Torres, Isidore ) |
| 02/10/2006 | **Witness List, Filed** |
| 02/10/2006 | **Certificate, Filed** |
| 02/10/2006 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 02/10/2006 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 02/10/2006 | **Show Cause Hearing** (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 02/13/2006 | **Reply to Answer, Filed** |
| 02/17/2006 | **Taken Under Advisement** (Judicial Officer: Torres, Isidore ) |
| 02/17/2006 | **Case Scheduled** (Judicial Officer: Torres, Isidore ) |
| 02/17/2006 | **Taken Under Advisement** (Judicial Officer: Torres, Isidore ) |
| 02/17/2006 | **Miscellaneous Response, Filed** |
| 02/17/2006 | **Certificate, Filed** |
| 02/22/2006 | **Reply to Answer, Filed** |
| 02/24/2006 | **Motion for Reconsideration/Rehearing, Filed** |
| 02/27/2006 | **Miscellaneous Party Update** |
| 02/27/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 02/27/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 02/27/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 02/27/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 02/27/2006 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 02/27/2006 | **Witness List, Filed** |
| 02/27/2006 | **Proof of Service, Filed** |
| 02/27/2006 | **Motion to Amend, Filed** |
| 02/27/2006 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Reviewed by Court |
| 02/28/2006 | **Miscellaneous Party Update** |
| 02/28/2006 | **Miscellaneous Party Update** |
| 03/01/2006 | **Miscellaneous Party Update** |
| 03/01/2006 | **Miscellaneous Party Update** |
| 03/01/2006 | **Miscellaneous Party Update** |
| 03/06/2006 | **Motion to Strike** |
| 03/06/2006 | **Miscellaneous Motion, Filed** |
| 03/07/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 03/07/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 03/07/2006 | **Proof of Service, Filed** |
| 03/07/2006 | **Notice of Hearing, Filed** |
| 03/08/2006 | **Certificate, Filed** |
| 03/14/2006 | **Answer to Motion, Filed** |
| 03/14/2006 | **Proof of Service, Filed** |
| 03/15/2006 | **Answer to Motion, Filed** |
| 03/15/2006 | **Certificate, Filed** |
| 03/15/2006 | **Miscellaneous Motion, Filed** |
| 03/17/2006 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Torres, Isidore ) |
| 03/17/2006 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Torres, Isidore ) |
| 03/17/2006 | **Motion Hearing** (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 03/17/2006 | **Motion Hearing** (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 03/20/2006 | **Received 7-Day Order for Entry** |
| 03/20/2006 | **Received 7-Day Order for Entry** |
| 03/23/2006 | **Objection to 7-Day Order-Filed** |
| 03/24/2006 | **Reply to Answer, Filed** |
| 03/24/2006 | **Certificate, Filed** |
| 03/28/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 03/28/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 03/28/2006 | **Motion for Default Judgment, Filed** |
| 03/28/2006 | **Motion for Default Judgment, Filed** |
| 03/28/2006 | **Motion for Default Judgment, Filed** |
| 03/29/2006 | **Order Extending Time, Signed and Filed** (Judicial Officer: Sapala, Michael F. ) |
| 03/29/2006 | **7-Day Order Not Enter** |
| 03/29/2006 | **Interrogatories, Filed** |
| 03/29/2006 | **Request for Production of Documents, Filed** |
| 03/29/2006 | **Interrogatories, Filed** |
| 03/29/2006 | **Request for Production of Documents, Filed** |
| 03/29/2006 | **Certificate, Filed** |
| 03/29/2006 | **Certificate, Filed** |
| 03/29/2006 | **Certificate, Filed** |
| 03/29/2006 | **Stipulation, Filed** (Judicial Officer: Sapala, Michael F. ) |
| 03/29/2006 | **Order Extending Time, Signed and Filed** (Judicial Officer: Sapala, Michael F. ) |
| 03/29/2006 | **Stipulation, Filed** (Judicial Officer: Sapala, Michael F. ) |
| 03/31/2006 | **Taken Under Advisement** (Judicial Officer: Torres, Isidore ) |
| 03/31/2006 | **Taken Under Advisement** (Judicial Officer: Torres, Isidore ) |
