# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit
Debtor.

CASE NO: 13-53846-T
CHAPTER: 9

## CERTIFICATE OF SERVICE

I hereby certify that on  5/11/18  (date of mailing), I served copies as follows:

1. Document(s) served:

    Response to objection letter dated 4/18/18

2. Served upon [name and address of each person served]:

    Marc N. Swanson
    Miller Canfield Paddock & Stone PLC
    150 West Jefferson Ste 2500
    Detroit, MI 48226

3. By First Class Mail.

Dated: 5/21/18

(Signature) Pamela Booker

Print Name: Pamela Booker

```
              SEVEN OAKS STA
              17625 W 7 MILE RD
                  DETROIT
                    MI
                48235-9998
                2525250235
05/11/2018    (800)275-8777    11:20 AM

Product                Sale        Final
Description            Qty         Price

First-Class             1          $0.50
Mail
Letter
    (Domestic)
    (DETROIT, MI  48226)
    (Weight:0 Lb 0.30 Oz)
    (Estimated Delivery Date)
    (Monday 05/14/2018)
  Cert of Mail          1          $1.40
    (Affixed Amount:$0.00)
First-Class             1          $0.50
Mail
Letter
    (Domestic)
    (DETROIT, MI  48226)
    (Weight:0 Lb 0.30 Oz)
    (Estimated Delivery Date)
    (Monday 05/14/2018)
  Cert of Mail          1          $1.40
    (Affixed Amount:$0.00)

Total                             $3.80

Cash                             $20.00
Change                          ($16.20)

           Preview your Mail
           Track your Packages
           Sign up for FREE @
           www.informeddelivery.com
```





Certificate Of Mail

From: Pamela Booker
16227 Wildemere St.,
Detroit, MI 48221

To: Marc N. Swanson
Miller Canfield Paddock & St.
150 West Jefferson Ste 2500
Detroit, Michigan 48226

U.S. POSTAGE PAID
DETROIT, MI
48235
MAY 11 18
AMOUNT
$1.40
R2305K138520-10

13-53846-tjt   Doc 12808   Filed 05/21/18   Entered 05/21/18 12:21:10   Page 2 of 2