# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

         Debtor

Bankruptcy Case No: 13-53846

Judge Thomas J. Tucker

Chapter 9

## AMENDED CERTIFICATE OF SERVICE

## AMENDED CERTIFICATE OF SERVICE

On May 16, 2018, Edith Woodberry personally served Charles N. Raimi, Esq. by personally putting Edith Woodberry's Response to Debtor's Fifty-Sixth omnibus Objection to Certain Claims and Declaration /Affidavit of Edith Woodberry, and Response to Debtor's Sixty-Second Omnibus Objection to Certain Claims in a U.S. mailbox located at Third and Gladstone, Detroit, MI. Edith Woodberry has since discovered that the mailbox service was not personal service.

Upon that realization, Edith Woodberry certifies that copy of Edith Woodberry's Response to Debtor's Fifty-Sixth omnibus Objection to Certain Claims and Declaration /Affidavit of Edith Woodberry and Response to Debtor's Sixty-Second Omnibus Objection to Certain Claims, were hand delivered to Charles N. Rami, Esq. and filed with the United States Bankruptcy Court, Eastern District of Michigan, Southern Division on May 16, 2018.

Amended Certificate of Service and Amended Creditor Signatures were hand delivered to Charles N. Rami, Esq. on May 22, 2018 and copy was mailed overnight to the United States Bankruptcy Court, Eastern District of Michigan, Southern Division on May 21, 2018.

*Edith Woodberry*