UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

      Debtor.  Judge Thomas J. Tucker
_____ /

**ORDER SETTING DEADLINE BY WHICH THE WOODBERRY AND MABIN CLAIMANTS MUST TAKE CERTAIN ACTIONS, REGARDING THEIR CLAIMS, AND REQUIRING THE CITY OF DETROIT TO SERVE A COPY OF THIS ORDER ON ALL SUCH CLAIMANTS**

This case came before the Court for a hearing on May 23, 2018, on the Debtor's Fifty-Sixth Omnibus Objection to Certain Claims (Docket # 12763, the "56th Omnibus Claim Objection"), and on the Debtor's Sixty-Second Omnibus Objection to Certain Claims (Docket # 12769, the "62nd Omnibus Claim Objection"). Claimants Edith Woodberry, La Jeff Woodberry, and Cranston Woodberry appeared at the hearing, as did counsel for the Debtor. Confirming certain action taken during the hearing,[1] and for the reasons stated by the Court on the record during the hearing,

IT IS ORDERED that:

1. The 56th Omnibus Claim Objection is sustained, with respect to the claim of Edith Woodberry (Claim No. 2846), to the extent of the relief provided by this Order, and otherwise is overruled.

2. The 62nd Omnibus Claim Objection is sustained, with respect to the claims of each of the following individuals (who, with Edith Woodberry, collectively, are referred to in this Order below as the "Woodberry/Mabin Claimants"), to the extent of the relief provided by this Order, and otherwise is overruled:

| Claimant: | Claim No. |
| --- | --- |
| Happy Woodberry | 2880 |
| La Jeff Woodberry | 2883 |
| Cavel Woodberry | 2888 |
| Lavan Woodberry | 2889 |

---

[1] This Order concerns only the City's objection to the claims of the claimants named in this Order. The remainder of the City's 56th Omnibus Claim Objection and the City's 62nd Omnibus Claim Objection will be decided by other, separate orders to be entered.

| | |
|---|---|
| Penny Mabin | 2902 |
| Cranston Woodberry | 2905 |
| Garfield Woodberry | 3006 |
| Adam Woodberry | 3271 |
| Phebe Woodberry | 3278. |

3.  No later than June 22, 2018, in order to avoid the entry of an Order by this Court disallowing their claims, the Woodberry/Mabin Claimants must take appropriate action to reactivate the lawsuit in the Wayne County Circuit Court (Case No. 05-522129-CC, *City of Detroit v. Jonathan Sobeloff, etc., et al.*), and to seek the entry of a final order in that lawsuit, so that the Woodberry/Mabin claimants may seek to appeal that court's Judgment filed April 28, 2009.

4.  The Woodberry/Mabin Claimants must promptly serve the City's counsel in this bankruptcy case, Marc N. Swanson, by mail, with a copy of all items they file in the Wayne County Circuit Court in order to comply with this Order.

5.  If the Woodberry/Mabin Claimants fail to timely comply with paragraph 3 of this Order, the City may file an affidavit of non-compliance and submit a proposed order disallowing the claims of the Woodberry/Mabin Claimants in this bankruptcy case, and the Court may enter such order, without further notice or hearing.

6.  The City must promptly serve a copy of this Order upon each of the Woodberry/Mabin Claimants, and file proof of such service.

**Signed on May 23, 2018**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**