UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                       Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                 Chapter 9

            Debtor.                              Judge Thomas J. Tucker
_____/

**ORDER SETTING DEADLINE BY WHICH CLAIMANT PAMELA BOOKER
MUST TAKE CERTAIN ACTION, REGARDING CLAIM NO. 3836**

       This case came before the Court for a hearing on May 23, 2018, on the Debtor's Sixty-Second Omnibus Objection to Certain Claims, filed April 18, 2018 (Docket # 12769, the "62nd Omnibus Claim Objection"). Claimant Pamela Booker appeared at the hearing, as did counsel for the Debtor. Confirming certain action taken during the hearing,[1] and for the reasons stated by the Court on the record during the hearing,

       IT IS ORDERED that:

1. The 62nd Omnibus Claim Objection is sustained, with respect to the claim of Pamela Booker (Claim No. 3836), to the extent of the relief provided by this Order, and otherwise is overruled.

2. No later than June 22, 2018, in order to avoid the entry of an Order by this Court disallowing her claim (Claim No. 3836), claimant Pamela Booker must file a lawsuit against the City in an appropriate, non-bankruptcy court, asserting the claim which is the subject matter of her claim filed in this bankruptcy case (Claim No. 3836).

3. Pamela Booker must promptly serve the City's counsel in this bankruptcy case, Marc N. Swanson, by mail, with a copy of all items Ms. Booker files in another court in order to comply with this Order.

4. If Pamela Booker fails to timely comply with paragraph 2 of this Order, the City may file an affidavit of non-compliance and submit a proposed order disallowing Ms. Booker's claim in this bankruptcy case, and the Court may enter such order, without further notice or hearing.

5. The Clerk will serve a copy of this Order upon Pamela Booker, at the address she gave in the response she filed in this case on May 14, 2018 (Docket # 12783) (16227 Wildemere St., Detroit, MI 48221).

---

      [1] This Order concerns only the City's objection to the claim of Pamela Booker. The remainder of the City's 62nd Omnibus Claim Objection will be decided by one or more other, separate orders to be entered.

**Signed on May 23, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge