# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND M. DUJON JOHNSON RESOLVING CLAIM NUMBER 1032

The City of Detroit, Michigan ("City") and M. Dujon Johnson ("Claimant"; and collectively with the City, the "Parties") stipulate and agree as follows:

WHEREAS, on February 14, 2014, Claimant filed its proof of claim number 1032 in the amount of $5,300.00 ("Claim 1032");

WHEREAS, on October 22, 2014, the City filed its *Eighth Amended Plan of the Adjustment of Debts of the City of Detroit (October 22, 2014)* (the "Plan," Doc. No. 8045);

WHEREAS, on April 18, 2018, the City filed *Debtor's Fifty-Seventh Omnibus Objection to Certain Claims (No Valid Basis for any Liability of the City)* (the "Omnibus Objection") [Doc. No. 12764], which included Claim 1032 among the claims subject to the objection;

WHEREAS, on May 14, 2018, Claimant filed his response to the Omnibus Objection [Doc. No. 12781];

- 1 -

31453811.1\022765-00213

WHEREAS, Claimant and the City have now conferred and reached agreement regarding Claim 1032;

WHEREAS, capitalized terms not otherwise defined in this stipulation have the meanings given to them in the Plan;

NOW, THEREFORE, the Parties agree that

1. Claim 1032 is allowed under the Plan as a Class 15 Convenience Claim in the amount of $5,300.00.

2. In complete and final satisfaction of Claim 1032, the City shall pay $1,325.00 to Claimant within 120 days of the entry of this Order.

3. The City's claims and noticing agent, Kurtzman Carson Consultants is authorized to update the claims register to reflect the terms of this order.

31453811.1\022765-00213

Stipulated and agreed to on May 23, 2018:

MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8452
swansonm@millercanfield.com

Counsel for the City of Detroit, Michigan

M. DUJON JOHNSON

By: _____
M. Dujon Johnson
15474 Stoepel
Detroit, MI 48238

31453811.1\022765-00213

EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND M. DUJON JOHNSON RESOLVING CLAIM NUMBER 1032

This matter having come before the Court on the *Stipulation By and Between the City of Detroit, Michigan and M. Dujon Johnson Resolving Claim Number 1032* (the "Stipulation")[1]; the parties having stipulated to the withdrawal of the City's objection to Claim 1032 and the allowance of Claim 1032 as a Class 15 Convenience Claim in the amount of $19,595.75; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1.      Claim 1032 is allowed under the Plan as a Class 15 Convenience Claim in the amount of $5,300.00. In complete and final satisfaction of Claim

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Stipulation.

1032, the City shall pay $1,325.00 to Claimant within 120 days of the entry of this Order.

     2.  The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.