UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

Debtor.

Case No. 13-53846

Judge Thomas J. Tucker

Chapter 9

## ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND M. DUJON JOHNSON RESOLVING CITY'S OBJECTION TO CLAIM NUMBER 1032

This case is before the Court on the stipulation filed May 24, 2018, entitled *Stipulation By and Between the City of Detroit, Michigan and M. Dujon Johnson Resolving Claim Number 1032* (Docket # 12821, the "Stipulation");[1] the parties having stipulated to the withdrawal of the City's objection to Claim Number 1032 and the allowance of Claim Number 1032 as a Class 15 Convenience Claim in the amount of $19,595.75; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. Claim Number 1032 is allowed under the Plan as a Class 15 Convenience Claim in the amount of $5,300.00. In complete and final satisfaction of Claim Number 1032, the City will pay $1,325.00 to Claimant within 120 days after the entry of this Order.

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Stipulation.

2. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this Order.

3. The City must promptly serve a copy of this Order on M. Dujon Johnson, and file proof of such service.

**Signed on May 24, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge