UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 25, 2018, he caused a copy of the *Order Approving Stipulation by and Between the City of Detroit, Michigan and M. Dujon Johnson Resolving Claim Number 1032* to be served on M. Dujon Johnson, via first class mail, as follows:

M. Dujon Johnson
15474 Stoepel
Detroit, MI 48238

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Phone: (313) 963-6420
swansonm@millercanfield.com

Dated: May 25, 2018