**HONIGMAN**

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

Joseph R. Sgroi

(313) 465-7570
Fax: (313) 465-7571
jsgroi@honigman.com

June 4, 2018

*Via E-Mail*

Clerk
United States Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, Michigan 48226

*Re: In re City of Detroit, Michigan, Case Number 13-53846 (TJT)*

Dear Clerk

    This is to notify you that Judy B. Calton has left the firm of Honigman Miller Schwartz and Cohn LLP and is now retired. Joseph R. Sgroi of Honigman Miller Schwartz and Cohn LLP has taken over in the above-captioned case. Please remove Judy B. Calton from receiving electronic filings and notices which were addressed to the following e-mail address: jcalton@honigman.com.

    Thank you for your assistance with this matter.

Very truly yours,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

/s/Joseph R. Sgroi
    Joseph R. Sgroi (P68666)