# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>            Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND SMITH & WESSON CORP. REGARDING CLAIM NUMBER 2403

The City of Detroit, Michigan ("City") and Smith & Wesson Corp. ("Claimant"; and collectively with the City, the "Parties"), stipulate and agree as follows:

1. On February 21, 2014, Claimant filed a proof of claim asserting a general unsecured claim in the amount of $113,811.88 and it was assigned claim number 2403 ("Claim").

2. On October 22, 2014, this City filed its *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* [Doc. No. 8045] ("Plan"). On November 12, 2014, this Court entered an order confirming the Plan. [Doc. No. 8272].

3. The Parties have discussed the Claim and have reached a consensual resolution regarding the Claim.

4. The Parties agree that the Claim should be allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $112,000.

NOW, THEREFORE, the Parties request that the Court enter the Order attached as Exhibit 1.

STIPULATED AND AGREED TO ON June 11, 2018:

| City of Detroit Law Department<br><br>By:    */s/ Mary Beth Cobbs*<br>Mary Beth Cobbs (P-40080)<br>Assistant Corporation Counsel<br>2 Woodward Ave, Suite 500<br>Detroit, MI 48226<br>Phone: (313) 237-3075<br>Email: cobbm@detroitmi.gov | Alston & Bird on behalf of Smith & Wesson Corp.<br><br>By:    */s/ Gerard S. Catalanello*<br>Gerard S. Catalanello<br>Partner<br>90 Park Avenue<br>New York, NY 10016<br>Phone: (212)210-9509<br>Email: gerard.catalanello@alston.com |
|---|---|

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND SMITH AND WESSON CORP. REGARDING CLAIM NUMBER 2403**

This matter having come before the Court on the *Stipulation by and Between the City of Detroit, Michigan and Smith & Wesson Corp. Regarding Claim Number 2403* (the "Stipulation");[1] the Court having reviewed the Stipulation and being otherwise apprised of the matter; and there being good cause; NOW THEREFORE IT IS ORDERED THAT

**IT IS HEREBY ORDERED THAT:**

1. Claim number 2403 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $112,000.

2. The City's claims agent is authorized to update the claims register accordingly.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.