# CLARK HILL

Joel D. Applebaum
T 248.988.5883
F 248.988.2503
Email: japplebaum@clarkhill.com

Clark Hill PLC
151 South Old Woodward Avenue
Suite 200
Birmingham, MI 48009
T 248.642.9692
F 248.642.2174

clarkhill.com

June 18, 2018

**BY ELECTRONIC MAIL**

Clerk of the Court
United States Bankruptcy Court
  for the Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Re: *Departure of Robert Gordon And Handling of Cases In Which He Appeared*

Dear Sir/Madame:

I am the co-practice group leader of Clark Hill's Corporate Restructuring and Bankruptcy practice group. As you are aware, Robert Gordon terminated his employment with Clark Hill approximately one year ago and relocated to New York. You provided me a list of several cases in which Mr. Gordon appeared and, in order to remove him from ECF filing on these matters, have requested me to explain how Clark Hill will staff these cases going forward. The cases, and Clark Hill's proposed staffing, is as follows:

A. <u>Energy Conversion Devices -- Case No. 12-43166-tjt</u>:

Mr. Gordon represented and/or filed notices of appearance on behalf of Bank of New York Mellon Trust Company, N.A. and the Official ECD Creditors Sub-Committee of the Official Committee of Unsecured Creditors. In addition, Mr. Gordon filed a notice of appearance on behalf of Clark Hill PLC. I will substitute in the place of Mr. Gordon on these matters in this case.

B. <u>City of Detroit -- Case No. 13-53846-tjt</u>:

Mr. Gordon appeared on behalf of the General Retirement System and the Police and Fire Retirement System of the City of Detroit in the City's chapter 9 case. Clark Hill attorney Shannon Deeby also represented these two entities and filed notices of appearances accordingly. She will continue on these cases.

C. <u>Transign, Inc., Transmatic, Inc., Vultron, Inc., et al.</u> -- Case Nos. 06-43993, 06-43995, 06-43997, 06-43998

Mr. Gordon and I both appeared on behalf of the Debtors in these jointly administered cases which were subsequently converted to chapter 7. I will remain on these cases.

I believe this covers the information you requested in your email dated May 4, 2018. Please feel free to contact me if you require further explanation or information.

Very truly yours,

CLARK HILL

Joel D. Applebaum