# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND SMITH AND WESSON CORP. REGARDING CLAIM NUMBER 2403

This case is before the Court on the stipulation filed June 18, 2018, entitled "*Stipulation by and Between the City of Detroit, Michigan and Smith & Wesson Corp. Regarding Claim Number 2403*" (Docket # 12833, the "Stipulation");[1] and the Court finding good cause to enter this Order;

**IT IS ORDERED THAT:**

1. Claim number 2403 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $112,000.00.

2. The City's claims agent is authorized to update the claims register accordingly.

**Signed on June 18, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.