UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No: 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor | Chapter 9 |

# EDITH WOODBERRY RESPONSE TO ORDER SETTING DEADLINE BY WHICH THE WOODBERRY AND MABIN CLAIMANTS (FIFTY-SIXTH AND SIXTY-SECOND) MUST TAKE CERTAIN ACTIONS, REGARDING THEIR CLAIMS

1. This case came before the Court for hearing on May 23, 2018, on the Debtor's Fifty-Sixth Omnibus Objection to Certain Claims (Docket # 12763, the "56th" Omnibus Claim Objection") and on the Debtor's Sixty-Second Omnibus Objection to Certain Claims (Docket # 12769, the "62nd Omnibus Claim Objection"). Claimants Edith Woodberry, LaJeff Woodberry, and Cranston Woodberry appeared at the hearing as did counsel for the Debtor Confirming certain action taken during the hearing and for the reasons stated by the Court on the record during the hearing.

2. Edith Woodberry asks the Judge to be mindful that she told the Court at the start of the hearing that she does not be hear well when the Judge held that counsel for the debtor (Marc Swanson) confirming certain action taken during the hearing and for the reasons stated by the court on the record during the hearing. Attorney Swanson's back was facing Edith Woodberry. Edith Woodberry declares that she did not hear the action taken. Actions he confirmed. Edith Woodberry only heard mumbling. Except for the questions that the Judge, himself

asked her in a loud voice she only heard bits of his response, which appeared to be directed to Attorney Swanson. Edith Woodberry cannot afford the cost of the transcript.

3. Wherefore, Edith Woodberry asks his honor to please give her his reason for sustaining Debtor City's Fifty-Sixth Omnibus Claim Objection as there is nothing on record that allows the Bankruptcy Court to sustain the City's Fifty-Sixth Objection that sneakingly disallows her just compensation for the City's taking her property, unless she mails Attorney Swanson a copy of all the items she filed in the Wayne County Circuit Court, seeking just compensation.

4. This Court further required that no later than June 22, 2018, in order to avoid entry of an Order by this Court disallowing their claims, the Woodberry/Mabin Claimants (Edith) must take appropriate action to reactivate the lawsuit in the Wayne County Circuit (Case No. 05-522129-CC, *City of Detroit v. Jonathan Sobeloff, et. al.*) and to seek to appeal that court's Judgment filed April 28, 2009.

5. Edith Woodberry says that Paragraphs 3 and 4 of this Court's May 23, 2018 Order denies her the right to defend her just compensation claim in accordance with Michigan Court Rules and Federal Court Rules with a legal strategy she deems best in order to prevail.

6. The Court further required that Woodberry/Mabin Claimants (Edith) must promptly serve the City's counsel in this bankruptcy case, Marc N. Swanson, by mail, a copy of all items they file in the Wayne County Circuit in order to comply with this order. [Edith cannot comply with said directions because she does not have the money to pay for copies of all items in said file.]

7. The Court say further that If Edith Woodberry "fails to timely comply with paragraph 3 of this Order, the City may file an affidavit of non-compliance and submit a proposed order disallowing the claims of the Woodberry/Mabin Claimants in this bankruptcy case, and the Court may enter such order without further notice or hearing."

WHEREFORE, Edith Woodberry seeks equal protection of the law. She begs Judge Tucker to be just and faithful to the law and require Marc N. Swanson, Esq., counsel for Debtor City of Detroit, instead of her to glean from the City files the items that the Court asked Edith Woodberry to provide to Marc N. Swanson. Debtor City's Exhibit 8 and attorney Charles Rami's declaration provides undisputed proof that the Debtor City already has in its possession the items that the court requires that Edith Woodberry give to them or, in the alternative, permit Edith Woodberry to have a trial by jury in order to resolve the just compensation issue and to determine if the bankruptcy court has authority to allow Debtor City to take Edith Woodberry's property without paying just compensation.

### Certificate of Service

Edith Woodberry certifies that on June 14, 2018 she mailed a copy of this motion to a) Hon. Thomas J. Tucker, Bankruptcy Courtroom #19, 211 W. Fort, Detroit, MI, 48226, b) Bankruptcy Court Clerk, and c) Debtor's attorney, Marc N. Swanson, Esq.

*Edith Woodberry*
Edith Woodberry, In Pro Per