

Kristin K. Going
212-248-3273 Direct
212-248-3141 Fax
Kristin.Going@dbr.com

*Law Offices*
1177 Avenue of the Americas
41st Floor
New York, NY
10036-2714

212-248-3140
212-248-3141 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
TEXAS
WASHINGTON D.C.

June 19, 2018

**BY E-MAIL**

U.S. Bankruptcy Court
Eastern District of Michigan

  Re: 13-53846

Dear Court Officer:

Please be advised Heath Rosenblat is no longer with the law firm of Drinker Biddle & Reath LLP.

Please be advised Kristin K. Going represents Wilmington Trust in all matters for Case No. 13-53846.

        Regards,
        Kristin K. Going

KKG/TYL

*Established* 1849