UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:   City of Detroit, Michigan,          Case No. 13-53846
                                             Chapter 9
          Debtor.          /                 Hon. Thomas J. Tucker

## MOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby files its Notice of Appearance on behalf of Derrez Payne in this Chapter 9 case. Pursuant to rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above-captioned Chapter 9 case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

Dated:  June 22, 2018                /s/ Michael Benkstein
                                     Michael Benkstein (P69778)
                                     The Law Offices of Joumana Kayrouz, PLLC
                                     1000 Town Center, Suite 800
                                     Southfield, MI 48075
                                     248-415-5156
                                     mbenkstein@joumanakayrouz.com