UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: City of Detroit, Michigan, | Case No. 13-53846 |
| | Chapter 9 |
| Debtor. / | Hon. Thomas J. Tucker |

**CERTIFICATE OF SERVICE FOR ITEMS REQUESTED IN ORDER SETTING DEADLINE BY WHICH CLAIMANT DERREZ PAYNE MUST TAKE ACTION REGARDING CLAIM 1125, AT DOCKET 12819**

**I hereby certify that on June 22, 2018, I Michael Benkstein, served the following papers:**

Plaintiff's Motion to Reinstate and Reactivate Case Pursuant to Order from United States Bankruptcy Court (filed in Case No. 2012-013105-CZ in Wayne Court Circuit Court on June 21, 2018)

Proof of Service for Plaintiff's Motion to Reinstate and Reactivate Case Pursuant to Order from United States Bankruptcy Court (filed in Case No. 2012-013105-CZ in Wayne Court Circuit Court on June 21, 2018)

Notice of Appearance and Request for Notice (filed in the present case at Docket 12842)

**On the following parties at these addresses:**

Marc N. Swanson (P71149)
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI 48226
313-963-6420
(fax) 313-496-8451
swansonm@millercanfield.com

**By the following means:**

Via First Class Mail

Via e-mail to swansonm@millercanfield.com

/s/ Michael Benkstein
Michael Benkstein (P69778)
The Law Offices of Joumana Kayrouz, PLLC
1000 Town Center, Suite 800
Southfield, MI 48075
248-415-5156
mbenkstein@joumanakayrouz.com