UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: City of Detroit Michigan     CASE NO: 13-53846
                                     CHAPTER: 9

    Debtor.
_____/

### CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2018 (date of mailing), I served copies as follows:

1. Document(s) served: "(Corrected)"
12837 - Edith Woodberry Pro Per (28416) Response to order setting Deadline by which The Woodberry and Mabin Claimants must take certain Actions Regarding Theirs And Requiring The City of Detroit to serve a copy of The Order on All such Claimants

2. Served upon [name and address of each person served]:

    Attorney Marc N. Swanson
    150 W Jefferson Detroit MI
         AND
    Hon. Thomas J. Tucker
    Courtroom #19  211 West Fort Detroit MI 48226

3. By First Class Mail.

Dated: July 5, 2018

_Edith Woodberry_
(Signature)

Print Name: Edith Woodberry