UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

# ORDER EXPUNGING AND DISALLOWING CLAIM NUMBER 2846 OF EDITH WOODBERRY, CLAIM NUMBER 2883 OF LA JEFF WOODBERRY AND CLAIM NUMBER 3006 OF GARFIELD WOODBERRY

This case is before the Court on the affidavit filed on July 11, 2018, entitled "Affidavit of Marc N. Swanson Regarding Order Setting Deadline by Which the Woodberry and Mabin Claimants Must Take Certain Actions, Regarding Their Claims, and Requiring the City of Detroit to Serve a Copy of This Order on All Such Claimants" (Docket # 12851). Based on that Affidavit, and based on the Court's Order filed on May 23, 2018 at Docket # 12818;

IT IS ORDERED THAT:

1. Claim Number 2846 of Edith Woodberry is expunged and disallowed.

2. Claim Number 2883 of La Jeff Woodberry is expunged and disallowed.

3. Claim Number 3006 of Garfield Woodberry is expunged and disallowed.

4. The City must promptly serve a copy of this Order on Edith Woodberry, La Jeff Woodberry and Garfield Woodberry.

5. The City's claims agent is authorized to update the claims register accordingly.

**Signed on July 12, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge