UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 12, 2018, he caused a copy of the *Order Expunging and Disallowing Claim Number 2846 of Edith Woodberry, Claim Number 2883 of La Jeff Woodberry and Claim Number 3006 of Garfield Woodberry* [Doc. No. 12853] to be served on the affected claimants, via first class mail, as follows:

Edith Woodberry
803 Gladstone
Detroit MI 48202

Garfield Woodberry
803 Gladstone
Detroit MI 48202

LA Jeff Woodberry
18283 Muirland St.
Detroit MI 48221-2756

    By: /s/ Marc N. Swanson
        Marc N. Swanson (P71149)
        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
        150 West Jefferson, Suite 2500
        Detroit, Michigan 48226
        Telephone: (313) 963-6420
        Facsimile: (313) 496-8451
        swansonm@millercanfield.com

Dated: July 12, 2018