FILED '18 JUL 23 PM3:16
US BANKRUPTCY MIE-DET

# Form 416A. CAPTION (FULL)

# United States Bankruptcy Court

_Eastern_ District Of _Michigan_

In re _City of Detroit, Michigan_,
[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]

~~Debtor~~

Address _____

_____

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): _____

_____

Employer's Tax Identification No(s). (if any): _____

_____

Case No. _13-53846_

Chapter _9_

*[Designation of Character of Paper]*

Official Form 417A (12/15)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Edith Woodberry, In pro per

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe) See Attached

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: # 12850 # 12853
2. State the date on which the judgment, order, or decree was entered: July 11, 2018  July 12, 2018

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: City of Detroit   Attorney: Marc Swanson
   150 W. Jefferson Ave
   Detroit MI 48226

2. Party: Edith Woodberry   Attorney: In pro per
   803 Gladstone
   Detroit MI 48202
   (313) 575-9778 (No Phone - Leave Msg)

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_Edith Woodberry_                        Date: July 23, 2018
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

_____
_____
_____
_____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:  
City of Detroit, Michigan,  
    Debtor

Bankruptcy Case No: ~~1-53846~~ 13-53846  
Judge Thomas J. Tucker  
Chapter 9

Edith Woodberry in pro per – 2846  
    Appellant

                                                  **NOTICE OF APPEAL AND STATEMENT OF ELECTION**

    Edith Woodberry, Appellant, appeals a bankruptcy case and not in an adversary proceeding, is a person notifying the bankruptcy court that she has not been paid just compensation under eminent domain (case pending in lower court) and seeks to be heard by the Bankruptcy Appellate Panel.

    Aggrieved, Edith Woodberry, (Edith) in pro per, seeks to appeal, as a matter of right, the Honorable Thomas J Tucker's
- A. July 11, 2018 Order, and
- B. July 12, 2018 Order

    The above Orders stem from the Honorable Thomas J. Tucker's May 23, 2018 adjudication of Debtor's (City of Detroit) motion **DEBTOR'S FIFTY-SIX OMINBUS CLAIM OBJECTION (Docket # 12763)** dated April 18, 2018; **DEBTOR'S SIXTY-TWO OMNIBUS CLAIM OBJECTION** (Docket #12769) entered May 2, 2018, and the after the May 23, 2018 hearing

Should Appeal Court deem /Bankruptcy or that Edith does not have standing as a matter of right, Edith seeks leave to appeal.

Party: <u>City of Detroit</u>  
       Debtor

Attorney: <u>Marc Swanson</u>  
                <u>150 West Jefferson, Suite 2500</u>  
                <u>Detroit MI 48226</u>

*/s/ Edith Woodberry*  
Edith Woodberry, Pro Per  
803 Gladstone  
Detroit MI 48202

Dated: July 23, 2018

United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:  
City of Detroit, Michigan,  
    Debtor

Bankruptcy Case No: 13-53846  
Judge Thomas J. Tucker  
Chapter 9

Edith Woodberry in pro per – 2846  
    Appellant

## Proof of Service

I hereby certify that on  July 22 , 2018, I served the following Paper: **Notice of Appeal and Statement of Election** on the City of Detroit by:

__✓__ **placing a copy of the same in a U.S. Mail Depository** addressed to the City of Detroit's attorney Marc Swanson, 150 West Jefferson, Suite 2500, Detroit MI 48226:

__✓__ **hand delivering a copy of the same** to the City of Detroit's attorney Marc Swanson, 150 West Jefferson, Suite 2500, Detroit MI 48226. on July 23, 2018 Showing Correction

_Edith Woodberry_  
Edith Woodberry, Pro Per  
803 Gladstone  
Detroit MI 48202

Dated: July 23, 2018