IN RE:  Case No. 13-53846
City of Detroit, Michigan  Chapter 7
        Debtor(s).  Hon. Thomas J. Tucker
_____/

Edith Woodberry, Pro Se
        Appellant,

v.

City of Detroit, Michigan
        Appellee.
_____/

**NOTICE OF TRANSMITTAL OF NOTICE OF APPEAL/MOTION TO WITHDRAW THE REFERENCE**

I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Notice of Appeal/Motion to Withdraw the Reference.

- ☒ Notice of Appeal
- ☒ Bankruptcy Matter Civil Cover Sheet
- ☒ Orders on Appeal
- ☐ Notice of Deficiency
- ☐ Motion for Leave to Appeal
- ☐ Motion to Withdraw the Reference
- ☐ Other:

**NOTE:**

☒ There is a previous civil matter in this bankruptcy. That matter was given civil case number 16-cv-12407 and assigned to District Judge Bernard A. Friedman

☐ This is a new matter and not previously assigned to a District Court Judge.

☐ The Appellant has not paid the filing fee.
.

Dated: July 23, 2018                Clerk, United States Bankruptcy Court

                                        By: /s/ Laura Hutson
                                            Deputy Clerk