Official Form 416A (12/15)

## Form 416A.  CAPTION (FULL)

# United States Bankruptcy Court

_EASTERN_ District Of _MICHIGAN_

In re _City of Detroit, Michigan_,

[Set forth here all names including married,
maiden, and trade names used by debtor within
the last 8 years.]

~~Debtor~~

Case No.
_13-53846_

Address _____

_____

Last four digits of Social-Security or Individual
Tax- Payer-Identification (ITIN) No(s)., (if any): _____

Chapter _9_

Employer's Tax Identification No(s). (if any): _____

[Designation of Character of Paper]

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Edith Woodberry, In Pro Per

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

☐ Plaintiff
☐ Defendant
☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.

☐ Debtor
☐ Creditor
☐ Trustee
☒ Other (describe) See Attached

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: # 12850  ~~# 12853~~

2. State the date on which the judgment, order, or decree was entered: ~~July 11, 2018~~ July 12, 2018

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: City of Detroit  Attorney: Marc Swanson
   150 W. Jefferson Ave
   Detroit MI 48226

2. Party: Edith Woodberry  Attorney: In Pro Per
   803 Gladstone
   Detroit MI 48202
   (313) 575-9770 (No Phone - Leave Msg)

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_Edith Woodberry_                                     Date: _July 23, 2018_
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

_____
_____
_____
_____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**United States Bankruptcy Court**

**Eastern District of Michigan**

**Southern Division**

In re:

City of Detroit, Michigan,

Debtor

Bankruptcy Case No: ~~1-53846~~  13-53846

Judge Thomas J. Tucker

Chapter 9

Edith Woodberry in pro per – 2846

Appellant

/

### NOTICE OF APPEAL AND STATEMENT OF ELECTION

Edith Woodberry, Appellant, appeals a bankruptcy case and not in an adversary proceeding, is a person notifying the bankruptcy court that she has not been paid just compensation under eminent domain (case pending in lower court) and seeks to be heard by the Bankruptcy Appellate Panel.

Aggrieved, Edith Woodberry, (Edith) in pro per, seeks to appeal, as a matter of right, the Honorable Thomas J Tucker's

A.   July 11, 2018 Order, and

B.   July 12, 2018 Order

The above Orders stem from the Honorable Thomas J. Tucker's May 23, 2018 adjudication of Debtor's (City of Detroit) motion **DEBTOR'S FIFTY-SIX OMINBUS CLAIM OBJECTION (Docket # 12763)** dated April 18, 2018; **DEBTOR'S SIXTY-TWO OMNIBUS CLAIM OBJECTION** (Docket #12769) entered May 2, 2018, and the after the May 23, 2018 hearing

Should Appeal Court deem that Edith does not have standing as a matter of right, Edith seeks leave to appeal.

Party:   City of Detroit

Debtor

Attorney:   Marc Swanson

150 West Jefferson, Suite 2500

Detroit MI  48226

*Edith Woodberry*

**Edith Woodberry, Pro Per**

**803 Gladstone**

**Detroit MI 48202**

Dated: July 23, 2018

**United States Bankruptcy Court**
**Eastern District of Michigan**
**Southern Division**

13-53846

In re:                                                    Bankruptcy Case No: ~~1-53846~~

City of Detroit, Michigan,                    Judge Thomas J. Tucker

      Debtor                                    Chapter 9

Edith Woodberry in pro per – 2846
      Appellant

_____ /

**Proof of Service**

     I hereby certify that on _July 22_____, 2018, I served the following Paper: **Notice of Appeal and Statement of Election** on the City of Detroit by:

   ✓ **placing a copy of the same in a U.S. Mail Depository** addressed to the City of Detroit's attorney Marc Swanson, 150 West Jefferson, Suite 2500, Detroit MI 48226:

   ✓ **hand delivering a copy of the same** to the City of Detroit's attorney Marc Swanson, 150 West Jefferson, Suite 2500, Detroit MI 48226. on _July 23, 2018_ showing ~~~~ Correction

_Edith Woodberry_                    Dated: _July 23, 2018_____
**Edith Woodberry, Pro Per**
803 Gladstone
Detroit MI 48202