In re:

CITY OF DETROIT MICHIGAN

Case No.: 13-53846

**Debtor.**

_____/

Edith Woodberry, in pro per

Adv. No.:

**Appellant,**

**v.**

City of Detroit Michigan

**Appellee.**

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
| --- | --- | --- |
| ☒ | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| _____ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| _____ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| _____ | [423] 28 U.S.C. 157(c) (1) | Proposed Findings of Fact and Conclusions of Law |
| _____ | [423] 28 U.S.C. 158 (c) (a) | Order of Contempt |

Date: July 23, 2018          Name: Edith Woodberry

| Name and Address of Interested Parties |
| --- |

Edith Woodberry
803 Gladstone
Detroit MI 48202
(313) 575-9778 (Leave Message - No Phone)


Marc C. Swanson
Attorney for City of Detroit
150, West Jefferson Ste 2500
Detroit MI, 48226