UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                       Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                Chapter 9

                 Debtor.                                  Judge Thomas J. Tucker
_____/

**ORDER DENYING MOTION FOR RECONSIDERATION
FILED BY EDITH WOODBERRY (DOCKET # 12845)**

        This case is before the Court on a motion filed on July 2, 2018 by Edith Woodberry, entitled "Corrected [12837-Edith Woodberry Pro Per (2846) Response to Order Setting Deadline by Which the Woodberry and Mabin Claimants Must Take Certain Actions Regarding Their Claims . . ." (Docket # 12845, the "Motion"). The Court construes this Motion as a motion for reconsideration of, and for relief from, the Court's May 23, 2018 Order, entitled "Order Setting Deadline by Which the Woodberry and Mabin Claimants must Take Certain Actions, Regarding Their Claims, and Requiring the City of Detroit to Serve a Copy of this Order On All Such Claimants" (Docket # 12818, "the May 23 Order").

        The Court finds that the Motion fails to demonstrate a palpable defect by which the Court and the parties have been misled, and that a different disposition of the case must result from a correction thereof. *See* Local Rule 9024-1(a)(3).

        The Court also finds that the allegations in the Motion do not establish excusable neglect under Fed. R. Civ. P. 60(b)(1), Fed. R. Bankr. P. 9024, or any other valid ground for relief from the May 23 Order.

        The Court further notes the following. In the Motion, Edith Woodberry says, among other things, that she does not hear well and that she did not hear certain parts of the May 23, 2018 hearing in this Court that she attended, including certain statements made by the City's attorney Marc Swanson and, apparently, certain statements made by the Court. And Ms. Woodbery says in her Motion that she cannot afford the cost of a transcript of the hearing. The Court notes, however, that an alternative to ordering a transcript is that Ms. Woodberry may listen for free to the audio recording of the pertinent portions of the May 23, 2018 hearing, which recording was filed on May 23, 2018, at Docket # 12815. Ms. Woodberry can come to the office of the Clerk of this Court (17th Floor, 211 West Fort Street, Detroit) during the Clerk's regular business hours (Monday through Friday, 8:30 a.m. to 4:00 p.m.), and listen to the audio recording.[1] The specific portion of the audio recording of the May 23 hearing that pertains to

---

      [1]    Ms. Woodberry will need to bring her own headphones/earphones to use in listening to the audio recording at the Clerk's office.

Ms. Woodberry's claims is filed at Docket # 12815, and begins at the 1:29:00 mark of that audio recording, and ends at the 2:18:52 mark of that audio recording.

    NOW, THEREFORE,

    IT IS ORDERED that the Motion (Docket # 12845) is denied.

**Signed on July 11, 2018**



    /s/ Thomas J. Tucker
    **Thomas J. Tucker**
    **United States Bankruptcy Judge**

2

13-53846-tjt  Doc 12858-3  Filed 07/23/18  Entered 07/23/18 16:43:40  Page 2 of 2
13-53846-tjt  Doc 12856  Filed 07/11/18  Entered 07/11/18 10:58:04  Page 2 of 2