UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re | Case No. 2:18−cv−12308−BAF−RSW |
| Detroit, City of, | Hon. Bernard A. Friedman |
| | Magistrate Judge  R. Steven Whalen |

### NOTICE OF RECEIPT OF BANKRUPTCY APPEAL

Pursuant to the Bankruptcy Rules, notice is hereby given that a Bankruptcy Appeal was received on 7/23/2018 and assigned the case number and judicial officers as noted above.

The bankruptcy court case number is 13−53846.

Dated:  July 24, 2018

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

DAVID J. WEAVER, CLERK OF COURT

By: s/V. Lung
Deputy Clerk