# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF CITY OF DETROIT'S MOTION TO ENFORCE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST ALFRED OSLEY

The City of Detroit hereby withdraws without prejudice its *Motion to Enforce Bar Date Order and Confirmation Order against Alfred Osley* [Doc. No. 12847].

| | |
|---|---|
| Dated: July 27, 2018 | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| | |
| | By: /s/ Marc N. Swanson |
| | Jonathan S. Green (P33140) |
| | Marc N. Swanson (P71149) |
| | 150 West Jefferson, Suite 2500 |
| | Detroit, Michigan 48226 |
| | Telephone: (313) 496-7591 |
| | Facsimile: (313) 496-8451 |
| | swansonm@millercanfield.com |
| | ATTORNEYS FOR THE CITY OF DETROIT |