# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

## CERTIFICATION OF NO RESPONSE OR OBJECTION REGARDING CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AGAINST H.D.V. GREEKTOWN, LLC, 415 EAST CONGRESS, LLC, AND K&P, INCORPORATED

On July 11, 2018, the City Of Detroit ("City") filed its *Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction Against H.D.V. Greektown, LLC, 415 East Congress, LLC, and K&P, Incorporated* ("Motion"). [Doc. No. 12852]. The Motion was served upon counsel for H.D.V. Greektown, LLC, 415 East Congress, LLC, and K&P, Incorporated via first class mail on July 11, 2018 as indicated on the Certificate of Service which accompanied the Motion. *See Certificate of Service* Exhibit A.

Counsel to the City received a response in the mail on July 31, 2018 -- one day after the response deadline. No response has been docketed by the Court, however.

The City respectfully requests that the Court enter an order in substantially the same form as the one which was attached to the Motion. *See Proposed Order* Exhibit B.[1]

                        Respectfully submitted,

                        By: /s/ Marc N. Swanson
                            Jonathan S. Green (P33140)
                            Marc N. Swanson (P71149)
                            MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
                            150 West Jefferson, Suite 2500
                            Detroit, Michigan 48226
                            Telephone: (313) 496-7591
                            Facsimile: (313) 496-8451
                            green@millercanfield.com
                            swansonm@millercanfield.com

                            and

                            Charles N. Raimi (P29746)
                            Deputy Corporation Counsel
                            City of Detroit Law Department
                            2 Woodward Avenue, Suite 500
                            Coleman A. Young Municipal Center
                            Detroit, Michigan  48226
                            Telephone: (313) 237-5037
                            Facsimile: (313) 224-5505
                            raimic@detroitmi.gov

                        Attorneys for the City of Detroit

DATED: August 2, 2018

---

[1] The final two sentences in the proposed order attached as Exhibit B, which include a procedure for filing a fee statement with this Court and allowing for a response, were not included in the proposed order attached to the Motion.

# Exhibit A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 11, 2018, he filed the *City of Detroit's Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction Against H.D.V. Greektown, LLC, 415 East Congress, LLC, and K&P, Incorporated* ("Motion") using the court's CM/ECF system which provided notice of the filing to all registered participants in this matter. The undersigned further certifies that on July 11, 2018, a copy of the Motion was served upon the following via United States mail:

Bradley Shafer; Matthew Hoffer
Shafer & Associates, P.C.
3800 Capitol City Blvd., Suite 2
Lansing, MI 48906

31703778.5\022765-00213

13-53846-tjt Doc 12862 Filed 08/02/18 Entered 08/02/18 15:11:29 Page 4 of 8
13-53846-tjt Doc 12832 Filed 07/11/18 Entered 07/11/18 16:45:32 Page 1 of 276

By: /s/ Marc N. Swanson
Marc N. Swanson
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Dated: July 11, 2018

31703778.5\022765-00213

13-53846-tjt Doc 12862 Filed 08/02/18 Entered 08/02/18 15:11:29 Page 5 of 8
13-53846-tjt Doc 12832 Filed 07/11/18 Entered 07/11/18 16:45:32 Page 22 of 276

# Exhibit B

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING THE CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AGAINST H.D.V. GREEKTOWN, LLC, 415 EAST CONGRESS, LLC, AND K&P, INCORPORATED**

This matter, having come before the Court on the *City of Detroit's Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction Against H.D.V. Greektown, LLC, 415 East Congress, LLC, and K&P, Incorporated* (the "Motion")[2], upon proper notice and a hearing, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**THE COURT ORDERS THAT:**

1. The Motion is granted;

2. The Cabarets must withdraw with prejudice their argument that they should be provided a fee enhancement in the 2006 Action due to the City's bankruptcy.

---

[2] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Motion.

3. The Cabarets must dismiss or caused to be dismissed with prejudice the appeal currently pending in the Sixth Circuit Court of Appeals, appeal number 18-1203.

4. The City is awarded its reasonable attorneys' fees and costs expended in conjunction with this Motion and the appeal currently pending in the Sixth Circuit Court of Appeals, appeal number 18-1203. The City must file and serve on counsel to the Cabarets an itemization of its attorneys' fees and costs expended in conjunction with the Motion and the appeal currently pending in the Sixth Circuit Court of Appeals, appeal number 18-1203 for the Court's consideration within 14 days after the entry of this Order. The Cabarets must file any objection to such itemization no later than 14 days after they are served.