# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER GRANTING THE CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AGAINST H.D.V. GREEKTOWN, LLC, 415 EAST CONGRESS, LLC, AND K&P, INCORPORATED

This case is before the Court on the motion entitled "*City of Detroit's Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction Against H.D.V. Greektown, LLC, 415 East Congress, LLC, and K&P, Incorporated*" (Docket # 12852, the "Motion").[1] Upon proper notice, and no timely response to the Motion having been filed, and the Court finding good cause to enter this Order,

**IT IS ORDERED THAT:**

1. The Motion is granted.

2. The Cabarets must withdraw with prejudice their argument that they should be provided a fee enhancement in the 2006 Action due to the City's bankruptcy.

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Motion.

3. The Cabarets must dismiss or caused to be dismissed with prejudice the appeal currently pending in the United States Court of Appeals for the Sixth Circuit, appeal number 18-1203.

4. The City is awarded its reasonable attorneys' fees and costs expended in conjunction with this Motion and the appeal currently pending in the United States Court of Appeals for the Sixth Circuit, appeal number 18-1203. The City must file and serve on counsel to the Cabarets an itemization of its attorneys' fees and costs expended in conjunction with the Motion and the referenced appeal within 14 days after the entry of this Order. The Cabarets must file any objection to such itemization no later than 14 days after they are served with the City's itemization.

**Signed on August 02, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge