# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: CITY OF DETROIT | BAP NO. 2:18-cv-12308-BAF-RSW |
| Debtor | |
| EDITH WOODBERRY | Bankr. No. 13-53846 |
| Appellant | Chapter 9 |
| v | |
| CITY OF DETROIT | |
| Appellee. | |

## CERTIFICATE OF SERVICE

I certify that on August 6, 2018, I served copies of the following:

1. Documents served.

   **Statement of Issues to be Presented**

   **Designation of Items to be Included in the Record on Appeal**

2. Served upon: Marc Swanson, Esq., 150 W. Jefferson Ave, Ste. 2500, Detroit, MI 48226

3. By First Class Mail

Dated: August 6, 2018

*Edith Woodberry*
Edith Woodberry, In Pro Per