THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:
CITY OF DETROIT, MICHIGAN,   Chapter 9
                              Case No. 13-53846
                   Debtor.    Hon. Thomas J. Tucker

_____/

## REQUEST TO BE REMOVED FROM CM/ECF NOTIFICATION LISTS

Please take notice that Gudeman & Associates P.C., attorneys for Defendant, AUDIO VISUAL EQUIPMENT & SUPPLIES, hereby requests that the following e-mail address be removed from the CM/ECF electronic notification lists and that Gudeman & Associates P.C. no longer receive electronic filings in this bankruptcy proceeding.

Atty:   Edward J. Gudeman       Emails     ejgudeman@gudemanlaw.com
                                           ecf@gudemanlaw.com

                                Respectfully submitted,

                                /s/ Edward J. Gudeman
                                Edward J. Gudeman (P14454)
                                Gudeman & Associates, PC
                                1026 W. Eleven Mile Road
                                Royal Oak, MI  48067
                                248-546-2800
                                ecf@gudemanlaw.com

Dated: August 16, 2018