# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

## STATEMENT OF ATTORNEYS' FEES RELATED TO CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT INJUNCTION AGAINST H.D.V. GREEKTOWN, LLC, 415 EAST CONGRESS, LLC, AND K&P, INCORPORATED

Pursuant to the *Order Granting the City of Detroit's Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction against H.D.V. Greektown, LLC, 415 East Congress, LLC, and K&P, Incorporated* ("Order") [Doc. No. 12863], the City of Detroit ("City") submits the attached schedules of fees incurred in conjunction with its *City of Detroit's Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction Against H.D.V. Greektown, LLC, 415 East Congress, LLC, and K&P, Incorporated* ("Motion") [Doc. No. 12852] and the appeal currently pending in the United States Court of Appeals for the Sixth Circuit, appeal number 18-1203 ("Appeal"). Exhibit A is a schedule of fees incurred by Miller Canfield Paddock & Stone PLC's attorneys and paralegal for 25.0 hours of work related to the Motion in the total amount of $8,588.50. Exhibit B is an affidavit and schedule of fees incurred by attorneys of the City's Law

Department for 36.30 hours of work related to the Appeal and the Motion in the total amount of $9,075.00. Consequently, the total amount of fees and expenses is $17,663.50.

        Respectfully submitted,

        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

        By: /s/ Marc N. Swanson
        Marc N. Swanson (P71149)
        150 West Jefferson, Suite 2500
        Detroit, Michigan 48226
        Telephone: (313) 496-7591
        Facsimile: (313) 496-8451
        swansonm@millercanfield.com

DATED: August 16, 2018

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 16, 2018, he filed the *Statement of Attorneys' Fees Related to City of Detroit's Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction Against H.D.V. Greektown, LLC, 415 East Congress, LLC, and K&P, Incorporated* with its exhibits ("Statement") using the court's CM/ECF system which provided notice of the filing to all registered participants in this matter. The undersigned further certifies that on the same day, a copy of the Statement, its exhibits, and the *Order Granting the City of Detroit's Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction against H.D.V. Greektown, LLC, 415 East Congress, LLC, and K&P, Incorporated* [Doc. No. 12863] was served upon the following the individuals via first class mail.

Bradley Shafer; Matthew Hoffer
Shafer & Associates, P.C.
3800 Capitol City Blvd., Suite 2
Lansing, MI 48906

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

DATED: August 16, 2018

31864362.2\022765-00213
8/14/18

13-53846-tjt    Doc 12870    Filed 08/16/18    Entered 08/16/18 16:24:20    Page 3 of 10

# EXHIBIT A

| Date | Name | Amount | Hrs | Narrative |
|---|---|---|---|---|
| 6/28/2018 | Swanson, Marc N. | $ 144.00 | 0.4 | Reviewing Sixth Circuit brief on alleged right to attorney fee enhancement and docket sheet. |
| 6/30/2018 | Swanson, Marc N. | $ 396.00 | 1.1 | Reviewing Sixth Circuit brief in HDV case and bankruptcy plan. |
| 7/2/2018 | Spinner, Ronald A | $ 268.00 | 0.8 | Review case law regarding HDV assertion of increased fee award |
| 7/2/2018 | Swanson, Marc N. | $ 1,260.00 | 3.5 | Researching, drafting, and revising motion to enforce against plaintiffs seeking attorney fee enhancement in Sixth Circuit. |
| 7/2/2018 | Green, Jonathan S. | $ 742.50 | 1.5 | Review and revise Motion to Enforce Plan Injunction against cabarets seeking 1,000 percent attorneys fee enhancement(.7); review appellants' 6th Circuit Brief (.6); conference with Marc Swanson regarding arguments in response (.2). |
| 7/2/2018 | Giroux, Erika L | $ 740.00 | 4.0 | Draft motion to enforce plan discharge and injunction against HDV Greektown, LLC, and other plaintiffs regarding Sixth Circuit attorney fee appeal. |
| 7/2/2018 | Wysocki, Robin M. | $ 253.50 | 1.3 | Assist E. Giroux with research and gathering documentation for drafting motion to enforce against HDV Greektown et al. claimants: Obtain claims register report and sort so that Class 14 other unsecured claims can be easily reviewed (.5); obtain copies of proofs of claim filed by claimants subject to motion (.3.); obtain copies of court documents filed in US District Court case and bankruptcy case involving claimants (.5) |
| 7/3/2018 | Spinner, Ronald A | $ 33.50 | 0.1 | Work on HDV question with Marc Swanson |
| 7/3/2018 | Green, Jonathan S. | $ 1,039.50 | 2.1 | Review Proofs of Claims of Cabarets (.2); review District Court and 6th Circuit decisions and analysis of counter-arguments (1.7); conference with Marc Swanson regarding strategy for allowance of Proof of Claim (.2). |
| 7/3/2018 | Green, Jonathan S. | $ 247.50 | 0.5 | Review and revise revised Motion to Compel Cabarets Dismissal of Request for Fee Enhancement as Violative of Plan Injunction. |
| 7/3/2018 | Green, Jonathan S. | $ 148.50 | 0.3 | Review and revise further revised Motion to Compel Cabarets to Dismiss Fee Enhancement request. |
| 7/3/2018 | Swanson, Marc N. | $ 1,368.00 | 2.7 | Drafting and researching motion regarding fee enhancement. |
| 7/3/2018 | Giroux, Erika L | $ 148.00 | 0.8 | Revise motion to enforce plan injunction and discharge against HDV Greektown to incorporate Marc Swanson's comments. |
| 7/5/2018 | Green, Jonathan S. | $ 247.50 | 0.5 | Conference with Marc Swanson regarding final version of Motion to Compel Cabarets to Dismiss Claim for Enhancement Payment. |
| 7/8/2018 | Swanson, Marc N. | $ 180.00 | 0.5 | Finalizing motion to enforce to be filed against HDV plaintiffs and email with HDV's counsel regarding same (.4); email to R. Wysocki and E. Giroux regarding exhibits to motion (.1). |
| 7/9/2018 | Giroux, Erika L | $ 92.50 | 0.5 | Draft proposed order to enforce plan discharge and injunction against HDV Greektown (0.4). Call with Marc Swanson to discuss relief sought and motion (0.1). |
| 7/9/2018 | Wysocki, Robin M. | $ 97.50 | 0.5 | Draft Notice and Certificate of Service to accompany motion to enforce to be filed against HDV Greektown Holdings et al. |

