# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Judge Thomas J. Tucker |
| Edith Woodberry,<br><br>Appellant,<br><br>v.<br><br>City of Detroit,<br><br>        Appellee. | United States District Court<br>Case No. 2:18-cv-12308<br><br>Hon. Bernard A. Friedman |

## APPELLEE CITY OF DETROIT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, appellant, the City of Detroit ("City") submits this designation of items to be included in the record in connection with Appellant Edith Woodberry's Notice of Appeal, filed on January 3, 2014 (Doc. No. 12856), from the Orders of United States Bankruptcy Judge Thomas J. Tucker entered in this case on July 11, 2018 (Doc. No. 12850) and July 12, 2018 (Doc. No. 12583):

|   | Doc. No. | Title | Date |
|---|---|---|---|
| A. | 1665 | Motion of Debtor Pursuant to Sections 105 and 502 of the Bankruptcy Code, for Entry of an Order Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims | 11/12/2013 |
| B. | 1782 | Order, Pursuant to Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 002 and 3003(c), Establishing the Bar Dates for Filing Proofs of Claim and Approving Form and Notice Thereof | 11/21/2013 |
| C. | 2302 | Order, Pursuant To Sections 105 And 502 Of The Bankruptcy Code, Approving Alternative Dispute Resolution Procedures To Promote The Liquidation Of Certain Prepetition Claims | 12/24/2013 |
| D. | Claim No. 2846 | Claim of Edith Woodberry | 02/21/2014 |
| E. | 4834 | Objection to Claim Number of Claimant Edith Woodberry Claim No 2846 | 05/15/2014 |
| F. | 5410 | Written Response To City Of Detroit Objection Claim Number 2846 Filed By Edith Woodberry | 06/18/2014 |
| G. | 5505 | Debtor's Omnibus Reply to Responses to Objections to Claim Numbers 3278, 3271, 3006, 2905, 2902, 2889, 2888, 2883, 2880 and 2846 filed by Woodberry Claimants | 06/20/2014 |
| H. | 5586 | Order Regarding Objections to Claims Number 2846, 2880, 2883, 2888, 2889, 2905, 3006, 3271 and 3278 | 06/25/2014 |
| I. | 5872 | Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 Approving Claim Objection Procedures | 07/09/2014 |
| J. | 8045 | Eighth Amended Plan of the Adjustment of Debts of the City of Detroit | 10/22/2014 |
| K. | 8272 | Order Confirming Eighth Amended Plan For The Adjustment of Debts of the City of Detroit | 11/12/2014 |
| L. | 10192 | Stay Modification Notice Claim No. 2844, 2846, 2847, 2878, 2880, 2888, 2889, 2902, 2905, 3006, 3271, 3278 | 09/23/2015 |

| | | | |
|---|---|---|---|
| M. | 12763 | Debtor's Fifty-Sixth Omnibus Objection to Certain Claims | 04/18/2018 |
| N. | 12769 | Debtor's Sixty-Second Omnibus Objection to Certain Claims | 04/18/2018 |
| O. | 12791 | Edith Woodberry's Response to Debtor's Fifty-Sixth Omnibus Objection to Certain Claims | 05/16/2018 |
| P. | 12794 | Response of Penny Mabin, Kenny Mabin, Roger Mabin, Cavel Woodberry, Cavel Woodberry, Jr., Cranston Woodberry, Garfield Woodberry, Happy Woodberry, LaJeff Woodberry, Lavan Woodberry, Phebe Lee Woodberry to Debtor's Sixty-Second Omnibus Objection to Certain Claims | 05/16/2018 |
| Q. | 12805 | Debtor's Omnibus Reply in Support of its Fifty-Sixth and Sixty-Second Omnibus Objections to Certain Claims | 05/18/2018 |
| R. | 12818 | Order Setting Deadline by Which the Woodberry and Marin Claimants Must Take Certain Actions, Regarding Their Claims, and Requiring the City of Detroit to Serve a Copy of this Order on All Such Claimants | 05/24/2018 |
| S. | 12825 | Certificate of Service re: Order Setting Deadline by Which the Woodberry and Mabin Claimants Must Take Certain Actions, Regarding their Claims, and Requiring the City of Detroit to Serve a Copy of this Order on all Such Claimants | 05/25/2018 |
| T. | 12845 | "Corrected" Edith Woodberry Pro Per Response to Order Setting Deadline by Which the Woodberry and Marin Claimants Must Take Certain Actions, Regarding Their Claims, and Requiring the City of Detroit to Serve a Copy of this Order on All Such Claimants | 07/02/2018 |
| U. | 12850 | Order Denying Motion for Reconsideration Filed by Edith Woodberry (Docket # 12845) | 07/11/2018 |

| | | | |
|---|---|---|---|
| V. | 12851 | Affidavit of Marc N. Swanson Regarding Order Setting Deadline by which the Woodberry and Marin Claimants Must Take Certain Actions, Regarding Their Claims, and Requiring the City of Detroit to Serve a Copy of this Order on All Such Claimants | 07/11/2018 |
| W. | 12853 | Order Expunging and Disallowing Claim Number 2846 of Edith Woodberry, Claim Number 2883 of La Jeff Woodberry and Claim Number 3006 of Garfield Woodberry | 07/12/2018 |
| X. | 12854 | Certificate of Service re: Order Expunging and Disallowing Claim Number 2846 of Edith Woodberry, Claim Number 2883 of La Jeff Woodberry and Claim Number 3006 of Garfield Woodberry | 7/12/2018 |
| Y. | 12856 | Notice of Appeal and Statement of Election to the District Court | 07/23/2018 |
| Z. | 12875 | Transcript Order Form of Hearing 5/23/2018, Filed by Debtor In Possession City of Detroit, Michigan. | |

Respectfully submitted,

By: /s/ Marc N. Swanson
    Marc N. Swanson (P71149)
    Erika L. Giroux (P81998)
    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

ATTORNEYS FOR THE CITY OF DETROIT

Dated: August 20, 2018

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Judge Thomas J. Tucker |
| Edith Woodberry,<br><br>Appellant,<br><br>v.<br><br>City of Detroit,<br><br>      Appellee. | United States District Court<br>Case No. 2:18-cv-12308<br><br>Hon. Bernard A. Friedman |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 20, 2018, he served a copy of *Appellee City of Detroit's Designation of Items to Be Included in the Record on Appeal*, without its Appendix, upon Edith Woodberry via first class mail, as follows:

Edith Woodberry
803 Gladstone
Detroit MI 48202

                      By: /s/ Marc N. Swanson
                          Marc N. Swanson (P71149)
                          150 West Jefferson, Suite 2500
                          Detroit, Michigan 48226
                          Telephone: (313) 496-7591
                          Facsimile: (313) 496-8451
                          swansonm@millercanfield.com

August 20, 2018