# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## **APPEARANCE**

**NOW COMES**, Matthew J. Hoffer of SHAFER & ASSOCIATES, P.C., and hereby enters his Appearance as Counsel for H.D.V. Greektown, LLC and requests that any and all further materials with reference to the above-entitled cause of action be forward to him.

Dated: August 16, 2018

    */s/ Matthew J. Hoffer*
    Matthew J. Hoffer (P70495)
    Shafer & Associates, P.C.
    3800 Capital City Blvd., Ste. 2
    Lansing, Michigan 48906
    517-886-6560 – Telephone
    *Attorney for Creditor*
     *H.D.V. Greektown, LLC*

1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>            Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th Day of August, 2018, the Appearance of Matthew J. Hoffer on behalf of H.D.V. Greektown, LLC was filed with the United States Bankruptcy Court for the Eastern District of Michigan via the Court's CM/ECF system, thereby causing service by operation of the CM/ECF system upon all counsels of record, including:

Jonathan S. Green (P33140)
Marc N. Swanson (P71149)
Miller, Canfield, Paddock
    & Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
green@millercanfield.com
swansonm@millercanfield.com

Charles N. Raimi (P29746)
Deputy Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Coleman A. Young Municipal Center
Detroit, Michigan 48226
raimic@detroitmi.gov

                          */s/ Matthew J. Hoffer*
                          Matthew J. Hoffer (P70495)
                          Shafer & Associates, P.C.