UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## **APPEARANCE**

**NOW COMES**, Matthew J. Hoffer of SHAFER & ASSOCIATES, P.C., and hereby enters his Appearance as Counsel for K&P, Incorporated [Claim No. 1925] and requests that any and all further materials with reference to the above-entitled cause of action be forward to him.

Dated: August 16, 2018      /s/ Matthew J. Hoffer
                            Matthew J. Hoffer (P70495)
                            Shafer & Associates, P.C.
                            3800 Capital City Blvd., Ste. 2
                            Lansing, Michigan 48906
                            517-886-6560 – Telephone
                            *Attorney for Creditor K & P, Incorporated*

1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>   Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th Day of August, 2018, the Appearance of Matthew J. Hoffer on behalf of K&P, Incorporated was filed with the United States Bankruptcy Court for the Eastern District of Michigan via the Court's CM/ECF system, thereby causing service by operation of the CM/ECF system upon all counsels of record, including:

Jonathan S. Green (P33140)
Marc N. Swanson (P71149)
Miller, Canfield, Paddock
  && Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
green@millercanfield.com
swansonm@millercanfield.com

Charles N. Raimi (P29746)
Deputy Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Coleman A. Young Municipal Center
Detroit, Michigan 48226
raimic@detroitmi.gov

       /s/ Matthew J. Hoffer
       Matthew J. Hoffer (P70495)
       Shafer & Associates, P.C.