UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Thomas J. Tucker |

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS

Attorney Harvey R. Weingarden (P31534) hereby requests that the following email addresses be **removed** from receiving courtesy notifications in this matter.

Harvey R. Weingarden
hweingarden@lippittokeefe.com
jdobrzycki@lippittokeefe.com

Dated: August 22, 2018

Respectfully submitted,

By: /s/ Harvey R. Weingarden
**LIPPITT O'KEEFE GORNBEIN, PLLC**
Harvey R. Weingarden (P31534)
370 East Maple Road, 3rd
Floor Birmingham, Michigan 48009
(248) 646-8292
hweingarden@lippittokeefe.com

{00279783}1

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 22, 2018, the forgoing document was filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filings to all counsel of record.

Respectfully submitted,

/s/ Judy Dobrzycki
Judy Dobrzycki
Lippitt O'Keefe Gornbein, PLLC
370 E. Maple Rd., 3rd Floor
Birmingham, MI 48009
(248) 646-8292
jdobrzycki@lippittokeefe.com

Dated: August 22, 2018