UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                      Chapter 9

        Debtor.                              Judge Thomas J. Tucker
_____/

**ORDER REQUIRING THE CITY OF DETROIT TO FILE A WRITTEN RESPONSE TO THE AUGUST 20, 2018 MOTION FOR RECONSIDERATION FILED BY H.D.V. GREEKTOWN, LLC; 415 EAST CONGRESS, LLC; AND K&P INCORPORATED**

This case is before the Court on the motion filed on August 20, 2018 by H.D.V. Greektown, LLC; 415 East Congress, LLC; and K&P Incorporated (the "Movants"), entitled "H.D.V. Greektown, LLC, 415 East Congress, LLC and K&P Incorporated's Motion to Reconsider Order Granting the City of Detroit's Motion for the Entry of an Order Enforcing the Plan of Adjustment [etc.]" (Docket # 12882, the "Reconsideration Motion"). After reviewing the Reconsideration Motion, the Court concludes that it should require the City of Detroit to file a written response, and permit the Movants to file a reply to the City's response. Accordingly, and under L.B.R. 9024-1(a)(2) and 9024-1(b) (E.D. Mich.),

IT IS ORDERED that **no later than September 5, 2018,** the City of Detroit must file a written response, including a brief, in response to the Reconsideration Motion.

IT IS FURTHER ORDERED that the Movants may file a reply brief in support of their Reconsideration Motion, responding to the City of Detroit's written response, **no later than September 19, 2018**.

The Court will further consider the Reconsideration Motion after these further papers are filed, including deciding whether to rule on the Reconsideration Motion without a hearing; or, in

the alternative, to schedule a hearing on the Reconsideration Motion.

**Signed on August 22, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge

2