UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER GRANTING THE
CITY OF DETROIT'S *EX PARTE* MOTION TO STRIKE AS
UNTIMELY THE OBJECTION TO FEE STATEMENT
FILED BY H.D.V. GREEKTOWN, LLC,
415 EAST CONGRESS, LLC, AND K&P, INCORPORATED**

This case is before the Court on the *City of Detroit's Ex Parte Motion to Strike as Untimely the Objection to Fee Statement Filed by H.D.V. Greektown, LLC, 415 East Congress, LLC, and K&P, Incorporated* (Docket # 12887, the "Motion"),[1] the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**IT IS ORDERED THAT:**

1. The Motion is granted.

2. *H.D.V. Greektown, LLC, 415 East Congress, LLC, and K&P, Incorporated's Objection to Statement of Attorneys' Fees Related to City of Detroit's Motion for Entry of an Order Enforcing the Plan of Adjustment* filed at

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Motion.

Docket Number 12885 is stricken for being untimely filed and the City of Detroit does not need to file a response to it.

**Signed on September 04, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge