IN RE:                                                                                   Case No. 13-53846
City of Detroit, Michigan                          Chapter   9
                 Debtor(s).                            Hon. Thomas J. Tucker
_____/

Edith Woodberry, Pro Se
                 Appellant,

City of Detroit, Michigan
                 Appellee.
_____/

## NOTICE OF TRANSMITTAL OF COMPLETE RECORD
## REGARDING NOTICE OF APPEAL

       I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Record on Appeal.

☒     Appellant's Designation of Record. **         ☒     Appellee's Designation of Record

☒     Appellant's Statement of Issues                ☐     Appellee's Statement of Issues

☐     Notice of Deficiency

☒     Other:  Appellee's Supplemental Designation of Contents and Hearing Transcript

**NOTE:**

☒  This matter was given civil case number  2:18-cv-12308  and assigned to District Court Judge  Bernard A. Friedman

☐  The Appellant has not filed the Designation of Record.

** Docket entry #12837 was not included, as it was stricken. (Appellant's Designation of Record).

Dated:  September 6, 2018                              Clerk, United States Bankruptcy Court

                                                                  By:  /s/   Jane Murphy
                                                                           Deputy Clerk