UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: CITY OF DETROIT            BAP NO. 2:18-cv-12308-BAF-RSW

Debtor

EDITH WOODBERRY            Bankr. No. 13-53846

Appellant            Chapter 9

v

CITY OF DETROIT

Appellee.

---

### DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Edith Woodberry, in pro per, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designates the following items to be included in the record on appeal:

*Document name, number and file date for each designated item:*

1. Edith Woodberry's Response to Debtor's Fifty-Sixth Omnibus … **May 16, 2018 (#12791,** 7 pages**)**

2. City of Detroit's Omnibus Reply to # 12791 and # 12794. **May 18, 2018 (#12805,** 75 pages**)**

3. Corrected Minute Entry - Hearing Held Objection Sustained to all - Except Sandra Guntzwiller - Claim Objection Withdrawn, and Edith Woodberry's' Separate Order Entered. **May 23, 2018 (#12764)**

4. Corrected Minute Entry - Hearing Held Objection Sustained Except Pamela Brown - Decided by Separate Order and Garfield Woodberry, Penny Mabin, Cavel Woodberry, LaJeff Woodberry,

Cranston Woodberry, Happy Woodberry, Lavan Woodberry, Adam Woodberry - Decided by Separate Order. **May 23, 2018 (#12769)**

5. Order Setting Deadline by Which Woodberry and Mabin Claimants (Edith W00dberry appearing in pro per) Must Take Certain Action and Requiring the City of Detroit to Serve a Copy of Order on All Claimants. **May 23, 2018 (#12818)**

6. Certificate of Service Re Orders Setting Deadline By Which Woodberry and Mabin (Edith Woodberry appeared in pro per) Claimants Must Take Certain Action Regarding Their Claims and Requiring the City of Detroit to Serve a Copy of this Order on All Such Claimants. **May 25, 2018, (#12825)**

7. This Pleading Has Been Stricken Per Court Order Dated 6/19/2018. Edith Woodberry Response to Order Setting Deadline by Which the Woodberry and Mabin Claimants (Fifty-Sixth and Sixty Second) Must Take Certain Actions Regarding Their Claims. **June 19, 2018 (#12837)**

8. Notice of Deficient Pleading - Original Signature and Proof of Service. Non Compliant Related Document 12837. **June 19, 2018 (#12838)**

9. Order Of The Court To Strike - Due to Failure to Comply With Deficiency **Notice. June 27, 2018 (#12844)**

10. Corrected Edith Woodberry Response. **July 2, 2018 (#12845)**

11. Certificate of Service Filed by Edith Woodberry. **July 5, 2018 (#12848)**

12. Order Denying Edith Woodberry's Motion For Reconsideration. **July 11, 2018 (#12850)**

13. Affidavit of Marc Swanson. **July 11, 2018 (#12851) not served, could not be located.**

14. Order Expunging and Disallowing Claim. **July 12, 2018 (#12853) Marc Swanson AFFIDAVIT, not served or of Record as of July 2018.**

*Edith Woodberry* (signature)
Edith Woodberry, In Pro Per
803 Gladstone
Detroit, Michigan 48202
(313) 575-9778 (leave message)