| 03/31/2006 | **Case Scheduled** (Judicial Officer: Torres, Isidore ) |

| | |
|---|---|
| 03/31/2006 | **Notice of Hearing, Filed** |
| 03/31/2006 | **Certificate, Filed** |
| 03/31/2006 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 04/03/2006 | **Case Evaluation** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Adjourned |
| 04/04/2006 | **Settlement Conference** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Adjourned |
| 04/07/2006 | **Miscellaneous Party Update** |
| 04/17/2006 | **Notice of Hearing, Filed** |
| 04/17/2006 | **Proof of Service, Filed** |
| 04/20/2006 | **Notice of Hearing, Filed** |
| 04/20/2006 | **Proof of Service, Filed** |
| 04/21/2006 | **Default Judgment S/F** (Judicial Officer: Torres, Isidore) |
| 04/21/2006 | **Default Judgment S/F** (Judicial Officer: Torres, Isidore) |
| 04/21/2006 | **Default Judgment S/F** (Judicial Officer: Torres, Isidore) |
| 04/21/2006 | **Motion Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Motion and/or Praecipe Dismissed |
| 04/21/2006 | **Miscellaneous Judicial Hearing Activity** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 04/21/2006 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 04/21/2006 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 04/21/2006 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 04/27/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore) |
| 04/27/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore) |
| 04/27/2006 | **Miscellaneous Motion, Filed** |
| 04/27/2006 | **Review Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 04/28/2006 | **Certificate, Filed** |
| 05/09/2006 | **Case Evaluation - Commercial** (Judicial Officer: Curtis, Daphne Means) |
| 05/12/2006 | **Witness List, Filed** |
| 05/12/2006 | **Proof of Service, Filed** |
| 05/19/2006 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Torres, Isidore) |
| 05/19/2006 | **Motion Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 05/23/2006 | **Certificate, Filed** |
| 05/30/2006 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Torres, Isidore) |
| 05/30/2006 | **Review Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 05/31/2006 | **Stipulation, Filed** (Judicial Officer: Torres, Isidore) |
| 05/31/2006 | **Order Extending Time, Signed and Filed** (Judicial Officer: Torres, Isidore) |
| 05/31/2006 | **Stipulation, Filed** (Judicial Officer: Torres, Isidore) |
| 05/31/2006 | **Order Extending Time, Signed and Filed** (Judicial Officer: Torres, Isidore) |
| 06/05/2006 | **Taken Under Advisement** (Judicial Officer: Torres, Isidore) |
| 06/05/2006 | **Opinion of Court, Signed and Filed** (Judicial Officer: Torres, Isidore) |
| 06/05/2006 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Motion and/or Praecipe Dismissed |
| 06/19/2006 | **Settlement Conference** (9:30 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 06/21/2006 | **Claim of Appeal Filed in 201** |
| 07/13/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore) |
| 07/13/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore) |
| 07/13/2006 | **Motion for Stay of Proceedings, filed** |
| 07/18/2006 | **Final - Order for Stay of Proceedings, Signed and Filed** (Judicial Officer: Torres, Isidore) |
| 07/18/2006 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 08/11/2006 | **Motion Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 08/15/2006 | **Case Evaluation - Commercial** (Judicial Officer: Curtis, Daphne Means) |
| 09/28/2006 | **Settlement Conference** (9:30 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 10/19/2006 | **Case Reassigned** (Judicial Officer: Curtis, Daphne Means) |
| 10/19/2006 | **Reassignment - Disqualification, Signed and Filed** (Judicial Officer: Curtis, Daphne Means) |
| 04/13/2007 | **Miscellaneous Motion, Filed** |
| 04/17/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means) |
| 04/17/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means) |