| Date | Name | Amount | Hours | Description |
|---|---|---|---|---|
| 7/11/2018 | Wysocki, Robin M. | $ 390.00 | 2.0 | Format additional exhibits for motion to enforce against HDV Greektown Holdings et al. and mark all exhibits (1.0); conference with M. Swanson and modify exhibits after further considerations due to voluminous attachments to proofs of claim (.3); file motion with court (.3); serve copies of filed motion upon opposing counsel via email and regular mail (.4). |
| 7/11/2018 | Swanson, Marc N. | $ 324.00 | 0.9 | Finalizing and filing motion to enforce regarding request for 1000% fee enhancement. |
| 7/11/2018 | Green, Jonathan S. | $ 198.00 | 0.4 | Review bankruptcy portion of City's 6th Circuit Brief against enhanced attorneys fee award. |
| 7/11/2018 | Green, Jonathan S. | $ 99.00 | 0.2 | Review Motion to Enjoin Cabarets from Pursuing Enhancement Fee. |
| 7/12/2018 | Green, Jonathan S. | $ 99.00 | 0.2 | Conference with Marc Swanson regarding argument against Cabaret's enhancement request. |
| 7/30/2018 | Swanson, Marc N. | $ 72.00 | 0.2 | Telephone conference with HDV's attorney and email to C. Raimi regarding same. |
| **Totals** | | **$ 8,588.50** | **25.0** | |

# EXHIBIT B

# AFFIDAVIT

Linda D. Fegins, for her affidavit says:

1. I am employed a Senior Assistant Corporation Counsel in the Appeals Section of the City of Detroit Law Department. I make this affidavit on personal knowledge and if sworn as a witness, I can competently testify to the facts stated herein.

2. I have been licensed to practice law over 30 years (Michigan 1981). Since August 1985, I have represented the City of Detroit and its departments, agencies, officers and employees in a wide range of post-trial litigation and appellate matters, including among others, torts, inter and intra-governmental matters, contracts, mandamus, nuisance abatement, zoning, superintending control, injunctions, elections, police misconduct, and federal civil rights.

3. The Law Department tracks time spent for legal services using a computerized time/billing system that tracks time by a File Number assigned to each case.

4. The 2014 survey by State Bar of Michigan, as reported in "Economics of Law Practice in Michigan" reports the following for 2013: statewide billing rates for governmental law practice at $196/hour (mean) to $225/hr. (75th percentile); billings rate based upon 26 to 30 years of practice at $279/hr. (mean) and $300/hr.

1

(75th percentile); billing rates for civil litigation in Downtown/Midtown Detroit area at $351/hr. (mean) and $450/hr. (75th percentile).

5. Based upon the above data from the State Bar survey, a reasonable hourly rate for the legal services provided by the undersigned in this matter is $250/hr.

6. The attached "Time by File" report (Exhibit 1) generated using the Law Department's computerized matter and billing software, shows 36.30 hours expended by the undersigned researching, writing, consultation with trial attorney, revising draft, review of the record documents to document page designations among other items listed for the Sixth Circuit Court of Appeals Case No 18-230, for a total fee of $9,075.00 (36.30 x $250/hr.).

_____
Linda D. Fegins

STATE OF MICHIGAN )
          ) SS
COUNTY OF WAYNE )

Signed and sworn to before me in
Wayne County, Michigan, on
August 16, 2018.

_____
Notary public, State of Michigan,
County of _Wayne_
My commission expires _12/08/2022_

| Date | Staff | Team | Task | Hours | Description |
|---|---|---|---|---|---|
| 3/26/2018 | Linda D Fegins | APP | Communicate (in firm) | 0.20 | with Eric |
| 3/26/2018 | Linda D Fegins | APP | Communicate (other external) | 0.20 | with Mediator Mcfall |
| 3/27/2018 | Linda D Fegins | APP | Communicate (in firm) | 0.20 | |
| 3/27/2018 | Linda D Fegins | APP | Communicate (other external) | 0.20 | McFall |
| 6/27/2018 | Linda D Fegins | APP | Draft/Revise | 7.00 | preparing for Appeal brief Pl filed his |
| 7/2/2018 | Linda D Fegins | APP | Draft/Revise | 8.00 | and research |
| 7/3/2018 | Linda D Fegins | APP | Draft/Revise | 8.00 | revising brief, editng and research. discussion with clerk and another firm by email |
| 7/5/2018 | Linda D Fegins | APP | Draft/Revise | 12.00 | Revising, typing edits myself, desigantion page, index of authorites |
| 7/30/2018 | Linda D Fegins | APP | Communicate (in firm) | 0.25 | review email respond put few papers together |
| 8/1/2018 | Linda D Fegins | APP | Review/Analyze | 0.25 | Review HDV response to Bankruptcy |
| | | | | 36.30 | Subtotal |
| | | | | 36.30 | Grand Total Hours |