| 04/17/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means) |
| 04/17/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means) |
| 04/25/2007 | **Notice of Hearing, Filed** |
| 04/25/2007 | **Proof of Service, Filed** |
| 04/25/2007 | **Notice of Hearing, Filed** |
| 04/25/2007 | **Proof of Service, Filed** |
| 05/04/2007 | **Motion Hearing** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Adjourned |
| 05/04/2007 | **Motion Hearing** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Not Held |
| 05/17/2007 | **Miscellaneous Motion, Filed** |
| 05/17/2007 | **Motion for Order** |
| 05/17/2007 | **Proof of Service, Filed** |
| 05/18/2007 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Curtis, Daphne Means) |
| 05/18/2007 | **Motion Hearing** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |

| | |
|---|---|
| | Result: Held |
| 05/31/2007 | **Proof of Service, Filed** |
| 05/31/2007 | **Received 7-Day Order for Entry** |
| 06/08/2007 | **Objection to 7-Day Order-Filed** |
| 06/14/2007 | **Proof of Service, Filed** |
| 06/14/2007 | **Received 7-Day Order for Entry** |
| 06/21/2007 | **Proof of Service, Filed** |
| 06/21/2007 | **Miscellaneous Response, Filed** |
| 06/21/2007 | **Objection, Filed** |
| 06/21/2007 | **Notice of Hearing, Filed** |
| 06/21/2007 | **Proof of Service, Filed** |
| 06/21/2007 | **Objection, Filed** |
| 06/21/2007 | **Proof of Service, Filed** |
| 06/21/2007 | **Objection to 7-Day Order-Filed** |
| 06/22/2007 | **Hearing Not Held** (Judicial Officer: Curtis, Daphne Means ) |
| 06/22/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 06/27/2007 | **Proof of Service, Filed** |
| 06/28/2007 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 06/28/2007 | **Answer to Motion, Filed** |
| 06/28/2007 | **Objection, Filed** |
| 06/28/2007 | **Proof of Service, Filed** |
| 06/28/2007 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 06/28/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 06/28/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 06/29/2007 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 06/29/2007 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 06/29/2007 | **Case Returned to Open Status** (Judicial Officer: Curtis, Daphne Means ) |
| 06/29/2007 | **Motion Hearing** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 06/29/2007 | **Motion Hearing** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 06/29/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 07/13/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 07/13/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 07/13/2007 | **Motion for Reconsideration/Rehearing, Filed** |
| 07/27/2007 | **Taken Under Advisement** (Judicial Officer: Curtis, Daphne Means ) |
| 07/27/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 07/27/2007 | **Continued Comments** (Judicial Officer: Curtis, Daphne Means ) |
| 07/27/2007 | **Motion Hearing** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 08/24/2007 | **Claim of Appeal Filed in 201** |
| 08/24/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 08/24/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 08/24/2007 | **Miscellaneous Motion, Filed** |
| 08/28/2007 | **Witness List, Filed** |
| 08/28/2007 | **Certificate, Filed** |
| 09/05/2007 | **Proof of Service, Filed** |
| 09/05/2007 | **Answer to Motion, Filed** |
| 09/05/2007 | **Proof of Service, Filed** |
| 09/07/2007 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Adjourned |
| 09/21/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 09/21/2007 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 09/28/2007 | **Miscellaneous Motion, Filed** |
| 10/04/2007 | **Answer to Motion, Filed** |
| 10/04/2007 | **Proof of Service, Filed** |
| 10/04/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 10/04/2007 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 10/05/2007 | **Motion to Disqualify Judge, Filed** |
| 10/09/2007 | **Motion to Disqualify Judge, Filed** |
| 10/17/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 10/17/2007 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 10/24/2007 | **Case Scheduled** (Judicial Officer: Kelly, Mary Beth ) |
| 10/24/2007 | **Miscellaneous Motion, Filed** |
| 10/24/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Kelly, Mary Beth) |
| | Result: Reviewed by Court |
| 11/06/2007 | **Answer to Motion, Filed** |
| 11/06/2007 | **Proof of Service, Filed** |
| 11/07/2007 | **Answer to Motion, Filed** |
| 11/07/2007 | **Proof of Service, Filed** |
| 11/09/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Kelly, Mary Beth ) |
| 11/09/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Kelly, Mary Beth ) |
| 11/09/2007 | **DeNovo Hearing** (9:00 AM) (Judicial Officer Kelly, Mary Beth) |
| | Result: Held |
| 11/09/2007 | **DeNovo Hearing** (8:00 AM) (Judicial Officer Kelly, Mary Beth) |
| | Result: Held |
| 11/20/2007 | **Miscellaneous Motion, Filed** |

| | |
|---|---|
| 11/21/2007 | **Dismiss Hearing or Injunction** (Judicial Officer: Curtis, Daphne Means ) |
| 11/21/2007 | **Settlement Conference** (2:00 PM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 11/28/2007 | **Case Scheduled for Evaluation** (Judicial Officer: Curtis, Daphne Means ) |
| 11/28/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 11/29/2007 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 11/29/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 11/30/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 11/30/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 12/04/2007 | **Motion To Show Cause** |
| 12/05/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/05/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 12/06/2007 | **Notice of Hearing, Filed** |
| 12/06/2007 | **Certificate, Filed** |
| 12/06/2007 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means ) |
| | Result: Adjourned |
| 12/07/2007 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means ) |
| | Result: Not Held |
| 12/12/2007 | **Answer to Motion, Filed** |
| 12/12/2007 | **Proof of Service, Filed** |
| 12/14/2007 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/14/2007 | **Miscellaneous Motion, Filed** |
| 12/14/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/14/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 12/14/2007 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means ) |
| | Result: Held |
| 12/17/2007 | **Miscellaneous Request, Filed** |
| 12/17/2007 | **Proof of Service, Filed** |
| 12/19/2007 | **Brief in Support of Motion, Filed** |
| 12/19/2007 | **Answer to Motion, Filed** |
| 12/19/2007 | **Proof of Service, Filed** |
| 12/21/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/21/2007 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means ) |
| | Result: Held |
| 01/09/2008 | **Motion for Stay of Proceedings, filed** |
| 01/10/2008 | **Answer to Motion, Filed** |
| 01/10/2008 | **Proof of Service, Filed** |
| 01/11/2008 | **Transcript - Filed** |
| 01/11/2008 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Curtis, Daphne Means ) |
| 01/11/2008 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 01/11/2008 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means ) |
| | Result: Held |
| 01/11/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means ) |
| | Result: Held |
| 01/15/2008 | **Case Evaluation - Commercial** (Judicial Officer: Curtis, Daphne Means ) |
| 01/28/2008 | **Notice of Filing, Filed** |
| 01/28/2008 | **Proof of Service, Filed** |
| 01/28/2008 | **Claim of Appeal Filed in 201** |
| 01/30/2008 | **Transcript - Filed** |
| 01/31/2008 | **Miscellaneous Pleadings, Filed** |
| 01/31/2008 | **Proof of Service, Filed** |
| 01/31/2008 | **Objection, Filed** |
| 01/31/2008 | **Notice of Hearing, Filed** |
| 01/31/2008 | **Proof of Service, Filed** |
| 02/01/2008 | **Motion to Extend Time, Filed** |
| 02/01/2008 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 02/01/2008 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 02/07/2008 | **Answer to Motion, Filed** |
| 02/07/2008 | **Proof of Service, Filed** |
| 02/08/2008 | **Order Extending Time, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 02/08/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means ) |
| | Result: Held |
| 02/15/2008 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 02/15/2008 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 02/19/2008 | **Motion to Compel Taking of Deposition, Filed** |
| 02/20/2008 | **Motion to Compel Taking of Deposition, Filed** |
| 02/25/2008 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 02/25/2008 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 02/27/2008 | **Settlement Conference** (2:00 PM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Not Held |
| 02/29/2008 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Curtis, Daphne Means ) |
| 02/29/2008 | **Answer to Motion, Filed** |
| 02/29/2008 | **Proof of Service, Filed** |
| 02/29/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 03/03/2008 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 03/05/2008 | **Miscellaneous Motion, Filed** |
| 03/06/2008 | **Proof of Service, Filed** |
| 03/07/2008 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 03/07/2008 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 03/12/2008 | **Case Evaluation Envelope, filed** |

03/13/2008 **Objection, Filed**
03/13/2008 **Case Scheduled** (Judicial Officer: Curtis, Daphne Means )
03/13/2008 **Objection to 7-Day Order-Filed**
03/13/2008 **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means)
Result: Reviewed by Court
03/14/2008 **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)
Result: Adjourned
03/18/2008 **Settlement Conference** (2:00 PM) (Judicial Officer Curtis, Daphne Means)
Result: Adjourned
03/19/2008 **Notice of Hearing, Filed**
03/19/2008 **Proof of Service, Filed**
03/27/2008 **Answer to Motion, Filed**
03/27/2008 **Proof of Service, Filed**
03/28/2008 **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means )
03/28/2008 **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)
Result: Held
03/28/2008 **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)
Result: Not Held
03/31/2008 **Received 7-Day Order for Entry**
04/03/2008 **Transcript - Filed**
04/07/2008 **Transcript - Filed**
04/11/2008 **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means )
04/11/2008 **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means)
Result: Reviewed by Court
05/01/2008 **Case Scheduled for Trial** (Judicial Officer: Curtis, Daphne Means )
05/01/2008 **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means)
Result: Reviewed by Court
05/06/2008 **Transcript - Filed**
05/06/2008 **Miscellaneous Motion, Filed**
05/15/2008 **Proof of Service, Filed**
05/15/2008 **Answer to Motion, Filed**
05/19/2008 **Answer to Motion, Filed**
05/19/2008 **Proof of Service, Filed**
05/29/2008 **Miscellaneous Motion, Filed**
07/28/2008 **Trial** (8:30 AM) (Judicial Officer Curtis, Daphne Means)
Result: Adjourned
08/28/2008 **Motion to Amend, Filed**
09/04/2008 **Miscellaneous Pleadings, Filed**
09/04/2008 **Proof of Service, Filed**
09/04/2008 **Notice of Hearing, Filed**
09/09/2008 **Motion Filed** (Judicial Officer: Curtis, Daphne Means )
09/09/2008 **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means )
09/09/2008 **Motion Filed** (Judicial Officer: Curtis, Daphne Means )
09/09/2008 **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means )
09/09/2008 **Motion Filed** (Judicial Officer: Curtis, Daphne Means )
09/09/2008 **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means )
09/10/2008 **Case Scheduled for Trial** (Judicial Officer: Curtis, Daphne Means )
09/10/2008 **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means )
09/10/2008 **Status Conference** (8:00 AM) (Judicial Officer Curtis, Daphne Means)
Result: Scheduled
09/10/2008 **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means)
Result: Reviewed by Court
09/12/2008 **Granted** (Judicial Officer: Curtis, Daphne Means )
09/12/2008 **Granted** (Judicial Officer: Curtis, Daphne Means )
09/12/2008 **Granted** (Judicial Officer: Curtis, Daphne Means )
09/12/2008 **Motion Denied, Order to Follow** (Judicial Officer: Curtis, Daphne Means )
09/12/2008 **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)
Result: Held
09/12/2008 **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)
Result: Held
09/12/2008 **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)
Result: Held
09/12/2008 **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means)
Result: Held
09/15/2008 **Answer to Motion, Filed**
09/15/2008 **Proof of Service, Filed**
09/19/2008 **Proof of Service, Filed**
09/19/2008 **Received 7-Day Order for Entry**
09/19/2008 **Received 7-Day Order for Entry**
09/23/2008 **Motion for Summary Judgment/Disposition, Filed**
09/23/2008 **Objection to 7-Day Order-Filed**
09/23/2008 **Objection to 7-Day Order-Filed**
09/23/2008 **Case Scheduled** (Judicial Officer: Curtis, Daphne Means )
09/23/2008 **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means)
Result: Reviewed by Court
09/24/2008 **Objection, Filed**
09/24/2008 **Objection, Filed**
09/26/2008 **Motion Filed** (Judicial Officer: Curtis, Daphne Means )
09/26/2008 **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means )
10/01/2008 **Proof of Service, Filed**
10/01/2008 **Miscellaneous Response, Filed**
10/01/2008 **Proof of Service, Filed**
10/02/2008 **Order Amending, File Supplemental Pleading, Signed and Filed** (Judicial Officer: Curtis, Daphne Means )
10/02/2008 **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means )

| | |
|---|---|
| 10/02/2008 | **Motion Hearing** (2:00 PM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 10/02/2008 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 10/15/2008 | **Motion for Reconsideration/Rehearing, Filed** |
| 10/21/2008 | **Motion Denied, Order to Follow** (Judicial Officer: Curtis, Daphne Means ) |
| 10/21/2008 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 10/24/2008 | **Claim of Appeal Filed in 201** |
| 11/17/2008 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 11/17/2008 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/05/2008 | **Affidavit, Filed** |
| 12/08/2008 | **Affidavit, Filed** |
| 12/09/2008 | **Proof of Service, Filed** |
| 12/09/2008 | **Miscellaneous Pleadings, Filed** |
| 12/09/2008 | **Miscellaneous Pleadings, Filed** |
| 12/09/2008 | **Miscellaneous Pleadings, Filed** |
| 12/10/2008 | **Miscellaneous Response, Filed** |
| 12/10/2008 | **Answer to Motion, Filed** |
| 12/12/2008 | *CANCELED* **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | *Not Held* |
| | Result: Not Held |
| 12/12/2008 | **Closed/Final -Ord Summary Jdmnt/Disp Grntd, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/12/2008 | **Order, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/12/2008 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/17/2008 | **Order, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/22/2008 | **Motion for Reconsideration/Rehearing, Filed** |
| 12/22/2008 | **General Brief, Filed** |
| 12/22/2008 | **Proof of Service, Filed** |
| 12/22/2008 | **Motion for Reconsideration/Rehearing, Filed** |
| 12/22/2008 | **General Brief, Filed** |
| 12/22/2008 | **Proof of Service, Filed** |
| 12/22/2008 | **Notice of Hearing, Filed** |
| 12/22/2008 | **Motion Received for Scheduling** |
| 12/29/2008 | **Notice of Hearing, Filed** |
| 01/13/2009 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 01/13/2009 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 01/26/2009 | *CANCELED* **Trial** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | *Case Disposed/Order Previously Entered* |
| 02/02/2009 | **Received 7-Day Order for Entry** |
| 02/06/2009 | **Objection to 7-Day Order, Filed** |
| 02/06/2009 | **Objection to 7-Day Order, Filed** |
| 02/09/2009 | **Objection, Filed** |
| 02/09/2009 | **Proof of Service, Filed** |
| 02/09/2009 | **Notice of Hearing, Filed** |
| 02/09/2009 | **Objection, Filed** |
| 02/09/2009 | **Proof of Service, Filed** |
| 02/09/2009 | **Notice of Hearing, Filed** |
| 03/10/2009 | **Answer to Motion, Filed** |
| 03/10/2009 | **Proof of Service, Filed** |
| 03/12/2009 | **Motion Hearing** (3:00 PM) (Judicial Officer Curtis, Daphne Means) |
| | *02/27/2009 Reset by Court to 03/12/2009* |
| 04/14/2009 | *CANCELED* **Evidentiary Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | *Scheduling Error* |
| 04/14/2009 | **Motion to Amend, Filed** |
| 04/14/2009 | **Brief in Support of Motion, Filed** |
| 04/14/2009 | **Notice of Hearing, Filed** |
| 04/14/2009 | **Proof of Service, Filed** |
| 04/27/2009 | **Motion to Dismiss, Filed** |
| 04/27/2009 | **General Brief, Filed** |
| 04/27/2009 | **Notice of Hearing, Filed** |
| 04/27/2009 | **Proof of Service, Filed** |
| 04/27/2009 | **Motion Received for Scheduling** |
| 04/28/2009 | **Motion Hearing** (10:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 04/28/2009 | **Motion Hearing** (10:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 04/28/2009 | **Motion Denied, Order to Follow** (Judicial Officer: Curtis, Daphne Means ) |
| 04/28/2009 | **Order Amending, File Supplemental Pleading, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/28/2009 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/28/2009 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/29/2009 | **Subpoena-Order to Appear, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/29/2009 | **Subpoena-Order to Appear, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/29/2009 | **Subpoena-Order to Appear, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/29/2009 | **Subpoena-Order to Appear, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 05/04/2009 | **Motion Received for Scheduling** |
| 05/04/2009 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 05/04/2009 | **Miscellaneous Motion, Filed** |
| 05/04/2009 | **Affidavit, Filed** |
| 05/06/2009 | **Motion to Quash, Filed** |
| 05/07/2009 | **Miscellaneous Request, Filed** |
| 05/28/2009 | **Miscellaneous Motion, Filed** |
| 05/28/2009 | **Motion Received for Scheduling** |
| 06/04/2009 | **Miscellaneous Hearing** (2:30 PM) (Judicial Officer Curtis, Daphne Means) |

| | | |
|---|---|---|
| | *05/14/2009 Reset by Court to 06/04/2009* | |
| | Result: Held | |
| 06/04/2009 | **Motion Hearing** (2:30 PM) (Judicial Officer Curtis, Daphne Means) | |
| | Result: Held | |
| 06/04/2009 | **Affidavit, Filed** | |
| 06/04/2009 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) | |
| 06/04/2009 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) | |
| 07/07/2009 | *CANCELED* **Miscellaneous Hearing** (2:00 PM) (Judicial Officer Curtis, Daphne Means) | |
| | *Dismiss Hearing or Injunction* | |
| 07/17/2009 | **Proof of Service, Filed** | |
| 07/17/2009 | **Notice of Hearing, Filed** | |
| 08/06/2009 | **Motion Hearing** (10:00 AM) (Judicial Officer Curtis, Daphne Means) | |
| | Result: Held | |
| 08/06/2009 | **Administrative Correction** | |
| 08/06/2009 | **Order Denying, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) | |
| 08/12/2009 | *CANCELED* **Review Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) | |
| | *Scheduling Error* | |
| 08/27/2009 | **Motion for Reconsideration/Rehearing, Filed** | |
| 03/13/2012 | **Miscellaneous Pleadings, Filed** | |

---

### FINANCIAL INFORMATION

| | | |
|---|---|---|
| **Plaintiff** DETROIT CITY OF | | |
| Total Financial Assessment | | 60.00 |
| Total Payments and Credits | | 0.00 |
| **Balance Due as of 05/17/2018** | | **60.00** |
| 12/17/2008 | Transaction Assessment | 20.00 |
| 12/17/2008 | Transaction Assessment | 20.00 |
| 12/17/2008 | Transaction Assessment | 20.00 |